EXHIBIT G

Page 1

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

-------------------------------------------x

PAUL FERRO, et al.,

        Plaintiffs,

        v.        Case No. 20SL-CC03678

MONSANTO COMPANY,

        Defendant

-------------------------------------------x

DEPOSITION OF
RAN RESHEF, M.D., MSC
Called as an Expert Witness herein
HELD:  THURSDAY, AUGUST 18, 2022
2:22 p.m. - 6:23 p.m.
CASE #:  412521
REPORTER:  MICHELLE TROY PARRISH

Page 2

1
2       This is the Deposition of Expert Witness RAN
3   RESHEF, M.D., MSC, taken pursuant to Order, held
4   at:
5           Arnold and Porter, LLP
6           250 West 55th Street
7           New York, New York 10019
8       said witness being duly sworn by and record
9   reported via steno writer by MICHELLE TROY
10  PARRISH, Certified Court Reporter and Certified
11  Notary Public within and for the State of New
12  York
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1       A P P E A R A N C E S:
2   SCHLESINGER LAW OFFICES, P.A.
3   Attorneys for Plaintiffs
4   1212 SE Third Avenue
5   Fort Lauderdale, Florida 33316
6   954-467-8800
7   BY:  JEFFREY L. HABERMAN, ESQ. (APPEARED REMOTELY)
8   jhaberman@schlesingerlawoffices.com
9
10
11  NELSON MULLINS RILEY & SCARBOROUGH LLP
12  Attorneys for Defendant MONSANTO COMPANY
13  1320 Main Street, 17th Floor
14  Columbia, South Carolina 29201
15  803-255-5518
16  BY:  ERIC A. PAINE, ESQ.
17  eric.paine@nelsonmullins.com
18
19
20
21
22
23
24
25

Page 4

1       A P P E A R A N C E S:
2           (CONTINUED)
3   PIORKOWSKI LAW FIRM PC
4   Attorneys for Defendant MONSANTO COMPANY
5   1155 F Street NW, #200
6   Washington, D.C. 20004
7   202-223-5535
8   BY:  ANNE HOVIS, ESQ.  (APPEARED REMOTELY)
9   ahovis@lawdoc1.com
10
11
12
13  GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
14  Attorneys for Defendant MONSANTO COMPANY
15  200 South Wacker Drive, Suite 2200
16  Chicago, Illinois 60606
17  312-681-6000
18  BY:  CALEB KENNEDY, ESQ.
19  ckennedy@goldmanismail.com
20
21
22
23  ALSO PRESENT:
24  David Hernandez, Legal Video Specialist
25  Amalia Michelle Parrish, Intern Court Reporter

Page  5

I N D E X
TO TESTIMONY
WITNESS:  RAN RESHEF, M.D., MSC

EXAMINATION BY                          PAGE
MR. HABERMAN          12, 201
MR. PAINE                   196

TO EXHIBITS MARKED
PLAINTIFF'S     DESCRIPTION            PAGE
Exhibit 1  Notes on Dr. Gagnier's report and  29
       deposition, 1 page; attached
       hereto
Exhibit 2  Summary of medical facts relating  34
       to Mr. Pleu; attached hereto

Exhibit 3  Summary of medical facts        35
       regarding Mr. Moore; attached
       hereto

Exhibit 4  Dr. Reshef's Expert Report dated  35
       July 25, 2022, Re: Peter Engilis
       v. Monsanto Co., 30 pages;
       attached hereto
Exhibit 5  Notice of Deposition re: Paul      39
       Ferro, et al., Case No.
       20SL-CC0678, consisting of 5
       pages; attached hereto

Exhibit 6  Notice of Deposition re: Peter   41
       Engilis, et al. v. Monsanto Co.,
       Case No. 3:19-cv-07859,
       consisting of 5 pages; attached
       hereto

Page  6

TO EXHIBITS MARKED (CONT'D)
PLAINTIFF'S     DESCRIPTION            PAGE
Exhibit 7  Ran Reshef, MD List of Materials  46
       Considered - Ferro, 24 pages;
       attached hereto
Exhibit 8  Ran Reshef, MD List of Materials  191
       Considered - Peter Engilis, Jr.,
       17 pages; attached hereto
Exhibit 9  Dr. Reshef's December 2021       192
       Invoice to The Piorkowski Law
       Firm, P.C., 1 page; attached
       hereto

Exhibit 10  Dr. Reshef's July 2022 Invoice to 193
       The Piorkowski Law Firm, P.C. in
       the Engilis matter, 1 page;
       attached hereto
Exhibit 11  Dr. Reshef's July 2022 Invoice to 193
       The Piorkowski Law Firm, P.C. in
       the Ferro matter, 1 page;
       attached hereto

Exhibit 12  Dr. Reshef's June 2022 Invoice to 194
       The Piorkowski Law Firm, P.C. in
       the Ferro matter, 1 page;
       attached hereto
Exhibit 13  Dr. Reshef's notes on Mr. Pleu, 2 194
       pages; attached hereto

Exhibit 14  Dr. Reshef's notes on Mr. Moore,  195
       2 pages ; attached hereto

Page  7

F E D E R A L   S T I P U L A T I O N S
     IT IS HEREBY STIPULATED AND AGREED, by and
between the attorneys for the respective parties
hereto, that filing, sealing, and certifications
of the within deposition are hereby waived; that
the original of the within deposition may be
sworn to and signed before any officer authorized
to administer an oath, with the same force and
effect as if signed and sworn to before the
Court; that an unsigned copy of the deposition
may be used with the same force and effect as if
signed by the witness, 30 days after service of
the original & one copy of same upon counsel for
the witness.
     IT IS FURTHER STIPULATED AND AGREED that all
objections except as to form, are reserved to the
time of trial.


                    * * * * * *

Page  8

EXPERT WITNESS RAN RESHEF, M.D., MSC

     THIS IS THE DEPOSITION OF RAN RESHEF, M.D.,
MSC, called as an Expert Witness herein, produced
pursuant to ORDER, on THURSDAY, AUGUST 18, 2022,
before MICHELLE TROY PARRISH, Certified Court
Reporter and Notary Public in and for the State
of New York herein.
                    * * * * * *

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 9

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  THE VIDEOGRAPHER: This is
3  the beginning of one of
4  many depositions of Dr. Ran
5  Reshef, in the matter of
6  Paul Ferro versus Monsanto
7  Company, case number
8  20SL-CC03678; also in the
9  matter of Peter Engilis, et
10 al, versus Monsanto
11 Company, case number
12 3:19-cv-07859.
13     The date is August 18,
14 2022, and the time is 2:22
15 P.M. My name is David
16 Hernandez, I'm the
17 videographer, and the court
18 reporter is Michelle
19 Parrish.
20     Counsel, please
21 introduce yourselves, after
22 which the court reporter
23 will swear in the witness.
24 MR. HABERMAN: Jeffrey
25 Haberman on behalf of the

Page 10

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  plaintiffs.
3  MR. PAINE: Good afternoon.
4  My name is Eric Paine with
5  Nelson Mullins on behalf of
6  defendant Monsanto.
7  MS. HOVIS: Anne Hovis from
8  the Piorkowski Law Firm,
9  also present for defendant
10 Monsanto.
11 COURT REPORTER: Do you
12 solemnly swear or affirm
13 the testimony you give will
14 be the truth so help you
15 God?
16 THE WITNESS: I do.
17
18
19
20
21
22
23
24
25

Page 11

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  MR. HABERMAN: Good
3  afternoon, Doctor.
4  THE WITNESS: Good
5  afternoon.
6  MR. HABERMAN: Can you hear
7  me okay?
8  THE WITNESS: I do.
9  MR. HABERMAN: If at any
10 point during the deposition
11 I ask a question that you
12 don't understand, please
13 ask me to rephrase and I
14 will do my best to do so.
15     If you answer my
16 question, I assume that you
17 understand it.
18     Is that fair?
19 THE WITNESS: I agree.
20
21 * * * * * * *
22
23
24
25

Page 12

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  RAN RESHEF, M.D., MSC
3  called as the witness, hereinbefore named,
4  being first duly cautioned and sworn or affirmed
5  remotely by Michelle Troy Parrish, Certified
6  Court Reporter and Notary Public in and for the
7  State of New York herein, to tell the truth, the
8  whole truth, and nothing but the truth, was
9  examined and testified as follows:
10     EXAMINATION
11 BY MR. HABERMAN:
12 Q    Okay. State your full time for
13 the record, please.
14 A    Ran Reshef.
15 Q    Dr. Reshef, where are you
16 presently?
17 A    I'm in the law office of Arnold
18 and Porter in Manhattan.
19 Q    And does Arnold and Porter
20 represent Monsanto Company in this
21 litigation?
22 MR. PAINE: Objection to
23 form.
24 A    As far as I know, they do,
25 although I have not worked directly

United Reporting, Inc.
(954) 525-2221

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

## Page 13

EXPERT WITNESS RAN RESHEF, M.D., MSC
with them.  My understanding is
simply that this deposition is being
housed in their offices.
BY MR. HABERMAN:
Q      Okay.  Who else is present with
you from Monsanto or on behalf of
Monsanto?
A      On behalf of Monsanto, Eric
Paine and Anne Hovis, who introduced
themselves.
Q      Did you meet with Mr. Paine or
Ms. Hovis prior to today's
deposition?
A      Yes, I have.
Q      And when did you meet with Mr.
Paine?  Did you meet with them
together or separately or both?
A      I believe it was with both of
them together and it was either
yesterday or the day before for
approximately one hour.
Q      All right.  And so, let's get
into what you did to prepare for
today's deposition.  And I know the

## Page 14

EXPERT WITNESS RAN RESHEF, M.D., MSC
mechanics of the deposition is
different than you may have been used
to because we're -- you understand
that you are here to provide
testimony on behalf of three
different individuals who have
brought a lawsuit against Monsanto,
correct?
A      Understood.
Q      And you understand that two of
the individuals that have brought
lawsuits, one Mr. Moore, and another,
Mr. Pleu, their cases are pending in
St. Louis, you understand that,
right?
A      I do.
Q      And you understand that they are
part of a case called Ferro versus
Monsanto, right?
A      I understand.
Q      And then you are also here to
provide opinions on behalf of
Monsanto in connection with Mr. Peter
Engilis, correct?

## Page 15

EXPERT WITNESS RAN RESHEF, M.D., MSC
A      That's correct.
Q      And his case right now is
pending in multi-district litigation
in California, you understand that,
right?
A      I do.
Q      Let me ask you this, Doctor,
what did you do to prepare for
today's deposition?
A      My immediate preparation was
just to review key medical records
that I have previously reviewed in
greater detail, reviewed my reports
that was on the Engilis case which
was submitted nearly a month ago, so
I wanted to refresh my memory.  I
reviewed some of the key literature
and some key aspects of depositions
that I have previously reviewed and
expert's reports from the plaintiff's
side.
Q      All right.  So I'm going to
unpack that.  Let me ask you this
first, though.  How long did you

## Page 16

EXPERT WITNESS RAN RESHEF, M.D., MSC
spend in preparation for today's
deposition?
MR. PAINE:  Objection to
form.
MR. HABERMAN:  Let me ask
it a better way.
BY MR. HABERMAN:
Q      How long did you spend preparing
for today's deposition?
A      Again, the immediate preparation
over the past few days was roughly
six or seven hours.
Q      All right.  You mentioned that
you spent time reviewing key medical
records.  What does that mean?
A      That's what I did in preparation
for the immediate -- the past week,
let's put it that way.  I had
previously reviewed all medical
records that were handed to me, and I
do have a collection of key medical
records which is just helpful in
navigating the more important things,
since as you probably know, these

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 17

EXPERT WITNESS RAN RESHEF, M.D., MSC
medical records include a lot of
things; financial records, billing
issues, various blood pressure
management over many years that don't
always have high relevance.

Q     So, what I'm asking you is what
do you think are the key medical
records?  And we can break them up by
plaintiff.  So, for Mr. Moore what
key medical records are you referring
to?

MR. PAINE:  Objection to
form.

A     So, I don't have that in front
of me, and for each plaintiff
obviously the key medical records are
a little bit different.

And, generally speaking, notes
from medical oncologists, pathology
reports, imaging reports, records of
therapies administered, any records
that pertain to risk factors previous
to their diagnosis, and any records
that indicate consequences of their

Page 18

EXPERT WITNESS RAN RESHEF, M.D., MSC
diagnosis or their therapy I would
consider key medical records.

This is really more of a, I
would say, administrative
designation.  I wouldn't consider it
material.  It was just a way to
collect certain records that are more
relevant for let's say the
last-minute review before a
deposition.

It doesn't mean that the other
records are not important.

BY MR. HABERMAN:

Q     Right.  I'm just really trying
to get a sense of what you felt was
important enough to review or
re-review for today's deposition.

A     So, I think the list I gave
summarizes when it comes to the
medical records, not necessarily the
medical literature or any of the
epidemiologic and other studies.

Q     Now, in the Engilis case you
generated or authored a report,

Page 19

EXPERT WITNESS RAN RESHEF, M.D., MSC
correct?

A     Correct.

Q     Did anybody assist you in
authoring that report?

A     Not in authoring.  I have
administrative assistance in
formatting and making sure that my
grammar is correct and the commas are
in place, but not anything beyond
that.

Q     Who helped in that
administrative work?

A     The Piorkowski Law Office.

Q     Did anyone from that law firm
give you comments that you then
reviewed and either accepted or
rejected in the report before it was
finalized?

MR. PAINE:  I'm going to
object to the question and
instruct Dr. Reshef not to
answer.

Privilege applies to
the communications between

Page 20

EXPERT WITNESS RAN RESHEF, M.D., MSC
counsel and experts and
protects drafts, reports
and similar materials.

So, Doctor, I will
instruct you not to answer
that question.

BY MR. HABERMAN:

Q     Did attorneys from Monsanto
assist you in writing your report?

MR. PAINE:  Same objection;
same instruction, Doctor.

MR. HABERMAN:  That's
different.  I'm not asking
about the contents.  I'm
asking about the assistance
in drafting the report.

You can answer that,
Doctor.

MR. PAINE:  No, you can't,
Doctor.  That still goes to
the heart of communication
between counsel and the
expert witness and is
protected under applicable

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 21

EXPERT WITNESS RAN RESHEF, M.D., MSC
law.
MR. HABERMAN:  No, it's
not.  If you assisted him
in drafting his report, I'm
entitled to know that.
MR. PAINE:  I'm sorry, we
are going to have to agree
to disagree on that.
Please move on.
MR. HABERMAN:  No.  That's
key.  You are telling me
that under the rules it's
entirely privileged whether
or not you submitted a
report that the Doctor just
signed but didn't generate
himself, I'm not entitled
to know that?  I don't
agree and I don't think any
Judge would agree with that
kind of analysis.
MR. PAINE:  We are going to
have to agree to disagree.
The rules say what the

Page 22

EXPERT WITNESS RAN RESHEF, M.D., MSC
rules say.  The
communications between
counsel and the Doctor are
privileged, along with the
drafts of reports.
Counsel's involvement of
that, if any, is part of
that privilege, so he is
instructed not to answer.
BY MR. HABERMAN:
Q      How much of your expert report
in the Engilis case did attorneys
from Monsanto write?
MR. PAINE:  Objection.
Instruction not to answer,
Doctor.
If you can ask a
non-objectionable question,
I will allow that.
MR. HABERMAN:  I mean, I
don't think any of my
questions are
objectionable, other than
maybe the comments

Page 23

EXPERT WITNESS RAN RESHEF, M.D., MSC
question, if he accepted
comments from you.
BY MR. HABERMAN:
Q      Doctor, did you author every
word in the Engilis report?
A      Yes.
Q      Did anyone assist you in writing
the Engilis report?
A      No.
MR. PAINE:  Objection.
BY MR. HABERMAN:
Q      Your testimony is no?
MR. PAINE:  Again, I have
instructed the witness not
to answer questions about
the drafts of the reports,
preparation of reports.
You have asked a question
that I permitted.  I think
that covers it.
BY MR. HABERMAN:
Q      How long did it take you to
draft the Engilis report?
A      It was drafted over a period of

Page 24

EXPERT WITNESS RAN RESHEF, M.D., MSC
several weeks.  The number of hours
it took, which was quite significant,
and I think it's detailed in the
invoices which we can look at, I
believe, documents specifically how
much of my time was dedicated
specifically to authoring the report.
Q      Okay.  We'll look at your
invoices later.  You mentioned in
your in prep that among the things
you did to prepare for today's
deposition, you reviewed key
literature.  Can you tell me what
literature you reviewed in
preparation for today's deposition?
A      Long list.  I refreshed my
memory about the key epidemiologic
studies, including some of the
meta-analysis.  That's the majority
of literature that I reviewed
specifically prior and immediately
prior to the deposition.
Q      You said key epidemiological
studies.  Can you list them?

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 25

EXPERT WITNESS RAN RESHEF, M.D., MSC

A    I will probably miss several of
them because that's just from memory,
but I reviewed the Zhang
meta-analysis, Chang, Kabat, Donato,
Meloni, Boffetta, Eriksson, Cocco,
Andreotti, and probably several
others.  This is just a list from
memory.
Q    And then you said that you
reviewed key aspects of depositions
and, I think, plaintiff's experts'
reports.  Did I get that right?
A    Yes.
Q    Which plaintiff's expert reports
did you review in preparation for
today's deposition?
A    Dr. Gagnier's.
Q    Did you review any reports
generated by experts from Monsanto?
A    No.
Q    What depositions did you review
or re-review in preparation for
today's deposition?
A    Depositions of the plaintiffs

Page 26

EXPERT WITNESS RAN RESHEF, M.D., MSC
and depositions of Dr. Gagnier.
Q    And which case deposition of Dr.
Gagnier did you review?
A    I reviewed his reports from two
separate cases, including the most
recent one, and two depositions
similarly.
Q    And did that review of Dr.
Gagnier's material influence your
opinion one way or the other?
A    My opinion is -- That's a very
broad question.  I don't think I have
modified or altered my opinion in
regards to the association between
glyphosate and Non-Hodgkin's lymphoma
after reviewing Gagnier's reports and
deposition.
And just to clarify, we're
reviewing a list of documents that I
reviewed over the past few days.
This is not the complete list that I
have reviewed over several months in
preparation for these cases.
Q    I'm not suggesting that it was.

Page 27

EXPERT WITNESS RAN RESHEF, M.D., MSC
I just wanted to know what you
focused on particularly in
preparation for today's deposition.
A    And I just wanted to clarify.
Q    Regarding Dr. Gagnier, you read
his reports, correct?
A    Correct.
Q    Do you find his methodologies to
be flawed?
A    I think in some regards there
are elements that are flawed and
curiously conflict with his own
description of what an appropriate
methodology should be.
Q    So, what elements of Dr.
Gagnier's reports are flawed?
A    So, we did produce notes that
have been minimally modified for
today's deposition.  I don't know if
you have access to this already or
that you would like us to present
them now as exhibits.
I don't know.
THE WITNESS:  Eric, can you

Page 28

EXPERT WITNESS RAN RESHEF, M.D., MSC
guide me?
MR. PAINE:  Yes.
I sent those to
Mr. Haberman just before we
went on the record, so
those should be in his
inbox, including the
Gagnier notes.
THE WITNESS:  Okay.
* * * * * * *
(At which time, Counsel
Mr. Haberman screen-shared
the document with the
witness and all parties
present.)
* * * * * * *
BY MR. HABERMAN:
Q    I have the Gagnier notes up.
It's two pages; is that right?
A    That's correct.
MR. PAINE:  Jeff, not to
interrupt, but if you want
to mark those as exhibits,
I have a couple of extra

---

Page 29

EXPERT WITNESS RAN RESHEF, M.D., MSC

copies here for the court
reporter.
    MR. HABERMAN:  Yes, I do
want to mark it as an
exhibit.  I was going to
start with the Notices of
Deposition to mark as
exhibits because, I don't
know, par for the course,
but we can start here.
    So, let's mark as
Exhibit 1 the Notes on
Dr. Gagnier's report and
deposition.
    * * * * * * *
    (Notes on Dr. Gagnier's
report and deposition, 1
page, was marked as
Plaintiff's  Exh bit 1 for
identification as of this
date by the Court Reporter;
attached hereto.)
    * * * * * * *

---

Page 30

EXPERT WITNESS RAN RESHEF, M.D., MSC

BY MR. HABERMAN:
Q     Okay.  So do you have your notes
in front of you, Doctor?
A     Yes, I do.
Q     Did you generate this list of
notes of Dr. Gagnier's report and
deposition?
A     Yes, I did.
Q     Are these your personal notes?
A     Yes.
Q     Did you have any conversations
with counsel from Monsanto about
Dr. Gagnier's report and deposition?
    MR. PAINE:  Objection.
    Again, instruction not to
    answer.
        Doctor, you can answer
    the question about whether
    you have had conversations,
    but anything beyond that
    about the substance of
    conversations is privileged
    and not to be answered,
    please.

---

Page 31

EXPERT WITNESS RAN RESHEF, M.D., MSC

A     I have had conversations in
regards to the Gagnier's report and
deposition.
BY MR. HABERMAN:
Q      You are not an epidemiologist,
correct?
A      I have a fairly good amount of
background in epidemiology, since the
science of oncology is extremely
evidence-based and focuses on
epidemiologic studies.  I have had
training in epidemiology and in my
publication list you can see a good
number of studies that use
epidemiological tools.
Q     If someone asked you what you
did for a living, would you tell them
that you are an epidemiologist?
A     No, I would not.
Q     You would tell them you are on
oncologist, right?
A     Correct.
Q     So, can we agree that you do not
have an advanced degree in

---

Page 32

**EXPERT WITNESS RAN RESHEF, M.D., MSC
epidemiology?**
    MR. PAINE:  Objection to
    form.
A     I have an advanced degree in
translational research which includes
quite a bit of didactic and practical
training in research methods, which
includes biostatistics and
epidemiology.  The title of that
degree is not epidemiology, but I
think it contains quite a significant
overlap with an epidemiology degree.
BY MR. HABERMAN:
Q     Do you have a Doctorate in
epidemiology?
A     No, I do not.
Q     Do you have a Masters degree in
epidemiology?
A     As I mentioned, I a Masters
degree in translational research
which overlaps with a lot of the
content that you would study in a
Masters in epidemiology.
Q     Do you have a Masters degree in

---

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

## Page 33

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2 epidemiology?
3 A    The Masters degree I have is not
4    titled epidemiology.
5 Q    When did you generate this list
6 of criticisms of Dr. Gagnier's report
7 and deposition?
8 A    There has been a previous
9    version that was prepared for a
10    previous case, and I made some minor
11    judgments after reading Dr. Gagnier's
12    specific report in this case and his
13    deposition.  Most of those are not
14    substantial changes.
15 Q    All right.  What else did you
16 bring before you to today's
17 deposition?
18 A    A summary -- A brief summary of
19    the medical facts related to Mr. Pleu
20    and Mr. Moore.
21       MR. HABERMAN:  Let's mark
22       that summary as Exhibit 2,
23       please.
24       MR. PAINE:  These are
25       separate documents, so one

## Page 34

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2    is for Pleu and one is for
3    Moore.  He does have his
4    Engilis report in front of
5    him as well.
6       MR. HABERMAN:  Let's mark
7       as Exhibit 2 your summary
8       of facts regarding
9       Mr. Pleu.
10       * * * * * * *
11       (Summary of medical
12    facts relating to Mr. Pleu
13    was marked as Plaintiff's
14    Exhibit 2 for identification
15    as of this date by the Court
16    Reporter; attached hereto.)
17       * * * * * * *
18       MR. HABERMAN:  And we'll
19       mark as Exh bit 3 the
20       summary of medical facts
21       relating to Mr. Moore.
22       * * * * * * *
23       (Summary of medical
24    facts regarding Mr. Moore
25    was marked as Plaintiff's

## Page 35

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2    Exhibit 3 for identification
3    as of this date by the Court
4    Reporter; attached hereto.)
5       * * * * * * *
6       MR. HABERMAN:  And then
7       we'll mark as Exhibit 4
8       your report that you
9       generated in the Engilis
10       matter.
11       * * * * * * *
12       (Dr. Reshef's Expert
13    Report dated July 25, 2022,
14    Re: Peter Engilis v.
15    Monsanto Co., 30 pages, was
16    marked as Plaintiff's
17    Exhibit 4 for identification
18    as of this date by the Court
19    Reporter; attached hereto.)
20       * * * * * * *
21 BY MR. HABERMAN:
22 Q    Now, Doctor, do you have the
23 Notices of Deposition before you as
24 well?
25 A    Not before me, but I'm sure it

## Page 36

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2    can be supplied.
3 Q    Did you review the Notices of
4 Deposition prior to today's
5 deposition?
6 A    Yes.  Not in the past few days,
7    but previously.
8       MR. HABERMAN:  And I will
9       get this to the court
10       reporter after today's
11       deposition, unless maybe a
12       hard copy can be presented
13       to her now, but let me
14       share my screen with you.
15       * * * * * * *
16       (At which time, Counsel
17    Mr. Haberman screen-shared
18    the document with the
19    witness and all parties
20    present.)
21       * * * * * * *
22 BY MR. HABERMAN:
23 Q    Do you see this document before
24 you, Doctor?
25 A    Yes.

Page 37

EXPERT WITNESS RAN RESHEF, M.D., MSC

1  EXPERT WITNESS RAN RESHEF, M.D., MSC
2       And if you don't mind zooming in
3  a little bit, then it will be less of
4  an eye exam.
5            (Counsel adjusted the
6       exhibit as requested.)
7  BY MR. HABERMAN:
8  Q     Sorry about that.
9       Do you see here it says the
10  Plaintiff's Second [sic] Amended
11  Notice of Videotaped Deposition of
12  Ran Reshef, MD, MSc?
13  A     Yes.
14            MR. HABERMAN:  And this is
15       the Deposition Notice
16       regarding Mr. Pleu and
17       Moore.
18  BY MR. HABERMAN:
19  Q     Have you seen this document
20  before?
21  A     So, I'm seeing the Notice of
22  Deposition regarding Peter Engilis.
23            (At which time, screen
24       sharing of the exhibit was
25       stopped.)

Page 38

1  EXPERT WITNESS RAN RESHEF, M.D., MSC
2       * * * * * * *
3            (At which time, Counsel
4       Mr. Haberman screen-shared
5       the document with the
6       witness and all parties
7       present.)
8       * * * * * * *
9  BY MR. HABERMAN:
10  Q     How about now, do you see the
11  Deposition Notice with the Ferro
12  caption on top?
13  A     Yes.
14  Q     And have you seen this document
15  before?
16  A     Yes, I have.
17            MR. HABERMAN:  And we'll
18       mark this as Exhibit 5, the
19       Notice of Deposition in the
20       Ferro matter.
21       * * * * * * *
22            (Notice of Deposition
23       re: Paul Ferro, et al. Case
24       No. 20SL-CC0678, consisting
25       of 5 pages, was marked as

Page 39

1  EXPERT WITNESS RAN RESHEF, M.D., MSC
2       Plaintiff's  Exhibit 5 for
3       identification as of this
4       date by the Court Reporter;
5       attached hereto.)
6       * * * * * * *
7  BY MR. HABERMAN:
8  Q     Do you also see the Notice of
9  Deposition in the Engilis matter
10  before you, or no?
11  A     That was the previous one.  I
12  can only see one thing right now.
13  Q     Okay.  Because I see it in front
14  of my screen and I had the screen
15  share on, so I thought that you would
16  be able to see it.  I guess I have to
17  stop share and re-share.  Hang on.
18            (At which time, there
19       was a brief pause in the
20       proceedings.)
21  A     Yes, but you just showed it to
22  me a minute ago, so we're on the same
23  page.
24       * * * * * * *
25            (At which time, Counsel

Page 40

1  EXPERT WITNESS RAN RESHEF, M.D., MSC
2       Mr. Haberman screen-shared
3       the document with the
4       witness and all parties
5       present.)
6       * * * * * * *
7  BY MR. HABERMAN:
8  Q     Now you see the deposition
9  notice in the Engilis matter?
10  A     Yes.
11  Q     All right.  I think both notices
12  have the same Schedule A that I would
13  like to go through with you.
14            MR. HABERMAN:  And we're
15       going to mark the
16       Engilis --
17       We're going to mark
18       the Notice of Deposition of
19       the Ferro case as Exhibit 5
20       and the Notice of
21       Deposition in the Engilis
22       case as Exhibit 6.
23       * * * * * * *
24            (Notice of Deposition
25       re: Peter Engilis, et al. v.

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 41

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2          Monsanto Co., Case No.
3          3:19-cv-07859, consisting of
4          5 pages was marked as
5          Plaintiff's Exh bit 6 for
6          identification as of this
7          date by the Court Reporter;
8          attached hereto.)
9          * * * * * * *
10 BY MR. HABERMAN:
11 Q      I think it calls for production
12 of the same materials.  I just want
13 to review them with you.
14          Do you have the documents that
15 show the total amount that you have
16 billed in connection with your work
17 as an expert in litigation involving
18 Roundup?
19          MR. PAINE:  Let me just
20          interpose an objection.
21          Just noting for the
22          record that we did file
23          objections to both of the
24          notices, including the
25          document productions.  And

Page 42

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2          I think in those referenced
3          that we were producing the
4          invoices with respect to
5          the particular cases
6          noticed today.  We have
7          made a similar request, I
8          believe, and haven't
9          reached any kind of an
10          agreement with respect to
11          the production of all
12          invoices on behalf of
13          Plaintiff's experts, so
14          pending agreement on that,
15          that's where we stand on
16          our objection.
17 BY MR. HABERMAN:
18 Q      Putting that objection aside,
19 Doctor, do you have documents in your
20 possession to show the total amount
21 that you have billed in connection
22 with your work as an expert in the
23 litigation involving Roundup?
24 A      I do not have documents
25 summarizing.  I have separate

Page 43

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2 invoices, monthly, for each and every
3 case individually.
4 Q      Okay.  And if we added all those
5 invoices up, then you could get the
6 total amount that you have billed in
7 connection with Roundup litigation,
8 right?
9          MR. PAINE:  Objection to
10          form.
11 A      If you were to do that exercise,
12 I'm guessing you will get to that
13 number.
14 BY MR. HABERMAN:
15 Q      Is it true that you have billed
16 over $170,000 in connection with
17 Roundup litigation?
18 A      Over the course of three years
19 that I was involved in this
20 litigation, I would guess that it's
21 over -- above that number, yes.
22 Q      Is it more than a quarter
23 million dollars?
24          MR. PAINE:  Objection to
25          form.

Page 44

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2 A      Possibly.  Not sure.
3 BY MR. HABERMAN:
4 Q      Is it over a half a million
5 dollars; over $500,000?
6          MR. PAINE:  Objection.
7 A      Definitely not.
8 BY MR. HABERMAN:
9 Q      Do you know whether you have
10 produced invoices reflecting the
11 amount of work that you have done in
12 the Ferro matter and in the Engilis
13 matter?
14 A      I have produced these invoices
15 that have already been submitted,
16 which means that if an invoice is
17 produced at the end of each month,
18 then for the month of August I have
19 not yet prepared or submitted an
20 invoice.
21          MR. PAINE:  Again, just for
22          the record, we produced
23          invoices just before we
24          went on the record today to
25          the extent they have been

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 45

EXPERT WITNESS RAN RESHEF, M.D., MSC
submitted so far for both
the Ferro and the Engilis
cases.
BY MR. HABERMAN:
Q      Doctor, you generated materials
considered or a reliance list for the
Pleu matter, correct?
A      Correct.
       MR. HABERMAN:  And we'll
       mark that as Exhibit 7.
BY MR. HABERMAN:
Q      You have also generated a
materials considered or reliance list
for the Moore matter, correct?
       MR. PAINE:  Objection.
A      I believe your previous question
was about the Ferro case in general.
Have I misunderstood that?
Q      Do you have a different
materials considered list for
Mr. Moore and Mr. Pleu?
A      I believe it's included in a
single MCL and not in separate ones.
       MR. HABERMAN:  Okay.  So,

Page 46

EXPERT WITNESS RAN RESHEF, M.D., MSC
we'll mark as Exhibit 7
your materials considered
list for the Ferro matter,
okay.
       * * * * * * *
       (Ran Reshef, MD List of
Materials Considered -
Ferro, 24 pages was marked
as Plaintiff's Exhibit 7
for identification as of
this date by the Court
Reporter; attached hereto.)
       * * * * * * *
BY MR. HABERMAN:
Q      And do you have a materials
considered list or reliance list for
the Engilis matter?
       MR. PAINE:  Objection to
       form.
A      I don't have it in front of me,
but it was submitted together with
the report, I believe.
BY MR. HABERMAN:
Q      Together with the report, right?

Page 47

EXPERT WITNESS RAN RESHEF, M.D., MSC
A      Yes.
Q      For both those cases the
material that you rely on for your
opinions in both matters is in the
materials considered list,
respectively, true?
       MR. PAINE:  Objection to
       form.
A      The materials I considered in
forming my opinions does not include
each and every piece of paper or
article that I found and looked at.
If things were not material for my
opinions and should not have been
considered, it was not included.
BY MR. HABERMAN:
Q      I understand.
       And, so, if something is not
included in your list, does that mean
you are not relying on that for your
opinions in either case?
       MR. PAINE:  Objection to
       form.
A      It means that I either did not

Page 48

EXPERT WITNESS RAN RESHEF, M.D., MSC
consider it in forming my opinions or
in some cases it was redundant.
There are a lot of papers that just
reference each other and there is no
point in including all of them.  Or
that I have omitted it by error.  I
think these are the three options of
why something would not be on the
MCL.
BY MR. HABERMAN:
Q      I just want to make sure that
there is not a study out there that
you are relying on for your opinions
in the case that is not included in
the materials considered list.
A      I think I did my best effort to
insure that all of the material that
is critical for this case, and beyond
critical, all the material I
considered for this case is included,
and it is a fairly extensive MCL.  I
can't give a guarantee that something
was omitted by error and definitely
not on purpose.

Page 49

EXPERT WITNESS RAN RESHEF, M.D., MSC

Q     That wasn't what I was
suggesting.  I just want to make sure
that to understand your opinions in
the case that there is not something
else out there that you are going to
pull out at trial that I haven't had
time or an opportunity to take a look
at.

A     Not in terms of materials.
Obviously, my opinions are also based
on my experience, expertise, years of
treating patients and etc., those I
can't really put on a list, but would
probably show up in trial.

Q     Did you pull all of the articles
that you rely on yourself?

          MR. PAINE:  Objection to
          form.

A     In the plaintiff's specific
causation, absolutely all of them
were pulled by me.  In the general
causation question there have been
some documents that I have asked
counsel for help in retrieving them

Page 50

EXPERT WITNESS RAN RESHEF, M.D., MSC

if I did not have access to them for
whatever reason, if they were not
available on the internet or if I
could not find them.

