**SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman
Sarah J. Schultz
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
Facsimile: (954) 320-9509
jhaberman@schlesingerlaw.com
sarah@schlesingerlaw.com

*Attorneys for Plaintiff, Peter Engilis*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No: 2741 |
| | Case No.: 3:19-cv-07859-VC |
| Peter Engilis, Jr., *et al*., | DECLARATION OF JEFFREY L. HABERMAN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| Plaintiff, | |
| vs. | |
| Monsanto Company., | |
| Defendant. | Hearing date: January 12, 2023 Time: 10:00 a.m. |
| Individual Case No.: 3:19-cv-07859-VC | |

I, Jeffrey Haberman, declare as follows:

1. I am an attorney duly licensed to practice law in the state of Florida. I am an attorney at the law firm of Schlesinger Law Offices, P.A.  I submit this declaration in support of Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment.  I have personal knowledge of the matters stated below, and if called upon to do so, I could and would competently testify as stated therein.

2. Attached as Exhibit A is a true and correct copy of the Plaintiff Fact Sheet of Plaintiff Peter Engilis.

1

3. Attached as Exhibit B is a true and correct copy of the deposition transcript of Plaintiff Peter Engilis taken in this case on November 2, 2021.

4. Attached as Exhibit C is a true and correct copy of the Environmental Protection Agency's ("EPA") Summary of the IBT Review Program, Office of Pesticide Programs, dated July 1983.

5. Attached as Exhibit D is a true and correct copy of the Summary of the EPA's February 21, 1985 Meeting Minutes as recorded by Monsanto employee Lyle L. Gingerich.

6. Attached as Exhibit E is a true and correct copy of the Expert Report of Plaintiff expert, Charles Benbrook, Ph.D.

7. Attached as Exhibit F is a true and correct copy of a Monsanto internal document titled "Glyphosate Mouse Study Additional Steps" dated August 28, 1985.

8. Attached as Exhibit G is a true and correct copy of the March 16, 2017 EPA SAP Panel Report Memorandum.

9. Attached as Exhibit H is a true and correct copy of a Memorandum written by Dr. James Parry to Monsanto dated February 11, 1999.

10. Attached as Exhibit I is a true and correct copy of a Monsanto internal email dated September 2, 1999 from Alan Wilson to Donna Farmer titled "Comments on Parry Write-up."

11. Attached as Exhibit J is a true and correct copy of the a Monsanto internal email dated September 16, 1999 from William Heydens to Donna Farmer titled "Parry Report."

12. Attached as Exhibit K is a true and correct copy of the deposition testimony (in clip report formatting) of Monsanto corporate witness, Mark Martens, dated April 7, 2017.

13. Attached as Exhibit L is a true and correct copy of a Monsanto internal email dated September 21, 2009 from Donna Farmer to John Combest titled, "Roundup article in Fremantle Herald."

14. Attached as Exhibit M is a true and correct copy of a Monsanto Manuscript Clearance Form dated February 29, 2012.

15. Attached as Exhibit N is a true and correct copy of a Monsanto internal email dated April 28, 2015 from William Heydens to Daniel Jenkins, titled "Glyphosate IARC Question."

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 14, 2022 in Fort Lauderdale, Florida.

_____
Jeffrey L. Haberman