# EXHIBIT B

```
 1          UNITED STATES DISTRICT COURT

 2          NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS  ) MDL No.: 2741

 5   LIABILITY LITIGATION     ) Case No. MDL No.:

 6   This Document Relates to:) 3:16-md-02741-VC

 7   Peter Engilis, Jr. and   )

 8   Cathy Engilis            )

 9   V. Monsanto Company      )

10   Case No.:                )

11   3:19-cv-07859-VC         )

12

13          DEPOSITION OF:

14        PETER ENGILIS, JR.

15

16        Taken on the 2nd day of November,

17   2021, at approximately 9:07 a.m., via Zoom.

18

19

20

21

22

23

24

25   Court Reporter: Karen Smith
```

```
 1          A P P E A R A N C E S

 2   ON BEHALF OF THE PLAINTIFFS, PETER ENGILIS,

 3   JR. AND CATHY ENGILIS:

 4      Jeffrey L. Haberman, Esq.

 5      Sarah J. Schultz, Esq.

 6      Schlesinger Law Offices

 7      1212 Southeast Third Avenue

 8      Ft. Lauderdale, FL 33316

 9      jhaberman@schlesingerlaw.com

10      Sshultz@schlesingerlaw.com

11   ON BEHALF OF THE DEFENDANT, MONSANTO

12   COMPANY:

13      Devin A. Moss, Esq.

14      Amanda Saper, Esq.

15      Shook, Hardy & Bacon, LLP

16      201 South Biscayne Boulevard

17      Miami, FL 33131

18      dmoss@shb.com

19      asaper@shb.com

20

21      Anne Hovis, Esq.

22      Piorkowski Law Firm, P.C.

23      1800 K Street, NW, Suite 1000

24      Washington DC 20006

25      ahovis@piorkowskilaw.com
```

```
 1   ALSO PRESENT:

 2      Dennis Mullin, Videographer

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          EXAMINATION INDEX

 2                              Page:

 3   Examination by Mr. Moss        6

 4

 5

 6          EXHIBIT INDEX

 7                            Marked:

 8   1   Photo                    73

 9   2   Street view Google       75

10   3   Photo                    88

11   4   Photo                    94

12   5   7-22-2019 Medical record of Dr.   187
         Barreras`
13
     6   First Amended Fact Sheet      211
14
     7   7-28-2014 Medical record of Dr.   221
         Weiss
15
16   8   Deposition notice            231

17

18

19

20

21

22

23

24

25
```

Peter Engilis, Jr.

1   VIDEOGRAPHER:  Good morning.  We
2  are now on the record.  Today's date is
3  November 2nd, 2021, and the time is
4  approximately 9:07 a.m.  This begins the
5  video deposition of Peter Engilis in the
6  matter of In Re Roundup Products Liability
7  Litigation, Engilis V. Monsanto Company, et
8  al.
9       Will counsel please identify
10  yourselves for the record.
11       MR. MOSS:  Good morning.  This is
12  Devin Moss on behalf of Monsanto, and I'm at
13  Shook, Hardy & Bacon in Miami, Florida
14       MR. HABERMAN:  Jeffrey Haberman
15  from Schlesinger Law Offices on behalf of
16  plaintiffs.
17       MS. SCHULTZ:  Sarah Schultz also
18  from Schlesinger Law Offices on behalf of
19  the plaintiffs.
20       MS. HOVIS:  Anne Hovis from the
21  Piorkoski Law Firm on behalf of Monsanto.
22       MR. MOSS:  And we also have
23  Amanda Saper from my office with me as well
24  on behalf of Monsanto.
25

Peter Engilis, Jr.

1       PETER ENGILIS,
2  being first duly sworn, was examined and
3  testified as follows:
4       EXAMINATION
5  BY MR. MOSS:
6  Q       Good morning, Mr. Engilis.  My
7  name is Devin Moss, and I represent Monsanto
8  in this lawsuit.  I'm going to be the one
9  primarily asking you questions today.
10       MR. MOSS:  Before I get started,
11  I just want to make a note for the record
12  that Monsanto is continuing to receive
13  medical and employment information of
14  Mr. Engilis, and we're therefore going to
15  reserve our right to continue this
16  deposition if additional records are made
17  available.
18  Q       (By Mr. Moss)  Mr. Engilis --
19       MR. HABERMAN:  Let me just also
20  say on the record that we would object to
21  that.  You may continue.
22  Q       (By Mr. Moss)  Mr. Engilis, can
23  you please state your full name for the
24  record?
25  A       Peter Engilis, Jr.

Peter Engilis, Jr.

1  Q       What is your current address?
2  A       408 Soft Shadow Lane.  That's in
3  DeBary, D-E-B-A-R-Y, Florida 32713.
4  Q       Was that Fox Shadow Lane?
5  A       Soft, S-O-F-T.
6  Q       S-O-F-T, excuse me.
7       I just want to begin by going
8  over a few ground rules for the deposition
9  today just to make things run more smoothly.
10  Let me ask you, have you ever been deposed,
11  Mr. Engilis?
12  A       Yes.
13  Q       So I assume you're a little
14  familiar with this process, but I'll go over
15  some quick rules just to make everything run
16  smoothly.
17       I think most importantly, if you
18  need to take a break for any reason
19  whatsoever, just let me know.  This is not a
20  sprint or a marathon.  I want you to be
21  comfortable.  So just let me know.  I'll try
22  to be cognizant and at least ask you every
23  hour or so, but if you need a break,
24  bathroom break, comfort break, anything like
25  that, just let me know.  I only ask that if

Peter Engilis, Jr.

1  there's a question pending, that you answer
2  that and then we'll take a break.  But we
3  can take as many breaks for however long as
4  you need to.
5       We have a court reporter here
6  that's taking down everything we say, so we
7  need to do our best not to talk over one
8  another.  It's natural in conversation to
9  anticipate the answers to my questions, but
10  that's difficult for our court reporter to
11  take that down.  So do your best to wait
12  until I'm finished asking my question before
13  answering, and I'll do the same before
14  asking my next question.  If we do start to
15  do that, I'll try to remind you.
16       Similarly, you need to answer all
17  my questions verbally.  A head shake or a
18  head nod our court reporter can't take down.
19  So a verbal "yes" or a verbal "no."  She
20  needs that just for the record purposes.
21  And again, I'll remind you if we start to do
22  that.
23       Today I'm asking you questions,
24  and I'm asking for your best recollection or
25  your best estimate of everything.  So when

Peter Engilis, Jr.

1  I'm asking you questions today, that's what
2  I'm asking you, your best recollection or
3  your best estimate.  Understood?
4      A      Yes.
5      Q      Is there any reason that you
6  cannot testify truthfully today?
7      A      No.
8      Q      Are you under any medications
9  that you've taken that might affect your
10 ability to testify accurately?
11     A      No.
12     Q      Or any medications that might
13 affect your memory?
14     A      No.
15     Q      You understand that you're
16 testifying under oath today?
17     A      Yes, I do.
18     Q      What is your date of birth,
19 Mr. Engilis?
20     A      December 25th, 1951.
21     Q      At the risk of doing some bad
22 math, does that make you 69 years old?
23     A      Yes, sir.
24     Q      And where were you born?
25     A      Buffalo, New York.

Peter Engilis, Jr.

1      Q      Is that where you grew up?
2      A      Partly.
3      Q      Partly, okay.  That was a bad
4  question.  How long did you live in Buffalo?
5      A      Until I was 13.
6      Q      Okay.  And where did you move
7  after Buffalo?
8      A      Fort Lauderdale.
9      Q      So you moved here in 1964?  When
10 I say "here," in Florida?
11     A      It was 1965.
12     Q      1965, okay.  And have you been in
13 Florida since?
14     A      Yes.
15     Q      I'm assuming you went to
16 elementary school in Buffalo?
17     A      Yes.
18     Q      And then middle school and high
19 school in Florida?
20     A      Correct.
21     Q      Where did you attend elementary
22 school in Buffalo?
23     A      Thomas Edison Elementary.
24     Q      And how about middle school here
25 in Florida?

Peter Engilis, Jr.

1      A      I think it was called Rickards,
2  R-I-C-K-A-R-D-S.
3      Q      And what high school did you
4  attend?
5      A      Northeast High School.
6      Q      Is that in Fort Lauderdale?
7      A      Yes, sir.
8      Q      Did you graduate from
9  Northeastern (sic) High School?
10     A      Northeast, yes.
11     Q      Northeast, excuse me.  What year
12 did you graduate high school?
13     A      1969.
14     Q      Did you attend college after high
15 school?
16     A      Yes.
17     Q      And where did you go to college?
18     A      Several.  Broward Community
19 College.
20     Q      Did you go to BCC straight from
21 high school?
22     A      Yes.
23     Q      How long did you attend Broward
24 Community College?
25     A      Two years.

Peter Engilis, Jr.

1      Q      Is that two years?  I'm sorry,
2  that cut out a little bit.
3      A      Two years, yeah.
4      Q      Okay.  Did you receive a degree
5  from there?
6      A      Yes.  Associate of arts.
7      Q      Any particular major or
8  concentration?
9      A      No.
10     Q      Okay.  Where did you go after
11 BCC?
12     A      I went for one semester to
13 University of Florida.
14     Q      And did you go anywhere after
15 that?
16     A      Florida Atlantic University.
17     Q      Did you do anything in between
18 BCC and UF?
19     A      No.
20     Q      Did you go straight from UF to
21 FAU?
22     A      Yes.
23     Q      Did you graduate from FAU?
24     A      Yes.
25     Q      What year did you graduate?

Peter Engilis, Jr.

| | |
|---|---|
| 1 | A     1975. |
| 2 | Q     What degree did you obtain from |
| 3 | FAU? |
| 4 | A     Bachelor of arts. |
| 5 | Q     And any particular concentration? |
| 6 | A     Science. |
| 7 | Q     Do you hold any other degrees or |
| 8 | certifications? |
| 9 | A     No. |
| 10 | Q     Do you have any medical training? |
| 11 | A     No. |
| 12 | Q     Or any legal training? |
| 13 | A     No. |
| 14 | Q     Now, you told me a little earlier |
| 15 | that you have been deposed before.  How many |
| 16 | times were you deposed? |
| 17 | A     Twice. |
| 18 | Q     Twice.  Can you tell me what type |
| 19 | of cases those were? |
| 20 | A     I worked for a builder and he |
| 21 | was -- he was sued.  And as the salesman, I |
| 22 | was deposed. |
| 23 | Q     Okay.  So you were deposed as a |
| 24 | fact witness in that case? |
| 25 | A     Yes. |

Peter Engilis, Jr.

| | |
|---|---|
| 1 | Q     Okay.  Do you remember when that |
| 2 | deposition was? |
| 3 | A     Maybe 2006. |
| 4 | Q     Who was your employer that was |
| 5 | sued? |
| 6 | A     L -- excuse me, I'm losing my |
| 7 | voice.  LQH of Florida. |
| 8 | Q     And who was your -- who was the |
| 9 | employer that was actually sued?  The |
| 10 | company or was it a -- |
| 11 | A     The company, corporation. |
| 12 | Q     Okay.  Do you know any more |
| 13 | details about that case? |
| 14 | A     Let's see.  I can't remember. |
| 15 | Q     Okay.  And the second deposition, |
| 16 | can you tell me about that, please? |
| 17 | A     It would have been for the same |
| 18 | company. |
| 19 | Q     Similar circumstances? |
| 20 | A     Yes. |
| 21 | Q     So your employer was sued, and |
| 22 | you testified as a fact witness? |
| 23 | A     Correct. |
| 24 | Q     Do you remember when that second |
| 25 | lawsuit was filed? |

Peter Engilis, Jr.

| | |
|---|---|
| 1 | A     Probably 2007. |
| 2 | Q     Okay.  Do you know the outcome of |
| 3 | either of those two cases? |
| 4 | A     The builder won both lawsuits. |
| 5 | Q     Your employer? |
| 6 | A     Yes. |
| 7 | Q     Do you happen to remember the |
| 8 | name of the plaintiff who sued in either of |
| 9 | those cases? |
| 10 | A     No.  I'm sorry, I don't. |
| 11 | Q     No, no problem.  And I know some |
| 12 | of these questions might be taxing your |
| 13 | memory, and I appreciate you giving me the |
| 14 | best answers you can. |
| 15 |       Have you ever testified at a |
| 16 | trial? |
| 17 | A     No. |
| 18 | Q     Any other depositions or are |
| 19 | those the only two? |
| 20 | A     That's it. |
| 21 | Q     Okay.  Have you ever been |
| 22 | involved in a civil suit as either a |
| 23 | plaintiff or defendant aside from the |
| 24 | current case? |
| 25 | A     No. |

Peter Engilis, Jr.

| | |
|---|---|
| 1 | Q     Have you ever filed for |
| 2 | bankruptcy? |
| 3 | A     No. |
| 4 | Q     Have you ever been arrested? |
| 5 | A     No. |
| 6 | Q     Or charged with committing a |
| 7 | crime? |
| 8 | A     No. |
| 9 | Q     I just had to ask, Mr. Engilis. |
| 10 | Thank you though. |
| 11 |       Let me ask you, Mr. Engilis, what |
| 12 | did you do to prepare for today's |
| 13 | deposition? |
| 14 | A     I met with my attorney yesterday. |
| 15 | Q     Is that Mr. Haberman? |
| 16 | A     Yes, sir. |
| 17 | Q     Where was that meeting? |
| 18 | A     In his office. |
| 19 | Q     How long did that meeting last? |
| 20 | A     Over an hour.  Hour and a half, |
| 21 | something like that. |
| 22 | Q     Was anyone else present at that |
| 23 | meeting? |
| 24 | A     My wife. |
| 25 | Q     Had you met with your attorney |

1  before yesterday?
2  A       Yes.
3  Q       When did you first meet with your
4  attorney?
5  A       November 2019.
6  Q       How many times do you estimate
7  you've met with your attorney prior to
8  today's deposition?
9  A       All the other times were on the
10 phone.
11 Q       Did you meet with anyone else to
12 prepare for today's deposition?
13 A       No.
14 Q       Did you review any documents to
15 prepare for today?
16 A       I reviewed the court filing.
17 Q       When you say the court filing,
18 are you referring to the complaint in this
19 case?
20 A       Yes.
21 Q       Were you asked to do that, or was
22 it something you did on your own?
23         MR. HABERMAN:  I'm going to
24 object.  Anything that he would be asked
25 would be privileged, if he was asked.  So

1  I'm going to instruct my client not to
2  answer that question.
3         MR. MOSS:  Okay.
4  Q       (By Mr. Moss)  Did you review any
5  other documents aside from the complaint?
6  A       No.
7  Q       Have you done any independent
8  research?
9  A       No.
10 Q       Any Internet research or anything
11 like that?
12 A       No.
13 Q       Have you ever attended any
14 depositions in this litigation?
15 A       No.
16 Q       Or read any deposition or trial
17 transcripts?
18 A       No.
19 Q       Have you met with any doctors or
20 experts hired by the plaintiffs in this
21 case?
22 A       About this case did you say?
23 Q       Have you met any doctors or
24 experts hired by the plaintiffs' attorneys
25 in this case?

1  A       No.
2  Q       Okay.  Mr. Engilis, I'm going to
3  ask you a little bit about your residential
4  history.  And I apologize if some of this
5  goes a little bit back, but I just want to
6  get an understanding of where you were
7  living at what time to kind of help guide
8  this deposition a little bit.
9         I think the easiest way to do
10 that is probably start with your most recent
11 house and we'll work back.  But you told me
12 that you now live at Soft Shadow Lane?
13 A       Correct.
14 Q       How long have you been at that
15 address?
16 A       Since May 1990.
17 Q       Okay.  That might make it a
18 little easier.  So you've been there for
19 almost 21 years now, or actually have been
20 there 21 years -- 31 years.
21         Where did you live before that
22 Soft Shadow address?
23 A       Boca Raton.
24 Q       Do you remember the address?
25 A       9052 Pine Springs Drive.

1  Q       Okay.  And how long did you live
2  at that address in Boca Raton?
3  A       From 1984 to May of 1990.
4  Q       And where did you live prior to
5  Boca Raton?
6  A       Fort Lauderdale.
7  Q       Do you know the address in Fort
8  Lauderdale?
9  A       2166 Northeast 56th Street.
10 Q       That's 66th Street?
11 A       56.  I'm sorry, 56th Street.
12 Q       No, that's my fault.  It's -- the
13 audio is a little glitchy.
14         How long did you live at that
15 56th Street address?
16 A       Probably ten years.
17 Q       Approximately 1974 to 1984?
18 A       Something like that.  Yes, sir.
19 Q       Okay.  Do you remember where you
20 lived prior to that address?
21 A       When I was younger, my parents
22 had two houses.  I've got to remember
23 addresses now.  I lived part-time in North
24 Scituate, Rhode Island.
25 Q       And when was that?

Peter Engilis, Jr.

1  A        Sorry.
2  Q        No, no.  Not a problem,
3  Mr. Engilis.
4  A        Back in the early '70s.  And I
5  lived in Foster, Rhode Island, for a while
6  too.  These were just summertime places.
7  Q        Okay.  So these were homes your
8  parents had while you were growing up?
9  A        Right, uh-huh.
10 Q        Okay.  You said that your parents
11 had two places was.  That in Fort
12 Lauderdale?
13 A        We -- my dad had a seasonal
14 business, so we lived in Rhode Island and
15 Fort Lauderdale when I was growing up.
16 And -- gosh, you're making me think back.
17 Q        No, I appreciate that.  That's
18 fine.  So did you do summers in Rhode Island
19 and spent the rest of the time of the year
20 down here?
21 A        Correct.
22 Q        That 56th Street address, did you
23 live there with your parents, or is that
24 where you lived when you moved out?
25 A        Both.  It was my parents'

Peter Engilis, Jr.

1  condominium.  I lived there with them when I
2  was younger, and then I took over the place.
3  Q        Okay.  Do you happen to remember
4  the address that you lived at in Buffalo,
5  New York?
6  A        Yes, I do.  303 Grayton,
7  G-R-A-Y-T-O-N, Road, 14151.
8  Q        Well, that's impressive.
9        Okay.  I didn't ask you, but at
10 your current address, does anyone live with
11 you there currently?
12 A        My wife.
13 Q        What is your wife's name?
14 A        Cathy, with a C.
15 Q        And has she lived there with you
16 the entire time you've owned that home?
17 A        Yes.
18 Q        I now want to go through your
19 employment history with you.  Do you
20 currently work?
21 A        Yes.
22 Q        What are you doing currently?
23 A        I'm a real estate salesperson.
24 Q        Do you work on your own, or are
25 you part of a real estate group?

Peter Engilis, Jr.

1  A        I'm an independent contractor.
2  Q        Do you work with multiple
3  different groups or completely on your own?
4  A        I work for Sotheby's.
5  Q        Is that commercial or residential
6  real estate?
7  A        Both.
8  Q        Do you currently have any other
9  sources of income?
10 A        I mix -- I get Social Security.
11 Q        Okay.  And does your wife, Cathy,
12 work?
13 A        No.
14 Q        Do you rely on anyone else to
15 meet your financial needs?
16 A        No.
17 Q        How long have you been working in
18 real estate?
19 A        Since 1990.  No, excuse me.
20 Since 1980.
21 Q        Have you always worked in real
22 estate?
23 A        No.
24 Q        Have you had any other
25 employers -- have you ever had any other

Peter Engilis, Jr.

1  jobs?  Let me ask you that.
2  A        I was a school kid.  You know, I
3  went to college.  Before real estate, I was
4  working in retailing.
5  Q        So this would have been prior
6  to 1980?
7  A        Yes, sir.
8  Q        Okay.  What did -- you said you
9  worked in retail?
10 A        Yes, sir.
11 Q        Can you explain that a little
12 bit?
13 A        I worked -- I worked at a toy
14 store.
15 Q        Okay.  Was that during college?
16 A        During college.  I got the job
17 while I was in college.  I worked full-time.
18 Q        Do you remember what toy store?
19 A        Lionel Playworld.
20 Q        Any other jobs while you were in
21 college?
22 A        When I first started college, I
23 worked at the Galt Ocean Mile Hotel.
24 Q        Doing what?
25 A        Accounting work.

Peter Engilis, Jr.

1  Q      Any other jobs while in school?
2  A      No.
3  Q      How about after you graduated,
4  what did you do?
5  A      I stayed for a while at Lionel
6  Playworld and then went into real estate.
7  Q      When you say a while, how long do
8  you think you stayed at the toy store?
9  A      Several years actually.
10 Q      I guess -- I'm sorry.
11 A      It's stuff I haven't thought
12 about.  I left the toy store in 1980 and
13 went to work -- went to work immediately
14 for -- with Coldwell Banker.
15 Q      You said 1980?
16 A      Yes, sir.
17 Q      Okay.  And then you started with
18 Coldwell Banker then?
19 A      Yes, sir.
20 Q      Selling real estate?
21 A      Correct.
22 Q      How long did you work with
23 Coldwell Banker?
24 A      Until 1991.
25 Q      And then what did you do in 1991?

Peter Engilis, Jr.

1  A      I became an independent
2  contractor for LQH of Florida.
3  Q      Doing the same kind of thing?
4  A      New home sales.  New home sales.
5  Q      New home sales.  All residential?
6  A      Correct.
7  Q      Okay.  Were you selling
8  commercial and residential properties for
9  Coldwell Banker prior to that?
10 A      No.
11 Q      All residential?
12 A      Correct.
13 Q      So around 1991 you went to work
14 for LQH; is that correct?
15 A      Yes.
16 Q      And how long did you work there?
17 A      Until I believe it was
18 March 2008.
19 Q      And what did you do when you left
20 LQH?
21 A      I started a company.  I'm trying
22 to think.  I bought a home care franchise.
23 Q      What was the name of that
24 franchise?
25 A      Premier -- I'm trying to think.

Peter Engilis, Jr.

1  Premier In-Home Senior Care.
2  Q      Does that refer to PCC Universal?
3  Referred as?
4  A      Correct, yes.
5  Q      And when you say a home care
6  franchise, can you explain what that is?
7  A      I had caregivers that went into
8  seniors' houses to help them cook and clean.
9  Q      And you bought that.  So what
10 were your day-to-day duties running that?
11 A      Well, recruiting, scheduling,
12 meeting with the customers.
13 Q      Okay.  And so you recruited home
14 health care professionals to work for you?
15 A      Correct.
16 Q      And you would send them into --
17 did you send them to nursing homes, or would
18 you send them to --
19 A      We worked in private homes for
20 the customer.
21 Q      Okay.  So you provided private
22 home health care to individuals in need of
23 that care?
24 A      Yeah.  It wasn't really health
25 care.  It was nonmedical care.  So

Peter Engilis, Jr.

1  housekeeping, cooking, transportation.
2  Q      Okay.  How long did you own
3  the -- well, let me ask you this:  Did your
4  franchise have a name, or was it just PCC?
5  A      The franchise was called Premier
6  In-Home Senior Care.
7  Q      Premier In-Home Senior Care.
8  Okay.  And how long did you own that
9  franchise?
10 A      I dropped out of the franchise
11 and went in -- and just changed the name to
12 Premier In-Home Senior Care.
13 Q      Okay.  And when was that?
14 A      2012, I believe.
15 Q      Okay.  And just so I'm
16 understanding you correctly, Mr. Engilis,
17 you dropped out of the franchise but
18 continued to run the company?
19 A      Changed the name and continued to
20 run the company, yes.
21 Q      So just so I'm clear, it was PCC
22 Universal prior to then?
23 A      PCC Universal was my corporation.
24 Q      Okay.  What was the name prior to
25 you dropping out of the franchise?

Peter Engilis, Jr.

```
1  A        It was the -- it was always PCC
2  Universal, but originally the franchise was
3  Preferred Care at Home -- I think that's
4  what it's called, Preferred Care at Home.
5  And then I became Premier In-Home Senior
6  Care.
7  Q        Right.  So when you dropped out
8  of the franchise, you operated independently
9  of that parent company?
10 A        Correct.
11 Q        And how long did you operate it
12 independently after 2012?
13 A        Basically until 2018.
14 Q        Okay.  And did you sell the
15 business?
16 A        No.  I just kind of stopped.
17 Q        Okay.  And what did you do after
18 you stopped running the home health care
19 company?
20 A        I was in real estate.
21 Q        And that's what you're currently
22 doing?
23 A        Correct, uh-huh.
24 Q        So since 2018 have you been
25 working as an independent real estate
```

Peter Engilis, Jr.

```
1  contractor?
2  A        Actually, since 2015.
3  Q        Okay.  So from 2015 until 2018,
4  you did both jobs?
5  A        Correct.
6  Q        Okay.  And from the time you
7  purchased that home health care franchise,
8  did you -- until 2015, did you not work in
9  real estate?
10 A        Just for a short while.  Maybe
11 2014.
12 Q        Okay.  Have you been affiliated
13 with any real estate group since 2018 -- or
14 2015 I should say?
15 A        Well, in 2015 I was an
16 independent contractor for Balistreri
17 Realty.
18          Are you still associated with
19 Balistreri?
20 A        No.  I transferred in 2020 to
21 Sotheby's.
22 Q        Okay.  When did you start doing
23 commercial real estate sales?
24 A        2015.
25 Q        And you've been doing both
```

Peter Engilis, Jr.

```
1  commercial and residential real estate sales
2  since 2015?
3  A        Correct.
4  Q        Are you currently working
5  full-time?
6  A        Part-time.
7  Q        Part-time.  I mean, do you tend
8  to make your own schedule now since you're
9  an independent contractor?
10 A        Yes.
11 Q        When did you start working
12 part-time?
13 A        2015.
14 Q        Have you ever taken any medical
15 leave from any of your employer --
16 employments?
17 A        In 2014 after surgery, I didn't
18 work for a while.  But I didn't have an
19 employer.
20 Q        How long were you out of work?
21 A        I'm trying to think.  It was a
22 couple of times off and on, a couple of
23 weeks at a time, because I had multiple
24 surgeries.
25 Q        And you said you've been working
```

Peter Engilis, Jr.

```
1  part-time since 2015?
2  A        Correct.
3  Q        How many hours a week do you
4  estimate you currently are working?
5  A        It varies.  25.  Sometimes 35.
6  Q        And is that because of your
7  health?
8  A        Yes.
9  Q        I know you make your own
10 schedule.  Is that in part because of
11 general work schedule in real estate?
12 A        Well, it's hard to answer.  I
13 don't know how to answer that question.  I'm
14 sorry.  The business is kind of like
15 sporadic, but my schedule's affected by how
16 I feel.
17 Q        Okay.  Understandable.  But your
18 schedule can be sporadic given the nature of
19 real estate sales?
20 A        Correct.
21 Q        Have you ever made a claim for
22 unemployment?
23 A        Yes.
24 Q        When?
25 A        Last year.  2020.
```

Peter Engilis, Jr.

