# EXHIBIT F

Case 3:16-md-02741-VC Document 15973-7 Filed 12/14/22 Page 2 of 3

Electronically Filed - City of St. Louis - December 30, 2021 - 10:44 PM

**Monsanto**

AUG 29 1985

FROM (NAME—LOCATION—PHONE) F. S. Serdy - C2SC -4-4558

DATE: August 28, 1985

SUBJECT: Glyphosate mouse study
Additional steps

REFERENCE:

TO: Tim Long G2WD

cc: R. W. Street
T. F. Armstrong
E. E. Debus
L. L. Gingerich 1920

The news you relayed to us on the preliminary results of the resections was very encouraging. We continue to believe that the result of all of these effort will be that glyphosate is shown not be be oncogenic. We now feel that is is important to begin to make plans and begin to prepare our strategy on how we will both submit the results and respond if EPA does not accept our results. We ask your cooperation with the following:

1. We continue to feel it is important to identify and contact those outside "experts" who we feel would testify on our behalf both to EPA and SAP that, based on the results, glyphosate is not oncogenic.

2. We do not have a lot of faith that, presented with the same evidence, Ted Farber will want to back off and change his mind. Hence we feel that it is equally as important to identify and contact "experts" in the area of statistics who would be willing to testify both to the EPA and SAP that 1-0-1-3 cannot be considered significant. Also we will need opinions on the proper way to handle historical controls.

Tom Armstrong will be taking the lead in this area for registration and will be contacting you regarding your ideas. We will appreciate your cooperation with Tom on this project.

3. We would like you to contact Dr. Calabrese in regards to his involvement with the DEA worst case risk assessment. Specific questions we feel must be raised are:

   a. What is his feeling on the meaning of the qualitative nature of the evidence?

   b. What did DEA ask him to do on this project? Was he asked to provide his professional opinions on whether this risk assessment was needed or simply to do it?

IN-1120

Confidential - Produced Subject to Protective Order

MONGLY04268980

Tim Long
August 28, 1985
page 2

We appreciate your continued help in this area. It seems imperative that we continue to do all that is possible in order to have the Agency reverse its decision. Hopefully, the testimony of several respected "experts" will be enough to cause EPA to change their minds. Should you have any questions, please feel free to contact either Tom or myself.

Frank

Frank Serdy

/jd

Confidential - Produced Subject to Protective Order                                                                    MONGLY04268981