**SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman
Sarah J. Schultz
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
Facsimile: (954) 320-9509
jhaberman@schlesingerlaw.com
sarah@schlesingerlaw.com

*Attorneys for Plaintiff, Peter Engilis*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No: 2741 |
| | Case No.: 3:19-cv-07859-VC |
| Peter Engilis, Jr., *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> Monsanto Company., <br><br> Defendant. <br><br> Individual Case No.: 3:19-cv-07859-VC | **DECLARATION OF JEFFREY L. HABERMAN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF AMBROSE CHARLES, PH.D.** <br><br> **Hearing date: January 12, 2023** <br> **Time: 10:00 a.m.** |

I, Jeffrey Haberman, declare as follows:

1. I am an attorney duly licensed to practice law in the state of Florida. I am an attorney at the law firm of Schlesinger Law Offices, P.A. I submit this declaration in support of Plaintiffs' Response in Opposition to Defendant's Motion to Exclude the Testimony of Ambrose Charles, Ph.D. I have personal knowledge of the matters stated below, and if called upon to do so, I could and would competently testify as stated therein.

2. Attached as Exhibit A is a true and correct copy of the *Daubert* Order in *Alesi v. Monsanto Co.*, No. 19SL-CC03617 (Mo. Cir. Ct. July 22, 2022).

1

DECARLATION OF JEFFREY L. HABERMAN IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF AMBROSE CHARLES, PH.D.

3.     Attached as Exhibit B is a true and correct copy of the *Daubert* Order in *Ferro v. Monsanto Co.*, No. 20SL-CC03678 (Mo Cir. Ct. Oct. 13, 2022).

4.     Attached as Exhibit C is a true and correct copy of the Curriculum Vitae of Ambrose Charles, Ph.D.

5.     Attached as Exhibit D is a true and correct copy of the deposition transcript of Dr. Ambrose Charles taken on June 28, 2022 in *Ferro v. Monsanto Co.*, No. 20SL-CC03678 (Mo Cir. Ct. 2022).

6.     Attached as Exhibit E is a true and correct copy of the Expert Report of Ambrose Charles, Ph.D.

7.     Attached as Exhibit F is a true and correct copy of the following article: McDuffie, H.H., et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, CANCER EPI., BIOMARKERS & PREVENTION, Vol. 10 (Nov. 2001).

8.     Attached as Exhibit G is a true and correct copy of the following article: Eriksson, *Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis*, 123 INT'L J CANCER 7 (July 2008).

9.     Attached as Exhibit H is a true and correct copy of the Order on Defendant's Motion for Directed Verdict at the Close of Plaintiff's Evidence in *Ferro v. Monsanto Co.*, No. 20SL-CC03678 (Mo Cir. Ct. 2022).

10.    Attached as Exhibit I is a true and correct copy of the November 1, 2022 Session Trial Transcript in *Ferro v. Monsanto Co.*, No. 20SL-CC03678 (Mo Cir. Ct. 2022).

11.    Attached as Exhibit J is a true and correct copy of the March 4, 2019 Trial Transcript (Volume 7) in *Hardeman v. Monsanto Co.*, No. C 16-00525-VC (N.D. Cal. Mar. 4, 2019).

12. Attached as Exhibit K is a true and correct copy of the following article: *IARC Response to Criticisms of the Monographs and the Glyphosate Evaluation*, Prepared by the IARC Director (Jan. 2018).

13. Attached as Exhibit L is a true and correct copy of the following article: Pahwa, M., et al., *Glyphosate Use and Associations with non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project*, Scand. J. Work Environ. Health 45 (2019).

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 14, 2022 in Fort Lauderdale, Florida.

_____
Jeffrey L. Haberman