# EXHIBIT C

**TOXFACTOR**
**Toxicology Consulting**

**Dr. Ambrose K Charles, PhD, MSc, FACFEI**
Tox co og st / Consu tant

Fe ow, Amer can Co ege of Forens c Exam ners Inst tute
D p omate & Board Cert f ed n Tox co ogy and Forens c Med c ne

## Areas of Expertise

- General Toxicology & Health Effects.
- DUI/DWI   Alcohol intoxication.
- Exposure to and toxicity of industrial chemicals/pesticides/pollutants.
- Environmental Health & Risk Assessments.
- Regulatory and Public Health Issues, Pesticides, Agriculture.
- Consulting Expert in Litigation Support.
- Expert Toxicology Review, Evaluation and Analysis, Deposition &Testimony.

## Professional Expertise and Experience

- 57 Years of combined career experience and expertise:  in Litigation support, Legal case reviews, Health Risk Assessments, Clinical, Teaching and Toxicology research in Neurochemistry, and Biochemistry while holding academic positions in various universities, Clinical knowledge, Government/Regulatory/Public health Issues.

- 51 years in human health safety and risk assessments in areas: chemical/pesticide toxicity, alcohol intoxication/related injuries and damages, petroleum products, environmental, regulatory, food safety, animal toxins, and water quality.

- 33 years in litigation and legal support: Worked with attorneys representing plaintiff, defendant, and both regulatory and enforcement entities, including previous 10 years of independent toxicology consulting.

- 22 years of academic medical research in toxicology of chemicals and toxins in biological systems, neurochemistry and neurotoxicology, and chemical safety evaluations.

- 12 years of graduate and medical teaching, including as Mentor for PhDs & Masters.

- 9 years in undergraduate teaching: Physician's Assistance, Health Inspector courses.

- 5 years in Clinical chemistry and Clinical Pathology laboratory investigations and data analysis on human pathological specimens. Supervised a team of clinical laboratory staff in a major medical school and teaching hospital.

- 39 years in Executive and Supervisory responsibility: Served in several Government, (Federal & State), Regulatory, Inter-Agency, Academic, Scientific , Technical, and Policy and Advisory Groups & Committees.

## Specific Legal Support

- Provided expert consulting assistance/litigation support to more than 20 Attorneys and/or Law Firms.

- Reviewed, analyzed, and opined on 200+ cases of human, animal, and environmental exposure to chemicals, mostly pesticides, for Law Firms and Government Legal & Enforcement Divisions.

- Given 6 Depositions on matters of human or environmental exposures to chemicals.

- Testified in 9 Court hearings on chemical toxicities.

## Professional Employment History & Appointments

- **Toxicology Consultant**. Sep 2011-Todate. Round Rock, Texas.

- **Deputy Assistant Commissioner**. May 2005-Aug 2011. (Retired). Pesticide Division, Texas Department of Agriculture, Austin, Texas.

- **Director and Senior Science Advisor.** Toxicology & Risk Assessment. Apr 1990-Apr 2005. Pesticide Programs Division, Texas Department of Agriculture, Austin, Texas.

- **Environmental Health Toxicologist/Research Scientist**. 1987-1990. Bureau of Toxic Substance Assessment, New York State Department of Health Center for Environmental Health, Albany, N.Y.

- **Assistant Professor**. 1983-1987. Department of Pharmacology and Toxicology, Albany Medical College & Medical Center, Albany, N.Y.

- **National Institute of Environmental Health Service (NIEHS) Research Associate (Faculty)**. 1981-1983. Institute of Experimental Pathology and Toxicology, Albany Medical College & Medical Center, Albany, N.Y.

- **Research Assistant Professor.** 1980-1981, and Research Associate (Faculty). (1977-1979). Department of Biochemistry, University of Maryland Dental School, Baltimore, MD.

- **Scientific Officer**. 1976-1977. Council of Scientific and Industrial Research (CSIR) Center for Biochemicals, University of Delhi, Delhi, India.

- **Postdoctoral Fellow/National Science Academy of India.** 1974-1975. Department of Biochemistry, V. P. Chest Institute, University of Delhi, Delhi, India.

- **Clinical Chemist**. 1963-1968. Clinical Biochemistry Laboratory and Indian Council of Medical Research (ICMR) Cell, Trivandrum Medical College and Hospitals, Trivandrum, University of Kerala, India.

## Education

- **Ph.D. Toxicology/Medical Biochemistry.** University of Delhi, India, 1974.

- **M.Sc. Biochemistry**. M. S. University of Baroda, India, 1970.

- **B.Sc. Chemistry/Biology**. Major: Organic Chem. University of Kerala, India, 1963.

- **NIEHS Toxicology Research Associate.** Institute of Experimental Pathology and Toxicology, Albany Medical College, Albany, N.Y. 1981-1983.

- **Professional Continuing Education**: Toxicology, Environmental Health, Laws & Regulatory areas, Management, and Leadership.

## Teaching

- Albany Medical College & Medical Center, Albany, NY.
- University of Maryland Dental School, Baltimore, MD.
- University of Delhi, Delhi, India.
- Medical College & Hospitals at Trivandrum, University of Kerala, India.

## Board Certification & Professional Affiliations

- Fellow. American College of Forensic Examiners.
- Diplomate & Board Certified. American Board of Forensic Medicine.
- Diplomate & Board Certified. American Board of Forensic Examiners in Toxicology.

- American College of Forensic Examiners Institute. Member Emeritus.
- American College of Toxicology, USA. Member Emeritus.
- Society of Toxicology, USA. Member Emeritus.
- Society of Biological Chemists of India. Life Member.

## Publications/Research

- General Toxicology, Chemical/Pesticide Toxicity, Neurotoxicity, & Animal Toxins. Authored more than 40 scientific articles and abstracts in peer-reviewed Journals. Prepared several toxicity reviews/reports on petroleum products, chemical safety evaluations, and risk assessment on chemical toxicants.