BY MR. HABERMAN:

Q     Did counsel from Monsanto help
or assist you in pulling articles?

A     Only to the extent that I just
mentioned.  If there was a report
from a regulatory authority that I
could not find online or an article
that for whatever reason I did not
have access to for a variety of
reasons.  And these are really the
minority, the very small minority of
papers on the MCL.  And, of course,
any record that is not scientific
literature, so I don't have access to
depositions, expert reports; all of
those are on the MCL, medical
records, all of those were obviously
supplied by counsel.

Q     Do you have any consulting
agreements with any organizations?

Page 51

EXPERT WITNESS RAN RESHEF, M.D., MSC

          MR. PAINE:  Objection to
          form.

A     That is a broad question, but
the broad answer is yes.

BY MR. HABERMAN:

Q     And which organizations?

A     That's a pretty lengthy list.
These are generally pharmaceutical
companies in drug development or in
development of self therapies.  And I
also conduct clinical trials for
pharmaceutical companies, but in that
case the agreements are not done
directly with me but with Columbia
University and I'm just a co-signer
of these agreements.

Q     What pharmaceutical companies
are you referring to?

A     I can give you a list off the
top of my head.  It's going to be
fairly incomplete because it's a list
that goes back about three years
because that's usually the
requirement of my employer and the

Page 52

EXPERT WITNESS RAN RESHEF, M.D., MSC

requirement of journals that I submit
papers to, so I could tell you that I
have had consulting agreements.

          MR. PAINE:  Let me
          interject.
          If any of those are
          subject to confidentiality
          provisions, I caution you
          to answer appropriately.

A     Yes, and since these type of
consulting agreements actually have
to be disclosed per the Sunshine Act
and per the Columbia University
policy, then I have never signed a
consulting agreement that does not
allow me to put that information in
the public domain.

BY MR. HABERMAN:

Q     Okay.  Good.
          What pharmaceutical companies?

A     So Gilead, Novartis,
Bristol-Meyers Squibb.  Smaller
companies; one called TScan.  One
called Synthekine.  Another one

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

## Page 53

EXPERT WITNESS RAN RESHEF, M.D., MSC

called Atara, A-T-A-R-A. I can
probably pull one of my more recent
papers and it generally has the full
disclosure of all of these
agreements. There are several
others, and the names just don't come
to me right now.

Q      All right. And what about
Bayer? Do you have any consulting
agreements with Bayer?

A      No, not directly. The only work
that I have done that is indirectly
related to Bayer is work on this
litigation, but in that case Bayer
did not retain me directly, but I'm
still disclosing that in my official
disclosure at Columbia University as
an agreement with Bayer, since it's
clear that they are funding this
relationship.

Q      Okay. Have you done any expert
work in litigation for any of the
drug companies that you just
mentioned?

## Page 54

EXPERT WITNESS RAN RESHEF, M.D., MSC

A      No, I have not.

Q      Okay. Other than the expert
work that you are doing in this case,
have you testified as an expert in
any other kind of litigation?

A      I have testified in depositions
in two cases currently pending in
Illinois against Sterigenics.

Q      I'm sorry, against what?

A      Sterigenics.

Q      Is that a company, Sterigenics?

A      Yes.

Q      And what is that litigation
about?

A      Generally speaking, it is about
causation of Non-Hodgkin's lymphoma
as a result of exposure to ethylene
oxide.

Q      And who are you testing on
behalf of?

A      The defendant.

Q      And when did your -- When were
you retained in those matters?

A      I want to say approximately two

## Page 55

EXPERT WITNESS RAN RESHEF, M.D., MSC

years ago, but I don't have a clear
date in my head.

Q      Did you begin testifying on
behalf of that entity before you
began testifying on behalf of
Monsanto?

A      No, these depositions were
conducted in the past four months.

Q      Okay, but you were first
consulted in those matters about two
years ago, is that right?

A      Give or take.

Q      And what is the name of the
company again? Can you spell that
for me?

A      Sterigenics,
S-T-E-R-I-G-E-N-I-C-S.

Q      What law firm represents
Sterigenics or what law firms
represent Sterigenics?

A      The law firm that retained me is
Sidley Austin.

Q      Okay. Have you ever been sued
for medical malpractice?

## Page 56

EXPERT WITNESS RAN RESHEF, M.D., MSC

A      No.

Q      Have you ever testified on
behalf of a Doctor who had been sued
for medical malpractice?

A      No.

Q      I'm sorry, what was that?

A      No.

Q      Have you ever testified on
behalf of a plaintiff who brought a
lawsuit for medical malpractice
against another physician?

A      No.

Q      Have you ever testified for a
plaintiff, period?

A      Not that I can recall.

Q      Have you ever testified -- Other
than in Roundup litigation and other
than the case regarding Sterigenics,
have you ever testified in any other
type of product liability matter?

A      No, I have not.

Q      Other than pharmaceutical
companies, have you entered into any
consulting agreements with other

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 57

EXPERT WITNESS RAN RESHEF, M.D., MSC

organizations or entities?

MR. PAINE: Objection.

A    Only entities related to health
care, such as medical education
companies that produce education
materials for patients or for
physicians all related to my work as
an oncologist.

So these are not pharmaceutical
companies, per se, but the type of
consulting work is fairly similar.

BY MR. HABERMAN:

Q    Can you give me the names of
some of these companies?

A    That would, in fact, be
challenging. I haven't had one
recently, and they don't have
familiar names like Bristol-Meyers or
something like that. These are
medical education companies that
produce webinars or organize
seminars.

BY MR. HABERMAN:

Q    Since you began testifying on

Page 58

EXPERT WITNESS RAN RESHEF, M.D., MSC

behalf of Monsanto or doing work on
behalf of Monsanto have you had
communications with any of Monsanto's
experts?

A    No, I have not.

Q    Have you read any deposition
testimony of witnesses who work or
worked for Monsanto?

A    I believe I have not. And let
me just put one caveat on the
previous question. There has been
one expert witness who testified on
behalf of Monsanto who is a faculty
member at Columbia, so obviously I
have had communications with that
person, but we have never
communicated on matters related to
this litigation.

Q    And that's Dr. Neugut, right?

A    That's correct.

Q    And he is an expert for the
plaintiffs, right?

A    I'm not sure if on this case,
but I know that he has testified in

Page 59

EXPERT WITNESS RAN RESHEF, M.D., MSC

previous cases.

Q    I can represent to you that he
is an expert who is disclosed in
these three cases.

A    Okay.

Q    Have you spoken with Dr. Neugut
about -- I think you might have just
answered this, but if you did, it
went in one ear and out the other.
Have you spoken with Dr. Neugut about
your work in the Roundup litigation
or about his work in the Roundup
litigation?

A    We have never discussed this
issue. And my work and Dr. Neugut's
work, despite the fact that we're
part of the same division, are very
much distinct. He is an expert in GI
malignancies, and his expertise in
public health is very much removed
from the type of work that I do, so
we don't actually have too many
opportunities to interact.

MR. HABERMAN: Move to

Page 60

EXPERT WITNESS RAN RESHEF, M.D., MSC

strike as not responsive.

BY MR. HABERMAN:

Q    Have you read any of
Dr. Neugut's reports generated in the
Roundup litigation?

A    Off the top of my head I don't
recall if he produced a report. I
have certainly read depositions and,
I believe, trial testimony. If I
read a report of his, it was a while
ago.

Q    Okay. That would have been my
next question. You have read
deposition and trial testimony of Dr.
Neugut, right?

A    I believe I have. Not in
relation to these cases though.

Q    But what do you mean not in
relation to these cases, like these
plaintiffs specifically?

A    Yes. I don't believe I read a
deposition of his in regards to Ferro
or Engilis.

Q    I asked you if you had read any

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 61

EXPERT WITNESS RAN RESHEF, M.D., MSC
of the deposition testimony of any
employee who works or worked for
Monsanto, and I believe your answer
is no, correct?
A      Correct.
Q      Have you reviewed any internal
communications of Monsanto employees
regarding Roundup?
A      No.  They have been presented to
me on trial, maybe once, but I
wouldn't call that that I was able to
review them.
Q      Right.  You are not relying on
any internal communications among
Monsanto employees for your opinions
in this case, right?
A      Correct.
Q      And you have not even reviewed
any internal communications among
Monsanto employees about Roundup in
connection with generating your
report, any report in the Roundup
litigation, right?
        MR. PAINE:  Objection to

Page 62

EXPERT WITNESS RAN RESHEF, M.D., MSC
form.
A      That's correct.  I focused on
the evaluation of the scientific
data.  I believe that such
communications were reviewed by some
regulatory authorities, but I did not
review them directly myself.
BY MR. HABERMAN:
Q      My question is:  Is it correct,
yes or no --
        MR. HABERMAN:  Scratch
that.
BY MR. HABERMAN:
Q      Is it correct that you have not
reviewed internal communications
among Monsanto employees about
Roundup in connection with generating
your report in this matter?
A      Let me just make sure I
understand the question.  Are you
asking about communications regarding
my report or communications regarding
glyphosate?
Q      My question is did you review

Page 63

EXPERT WITNESS RAN RESHEF, M.D., MSC
any internal communications among
Monsanto employees about Roundup when
you were generating your report?
A      No.
Q      Why not?
A      They were not presented to me.
These are not things available in the
public domain and they are not part
of scientific literature, and there
is a concern that such documentation
is biased in various ways, either by
the people who produced the
communication or the people who
choose to offer it as evidence, so
doesn't serve much of a purpose in
forming an independent opinion about
the association between glyphosate
and lymphoma.
Q      What if those communications
conceded that glyphosate or Roundup
is associated with NHL and can cause
NHL, wouldn't that be important for
you to consider in this case?
        MR. PAINE:  Objection to

Page 64

EXPERT WITNESS RAN RESHEF, M.D., MSC
form.  Incomplete
hypothetical.  Assumes
facts not in evidence.
A      I think that is a scenario that
is highly hypothetical, and I would
first of all be concerned about such
a concession because I would want to
know what data is that really relying
upon.
BY MR. HABERMAN:
Q      My question is if Monsanto
employees did make that concession
that Roundup is associated with NHL
or can cause NHL, would you want to
read that communication and the data
on which it's based?
        MR. PAINE:  Objection to
the hypothetical.  Assumes
facts not in evidence.
Misstates facts.
A      Yes, I think this is not a valid
hypothesis.  A hypothesis is --
BY MR. HABERMAN:
Q      Are you saying that if Monsanto

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 65

EXPERT WITNESS RAN RESHEF, M.D., MSC

1    generated those type of documents,
2    you would not want to read that?
3            MR. PAINE:  Jeff, please
4        let him finish his answer,
5        please.
6            MR. HABERMAN:  Yes, and you
7        need to stop coaching the
8        witness.
9            MR. PAINE:  Making valid
10       objections.
11           MR. HABERMAN:  Just object
12       to the form of the
13       questions or you can have a
14       standing objection to all
15       of my questions.  That
16       would be fine too.
17           MR. PAINE:  We'll keep
18       going.
19   A    That hypothesis needs some
20       underlying data to support it, so I
21       can't make a hypothesis on something
22       that I haven't seen, and I haven't
23       seen any data to support it.
24           Maybe a more satisfying answer

Page 66

EXPERT WITNESS RAN RESHEF, M.D., MSC

1        would be if there are data that
2        supports such a concession I would
3        want to see it, but I find it
4        somewhat hard to believe that such
5        data exists, especially epidemiologic
6        data without it being in the public
7        domain.
8    BY MR. HABERMAN:
9    Q    But you don't know one way or
10       the other if that concession exists
11       because you haven't reviewed internal
12       communications, correct?
13   A    I don't know if such a
14       concession exists, and I would have
15       an issue with reviewing internal
16       documents because they are more
17       likely to be cherry-picked.  There is
18       no availability of the full data in
19       these situations.
20   Q    Do you know how many tens of
21       thousands or hundreds of thousands or
22       millions of pages of documents that
23       Monsanto produced for the plaintiffs
24       in this litigation?

Page 67

EXPERT WITNESS RAN RESHEF, M.D., MSC

1    A    I do not.
2    Q    And you have not reviewed any of
3        it, right?
4    A    To the best of my knowledge, it
5        does include scientific evidence that
6        is required for forming my opinions.
7    Q    But you are speculating there
8        because you can't make an opinion on
9        what you don't know, right?
10           MR. PAINE:  Objection to
11       form.
12   A    I think you started with the
13       highly hypothetical question, so I
14       don't have a different way of
15       responding to it.
16   BY MR. HABERMAN:
17   Q    My question is, really, if
18       Monsanto has information that's
19       contrary to your opinions in the
20       case, and that information is
21       expressed in internal communications,
22       don't you think you would want to see
23       that?
24           MR. PAINE:  Objection to

Page 68

EXPERT WITNESS RAN RESHEF, M.D., MSC

1        form; complete
2        hypothetical; assumes facts
3        not in evidence; misstates
4        facts.
5    A    Again, this is a hypothesis that
6        I have no opinion about, period.
7    BY MR. HABERMAN:
8    Q    So, at trial I'm going to ask
9        the same questions before a jury and
10       you are going to look the jury in the
11       eye and you are going to tell them
12       that you don't need to see their
13       internal communications; is that your
14       testimony?
15           MR. PAINE:  Objection;
16       asked and answered;
17       argumentative.
18   A    Hopefully in that situation you
19       would show me the actual evidence and
20       we wouldn't be dealing with
21       hypotheses.
22   BY MR. HABERMAN:
23   Q    What will your answer be to the
24       jury?

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 69

EXPERT WITNESS RAN RESHEF, M.D., MSC

MR. PAINE:  Objection.
Asked and answered.
A     If I need to repeat my response,
I would respond to the jury the exact
same way I responded here.
BY MR. HABERMAN:
Q      My question is, and I,
hopefully, can get this clear for the
record with a clear answer, a clear
question and a clear answer.
If Monsanto has internal
communications that are different and
contrary to your opinions in the case
regarding the association between NHL
and Roundup and causation between NHL
and Roundup, would you want to know
and read those internal
communications?
MR. PAINE:  Objection to
form; asked and answered;
argumentative; incomplete
hypothetical; assumes facts
not in evidence and
misstates facts.

Page 70

EXPERT WITNESS RAN RESHEF, M.D., MSC
A     I would limit my answer to the
situation where there is scientific
data and clear evidence that it is
being not revealed to the public on
purpose scientific valid data which
to the best of my knowledge does not
exist.
BY MR. HABERMAN:
Q      Well, what if --
Well, you don't know whether or
not --
You don't know what you don't
know, right?
A     I agree to that.
Q      And you can't rely on something
that hasn't been provided to you,
right?
MR. PAINE:  Objection to
form.
A     I think most of the scientific
investigation relies on independent
research of literature, regulatory
reports and whatnot.  I don't think
-- I think very little has been

Page 71

EXPERT WITNESS RAN RESHEF, M.D., MSC
actively provided to me in this
situation.
BY MR. HABERMAN:
Q      Right.  And I'm just wondering
that if Monsanto had internal
communications that are contrary to
your causation opinions, wouldn't you
want to read those communications?
MR. PAINE:  Objection;
asked and answered.  All of
my previous objections
stand, just to save a
little time.
A     Not necessarily.  It would be
prudent to ask which internal
communications are those, in what
context they have been provided, can
we get a complete set of internal
e-mails or documents regarding this
and what type of scientific data
supports such a concession.
So I think your question is a
bit too vague about the content of
such communication to the degree that

Page 72

EXPERT WITNESS RAN RESHEF, M.D., MSC
I cannot respond to such a remote
hypothesis.
BY MR. HABERMAN:
Q      It's your assumption that the
hypothesis is remote because you
haven't looked at any of Monsanto's
internal communications, true?
MR. PAINE:  Objection.
Asked and answered.
A     As I mentioned, the hypothesis
is something that requires some
preliminary data to be provided.
I'm happy to review such data if
you think it's pertinent for me to
review it, but I have not reviewed
such data myself.
BY MR. HABERMAN:
Q      So, if I were to produce that
data to you, you would be happy to
review it, right?
MR. PAINE:  Objection to
form.  Asked and answered.
A     I think this is a deposition and
we will go on trial and I think you

United Reporting, Inc.
(954) 525-2221

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 73

EXPERT WITNESS RAN RESHEF, M.D., MSC
will be allowed to show me whatever
you want.
       That's my understanding of the
legal process.
               MR. HABERMAN:  That's
       interesting to me.  As an
       aside, I hope I can show
       you whatever I want.  That
       would be good.
               Anyway, let's take --
               We have been going for
       about an hour.  Let's take
       a five-minute break.
       THE VIDEOGRAPHER:  We're
       going off the record.  The
       time is 3:20 P.M.
               (Break in proceedings
       held from 3:20 p.m.until
       3:33 p.m.)
       THE VIDEOGRAPHER:  Back on
       the record, the time is
       3:33 P.M.
       MR. HABERMAN:  May I
       proceed?

Page 74

EXPERT WITNESS RAN RESHEF, M.D., MSC
       THE VIDEOGRAPHER:  Yes.
BY MR. HABERMAN:
Q       What are the --
        What is Non-Hodgkin's lymphoma?
A       It's a name used to describe a
large group of malignancies that
arise from lymphocytes; B-cells,
T-cells or others.
Q       What are lymphocytes?
A       Lymphocytes are a type of blood
cell that is a major -- plays a major
role in our immune system.
Q       What role does it play?
A       Lymphocytes have varied roles.
B-cells primarily generate
antibodies.  T-cells primarily make
cytokines and kill abnormal cells or
pathogens, and K-cells participate in
that killing.  And I can talk about
this for three hours, which I think
you would prefer that I don't.
Q       What are the risk factors --
        What is a risk factor?
A       A variable that increases the

Page 75

EXPERT WITNESS RAN RESHEF, M.D., MSC
risk for a certain outcome.
Q       Are there risk factors for NHL?
A       Yes, absolutely.
Q       What are they?
A       A lengthy list, but in broad
strokes they have to do either with a
chronic infection such as Hepatitis C
or H. pylori as two good examples.
Or that they have to do with immune
dysregulation or immunodeficiency,
such as a case of lymphoma that arise
in HIV patients or patients that have
undergone a solid organ or bone
marrow transplant or patients on
immune-suppressive medications for
other reasons.  Those are largely the
big ones.  And, of course, the
biggest one is, of course, age.
Q       Age?
A       Age is a risk factor, but this
is where we do need to go into the
subclassification of Non-Hodgkin's
lymphoma since they don't all arise
in the same age groups.  And, in

Page 76

EXPERT WITNESS RAN RESHEF, M.D., MSC
fact, that's also true for every
other risk factor.  Risk factors do
not necessarily cause or are
associated with all subtypes of
Non-Hodgkin's lymphoma.
Q       So, we've talked about risk
        factors and you broke them up into
        risk factors that cause chronic
        infection, immune dysregulation and
        age.
A       And immunodeficiency.
Q       Is immunodysregulation and
        immunodeficiency different or are
        they synonymous?
A       They are not synonymous because
immune deficiency implies that the
immune system is simply down.  Immune
dysregulation means that there is
some alteration in its function.  But
we can group them together for the
sake of this discussion.  And this
list is not an exhaustive list.
Obviously there are some more minor
or less common risk factors.

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

## Page 77

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2   Q      Okay.  Let me ask you this.  But
3   for purposes of our discussion right
4   now, chronic infection,
5   immunodysregulation,
6   immunodeficiencies.
7              MR. HABERMAN:  Let me start
8              over.
9   BY MR. HABERMAN:
10  Q      Chronic infection,
11  immunodysregulation,
12  immunodeficiencies and age are the
13  major risk factors for developing
14  Non-Hodgkin's lymphoma, true?
15  A      Let me make sure it's clear.
16      We're talking about categories
17  of risk factors, not any chronic
18  infection or any immune dysregulation
19  in the risk factors for Non-Hodgkin's
20  lymphoma, and simply grouping the
21  existing ones so it's easier to talk
22  about them.
23  Q      I mean, I asked a pretty broad
24  question, and it's your opportunity
25  to answer.  What I want to do is

## Page 78

1       EXPERT WITNESS RAN RESHEF, M.D., MSC
2   cover the risk factors for NHL.  If
3   you feel like you need to add more,
4   that's fine too.  If you want to
5   break them into major and minor,
6   that's fine too.  And then I will ask
7   you about the differences between a
8   major and a minor one.
9       So, I want to know from you what
10  are the risk factors of NHL?
11  A      The risk factors listed in every
12  medical textbooks are age, again with
13  the caveat that by subtype that risk
14  factor changes flavor to some degree.
15  Male to female, again, by subtype.
16  There isn't a universal
17  predisposition to one sex or the
18  other.  We have to talk about
19  specific subtypes in that regard.
20  HIV; Hepatitis C; H. pylori;
21  chlamydia infection, mostly in the
22  eye; autoimmune diseases; treatments
23  with immune-suppressive medications;
24  congenital and acquired
25  immunodeficiencies; breast implants,

## Page 79

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2   if we really want to go into the more
3   esoteric risk factors.
4   Q      What does an esoteric risk
5   factor mean?
6   A      I think breast implants is a
7   good example because it only causes a
8   very specific and unusual type of
9   lymphoma and it's one of those things
10  that you see once in your career.
11  Q      All right.  Any other categories
12  or other risk factors that you would
13  say are associated with NHL?
14  A      There are several associations
15  described in the literature for
16  things I ke body weight and body
17  mass, which I think are probably
18  strong enough to be considered a risk
19  factor.  There are associations with
20  several chemicals, although those are
21  fairly weak and inconclusive.
22  Benzine is --
23  Q      What chemicals are referring to?
24  A      Benzine is one example, but it's
25  primary association is with leukemia,

## Page 80

1       EXPERT WITNESS RAN RESHEF, M.D., MSC
2   and there is a much weaker level of
3   association with Non-Hodgkin's
4   lymphoma.  Smoking, by some papers
5   increases the risk for follicular
6   lymphoma.  Specifically, not so much
7   others.  It is not generally thought
8   to be a chemically-induced disease
9   because chemicals don't work through
10  the pathways I have described.  They
11  are not recognized by the immune
12  system, generally speaking, to cause
13  chronic immune stimulation and they
14  don't suppress the immune system to
15  the degree that's required to place
16  someone in a higher risk for
17  lymphoma.  So there isn't a long list
18  of chemicals that are known or well
19  established, but you will find
20  associations here and there in the
21  literature.  And again, Benzine and
22  smoking are probably the two that
23  come to mind first.
24  Q      Okay.  Now, what are the risk
25  factors for DLBCL, Diffuse Large

Page 81

EXPERT WITNESS RAN RESHEF, M.D., MSC

B-Cell Lymphoma?

A      It is largely not very different
from the list I mentioned, with some
nuances.

Q      What are the nuances?

A      It is a disease of older
individuals, but it can occur at any
age group, including in children.  It
is the one that is associated with
Hepatitis C and HIV, not so much
known to be associated with smoking.
And you can certainly see it in
autoimmune diseases and
immune-suppressed individuals.

Q      Okay.

A      And it is not associated, for
example, with chlamydia infection in
the eye.

Q      How about let's go to CLL.  What
risk factors are associated with CLL?

A      CLL is a good example of why we
need to discuss these risk factors
individually because it doesn't
necessarily share the same risk

Page 82

EXPERT WITNESS RAN RESHEF, M.D., MSC

factors or the same effect size for
existing risk factors.  So CLL is the
one type that actually has a family
predisposition.  Many patients with
CLL, although not all of them, will
have CLL documented in a family
member, either in the past or at some
point in their future.  It is a
disease of older individuals and it
is extremely unusual to find in
children or adolescents.  And I
believe it is less described as
associated with some of the other
risk factors that we have mentioned.
I don't recall off the top of my head
if it's associated with Hepatitis C
or HIV.  It's certainly not the top
lymphoma that's associated with
those.

Q      So, are these lymphomas
associated with risk factors, or are
the risk factors associated with the
lymphomas?  Does that make sense?

A      Not really.  Risk factor is

Page 83

EXPERT WITNESS RAN RESHEF, M.D., MSC

basically a different name for a
strong association that you would --
that, you know, if you have a high
degree of confidence that it causes
or contributes to something I would
consider it a risk factor.  Risk
factor and association are -- in
cause are on a certain spectrum of
words.

Q      Right.  Is chronic infection a
risk factor for DLBCL?

A      For certain types of DLBCL it
might be.  It wouldn't be the
strongest risk factory I would
associate with DLBCL.  When we talk
about chronic infections, Marginal
Zone Lymphoma is the one that comes
to mind first, but Marginal Zone
Lymphomas can transform into DLBCL,
so indirectly there could be an
association.

Q      Are Hepatitis C and HIV
associated with DLBCL?

A      Yes.

Page 84

EXPERT WITNESS RAN RESHEF, M.D., MSC

Q      Are immunodysregulation or
immunodeficiencies associated with
DLBCL?

A      Yes.  We don't always call it
DLBCL.  For example, if it is an
immunodeficiency that's related to a
previous organ transplant or bone
marrow transplant, we would call it
post transplant lymphoproliferative
disorder to make it more complicated,
but if you were to look at that under
the microscope or look at some of the
genetics of it, it would have a
significant overlap with DLBCL.

Q      Is body weight and body mass
associated with DLBCL?

A      As far as I recall, it does.  I
would need to pull up the literature.
There have been a number of papers,
including a meta-analysis, and they
separated it by disease subtype.  I
haven't memorized these results
because there are multiple subtypes
looked at.  I believe DLBCL was one

## Page 85

EXPERT WITNESS RAN RESHEF, M.D., MSC
of the ones with an association with
the body weight, and some studies
have even looked at body height.
But, again, I would prefer to look at
those papers to give you a more firm
response.

Q      All right.  Is chronic infection
associated with CLL?

A      Off the top of my head I don't
believe there is an association, but
this is, again, something I would
probably consult with the literature
if I come up with that question and
would try not to respond to it from
memory, even if a patient had asked
me this question.

Q      What about Hepatitis C or H.
pylori, is that associated with an
HIV?  HIV, Hepatitis C or H. pylori,
is that associated with CLL?

A      H. pylori, most I kely not
because it has a very specific
association with gastric lymphoma.
Hepatitis C, to my recollection, the

## Page 86

EXPERT WITNESS RAN RESHEF, M.D., MSC
answer is no.  HIV, to be quite
honest, I don't recall if it
increases the risk for CLL.

Q      What about immunodysregulation
or immunodeficiencies, are those
associated with CLL?

A      Immune dysregulation is a broad
term, but I believe it is not
associated with CLL to the best of my
knowledge, although immune senescence
is some type of immune dysregulation
and may explain why CLL is a disease
of older individuals, so I would give
a blanket no response to that, but I
think it's an area that is not well
studied.

Q      Is CLL a subtype of
Non-Hodgkin's lymphoma?

A      According to the WHO
classification, it is a subtype of
mature B-cell neoplasm, which on the
more practical level is synonymous
with -- wouldn't say synonymous, but
that's a category that contains

## Page 87

EXPERT WITNESS RAN RESHEF, M.D., MSC
Non-Hodgkin's lymphoma, or at least
B-cell Non-Hodgkin's lymphoma.

Q      Can you say that again in layman
terms?

A      I'm sorry.  I'm trying to
complicate things just because the
classification systems are, in fact,
complicated.

Q      Or because your lawyers told you
to complicate things, but go ahead.
        MR. PAINE:  That's not
        necessary and not
        appropriate.
        THE WITNESS:  And not true.
BY MR. HABERMAN:
Q      So you can give a simplified
answer.
        Is CLL a type of Non-Hodgkin's
lymphoma?

A      Yes.

Q      Is DLBCL a type of Non-Hodgkin's
lymphoma?

A      Yes.

Q      So let's break it down by

## Page 88

EXPERT WITNESS RAN RESHEF, M.D., MSC
plaintiffs here.  For Mr. Pleu --
yes, for Mr. Pleu, did he have any
chronic infection that you are aware
of?

A      Not anything that was documented
in the notes.

Q      Did Mr. Pleu have any
immunodysregulation that you see in
the medical records?

A      Not that I am aware.  He did, in
fact, have a chronic infection
following his prostatectomy, but that
occurred in 2020, and it's a little
bit less relevant for any causation
question.

Q      Right, because he was diagnosed
with CLL prior to 2020, right?

A      Well, he was -- his physician
told him he had CLL, which he does
not have.  He has a monoclonal B-cell
lymphocytosis.

Q      We are going to get to that, but
does Mr. Pleu -- Prior to his
diagnosis of CLL, did Mr. Pleu have

Page 89

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2 any evidence of chronic infections in
3 his medical records?
4 A     Prior to 2016 when he was
5 assessed for the first time by his
6 oncologist, I don't believe there was
7 anything like that in the records.
8 Q     Did you see anything in
9 Mr. Pleu's medical records that shows
10 he has a family history of CLL?
11 A     No, although he had a family
12 history, a fairly rich family and
13 personal history of other cancers.
14 Q     Right, but did he have a family
15 history of CLL?
16 A     Not in his living family
17 members.  His father died relatively
18 young, so we can't know for sure if
19 he would have developed CLL later on.
20 Q     I'm sorry, can you repeat that?
21 You don't know for sure whether he
22 would have developed CLL, is that
23 what you said?
24 A     Correct, since it's a disease
25 that generally appears in the

Page 90

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2 fifties, sixties or seventies, so if
3 someone is diseased at the age of 47,
4 there is just no information if he
5 would have developed CLL later on.
6 Q     You can't say with any degree of
7 medical certainty that Mr. Pleu's
8 father would have developed CLL if he
9 would have lived to his life
10 expectancy?
11 A     No, but I would also not be able
12 to tell that he wouldn't.
13 Q     Right, but you can't say that
14 had Mr. Pleu's father lived into his
15 eighties, he would have to a
16 reasonable degree of medical
17 certainty developed CLL, right?
18 A     Correct.  And I would also not
19 be able to say that he wouldn't.
20 Q     Did Mr. Pleu's mother have CLL?
21 A     If it's not noted in medical
22 records.  We know that many
23 individuals have CLL or monoclonal
24 B-cell lymphocytosis without having
25 it diagnosed, but as far as we know

Page 91

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2 she passed away at age 89 and there
3 is no indication in the records that
4 she was known to have either of
5 those.
6 Q     You are not going to come into
7 court and say that Mr. Pleu's mother
8 had CLL, right?
9 A     No.  I don't know that.
10 Q     So, are you going to say that
11 Mr. Pleu to a reasonable degree of
12 medical certainty has a family
13 predisposition of CLL?
14 A     No.  There is no evidence for
15 that either way.  And the majority of
16 CLL patients don't have a family
17 history.  It's not a requirement to
18 have a family history to have CLL.
19 Q     Okay.  So, of the major risk
20 factors or any of the risk factors
21 that you mentioned, what risk factors
22 did Mr. Pleu have that are associated
23 with CLL?
24 A     I think, in general, for
25 Non-Hodgkin's lymphoma, obesity and

Page 92

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2 some degree of smoking history have
3 been implied.  I'm not offering the
4 opinion that those were the causes of
5 his monoclonal B-cell lymphocytosis.
6 Q     You are not going to offer the
7 opinion that his obesity caused his
8 CLL, are you?
9        MR. PAINE:  Objection to
10 form.
11 A     Well, he doesn't have CLL, so
12 I'm not going to offer that opinion
13 since it's not a disease he has.
14 BY MR. HABERMAN:
15 Q     Let's assume that Mr. Pleu has
16 CLL.  Let's assume that Mr. Pleu has
17 Stage Zero CLL.
18        Would you say that his obesity
19 caused Stage Zero CLL?
20        MR. PAINE:  Objection to
21 form; improper
22 hypothetical.
23 A     I have some concern that we're
24 going to go back to a similar
25 discussion we had in the previous

Page 93

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2 hour providing opinions on
3 hypothetical patients or hypothetical
4 situations, but to be open-minded
5 about it, if there was, in fact, a
6 diagnosis of -- an established
7 diagnosis or a reason to establish a
8 diagnosis of CLL, I would not be
9 offering that opinion.
10 BY MR. HABERMAN:
11 Q      All right.  And the same
12 question for smoking.
13       Assume that Mr. Pleu was
14 diagnosed with CLL, would you come to
15 court and say that his smoking caused
16 his CLL?
17       MR. PAINE:  Same objection.
18 A      With the same caveat that I
19 pointed out early in the previous
20 question, no, I would not say that.
21 BY MR. HABERMAN:
22 Q      If Mr. Pleu was your patient and
23 he was diagnosed with CLL, and he
24 asked you, Doc, what caused my CLL,
25 what explains my CLL, what would tell

Page 94

1      EXPERT WITNESS RAN RESHEF, M.D., MSC
2 him?
3       MR. PAINE:  Objection to
4 form.
5 A      Easier to answer the question
6 what will I say to any CLL patient
7 who walks in the clinic.
8       It's easier than responding to
9 this question when it relates to
10 Mr. Pleu, who does not have this
11 disease.
12       But I would tell such a patient
13 that this is a very common disease
14 that occurs in aging individuals and
15 becomes more common with age and is
16 the result of naturally occurring
17 errors in the DNA replication that
18 accumulates over time.
19 BY MR. HABERMAN:
20 Q      Let me unpack that.
21       Is it your testimony that CLL is
22 a very common disease?
23 A      Among cancers and among the
24 hematologic malignancies, it is a
25 fairly common disease.