1  Q        Okay.  And would that have been
2  through Sotheby's?
3  A        No.  It wasn't unemployment.  It
4  was through the State, because I'm an
5  independent contractor, not an employee.
6  Q        Okay.
7  A        It was during the COVID thing.
8  They -- I was offered short-term
9  unemployment.
10 Q        Okay.  So that was a
11 COVID-related unemployment claim?
12 A        Yes, correct.  Through the State.
13 Q        Okay.  How long did you receive
14 unemployment benefits?
15 A        I think about two months, maybe
16 three.
17 Q        Have you ever filed a workers'
18 compensation claim?
19 A        No.
20 Q        Or a claim for medical
21 disability?
22 A        No.
23 Q        Do you still have paperwork
24 related to that unemployment claim?
25 A        Yes.

Peter Engilis, Jr.

1  Q        Have you ever received Social
2  Security disability income?
3  A        No.
4  Q        Have you ever been denied a life
5  insurance claim?
6  A        No.
7  Q        Okay.  Have you ever served in
8  the military?
9  A        No.
10 Q        Mr. Engilis, I know you are
11 currently married, correct?
12 A        Yes.
13 Q        Your wife is Cathy?
14 A        Correct.
15 Q        When was your wife, Cathy, born?
16 A        October 1946.
17 Q        When were you married?
18 A        October 1985.
19 Q        Have you lived with your wife,
20 Cathy, since you were married?
21 A        Yes.
22 Q        I know you said your wife doesn't
23 currently work.  Did she ever work?
24 A        She was a schoolteacher.
25 Q        Did she retire?

Peter Engilis, Jr.

1  A        Yes.
2  Q        What -- did she teach high
3  school?  Middle school?  What did she teach?
4  A        Elementary school.
5  Q        Okay.  Any specific subject or
6  just a grade?
7  A        Elementary school.
8  Q        Fair enough.  Does Cathy go with
9  you to your doctor's appointments?
10 A        Usually.
11 Q        Usually.  Do you have any prior
12 marriages?
13 A        No.
14 Q        Do you have any children?
15 A        Yes.
16 Q        Who are your children?
17 A        Christine.
18 Q        Does she go --
19 A        Last name Traina.
20 Q        Okay.
21 A        Last name Traina, T-R-A-I-N-A.
22 Q        And that's her married name?
23 A        Correct.
24 Q        How old is Christine?
25 A        35.

Peter Engilis, Jr.

1  Q        Any other children?
2  A        No.
3  Q        I'm assuming Christine doesn't
4  currently live with you?
5  A        Correct.
6  Q        Do you remember when she moved
7  out of your home?
8  A        I believe it was 2004.
9  Q        What does Christine do for work?
10 A        She's an attorney.
11 Q        Does she live in Florida?
12 A        Yes.
13 Q        Does she work for a law firm?
14 A        She has her own firm.
15 Q        Okay.  Do you know the name of
16 the firm?
17 A        Garrity Traina.
18 Q        Do you know what kind of law she
19 practices?
20 A        She's a commercial litigation
21 specialist.  Does condo law.
22 Q        Does Christine have any children?
23 Do you have any grandchildren?
24 A        Yes.
25 Q        How many grandchildren?

Peter Engilis, Jr.

```
1   A        One.
2   Q        Who is your grandson or daughter?
3   A        Are you offering to babysit?
4   Archer, A-R-C-H-E-R.
5   Q        Okay.  I have a seven-month at
6   home or else I would offer to babysit,
7   but --
8            Does your daughter go with you to
9   any of your doctors' appointments?
10  A        No.
11  Q        Does anyone, aside from your
12  daughter, Christine, have any work in the
13  legal profession?
14  A        My son-in-law.
15  Q        Christine's husband?
16  A        Correct.
17  Q        Who is he?  What's his name?
18  That's a better question?
19  A        Christopher Traina.
20  Q        And is he a lawyer?
21  A        Correct.
22  Q        Do you know where he works?
23  A        Stanton IP Law.
24  Q        So he works in IP?
25  A        Correct.
```

Peter Engilis, Jr.

```
1   Q        Anyone else besides Christine or
2   Christopher work in the legal profession?
3   A        No.
4   Q        Does anyone in your family have
5   any medical training?
6   A        No.
7   Q        Do you have any neighbors or
8   close friends that have any knowledge about
9   the facts of this lawsuit?
10  A        No.
11  Q        Do any of your neighbors or close
12  friends have medical training?
13  A        No.
14  Q        Do you have any neighbors or
15  close friends that work in the legal field?
16  A        No.
17  Q        Mr. Engilis, we've been going
18  probably about 50 minutes.  How are you
19  feeling?  How are you doing over there?
20  A        I'm okay.
21  Q        Do you want to take a quick
22  break?  Do you want to keep chugging along?
23  It's up -- you're the boss here, so --
24  A        Sure.
25           MR. HABERMAN:  Why don't we take
```

Peter Engilis, Jr.

```
1   a quick break.
2            MR. MOSS:  Yeah.  I'm going to
3   move into a new section, so there's a good
4   stopping point here.  But we can go off the
5   record.
6            MR. HABERMAN:  All right.  So
7   let's go off the record for ten minutes.
8            VIDEOGRAPHER:  The time is
9   9:51 a.m.  We're going off the video record.
10           (Short recess.)
11           VIDEOGRAPHER:  The time is now
12  10:03 a.m.  We are back on the video record.
13  Q        (By Mr. Moss)  Okay.
14  Mr. Engilis, I'm going to now ask you some
15  questions about your Roundup purchase and
16  use.  When did you first start using
17  Roundup?
18  A        1990.
19  Q        What's the name of the product
20  that you used?
21  A        Roundup Weed & Grass Killer.
22  Q        Can you describe the product?
23  A        It's a liquid.
24  Q        You --
25  A        A gallon -- I think a gallon
```

Peter Engilis, Jr.

```
1   thing.
2   Q        You say a liquid in a gallon
3   thing?  Is that what you said?
4   A        I believe it was a gallon spray
5   container.  Came with a sprayer.
6   Q        Do you remember what the
7   packaging looked like?
8   A        White bottle with, I believe, a
9   blue label.
10  Q        You said you used a gallon spray
11  container?
12  A        I think that was the size of the
13  container.  And it came -- it came with a
14  built-in sprayer.
15  Q        You said a built-in sprayer.  Do
16  you remember where the opening of the
17  container was?
18  A        I think it's on the right-hand
19  side of the bottle as you're facing the
20  front.
21  Q        It was on the side as opposed to
22  the top?
23  A        On the top?
24  Q        Was -- the opening was on the
25  side and not the top?
```

Peter Engilis, Jr.

```
1   A        No, it was on the top I believe.
2   Q        The opening was on the top, okay.
3   Do you happen to have any pictures of any of
4   the Roundup containers you purchased?
5   A        No.
6   Q        Why did you decide to buy that
7   Roundup product?
8   A        We had excessive weeds in our
9   backyard in the bushes and stuff.
10  Q        Is there a reason you chose that
11  specific type of weed killer?
12  A        My wife bought it the first time.
13  Q        And so because your wife
14  purchased it the first time, you continued
15  to use that product?
16  A        Correct.
17  Q        No other reason why you decided
18  to use Roundup as opposed to a different
19  weed killer?
20  A        She bought it; I used it.
21  Q        Like many other things in life,
22  Mr. Engilis.
23  A        Yes.
24  Q        Am I correct that you only used
25  Roundup for residential use?
```

Peter Engilis, Jr.

```
1   A        Correct.
2   Q        You never used it for a
3   commercial use?
4   A        No.
5   Q        Okay.  So you told me that you
6   chose to use an herbicide to -- was it to
7   kill weeds in your yard?
8   A        Correct.
9   Q        And did that Roundup product
10  work?
11  A        Yes, but it needed frequent use
12  to control it.
13       THE COURT REPORTER:  I can't hear
14  you, Mr. Moss.
15       MR. MOSS:  Oh, I'm sorry.  I'll
16  speak up or get closer to my computer.  Is
17  that better?
18       THE COURT REPORTER:  Yes, it is
19  now.  But I didn't hear what you just said.
20  I'm sorry.
21       MR. MOSS:  What was the last
22  question you got?
23       (Record read.)
24  Q        (By Mr. Moss)  Did the Roundup
25  product that you used work, Mr. Engilis?
```

Peter Engilis, Jr.

```
1   A        Yes.
2   Q        What other benefits did it
3   provide?
4        MR. HABERMAN:  Object to form.
5   You can answer.
6   A        I used it to kill weeds.  I had
7   dollar weed and poison ivy and --
8   Q        Okay.  So you used it to kill
9   weeds and kill poison ivy?
10  A        Correct.
11  Q        Before using Roundup, had you
12  tried any other methods of maintaining your
13  yard?
14  A        No.
15  Q        Do you believe you always
16  purchased Roundup, or was it possible you
17  purchased some other type of weed killer or
18  herbicide?
19  A        It was always Roundup.
20  Q        Where did you typically purchase
21  Roundup?
22  A        At Lowe's.
23  Q        You've been living at your Soft
24  Shadow Lane since May of 1990?
25  A        Correct.
```

Peter Engilis, Jr.

```
1   Q        Did you purchase Roundup before
2   moving to that property?
3   A        No.
4   Q        Okay.  So your entire use of
5   Roundup is at your current address?
6   A        No.  I --
7   Q        Okay.  Explain that.
8   A        I had a rental house in
9   Summerfield, Florida, that I used.  It was
10  on a golf course, and I sprayed the back of
11  that for the same problem.
12  Q        Okay.  You said you had a rental
13  property?
14  A        Yes.
15  Q        In Summerfield?
16  A        Correct.
17  Q        Do you remember the address of
18  that rental property?
19  A        I believe it was 13901 Del Webb
20  Boulevard.
21  Q        Del Webb?
22  A        D-E-L, new word, W-E-B-B.
23  Q        And that's in Summerfield
24  Florida?
25  A        Correct.
```

Peter Engilis, Jr.

1  Q        How long did you own that rental
2  property?
3  A        I believe it was about -- I think
4  I owned it about five years.
5  Q        Do you remember when?
6  A        2008 to 2013 maybe.
7  Q        Okay.  Aside from that rental
8  property, am I correct that your use of
9  Roundup was limited to your current address
10 on Soft Shadow Lane?
11 A        I used it at my condo years ago
12 as well.
13 Q        Was that prior to 1990?
14 A        No.
15 Q        Okay.  What condo was that?
16 A        I have a condo at -- in Fort
17 Lauderdale on Northeast 56th Street.
18 Q        Okay.  That's -- oh, you still
19 own that property?
20 A        Correct, yeah.
21 Q        And you also used Roundup there?
22 A        Yes.
23 Q        You mentioned that you purchased
24 the Roundup product that you used at Lowe's?
25 A        Correct.

Peter Engilis, Jr.

1  Q        Is that -- has that always been
2  the same Lowe's?
3  A        The -- no.  Because the different
4  houses were in different cities so I used --
5  got it at Lowe's at different stores -- I
6  mean at different cities.  It's my go-to
7  store.
8  Q        Okay.  Do you always get it at a
9  Lowe's?
10 A        Yes, I believe so.
11 Q        Okay.  So is there a Lowe's near
12 your current address on Soft Shadow Lane
13 that you purchased Roundup at?
14 A        Yes.
15 Q        Do you know the address of that
16 Lowe's?
17 A        No, but it's on Saxon Boulevard
18 in Orange City.
19 Q        You said Saxon?
20 A        S-A-X-O-N Boulevard.
21 Q        Saxon, excuse me.  So if you were
22 purchasing Roundup to use at your current
23 home on Soft Shadow Lane, it would be at
24 that Lowe's?
25 A        Correct.

Peter Engilis, Jr.

1  Q        Are you part of a Lowe's rewards
2  program?
3  A        No.
4  Q        Okay.  Have you ever used an
5  e-mail address or a phone number at a Lowe's
6  to purchase Roundup?
7  A        No.
8  Q        Do you happen to know the
9  addresses of the other Lowe's in the other
10 cities where you purchased Roundup?
11 A        In Fort Lauderdale, it's on North
12 Federal Highway in Pompano Beach.  I don't
13 know the number.  It's probably 1300 block,
14 something like that.  And the house in
15 Summerfield, it was on 441 in The Villages.
16 Q        Okay.  And you're not part of a
17 rewards program at either of those Lowe's?
18 A        No.
19 Q        You mentioned that your wife was
20 the first person to purchase Roundup,
21 correct?
22 A        Yes.
23 Q        Did she typically purchase
24 Roundup?
25 A        No.  I did.

Peter Engilis, Jr.

1  Q        Okay.  How -- did she purchase
2  Roundup after that first time?
3  A        I -- I don't remember.
4  Q        But you are -- you were the --
5  you typically would go to Lowe's to purchase
6  the Roundup?
7  A        Correct.
8  Q        How often did you buy Roundup?
9  A        I guess every couple of months.
10 I'm not sure.
11 Q        Okay.  So you're estimating every
12 couple of months?
13 A        Correct.
14 Q        So it could have been every three
15 months possibly?
16 A        Two months, four months.  I don't
17 remember.  I don't remember.  I'm sorry.
18 Q        So somewhere between every two
19 and four months; is that fair?
20 A        Sounds reasonable.
21 Q        When you went to Lowe's, would
22 you usually purchase Roundup along with some
23 other household items?
24 A        Correct.
25 Q        Okay.  What sorts of other

Peter Engilis, Jr.

1 household goods would you get?
2 A     Wow.  Tools.  I went to buy tools
3 at Lowe's.  Shelf paper.  That's a real
4 unusual question.  I bought electric drill
5 there.  You know, I bought storage
6 containers, the plastic storage containers.
7 I mean, I go to Lowe's a lot.  It's my, you
8 know, go-to store.
9 Q     Okay.  Let me ask you this:  Do
10 you remember ever making any special trips
11 to Lowe's just to buy Roundup?
12 A     Possibly.  I don't remember.  I'm
13 sorry.
14 Q     Do you know how much the Roundup
15 that you purchased cost?
16 A     I believe it was around 14, $15,
17 something like that.
18 Q     Did you always purchase the
19 one-gallon container?
20 A     No.  A few times I bought -- they
21 have a small -- maybe it's a quart container
22 with a trigger sprayer on the top.
23 Q     But you would usually purchase
24 the one-gallon container?
25 A     I believe it was one gallon,

Peter Engilis, Jr.

1 yeah.  The big one with the handle on top.
2 Q     Okay.  And then occasionally you
3 would purchase the small spray bottle?
4 A     Correct.
5 Q     Do you ever remember purchasing
6 Roundup on sale or that was discounted?
7 A     No.
8 Q     How did you typically pay for the
9 Roundup when you made those trips to Lowe's?
10 A     Cash.
11 Q     Did you ever use a credit card?
12 A     I -- I don't think so.
13 Q     Do you typically pay for most of
14 your store trips with cash or a credit card?
15 A     Now I pay with credit card, but
16 years ago I was -- I used to carry cash all
17 the time.
18        And when did you start using
19 credit cards?
20 A     Well, I've had credit cards for
21 years, but I started using credit cards for
22 all my purchases in 2015 when I moved --
23 when I moved to credit cards instead of
24 cash.
25 Q     Okay.  So you're saying that

Peter Engilis, Jr.

1 prior to 2015, you didn't use your credit
2 card to make --
3 A     Thereabout.  It was, you know, a
4 transition where I used to pay with
5 everything with cash.  And then I just, you
6 know, started using plastic for everything.
7 It just was a lot easier and it was safer.
8 Q     Okay.  Fair enough.
9 A     So it's my -- I mean, I --
10 Q     When did you stop using Roundup?
11 A     2015.
12 Q     Okay.  That happen to have
13 anything to do with why you started using
14 credit cards and not cash?
15 A     No.
16 Q     Do you have any receipts from any
17 of your Roundup purchases?
18 A     No.
19 Q     Do you typically keep receipts?
20 A     No.
21 Q     When you would go to Lowe's to
22 purchase Roundup, do you remember anyone at
23 the stores assisting you with your purchase
24 of Roundup?
25 A     Not really, no.

Peter Engilis, Jr.

1 Q     Okay.  Do you remember where in
2 the store the Roundup was kept?
3 A     In the lawn and garden area.
4 Q     Okay.  Do you remember any other
5 sort of other products that were kept near
6 the Roundup?
7 A     I can't remember.  I'm sorry.
8 Q     Do you remember any sort of
9 display for Roundup in the stores?
10 A     I can't remember.  I'm sorry.
11 Q     Absolutely.  And Mr. Engilis, "I
12 don't remember," "I don't know" is a
13 perfectly acceptable answer.  Like I
14 mentioned, I'm just looking for your best
15 recollection.  So "I don't know" is a
16 perfectly acceptable answer.
17 A     Some stuff you don't think about,
18 you know, and that's --
19 Q     No, no.  Of course.  Honestly,
20 that's why I'm asking, just to see if you do
21 happen to remember.
22        Do you remember if there were
23 different types of Roundup?
24 A     Yes.
25 Q     Okay.  And other than your wife

Peter Engilis, Jr.

1  purchasing that specific brand, is there any
2  reason you purchased that specific type of
3  Roundup?
4  A        It seemed like -- it seemed --
5  well, first time I used it, it did work.  So
6  I continued buying the same product.
7  Q        Your wife picked that type, and
8  you continued using it because it worked?
9  A        Correct.
10  Q        So you didn't see any Roundup
11  advertisements in the store when you
12  purchased it?
13  A        No.  I don't believe so.
14  Q        So you haven't ever seen an
15  advertisement for Roundup?
16          MR. HABERMAN:  Objection.  You
17  can answer.
18          THE WITNESS:  I can answer?
19  A        On TV.
20  Q        Okay.  So you think you've seen
21  an ad for Roundup on TV?
22  A        Correct.
23  Q        Can you tell me when you remember
24  seeing that advertisement?
25  A        No, I can't.  I'm sorry.

Peter Engilis, Jr.

1  Q        No.  Understandable.  Do you
2  remember how many times you may have seen an
3  ad on TV for Roundup?
4  A        No.  I'm sorry.
5  Q        Do you know any -- do you recall
6  any details about that advertisement?
7  A        I think there was like a
8  dandelion, and they showed it dropping over
9  dead, if I recall.
10  Q        Anything else?  Do you remember
11  that was said in that advertisement?
12  A        No.  No.  I'm sorry.
13  Q        All you remember is the
14  dandelion?
15  A        I think.  It's -- you know, it's
16  a long time ago.  I can't remember.
17  Q        Absolutely.  Right.  So you don't
18  remember any other details about that
19  advertisement?
20  A        No, sir.
21  Q        Where did you store the Roundup
22  in your house?
23  A        In my garage.
24  Q        Did you store any other sorts
25  of -- anything else around the Roundup?

Peter Engilis, Jr.

1  A        My tools.  Some of my -- I'm
2  trying to think what's in -- around that
3  area.  I have a workbench right next to it,
4  and I have shelves which I store old records
5  and old electrical devices that don't work
6  and stuff like that.
7  Q        Any other sorts of cleaning
8  chemicals or insecticides or pesticides in
9  your garage?
10  A        No.
11  Q        Have you ever read the label on
12  the Roundup product that you purchased?
13  A        Yes.
14  Q        Okay.  When did you read the
15  label?
16  A        A long time ago.  Years ago.  I'm
17  sorry.
18  Q        Do you know if you read it at the
19  store when you purchased it?
20  A        Probably.  I'm sorry.  I can't --
21  I can't remember those specifics.  I
22  apologize.
23  Q        No, no.  Absolutely.  Like I
24  said, that's perfectly acceptable.
25          Do you think you read it before

Peter Engilis, Jr.

1  using it?
2  A        Yes.
3  Q        Do you remember what the label
4  looked like?
5  A        The label on the front of the
6  package?  Was --
7  Q        Whatever label that you read.
8  A        I recall it had a -- the label
9  was white with -- I think Roundup was
10  written in blue.  And maybe some green on
11  it, a green slash or something.  I'm not
12  sure.  And then on the back the warning
13  talked about, you know, if you got it in
14  your eyes, rinse it out your eyes.  And
15  avoid using it -- I'm trying to think.
16  Maybe not using it when it rains, something
17  like that.  I'm not sure.
18  Q        Okay.
19  A        And there was something about it
20  was safe when it wasn't wet.  When it dried,
21  it was safe.
22  Q        Okay.  You said that -- so you
23  read the warning label on it?
24  A        Yes.
25  Q        You said it said something about

Peter Engilis, Jr.

1 rinsing it out of your eyes if it got in
2 your eyes?
3 A        Yes.
4 Q        And you remember it saying not
5 to --
6 A        I seem to recall -- I seem to
7 recall that.
8 Q        Okay.  And I think you also said
9 it said something along the lines of not
10 using it when it's raining or wet outside?
11 A        Correct.
12 Q        And I'm sorry, I don't think I
13 got it, but I think you said a third thing.
14 Or were those the only two?
15 A        I think it said it was safe once
16 it dried.  Again, that's just recollection.
17 We're talking years ago.
18 Q        Absolutely.  Do you remember
19 anything else about that warning label?
20 A        No.
21 Q        Do you think you only read it
22 that one time before you started using it,
23 or did you look at the warning label each
24 time you used it?
25 A        I don't remember.

Peter Engilis, Jr.

1 Q        Okay.  You told me three
2 different properties where you used Roundup.
3 And I'm just going to take them one by one
4 and ask you some questions about them.
5 A        Sure.
6 Q        We'll start with your current
7 address at Soft Shadow Lane.  How often did
8 you use Roundup at that address?
9 A        A couple of times a month.
10 Q        Was that always your practice, to
11 use it a couple times a month?
12 A        I'm sure it varied.
13 Q        Sure.  So are you saying you
14 could have used it less than a couple of
15 times a month at times?
16 A        Possibly, but probably more.
17 Q        Were there months --
18 A        I was pretty particular about my
19 yard.
20 Q        Okay.  Would there have been
21 months that you skipped using it?
22 A        Probably not.
23 Q        Okay.  How long would it take you
24 to spray your yard with Roundup at the
25 Shadow Creek Lane address?

Peter Engilis, Jr.

1 A        About a half an hour, I guess.
2 Q        Okay.  Is there any way for you
3 to estimate the total number of hours that
4 you've sprayed Roundup?
5 A        No.
6 Q        These questions may seem a little
7 out of place but I'll just ask you, what is
8 your height?
9 A        Five-six.
10 Q        Has that ever changed?
11 A        Yeah.  I was shorter when I was
12 younger.
13 Q        That is a perfect answer to a bad
14 question, Mr. Engilis.  And what is your
15 weight?
16 A        195.
17 Q        Has that changed since you've
18 used Roundup?
19 A        It was less when I was younger
20 too, so --
21 Q        During the years you used
22 Roundup, was it --
23 A        Just kidding.  I'm sorry.
24 Q        No, no, no.  Absolutely.  They're
25 silly questions.  I apologize.  There is

Peter Engilis, Jr.

1 some purpose to it, but -- I'm not wasting
2 time, I promise.
3         Have you generally been about 195
4 during the time that you used Roundup?
5 A        I was much lighter in 1990.
6 Q        When you say much lighter, how
7 much lighter?
8 A        Maybe 170.
9 Q        Okay.  And then -- I apologize if
10 it's intrusive, but have you just slowly put
11 on weight over the years?
12 A        Yes.
13 Q        Okay.  Now, at your rental
14 property in -- is it Summerfield?
15 A        Correct.
16 Q        How often would you use Roundup
17 there?
18 A        Once a month.
19 Q        Okay.  And that's consistent for
20 the five years you owned it?
21 A        Yes, because I'd go out every
22 month to make -- check the house out and
23 make sure everything was okay.
24 Q        And that was a condo that you
25 owned, or was it a house?

Peter Engilis, Jr.

1  A       Single-family house.
2  Q       Single-family home, okay.  And
3  are you saying that you sprayed Roundup each
4  month that you went out to check on it?
5  A       Yeah.  I had, again, a lot of
6  problems with weeds in the beds at the back
7  of the house.  The poison ivy, the dollar
8  weed, and -- I believe it was potato vine
9  too.
10 Q       Were there ever months that you
11 didn't go check on the property?
12 A       Possibly.
13 Q       And at your condo in Fort
14 Lauderdale -- well, let me ask you, at
15 Summerfield, how long would it take you to
16 spray that property with Roundup?
17 A       Probably 20 minutes or so.
18 Q       Now on to the Fort Lauderdale
19 condominium.  How often would you spray
20 Roundup there?
21 A       Once a month maybe.
22 Q       So correct -- was that your
23 parents' condo that you now own?
24 A       Yes.  I bought it from them.
25 Q       When did you buy that from them?

Peter Engilis, Jr.

1  A       1996.
2  Q       Okay.  Fair to say you started
3  using Roundup at that property in 1996?
4  A       You know, I'm trying to think.  I
5  used the property before I bought it from
6  them.  So I used the Roundup before I bought
7  it from them.  But I forget the years right
8  now.  I apologize.  I just --
9  Q       No, don't -- don't apologize,
10 Mr. Engilis.  It's perfectly acceptable.
11 A       I used the -- I used the place
12 for quite a while as like a vacation
13 retreat, and then I bought it.  I actually
14 bought it from my father.  My mom was gone.
15 I bought it from my father in I believe it
16 was 1996.  And -- but I probably used it
17 before I bought it.  I don't remember.
18 Q       Okay.  You think that you started
19 using Roundup at that property before you
20 purchased it from your parents?
21 A       Probably, yes, sir.
22 Q       Okay.  Would that have been
23 after 1990 though?
24 A       Correct.  Yeah, I didn't start
25 using the property until we moved to DeBary.

Peter Engilis, Jr.

1  Then we'd go there for vacation for, you
2  know, long weekends and stuff.  My dad never
3  used the place.
4  Q       Okay.  How often before you
5  purchased the condo would you use it?
6  A       Typically it was like once a
7  month.
8  Q       Okay.  Do you think you would
9  spray Roundup every time you went and used
10 it?
11 A       Again, I apologize.  I can't
12 remember.  I can't remember.
13 Q       No, absolutely.  So it could have
14 been once a month, but it could have been
15 less?
16 A       Correct.
17 Q       And after you purchased it, you
18 would continue to use it about once a month?
19 A       Correct.
20 Q       Do you think you probably sprayed
21 Roundup there every time you would go there?
22 A       Most typically because there was
23 a big problem with poison ivy around the
24 trash cans.  So I would spray that.  And
25 there's still that problem, but I've

Peter Engilis, Jr.

1  obviously stopped using the product.  But --
2  Q       Okay.  And similarly, it's
3  possible you missed a month here or there?
4          MR. HABERMAN:  Objection.
5  A       Yes, sir.
6  Q       Is that a yes?  I'm sorry, I
7  didn't hear you.
8          MR. HABERMAN:  You can answer.
9  A       Yes, it's possible.
10 Q       Okay.  And how long would you
11 spend using Roundup at that condo?
12 A       It was probably 10, 15 minutes.
13 Q       Do you know what percentage of
14 glyphosate was in the Roundup product that
15 you used?
16 A       No.
17 Q       Okay.  How long would a bottle of
18 Roundup last you?
19 A       We talked about that before.  I
20 mean, at the main house in DeBary, I used a
21 lot more of it because the yard was so big
22 than the other houses.  I'd store it in the
23 garage.  Honestly, it's not something I
24 thought about, but I used more of it in the
25 Summerfield house than I did in the Fort

Peter Engilis, Jr.