Page 95

1      EXPERT WITNESS RAN RESHEF, M.D., MSC
2 Q      You just said fairly common.
3 Before that you said very common.  I
4 think there is a difference between
5 the two, but what is your definition
6 of a common disease or a common
7 cancer?
8 A      I don't think about it in terms
9 of numbers.  I just think as a cancer
10 Doctor that it is one disease that
11 fills my clinic very easily compared
12 to others.  And we can look at, you
13 know, SEER data that shows that CLL
14 is relatively common compared to
15 others.  It is, in fact, one of the
16 most common.  It's either the number
17 1 or number 2 most common diagnosis
18 within Non-Hodgkin's lymphoma.
19 Q      Okay.  So, your opinion is
20 assuming that Mr. Pleu has CLL, for
21 purpose of my question, what caused
22 his CLL is random mutations, correct?
23       MR. PAINE:  Object to form.
24 A      I said naturally occurring
25 mutations that arise as a result of

Page 96

1      EXPERT WITNESS RAN RESHEF, M.D., MSC
2 errors in cell division, and as part
3 of the natural maturation process of
4 lymphocytes.
5 BY MR. HABERMAN:
6 Q      Is that the same thing as a
7 random replication or random
8 replication theory, the "bad luck"
9 theory?
10       MR. PAINE:  Objection to
11 form.
12 A      I wouldn't call it the "bad
13 luck" theory, but it is related to
14 the random replication theory, if
15 that's the title you prefer to give
16 it.
17       I think it's more appropriate to
18 call them naturally occurring,
19 because especially when you drill
20 down into a lymphoma and lymphocytes,
21 they are not completely random, so we
22 can actually identify very typical
23 signatures in terms of mutation
24 burden, in terms of types of
25 mutations that occur in specifically

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 97

1    EXPERT WITNESS RAN RESHEF, M.D., MSC
2  in lymphocytes that can be linked to
3  their normal course of
4  differentiation.
5  BY MR. HABERMAN:
6  Q      The normal course of
7  differentiation takes into account
8  that person's life history and all
9  the things that that person has been
10  exposed to over the course of that
11  person's life, true?
12            MR. PAINE:  Objection to
13            form.
14  A      Our immune system differentiates
15  in part on it's own and in part as a
16  result of exposures, which we all
17  have.
18  BY MR. HABERMAN:
19  Q      Right.  Okay.  We'll get back to
20  that.  All right.  So, I just want to
21  drill down.
22        You would you attribute
23  Mr. Pleu's --
24        Assume that Mr. Pleu has CLL,
25  you would attribute that to naturally

Page 98

1    EXPERT WITNESS RAN RESHEF, M.D., MSC
2  occurring replication error, is that
3  right?
4            MR. PAINE:  Objection to
5            form.  Asked and answered.
6  A      Yes.
7        I am not going to repeat my
8  previous response because I think you
9  are talking about similar things.
10  Just to clarify my previous response,
11  when said exposures, I meant
12  exposures to pathogens.
13  BY MR. HABERMAN:
14  Q      And just define what a pathogen
15  is.
16  A      A living cellular organism that
17  can cause disease.
18  Q      Let's go to Mr. Moore for a
19  second.  Mr. Moore was diagnosed with
20  DLBCL; you would agree with that,
21  right?
22  A      Yes.
23  Q      No evidence in Mr. Moore's
24  records of chronic infections, H.
25  pylori, Hep C or HIV, right?

Page 99

1    EXPERT WITNESS RAN RESHEF, M.D., MSC
2  A      None of those, I agree.
3  Q      No evidence in Mr. Moore's
4  records of any diagnosis of an
5  autoimmune disease, right?
6  A      Not completely.  He had
7  hyperthyroidism, which in the
8  overwhelming majority of cases stems
9  from an autoimmune disorder.
10  Q      He wasn't diagnosed with
11  Hashimoto's thyroiditis, right?
12  A      You can make a fair assumption
13  that most cases of hyperthyroidism in
14  the US are caused my Hashimoto's,
15  unless someone had a thyroidectomy.
16  Q      Is there any diagnosis of
17  Hashimoto's thyroiditis in Mr.
18  Moore's medical records?
19  A      No.  Most people who develop
20  hyperthyroidism don't have an
21  established history because the
22  disease tends to go relatively
23  without symptoms, when it happens.
24  Q      Is the diagnosis of
25  hyperthyroidism persistent through

Page 100

1    EXPERT WITNESS RAN RESHEF, M.D., MSC
2  Mr. Moore's medical records?
3  A      I believe it is.  And there is
4  -- I have no reason to question that
5  since hyperthyroidism, once it
6  happens, doesn't -- generally doesn't
7  recover.  We can't grow ourselves a
8  new thyroid.
9  Q      Does Mr. Moore have
10  immunodysregulation?
11  A      Not based on his medical history
12  or his medication history, to the
13  best of my knowledge.
14  Q      Does Mr. Moore have any
15  immunodeficiencies?
16            MR. PAINE:  Objection.
17            Asked and answered.
18  A      Not that I am aware of.
19  BY MR. HABERMAN:
20  Q      I'm sorry, what was your answer
21  for the record?
22  A      Not that I am aware.
23  Q      Do you consider Mr. Moore's age
24  to have been a factor -- a risk
25  factor of developing DLBCL?

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 101

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  A     Yes.
3  Q     If Mr. Moore came to your office
4  and asked you what caused his DLBCL,
5  what would you him?
6  A     I would tell him that this is
7  probably the result of naturally
8  occurring mutations during the
9  healthy course of lymphocyte
10 differentiation and cell division.
11 Q     All right.  Let's go to
12 Mr. Engilis.
13       Mr. Engilis also was diagnosed
14 with CLL, correct?
15           MR. PAINE:  Objection to
16       form.
17 A     Let me just open my report.
18 Since these are three plaintiffs, I
19 want to make sure that I am not
20 getting anything confused.
21           (At which time, there
22       was a brief pause in the
23       proceedings.)
24 A     Yes, Mr. Engilis had an
25 incidental diagnosis that meets

Page 102

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  criteria for CLL.
3  BY MR. HABERMAN:
4  Q     You're not going to tell the
5  jury in Mr. Engilis' case that he
6  does not have CLL, correct?
7  A     No.  He meets criteria for CLL.
8  There is a bit of a debate on
9  whether situations like this where a
10 low lymphocyte count in the blood
11 along with a lymph node that is
12 asymptomatic and not palpable should
13 really be called CLL or should they
14 be grouped together with monoclonal
15 B-cell lymphocytosis, but that is an
16 ongoing debate in the current
17 classification systems.  Still says
18 that Mr. Engilis has CLL or had CLL.
19       THE VIDEOGRAPHER:  Off the
20       record.
21       The time is 4:06 P.M.
22       (Break in proceedings
23       held from 4:06 p.m.until
24       4:11 p.m.)
25       THE VIDEOGRAPHER:  Going

Page 103

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  back on the record.  The
3  time is 4:11 P.M.
4  BY MR. HABERMAN:
5  Q     Okay.  All right, let's go back
6  to Mr. Engilis now.
7        I think we were talking about
8  him before we just broke.  He does
9  not have any chronic infections like
10 Hepatitis C, H. pylori or HIV, right?
11 A     That's correct.
12 Q     Any evidence in his medical
13 records of immunodeficiencies?
14 A     Not that I could find.
15 Q     Any evidence in his records of
16 immunodysregulation?
17 A     No.
18 Q     Any evidence in his medical
19 record of family predisposition to
20 CLL?
21           MR. PAINE:  Objection to
22       form.
23 A     I don't believe he has a history
24 of CLL in his family.  He does have a
25 family history of solid tumors, but

Page 104

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  not in a first degree family member,
3  so I wouldn't really count that as a
4  risk factor.
5  BY MR. HABERMAN:
6  Q     If Mr. Engilis came to your
7  office and asked what was the cause
8  of his CLL, what could you tell him?
9  A     I would tell him that similar to
10 almost all CLL patients it's a part
11 of the natural process that occurs in
12 the body that leads to mutations that
13 cumulatively would lead to a
14 malignant transformation and cause
15 CLL.
16 Q     How many cases have you reviewed
17 on behalf of Monsanto?
18 A     I would say around seven or
19 eight, which included twelve or
20 thirteen plaintiffs, give or take.
21 Q     Okay, so, to be clear -- Thank
22 you for that clarification.  You have
23 reviewed medical records for about
24 thirteen different plaintiffs, is
25 that right?

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 105

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2   A     Yes.  I might be wrong about the
3       specific number, but it's anywhere
4       between eleven and seventeen,
5       somewhere in that range.
6   Q     Okay.  And in any one of those
7       eleven through seventeen cases did
8       you ever come to the opinion that
9       Roundup caused their NHL?
10              MR. PAINE:  Let me just
11              interject and object to the
12              extent that you may be
13              asking about -- and I don't
14              know the answer to this --
15              if Dr. Reshef has reviewed
16              cases where he has not been
17              disclosed as an expert but
18              may have only consulted on
19              cases, then I would
20              instruct him not to answer
21              with respect to those.
22              Otherwise, you may
23              answer, Doctor.
24   A     In none of the cases I
25       determined that glyphosate was the

Page 106

1       EXPERT WITNESS RAN RESHEF, M.D., MSC
2       cause of their lymphoma.
3   BY MR. HABERMAN:
4   Q     And, so, for these three cases
5       your opinion is that their diseases
6       are caused by a naturally occurring
7       mutation and replication in the cell
8       division, right?
9   A     Yes, with the one caveat that
10       for Mr. Pleu who really has a
11       pre-malignant pre-cancerous lesion,
12       this process has not been well
13       described, but it is thought to be
14       the same as in full-fledged CLL.
15   Q     And in how many of the other
16       cases did you come to the opinion
17       that the naturally occurring
18       mutations were the cause of their
19       respective NHL?
20   A     I cannot tell you off the top of
21       my head, but there were cases I
22       reviewed where a patient or plaintiff
23       had a substantial risk factor such as
24       Hepatitis C as one example, and
25       autoimmune disease or an

Page 107

1       EXPERT WITNESS RAN RESHEF, M.D., MSC
2       immunodeficiency.
3   Q     In a case where a plaintiff has
4       Hepatitis C or autoimmune disease or
5       immunodeficiency, you say that those
6       risk factors are the more likely
7       cause of the NHL than the random
8       mutation theory, correct?
9   A     It's not a theory, but other
10       than that I would say that these are
11       contributors to their disease.  These
12       are not mutually exclusive, still the
13       basic mechanisms are random
14       replicative errors, but the
15       situations of immunodeficiency,
16       chronic stimulation by Hepatitis C or
17       immune dysregulation, the process of
18       protecting the body from these
19       naturally occurring mutations turning
20       into cancer goes awry.
21   Q     Let me ask you this.  If Mr.
22       Moore had a medical record that
23       diagnosed him with Hepatitis C, what
24       would your opinion be in Mr. Moore's
25       case?

Page 108

1       EXPERT WITNESS RAN RESHEF, M.D., MSC
2   A     It's a broad question because it
3       also depends on when the Hepatitis C
4       occurred, was it treated or not.
5   Q     So, let me ask you a
6       hypothetical.
7           Suppose Mr. --
8              MR. PAINE:  I'm sorry, can
9              you let him finish his
10              answer, please, before you
11              ask another question.
12   BY MR. HABERMAN:
13   Q     Go ahead and finish your answer.
14   A     I think it's important to know
15       the timing, the length of time he had
16       active Hepatitis C, whether it was a
17       silent indolent infection or active
18       one, whether he had cryoglobulinemia
19       as a result of this which is thought
20       to be a preliminary phase prior to
21       lymphoma arising, and whether he
22       received effective treatment for it
23       because we have effective treatment
24       that can eradicate Hepatitis C
25       nowadays, so all of those bits and

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 109

EXPERT WITNESS RAN RESHEF, M.D., MSC
pieces of information would be
required to form an opinion.
Q        Say let's broaden the
hypothetical then.  Let's say that
Mr. Moore had Hepatitis C that was
active for years prior to his
diagnosis of DLBCL.  What would you
say the cause of his DLBCL was in
that scenario?
                MR. PAINE:  Objection to
form.
A      I would tell him that it is --
         There is some likelihood that
the Hepatitis C was a contributor to
his lymphoma.  If his DLBCL wasn't
testicular I may have had a more firm
opinion about this, but testicular
DLBCL is thought to be a little bit
different from others just because of
the site where it arises, so I don't
believe there are epidemiologic data
looking specifically at Hepatitis C
and testicular DLBCL.

Page 110

EXPERT WITNESS RAN RESHEF, M.D., MSC
BY MR. HABERMAN:
Q        There can be more than one
contributor to cancer, correct?
A      It is thought to be a process
that requires more than one event, so
hypothetically more than one event
could occur as a result of different
contributors.
Q        Multiple events can, I guess,
come together, is that what you said?
A      It requires a certain sequence
of events, usually a single mutation,
even if it's a known driver mutation
is insufficient to cause and lead to
a full-fledged cancer.
Q        Multiple events can come
together to contribute to causing
cancer, true?
                MR. PAINE:  Objection to
form.
A      I wouldn't descr be it as come
together, but since these are events
that do happen in sequence and not
together, but there could be more

Page 111

EXPERT WITNESS RAN RESHEF, M.D., MSC
than one contributor to a cancer, but
I think it's almost never possible to
tell whether it was one or the other.
BY MR. HABERMAN:
Q        Let's say a person is elderly
and male and has Hashimoto's
thyroiditis and has HIV and came to
you and said, Doc, what caused my
cancer?  You have to know the cancer
too, right?  So let's say a person is
elderly, male, has HIV, has
Hashimoto's thyroiditis and has an
organ transplant and has NHL, and
said, Doc, I'm a mess, I had all
these things, but what caused my
cancer?  What would you say?
A      I would say that in this case
that individual has multiple risk
factors and it would be impossible to
tell which of them was the primary
cause or contributor.
Q        But can all of those risk
factors play a role in combination to
causing the cancer?

Page 112

EXPERT WITNESS RAN RESHEF, M.D., MSC
A      In the complicated scenario that
you described I wouldn't consider it
like that because there is usually
one major cause in these situations.
If someone has Hashimoto's
thyroiditis and develops thyroid
lymphoma, then I think all these
other risk factors don't really
matter.  There is such a close
association and such a close cause.
Q        Let me massage the hypothetical
a little bit then.  Let's say a
person is male, is elderly, and has
HIV, can those factors in combination
cause DLBCL?
A      I don't think it's known, so I
wouldn't be comfortable telling a
patient that these factors have done
something in collaboration.
Intuitively it makes sense that only
one of them played a major role, but
I don't think there is really
evidence either way.
Q        So, if a person has HIV and is

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 113

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  elderly and comes down with DLBCL,
3  what would you say caused that
4  person's cancer?
5         MR. PAINE:  Objection to
6            form.
7  A      I think --
8         So you are saying an elderly
9  individual with HIV?
10  BY MR. HABERMAN:
11  Q      Yes.
12  A      The cause of the cancer was
13  naturally replicating errors, the
14  dysregulation and immune senescence
15  as a result of age and HIV infection
16  and the time that was allowed just
17  because of age for these mutations to
18  accumulate, that's the explanation
19  for the cancer.
20  Q      So, even though that person has
21  a chronic disease like HIV, which you
22  said were one of the major things in
23  a category of things that are
24  associated with NHL, you would still
25  say that in that case that the cancer

Page 114

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  was caused by random or naturally
3  occurring mutations?
4         MR. PAINE:  Objection to
5            form.
6  A      Yes.
7         I also said earlier that these
8  elements contribute in different
9  ways.
10         So a lymphoma would not arise
11  without these naturally occurring
12  mutations.  The HIV would prevent the
13  body from destroying it when it's
14  small and would allow it to grow.
15  BY MR. HABERMAN:
16  Q      Lymphoma does not occur absent
17  naturally occurring mutations in all
18  cases?
19  A      The general thought is that
20  there has to be abnormal gene
21  regulation that is almost always a
22  mutation.  Is it possible that in
23  someone's lymphoma we wouldn't be
24  able to detect mutations, I guess
25  that's possible.  That's highly

Page 115

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  unlikely.  I have never encountered
3  such a case.
4  Q      Does a lymphoma that's caused by
5  naturally occurring replications or
6  mutations appear differently than a
7  lymphoma that is caused by
8  immunodysregulation or
9  immunodeficiencies?
10  A      Sometimes it can.
11         MR. PAINE:  Objection to
12            form.
13  A      Sometimes it can, because as I
14  alluded to earlier, as an example,
15  after a bone marrow or solid organ
16  transplant we even call it a
17  different disease, and the reason for
18  that is it does have different
19  molecular characteristics and it is
20  very frequently driven been a virus
21  called the Epstein-Barr Virus which
22  is not very common in a lymphoma that
23  does not arise in that scenario.
24  BY MR. HABERMAN:
25  Q      Does DLBCL that is caused by

Page 116

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2  naturally occurring mutation look
3  different than DLBCL that is caused
4  by dysregulation or
5  immunodeficiencies?
6  A      I'm not sure how that is
7  different from the previous question.
8  Q      Because you are talking to me
9  about, you said a different kind of
10  cancer, so I took that as being
11  different than DLBCL.  You talked
12  about a name of a different kind of
13  cancer, I thought, unless I misheard
14  you.  So I thought that question was
15  appropriate, you were answering it
16  the way you wanted it, but I wanted
17  you to answer a question that maybe I
18  hadn't asked.
19  A      No, I think I did answer the
20  right question, but maybe haven't
21  explained it well enough.  So DLBCL
22  that arises in immunodeficient
23  individual, for example, a post
24  transplant patient would even be
25  given a different name because it's

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 117

EXPERT WITNESS RAN RESHEF, M.D., MSC
molecular characteristics are very
different. So the simple answer to
your question is yes, a lymphoma
arising in an immunodeficient
individual can look quite different.
For example, it's association with
Epstein-Barr Virus is relatively
unique.
Q      Mr. Moore doesn't have
Epstein-Barr Virus, right?
A      I don't think it was checked.
And given that 90 percent of the
population have been infected with
Epstein-Barr Virus at some point in
their lifetime, it is more likely
than not that he does, but I don't
believe it was checked in relation to
his lymphoma.
Q      Let me ask you this. What is
the bad luck theory of cancer? Are
you familiar with that term?
A      I'm familiar with the term. I
don't think that's the term that I
would use for it or the term that was

Page 118

EXPERT WITNESS RAN RESHEF, M.D., MSC
coined by people who developed it.
Q      What is the term used by the
people who developed it?
A      I don't know that they have a
name for it. But there is a lot of
literature describing how mutations
arise namely in our body. And, in
fact, when we reach a certain age, if
you look at all the cells in your
body, they are no longer going to be
identical to the way they were when
you were just an egg, so there has to
be a process of ongoing mutation
occurring all the time. Most of them
are not damaging. Some of them are
damaging, and some of them may cause
cancer.
Q      Have you ever heard the term
random replication theory?
A      Yes, I believe we're talking
about the same thing.
Q      The same thing, right?
A      Yes.
Q      Okay. When did you first learn

Page 119

EXPERT WITNESS RAN RESHEF, M.D., MSC
of that theory?
A      The concept of random
replicative errors is decades old.
It's not new. But what you are
referring to is perhaps the work done
at the Vogelstein's lab over the past
decade or so to try and quantify and
provide evidence that will
differentiate different types of
tumors in different organs of the
body, but the general concept that
these replicative errors are the
source of cancer is not new.
Q      So, you cite the Tomasetti and
Vogelstein article in your report,
right?
A      Yes.
Q      And when they talk about cancer,
and you cite the article, variation
in cancer risk among tissues can be
explained by the number of stem cell
divisions, right, you cite that
article, right?
A      Yes.

Page 120

EXPERT WITNESS RAN RESHEF, M.D., MSC
Q      And that article says, in the
abstract, the majority of cancers is
due to "bad luck". That is random
mutations arising during DNA
replications in normal non-cancerous
stem cells. That is what I'm
referring to as the bad luck theory.
Can you accept that?
        MR. PAINE: Objection to
form.
A      Can I accept that you are
calling it the bad luck theory? I
can accept that.
BY MR. HABERMAN:
Q      Okay. And it seems like these
authors that you are relying on are
also calling it a bad luck theory,
right?
        MR. PAINE: Objection to
form.
A      That wasn't in the statement
that you read. They used the
terminology "bad luck" as a
description of the process that

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 121

EXPERT WITNESS RAN RESHEF, M.D., MSC
occurs.  I don't think they coin --
     I might be wrong.  I don't think
they coined the name "bad luck
theory", but, again, if they have
referred to it this way in a
different context, it might be
something I'm not familiar with.
     I don't think we're talking
about different theories, so this
nomenclature may be less relevant to
me.  You can call it the bad luck
theory.
BY MR. HABERMAN:
Q      I guess what I'm trying to get
at is what Tomasetti and Vogelstein
did was something novel, something
new.  They added something to the
scientific discussion of cancer and
the etiology of cancer, didn't they?
          MR. PAINE:  Objection.
          Vague.
A      Yes, they did.
BY MR. HABERMAN:
Q      So, when did you first learn of

Page 122

     EXPERT WITNESS RAN RESHEF, M.D., MSC
what Tomasetti and Vogelstein
theorized?
          MR. PAINE:  Objection to
          form.
A      This was years ago, but I think
I was aware of that when they
published their first paper in
perhaps 2015 and then the subsequent
paper in 2017.
     These are considered pretty
seminal papers in the study of
oncology.
BY MR. HABERMAN:
Q      So the work that Tomasetti and
Vogelstein did, you consider to be
seminal, true?
A      Yes.  It's not just me.  There
are commentaries made by people much
smarter and more senior than myself.
Q      Understood.  And it's your
testimony that you learned about
their seminal work back when they
published it in 2015, true?
A      I have heard a talk from Bert

Page 123

EXPERT WITNESS RAN RESHEF, M.D., MSC
Vogelstein probably a couple of years
earlier.  I can't recall if he
discussed this.  This is really a
long time ago.
Q      When he says that the majority
of cancers is due to this "bad luck",
that's the authors' words, Tomasetti
and Vogelstein, true?
          MR. PAINE:  Objection to
          form.
A      If you are reading that from the
paper, I'm fine with that, of course.
BY MR. HABERMAN:
Q      I am.
     Have you done any of your own
independent research on the validity
of this random replication theory?
A      I have read a lot of the
subsequent literature that is
relevant to that.
Q      Have you written on it?
A      I have not written on it.
Q      So, to be clear, you have not
authored any peer review papers on

Page 124

     EXPERT WITNESS RAN RESHEF, M.D., MSC
random replication theory, true?
A      True.  I'm in a position to
assess them independently without
having any vested interest in these
findings.
Q      I'm really just looking for a
yes or no.  Have you authored any
papers on random replication theory,
yes or no?
A      I don't believe so.
Q      Do you have any criticisms of
the random replication theory?
A      I think it's a fairly
well-accepted theory that has
subsequently been validated by
additional findings now in this era
of DNA sequencing that we can look at
mutational burden and mutational
signatures.  These offer validation
and proof that what you considered a
theory at that point is, in fact,
what happens.
Q      My question to you is do you
have any criticisms of the theory?

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

## Page 125

EXPERT WITNESS RAN RESHEF, M.D., MSC

A     I haven't formed a specific
opinion about that theory in a
critical manner.  Some of the
mathematics behind it is not
something that I am an expert in.  I
have reviewed it.  It seems reliable,
was published in one of the highest
impact journals that we have in the
scientific literature.  I have read
some editorials in other papers that
have criticized it, but have largely
disagreed with that criticism and
wouldn't be able to repeat it from
memory.

Q     How can you test for the
scientific reliability of the random
replication theory?

A     There are several lines of
evidence that have subsequently been
generated.  For example, studies that
just looked at healthy cells in the
body and documented that there are
mutations that arise in healthy cells
that many aging individuals walk

## Page 126

EXPERT WITNESS RAN RESHEF, M.D., MSC

around with and that they occur in
all organs and they lack a certain
signature that's related to exposure
because some exposures do have very
specific mutational signatures.
That's one line of evidence that is a
proof.  And another line of evidence
that looks at mutational burden at a
variety of tumors that shows a
relationship between mutational
burden and projected number of cell
divisions and potential involvement
of environmental exposures, which
explains why, for example, lung
tumors have a much higher mutational
burden than what would be expected
from replicative errors alone.

Q     Let me ask you this question.
Suppose we're dealing with a lung
cancer case and you were asked to
evaluate the cause of that lung
cancer, and suppose that somehow
there is no mention of any cigarette
smoke whatsoever in a person's

## Page 127

EXPERT WITNESS RAN RESHEF, M.D., MSC

medical records and a person comes
down with lung cancer and that person
asked you what caused my cancer.
Your response to that person would be
random replication theory, true?

MR. PAINE:  Objection to
form; incomplete
hypothetical.

A     It is very hypothetical and I
don't treat lung cancer in my
practice, but the answer is no,
because even without clear evidence
of smoking we know from Tomasetti's
work that there could be -- that
there is actually a high proportion
of mutations that are driven by
environmental exposure, and that does
not include smoking alone.
The barrier organs, such as the
skin, the upper GI tract and the
lungs, are exposed all the time to
environmental exposures and cancers
arising in those areas, not just
according to Tomasetti's work, have a

## Page 128

EXPERT WITNESS RAN RESHEF, M.D., MSC

higher chance of being related to
exposures.
BY MR. HABERMAN:
Q     So, you would assume that that
person has been exposed to something,
given the type of cancer?

MR. PAINE:  Objection to
form.

A     I'm not assuming.  I'm giving a
statistical chance that in the case
of lung cancer says that at least a
significant proportion of mutations
are derived from environmental
factors.
BY MR. HABERMAN:
Q     Do the mutations look different
if the mutations are caused by
environmental factors than random
replication?

A     There are mutational signatures
nowadays that are linked to specific
environmental signatures.  One of the
earliest examples is that UV light in
the skin causes very specific

Page 129

EXPERT WITNESS RAN RESHEF, M.D., MSC
substitutions of nucleotides and not
random DNA errors. There are some
environmental factors that have shown
to have similarly very specific
mutational signatures. Nothing like
that has been demonstrated for
glyphosate.

Q      Did you review the pathology of
Mr. Moore?

A      I reviewed the pathology report,
yes.

Q      Right. Now, can you tell by
reviewing that pathology report that
his cancer was caused by the random
mutations as opposed to an
environmental factor?

A      That is not something that can
be established through clinical
pathology reports since we don't do
at a clinical level the type of
sequencing that would cause tens of
thousands of dollars per patient to
prove that.

Q      Can environmental factors like

Page 130

EXPERT WITNESS RAN RESHEF, M.D., MSC
smoking contribute to cancer that is
caused by the random replication
theory?

A      I think it's a version of a
previous question and I just want to
be consistent with my responses. I
think it's not established how
exactly that happens and whether
there is one specific mutation that
is caused randomly and one specific
mutation that is caused by
environment. That process has not
been assessed or investigated to that
degree of granularity, so I don't
really have an opinion as to whether
that's possible or not.

Q      Can it be the case that
different factors combine together to
cause random or naturally occurring
mutations?

       MR. PAINE: Objection to
       form.

A      I'm sorry, do you mind repeating
the question?

Page 131

EXPERT WITNESS RAN RESHEF, M.D., MSC
       (As requested by
       counsel, the following
       QUESTION was read back by
       the reporter:
       Can it be the case
       that different factors
       combine together to cause
       random or naturally
       occurring mutations?)
       MR. PAINE: Same objection.

A      My answer is that I don't know.
I don't think there is scientific
evidence to support either way.

BY MR. HABERMAN:

Q      Wouldn't age and obesity be two
factors that can combine together to
cause naturally occurring genetic
mutations that lead to DLBCL?

       MR. PAINE: Objection to
       form.

A      Yes, but these are not
environmental, so I may have
misunderstood your question.
       But as we have already

Page 132

EXPERT WITNESS RAN RESHEF, M.D., MSC
discussed, age would lead to
accumulation of mutations and
senescence of the immune system.
Obesity may cause just a higher
number of cell division and a state
of chronic inflammation.
       So we're talking about different
mechanisms that would contribute to
having more mutations.

BY MR. HABERMAN:

Q      And wouldn't environmental
factors also be a mechanism that
leads to mutations that leads to
DLBCL in combination with age,
obesity?

A      So I think that's the part that
I don't necessarily know or know of
scientific evidence to support it.
There are definitely some exposes
that contribute to mutations. If
someone gets alkylating agents as
chemotherapy, that contributes to
mutations, and I'm guessing that if
someone is an older individual, then

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

## Page 133

EXPERT WITNESS RAN RESHEF, M.D., MSC

there will be a certain additive
effect to whichever mutation that
individual has already accumulated.
I'm not familiar with any evidence
for that for glyphosate or other
environmental exposures.

Q       Industrial solvents, I think you
testified can cause Non-Hodgkin's
lymphoma, true?

A       I mentioned that there is weak
evidence.  Most of the evidence is
for acute myeloid leukemia which is a
very different disease, but there are
weak associations described for
lymphoma where the mechanism is not
something that I have looked into.

Q       Industrial solvents can play a
role in genetic mutations, true?

        MR. PAINE:  Objection to
form.

A       I have not looked into that
specifically.

        And industrial solvents is a
large family of chemicals.  Most of

## Page 134

EXPERT WITNESS RAN RESHEF, M.D., MSC

the literature I'm familiar with from
the hematologic malignancy side is
focused on Benzine, but I know there
is probably additional literature
related to other compounds.

BY MR. HABERMAN:

Q       Can environmental factors
influence naturally occurring
mutations?

        MR. PAINE:  Objection to
form.

A       I'm not sure I understand the
question.

        How would they influence
something that is naturally
occurring?

BY MR. HABERMAN:

Q       They can accelerate it.  They
can accelerate the process.

        MR. PAINE:  Objection to
form.

A       Then they are no longer
naturally occurring.

        I guess the one example to that,

## Page 135

EXPERT WITNESS RAN RESHEF, M.D., MSC

because I don't want to split hairs
here, is if you have a pathogen that
stimulates the immune system, then
obviously it leads to more
accelerated cell division, and
through that an increase of naturally
occurring mutations that may
accumulate.

BY MR. HABERMAN:

Q       You mentioned Epstein-Barr Virus
before.

        What type of NHL is that
associated with or is it associated
with all NHL?

A       It is associated with several
types of NHL, but different
percentages.

Q       Assume for me that someone
presents to you with DLBCL.  Is
Epstein-Barr associated with DLBCL?

A       It is present in 10 to 20
percent of DLBCL cases.  Whether it
has a role in causing it is a debate
that I am not sure we want to get

## Page 136

EXPERT WITNESS RAN RESHEF, M.D., MSC

into here.

Q       How about give me a risk factor
that you would be comfortable saying
that risk factor causes NHL, or
substantially causes NHL.

A       We talked about HIV and
Hepatitis C and autoimmune disease.

Q       Let's take HIV for a second
then.  Assume for me that a patient
comes to you and is diagnosed with
DLBCL and there is nothing in that
patient's record of HIV diagnosis and
you later come to learn that person
was diagnosed with HIV, would you
then say that that HIV caused the
NHL?

        MR. PAINE:  Objection to
form; incomplete
hypothetical.

A       I would tell such a patient that
it was a major risk factor for that
DLBCL.  There is nothing in the DLBCL
necessarily that would indicate that
HIV was directly the cause.

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 137

EXPERT WITNESS RAN RESHEF, M.D., MSC
BY MR. HABERMAN:
Q     So prior to learning about the
HIV, you would go with the random
replication theory, but then after
learning about the HIV, you would say
HIV is probably the major risk factor
associated with the development of
your NHL, not random replication,
true?
A     I think it is a risk factor.  I
still think that that lymphoma has
naturally occurring mutations in it,
and literally all the cases of
lymphoma, and -- or maybe not
literally all, but, generally
speaking, we find mutations in nearly
any lymphoma that we would look for
them.
Q     What about the cases that you
have reviewed in this litigation?
The cases that you reviewed in this
litigation, I asked you in all of the
cases do you say it's random
replication.  You said, no, there has

Page 138

EXPERT WITNESS RAN RESHEF, M.D., MSC
been a case where someone has Hep C,
so that seems as to be at odds with
what you just told me right now that
you wouldn't necessarily say it's
HIV, you would say HIV is a major
risk factor but you would still say
it's random replication.
MR. PAINE:  Objection to
form.
A     I don't think I said that.  I
did not say that it is still random
replication errors.  I think that's
something you said as part of your
question.
Hepatitis C is, in fact, a
little bit of a different example
because as opposed to HIV you could
establish causality more directly
because Hepatitis C would generally
go through a stage of a monoclonal
B-cell proliferation that would
evolve into a lymphoma.  If you have
your hands on samples from that
patient from these variety of stages,

Page 139

EXPERT WITNESS RAN RESHEF, M.D., MSC
you can establish direct causation in
that situation.
I think the main issue with this
discussion is that this you are
asking me to call something a cause
when the variety of factors we're
discussing are risk factors, or
that's really the words I would use
to describe them, which means they
are not mutually exclusive with these
individuals having naturally
occurring replicative errors.
BY MR. HABERMAN:
Q     Is the random mutation theory
based on stem cell division within
tissue?
A     My understanding of Tomasetti's
work is that was part of the
underlying data that he used to
generate his analysis.
Q     Does that theory rely on
estimations of stem cell divisions?
A     I would hate to erroneously
mischaracterize Dr. Tomasetti's

Page 140

EXPERT WITNESS RAN RESHEF, M.D., MSC
work, but my understanding in broad
strokes is that it's correct.
Q     What assumptions are made
regarding the random mutation theory?
MR. PAINE:  Objection to
form.
A     I'm not sure what you are
alluding to.
We can pull up the paper and see
in Tomasetti's description what
assumptions he put.
BY MR. HABERMAN:
Q     I guess his assumptions are his
estimates of how the stem cells
divide, right?
MR. PAINE:  Objection to
form.
A     I think these estimates are
based on prior data.  He is not
making these numbers up.
BY MR. HABERMAN:
Q     And is that data from human
cells or animals?
MR. PAINE:  Objection to

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 141

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2              form.
3    A      I don't recall the methodology
4    in Tomasetti's work to that degree of
5    detail and I don't want to butcher it
6    here just because I don't recall it.
7    BY MR. HABERMAN:
8    Q       What is the cumulative number of
9    divisions that a stem cell must
10   undergo to cause a cancer?
11            MR. PAINE: Objection to
12            form.
13   A      Is your question what is the
14   number of cell divisions that a cell
15   needs to undergo to cause cancer?
16   BY MR. HABERMAN:
17   Q      Yes.
18   A      I don't think there is a magic
19   number or a certain number of
20   divisions that would absolutely cause
21   cancer.
22   Q      Do you have any measurement of
23   the number of stem cells in Mr -- In
24   any of the plaintiffs that you looked
25   at do you have any reliable

Page 142

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2    measurement of the number of stem
3    cells in their tissue and their
4    division rates?
5            MR. PAINE: Objection to
6            form.
7    A      That is not a measurement that
8    is measurable clinically in a
9    patient.
10        I have no reason to suspect that
11   they are different from other human
12   beings or other mammals for that
13   matter.
14   BY MR. HABERMAN:
15   Q      Isn't it necessary to know what
16   the measurement is to say that the
17   random replication theory is
18   responsible for any of their cancers?
19            MR. PAINE: Objection to
20            form. Mischaracterizes
21            evidence.
22   A      I don't follow the logic behind
23   your question, I'm sorry.
24   BY MR. HABERMAN:
25   Q      Do you agree that in order for

Page 143

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2    Tomasetti and Vogelstein to be right
3    you must have reliable measurements
4    of a number of stem cells in a tissue
5    and their division rates?
6    A      I think we do have fairly good
7    estimates, and these are estimates
8    that can be derived from an
9    understanding of how tissues are
10   built, how they develop and how many
11   cells divide in them.
12   Q      Do you have any number?
13            MR. PAINE: He hadn't
14            finished.
15   A      Cell division is a measurable
16   variable because you can look under
17   the microscope, count 100 cells and
18   can tell how many of them are
19   dividing.
20   BY MR. HABERMAN:
21   Q      So, did you do that for Moore,
22   Pleu or Engilis?
23            MR. PAINE: Objection to
24            form.
25   A      I'm not sure how we're mixing

Page 144

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2    the discussion of how Tomasetti
3    arrived to his conclusions and how
4    we're interpreting what happened to
5    these plaintiffs. I'm sorry, but I
6    don't understand the logic of this
7    question.
8    Q      To follow Tomasetti, to apply
9    Tomasetti and Vogelstein here,
10   wouldn't you have to have reliable
11   measurements of the number of stem
12   cells in the tissues of Engilis,
13   Moore and Pleu and know their
14   division rates?
15   A      Only if I had a reason to
16   suspect that they are not human
17   beings or that they don't -- or that
18   they have some body characteristics
19   that are different from the rest of
20   the population, otherwise I don't see
21   a reason to count cell divisions. I
22   don't think there is much of a
23   question that their cells divide.
24   Q      But you haven't looked at the
25   division or measured the division of

United Reporting, Inc.
(954) 525-2221

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 145

EXPERT WITNESS RAN RESHEF, M.D., MSC
their cells, true?