1 Lauderdale condo.
2 Q        That's a good point.  And if you
3 can't estimate, that's fine, but I'll just
4 ask you individually for each place.
5        At the DeBary house, can you tell
6 me how long a bottle of Roundup would last?
7 A        Two months, three months,
8 something like that.
9 Q        Okay.  And was that the -- would
10 you use the one-gallon sprayer at the DeBary
11 house?
12 A        Yes.
13 Q        You didn't use the hand sprayer
14 there?
15 A        Well, it was the bottle with -- I
16 believe it had the trigger sprayer attached
17 to the bottle.
18 Q        Okay.  That's a fair point as
19 well.  But you -- at the DeBary house you
20 would purchase and use the one-gallon
21 container?
22 A        Correct.
23 Q        And how about at the Summerfield
24 rental property?
25 A        It was the same.

Peter Engilis, Jr.

1 Q        And how often would that bottle
2 last you?
3 A        You know, I don't know.
4 Q        Okay.  And correct me if I'm
5 wrong.  At the condo, is that where you
6 would use the smaller hand sprayer?
7 A        I used the smaller hand sprayer
8 at the house as well because it was such a
9 big yard.  It was such a big yard.  But at
10 the condo, initially I think the first time
11 I used the gallon jug, but because of
12 storage space, I bought the -- and actually
13 I still have one of the bottles with the
14 hand sprayer -- hand trigger on it, you
15 know, on the top of the bottle.
16 Q        Okay.  And I'll just
17 differentiate them.  I'll call it the
18 one-gallon container and the smaller hand
19 sprayer; is that fair?
20 A        Okay.  Okay.
21 Q        And if I'm hearing you correctly,
22 at your two houses, the -- your current
23 house in DeBary and the rental property in
24 Summerfield, you always used the one-gallon
25 container?

Peter Engilis, Jr.

1 A        Yes.  Well, no, I had this hand
2 sprayer a few times too to do quick
3 touch-ups.  It was quick and easy,
4 particularly for the front yard where I
5 didn't have as much to take care of.
6 Q        Okay.
7 A        So I probably -- I probably at
8 the same time had both of them at that
9 house.
10 Q        Is that at your current house?
11 A        Soft Shadow, yes.
12 Q        And so you used the smaller hand
13 sprayer to just spray smaller areas?
14 A        Correct.  Like if I was just
15 doing a quick spot.
16 Q        Okay.  And is that -- would you
17 do the same thing at the Summerfield rental
18 property?
19 A        I don't believe so.  I think I
20 always used the big jug.
21 Q        Okay.  And because the condo had
22 less storage space, you typically used the
23 smaller hand sprayer there?
24 A        Correct.
25 Q        And I'm sorry if I asked you

Peter Engilis, Jr.

1 this, but do you remember the size of that
2 smaller hand sprayer?
3 A        I think it stands about this tall
4 (indicating).  That doesn't do anything for
5 you, but I'm thinking it's a quart bottle,
6 I'm guessing.
7 Q        Okay.  I think you mentioned that
8 the gallon container came with a -- did it
9 come with a wand?
10 A        I -- I don't remember if it had
11 the wand or if it had the small, like,
12 again, a trigger sprayer on a hose.  I
13 don't -- I think it was on the hose -- I
14 mean, the trigger sprayer originally.  I
15 think it might have changed over the years
16 to the wand.
17 Q        Okay.
18 A        I think a couple of times --
19 Q        Go ahead.  I'm sorry, I cut you
20 off.
21 A        I don't remember if one of the
22 times it had, like, a battery-operated
23 sprayer.  But, again, I can't remember.
24 Q        Okay.  Let me just unpack that,
25 see if I can understand what you're saying.

Peter Engilis, Jr.

1  So the larger gallon container, you think
2  came with a hose that had a hand sprayer
3  attached to it?
4  A        I think sometimes it had a hand
5  sprayer that you had to keep on squeezing a
6  trigger to make it work.  And then sometimes
7  I think it had a wand about a foot long that
8  you -- again, I can't remember.  You know,
9  it's been a long time.  But I'm thinking --
10 I think originally they were in the spray
11 where you had to pull the trigger
12 constantly, repetitively.
13 Q        Okay.  Did any of those
14 containers have a pump that you would use to
15 operate it?
16 A        No.
17 Q        So if I'm hearing you correctly,
18 you've used both types of applicators?
19 There's a hand pump and a wand?
20 A        I believe so, yes.  Uh-huh.
21 Q        You say you never used a boom
22 sprayer?
23 A        What is that?
24 Q        Well, if you don't know what it
25 is, it's fair to say you don't think you've

Peter Engilis, Jr.

1  used a boom sprayer?
2  A        I don't know what a boom sprayer
3  is, so I wouldn't know it if I saw it.
4  Q        Do you remember ever using
5  Roundup gel?
6  A        No.  Never.
7  Q        Have you ever used a backpack
8  sprayer to apply Roundup?
9  A        No.
10 Q        Tank sprayer?
11 A        No.
12 Q        Do you have any specialized
13 training for applying Roundup?
14 A        No.
15 Q        Fair to say you don't have a
16 license for herbicide application?
17 A        Well, do you need a license to
18 apply Roundup?
19 Q        I can tell you no, but I'm
20 assuming you don't have one?
21 A        No.
22 Q        No, no.  I wasn't suggesting
23 there was some improper usage.  Just to see
24 if you potentially had that.
25          All right.  Now I'm going to go

Peter Engilis, Jr.

1  and ask you a little bit more details about
2  each property and how and where you sprayed
3  Roundup if that's okay, Mr. Engilis?
4  A        Sure.
5  Q        I'll just take them in order.
6  Why don't I just refer to the Shadow -- is
7  it Shadow Creek or Shadow Lane?  The DeBary
8  address, how about that?
9  A        Okay.
10 Q        Do you know how large that lot
11 is?
12 A        The basic lot is 100 feet by 200
13 feet.  20,000 square feet.
14 Q        Okay.  Give me one second.  Do
15 you have a lawn there?
16 A        Yes.
17 Q        Do you know how large the lawn
18 is?
19 A        No, I don't.
20 Q        Is there a lawn in the back and
21 the front?
22 A        Yes.
23 Q        And does it span the whole
24 property, or is it just a portion of the
25 property?

Peter Engilis, Jr.

1  A        Just a portion.
2  Q        Can you estimate?  Half or a
3  quarter?  Three-quarters?
4  A        Well, because the lot's 20,000
5  square feet, there's -- but there's another
6  couple thousand square feet of lawn in the
7  front where the swell is.  But then there's
8  several thousand square feet in the back
9  right behind the lot that's a buffer between
10 my house and the golf course, which is one
11 of the areas I use the Roundup.
12 Q        Okay.
13 A        And then on the left side of the
14 lot, there is, you know, a wooded area
15 where, again, that was one of the problems
16 with all the weeds and the -- what do they
17 call it -- potato vine and stuff.  So -- and
18 there was large islands in the backyard.
19 So, you know, maybe -- I don't know, maybe
20 half of it.
21 Q        Okay.  Mr. Engilis, I'm going to
22 just show you an image of your home and just
23 see if we can get our bearings straight.
24 A        Okay.
25 Q        I'll mark --

Peter Engilis, Jr.

```
1   A        That will make -- that will make
2   it a lot easier.
3   Q        That's why I'm doing that, just
4   so I can get a sense of --
5   A        Okay.
6        MR. MOSS:  And this will be
7   Exhibit 1 to this deposition.
8            (Exhibit Number
9             1 was marked
10            for identification.)
11  Q        So I'm going to share my screen,
12  or at least try to.  Let me know if you can
13  see this or not.  Do you see that there?
14  A        Yes, sir.
15  Q        Is that -- did I at least get the
16  address correct?  Is that your home?
17  A        Yes, sir.  Uh-huh.
18  Q        Okay.  And so Soft Shadow Lane,
19  right, I'm looking -- that's the front of
20  your home over to the right of the picture?
21  A        Right.  Correct.
22  Q        And it looks like your backyard
23  is fairly wooded?
24  A        Correct.
25           Okay.  So that -- most of your
```

Peter Engilis, Jr.

```
1   property -- I guess there is -- at least the
2   front yard has a larger lawn maybe than the
3   back.  Is that possible?
4   A        Correct.
5   Q        Okay.  Did you spray your lawn
6   with Roundup?
7   A        No.
8   Q        Okay.  I guess what part of your
9   property did you spray -- did you spray with
10  Roundup?
11           If you're looking at the picture
12  in the upper left-hand corner where the
13  driveway is --
14           Let me actually -- we can -- let
15  me do that actually.  We can switch this to
16  Exhibit 2 and I can go back.  But is that
17  what you're referring to?
18  A        Yeah.  The whole left side is
19  tree and wooded, and it starts at the
20  property line.  There's 20 feet in front of
21  the property line which is the swell, but
22  that goes back 200 feet.  So I did that
23  whole area on the left side because of the
24  problems with weeds.  Again, the dollar
25  weed, the -- particularly potato vine and
```

Peter Engilis, Jr.

```
1   poison ivy.
2   Q        Okay.  And let me just clarify
3   for the record.  I switched to the street
4   view on Google of your current home, and
5   I'll make this Exhibit 2 to clarify.
6            (Exhibit Number
7             2 was marked
8             for identification.)
9   Q        You're saying that on the left
10  side of this image is -- is that your
11  driveway?
12  A        Correct.
13  Q        And that goes back -- did you
14  say 200 feet?
15  A        The wooded area goes back 200
16  feet, yes.  Not the driveway.
17  Q        So you sprayed all along the
18  left-hand side.  Would that be north of your
19  house?
20  A        On the left-hand side, correct.
21  Yes.
22  Q        So you sprayed that whole area --
23  that whole area is 200 feet.  Is that what
24  you're saying?
25  A        From the front property line --
```

Peter Engilis, Jr.

```
1   there's actually a streetlamp there, and it
2   goes back to the rear property line, is
3   exactly 200 feet.
4   Q        And are you saying that you
5   sprayed that entire 200 feet?
6   A        Well, I sprayed the edges of
7   the 200 feet, a couple of feet in.  Let's
8   say two to three feet in.  I obviously
9   didn't spray the trees, but I sprayed the
10  stuff on the ground all the way back,
11  because, again, I had a lot of problems
12  with -- excuse me -- weeds in there.
13  Q        Okay.
14  A        If you go back to that picture,
15  I'll show you something else too.
16  Q        Okay.  We can switch back to the
17  satellite view, if I can.  I'll try to do
18  that.  Let's go back to Exhibit 1.
19  A        That's good right there.
20  Q        Okay.  What were you -- what were
21  you wanting to show me?
22  A        Well, in the back where the trees
23  are, there's all these islands.  And the
24  islands would get overgrown with weeds, so I
25  used the Roundup in the islands.  And at the
```

Peter Engilis, Jr.

1 very back of the lot at the 200-foot line,
2 there was about a 30-foot buffer that was
3 heavily wooded, or is heavily wooded, and
4 again, it would be overgrown.  And the golf
5 course would let us, you know, control that.
6 So I sprayed in that area as well.  So that
7 was, you know, another area to cut down the
8 overgrowth because the weeds would go crazy
9 back there.
10 Q        Okay.  You said that there are
11 islands in the backyard?
12 A        Islands meaning -- like say you
13 have a cluster -- you have a cluster of
14 trees, and you might have an area where
15 there was no grass.  And it would be, you
16 know, kind of like dug out a little bit,
17 full of mulch, and the weeds would overtake
18 those areas.
19 Q        Okay.  How many of these islands
20 were back there?
21 A        Let me think.  Five, I believe.
22 Q        Do you know -- can you estimate
23 how large those islands were?
24 A        Several thousand square feet
25 combined.

Peter Engilis, Jr.

1 Q        Okay.  And you sprayed those with
2 Roundup?
3 A        Yes.  The ground because of the
4 weeds, yes.
5 Q        So you sprayed the entire area?
6 A        Typically, yes.
7 Q        Okay.  And then you mentioned
8 that on the back of the property line
9 there's a buffer, did you say?
10 A        Yeah.  There's an area between
11 the property line and the golf course, and
12 that's -- in fact, the prior aerial picture,
13 when you went back a step or two, kind of
14 showed that.  And some people -- the golf
15 course would let you clear it.  Some people
16 cleared it completely.  I left the trees
17 there because I looked the looks of the
18 trees, but needed to control the growth.  So
19 that was probably -- I mean, it's 100 feet
20 by maybe approximately -- average 30 feet in
21 depth, so.
22 Q        Okay.  So you say this buffer,
23 it's basically the property line on the back
24 of your house before you get to the golf
25 course?

Peter Engilis, Jr.

1 A        Correct.
2 Q        And that is 100 feet wide -- or
3 in length?
4 A        Correct.
5 Q        And you would spray how much --
6 how deep would you spray as well?
7 A        The whole thing whenever it
8 needed it.  And that -- when I sprayed that
9 area -- you know, this was years ago -- I
10 could use the whole gallon back there at
11 times because it would get so bad.
12 Q        Okay.  How -- so you said that it
13 was 100 feet in length, but how deep was the
14 area that you sprayed?
15 A        It averaged about 30 feet.  It
16 averages about 30 feet.
17 Q        Okay.  And you would spray that
18 entire area with Roundup?
19 A        Typically, yes.
20 Q        And would you spray that area
21 every time that you used Roundup on the
22 house?
23 A        Not always, no.
24 Q        Okay.  How often do you estimate
25 you sprayed that back buffer area?

Peter Engilis, Jr.

1 A        Certainly was in there at least
2 once a month, but, you know, the frequency
3 would vary I'm sure.
4 Q        Okay.  So you said you sprayed
5 along the edge of your driveway on the
6 bottom of this picture?
7 A        Correct.  That would be the south
8 side of the lot, yes.
9 Q        Okay.  And would you spray that
10 area every time you applied Roundup?
11 A        That was a more prevalent area to
12 spray, that and the islands in the backyard.
13 Q        Okay.  So you sprayed those two
14 areas more frequently than you did the back
15 buffer?
16 A        Probably, yes.
17 Q        Okay.  So is it fair to say that
18 that back buffer area you sprayed less than
19 once a month?
20 A        Again, you know, I didn't have a
21 routine or a pattern.  It's hard to say.  I
22 mean, sometimes it would be really -- you
23 know, I'd have to take care of it all, and
24 other times I would, you know, do spot
25 sprays.  But it was something I did on a

Peter Engilis, Jr.

```
1  regular basis.
2  Q      Okay.  Are there any other areas
3  that you sprayed Roundup with on this
4  property?
5  A      In the front where the sidewalk
6  is going to the front door, there was --
7  Q      I'll switch back to that street
8  view for you.
9  A      Actually -- so that area
10 where the shrubs are and you can see the
11 large sego palm in front of the window, that
12 area there is maybe 8, 10 feet deep.  And
13 again, I would -- I'd spray that for
14 incidental weeds, grasses, things like that.
15 And then the island in the right in front of
16 those two palm trees, that would get
17 overgrown with different stuff.  I don't
18 even know what it was.  Those are palmetto
19 bushes you see there, but I'd spray in that
20 area as well to try to control that.
21 Q      Okay.  So that -- those bushes in
22 front of the two palms on the right of this
23 picture you would spray?
24 A      Correct.
25 Q      And would you spray there every
```

Peter Engilis, Jr.

```
1  time you used Roundup on the house?
2  A      Again, I didn't have an exact
3  pattern every time.  Sometimes if I had the
4  hand sprayer and the small bottle, I might
5  spot spray something, but depends if I was
6  just doing a quick touch-up or if I was
7  doing the whole yard.  It varied, you know.
8  Q      Okay.  So these two places on the
9  front of your house, you just said on a --
10 there's a sego palm on the left, you
11 wouldn't spray the whole area.  Were you
12 spot spraying these areas?
13 A      I was spraying basically the
14 ground because they'd get overgrown with
15 weeds and grasses.  And, you know, I'd pay
16 somebody to pull the weeds and they'd be
17 back quickly, so it was much easier and time
18 effective to just spray it periodically.
19 And, you know, that seemed to be the best
20 way of doing it.  Those big round shrubs
21 next to the sego, there's space behind that
22 of about 2 to 3 feet.  Runs the whole width
23 of that area.  And spray in that area too.
24 Otherwise the grass -- the wild grass would
25 grow crazy in there.
```

Peter Engilis, Jr.

```
1  Q      Okay.  You're saying that there's
2  an area behind those two larger palms on the
3  right?
4  A      No, on the left.  The shrubs --
5  Q      Oh, on the --
6  A      The round shrubs.
7  Q      I see.
8  A      Yeah.  So I'd go back there and
9  spray the ground in there, because, again,
10 it would get overgrown.  It would take hours
11 to pull the weeds.  And, you know, paying
12 somebody gets real expensive, so the Roundup
13 was a quick solution.
14 Q      Are there any other areas
15 that you used Roundup on at this property?
16 A      Not really.
17 Q      When you say not really, is it
18 possible there were other places, but --
19 A      It's possible something come
20 up -- I'm thinking on the right side of the
21 house, there's a strip between the grass and
22 the house where I have pavers, and sometimes
23 the weeds would get in there so sometimes
24 I'd spot spray that.  And actually now that
25 you remind me, I forgot at the back of the
```

Peter Engilis, Jr.

```
1  house there's a section about 16 feet long
2  where I had shrubs.  Again, I'd spray the
3  weeds in there.  And then behind the porch,
4  which was about 30 feet, there was a
5  landscaped area, and we'd spray in there
6  too.  You know, I forgot about that.
7  Q      Okay.  So you said in the back
8  there was a 16-foot-long --
9  A      On the right-hand side, if you're
10 looking where the palm trees are, to the
11 very rear of the house on that side, there's
12 a approximately 16-foot-by, let's say,
13 2-foot area that has boxwood.  And I'd have
14 to spray the ground around that because the
15 weeds would grow crazy in there.
16        And then if you go behind -- like
17 where the front doors are, you go to the
18 back of the house directly behind the front
19 doors, there was a landscaped area that
20 had -- I think it was African iris.  And
21 around the iris would get overgrown with,
22 again, grasses in that area primarily and
23 would spray that area too.  So sometimes you
24 just go do, you know, one spot, but it was a
25 regular repeated thing to maintain the yard.
```

Peter Engilis, Jr.

1  And, you know, I used to have a really good
2  yard because I worked on it all the time.
3  Q        Okay.  When you were spraying
4  your landscaped area, you weren't spraying
5  the entire area, correct?
6  A        The grass?  No.
7  Q        Or any landscaped area where you
8  may have plants or bushes?  You were --
9  A        I'd spray the ground.  I wouldn't
10 spray the bushes obviously.
11 Q        So you're spraying the ground
12 around the bushes?
13 A        Correct.
14 Q        And I think you mentioned you had
15 a porch in the back?
16 A        Well, there's a patio on the
17 back, a screened patio.  And to the --
18 behind the patio, there is a landscaped area
19 with -- like I said, I think it's African
20 iris.  And I -- that would grow crazy.  And
21 then there was patio stones, and weeds and
22 grass would grow between the cracks of the
23 patio stones so I'd spray that.  And
24 that's -- you know, sometimes that was a
25 typical spot spray thing.  But, you know,

Peter Engilis, Jr.

1  it's a big yard, and it's -- it's --
2  probably the major negative of that area is
3  that you get so many weeds up there.  But,
4  you know, I -- again, I used to really try
5  to take care of my house.
6  Q        Right.  Any other areas on this
7  house that you used Roundup on?
8  A        No.
9  Q        I think you told me that it would
10 take you about 30 minutes when you would
11 apply Roundup?
12 A        Sounds reasonable, yes.  Uh-huh.
13 Q        Is it fair to say that on the
14 larger areas like the left boundary and the
15 back buffer, you would use the larger gallon
16 sprayer on those areas?
17 A        Yes.
18 Q        And then I think what you're
19 saying is on the smaller areas where you
20 would spot spray, you'd use the smaller --
21 A        And I didn't -- I didn't do the
22 same thing every time, as I said.  So
23 sometimes I would just do the whole yard as
24 needed with the big gallon sprayer.  But,
25 you know, the spot spray with the small

Peter Engilis, Jr.

1  container, I might just see something -- the
2  other thing is I forgot to mention there
3  would be cracks in the sidewalk and the
4  stuff would grow through there.  And that's
5  almost impossible to pull, so that would be,
6  you know, a situation where sometimes I'd
7  use the big sprayer; sometimes I'd use the
8  little sprayer.  But, again, we're going
9  back 20 years -- over 20 years now, so it's
10 hard to say specifically when and how and
11 all that.
12 Q        No, understandable.  Absolutely.
13          Now, let me just do this with
14 your other properties.  We'll go to your
15 rental property in Summerfield.
16 A        Okay.
17 Q        And let me see if I can find
18 that.  I did write this down.  And I'm
19 sorry.  Give me a second.  So that's -- so
20 I'm not wasting time, what was the address
21 of that rental property?
22 A        I believe it was 13901 Del Webb
23 Boulevard.
24 Q        Let me see if I can show you
25 this.  Do you see that there, Mr. Engilis?

Peter Engilis, Jr.

1  A        That's correct, yes.
2  Q        Is that it?
3  A        Correct.
4          MR. MOSS:  Okay.  And we'll mark
5  this as Exhibit 3 to the deposition.
6              (Exhibit Number
7               3 was marked
8               for identification.)
9  Q        How large of a property was this?
10 A        I think that -- I think that was
11 about a third of an acre.  It could have
12 been a half.  I don't remember.
13 Q        And I assume there's a lawn on
14 here as well?
15 A        Correct.
16 Q        Looks like the lawn kind of
17 encompasses most of the property?
18 A        Well, as you can see in the
19 picture, there's a whole row of trees along
20 Del Webb Boulevard that's on the property.
21 That whole -- that would be the north side
22 of the property on an angle.  That whole
23 area was treed and had, again, open beds
24 underneath it.  As far as the square footage
25 of the lawn, I don't know.  I never cut the

Peter Engilis, Jr.

1  grass there or anything.
2          And then in the back where you
3  see those shrubs, those are on the
4  neighbor's property, I believe.  But where
5  those two round circles are, when I owned
6  the house, there was a line of shrubs and I
7  think a couple of trees running about --
8  towards the bottom of the screen, you can
9  see where that cut -- where that angle is on
10 the neighbor's -- where they cut the grass
11 there, you can see the angle.  That was the
12 corner property line, and there were shrubs
13 going to around there.
14         And then the flower beds behind
15 the house that you see, it looks like they
16 put stone there.  It had mulch at the time.
17 Q       Those are those -- those are
18 those two circles on the back of the house?
19 A       Yeah.  And then it looks like --
20 it looks like they've enlarged this house
21 since I bought it.  The area to the right --
22 excuse me, to the bottom of the screen that
23 juts out sideways, again, going south, that
24 wasn't there.  There were a line of trees
25 running towards the front of the house

Peter Engilis, Jr.

1  before you got to the driveway.  They
2  stopped about -- there was a garage door, a
3  side garage door about 20 feet from the edge
4  of the building.  So, again, they've made a
5  lot of changes to this house apparently
6  since I owned it.
7  Q       Okay.  Did you similarly not
8  spray the lawn at this house with Roundup?
9  A       No.  I didn't spray the lawn, no.
10 Q       Can you tell me what areas of
11 this house that you did spray with Roundup?
12 A       I just did.  The whole area along
13 Del Webb Boulevard where all those trees are
14 from the very front corner of the lot where
15 the curve is, where it goes into the little
16 cul-de-sac, if you head southwest -- I can't
17 see a property line, but you've got trees
18 all along Del Webb Boulevard.  And then if
19 you go almost due south where you see those
20 shrubs now and those two round circles
21 sitting in the middle of the backyard,
22 that's where I had a bunch of trees, big
23 trees, and some islands back there that ran
24 to about the edge of the house.  And then
25 again where that -- of course, you don't

Peter Engilis, Jr.

1  know.  The room addition there -- it looks
2  like they added -- probably added a bedroom
3  to the house.  But that whole south side of
4  the house less 20 feet was landscaped with,
5  you know, islands there.  So those all --
6  those are all areas where I sprayed those.
7  Q       Okay.  I see a driveway there.
8  Did you spray the driveway?
9  A       No.  Just -- just the walkway
10 again to the front door for cracks -- for
11 weeds in the cracks.
12 Q       Okay.  Can you estimate the size
13 of the areas that you sprayed?
14 A       Oh, boy.  I don't know.  It would
15 be hard.  Let's see.  I don't know.  10,000
16 square feet, something like that.  I don't
17 know.
18 Q       Okay.
19 A       I guess -- again, I'm guessing.
20 The biggest area was the row around Del Webb
21 Boulevard because that's probably 150 feet,
22 give or take, and that had the islands
23 underneath the trees.  And that was -- you
24 know, that was a big problem.  And this --
25 they had a homeowner's association there,

Peter Engilis, Jr.

1  and they would hound you.  If you had any
2  overgrowth, the neighbors would complain.
3  So that's why I used to go out to the house
4  every month to take care of it.
5  Q       So that area along Del Webb
6  Boulevard, are you saying that you would
7  spray the areas underneath the trees?
8  A       Again, the ground, the land --
9  excuse me, the mulched areas around the
10 trees.  They were kind of like islands
11 around the trees.  Grass didn't grow up to
12 the trees.  It wouldn't grow under the trees
13 so we mulched it.  And it had basically beds
14 in there, and I'd use the Roundup to kill
15 the weeds coming out of those beds.
16 Q       So you wouldn't spray the entire
17 length of that Del Webb -- of that property
18 line on Del Webb Boulevard?
19 A       Well, I'd go in and out.  I think
20 there was a one section there where -- it
21 kind of looks like there's an arrow coming
22 out of that side street pointing to the
23 house.  Do you see that?
24 Q       I do.
25 a       Okay.  I think there was an area

Peter Engilis, Jr.

1  there that might have been 10 feet wide at
2  the time that was grassed to the road, but
3  the rest of it, I'd go up and down and spray
4  both from the street side and from the lot
5  side.
6      Q      Okay.  And similarly to your
7  DeBary property, you would use the larger
8  gallon tank to spray those bigger areas?
9      A      Yes.  I think -- I think that's
10  all I used there.  Again, it's been a long
11  time, but I think that's all I used there.
12      Q      Okay.  And for your Fort
13  Lauderdale condo -- I don't think I'm
14  probably going to pull up a picture of that,
15  but can you -- how large is the condo?
16      A      Well, the property the condo is
17  on is -- I don't know, maybe it's
18  100-by-200-and-something feet wide across
19  the back.  And where the trash cans were for
20  our side of the building, that would get
21  overgrown and I would just go spray back
22  there and then along the metal fence.  And
23  there was a wood fence in the back.  I used
24  to spray that too just to keep it
25  controlled.