A     I have seen their complete blood
counts, and if their cells were
dividing at a different rate from
other individuals, I would have
expected them to have highly abnormal
blood counts.

Q     Is cell division different if
that person has HIV?

A     Depending which cells.

Q     I guess the relevant cells that
would be at issue here.

MR. PAINE:  Objection to
form.

A     I don't know the answer to that.
I would suspect that there is an
initial phase with HIV infection
where there is an increase in
division of B-cells because they
respond to the infection, and then a
subsequent phase where the HIV causes
immune dysregulation and may on one
hand slow cell division but on the
other hand eliminate the ability to

Page 146

EXPERT WITNESS RAN RESHEF, M.D., MSC
control abnormal cells and eliminate
them.  So this process has a degree
of complexity that is different to
analyze in this way.

BY MR. HABERMAN:

Q     Can this statement be true:  A
person who has HIV and DLBCL, can you
say this of that person that the HIV
substantially contributed to causing
the DLBCL and that person's cells
randomly mutated to also
substantially cause DLBCL?

MR. PAINE:  Objection to
form.  Compound question.

A     I would never state it that way.
I think the first part of the
statement is correct.  I think the
second part of the statement is
probably also correct since it's a
process that occurs in each and every
living cell.  The reason I wouldn't
put them together in a sentence is
that it implies that we're comparing
which one is doing more of the heavy

Page 147

EXPERT WITNESS RAN RESHEF, M.D., MSC
lifting and whether one or the other
are important.

BY MR. HABERMAN:

Q     But if they are not mutually
exclusive, can't they work together
to both substantially contribute to
causing the DLBCL?

A     They may occur together, and I
agree they are not mutually
exclusive.  I don't think the process
of how they work together as you
described it is known.

Q     So the answer is no?  I don't
know what the answer to my question
is.

A     Then would you mind repeating
it?

Q     Yes, can HIV and random
mutations work together to
substantially cause a person's DLBCL?

A     I wouldn't use the words "work
together" because it implies there is
some degree of synergism there.  I
would say that they can both be

Page 148

EXPERT WITNESS RAN RESHEF, M.D., MSC
contributors to the cancer.

Q     Okay.  So a person who presents
with HIV, you can say that person's
HIV and that person's random
mutations both substantially
contribute to causing that person's
DLBCL, true?

MR. PAINE:  Objection to
form; incomplete
hypothetical.

A     I think most I kely I would be
able to say that.

BY MR. HABERMAN:

Q     Prior to your retention in
Roundup litigation did you know of
any association between Roundup and
Non-Hodgkin's lymphoma?

MR. PAINE:  Object to form.

A     Well, I reviewed the literature
briefly before being formally
retained, but after hearing about the
litigation being asked to consult on
these cases, but prior to that
initial meeting I have not heard of

Page 149

EXPERT WITNESS RAN RESHEF, M.D., MSC
that association.
        I have not learned about it in
medical school or read about it in
textbooks or review papers.
BY MR. HABERMAN:
Q      From your work in this
litigation you know that IARC reached
the conclusion that glyphosate is a
probable human carcinogen, right?
A      That's the conclusion of the
IARC 2015 report.
Q      Right.  And you know that from
the litigation that IARC wrote that
report in 2015, right?
A      Yes, as I just mentioned.
Q      Right.  In 2015 you were not
aware of IARC's classification of
glyphosate, were you?
A      No, I was not.
Q      Have you conducted animal
bioassays?
A      I conduct animal bioassays all
the time.  I run a research lab.
Q      Okay.  Let me ask you this.

Page 150

EXPERT WITNESS RAN RESHEF, M.D., MSC
        How would you determine whether
an environmental agent caused or
contributed to causing NHL?
A      I would look through the
relevant literature, including both
in vitro animal and human studies,
identify the associations and in
which context they were discovered,
look at the weight of the evidence
and the hierarchy of the evidence and
conduct an analysis of the totality
of evidence relying on the Bradford
Hill criteria.
Q      And you would also consider a
person's medical records too, right?
I guess the way you answered it was
causation in general, right?
A      Yes, I thought that was your
question.  I'm sorry if I
misunderstood it.
Q      If you wanted to then take it a
step further and determine whether or
not that environmental agent caused a
person's cancer, you would look at

Page 151

EXPERT WITNESS RAN RESHEF, M.D., MSC
that person's medical records, right?
A      Yes, absolutely.
Q      And you would evaluate that
person's medical history, right?
A      Correct.
Q      And you would evaluate that
person's exposure history to that
agent, right?
A      Correct.
Q      And you would consider risk
factors that are either present or
absence, correct?
A      Correct.
Q      And that to you would be a
reasonable methodology in
determining, 1, whether an agent can
cause cancer, and 2, whether an agent
did cause a specific person's cancer,
true?
        MR. PAINE:  Objection to
        form.
A      You know, if I'm doing a deep
dive I would also assess additional
pieces of data.  In this case we have

Page 152

EXPERT WITNESS RAN RESHEF, M.D., MSC
analysis done by regulatory bodies
and other things in the public
domain, but I think that summarizes
the approach.
BY MR. HABERMAN:
Q      So, if another expert did all
that you would do and came out with
the opposite conclusion, would that
expert's opinion be reasonable?
        MR. PAINE:  Objection to
        form; incomplete
        hypothetical.
A      I think given the data that I
have reviewed, I would be unable to
understand how you would reach an
opposite conclusion.
BY MR. HABERMAN:
Q      For this case?
        MR. PAINE:  Objection.
A      I'm sorry, are you asking about
the general causation?
BY MR. HABERMAN:
Q      Based on the epidemiological
studies, the animal studies, the

Page 153

EXPERT WITNESS RAN RESHEF, M.D., MSC
mechanistic studies that have been
done to date, is it reasonable to
opine that Roundup may cause NHL?
A      I think it is not reasonable to
conclude that.
Q      Have you written on the
relationship between Roundup and NHL?
A      I have written expert reports.
If you mean writing in medical
literature, I have not.
Q      That is what I mean.  Have you
written anything peer reviewed on the
association between Roundup and NHL?
A      No, I have not.
Q      Do you intend to write or offer
scholarship on the association
between Roundup and NHL?
A      I do not.
Q      Do you believe that based on
current scientific evidence there is
insufficient evidence to show that
Roundup causes NHL in humans, right?
A      Correct.
Q      What would you need to change

Page 154

EXPERT WITNESS RAN RESHEF, M.D., MSC
your mind?
A      That is again a highly
hypothetical question.  I would
assess the evidence that exists.
It's difficult to assess the evidence
that doesn't exist.
Q      What would you want to see in
the evidence that you say doesn't
exist to change your mind?
A      The highest priority would be
more large-scale epidemiologic
studies that would show an
association.
Q      How many epidemiologic studies
show an association between Roundup
and NHL?
       MR. PAINE:  Objection to
       form.
A      I don't believe any
epidemiologic studies shows a
reliable or compelling association if
you account for the various
limitations such as adjustment for
other pesticide use and other

Page 155

EXPERT WITNESS RAN RESHEF, M.D., MSC
elements of study design.
       Whether there are specific data
points that show an association with
this some of these studies, there are
a few that have described them.
       (As requested by
       counsel, the following
       QUESTION was read back by
       the reporter:
       How many epidemiologic
       studies show an association
       between Roundup and NHL?)
BY MR. HABERMAN:
Q      Can you answer that question,
please?
       MR. PAINE:  Objection.
       Asked and answered.
A      Again, I think the response has
to be nuanced because when you ask
about an association it implies that
this is what the study concluded.
       My response was that there are
several studies that have
demonstrated several data points that

Page 156

EXPERT WITNESS RAN RESHEF, M.D., MSC
would within the context of the
entire study do not offer a
compelling or subsequent evidence.  I
don't have number in my head because
I would need to pull them up and look
at each and every one of them, but
there are several studies that have
these data points.
BY MR. HABERMAN:
Q      Right.
       My question to you is, again, a
little different.  I was using your
words.
       You wanted to see an association
and I asked you how many of the
epidemiological studies that you
reviewed show an association between
Roundup and NHL.
       How about I will ask the
question again and you answer the
question and then you can give me the
nuances about why the studies are
flawed and not reliable and not
compelling.

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 157

EXPERT WITNESS RAN RESHEF, M.D., MSC

So let me start over.

How many studies show an association between Roundup and Non-Hodgkin's lymphoma?

MR. PAINE:  Objection to form; asked and answered.

A       So I will repeat the last part of my previous response, that I would need to count the studies since I don't have a number that I would want to put here under oath without counting the studies.

In my previous response to your previous question said large scale epidemiologic studies that would show an association, to make it easier I would say that it would need to be a compelling and consistent association, not one data point in a larger study.

BY MR. HABERMAN:

Q       Have you ever conducted a meta-analysis?

A       I participated in meta-analysis.

Page 158

EXPERT WITNESS RAN RESHEF, M.D., MSC

I have not led one.

Q       So, describe what your role was in participating in a meta-analysis.

A       Part of the team that evaluated data and had looked at the various studies and provided interpretation of the results.

Q       Why is it not reasonable if after looking at these studies, the animal studies and the mechanistic studies done to date to opine that Roundup may cause NHL?

A       Because basically each and every study showed a negative association once you have adjusted for other pesticide use or removed any other methodologic limitations.

Q       What would your opinion be if the EPA reversed its stance and took the same position as IARC?

MR. PAINE:  Objection.

A       I don't have an opinion on that without evaluating the scientific data that would lead to such a

Page 159

EXPERT WITNESS RAN RESHEF, M.D., MSC

decision by the EPA.  The actual EPA decision does not inform my opinion. What informed my opinion is the scientific data that was generated that goes into those analyses.

BY MR. HABERMAN:

Q       So, what if the EPA changed its stance?  You can't say one way or another sitting here today how your opinion would change, if at all?

MR. PAINE:  Objection to form.  Mischaracterizing his testimony.

A       I think I just responded to that.

Just based on a one-liner that the EPA changed its position, I would not be able to provide any opinion on whether my opinion would change or not.

BY MR. HABERMAN:

Q       Do you agree that glyphosate is genotoxic?

MR. PAINE:  Objection to

Page 160

EXPERT WITNESS RAN RESHEF, M.D., MSC

form.

A       I think that there are some studies that have proposed that it has an effect on DNA at high concentrations and high exposures outside the body mostly.

I think it is difficult to conclude from those studies that it is genotoxic because of the way they were done and conflicting data between these studies.

BY MR. HABERMAN:

Q       Do you agree that studies have shown glyphosate to be genotoxic?

MR. PAINE:  Objection to form.  Asked and answered.

A       I agree that some studies have shown by certain essays that there is genotoxicity at certain high exposures in vitro.

BY MR. HABERMAN:

Q       Do you know what an oncogene is, O-N-C-O-G-E-N?

A       Yes.

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 161

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2   Q      What is it?
3   A      An oncogen is a gene that is
4   driving cancer formation.
5              MR. HABERMAN:  Let's take a
6              quick break, another
7              five-minute break.
8              THE VIDEOGRAPHER:  Going
9              off the record.  The time
10             is 5:16 P.M.
11                (Break in proceedings
12             held from 5:16 p.m.until
13             5:30 p.m.)
14             THE VIDEOGRAPHER:  Back on
15             record.  The time is 5:30
16             P.M.
17             MR. HABERMAN:  Okay.  I'm
18             not going to be too much
19             longer.
20  BY MR. HABERMAN:
21  Q      All right.  Let me ask you this.
22  You would agree that HIV is a factor,
23  a risk factor in substantially
24  contributing to cause NHL, correct?
25             MR. PAINE:  Objection to

Page 162

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2   form.
3   A      Yes.  Not all subtypes of NHL
4   probably.  but, yes.
5   BY MR. HABERMAN:
6   Q      And Hep C is a risk factor that
7   may substantially contribute to
8   causing NHL, right?
9              MR. PAINE:  Objection to
10             form.
11  A      Not with the same nuance, but,
12  yes.
13  BY MR. HABERMAN:
14  Q      If a person has both HIV and Hep
15  C, both factors may substantially
16  contribute to cause that person's
17  NHL, right?
18             MR. PAINE:  Objection to
19             form.
20  A      There is really just no way to
21  answer this question.
22       It intuitively makes sense, but
23  I can't give you evidence, a
24  scientific study that shows that both
25  of them are contributors.  It would

Page 163

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2   make sense to me, so I would agree
3   with the hypothetical concept, but
4   with a caveat on it that I can't
5   support it by evidence.
6   BY MR. HABERMAN:
7   Q      So, then, I mean you would agree
8   that two factors may be present in
9   someone that would both substantially
10  cause to contribute to that person's
11  NHL, right?
12             MR. PAINE:  Objection to
13             form.
14  A      Yes, I think that you could take
15  age and obesity and say they have a
16  common mutual mechanism of simply
17  having more cells and stem cell
18  divisions and more time to allow them
19  to accumulate and in that case they
20  are kind of collaborating risk
21  factors.
22  BY MR. HABERMAN:
23  Q      Okay.  I want to talk about
24  Mr. Pleu for a second.
25       You disagree with his diagnosis.

Page 164

EXPERT WITNESS RAN RESHEF, M.D., MSC
1
2   He was diagnosed with CLL, but
3   according to you he does not have
4   CLL, true?
5   A      Correct.
6   Q      And according to you he has
7   something called monoclonal B-cell
8   lymphocytosis, true?
9   A      Not just according to me.  This
10  is not just an expert opinion.  This
11  is kind of a matter of fact because
12  you just need to look at a
13  classification system and see whether
14  he meets those criteria.  You don't
15  necessarily need to have fifteen
16  years of experience in oncology to
17  check the boxes there.
18  Q      But you would agree with me that
19  there is no medical record for Mr.
20  Pleu that diagnoses him with
21  monoclonal B-cell lymphocytosis,
22  true?
23  A      I did not see one, but there is
24  sufficient detail in the medical
25  records to support this diagnosis and

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 165

EXPERT WITNESS RAN RESHEF, M.D., MSC
1   to exclude the diagnosis of CLL.
2
3   Q      The words monoclonal B-cell
4   lymphocytosis appear nowhere in the
5   medical records that you reviewed of
6   Mr. Pleu, true?
7   A    I believe that's correct.
8   Q      Did you read the deposition of
9   Dr. Reddy?
10  A    Yes, I did.
11  Q      And she was presented with the
12  WHO's criteria for the diagnosis of
13  CLL, true?
14  A    Yes, I believe that was
15  discussed in her deposition.
16  Q      And Dr. Reddy did not backtrack
17  from her diagnosis of CLL, true?
18  A    I believe that's true.
19  Q      And you reviewed the pathology
20  report of Mr. Pleu, true?
21  A    Correct.
22  Q      And you reviewed the medical
23  records, the oncology report of the
24  medical records where Mr. Pleu had
25  seen Dr. Reddy over the years, true?

Page 166

1       EXPERT WITNESS RAN RESHEF, M.D., MSC
2   A    Correct.
3   Q      Do you believe that the
4   pathologist in Mr. Pleu's case -- Let
5   me take a step back.  You have
6   informed patients of their cancer
7   diagnosis, true?
8   A    Frequently someone else had done
9   this before I saw them, but, yes, I
10  do sometimes do that.
11  Q      And that's not an easy
12  conversation to have with patients,
13  right?
14  A    Absolutely.
15  Q      Being diagnosed with cancer can
16  have a traumatic impact on that
17  patient, true?
18  A    It may.
19  Q      I mean, we can level with one
20  another, it's a big deal to be
21  diagnosed with the cancer, right?
22          MR. PAINE:  Objection to
23          form.
24  A    I didn't stay no to that.
25

Page 167

1       EXPERT WITNESS RAN RESHEF, M.D., MSC
2   BY MR. HABERMAN:
3   Q      You would agree, right?
4   A    Yes.
5   Q      Do you think that the
6   pathologist or the oncologist,
7   Dr. Reddy in Mr. Pleu's case fell
8   below the standard of care?
9          MR. PAINE:  Objection to
10         form.
11  A    Let me just respond to that in a
12  more nuanced way.
13  BY MR. HABERMAN:
14  Q      Can you give me a yes or no
15  first and then give me your nuance?
16         MR. PAINE:  Same objection.
17  A    Yes, I think they fell below the
18  standards of care because there are
19  very clear diagnostic criteria which
20  we don't really have a lot of leeway
21  around them when determining a cancer
22  diagnosis, and that's true for both
23  medical oncologists and pathologists.
24      And these diagnostic criteria,
25  while they have generally changed

Page 168

1       EXPERT WITNESS RAN RESHEF, M.D., MSC
2   over time, if you look at older ones,
3   newer ones, future ones, that some of
4   them are already in draft form, you
5   are not going to find one that
6   diagnose Mr. Pleu with CLL, or at
7   least I was unable to find one.
8       The nuance I was going to offer
9   is that it did not really lead to any
10  change in the treatment decision or
11  the monitoring decision.  Probably
12  not even substantially in any
13  discussion of prognosis that
14  Dr. Reddy had with Mr. Pleu.  But, I
15  do feel that this fell below the
16  standards of care by giving someone a
17  cancer diagnosis that he doesn't
18  have.
19  BY MR. HABERMAN:
20  Q      After getting the, I guess,
21  pathology and whatever diagnostic
22  tests were performed on Mr. Pleu,
23  would you have been able to tell Mr.
24  Pleu that he did not have CLL but
25  rather monoclonal B-cell

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 169

EXPERT WITNESS RAN RESHEF, M.D., MSC
lymphocytosis?
A     Yes.
Q      And would you have done that?
In other words, would you have ever
told Mr. Pleu that he had CLL?
          MR. PAINE:  Objection to
form.
A     I'm not following the question,
I'm sorry.
          In what situation?
BY MR. HABERMAN:
Q      After receiving Mr. Pleu's
diagnostic exams and pathology report
would you ever have told him that he
had CLL?
A     No, I would call the pathologist
and point out that maybe he didn't
look at the total lymphocyte count or
the size of the clone.
Q      What is that level that you
need, that threshold level that you
need to have CLL, 5,000 what?
A     That has changed over the years,
but right now I believe it's 5,000,

Page 170

EXPERT WITNESS RAN RESHEF, M.D., MSC
the size of the monoclonal B-cells
clone is what defines it.  And I
would love to have the WHO book in
front of me just to make sure I'm not
being inaccurate.
Q      I don't know what the
measurement is afterward.  I have
seen 5,000, but I have also seen
5.05, and I guess it depends on how
-- what metric of the metric system
you are using.  In other words, what
measurement you are using.  Like, do
you understand what -- Do you follow
me?
          MR. PAINE:  Objection to
form.
A     I don't want to put words in
your mouth or ask the question for
you, but if you are implying that you
can either count total lymphocytes or
total B-cells or the total number of
clonal B-cells, in any of those
measures you are not going to reach a
diagnosis of CLL with Mr. Pleu.

Page 171

EXPERT WITNESS RAN RESHEF, M.D., MSC
BY MR. HABERMAN:
Q      Right.
          So I think, like, the cut-off is
5,000, that's the threshold that I
have seen in the WHO report or the
WHO classification system.
A     I believe that's the case.
Q      And Mr. Pleu's levels were at
like 4,900, 4,700.  He had different
readings at different times.  But do
you recall seeing those numbers?
A     Yes, but the size of the clone
was, in fact, in the initial
diagnosis something like 14 or 17
percent, so the real number --
Q      And what do you mean?
A     It's the same number, it's
5,000.  But you need to look at the
monoclonal B-cells, and those were
based on my math around 1,500, so
they are very far from the 5,000
threshold.  And we can go through the
numbers, but you pointed out a few
numbers that are close to 5, but in

Page 172

EXPERT WITNESS RAN RESHEF, M.D., MSC
his records there are certainly lower
numbers than that.  In fact, the most
recent number I could find from
February 7 was 3.26 which may
actually be close to normal or within
the normal range.  And in any event,
that's really not the number that the
current WHO classification is talking
about.  You need to look at the size
of the clone, which at the time of
diagnosis was 1,554 cells based on
the flow report.
Q      All right.  When you come to
court in October or by the time you
get to court it will probably be
November, in Mr. Pleu's case, what
are you going to say caused his -- I
guess you're going to say monoclonal
B-cell lymphocytosis or did we cover
that already and you are going to say
it's random mutation error?
A     There is certainly less research
on this, but I think it would be the
same response, so we did cover it.

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

---

Page 173

EXPERT WITNESS RAN RESHEF, M.D., MSC

Q     And same response for Mr. Moore?

A     Well, Mr. Moore doesn't have MBL, but the response would be similar replicative errors are thought to be the underlying cause of lymphoma.  And in greater detail, there is a whole mechanism that lymphocytes reshuffle their DNA which increases their risk for mutations.  That's heavily discussed in my report, and I don't want to repeat this since you really didn't ask a question about this.

Q     Well, you didn't give a report for Mr. Moore.

A     This part is contained in the general causality portion of the Engilis report.

Q     For Mr. Engilis, are his other cancers, bladder cancer and melanoma and NHL at all related in your opinion?

      MR. PAINE:  Objection to form.

---

Page 174

EXPERT WITNESS RAN RESHEF, M.D., MSC

A     Mostly likely not.  His bladder cancer has really not been described as a secondary cancer in CLL, at least according to the papers I had looked at.

      Melanoma certainly has some overwhelming risk factors in addition to that.  And in general, CLL that is a very early stage and that has not been treated is not a huge risk factor for secondary malignancies.  And in general I wouldn't be able to tell whether these are related or not.

BY MR. HABERMAN:

Q     Let me ask you this.

      Can CLL cause a secondary cancer?

A     There is a higher incident of secondary cancers in CLL patients.  Whether the CLL causes them is, again, a matter of mechanistic debate because there could very well be a single cause for all of these

---

Page 175

EXPERT WITNESS RAN RESHEF, M.D., MSC

diseases, but there is clearly an association.

Q     Okay, I mean, can CLL be a substantial contributing cause of a secondary cancer?

A     I can only repeat my last response.  There is an association between CLL and secondary cancers.  The way by which CLL causes secondary cancers, if any, is not completely clear.  In patients with advanced CLL who have, you know, have been heavily pretreated and it's been, you know, high stage, there is a degree of immune dysregulation that is probably contributing to secondary cancers.  For someone with stage Zero or Stage 1 CLL that has never been treated, it's really difficult to tell whether it's a contr butor to secondary cancer as we really just don't have sufficient data for that.

Q     But you would agree that CLL is a major risk factor of a secondary

---

Page 176

EXPERT WITNESS RAN RESHEF, M.D., MSC

cancer of melanoma, true?

A     There is an association between CLL and melanoma, and I would be comfortable calling it a risk factor.

Q     So is the answer to my question yes?

      MR. PAINE:  Objection to form.

A     You used the word "major," which is something I can't quantify because saying that something is major implies that you are comparing it to something else.  It is a risk factor.

BY MR. HABERMAN:

Q     Is CLL a substantial contributing factor or substantial contributing cause of a melanoma?

A     That I would be less comfortable to say, because, again, we are talking about an association.

Q     But if you say it's a risk factor, going into your definition of a risk factor which is something that puts you at an increased chance of

---

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 177

EXPERT WITNESS RAN RESHEF, M.D., MSC
getting an event, CLL would put you
at an increased risk of getting
melanoma, right?
A     I agree.
Q     And that increased risk may be
substantial, right?
         MR. PAINE:  Objection to
         form.
A     Depending on which paper you are
looking at and what you determine as
being substantial.
BY MR. HABERMAN:
Q     How about bladder cancer?  Can
CLL be an increased risk factor of a
secondary bladder cancer?
A     Not according to the studies I
have looked at.  The ones that have
separated individual cancers did not
really find an association between
CLL and bladder cancer.
Q     Can the diagnosis of cancer
cause or aggravate pre-existing
mental illnesses like anxiety and
depression?

Page 178

EXPERT WITNESS RAN RESHEF, M.D., MSC
A     Could you repeat the question.
I'm not sure I caught the beginning
of it.
Q     Let me break it up.  Let me
break the question up.  Can the
diagnosis of cancer cause a mental
disorder like depression or anxiety?
         MR. PAINE:  Objection.
A     Well, I think your question was
can it worsen or exacerbate, I think
that is at least what I heard, and I
think the answer is yes.
     Whether it can cause a mental
disorder that wasn't there
previously, I'm not sure I have the
tools to respond to that.
BY MR. HABERMAN:
Q     Okay.  But if somebody does have
pre-existing depression, would agree
that the diagnosis of cancer can
exacerbate that condition?
A     Yes.  And I think it could cause
distress and anxiety.  I don't
question that.

Page 179

EXPERT WITNESS RAN RESHEF, M.D., MSC
Q     You are familiar with the
criticisms of the Agricultural Health
Study, right?
A     I'm familiar with some
criticisms, yes.
Q     Did you take those criticisms
into account when weighing the
various studies that have been done
with the association of Roundup and
other pesticides to Non-Hodgkin's
lymphoma?
A     Yes.
Q     Are you aware that various
authors that worked on the
Agricultural Health Study have
written about their own criticisms of
the Agricultural Health Study?
         MR. PAINE:  Objection to
         form.
A     Not off the top of my head, but
I may have reviewed those in the
past.
     If you could point at a specific
paper or editorial, we can certainly

Page 180

EXPERT WITNESS RAN RESHEF, M.D., MSC
discuss it.
BY MR. HABERMAN:
Q     You give the agricultural study
more weight than some of the other
studies, true?
A     I think it's a strong study.  I
did not give the study numerical
weight, but I think it had greater
weight than some of the other studies
due to its robustness, the number of
cases and the fact that it's a
prospective cohort study.
Q     Isn't it true that exposure
misclassification has been recognized
as a persistent problem throughout
the course of the Agricultural Health
Study?
         MR. PAINE:  Objection to
         form.
A     No, I'm not aware that it has
been recognized as a persistent
problem.
BY MR. HABERMAN:
Q     Do you know who a Dr. Acquavella

United Reporting, Inc.
(954) 525-2221

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 181

EXPERT WITNESS RAN RESHEF, M.D., MSC
is?

A      Yes, I have seen papers with
their name on it.
Q      And have you read his papers in
the Exposure Misclassification in
Studies of Agricultural Pesticides:
Insights from Biomonitoring?
A      Yes, I believe I did.
Q      And you know that Acquavella
used to work for Monsanto, right, he
was their main epidemiologist, right?
A      I didn't recall that, but I may
have known that if that's disclosed
in the paper.
Q      Do you know that he has since
become critical of the Agricultural
Health Study?
A      No, I'm not aware.
Q      Do you know who Dr. Blair is?
A      Yes.
Q      Did you read his work, The
Impact of Pesticide Exposure
Misclassification on Estimates of
Relative Risk in the Agricultural

Page 182

EXPERT WITNESS RAN RESHEF, M.D., MSC
Health Study?
A      I believe I did.
Q      How does that factor into your
opinions, the strength of the
Agricultural Health Study, when he is
somebody that actually participated
in that?
A      Yes, that is an important fact.
He participated in it and agreed to
have his name on the author list and
so I think that's an important point
to recognize.  I read the papers that
criticize the Agricultural Health
Study.  There is no study that is
perfect.  There are certain
limitation to any type of
epidemiologic study because we cannot
do random control studies with
pesticides and we have to do the best
that we can with the data that we
have.  Still, some of those
limitations are no different an
probably milder than what you would
get from case control studies.  And

Page 183

EXPERT WITNESS RAN RESHEF, M.D., MSC
considering the size and length of the
follow-up and robustness of the
analysis of the AHS, some of the
strengths offset some of the
weaknesses.
Q      Is there a way to test whether
or not a plaintiff who's bringing a
lawsuit against Monsanto's NHL was
caused by random replication?
       MR. PAINE:  Objection to
       form.
A      Not a clinically available way.
If you wanted to sequence their
DNA and identify which mutations
specifically they have, you might be
able to link them through the normal
course of lymphocyte differentiation,
and that would be approved that it's
a normal process that went awry.
       As I alluded to earlier, we now
know that these are not completely
random and that there are several
steps in the development of
lymphocytes that make them prone for

Page 184

EXPERT WITNESS RAN RESHEF, M.D., MSC
certain types of mutations in certain
locations and certain genes, and
similarly for environmental
exposures, established ones, there
are mutational signatures that have
been described.
BY MR. HABERMAN:
Q      Like what?
       What is an environmental
signature on a mutation that is
different or appears different than
random natural occurrences?
A      The most famous example is
exposure to UV light in the causation
of melanoma where there are specific
nucleotide substitutions that UV
light is simply known to cause.
Q      What about with NHL though?  You
are talking about something specific
to melanoma.
       What would be specific to NHL if
it's HIV induced or if it's random
replication.  How would the two look
different?

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 185

**EXPERT WITNESS RAN RESHEF, M.D., MSC**

A      These specific examples, I'm not
sure how they will look different,
but when it is related to the natural
differentiation of lymphocytes, you
would find mutations in specific
genes that are related to the
hypermutation stage that lymphocytes
undergo or to the somatic
recombination that they undergo.
These are normal healthy processes
that tend to throw mutations in
certain areas of the DNA more than
others.  None of this would give you
a conclusive proof, but it would link
mutations to a normal occurring
process.

        (As requested by
counsel, the following
QUESTION was read back by
the reporter:  What about
with NHL though?  You are
talking about something
specific to melanoma.  What
would be specific to NHL if

Page 186

EXPERT WITNESS RAN RESHEF, M.D., MSC

it's HIV induced or if it's
random replication.  How
would the two look
different?)
BY MR. HABERMAN:

**Q      So, sitting here today, you
cannot specifically describe how NHL
caused by HIV would look different
than NHL caused by random
replication, true?**

        MR. PAINE:  Objection to
form.

A      I can't do that because I would
need to go back to the HIV
literature.

        It wasn't relevant for any of
these plaintiffs so I haven't studied
it recently.  There could be
mutational signatures or some form of
cytogenetic abnormalities that are
linked with HIV, but I honestly have
not reviewed that literature because
it had no relevance to these specific
plaintiffs.

Page 187

EXPERT WITNESS RAN RESHEF, M.D., MSC
BY MR. HABERMAN:

**Q      But sitting here today, can you
say necessarily that the mutations
caused by random replication look
different than the mutations caused
by an environmental factor?**

        MR. PAINE:  Objection to
form.  Asked and answered.
BY MR. HABERMAN:

**Q      Regarding NHL.**

A      Well, regarding NHL I cannot
because NHL really doesn't have
environmental factors, certainly not
a list of chemicals that are known to
cause it.  So, this question has not
really been studied in the context of
NHL due to that.

**Q      So, then, replace environmental
factors with immunodeficiencies.
Does the NHL caused by an
immunodeficiency look different
necessarily than the NHL caused by
random replication?**

A      It might.  One example I have

Page 188

EXPERT WITNESS RAN RESHEF, M.D., MSC
already given is that many lymphomas
linked to immunodeficiency are driven
by the Epstein-Barr Virus and that
does have a very typical signature,
certain activation of oncogenes, and
the presence of EBV itself within the
tumor, so that would be quite
different from a naturally occurring
process.

**Q      When you say it might be, that
is not expressed to a reasonable
degree of medical probability, true?**

        MR. PAINE:  Objection to
form.

A      Could you remind me what I said?
Did I say it might be caused by
EBV?

        I think what I meant was that
there are certain lymphomas that
arise in the setting of
immunodeficiency where you would find
a typical signature.

        One example is those lymphomas
caused by the Epstein-Barr Virus.