Peter Engilis, Jr.

1      Q      All right.  Is that a first floor
2  apartment?
3      A      No.  I'm on the second floor.
4      Q      Let me see if I can just find
5  this.  Give me a second.  Let me see if we
6  can do this quickly.
7              Is this the condo building?
8      A      Very good.  Yes, sir.
9              MR. MOSS:  This can be Exhibit 4.
10              (Exhibit Number
11               4 was marked
12               for identification.)
13      Q      I don't know that this will
14  necessarily help us, but what parts of
15  the -- so how big is the condo itself?
16      A      The complex, the building?
17      Q      No, no, your -- the condo that
18  you own, how many square feet?
19      A      My apartment's maybe 950 square
20  feet, something like that.
21      Q      Okay.  And where would you use
22  Roundup at that condo?
23      A      Right rear corner, which would be
24  the southwest corner.  And then I used it
25  along the fence in the back.

Peter Engilis, Jr.

1      Q      So you weren't spraying inside
2  your condo, correct?
3      A      Oh, absolutely not.  No.  Of
4  course not.
5      Q      Okay.  Was there a balcony?
6      A      No.
7      Q      Okay.  So you were spraying
8  certain areas on the entire building's
9  property?
10      A      Just the rear.  I never touched
11  the front at all.  You know, what they -- we
12  have a lawn company take care of all that.
13  And I was just -- I was on the board of
14  directors, and I used to do, you know,
15  little odds and ends.  And that was one of
16  the things I did.
17      Q      Okay.  And so you were
18  spraying -- did you say a fence on the back
19  of the property?
20      A      Yeah, on the south side of the
21  lot.
22      Q      How large was that fence?
23      A      There were several fences there,
24  different kinds.  And they run I guess
25  the -- they run that, I guess.  They run the

Peter Engilis, Jr.

1  width of the property, so it's, I'm
2  guessing, 250 feet, something like that.
3  Maybe more.
4      Q      So 250 total feet of fence that
5  you would spray?
6      A      I've -- yes, uh-huh.
7      Q      Okay.  And that's the only part
8  of the property you would spray?
9      A      That, and on the southwest corner
10  behind the trash cans, I'd spray that area.
11  Excuse me.  Because that's where all the --
12  again, there was a lot of poison ivy there.
13  And I'd spray that maybe -- I'm thinking
14  maybe 30, 40 feet and that was it.  I didn't
15  do anything else.
16      Q      Okay.  So that area where the
17  trash cans were is about 30 or 40 feet wide?
18      A      Well, no.  In that area but a
19  little further north from the trash cans,
20  because there was -- it was really
21  overgrown.  It's actually the stuff growing
22  over from the neighbor's property.  And it
23  was so annoying so I'd spray it.
24      Q      Okay.  Can you estimate how many
25  total feet that you would spray on this

Peter Engilis, Jr.

1   property?
2   A        Sometimes I'd just do the -- like
3   30 or 40 feet on the west side.  And
4   sometimes I did the 200-and-some feet across
5   the back.
6   Q        Okay.  So you wouldn't spray all
7   the areas every time you went?
8   A        Absolutely not, no.
9   Q        Okay.  And how long do you think
10  it took you to spray those areas?
11  A        20 minutes, 30 minutes.
12  Q        Okay.
13  A        Probably typically sprayed -- go
14  down one way and turn around and spray on
15  the way back to make sure you get everything
16  properly.
17  Q        Okay.  And I don't know if I
18  asked you, but at your rental property in
19  Summerfield, I think you told me it would
20  take -- when you would spray Roundup, it
21  would be -- take about 30 minutes?
22  A        Sounds about right, yes.
23           MR. MOSS:  Okay.  We've been
24  going for about another hour.  Do you want
25  to take a quick break?

Peter Engilis, Jr.

1            MR. HABERMAN:  Yeah, let's do
2   that.
3            THE WITNESS:  Yes.
4            MR. MOSS:  However long you need,
5   Mr. Engilis, I'm --
6            THE WITNESS:  I'm sorry?
7            MR. MOSS:  However long you need.
8   It can be five, ten, 15 minutes, whatever
9   you need.
10           THE WITNESS:  I probably need ten
11  minutes.  I need to take a restroom break.
12           MR. MOSS:  Absolutely.
13           THE WITNESS:  Okay.  Thank you.
14           VIDEOGRAPHER:  The time is
15  11:15 a.m.  We're going off the video
16  record.
17           (Off the record.)
18           VIDEOGRAPHER:  The time is now
19  11:36 a.m.  We're back on the video record.
20  Q        (By Mr. Moss)  Okay.  Before we
21  broke, you were telling me about the places
22  you sprayed Roundup on your property, and I
23  want to ask you a little bit about how you
24  specifically applied Roundup.
25           You told me about different types

Peter Engilis, Jr.

1   of applicator you used.  It would be
2   one-gallon, the container.  One was a
3   hand -- a hand pump on the end of a hose; is
4   that correct?
5   A        Hand pump and -- it was the wand
6   sprayer.  I -- sometimes, I believe, and one
7   was like a trigger sprayer on the end of a
8   hose, on the gallon sprayer.
9   Q        Okay.  Trigger sprayer was the
10  term you used, okay, and a wand.  Okay.
11  When you used the wand, do you remember how
12  the liquid came out?
13  A        I believe there was an adjustment
14  on the nozzle.  You could make it a fine
15  pinpoint spray or a fan-type spray.
16  Q        Okay.  And which --
17  A        My charger just got here.
18  Q        Oh, okay.  No problem.  Take a
19  minute.
20  A        Thank you.  I apologize.
21  Q        Not a problem.
22           MR. MOSS:  We can go off the
23  record for a second.
24           VIDEOGRAPHER:  The time is
25  11:38 a.m.  We're going off the video

Peter Engilis, Jr.

1   record.
2            (Short recess.)
3            VIDEOGRAPHER:  The time is
4   11:39 a.m.  We're back on the video record.
5   Q        (By Mr. Moss)  Okay.
6   Mr. Engilis, a moment ago you were telling
7   me about the wand applicator that you used.
8   And you told me that you think it had an --
9   some sort of adjustment on the end that
10  allowed you to spray it in a targeted
11  manner?
12  A        Correct.
13  Q        And I think you said it would
14  allow you to spray -- did you say a mist?
15  A        No.  A fan, fan-type spray.
16  Q        Okay.
17  A        You could adjust the threads on
18  the cap on the end of the wand.
19  Q        Okay.  And would you use it in
20  just one manner, in the targeted spray only,
21  or both?
22  A        The spray -- the spread spray,
23  you know, for the landscape areas like
24  around the mulch and stuff, the targeted
25  area used primarily, if I recall, for the

Peter Engilis, Jr.

1 cracks in the sidewalk where you wanted to
2 pinpoint the chemical into the cracks to
3 kill the grass and weeds in there.
4 Q       Okay.  The fan setting, so you
5 would use that to apply largely to mulched
6 areas?
7 A       Yeah, to most of the larger
8 areas, yes, sir.
9 Q       Are those areas around the base
10 of trees you were describing?
11 A       Correct.
12 Q       Okay.  Do you remember how long
13 the wand was that you used?
14 A       The wand itself maybe 14, 15
15 inches, something like that.  A foot.  I
16 don't know.
17 Q       And when you'd spray with the
18 wand, would you -- how far from the weeds
19 would you hold it?  Would it be directly
20 above them?
21 A       No.  You're spraying in front of
22 you.  You know, maybe 2, 3 feet away,
23 something like that.
24 Q       Do you remember how far off the
25 ground the wand would sit?

Peter Engilis, Jr.

1 A       Well, I'd be holding it in my
2 hand, so it would be, again, the same.
3 About 2 to 3 feet, you know, off the ground.
4 Q       Okay.  Were you careful to only
5 spray Roundup where you needed to kill
6 weeds?
7 A       Yes.
8 Q       Okay.  So you -- were you not --
9 you weren't spraying the Roundup
10 continuously, were you?
11       MR. HABERMAN:  Object to form.
12 Q       You can answer.
13 A       Well, I'm not sure what you mean
14 by continuously.
15 Q       Okay.  Well, the wand itself, you
16 had to pump it to get the liquid to come
17 out, correct?
18 A       Again, I believe they changed
19 that over the years.  I apologize.  I'm
20 trying to think.  I'm having memory lapse
21 here.  You squeeze the trigger on the wand,
22 and I'm assuming there was maybe a battery
23 in there.  But I think the earlier versions
24 you had to maybe pump up the pressure.  I'm
25 trying to recall.  I apologize.

Peter Engilis, Jr.

1 Q       No, it's okay.
2 A       It's been some time.
3 Q       Absolutely.  Well, did you ever
4 spray it nonstop?
5 A       No.  No.
6 Q       Okay.  So that was a better
7 question.  So when you were applying it in
8 any area you did, you didn't spray Roundup
9 nonstop, correct?
10 A       Correct.
11 Q       Okay.  So you were only spraying
12 areas where there were weeds, correct?
13 A       Oh, in the flower beds or in the
14 areas that are mulched, I'd spray the whole
15 grassed area just to kind of keep it from
16 growing up.  Did I get the whole 100
17 percent?  Probably not.  But I didn't just
18 spot spray the weeds.  Especially -- you
19 know, the weeds would be all over the place.
20 You'd kind of spray the whole area, because
21 there's -- you know, as they're coming out
22 of the ground, hopefully it would kill
23 everything.
24 Q       Right.  So you were applying
25 Roundup in a targeted way to kill weeds

Peter Engilis, Jr.

1 where they were growing, correct?
2 A       Well, again, I'd use the broad
3 spray.  I won't say targeted, but I'd be in
4 those islands particularly or in the buffer
5 in the back and spraying as much as I could
6 without getting it on the actual trees or
7 any shrubs that I wanted to keep.  So I'd be
8 spraying the ground and the weeds and
9 grasses coming out of the ground.
10       The target -- you know, the
11 pinpoint spray was primarily, like I said,
12 on the cracks in the sidewalk with maybe
13 some cracks in the driveway too so you're
14 not getting stuff all over the place.
15 Q       But even with the fan setting,
16 you were still careful to only spray the
17 areas that you were intending to kill weeds?
18 A       Yes.
19 Q       And you were careful not to get
20 that on plants or trees?
21 A       Correct.
22 Q       Were there any times that you
23 sprayed certain areas that you weren't
24 intending to and killed certain plants that
25 you didn't intend to?

Peter Engilis, Jr.

1  A        I'm sure that happened.  I don't
2  recall.  I don't recall.
3  Q        Okay.  What was the weather like
4  when you would apply Roundup?
5  A        Well, if you're -- normally
6  they'd be clear days.  I wouldn't be doing
7  it in the rain.  I wouldn't be working on it
8  in the rain.  But it could have been cloudy.
9  It could have been sunny.
10 Q        Okay.  You mentioned that you had
11 read the label.  Do you remember if the
12 label said anything about what conditions
13 you were supposed to apply Roundup in?
14 A        I think it -- I think it said if
15 you knew it was going to rain, not to use
16 it.  That's my recollection.
17 Q        Okay.  Do you know if it said
18 anything about what temperature you were
19 supposed to use it in?
20 A        I -- no, I don't remember that.
21 Q        Okay.  But if it was raining, you
22 wouldn't apply Roundup, correct?
23 A        No.
24 Q        And that was a bad question.  So
25 you would not apply Roundup when it was

Peter Engilis, Jr.

1  raining?
2  A        No.
3  Q        Okay.  Do you remember what time
4  of day you used to spray?
5  A        No.
6  Q        Did you find that the product
7  worked well?
8  A        Yes.
9  Q        Do you happen to know what types
10 of weeds you were spraying?
11 A        As I said earlier, I had poison
12 ivy.  Something they called potato vine.
13 Dollar weed.  And then I'd get a lot of,
14 like, wild grasses, these grasses that would
15 grow, you know, two feet tall -- or a foot
16 tall, I should say.  There was another weed.
17 I have no idea what the name of it was, but
18 that was real prevalent.  It was a short
19 stubby weed that kind of grew in a cluster,
20 but I have no idea what they were.
21 Q        Okay.  Do you remember when you
22 would spray an area you had previously
23 sprayed, were there fewer weeds than before?
24 A        Yeah, it worked.  It worked.
25 They always came back but it worked.

Peter Engilis, Jr.

1  Q        And when -- did you remove the
2  weeds after you sprayed them and they died?
3  A        I guess I did sometimes.
4  Sometimes I did; sometimes I didn't.  I --
5  you know, they usually withered up.  But I
6  was pretty fastidious about taking care of
7  my yard, so I probably pulled them more
8  often than not.
9  Q        Okay.  Besides spraying Roundup,
10 what other types of lawn work would you do?
11 A        That was basically it.  I'd rake
12 leaves in the fall and winter, cleaning up
13 the leaves.  I had a lawn guy, so he would
14 cut the grass for me, do the edging and, you
15 know, trim any trees for me.  You know, I
16 didn't really like doing that kind of work.
17 I would let him handle that.
18 Q        Okay.  And is that the same for
19 the rental property?
20 A        The rental property, I never took
21 care of the lawn or trimming.  I paid
22 somebody to do that.  All I did when I went
23 out there was to, you know, pick up any
24 debris in the yard.  Again, that house had a
25 big problem with leaves in the back on that

Peter Engilis, Jr.

1  one side I mentioned, and I would rake
2  leaves.  And I would, you know, rake
3  leaves -- excuse me -- and then spray for
4  weeds.  But, again, I had a lawn service do
5  the edging, you know, and cutting the grass.
6  Q        Okay.  So you had a lawn service
7  at both properties?
8  A        Yes, uh-huh.
9  Q        Did you ever mow your own lawn?
10 A        Well, I didn't have a lawn mower
11 at Summerfield.  And way back when, I had a
12 lawn mower at Soft Shadow, but my dad was
13 alive then and he'd cut the grass for me.
14 He would like to do that.  But I've probably
15 cut the grass once or twice in 30 years I've
16 owned the house.
17 Q        Did you ever use a weed whacker
18 before spraying Roundup?
19 A        No.
20 Q        At your current property, do you
21 have a garden that you maintain?
22 A        A garden?  You mean with
23 vegetables?
24 Q        Or flowers or anything like that?
25 A        No, just shrubs.

Peter Engilis, Jr.

1  Q        Do you ever use fertilizer on any
2  of your properties?
3  A        No.  I pay the lawn guy to do
4  that.
5  Q        Okay.  Do you think your lawn guy
6  does use fertilizer on the property?
7  A        Only if I told him to do it.  I
8  haven't used fertilizer at Soft Shadow now
9  in years.  I'm not doing yard work.  The
10 house in Summerfield and years ago on Soft
11 Shadow, I would pay the lawn guy.  You know,
12 go get a bag of this or that and take care
13 of it.  It's not something I wanted to do.
14 I had better use of my time.
15 Q        Okay.  So you've asked that
16 your -- the lawn company that you use to use
17 fertilizers on the property?
18 A        Yes, uh-huh.
19 Q        Do you know --
20 A        I'm sorry, hold on a second.  The
21 phone fell off.
22 Q        Absolutely.
23 A        Okay.  So, yeah, I just -- it was
24 just -- I mean, I liked being in my yard.  I
25 have a beautiful -- I had a beautiful yard,

Peter Engilis, Jr.

1  but, you know, that's the kind of stuff I
2  didn't want to do.  I didn't want to cut
3  grass and I didn't want to edge and all that
4  stuff.  So I had -- a handyman would take
5  care of that for me.  And he was very, you
6  know, accommodating because, you know, I
7  paid him in cash.  And he just -- what -- he
8  took care of my house and -- you know, just
9  one of those things.  You know, made life
10 easy for me.
11 Q        You're still using a, for lack of
12 a better word, a lawn guy now?
13 A        Yes, uh-huh.
14 Q        Okay.  Has it been the same
15 person ever since you moved in there?
16 A        No.  I have a new guy since -- I
17 probably went through about three
18 independents years ago when I first, you
19 know, moved in.  In about 2015, I hired a
20 small company to do it.  So I pay him, but
21 he has not done, you know, any fertilizing
22 of any kind since then.
23 Q        Do you know the names of any of
24 the companies that you've used over the
25 years?

Peter Engilis, Jr.

1  A        They weren't companies.  They
2  were, you know, like the guys riding up and
3  down the street.  I'm trying to think.  The
4  one guy's name was Larry.  I can't remember.
5  I can't remember the other guy's name.
6  Maybe it was Dennis or something.  But they
7  cut my lawn for years.  They were -- you
8  know, they did a good job and they were
9  reasonably priced.  The guy now is named --
10 he doesn't actually cut it.  He pays
11 somebody else to cut it.  I'm trying to
12 remember his name.  John.  But he's been
13 cutting it since about 2015 I believe.
14 Q        Do you have a way of finding out
15 the information of the people you've used in
16 the past?
17 A        Definitely I can get John's
18 number.  I mean, I still know where he is
19 and everything.  That's not an issue.  But,
20 yeah.  The other ones I don't know.  I don't
21 know if I have those numbers.  I'd have to
22 look them up.  They just -- you know, again,
23 we're going back a long time.  The one guy
24 was probably up until about 2000, 1999.  And
25 the other guy, I can see if he's around.  I

Peter Engilis, Jr.

1  don't know that I even have his phone
2  number, but I can find out.  But definitely
3  the third one, I have his name and number.
4  Q        Thank you, Mr. Engilis.  I
5  appreciate that.
6         While you were spraying Roundup,
7  what would you typically wear?
8  A        Typically wear, you know, shorts
9  and a T-shirt, old boat shoes.  I'd
10 typically wear long-sleeve T-shirts, and
11 then I'd wear plastic gloves.
12 Q        So you'd typically wear a
13 long-sleeve T-shirt?
14 A        Yes, uh-huh.
15 Q        What type of fabric would those
16 shirts be?
17 A        Okay.  I'm assuming cotton.
18 Q        A T-shirt though?
19 A        Yes, uh-huh.
20 Q        You said you would wear shorts.
21 Did you ever wear pants while you were doing
22 that?
23 A        Blue jeans probably.
24 Q        Okay.  Would you typically wear
25 long -- wear pants or shorts?

Peter Engilis, Jr.

1  A        Depends on the temperature
2  outside.  I'm a blue jeans kind of guy, but
3  in the summertime when it's hot, I'd
4  probably be wearing my Sportif shorts.
5  Q        Okay.  But when it wasn't too
6  hot, you'd wear blue jeans?
7  A        Yes, uh-huh.
8  Q        You said you would wear boat
9  shoes?
10  A        Yes, uh-huh.
11  Q        Did you always wear close-toed
12  shoes, not sandals?
13  A        I hate sandals.  I have never
14  worn sandals, to my wife's chagrin.
15  Q        Would you wear socks with the
16  shoes?
17  A        Sometimes.
18  Q        You mentioned that you would wear
19  gloves when you would spray Roundup?
20  A        Yes, uh-huh.
21  Q        Would you wear gloves every time
22  you sprayed Roundup?
23  A        Honestly, I think I did.  I
24  either wore the little gloves you buy at
25  Walgreens for medical care, or I'd wear

Peter Engilis, Jr.

1  these heavy-duty rubber gloves that my wife
2  bought me.  They look like -- the palms are
3  all rubber texturized, and the backs are
4  some kind of material.
5  Q        Okay.  Either way, whichever type
6  of glove, you always wore some sort of glove
7  when you sprayed Roundup?
8  A        Uh-huh.
9  Q        You said that you would wear
10  rubber gloves for medical care?
11  A        Well, they're -- they were
12  plastic.  I forget what they call them.
13  Sometimes they're made out of vinyl, and
14  sometimes they're made out of -- they're
15  called nonsurgical gloves.  They sell them
16  in boxes.  You get like a hundred in a box.
17  And I was pretty religious about wearing
18  those or the, you know, much heavier gloves.
19  And that's just -- my wife even wears them
20  in the house when she's doing dishes and
21  stuff.  Just to protect your hands.
22  Q        Do you still use these around the
23  house?
24  A        Yes, uh-huh.
25  Q        Okay.  Do you know what brand?

Peter Engilis, Jr.

1  A        No.
2  Q        You also mentioned heavy-duty
3  rubber gloves?
4  A        Yeah.  They're, you know, work
5  gloves.  You know, you buy them at Lowe's,
6  and the inside is -- the palm side is
7  usually rubber or some kind of textured
8  nonslip finish, and then the back is either
9  like canvas or a stretchy material.
10  Q        Okay.  Did you wear any other
11  personal protective equipment while spraying
12  Roundup?
13  A        Just occasionally I'd wear
14  goggles.  You know, safety glasses.  That's
15  on occasion.  I hated them.
16  Q        Were those actually protective
17  goggles?
18  A        You know, the clear plastic --
19  they're like glasses but they have wide arms
20  on the side to protect anything getting in
21  your eyes.  And they're just basically clear
22  plastic.  And I didn't wear them all the
23  time.  I didn't like them.
24  Q        Okay.  Was there a particular
25  reason you would wear them as opposed to not

Peter Engilis, Jr.

1  wearing them?
2  A        Primarily when you're working in
3  the yard.  Also to keep bugs out of your
4  eyes and stuff, you know.  And I also wore
5  sunglasses at times.
6  Q        Okay.  Would you always have
7  something over your eyes, whether it be
8  sunglasses or protective glasses?
9  A        I can't say that I did, no.
10  Q        Okay.  But more often than not
11  you'd have something covering your eyes?
12  A        Yes.
13  Q        Did you ever wear a mask while
14  applying Roundup?
15  A        Probably only a couple of times,
16  those inexpensive -- I think they call them
17  white masks with the little elastic string
18  around them.  But not typically, no.
19  Q        Okay.  But there were times where
20  you would wear a mask?
21  A        Yeah.
22  Q        Were these disposable masks?
23  A        Yes, correct.  Use one time and
24  throw them out.
25  Q        Okay.  Similar to what everyone's

Peter Engilis, Jr.

1  been wearing now since COVID?
2  A      Yeah.  Yeah, exactly.
3  Q      Okay.  Was there a particular
4  reason you would wear a mask as opposed to
5  not wearing a mask?
6  A      Probably because my wife nagged
7  me.
8  Q      Fair enough.  Those heavy-duty
9  rubber gloves you mentioned, do you remember
10 how long they were or how far up your
11 forearm they went?
12 A      They didn't go up my forearm.
13 They just went past my wrists.
14 Q      When you weren't using disposable
15 gloves, would you wear the same gloves, or
16 would you get new gloves?
17 A      Obviously I wore the same glove,
18 you know, more than one time.  But that's
19 why I liked the disposable gloves.  We've
20 been doing that for years, because use them,
21 very carefully take them and just throw them
22 out, you know.  That way there's no
23 contaminants on the gloves, chemicals.
24 Q      So you like the disposal gloves
25 because you can carefully remove them

Peter Engilis, Jr.

1  without getting anything else on your hands?
2  A      Yeah.  Again, I used them all the
3  time.  We keep them.  I think I even have
4  some in my closet in the house for some
5  reason.  I don't know.  But yeah, we use
6  them all the time.
7  Q      Why were you wearing gloves?
8  A      Well, one, to protect my hands.
9  And, you know, it's still a chemical, and
10 use it for chemicals.  But also, when I used
11 to do yard work, I'd wear gloves too.  So it
12 was just a habit when I would do yard work
13 to wear the glove.  Whether I was raking
14 leaves or, you know, whatever, I would wear
15 the cheap plastic gloves.  And I just was --
16 been doing that for years.
17 Q      So you were wearing gloves to
18 protect your hands from chemicals?
19 A      Well, from whatever I was doing,
20 whether -- again, like I said, whatever I
21 was doing as far as -- whether I was raking
22 so I didn't -- you know, the rake wouldn't
23 wear on my hands.  But -- or picking up
24 leaves or taking -- you know, taking the
25 trash bags of leaves to the street and

Peter Engilis, Jr.

1  spraying the Roundup.  Yeah, I used those
2  almost all the time.  I won't say I did them
3  100 percent, but, yeah, I used gloves all
4  the time.
5  Q      But when you were spraying
6  Roundup, you were putting gloves on to
7  protect your hands from chemicals?
8  A      Well, it was just common sense.
9  Yes.
10 Q      Anything else that you would wear
11 while spraying Roundup that we haven't
12 discussed?
13 A      No.
14 Q      After you were finished spraying
15 Roundup, what did you do?
16 A      I would put the bottle away back
17 in the garage, take off the gloves, go
18 actually in the kitchen and wash my hands.
19 Q      So you would immediately go in
20 and wash your hands?
21 A      Yes.
22 Q      Did you do that every time you
23 sprayed Roundup?
24 A      I -- honestly I can't -- I can't
25 say that I did every time, but, I mean, it

Peter Engilis, Jr.