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 189

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2 Not all lymphomas linked to
3 immunodeficiency are caused by
4 Epstein-Barr Virus, so I wasn't able
5 to give a universal response that is
6 identical to all immunodeficiencies.
7 BY MR. HABERMAN:
8 Q     What about NHL that was
9     substantially caused by chlamydia,
10     would that look different than NHL
11     associated with random replication?
12 A     Yes, because it causes a very
13     specific type of NHL without even
14     going down to the mutation level.  It
15     causes Marginal Zone Lymphoma of the
16     ocular adnexa.
17 Q     All right.  And what about for
18     HIV, or Hep C, does that have a
19     signature such that it would look
20     different than -- Would NHL that is
21     caused by HIV or Hep C look different
22     than NHL caused random replication?
23             MR. PAINE:  Objection to
24     form.
25 A     I think I responded to this

Page 190

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2 already that I haven't looked into
3 that literature recently.
4     Mutational signatures are
5 relatively recent.  But just because
6 HIV does not cause NHL broadly but is
7 more specifically associated with
8 specific subtypes of NHL, then I
9 would predict that it does have
10 unique signatures.
11     And, in fact, many lymphomas
12 caused by HIV are also driven by the
13 Epstein-Barr Virus which would give
14 you that signature in those cases.
15             MR. HABERMAN:  All right.
16     I have run out of gas.
17     Thank you for your time.  I
18     don't have anything
19     further.
20             MR. PAINE:  Can we take
21     just a two-to five-minute
22     break so I can look over my
23     notes?
24             MR. HABERMAN:  Yes.
25             THE VIDEOGRAPHER:  Going

Page 191

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2 off the record.  The time
3 is it 6:05 P.M.
4             (Break in proceedings
5     held from 6:05 p.m.until
6     6:11 p.m.)
7             THE VIDEOGRAPHER:  We're
8     going back on the record.
9     The time is 6:11 P.M.
10             MR. HABERMAN:  I want to
11     mark as Exhibit 8
12     Dr. Reshef's Materials
13     Considered List in the
14     Engilis matter.
15             * * * * * * *
16             (Ran Reshef, MD List of
17     Materials Considered - Peter
18     Engilis, Jr., 17 pages was
19     marked as Plaintiff's
20     Exhibit 8 for identification
21     as of this date by the Court
22     Reporter; attached hereto.)
23             * * * * * * *
24             MR. HABERMAN:  And I'm
25     going to mark as Exh bit 9

Page 192

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2     Dr. Reshef's December 2021
3     invoice.
4             * * * * * * *
5             (Dr. Reshef's December
6     2021 Invoice to The
7     Piorkowski Law Firm, P.C., 1
8     page was marked as
9     Plaintiff's  Exhibit 9 for
10     identification as of this
11     date by the Court Reporter;
12     attached hereto.)
13             * * * * * * *
14             MR. HABERMAN:  And I will
15     mark as Exhibit 10
16     Dr. Reshef's July 2022
17     Engilis invoice.
18             * * * * * * *
19             (Dr. Reshef's July 2022
20     Invoice to The Piorkowski
21     Law Firm, P.C. in the
22     Engilis matter, 1 page, was
23     marked as Plaintiff's
24     Exhibit 10 for
25     identification as of this

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 193

EXPERT WITNESS RAN RESHEF, M.D., MSC

1  date by the Court Reporter;
2  attached hereto.)
3  * * * * * * *
4        MR. HABERMAN:  Mark as
5  Exhibit 11, Dr. Reshef's
6  invoice, July 2022, in the
7  Ferro matter.
8        * * * * * * *
9        (Dr. Reshef's July 2022
10 Invoice to The Piorkowski
11 Law Firm, P.C. in the Ferro
12 matter, 1 page was marked as
13 Plaintiff's Exh bit 11 for
14 identification as of this
15 date by the Court Reporter;
16 attached hereto.)
17 * * * * * * *
18        MR. HABERMAN:  Mark as
19 Exhibit 12 Dr. Reshef's
20 June 2022 invoice in the
21 Ferro matter.
22        * * * * * * *
23        (Dr. Reshef's June 2022
24 Invoice to The Piorkowski

Page 194

EXPERT WITNESS RAN RESHEF, M.D., MSC

1  Law Firm, P.C. in the Ferro
2  matter, 1 page was marked as
3  Plaintiff's Exh bit 12 for
4  identification as of this
5  date by the Court Reporter;
6  attached hereto.)
7        * * * * * * *
8        MR. HABERMAN:  Mark as 13
9  Dr. Reshef's notes on
10 Mr. Pleu.
11        * * * * * * *
12        (Dr. Reshef's notes on
13 Mr. Pleu, 2 pages was marked
14 as Plaintiff's  Exhibit 13
15 for identification as of
16 this date by the Court
17 Reporter; attached hereto.)
18 * * * * * * *
19        MR. HABERMAN:  And mark as
20 Exhibit 14 Dr. Reshef's
21 notes on Mr. Moore.
22        * * * * * * *
23        (Dr. Reshef's notes on
24 Mr. Moore, 2 pages  was

Page 195

EXPERT WITNESS RAN RESHEF, M.D., MSC

1  marked as Plaintiff's
2  Exhibit 14 for
3  identification as of this
4  date by the Court Reporter;
5  attached hereto.)
6        * * * * * * *
7        MR. HABERMAN:  And I think
8  that rounds it out.
9        MR. PAINE:  There was one
10 more, just for
11 housekeeping.
12        We sent the Gagnier
13 notes.  Did you want to
14 mark those too?
15        MR. HABERMAN:  I think I
16 marked those as Exh bit 1.
17        MR. PAINE:  Absolutely
18 right.  My apologies.  We
19 started in a weird order.
20 You are right.
21        MR. HABERMAN:  Yeah.
22 Thanks.
23        MR. PAINE:  Dr. Reshef, I
24 just have a couple of

Page 196

EXPERT WITNESS RAN RESHEF, M.D., MSC

1  follow-up questions.
2        EXAMINATION
3  BY MR. PAINE:
4  Q    Counsel pointed out in
5  questioning you that you had prepared
6  a written report for the Engilis case
7  that we have marked as an exhibit,
8  and that's, of course, in one
9  jurisdiction.  The Ferro case is
10 pending in a different jurisdiction,
11 which doesn't require a report.
12       So you haven't prepared formal
13 written reports for either of the
14 Ferro plaintiffs, is that right?
15 A    That is correct.
16 Q    Understood.
17       And to the extent your Engilis
18 report contains a generic discussion
19 or a series of generic discussions
20 about Roundup Non-Hodgkin's lymphoma
21 cancer and other topics, do you
22 intend to offer those same generic
23 opinions and talk about those same
24 generic topics in the trial of the

Page 197

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2   Ferro case that you outlined in your
3   Engilis report?
4   A     Yes, I do.
5   Q     Doctor, a couple of other
6   questions, and, again, I will be very
7   brief here.
8        Mr. Haberman had a number of
9   questions for you about random or
10  replicative errors, copy errors that
11  occur naturally.
12       Do you recall some of those
13  questions?
14  A     Yes.
15  Q     Is it possible, Doctor, to rule
16  out the role of replication errors in
17  the development of a patient's
18  Non-Hodgkin's lymphoma?
19  A     No.  It would be impossible to
20  rule it out.
21  Q     I think you told us in response
22  to some of plaintiff's counsel's
23  questions that such things as
24  replicative errors and environmental
25  factors and hereditary factors for

Page 198

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2   cancer in general are not mutually
3   exclusive.
4        Did I understand that correctly?
5   A     That is correct.
6   Q     With respect to the relative
7   proportion of replicative errors,
8   environmental factors and hereditary
9   factors, can you give us an idea of
10  those relative proportions as they
11  effect the development or lead to the
12  development of Non-Hodgkin's lymphoma
13  specifically?
14  A     Roughly four percent of
15  mutations that lead to Non-Hodgkin's
16  lymphoma are thought to be driven by
17  environmental factors.  The
18  contribution of genetic or hereditary
19  factors is also thought to be
20  minimal, and therefore the majority
21  are naturally occurring replicative
22  errors.
23  Q     With that, Doctor, is it fair to
24  say that replicative errors or
25  naturally occurring copy errors play

Page 199

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2   the predominate role in the mutations
3   that lead to Non-Hodgkin's lymphoma?
4   A     They play nearly an exclusive
5   role in causing Non-Hodgkin's
6   lymphoma according to these numbers.
7   Q     Plaintiff's counsel also had
8   some questions for you about things
9   like signature mutations.
10       Do you recall some of those
11  questions?
12  A     Yes.
13  Q     In the literature that you have
14  studied on glyphosate-based
15  herbicides and the literature that is
16  described in the Materials Considered
17  List that you produced here, has
18  there ever been a signature mutation
19  described in association with
20  exposure to glyphosate-based on
21  herbicides?
22  A     No.
23  Q     On a similar note, has there
24  ever been described, in the
25  literature, any driver mutation for

Page 200

EXPERT WITNESS RAN RESHEF, M.D., MSC

1
2   Non-Hodgkin's lymphoma associated
3   with exposure to glyphosate-based
4   herbicides?
5   A     No.
6        MR. PAINE:  Thank you,
7   Doctor.  Those are all the
8   questions I have for you
9   today.
10       MR. HABERMAN:  I just have
11  a few follow-ups, Doctor.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 201

EXPERT WITNESS RAN RESHEF, M.D., MSC
FURTHER EXAMINATION
BY MR. HABERMAN:

Q    What medical textbooks do you
have in your office?

A    That is a shelf of about 70
books, so I'm not sure which ones are
you --

If you can narrow down your
question.

Q    Well, I mean I guess what I want
to ask, we covered earlier, but going
back to the risk factors of NHL, you
initially grouped them into a few
categories.

Do you recall that?

A    Yes.

Q    And you get that from --
Any medical textbook will give
you that information, right?

MR. PAINE:  Objection to
form.

A    Well, the categorization is
something that I do as part of the
framework that I have in my mind that

Page 202

EXPERT WITNESS RAN RESHEF, M.D., MSC
helps me remember them.

I'm not sure that the
categorization follows the medical
textbook, but the list of factors
that we reviewed represents the
acceptable risk factors by the
medical community.

BY MR. HABERMAN:

Q    Is it your testimony that in the
sections that deal with risk factors
of NHL like the first sentence is
going to be the overwhelming majority
of NHL is caused by random
replication error?

MR. PAINE:  Objection to
form.

A    I haven't looked in that, and
that's also not what I said and not
what Dr. Tomasetti's papers suggest.
It talks about the proportion of
mutations within Non-Hodgkin's
lymphoma that are caused by
environmental factors and not the
number of tumors.

Page 203

EXPERT WITNESS RAN RESHEF, M.D., MSC
There is a different publication
from the American Cancer Society that
estimates environmental contribution
as either eight percent or nine
percent, something within that range,
which is still the overwhelming
minority of the cases.

And of all the risk factors that
we have described, ultimately the
majority of patients with
Non-Hodgkin's lymphoma have none of
these risk factors, apart from maybe
age and obesity which are just
tremendously common, but the more
unique ones we've talked about,
Hepatitis C, chlamydia in the eye and
H. pylori in the stomach, it's going
to be a very small minority of
patients who have these substantial
risk factors.

BY MR. HABERMAN:

Q    Going back to a question on
medical textbooks, are there medical
textbooks that you consult with on

Page 204

EXPERT WITNESS RAN RESHEF, M.D., MSC
treatment, diagnosis and information
of Non-Hodgkin's lymphoma?

A    At this phase in my career I
would usually consult with journal
articles, peer review journal
articles.  Textbooks generally tend
to be outdated by a couple of years.

But, you know, I have started my
board exams with, I think it was,
Williams Hematology, previously
Harrison's Principles of Internal
Medicine.  And I haven't looked at
the more recent editions, but I'm not
aware that glyphosate is mentioned in
them as a cause of Non-Hodgkin's
lymphoma.

Q    Is random replication error
mentioned in them?

A    They may have chapters about the
basic oncogenesis process which may
refer to this type of work.

Q    If I want to become an expert in
NHL, I'm going to go read Williams
and Harrison's?  Anything else?

United Reporting, Inc.
(954) 525-2221

fc054c43-4e3d-44bb-bfab-1c47973b7c2e

Page 205

**EXPERT WITNESS RAN RESHEF, M.D., MSC**

MR. PAINE:  Objection to
form.

A    I don't know that becoming an
expert in NHL would happen by reading
a textbook.  I don't think there is
an exhaustive list I can give you.  I
think on my laptop I have several
thousands, if not tens of thousands
of papers that I have accumulated
over the years.

MR. HABERMAN:  And I'll
call for the production of
that.

I'm only kidding.
That is all I got for you.
Thank you.
THE WITNESS:  Thank you.
MR. PAINE:  That's it.
Thanks, Jeff.
THE VIDEOGRAPHER:  This is
the end of the deposition
of Dr. Reshef.
The time is 6:23 P.M.
We're now off the record.

Page 206

\* \* \* \* \*
(Whereupon, the
examination of RAN RESHEF,
M.D., MSc in the
above-entitled matter
concluded at 6:23 p.m.)

Page 207

This is the Deposition of
RAN RESHEF, M.D., MSC
taken in the matter, on the date, and at
the time and place set out on the title
page hereof.

It was requested that the deposition be
taken by the reporter and that same be
reduced to typewritten form.

It was agreed by and between counsel and
the parties that the Deponent will read
and sign the transcript of said
deposition.

Page 208

REPORTER'S CERTIFICATION

I, MICHELLE TROY PARRISH, a Court
Reporter and Notary Public certified in and for
the State of New York, do hereby certify that I
recorded stenographically the proceedings herein
at the time and place noted in the heading
hereof, and that the foregoing transcript is true
and accurate to the best of my knowledge, skill
and ability.

IN WITNESS WHEREOF, I have hereunto set
my hand.


MICHELLE TROY PARRISH

Page 209

DEPONENT'S CERTIFICATE

STATE OF_____:
COUNTY/CITY OF_____:
Before me, this day, personally appeared
RAN RESHEF, M.D., MSC, who, being duly sworn,
states that the foregoing transcript of his/her
Deposition, taken in the matter, on the date, and
at the time and place set out on the title page
hereof, constitutes a true and accurate
transcript of said deposition.


_____
RAN RESHEF, M.D., MSC



Signed and subscribed to before me
this_____day of_____,20___.
_____

NOTARY PUBLIC, STATE OF NEW YORK

Page 210

WITNESS DECLARATION
CASE NO.: 412521
RE:  PAUL FERRO, et al. v. MONSANTO
DECLARATION UNDER PENALTY OF PERJURY
I, RAN RESHEF, M.D., MSC declare, under
penalty of perjury, that I have read the entire
transcript of my Deposition taken in the
above-captioned matter, or the same has been read
to me, and the same is true and accurate, save
and except for changes and/or corrections, if
any, as indicated by me on the DEPOSITION ERRATA
SHEET hereof, with the understanding that I offer
these changes as if still under oath.  I would
like the following changes made, and have
indicated the reason for such changes:  For
example, "to correct stenographic error" or "to
clarify the record" or "to conform with the
facts."
Signed on the _____day of _____, 20___.
_____
RAN RESHEF, M.D., MSC

Page 211

DEPOSITION ERRATA SHEET
Page No._____Line No._____Change
to:_____
Reason for change:_____
Page No._____Line No._____Change
to:_____
Reason for change:_____
Page No._____Line No._____Change
to:_____
Reason for change:_____
Page No._____Line No._____Change
to:_____
Reason for change:_____
Page No._____Line No._____Change
to:_____
Reason for change:_____
Page No._____Line No._____Change
to:_____
Reason for change:_____


Signature_____Date_____
RAN RESHEF, M.D., MSC

Page 212

DEPOSITION ERRATA SHEET
Page No._____Line No._____Change
to:_____
Reason for change:_____
Page No._____Line No._____Change
to:_____
Reason for change:_____
Page No._____Line No._____Change
to:_____
Reason for change:_____
Page No._____Line No._____Change
to:_____
Reason for change:_____
Page No._____Line No._____Change
to:_____
Reason for change:_____
Page No._____Line No._____Change
to:_____
Reason for change:_____


SIGNATURE:_____DATE:_____
RAN RESHEF, M.D., MSC

**A**

**A-T-A-R-A** 53:2
**ability** 145:25 208:10
**able** 39:16 61:12
90:11,19 114:24
125:14 148:13
159:19 168:23
174:13 183:17
189:4
**abnormal** 74:18
114:20 145:7 146:2
**abnormalities** 186:21
**above-captioned**
210:8
**above-entitled** 206:6
**absence** 151:13
**absent** 114:16
**absolutely** 49:21 75:4
141:20 151:3
166:14 195:18
**abstract** 120:3
**accelerate** 134:19,20
**accelerated** 135:6
**accept** 120:9,12,14
**acceptable** 202:7
**accepted** 19:17 23:2
**access** 27:21 50:2,14
50:19
**account** 97:7 154:23
179:8
**accumulate** 113:18
135:9 163:19
**accumulates** 94:18
**accumulation** 132:3
**accurate** 208:9
209:10 210:9
**Acquavella** 180:25
181:10
**acquired** 78:24
**Act** 52:13
**activation** 188:6
**active** 108:16,17
109:7
**actively** 71:2
**actual** 68:20 159:2
**acute** 133:13
**add** 78:3
**added** 43:4 121:18
**addition** 174:8

**additional** 124:17
134:5 151:24
**additive** 133:2
**adjusted** 37:5 158:16
**adjustment** 154:24
**administer** 7:8
**administered** 17:22
**administrative** 18:5
19:7,13
**adnexa** 189:16
**adolescents** 82:12
**advanced** 31:25 32:5
175:12
**affirm** 10:12
**affirmed** 12:4
**afternoon** 10:3 11:3
11:5
**afterward** 170:8
**age** 75:19,20,21,25
76:11 77:12 78:12
81:9 90:3 91:2
94:15 100:23
113:15,17 118:9
131:16 132:2,15
163:15 203:14
**agent** 150:3,24 151:9
151:17,18
**agents** 132:22
**aggravate** 177:23
**aging** 94:14 125:25
**ago** 15:16 39:22 55:2
55:12 60:12 122:6
123:5
**agree** 11:19 21:8,20
21:21,24 31:24
70:15 98:20 99:2
142:25 147:10
159:23 160:14,18
161:22 163:2,7
164:18 167:3
175:24 177:5
178:20
**agreed** 7:2,15 182:10
207:12
**agreement** 42:10,14
52:16 53:19
**agreements** 50:25
51:14,17 52:4,12
53:6,11 56:25
**agricultural** 179:3,16
179:18 180:4,17
181:7,17,25 182:6

182:14
**ahead** 87:11 108:13
**ahovis@lawdoc1.c...**
4:9
**AHS** 183:4
**al** 1:5 5:20,23 9:10
38:23 40:25 210:3
**alkylating** 132:22
**allow** 22:20 52:17
114:14 163:18
**allowed** 73:2 113:16
**alluded** 115:14
183:21
**alluding** 140:9
**alteration** 76:20
**altered** 26:14
**Amalia** 4:25
**Amended** 37:10
**American** 203:7
**amount** 31:8 41:15
42:20 43:6 44:11
**analyses** 159:6
**analysis** 21:22
139:21 150:12
152:2 183:4
**analyze** 146:5
**and/or** 210:10
**Andreotti** 25:7
**animal** 149:21,23
150:7 152:25
158:11
**animals** 140:24
**Anne** 4:8 10:7 13:10
**answer** 11:15 19:23
20:6,18 22:10,16
23:16 30:17,18
51:5 52:10 61:4
65:5,25 68:24
69:10,11 70:2
77:25 86:2 87:18
94:5 100:20 105:14
105:20,23 108:10
108:13 116:17,19
117:3 127:12
131:12 145:16
147:14,15 155:15
156:21 162:21
176:6 178:13
**answered** 30:24 59:9
68:17 69:3,21
71:11 72:10,23
98:5 100:17 150:17

155:18 157:7
160:17 187:9
**answering** 116:15
**antibodies** 74:17
**anxiety** 177:24 178:8
178:24
**anybody** 19:4
**Anyway** 73:11
**apart** 203:13
**apologies** 195:19
**appear** 115:6 165:4
**appeared** 3:7 4:8
209:5
**appears** 89:25
184:12
**applicable** 20:25
**applies** 19:24
**apply** 144:8
**approach** 152:5
**appropriate** 27:14
87:14 96:17 116:15
**appropriately** 52:10
**approved** 183:19
**approximately** 13:22
54:25
**area** 86:16
**areas** 127:24 185:13
**argumentative** 68:18
69:22
**arises** 109:21 116:22
**arising** 108:21 117:5
120:5 127:24
**Arnold** 2:5 12:17,19
**arrived** 144:3
**article** 47:13 50:12
119:16,20,24 120:2
**articles** 49:16 50:8
204:6,7
**aside** 42:18 73:8
**asked** 23:19 31:17
49:24 60:25 68:17
69:3,21 71:11
72:10,23 77:23
85:16 93:24 98:5
100:17 101:4 104:7
116:18 126:21
127:4 137:23
148:23 155:18
156:16 157:7
160:17 187:9
**asking** 17:7 20:14,16
62:22 105:13 139:6

152:21
**aspects** 15:19 25:11
**assess** 124:4 151:24
154:5,6
**assessed** 89:5 130:14
**assist** 19:4 20:10 23:8
50:8
**assistance** 19:7 20:16
**assisted** 21:4
**associate** 83:16
**associated** 63:22
64:14 76:5 79:13
81:10,12,17,21
82:14,17,19,22,23
83:24 84:3,17 85:9
85:19,21 86:7,10
91:22 113:24
135:14,14,16,21
137:8 189:11 190:7
200:2
**association** 26:15
63:18 69:15 79:25
80:3 83:3,8,22 85:2
85:11,24 112:11
117:7 148:17 149:2
153:14,17 154:14
154:16,22 155:4,12
155:21 156:15,18
157:4,17,20 158:15
175:3,8 176:3,21
177:20 179:10
199:19
**associations** 79:14,19
80:20 133:15 150:8
**assume** 11:16 92:15
92:16 93:13 97:24
128:5 135:19
136:10
**assumes** 64:3,19 68:3
69:23
**assuming** 95:20
128:10
**assumption** 72:5
99:12
**assumptions** 140:4
140:12,14
**asymptomatic**
102:12
**Atara** 53:2
**attached** 5:12,14,16
5:19,21,24 6:5,7,9
6:12,14,17,18,20

29:23 34:16 35:4
35:19 39:5 41:8
46:13 191:22
192:12 193:3,17
194:7,18 195:6
**attorneys** 3:3,12 4:4
4:14 7:3 20:9 22:13
**attribute** 97:22,25
**August** 1:14 8:5 9:13
44:18
**Austin** 55:23
**author** 23:5 182:11
**authored** 18:25
123:25 124:8
**authoring** 19:5,6
24:8
**authorities** 62:7
**authority** 50:11
**authorized** 7:7
**authors** 120:17
179:15
**authors'** 123:8
**autoimmune** 78:22
81:14 99:5,9
106:25 107:4 136:8
**availability** 66:19
**available** 50:4 63:8
183:13
**Avenue** 3:4
**aware** 88:4,11
100:18,22 122:7
149:18 179:14
180:21 181:19
204:15
**awry** 107:20 183:20

**B**

**B-Cell** 81:2 86:22
87:3 88:21 90:24
92:5 102:15 138:22
164:7,21 165:3
168:25 172:20
**B-cells** 74:8,16
145:20 170:2,22,23
171:20
**back** 51:23 73:21
92:24 97:19 103:2
103:5 122:23 131:4
155:9 161:14 166:5
185:20 186:15
191:8 201:13
203:23

**background** 31:9
**backtrack** 165:16
**bad** 96:8,12 117:21
120:4,8,13,18,24
121:4,12 123:7
**barrier** 127:20
**based** 49:11 64:17
100:11 139:16
140:20 152:24
153:20 159:17
171:21 172:12
**basic** 107:13 204:21
**basically** 83:2 158:14
**BAUM** 4:13
**Bayer** 53:10,11,14,15
53:19
**becoming** 205:4
**began** 55:6 57:25
**beginning** 9:3 178:3
**behalf** 9:25 10:5 13:7
13:9 14:6,23 42:12
54:21 55:5,6 56:4
56:10 58:2,3,14
104:17
**beings** 142:12 144:17
**believe** 13:19 24:6
42:8 45:17,23
46:23 58:10 60:10
60:17,22 61:4 62:5
66:5 82:13 84:25
85:11 86:9 89:6
100:3 103:23
109:22 117:18
118:21 124:11
153:20 154:20
165:7,14,18 166:3
169:25 171:8 181:9
182:3
**Benzine** 79:22,24
80:21 134:4
**Bert** 122:25
**best** 11:14 48:17 67:5
70:7 86:10 100:13
182:20 208:9
**better** 16:7
**beyond** 19:10 30:21
48:19
**biased** 63:12
**big** 75:18 166:20
**biggest** 75:19
**billed** 41:16 42:21
43:6,15

**billing** 17:3
**bioassays** 149:22,23
**Biomonitoring** 181:8
**biostatistics** 32:9
**bit** 17:18 32:7 37:3
71:24 88:15 102:8
109:19 112:13
138:17
**bits** 108:25
**bladder** 173:21 174:2
177:14,16,21
**Blair** 181:20
**blanket** 86:15
**blood** 17:4 74:11
102:10 145:3,8
**board** 204:10
**bodies** 152:2
**body** 79:16,16 84:16
84:16 85:3,4
104:12 107:18
114:13 118:8,11
119:12 125:23
144:18 160:7
**Boffetta** 25:6
**bone** 75:14 84:8
115:15
**book** 170:4
**books** 201:7
**boxes** 164:17
**Bradford** 150:13
**break** 17:9 73:14,18
78:5 87:25 102:22
161:6,7,11 178:5,6
190:22 191:4
**breast** 78:25 79:6
**BRENNAN** 4:13
**brief** 33:18 39:19
101:22 197:7
**briefly** 148:21
**bring** 33:16
**bringing** 183:8
**Bristol-Meyers** 52:23
57:19
**broad** 26:13 51:4,5
75:6 77:23 86:8
108:2 140:2
**broaden** 109:4
**broadly** 190:6
**broke** 76:8 103:8
**brought** 14:8,12
56:10
**built** 143:10

**burden** 96:24 124:19
126:9,12,17
**butcher** 141:5

**C**

**C** 3:1 4:1 75:8 78:20
81:11 82:17 83:23
85:18,20,25 98:25
103:10 106:24
107:4,16,23 108:3
108:16,24 109:6,15
109:23 136:8 138:2
138:16,20 162:6,15
189:18,21 203:17
**CALEB** 4:18
**California** 15:5
**call** 61:12 84:5,9
96:12,18 115:16
121:12 139:6
169:17 205:13
**called** 1:13 8:4 12:3
14:19 52:24,25
53:2 102:13 115:21
164:7
**calling** 120:13,18
176:5
**calls** 41:11
**cancer** 95:7,9 107:20
110:4,16,19 111:2
111:10,10,17,25
113:4,12,19,25
116:10,13 117:21
118:18 119:14,19
119:21 121:19,20
126:21,23 127:3,4
127:11 128:7,12
129:15 130:2
141:10,15,21 148:2
150:25 151:18,19
161:4 166:6,15,21
167:21 168:17
173:21 174:3,4,19
175:6,22 176:2
177:14,16,21,22
178:7,21 196:22
198:2 203:3
**cancers** 89:13 94:23
120:3 123:7 127:23
142:18 173:21
174:21 175:9,11,17
177:19
**caption** 38:12

**carcinogen** 149:10
**care** 57:5 167:8,18
168:16
**career** 79:10 204:4
**Carolina** 3:14
**case** 1:7,16 5:20,23
9:7,11 14:19 15:3
15:15 18:24 22:13
26:3 33:10,12
38:23 40:19,22
41:2 43:3 45:18
47:22 48:15,19,21
49:5 51:14 53:15
54:4 56:19 58:24
61:17 63:24 67:21
69:14 75:12 102:5
107:3,25 111:18
113:25 115:3
126:21 128:11
130:18 131:6 138:2
151:25 152:19
163:19 166:4 167:7
171:8 172:17
182:25 196:7,10
197:2 210:2
**cases** 14:14 26:6,24
42:5 45:4 47:3 48:3
54:8 59:2,5 60:18
60:20 99:8,13
104:16 105:7,16,19
105:24 106:4,16,21
114:18 135:23
137:14,20,22,24
148:24 180:12
190:14 203:8
**categories** 77:16
79:11 201:15
**categorization**
201:23 202:4
**category** 86:25
113:23
**caught** 178:3
**causality** 138:19
173:18
**causation** 49:21,23
54:17 69:16 71:8
88:15 139:2 150:18
152:22 184:15
**cause** 63:22 64:15
76:4,9 80:12 83:9
98:17 104:7,14
106:2,18 107:7

109:9 110:15
111:22 112:5,11,16
113:12 118:17
126:22 129:22
130:20 131:8,18
132:5 133:9 136:25
139:6 141:10,15,20
146:13 147:21
151:18,19 153:4
158:13 161:24
162:16 163:10
173:6 174:18,25
175:5 176:18
177:23 178:7,14,23
184:18 187:16
190:6 204:16
caused 92:7,19 93:15
93:24 95:21 99:14
101:4 105:9 106:6
111:9,16 113:3
114:2 115:4,7,25
116:3 127:4 128:18
129:15 130:3,11,12
136:16 150:3,24
172:18 183:10
186:9,10 187:5,6
187:21,23 188:17
188:25 189:3,9,21
189:22 190:12
202:14,23
causes 79:7 83:5 92:4
128:25 136:5,6
145:22 153:23
174:22 175:10
189:12,15
causing 110:18
111:25 135:24
146:10 147:8 148:7
150:4 162:8 199:5
caution 52:9
cautioned 12:4
caveat 58:11 78:13
93:18 106:9 163:4
cell 74:12 96:2
101:10 106:7
119:22 126:12
132:6 135:6 139:16
139:23 141:9,14,14
143:15 144:21
145:9,24 146:22
163:17
cells 74:18 118:10

120:7 125:22,24
140:15,24 141:23
142:3 143:4,11,17
144:12,23 145:2,4
145:11,12 146:2,11
163:17 172:12
cellular 98:16
certain 18:8 75:2
83:9,13 110:12
118:9 126:3 133:2
141:19 160:19,20
182:16 184:2,2,3
185:13 188:6,20
certainly 60:9 81:13
82:18 172:2,23
174:7 179:25
187:14
certainty 90:7,17
91:12
CERTIFICATE
209:1
CERTIFICATION
208:1
certifications 7:4
certified 2:10,10 8:6
12:5 208:4
certify 208:5
challenging 57:17
chance 128:2,11
176:25
Chang 25:5
change 153:25
154:10 159:11,20
168:10 211:2,4,5,7
211:8,10,11,13,14
211:16,17,19 212:2
212:4,5,7,8,10,11
212:13,14,16,17,19
changed 159:8,18
167:25 169:24
changes 33:14 78:14
210:10,13,14,15
chapters 204:20
characteristics
115:19 117:2
144:18
check 164:17
checked 117:12,18
chemically-induced
80:8
chemicals 79:20,23
80:9,18 133:25

187:15
chemotherapy
132:23
cherry-picked 66:18
Chicago 4:16
children 81:9 82:12
chlamydia 78:21
81:18 189:9 203:17
choose 63:15
chronic 75:8 76:9
77:4,10,17 80:13
83:11,17 85:8 88:4
88:12 89:2 98:24
103:9 107:16
113:21 132:7
cigarette 126:24
CIRCUIT 1:2
cite 119:15,20,23
ckennedy@goldm...
4:19
clarification 104:22
clarify 26:19 27:5
98:10 210:17
classification 86:21
87:8 102:17 149:18
164:13 171:7 172:9
clear 53:20 55:2 69:9
69:10,10,11 70:4
77:15 104:21
123:24 127:13
167:19 175:12
clearly 175:2
clinic 94:7 95:11
clinical 51:12 129:19
129:21
clinically 142:8
183:13
CLL 81:20,21,22
82:3,6,7 85:9,21
86:4,7,10,13,18
87:19 88:18,20,25
89:10,15,19,22
90:5,8,17,20,23
91:8,13,16,18,23
92:8,11,16,17,19
93:8,14,16,23,24
93:25 94:6,21
95:13,20,22 97:24
101:14 102:2,6,7
102:13,18,18
103:20,24 104:8,10
104:15 106:14

164:2,4 165:2,13
165:17 168:6,24
169:6,16,23 170:25
174:4,9,18,21,22
175:4,9,10,12,19
175:24 176:4,16
177:2,15,21
clonal 170:23
clone 169:20 170:3
171:13 172:11
close 112:10,11
171:25 172:6
co-signer 51:16
coaching 65:8
Cocco 25:6
cohort 180:13
coin 121:2
coined 118:2 121:4
collaborating 163:20
collaboration 112:20
collect 18:8
collection 16:22
Columbia 3:14 51:15
52:14 53:18 58:15
combination 111:24
112:15 132:15
combine 130:19
131:8,17
come 53:7 80:23
85:14 91:6 93:14
105:8 106:16
110:11,17,22
136:14 172:14
comes 18:20 83:18
113:2 127:2 136:11
comfortable 112:18
136:4 176:5,19
commas 19:9
commentaries
122:19
comments 19:16
22:25 23:3
common 76:25 94:13
94:15,22,25 95:2,3
95:6,6,14,16,17
115:22 163:16
203:15
communicated 58:18
communication
20:22 63:14 64:16
71:25
communications

19:25 22:3 58:4,16
61:8,15,20 62:6,16
62:22,23 63:2,20
66:13 67:22 68:14
69:13,19 71:7,9,17
72:8
community 202:8
companies 51:10,13
51:18 52:21,24
53:24 56:24 57:6
57:11,15,21
company 1:8 3:12
4:4,14 9:7,11 12:20
54:12 55:15
compared 95:11,14
comparing 146:24
176:13
compelling 154:22
156:4,25 157:19
complete 26:22 68:2
71:19 145:3
completely 96:21
99:6 175:11 183:22
complexity 146:4
complicate 87:7,11
complicated 84:11
87:9 112:2
Compound 146:15
compounds 134:6
conceded 63:21
concentrations 160:6
concept 119:3,12
163:3
concern 63:11 92:23
concerned 64:7
concession 64:8,13
66:3,11,15 71:22
conclude 153:6 160:9
concluded 155:22
206:7
conclusion 149:9,11
152:9,17
conclusions 144:3
conclusive 185:15
condition 178:22
conduct 51:12
149:23 150:12
conducted 55:9
149:21 157:23
confidence 83:5
confidentiality 52:8
conflict 27:13

conflicting 160:11
conform 210:17
confused 101:20
congenital 78:24
connection 14:24
    41:16 42:21 43:7
    43:16 61:22 62:18
consequences 17:25
consider 18:3,6 48:2
    63:24 83:7 100:23
    112:3 122:16
    150:15 151:11
considered 6:4,6 45:7
    45:14,21 46:3,8,17
    47:6,10,16 48:16
    48:21 79:18 122:11
    124:21 191:13,17
    199:16
considering 183:2
consistent 130:7
    157:19
consisting 5:21,24
    38:24 41:3
constitutes 209:10
consult 85:13 148:23
    203:25 204:5
consulted 55:11
    105:18
consulting 50:24
    52:4,12,16 53:10
    56:25 57:12
CONT'D 6:2
contained 173:17
contains 32:12 86:25
    196:19
content 32:23 71:24
contents 20:15
context 71:18 121:7
    150:9 156:2 187:17
CONTINUED 4:2
contrary 67:20 69:14
    71:7
contribute 110:18
    114:8 130:2 132:9
    132:21 147:7 148:7
    162:7,16 163:10
contributed 146:10
    150:4
contributes 83:6
    132:23
contributing 161:24
    175:5,17 176:17,18

contribution 198:18
    203:4
contributor 109:15
    110:4 111:2,22
    175:21
contributors 107:11
    110:9 148:2 162:25
control 146:2 182:19
    182:25
conversation 166:12
conversations 30:12
    30:20,23 31:2
copies 29:2
copy 7:10,13 36:12
    197:10 198:25
correct 14:9,25 15:2
    19:2,3,9 27:7,8
    28:21 31:7,23 45:8
    45:9,15 58:21 61:5
    61:6,18 62:3,10,15
    66:13 89:24 90:18
    95:22 101:14 102:6
    103:11 107:8 110:4
    140:3 146:18,20
    151:6,10,13,14
    153:24 161:24
    164:5 165:7,21
    166:2 196:16 198:5
    210:16
corrections 210:10
correctly 198:4
counsel 7:13 9:20
    20:2,23 22:4 28:12
    30:13 36:16 37:5
    38:3 39:25 49:25
    50:7,23 131:3
    155:8 185:19 196:5
    199:7 207:12
counsel's 22:7 197:22
count 102:10 104:3
    143:17 144:21
    157:10 169:19
    170:21
counting 157:13
counts 145:4,8
COUNTY 1:2
COUNTY/CITY
    209:4
couple 28:25 123:2
    195:25 197:5 204:8
course 29:10 43:18
    50:17 75:18,19