1  was a pretty commonsense thing that I would
2  do it.  I mean, did I get distracted
3  sometimes and start working on something
4  else?  It's definitely possible.
5  Q      Well, regardless of whether it
6  was immediate or not, you would wash your
7  hands after?
8  A      Absolutely.  Absolutely.  You
9  know, I'm really big about -- way before
10 COVID, the antibacterial soap.  All the
11 rooms -- all the bathrooms and kitchen all
12 have antibacterial soap.  I was real big on
13 getting anything off my hands that I could.
14 And I use paper towels instead of cloth
15 towels so I could -- after I wiped my hands
16 dry, I could throw out the paper towel.
17 Q      That was my next question.  So
18 you would wash your hands with soap every
19 time?
20 A      Yes, uh-huh.
21 Q      Would you change clothes
22 afterwards?
23 A      I -- depends if I was finished
24 working in the yard or not.  If I was
25 continuing to work in the yard for a while,

Peter Engilis, Jr.

```
1   I wouldn't be changing my clothes.  You
2   know, summer, if it was really hot and I was
3   sweating, I would possibly change my shirt,
4   but I would only change my clothes and, you
5   know, go take a shower after I was done,
6   because most typically I'd sweat.  A lot of
7   times my -- for common sense though, just
8   because I'd be so sweaty, more than anything
9   else, I'd take my clothes off in the garage
10  and then go in the house and take a shower.
11  Q        Right.  Well, whenever you were
12  done doing yard work, you would change
13  clothes and take a shower?
14  A        Absolutely.
15  Q        And would you wash your clothes
16  after you sprayed Roundup and changed?
17  A        Well, not necessarily
18  immediately, no.
19  Q        Okay.  But you would eventually
20  wash them before wearing them again?
21  A        Of course, yeah.  Of course.
22  I wouldn't -- yeah, no, I --
23  Q        Common sense, I know, but I have
24  to ask, Mr. Engilis.  I apologize.
25  A        Well, I -- yeah.  I'm really big
```

Peter Engilis, Jr.

```
1   on cleanliness.  My house is real clean, and
2   we try to take precautions.  I wash my --
3   take a bath -- excuse me, I take a shower
4   every morning and most times take one at
5   night.  But certainly after I've been
6   working in the yard, when I come in sweaty, I
7   immediately have to take a shower.  I can't
8   stand myself.
9   Q        Fair enough.  Thank you,
10  Mr. Engilis.
11          I'm just going to ask since it's
12  a little bit after noon, are you hungry?  Do
13  you want to take a quick lunch break?  Do
14  you want to keep going for a bit?
15  A        It's up to you and Jeffrey.
16          MR. HABERMAN:  How much longer do
17  you have?
18          MR. MOSS:  I don't have much more
19  here, and then I've got to get into his
20  medical history.  But, I mean, we're
21  probably going to need a lunch break at some
22  point, put it that way.
23          MR. HABERMAN:  Why don't we go
24  for another half hour or so and see where we
25  are after that?
```

Peter Engilis, Jr.

```
1           MR. MOSS:  Absolutely.
2   Q        (By Mr. Moss)  Mr. Engilis, when
3   you were spraying Roundup, do you remember
4   ever feeling it on your skin?
5   A        Not that I can recall, no.
6   Q        So fair to say you were careful
7   every time you sprayed Roundup not to get it
8   on your skin?
9           MR. HABERMAN:  Objection.
10  Q        You can answer.
11  A        I don't -- you know, I don't
12  recall wanting it on my skin, let alone
13  getting it on my skin.  Is it possible there
14  was some overspray occasionally?  I guess.
15  Q        But sitting here today, you don't
16  remember ever feeling Roundup on your skin?
17  A        No.
18          MR. HABERMAN:  Objection.
19  Q        That was a no?
20  A        I'm sorry?
21  Q        I think you're --
22          MR. MOSS:  Did you get that,
23  Ms. Smith?
24  Q        (By Mr. Moss)  Mr. Engilis, have
25  you ever spoke with anyone at Monsanto about
```

Peter Engilis, Jr.

```
1   how to use Roundup?
2   A        No.
3   Q        Have you ever communicated with a
4   salesman or sales representative from
5   Monsanto?
6   A        No.
7   Q        Have you ever communicated with
8   anyone else at Monsanto about anything?
9   A        No.
10  Q        I know you mentioned that you've
11  hired lawn services and still use them.  Do
12  you know if any of those companies you've
13  used have ever sprayed Roundup on your
14  properties?
15  A        I don't believe they have, no.
16  Q        Okay.  Do you know if anyone else
17  has ever sprayed Roundup at any of your
18  properties?
19  A        My first lawn guy 20-something
20  years ago may have.  I can't recall.
21  Q        Okay.  Has your wife ever sprayed
22  Roundup on any of your properties?
23  A        No, not that I know of.
24  Q        Anyone else besides you ever
25  sprayed Roundup on your properties?
```

Peter Engilis, Jr.

```
1   A        Not that I know of, no.
2   Q        Have you ever used any other
3   herbicide other than Roundup?
4   A        No.
5   Q        Do you know if you've ever used a
6   product called Eraser?
7   A        No.  I've never heard of it.
8   Q        Or Buccaneer?
9   A        No.
10  Q        Or Envy?
11  A        No.
12  Q        Or Halex GT?
13  A        No.
14  Q        Or Flexstar GT?
15  A        No.
16  Q        Or Credit 41 Extra?
17  A        No.
18  Q        Is it possible that you used some
19  other herbicide besides Roundup and you're
20  just not remembering?
21  A        I don't believe so.
22  Q        I'm moving along here,
23  Mr. Engilis, I promise.  Aside from your
24  yard work, were there other sort of work
25  around the house that you did?
```

Peter Engilis, Jr.

```
1   A        Wash my car.
2   Q        Do you clean the house?
3   A        We had a housekeeper.
4   Q        Have you always had a
5   housekeeper?
6   A        We did until I -- my health
7   started being a problem.  She took care of
8   the laundry and cleaning of the house and
9   everything.
10  Q        Okay.  And so you don't have one
11  now?
12  A        No.
13  Q        And so who takes care of the home
14  now?
15  A        Mostly my wife.
16  Q        You mentioned that you clean your
17  car.  What type of cleaning products would
18  you use on your car?
19  A        Wash it with soap and water,
20  using water and soap.
21  Q        Anything for the interior?
22  A        No.  Just wipe it with a damp
23  cloth.
24  Q        Do you ever change your own oil?
25  A        No.
```

Peter Engilis, Jr.

```
1   Q        Or your antifreeze?  I realize
2   we're in Florida, but --
3   A        No.
4   Q        Okay.  Did you ever do any sorts
5   of home repairs around the house?
6   A        Yes.
7   Q        What types of things?
8   A        Change washers in a faucet or
9   change out, you know, a light fixture maybe.
10  Q        Did you ever paint your house or
11  paint the inside -- any walls on the inside?
12  A        No.  I hire people to do that.
13  Q        Did you ever do any woodworking?
14  A        No.
15  Q        Build furniture?
16  A        No.
17  Q        What about pest control?  You
18  ever sprayed any insecticides?  Pesticides?
19  A        No.  I don't believe in using
20  insecticides in or around my house.  It's
21  been a thing with me since I bought my first
22  house.  I just don't like chemicals in my
23  house like that.
24  Q        Have you ever had any of your
25  gardeners use pesticides in your yard?
```

Peter Engilis, Jr.

```
1   A        Not that I'm aware of.
2   Q        All right.  Mr. Engilis, I'm
3   going to move on and go through some of your
4   medical history if that's okay.
5   A        Sure.
6   Q        I'm just going to start by asking
7   you whether you've ever been diagnosed with
8   a series of different conditions.
9           So currently you have leukemia,
10  correct?
11  A        Yes.
12  Q        Is that CLL?
13  A        Correct.
14  Q        Have you ever been diagnosed with
15  non-Hodgkin's lymphoma?
16  A        Well, I didn't find out until the
17  last couple of years that CLL is a form of
18  non-Hodgkin's lymphoma.  I'm trying to
19  think.  When I was diagnosed with leukemia,
20  the doctor came to me and said, I have good
21  news and bad news.  You don't have
22  lymphoma -- because they thought I had
23  lymphoma -- but you have CLL.  And that's
24  why I was misled to not know that CLL was a
25  form of NHL.
```

Peter Engilis, Jr.

```
 1   Q        And just for the record, when I
 2   say CLL, I'm referencing chronic lymphocytic
 3   leukemia?
 4   A        Correct.
 5   Q        And you said you learned recently
 6   that CLL is a form of non-Hodgkin's
 7   lymphoma?
 8   A        I guess the cancer specialist was
 9   trying to appease my fears about having
10   lymphoma, because that's obviously serious,
11   but the way it was expressed to me -- and I
12   don't have a medical background.  I didn't
13   know for years that CLL was a form of
14   non-Hodgkin's lymphoma.  But, you know, I've
15   been dealing with the CLL and the other
16   factors, you know, ever since then.
17   Q        Okay.  Has a doctor ever actually
18   diagnosed you with non-Hodgkin's lymphoma?
19   A        They told me it was CLL.  And
20   again, I'm repeating myself.  CLL is a form
21   of non-Hodgkin's lymphoma.
22   Q        Okay.  So a doctor has told you
23   you have a form of non-Hodgkin's lymphoma?
24   A        No, I didn't say that.  Again,
25   the first time he said to me, I've got good
```

Peter Engilis, Jr.

```
 1   news and bad news.  You don't have lymphoma;
 2   you have CLL.  And he explained to me what
 3   that was, but he didn't go into the
 4   explanation that it was non-Hodgkin's
 5   lymphoma, that it's a related scenario.
 6   Q        Right.  But the condition you've
 7   been diagnosed with is CLL?
 8   A        Correct.
 9   Q        Have you had any other forms of
10   cancer besides --
11   A        Yes.
12   Q        -- CLL?
13   A        Yes.
14   Q        What types of cancer have you
15   had?
16   A        I've had bladder cancer twice.
17   I've had melanoma surgery, and this year I
18   had Mohs surgery.
19   Q        You say Mohs?
20   A        M-O-H-S, yes.
21   Q        Have you ever been diagnosed with
22   an immune deficiency?
23   A        No.
24   Q        Rheumatoid arthritis?
25   A        No.
```

Peter Engilis, Jr.

```
 1   Q        Have you been diagnosed with
 2   Celiac disease?
 3   A        No.
 4   Q        Or ulcers?
 5   A        No.
 6   Q        Or eczema?
 7   A        No.
 8   Q        How about psoriasis?
 9   A        No.
10   Q        How about Hashimoto's
11   thyroiditis?
12   A        Three times fast, please.  No.
13   Q        Have you ever had an organ
14   transplant?
15   A        No.
16   Q        Or a stem cell transplant?
17   A        No.
18   Q        Have you ever taken
19   immunosuppressant medications?
20   A        No.
21   Q        Have you ever been diagnosed with
22   diabetes?
23   A        No.
24   Q        Epstein-Barr virus?
25   A        No.
```

Peter Engilis, Jr.

```
 1   Q        Hepatitis B or hepatitis C?
 2   A        No.
 3   Q        Have you ever been diagnosed with
 4   obesity?
 5   A        No, but I need to lose weight.
 6   Q        Have you ever been diagnosed with
 7   inflammatory bowel disease?
 8   A        No.
 9   Q        Do you know if you've ever had
10   exposure to radiation in your lifetime?
11   A        No.
12   Q        Do you have any allergies to
13   medications?
14   A        Yes.
15   Q        What allergies do you have?
16   A        Penicillin and I think it's
17   called Erythromycin.
18   Q        Have you ever been diagnosed with
19   cysts, skin lesions, or any benign tumors?
20   A        No.
21   Q        Okay.  I know you mentioned
22   melanoma, but any other skin conditions
23   besides the melanoma?
24   A        The basal cell carcinoma.
25   Q        Basal cell carcinoma.  That's the
```

Peter Engilis, Jr.

```
1   same melanoma you were referencing?
2   A       They're different things.  I had
3   the melanoma, and then I had basal cell
4   carcinoma surgery this year.
5   Q       Have you ever had an adverse
6   reaction to a vaccine?
7   A       No.
8   Q       Okay.  You mentioned bladder
9   cancer twice, melanoma once, Mohs this year,
10  and basal cell carcinoma this year?
11  A       The Mohs was for basal cell
12  carcinoma this year.
13  Q       My apologies then.
14  A       The melanoma was in, I believe,
15  2015, if I recall, or 2014.
16  Q       When were you first diagnosed
17  with CLL?
18  A       I don't know the exact date.  I
19  believe it was sometime in 2014.  That was
20  when I had the melanoma surgery, and they
21  also went in and did a -- I apologize --
22  sentinel node biopsy in my armpit to make
23  sure the melanoma hadn't spread.  And after
24  that surgery, I was diagnosed with CLL.
25  Q       Okay.  So that was all part of
```

Peter Engilis, Jr.

```
1   the same surgery for your melanoma?
2   A       Correct.
3   Q       Prior to that surgery, were you
4   ever hospitalized?
5   A       No.
6   Q       So the first time you were ever
7   hospitalized is when you went in to have the
8   melanoma removed?
9   A       Correct.
10  Q       Okay.
11          COURT REPORTER:  I need to go off
12  the record.
13          MR. MOSS:  Yes.  We can go off
14  the record.
15          VIDEOGRAPHER:  The time is
16  12:20 p.m.  We're going off the video
17  record.
18          (Short recess.)
19          VIDEOGRAPHER:  The time is now
20  1:10 p.m.  We're back on the video record.
21          (By Mr. Moss)  Good afternoon,
22  Mr. Engilis.  I hope you had a decent lunch.
23  A       Quick and fast.
24  Q       Quick and fast.  Well, I'll try
25  to be quick and fast as well.
```

Peter Engilis, Jr.

```
1   A       Okay.
2   Q       Before we broke, we were talking
3   about your prior medical history.  And you
4   told me about your diagnosis with CLL.  Do
5   you know if you were ever diagnosed with
6   having something called a HTLV-1 virus?
7   A       No.
8   Q       Okay.  Can you tell me about your
9   health prior to 2014 when you were diagnosed
10  with bladder cancer and CLL?
11  A       I was very active.  I -- my big
12  passion was bicycle riding.  I would ride --
13  do 50-mile bike rides all the time.  I'd
14  ride with guys that were much younger than
15  me and had no problem keeping up.  I played
16  golf.  I played tennis.  Used to go snow
17  skiing.  And, I mean, I can ride a -- I can
18  ride a bicycle around the block, but that's
19  about it now.  So I was -- I thought I was
20  pretty healthy.  I don't -- you know, I did
21  what I liked as far as exercise, working
22  out.  I don't know what else you want.
23  Q       I'll ask you some follow-ups.
24  How about prior to 2014, any serious medical
25  conditions?
```

Peter Engilis, Jr.

```
1   A       No, not really.  I can't really
2   think of anything.  I wasn't in the
3   hospital.
4   Q       So you mentioned you were never
5   hospitalized prior to then; is that correct?
6   A       I'm trying to think.  The last
7   time I was in the hospital was in
8   maybe 1985, something like that.
9   Q       Okay.  What happened in 1985?
10  A       I was in the Rockies and I got
11  high altitude sickness.
12  Q       And so you were hospitalized
13  because of high altitude sickness?
14  A       Yes, uh-huh.
15  Q       You were in Colorado?
16  A       Correct, uh-huh.
17  Q       What city were you in?
18  A       Vail, Colorado.
19  Q       Do you happen to remember the
20  hospital?
21  A       No.
22  Q       Any other hospitalizations
23  besides that one before 2014?
24  A       No.
25  Q       Okay.  Prior to 2014, did you
```

Peter Engilis, Jr.

1  have a primary care physician that you saw
2  regularly?
3  A       Yeah.  Yes.
4  Q       And who was that?
5  A       Frank Mari, M-A-R-I.
6  Q       Am I correct that Dr. Mari is
7  still your PCP?
8  A       Correct.
9  Q       When did you first start seeing
10 Dr. Mari?
11 A       Probably about 1995.
12 Q       Did you see Dr. Mari regularly
13 since 1995?
14 A       I think typically about twice a
15 year for checkups.
16 Q       Prior to Dr. Mari, did you have a
17 main health care provider?
18 A       No, I don't think so.  No.
19 Q       So prior to 2014, am I correct
20 that you haven't had any health issues?
21 A       No.
22 Q       Have you ever had any issues with
23 hypertension or high blood pressure?
24 A       Yes.  That I've had, you know,
25 for a long time.  And that was the original

Peter Engilis, Jr.

1  thing I believe Dr. Mari treated me for.
2  Q       Okay.  And did you go establish
3  your care with Dr. Mari in 1995 because of
4  hypertension?
5  A       I don't believe so.  I think I
6  just was going in for a checkup.
7  Q       Okay.  Do you know when you were
8  first diagnosed with hypertension?
9  A       It was somewhere in the '90s.  I
10 apologize.  I can't place it.
11 Q       No, totally understandable.  Just
12 asking if you know.  Sometime in the '90s is
13 fine.
14         Any other health problems that
15 you remember having prior to 2014 besides
16 hypertension?
17 A       No.
18 Q       Okay.  Have you ever had genetic
19 testing performed or been to genetic
20 counseling?
21 A       No.
22 Q       You mentioned that you used to
23 exercise regularly?
24 A       Uh-huh.
25 Q       Do you currently exercise?

Peter Engilis, Jr.

1  A       Just a wee bit because I'm losing
2  all my strength.
3  Q       What do you do for exercise
4  currently?
5  A       I do mostly exercises on the
6  floor.  You know, leg lifts and try to, you
7  know, go up and down stairs trying to get --
8  just trying to get stronger.
9  Q       How often do you exercise
10 currently?
11 A       Hopefully two times a week.
12 Q       Okay.Was there a point where you
13 exercised more frequently?
14 A       Well, recently my one doctor
15 suggested I try to do a little more because
16 it helps me deal with the pain by
17 exercising.
18 Q       You mentioned that you were --
19 used to be very active.  When did your
20 activity level decline?
21 A       Primarily after the melanoma
22 surgery because I have a badly scarred arm.
23 You know, it bothers me an awful lot.  And I
24 was out of commission for quite a while, and
25 then everything else kept on happening.

Peter Engilis, Jr.

1  And I used to ride 150 miles a week on my
2  bicycle.  You know, I just had to give all
3  that up.  My passion has been bicycling.
4  Q       You mentioned that after the
5  melanoma surgery your arm was badly scarred
6  up?
7  A       Well, I still have a really bad
8  scar on the arm, but I have a lot of pain in
9  my arm.  And, you know, bike riding is --
10 it's just not easy to do because my arm
11 bothers me an awful lot.  But my arm took
12 quite a while to heal.  And, you know, it
13 just -- I wasn't really focused on
14 exercising after I had that surgery.  It was
15 more trying to recover.
16 Q       Okay.  And you said you were out
17 of commission for I believe quite a while
18 from the melanoma surgery?
19 A       Yeah.  I just didn't have
20 anything in me.  I was in a lot of pain, and
21 I just kind of vegetated.  I just didn't
22 have anything in me to do anything.  I kind
23 of just -- kind of, I don't know, lost
24 motivation.
25 Q       Okay.  How long were you out of

Peter Engilis, Jr.

1   commission for?
2   A       Well, I didn't work for -- I
3   mean, I didn't work really strenuous for --
4   I'm trying to think of the dates.  You know,
5   for several months I just kind of took it
6   easy and just was trying to feel better.  I
7   worked sporadically because in real estate,
8   you can kind of do that.  But, you know, it
9   just was one of those things, I just didn't
10  have anything in me.
11  Q       I understand.  And I'm trying to
12  get a sense.  Was it -- you said several
13  months.  Was it three months?  Was it six
14  months?  Was it a year?
15  A       I didn't work much at all in
16  2015.  And the end of 2014, I had to really
17  take it easy too.  But, I mean, I did do
18  some work, but, you know, it wasn't like I
19  was going to work every day.
20  Q       Sure.  Could that be about a year
21  that you were out of commission after the
22  melanoma surgery?
23  A       No.  No.  It wasn't that long.
24  Q       Six months?
25  A       Well, again, it's just a matter

Peter Engilis, Jr.

1   of, you know, if I was feeling okay, I could
2   do something.  And I didn't feel okay, I'd
3   just stay home in bed.  You know, it kind of
4   comes and goes.
5   Q       Sure.  Do you remember when
6   in 2014 you had the melanoma surgery?
7   A       I believe it was in November.
8   Q       Since then, have you been able to
9   cycle or ride your bike?
10  A       I ride it around the block
11  occasionally.  You have to understand, I
12  have two pro quality racing bicycles, and
13  that was my passion.  And just -- it's just
14  not in me anymore.  I just don't have the
15  balance or the energy to do it.  So I
16  just -- I went around the block I guess
17  about two weeks ago.  Five minutes.
18  Q       Okay.  And you haven't been able
19  to do more since your melanoma surgery?
20  A       Well, you know, again, I have
21  some good days and bad days.  And, you know,
22  again, my doctor suggested, you know, try to
23  stay as busy and as active as you possibly
24  can, but there's some days I just don't have
25  anything in me.  I cannot function.  And

Peter Engilis, Jr.

1   this horrendous fatigue.  And it comes and
2   goes.  And I still have pain in my arm from
3   the melanoma surgery.  But, you know, once
4   the fatigue hits you, it's like you don't --
5   you can't think about anything.  You can't
6   think about anything at all.  You just want
7   to curl up in a ball.
8   Q       No, I understand.  I'm just
9   trying to get a sense for when that started.
10  If I'm hearing you correctly, is that when
11  you had the melanoma surgery?
12  A       Yeah, the melanoma surgery, you
13  know, obviously set me back.  And I had --
14  earlier in 2014 -- I forget the dates, I'm
15  sorry.  I had bladder -- one bladder cancer
16  surgery.  And that -- I don't remember the
17  months, I apologize.  But -- and then the
18  melanoma came up.  My doctor spotted the
19  spot on my arm.  And then it's just been a
20  series.  And then the following year, 2015,
21  I had another bladder surgery.  So, you
22  know, it's just been a bunch of factors, you
23  know, accumulating on me.
24  Q       Okay.  I understand.  Thank you,
25  Mr. Engilis.

Peter Engilis, Jr.

1           Can you tell me about your diet
2   currently?  Is there anything that you can't
3   or don't eat?
4   A       I like a lot of seafood.  I'm
5   trying to think what I don't eat.  I think I
6   have a pretty normal diet.  Try to eat a lot
7   of vegetables.
8   Q       Is there anything that you can't
9   eat?
10  A       There's things I don't like, but
11  I don't think there's anything I can't eat.
12  Q       Okay.  That's a good answer.
13  Thank you.  What's your typical breakfast
14  like?
15  A       I don't have a typical breakfast.
16  The other day I had cereal, and I think the
17  day before I had raisin toast.  And some
18  days I'll have a donut, and some days I'll
19  have an egg.  I kind of want -- I just kind
20  of mix it all up.  Some days I just mix and
21  match it.
22  Q       Got it.  How about lunch and
23  dinner?
24  A       I eat -- generally eat lunch
25  every day.  Again, it varies.  I mean, I

Peter Engilis, Jr.

1  hopefully don't eat the same thing.  I had
2  yogurt for lunch today with fruit in it.
3  Yesterday I had a taco.  I don't know.
4  Q       I got it.  Let me ask it this
5  way:  Have you had to change your diet at
6  all in the last ten years?
7  A       I try to eat -- I try to eat, you
8  know, healthier, particularly more green
9  things.  I have been advised to eat a lot of
10  protein.  I like fish and eggs.  It's
11  supposedly supposed to help my energy level.
12  And I'm probably a little more cautious on
13  not eating some of the bad stuff.  I eat a
14  little more fruit.  But again, the big thing
15  the doctors told me was, you know, try to
16  eat more protein for the leukemia.
17  Q       Okay.  That's what I was going to
18  ask you.  So you -- do you know which doctor
19  told you this?
20  A       I think I heard it from two
21  different doctors, Dr. Mari and -- I'm
22  trying to remember his name.  It will come
23  to me.  The second cancer doctor I had.
24  Q       Okay.  So you were told to eat
25  more protein because of the leukemia?

Peter Engilis, Jr.

1  A       Yes, uh-huh.
2  Q       And have you followed your
3  doctors' advice?
4  A       It's really easy to follow that
5  one.  I do eat a lot of seafood and, you
6  know, eat a lot of chicken.  I like -- you
7  know, I like meat so that's good.  But, you
8  know, try to eat a lot of eggs, and eat a
9  lot of broccoli because it's high in protein
10  too.
11  Q       Do you eat red meat?
12  A       Yes.
13  Q       How often do you eat red meat?
14  A       It depends, you know, on what my
15  wife cooks.  I do like steak from time to
16  time.  I kind of prefer seafood though.
17  Q       Okay.  That was my next question.
18  Do you typically eat at home, or do you go
19  out to eat?
20  A       We eat at home a lot.  We have --
21  my wife is a good cook so she'll cook for
22  us.  We do takeout.  I've always liked to
23  eat out, but we don't eat out as much
24  lately.
25  Q       I take it your wife does most of

Peter Engilis, Jr.

1  the cooking?
2  A       Yes.
3  Q       Do you drink alcohol?
4  A       No.  I've probably had -- I
5  anticipated that question.  I probably had
6  three or four beers all year.  I don't
7  really care for -- I've never been a
8  drinker.  Dr. Mari had suggested I drink a
9  beer at night because I've been having a lot
10  of issues sleeping.  And I really don't like
11  beer.  I have a half a beer.  I think a
12  couple of times I had a beer out for dinner,
13  but I never finish it.  I really don't like
14  liquor at all, so I don't drink wine.  It
15  just is what it is, but I tried it to help
16  sleep.
17  Q       Okay.  Has that been consistent
18  for most of your life, maybe drinking three
19  or four beers in a year?
20  A       Yeah.  I've never been a drinker.
21  I, you know, probably had a few drinks more
22  when I was in college, but it's just never
23  appealed to me.
24  Q       Okay.  And you said that your
25  primary care doctor, Dr. Mari, suggested you

Peter Engilis, Jr.

1  try alcohol to help you sleeping?
2  A       He suggested specifically beer.
3  I told him I was having a real difficult
4  time.  I'd fall asleep for an hour or two,
5  and then I can't go back to sleep.  And he
6  suggested that.  I found out that milk works
7  a little better.  Having a glass of milk
8  or -- before I go to bed, chocolate milk or
9  something like that, would help better than
10  beer.  That seems to help me a little bit
11  better.
12  Q       When did you first start
13  experiencing issues sleeping?
14  A       I've been having a hard time for
15  the last, you know, four or five years.  I
16  have -- when I go to bed at night, I start
17  having chills or I freeze to death.  The
18  other nights, I get -- wake up and I'm
19  sweating profusely.  I get night sweats and
20  drench the bedding and everything.  And
21  sometimes it's both in the same night.  You
22  know, that's been going on for quite a
23  while.
24  Q       For about four to five years you
25  said?

Peter Engilis, Jr.

1    A      Yes, uh-huh.
2    Q      And have you seen -- I take it
3    you've seen Dr. Mari for those issues?
4    A      Yeah.  Originally he gave me
5    something to try that didn't work.  I could
6    only -- still only sleep about two hours, so
7    he wanted me to double it up.  And I just
8    wasn't really big on that medication, so
9    that's when he suggested trying a beer and,
10   you know, doing some other things, again,
11   like trying to drink milk and trying to
12   mental -- you know, kind of calm myself down
13   at night.  But, you know, sleeping's been an
14   on-and-off issue now since this all
15   happened.  There's a lot of anxiety having
16   cancer.
17   Q      So are you relating the sleep
18   issues with your CLL?
19   A      Yes, uh-huh.
20   Q      Did you ever have any issues
21   sleeping prior to 2014?
22   A      Probably once in a while, but it
23   wasn't an issue.  I mean, everybody has a
24   sleepless night once in a while, but I --
25   it's become an issue the last few years for

Peter Engilis, Jr.

1    me.  It's affected my lifestyle
2    considerably.
3    Q      Have you ever smoked cigarettes?
4    A      No.
5    Q      Have you ever used any tobacco
6    products?
7    A      No.
8    Q      Chewing tobacco or E-cigarettes?
9    A      No, nothing.
10   Q      Have you ever smoked marijuana?
11   A      No.
12   Q      Have you ever used any illegal
13   drugs?
14   A      No.
15   Q      And I'm sorry to ask.  I just
16   have to ask them.  Are you currently taking
17   any prescription medications?
18   A      Yes.
19   Q      What are you currently taking?
20   A      I take two things for blood
21   pressure, Mephentermine and metoprolol, both
22   for blood pressure.  M-E-T-O-P-O-R-O-L
23   (sic), I believe.  Don't quote me on that.
24   Q      That's pretty good.  I think
25   that's right.  And you take both of those

Peter Engilis, Jr.