97:3,6,10 101:9
    123:13 180:17
    183:18 196:9
court 1:2 2:10 4:25
    7:10 8:6 9:17,22
    10:11 12:6 29:2,22
    34:15 35:3,18 36:9
    39:4 41:7 46:12
    91:7 93:15 172:15
    172:16 191:21
    192:11 193:2,16
    194:6,17 195:5
    208:3
cover 78:2 172:20,25
covered 201:12
covers 23:21
criteria 102:2,7
    150:14 164:14
    165:12 167:19,24
critical 48:19,20
    125:4 181:17
criticism 125:13
criticisms 33:6
    124:12,25 179:3,6
    179:7,17
criticize 182:14
criticized 125:12
cryoglobulinemia
    108:18
cumulative 141:8
cumulatively 104:13
curiously 27:13
current 102:16
    153:21 172:9
currently 54:8
cut-off 171:4
cytogenetic 186:21
cytokines 74:18

**D**

D 5:2 7:1
D.C 4:6
damaging 118:16,17
data 62:5 64:9,16
    65:21,24 66:2,6,7
    66:19 70:4,6 71:21
    72:13,14,17,20
    95:13 109:22
    139:20 140:20,23
    151:25 152:14
    155:3,25 156:9
    157:20 158:6,25

159:5 160:11
    175:23 182:21
date 9:13 29:22
    34:15 35:3,18 39:4
    41:7 46:12 55:3
    153:3 158:12
    191:21 192:11
    193:2,16 194:6,17
    195:5 207:4 209:8
    211:21 212:21
dated 5:17 35:13
David 4:24 9:15
day 13:21 209:5,19
    210:19
days 7:12 16:12
    26:21 36:6
deal 166:20 202:11
dealing 68:21 126:20
debate 102:8,16
    135:24 174:23
decade 119:8
decades 119:4
December 6:8 192:2
    192:5
decision 159:2,3
    168:10,11
DECLARATION
    210:1,4
declare 210:5
dedicated 24:7
deep 151:23
defendant 1:9 3:12
    4:4,14 10:6,9 54:22
deficiency 76:17
define 98:14
defines 170:3
definitely 44:7 48:24
    132:20
definition 95:5
    176:23
degree 31:25 32:5,11
    32:13,18,21,25
    33:3 71:25 78:14
    80:15 83:5 90:6,16
    91:11 92:2 104:2
    130:15 141:4 146:3
    147:24 175:15
    188:13
demonstrated 129:7
    155:25
Depending 145:11
    177:10

depends 108:3
    170:10
Deponent 207:13
DEPONENT'S 209:1
deposition 1:11 2:2
    5:12,20,22 7:5,6,10
    8:3 11:10 13:3,14
    13:25 14:2 15:10
    16:3,10 18:11,18
    24:13,16,23 25:17
    25:24 26:3,18 27:4
    27:20 29:8,15,18
    30:8,14 31:4 33:7
    33:13,17 35:23
    36:4,5,11 37:11,15
    37:22 38:11,19,22
    39:9 40:8,18,21,24
    58:7 60:15,23 61:2
    72:24 165:8,15
    205:22 207:2,8,15
    209:8,11 210:7,11
    211:1 212:1
depositions 9:4 15:19
    25:11,22,25 26:2,7
    50:20 54:7 55:8
    60:9
depression 177:25
    178:8,20
derived 128:14 143:8
describe 74:6 110:22
    139:10 158:3 186:8
described 79:15
    80:10 82:13 106:13
    112:3 133:15
    147:13 155:6 174:3
    184:7 199:16,19,24
    203:10
describing 118:7
description 5:11 6:3
    27:14 120:25
    140:11
design 155:2
designation 18:6
despite 59:17
destroying 114:13
detail 15:14 141:5
    164:24 173:7
detailed 24:4
detect 114:24
determine 150:2,23
    177:11
determined 105:25

**determining** 151:17 167:21
**develop** 99:19 143:10
**developed** 89:19,22 90:5,8,17 118:2,4
**developing** 77:13 100:25
**development** 51:10 51:11 137:8 183:24 197:17 198:11,12
**develops** 112:7
**diagnose** 168:6
**diagnosed** 88:17 90:25 93:14,23 98:19 99:10 101:13 107:23 136:11,15 164:2 166:15,21
**diagnoses** 164:20
**diagnosis** 17:24 18:2 88:25 93:6,7,8 95:17 99:4,16,24 101:25 109:8 136:13 163:25 164:25 165:2,12,17 166:7 167:22 168:17 170:25 171:15 172:12 177:22 178:7,21 204:2
**diagnostic** 167:19,24 168:21 169:14
**didactic** 32:7
**died** 89:17
**difference** 95:4
**differences** 28:7
**different** 14:3,7 17:18 20:14 45:20 67:15 69:13 76:14 81:3 83:2 104:24 109:20 110:8 114:8 115:17,18 116:3,7 116:9,11,12,25 117:3,6 119:10,11 121:7,10 128:17 130:19 131:7 132:8 133:14 135:17 138:17 142:11 144:19 145:5,9 146:4 156:13 171:10,11 182:23 184:12,12,25 185:3 186:5,9 187:6,22

188:9 189:10,20,21 196:11 203:2
**differentiate** 119:10
**differentiates** 97:14
**differentiation** 97:4 97:7 101:10 183:18 185:5
**differently** 115:6
**difficult** 154:6 160:8 175:20
**Diffuse** 80:25
**direct** 139:2
**directly** 12:25 51:15 53:12,16 62:8 136:25 138:19
**disagree** 21:9,24 163:25
**disagreed** 125:13
**disclosed** 52:13 59:4 105:17 181:14
**disclosing** 53:17
**disclosure** 53:5,18
**discovered** 150:9
**discuss** 81:23 180:2
**discussed** 59:15 123:4 132:2 165:15 173:11
**discussing** 139:8
**discussion** 76:22 77:3 92:25 121:19 139:5 144:2 168:13 196:19
**discussions** 196:20
**disease** 80:8 81:7 82:10 84:22 86:13 89:24 92:13 94:11 94:13,22,25 95:6 95:10 98:17 99:5 99:22 106:25 107:4 107:11 113:21 115:17 133:14 136:8
**diseased** 90:3
**diseases** 78:22 81:14 106:5 175:2
**disorder** 84:11 99:9 178:8,15
**distinct** 59:19
**distress** 178:24
**dive** 151:24
**divide** 140:16 143:11 144:23

**dividing** 143:19 145:5
**division** 59:18 96:2 101:10 106:8 132:6 135:6 139:16 142:4 143:5,15 144:14,25 144:25 145:9,20,24
**divisions** 119:23 126:13 139:23 141:9,14,20 144:21 163:18
**DLBCL** 80:25 83:12 83:13,16,20,24 84:4,6,15,17,25 87:22 98:20 100:25 101:4 109:8,9,16 109:19,24 112:16 113:2 115:25 116:3 116:11,21 131:19 132:15 135:20,21 135:23 136:12,23 136:23 146:8,11,13 147:8,21 148:8
**DNA** 94:17 120:5 124:18 129:3 160:5 173:9 183:15 185:13
**Doc** 93:24 111:9,15
**Doctor** 11:3 15:8 20:5,12,19,21 21:16 22:4,17 23:5 30:4,18 35:22 36:24 42:19 45:6 56:4 95:10 105:23 197:5,15 198:23 200:7,11
**Doctorate** 32:15
**document** 28:14 36:18,23 37:19 38:5,14 40:3 41:25 **documentation** 63:11 **documented** 82:7 88:6 125:23
**documents** 24:6 26:20 33:25 41:14 42:19,24 49:24 65:2 66:17,23 71:20
**doing** 54:4 58:2 146:25 151:23
**dollars** 43:23 44:5 129:23

**domain** 52:18 63:9 66:8 152:4
**Donato** 25:5
**Dr** 5:12,17 6:8,10,13 6:15,18,19 9:4 12:15 19:22 25:18 26:2,3,9 27:6,16 29:14,17 30:7,14 33:6,11 35:12 58:20 59:7,11,16 60:5,15 105:15 139:25 165:9,16,25 167:7 168:14 180:25 181:20 191:12 192:2,5,16 192:19 193:6,10,20 193:24 194:10,13 194:21,24 195:24 202:20 205:23
**draft** 23:24 168:4
**drafted** 23:25
**drafting** 20:17 21:5
**drafts** 20:3 22:6 23:17
**drill** 96:19 97:21
**Drive** 4:15
**driven** 115:20 127:17 188:3 190:12 198:16
**driver** 110:14 199:25
**driving** 161:4
**drug** 51:10 53:24
**due** 120:4 123:7 180:11 187:18
**duly** 12:8 12:4 209:6
**dysregulation** 75:11 76:10,19 77:18 86:8,12 107:17 113:14 116:4 145:23 175:16

_____

**E**

**E** 3:1,1 4:1,1 5:2 7:1 7:1
**e-mails** 71:20
**ear** 59:10
**earlier** 114:7 115:14 123:3 183:21 201:12
**earliest** 128:24
**early** 93:19 174:10
**easier** 77:21 94:5,8

157:17
**easily** 95:11
**easy** 166:11
**EBV** 188:7,18
**editions** 204:14
**editorial** 179:25
**editorials** 125:11
**education** 57:5,6,21
**effect** 7:9,11 82:2 133:3 160:5 198:11
**effective** 108:22,23
**effort** 48:17
**egg** 118:13
**eight** 104:19 203:5
**eighties** 90:15
**either** 13:20 19:17 47:22,25 63:12 75:7 82:8 91:4,15 95:16 112:24 131:14 151:12 170:21 196:14 203:5
**elderly** 111:6,12 112:14 113:2,8
**elements** 27:12,16 114:8 155:2
**eleven** 105:4,7
**eliminate** 145:25 146:2
**employee** 61:3
**employees** 61:8,16,21 62:17 63:3 64:13
**employer** 51:25
**encountered** 115:2
**Engilis** 5:18,23 6:6 6:11 9:9 14:25 15:15 18:24 22:13 23:6,9,24 34:4 35:9 35:14 37:22 39:9 40:9,16,21,25 44:12 45:3 46:18 60:24 101:12,13,24 102:18 103:6 104:6 143:22 144:12 173:19,20 191:14 191:18 192:17,22 196:7,18 197:3
**Engilis'** 102:5
**entered** 56:24
**entire** 156:3 210:6
**entirely** 21:14
**entities** 57:2,4

**entitled** 21:6,18
**entity** 55:5
**environment** 130:13
**environmental**
  126:14 127:18,23
  128:14,19,23 129:4
  129:17,25 131:23
  132:12 133:7 134:8
  150:3,24 184:4,10
  187:7,14,19 197:24
  198:8,17 202:24
  203:4
**EPA** 158:20 159:2,2
  159:8,18
**epidemiologic** 18:23
  24:18 31:12 66:6
  109:22 154:12,15
  154:21 155:11
  157:16 182:18
**epidemiological**
  24:24 31:16 152:24
  156:17
**epidemiologist** 31:6
  31:19 181:12
**epidemiology** 31:9
  31:13 32:2,10,11
  32:13,16,19,24
  33:2,4
**Epstein-Barr** 115:21
  117:8,11,15 135:11
  135:21 188:4,25
  189:4 190:13
**era** 124:17
**eradicate** 108:24
**Eric** 3:16 10:4 13:9
  27:25
**eric.paine@nelson...**
  3:17
**Eriksson** 25:6
**ERRATA** 210:11
  211:1 212:1
**erroneously** 139:24
**error** 48:7,24 98:2
  172:22 202:15
  204:18 210:16
**errors** 94:17 96:2
  107:14 113:13
  119:4,13 126:18
  129:3 138:13
  139:13 173:5
  197:10,10,16,24
  198:7,22,24,25

**esoteric** 79:3,4
**especially** 66:6 96:19
**ESQ** 3:7,16 4:8,18
**essays** 160:19
**establish** 93:7 138:19
  139:2
**established** 80:19
  93:6 99:21 129:19
  130:8 184:5
**estimates** 140:15,19
  143:7,7 181:24
  203:4
**estimations** 139:23
**et** 1:5 5:20,23 9:9
  38:23 40:25 210:3
**ethylene** 54:18
**etiology** 121:20
**evaluate** 126:22
  151:4,7
**evaluated** 158:5
**evaluating** 158:24
**evaluation** 62:4
**event** 110:6,7 172:7
  177:2
**events** 110:10,13,17
  110:23
**evidence** 63:15 64:4
  64:20 67:6 68:4,20
  69:24 70:4 89:2
  91:14 98:23 99:3
  103:12,15,18
  112:24 119:9
  125:20 126:7,8
  127:13 131:14
  132:19 133:5,12,12
  142:21 150:10,11
  150:13 153:21,22
  154:5,6,9 156:4
  162:23 163:5
**evidence-based**
  31:11
**evolve** 138:23
**exacerbate** 178:11,22
**exact** 69:5
**exactly** 130:9
**exam** 37:4
**examination** 5:6
  12:10 196:3 201:2
  206:4
**examined** 12:9
**example** 79:7,24
  81:18,22 84:6

106:24 115:14
  116:23 117:7
  125:21 126:15
  134:25 138:17
  184:14 187:25
  188:24 210:16
**examples** 75:9
  128:24 185:2
**exams** 169:14 204:10
**exclude** 165:2
**exclusive** 107:12
  139:11 147:6,11
  198:3 199:4
**exercise** 43:11
**exhaustive** 76:23
  205:7
**exhibit** 5:12,14,15,17
  5:20,22 6:4,6,8,10
  6:13,15,18,19 29:6
  29:13,20 33:22
  34:7,14,19 35:2,7
  35:17 37:6,24
  38:18 39:2 40:19
  40:22 41:5 45:11
  46:2,10 191:11,20
  191:25 192:9,15,24
  193:6,14,20 194:4
  194:15,21 195:3,17
  196:8
**exhibits** 5:10 6:2
  27:23 28:24 29:9
**exist** 70:8 154:7,10
**existing** 77:21 82:3
**exists** 66:6,11,15
  154:5
**expectancy** 90:10
**expected** 126:17
  145:7
**experience** 49:12
  164:16
**expert** 1:13 2:2 5:17
  8:1,4 9:1 10:1 11:1
  12:1 13:1 14:1 15:1
  16:1 17:1 18:1 19:1
  20:1,24 21:1 22:1
  22:12 23:1 24:1
  25:1,15 26:1 27:1
  28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1
  35:12 36:1 37:1
  38:1 39:1 40:1 41:1
  41:17 42:1,22 43:1

44:1 45:1 46:1 47:1
  48:1 49:1 50:1,20
  51:1 52:1 53:1,22
  54:1,3,5 55:1 56:1
  57:1 58:1,13,22
  59:1,4,19 60:1 61:1
  62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1
  70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1
  82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1
  90:1 91:1 92:1 93:1
  94:1 95:1 96:1 97:1
  98:1 99:1 100:1
  101:1 102:1 103:1
  104:1 105:1,17
  106:1 107:1 108:1
  109:1 110:1 111:1
  112:1 113:1 114:1
  115:1 116:1 117:1
  118:1 119:1 120:1
  121:1 122:1 123:1
  124:1 125:1,6
  126:1 127:1 128:1
  129:1 130:1 131:1
  132:1 133:1 134:1
  135:1 136:1 137:1
  138:1 139:1 140:1
  141:1 142:1 143:1
  144:1 145:1 146:1
  147:1 148:1 149:1
  150:1 151:1 152:1
  152:7 153:1,9
  154:1 155:1 156:1
  157:1 158:1 159:1
  160:1 161:1 162:1
  163:1 164:1,10
  165:1 166:1 167:1
  168:1 169:1 170:1
  171:1 172:1 173:1
  174:1 175:1 176:1
  177:1 178:1 179:1
  180:1 181:1 182:1
  183:1 184:1 185:1
  186:1 187:1 188:1
  189:1 190:1 191:1
  192:1 193:1 194:1
  195:1 196:1 197:1
  198:1 199:1 200:1
  201:1 202:1 203:1

204:1,23 205:1,5
**expert's** 15:21 152:10
**expertise** 49:12 59:20
**experts** 20:2 25:20
  42:13 58:5
**experts'** 25:12
**explain** 86:13
**explained** 116:21
  119:22
**explains** 93:25
  126:15
**explanation** 113:18
**exposed** 97:10
  127:22 128:6
**exposes** 132:20
**exposure** 54:18 126:4
  127:18 151:8
  180:14 181:6,23
  184:15 199:20
  200:3
**exposures** 97:16
  98:11,12 126:5,14
  127:23 128:3 133:7
  160:6,21 184:5
**expressed** 67:22
  188:12
**extensive** 48:22
**extent** 44:25 50:9
  105:12 196:18
**extra** 28:25
**extremely** 31:10
  82:11
**eye** 37:4 68:12 78:22
  81:19 203:17

**F**

**F** 4:5 7:1
**fact** 57:16 59:17 76:2
  87:8 88:12 93:5
  95:15 118:9 124:22
  138:16 164:11
  171:14 172:3
  180:12 182:9
  190:11
**factor** 74:24 75:21
  76:3 78:14 79:5,19
  82:25 83:7,8,12
  100:24,25 104:4
  106:23 129:17
  136:3,5,22 137:7
  137:11 138:7
  161:22,23 162:6

174:12 175:25
176:5,14,17,23,24
177:15 182:4 187:7
**factors** 17:23 74:23
75:3 76:3,8,9,25
77:13,17,19 78:2
78:10,11 79:3,12
80:25 81:21,23
82:2,3,15,22,23
91:20,20,21 107:6
111:20,24 112:9,15
112:19 128:15,19
129:4,25 130:19
131:7,17 132:13
134:8 139:7,8
151:12 162:15
163:8,21 174:8
187:14,20 197:25
197:25 198:8,9,17
198:19 201:13
202:5,7,11,24
203:9,13,21
**factory** 83:15
**facts** 5:14,15 33:19
34:8,12,20,24 64:4
64:20,21 68:3,5
69:23,25 210:18
**faculty** 58:14
**fair** 11:18 99:12
198:23
**fairly** 31:8 48:22
51:22 57:12 79:21
89:12 94:25 95:2
124:14 143:6
**familiar** 57:19
117:22,23 121:8
133:5 134:2 179:2
179:5
**family** 82:4,7 89:10
89:11,12,14,16
91:12,16,18 103:19
103:24,25 104:2
133:25
**famous** 184:14
**far** 12:24 45:2 84:18
90:25 171:22
**father** 89:17 90:8,14
**February** 172:5
**feel** 78:3 168:15
**fell** 167:7,17 168:15
**felt** 18:16
**female** 78:15

**Ferro** 1:5 5:20 6:4,14
6:16 9:6 14:19
38:11,20,23 40:19
44:12 45:3,18 46:4
46:9 60:23 193:8
193:12,22 194:2
196:10,15 197:2
210:3
**fifteen** 164:15
**fifties** 90:2
**file** 41:22
**filing** 7:4
**fills** 95:11
**finalized** 19:19
**financial** 17:3
**find** 27:9 50:5,12
66:4 80:19 82:11
103:14 137:17
168:5,7 172:4
177:20 185:6
188:22
**findings** 124:6,17
**fine** 65:17 78:4,6
123:13
**finish** 65:5 108:9,13
**finished** 143:14
**firm** 4:3 6:9,11,13,16
10:8 19:15 55:19
55:22 85:6 109:17
192:7,21 193:12
194:2
**firms** 55:20
**first** 12:4 15:25 55:10
64:7 80:23 83:19
89:5 104:2 118:25
121:25 122:8
146:17 167:15
202:12
**five-minute** 73:14
161:7 190:21
**flavor** 78:14
**flawed** 27:10,12,17
156:24
**Floor** 3:13
**Florida** 3:5
**flow** 172:13
**focused** 27:3 62:3
134:4
**focuses** 31:11
**follicular** 80:5
**follow** 142:22 144:8
170:14

**follow-up** 183:3
196:2
**follow-ups** 200:11
**following** 88:13
131:3 155:8 169:9
185:19 210:14
**follows** 12:9 202:4
**force** 7:8,11
**foregoing** 208:8
209:7
**form** 7:16 12:23 16:5
17:14 32:4 43:10
43:25 46:20 47:9
47:24 49:19 51:3
62:2 64:2 65:13
67:12 68:2 69:21
70:20 72:23 92:10
92:21 94:4 95:23
96:11 97:13 98:5
101:16 103:22
109:3,12 110:21
113:6 114:5 115:12
120:11,21 122:5
123:11 127:8 128:9
130:23 131:21
133:21 134:12,22
136:19 138:10
140:7,18 141:2,12
142:6,20 143:24
145:15 146:15
148:10,19 151:22
152:12 154:19
157:7 159:13 160:2
160:17 162:2,10,19
163:13 166:23
167:10 168:4 169:8
170:17 173:25
176:9 177:9 179:20
180:20 183:12
186:13,20 187:9
188:15 189:24
201:22 202:17
205:3 207:10
**formal** 196:13
**formally** 148:21
**formation** 161:4
**formatting** 19:8
**formed** 125:2
**forming** 47:11 48:2
63:17 67:7
**Fort** 3:5
**found** 47:13

**four** 55:9 198:14
**framework** 201:25
**frequently** 115:20
166:8
**front** 17:15 30:4 34:4
39:13 46:21 170:5
**full** 12:12 53:4 66:19
**full-fledged** 106:14
110:16
**function** 76:20
**funding** 53:20
**further** 7:15 150:23
190:19 201:2
**future** 82:9 168:3

---

**G**

**Gagnier** 26:2,4 27:6
28:9,19 195:13
**Gagnier's** 5:12 25:18
26:10,17 27:17
29:14,17 30:7,14
31:3 33:6,11
**gas** 190:16
**gastric** 85:24
**gene** 114:20 161:3
**general** 45:18 49:22
91:24 114:19
119:12 150:18
152:22 173:18
174:9,13 198:2
**generally** 17:19 51:9
53:4 54:16 80:7,12
89:25 100:6 137:16
138:20 167:25
204:7
**generate** 21:17 30:6
33:5 74:16 139:21
**generated** 18:25
25:20 35:9 45:6,13
60:5 65:2 125:21
159:5
**generating** 61:22
62:18 63:4
**generic** 196:19,20,23
196:25
**genes** 184:3 185:7
**genetic** 131:18
133:19 198:18
**genetics** 84:14
**genotoxic** 159:24
160:10,15
**genotoxicity** 160:20

**getting** 101:20
168:20 177:2,3
**GI** 59:19 127:21
**Gilead** 52:22
**give** 10:13 19:16
48:23 51:20 55:13
57:14 85:6 86:14
87:17 96:15 104:20
136:3 156:22
162:23 167:14,15
173:15 180:4,8
185:14 189:5
190:13 198:9
201:19 205:7
**given** 116:25 117:13
128:7 152:14 188:2
**giving** 128:10 168:16
**glyphosate** 26:16
62:24 63:18,21
105:25 129:8 133:6
149:9,19 159:23
160:15 204:15
**glyphosate-based**
199:14,20 200:3
**go** 40:13 72:25 75:22
79:2 81:20 87:11
92:24 98:18 99:22
101:11 103:5
108:13 137:4
138:21 171:23
186:15 204:24
**God** 10:15
**goes** 20:21 51:23
107:20 159:6
**going** 15:23 19:20
21:8,23 29:6 40:15
40:17 49:6 51:21
65:19 68:9,11,12
73:12,16 88:23
91:6,10 92:6,12,24
98:7 102:4,25
118:11 161:8,18
168:5,8 170:24
172:18,19,21
176:23 189:14
190:25 191:8,25
201:12 202:13
203:18,23 204:24
**GOLDMAN** 4:13
**good** 10:3 11:2,4 31:8
31:14 52:20 73:10
75:9 79:7 81:22

143:6
**grammar** 19:9
**granularity** 130:15
**greater** 15:14 173:7
  180:9
**group** 74:7 76:21
  81:9
**grouped** 102:14
  201:14
**grouping** 77:20
**groups** 75:25
**grow** 100:7 114:14
**guarantee** 48:23
**guess** 39:16 43:20
  110:10 114:24
  121:15 134:25
  140:14 145:12
  150:17 168:20
  170:10 172:19
  201:11
**guessing** 43:12
  132:24
**guide** 28:2

**H**

**H** 75:9 78:20 85:18
  85:20,22 98:24
  103:10 203:18
**Haberman** 3:7 5:7
  9:24,25 11:2,6,9
  12:11 13:5 16:6,8
  18:14 20:8,13 21:3
  21:11 22:11,21
  23:4,12,22 28:5,13
  28:18 29:4 30:2
  31:5 32:14 33:21
  34:6,18 35:6,21
  36:8,17,22 37:7,14
  37:18 38:4,9,17
  39:7 40:2,7,14
  41:10 42:17 43:14
  44:3,8 45:5,10,12
  45:25 46:15,24
  47:17 48:11 50:6
  51:6 52:19 57:13
  57:24 59:25 60:3
  62:9,12,14 64:11
  64:24 65:7,12 66:9
  67:17 68:8,23 69:7
  70:9 71:4 72:4,18
  73:6,24 74:3 77:7,9
  87:16 92:14 93:10

93:21 94:19 96:5
97:5,18 98:13
100:19 102:3 103:4
104:5 106:3 108:12
110:2 111:5 113:10
114:15 115:24
120:15 121:14,24
122:14 123:14
128:4,16 131:15
132:11 134:7,18
135:10 137:2
139:14 140:13,22
141:7,16 142:14,24
143:20 146:6 147:4
148:14 149:6 152:6
152:18,23 155:14
156:10 157:22
159:7,22 160:13,22
161:5,17,20 162:5
162:13 163:6,22
167:2,13 168:19
169:12 171:2
174:16 176:15
177:13 178:18
180:3,24 184:8
186:6 187:2,10
189:7 190:15,24
191:10,24 192:14
193:5,19 194:9,20
195:8,16,22 197:8
200:10 201:3 202:9
203:22 205:12
**hairs** 135:2
**half** 44:4
**hand** 145:24,25
  208:12
**handed** 16:21
**hands** 138:24
**Hang** 39:17
**happen** 110:24 205:5
**happened** 144:4
**happens** 99:23 100:6
  124:23 130:9
**happy** 72:14,20
**hard** 36:12 66:5
**Harrison's** 204:12,25
**Hashimoto's** 99:11
  99:14,17 111:7,13
  112:6
**hate** 139:24
**head** 51:21 55:3 60:7
  82:16 85:10 106:21

156:5 179:21
**heading** 208:7
**health** 57:4 59:21
  179:3,16,18 180:17
  181:18 182:2,6,14
**healthy** 101:9 125:22
  125:24 185:11
**hear** 11:6
**heard** 118:19 122:25
  148:25 178:12
**hearing** 148:22
**heart** 20:22
**heavily** 173:11
  175:13
**heavy** 146:25
**height** 85:4
**held** 1:14 2:3 73:19
  102:23 161:12
  191:5
**help** 10:14 49:25
  50:7
**helped** 19:12
**helpful** 16:23
**helps** 202:2
**hematologic** 94:24
  134:3
**Hematology** 204:11
**Hep** 98:25 138:2
  162:6,14 189:18,21
**Hepatitis** 75:8 78:20
  81:11 82:17 83:23
  85:18,20,25 103:10
  106:24 107:4,16,23
  108:3,16,24 109:6
  109:15,23 136:8
  138:16,20 203:17
**herbicides** 199:15,21
  200:4
**hereditary** 197:25
  198:8,18
**hereinbefore** 12:3
**hereof** 207:6 208:8
  209:10 210:12
**hereto** 5:13,14,16,19
  5:21,24 6:5,7,9,12
  6:14,17,18,20 7:4
  29:23 34:16 35:4
  35:19 39:5 41:8
  46:13 191:22
  192:12 193:3,17
  194:7,18 195:6
**hereunto** 208:11

**Hernandez** 4:24 9:16
**hierarchy** 150:11
**high** 17:6 83:4
  127:16 160:5,6,20
  175:15
**higher** 80:16 126:16
  128:2 132:5 174:20
**highest** 125:8 154:11
**highly** 64:6 67:14
  114:25 145:7 154:3
**Hill** 150:14
**his/her** 209:7
**history** 89:10,12,13
  89:15 91:17,18
  92:2 97:8 99:21
  100:11,12 103:23
  103:25 151:5,8
**HIV** 75:13 78:20
  81:11 82:18 83:23
  85:20,20 86:2
  98:25 103:10 111:8
  111:12 112:15,25
  113:9,15,21 114:12
  136:7,9,13,15,16
  136:25 137:4,6,7
  138:6,6,18 145:10
  145:18,22 146:8,9
  147:19 148:4,5
  161:22 162:14
  184:23 186:2,9,15
  186:22 189:18,21
  190:6,12
**honest** 86:3
**honestly** 186:22
**hope** 73:8
**hopefully** 68:19 69:9
**hour** 13:22 73:13
  93:2
**hours** 16:13 24:2
  74:21
**housed** 13:4
**housekeeping** 195:12
**Hovis** 4:8 10:7,7
  13:10,13
**huge** 174:11
**human** 140:23
  142:11 144:16
  149:10 150:7
**humans** 153:23
**hundreds** 66:22
**hypermutation** 185:8
**hyperthyroidism**

99:7,13,20,25
100:5
**hypotheses** 68:22
**hypothesis** 64:23,23
  65:20,22 68:6 72:3
  72:6,11
**hypothetical** 64:3,6
  64:19 67:14 68:3
  69:23 92:22 93:3,3
  108:6 109:5 112:12
  127:9,10 136:20
  148:11 152:13
  154:4 163:3
**hypothetically** 110:7

**I**

**IARC** 149:8,12,14
  158:21
**IARC's** 149:18
**idea** 198:9
**identical** 118:12
  189:6
**identification** 29:21
  34:14 35:2,17 39:3
  41:6 46:11 191:20
  192:10,25 193:15
  194:5,16 195:4
**identify** 96:22 150:8
  183:15
**Illinois** 4:16 54:9
**illnesses** 177:24
**imaging** 17:21
**immediate** 15:11
  16:11,18
**immediately** 24:22
**immune** 74:13 75:10
  76:10,17,18,18
  77:18 80:11,13,14
  86:8,11,12 97:14
  107:17 113:14
  132:4 135:4 145:23
  175:16
**immune-suppressed**
  81:15
**immune-suppressive**
  75:16 78:23
**immunodeficiencies**
  77:6,12 78:25 84:3
  86:6 100:15 103:13
  115:9 116:5 187:20
  189:6
**immunodeficiency**

75:11 76:12,14
84:7 107:2,5,15
187:22 188:3,22
189:3
**immunodeficient**
116:22 117:5
**immunodysregulat ...**
76:13 77:5,11 84:2
86:5 88:9 100:10
103:16 115:8
**impact** 125:9 166:16
181:23
**implants** 78:25 79:6
**implied** 92:3
**implies** 76:17 146:24
147:23 155:21
176:13
**implying** 170:20
**important** 16:24
18:13,17 63:23
108:14 147:3 182:9
182:12
**impossible** 111:20
197:19
**improper** 92:21
**inaccurate** 170:6
**inbox** 28:8
**incident** 174:20
**incidental** 101:25
**include** 17:2 47:11
67:6 127:19
**included** 45:23 47:16
47:20 48:15,21
104:19
**includes** 32:6,9
**including** 24:19 26:6
28:8 41:24 48:6
81:9 84:21 150:6
**incomplete** 51:22
64:2 69:22 127:8
136:19 148:10
152:12
**inconclusive** 79:21
**increase** 135:7
145:19
**increased** 176:25
177:3,6,15
**increases** 74:25 80:5
86:4 173:10
**independent** 63:17
70:22 123:17
**independently** 124:4

**indicate** 17:25
136:24
**indicated** 210:11,15
**indication** 91:3
**indirectly** 53:13
83:21
**individual** 111:19
113:9 116:23 117:6
132:25 133:4
177:19
**individually** 43:3
81:24
**individuals** 14:7,12
81:8,15 82:10
86:14 90:23 94:14
125:25 139:12
145:6
**indolent** 108:17
**induced** 184:23
186:2
**industrial** 133:8,18
133:24
**infected** 117:14
**infection** 75:8 76:10
77:4,10,18 78:21
81:18 83:11 85:8
88:4,12 108:17
113:15 145:18,21
**infections** 83:17 89:2
98:24 103:9
**inflammation** 132:7
**influence** 26:10
134:9,15
**inform** 159:3
**information** 52:17
67:19,21 90:4
109:2 201:20 204:2
**informed** 159:4
166:6
**initial** 145:18 148:25
171:14
**initially** 201:14
**Insights** 181:8
**instruct** 19:22 20:6
105:20
**instructed** 22:10
23:15
**instruction** 20:12
22:16 30:16
**insufficient** 110:15
153:22
**insure** 48:18

**intend** 153:16 196:23
**interact** 59:24
**interest** 124:5
**interesting** 73:7
**interject** 52:6 105:11
**Intern** 4:25
**internal** 61:7,15,20
62:16 63:2 66:12
66:16 67:22 68:14
69:12,18 71:6,16
71:19 72:8 204:12
**internet** 50:4
**interpose** 41:20
**interpretation** 158:7
**interpreting** 144:4
**interrupt** 28:23
**introduce** 9:21
**introduced** 13:10
**intuitively** 112:21
162:22
**investigated** 130:14
**investigation** 70:22
**invoice** 6:8,10,13,15
44:16,20 192:3,6
192:17,20 193:7,11
193:21,25
**invoices** 24:5,10 42:4
42:12 43:2,5 44:10
44:14,23
**involved** 43:19
**involvement** 22:7
126:13
**involving** 41:17
42:23
**ISMAIL** 4:13
**issue** 59:16 66:16
139:4 145:13
**issues** 17:4

**J**
**Jeff** 28:22 65:4
205:20
**Jeffrey** 3:7 9:24
**jhaberman@schle ...**
3:8
**journal** 204:5,6
**journals** 52:2 125:9
**Jr** 6:6 191:18
**Judge** 21:21
**judgments** 33:11
**July** 5:18 6:10,13
35:13 192:16,19

193:7,10
**June** 6:15 193:21,24
**jurisdiction** 196:10
196:11
**jury** 68:10,11,25 69:5
102:5

**K**
**K-cells** 74:19
**Kabat** 25:5
**keep** 65:18
**KENNEDY** 4:18
**key** 15:12,18,19
16:15,22 17:8,11
17:17 18:3 21:12
24:13,18,24 25:11
**kidding** 205:15
**kill** 74:18
**killing** 74:20
**kind** 21:22 42:9 54:6
116:9,12 163:20
164:11
**know** 12:24 13:25
16:25 21:6,19 27:2
27:20,24 29:10
44:9 58:25 64:9
66:10,14,21 67:10
69:17 70:11,13,14
78:9 83:4 89:18,21
90:22,25 91:9
95:13 105:14
108:14 111:10
118:5 127:14
131:12 132:18,18
134:4 142:15
144:13 145:16
147:15 148:16
149:8,13 151:23
160:23 170:7
175:13,14 180:25
181:10,16,20
183:22 204:9 205:4
**knowledge** 67:5 70:7
86:11 100:13 208:9
**known** 80:18 81:12
91:4 110:14 112:17
147:13 181:14
184:18 187:15