1    for blood pressure?
2    A      Yes, uh-huh.
3    Q      Do you know when you started
4    taking either of those medications?
5    A      It's been years.  I don't
6    remember.
7    Q      Could it have been sometime in
8    the '90s when you first started having
9    issues with hypertension?
10   A      No.  Dr. Mari changed my
11   prescription over the years.  I've been on a
12   couple of different drugs.  I think
13   originally I was on Atenolol, and then
14   something else.  I can't remember.  I
15   believe it began with a Z.  And then he put
16   me on this, which seems to work real well.
17   My blood pressure's definitely under
18   control.
19   Q      And do you know the dosage of
20   either of those medications?
21   A      No.  I'm sorry, I don't.
22   Q      Do you ever suffer from any sort
23   of infections?
24   A      No.  I can't think of anything,
25   no.

Peter Engilis, Jr.

1    Q      Like a sinus infection or an ear
2    infection?
3    A      I think I had sinusitis when I
4    was in college.  I probably had it for a few
5    days.
6    Q      Okay.  But you haven't suffered
7    from frequent infections at all?
8    A      No, huh-uh.
9    Q      Okay.  I want to go back and ask
10   you a little bit about your bladder cancer.
11   When were you first diagnosed with bladder
12   cancer?
13   A      2014.  I think it was in March or
14   April.
15   Q      So am I correct that that was the
16   first time you had been diagnosed with a
17   form of cancer?
18   A      Yes.
19   Q      What doctor diagnosed you with
20   bladder cancer?
21   A      I think Dr. Mari.  I told
22   Dr. Mari about the problem I was having, and
23   he sent me to -- I believe it was a
24   Dr. Steven Weiss.
25   Q      Okay.  What problems were you

Peter Engilis, Jr.

1  having that you told Dr. Mari about?
2  A      I had blood in my urine.
3  Q      And he referred you to a
4  urologist, Dr. Weiss?
5  A      Yes, correct.
6  Q      Okay.  And how did he diagnose --
7  how did Dr. Weiss diagnose you with bladder
8  cancer?
9  A      They scoped me.
10  Q      So he scoped you.  And did he
11  find a tumor?
12  A      Well, I guess I had some kind
13  of -- I don't know what they were called --
14  lesions or whatever inside my bladder.  And
15  they scheduled a transurethral bladder
16  resection.
17  Q      Okay.  So they resected the
18  lesion or the tumor?
19  A      Correct.
20  Q      Did they -- did you have any
21  subsequent treatment?
22  A      I had bladder cancer again.  I
23  think it was in later 2015.  Went to the
24  same doctor for the same examination and
25  same -- they call it tumor, I guess,

Peter Engilis, Jr.

1  surgery.  Excuse me.
2  Q      Okay.  So in 2014 when you were
3  first diagnosed with bladder cancer, you had
4  the tumor resected.  Did you get treated
5  with chemotherapy or anything else, or it
6  was just the removal?
7  A      I can't remember which time -- he
8  did a chemo injection in my bladder, and I
9  can't remember if it was the first or second
10  treatment.  I think it was the second one.
11  Q      Okay.  You think you have been
12  treated with some form of chemotherapy for
13  your bladder cancer?
14  A      Yeah.  It was something they
15  injected in my bladder.  And then it just,
16  you know, came out 20 minutes later and that
17  was the last of it.
18  Q      It was just one treatment?
19  A      Yes.
20  Q      Okay.  Do you know if that's
21  called BCG treatment by chance?
22  A      I have no idea.
23  Q      But you've only undergone that
24  treatment one time?
25  A      Correct.

Peter Engilis, Jr.

1  Q      Do you remember when in 2015 you
2  were again diagnosed with bladder cancer?
3  A      I'm sorry, I don't remember.
4  I've probably got it written down somewhere,
5  but I'm going to guess November.
6  Q      That's fair.
7  A      No, it wasn't November.  It might
8  have been May.  Might have been May.
9  Q      What led to that second
10  diagnosis?
11  A      Blood in my urine again.
12  Q      And did you see Dr. Mari for that
13  who then referred you back to Dr. Weiss?
14  A      I may have just gone directly to
15  Dr. Weiss.  I don't recall.
16  Q      Okay.  And again, he had the
17  tumor resected and --
18  A      Correct.
19  Q      Did he tell you if that was a
20  recurrence of your original cancer?
21  A      No.  He -- he said, well,
22  obviously you've smoked all your life.  And
23  I said, no, I've never smoked.  And I think
24  he said that both times, you know.  And it
25  just -- he said it's very common in people

Peter Engilis, Jr.

1  that smoke, but I've never been a smoker.
2  And I think subsequently -- I believe it was
3  Dr. Mari, you know, told me that, you know,
4  bladder cancer is a common secondary cancer
5  for people with CLL.
6  Q      Okay.  Well, let me ask you, has
7  any doctor told you what caused your bladder
8  cancer?
9  A      No.
10  Q      You said that -- was it Dr. Weiss
11  that told you that bladder cancer is a
12  common secondary cancer to CLL?
13  A      No.  Dr. Mari told me that.
14  Q      Okay.  Do you remember when
15  Dr. Mari told you that?
16  A      No.
17  Q      Okay.  But he did tell you that
18  bladder cancer is a common secondary cancer
19  to CLL?
20  A      Correct.
21  Q      But he didn't tell you that your
22  CLL had caused the bladder cancer?
23  A      I don't think he expressed it
24  that way.  I don't think anybody said that.
25  He said that it's a common -- because the

Peter Engilis, Jr.

1  doctor knows me.  He knows my history and
2  everything.  And he said, you know, it's not
3  uncommon for people with bladder -- excuse
4  me, with -- I apologize.  I'm not feeling
5  the greatest right now -- with CLL to get
6  bladder cancer or skin cancers.  Because he
7  knew about my melanoma too.  And then when I
8  got the diagnosis for the CLL, I probably
9  went in to see him for something or other
10 and the conversation came up.
11 Q        Thank you so much.  I appreciate
12 that.  You mentioned you're not feeling
13 well.  Do you want to take a break?  We can
14 even stop for the day.
15 A        Yeah, I just need a couple of
16 minutes, okay?
17 Q        Of course.
18 A        I'm not feeling very -- okay.
19 I'll be all right.  Excuse me one second.
20        MR. MOSS:  We can go off the
21 record.
22        VIDEOGRAPHER:  The time is
23 1:40 p.m.
24        MR. MOSS:  Mr. Engilis, take as
25 much time as you need, please.

Peter Engilis, Jr.

1        VIDEOGRAPHER:  We're going off
2  the video record.
3        (Short recess.)
4        VIDEOGRAPHER:  The time is
5  1:46 p.m.  We're back on the video record.
6  Q        (By Mr. Moss)  Okay.
7  Mr. Engilis, I just on the record wanted to
8  make sure you're okay to continue and you're
9  feeling okay?
10 A        Yes, sir.
11 Q        And again, just please let me
12 know if that changes.
13 A        Okay.
14 Q        Before we broke, we were talking
15 about your bladder cancer, and I want to ask
16 you some questions about the skin cancer.  I
17 believe you told me it was a melanoma?
18 A        Correct.
19 Q        Do you remember when that was
20 first diagnosed?
21 A        Sometime in 2014.
22 Q        Okay.  Do you know what type of
23 melanoma it was?
24 A        No.
25 Q        Who diagnosed the melanoma?

Peter Engilis, Jr.

1  A        I had a -- I had a skin biopsy
2  done by Dr. Mari.
3  Q        Okay.  So Dr. Mari diagnosed you?
4  A        Yes.  And he sent me to a
5  specialist.
6  Q        What led to that diagnosis?
7  A        There was an irregular spot on my
8  arm.
9  Q        Okay.  And so you went to
10 Dr. Mari to have that spot looked at?
11 A        No.  Actually I went there, I
12 think, for a regular checkup.  And he
13 spotted it and said he had some concern for
14 it, if I recall.
15 Q        Okay.  You weren't experiencing
16 symptoms that led you to go see the doctor
17 for that?
18 A        Not at all, no.
19 Q        Okay.  And so Dr. Mari performed
20 a biopsy.  And then you said he sent you to
21 a specialist?
22 A        Correct.
23 Q        Who was that specialist?
24 A        He sent me to Walter Hayne,
25 H-Y -- H-A-Y-N-E, and a Dr. Shoukas,

Peter Engilis, Jr.

1  S-H-O-U-K-I-S, I believe, or K-A-S, who was
2  a plastic surgeon.
3  Q        Okay.  And is Walter Hayne a
4  dermatologist?
5  A        No.  He's -- he's a surgeon of
6  some kind.  Oh, he sent me -- he sent me to
7  a dermatologist, and they said it was too
8  serious so they needed to send me to a
9  specialist.
10 Q        Okay.  Do you remember the name
11 of that dermatologist?
12 A        No, I don't.  I don't.
13 Q        Okay.  And so you were sent to a
14 surgeon to have the melanoma removed?
15 A        Correct.
16 Q        And did Walter Hayne perform that
17 surgery?
18 A        Yes, uh-huh.
19 Q        Okay.  Do you know how big the
20 melanoma was?
21 A        It was -- from the outside, it
22 was less than the size of a dime.
23 Q        I'm sorry, I don't know if you
24 were finished or not, and I didn't want to
25 cut you off.

Peter Engilis, Jr.

```
1   A        From the outer appearance, it was
2   less than the size of a dime.
3   Q        Okay.  Do you know how deep it
4   was?
5   A        I forget.  He did tell me.  It
6   was apparently pretty deep.  That's why they
7   needed a plastic surgeon, to be able to
8   close it up.  The scar is probably 6 inches
9   long from removing it.
10  Q        And that plastic surgeon was
11  Dr. Shoukas?
12  A        Correct.
13  Q        Okay.  And just so I'm clear,
14  Dr. Hayne actually removed the melanoma?
15  A        Yes.  I had surgery with
16  Dr. Hayne and Dr. Shoukas at the same time.
17  Q        Okay.  And then Dr. Shoukas in
18  the same surgery closed it up to -- was the
19  doctor that actually closed up the wound?
20  A        Correct.
21  Q        Okay.  Did you have any treatment
22  following the removal of that melanoma?
23  A        I did follow-up visits with the
24  doctor.
25  Q        Was that with Dr. Hayne or your
```

Peter Engilis, Jr.

```
1   primary?
2   A        I believe it was with Dr. Hayne
3   and with Dr. Shoukas.
4   Q        Okay.  How many follow-up visits
5   did you have?
6   A        I don't recall.
7   Q        Was it over the course of a month
8   or two months or six months?
9   A        Probably two months if I recall.
10  I'm sorry, I don't remember.
11  Q        No.  Understandable.  Thank you.
12  Aside from the follow-up visits, did you
13  undergo any chemotherapy or any other
14  treatment for the melanoma?
15  A        No.  No.
16  Q        Did you see a dermatologist?
17  A        No.
18  Q        After those follow-up visits,
19  have you had any treatment for melanoma?
20  A        No.
21  Q        Okay.  You did mention that you
22  had recently a basal cell carcinoma?
23  A        Correct.
24  Q        And then I think you said that
25  was Mohs?
```

Peter Engilis, Jr.

```
1   A        Oops.  I dropped my phone.  One
2   second.
3   Q        No problem.
4   A        Yes.  Mohs surgery.
5   Q        When was that diagnosis?
6   A        I believe it was February of this
7   year.
8   Q        What led to that diagnosis?
9   A        There was a spot on my forehead
10  that didn't heal, and I went to a
11  dermatologist.  And I believe he did a
12  biopsy on it as well.  Yeah, he did a biopsy
13  on it as well.
14  Q        And what dermatologist did you
15  see?
16  A        His last name was Richardson.
17  And I can't remember his first name.  He's
18  in Fort Lauderdale.  I think it's Las Olas
19  Dermatology.
20  Q        And was that the first time you'd
21  ever seen Dr. Richardson?
22  A        Yes.
23  Q        Have you ever seen another
24  dermatologist?
25  A        I've seen him a couple of times
```

Peter Engilis, Jr.

```
1   this year.  I'm trying to think.  I don't
2   believe so.  I don't believe I've ever been
3   to another dermatologist.
4   Q        You hadn't seen a dermatologist
5   prior to seeing Dr. Richardson this year?
6   A        I don't believe so, no.
7   Q        You said that you had a spot on
8   your forehead that didn't heal?
9   A        Correct.
10  Q        And Dr. Richardson biopsied it,
11  and he told you that you had a basal cell
12  carcinoma?
13  A        Correct.
14  Q        Do you know how big it was?
15  A        I forget the size he told me in
16  centimeters.  Might have been a centimeter
17  and a half, as I recall.  I've got pictures
18  of the scar if you want to see those.  I
19  think he said it was 15 stitches to close it
20  up, so it wasn't small.
21  Q        Okay.  And he performed Mohs
22  surgery to remove the carcinoma?
23  A        Correct.
24  Q        Did you receive any other
25  treatment following that Mohs procedure?
```

Peter Engilis, Jr.

```
1   A        I did follow up with him, yes.  I
2   went back.  Not any more treatment, but I
3   did follow up, because it's -- you know, he
4   wanted to see how it healed and everything.
5   Q        No treatments though.  No chemo
6   or any topical treatment?
7   A        No.
8   Q        Have you ever had any other
9   cancers that we haven't discussed?
10  A        No.
11  Q        Quickly I want to run through a
12  little bit of your family's medical history.
13  A        Okay.
14  Q        Do you have a family history of
15  heart disease?
16  A        Yes, uh-huh.
17  Q        Who in your family has had heart
18  disease?
19  A        Well, I don't know, heart disease
20  or heart attacks.  My grandparents on my
21  mother's side lived to a ripe old age, but
22  they all died of heart failure, if that's
23  considered heart disease.  I don't know.
24  I'm not sure what the question is.
25           Hello?  Did I lose you?
```

Peter Engilis, Jr.

```
1        COURT REPORTER:  I think we may
2   have lost him.
3        VIDEOGRAPHER:  The time is
4   1:56 p.m.  We're going off the video record.
5           (Short recess.)
6        VIDEOGRAPHER:  The time is now
7   2:00 p.m.  We're back on the video record.
8        MR. MOSS:  I don't know when I
9   cut out.  It seemed to be a while ago.  But
10  can the court reporter just read back the
11  last question and answer, please?
12           (Record read.)
13  Q        (By Mr. Moss)  So both of your
14  grandparents on your mother's side had heart
15  attacks; is that correct?
16  A        Yes, uh-huh.
17  Q        Okay.  Let's -- let me see.  How
18  about your father, does he have any heart
19  issues?
20  A        He didn't have any heart issues,
21  but he died of heart failure in his 80s.  I
22  think it was 86 maybe.
23  Q        Okay.  You're saying he didn't
24  have any heart problems until the very end
25  of his life?
```

Peter Engilis, Jr.

```
1   A        Not that I'm aware of, no.  He
2   just -- he suddenly died.  The doctor said
3   it was a heart attack.
4   Q        How about your grandparents on
5   your mother's side?
6   A        That's what we talked about.  My
7   grandparents on my mother's side died of
8   heart attack.
9   Q        Okay.  How about on your
10  father's --
11  A        My father's side both died of
12  heart failure many years ago.  I don't
13  believe either had heart problems.
14  Q        Okay.
15  A        My grandfather kept working until
16  the day before he died.
17  Q        Is there anyone in your family
18  that you know of that has heart problems?
19  A        No.
20  Q        Anyone in your family have a
21  history of congenital disorders?
22  A        Not that I'm aware of, no.
23  Q        How about any skin disease?
24  A        No.
25  Q        Anyone in your family have
```

Peter Engilis, Jr.

```
1   developmental issues?
2   A        No.
3   Q        Is there anyone in your family
4   that has a history of cancer?
5   A        I'm sorry, you cut out.  Hello?
6   Q        I'm sorry.  Can you hear me?  Am
7   I still here?
8   A        Yeah, you cut out.  Anybody have
9   a history of what?
10  Q        History of cancer?  I'm sorry.
11  A        No, just me.
12  Q        Your father is Peter Engilis,
13  Sr.; is that correct?
14  A        Correct.
15  Q        And he passed away in 2008?
16  A        Correct.
17  Q        And that was from heart failure
18  you just told me?
19  A        Correct.
20  Q        Do you know how old he was when
21  he passed away?
22  A        I believe he was 86.
23  Q        And did he have any issues with
24  his health?
25  A        He had Parkinson's disease.
```

Peter Engilis, Jr.

```
1   Q        Parkinson's, okay.  And your
2   mother is Catherine Engilis, correct?
3   A        Correct.
4   Q        She passed away in 1970?
5   A        No.
6   Q        Oh, 1991.  Excuse me.  I
7   apologize.
8   A        Correct.
9   Q        And what did she pass away from?
10  A        I'm trying to remember.  She'd
11  been -- I'm trying to think what they call
12  it.  I'm sorry, I can't remember what it
13  was.  I know she wasn't -- I think it might
14  have been a brain hemorrhage.
15  Q        Okay.  I was going to suggest,
16  was it a brain hemorrhage?
17  A        Yeah, uh-huh.
18  Q        And did your mother have any
19  other health problems?
20  A        She had high blood pressure as
21  well.
22  Q        Do you know if she had any
23  conditions related to the immune system?
24  A        No, she didn't.
25  Q        Do you have any siblings?
```

Peter Engilis, Jr.

```
1   A        I have a sister.
2   Q        Is your sister still alive?
3   A        Yes.
4   Q        How often do you -- actually,
5   what's your sister's name?
6   A        Bety, B-E-T-Y.
7   Q        Is she Engilis as well?
8   A        No.
9   Q        What is your sister Bety's last
10  name?
11  A        Fish, F-I-S-H.
12  Q        Did you say Bishop?
13  A        Fish, F-I-S-H, like a fish.
14  Q        Fish, fish.  Excuse me.  I
15  apologize for this.  My Internet seems to be
16  malfunctioning.
17  A        No problem.
18  Q        Where does Bety -- your sister,
19  Bety, live?
20  A        Wisconsin.
21  Q        Do you have her address?
22  A        Not with me, no.
23  Q        Okay.  Do you have a way of
24  getting her address?
25  A        Sure.
```

Peter Engilis, Jr.

```
1   Q        Does your sister have any health
2   conditions?
3   A        Not that I'm aware of, no.
4   Q        And am I correct she's your only
5   sibling?
6   A        Correct, yes.
7   Q        Do you have -- did your father
8   have any siblings, your aunts and uncles?
9   A        Yes.  He had two brothers and one
10  sister.
11  Q        Are any of them still living?
12  A        No.
13  Q        Do you know what any of them --
14  what they passed away from?
15  A        I guess primarily old age.  I
16  don't know.
17  Q        Do you know if they had any
18  health problems?
19  A        I'm trying to think.  I believe
20  Aunt Mary died of heart failure as well,
21  and -- I'm trying to think.  I really don't
22  know.  I wasn't that close to them.
23  Q        Okay.  And how about your mother,
24  did she have any siblings?
25  A        She had a brother and a sister.
```

Peter Engilis, Jr.

```
1   Q        Are either of them living?
2   A        No.  They're deceased.
3   Q        Do you know what they passed away
4   from?
5   A        You know, honestly I don't.  Her
6   sister, Mary, I believe she died of heart
7   failure.  And her brother, I don't know what
8   he passed from.  They were in their 80s.
9   Q        Do you know if any of them had
10  any health problems?
11  A        My Aunt Mary was hard of hearing.
12  That's all I really know.
13  Q        How about your daughter?  Does
14  she have any health problems?
15  A        She has multiple sclerosis.
16  Q        Any other health issues?
17  A        No.
18  Q        Does your daughter require any
19  financial assistance from you?
20  A        No.
21  Q        And is your daughter
22  knowledgeable about your current health
23  condition?
24  A        Yes.
25  Q        Are you aware of anyone in your
```

Peter Engilis, Jr.

```
1   family that has suffered from any form of
2   leukemia or any cancer?
3   A        No.
4   Q        Are there any other illnesses or
5   medical conditions that we haven't
6   discussed --
7   A        Excuse me, my phone.
8   Q        Of course.
9   A        I'm sorry.  Can you repeat that,
10  please?
11  Q        I will.  Take your time.
12  A        Yeah, the cord is being stretched
13  to sit on the table.  That's why it falls
14  off all the time.  Go ahead.
15  Q        No problem.  Are there any other
16  illnesses or medical conditions that you
17  have suffered from that we haven't
18  discussed?
19  A        That I've suffered from?
20  Q        Yes.
21  A        I have a severe problem with
22  anxiety which we really didn't discuss, but
23  I'm seeking treatment for that.
24  Q        Okay.  No, that's why I asked the
25  question.  Okay.  When did you first start
```

Peter Engilis, Jr.

```
1   suffering from anxiety?
2   A        About 2015.
3   Q        And you said you're currently
4   seeking treatment for that?
5   A        Yes.  I see a doctor for that.
6   Q        What -- [technical 02:10:17]
7   doctor for that?
8   A        Her name is Heather Violante,
9   V-I-O-L-A-N-T-E.
10  Q        Does she have a group that she
11  practices with?
12  A        Yeah, but I'm trying to remember
13  the name of it.  It might be Bayview Therapy
14  or something like that.
15  Q        Okay.  Where is her office?
16  A        It's on Commercial Boulevard.
17  Q        How long have you been treated
18  by -- is it Dr. Violante?
19  A        Yeah.  I started in 2018.
20  Q        And you're currently being
21  treated by her?
22  A        Yes.
23  Q        Okay.  Did you suffer from any
24  anxiety prior to 2015?
25  A        Back -- I'm trying to think.
```

Peter Engilis, Jr.

```
1   Yes.
2   Q        Do you remember when you first
3   started experiencing anxiety?
4   A        I had a short-lived anxiety just
5   before my dad died -- not doing well, I
6   should say.  My best friend was dying, and
7   my daughter was diagnosed with MS.  So I saw
8   a therapist for a short while to help me
9   deal with it.
10  Q        Okay.  You said you had a
11  short-lived anxiety when your father was
12  ill?
13  A        My father wasn't doing well, my
14  best friend was dying, and my daughter came
15  down with MS.  And I started having some
16  anxiety.
17  Q        Okay.  That's what I was trying
18  to clear up.  That was all one instance?
19  A        Yes, all at one time.  It was
20  happening all at the same time.
21  Q        Do you remember when that was?
22  A        I think it was 2007.
23  Q        You said you sought help for
24  that?
25  A        I went to -- I went to Dr. Mari
```

Peter Engilis, Jr.

```
1   first, and he sent me to a specialist.
2   Q        Do you remember who the
3   specialist was?
4   A        I think his last name was
5   Thiabauld.  I could be wrong.
6   Q        Can you spell that?
7   A        T-H-I-A-B-A-U-L-D, perhaps.  I
8   can look it up for you.
9   Q        Okay.  Do you have his
10  information somewhere?
11  A        Yes.
12  Q        How long did you see
13  Dr. Thiabauld for anxiety?
14  A        I don't remember.  It wasn't -- I
15  don't remember, I'm sorry.
16  Q        Were you ever diagnosed with a
17  specific condition?
18  A        No.  The doctor kind of laughed
19  at me when it came about because I told him
20  what was happening around me, and he said it
21  was just a normal human response to all the
22  stress I was dealing with because of my
23  friends and family.  It was kind of funny.
24  Q        Has Dr. Violante diagnosed you
25  with a specific condition?
```

Peter Engilis, Jr.

1  A       No.

2  Q       Have you ever been -- have you

3  ever taken medication for anxiety?

4  A       No.

5  Q       Have you ever seen a mental

6  health professional besides these two

7  doctors we just discussed?

8  A       I saw a couple of times a

9  specialist.  I think it was in 2018 because

10  I -- again, I was having a lot of stress.

11  And she didn't really help me.  Her name was

12  Dr. Jamie Long, L-O-N-G, in Fort Lauderdale.

13  Q       Okay.  Any other doctors that

14  you've seen for anxiety?

15  A       No.

16  Q       And I'll ask again, any other

17  medical conditions you've suffered from that

18  we have not discussed?

19  A       No.

20  Q       How are you feeling, Mr. Engilis?

21  A       I'm okay.

22  Q       Okay?  Want to keep going?  I'm

23  getting toward the end, I promise, but --

24  A       Yes, sir.

25  Q       -- if you need a break, just let

Peter Engilis, Jr.

1  me know.  I'll keep asking.

2  A       Okay.  Thank you.

3  Q       Okay.  I'm going to now ask you

4  some questions about your CLL.  I know we've

5  discussed a little bit about how your

6  diagnosis came about, but I want to ask some

7  more details about that if that's okay.

8  A       Okay.

9  Q       Am I correct that you were

10  diagnosed with CLL in 2014 during the

11  same -- I would say not necessarily

12  operation but same visits related to your

13  melanoma?

14  A       Correct.

15  Q       Okay.  Can you tell me how that

16  diagnosis came about?

17  A       As I said before, I was having

18  melanoma surgery on my left arm, and they

19  did a -- I think they call it a sentinel

20  node biopsy in my armpit.  And after the

21  surgery is when I was told I had CLL.

22  Q       Do you know why they did the

23  biopsy on your sentinel node?

24  A       Because melanoma can be fatal,

25  and they let me know it was a real serious

Peter Engilis, Jr.

1  scenario.  I guess it was pretty deep.  And

2  they needed to check to see if the

3  melanoma -- I think they call it

4  metastasized, because they'd find it in the

5  sentinel lymph node.

6  Q       Okay.  Do you know if you had an

7  enlarged or swollen lymph node?

8  A       Under my arm you mean?

9  Q       Or anywhere.

10  A       I actually had something on the

11  back of my neck, and I think that's what led

12  the first cancer doctor to think I had

13  lymphoma.  But it went away so they don't --

14  it didn't require any treatment.  I went

15  back the second time, it was gone.  So I

16  don't know what that was, a lymph node or

17  not.  But that was -- you have to

18  understand -- never mind.  I'm sorry.

19  Q       No, no.  Go ahead if you want.

20  A       I was going through a lot then,

21  you have to understand.  I mean, all these

22  things were being thrown at me left and

23  right.  And -- anyways.  But it wasn't -- it

24  wasn't a swollen lymph gland because it went

25  away.  And they thought I had lymphoma, and

Peter Engilis, Jr.

1  it wouldn't have gone away if it was

2  lymphoma.

3  Q       Okay.  Understandable.  No, I

4  understand that this is a lot going back a

5  little ways, and I'm just trying to get what

6  you do remember.

7  A       Sure.

8  Q       You did say that there was a

9  first cancer doctor that found something on

10  the back of your neck?

11  A       That's -- that doctor's name

12  was -- hold on a second.  Victor Melgin.

13  M-E-L-G-I-N, I believe.  He was, I think,

14  with Florida Cancer Associates or something.

15  I went to see him, and he's the one

16  originally that expected -- I don't remember

17  the sequence, I apologize -- that I had

18  lymphoma.  And then, like I said, the other

19  surgery -- I need to -- I'm trying to

20  remember.  I apologize.