**L**
**L** 3:7 7:1,1
**lab** 119:7 149:24

**lack** 126:3
**laptop** 205:8
**large** 74:7 80:25
133:25 157:15
**large-scale** 154:12
**largely** 75:17 81:3
125:12
**larger** 157:21
**last-minute** 18:10
**Lauderdale** 3:5
**law** 3:2 4:3 6:8,11,13
6:16 10:8 12:17
19:14,15 21:2
55:19,20,22 192:7
192:21 193:12
194:2
**lawsuit** 14:8 56:11
183:9
**lawsuits** 14:13
**lawyers** 87:10
**layman** 87:4
**lead** 104:13 110:15
131:19 132:2
158:25 168:9
198:11,15 199:3
**leads** 104:12 132:14
132:14 135:5
**learn** 118:25 121:25
136:14
**learned** 122:22 149:3
**learning** 137:3,6
**led** 158:2
**leeway** 167:20
**legal** 4:24 73:5
**length** 108:15 183:2
**lengthy** 51:8 75:6
**lesion** 106:11
**let's** 13:23 16:19 18:9
29:12 33:21 34:6
73:11,13 81:20
87:25 92:15,16
98:18 101:11 103:5
109:4,5 111:6,11
112:13 136:9 161:5
**leukemia** 79:25
133:13
**level** 80:2 86:23
129:21 166:19
169:21,22 189:14
**levels** 171:9
**liability** 56:21
**life** 90:9 97:8,11

**lifting** 147:2
**light** 128:24 184:15
    184:18
**likelihood** 109:14
**limit** 70:2
**limitation** 182:17
**limitations** 154:24
    158:18 182:23
**line** 126:7,8 211:2,5,8
    211:11,14,17 212:2
    212:5,8,11,14,17
**lines** 125:19
**link** 183:17 185:15
**linked** 97:2 128:22
    186:22 188:3 189:2
**list** 6:4,6 18:19 24:17
    24:25 25:8 26:20
    26:22 30:6 31:14
    33:5 45:7,14,21
    46:4,7,17,17 47:6
    47:20 48:16 49:14
    51:8,20,22 75:6
    76:23,23 80:17
    81:4 182:11 187:15
    191:13,16 199:17
    202:5 205:7
**listed** 78:11
**literally** 137:14,16
**literature** 15:18
    18:22 24:14,15,21
    50:19 63:10 70:23
    79:15 80:21 84:19
    85:13 118:7 123:20
    125:10 134:2,5
    148:20 150:6
    153:11 186:16,23
    190:3 199:13,15,25
**litigation** 12:21 15:4
    41:17 42:23 43:7
    43:17,20 53:15,23
    54:6,14 56:18
    58:19 59:12,14
    60:6 61:24 66:25
    137:21,23 148:16
    148:23 149:8,14
**little** 17:18 37:3
    70:25 71:14 88:14
    109:19 112:13
    138:17 156:13
**lived** 90:9,14
**living** 31:18 89:16
    98:16 146:22

**LLP** 2:5 3:11 4:13
**locations** 184:3
**logic** 142:22 144:6
**long** 15:25 16:9
    23:23 24:17 80:17
    123:5
**longer** 118:11 134:23
    161:19
**look** 24:5,9 49:8
    68:11 84:12,13
    85:5 95:12 116:2
    117:6 118:10
    124:18 128:17
    137:18 143:16
    150:5,10,25 156:6
    164:12 168:2
    169:19 171:19
    172:10 184:24
    185:3 186:4,9
    187:5,22 189:10,19
    189:21 190:22
**looked** 47:13 72:7
    84:25 85:4 125:22
    133:17,22 141:24
    144:24 158:6 174:6
    177:18 190:2
    202:18 204:13
**looking** 109:23 124:7
    158:10 177:11
**looks** 126:9
**lot** 17:2 32:22 48:4
    118:6 123:19
    167:20
**Louis** 1:2 14:15
**love** 170:4
**low** 102:10
**lower** 172:2
**luck** 96:8,13 117:21
    120:4,8,13,18,24
    121:4,12 123:7
**lung** 126:15,20,22
    127:3,11 128:12
**lungs** 127:22
**lymph** 102:11
**lymphocyte** 101:9
    102:10 169:19
    183:18
**lymphocytes** 74:8,10
    74:11,15 96:4,20
    97:2 170:21 173:9
    183:25 185:5,8
**lymphocytosis** 88:22

90:24 92:5 102:15
    164:8,21 165:4
    169:2 172:20
**lymphoma** 26:16
    54:17 63:19 74:5
    75:12,24 76:6
    77:14,20 79:9 80:4
    80:6,17 81:2 82:19
    83:18 85:24 86:19
    87:2,3,20,23 91:25
    95:18 96:20 106:2
    108:21 109:16
    112:8 114:10,16,23
    115:4,7,22 117:4
    117:19 133:10,16
    137:12,15,18
    138:23 148:18
    157:5 173:7 179:12
    189:15 196:21
    197:18 198:12,16
    199:3,6 200:2
    202:23 203:12
    204:3,17
**lymphomas** 82:21,24
    83:20 188:2,20,24
    189:2 190:11
**lymphoproliferative**
    84:10

---
**M**
**M.D** 1:12 2:3 5:4 8:1
    8:3 9:1 10:1 11:1
    12:1,2 13:1 14:1
    15:1 16:1 17:1 18:1
    19:1 20:1 21:1 22:1
    23:1 24:1 25:1 26:1
    27:1 28:1 29:1 30:1
    31:1 32:1 33:1 34:1
    35:1 36:1 37:1 38:1
    39:1 40:1 41:1 42:1
    43:1 44:1 45:1 46:1
    47:1 48:1 49:1 50:1
    51:1 52:1 53:1 54:1
    55:1 56:1 57:1 58:1
    59:1 60:1 61:1 62:1
    63:1 64:1 65:1 66:1
    67:1 68:1 69:1 70:1
    71:1 72:1 73:1 74:1
    75:1 76:1 77:1 78:1
    79:1 80:1 81:1 82:1
    83:1 84:1 85:1 86:1
    87:1 88:1 89:1 90:1

91:1 92:1 93:1 94:1
    95:1 96:1 97:1 98:1
    99:1 100:1 101:1
    102:1 103:1 104:1
    105:1 106:1 107:1
    108:1 109:1 110:1
    111:1 112:1 113:1
    114:1 115:1 116:1
    117:1 118:1 119:1
    120:1 121:1 122:1
    123:1 124:1 125:1
    126:1 127:1 128:1
    129:1 130:1 131:1
    132:1 133:1 134:1
    135:1 136:1 137:1
    138:1 139:1 140:1
    141:1 142:1 143:1
    144:1 145:1 146:1
    147:1 148:1 149:1
    150:1 151:1 152:1
    153:1 154:1 155:1
    156:1 157:1 158:1
    159:1 160:1 161:1
    162:1 163:1 164:1
    165:1 166:1 167:1
    168:1 169:1 170:1
    171:1 172:1 173:1
    174:1 175:1 176:1
    177:1 178:1 179:1
    180:1 181:1 182:1
    183:1 184:1 185:1
    186:1 187:1 188:1
    189:1 190:1 191:1
    192:1 193:1 194:1
    195:1 196:1 197:1
    198:1 199:1 200:1
    201:1 202:1 203:1
    204:1 205:1 206:5
    207:3 209:6,14
    210:5,21 211:22
    212:22
**magic** 141:18
**main** 3:13 139:4
    181:12
**major** 74:12,12
    77:13 78:5,8 91:19
    112:5,22 113:22
    136:22 137:7 138:6
    175:25 176:10,12
**majority** 24:20 91:15
    99:8 120:3 123:6
    198:20 202:13

203:11
**making** 19:8 65:10
    140:21
**male** 78:15 111:7,12
    112:14
**malignancies** 59:20
    74:7 94:24 174:12
**malignancy** 134:3
**malignant** 104:14
**malpractice** 55:25
    56:5,11
**mammals** 142:12
**management** 17:5
**Manhattan** 12:18
**manner** 125:4
**Marginal** 83:17,19
    189:15
**mark** 28:24 29:5,8,12
    33:21 34:6,19 35:7
    38:18 40:15,17
    45:11 46:2 191:11
    191:25 192:15
    193:5,19 194:9,20
    195:15
**marked** 5:10 6:2
    29:19 34:13,25
    35:16 38:25 41:4
    46:9 191:19 192:8
    192:23 193:13
    194:3,14 195:2,17
    196:8
**marrow** 75:15 84:9
    115:15
**mass** 79:17 84:16
**massage** 112:12
**Masters** 32:18,20,24
    32:25 33:3
**material** 18:7 26:10
    47:4,14 48:18,20
**materials** 6:4,6 20:4
    41:12 45:6,14,21
    46:3,8,16 47:6,10
    48:16 49:10 57:7
    191:12,17 199:16
**math** 171:21
**mathematics** 125:5
**matter** 6:11,14,16
    9:5,9 35:10 38:20
    39:9 40:9 44:12,13
    45:8,15 46:4,18
    56:21 62:19 112:10
    142:13 164:11

174:23 191:14
192:22 193:8,13,22
194:3 206:6 207:4
209:8 210:8
**matters** 47:5 54:24
55:11 58:18
**maturation** 96:3
**mature** 86:22
**MBL** 173:4
**MCL** 45:24 48:10,22
50:17,21
**MD** 6:4,6 37:12 46:7
191:16
**mean** 16:16 18:12
22:21 47:20 60:19
77:23 79:5 153:10
153:12 163:7
166:19 171:17
175:4 201:11
**means** 44:16 47:25
76:19 139:10
**meant** 98:11 188:19
**measurable** 142:8
143:15
**measured** 144:25
**measurement** 141:22
142:2,7,16 170:8
170:13
**measurements** 143:3
144:11
**measures** 170:24
**mechanics** 14:2
**mechanism** 132:13
133:16 163:16
173:8
**mechanisms** 107:13
132:9
**mechanistic** 153:2
158:11 174:23
**medical** 5:14,15
15:12 16:15,20,22
17:2,8,11,17,20
18:3,21,22 33:19
34:11,20,23 50:21
55:25 56:5,11 57:5
57:21 78:12 88:10
89:3,9 90:7,16,21
91:12 99:18 100:2
100:11 103:12,18
104:23 107:22
127:2 149:4 150:16
151:2,5 153:10

164:19,24 165:5,22
165:24 167:23
188:13 201:4,19
202:4,8 203:24,24
**medication** 100:12
**medications** 75:16
78:23
**Medicine** 204:13
**meet** 13:12,16,17
**meeting** 148:25
**meets** 101:25 102:7
164:14
**melanoma** 173:21
174:7 176:2,4,18
177:4 184:16,21
185:24
**Meloni** 25:6
**member** 58:15 82:8
104:2
**members** 89:17
**memorized** 84:23
**memory** 15:17 24:18
25:3,9 85:16
125:15
**mental** 177:24 178:7
178:14
**mention** 126:24
**mentioned** 16:14
24:10 32:20 50:10
53:25 72:11 81:4
82:15 91:21 133:11
135:11 149:16
204:15,19
**mess** 111:15
**meta-analysis** 24:20
25:5 84:21 157:24
157:25 158:4
**methodologic** 158:18
**methodologies** 27:9
**methodology** 27:15
141:3 151:16
**methods** 32:8
**metric** 170:11,11
**Michelle** 1:17 2:9
4:25 8:6 9:18 12:5
208:3,15
**microscope** 84:13
143:17
**milder** 182:24
**million** 43:23 44:4
**millions** 66:23
**mind** 37:2 80:23

83:19 130:24
147:17 154:2,10
201:25
**minimal** 198:20
**minimally** 27:19
**minor** 33:10 76:24
78:5,8
**minority** 50:16,16
203:8,19
**minute** 39:22
**mischaracterize**
139:25
**Mischaracterizes**
142:20
**Mischaracterizing**
159:13
**misclassification**
180:15 181:6,24
**misheard** 116:13
**MISSOURI** 1:3
**misstates** 64:21 68:4
69:25
**misunderstood** 45:19
131:24 150:21
**mixing** 143:25
**modified** 26:14 27:19
**molecular** 115:19
117:2
**monitoring** 168:11
**monoclonal** 88:21
90:23 92:5 102:14
138:21 164:7,21
165:3 168:25 170:2
171:20 172:19
**Monsanto** 1:8 3:12
4:4,14 5:18,23 9:6
9:10 10:6,10 12:20
13:7,8,9 14:8,20,24
20:9 22:14 25:20
30:13 35:15 41:2
50:7 55:7 58:2,3,9
58:14 61:4,8,16,21
62:17 63:3 64:12
64:25 66:24 67:19
69:12 71:6 104:17
181:11 210:3
**Monsanto's** 58:4
72:7 183:9
**month** 15:16 44:17
44:18
**monthly** 43:2
**months** 26:23 55:9

**Moore** 5:16 6:19
14:13 17:10 33:20
34:3,21,24 37:17
45:15,22 98:18,19
100:9,14 101:3
107:22 109:6
117:10 129:10
143:21 144:13
173:2,3,16 194:22
194:25
**Moore's** 98:23 99:3
99:18 100:2,23
107:24
**mother** 90:20 91:7
**mouth** 170:19
**move** 21:10 59:25
**MSc** 1:12 2:3 5:4 8:1
8:4 9:1 10:1 11:1
12:1,2 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1,12
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1

134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:5 207:3 209:6
209:14 210:5,21
211:22 212:22
**Mullins** 3:11 10:5
**multi-district** 15:4
**multiple** 84:24
110:10,17 111:19
**mutated** 146:12
**mutation** 96:23
106:7 107:8 110:13
110:14 114:22
116:2 118:14
130:10,12 133:3
139:15 140:5
172:22 184:11
189:14 199:18,25
**mutational** 124:19
124:19 126:6,9,11
126:16 128:21
129:6 184:6 186:20
190:4
**mutations** 95:22,25
96:25 101:8 104:12
106:18 107:19
113:17 114:3,12,17
114:24 115:6 118:7
120:5 125:24
127:17 128:13,17

128:18 129:16
130:21 131:10,19
132:3,10,14,21,24
133:19 134:10
135:8 137:13,17
147:20 148:6
173:10 183:15
184:2 185:6,12,16
187:4,6 198:15
199:2,9 202:22
**mutual** 163:16
**mutually** 107:12
139:11 147:5,10
198:2
**myeloid** 133:13

### N

**N** 3:1 4:1 5:2 7:1
**name** 9:15 10:4
55:14 74:6 83:2
116:12,25 118:6
121:4 181:4 182:11
**named** 12:3
**names** 53:7 57:14,19
**narrow** 201:9
**natural** 96:3 104:11
184:13 185:4
**naturally** 94:16
95:24 96:18 97:25
101:7 106:6,17
107:19 113:13
114:2,11,17 115:5
116:2 130:20 131:9
131:18 134:9,16,24
135:7 137:13
139:12 188:9
197:11 198:21,25
**navigating** 16:24
**nearly** 15:16 137:17
199:4
**necessarily** 18:21
71:15 76:4 81:25
132:18 136:24
138:5 164:15 187:4
187:23
**necessary** 87:13
142:15
**need** 65:8 68:13 69:4
75:22 78:3 81:23
84:19 153:25 156:6
157:10,18 164:12
164:15 169:22,23

171:19 172:10
186:15
**needs** 65:20 141:15
**negative** 158:15
**Nelson** 3:11 10:5
**neoplasm** 86:22
**Neugut** 58:20 59:7
59:11 60:16
**Neugut's** 59:16 60:5
**never** 52:15 58:17
59:15 111:3 115:2
146:16 175:19
**new** 2:7,7,11 8:8 12:7
100:8 119:5,14
121:18 208:5
209:20
**newer** 168:3
**NHL** 63:22,23 64:14
64:15 69:15,16
75:3 78:2,10 79:13
105:9 106:19 107:7
111:14 113:24
135:13,15,17 136:5
136:6,17 137:9
150:4 153:4,8,14
153:18,23 154:17
155:13 156:19
158:13 161:24
162:3,8,17 163:11
173:22 183:9
184:19,22 185:22
185:25 186:8,10
187:11,12,13,18,21
187:23 189:8,10,13
189:20,22 190:6,8
201:13 202:12,14
204:24 205:5
**nine** 203:5
**node** 102:11
**nomenclature** 121:11
**non-cancerous** 120:6
**Non-Hodgkin's**
26:16 54:17 74:5
75:23 76:6 77:14
77:19 80:3 86:19
87:2,3,19,22 91:25
95:18 133:9 148:18
157:5 179:11
196:21 197:18
198:12,15 199:3,5
200:2 202:22
203:12 204:3,16

**non-objectionable**
22:19
**normal** 97:3,6 120:6
172:6,7 183:17,20
185:11,16
**Notary** 2:11 8:7 12:6
208:4 209:20
**note** 199:23
**noted** 90:21 208:7
**notes** 5:12 6:18,19
17:19 27:18 28:9
28:19 29:13,17
30:3,7,10 88:7
190:23 194:10,13
194:22,24 195:14
**notice** 5:20,22 37:11
37:15,21 38:11,19
38:22 39:8 40:9,18
40:20,24
**noticed** 42:6
**notices** 29:7 35:23
36:3 40:11 41:24
**noting** 41:21
**Novartis** 52:22
**novel** 121:17
**November** 172:17
**nowadays** 108:25
128:22
**nuance** 162:11
167:15 168:8
**nuanced** 155:20
167:12
**nuances** 81:5,6
156:23
**nucleotide** 184:17
**nucleotides** 129:2
**number** 9:7,11 24:2
31:15 43:13,21
84:20 95:16,17
105:3 119:22
126:12 132:6 141:8
141:14,19,19,23
142:1 143:4,12
144:11 156:5
157:11 170:22
171:16,18 172:4,8
180:11 197:8
202:25
**numbers** 95:9 140:21
171:12,24,25 172:3
199:6
**numerical** 180:8

**NW** 4:5

### O

**O** 7:1
**O-N-C-O-G-E-N**
160:24
**oath** 7:8 157:12
210:13
**obesity** 91:25 92:7,18
131:16 132:5,16
163:15 203:14
**object** 19:21 65:12
95:23 105:11
148:19
**objection** 12:22 16:4
17:13 20:11 22:15
23:11 30:15 32:3
41:20 42:16,18
43:9,24 44:6 45:16
46:19 47:8,23
49:18 51:2 57:3
61:25 63:25 64:18
65:15 67:11,25
68:16 69:2,20
70:19 71:10 72:9
72:22 92:9,20
93:17 94:3 96:10
97:12 98:4 100:16
101:15 103:21
109:11 110:20
113:5 114:4 115:11
120:10,20 121:21
122:4 123:10 127:7
128:8 130:22
131:11,20 133:20
134:11,21 136:18
138:9 140:6,17,25
141:11 142:5,19
143:23 145:14
146:14 148:9
151:21 152:11,20
154:18 155:17
157:6 158:22
159:12,25 160:16
161:25 162:9,18
163:12 166:22
167:9,16 169:7
170:16 173:24
176:8 177:8 178:9
179:19 180:19
183:11 186:12
187:8 188:14

189:23 201:21
202:16 205:2
**objectionable** 22:24
**objections** 7:16 41:23
65:11 71:12
**obviously** 17:17
49:11 50:22 58:15
76:24 135:5
**occur** 81:8 96:25
110:8 114:16 126:2
147:9 197:11
**occurred** 88:14 108:4
**occurrences** 184:13
**occurring** 94:16
95:24 96:18 98:2
101:8 106:6,17
107:19 114:3,11,17
115:5 116:2 118:15
130:20 131:10,18
134:9,17,24 135:8
137:13 139:13
185:16 188:9
198:21,25
**occurs** 94:14 104:11
121:2 146:21
**October** 172:15
**ocular** 189:16
**odds** 138:3
**offer** 63:15 92:6,12
124:20 153:16
156:3 168:8 196:23
210:12
**offering** 92:3 93:9
**office** 12:17 19:14
101:3 104:7 201:5
**officer** 7:7
**offices** 3:2 13:4
**official** 53:17
**offset** 183:5
**okay** 11:7 12:12 13:6
24:9 28:10 30:3
39:13 43:4 45:25
46:5 52:20 53:22
54:3 55:10,24 59:6
60:13 77:2 80:24
81:16 91:19 95:19
97:19 103:5 104:21
105:6 118:25
120:16 148:3
149:25 161:17
163:23 175:4
178:19

**old** 119:4
**older** 81:7 82:10
  86:14 132:25 168:2
**omitted** 48:7,24
**once** 61:11 79:10
  100:5 158:16
**oncogen** 161:3
**oncogene** 160:23
**oncogenes** 188:6
**oncogenesis** 204:21
**oncologist** 31:22 57:9
  89:6 167:6
**oncologists** 17:20
  167:23
**oncology** 31:10
  122:13 164:16
  165:23
**one-liner** 159:17
**ones** 45:24 75:18
  77:21 85:2 168:2,3
  168:3 177:18 184:5
  201:7 203:16
**ongoing** 102:16
  118:14
**online** 50:12
**open** 101:17
**open-minded** 93:4
**opine** 153:4 158:12
**opinion** 26:11,12,14
  63:17 67:9 68:7
  92:4,7,12 93:9
  95:19 105:8 106:5
  106:16 107:24
  109:3,18 125:3
  130:16 152:10
  158:19,23 159:3,4
  159:11,19,20
  164:10 173:23
**opinions** 14:23 47:5
  47:11,15,22 48:2
  48:14 49:4,11
  61:16 67:7,20
  69:14 71:8 93:2
  182:5 196:24
**opportunities** 59:24
**opportunity** 49:8
  77:24
**opposed** 129:16
  138:18
**opposite** 152:9,17
**options** 48:8
**order** 2:3 8:5 142:25

195:20
**organ** 75:14 84:8
  111:14 115:15
**organism** 98:16
**organizations** 50:25
  51:7 57:2
**organize** 57:22
**organs** 119:11 126:3
  127:20
**original** 7:6,13
**outcome** 75:2
**outdated** 204:8
**outlined** 197:2
**outside** 160:7
**overlap** 32:13 84:15
**overlaps** 32:22
**overwhelming** 99:8
  174:8 202:13 203:7
**oxide** 54:19

**P**

**P** 3:1,1 4:1,1 7:1
**P.A** 3:2
**P.C** 6:9,11,13,16
  192:7,21 193:12
  194:2
**p.m** 1:15,19 9:15
  73:17,20,23 102:21
  102:24 103:3
  161:10,13,16 191:3
  191:6,9 205:24
  206:7
**p.m.until** 73:19
  102:23 161:12
  191:5
**page** 5:6,11,12 6:3,9
  6:11,14,16 29:19
  39:23 192:8,22
  193:13 194:3 207:6
  209:9 211:2,5,8,11
  211:14,17 212:2,5
  212:8,11,14,17
**pages** 5:18,21,24 6:4
  6:7,18,20 28:20
  35:15 38:25 41:4
  46:9 66:23 191:18
  194:14,25
**Paine** 3:16 5:8 10:3,4
  12:22 13:10,12,17
  16:4 17:13 19:20
  20:11,20 21:7,23
  22:15 23:11,14

28:3,22 30:15 32:3
33:24 41:19 43:9
43:24 44:6,21
45:16 46:19 47:8
47:23 49:18 51:2
52:5 57:3 61:25
63:25 64:18 65:4
65:10,18 67:11,25
68:16 69:2,20
70:19 71:10 72:9
72:22 87:12 92:9
92:20 93:17 94:3
95:23 96:10 97:12
98:4 100:16 101:15
103:21 105:10
108:8 109:11
110:20 113:5 114:4
115:11 120:10,20
121:21 122:4
123:10 127:7 128:8
130:22 131:11,20
133:20 134:11,21
136:18 138:9 140:6
140:17,25 141:11
142:5,19 143:13,23
145:14 146:14
148:9,19 151:21
152:11,20 154:18
155:17 157:6
158:22 159:12,25
160:16 161:25
162:9,18 163:12
166:22 167:9,16
169:7 170:16
173:24 176:8 177:8
178:9 179:19
180:19 183:11
186:12 187:8
188:14 189:23
190:20 195:10,18
195:24 196:4 200:6
201:21 202:16
205:2,19
**palpable** 102:12
**paper** 47:12 122:8,10
  123:13 140:10
  177:10 179:25
  181:15
**papers** 48:4 50:17
  52:3 53:4 80:4
  84:20 85:6 122:12
  123:25 124:9

125:11 149:5 174:5
181:3,5 182:13
202:20 205:10
**par** 29:10
**Parrish** 1:17 2:10
  4:25 8:6 9:19 12:5
  208:3,15
**part** 14:19 22:8
  59:18 63:9 96:2
  97:15,15 104:10
  132:17 138:14
  139:19 146:17,19
  157:8 158:5 173:17
  201:24
**participate** 74:19
**participated** 157:25
  182:7,10
**participating** 158:4
**particular** 42:5
**particularly** 27:3
**parties** 7:3 28:15
  36:19 38:6 40:4
  207:13
**passed** 91:2
**pathogen** 98:14
  135:3
**pathogens** 74:19
  98:12
**pathologist** 166:4
  167:6 169:17
**pathologists** 167:23
**pathology** 17:20
  129:9,11,14,20
  165:19 168:21
  169:14
**pathways** 80:10
**patient** 85:16 93:22
  94:6,12 106:22
  112:19 116:24
  129:23 136:10,21
  138:25 142:9
  166:17
**patient's** 136:13
  197:17
**patients** 49:13 57:7
  75:13,13,15 82:5
  91:16 93:3 104:10
  166:6,12 174:21
  175:12 203:11,20
**Paul** 1:5 5:20 9:6
  38:23 210:3
**pause** 39:19 101:22

**PC** 4:3
**peer** 123:25 153:13
  204:6
**penalty** 210:4,6
**pending** 14:14 15:4
  42:14 54:8 196:11
**people** 63:13,14
  99:19 118:2,4
  122:19
**percent** 117:13
  135:23 171:16
  198:14 203:5,6
**percentages** 135:18
**perfect** 182:16
**performed** 168:22
**period** 23:25 56:15
  68:7
**perjury** 210:4,6
**permitted** 23:20
**persistent** 99:25
  180:16,22
**person** 58:17 97:9
  111:6,11 112:14,25
  113:20 127:2,3,5
  128:6 136:14
  145:10 146:8,9
  148:3 162:14
**person's** 97:8,11
  113:4 126:25
  146:11 147:21
  148:4,5,7 150:16
  150:25 151:2,5,8
  151:19 162:16
  163:10
**personal** 30:10 89:13
**personally** 209:5
**pertain** 17:23
**pertinent** 72:15
**pesticide** 154:25
  158:17 181:23
**pesticides** 179:11
  181:7 182:20
**Peter** 5:18,22 6:6 9:9
  14:24 35:14 37:22
  40:25 191:17
**pharmaceutical** 51:9
  51:13,18 52:21
  56:23 57:10
**phase** 108:20 145:18
  145:22 204:4
**physician** 56:12
  88:19

physicians 57:8
piece 47:12
pieces 109:2 151:25
Piorkowski 4:3 6:8
  6:11,13,16 10:8
  19:14 192:7,20
  193:11,25
place 19:10 80:15
  207:5 208:7 209:9
plaintiff 17:10,16
  56:10,15 106:22
  107:3 183:8
plaintiff's 5:11 6:3
  15:21 25:12,15
  29:20 34:13,25
  35:16 37:10 39:2
  41:5 42:13 46:10
  49:20 191:19 192:9
  192:23 193:14
  194:4,15 195:2
  197:22 199:7
plaintiffs 1:6 3:3
  10:2 25:25 58:23
  60:21 66:24 88:2
  101:18 104:20,24
  141:24 144:5
  186:18,25 196:15
play 74:14 111:24
  133:18 198:25
  199:4
played 112:22
plays 74:12
please 9:20 11:12
  12:13 21:10 30:25
  33:23 65:4,6
  108:10 155:16
Pleu 5:14 6:18 14:14
  33:19 34:2,9,12
  37:16 45:8,22 88:2
  88:3,8,24,25 91:11
  91:22 92:15,16
  93:13,22 94:10
  95:20 97:24 106:10
  143:22 144:13
  163:24 164:20
  165:6,20,24 168:6
  168:14,22,24 169:6
  170:25 194:11,14
Pleu's 89:9 90:7,14
  90:20 91:7 97:23
  166:4 167:7 169:13
  171:9 172:17

point 11:10 48:6 82:9
  117:15 124:22
  157:20 169:18
  179:24 182:12
pointed 93:19 171:24
  196:5
points 155:4,25
  156:9
policy 52:15
population 117:14
  144:20
Porter 2:5 12:18,19
portion 173:18
position 124:3
  158:21 159:18
possession 42:20
possible 111:3
  114:22,25 130:17
  197:15
Possibly 44:2
post 84:10 116:23
potential 126:13
practical 32:7 86:23
practice 127:12
pre-cancerous
  106:11
pre-existing 177:23
  178:20
pre-malignant
  106:11
predict 190:9
predisposition 78:17
  82:5 91:13 103:19
predominate 199:2
prefer 74:22 85:5
  96:15
preliminary 72:13
  108:20
prep 24:11
preparation 15:11
  16:2,11,17 23:18
  24:16 25:16,23
  26:24 27:4
prepare 13:24 15:9
  24:12
prepared 33:9 44:19
  196:6,13
preparing 16:9
presence 188:7
present 4:23 10:9
  13:6 27:22 28:16
  36:20 38:7 40:5

135:22 151:12
  163:8
presented 36:12
  61:10 63:7 165:11
presently 12:16
presents 135:20
  148:3
pressure 17:4
pretreated 175:14
pretty 51:8 77:23
  122:11
prevent 114:12
previous 17:23 33:8
  33:10 39:11 45:17
  58:12 59:2 71:12
  84:8 92:25 93:19
  98:8,10 116:7
  130:6 157:9,14,15
previously 15:13,20
  16:20 36:7 178:16
  204:11
primarily 74:16,17
primary 79:25
  111:21
Principles 204:12
prior 13:13 24:22,23
  36:4 88:18,24 89:4
  108:20 109:7 137:3
  140:20 148:15,24
priority 154:11
privilege 19:24 22:9
privileged 21:14 22:5
  30:23
probability 188:13
probable 149:10
probably 16:25 25:2
  25:7 49:15 53:3
  79:17 80:22 85:13
  101:7 123:2 134:5
  137:7 146:20 162:4
  168:11 172:16
  175:16 182:24
problem 180:16,23
proceed 73:25
proceedings 39:20
  73:18 101:23
  102:22 161:11
  191:4 208:6
process 73:5 96:3
  104:11 106:12
  107:17 110:5
  118:14 120:25

130:13 134:20
  146:3,21 147:11
  183:20 185:17
  188:10 204:21
processes 185:11
produce 27:18 57:6
  57:22 72:19
produced 8:4 44:10
  44:14,17,22 60:8
  63:13 66:24 199:17
producing 42:3
product 56:21
production 41:11
  42:11 205:13
productions 41:25
prognosis 168:13
projected 126:12
proliferation 138:22
prone 183:25
proof 124:21 126:8
  185:15
proportion 127:16
  128:13 198:7
  202:21
proportions 198:10
proposed 160:4
prospective 180:13
prostatectomy 88:13
protected 20:25
protecting 107:18
protects 20:3
prove 129:24
provide 14:5,23
  119:9 159:19
provided 70:17 71:2
  71:18 72:13 158:7
providing 93:2
provisions 52:9
prudent 71:16
public 2:11 8:7 12:6
  52:18 59:21 63:9
  66:7 70:5 152:3
  208:4 209:20
publication 31:14
  203:2
published 122:8,24
  125:8
pull 49:7,16 53:3
  84:19 140:10 156:6
pulled 49:22
pulling 50:8
purpose 48:25 63:16

70:6 95:21
purposes 77:3
pursuant 2:3 8:5
put 16:19 49:14
  52:17 58:11 140:12
  146:23 157:12
  170:18 177:2
puts 176:25
Putting 42:18
pylori 75:9 78:20
  85:19,20,22 98:25
  103:10 203:18

## Q

quantify 119:8
  176:11
quarter 43:22
question 11:11,16
  19:21 20:7 22:19
  23:2,19 26:13
  30:19 45:17 49:23
  51:4 58:12 60:14
  62:10,21,25 64:12
  67:14,18 69:8,11
  71:23 77:24 85:14
  85:17 88:16 93:12
  93:20 94:5,9 95:21
  100:4 108:2,11
  116:7,14,17,20
  117:4 124:24
  126:19 130:6,25
  131:4,24 134:14
  138:15 141:13
  142:23 144:7,23
  146:15 147:15
  150:20 154:4 155:9
  155:15 156:12,21
  156:22 157:15
  162:21 169:9
  170:19 173:14
  176:6 178:2,6,10
  178:25 185:20
  187:16 201:10
  203:23
questioning 196:6
questions 22:23
  23:16 65:14,16
  68:10 196:2 197:6
  197:9,13,23 199:8
  199:11 200:8
quick 161:6
quite 24:3 32:7,12

86:2 117:6 188:8

**R**

**R** 3:1 4:1 7:1
**Ran** 1:12 2:2 5:4 6:4
6:6 8:1,3 9:1,4 10:1
11:1 12:1,2,14 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
37:12 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1,7
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1

168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
191:16 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:4 207:3 209:6
209:14 210:5,21
211:22 212:22
**random** 95:22 96:7,7
96:14,21 107:7,13
114:2 118:20 119:3
120:4 123:18 124:2
124:9,13 125:17
127:6 128:19 129:3
129:15 130:3,20
131:9 137:4,9,24
138:8,12 139:15
140:5 142:17
147:19 148:5
172:22 182:19
183:10,23 184:13
184:23 186:3,10
187:5,24 189:11,22
197:9 202:14
204:18
**randomly** 130:11
146:12
**range** 105:5 172:7
203:6
**rate** 145:5
**rates** 142:4 143:5
144:14
**re-review** 18:18
25:23
**re-share** 39:17
**reach** 118:9 152:16
170:24
**reached** 42:9 149:8
**read** 27:6 58:7 60:4,9
60:11,14,22,25
64:16 65:3 69:18
71:9 120:23 123:19
125:10 131:4 149:4
155:9 165:8 181:5