21  Q       Don't apologize, Mr. Engilis.

22  That's perfectly fine, I promise.

23  A       When all this was happening, the

24  doctors kept on -- you know, two doctors

25  said, we've got to try to save your life.

Peter Engilis, Jr.

1   So your mental capacity sometimes gets
2   changed when you go through all that.  And
3   for me, it was one thing after the other.
4   But Dr. Melgin thought I had lymphoma, but
5   he was incorrect.
6   Q      Okay.  And I know this is taxing
7   your memory a little bit, but was there a
8   reason you were going to see Dr. Melgin?
9   A      I forget why.  And I do remember
10  now that he had scheduled a second surgery
11  for me with Dr. Hayne for my neck.  And in a
12  preop meeting with Dr. Hayne, who was a
13  terrific doctor, said -- he challenged the
14  diagnosis.  And he went actually to see
15  Dr. Melgin and met with him and his partners
16  and they determined --
17  Q      Let me stop you for two seconds.
18         MR. MOSS:  You can stay on the
19  record, but -- I apologize.
20         (Brief pause.)
21         MR. MOSS:  Okay.  I apologize.
22  Looks like my computer finally kicked back
23  on.  A little easier for me this way.
24  Q      Okay.
25  Q      (By Mr. Moss)  Were you seeing

Peter Engilis, Jr.

1   Dr. Melgin in relation to your melanoma?
2   A      I'm trying to remember.  I
3   apologize, I'm trying to remember.  I can't
4   remember the first reason why I went to see
5   him.  I just know that he had diagnosed me
6   with lymphoma and actually scheduled a
7   second surgery with Dr. Hayne.  And
8   Dr. Hayne questioned the reports and
9   everything, and they canceled the surgery
10  and said I didn't have lymphoma.
11  Q      Okay.  No, I understand.  Maybe I
12  can ask it this way:  Were you experiencing
13  any symptoms before the melanoma diagnosis?
14  A      Well, before the melanoma
15  diagnosis, I had the bladder cancer, and I
16  had the symptoms of that.  But the melanoma
17  didn't cause any problems for me at the
18  time.
19  Q      Right.  Well, I'm just trying to
20  understand what led you to see an oncologist
21  to at least check out some of your lymph
22  nodes or whatever was on the back of your
23  neck.
24  A      Okay.  It's coming back to me.
25  When I was getting ready -- getting prepped

Peter Engilis, Jr.

1   for the melanoma surgery, they sent me to
2   Dr. Hayne and to Dr. Shoukas, who was the
3   plastic surgeon, because they were concerned
4   about putting my arm back together properly
5   without having to do a skin graft.
6   Dr. Shoukas thought that maybe there was a
7   problem with my neck.  He saw this lump on
8   my neck, and he sent me to Dr. Melgin.  And
9   that's how that came about.
10  Q      Okay.  I see.  And that does
11  clarify it.  Thank you.  Am I correct you
12  weren't suffering from any sort of symptoms
13  that would have lead to that?
14  A      No.
15  Q      Okay.  Thank you.  But it was
16  during course of your treatment for melanoma
17  that they decided to biopsy your sentinel
18  node?
19  A      Correct.
20  Q      Okay.  And was that biopsy done
21  during the same procedure to remove your
22  melanoma?
23  A      Yes.
24  Q      So would that have been Dr. Hayne
25  or Dr. Shoukas, or do you know?

Peter Engilis, Jr.

1   A      Dr. Hayne, yeah.
2   Q      Okay.  And then what happened
3   after the biopsy?  Did you -- who actually
4   diagnosed the CLL?
5   A      I believe it was Dr. Hayne was
6   the one that told me about the CLL.
7   Q      Okay.  And did he send you to a
8   specialist to be treated for that?
9   A      Yes.
10  Q      Who did you go see?
11  A      I can't remember his name.  That
12  was -- I -- Dr. Nair, N-A-I-R.
13  Q      Dr. Nair is an oncologist?
14  A      Yes.  I believe he's in Orange
15  City, Florida.
16  Q      Have you ever been told what type
17  of CLL you have?
18  A      Yes.  There's some kind of scale
19  or rating thing.  I can't remember the name
20  of it.  I don't remember the rating they
21  gave me though.
22  Q      Okay.  Do you know if it's B-cell
23  or T-cell?
24  A      No, I didn't hear that.  I don't
25  know that, no.

Peter Engilis, Jr.

1  Q         Okay.  So what happened after you
2  went to see Dr. Nair?
3  A         He put me on what they call watch
4  and wait.  He thought that -- he thought
5  that it would be best just to watch and see
6  if it got any worse.  I'm trying to remember
7  it all.  And I think we talked about
8  medication for me.  He said you're probably
9  better off just to wait and see how it acts.
10  Q        Okay.  Did Dr. Nair at any point
11  put you on any medication?
12  A        No.
13  Q        So you were on watch and wait.
14  Did you continue to follow up with Dr. Nair?
15  A        I think I did once or twice.
16  Q        Okay.  Did you continue any
17  follow-up care for your CLL with any other
18  doctor?
19  A        I seen -- oh, gosh.  Dr. -- I
20  think it's Barreras in Fort Lauderdale.  And
21  I saw a doctor -- I think his name is George
22  Georgakakis or something.  He's a Greek guy.
23  Because I was having some issues swallowing
24  at the time.
25  Q        You said Dr. Georgakakis?

Peter Engilis, Jr.

1  A         I believe that's what his name
2  is.  I believe it's G-E-O-R-G-E-A-K-I-S
3  (sic).
4  Q         Okay.  When you first saw
5  Dr. Nair, this would be shortly after your
6  melanoma surgery in 2014?
7  A         2014, early 2015, I think.
8  Q         Okay.  You said you saw him a
9  couple of times for follow-up care?
10  A        Yes, uh-huh.
11  Q        And so after you stopped seeing
12  Dr. Nair, when is the first time that you
13  went back to a doctor for treatment for your
14  CLL?
15  A        I'm trying to think.  I don't
16  recall.  I can't remember.  I believe -- I
17  don't know.  Maybe 2018.
18  Q        Is it fair to say that you
19  received no treatment until then?
20  A        Yes, I guess.
21  Q        Have any of your physicians ever
22  told you what caused your CLL?
23  A        No.
24  Q        Did any of your physicians ever
25  tell you that Roundup caused your CLL?

Peter Engilis, Jr.

1  A         No.
2  Q         Have any of your physicians ever
3  told you that the cause of your CLL is
4  unknown?
5  A         No.
6  Q         Let me show you, Mr. Engilis, one
7  of your medical records.
8            MR. MOSS:  I think -- are we on
9  Exhibit 5 or 6?  I can correct this later.
10  I apologize.
11           COURT REPORTER:  I think 5.
12           MR. MOSS:  This will be
13  Exhibit 5.
14           (Exhibit Number
15            5 was marked
16            for identificatiOn.)
17  Q         (By Mr. Moss)  Can you see that,
18  Mr. Engilis?
19  A         Dr. Barreras, yes.
20  Q         Okay.  And I'll try to walk you
21  through this real quickly, but you see
22  Dr. Barreras there at the top?
23  A         Yes.
24  Q         And you see DOS -- that would be
25  July 22nd, 2019?

Peter Engilis, Jr.

1  A         Uh-huh.
2  Q         You see under assessment and
3  plan, it says that, Patient here after
4  presenting with worsening dysphasia, night
5  sweats, low grade fevers.  Apparently was
6  diagnosed with CLL 2015.  Never treated but
7  has been followed by his primary care
8  doctor.  Told to watch and wait but symptoms
9  have now progressed, and Mr. Engilis is
10  worried.
11           Do you think it was in 2019 when
12  you first went back to a doctor for
13  treatment for your CLL?
14  A         Looking at that, that sounds
15  correct, yes.
16  Q         Okay.  It does say you were
17  followed by your primary care doctor.  Was
18  Dr. Mari at all following you for CLL?
19  A         Yeah.  I see him twice a year.
20  Q         Okay.  And he does follow your
21  CLL?
22  A         Uh-huh.
23  Q         Okay.  And so it says that you
24  started presenting with symptoms.  Can you
25  tell me a little bit what was happening

Peter Engilis, Jr.

1  in 2019?
2  A      Well, again, I'd have issues
3  sleeping.  And at night I'd be -- you know,
4  first I'd be freezing, then I'd be sweating
5  like crazy.  But I was having issues also
6  with fatigue.  And it's weird because I have
7  so many different symptoms.  They just kind
8  of come and go.  But the reason I went to
9  him was I was having this problem with
10 swallowing, and a couple of times it was
11 pretty scary.  So I went to see him and,
12 again, I believe he sent me to another
13 specialist.
14 Q      Okay.  How -- when did these
15 symptoms that you've just described first
16 start?
17 A      Sometime in 2019, probably in the
18 early part of the year.
19 Q      Okay.  And did you ever see
20 Dr. Mari for that?
21 A      I talked to him about it, yes.
22 Q      And is it Dr. Mari that sent you
23 to Dr. Barreras?
24 A      I don't recall.  I can't
25 remember.

Peter Engilis, Jr.

1  Q      Okay.
2  A      I don't think so.
3  Q      Okay.  What happened after you
4  saw Dr. Barreras in July of 2019?
5  A      He sent me, I believe, to
6  Dr. Georgakakis.
7  Q      Okay.  And what did
8  Dr. Georgakakis tell you?
9  A      He suggested some change in my
10 diet.  I was drinking a lot of diet sodas,
11 and he said stop that.  There was some kind
12 of possible growth in my neck, and that he
13 was -- he wanted to do a biopsy but then
14 decided against it.
15 Q      Okay.  You said that Dr. Kakis
16 (sic) suggested you change your diet?
17 A      Yeah.  I used to drink diet sodas
18 a lot, and he suggested trying that.  And I
19 did that and I switched to drinking lots of
20 water so it helped with the swallowing
21 problem that I had.  And again, part of it
22 was probably -- I'm just supposing on my
23 part.  We didn't discuss this.  But it was
24 probably some anxiety on my part too.
25 Q      You said you used to drink a lot

Peter Engilis, Jr.

1  of soda?
2  A      Diet soda, yes, sir.
3  Q      Diet soda.  Was that something
4  you drink every day?
5  A      I was, yes.
6  Q      Were you drinking multiple diet
7  sodas a day?
8  A      Yes.
9  Q      How many?
10 A      It varied but, you know, at least
11 three or four.
12 Q      Could it have been up to six a
13 day?
14        MR. HABERMAN:  Objection.
15 Q      You can answer.
16 A      Probably sometimes, yes.
17 Q      Okay.  And Dr. Kakis suggested
18 you stop drinking soda altogether?
19 A      Correct.
20 Q      Did that help?
21 A      Yes.  I stopped -- I never had
22 one after I left that office.  I just -- it
23 was that important to me.
24 Q      Do you know if Dr. Barreras
25 suggested that you have another biopsy?

Peter Engilis, Jr.

1  A      I don't remember.
2  Q      Let me see if I can just find
3  this in here.  I apologize.  Give me a
4  second I apologize.  Well, that's fine.
5         So you don't -- so you haven't
6  had another biopsy since you had that
7  initial one on that sentinel node in 2014?
8  A      Another biopsy, no, I don't
9  believe so.
10 Q      Okay.
11 A      Wait a minute.  20 -- you're
12 getting me confused.  I apologize.  We
13 jumped from 2019 to 2014.
14 Q      I know.  I apologize.
15 A      No.  The only biopsy I had was on
16 my sentinel node, yes.
17 Q      Okay.  Right.  And that was a
18 complicated question I asked, and I
19 apologize.  But you did have a biopsy
20 in 2014 on that sentinel node, correct?
21 A      Yes, sir.
22 Q      And you don't think you've had
23 another biopsy since then?
24 A      Right, yes.
25 Q      Okay.  When you went to

Peter Engilis, Jr.

1  Georgakakis, Dr. Kakis, did he suggest --
2  did he suggest any other treatment?
3  A        No.  He suggested to me to, you
4  know, try stopping all carbonated drinks,
5  like I said, which I did that day.  And, you
6  know, drink more water.  I'm trying to
7  remember.  That helped me a lot.
8  Q        Okay.  Are you still seeing
9  Dr. Kakis?
10  A        No.
11  Q        Aside from changing your diet,
12  did Dr. Kakis recommend any other treatment
13  for your CLL or no?
14  A        No.
15  Q        Are you currently under the care
16  of an oncologist?
17  A        No.
18  Q        Are you currently seeing
19  Dr. Mari?
20  A        Yes.
21  Q        Have you seen another oncologist
22  since Dr. Kakis?
23  A        No.
24  Q        Have you ever been treated for
25  your CLL aside from the watch-and-wait that

Peter Engilis, Jr.

1  you've been under?
2  A        No.
3  Q        Is Dr. Kakis the last oncologist
4  you've seen for your CLL?
5  A        Yes.
6  Q        Have you ever discussed any
7  treatment options with any of your
8  oncologists?
9  A        Yes.
10  Q        What were those options?
11  A        Way back with Dr. Nair, we talked
12  about a bone marrow transplant, perhaps with
13  my sister.
14  Q        Was that a suggestion that you
15  undergo or just a potential treatment
16  option?
17  A        We talked about it.  And the
18  success rate was pretty low, and the risk
19  rate was pretty high.  So he basically
20  talked me out of it without, you know, going
21  any further.
22  Q        And that was -- was that back
23  in 2014?
24  A        Or 2015, I think.
25  Q        Okay.  Have any of your doctors

Peter Engilis, Jr.

1  told you about your prognosis?
2  A        Yeah.  I mean, I know -- we
3  talked about statistics of, you know,
4  mortality with CLL, but, you know, on
5  wait-and-watch and just trying to hold and
6  deal with what I've got right now.  I mean,
7  it's -- you know, it could take off any
8  minute, and it could just stay dormant.  I
9  understand that.
10  Q        Okay.  How often are you seeing
11  Dr. Mari now for your CLL?
12  A        I think I saw him probably -- I
13  think I saw him in July.
14  Q        Okay.  Does he do any scans or
15  any tests on you?
16  A        Last time, no, huh-uh.
17  Q        But he has?
18  A        I think the last scan I had was
19  either with Dr. Barreras or Dr. Kakis.
20  Q        Okay.  Do you remember the
21  results of that last scan?
22  A        No, I don't.
23  Q        When is your next appointment to
24  see Dr. Mari for your CLL?
25  A        I don't have another appointment

Peter Engilis, Jr.

1  with Dr. Mari.  I was at the doctor last
2  week.  I'm having some issues.  And the
3  doctor suggested I get a CAT scan scheduled.
4  And that was last Friday.  I had a bad week,
5  and I haven't done that yet.  That's on my
6  schedule for this week.
7  Q        What doctor was that?
8  A        I'm trying to remember her name.
9  I've got it again.  I apologize.  I can't
10  remember her name.  It might be Dr. []Ralph.
11  Q        I'm sorry, I didn't hear that.
12  A        I believe her last name is
13  Dr. Ralph.  It was the first time I met her.
14  I went into the clinic because I wasn't
15  feeling well and was concerned I actually
16  had COVID.  And I went in for a COVID test
17  and it was negative, but the doctor came in
18  to see me.  She was concerned and -- that I
19  probably need a CAT scan now because I was
20  having some issues breathing now, and she
21  had some irregular signs when she was
22  checking me out.  But just -- I've got to
23  make those appointments now.
24  Q        Okay.
25  A        That was last Friday.

Peter Engilis, Jr.

```
1    Q        You said this was Dr. Ralph,
2    R-A-L-P-H?
3    A        I think that's her name, a lady.
4    I mean -- I apologize.
5    Q        No, no.  Don't apologize, please.
6    So did you just go into, like, a walk-in
7    clinic?
8    A        Yeah.  It was a walk-in clinic
9    near my house.  I just wasn't feeling well
10   all week, and I kept on getting worse.  And
11   wasn't -- I started worrying that I had
12   COVID because I was having shortness of
13   breath and was running a mild fever and had
14   incredible fatigue, but I'm used to
15   incredible fatigue from the CLL.  So I went
16   in there.  So that's -- that was my last
17   trip to a doctor was Friday.
18   Q        Okay.  And you said this doctor
19   suggested that you have a -- was it a PET
20   scan or a CAT scan?
21   A        CAT scan.
22   Q        Okay.  And did Dr. Ralph suggest
23   this was related to your CLL?
24   A        Well, she -- I'd given her a
25   brief synopsis of my history, and I think
```

Peter Engilis, Jr.

```
1    the words out of her mouth were, I'm not
2    sure what's going on.  But there was -- you
3    know, again, having shortness of breath was
4    not a good sign, so.  You know, it's just
5    one of the issues that I face, so.
6    Q        Understandable.  Are you
7    currently under the care of any other
8    doctors besides Dr. Mari and Dr. Ralph?
9    A        Well, other than seeing
10   Dr. Violante to deal with the anxiety and
11   stress, she's helping with dealing with pain
12   too.
13   Q        Okay.  So Dr. Violante is helping
14   you deal with pain?
15   A        Correct.
16   Q        What kind of pain?
17   A        Really bothersome pain.  My -- I
18   have problems with my left arm with pain.
19   I'm having problems with the Mohs surgery.
20   I wake up in the morning, have forehead
21   pain.  And I just -- some days it -- that's
22   the very first thing when I wake up.  Some
23   nights I wake up in the middle of the night
24   with pain.  And so I've been trying to see
25   her.  Not trying.  I've been seeing her to
```

Peter Engilis, Jr.

```
1    help me deal with the pain and also the
2    stress of it all.  And that's -- you know, I
3    think I saw her -- it's probably been two
4    weeks since I've seen her.  For a while I
5    was going every week.
6    Q        Okay.  Are you currently on any
7    medication for the pain?
8    A        I take an Aleve as needed.  And
9    I -- that's the only -- that's the only
10   medication.  And then I do the -- you know,
11   do the therapy that she helps me.
12   Q        Okay.  Is it fair to say this is
13   pain that's related to both of your skin
14   cancer surgeries?
15   A        Well, everything I've had done
16   has caused me repercussions.  That's the
17   best way I can put it.  You know, I have
18   bladder issues.  My forehead bothers me.  My
19   arm bothers me.  My CLL bothers me.  It
20   just -- you know, the chronic fatigue.  It
21   just wipes me out.  It's an everyday
22   occurrence.  You know, I have a few good
23   hours, and then I just literally tank.  And
24   that's what I'm trying to deal with.
25   Q        No, I understand.  And I was just
```

Peter Engilis, Jr.

```
1    asking you about the pain that you're being
2    treated for.  You mentioned that it was on
3    your left arm and on your forehead?
4    A        Right now, you know, that's the
5    worst of it.  I do get these kind of like --
6    they're kind of like shudders or stabbing
7    pain sometimes, but that's been primarily my
8    arm.  But, you know, it's just -- it's just
9    a whole bunch of stuff I have to deal with.
10   Q        I understand, Mr. Engilis, and
11   thank you.  Do you want to take a quick
12   break?  You're looking a little tired there.
13   I don't want to push you too much.
14   A        How much more do we have?
15   Q        I don't have too much longer.  I
16   don't know how long it will take, but I
17   think I'm getting towards the end.  I can
18   tell you, it will be less than an hour.
19   A        All right.  Let's take a break,
20   please.
21   Q        Absolutely.
22            MR. MOSS:  Let's go off the
23   record.
24            VIDEOGRAPHER:  The time is
25   2:46 p.m.  We're going off the video record.
```

Peter Engilis, Jr.

1    (Short recess.)

2    VIDEOGRAPHER:  The time is

3 2:54 p.m.  We're back on the video record.

4    Q    (By Mr. Moss)  All right.  Good

5 afternoon again, Mr. Engilis.  I'm getting

6 towards the end, and I promise I'll get you

7 out of here as quick as I can.

8    I showed you a medical record of

9 yours just a minute ago from one of your

10 oncologists, Dr. Barreras.  I'm going to

11 show that to you again.  And I'll just show

12 you -- I'm just scrolling down to the third

13 page of it.  And it looks like a subsequent

14 date on December -- no, that's your

15 birthday.  But do you see DOS here on

16 August 12, 2019?

17   A    Yes, uh-huh.

18   Q    Looks like you may have gone back

19 to him after that initial visit in July?

20   A    Right.

21   Q    And under HPI right here, it

22 says, Patient returns with his wife after

23 undergoing CAT scan evaluation.

24   Do you see that?

25   A    Uh-huh.

---

Peter Engilis, Jr.

1    Q    Do you remember having a CAT scan

2 at that point in 2019?

3    A    Yes.

4    Q    Okay.  And it says, Of note, the

5 patient has extensive adenopathy in the neck

6 area bilaterally as well as small lymph

7 nodes in the []axilla and groin areas.

8 [axillary? 02:32:50]

9    And I'm going to scroll down here

10 to assessment and plan at the bottom.  Do

11 you see that?

12   A    Uh-huh.

13   Q    It says, I suspect all of the

14 nodes in the neck are likely related to

15 chronic lymphatic leukemia, but I am

16 suspicious of the necrotic nodes.

17 Therefore, the patient is being referred to

18 ENT for possible lymph node sampling.

19   Do you see that?

20   A    Yes, uh-huh.

21   Q    Do you remember Dr. Barreras

22 referring you to an ENT?

23   A    I believe that was

24 Dr. Georgakakis.

25   Q    Okay.  So you went to

---

Peter Engilis, Jr.

1 Dr. Georgakakis after this?

2    A    Yes.

3    Q    Do you know if Dr. -- is it

4 Gakakis?  I'm sorry if I'm saying that --

5    A    I think it's Georgakakis.

6    Q    Do you know if he did any biopsy

7 or lymph node sampling?

8    A    No, he did not.

9    Q    Okay.  And then continuing on, it

10 says, I want to make sure this is not

11 related to melanoma.

12   Do you see that?

13   A    Okay.  Uh-huh.

14   Q    Do you remember Dr. Barreras

15 being concerned that this may have been a

16 metastasis of your melanoma?

17   A    No.

18   Q    But you don't think you've had

19 any follow-up biopsy or any sort of sampling

20 after this?

21   A    Correct.

22   Q    Okay.  All right.  Mr. Engilis,

23 when did you first come to believe that your

24 CLL was caused by Roundup?

25   A    When I found out that -- well,

---

Peter Engilis, Jr.

1 let me back up.

2    I heard about Roundup causing

3 non-Hodgkin's lymphoma.  I hadn't heard that

4 CLL was actually a type of non-Hodgkin's

5 lymphoma.  I had only been told CLL.  And it

6 was after I made that connection that CLL

7 was a form of NHL.

8    Q    Okay.  When did you first learn

9 that Roundup can cause NHL?

10   A    Probably sometime in 2018.

11   Q    Okay.  How did you come to

12 believe that?

13   A    I read it in the newspaper.

14   Q    Okay.  Do you know what newspaper

15 that was?

16   A    No.  It could have been USA

17 Today.  I don't know.  I used to read the

18 newspaper every day.

19   Q    Okay.  Do you remember exactly

20 what you read?

21   A    No.

22   Q    Okay.  Was it an article in the

23 newspaper, or was it an advertisement in the

24 newspaper?

25   A    It was an article.

Peter Engilis, Jr.

```
1   Q        Okay.  And when did you first
2   come to believe that your CLL was caused by
3   Roundup?
4   A        I guess when I realized that all
5   the people were having problems with NHL
6   with Roundup and then realizing that maybe
7   that was -- NHL was -- excuse me, CLL was a
8   form of NHL.  I mean, the average person
9   does not know what non-Hodgkin's lymphoma
10  is.
11  Q        Was that -- so if I'm hearing you
12  correctly, is that when one of your doctors
13  explained to you that CLL was related to
14  NHL?
15  A        I -- honestly I can't recall.  I
16  can't recall.
17  Q        Was that -- was that something
18  you learned from the your doctors, or did
19  you somehow associate your CLL with Roundup
20  in some other way?
21  A        I may have had a discussion with
22  Dr. Mari, but like I said, I just -- you
23  know, I went for a couple years with not
24  knowing what -- that CLL was a form of
25  lymphoma.
```

Peter Engilis, Jr.

```
1   Q        Okay.  Have you ever seen an ad
2   for Roundup litigation?
3   A        Yes.
4   Q        When did you first see an ad for
5   that?
6   A        I have no idea.  A couple years
7   ago.
8   Q        How did you come to think about
9   filing a lawsuit?
10  A        How did I come --
11           MR. HABERMAN:  You know, I'm just
12  going to caution you not to discuss anything
13  that you talked about with your attorneys.
14  So I object to the extent that that calls
15  for attorney-client privileged
16  communications.
17  Q        Well, how about this:  When did
18  you first think to contact an attorney about
19  filing a lawsuit over your CLL?
20  A        Sometime in 2019.
21  Q        And what caused you to seek out
22  an attorney?
23  A        My daughter's an attorney.  My
24  daughter is also my attorney.  And I think
25  that's where the conversation originated if
```

Peter Engilis, Jr.

```
1   I remember correctly.
2   Q        That was sometime in 2019?
3   A        I believe so.  Yes.
4   Q        Okay.  I know you mentioned that
5   your wife usually goes with you to your
6   doctors' appointments?
7   A        Yes, uh-huh.
8   Q        And does she usually go into the
9   exam room with you?
10  A        Yes.
11  Q        Okay.  So she would be there
12  present for discussions with your doctors
13  about your diagnosis, care, and treatment?
14  A        Yes.
15  Q        Do you know if she's spoken with
16  your doctors at any other times?
17  A        No.
18  Q        Does anyone else in your family
19  go with you to the doctor?
20  A        No.
21  Q        Or anyone outside of your family?
22  A        No.
23  Q        In your own words, can you tell
24  me what you're claiming in this lawsuit?
25           MR. HABERMAN:  Object to --
```

Peter Engilis, Jr.

```
1   object to the form, claiming elements of
2   damage as alleged in the complaint.
3   Q        You can still answer.
4           MR. HABERMAN:  Well, I'm sorry.
5   Can you repeat the question?
6   Q        In your own words, can you tell
7   me what you are claiming in this lawsuit?
8           MR. HABERMAN:  Objection.  The
9   complaint speaks for itself.
10  Q        You can still answer.
11           MR. HABERMAN:  You can answer the
12  question.
13  A        I struggle with my health because
14  of the damage that Roundup's caused me.
15  Q        Anything else?
16           MR. HABERMAN:  Objection.  You
17  can answer.
18  A        This is -- I struggle every
19  single day with my health because I used a
20  product that's a known carcinogenic.
21  Q        What do you think Monsanto did
22  wrong related to Roundup?
23  A        I don't know that I should answer
24  that right now.  I mean --
25           MR. HABERMAN:  Yeah, I'm going to
```

Peter Engilis, Jr.