181:22 182:13
185:20 204:24
207:13 210:6,8
**reading** 33:11 123:12
205:5
**readings** 171:11
**real** 171:16
**really** 18:4,15 49:14
50:15 64:9 67:18
79:2 82:25 102:13
104:3 106:10 112:9
112:23 123:4 124:7
130:16 139:9
162:20 167:20
168:9 172:8 173:13
174:3 175:20,22
177:20 187:13,17
**reason** 50:3,13 93:7
100:4 115:17
142:10 144:15,21
146:22 210:15
211:4,7,10,13,16
211:19 212:4,7,10
212:13,16,19
**reasonable** 90:16
91:11 151:16
152:10 153:3,5
158:9 188:12
**reasons** 50:15 75:17
**recall** 56:16 60:8
82:16 84:18 86:3
123:3 141:3,6
171:12 181:13
197:12 199:10
201:16
**received** 108:22
**receiving** 169:13
**recognize** 182:13
**recognized** 80:11
180:15,22
**recollection** 85:25
**recombination**
185:10
**record** 2:8 12:13 28:6
41:22 44:22,24
50:18 69:10 73:16
73:22 100:21
102:20 103:2,19
107:22 136:13
161:9,15 164:19
191:2,8 205:25
210:17

**recorded** 208:6
**records** 15:12 16:16
16:21,23 17:2,3,9
17:11,17,21,22,24
18:3,8,13,21 50:22
88:10 89:3,7,9
90:22 91:3 98:24
99:4,18 100:2
103:13,15 104:23
127:2 150:16 151:2
164:25 165:5,23,24
172:2
**recover** 100:7
**Reddy** 165:9,16,25
167:7 168:14
**reduced** 207:10
**redundant** 48:3
**refer** 204:22
**reference** 48:5
**referenced** 42:2
**referred** 121:6
**referring** 17:11
51:19 79:23 119:6
120:8
**reflecting** 44:10
**refresh** 15:17
**refreshed** 24:17
**regard** 78:19
**regarding** 5:16 27:6
34:8,24 37:16,22
56:19 61:9 62:22
62:23 69:15 71:20
140:5 187:11,12
**regards** 26:15 27:11
31:3 60:23
**regulation** 114:21
**regulatory** 50:11
62:7 70:23 152:2
**rejected** 19:18
**related** 33:19 53:14
57:4,8 58:18 84:7
96:13 126:4 128:2
134:6 173:22
174:14 185:4,7
**relates** 94:9
**relating** 5:14 34:12
34:21
**relation** 60:18,20
117:18
**relationship** 53:21
126:11 153:8
**relative** 181:25 198:6

198:10
**relatively** 89:17
95:14 99:22 117:8
190:5
**relevance** 17:6
186:24
**relevant** 18:9 88:15
121:11 123:21
145:12 150:6
186:17
**reliability** 125:17
**reliable** 125:7 141:25
143:3 144:10
154:22 156:24
**reliance** 45:7,14
46:17
**relies** 70:22
**rely** 47:4 49:17 70:16
139:22
**relying** 47:21 48:14
61:14 64:9 120:17
150:13
**remember** 202:2
**remind** 188:16
**remote** 72:2,6
**remotely** 3:7 4:8 12:5
**removed** 59:21
158:17
**repeat** 69:4 89:20
98:7 125:14 157:8
173:12 175:7 178:2
**repeating** 130:24
147:17
**rephrase** 11:13
**replace** 187:19
**replicating** 113:13
**replication** 94:17
96:7,8,14 98:2
106:7 118:20
123:18 124:2,9,13
125:18 127:6
128:20 130:3 137:5
137:9,25 138:8,13
142:17 183:10
184:24 186:3,11
187:5,24 189:11,22
197:16 202:15
204:18
**replications** 115:5
120:6
**replicative** 107:14
119:4,13 126:18

139:13 173:5
197:10,24 198:7,21
198:24
**report** 5:12,17 18:25
19:5,18 20:10,17
21:5,16 22:12 23:6
23:9,24 24:8 29:14
29:18 30:7,14 31:3
33:6,12 34:4 35:8
35:13 46:23,25
50:10 60:8,11
61:23,23 62:19,23
63:4 101:17 119:16
129:11,14 149:12
149:15 165:20,23
169:14 171:6
172:13 173:12,15
173:19 196:7,12,19
197:3
**reported** 2:9
**reporter** 1:17 2:10
4:25 8:7 9:18,22
10:11 12:6 29:3,22
34:16 35:4,19
36:10 39:4 41:7
46:13 131:5 155:10
185:21 191:22
192:11 193:2,16
194:6,18 195:5
207:9 208:4
**REPORTER'S** 208:1
**reports** 15:14,21
17:21,21 20:3 22:6
23:17,18 25:13,15
25:19 26:5,17 27:7
27:17 50:20 60:5
70:24 129:20 153:9
196:14
**represent** 12:20
55:21 59:3
**represents** 55:19
202:6
**request** 42:7
**requested** 37:6 131:2
155:7 185:18 207:8
**require** 196:12
**required** 67:7 80:15
109:3
**requirement** 51:25
52:2 91:17
**requires** 72:12 110:6
110:12

**research** 32:6,8,21
70:23 123:17
149:24 172:23
**reserved** 7:16
**Reshef** 1:12 2:3 5:4
6:4,6 8:1,3 9:1,5
10:1 11:1 12:1,2,14
12:15 13:1 14:1
15:1 16:1 17:1 18:1
19:1,22 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
37:12 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1,7
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1,15 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1

164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1,16 192:1
193:1 194:1 195:1
195:24 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1,23
206:4 207:3 209:6
209:14 210:5,21
211:22 212:22
**Reshef's** 5:17 6:8,10
6:13,15,18,19
35:12 191:12 192:2
192:5,16,19 193:6
193:10,20,24
194:10,13,21,24
**reshuffle** 173:9
**respect** 42:4,10
105:21 198:6
**respective** 7:3 106:19
**respectively** 47:7
**respond** 69:5 72:2
85:15 145:21
167:11 178:17
**responded** 69:6
159:15 189:25
**responding** 67:16
94:8
**response** 69:4 85:7
86:15 98:8,10
127:5 155:19,23
157:9,14 172:25
173:2,4 175:8
189:5 197:21
**responses** 130:7
**responsible** 142:18
**responsive** 60:2
**rest** 144:19
**result** 54:18 94:16
95:25 97:16 101:7
108:19 110:8
113:15
**results** 84:23 158:8
**retain** 53:16

**retained** 54:24 55:22
148:22
**retention** 148:15
**retrieving** 49:25
**revealed** 70:5
**reversed** 158:20
**review** 15:12 18:10
18:17 25:16,19,22
26:4,9 36:3 41:13
61:13 62:8,25
72:14,16,21 123:25
129:9 149:5 204:6
**reviewed** 15:13,14,18
15:20 16:20 19:17
24:13,15,21 25:4
25:11 26:5,21,23
61:7,19 62:6,16
66:12 67:3 72:16
104:16,23 105:15
106:22 125:7
129:11 137:21,22
148:20 152:15
153:13 156:18
165:5,19,22 179:22
186:23 202:6
**reviewing** 16:15
26:17,20 66:16
129:14
**rich** 89:12
**right** 13:23 14:16,20
15:3,6,23 16:14
18:15 25:13 28:20
31:22 33:15 39:12
40:11 43:8 46:25
53:8,9 55:12 58:20
58:23 60:16 61:14
61:17,24 67:4,10
70:14,18 71:5
72:21 77:3 79:11
83:11 85:8 88:17
88:18 89:14 90:13
90:17 91:8 93:11
97:19,20 98:3,21
98:25 99:5,11
101:11 103:5,10
104:25 106:8
111:11 116:20
117:11 118:23
119:17,23,24
120:19 129:13
138:4 140:16 143:2
149:10,13,15,17

150:16,18 151:2,5
151:9 153:23
156:11 161:21
162:8,17 163:11
166:13,21 167:3
169:25 171:3
172:14 177:4,7
179:4 181:11,12
189:17 190:15
195:19,21 196:15
201:20
**RILEY** 3:11
**risk** 17:23 74:23,24
75:2,3,21 76:3,3,7
76:9,25 77:13,17
77:19 78:2,10,11
78:13 79:3,4,12,18
80:5,16,24 81:21
81:23,25 82:3,15
82:22,23,25 83:7,7
83:12,15 86:4
91:19,20,21 100:24
104:4 106:23 107:6
111:19,23 112:9
119:21 136:3,5,22
137:7,11 138:7
139:8 151:11
161:23 162:6
163:20 173:10
174:8,11 175:25
176:5,14,22,24
177:3,6,15 181:25
201:13 202:7,11
203:9,13,21
**robustness** 180:11
183:3
**role** 74:13,14 111:24
112:22 133:19
135:24 158:3
197:16 199:2,5
**roles** 74:15
**roughly** 16:12 198:14
**rounds** 195:9
**Roundup** 41:18
42:23 43:7,17
56:18 59:12,13
60:6 61:9,21,23
62:18 63:3,21
64:14 69:16,17
105:9 148:16,17
153:4,8,14,18,23
154:16 155:13

156:19 157:4
158:13 179:10
196:21
**rule** 197:15,20
**rules** 21:13,25 22:2
**run** 149:24 190:16

**S**

**S** 3:1 4:1 7:1,1
**S-T-E-R-I-G-E-N-...**
55:18
**sake** 76:22
**samples** 138:24
**satisfying** 65:25
**save** 71:13 210:9
**saw** 166:9
**saying** 64:25 113:8
136:4 176:12
**says** 37:9 102:17
120:2 123:6 128:12
**scale** 157:15
**SCARBOROUGH**
3:11
**scenario** 64:5 109:10
112:2 115:23
**Schedule** 40:12
**SCHLESINGER** 3:2
**scholarship** 153:17
**school** 149:4
**science** 31:10
**scientific** 50:18 62:4
63:10 67:6 70:3,6
70:21 71:21 121:19
125:10,17 131:13
132:19 153:21
158:24 159:5
162:24
**Scratch** 62:12
**screen** 36:14 37:23
39:14,14
**screen-shared** 28:13
36:17 38:4 40:2
**se** 3:4 57:11
**sealing** 7:4
**second** 37:10 98:19
136:9 146:19
163:24
**secondary** 174:4,12
174:18,21 175:6,9
175:10,17,21,25
177:16
**sections** 202:11

**see** 31:14 36:23 37:9
38:10 39:8,12,13
39:16 40:8 66:4
67:23 68:13 79:10
81:13 88:9 89:8
140:10 144:20
154:8 156:15
164:13,23
**seeing** 37:21 171:12
**seen** 37:19 38:14
65:23,24 145:3
165:25 170:9,9
171:6 181:3
**SEER** 95:13
**self** 51:11
**seminal** 122:12,17,23
**seminars** 57:23
**senescence** 86:11
113:14 132:4
**senior** 122:20
**sense** 18:16 82:24
112:21 162:22
163:2
**sent** 28:4 195:13
**sentence** 146:23
202:12
**separate** 26:6 33:25
42:25 45:24
**separated** 84:22
177:19
**separately** 13:18
**sequence** 110:12,24
183:14
**sequencing** 124:18
129:22
**series** 196:20
**serve** 63:16
**service** 7:12
**set** 71:19 207:5
208:11 209:9
**setting** 188:21
**seven** 16:13 104:18
**seventeen** 105:4,7
**seventies** 90:2
**sex** 78:17
**share** 36:14 39:15,17
81:25
**sharing** 37:24
**SHEET** 210:12 211:1
212:1
**shelf** 201:6
**show** 41:15 42:20

49:15 68:20 73:2,8
153:22 154:13,16
155:4,12 156:18
157:3,16
**showed** 39:21 158:15
**shown** 129:4 160:15
160:19
**shows** 89:9 95:13
126:10 154:21
162:24
**sic** 37:10
**side** 15:22 134:3
**Sidley** 55:23
**sign** 207:14
**signature** 126:4
184:11 188:5,23
189:19 190:14
199:9,18 211:21
212:21
**signatures** 96:23
124:20 126:6
128:21,23 129:6
184:6 186:20 190:4
190:10
**signed** 7:7,9,12 21:17
52:15 209:18
210:19
**significant** 24:3
32:12 84:15 128:13
**silent** 108:17
**similar** 20:4 42:7
57:12 92:24 98:9
104:9 173:5 199:23
**similarly** 26:8 129:5
184:4
**simple** 117:3
**simplified** 87:17
**simply** 13:3 76:18
77:20 163:16
184:18
**single** 45:24 110:13
174:25
**site** 109:21
**sitting** 159:10 186:7
187:3
**situation** 68:19 70:3
71:3 139:3 169:11
**situations** 66:20 93:4
102:9 107:15 112:5
**six** 16:13
**sixties** 90:2
**size** 82:2 169:20

170:2 171:13
172:10 183:2
**skill** 208:9
**skin** 127:21 128:25
**slow** 145:24
**small** 50:16 114:14
203:19
**Smaller** 52:23
**smarter** 122:20
**smoke** 126:25
**smoking** 80:4,22
81:12 92:2 93:12
93:15 127:14,19
130:2
**Society** 203:3
**solemnly** 10:12
**solid** 75:14 103:25
115:15
**solvents** 133:8,18,24
**somatic** 185:9
**somebody** 178:19
182:7
**someone's** 114:23
**somewhat** 66:5
**sorry** 21:7 37:8 54:10
56:7 87:6 89:20
100:20 108:8
130:24 142:23
144:5 150:20
152:21 169:10
**source** 119:14
**South** 3:14 4:15
**speaking** 17:19 54:16
80:12 137:17
**Specialist** 4:24
**specific** 33:12 49:20
78:19 79:8 85:23
105:3 125:2 126:6
128:22,25 129:5
130:10,11 151:19
155:3 179:24
184:16,20,22 185:2
185:6,24,25 186:24
189:13 190:8
**specifically** 24:6,8,22
60:21 80:6 96:25
109:23 133:23
183:16 186:8 190:7
198:13
**spectrum** 83:9
**speculating** 67:8
**spell** 55:15

**spend** 16:2,9
**spent** 16:15
**split** 135:2
**spoken** 59:7,11
**Squibb** 52:23
**St** 1:2 14:15
**stage** 92:17,19
138:21 174:10
175:15,18,18 185:8
**stages** 138:25
**stance** 158:20 159:9
**stand** 42:15 71:13
**standard** 167:8
**standards** 167:18
168:16
**standing** 65:15
**start** 29:7,11 77:7
157:2
**started** 67:13 195:20
204:9
**state** 1:3 2:11 8:7
12:7,12 132:6
146:16 208:5 209:3
209:20
**statement** 120:22
146:7,18,19
**states** 209:7
**statistical** 128:11
**stay** 166:24
**stem** 119:22 120:7
139:16,23 140:15
141:9,23 142:2
143:4 144:11
163:17
**stems** 99:8
**steno** 2:9
**stenographic** 210:16
**stenographically**
208:6
**step** 150:23 166:5
**steps** 183:24
**Sterigenics** 54:9,11
54:12 55:17,20,21
56:19
**stimulates** 135:4
**stimulation** 80:13
107:16
**STIPULATED** 7:2
7:15
**stomach** 203:18
**stop** 39:17 65:8
**stopped** 37:25

**Street** 2:6 3:13 4:5
**strength** 182:5
**strengths** 183:5
**strike** 60:2
**strokes** 75:7 140:3
**strong** 79:18 83:3
180:7
**strongest** 83:15
**studied** 86:17 186:18
187:17 199:14
**studies** 18:23 24:19
24:25 31:12,15
85:3 125:21 150:7
152:25,25 153:2
154:13,15,21 155:5
155:12,24 156:8,17
156:23 157:3,10,13
157:16 158:7,10,11
158:12 160:4,9,12
160:14,18 177:17
179:9 180:6,10
181:7 182:19,25
**study** 32:23 48:13
122:12 155:2,22
156:3 157:21
158:15 162:24
179:4,16,18 180:4
180:7,8,13,18
181:18 182:2,6,15
182:15,18
**subclassification**
75:23
**subject** 52:8
**submit** 52:2
**submitted** 15:16
21:15 44:15,19
45:2 46:22
**subscribed** 209:18
**subsequent** 122:9
123:20 145:22
156:4
**subsequently** 124:16
125:20
**substance** 30:22
**substantial** 33:14
106:23 175:5
176:16,17 177:7,12
203:20
**substantially** 136:6
146:10,13 147:7,21
148:6 161:23 162:7
162:15 163:9

168:12 189:9
**substitutions** 129:2
184:17
**subtype** 78:13,15
84:22 86:18,21
**subtypes** 76:5 78:19
84:24 162:3 190:8
**sued** 55:24 56:4
**sufficient** 164:24
175:23
**suggest** 202:20
**suggesting** 26:25
49:3
**Suite** 4:15
**summarizes** 18:20
152:4
**summarizing** 42:25
**summary** 5:14,15
33:18,18,22 34:7
34:11,20,23
**Sunshine** 52:13
**supplied** 36:2 50:23
**support** 65:21,24
131:14 132:19
163:5 164:25
**supports** 66:3 71:22
**suppose** 108:7
126:20,23
**suppress** 80:14
**sure** 19:8 35:25 44:2
48:12 49:3 58:24
62:20 77:15 89:18
89:21 101:19 116:6
134:13 135:25
140:8 143:25 170:5
178:3,16 185:3
201:7 202:3
**suspect** 142:10
144:16 145:17
**swear** 9:23 10:12
**sworn** 2:8 7:7,9 12:4
209:6
**symptoms** 99:23
**synergism** 147:24
**synonymous** 76:15
76:16 86:23,24
**Synthekine** 52:25
**system** 74:13 76:18
80:12,14 97:14
132:4 135:4 164:13
170:11 171:7
**systems** 87:8 102:17

|  |
| --- |
| **T** |

**T** 7:1,1
**T-cells** 74:9,17
**take** 23:23 49:8 55:13
73:11,13 104:20
136:9 150:22 161:5
163:14 166:5 179:7
190:20
**taken** 2:3 207:4,9
209:8 210:7
**takes** 97:7
**talk** 74:20 77:21
78:18 83:16 119:19
122:25 163:23
196:24
**talked** 76:7 116:11
136:7 203:16
**talking** 77:16 98:9
103:7 116:8 118:21
121:9 132:8 172:9
176:21 184:20
185:23
**talks** 202:21
**team** 158:5
**tell** 12:7 24:14 31:18
31:21 52:3 68:12
90:12 93:25 94:12
101:6 102:4 104:8
104:9 106:20
109:13 111:4,21
129:13 136:21
143:18 168:23
174:14 175:20
**telling** 21:12 112:18
**tend** 185:12 204:7
**tends** 99:22
**tens** 66:21 129:22
205:9
**term** 86:9 117:22,23
117:24,25 118:3,19
**terminology** 120:24
**terms** 49:10 87:5
95:8 96:23,24
**test** 125:16 183:7
**testicular** 109:17,18
109:24
**testified** 12:9 54:5,7
56:3,9,14,17,20
58:13,25 133:9
**testifying** 55:4,6
57:25

**testimony** 5:3 10:13
14:6 23:13 58:8
60:10,15 61:2
68:15 94:21 122:22
159:14 202:10
**testing** 54:20
**tests** 168:22
**textbook** 201:19
202:5 205:6
**textbooks** 78:12
149:5 201:4 203:24
203:25 204:7
**Thank** 104:21 190:17
200:6 205:17,18
**Thanks** 195:23
205:20
**theories** 121:10
**theorized** 122:3
**theory** 96:8,9,13,14
107:8,9 117:21
118:20 119:2 120:8
120:13,18 121:5,13
123:18 124:2,9,13
124:15,22,25 125:3
125:18 127:6 130:4
137:5 139:15,22
140:5 142:17
**therapies** 17:22
51:11
**therapy** 18:2
**thing** 39:12 96:6
118:22,23
**things** 16:24 17:3
24:11 47:14 63:8
79:9,16 87:7,11
97:9 98:9 111:16
113:22,23 152:3
197:23 199:8
**think** 17:8 18:19
21:20 22:22 23:20
24:4 25:12 26:13
27:11 32:12 40:11
41:11 42:2 48:8,17
59:8 64:5,22 67:13
67:23 70:21,24,25
71:23 72:15,24,25
74:21 79:6,17
86:16 91:24 95:4,8
95:9 96:17 98:8
103:7 108:14 111:3
112:8,17,23 113:7
116:19 117:12,24

121:2,3,9 122:6
124:14 130:5,8
131:13 132:17
133:8 137:11,12
138:11,13 139:4
140:19 141:18
143:6 144:22
146:17,18 147:11
148:12 152:4,14
153:5 155:19
159:15 160:3,8
163:14 167:5,17
171:4 172:24
178:10,11,13,23
180:7,9 182:12
188:19 189:25
195:8,16 197:21
204:10 205:6,8
**Third** 3:4
**thirteen** 104:20,24
**thought** 39:15 80:7
106:13 108:19
109:19 110:5
114:19 116:13,14
150:19 173:6
198:16,19
**thousands** 66:22,22
129:23 205:9,9
**three** 14:6 43:18 48:8
51:23 59:5 74:21
101:18 106:4
**threshold** 169:22
171:5,23
**throw** 185:12
**THURSDAY** 1:14
8:5
**thyroid** 100:8 112:7
**thyroidectomy** 99:15
**thyroiditis** 99:11,17
111:8,13 112:7
**time** 7:17 9:14 12:12
16:15 24:7 28:12
36:16 37:23 38:3
39:18,25 49:8
71:14 73:17,22
89:5 94:18 101:21
102:21 103:3
108:15 113:16
118:15 123:5
127:22 149:24
161:9,15 163:18
168:2 172:11,15

190:17 191:2,9
205:24 207:5 208:7
209:9
**times** 171:11
**timing** 108:15
**tissue** 139:17 142:3
143:4
**tissues** 119:21 143:9
144:12
**title** 32:10 96:15
207:5 209:9
**titled** 33:4
**today** 42:6 44:24
159:10 186:7 187:3
200:9
**today's** 13:13,25
15:10 16:2,10
18:18 24:12,16
25:17,24 27:4,20
33:16 36:4,10
**told** 87:10 88:20
138:4 169:6,15
197:21
**TOMASELLI** 4:13
**Tomasetti** 119:15
121:16 122:2,15
123:8 143:2 144:2
144:8,9
**Tomasetti's** 127:14
127:25 139:18,25
140:11 141:4
202:20
**tools** 31:16 178:17
**top** 38:12 51:21 60:7
82:16,18 85:10
106:20 179:21
**topics** 196:22,25
**total** 41:15 42:20
43:6 169:19 170:21
170:22,22
**totality** 150:12
**tract** 127:21
**training** 31:13 32:8
**transcript** 207:14
208:8 209:7,11
210:7
**transform** 83:20
**transformation**
104:14
**translational** 32:6,21
**transplant** 75:15
84:8,9,10 111:14

115:16 116:24
**traumatic** 166:16
**treat** 127:11
**treated** 108:4 174:11
175:19
**treating** 49:13
**treatment** 108:22,23
168:10 204:2
**treatments** 78:22
**tremendously** 203:15
**trial** 7:17 49:7,15
60:10,15 61:11
68:9 72:25 196:25
**trials** 51:12
**Troy** 1:17 2:9 8:6
12:5 208:3,15
**true** 43:15 47:7 72:8
76:2 77:14 87:15
97:11 110:19
122:17,24 123:9
124:2,3 127:6
133:10,19 137:10
145:2 146:7 148:8
151:20 164:4,8,22
165:6,13,17,18,20
165:25 166:7,17
167:22 176:2 180:6
180:14 186:11
188:13 208:8
209:10 210:9
**truth** 10:14 12:7,8,8
**try** 85:15 119:8
**trying** 18:15 87:6
121:15
**TScan** 52:24
**tumor** 188:8
**tumors** 103:25
119:11 126:10,16
202:25
**turning** 107:19
**twelve** 104:19
**two** 14:11 26:5,7
28:20 54:8,25
55:11 75:9 80:22
95:5 131:16 163:8
184:24 186:4
**two-to** 190:21
**type** 52:11 56:21
57:11 59:22 65:2
71:21 74:11 79:8
82:4 86:12 87:19
87:22 128:7 129:21

135:13 182:17
189:13 204:22
**types** 83:13 96:24
119:10 135:17
184:2
**typewritten** 207:10
**typical** 96:22 188:5
188:23

_____

### U

**U** 7:1
**ultimately** 203:10
**unable** 152:15 168:7
**undergo** 141:10,15
185:9,10
**undergone** 75:14
**underlying** 65:21
139:20 173:6
**understand** 11:12,17
14:4,11,15,18,21
15:5 47:18 49:4
62:21 134:13 144:6
152:16 170:14
198:4
**understanding** 13:2
73:4 139:18 140:2
143:9 210:12
**Understood** 14:10
122:21 196:17
**unique** 117:9 190:10
203:16
**universal** 78:16
189:5
**University** 51:16
52:14 53:18
**unpack** 15:24 94:20
**unsigned** 7:10
**unusual** 79:8 82:11
**upper** 127:21
**use** 31:15 117:25
139:9 147:22
154:25 158:17
**usually** 51:24 110:13
112:4 204:5
**UV** 128:24 184:15,17

_____

### V

**v** 1:7 5:18,23 35:14
40:25 210:3
**vague** 71:24 121:22
**valid** 64:22 65:10
70:6

**validated** 124:16
**validation** 124:20
**validity** 123:17
**variable** 74:25
143:16
**variation** 119:20
**varied** 74:15
**variety** 50:14 126:10
138:25 139:7
**various** 17:4 63:12
154:23 158:6 179:9
179:14
**version** 33:9 130:5
**versus** 9:6,10 14:19
**vested** 124:5
**Video** 4:24
**videographer** 9:2,17
73:15,21 74:2
102:19,25 161:8,14
190:25 191:7
205:21
**Videotaped** 37:11
**virus** 115:20,21
117:8,11,15 135:11
188:4,25 189:4
190:13
**vitro** 150:7 160:21
**Vogelstein** 119:16
121:16 122:2,16
123:2,9 143:2
144:9
**Vogelstein's** 119:7

_____

### W

**Wacker** 4:15
**waived** 7:5
**walk** 125:25
**walks** 94:7
**want** 28:23 29:5
41:12 48:12 49:3
54:25 64:8,15 65:3
66:4 67:23 69:17
71:9 73:3,9 77:25
78:4,9 79:2 97:20
101:19 130:6 135:2
135:25 141:5 154:8
157:11 163:23
170:18 173:12
191:10 195:14
201:11 204:23
**wanted** 15:17 27:2,5
116:16,16 150:22

156:15 183:14
**Washington** 4:6
**wasn't** 49:2 99:10
109:16 120:22
178:15 186:17
189:4
**way** 16:7,19 18:7
26:11 66:10 67:15
69:6 91:15 112:24
116:16 118:12
121:6 131:14 146:5
146:16 150:17
159:9 160:10
162:20 167:12
175:10 183:7,13
**ways** 63:12 114:9
**we'll** 24:9 34:18 35:7
38:17 45:10 46:2
65:18 97:19
**we're** 14:4 26:19
39:22 40:14,17
59:17 73:15 77:16
92:23 118:21 121:9
126:20 132:8 139:7
143:25 144:4
146:24 191:7
205:25
**we've** 76:7 203:16
**weak** 79:21 133:11
133:15
**weaker** 80:2
**weaknesses** 183:6
**webinars** 57:22
**week** 16:18
**weeks** 24:2
**weighing** 179:8
**weight** 79:16 84:16
85:3 150:10 180:5
180:9,10
**weird** 195:20
**well-accepted** 124:15
**went** 28:6 44:24
59:10 183:20
**West** 2:6
**whatnot** 70:24
**whatsoever** 126:25
**WHEREOF** 208:11
**whichever** 133:3
**Williams** 204:11,24
**witness** 1:13 2:2,8
5:4 7:12,14 8:1,4
9:1,23 10:1,16 11:1

| | | | |
|---|---|---|---|
| 11:4,8,19 12:1,3<br>13:1 14:1 15:1 16:1<br>17:1 18:1 19:1 20:1<br>20:24 21:1 22:1<br>23:1,15 24:1 25:1<br>26:1 27:1,25 28:1<br>28:10,15 29:1 30:1<br>31:1 32:1 33:1 34:1<br>35:1 36:1,19 37:1<br>38:1,6 39:1 40:1,4<br>41:1 42:1 43:1 44:1<br>45:1 46:1 47:1 48:1<br>49:1 50:1 51:1 52:1<br>53:1 54:1 55:1 56:1<br>57:1 58:1,13 59:1<br>60:1 61:1 62:1 63:1<br>64:1 65:1,9 66:1<br>67:1 68:1 69:1 70:1<br>71:1 72:1 73:1 74:1<br>75:1 76:1 77:1 78:1<br>79:1 80:1 81:1 82:1<br>83:1 84:1 85:1 86:1<br>87:1,15 88:1 89:1<br>90:1 91:1 92:1 93:1<br>94:1 95:1 96:1 97:1<br>98:1 99:1 100:1<br>101:1 102:1 103:1<br>104:1 105:1 106:1<br>107:1 108:1 109:1<br>110:1 111:1 112:1<br>113:1 114:1 115:1<br>116:1 117:1 118:1<br>119:1 120:1 121:1<br>122:1 123:1 124:1<br>125:1 126:1 127:1<br>128:1 129:1 130:1<br>131:1 132:1 133:1<br>134:1 135:1 136:1<br>137:1 138:1 139:1<br>140:1 141:1 142:1<br>143:1 144:1 145:1<br>146:1 147:1 148:1<br>149:1 150:1 151:1<br>152:1 153:1 154:1<br>155:1 156:1 157:1<br>158:1 159:1 160:1<br>161:1 162:1 163:1<br>164:1 165:1 166:1<br>167:1 168:1 169:1<br>170:1 171:1 172:1<br>173:1 174:1 175:1<br>176:1 177:1 178:1 | 179:1 180:1 181:1<br>182:1 183:1 184:1<br>185:1 186:1 187:1<br>188:1 189:1 190:1<br>191:1 192:1 193:1<br>194:1 195:1 196:1<br>197:1 198:1 199:1<br>200:1 201:1 202:1<br>203:1 204:1 205:1<br>205:18 208:11<br>210:1<br>**witnesses** 58:8<br>**wondering** 71:5<br>**word** 23:6 176:10<br>**words** 83:10 123:8<br>139:9 147:22<br>156:14 165:3 169:5<br>170:12,18<br>**work** 19:13 41:16<br>42:22 44:11 53:12<br>53:14,23 54:4 57:8<br>57:12 58:2,8 59:12<br>59:13,16,17,22<br>80:9 119:6 122:15<br>122:23 127:15,25<br>139:19 140:2 141:4<br>147:6,12,20,22<br>149:7 181:11,22<br>204:22<br>**worked** 12:25 58:9<br>61:3 179:15<br>**works** 61:3<br>**worsen** 178:11<br>**wouldn't** 18:6 61:12<br>63:23 68:21 71:8<br>83:14 86:24 90:12<br>90:19 96:12 104:3<br>110:22 112:3,18<br>114:23 125:14<br>131:16 132:12<br>138:5 144:10<br>146:22 147:22<br>174:13<br>**write** 22:14 153:16<br>**writer** 2:9<br>**writing** 20:10 23:8<br>153:10<br>**written** 123:22,23<br>153:7,9,13 179:17<br>196:7,14<br>**wrong** 105:2 121:3<br>**wrote** 149:14 | **X** <br>**x** 1:4,10 5:2<br> **Y** <br>**Yeah** 195:22<br>**years** 17:5 43:18<br>49:12 51:23 55:2<br>55:12 109:7 122:6<br>123:2 164:16<br>165:25 169:24<br>204:8 205:11<br>**yesterday** 13:21<br>**York** 2:7,7,12 8:8<br>12:7 208:5 209:20<br>**young** 89:18<br> **Z** <br>**Zero** 92:17,19 175:18<br>**Zhang** 25:4<br>**Zone** 83:18,19<br>189:15<br>**zooming** 37:2<br> **0** <br> **1** <br>**1** 5:12,12 6:9,11,14<br>6:16 29:13,18,20<br>95:17 151:17<br>175:19 192:7,22<br>193:13 194:3<br>195:17<br>**1,500** 171:21<br>**1,554** 172:12<br>**10** 6:10 135:22<br>192:15,24<br>**100** 143:17<br>**10019** 2:7<br>**11** 6:13 193:6,14<br>**1155** 4:5<br>**12** 5:7 6:15 193:20<br>194:4<br>**1212** 3:4<br>**13** 6:18 194:9,15<br>**1320** 3:13<br>**14** 6:19 171:15<br>194:21 195:3<br>**17** 6:7 171:15 191:18<br>**170,000** 43:16<br>**17th** 3:13<br>**18** 1:14 8:5 9:13<br>**191** 6:6 | **192** 6:8<br>**193** 6:10,13<br>**194** 6:15,18<br>**195** 6:19<br>**196** 5:8<br> **2** <br>**2** 5:14 6:18,20 33:22<br>34:7,14 95:17<br>151:18 194:14,25<br>**2:22** 1:15 9:14<br>**20** 135:22 209:19<br>210:19<br>**200** 4:5,15<br>**20004** 4:6<br>**201** 5:7<br>**2015** 122:9,24 149:12<br>149:15,17<br>**2016** 89:4<br>**2017** 122:10<br>**202-223-5535** 4:7<br>**2020** 88:14,18<br>**2021** 6:8 192:2,6<br>**2022** 1:14 5:18 6:10<br>6:13,15 8:5 9:14<br>35:13 192:16,19<br>193:7,10,21,24<br>**20SL-CC03678** 1:7<br>9:8<br>**20SL-CC0678** 5:21<br>38:24<br>**2200** 4:15<br>**24** 6:4 46:9<br>**25** 5:18 35:13<br>**250** 2:6<br>**29** 5:12<br>**29201** 3:14<br> **3** <br>**3** 5:15 34:19 35:2<br>**3.26** 172:5<br>**3:19-cv-07859** 5:23<br>9:12 41:3<br>**3:20** 73:17,19<br>**3:33** 73:20,23<br>**30** 5:18 7:12 35:15<br>**312-681-6000** 4:17<br>**33316** 3:5<br>**34** 5:14<br>**35** 5:15,17<br>**39** 5:20 | **4** <br>**4** 5:17 35:7,17<br>**4,700** 171:10<br>**4,900** 171:10<br>**4:06** 102:21,23<br>**4:11** 102:24 103:3<br>**41** 5:22<br>**412521** 1:16 210:2<br>**46** 6:4<br>**47** 90:3<br> **5** <br>**5** 5:20,21,24 38:18,25<br>39:2 40:19 41:4<br>171:25<br>**5,000** 169:23,25<br>170:9 171:5,19,22<br>**5.05** 170:10<br>**5:16** 161:10,12<br>**5:30** 161:13,15<br>**500,000** 44:5<br>**55th** 2:6<br> **6** <br>**6** 5:22 40:22 41:5<br>**6:05** 191:3,5<br>**6:11** 191:6,9<br>**6:23** 1:15 205:24<br>206:7<br>**60606** 4:16<br> **7** <br>**7** 6:4 45:11 46:2,10<br>172:5<br>**70** 201:6<br> **8** <br>**8** 6:6 191:11,20<br>**803-255-5518** 3:15<br>**89** 91:2<br> **9** <br>**9** 6:8 191:25 192:9<br>**90** 117:13<br>**954-467-8800** 3:6 |