1  object to scope, and that calls for expert
2  witness opinion.
3  Q        Sir, just so I'm clear -- and I'm
4  not trying to be confrontational.  Are you
5  just refusing to answer the question?
6  A        No.  The question is kind of
7  vague.  But we also know -- you know, I
8  know -- that Monsanto's product has been
9  banned in, I think, 20 countries.  They've
10 talked about pulling it off the market
11 because of problems it's created.  And there
12 is -- it's just -- you know, I think there's
13 a history where they kept certain things --
14 the risk wasn't great enough for them to
15 take the product off the market.  And
16 unfortunately, I was one of those people
17 that used it for decades, numerous
18 locations, and with no history of cancer in
19 my family, and I've had multiple cancers
20 that's turned my life around so badly, you
21 have no idea.
22 Q        And I understand, Mr. Engilis.  I
23 don't mean to be confrontational or pry.  I
24 just wanted your words there.  That's why I
25 was asking.  I wasn't suggesting anything

---

Peter Engilis, Jr.

1  improper or wrong.  I just wanted to know
2  what you thought.
3         Are you okay, Mr. Engilis?
4  A      Yes.
5  Q      I just have a few things to tie
6  up here, and I want to show you -- do you
7  remember filling out something called a fact
8  sheet in this case?
9  A      Yes.
10 Q      Okay.  I apologize.  I can't pull
11 this up quickly, but I do have it here.
12 Bear with me a second.
13         Okay.  Do you see that,
14 Mr. Engilis?
15 A      Yes.
16 Q      Okay.  I'll represent to you this
17 is what is titled your First Amended
18 Plaintiff Fact Sheet.
19 A      Yes.
20 Q      I just have a couple of questions
21 about it.  I'm just -- I want to clarify a
22 couple of things in here.  So let me scroll
23 down -- I'm going to scroll down to page 7.
24         MR. MOSS:  And this will be
25 Exhibit 6, I believe.

---

Peter Engilis, Jr.

1             (Exhibit Number
2               6 was marked
3            for identification.)
4  Q        And I'm not suggesting anything
5  wrong.  It's just my chance to clarify
6  anything.  Subsection E at the bottom of
7  page 7 asks if you've ever been denied
8  medical insurance, and you checked yes?
9  A        Correct.
10 Q        And I just wanted to clarify.
11 Have you been denied health insurance
12 before?
13 A        I had applied for Medicare
14 supplemental insurance through Humana.  I
15 submitted it.  They accepted it.  And
16 actually I think I paid one bill.  And then
17 they sent me a form saying they did not
18 receive all the proper documentation from me
19 in time, which I don't even know what they
20 talked about, and they did not insure me.
21 Q        Okay.
22 A        Had to do with --
23 Q        Are you currently insured?
24 A        Yes.
25 Q        Is that through Blue Cross Blue

---

Peter Engilis, Jr.

1  Shield?
2  A        No.
3  Q        Who are you currently insured by?
4  A        United.
5  Q        United?  Okay.
6  A        Yes.
7  Q        Let me just ask you again.  I'm
8  going to scroll to page 11 of your fact
9  sheet.  It asks on subsection E at the top
10 to list all insurers who have been billed or
11 paid medical expenses related to this
12 lawsuit.  Do you see that?
13 A        Yes.
14 Q        And you listed Blue Cross Blue
15 Shield?
16 A        At that time, yes.
17 Q        Okay.
18 A        That was for the -- that was for
19 the surgeries in 2014 and 2015.
20 Q        Okay.  Is your current insurer
21 still paying your medical bills related to
22 CLL?
23 A        United Healthcare is now my
24 coverage, yes.
25 Q        Okay.  And do you have

Peter Engilis, Jr.

1  documentation about your current insurer?
2  A        Yes.
3  Q        And do you have that for your
4  past insurers?
5  A        I'll have to look for it.
6  Q        Okay.  Have you had any other
7  health insurance besides Blue Cross Blue
8  Shield and United since your CLL diagnosis
9  in 2014?
10 A        No.
11 Q        Okay. I'm just going to scroll
12 back up just quickly here.  We're on
13 page 9 -- all right.  I'm going to go to the
14 bottom of page 8.  It asks to list your
15 usage of Roundup, and I know you've told me
16 you used it from 1990 to 2015.
17 A        Uh-huh.
18 Q        That's consistent with your fact
19 sheet.  You listed that your first started
20 in June of 1990.  Does that sound right?
21 A        Yes.  I bought the house in May
22 and started working on the yard the next
23 month.  Actually -- excuse me.  I'm sorry.
24 I bought the house -- I think I closed on
25 May 24th and started working on the house in

Peter Engilis, Jr.

1  June, the next month.
2  Q        Okay.  And you stopped using it
3  in 2015?
4  A        Correct.
5  Q        Why did you stop using Roundup in
6  2015?
7  A        Well, one, because I wasn't well
8  and I stopped worrying about my yard then.
9  And two, you know, it just -- as I told you
10 earlier, I didn't -- I stopped everything.
11 I just had all those issues and just didn't
12 feel well and didn't care about taking care
13 of a yard.
14 Q        Thank you.  One more thing.  You
15 listed out -- you've separated this out by
16 the different properties you used them in --
17 A        Right.
18 Q        -- here on page 9.  And you --
19 from '96 to 2002, you said you used Roundup
20 at that Fort Lauderdale apartment?
21 A        Correct.
22 Q        In here you wrote that you
23 occasionally used it here?
24 A        Correct.
25 Q        I think you told me earlier that

Peter Engilis, Jr.

1  was probably about once a month though?
2  A        Well, I typically at that time
3  went to that apartment about once a month.
4  So that was -- you know, I wasn't living
5  there.  I just would come down and visit for
6  a three- or seven-day period each month.
7  And that was one of the things I took care
8  of.
9  Q        Okay.  Do you know if you ever
10 signed a version of this document?
11 A        I don't remember.  I assume I
12 did.
13 Q        I'm just going to scroll down.
14 There's a declaration page, but the copy
15 that I have is unsigned.  I'm just wondering
16 if there is a signed version of this?
17 A        Ask Jeffrey.  He'll know.
18 Q        I will.  Thank you.
19          Did you prepare this by yourself?
20 A        No.
21 Q        Did anyone help you fill out
22 these responses?
23 A        I think they sent me questions,
24 and I sent it to them.  I can't remember.
25 Q        Okay.

Peter Engilis, Jr.

1  A        Let me think.  Go to the top of
2  the page, please, page 1.
3  Q        I will.  Absolutely.
4  A        Okay.  So yeah, this was the
5  amended complaint.  They asked me questions,
6  and I must have written out notes.  I didn't
7  type it or anything like that.
8  Q        Okay.
9  A        This is prepared by the law firm.
10 Q        Okay.  We're done with this.
11 Have you ever seen the complaint in this
12 case?
13 A        Yes.
14 Q        Okay.  Did you read the complaint
15 before it was filed?
16 A        Yes.  Or maybe after.  I don't
17 know if it was before or after, to be honest
18 with you.
19 Q        Earlier today you told me about
20 some of the things you used to do prior
21 to 2014.  And I'll find them in my notes.  I
22 apologize.  But are there things that you're
23 claiming you're no longer able to do that
24 you were able to do prior to your CLL
25 diagnosis?

Peter Engilis, Jr.

1  A       Well, I'm not playing tennis.
2  I'm not playing golf.  I can't ride a bike
3  like I used to.  We don't go skiing anymore.
4  Used to take long walks with my wife, and I
5  can't do that.  I just don't have the energy
6  to do it.  And it's more than that, what I
7  can't do.  It's what -- how I feel.  It's
8  how I get sick all the time.  How I can't
9  sleep.  It's all those things.
10  Q       I understand.  And does your --
11  did your surgeries and melanoma impact any
12  of these activities as well?
13  A       Probably.
14  Q       And have you not been able to do
15  any of these things since 2014?
16  A       As I said earlier, I've been on a
17  bike, but, you know, I can't do what I used
18  to do on a bicycle.  But I -- you know, I've
19  given up these sports.
20  Q       Okay.  Are you claiming that your
21  CLL has caused your anxiety?
22  A       Absolutely.
23  Q       Are you seeking any compensation
24  for your medical bills?
25  A       I -- you would have to ask my

Peter Engilis, Jr.

1  attorney.
2  Q       Okay.  Have you made any
3  insurance claims for those expenses?
4  A       In the past.  2014, 2015, yes.
5  Q       Do you have records of those
6  claims?
7  A       Probably.  Everything since, I've
8  paid myself.
9  Q       Do you have any way of
10  calculating the total amount of medical
11  expenses that weren't reimbursed?
12  A       Probably.
13  Q       So you have records of all that?
14  A       I think I could get that
15  together.  Yes, sir.
16  Q       Okay.  Are you seeking
17  compensation for any out-of-pocket expenses?
18  A       You'd have to ask my attorney
19  that, but I believe so.
20  Q       Okay.  And I'm just going to show
21  you your fact sheet quickly.  Do you see
22  here on page 10 under subsection C asking
23  about out-of-pocket medical expenses?
24  A       Yes, uh-huh.
25  Q       And it says, Estimated at 13,000?

Peter Engilis, Jr.

1  A       Okay.
2  Q       Does that sound about right?
3  A       Well, it's been more since then
4  because of additional bills I've paid since
5  whenever this was printed out.
6  Q       Okay.  And you did mention some
7  other out-of-pocket expenses, but that --
8  you don't necessarily need to give me a
9  number, but what sorts of things are you
10  seeking compensation for?
11  A       For my out-of-pocket?
12  Q       Yes.
13  A       That's the question?  Well, I
14  personally paid for all the doctor stuff in
15  the last couple of years.  Nonmedical?  No,
16  I wasn't asking for anything for nonmedical.
17  Q       Okay.  That's what I was asking.
18  I could have -- so you're not seeking
19  nonmedical out-of-pocket expenses?
20  A       Well, I didn't hear you say non.
21  I'm sorry.
22  Q       I apologize, that is my fault.
23  Just so we're clear, you're not seeking any
24  nonmedical out-of-pocket expenses?
25  A       No.

Peter Engilis, Jr.

1  Q       Okay.  Are you seeking lost
2  wages?
3  A       You have to talk to my attorney
4  about that.
5  Q       But are you claiming that you
6  either aren't able to work or work less
7  because of your CLL?
8  A       I definitely work less because of
9  my health.
10  Q       And you're attributing that to
11  your CLL?
12  A       Yes.
13  Q       Can you tell me how much less you
14  work because of your CLL?
15  A       I mean, some days I can't work at
16  all.  I'd probably work 30 to 50 percent
17  more if I was feeling better.  It's -- as I
18  said earlier, I have good days and bad days.
19  I'll have a few good hours and then I tank.
20  It's very common.  I tend to tank in the
21  afternoon.  But there's some mornings I get
22  up I can't function.  It's just what it is.
23  Q       Okay.  So there's no way for you
24  to estimate how much money you've lost from
25  work because of your CLL?

Peter Engilis, Jr.

1  A       I'd have to think about that to
2  give you an answer.  I don't know.  I'm
3  sorry.
4  Q       Just sitting here today, you
5  can't do that?
6  A       No.  I don't believe so.
7  Q       Okay.  Thank you.  Give me one
8  second.  I apologize.
9          We've talked about your anxiety.
10 Have you ever suffered from depression?
11 A       No, I don't think so.
12 Q       Give me one second.  I apologize.
13 MR. MOSS:  I just want to -- I'm
14 going to mark this as -- I think we're
15 probably on Exhibit 6 or 7?
16 COURT REPORTER:  7.
17        (Exhibit Number
18         7 was marked
19         for identification.)
20 Q       This will be Exhibit 7.  Can you
21 see that, Mr. Engilis?
22 A       Yeah.  I'm looking at it now,
23 yes.
24 Q       And I'll represent to you that
25 this is a record from Dr. Weiss.

Peter Engilis, Jr.

1  A       Right.
2  Q       It has Dr. Mari, your PCP, as
3  your referring physician.  Do you see the
4  date there, 7/28/2014?
5  A       Correct.
6  Q       Does this seem like the first
7  time you went to Dr. Weiss?
8  A       I can't recall the date that I
9  went to him first.
10 Q       Okay.  And I just wanted to ask
11 you one question about this and about the
12 second paragraph under HPI.  It starts with,
13 Patient relates that his blood pressure went
14 crazy.
15 A       Okay.
16 Q       And saw his PCP who did a urine
17 CX as there was blood in urine.  CX was
18 negative.  It says, He is under a lot of
19 stress due to personal issues.
20         Do you remember being under a lot
21 of stress at the time?
22 A       I guess.  I don't remember -- I
23 don't remember any of this where my blood
24 pressure went crazy.  I don't know that.
25 That doesn't sound familiar.  But I was

Peter Engilis, Jr.

1  having blood in my urine, and that, you
2  know, could have really got me upset.  But I
3  don't remember any of that conversation.
4  Q       Okay.  You don't remember what
5  these personal issues would have been?
6  A       In 2014?  It just -- my blood
7  pressure?  I don't know.  It doesn't ring a
8  bell to me.
9  Q       Okay.  And that's understandable,
10 Mr. Engilis.  I was just asking to see if
11 you might have remembered.  But "I don't
12 know" is fine.  Thank you though.
13 A       Okay.
14 Q       Okay.  We're done there.
15         Are you claiming that your CLL
16 has impacted your marital relationship with
17 your wife?
18 A       Yes.
19 Q       When are you claiming that first
20 started?
21 A       It's been a long time.  I don't
22 know exact -- I mean, I can't give you a
23 date, but if I'm not feeling well, I mean,
24 I'm not interacting with her in a positive
25 way.

Peter Engilis, Jr.

1  Q       Okay.  Can you explain to me how
2  it has impacted your relationship?
3  A       I don't think we're as close as
4  we should be and we're not intimate.
5  Q       Anything else that it's
6  impacted -- any other way it's impacted your
7  relationship?
8  A       Well, if I'm fatigued or sleeping
9  a lot, she doesn't have anybody to interact
10 with.  In other words, I'm not physically
11 and mentally available many times.
12 Q       And I apologize if it's
13 intrusive, but this is my opportunity to ask
14 you.  But you say you're no longer intimate
15 with your wife?
16 A       Correct.
17 Q       When is the last time that you
18 were intimate with your wife?
19 A       I couldn't say.  I'm sorry.
20 Q       Have you ever sought any marriage
21 counseling as a result of this?
22 A       No.
23 Q       Have you ever discussed this
24 lawsuit with any of your doctors?
25 A       I don't believe so, no.

Peter Engilis, Jr.

1 Q        Have you ever been examined by a
2 doctor recommended by your lawyers?
3 A        No.
4 Q        Have you spoken to anyone else
5 about this lawsuit?
6 A        My daughter.
7 Q        And are you -- I think you
8 mentioned she's your lawyer.  Are you
9 claiming she's representing you in this
10 lawsuit?
11 A        No, but she's my attorney for
12 other matters.  So I have to -- you know, my
13 conversations with her would be private.
14 Q        Okay.
15         MR. MOSS:  And before I ask,
16 Jeff, would you object to me asking about
17 any of those conversations?
18         MR. HABERMAN:  I mean, I would
19 object -- if she's given him advice on this
20 case, then I would object to that.  If
21 she -- if he's spoken to her -- you know, if
22 he's spoken to her outside the context of
23 attorney-client, then, you know, I would
24 allow the opening of a door just to that
25 limited scope, because, you know, it's our

Peter Engilis, Jr.

1 intention also to call her as a witness in
2 this case.
3         So I don't want -- I'm not using
4 the attorney-client as a sword and shield,
5 but if she has given him advice in the case,
6 then I'd instruct you, Peter, not to go into
7 that advice that she's given to you in the
8 case.  But what she knows about your disease
9 or you can talk to her about things that are
10 non -- that are not part of advice given or
11 counseling, then, you know, you can get into
12 that a little bit.
13         MR. MOSS:  Okay.  Well, why don't
14 we do this and just let me make a record.  I
15 understand, Jeff.  I'm not trying to fight
16 you on this at all, but let me just make a
17 record of it, and you can instruct him not
18 to answer if you want.
19 Q        (By Mr. Moss)  Am I correct,
20 Mr. Engilis, that you have spoken to your
21 daughter about this lawsuit?
22 A        Yes.
23         MR. MOSS:  Okay.  And Jeff,
24 you're objecting to me asking about any
25 specifics about those conversations about

Peter Engilis, Jr.

1 this lawsuit?
2         MR. HABERMAN:  Well, "about this
3 lawsuit" is very broad.  If it involves
4 instructions -- legal instructions and
5 advice that a counselor gives to a client, I
6 would object to that.  So I guess we'll take
7 it question by question.
8         MR. MOSS:  That's fair.
9 Q        (By Mr. Moss)  I don't want to
10 invade that privacy, Mr. Engilis, so at
11 least give your lawyer an opportunity before
12 you answer my question.
13 A        Okay.
14 Q        What have you talked to your
15 daughter about in regards to this lawsuit?
16         MR. HABERMAN:  I'm going to
17 object to that.  That's too broad.
18         MR. MOSS:  Are you going to
19 instruct him not to answer it?
20         MR. HABERMAN:  Yes.
21 Q        (By Mr. Moss)  Does your daughter
22 have any knowledge about your use of
23 Roundup?
24 A        Yes.
25 Q        Does she have knowledge about the

Peter Engilis, Jr.

1 injuries that you're claiming in this case?
2 A        Yes.
3 Q        And does she know about the
4 claims that you're making in this lawsuit?
5 A        Yes.
6         MR. MOSS:  You know, Jeff, I
7 don't really need to go into it.  That's
8 fine.  We can address this later if we need
9 to, but I'm not going to go into just every
10 single question about it.  But am I correct,
11 you're not going to let him answer specific
12 questions about conversations they've had
13 about this lawsuit?
14         MR. HABERMAN:  Yeah, I think that
15 would go to attorney-client.
16         MR. MOSS:  Okay.
17 Q        (By Mr. Moss)  Who else besides
18 your daughter has knowledge about your use
19 of Roundup?
20 A        Probably my son-in-law.
21 Q        Your son-in-law is Christopher?
22 A        Correct.
23 Q        Do you intend for Christopher to
24 testify at trial?
25 A        You'd have to ask my attorney.

Peter Engilis, Jr.

1  Q      I think your attorney just said
2  that you might intend to have your daughter
3  testify at trial?
4  A      You're asking me legal questions
5  I'm not, you know, qualified to answer.
6  Q      Okay. Understandable. Other
7  than your wife, has anyone ever accompanied
8  you to any of your doctors' appointments?
9  A      No.
10 Q      Do you use any form of social
11 media?
12 A      No.
13 Q      Anything like Facebook or
14 Instagram?
15 A      I don't use Instagram. I don't
16 use Facebook.
17 Q      Do you have a Facebook account?
18 A      Do I?
19 Q      Yes.
20 A      Somebody put my name up there,
21 but I don't know what it is. I mean,
22 somebody told me you need to put your
23 picture and all that. I have no idea. I
24 didn't do it, so --
25 Q      Fair enough.

Peter Engilis, Jr.

1  A      I'm not into Facebook. I don't
2  even know what Instagram is.
3  Q      Fair enough. That answers a lot
4  of the questions then. I just had to ask
5  though.
6         All right. As you can see, I am
7  through my outline. I do have a few
8  follow-up questions, and this won't take
9  long, but --
10 A      I'd be disappointed if you
11 didn't.
12 Q      Let me just look at my notes
13 quickly. You know what, I'm sorry. Can we
14 take a two- or three-minute break so I'm not
15 keeping you here, and let me organize myself
16 so I'm not being inefficient?
17 MR. MOSS: We can go off the
18 record.
19 VIDEOGRAPHER: The time is
20 3:31 p.m. We're going off the video record.
21         (Short recess.)
22 VIDEOGRAPHER: The time is now
23 3:37 p.m. We're back on the video record.
24 Q      (By Mr. Moss) All right.
25 Mr. Engilis, I am almost done. And I

Peter Engilis, Jr.

1  promise this won't take, at the risk of
2  being overly cautious, ten minutes. I don't
3  think it will take that.
4  A      Okay.
5  Q      I've got one more thing to show
6  you quickly.
7  MR. MOSS: And this will be
8  Exhibit 7.
9  Q      I'm going to show you the notice
10 for today's deposition. Do you see that?
11 A      Yes, sir.
12 Q      Have you seen this before?
13 A      I think so.
14 COURT REPORTER: I believe this
15 is 8.
16 MR. MOSS: Thank you. I've kind
17 of made a mess of this. Sorry, Karen. I'll
18 go with 8 on this one.
19         (Exhibit Number
20          8 was marked
21          for identification.)
22 Q      (By Mr. Moss) Mr. Engilis, have
23 you seen this before? I don't know if I
24 heard you.
25 A      I believe so, yes.

Peter Engilis, Jr.

1  Q      I only ask because at the end of
2  this, there's an Exhibit A, and it has a
3  document request. Do you see that?
4  A      Yes.
5  Q      Did you see this and read it and
6  look for anything that you may have that's
7  responsive to this?
8  A      I didn't read it, to be honest
9  with you.
10 Q      Okay. And I don't need to go
11 through these in too much detail, but do you
12 have any documents that would relate to your
13 purchase or use of Roundup?
14 A      I'm sorry, say that again?
15 Q      Do you have any documents that
16 relate to your purchase or use of Roundup?
17 A      No.
18 Q      Any receipts or anything like
19 that?
20 A      No.
21 Q      Okay. If you look at number 5,
22 it asks for diaries, journals, calendars, et
23 cetera, relating to your cancer diagnosis
24 and treatment.
25         Do you happen to keep anything

Peter Engilis, Jr.

```
 1   like that?
 2   A        No.
 3   Q        Do you have any of your own
 4   medical records?
 5   A        No, I don't.
 6   Q        Okay.  Do you have any
 7   communications between you and your health
 8   care providers about your cancer diagnosis
 9   and treatment?
10   A        No.
11   Q        Do you communicate with them via
12   email or text message?
13   A        No.
14   Q        I think you mentioned earlier
15   that you do have your medical bills?
16   A        Yes.
17   Q        Do you have anything else besides
18   your medical bills that would relate to any
19   issues in this lawsuit?
20   A        I guess not.
21   Q        Okay.  Thank you.  We're done
22   there.
23            Just a few follow-up questions
24   about your Roundup use I just didn't ask
25   earlier.  Am I correct that you always
```

Peter Engilis, Jr.

```
 1   purchased the ready-to-use version of
 2   Roundup?
 3   A        As opposed to?
 4   Q        One that needed to be mixed with
 5   water?
 6   A        No.  I always used it ready --
 7   already prepared.
 8   Q        So you never purchased what's
 9   called the concentrate that needed to be
10   mixed?
11   A        No.
12   Q        It was always premixed?
13   A        Correct.
14   Q        It occurred to me -- we talked
15   about when you applied Roundup using a wand,
16   but I didn't ask you about the other handle
17   that you used.  And you described it as a
18   trigger at the end of a hose?
19   A        At the end of a skinny hose, I
20   believe, yeah.
21   Q        Okay.  Do you remember how that
22   trigger -- how the liquid came out of that
23   trigger?  Was it on a steady stream,
24   targeted stream?
25   A        I think there was an adjustment
```

Peter Engilis, Jr.

```
 1   at the end of it.
 2   Q        Okay.  Similar to the wand?
 3   A        Yes, uh-huh.
 4   Q        And did you use that trigger the
 5   same way you would have used the wand?
 6   A        I believe so, yes.
 7   Q        And I know it's not -- it was in
 8   your hand not long, but would you bend over
 9   and spray it closer to the weeds?  Or where
10   would you spray it from?
11   A        Standing in an upright position
12   with my arm extended in front of me.  I
13   can't say that I sat down on the ground to
14   spray or bent over, no.
15   Q        Okay.  That's fair.  That answers
16   my question.  Thank you.
17            I appreciate you might -- the
18   answer to these might be no, but I need to
19   ask.  Do you know if you ever -- did you
20   ever apply any pesticides or insecticides?
21   I think you answered that, but I apologize.
22   A        No.
23   Q        Okay.  Do you know if at all --
24   during work or at all you were exposed to
25   gasoline or diesel fumes?
```

Peter Engilis, Jr.

```
 1   A        At work?
 2   Q        At work or otherwise?
 3   A        Gasoline or diesel fumes.  No,
 4   other than pumping gas in my car.
 5   Q        Okay.  Other than that, you
 6   wouldn't have any sort of exposure that way?
 7   A        No.
 8   Q        Okay.  I appreciate as a Realtor
 9   the answer is probably no, but did you ever
10   work around any hazardous materials?
11   A        No.
12   Q        Have you ever had any issues with
13   your prostate?
14   A        No.
15   Q        Do you know if you've ever had an
16   elevated PSA?  Do you know what that is?
17   A        Uh-huh.  Yeah.  No, I've had
18   prostate exams, but nothing was indicated to
19   go any further with that.
20   Q        You've never been told that you
21   had an elevated PSA?
22   A        No.
23   Q        When you were seeing, I believe,
24   your oncologist -- Dr. Nair; is that
25   correct?
```

Peter Engilis, Jr.

```
1   A       Uh-huh.
2   Q       Do you know if -- when you were
3  following up with him, did he do bloodwork?
4   A       I don't recall.  I don't recall.
5  I'm sorry.
6   Q       Does Dr. Mari do bloodwork when
7  you see him?
8   A       Yes.
9   Q       Okay.  And that's to follow up
10  for your CLL?
11  A       For whatever reason.  I mean, he
12  checks me all over, so --
13          MR. MOSS:  Okay.  Those are all
14  the questions I have for you, Mr. Engilis.
15  I want to thank you for your patience and
16  your cooperation today, and thank you for
17  taking the time to do this.  I appreciate
18  it.
19          THE WITNESS:  Okay.  You're
20  welcome.
21          MR. MOSS:  I don't know if your
22  attorney has any questions for you but I'm
23  finished.
24          MR. HABERMAN:  Okay.  I do not
25  have any questions.
```

Peter Engilis, Jr.

```
1          MR. MOSS:  Okay.  Thank you.  Do
2  you want to explain read or waive, or do you
3  want me to do that?
4          MR. HABERMAN:  He'll read.  We
5  don't need to explain it but he'll read.
6          MR. MOSS:  Fair enough.
7          VIDEOGRAPHER:  All right.  The
8  time is 3:44 p.m.  This is the end of
9  today's deposition.  We're going off the
10  video record.
11
12      (Deposition concluded at 3:44 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Peter Engilis, Jr.

```
1           C E R T I F I C A T E
2
3          I hereby certify that the above
4  and foregoing deposition was taken down
5  by me in stenotype, and the questions and
6  answers thereto were reduced to computer
7  print under my supervision, and that the
8  foregoing represents a true and correct
9  transcript of the deposition given by
10  said witness upon said hearing.
11
12          I further certify that I am
13  neither of counsel nor of kin to the
14  parties to the action, nor am I in
15  anywise interested in the result of said
16  cause.
17
18  _____
            Karen Smith, Commissioner
19
20
21
22
23
24
25
```