# EXHIBIT D

Ambrose K. Charles, Ph.D.

Page 1

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

Paul Ferro, et al.,          )
                             )
                             )
     Plaintiffs,             )
                             )
vs.                          )  Case No. 20SL-CC03678
                             )
MONSANTO COMPANY,            )
                             )
                             )
     Defendant.              )


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL VIDEOTAPED DEPOSITION

AMBROSE K. CHARLES, Ph.D.

June 28, 2022

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL VIDEOTAPED DEPOSITION OF AMBROSE K. CHARLES,
Ph.D., produced as a witness at the instance of the
Defendant and duly sworn, was taken in the above-styled
and numbered cause on the 28th day of June, 2022, from
9:28 a.m. to 6:21 p.m., before April Balcombe-Anderson,
Certified Shorthand Reporter and Certified Realtime
Reporter in and for the State of Texas, reported by
computerized stenotype machine at The Westin Austin
Downtown, Conference Room, 310 East 5th Street, Austin,
Texas 78701, pursuant to the Missouri Rules of Civil
Procedure and the provisions stated on the record or
attached hereto.

Ambrose K. Charles, Ph.D.

## Page 2

1     APPEARANCES
2  FOR PLAINTIFFS:
3     MR JEFFREY L HABERMAN
      MS SARAH J SCHULTZ (VIA REMOTELY)
4     Schlesinger Law Offices, P A
      1212 Southeast Third Avenue
5     Fort Lauderdale, Florida 33316
      Telephone: 954 467 8800
6     E-mail: JHaberman@SchlesingerLaw com
      E-mail: SSchultz@SchlesingerLaw com
7
8  FOR DEFENDANT:
9     MS EMMA C ROSS, M D
      MR JAMES T COLEMAN
10    GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
      200 South Wacker Drive, 22nd Floor
11    Chicago, Illinois 60606
      Telephone: 312 881 5952
12    E-mail: eross@goldmanismail com
      E-mail: jcoleman@goldmanismail com
13
   - and -
14
      MR JOSEPH D PIORKOWSKI, JR (VIA REMOTELY)
15    The Piorkowski Law Firm, PC
      1800 K Street, Northwest, Suite 1000,
16    Washington DC 20006
      Telephone: 202 223 5535
17    E-mail: JPiorkowski@PiorkowskiLaw com
18
   "ALSO PRESENT:
19
20    Ambrose K  Charles, Ph D ,
21    the Witness; and
22    Mr  Jason Lemley,
23    the Videographer; and
24    Ms  April Balcombe-Anderson,
25    the Stenographic Court Reporter

## Page 3

1           INDEX
2                          PAGE
3  Examination by Ms. Ross ..........................6
4  Examination by Mr. Haberman ....................400
5  Signature Page ....................................409
6  Court Reporter's Certificate ...................411
7
8           EXHIBITS
9  EXHIBIT       DESCRIPTION         PAGE
10 Exhibit 1     Monsanto Company's Notice of      8
               Videotaped Deposition of
11             Ambrose K. Charles, Ph.D.
12 Exhibit 2    Dr. Charles' report in the         8
               matter of Stacey Moore
13
   Exhibit 3    Report of William Pleu made by     9
14             Dr. Charles
15 Exhibit 4    Dr. Charles' work notes about      9
               Stacey Moore
16
   Exhibit 5    Dr. Charles' work notes about     10
17             William Pleu
18 Exhibit 6    Toxfactor Invoice for Stacey      73
               Moore case
19
   Exhibit 7    Time Log & Office Hours for       74
20             Moore case
21 Exhibit 8    Taxfactor invoice for William     75
               Pleu case
22
   Exhibit 9    Time log for William Pleu case    75
23
24
25

## Page 4

1              EXHIBITS (cont.)
2  EXHIBIT       DESCRIPTION         PAGE
3  Exhibit 10    Curriculum Vitae of Dr. Ambrose   79
               K. Charles, Ph.D.
4
   Exhibit 11    Screenshots from Dr. Charles'     81
5              website
6  Exhibit 12    List of currently regulated       89
               herbicides for the Texas
7              Department of Agriculture
8  Exhibit 13    Screenshot from the National     158
               Cancer Institute - Cancer Stat
9              Facts: Non-Hodgkin Lymphoma,
               SEER 2022
10
   Exhibit 14    Glyphosate Use and Cancer        169
11             Incidence in the Agricultural
               Health Study by Gabriella
12             Andreotti and colleagues
13 Exhibit 15    Case report by Zhu, et al        281
14 Exhibit 16    IARC Monograph 112               288
15 Exhibit 17    Eriksson 2008 article            313
16 Exhibit 18    McDuffie 2001 article            319
17 Exhibit 19    Pahwa 2019 article               340
18 Exhibit 20    Leon 2019 study                  353
19 Exhibit 21    Boffetta 2021 study              357
20 Exhibit 22    EPA's Review Decision -          368
               "Glyphosate - Proposed Interim
21             Registration Review Decision"
               from April 2019
22
23              P-R-O-C-E-E-D-I-N-G-S
24        THE VIDEOGRAPHER:  We are now on the
25 record.  My name is Jason Lemley.  I am the videographer

## Page 5

1  for Golkow video services.
2        Today is June 28, 2022 and it is 9:28.
3  This video deposition is being held in Austin, Texas,
4  for Monsanto Company, et al., for the Circuit Court of
5  the City of St. Louis, State of Missouri.  The witness
6  is Dr. Ambrose Charles.
7        Will counsel please identify yourselves
8  for the record?
9        MS. ROSS:  Emma Ross for the defendant.
10 With me is James Coleman from Goldman Ismail, and Joe
11 Piorkowski.
12       MR. HABERMAN:  Jeffrey Haberman from
13 Schlesinger Law appearing on behalf of the plaintiffs.
14       THE WITNESS:  Ambrose Charles.
15 A-M-B-R-O-S-E, Charles, C-H-A-R-L-E-S.
16 I am a toxicologist.
17       MS. ROSS:  And, Sarah, would you identify
18 yourselves for the record, please?
19       MS. SCHULTZ:  Sarah Schultz.  Schlesinger
20 Law Offices, also on behalf of the plaintiffs.
21       THE REPORTER:  I can't hear her.
22       MR. HABERMAN:  Sarah Schultz from my
23 office, Schlesinger Law Offices, also on behalf of the
24 plaintiffs.
25       THE VIDEOGRAPHER:  The court reporter is

Ambrose K. Charles, Ph.D.

Page 6

```
 1    April Balcombe and will now swear in the witness.
 2         THE REPORTER:  And for the record, my name
 3    is April Balcombe, as stated, and my license number is
 4    5752.
 5         (Witness sworn.)
 6         AMBROSE K. CHARLES, Ph.D.,
 7    having been first duly sworn, testified as follows:
 8              EXAMINATION
 9    QUESTIONS BY MS. ROSS:
10         Q    Good morning, Doctor.
11         A    Good morning.
12         Q    Would you give us your full name, please?
13         A    Ambrose Charles, last name; and in between,
14    there is a K.
15         Q    Dr. Charles, my name is Emma Ross and I
16    represent Monsanto in this case.  Okay?
17         A    Emma Ross?
18         Q    Yes.
19         A    Okay.
20         Q    At some point today, I am sure I will ask a
21    question that's unclear or uses a term incorrectly or
22    mispronounces something.  If you will ask me to stop and
23    repeat or rephrase the question, I will be happy to do
24    so.  Okay?
25         A    Okay.
```

Page 7

```
 1         Q    If you answer my question, I will assume you
 2    understood it.
 3         A    Okay.
 4         Q    Is that fair?
 5         A    That's fine.
 6         Q    Is there any reason you cannot give complete
 7    and accurate testimony today?
 8         A    No.
 9         Q    Do you understand that this is my opportunity
10    to ask you questions about you, your opinions, and the
11    bases for those opinions?
12         A    I -- I -- I am not able to ask you a question
13    of what it means?  Only you can ask me questions, right?
14         Q    Right.
15         A    Okay.
16         Q    You have been disclosed as an expert in this
17    case, correct?
18         A    Yeah.
19         Q    And what that means is this is my opportunity
20    at your deposition today to ask you about the opinions
21    you are offering and the bases --
22         A    Okay.
23         Q    -- for these.
24              Do you understand that?
25         A    Understand.
```

Page 8

```
 1         Q    For the sake of our court reporter today, we
 2    should both try to speak one at a time.  Is that all
 3    right?
 4         A    All right.
 5         Q    Meaning, please let me finish my question
 6    before you start your answer and I will do my best to do
 7    the same.  Okay?
 8         A    That's correct.
 9              (Exhibit 1 virtually marked.)
10         Q.   (BY MS. ROSS) Exhibit 1 to your deposition is
11    the Notice of Deposition, and there are some notes on
12    that document.
13         A    Yes.
14         Q    Who made those notes?
15         A    I did.
16              (Exhibit 2 virtually marked.)
17         Q.   (BY MS. ROSS) Exhibit 2 to your deposition is
18    your report in the matter of Stacey Moore; is that
19    correct?
20         A    That's correct.
21         Q    There are some notes on that document, right?
22         A    I can't recall.  If we had noticed it, yes.
23         Q    Who made the notes?
24         A    I must have made them when I read it.  This is
25    not -- it's, yeah, maybe several days or last week or
```

Page 9

```
 1    something like that.
 2         Q    Okay.  So when you were rereviewing your report
 3    for Mr. Moore, you might have underlined something or
 4    made a note in the margins --
 5         A    Yeah.
 6         Q    -- correct?
 7         A    Yeah.
 8         Q    And any notes that are on Exhibit 2, those are
 9    your notes on that report?
10         A    Yes, yes.  I am -- I am -- I am the only one
11    who reads it.
12              (Exhibit 3 virtually marked.)
13         Q.   (BY MS. ROSS) Exhibit 3 to your deposition,
14    what is that document?
15         A    That's the William Pleu Report.
16         Q    That is your report in the matter of William
17    Pleu, correct?
18         A    That's correct.
19         Q    There are also some notes in the margins of
20    that document.  Who made those notes?
21         A    I must have.
22              (Exhibit 4 virtually marked.)
23         Q.   (BY MS. ROSS) Exhibit 4 to your deposition has
24    also been marked.  Could you describe for the record
25    what that is, please?
```

3  (Pages 6 to 9)

Ambrose K. Charles, Ph.D.

| Page 10 | Page 12 |

**Page 10**

1    A   That's my work notes about Stacey Moore.
2    Q   And Exhibit -- well, before I go there.
3        Withdrawn.  New question.
4        When you say, "That is my work notes
5    about Stacey Moore," what does that mean?
6    A   When I read the records that is given to me, it
7    could be a deposition or it could be a Plaintiff Fact
8    Sheet or medical records, when I am reviewing certain
9    information, then a (indiscernible) relationship, you
10   know, like when it started, how long is he -- when
11   each -- even though correlating those kind of things are
12   all over the place.  It is not given to me, a prepared
13   statement to review.  When I read many things like this,
14   I just mark this kind of information for my own
15   reference.
16   Q   Did you prepare the notes in Exhibit 4 before
17   or after your written report?
18   A   Before.
19       (Exhibit 5 virtually marked.)
20   Q.  (BY MS. ROSS) Exhibit 5 to your deposition, can
21   you identify that for the record, please?
22   A   That's for William Pleu.
23   Q   And the -- the notes in Exhibit 5, these are
24   your work notes for Exhibit -- for --
25   A   Exactly.

**Page 11**

1    Q   -- Mr. Pleu, correct?
2    A   That's just my guidance drawing.
3    Q   All right.  I will repeat the question just so
4    we have a clear record since we were talking over each
5    other.
6        Exhibit 5 contains your work notes for
7    William Pleu, correct?
8    A   It's that -- if you want to call it work notes,
9    it is work notes, but it is my -- following the events,
10   a chart collected.
11   Q   Did you prepare Exhibit 5 before or after your
12   written report for --
13   A   Before.
14   Q   -- Mr. Pleu?
15   A   Before.
16   Q   Am I correct that all of the opinions you
17   intend to offer are contained in your expert reports for
18   Mr. Pleu and Mr. Moore?
19   A   Yes.
20   Q   You also provided us this morning with some
21   invoices, correct?
22   A   I did not provide.  My counsel has my invoices
23   of two of these individuals.
24   Q   I will rephrase the question.
25       Just before this deposition started,

**Page 12**

1    counsel --
2    A   Yeah.
3    Q   -- provided us with invoices that you had
4    submitted in this matter, correct?
5    A   Correct.
6    Q   We will come back to talk about those invoices
7    a little later in the day.  Okay?
8    A   All right.
9    Q   Have you ever spoken with Stacey Moore?
10   A   No.
11   Q   Have you ever spoken with William Pleu?
12   A   No.
13   Q   Your information on plaintiff's exposure to
14   glyphosate-based herbicides comes from their sworn
15   deposition testimony and their sworn PFS, or Plaintiff
16   Fact Sheet, correct?
17   A   Yes, and also medical records.
18   Q   Was there any information on the plaintiffs'
19   Roundup exposure in their medical records?
20   A   I don't -- I don't believe so.
21   Q   Plaintiffs' testimony is under oath, correct?
22   A   Yes.
23   Q   There is a court reporter present, right?
24   A   Could be.
25   Q   The court reporter takes down everything that

**Page 13**

1    the plaintiffs say, right?
2    A   Right.
3    Q   You have no reason to question what a plaintiff
4    said under oath, correct?
5    A   No.
6    Q   You get all of the information you need to form
7    an opinion on whether glyphosate-based
8    herbicides contributed to a patient's non-Hodgkin's
9    lymphoma from their deposition and their fact sheet,
10   right?
11   A   I take the information, what is in there for my
12   evaluation and consideration.
13   Q   Interviewing plaintiffs is not necessary for
14   you to form an opinion on whether glyphosate-based
15   herbicides contributed to their NHL, correct?
16   A   Looking at the records, you know, I can
17   evaluate the information and come to a conclusion.
18   Q   When you said you were looking at the records, I can
19   evaluate the information and come to a conclusion, I am
20   correct that you do not need to speak to a plaintiff
21   directly to come to a conclusion on whether --
22   A   That -- that --
23   Q   -- glyphosate caused their non-Hodgkin's
24   lymphoma, correct?
25   A   That's an investigative type of approach.  I

Ambrose K. Charles, Ph.D.

<table>
<tr><td>

Page 14

1  don't investigate or asks questions.  My job as a
2  toxicologist is that I am given the data or information.
3  I am looking at the data, and say, what does it say?
4       Q   That was a long answer, so I am going to break
5  it down a little bit.  Okay?
6       A   Okay.
7       Q   To speak to a plaintiff directly would be an
8  investigative approach, right?
9            MR. HABERMAN:  Objection.
10      A   Of course I haven't investigated.
11      Q.  (BY MS. ROSS) You are a toxicologist, correct?
12      A   Yes.
13      Q   As a toxicologist, you are given the data and
14 information and your job is to look at the data to see
15 what it says, correct?
16      A   Yes.
17      Q   We have talked briefly about the notes that you
18 took before you wrote your expert reports.  Those are in
19 Exhibits 4 and 5; correct?
20      A   Yes.
21      Q   Did you take any other notes in any of your
22 review for the Roundup litigation?
23      A   Other notes means in a draft of the report?
24      Q   Did you -- when you were reviewing the
25 literature, for example, take any notes on the

</td><td>

Page 16

1  public domain."
2       Q   I want to break that down a little bit.  Okay?
3       A   Sure.
4       Q   You list references at the end of each of your
5  reports, correct?
6       A   Exactly.
7       Q   Every document that you intend to tell the jury
8  about in this trial is on your reference list, correct?
9       A   That's correct.
10      Q   There is nothing that's not on your references
11 that you intend to tell the jury about in the trial --
12      A   No.
13      Q   -- of this case, right?
14      A   No.
15           MR. HABERMAN:  Objection.
16      Q.  (BY MS. ROSS) We've marked your expert reports
17 as Exhibits 2 and 3, correct?
18      A   That's correct.
19      Q   Who prepared your report on Stacey Moore?
20      A   Who prepared?  I prepared.
21      Q   You also prepared your report on William Pleu,
22 correct?
23      A   That's correct.
24      Q   Did anyone assist you in pre- -- in preparing
25 either of those reports?

</td></tr>
<tr><td>

Page 15

1  literature on Roundup and non-Hodgkin's lymphoma?
2       A   I didn't make any separate notes like this.  I
3  just read the paper.
4       Q   So I think we can break this down and cut off
5  some questioning, but I just want to be very clear.
6  Okay?
7       A   Yes.
8       Q   The only notes that you have related to the
9  Roundup litigation are the notes that you took on
10 William Pleu and Stacey Moore before completing your
11 expert reports, true?
12      A   That's correct.
13      Q   If you will go with me to Exhibit 1 briefly.
14      A   Exhibit 1, yes.
15      Q   Exhibit 1 is the notice of your deposition,
16 correct?
17      A   Yes.
18      Q   There is some highlighting and notes in the
19 margins.  Who created those?
20      A   I created it.
21      Q   For Request Number 3, you see there is a
22 request for materials that you relied on?
23      A   Exactly.
24      Q   What did you write in the margins?
25      A   A reference in the report, "All info is in the

</td><td>

Page 17

1       A   I am the only one.
2       Q   I am correct that all of the opinions you
3  intend to offer at trial about Stacey Moore are in your
4  Moore report, right?
5       A   That's right.
6       Q   I am correct that all of the opinions you
7  intend to offer at trial about William Pleu are in your
8  Pleu report, correct?
9       A   That's correct.
10      Q   I want to talk about your assignment in this
11 case.  Okay?
12      A   Okay.
13      Q   What was your methodology?
14      A   My methodology is looking at the information,
15 you know.  I am asked to review certain data when --
16 when it comes to the personal file -- evaluating, making
17 a determination.
18           The question is whether that glyphosate
19 has any role in causing an actual... Okay.  And so
20 you gain some data and then you look at a whole bunch
21 of data; I separate it into different categories.
22           There is (indiscernible), which is
23 supporting data, is any of the data that is given to
24 me, are supported, what kind of information I have.  I
25 sought them out.  That is one.

</td></tr>
</table>

Ambrose K. Charles, Ph.D.

<table>
<tr><td valign="top">

Page 18

```
 1            And the second thing is eliminating
 2   factors.  You know, what are the -- are the
 3   contributing factors (indiscernible) in the report
 4   anywhere, list them.  And it is a multistep process,
 5   and I am going through these steps and then come to a
 6   conclusion.
 7      Q   Okay.  That was a long answer, so I am going to
 8   break it down a little bit.  Okay?
 9      A   Sure.
10      Q   You, in this case, were asked to review certain
11   data?
12      A   Okay.
13      Q   Is that right?
14      A   That's right.
15      Q   And you broke that data down into two separate
16   categories, correct?
17      A   Yeah, yeah.
18      Q   One category was, what are the data that are
19   supportive, correct?
20      A   That's right.
21      Q   The second category was, are there other
22   contributing factors that I can eliminate, true?
23      A   Exactly, yeah.
24      Q   Did you perform your own literature search on
25   whether glyphosate causes non-Hodgkin's lymphoma or did
```

</td><td valign="top">

Page 20

```
 1   lymphoma, right?
 2      A   That's right.
 3      Q   And you also had a PubMed search --
 4      A   That's right.
 5      Q   -- to identify literature?
 6      A   That's right, yeah.  PubMed search, yeah.
 7      Q   Okay.  Did you perform any other Internet
 8   searches?
 9      A   No.
10      Q   What were the terms that you used in your
11   Google search?
12      A   Glyphosate toxicity, toxicology relation to
13   carcinogenesis.
14            THE REPORTER:  To -- related to what?
15            THE WITNESS:  Carcinogenesis,
16   cancer-causing effects.
17      Q.  (BY MS. ROSS) Did you use those same terms in
18   your PubMed search?
19      A   Yes.
20      Q   Any other terms that you can think of sitting
21   here today?
22      A   I don't recall, you know, but maybe I have -- I
23   might have, but I can't recall.
24      Q   We will get this into more detail when we talk
25   about your individual expert reports, but I'd like to
```

</td></tr>
<tr><td valign="top">

Page 19

```
 1   you --
 2      A   Yes, yes.  I did all of the research myself for
 3   that.
 4      Q   Tell me how you searched for literature.
 5      A   Through the Internet.  I had some of the
 6   reports with me already, like ATSDR.  A report that I
 7   mentioned there, I already had that thing.
 8            And then -- then EPA2017, I had that
 9   report with me.
10            Then I had an IARC report long back,
11   that was there in my files somewhere; you know, it was
12   published a long time ago.  And all of the search was
13   through Internet and finding out the papers and then
14   read it and then see if it is useful for me to make an
15   evaluation.
16      Q   When you say "through the Internet," did you
17   perform a Google search?
18      A   Google search.  I also have an NH, you know,
19   access through -- NH access through, what is that? NIH
20   reports of some of the studies that are available.
21      Q   When you say "NIH reports," are you talking
22   about PubMed?
23      A   Yes, right, yeah.
24      Q   Okay.  So you performed a Google search to
25   identify documents on Roundup and non-Hodgkin's
```

</td><td valign="top">

Page 21

```
 1   summarize some of your methodology.
 2      A   Okay.
 3      Q   Okay?
 4      A   Okay.
 5      Q   You have prepared an opinion about the number
 6   of days that Mr. Moore was allegedly exposed to Roundup,
 7   correct?
 8      A   Yes.
 9      Q   To calculate the number of days Mr. Moore was
10   exposed to Roundup, you took his deposition testimony
11   about the number of days per week and the number of
12   hours per day that he sprayed Roundup, correct?
13      A   Correct.
14            Can I look at the report?
15      Q   Yes.
16      A   This is William Pleu?
17      Q   We are speaking of Stacey Moore right now.
18      A   Stacey Moore.
19            (Reviews report.)
20            Oh, yes.  Yes.
21      Q   Are you there?
22      A   Are you on page 13?
23      Q   I am on page 14, but 13 works as well.
24      A   Okay, okay.
25      Q   Shall I repeat my question?
```

</td></tr>
</table>

6 (Pages 18 to 21)

Ambrose K. Charles, Ph.D.

Page 22

1    A   Yes, please.
2    Q   Okay.  To calculate the number of days that
3  Mr. Moore was exposed to Roundup, you took his
4  deposition testimony about the number of days per week
5  and the number of hours per day he sprayed Roundup,
6  correct?
7    A   That's right.
8    Q   You converted that into eight-hour workdays,
9  right?
10   A   That's right.
11   Q   How many days of exposure to glyphosate-based
12 herbicides does someone need to be at increased risk for
13 non-Hodgkin's lymphoma?
14        MR. HABERMAN:  Objection.
15   A   The literature says, you know, more than
16 two days --
17   Q   And in fact --
18   A   -- of exposure per year.
19   Q.  (BY MS. ROSS)  That was what I wanted to
20 clarify, so let me ask my question again.  All right?
21        In order to be at an increased risk of
22 non-Hodgkin's lymphoma, does someone need to be
23 exposed to more than two days per year of
24 glyphosate-based herbicides?
25        MR. HABERMAN:  Objection.

Page 23

1    A   That's what the literature says.
2    Q.  (BY MS. ROSS) Do you have an opinion on the
3  number of total lifetime days that somebody needs to be
4  exposed to glyphosate-based herbicides in order to be
5  at --
6    A   No. I --
7    Q   -- an increased risk?
8    A   I have not calculated that.
9    Q   When you said someone needs greater than
10 two days per year of glyphosate exposure, are those
11 eight-hour days?
12   A   Yes, that is what the literature says, not what
13 I said.  I am quoting the literature.
14   Q   In other words, someone needs more than
15 16 hours per year of exposure to glyphosate-based
16 herbicides to be at an increased risk for non-Hodgkin's
17 lymphoma; true?
18   A   That's what the indication is.
19   Q   For Mr. Pleu, you also --
20   A   You -- you are switching to Pleu now from
21 Moore?
22   Q   We are.
23        Right now we are doing just an overview
24 of your opinions, and we will come back to them in
25 more detail.  All --

Page 24

1    A   But should --
2    Q   -- right?
3    A   -- I open them now?
4    Q   You should.
5        THE REPORTER:  And just a reminder,
6  Doctor, to please wait until she finishes for you --
7        THE WITNESS:  I will.
8        THE REPORTER:  -- to answer.
9        THE WITNESS:  I will.
10        THE REPORTER:  Thank you.
11   A   Which page number are we on?
12   Q.  (BY MS. ROSS) I think page 11 gets you there.
13   A   Okay.  Okay.
14   Q   For Mr. Pleu, you calculated the number of days
15 that he was allegedly exposed to Roundup, correct?
16   A   Correct.
17   Q   To calculate the number of days Mr. Pleu was
18 exposed, you took his deposition testimony about the
19 number of hours he said he used glyphosate on the days
20 he sprayed, right?
21   A   Yes.
22   Q   You gave a range of 30 minutes to one hour,
23 right?
24   A   Yes.
25   Q   And for the purposes of your calculations, you

Page 25

1  went with one hour; is that right?
2    A   That's right.
3    Q   You combined that with the number of times he
4  sprayed, which was two to three times every two weeks,
5  correct?
6    A   Yes.
7    Q   For your calculations, you went with three
8  times every two weeks, correct?
9    A   That's right.
10   Q   You then converted those numbers into
11 eight-hour workdays, right?
12   A   That's right.
13   Q   That was based on the number of hours and the
14 number of days you got from William Pleu's deposition,
15 correct?
16   A   That's right.
17   Q   You then reported the total number of days in
18 a -- number of days per year, right?
19   A   That's right.
20   Q   If you will go back with me to your Moore
21 report, Exhibit 2.
22        MS. ROSS:  Do you want copies of these,
23 Jeff?
24        MR. HABERMAN:  Yes.
25        MS. ROSS:  Okay.

7 (Pages 22 to 25)

Ambrose K. Charles, Ph.D.

Page 26

```
1            (Ms. Ross handing documents to
2       Mr. Haberman.)
3       Q.  (BY MS. ROSS) Turn with me to page 18, please,
4   Doctor.
5            Are you there?
6       A   Yes.
7       Q   Do you see where in your report you state that
8   the chronic EPA reference dose for glyphosate is
9   2.0 milligrams per kilogram per day?
10       A   That's right.
11       Q   Reference dose is an estimate of the quantity
12   of a chemical that a person could be exposed to every
13   day for the rest of their life with no appreciable risk
14   of health effects, correct?
15       A   That's correct.
16            MR. HABERMAN:  Objection.
17       A   That is the definition of EPA's RfD.
18       Q.  (BY MS. ROSS) No appreciable health effects
19   includes cancer, right?
20            MR. HABERMAN:  Objection.
21       A   Includes any effects.
22       Q.  (BY MS. ROSS) Cancer is an example of a health
23   effect, true?
24       A   It's a long-term effect.
25       Q   Cancer is not the only example of a health
```

Page 27

```
1   effect, right?
2       A   That's right.  Many effects.
3       Q   No appreciable health effects includes but is
4   not limited to cancer, true?
5       A   That's right.
6       Q   No appreciable health effects includes acute
7   toxic effects, right?
8       A   Yes.
9       Q   It also includes chronic effects, correct?
10       A   Exactly.
11       Q   Cancer is one of the chronic effects, correct?
12       A   By the way, all of these are based on a chronic
13   intake basis but on a daily intake basis.  Chronic
14   exposure, daily intake.
15       Q   Nowhere in your expert report do you say that
16   any of the regulatory authorities that have set a
17   reference dose are wrong, right?
18            MR. HABERMAN:  Objection.
19       A   No, because that is the nation's standard.
20       Q.  (BY MS. ROSS) You have no opinion in your
21   report that a reference dose of 2 milligrams per
22   kilogram per day is inappropriate, right?
23       A   That is debatable because that is a number that
24   is derived from different types of studies and we go
25   through a lot of toxicological evaluations.
```

Page 28

```
1            It goes through different committees and
2   agreements and negotiations and all of those kinds of
3   things going on in the EPA, involving many parties.
4            And, finally, scientifically,
5   particularly on that number -- on a particular number
6   from which and out of this is derived.  Then it
7   becomes a law when it is published.
8       Q   That was a long answer.  Let me see if we can
9   break it down a little.
10       A   Please.
11       Q   Okay.  So can you point me to anywhere in your
12   report where you state that any of the regulatory
13   authorities who have set reference doses for glyphosate
14   exposure are wrong?
15       A   No, I did not say.
16       Q   Do you agree that a person could be exposed to
17   2 milligrams per kilogram per day of glyphosate with no
18   appreciable health effects?
19            MR. HABERMAN:  Objection.
20       A   That's EPA standard.
21       Q.  (BY MS. ROSS) You have not calculated
22   independently a no-effect level of glyphosate, true?
23       A   No.
24            MR. HABERMAN:  Objection.
25       Q.  (BY MS. ROSS) I am correct that you have not
```

Page 29

```
1   calculated such a level, right?
2       A   No, I have not.
3       Q   You do not have an expert opinion on whether or
4   at what level of exposure glyphosate is safe, correct?
5            MR. HABERMAN:  Objection.
6       A   No, I have not.
7       Q.  (BY MS. ROSS) You have no expert opinion on
8   what internal dose of glyphosate does not cause adverse
9   health effects, true?
10       A   Repeat, please.
11       Q   You do not have an opinion on what internal
12   dose of glyphosate does not cause adverse health
13   effects; is that correct?
14       A   I have no opinion.
15       Q   You are not offering an opinion about the
16   amount of glyphosate that needs to enter someone's body
17   to increase their risk of NHL, true?
18       A   No.
19            MR. HABERMAN:  Objection.
20       Q.  (BY MS. ROSS) You are not offering -- just
21   because there was a double negative, let me make sure
22   we're clear.
23            I am correct that you are not offering
24   an opinion about the amount of glyphosate that needs
25   to enter someone's body to increase their risk of NHL,
```

8 (Pages 26 to 29)

Ambrose K. Charles, Ph.D.

```
 1   right?
 2           MR. HABERMAN:  Objection.
 3       A   I don't know the dose.
 4       Q.  (BY MS. ROSS) I am correct that you are not
 5   offering an opinion on the amount of glyphosate that
 6   entered into any plaintiff's body, correct?
 7       A   No.
 8           MR. HABERMAN:  Objection.
 9       Q.  (BY MS. ROSS) I am correct that you are not
10   offering such an opinion, right?
11       A   No.
12       Q   When you say, no, are you offering an opinion
13   on the amount of glyphosate that entered any plaintiff's
14   body?
15       A   No.
16           Could you stay away from double
17   negatives.  When somebody is listening, you know, I
18   can be wrong in answering your question.  You can --
19       Q   I will -- I will do my best.
20       A   I need straightforward questions --
21       Q   Sure.
22       A   -- in this old age.
23       Q   Are you offering an opinion about the average
24   dose of glyphosate to which any plaintiff was exposed?
25       A   Repeat, please.
```

```
 1       Q   Are you offering an opinion about the average
 2   dose of glyphosate to which any plaintiff was exposed?
 3       A   No.
 4       Q   Are you offering an opinion about the highest
 5   dose of glyphosate to which any plaintiff was exposed?
 6       A   No.
 7       Q   Are you qualified to provide an expert opinion
 8   on the dose of glyphosate that constitutes a risk to
 9   human health?
10       A   Yes.
11       Q   Are you qualified to provide an expert opinion
12   estimating the dose of glyphosate that a plaintiff was
13   exposed to?
14       A   Yes.
15       Q   You did not do that here because the
16   plaintiffs' lawyers did not ask you to; is that right?
17           MR. HABERMAN:  Objection.
18       A   Say again.
19       Q.  (BY MS. ROSS) You did not do that here,
20   correct?
21       A   No, I did not.
22       Q   Why is that?
23       A   Say the question again.  It's not clear to me.
24       Q   Why did you not calculate an internal dose or a
25   reference dose in this case?
```

```
 1       A   Because there is no exposure data.
 2       Q   Did the plaintiff lawyers ask --
 3       A   Because I don't have -- excuse me.
 4       Q   No, go ahead.
 5       A   Because I do not have any intake information.
 6   I don't have any excretory elimination.  I do not have
 7   any --
 8           THE REPORTER:  You don't have any what?
 9       A   Excretory elimination information from the
10   body.  Okay?  That's what excretory means.  And I do not
11   have any particular information about these particular
12   individuals.
13           I am assuming from the -- the volume of
14   the material that he has used, how many hours and how
15   many times and assuming and calculating and
16   estimating, you know, that he must have a reasonable
17   exposure.  That is really -- in most of the cases in
18   personal use or also personal data, there is no
19   measurement.  Then how do you determine?
20       Q.  (BY MS. ROSS) From the volume of material that
21   a plaintiff used, you are assuming that there was a
22   systemic dose, correct?
23       A   Yeah.
24       Q   You disclose no opinions in your report about
25   an estimation or a calculation of plaintiffs' damages,
```

```
 1   true?
 2           MR. HABERMAN:  Objection.
 3       A   Damages mean -- what do you mean by damages?
 4       Q.  (BY MS. ROSS) Well, I mean --
 5       A   Financial -- financial damages or --
 6       Q   Financial damages, yes.
 7       A   No, no, no.
 8       Q   Okay.  So I think we can cut this out, but I am
 9   going to --
10       A   That's not my job.
11       Q   Right.  You do not intend to offer any expert
12   opinions on the claims of damages of Mr. Pleu or
13   Mr. Moore, true?
14       A   No.
15           MR. HABERMAN:  Objection.
16       Q.  (BY MS. ROSS) Are you offering an expert
17   opinion that Mr. Moore's exposure to Roundup caused his
18   non-Hodgkin's lymphoma?
19       A   Yes, probably.
20       Q   Are you offering an expert opinion that
21   Mr. Pleu's exposure to Roundup caused his lymph- --
22           (Overlapping speakers.)
23       A   Probably, yes.
24       Q.  (BY MS. ROSS) -- -oma disorder?
25           Are you offering an expert opinion that
```

Ambrose K. Charles, Ph.D.

Page 34

```
 1  exposure to Roundup causes non-Hodgkin's lymphoma
 2  generally?
 3      A   Generally -- say that question again.
 4      Q   Are you offering an expert opinion that
 5  exposure to Roundup causes non-Hodgkin's lymphoma
 6  generally?
 7      A   Yes.
 8      Q   When you said, "probably, yes," in response to
 9  my questions about Mr. Moore and Mr. Pleu, can you tell
10  me what you meant?
11      A   The evidence -- or the literature that is
12  there --
13          THE REPORTER:  I didn't understand you.  I
14  am sorry.
15          THE WITNESS:  What part did you not
16  understand?
17          THE REPORTER:  The beginning of your
18  sentence.
19      A   The literature out there, you know, the studies
20  out there, when I evaluate, you know, those are the
21  informations that I take into consideration making a
22  determination that probably it is.
23      Q.  (BY MS. ROSS) Probably Roundup exposure caused
24  Mr. Pleu's --
25      A   Yeah.
```

Page 35

```
 1      Q   -- non-Hodgkin's lymphoma disorder, correct?
 2      A   Yes.
 3      Q   Probably Roundup exposure caused Mr. Moore's
 4  non-Hodgkin's lymphoma, right?
 5      A   Yes.
 6      Q   "Probably" to you, does that mean more likely
 7  than not?
 8      A   Yes.
 9      Q   Does "probably" to you mean just over
10  50 percent?
11      A   Enough evidence --
12          MR. HABERMAN:  Objection.
13      A   Enough when I weigh all of the data that I have
14  and all of the, you know, literature information and
15  then put it into my own scientific experience there to
16  evaluate -- I have done so many evaluations in my life,
17  so I have opinions for enforcement in my whole career,
18  about 200-plus opinions, at least, I have written in
19  human-exposure cases for the Department of Agriculture
20  Pesticides mostly, for 99 of them.
21          And so I know how to look and how to
22  derive that information, weigh the situation,
23  circumstances, you know, affects partial -- everything
24  to make an opinion, which has been accepted by the
25  lawyers at that time, so...
```

Page 36

```
 1      Q.  (BY MS. ROSS) And when you say "probably," can
 2  you put a percentage on that for me?
 3          MR. HABERMAN:  Objection.
 4      A   Probably I can put maybe 80 percent plus.
 5      Q.  (BY MS. ROSS) Your report has nothing in it on
 6  anything that -- well, let me ask that question without
 7  a --
 8      A   Yeah.
 9      Q   -- double negative.  Okay?
10      A   Yeah.
11      Q   Does your report contain any opinions on
12  anything that Monsanto did or did not do?
13      A   No.
14          MR. HABERMAN:  Objection.
15      Q.  (BY MS. ROSS) Your Materials Reviewed List does
16  not contain any internal Monsanto documents, true?
17      A   No.
18      Q   You -- are you offering an opinion about
19  Monsanto's conduct at any point in time?
20      A   Not at all.
21      Q   You are not offering --
22          MR. HABERMAN:  Objection.
23      Q.  (BY MS. ROSS) -- any opinion about any of the
24  laboratory contract organizations that Monsanto did or
25  didn't use?
```

Page 37

```
 1      A   No, no.
 2      Q   Are you offering any opinions about how
 3  Monsanto characterized studies in the published
 4  literature?
 5      A   No.
 6      Q   Are you offering any opinions on places where
 7  glyphosate is or is not used around the world?
 8          MR. HABERMAN:  Objection.
 9      A   Once more, please.
10      Q.  (BY MS. ROSS) Are you offering an opinion on
11  places around the world where glyphosate is or is not
12  used?
13      A   No.
14      Q   Are you offering an opinion on corporate
15  ethics?
16      A   No.
17      Q   In all of your time at the Texas Department of
18  Agriculture, did you ever ask for internal e-mails in
19  evaluating a pesticide's safety and efficacy?
20      A   Internal e-mails, asking for more data from
21  Monsanto?
22      Q   No.
23      A   No.
24      Q   Internal e-mails between Monsanto employees,
25  did you ever ask to see those to evaluate pesticide
```

10  (Pages 34 to 37)

Ambrose K. Charles, Ph.D.

Page 38

1  safety?
2      A   How -- how that works is when a pesticide
3  product comes to the State for participation and use --
4  for approval for use in the state of Texas, a request,
5  data application fee, everything, comes to the
6  Department and it goes to the registration section that
7  is, of course, I managed -- I was (indiscernible) for
8  about 60 years, so the registration section is one of
9  the core parts of the division.
10         It goes there.  They look at, if all of
11  the requirements are there.  Then -- they have a
12  checklist.  And it could be data.  It could be a fee.
13  It could be anything that is needed for the
14  registration.
15         The director of registration looks at
16  all of those things.  If there are additional data
17  required, you know, for a registration, then they
18  contact, you know, Monsanto and get the necessary
19  information to make the registration of the product
20  possible.
21         And if there are any questions -- when I
22  was the director of toxicology under assessment for
23  about 15 years, they'd come to me for consulting to
24  see if there is testing that is really required.  So
25  sometimes it is required, and sometimes I will say,

Page 39

1  no, we don't really we have other data to manage.
2         So it goes that way, and I do not
3  directly communicate with any companies, you know, to
4  send me data that I can evaluate.  I never did that.
5      Q   I am going to break that down a little bit.
6  Okay?
7      A   Sure.
8      Q   You were at the Texas Department of Agriculture
9  for a number of years, correct?
10     A   For 21 years when I retired.
11     Q   You -- you spent 15 years in risk assessment
12  for pesticides, right?
13     A   That's right.
14     Q   During that time, if a pesticide was going to
15  be registered in Texas, the company would submit
16  information to support that registration to the Texas --
17     A   The Department.
18     Q   -- Department of Agriculture, right?
19     A   That's right.
20     Q   There might be requests for additional data or
21  for a fee to be paid, for example, right?
22     A   That's right.
23     Q   If there were such requests, the Department
24  would go to the company and get the additional data that
25  was needed, right?

Page 40

1      A   Of course.
2      Q   In all of your time, did you ever -- withdrawn.
3         Did you ever evaluate glyphosate while
4  you were at the Texas Department of Agriculture?
5      A   I must have.  I can't recall, you know, because
6  every day there is a new pesticide or every week there
7  is a pesticide case that goes to my desk and then I
8  evaluate and form an opinion.
9         You see, for the enforcement, usually
10  you don't go through a report like this.  For
11  enforcement duration, the case will be somebody -- it
12  could be a farm worker exposure, you know, in the
13  south of Texas, or it could be a domestic exposure to
14  a child, or it could be a domestic animal exposure, a
15  horse exposed, cows exposed, you know, those kind of
16  situations; and earlier spraying exposed scorched
17  land, in that area, those kind of cases, you know,
18  from what was sprayed is the chemical that we
19  evaluate.
20         Did I come -- pinpoint glyphosate today?
21  I didn't -- I have no chance of going back and
22  verifying if I did glyphosate.
23     Q   Okay.  We need to be clear on this issue so --
24     A   Sure, sure.
25         (Overlapping speakers.)

Page 41

1      Q.  (BY MS. ROSS) -- I am going to repeat the
2  question.  Okay?
3      A   Yeah.
4      Q   Sitting here today as an expert in this case,
5  you cannot recall an instance when you were at the Texas
6  Department of Agriculture where you evaluated
7  glyphosate, correct?
8      A   That's correct.
9      Q   There may have been enforcement issues as there
10  were for a variety of pesticides over the course of your
11  15 years while you were there, true?
12     A   Exactly.
13     Q   Sitting here, you do not recall any of those
14  being related to glyphosate; right?
15     A   That's correct.  At the same time, I don't
16  recall any other chemicals as well.
17     Q   Are you a medical doctor?
18     A   I am not a medical doctor.  I have a Ph.D. in
19  toxicology and medical biochemistry.
20         I have a Master's degree in
21  biochemistry.
22     Q   Are you a medical doctor?
23     A   No.
24     Q   Do you treat patients?
25     A   I don't treat patients.

Ambrose K. Charles, Ph.D.

Page 42

1    Q   Do you diagnose patients with non-Hodgkin's
2    lymphoma?
3    A   No.
4    Q   Do you diagnose patients with any condition?
5    A   No.
6    Q   Are you an expert in pathology?
7    A   I have some experience in the patho- --
8    pathological techniques and in working with
9    pathologists, but I am not a pathologist.
10   Q   You are not a pathologist --
11   A   No.
12   Q   -- correct?
13       You are not an expert in oncology?
14   A   I am not an oncologist.
15   Q   Are you an expert in urology?
16   A   Neurology?
17   Q   Urology?
18   A   Urology.  No.
19   Q   You are not a general surgeon, correct?
20   A   No.
21   Q   Has anyone ever asked your opinion on the
22   diagnosis or treatment of non-Hodgkin's lymphoma?
23   A   No.
24   Q   Has anyone ever asked for your opinion on the
25   diagnosis or treatment of prostate cancer?

Page 43

1    A   No.
2    Q   Has anyone ever asked you to diagnose the cause
3    of a patient's prostate cancer?
4    A   No.
5    Q   Is there any more common cancer in men as they
6    age that you are aware of than prostate cancer?
7        MR. HABERMAN:  Objection.
8    A   There could be other.  Colon cancer, you know.
9    Prostate is one of the major.  Urinary bladder
10   infections and ur- -- you know, bladder cancer.
11       And as age progresses, not many people
12   make it -- you know, may have later diseases.  And,
13   you know, you can- -- you cannot predict, you know,
14   what kind of cancer unless some (indiscernible) person
15   gets old.
16       THE REPORTER:  Cannot?
17       THE WITNESS:  Gets old.
18   Q.  (BY MS. ROSS) Are you an expert in
19   biostatistics?
20   A   No.
21   Q   Are you an expert in epidemiology?
22       MR. HABERMAN:  Objection.
23   A   I had a few lectures that is part of the
24   biophysics course that we had to take at the Master's
25   level and also at the Ph.D. level.  There are a couple

Page 44

1    of lectures that we had to attend on statistics.
2    Q.  (BY MS. ROSS) Dr. Charles, are you an expert in
3    the conduct of epidemiologic studies?
4    A   No.
5    Q   Are you an expert in the interpretation of
6    epidemiologic studies?
7    A   I can.
8    Q   Have you ever conducted a study -- an
9    epidemiologic study of a risk to humans based on
10   exposure to a chemical?
11   A   No.
12   Q   Have you ever conducted a study to determine
13   whether a chemical caused cancer in rats or mice?
14   A   Yes.
15   Q   Which chemical?
16   A   Mirex.
17   Q   M -- how do you spell that?
18   A   M-I-R-E-X.  That is a banned chemical.  It's
19   not used anymore.  It was being sold at the time when
20   DDT was in place.
21   Q   And what was the study that you conducted?
22   A   We did -- there was -- okay.  Let me go back to
23   my academy years at that time.
24       I was working with the Department of
25   Pharmacology and Toxicology at Albany Medical School,

Page 45

1    Albany, New York, so I was assistant professor there
2    for about four years.
3        So graduate training, graduate classes,
4    and formation of Ph.D.s and Master students were part
5    of the faculty staff responsibilities.  So I had two
6    or three graduate students for the Master's level and
7    one Ph.D. candidate.  They all graduated and were well
8    placed in different places of this country.  I am
9    really proud of them.
10       So in that capacity, the Ph.D.
11   program -- the Ph.D. candidate was working with Mirex
12   carcinogenesis --
13       THE REPORTER:  With the what?
14       THE WITNESS:  Carcinogenesis.  I am not
15   sure how to -- that's a word.  Carcinogenesis.
16       THE REPORTER:  Thank you.
17       THE WITNESS:  And my accent -- the heavy
18   accent will be a little difficult for you.
19   A   During that time, Mirex was one of the
20   chemicals that was of interest at the Institute of
21   Experimental Pathology and Toxicology as well as the
22   Department of Pharmacology and Toxicology.  We had to
23   join programs.
24       So that graduate student was looking at
25   the mechanism of Mirex in rats, so mostly metabolic

12  (Pages 42 to 45)

Ambrose K. Charles, Ph.D.

Page 46

1  interference.  One of the things, you know, like Mirex
2  can do -- it doesn't affect the DNA.
3        But there are agents that can cause
4  cancer, not directly by interacting with the DNA, but
5  that's promoting or interacting with other functions
6  with the cell.  Mirex is one of them that used to
7  block intercellular communication.
8        The cells communicate with one another
9  constantly that they are not -- they never
10  separate.  And if you block that communication, they
11  stop communicating and they can go crazy, so --
12  Q.  (BY MS. ROSS) Dr. Charles, I am going to stop
13  you there.
14  A  You asked me a question --
15        MR. HABERMAN:  I mean, he has got to
16  answer the question.
17        (Overlapping, multiple speakers.)
18  A  You asked --
19  Q.  (BY MS. ROSS) Yes.  So my question was, have
20  you ever conducted a study to determine whether a
21  chemical causes cancer in mice?
22  A  You want -- I cannot give you any further -- I
23  have to tell you what that study is.
24  Q.  Okay.  So I am going to break that down, and
25  then you can continue if there is more to add.  Okay?

Page 47

1  A  Yes, please.
2  Q.  You -- when you were at the -- withdrawn.
3        When you were in Albany, New York, you
4  supervised a Ph.D. student who was working on Mirex --
5  A  Yes.
6  Q.  -- which is now a banned chemical, correct?
7  A  Yes.
8  Q.  What year was that?
9  A  That was in 1982, '83, '84, around that time.
10  Q.  Somewhere around 1980 to 1984, correct?
11  A  Yeah, exactly.
12  Q.  Since 1984 have you ever conducted a study to
13  determine whether a chemical caused cancer in rats or
14  mice?
15  A  I have not from the research academy.  Those
16  are regulatory positions.
17  Q.  And since 1984, you have not conducted any such
18  studies, correct?
19  A  No, no.
20  Q.  When you were at Albany and supervising your
21  graduate students, this was a study looking at cancer
22  mechanisms using a rat model; is that right?
23  A  Rat model, yes.
24  Q.  You are aware that for chemical registration,
25  for pesticides, for example, two-year, long-term rodent

Page 48

1  carcinogenicity studies are required, right?
2  A  That's correct.
3  Q.  Have you ever conducted a two-year, long-term
4  rodent carcinogenicity study for a chemical?
5  A  I was part of a study at the Albany Medical
6  School that instituted -- that I mentioned -- instituted
7  experimental pathology and toxicology exhibits that
8  exist now.  At the time, I was part of that too.
9        At that -- in that place, a two-year rat
10  study was conducted with carrageenans.  That is a kind
11  of dextrose carbohydrate material that is used for a
12  food substitute.
13        So that was being studied in that
14  department for a two-year rat study.  I was part of
15  that, evaluating those data, in -- in the second half
16  of the animal sacrifice in evaluating data collection.
17  When I joined, the study was halfway.
18  Q.  Is there anything else that you wanted to add
19  about this study that you supervised your Ph.D. student
20  in looking at Mirex as a cancer promoter?
21        MR. HABERMAN:  Objection.
22  A  That was mostly metabolic interference and as
23  an epigenic mechanism that we call it.  Epigenic is
24  outside its effect on genome.
25  Q.  (BY MS. ROSS) Have you -- well -- ever

Page 49

1  conducted a study with glyphosate?
2  A  No, I have not.
3  Q.  Are you an expert on the genotoxicity or
4  mutagenicity of glyphosate for Roundup?
5        MR. HABERMAN:  Objection.
6  A  I am not an expert, but I have evaluated, read,
7  you know, different studies for different purposes.
8  Q.  (BY MS. ROSS) Are you an expert in weed
9  science?
10  A  No.
11        MR. HABERMAN:  Objection.
12  Q.  (BY MS. ROSS) There are scientists who've spent
13  their careers evaluating strategies for controlling
14  weeds and improving agricultural output, correct?
15        MR. HABERMAN:  Objection.
16  A  Yes.
17  Q.  (BY MS. ROSS) You are not one of them, right?
18  A  I am not one of them, but I know many of them.
19  Q.  Would you defer to a weed scientist on the
20  actual use of a pesticide like glyphosate?
21        MR. HABERMAN:  Objection.
22  Q.  (BY MS. ROSS) Your answer was yes?
23  A  What did you -- what did you -- you are too
24  fast and I do not know if you are using positive or
25  negative in that question.  I have to make sure, but I

13  (Pages 46 to 49)

Ambrose K. Charles, Ph.D.

Page 50

1    answer.
2        Q   Would you defer to a weed scientist on the
3    actual use of a pesticide like glyphosate?
4        A   Only to weed scientists, but if it is -- if
5    that particular chemical is going to be only affecting
6    the weed, but any chemical we have can have a secondary
7    effect.
8            Weed control chemicals can have a
9    secondary effect on humans or animals or anything, you
10   know.
11       Q   I think I understand the distinction you are
12   making --
13           (Overlapping speakers.)
14       A   Yeah, but --
15       Q.  (BY MS. ROSS) -- so let me ask my question.
16   Okay?
17       A   I understood what your question was, whether
18   this particular -- as far as this chemical is concerned,
19   you are going to defer to the weed scientists.
20       Q   On the use of glyphosate to kill weeds --
21       A   Yeah.
22       Q   -- would you defer to a weed scientist?
23       A   All the --
24           MR. HABERMAN:  Objection.
25       A   All the toxicological studies are over when it

Page 51

1    is registered.  Okay.
2            THE REPORTER:  I am sorry, can you
3    please -- can you repeat your answer.
4        A   After all of the toxicological studies are over
5    and when the product is registered -- okay? -- during --
6    when weed scientists need to use a chemical, an extract
7    chemical or a chemical that is not registered in Texas,
8    they come to the Department of Agriculture and say we
9    need this chemical because of certain things; the new
10   weed that is coming up, it cannot be controlled by some
11   other herbicides we have, so we need a new chemical that
12   is -- that was found effective in Iowa.
13           So that is not allowed to be used in
14   Texas.  So we go through then the process of
15   assessment -- okay? -- and then we register that thing
16   with the help of the EPA.  It takes about three months
17   to get that thing done.  Then we leave it to the weed
18   scientists.
19       Q.  (BY MS. ROSS) Right.
20           Your role is evaluating all of the
21   toxicologic studies and --
22       A   Yes.
23       Q   -- all of the data --
24       A   Yeah.
25       Q   -- prior to registration, correct?

Page 52

1        A   That's correct.
2        Q   After a pesticide is registered for use, you
3    will refer to a weed scientist on the use of that
4    pesticide to control weeds, right?
5        A   We leave it to the farmers to use it.
6        Q   Have you ever been employed by the U.S. EPA?
7        A   Employed?
8        Q   Yes.
9        A   No.
10       Q   Have you ever been employed by an industrial
11   pesticide, chemical, or agricultural company subject to
12   EPA --
13       A   No.
14       Q   -- regulations?
15       A   No, no.
16       Q   Have you ever worked as a pesticide applicator?
17       A   No.
18       Q   Have you ever been involved as part of a
19   corporation's preparation and submission to the U.S. EPA
20   of a registration for a pesticide or herbicide?
21       A   No.
22       Q   Have you ever written an herbicide or a
23   pesticide label?
24       A   Repeat, please.
25       Q   Have you ever written an herbicide or a

Page 53

1    pesticide label?
2        A   Reviewed?
3        Q   Written.
4        A   Oh, I have noted them.
5        Q   You have reviewed --
6        A   But I have reviewed -- I have reviewed some of
7    the pesticide labels.
8        Q   So I will break that into two parts.
9        A   Yes, please.
10       Q   You have reviewed pesticide and herbicide
11   labels in your role as regulator for the Department of
12   Agriculture in Texas?
13       A   Yes.
14       Q   Have you ever written an herbicide or a
15   pesticide label?
16       A   No.
17       Q   Have you -- well, withdrawn.
18       A   Can I add something?
19           MR. HABERMAN:  Yes.
20       Q.  (BY MS. ROSS) Yes.
21       A   As -- as part of the review, we have made
22   modifications, requests for them to modify their label
23   for the State of Texas; they had done it for us.
24       Q   In reviewing herbicide labels for the State of
25   Texas, you have on occasion asked for revisions or

14 (Pages 50 to 53)

Ambrose K. Charles, Ph.D.

Page 54

1    modifications, correct?
2        A    Exactly.  Yes, that's normal.
3        Q    Have you ever asked for revisions or
4    modifications of the glyphosate label?
5        A    I can't recall.
6        Q    None that you recall sitting here today; is
7    that fair?
8        A    That's fair.
9        Q    Have you ever been asked by EPA to participate
10   in reviewing any publication, potential regulation or
11   other material concerning herbicides or pesticides?
12       A    Regarding pesticides, you know, I would say,
13   yes and no.  Yes, is -- many documents, you know, before
14   they go public, you know, they're sent for State review.
15   Okay?
16              And they will send it to the
17   Commissioner.  The Commissioner will forward it to us.
18   We review those things, and we make opinions and
19   statements on that we -- sometimes we disagree with
20   what EPA is doing.
21              And then the Commissioner -- I will
22   draft it; the Commissioner will sign it, and then we
23   will send the Department's response and add the public
24   input into that particular EPA decision.
25       Q    Are you offering any expert opinions about

Page 55

1    Roundup advertising?
2        A    No.
3        Q    If you will turn with me to the references in
4    your report.
5        A    Yeah.  Oh, hold on.  Moore or -- Stacey Moore
6    or?
7        Q    Both.
8        A    Oh, okay.
9        Q    Let's start with Mr. Moore.
10       A    Okay.
11       Q    Your references are on page 33, correct?
12       A    Yes.
13       Q    Can you confirm for me that there are no
14   Roundup labels on your reference list?
15       A    Number 7, okay.  EPA 2018.  Monsanto
16   Unconditional Label I have on there.
17       Q    Okay.
18       A    PRO -- Roundup PRO Concentrate Herbicide, EPA
19   Registration No. 9323.6.
20       Q    The label that you intend to offer opinions on
21   is the 2018 Monsanto Unconditional Label for Roundup PRO
22   Concentrate, correct?
23       A    Yeah, yeah.
24       Q    Are there any other labels on your Materials
25   list --

Page 56

1        A    I was --
2        Q    -- for Mr. Moore?
3        A    -- not given any label.  I didn't find any
4    label in the documents.
5        Q    All right.
6        A    I -- I don't go and search for labels.  I do
7    not know what products he was using, what is -- I don't
8    have a picture, photograph, EPA registration number or
9    anything like that to take the correct label.
10              So I go back and search and then see is
11   there any label that I can rely on that is an EPA
12   label and connected to Monsanto, so I took that.
13       Q    You did not go and search for the Roundup
14   labels for the specific Roundup products that any
15   plaintiff was using, true?
16       A    That's correct.
17       Q    You did a general search for U.S. EPA labels
18   for Roundup, right?
19       A    That's right.
20       Q    The report that you are offering for Mr. Pleu,
21   does that contain any Roundup labels?
22       A    Let me see.
23              MR. HABERMAN:  What was that question?
24              MS. ROSS:  The report you are offering for
25   Mr. Pleu, does that include any Roundup tables.

Page 57

1        A    I referred the same Monsanto label as to
2    reference number 10 -- no, no, that isn't -- it must be
3    yours.
4              I don't have an EPA label here.
5        Q.   (BY MS. ROSS) Right.
6              There are no references in here?
7        A    I had a reason for that, why I didn't use that,
8    is the other person was using, you know, concentrate --
9    Roundup concentrate.  That was the word in that.
10              And this person was using Ready to Use,
11   I believe.  I looked for the Ready-to-Use label.  I
12   didn't find anything, so I did not include that.
13       Q    You searched the Internet for a Roundup
14   Ready-to-Use label --
15       A    Yeah.
16       Q    -- right?
17       A    Yeah.
18       Q    Did you ask anyone to provide you with that
19   label?
20       A    No.
21       Q    I understand that you are offering an opinion
22   in this case that glyphosate is genotoxic; is that
23   right?
24       A    That's right.
25       Q    Did you rely on articles in the published

Ambrose K. Charles, Ph.D.

Page 58

1  literature on the genotoxicity of glyphosate?
2      A  I relied on most of the studies reviewed and
3  published by ATSDR, Agency for Toxic Substances and
4  Disease Registry.  It's part of the CDC.
5          They have, you know, a very
6  comprehensive, a real involved EPA, conduct studies
7  independently, independent of EPA reviews.
8          They are -- they're not taking EPAs and
9  publishing them.  But they have reviewed
10 independently.  They're a -- they're a very good
11 source for me, instead of going and looking at EPA
12 studies.
13     Q  I see.
14         Long answer so I will break it up.
15 Okay?
16     A  Yes, please.
17     Q  You -- there is a government agency called
18 ATSDR, right?
19     A  That's right.  That's correct.
20     Q  We will come back to ATSDR a little bit later,
21 but do you recall sitting here what those letters stand
22 for?
23     A  I just told you that ATSDR, Agency for Toxic
24 Substances and Disease Registry.
25     Q  You are familiar with the Agency for Toxic

Page 59

1  Substances and --
2      A  Yes, ma'am.
3      Q  -- Disease Registries?
4      A  Yes, ma'am, for many years.
5      Q  Does ATSDR have good scientists?
6      A  Yes.
7          MR. HABERMAN:  Objection.
8      Q.  (BY MS. ROSS) What types of scientists work at
9  ATSDR?
10     A  What type of scientists?
11     Q  Yes.
12     A  There are epidemiologists.  There are
13 toxicologists.  There are clinicians.  There are many
14 people with MDs, all sort of -- there are chemistry
15 specialty, you know.  They hire people with different
16 specialties, depending on what their needs are.  I don't
17 keep track of their hiring practices.
18     Q  ATSDR has epidemiologists, biostatisticians --
19     A  Yeah.
20     Q  -- toxicologists --
21     A  Exactly.
22     Q  -- chemists --
23     A  Yeah.
24     Q  -- and physicians, correct?
25     A  Exactly, right.

Page 60

1      Q  You rely on ATSDR's analysis of the toxicology
2  of chemicals, right?
3          MR. HABERMAN:  Objection.
4      A  That's right.
5      Q.  (BY MS. ROSS) In this case, you relied on
6  ATSDR's analysis of the genotoxicity of glyphosate,
7  true?
8      A  Exactly.
9      Q  You found ATSDR to be a good summary of the
10 glyphosate genotoxicity, true?
11     A  Yes.
12     Q  You did not go back and review every one of the
13 hundreds of genotoxicity studies cited in ATSDR's
14 report, true?
15     A  It is impossible for me to do that, because,
16 number one, accessibility; second -- second being is
17 time.  I don't have my whole life to study glyphosate,
18 you know, toxicity.
19     Q  I am correct that you relied on ATSDR's
20 summary --
21     A  That is a summary that gave me a summary of my
22 information that I needed, where do they stand and where
23 do I pick up from that.
24     Q  Right.  And I just want to make sure we have a
25 clear record so that we don't have to go back to the

Page 61

1  individual studies later.  Okay?
2      A  Exactly, yes.
3      Q  So did you rely directly on the published
4  literature on the genotoxicity of glyphosate, of the
5  actual individual studies?
6      A  No, I have not.
7      Q  Did you review the underlying genotoxicity
8  studies supporting glyphosate's registration in the
9  United States or around the world?
10     A  I did not.
11         MR. HABERMAN:  Objection.
12     Q.  (BY MS. ROSS) You relied on ATSDR's summary of
13 the glyphosate toxicity, right?
14     A  Exactly.  That's a Government agency and I
15 trust their evaluation, you know.  My experience, you
16 know, in reading the ATSDR documentation, some reports,
17 you know, goes back for many decades.  I have no doubt
18 to -- you know, I have no reason to disbelieve them.
19     Q  Did you come to your own independent conclusion
20 on whether, taken as a whole, the weight of the evidence
21 shows that glyphosate is genotoxic?
22     A  Exactly, that is solely information for data.
23 The conclusions are independent of what ATSDR says.
24     Q  You reviewed the conclusions of scientific and
25 regulatory authorities who have reviewed all of the

Ambrose K. Charles, Ph.D.

Page 62

1    published and unpublished data on glyphosate, right?
2       A   That's right.
3       Q   Do you know if those scientific and regulatory
4    authorities determined whether the data shows that
5    glyphosate is genotoxic?
6       A   Generally, what I found, ATSDR was -- they have
7    a conclusion of equivocal -- equivocal, what do you
8    say -- how do you say it?
9       Q   Equivocal, correct?
10      A   Equivocal.  Equivocal.
11      Q   I'll re- -- I'll state that back to you and you
12   can say if I am saying it correctly, okay?
13      A   Uh-huh.
14      Q   What you found is that ATSDR's conclusion as to
15   whether glyphosate is genotoxic is the data are
16   equivocal, right?
17      A   Equivocal.  Some of the studies didn't show up
18   something.  Some of the studies showed positive.
19   Especially, what was interesting to me was human cells'
20   toxicity.
21      Q   Equivocal means some studies showed something
22   and some studies did not, right?
23      A   Exactly.
24          MR. HABERMAN:  Objection.
25      Q.  (BY MS. ROSS) Equivocal is different than a

Page 63

1    conclusion that the data supports that glyphosate is
2    genotoxic, right?
3          MR. HABERMAN:  Objection.
4       A   Say it again.
5       Q.  (BY MS. ROSS) Equivocal is different than a
6    conclusion that the data supports that glyphosate is
7    genotoxic, right?
8          MR. HABERMAN:  Objection.
9       A   That is not their conclusion.  That is their
10   opinion, what they found, their statement.  And opinions
11   are made by me.
12      Q.  (BY MS. ROSS) Did you also review the
13   conclusions of scientific and regulatory authorities who
14   reviewed all of the published and unpublished data on
15   glyphosate and determined whether those data show that
16   glyphosate causes oxidative stress?
17      A   I have seen mentioning that kind of thing in
18   results, but there is not adequate data.  And also, that
19   is precise -- exactly something to be explored.  That is
20   what I agreed, you know, but there is still evidence.
21      Q   Your opinion is that there is not adequate data
22   to conclude that glyphosate causes oxidative stress,
23   correct?
24      A   That's right.
25      Q   Are you offering an opinion in this case that

Page 64

1    glyphosate causes cancer in animals?
2       A   Yes.
3       Q   What is that opinion?
4       A   That is primarily from a -- a mole study and
5    supported by genotoxicity and its effect on chromosomal
6    effects and being then damaged in -- in human cells, and
7    where is sort of -- things that I have pointed out in my
8    report can also support that conclusion.
9       Q   So let me break that down into pieces.
10      A   Yes, please.
11      Q   Because I think you mentioned a couple of
12   things.  Okay?
13      A   Okay.
14      Q   Did you review the conclusions of the
15   scientific and regulatory authorities around the world
16   who have reviewed the long-term animal carcinogenicity
17   studies for glyphosate?
18      A   Not -- not all -- all the scientists who are
19   reporting, you know, I don't find that kind of access to
20   all of the reports on glyphosate.
21      Q   You reviewed EPA's conclusions, correct?
22      A   Yes, EPA's report, documents in 2017, EPA
23   re-registration document, and then I read some of the
24   EPA publications.  I haven't finished them.
25      Q   The EPA publications that you reviewed are on

Page 65

1    your References list --
2       A   Yeah.
3       Q   -- fair?
4       A   Right, right.
5       Q   You also reviewed IARC's summary of the
6    animal --
7       A   Yeah, yeah.
8          (Overlapping speakers.)
9       Q.  (BY MS. ROSS) -- animal carcinogenicity --
10      A   Yeah.
11      Q   -- study, right?
12         (Overlapping speakers.)
13      A   Right, yes.
14         THE REPORTER:  I am sorry.  Please speak
15   one at a time.  This is very challenging, the words, so
16   please.  Okay?
17         Thanks.
18      Q.  (BY MS. ROSS) Did you review the actual study
19   reports for the glyphosate animal carcinogenesis
20   studies?
21      A   Study the reports?
22      Q   You know that animal carcinogenicity studies --
23      A   Oh, you mean to go and look all the two-year
24   studies, that's what you are asking, or --
25         (Overlapping speakers.)

17  (Pages 62 to 65)

Ambrose K. Charles, Ph.D.

Page 66

1    Q.  (BY MS. ROSS) Let me finish my question and we
2  will go -- yes, so I will be clearer in my question.
3  Okay?
4         There are study reports for each of the
5  long-term rodent carcinogenicity studies --
6    A   Yes.
7    Q   -- true?
8         True?
9    A   Well, yes.
10   Q   Each of those reports is often several thousand
11  pages long, right?
12   A   That's right.
13   Q   I am correct that you did not review the study
14  reports for the long-term animal --
15   A   I did not.
16         (Overlapping speakers.)
17   Q.  (BY MS. ROSS) -- carcinogenic studies?
18   A   I did not.
19   Q   Did you come to your own independent conclusion
20  on whether the mouse and rat studies of glyphosate
21  showed treatment-related tumors?
22   A   Yes.
23   Q   Can you point me toward every reference on your
24  reference list that supports that opinion?
25   A   I put a general reference on IARC -- on ATSDR

Page 67

1  and IARC.
2    Q   For your conclusion that glyphosate causes
3  cancer in animals, you are relying on ATSDR's 2019
4  report and IARC's 2015 report, correct?
5    A   That's correct.
6    Q   Are there any other references on your
7  materials list you are relying on for your conclusion
8  that glyphosate causes cancer in animals?
9    A   No.
10   Q   Did you -- we -- well, withdrawn.
11         New question.
12         We talked a moment ago about the
13  conclusions of some of the scientific and regulatory
14  authorities around the world, right?
15   A   Yeah.
16   Q   Having worked in pesticide risk assessment for
17  decades, you know that regulators within the United
18  States and around the world evaluate animal studies to
19  determine whether pesticides like glyphosate show
20  carcinogenic potential, right?
21   A   Correct.
22   Q   Regulators within the United States and around
23  the world evaluate in vitro and in vivo studies to
24  determine whether pesticides like glyphosate show
25  potential for genotoxicity or mutagenicity, correct?

Page 68

1    A   Correct.
2    Q   You reviewed EPA's conclusions on whether the
3  studies of glyphosate in mice and rats show that
4  glyphosate causes cancer in those animals, right?
5    A   Correct.
6    Q   You reviewed EPA's conclusions on whether the
7  studies of glyphosate in mice and rats show any
8  potential for glyphosate to cause cancer in humans,
9  correct?
10   A   Correct.
11   Q   The EPA does not share your conclusion that the
12  studies of mice and rats show that glyphosate is a
13  carcinogen --
14         MR. HABERMAN:  Objection.
15   Q.  (BY MS. ROSS) -- or even a possible carcinogen,
16  right?
17         MR. HABERMAN:  Objection.
18   A   EPA's report?
19   Q.  (BY MS. ROSS) Correct.
20   A   EPA says not likely to be a carcinogen.
21   Q   Yeah.  There are different categories for
22  whether a chemical or a pesticide is likely to be a
23  carcinogen in humans, right?
24   A   Yes.
25   Q   EPA does not share your conclusion, that the

Page 69

1  studies of mice and rats show that glyphosate is a
2  carcinogen, right?
3    A   We can disagree.
4    Q   And in this case you do disagree?
5         MR. HABERMAN:  Objection.
6    A   Yes, yes.
7    Q.  (BY MS. ROSS) Your view of the studies on mice
8  and rats is also at odds with the conclusions of the
9  study authors themselves, isn't it?
10         MR. HABERMAN:  Objection.
11   A   Say that again, please.
12   Q.  (BY MS. ROSS) Your view of what the studies of
13  glyphosate show is also at odds with the conclusions of
14  the study authors themselves, isn't it?
15         MR. HABERMAN:  Objection.
16   A   Study of -- I mean, what are we talking
17  about --
18   Q.  (BY MS. ROSS) The people -- well, you may not
19  know, so let me back up.
20         Having not reviewed the study reports
21  for carcinogenicity studies of glyphosate, is it fair
22  to say, you can't say, sitting here, one way or the
23  other, whether the conclusion you reached about what
24  those studies show is different from what the study
25  authors say?

18  (Pages 66 to 69)

Ambrose K. Charles, Ph.D.

Page 70

1    A   I rely on the experts, you know, at the
2   regulatory agencies, the CDC or the EPA, when they
3   review and they make a statement.  You know, it is -- we
4   always go back and read those.
5          And some you agree; some you can
6   disagree.  You know, it's not, you know, solid written
7   rules, you know, that somebody else saw something and
8   then made a statement, you agree but
9   nonscientifically.
10   Q   I think we can break that down a little.
11          You rely on the experts at regulatory
12   agencies, such as the CDC or EPA, when they review and
13   make a statement about glyphosate, right?
14   A   Yeah.
15   Q   Monsanto did a lot of animal testing,
16   especially the early testing, right?
17   A   Yeah.
18   Q   But Monsanto didn't actually do the animal
19   testing directly, did they?
20   A   Did they do the animal testing, Monsanto?
21   Q   Monsanto contracted with companies that did the
22   actual animal testing, right?
23   A   Yeah, usually, there is -- some -- some
24   companies may have internal labs, you know.
25   Q   The companies that -- that folks like Monsanto

Page 71

1   contract with, they are available not just to Monsanto
2   but to anybody who needs animal testing, right?
3          MR. HABERMAN:  Objection.
4    A   I don't know about that.
5    Q.   (BY MS. ROSS) Do you know if the companies that
6   do lab testing are available to a number of different
7   companies, not just Monsanto?
8          MR. HABERMAN:  Objection.
9    A   I -- I know some companies.  I knew -- I don't
10   keep any contact with any of those things -- those
11   companies now, but I don't keep track of what Monsanto
12   does and which company they hire.
13   Q.   (BY MS. ROSS) Speaking generally, you are
14   familiar with contract labs that --
15   A   Yes.
16   Q   -- perform animal testing?
17   A   Yes, yes.
18   Q   Those contract labs do testing for a number of
19   different companies, correct?
20   A   Probably, yes.
21   Q   Their reputation is important to their ability
22   to attract work from a variety of --
23   A   Yes.
24   Q   -- companies, right?
25   A   Yes.

Page 72

1          MR. HABERMAN:  Objection.  No foundation.
2    Q.   (BY MS. ROSS) You are not going to say that
3   Monsanto controlled the animal studies that were done by
4   those independent labs, are you?
5          MR. HABERMAN:  Objection.
6    A   No, those labs are controlled, usually licensed
7   and also seen by EPA because they have to make sure
8   that, you know, these labs follow the DLT standards.
9    Q.   (BY MS. ROSS) The independent labs that did
10   studies of glyphosate did the studies and Monsanto had
11   to live with whatever the results were, fair?
12   A   (No response.)
13          MR. HABERMAN:  Objection.  That's not
14   supported by the evidence.
15   Q.   (BY MS. ROSS) There are other companies other
16   than Monsanto that have sought regulatory approval for
17   glyphosate-based herbicides, right?
18   A   I saw Bayer as a name.  I don't know much about
19   it, and how many companies are really spraying weeds, I
20   don't know.  I don't know.
21   Q   You don't recall from your time at the Texas
22   Department of Agriculture, whether there were companies
23   in addition to Monsanto who had registered
24   glyphosate-based --
25   A   I have --

Page 73

1    Q   -- herbicide?
2    A   -- no recollection.  I retired in 2011, and
3   many of those things, herbicide.
4          THE REPORTER:  Can we take a break,
5   please?
6          MR. HABERMAN:  Yes.
7          MS. ROSS:  Going off the record, the time
8   is 10:36.
9          (Recess from 10:36 a.m. to 10:50 a.m.)
10          THE VIDEOGRAPHER:  Back on the record.
11   The time is 10:50.
12          (Exhibits 6, 7, 8 and 9 virtually marked.)
13   Q.   (BY MS. ROSS) Dr. Charles, I have handed you
14   Exhibits 6, 7, 8 and 9 to your deposition.  For now I
15   want to identify them and we will come back to them
16   later.  You can set those aside and I will come back to
17   them.  Okay.  Okay?
18   A   Oh, okay.
19   Q   Is Exhibit 6 to your deposition your invoice
20   for the Stacey Moore case?
21   A   Yes.
22   Q   Did you prepare that invoice?
23   A   I did.
24   Q   Your invoice states there is a time log
25   attached.

Ambrose K. Charles, Ph.D.

Page 74

1    Do you see that?
2    A  Yes.
3    Q  (BY MS. ROSS) The time log that was attached to
4  that invoice is Exhibit 7, correct?
5    A  That's correct.
6    Q  Did you prepare the time log for Stacey Moore
7  for the time that you spent?
8    A  Yes.
9    Q  You spent 58 hours total for the Stacey Moore
10  case through May 13th of 2022, correct?
11    A  That's correct.
12    Q  Your hourly rate is $450 an hour?
13    A  That's correct.
14    Q  The total amount you billed through May 13th
15  was $26,100 for the Stacey Moore case, right?
16    A  Yeah, and this invoice -- may I add something?
17    Q  Yes.
18    A  This time shows only -- it dropped. I did not
19  finalize and make this report at that time. I spent
20  maybe three hours, four or five hours more to make it
21  final. That is not included in this bill.
22    Q  Got it.
23    So new question.
24    There are three to five additional hours
25  that you spent finalizing your report --

Page 75

1    A  Yeah.
2    Q  -- for Stacey Moore --
3    A  Yeah.
4    Q  -- that are not included in Exhibit 6, correct?
5    A  Exactly.
6    Q  Exhibit 8 is your invoice for William Pleu,
7  correct?
8    A  That's correct.
9    Q  Did you prepare this invoice?
10    A  I did.
11    Q  You see you state in your invoice that there is
12  a time log attached?
13    A  That's correct.
14    Q  (BY MS. ROSS) Exhibit 9 is your time log for
15  the time that you spent on the William Pleu case,
16  correct?
17    A  That's correct.
18    Q  Did you prepare the time log that is in
19  Exhibit 9?
20    A  Yes. It's in my handwriting, yes.
21    Q  You can set those aside for now. Okay?
22    A  Yes. I may also add that in order to finalize
23  the report for Pleu, I spent maybe another ten hours or
24  so.
25    Q  I see.

Page 76

1    A  Yeah.
2    Q  In addition to the time included --
3    A  Exactly.
4    Q  -- in Exhibit 8 to your deposition for William
5  Pleu, you spent approximately ten additional hours,
6  right?
7    A  Yes, right.
8    Q  All of that time is also billed at your hourly
9  rate of 450 an hour, correct?
10    A  That's right. That's right.
11    Q  At the time of your invoice for Mr. Pleu, you
12  had spent 60 hours, right?
13    A  That's correct.
14    A  That is at a rate of 450 an hour, correct?
15    A  That's correct.
16    Q  And the total you've invoiced thus far for
17  Mr. Pleu is $27,000, correct?
18    A  Correct.
19    Q  You can set those aside and I will come back.
20    A  Thank you.
21    Q  Before the break, we were talking about rodent
22  carcinogenicity studies; do you recall that?
23    A  Yes, sorry.
24    Yes.
25    Q  I think we can agree on some basics of rodent

Page 77

1  carcinogenicity studies, but let me ask and see. Okay?
2    A  Yes.
3    Q  There are, of course, important differences
4  between rodents and people, right?
5    A  Yes.
6    Q  We know there can be severe problems with
7  extrapolating from findings in mice to clinically
8  relevant findings in humans, right?
9    MR. HABERMAN: Objection.
10    A  In some cases, yes.
11    Q  (BY MS. ROSS) It is not true that -- well, let
12  me ask it without the double negative. Withdrawn.
13    Am I correct that some animal
14  carcinogens have not been found to be human
15  carcinogens?
16    A  That's correct.
17    Q  You understand that, through chance alone, in a
18  rodent study, there is going to be a certain amount of
19  cancer, right?
20    A  Yes.
21    Q  The question you need to be able to answer is,
22  is the treated group meaningfully different from the
23  control group, right?
24    MR. HABERMAN: Objection.
25    A  Correct.

20  (Pages 74 to 77)

Ambrose K. Charles, Ph.D.

Page 78

1    Q.  (BY MS. ROSS) Based on the review that you have
2   done, is it fair to say that there are some animal
3   studies that did not show any signs of carcinogenicity?
4    A   That's correct.
5    Q   Even a statistically significant response in a
6   rodent study may or may not be biologically significant,
7   right?
8        MR. HABERMAN:  Objection.
9    A   When you do have a rodent study, first, you do
10  both rats and mice.  Both become positive on supporting
11  the other -- each other; then separate evidence.  But if
12  one species becomes positive, another one is negative,
13  but that is -- consider that as partially positive.  It
14  is not discarded as a negative study.
15   Q.  (BY MS. ROSS) When you do a rodent study
16  typically for registration of a pesticide --
17   A   Yes.
18   Q   -- there is a study in both rats and in mice,
19  correct?
20   A   That's correct.
21   Q   In the circumstance where one of those studies
22  is positive and the other is negative, you would
23  consider that potentially positive, correct?
24   A   Correct.
25   Q   We've talked about a number of opinions that we

Page 79

1   are going to get into in more detail; is that fair?
2    A   That's fair.
3    Q   Are there any other expert opinions that we
4   have not discussed that you intend to offer at trial?
5    A   No.
6    Q   I'd like you to -- do you have a copy of your
7   CV in front of you?
8    A   Let's see.
9        Yes, yes.
10   Q   Do you want a copy, or do you have this, Jeff?
11       MR. HABERMAN:  I will take a copy.
12       MS. ROSS:  You can take that one.
13       Dr. Charles, may I have it for just a
14  moment?
15       (Witness complies.)
16   Q   (BY MS. ROSS) Thank you.
17       I have a pretty color copy, so I am
18  going to mark on my copy.
19       (Exhibit 10 virtually marked.)
20   Q.  (BY MS. ROSS) Okay.  Exhibit 10 to your
21  deposition is your CV.  Do you see that, Dr. Charles?
22   A   That's -- yes.
23   Q   Is this CV current and accurate?
24   A   Yes.
25   Q   On page 3 of your CV, you walk through your

Page 80

1   education; is that right?
2    A   Yes.
3    Q   You completed your Bachelor's of science,
4   Master's of science, and Ph.D. in India, right?
5    A   That's correct.
6    Q   Then you did an NIEHS Toxicology Research
7   Associateship, correct?
8    A   Yes.
9    Q   What is NIEHS?
10   A   National -- National Institute of Environmental
11  Health Services.
12   Q   Does NIEHS have good scientists?
13   A   Yes.
14   Q   NIEHS has toxicologists, epidemiologists?
15   A   Yes.
16   Q   Biostatisticians, chemists, correct?
17   A   Yes.
18   Q   What do the scientists at NIEHS do?
19   A   They do a national toxicology program.
20  Basically, they support developed standards for cleanup
21  sites, you know, environmental protection and work
22  with -- along with the EPA to develop standards.
23       Standards are regulatory levels that if
24  they've said something is bad or something is not bad,
25  or, okay; it's all based on the numerical numbering

Page 81

1   system, which may or not -- may or may not have much
2   to do with the actual effect.
3    Q   NIEHS does a wide range of things related to
4   chemical and environmental hazards --
5    A   Exactly.
6    Q   -- is that fair?
7    A   Exactly.
8    Q   You, on your CV, list Board certifications and
9   professional affiliations.  Do you see that section?
10   A   Yes.
11   Q   You also list your Board certifications on your
12  website, right?
13   A   I think so, yes.
14   Q   I can -- if -- since you said, "I think so,"
15  let me hand you your website so that we are clear.
16  Okay?
17   A   Yeah, sure.
18       (Exhibit 11 virtually marked.)
19   Q.  (BY MS. ROSS) The type is very small on the
20  exhibit, so tell me if you can read it.
21   A   Yes, I can read it.
22   Q   Okay.  So Exhibit 11 to your deposition is your
23  "About Me" page from Toxfactor Consulting, correct?
24   A   Yes.
25   Q   This is your current website as of June 2022,

21  (Pages 78 to 81)

Ambrose K. Charles, Ph.D.

Page 82

1  right?
2      A   Yes and no.
3          Yes, it is my website.  No, I have not
4  touched or corrected data on this website for years.
5      Q   I see.
6          You state, "Dr. Charles is Diplomat &
7  Board Certified in both Toxicology and Forensic
8  Medicine" --
9      A   Yes.
10     Q   -- "by the American Board of Forensic Examiners
11 Institute" --
12     A   That's correct.
13     Q   -- "and the American Board of Forensic
14 Medicine"?
15     A   Correct.
16     Q   Did I read that right?
17     A   Yes.
18     Q   You go on to state, "Dr. Charles is recognized
19 as a Fellow of the American College of Forensic
20 Examiners Institute," right?
21     A   A Fellow, yes.
22     Q   You hold yourself out to the public as
23 Board-certified by the American Board of Forensic
24 Medicine, right?
25     A   Yes.

Page 83

1      Q   What does it mean to be Board certified?
2      A   Board certified is the -- the -- the
3  association, what are -- what is that called?  The
4  American College of Forensic Examiners Institute, they
5  evaluate your credentials, number one, your experience,
6  and then they have to pass -- they have an annual
7  accreditation type of exams and certification that they
8  are to annually or biannually or something like that in
9  order to keep that Board certification.
10         After a certain number of years, you
11 know, it is grandfathered.  I don't have to take any
12 more Board certifications, you know.  They consider I
13 am old enough to be [sic] tested.
14     Q   I am going to break that down.  Okay?
15     A   Yes, please.
16     Q   The College of Forensic Examiners Institute
17 evaluates your credentials --
18     A   Yes.
19     Q   -- first, right?
20     A   Yes.
21     Q   Then you have to pass exams for certification,
22 correct?
23     A   Yes.
24     Q   The process is not one that you have to repeat
25 every year as of now, correct?

Page 84

1      A   Yes, that's right.
2      Q   When was the last time you had to recertify?
3      A   That was sometime before I retired, I believe,
4  you know, sometime maybe 2011, 2010, somewhere --
5  something around that.  I used to pay the membership fee
6  and keep that membership active, both certificates
7  active.  At a certain time, I think they informed me,
8  you don't -- just quit it.
9      Q   You last recertified with the American College
10 of Forensic Examiners sometime --
11     A   Sometime, '10, '15.
12     Q   -- sometime 2010?
13     A   Yeah, around that time.
14     Q   Since then you have grandfathered in, so your
15 Board certification is still current, right?
16     A   That's right.
17     Q   Board certification lets people know your
18 qualifications have been vetted by a professional
19 organization, right?
20     A   That's right.
21     Q   Is it important that people looking for an
22 expert know about your qualifications from the American
23 Board of Forensic Medicine?
24     A   Yes.
25         MR. HABERMAN:  Objection.

Page 85

1      Q.  (BY MS. ROSS) You also, in addition to your
2  Board certification, are a Fellow of the American
3  College of Forensic Examiners, right?
4      A   Yes.
5      Q   Walk me through what it means to be a Fellow of
6  the American College of Forensic Examiners.
7      A   Fellow -- Fellow of the organization or the
8  Forensic Examiners Institute, they elect you to the
9  Fellowship from your experience and a number of years
10 of, you know, qualified, you know, as scientists of
11 recognition.
12         That is recognition given by -- I don't
13 apply for it.  I don't ask for it.  And then they
14 will, you know, nominate you and then send you a
15 Fellowship certification, saying that you are being
16 considered and elected by the Board to be a Fellow of
17 the, you know, Forensic Institute.
18     Q   Being a Fellow of the American College of
19 Forensic Examiners means you have been elected as a sign
20 of recognition of your expertise in toxicology, right?
21     A   Yes.
22     Q   Is the American College of Forensic Examiners
23 an organization that you are proud to be a part of
24 today?
25         MR. HABERMAN:  Objection.

22  (Pages 82 to 85)

Ambrose K. Charles, Ph.D.

Page 86

1    A   Yes.  I don't -- I don't find a reason why not.
2    Q   (BY MS. ROSS) If someone was asking you today
3   if you are Board certified in toxicology, the
4   certifications we talked about right now are what you
5   would point to, right?
6    A   Yes.
7    Q   Is the American Board of Forensic Examiners
8   Institute still in existence; do you know?
9    A   I believe so.
10    Q   If you will go with me to page 2 of your CV,
11   back on Exhibit 10, and tell me when you are there.
12    A   Okay.
13    Q   Here you list your "Professional Employment
14   History and Appointments," correct?
15    A   Yes, ma'am.
16    Q   From 1990 to 2005 you were the director and
17   senior pesticide advisor for toxicology and risk
18   assessment in the pesticide program division for the
19   Texas Department of Agriculture, correct?
20    A   You are talking about 1990?
21    Q   Yes.
22    A   To?
23    Q   2005?
24    A   Oh, okay.  Yes.
25    Q   Should I repeat the question?

Page 87

1    A   Yes, yes -- no, no.  Yes.
2    Q   You spent 15 years in that role, right?
3    A   Yes.
4    Q   From May 2005 to August 2011, you were deputy
5   assistant commissioner for the pesticide division of the
6   Texas Department of Agriculture, right?
7    A   Yes.
8    Q   You retired in 2011; is that right?
9    A   Yes.
10    Q   Have you been a full-time consultant for the
11   last eleven years?
12    A   Excuse me.
13       I was a full-time available, but I did
14   not do full-time consulting.  I did a few cases and I
15   took a lot of -- a number of years of free time.
16       There are a number of years I didn't do
17   any consulting; there was not consulting, none done at
18   all.  Maybe three, four, five years I did not do in
19   between, you know, no consulting.  I needed time for
20   myself.
21    Q   You also had been enjoying your retirement,
22   not --
23    A   Exactly, exactly.
24       (Overlapping speakers.)
25    Q   (BY MS. ROSS) -- just --

Page 88

1    A   Exactly.
2    Q   Texas Department of Agriculture regulates the
3   registration and use of pesticides in Texas, right?
4    A   Yes.
5    Q   Texas Department of Agriculture is designated
6   as the State's lead agency in the regulation of
7   pesticide use and application, correct?
8    A   Yes, everything.  Everything related to
9   pesticides.
10    Q   Texas Department of Agriculture is responsible
11   for the licensing and training of pesticide applicators,
12   right?
13    A   Yes.
14    Q   Is it all right if I refer -- refer to the
15   Texas Department of Agriculture as TDA?
16    A   Yes.
17    Q   TDA is responsible for overseeing worker
18   protection with pesticides, right?
19    A   Yes.
20       MR. HABERMAN:  Objection.
21    Q   (BY MS. ROSS) TDA is responsible for
22   registering pesticides for sale in the state of Texas,
23   correct?
24    A   Yes.
25    Q   Various pesticides were regulated when you were

Page 89

1   there at TDA, right?
2    A   Yes.
3    Q   TDA continues to regulate the use of pesticides
4   and herbicides today, right?
5    A   Yes.
6    Q   The State of Texas regulates pesticides to
7   protect humans, animals, and the environment from
8   potential adverse effects, true?
9    A   Yes.
10    Q   What herbicides are regulated by the State of
11   Texas?
12    A   What herbicides are regulated?
13    Q   Yes.
14    A   There are some restricted pesticides that also
15   are used in the state of Texas that has a EPA
16   registration level as restricted.  They will have a --
17   specific requirements of training and application
18   methods and things like that, you know, for specific
19   pesticides.  And the question was basically...
20    Q   Is it fair to say you don't have those -- which
21   herbicides are restricted -- memorized?
22    A   I don't have that.
23       It is a really big list.
24       (Exhibit 12 virtually marked.)
25    Q   (BY MS. ROSS) Exhibit 12 to your deposition is

23  (Pages 86 to 89)

Ambrose K. Charles, Ph.D.

Page 90

1  the list of currently regulated herbicides for the Texas
2  Department of Agriculture.
3          Do you see that?
4      A   Yes.
5      Q   2, 4-d is a regulated herbicide in Texas,
6  correct?
7      A   Correct.
8      Q   Do you know why that is?
9      A   That is particularly for damaging other
10 vegetation if it is not properly applied.
11     Q   MP- --
12     A   That's what I recall, sorry.
13     Q   No, you are fine.
14          MCPA is a regulated herbicide in the
15 state of Texas, right?
16     A   Yes.
17     Q   Why is MCPA regulated?
18     A   The same reason.
19     Q   Because of the potential to damage other
20 vegetation if not properly applied?
21     A   Other vegetation, other crops.
22     Q   Dicamba is a regulated herbicide in the state
23 of Texas, right?
24     A   That's correct.
25     Q   Why is Dicamba a regulated herbicide?

Page 91

1      A   The same reason.
2      Q   Quinclorac is a regulated herbicide in the
3  state of Texas, right?
4      A   That's correct.
5      Q   Why is Quinclorac regulated?
6      A   The same reason.
7      Q   Does Texas have any restrictions around the use
8  of glyphosate?
9      A   No, not that I know.
10     Q   Glyphosate is not a restricted herbicide in
11 Texas, true?
12          MR. HABERMAN:  Objection.
13     A   That's correct, I think so.
14     Q.  (BY MS. ROSS) That was true when you were with
15 the Texas Department of Agriculture as deputy
16 commissioner, right?
17     A   Yes.
18     Q   That was true when you were with the Texas
19 Department of Agriculture as Director of Toxicology and
20 Risk Assessment, right?
21     A   That's correct.
22     Q   It is true today so far as you know, right?
23     A   That's correct.
24     Q   You were the director of risk assessment for
25 the TDA pesticide programs division for 15 years, right?

Page 92

1      A   Yes.
2      Q   Approximately, if you had to estimate, how many
3  risk assessments did you perform for pesticides in your
4  career?
5      A   In that capacity, mostly we do risk assessments
6  for Section 18 registrations.  You know, there is a
7  provision in the EPA, FIFRA, federal pesticide law.  The
8  area -- there are two different provisions we call
9  Section 18 and 24(C) clauses.
10          Under Section 18, if a pesticide is not
11 registered in Texas, use of any -- EPA -- it's not
12 even registered, but that pesticide has a reasonable
13 amount of data available, that we know we interact
14 with, you know, a pesticide company's a lot, and a
15 pesticide company's worked with Texas A&M, you know,
16 that agricultural community there.  So those
17 professors interact with them.
18          They let us know that there is a
19 chemical that we need for a particular problem or --
20 not a particular -- a particular pest in certain areas
21 of Texas, you know, affecting the crops.  So we need
22 this pesticide and that is not researched with us.  It
23 is researched -- they started maybe in Florida for,
24 you know, the service industry.  We have some similar
25 problem in Texas.  You know, we need that chemical;

Page 93

1  it's not researched here.
2          So we go to EPA.  The process according
3  to FIFRA, is the agency do a complete assessment
4  evaluation, going through the studies, and then come
5  out with the URL on -- in conclusions/interpretations
6  and the risk assessment that it may not cause
7  additional risk if we use these things here.
8          That kind of determination is made.  We
9  send it to the EPA.  The EPA takes about -- depending
10 on the necessity or urgency called from the private
11 groups, you know, for particular groups; senators get
12 involved.
13          You know, there's a lot of process in
14 other registration alone.  Congressmen call the EPA
15 and say we need this thing tomorrow.
16          So the EPA works on that kind of
17 schedule.  There is -- always use their work.  They
18 take about a month or two to evaluate and then let us
19 know.  So that is the kind of registration we do on
20 Section 18.
21          And 24(c) is another type of
22 registration.  But I must narrow down.  In 15 years,
23 usually we do -- we get about two to three to four
24 requests per year in order to do Section 18s for
25 specific registration.  They are called special

Ambrose K. Charles, Ph.D.

Page 94

1  registration or specific registration for...
2      Q   Let me see if I can break that down and make
3  sure I am understanding.
4      A   Yeah, yeah.
5      Q   Okay?
6          So you mentioned FIFRA, which is
7  F-I-F-R-A --
8      A   Yeah.
9      Q   -- Section 18, right?
10     A   Yes.
11     Q   Section 18 would be a circumstance where there
12  is a pesticide registered somewhere in the United States
13  but not in Texas, correct?
14     A   Exactly.
15     Q   You might be asked to do a risk assessment for
16  Texas specifically to determine if there are any
17  additional risks to the use of that pesticide in Texas,
18  right?
19     A   Yeah.
20     Q   Your estimate is that you did three to four of
21  those risk assessments per year --
22     A   Approximately.
23     Q   -- approximately, over the 15 years in which
24  you were the director of risk assessment, correct?
25     A   Correct.

Page 95

1      Q   For all of that time -- well, withdrawn.
2          Three to four risk assessments a year
3  for 15 years would be somewhere around 60 risk
4  assessments over the course --
5      A   Yes.
6      Q   -- of your career, right?
7      A   Yes.
8      Q   Is that how some of the regulations came about
9  for some of the restricted-use pesticides that we talked
10  about a moment ago?
11     A   Oh, no.
12     Q   Okay.  Those were separate from the risk
13  assessments that you were doing specific to Texas,
14  right?
15     A   Yes.
16     Q   Glyphosate was one the most used pesticides
17  in the world during the time you were the director of
18  risk assessment for the Texas Department of Agriculture,
19  right?
20     A   It was a pesticide used in Texas.  I do not
21  have the data on the overall use.  I don't know.
22     Q   Do you know if glyphosate was one of the most
23  used pesticides in Texas during the time you were a
24  director of risk assessment --
25     A   Probably.

Page 96

1      Q   -- for Texas?
2      A   Probably, yes.
3      Q   And just so I finish my question.  That was for
4  the --
5          During the time you were director of
6  risk assessment for the Texas Department of
7  Agriculture, glyphosate was probably one of the most
8  used pesticides in Texas; right?
9      A   One of them.  I don't, you know, usually on an
10  everyday basis or a monthly basis keep a use records and
11  amounts used of these pesticides and that.  If that is
12  needed, you know, there are databases; or the companies,
13  we will contact them and find them, how -- how much did
14  you sell in Texas; and they give -- give us the data.
15     Q   Glyphosate use increased dramatically from the
16  early 1990s to 2005, right?
17     A   Yes.
18     Q   Glyphosate use continued to increase after
19  2005, correct?
20     A   Could be.
21     Q   As a director of risk assessment for the Texas
22  Department of Agriculture during that time, you were
23  aware of that, right?
24     A   Yes.
25     Q   How many different manufacturers of glyphosate

Page 97

1  are out there that you are aware of?
2          MR. HABERMAN:  Objection.
3      A   Monsanto is one and Bayer, I believe, there was
4  a -- an additional company that had a share in this, and
5  I am not sure.  And after that they are, in the
6  registration process at that time, aware, you know.
7          Even if Monsanto has the primary
8  registration, they have sub-registrations, you know, a
9  number of them, and they will have a different type of
10  EPA registration number for that to identify them.  So
11  there may be a number of sub-registrations for the
12  same product.
13     Q.  (BY MS. ROSS) Do you know if glyphosate is
14  generic?
15     A   What was the question?
16     Q   Do you know if glyphosate is off patent or how
17  long glyphosate has been off patent?
18     A   I don't know.
19     Q   Sitting here today, you do not recall ever
20  doing a risk assessment for glyphosate, right?
21     A   I have not.
22     Q   You have not done a risk assessment for
23  glyphosate?
24     A   Not risk assessment.  I might have made an
25  opinion.  I am looking at the health effects for the

Ambrose K. Charles, Ph.D.

Page 98

1    enforcement, if that was a chemical that was reported to
2    me at that time.
3        Q   So in all of your time at the Texas Department
4    of Agriculture, you never did a risk assessment for
5    glyphosate, true?
6        A   No, no.
7        Q   And when you say, no, I am correct in my
8    question; right?
9        A   Yes, you are right.
10       Q   Now, you're obviously familiar with glyphosate
11   as an herbicide, right?
12       A   Am I familiar with glyphosate?
13       Q   Yes.
14       A   Yes.
15       Q   As we've just discussed, glyphosate is widely
16   used in Texas and elsewhere; correct?
17       A   Yes.  Probably, yes.
18       Q   What are the uses of glyphosate?
19       A   It's basically wood -- wood -- a weed
20   eradication chemical pesticide that is used to destroy
21   noxious weeds or unwanted vegetation, I would say.
22       Q   Glyphosate is used to destroy noxi- -- noxious
23   weeds or unwanted vegetation in crops, right?
24       A   That's right.
25       Q   Glyphosate is used in waterways and

Page 99

1    thoroughfares, correct?
2        A   Right of ways.
3        Q   Glyphosate is approved for use by consumers, as
4    well, right?
5        A   Yes.
6        Q   Glyphosate can be used directly on crops if
7    they are Roundup Ready crops, true?
8        A   I am not sure about that question to answer
9    because the genetically modified, you know, some issue
10   right there for glyphosate, not to directly use on
11   crops, you know.  They must be genetically modified
12   crops that -- so that glyphosate doesn't kill that crop.
13   Otherwise, you know, it doesn't discriminate any
14   vegetation.
15       Q   I am going to break that up.  Okay?
16       A   Yes, please.
17       Q   Glyphosate is what is known as a nonselective
18   herbicide, right?
19       A   Yes.
20       Q   What that means is that glyphosate kills all
21   plants, not just the bad ones; fair?
22       A   Exactly.
23       Q   You are not offering an expert opinion on
24   genetically modified crops, right?
25       A   No.

Page 100

1        Q   You are -- well, withdrawn.
2            Is there any other pesticide that you
3    can substitute for all of the uses of glyphosate?
4        A   That's a question for the weed scientists at
5    Texas A&M, not me.
6        Q   Are you offering any expert opinion about
7    whether there are other alternatives to glyphosate that
8    are safer?
9        A   I am not looking at that; I don't know.
10       Q   Are you offering any other opinion --
11   withdrawn.
12           New question.
13           Are you offering any expert opinion
14   about whether there are other alternatives to
15   glyphosate that are more effective?
16       A   I have not.  I have not provided any opinion.
17       Q   Would you be qualified to do that?
18       A   No.
19       Q   Did you ever tell your colleagues at the Texas
20   Department of Agriculture that glyphosate causes cancer?
21       A   No.
22       Q   Did you ever conclude in all of your years at
23   the Texas Department of Agriculture that glyphosate
24   causes cancer?
25       A   I have not told anybody.

Page 101

1        Q   And did you ever reach that conclusion, whether
2    you shared it with anyone else?
3        A   No.  I know -- I am aware of some studies and
4    the little polls and those kind of things.  As a
5    toxicologist, you know, you keep getting that
6    information and, you know, as part of my, you know,
7    toxicology goal, I update information, you know.  I read
8    many things, articles.
9            You know, even -- even in the early days
10   of glyphosate -- I am just telling you what I am
11   remember -- recall now.  In the early days of
12   glyphosate use, there were reports that even dogs were
13   getting sick while playing in the lawn where
14   glyphosate was used.
15           And -- and then there were reports -- I
16   haven't seen any dog study, not to indicate that.  I
17   was looking for it, but I didn't find.  But there were
18   reports that dogs were getting tumors from glyphosate
19   use because they were exposed to licking the grass and
20   those kind of things, you know.
21           All of those things are early reports
22   of, you know, 20 years or 25 years -- 20 years, long
23   ago.
24           I have that kind of information in my
25   mind, but I have not told anybody, advocated for

Ambrose K. Charles, Ph.D.

Page 102

1   anybody, you know, but it's information.  There are a
2   lot of information about different chemicals, you
3   know, really.
4        Q   Let me break that down.
5        A   Yeah, please.
6        Q   When you were at the Department of Agriculture,
7   glyphosate was never a restricted-use pesticide, right?
8        A   No.
9        Q   Had you reached the conclusion that glyphosate
10  caused cancer, certainly you would have advocated for
11  some restrictions on glyphosate use in your role at the
12  Texas Department of Agriculture, right?
13       A   If I knew.  If I saw any real data at that
14  time.
15       Q   You did not reach a conclusion at the Texas
16  Department of Agriculture that glyphosate caused cancer,
17  true?
18       A   No.
19       Q   I am correct, that you didn't reach such a
20  conclusion?
21       A   I have not reached.
22       Q   You --
23       A   Can you please refrain from double negatives so
24  that I can understand it clearly?
25       Q   I -- I will do my best.

Page 103

1        A   Yeah, yeah, and I know lawyers.  I've worked
2   with...
3        Q   Did you at the Texas Department of Agriculture
4   ever conclude that glyphosate causes cancer?
5        A   No.
6        Q   You mentioned some early reports of dogs
7   licking fields that may have been sprayed with
8   glyphosate, right?
9        A   Yes.
10       Q   Those are, as you've mentioned, reports and not
11  actual studies; correct?
12       A   Exactly.
13       Q   You are not relying on any reports of dogs or
14  any other animal licking fields where glyphosate might
15  have been sprayed in order to offer any of the expert
16  opinions you are offering in this case, correct?
17       A   No.
18       Q   When you performed a risk assessment in your
19  professional life, you followed a standard methodology
20  for that; right?
21       A   Yes.
22       Q   Part of the risk assessment is assessing for
23  human health effects, right?
24       A   Yes.
25       Q   A risk assessment can also include evaluating

Page 104

1   environmental impact, right?
2        A   Exactly.
3        Q   And a risk assessment can also include impact
4   on nontarget plants or animal species, right?
5        A   Yes.
6        Q   Did you ever do a risk assessment for a
7   combination glyphosate product with something else?
8        A   No.
9        Q   You perform risk assessments on active
10  ingredients, right?
11       A   Yes.
12       Q   That is what everybody does, correct?
13       A   Yes.
14       Q   Part of -- well, withdrawn.
15            A full risk assessment includes
16  characterizing the nature and magnitude of health
17  risks, right?
18       A   Yes.
19       Q   Nature means what is a specific health risk,
20  right?
21       A   Yes.
22       Q   For example, cancer, correct?
23       A   Example.
24       Q   Magnitude means how big is the risk at current
25  levels of actual human exposure, right?

Page 105

1        A   Yes.
2        Q   So first you determine is there a potential
3   hazard, correct?
4        A   Yes.
5        Q   You consider the data in humans for that,
6   right?
7        A   Yes.
8        Q   For a hazard assessment, you consider animal
9   data, correct?
10       A   Yes.
11       Q   You consider studies like cell studies in a
12  petre dish, right?
13       A   Yes.
14       Q   There is a standard battery of regulatory tests
15  done as part of a regulatory hazard assessment.  Do you
16  know what the typical tests are?
17       A   Yes, I have -- I have seen and I have gone
18  through -- I was familiar, I had in my possession, the
19  entire EPA that required a testing list, you know, for
20  different aspects -- for safety, environmental impact,
21  you know, product registration and so on.  I don't have
22  it with me and I don't look at those things, you know.
23       Q   For glyphosate, you reviewed the EPA and ATSDR
24  summaries of the standard battery of regulatory tests,
25  right?

Ambrose K. Charles, Ph.D.

Page 106

```
 1    A  Exactly.
 2        MR. HABERMAN: Objection.
 3    Q.  (BY MS. ROSS) In a risk assessment after you've
 4  determined that something is a potential hazard, the
 5  next step is to determine whether there is a risk at
 6  real-life exposure levels, right?
 7    A  Yeah.  Then the next step is to look at if
 8  there is an exposure.
 9    Q  The risk could be a risk to applicators, right?
10    A  Yes.
11    Q  The risk could be a risk to other human beings,
12  correct?
13    A  Yes.
14    Q  You could have a risk to animals or other
15  nontarget organisms, right?
16    A  Yes.
17    Q  Dose alone makes the poison.  You say that on
18  your website, right?
19    A  Yes.
20    Q  It is a fundamental principle of toxicology,
21  that dose alone makes the poison; correct?
22    A  That's not what I said.  It is what the father
23  of toxicology said.
24    Q  Right.  The father of toxicology says that dose
25  alone --
```

Page 107

```
 1    A  He said --
 2    Q  -- made the poison?
 3    A  -- it many years ago.
 4    Q  In that sense, it is a fundamental principal of
 5  toxicology, that dose alone makes the poison, right?
 6    A  Exactly.
 7    Q  What does it mean that dose alone makes the
 8  poison?
 9    A  It means, you know, you take -- an example
10  could be, in order to make -- seasoning your food, when
11  you cook, you add salt.  Without salt, you know, it
12  won't taste good; you'll ask for salt; can I have salt?
13  Can you pass that salt?
14        So salt is an everyday chemical that we
15  take.  But if we increase the intake of salt, us --
16  manufacturers, come in.  You have higher blood
17  pressure.  Then you say you have to cut down on salt,
18  or if we increase the amount of salt, that can be
19  toxic.
20        So the dose determines, you know,
21  whether it's leading to something harmful to your
22  health or it is necessary for your health.
23    Q  Salt is poison at some dose, right?
24    A  Yes.
25    Q  Salt is also something we are exposed to every
```

Page 108

```
 1  day, correct?
 2    A  Yes, yes.
 3    Q  Water is poison in some dose, right?
 4    A  Yes.
 5    Q  Dose is different than exposure, correct?
 6    A  Exactly.
 7    Q  You can work with a chemical but not have any
 8  dose in your body, right?
 9    A  If you have sufficient protection.  People work
10  with radiation in their house, and radiation is
11  something that you cannot prevent; but there are suits
12  for you to cover yourself so that you are protected,
13  maximum.
14    Q  That is one reason the Texas Department of
15  Agriculture has guidance on personal protective
16  equipment with use and handling of certain pesticides,
17  right?
18    A  Yes.
19    Q  It is possible to work with a chemical and not
20  have any dose in your body, right?
21        MR. HABERMAN: Objection.
22    A  Yes.
23    Q.  (BY MS. ROSS) Dose is the issue because dose is
24  what interacts with the body, right?
25        MR. HABERMAN: Objection.
```

Page 109

```
 1    A  I take a correction to my statement.  Can I --
 2  can I make that statement?
 3        MR. HABERMAN: Yes.
 4    A  You can work with a chemical without getting
 5  any exposure to -- that question is a (indiscernible)
 6  question -- okay? -- which means everybody every day
 7  when they use a chemical, they don't use the protection,
 8  you know.  Even now we are sitting here without a mask,
 9  okay, because we have some kind of confidence in that
10  each other don't carry the virus.
11        So a pers-- a personal protection is
12  something that is always needed.  Okay?  We take care
13  of some of those things.  But you can work, you know,
14  with a chemical -- without exposure is wrong; you
15  can -- you will have some kind of exposure unless we
16  are having protection.
17    Q.  (BY MS. ROSS) When we talk about dose --
18    A  Yeah.
19    Q  -- whether it's glyphosate or water or salt --
20    A  Yes.
21    Q  -- in order to have any effect on the body --
22    A  Yeah.
23    Q  -- it is necessary to have an internal dose,
24  correct?
25    A  That's why it got called a dose.
```

28  (Pages 106 to 109)

Ambrose K. Charles, Ph.D.

Page 110

1    Q   Risk assessment involves assessing what the
2  threshold dose is of which a potential hazard would
3  actually pose a risk to human beings, right?
4    A   Threshold dose, yes.
5    Q   Risk assessments use dose in the body, right?
6    A   Yes.
7    Q   That is because dose is what makes the poison,
8  right?
9    A   Exactly.
10    Q   I want to understand how you applied the
11  scientific method to the plaintiffs in this case.  Okay?
12  All right?
13    A   Yes.
14    Q   You relied on Mr. Moore's sworn testimony,
15  right?
16    A   Yes.
17    Q   And actually -- withdrawn.
18        I am going to take one step back.  Okay?
19    A   Okay.
20    Q   We talked about risk assessments using dose in
21  the body, right?
22    A   Yes.
23    Q   Did you perform a full risk assessment of
24  glyphosate here?
25    A   I did not.

Page 111

1    Q   You were not asked to do that, right?
2    A   I didn't have the data to begin with.
3    Q   You relied on Mr. Moore's sworn testimony in
4  forming your opinions, right?
5    A   The information I have.
6    Q   Yes.  And that information included Mr. Moore's
7  sworn testimony, correct?
8    A   Yes.
9    Q   You relied on Mr. Moore's sworn Plaintiff Fact
10  Sheet, right?
11    A   Yes.
12    Q   I think we can skip some questions, but let me
13  just be very clear.
14        As we discussed earlier, you did not
15  interview either of the plaintiffs in this case,
16  correct?
17    A   No.
18    Q   Do you know what Mr. Moore looks like?
19    A   No.
20    Q   Do you know what Mr. Pleu looks like?
21    A   No.
22        MR. HABERMAN:  Very handsome.
23    Q.  (BY MS. ROSS) You reviewed some of the
24  plaintiffs' medical records, correct?
25    A   Yes.

Page 112

1    Q   Did you review complete sets of the plaintiffs'
2  medical records from all of their treating doctors?
3    A   Pardon?
4    Q   Did you review complete sets of medical records
5  from all of the plaintiffs' doctors?
6    A   All -- I have a set of records sent to me,
7  given to me.  I will read all of those things I have
8  listed in my reference, you know, the first -- the first
9  references of my report that are indicated by a
10  document, all the things that is given to me by counsel.
11        That's all the information I have as
12  part of the counsel's providing the information and
13  now all of this are my research, reading, studying.
14    Q   That's helpful.  So let me break that down for
15  each plaintiff.  Okay?
16    A   Yes, please.
17    Q   If you'll go to Exhibit 2.  That's your report
18  for Stacey Moore.
19    A   Okay.  Exhibit 2.  Okay.
20    Q   Page 33 gives your "Documents & References."
21        Do you see that?
22    A   33.  Yes, ma'am.
23    Q   You reviewed 63 pages of medical records from
24  Clearview Cancer Institute for Stacey Moore, correct?
25    A   Yes.

Page 113

1    Q   Those are all of the medical records you
2  reviewed for Stacey Moore, right?
3    A   That's all I was given.
4    Q   Exhibit 3 is your report for Mr. Pleu?
5    A   Oh, okay, uh-huh.
6        Yes, ma'am.
7        Do you need this back, please?
8    Q   I don't.  You can keep it.
9    A   Oh, okay.
10        Okay.  Yes.
11    Q   For Mr. Pleu you reviewed 66 pages of medical
12  records from Atlanta Cancer Care, correct?
13    A   Yes.
14    Q   You also reviewed five, plus 58 pages from
15  Georgia Urology PA?
16    A   Yes.
17    Q   That's a total of 63 pages from Georgia Urology
18  PA for Mr. Pleu, correct?
19    A   Yes.
20    Q   Did you review any other medical records for
21  William Pleu?
22    A   No.
23    Q   Are you qualified to interpret a patient's
24  medical records?
25    A   No.

29  (Pages 110 to 113)

Ambrose K. Charles, Ph.D.

Page 114

1    Q   You are not a medical doctor, right?
2    A   No, no.
3    Q   Are you qualified to diagnose a patient with
4  lymphoma?
5    A   No, I don't practice medicine.
6    Q   Are you qualified to reach an independent
7  determination of whether any plaintiff in this case had
8  lymphoma?
9    A   I rely on the patients' medical records.
10   Q   You took at face value whatever you read in the
11  medical records as to a patient's diagnosis of lymphoma?
12   A   Diagnosis and treatment.
13       MR. HABERMAN:  Objection.
14   Q.  (BY MS. ROSS) Are you qualified to evaluate
15  whether a patient's treatment was consistent with the
16  standard of care?
17   A   No.
18   Q   You did not see any receipts from Mr. Moore's
19  purchases of Roundup, correct?
20   A   No.  I don't -- I don't recall that I have ever
21  seen any receipts in the reports, no.
22   Q   Would it be good to look at receipts to verify
23  how much Roundup someone used if you could?
24   A   Repeat that question, please.
25   Q   Would it be good to look at receipts to verify

Page 115

1  how much Roundup someone used --
2       MR. HABERMAN:  Objection.
3    Q.  (BY MS. ROSS) -- if you could?
4    A   No, it's not -- I don't need that information.
5    Q   Why don't you need that information?
6    A   Because I don't investigate anything, okay.
7  Going out and then trying to find out if any of those
8  things are true or not is none of my business.
9       There should be somebody investigating
10  that, and if you are not sure about what is given
11  here, who is invested in that -- find some
12  investigator, and give me the facts that you have, as
13  an expert who is knowledgeable in these various areas
14  of looking at, I will look at the data; I will
15  evaluate and make certain type of deductions, you
16  know, from my knowledge.
17       When I look at some data, it is not the
18  printed material alone that is working.  My mind is
19  working.  My knowledge is working.  Background is
20  working.  Everything is working to make a decision on
21  that.  So what all is there is my information and --
22       THE REPORTER:  I am sorry?
23   A   -- I don't want to go for looking for receipts
24  or a container or anything like that.
25       You know, if they are interested in me

Page 116

1  to evaluate that, they have to provide all of it.  I
2  am not investigating it.
3    Q.  (BY MS. ROSS) I will break that down a little
4  bit.  Okay?
5    A   Yes, please.
6    Q   You did not do anything to investigate any
7  plaintiff's use of Roundup, true?
8    A   No.
9       MR. HABERMAN:  Objection.
10   A   I did not investigate.
11   Q.  (BY MS. ROSS) You do not have -- well,
12  withdrawn.
13       Do you have direct, firsthand knowledge
14  of how Stacey Moore sprayed Roundup?
15   A   How he sprayed?
16   Q   Direct, firsthand knowledge of how Stacey Moore
17  sprayed Roundup?
18   A   No, no.
19       MR. HABERMAN:  Objection.
20       What is direct, firsthand knowledge?
21   Q.  (BY MS. ROSS) Did you see any contemporaneous
22  documentation of how Stacey Moore sprayed Roundup?
23       MR. HABERMAN:  Objection.  Vague.
24   A   I think there is a description from the
25  documents.

Page 117

1    Q.  (BY MS. ROSS) You saw his deposition testimony,
2  right?
3       MR. HABERMAN:  Objection.
4    A   That's correct.  I think that is where it
5  was -- it was -- yeah, I don't know.
6    Q.  (BY MS. ROSS) Did you see any photos or videos
7  taken at any time that Stacey Moore was spraying
8  Roundup?
9    A   I don't believe so.
10   Q   Did you -- withdrawn.
11       New question.
12       Besides what Mr. Moore said in his
13  deposition and his Plaintiff Fact Sheet, was there any
14  documentation of any kind that you looked at to
15  determine how much Roundup he used?
16   A   No.
17   Q   I take it you did not see -- well, let me ask
18  it in the positive.
19       Withdrawn.
20       New question.
21       Did you see any records of any kind from
22  before Mr. Moore filed his lawsuit that bear on the
23  question on whether he used Roundup?
24   A   Please, see again.
25   Q   Did you see any records of any kind from before

Ambrose K. Charles, Ph.D.

Page 118

1  Mr. Moore filed his lawsuit that bear on the question of
2  whether he used Roundup?
3      A   No.
4      Q   What your numbers come from is Mr. Moore is
5  trying to remember in 2022 what weed control products he
6  used going back three decades, right?
7      A   Yeah, that was in his statements.
8      Q   Even with the best of intentions and assuming
9  complete good faith, you would acknowledge that -- that
10  the exercise of trying to remember how much of a
11  lawn-care product you used in any given month 20 or 30
12  years ago carries with it some uncertainty, right?
13      A   Yes.
14          MR. HABERMAN:  Objection.
15      Q.  (BY MS. ROSS) Would it change your opinion if
16  Mr. Moore never actually used Roundup?
17          MR. HABERMAN:  Objection.  Improper
18  hypothetical.
19      A   Will I change my opinion if he had never used
20  Roundup?
21      Q.  (BY MS. ROSS) Yes.
22      A   Definitely, because my purpose here was, here
23  is a case, okay.  We have some data.  This person has
24  used the Roundup.  So if Roundup has caused his health
25  outcome or whatever it is, that's the only relationship

Page 119

1  I am going through.  I don't have any interest beyond
2  that or after that.
3      Q   Your information started with, we have some
4  data, this person used Roundup; right?
5      A   Yeah, document one, two, or three, I do not
6  know -- recall which one I saw first.
7      Q   If there was actual evidence that Mr. Moore
8  never used Roundup, you would agree it could not cause
9  non-Hodgkin's lymphoma?
10      A   Then there is no need for this exercise.
11      Q   If someone does not use Roundup, they are not
12  at risk for NHL from glyphosate exposure; right?
13          MR. HABERMAN:  Objection.
14      A   If they have not used the Roundup, they are not
15  at risk from exposure to Roundup?  That's what your
16  question was?
17      Q.  (BY MS. ROSS) That was what my question was.
18      A   Yes.  No.
19      Q   I am correct that someone who never used
20  Roundup is not at risk for NHL from glyphosate exposure,
21  right?
22      A   From glyphosate exposure, correct.
23      Q   Let's talk about Mr. Pleu for a moment.  Okay?
24      A   Yes.
25      Q   That is Exhibit 3.

Page 120

1      A   I forget -- forget to say, yes.
2          You know, an additional statement that I
3  will have is, you know, if someone has to get exposed
4  to Roundup, not necessarily that they should use it,
5  if they have scratched or come in contact with a
6  sprayed surface.  You know, he handled the plants or
7  he walked through the grass barefoot, all right,
8  something like that, you know, that has skin contact,
9  you know, that is an exposure.
10      Q   Thank you for that clarification.
11      A   Yes.
12      Q   So let me ask another clarification question.
13  Okay?
14      A   Yes, please.
15      Q   In order to be at risk for NHL from glyphosate
16  exposure, someone has to get Roundup or glyphosate on
17  their skin in some way; correct?
18      A   Contact.
19      Q   And contact could be spraying it directly,
20  right?
21      A   Yes.
22      Q   Contact could also be walking through a sprayed
23  field or coming in contact with aerial spray, right?
24      A   Yes.
25      Q   One needs some form of skin contact with

Page 121

1  glyphosate to be at increased risk of NHL from Roundup
2  exposure, correct?
3          MR. HABERMAN:  Objection.
4      A   Yes.
5      Q.  (BY MS. ROSS) For Mr. Pleu, I am going to
6  see --
7          (Overlapping speakers.)
8      A   Can I --
9      Q.  (BY MS. ROSS) -- if we can --
10      A   It's not the skin alone.
11      Q   Okay.
12      A   Okay.  So you can inhale --
13      Q   Okay.
14      A   -- vapor or dust or anything in the air.  So
15  inhalation is another route of exposure not just through
16  skin alone.  And then it can be through dietary means.
17  Through water -- contaminated water he's using, you
18  know, not properly using the water.  The containers that
19  he used.  The food is not properly --
20          So contamination can happen anywhere in
21  the use area for anything.  That person is not taking
22  care of adequate precautions not to contaminate his
23  work area, he has exposure.  So --
24      Q   This --
25      A   -- my -- my answer is not -- skin alone is not

31  (Pages 118 to 121)

Ambrose K. Charles, Ph.D.

Page 122

1   the possible exposure here.
2      Q   I want to make sure that we are being clear on
3   what you are giving opinions about --
4      A   Yes.
5      Q   -- and what you are not giving opinions about.
6   Okay?
7      A   Yes, yes, yes.
8      Q   You are not offering an opinion that just
9   dietary exposure to Roundup or glyphosate increases
10  someone's risk of non-Hodgkin's lymphoma?
11     A   No.
12     Q   Am I correct that that's true?
13     A   Correct, correct.
14     Q   In order to be at increased risk of NHL from
15  glyphosate exposure, your opinion is that someone needs
16  to come into contact with glyphosate spray in some way,
17  either inhaled, on a work surface that they have not
18  properly cleaned or skin contact, for example; right?
19     A   Yes.
20     Q   For Mr. Pleu, I am going to ask you some of the
21  same questions that we just talked about with Mr. Moore
22  and, hopefully, we can shut down some questions.
23     A   Okay.
24     Q   Okay?
25     A   Okay, okay.

Page 123

1      Q   You did not see any receipts from Mr. Pleu's
2   purchases of Roundup, true?
3      A   No.
4      Q   You were not there when Mr. Pleu was spraying
5   Roundup, right?
6      A   No.
7      Q   Have you seen any photos or videos taken at the
8   time that Mr. Pleu was spraying Roundup?
9      A   No.
10     Q   Have you seen any records of any kind from
11  before Mr. Pleu filed his lawsuit that bear on the
12  question of whether he used Roundup?
13     A   No.
14     Q   What your numbers come from is Mr. Pleu is
15  trying to remember in 2022 what weed-control products he
16  used going back to 1994, right?
17     A   Yes.
18     Q   If there was actual evidence that Mr. Pleu
19  never used Roundup, you would agree it did not cause his
20  non-Hodgkin's lymphoma, right?
21     A   Yeah, glyphosate may not be responsible if he
22  never has.
23     Q   If Mr. Pleu did not actually get Roundup into
24  his body, Roundup did not cause his non-Hodgkin's
25  lymphoma?

Page 124

1      A   Yes.
2      Q   Have you ever personally used Roundup?
3      A   I have used.
4      Q   Yes, you have?
5      A   Yes.
6      Q   Do you still use Roundup?
7      A   No.
8      Q   When did you first use Roundup?
9      A   Maybe 10, 15 years ago when I was young and
10  lawn -- you know, mowing my own lawnmower, during the
11  time probably, you know, I don't even think that I used
12  the entire can at the time.
13         I bought a can, some container, started
14  using some of the weeds close to the house; and after
15  that, I never used that.  And then I discarded.  When
16  the city came to pick up all of the noxious chemicals,
17  I gave it to them.  And that is maybe 15 or 20 years
18  ago, I never used it.
19     Q   You bought a container of Roundup sometime 10,
20  15, or 20 years ago; is that right?
21     A   Yeah, yeah, I used it two or three times maybe,
22  maximum.
23     Q   And the last time you used Roundup was 10 or
24  15 years ago?
25     A   Yes.

Page 125

1      Q   What is the longest you ever sprayed Roundup?
2      A   I was particularly using for spot spraying for
3   a few weeds that were coming in the corner of the yard.
4   They were not going away.  I bought only for that
5   purpose and the use for it.
6      Q   And --
7      A   That's it.
8      Q   -- why did you stop using Roundup when you
9   stopped using it?
10     A   I had other options of -- for weed control.
11     Q   You didn't stop using Roundup because of any
12  concerns about cancer; you had other options of weed
13  control, right?
14     A   I didn't want to use any chemicals, you know,
15  in any amount.  I'm a toxicologist, you know.  I am --
16  that's why, I am not aware of the dose.
17     Q   So when you say you spot sprayed, what is the
18  longest you ever sprayed Roundup?
19         MR. HABERMAN:  Objection.
20     A   Longest?  That one time.
21         MR. HABERMAN:  Objection.
22     Q.  (BY MS. ROSS)  Correct.
23     A   At one time.
24     Q   At one time.
25         MR. HABERMAN:  This is immaterial.

32  (Pages 122 to 125)

Ambrose K. Charles, Ph.D.

|  | Page 126 |
|---|---|
| 1 | A   Maybe less than a minute. |
| 2 | Q.   (BY MS. ROSS)  Maybe? |
| 3 | A   Less than a minute or so. |
| 4 | Q   Less than a minute? |
| 5 | A   Yeah, that's it.  That's a homeowner using it |
| 6 | for a particular weed -- |
| 7 | Q   Right. |
| 8 | A   -- a couple of sprays. |
| 9 | Q   When you used Roundup as a homeowner, you maybe |
| 10 | sprayed for less than a minute at a time; right? |
| 11 | A   Yeah. |
| 12 | Q   And then you would stand up, walk over to |
| 13 | another weed and spray; correct? |
| 14 | A   Yeah, probably. |
| 15 | Q   The total process for that, did it ever take |
| 16 | you more than 15 minutes? |
| 17 | MR. HABERMAN:  Objection. |
| 18 | A   For me, for me, question to me is not. |
| 19 | Q.   (BY MS. ROSS)  No, you never sprayed Roundup for |
| 20 | more than 15 minutes when you were spot spraying, |
| 21 | correct? |
| 22 | A   Not more than five minutes, I would say. |
| 23 | Q   Five minutes was the longest you ever sprayed |
| 24 | Roundup? |
| 25 | A   Yeah, I was not very fond of anything to be |

|  | Page 128 |
|---|---|
| 1 | Q   Okay. |
| 2 | A   There are chemicals which I'll also use in our |
| 3 | food available in the market that it can -- I will share |
| 4 | the knowledge of how to use it.  What -- so you can buy |
| 5 | that and then put it in a spray bottle.  You can |
| 6 | literally do the same thing. |
| 7 | I bought, you know, the glyphosate |
| 8 | around -- only for that particular root that was not |
| 9 | going away with my treatment.  I used it a couple of |
| 10 | times on that for -- on that. |
| 11 | Q   Are you talking about using vinegar or |
| 12 | something similar? |
| 13 | A   Yes, something like that. |
| 14 | Q   Is there something that you've used besides |
| 15 | vinegar in your yard? |
| 16 | A   No. |
| 17 | Q   When you did spray Roundup, did you use |
| 18 | Concentrate or Ready to Use? |
| 19 | A   Ready to Use. |
| 20 | MR. HABERMAN:  Objection.  Immaterial to |
| 21 | this case. |
| 22 | Q.   (BY MS. ROSS)  What is the most Ready to Use |
| 23 | that you ever went through? |
| 24 | MR. HABERMAN:  The same objection. |
| 25 | A   What does the mostly used -- what was the |

|  | Page 127 |
|---|---|
| 1 | used.  I have other means -- now I am using certain |
| 2 | other things for weed control. |
| 3 | Q   What are the other things you use for weed |
| 4 | control? |
| 5 | A   That's -- |
| 6 | MR. HABERMAN:  Objection.  That's |
| 7 | irrelevant. |
| 8 | A   That's my trade secret. |
| 9 | Q.   (BY MS. ROSS)  You used something -- |
| 10 | A   Not -- not pesticides, not any herbicides. |
| 11 | Q   You -- |
| 12 | A   Home -- home-use products out there that better |
| 13 | describe that. |
| 14 | Q   Okay.  So I think I am clear, but I just want |
| 15 | to be sure.  Okay? |
| 16 | A   Yeah. |
| 17 | Q   When you stopped using Roundup in your yard, |
| 18 | you used a home-use product that you developed yourself; |
| 19 | is that right? |
| 20 | A   When I stopped using Roundup? |
| 21 | Q   Yes. |
| 22 | A   I developed a new product for myself? |
| 23 | Q   Is that what you are saying? |
| 24 | A   I didn't develop -- no, I did not develop a |
| 25 | product. |

|  | Page 129 |
|---|---|
| 1 | question? |
| 2 | MR. HABERMAN:  Dr. Charles' Roundup use is |
| 3 | not material for the opinions in this case. |
| 4 | MS. ROSS:  Counsel, I get to ask whatever |
| 5 | questions I want and you can -- |
| 6 | (Overlapping speakers.) |
| 7 | MR. HABERMAN:  Do you? |
| 8 | MS. ROSS:  -- have an argument about it. |
| 9 | MR. HABERMAN:  They have to have a |
| 10 | reasonable tie to this case. |
| 11 | MS. ROSS:  They absolutely have a tie to |
| 12 | this case. |
| 13 | MR. HABERMAN:  They do not.  They do not. |
| 14 | MS. ROSS:  Usage and his understanding of |
| 15 | how you use Roundup is 100 percent relevant and we will |
| 16 | go to the judge on that if we need to.  Now I am going |
| 17 | to ask my next question. |
| 18 | MR. HABERMAN:  No.  I mean, it is -- it is |
| 19 | immaterial to this case.  If you want to call the judge, |
| 20 | then call the judge. |
| 21 | Q.   (BY MS. ROSS)  Dr. Charles -- |
| 22 | MR. HABERMAN:  I'm -- |
| 23 | (Overlapping speakers.) |
| 24 | Q.   (BY MS. ROSS)  -- when you used Roundup, you |
| 25 | used -- |

33  (Pages 126 to 129)

Ambrose K. Charles, Ph.D.

Page 130

1      MR. HABERMAN: He already --
2      Q. (BY MS. ROSS) -- less than one bottle total in
3  the entire time that you used it, correct?
4      MR. HABERMAN: He's already testified to
5  that.
6      A  I told you I used once or twice for the spray.
7  After that, I never used the container. I don't even
8  remember the container size now.
9      Q. (BY MS. ROSS) What personal protective
10 equipment did you use when you were spraying Roundup?
11     A  Gloves.
12     MR. HABERMAN: The same objection.
13     Q. (BY MS. ROSS) Did you get Roundup on yourself
14 when you were spraying?
15     A  No.
16     Q  Where did you buy Roundup?
17     A  Must be from one of the Home Depots or Lowe's
18 or something like that.
19     Q  Do you remember how much it cost?
20     MR. HABERMAN: The same objection.
21     A  If I had that kind of memory, you would not ask
22 me this question, to repeat it.
23     Q. (BY MS. ROSS) I take it you don't remember how
24 much it cost?
25     A  Yeah, I don't remember how much it cost. There

Page 131

1  are thousands of products there, and I don't know for
2  each of them how much it cost.
3      Q  Was Roundup effective at killing the weeds in
4  your yard that nothing else would kill?
5      MR. HABERMAN: The same objection.
6      A  Yes, that particular weed. I can't name the
7  weed, but that particular grass that was growing. I
8  think it was crab grass or something like that, and I
9  can't remember.
10     Q. (BY MS. ROSS) How did you pay for Roundup, with
11 cash or a credit card?
12     A  I have both. I have cash and both, and I do
13 not know -- I don't recall how I make my payments.
14     Q  Is there any reason you can think of to buy
15 Roundup exclusively with cash?
16     A  Pardon?
17     Q  Is there any reason you can think of to buy
18 Roundup with -- exclusively with cash?
19     A  It depends on -- my philosophy of using credit
20 card or with cash, is if I have enough cash, I will
21 spend cash. If I don't have any cash, a big purchase or
22 something like that, I will use a credit card, you know.
23 Something beyond $20 or 25, I use a credit card.
24 Otherwise, I keep some cash in my wallet, you know.
25 That's how I spend.

Page 132

1      Q  Do you still do yardwork?
2      A  No, long back I quit that and someone else -- a
3  company is doing it for me.
4      Q  Do you use any other pesticides?
5      A  No.
6      Q  You have performed original research on
7  chemicals as a toxicologist, right?
8      A  I have done.
9      Q  You've performed original research on chemicals
10 as a toxicologist, correct?
11     A  Yeah, I told you about the Mirex.
12     Q  Right.
13     A  And also -- see, when I do -- when you say
14 chemicals, you know, foreign chemicals, you know. I
15 mean, anything is a chemical that is -- a
16 neurotransmitter is a chemical, is a -- you know,
17 something that is getting from protein of an amino acid,
18 you know, doing a lot of things in your body, you know,
19 those are things that I also did research on.
20     Q  Right.
21     A  So if you want it as a chemical, everything is
22 a chemical. I am a biochemist.
23     Q  So let me ask a more specific question.
24     A  Yes, right.
25     Q  Before you worked as a regulator, you worked in

Page 133

1  academics --
2      A  Exactly.
3      Q  -- in academia, correct?
4      A  Exactly.
5      Q  In your time in academia in the 1970s and
6  1980s, you performed research on exogenous chemicals;
7  right?
8      A  Yes.
9      Q  In your time in academia in the 1970s and '80s,
10 you performed research on endogenous chemicals as well,
11 meaning things the body produces; correct?
12     A  Yes, ma'am.
13     Q  Since 1984, have you conducted any research on
14 any exogenous or endogenous chemical?
15     A  No.
16     Q  Have you ever performed a comet assay?
17     A  A what?
18     Q  Yes.
19     A  What was that word?
20     Q  Have you ever performed a comet assay?
21     A  What is the assay?
22     Q  It's C-O-M-E-T, comet?
23     A  Comet assay?
24     Q  Yes.
25     A  No.

34  (Pages 130 to 133)

Ambrose K. Charles, Ph.D.

Page 134

1    Q   Are you familiar with what a comet assay is?
2    A   No.
3    Q   Have you ever conducted tests to look for
4  oxidative stress?
5    A   Oxidative stress, no.
6    Q   Have you ever conducted testing to look for
7  binucleated micronuclei?
8    A   Binucleated micronuclei, no.
9    Q   Have you ever conducted -- well, withdrawn.
10       Have you ever tried to distinguish
11  between DNA damage due to cytotoxicity and DNA damage
12  due to genotoxicity?
13   A   I have not done any research, but you can read
14  about it in literature.
15   Q   You have not done any original research on
16  genotoxicity, correct?
17   A   No.
18   Q   I am correct that -- well, let me ask the
19  question again.
20       Have you done any original research on
21  genotoxicity?
22   A   No.
23   Q   You mentioned that you've read some of the
24  literature on genotoxicity, right?
25   A   Yes.

Page 135

1    Q   It's true that if you overwhelm a cell and a
2  cell dies, the cell's DNA may fall apart and that may
3  show up as damage; correct?
4    A   Correct.
5    Q   If you pour too much water on a cell in a petre
6  dish, you can overwhelm the cell --
7    A   Yes.
8    Q   -- right?
9    A   Yes.
10       Can I add something about genotoxicity?
11   Q   Yes.
12   A   I have not done any research on genotoxicity,
13  no, but I have reviewed genotoxicity studies and I have
14  attended many conferences on genotoxicity during my
15  training as a toxicologist.  So familiarity,
16  methodology, all of those things are familiar.
17   Q   You are familiar with the methodology of a
18  number of different in-vitro and in-vivo assays --
19   A   Yes.
20   Q   -- correct?
21   A   Yes, yes.
22   Q   It's true that if you overwhelm a cell and the
23  cell dies, the cell can release radical oxygen species;
24  right?
25   A   Yes, yes.

Page 136

1    Q   In that circumstance, oxidative stress is a
2  consequence of cell death and not the cause of cell
3  death, correct?
4    A   Yes.
5    Q   If you wanted to design an experiment to
6  distinguish between DNA damage due to cytotoxicity and
7  DNA damage due to genotoxicity, do you know how you
8  would do that?
9    A   You may have to use chemicals to cause
10  oxidative stress, or agents, not chemicals, anything
11  that can cause oxidative stress to see if there is a
12  secondary effect on the DNA.
13   Q   There are ways to design experiments that
14  distinguish between oxidative stress due to cytotoxicity
15  and oxidative stress in a viable cell, correct?
16   A   You may be aware of them.  I am not -- I don't
17  know anything about that, the methodology and the tests.
18  I can read them and familiarize myself.
19   Q   Sitting here today as an expert in the case,
20  you have not investigated whether there are ways to
21  design experiments that distinguish between oxidative
22  stress due to cytotoxicity and oxidative due to
23  genotoxicity; right?
24   A   I am a toxicologist.  I am reading the data for
25  this case.

Page 137

1    Q   And how do you -- I -- I am trying to be clear
2  on whether, sitting here today, you've formed an opinion
3  on that issue?
4    A   No.
5    Q   I think you told me earlier you had not
6  performed any toxicological tests on glyphosate or
7  Roundup; is that right?
8    A   That's right.
9    Q   Have you ever researched Roundup or glyphosate
10  in any way?
11   A   Research means, you know, lab work that I did?
12   Q   Let me reask -- ask a better question.  Okay?
13   A   Okay.
14   Q   Outside of this case, have you ever researched
15  Roundup or glyphosate in any way?
16   A   No.
17   Q   Have you ever published anything about Roundup
18  or glyphosate?
19   A   No.
20   Q   Have you ever presented on Roundup or
21  glyphosate?
22   A   No.
23   Q   You personally have never performed any bench
24  or lab testing regarding glyphosate, true?
25   A   True.

35  (Pages 134 to 137)

Ambrose K. Charles, Ph.D.

Page 138

1    Q   You have never performed any tests of how
2  Roundup affects cells in a petre dish, right?
3    A   No.
4    Q   Have you ever performed any test of how Roundup
5  affects animals?
6    A   No.
7    Q   Have you ever tested whether humans exposed to
8  Roundup have measurable adverse or toxicological
9  effects?
10   A   No.
11   Q   Has anyone prevented you from doing those
12 experiments?
13   A   Life is so lost.  There are -- there are about
14 1200 products -- more than 1200 products registered
15 in -- in the state of Texas for pesticide products,
16 comes from 650 active ingredients plus by pesticides,
17 okay.
18       And if you expect me as a toxicologist
19 in the regulatory seat doing -- in doing experiments
20 on one of the active ingredients and doing everything
21 that you've just mentioned and I said, no, my answer
22 is, no.  No one can do -- no one really do in the
23 world.
24   Q   We are going to switch topics.
25       MR. HABERMAN:  Why don't we take a break?

Page 139

1        MS. ROSS:  That sounds great.  Let's go
2  off the record.
3        THE VIDEOGRAPHER:  Going off the record.
4  The time is 11:59.
5        (Recess from 11:59 p.m. to 12:09 p.m.)
6        THE VIDEOGRAPHER:  Back on the record.
7  This marks beginning of Media Number 2.  Time is 12:09.
8    Q.  (BY MS. ROSS) Dr. Charles, you have your report
9  for Stacey Moore in front of you, right?
10   A   Yes.
11   Q   And you are on page 8; is that right?
12   A   Yes.
13   Q   Since you are offering opinions about what
14 caused individual plaintiffs to develop non-Hodgkin's
15 lymphoma, I want to talk to you about some of the risk
16 factors for non-Hodgkin's lymphoma.  Okay?
17   A   Yes.
18   Q   If I refer to non-Hodgkin's lymphoma as "NHL,"
19 is that okay?
20   A   Yes.
21   Q   On page 8 of your report, you talk about
22 Potential Confounding or Causative Factors.
23       Do you see that?
24   A   Yes.
25   Q   Table 3 gives Potential Confounding and

Page 140

1  Causative Factors for non-Hodgkin's lymphoma, right?
2        MR. HABERMAN:  Objection.
3    A   Yes.
4    Q   (BY MS. ROSS) The family history -- or family
5  medical history is the first causative factor you list.
6        Do you see that?
7    A   Yes.
8    Q   Family history of -- you say in your report for
9  Mr. Moore, No apparent family history of cancer or
10 lymphoma?
11   A   Yes.
12   Q   Right?
13   A   Yes.
14   Q   Family history of cancer or lymphoma is a
15 confounder or a causative factor for non-Hodgkin's
16 lymphoma, right?
17   A   Yes.
18   Q   I don't want to go through every one of these
19 that you list out here --
20   A   Yeah.
21   Q   -- now.
22   A   Yeah.
23   Q   Are all of the factors that you list on
24 pages 8, 9, and 10 of your report potential confounders
25 and causative factors for non-Hodgkin's lymphoma?

Page 141

1    A   Yes.  Yes.
2    Q   You understand that non-Hodgkin's lymphoma is a
3  cancer of white blood cells called lymphocytes, right?
4    A   Yes.
5    Q   Lymphocytes are cells of the immune system,
6  correct?
7    A   Yes.
8    Q   How does age increase the risk of non-Hodgkin's
9  lymphoma?
10   A   Age?
11   Q   Yes.
12   A   Your immunity.  Immunity goes down.
13   Q   I think I understood your answer, but I want to
14 be clear.  Okay?
15       Yes?
16   A   Yes.
17   Q   Age is a risk factor for non-Hodgkin's
18 lymphoma, right?
19   A   Yes.
20   Q   As folks get older, do their immune systems get
21 stronger or weaker?
22   A   Weaker.
23   Q   As folks get older, do they also have more
24 opportunities for mutations or mistakes in DNA to occur
25 simply because their cells have divided more times?

Ambrose K. Charles, Ph.D.

| Page 142 | Page 144 |
|---|---|

**Page 142**

```
 1        A   Not necessarily.  It depends on other factors,
 2   you know.  Many of the habits or any other endogenous
 3   chemicals they take or you, know, in their previous,
 4   post-genetic factors.
 5            And it is very complex.  You can't just
 6   pinpoint as we get -- age, you know, it is not only
 7   the immune weakness or lowering of the immune system.
 8   Okay?  Probably these are some of the other main
 9   reasoning of, you know, people like me at this age can
10   get more infections than a young person like you.
11        Q   Significant exposure to benzene is a factor
12   that you list on page 10 of your report --
13        A   Yes.
14        Q   -- right?
15        A   Yes.
16        Q   How does benzene exposure cause lymphoma
17   non-Hodgkin's?
18        A   It is another -- solvents, you know, that can
19   cause the -- the mechanism of benzene causing -- I am
20   not really sure.  I have not looked at that.  But it is
21   listed in some literature as some, another compounding
22   factor.
23        Q   Benzene is associated with non-Hodgkin's
24   lymphoma, right?
25        A   Yes, associated.  That's what I saw.
```

**Page 143**

```
 1        Q   You have not looked in detail at the literature
 2   on benzine and --
 3        A   No.
 4        Q   -- non-Hodgkin's lymphoma?
 5        A   No.  Benzene is carcinogenic, you know.
 6        Q   Benzene is carcinogenic in general, correct?
 7        A   In -- in humans.
 8        Q   How much benzine must a person be exposed to in
 9   order to increase their --
10        A   I don't have --
11        Q   -- risk of non-Hodgkin's lymphoma?
12        A   I don't have the threshold of it, no.
13        Q   And sometimes we do speak over each other, so
14   let's make an effort not to.  Is that all right,
15   Dr. Charles?
16        A   (No response.)
17        Q   What are some common sources of benzene
18   exposure?
19        A   Mostly gasoline.
20        Q   Is benzene found in cigarette smoke?
21        A   Yes, in very small amounts.
22        Q   Does smoking increase the risk of non-Hodgkin's
23   lymphoma?
24            MR. HABERMAN:  Objection.
25        A   Could or could not be.  It depends on how much
```

**Page 144**

```
 1   smoking that person has, and if, medically, they find,
 2   you know, a clinician, a doctor who has some indication
 3   of smoking related to some lesions that they found in --
 4   they should be able to say about it.  But --
 5        Q   (BY MS. ROSS) Let me --
 6        A   But there can be one of the factors, you know,
 7   toxicologically.
 8        Q   I will break that down.  Okay?
 9        A   Yes.
10        Q   Smoking can be a factor toxicologically that
11   contributes to non-Hodgkin's lymphoma, right?
12        A   Yes.
13        Q   Whether smoking contributed in a particular
14   case depends on how much smoking a person did, correct?
15        A   Correct.
16        Q   Is there a dose-response relationship between
17   smoking and non-Hodgkin's lymphoma?
18        A   It's not -- it's not clear about it.
19        Q   Does someone with a greater pack year's history
20   have an increased risk compared to someone with fewer
21   pack years of cigarette smoking?
22            MR. HABERMAN:  Objection.
23        A   It's not that clear.
24        Q   Cigarette smoke, as we said, contains benzine;
25   right?
```

**Page 145**

```
 1        A   Minute amounts.
 2        Q   What is it about smoking that increase's
 3   someone's risk of non-Hodgkin's lymphoma?  Is it benzine
 4   or is it something else?
 5            MR. HABERMAN:  Objection.
 6        A   I really do not know what -- what particular
 7   ingredients in the smoke that really cause lymphoma,
 8   but...
 9        Q   (BY MS. ROSS) Does -- sorry, go ahead.
10        A   Yeah.  But the smoke and smoke ingredients or
11   whatever toxicants that cigarette smoke has is going to
12   the lungs.  Okay.  That's where the smoke goes.  That is
13   where the blood is receiving oxygen.
14            An exchange of chemicals goes through
15   the lungs where all of the white blood cells are
16   there.  Sometimes the smoke goes there.  White blood
17   cells are going to go there in large numbers because
18   they detect there is some body that is foreign to the
19   body.  So lymphocytes may be one of the cells, you
20   know, that is first in the defense.
21        Q   I am going to break that down for folks who
22   don't have a science --
23        A   Yeah.
24        Q   -- background.  Okay?
25        A   What should I do?  Should I do simple answers
```

Ambrose K. Charles, Ph.D.

1  or say -- or can I speak like this?
2      Q   No, this is fine.
3      A   Right.
4      Q   I will break down things if we need to.
5      A   Okay.
6      Q   Okay?
7      A   All right.  All right.
8      Q   So the lungs are the part of the body where we
9  get oxygen, right?
10     A   Yes.
11     Q   Blood comes into the lungs to get oxygenated
12 and then goes out to the rest of the body, right?
13     A   Yes.
14     Q   In that blood, there are both red blood cells
15 and white?
16     A   To the heart.
17     Q   Right.
18     A   And rest of the body.
19     Q   Blood is pumped from the heart to the lungs,
20 comes back into the heart and then goes out to the rest
21 of the body, correct?
22     A   Yes.
23     Q   When blood goes to the lungs, there are both
24 red blood cells and white blood cells, right?
25     A   Yes.

1      Q   You can have white blood cells in the lungs for
2  other reasons too, for example, to fight foreign
3  invaders or to deal with some problem that the body is
4  experiencing; fair?
5      A   Yeah.
6      Q   Tobacco smoke comes into the lungs, and that's
7  where the exchange happens, correct?
8      A   Yes.
9      Q   Whatever carcinogens are in tobacco smoke go
10 from the outside world into the small capillaries in the
11 alveoli, right?
12         MR. HABERMAN:  Objection.
13     A   Yes.
14     Q.  (BY MS. ROSS) And that's where they would
15 encounter white blood cells, for example; correct?
16     A   You know more of the physiology than me.
17     Q   Does smoking increase the risk of all types of
18 non-Hodgkin's lymphoma?
19     A   I am not sure the data -- about the data.
20     Q   Do you agree with the general proposition that
21 different types of cancer have different causes?
22     A   Different types of cancers have different
23 causes?
24     Q   Yes.
25     A   Yes.

1      Q   Even if it is established that a particular
2  exposure can cause one type of cancer, you cannot
3  conclude that that exposure causes every type of cancer;
4  correct?
5      A   That's correct.
6      Q   You would need to demonstrate that a particular
7  exposure increases the risk of a particular cancer in
8  humans in order to say they are linked, right?
9      A   Yeah, you could use a chemical or an agent
10 related to cancer.
11     Q   Do pesticides cause non-Hodgkin's lymphoma?
12     A   Some of the pesticides are indicated, you know,
13 in some studies, you know.  Deltamethrin, for example,
14 it's another pesticide.
15         THE REPORTER:  Sorry?
16         THE WITNESS:  Deltamethrin.
17     A   Deltamethrin, you know, and there are some
18 other -- DDT was another chemical that is suggested to
19 have causing NHL -- in causing NHL, and it's not using
20 anymore.
21         Bracopectolin (phonetic), that is a
22 chemical that is usually found as a contaminant in
23 water treatment plants, you know.  There are
24 several -- several chemicals that are identified or
25 related or suggested, you know, to have a relationship

1  with NHL.
2      Q.  (BY MS. ROSS) Lindane is associated with
3  non-Hodgkin's lymphoma --
4          (Overlapping speakers.)
5      A   Lindane is one of those.
6      Q.  (BY MS. ROSS) -- is that correct?
7      A   Yes, yes.
8      Q   And that's L-I-N-D-A-N-E?
9      A   Correct.
10     Q   I will repeat my question so we are clear.
11 Okay?
12     A   Yes.
13     Q   Lindane is associated with non-Hodgkin's
14 lymphoma, correct?
15     A   Correct.
16     Q   DDT was associated with non-Hodgkin's lymphoma,
17 true?
18     A   Correct.  But when you say, "associated," it's
19 data suggests.  Okay?  If you are saying associating,
20 that's not one concrete.  It leads to the real cause of
21 causing cancer, NHL, there are many factors that can
22 play into -- our whole body physicality can play into
23 that.  Other disease conditions can play into that.  So
24 simply saying that DDT is associated with NHL is not a
25 full statement in my mind.  I am sorry.

38  (Pages 146 to 149)

Ambrose K. Charles, Ph.D.

## Page 150

1  Q   DDT is not the only thing that increases the
2  risk of non-Hodgkin's lymphoma, right?
3  A   Exactly.
4  Q   DDT does increase the risk of non-Hodgkin's
5  lymphoma?
6  A   Yes.
7  Q   Permethrin increases the risk of non-Hodgkin's
8  lymphoma, right?
9  A   Correct.
10  Q   Does malathion increase the risk of
11  non-Hodgkin's lymphoma?
12  A   I have seen that.
13  Q   Does 24D increase the risk of non-Hodgkin's
14  lymphoma?
15  A   I am not really sure about that, 24D.  I am
16  not -- the comment was -- maybe was missed.
17  Q   Does dioxane increase the risk of non-Hodgkin's
18  lymphoma?
19  A   I have not seen dioxane anywhere.
20  Q   Do you know for any of the pesticides that we
21  just talked about that do increase the risk of
22  non-Hodgkin's lymphoma, how mechanistically they
23  increase the risk?
24  A   Mechanism is not really non- -- like I told you
25  about the DDT and any chlorinated compound, any

## Page 151

1  chlorinated compounds in this list.  Lindane is another
2  chlorinated compound.
3  Q   Let -- I am going to break that down just so we
4  are clear.  Okay?
5  New question.
6  Lindane is one example of a chlorinated
7  compound --
8  A   Yes.
9  Q   -- correct.
10  A   Yes.
11  Q   And chlorinated compounds increase the risk of
12  non-Hodgkin's lymphoma, right?
13  A   That is a general assumption that you are
14  leading.  I am talking about two different chemicals,
15  however, similar properties; like chlorine is part of
16  the molecule.  So what you are asking me, is all
17  chlorinated chemicals can be cancer?  No, it is not.
18  Q   It depends on the particular chemical, right?
19  A   Particular chemical, yes.
20  Q   We need to look at a particular chemical to
21  understand whether that chemical increases the risk of
22  lymphoma, right?
23  A   Yes.
24  Q   How many types of non-Hodgkin's lymphoma are
25  there?

## Page 152

1  A   Non-Hodgkin's lymphoma, I have seen in the
2  literature about four or five types.
3  Q   Are you aware that there are over 70 distinct
4  subtypes of non-Hodgkin's lymphoma?
5  A   Yes, I have read that also, about 60 to 70
6  different types of subtypes.
7  I have not seen anywhere a list of all
8  of the 60 or 70 to -- if you can lead me to that
9  reference, I will be grateful.  I want to look at
10  that.  I didn't find it.
11  Q   CLL and DLBCL are two of the most common
12  subtypes of non-Hodgkin's lymphoma, correct?
13  A   CLL and DLBCL, yes.
14  Q   Can you please name the other subtypes of
15  non-Hodgkin's lymphoma?
16  A   I think one, is follicular lymphoma; and
17  another is unspecified, they call it, because they could
18  not identify the membrane proteins of -- when you say
19  subtypes, you know, 70 subtypes -- or -- my
20  understanding, you know, is that when they do
21  histochemical analysis pathologically in the pathology
22  lab, they have antibodies that look for different type
23  of antigens from the cell surface.  They use the
24  histochemical staining to identify different cell types.
25  From that cell types, all right, there

## Page 153

1  is this number of different, you know, like 70, 60
2  types and all  They are very important only for the
3  treatment of -- for therapy particularly --
4  THE VIDEOGRAPHER:  Don't mess with the
5  microphone
6  Don't mess with the microphone, please
7  It disrupts the audio
8  THE WITNESS:  Oh, I should not touch
9  the -- sorry, when I am talking sometimes
10  Sorry about that
11  A   Histochemically they identify different type of
12  cell types and clusters -- cluster distribution, so to
13  say, in the field of what they are looking at
14  So what I was trying to say is what -- I
15  forgot  I went to 60 different types  The different
16  types of NHL
17  CLL, DCBCL [sic], follicular NHL
18  unspecific and specific, or some kind of
19  classification like that
20  Q   (BY MS ROSS) The three specific types of
21  non-Hodgkin's lymphoma, you can name are DLBCL, CLL, and
22  follicular lymphoma; correct?
23  A   And then there is another category --
24  unspecified is a category  They could not specify which
25  it is

Ambrose K. Charles, Ph.D.

1    Q    When you say, "unspecified is a category,"
2  you're saying in some of the epidemiologic studies that
3  you reviewed --
4    A    No.
5    Q    -- there was a category of unspecified, or are
6  you saying that you understand it to be the case, that
7  there is a whole category of non-Hodgkin's lymphoma
8  called unspecified?
9    A    Okay.  This is the World Health Organization's
10  classification.
11    Q    Right.
12    A    Unspecified is they could not put them into
13  those three categories --
14    Q    If --
15    A    -- of follicular or SLL, CLL -- CLL is also
16  sometimes mixed with SLL, small lymphocytic.  So they
17  are coming together, SLL and CLL come together sometimes
18  in classification.
19        And unspecified is a category that
20  they've found is -- is pathologically --
21  pathologically diagnosed as NHL but not
22  characteristic -- don't have the characteristics of
23  follicular or CLL or DLBCL.
24    Q    Do you --
25    A    That's what my understanding is.

1    Q    Do you know if the World Health Organization
2  has names for about 65 additional types of non-Hodgkin's
3  lymphoma?
4    A    I have not seen that.  And if you have that
5  reference, then I will be grateful.  60 different
6  subtypes are individually named?
7    Q    Yes.
8    A    Oh.
9    Q    You have not seen that information?
10    A    I have not seen that information.
11    Q    Is Roundup exposure associated with every one
12  of the NHL subtypes?
13    A    Roundup is associated with every --
14    Q    Is Roundup exposure associated with every one
15  of the non-Hodgkin's lymphoma subtypes?
16        MR. HABERMAN:  Objection.
17    A    As I have just said, you know, Roundup is one
18  of the chemicals along with other chemicals in the
19  literature.
20    Q.    (BY MS. ROSS) How are the different subtypes
21  of -- well, withdrawn.
22        Because I think you answered this, so
23  let me see if I can summarize it for our court
24  reporter.  Okay?
25    A    Yes.

1    Q    Different subtypes of non-Hodgkin's lymphoma
2  are diagnosed based on the different markers on the
3  surface of the cell, correct?
4    A    Correct.
5    Q    Different subtypes of non-Hodgkin's lymphoma
6  are treated differently, correct?
7    A    Correct.  That's my understanding, you know,
8  with the science.
9    Q    Some subtypes of NHL require treatment,
10  correct?
11    A    Immediate.
12    Q    Other subtypes of non-Hodgkin's lymphoma can go
13  many years without any treatment whatsoever, correct?
14    A    Under medical care.  They have to constantly be
15  regularly screening their patient.
16    Q    Did both of the plaintiffs in this case receive
17  treatment for non-Hodgkin's lymphoma?
18    A    I think so.  I mean, Pleu did not get -- I
19  think he is under watchful -- clinical watching, I
20  think.  The other one received a treatment.
21    Q    Stacey Moore has been treated for his DLBCL,
22  right?
23    A    Yes, yes.  Drug treatment, yes.
24    Q    William Pleu has never been treated for
25  lymphoma, correct?

1        MR. HABERMAN:  Objection.
2    A    Yes, he has been diagnosed and it is not fast,
3  growing-fast or fast-moving type of an actual -- that
4  particular categorical CLL SL -- SLL/CLL is slow
5  growing, so they wait and see where it goes.
6    Q.    (BY MS. ROSS) NHL, including all of its
7  subtypes, is among the most common types of cancer in
8  the United States, correct?
9        MR. HABERMAN:  Objection.
10    A    SLL and --
11    Q.    (BY MS. ROSS) Non-Hodgkin's lymphoma --
12    A    Oh.
13    Q    -- including all of its subtypes is among the
14  most common cancer in the United States, correct?
15        MR. HABERMAN:  Objection.
16    A    I am not aware of the common.  But most of
17  them, a type -- there are groups like in age, you know.
18  It's not very prevalent among young people.  I have not
19  read that literature, but also you mentioned are the age
20  group.
21    Q.    (BY MS. ROSS) As an expert providing opinions
22  on the cause of non-Hodgkin's lymphoma, did you do
23  anything to investigate how common non-Hodgkin's
24  lymphoma is?
25    A    I think I have it written down.  MD Anderson

Ambrose K. Charles, Ph.D.

<table>
<tr><td colspan="2">

Page 158

1  and the American Cancer Society, there is a statement
2  like that.  There is another most -- my own explanation
3  is because of the lifestyle probably.
4      Q  Exhibit 13 to your deposition has been marked.
5        (Exhibit 13 virtually marked.)
6      Q.  (BY MS. ROSS) And this is the SEER website from
7  2022.
8        You see that?
9      A  National Cancer Institute?
10     Q  Yes.
11     A  Yes.
12     Q  So Exhibit 13 is NHL statistics from the
13  National Cancer Institute, correct?
14     A  Yes.
15     Q  Specifically, do you see at the top where it
16  says, "Surveillance, Epidemiology, and End Results
17  Program"?
18     A  Yes.
19     Q  SEER is the Surveillance Epidemiology and End
20  Results Program, correct?
21     A  Yes.
22     Q  That is part of the U.S. National Cancer
23  Institute, correct?
24     A  Correct.
25     Q  The National Cancer Institute is part of the

</td><td colspan="2">

Page 160

1     Q  Approximately 2.1 percent of men and women will
2  be diagnosed with NHL at some point in their lifetime
3  based on 2017 to 2019 data, correct?
4     A  Correct.
5     Q  That would be about two people out of every
6  100, right?
7     A  2.1 people.
8     Q  Approximately one out of every 50 people will
9  be diagnosed with non-Hodgkin's lymphoma in their
10  lifetime, right?
11       MR. HABERMAN:  Objection.
12     A  One out of -- one out of every 50 people?  Say
13  that sentence again, the ratio.  I am trying to
14  understand.
15     Q.  (BY MS. ROSS) Approximately one out of every 50
16  people in the United States will be diagnosed with NHL
17  in their lifetime, right?
18     A  Two people out of 100.
19     Q  That is the same --
20     A  That's what you said.
21     Q  -- as 1 out of 50, right?
22     A  Yes.
23     Q  I think I can do that math, but if we get more
24  complicated, I might need a calculator.
25       MR. HABERMAN:  Don't sell yourself short.

</td></tr>
<tr><td colspan="2">

Page 159

1  NIH, right?
2     A  Correct.
3     Q  SEER collects statistics on various cancers in
4  the United States, right?
5     A  Yes.
6     Q  In 2022 it is estimated that 80,470 people will
7  be diagnosed with non-Hodgkin's lymphoma, correct?
8     A  80,000 estimated new cases in 2022.
9     Q  Right?
10     A  Their projection.
11     Q  The National Institute of Health estimates that
12  approximately 80,000 people will be diagnosed with
13  non-Hodgkin's lymphoma in the United States in 2022,
14  correct?
15     A  Yes, that's what the report says.
16     Q  That is, as you said, an estimation or
17  projection.  It's not --
18     A  It's a projection.
19     Q  It's not numbers that we have as of today since
20  2022 is not over, fair?
21     A  Fair.
22     Q  Okay.  On page 2 of this document, do you see
23  where it states, "Lifetime Risk of Developing Cancer"
24  near the top of the page?
25     A  Yes.

</td><td colspan="2">

Page 161

1     Q.  (BY MS. ROSS) On page 3, if you will turn to 3
2  at the very bottom, you see there is a section on, "How
3  Common is This Cancer?"
4     A  Page 3?
5     Q  Yes.
6     A  Okay.
7     Q  Do you see where I am?
8       The very bottom of the page, it
9  states --
10     A  Okay.
11     Q  -- "How Common is this Cancer?"
12       Do you see that?
13     A  Yes.
14     Q  The National Cancer Institute states that,
15  "compared to other cancers, NHL is fairly common,"
16  right?
17       MR. HABERMAN:  Objection.
18     A  Common types of cancer and where are you
19  reading that sentence?
20     Q.  (BY MS. ROSS) The bottom of page 3.
21     A  Bottom --
22     Q  Your previous page.
23     A  Oh.
24       Compared to other cancers non-Hodgkin's
25  lymphoma is fairly -- fairly common.

</td></tr>
</table>

41 (Pages 158 to 161)

Ambrose K. Charles, Ph.D.

Page 162

1    Q   Right.
2    A   Not most common.
3    Q   What NIH states is, compared to other cancers
4 non-Hodgkin's lymphoma is fairly common; correct?
5    A   Yes, yes.
6    Q   The next page gives a list of common cancer
7 types. I think that's where you are; is that right?
8    A   Yes.
9    Q   Non-Hodgkin's lymphoma is the seventh most
10 common cancer in the United States, correct?
11    A   Yes.
12    Q   On page 7, if you will turn with me, there is a
13 section entitled, "Changes Over Time."
14        Are you there?
15    A   Page 5?
16    Q   Page 6.
17    A   Page 6?
18        Yes.
19    Q   According to the National Cancer Institute
20 using statistical models for analysis, age-adjusted
21 rates for new non-Hodgkin's lymphoma cases have been
22 falling on average 1 percent each year over 2010 to
23 2019, correct?
24    A   Correct.
25    Q   There is a figure on the following page, if you

Page 163

1 will turn there with me.
2    A   Uh-huh. Okay.
3    Q   The figure on page 7 of Exhibit 13 --
4    A   Yes.
5    Q   -- gives the number of new cases, or the rate
6 per 100,000 people.
7        Do you see that?
8    A   Yes.
9    Q   The rates for non-Hodgkin's lymphoma increased
10 from 1975 until about 1995, right?
11    A   Yes.
12    Q   New NHL cases remained flat from 1995 until
13 about 2010, correct?
14        MR. HABERMAN:  Objection.
15    A   Yes.
16    Q.  (BY MS. ROSS) New NHL cases began to decline in
17 2010 slightly, right?
18        MR. HABERMAN:  Objection.
19    A   In that graph -- in the top graph?
20    Q.  (BY MS. ROSS) Yes.
21    A   It's not declining. It's almost steady.
22    Q   So in your view, new cases of NHL stayed steady
23 from about 2010 to 2019?
24    A   From 1995, it is almost steady.
25    Q   You would say that new cases of non-Hodgkin's

Page 164

1 lymphoma remained almost steady from '95 to 2019?
2    A   Yes. The thread is declining.
3    Q   And the -- you pointed out -- we are looking at
4 the figure of new cases which is at the top of this,
5 correct?
6    A   Yes, that green --
7    Q   Yes.
8    A   -- graph, yes.
9    Q   There is also a death rate given that is the
10 dark green, right?
11    A   Yes.
12    Q   The death rate for non-Hodgkin's lymphoma has
13 declined over time, correct?
14    A   Yes.
15    Q   The five-year survival has increased over
16 time -- that's the bottom figure -- right?
17    A   Yeah. That corresponds with the other thread.
18    Q   Glyphosate use, as we discussed earlier,
19 increased dramatically at the same time non-Hodgkin's
20 lymphoma rates were plateauing; right?
21        MR. HABERMAN:  Objection.
22    A   You mean -- you are talking about the green
23 graph?
24    Q.  (BY MS. ROSS) I am talking now about -- before
25 we talked about your time at the Texas Department of

Page 165

1 Agriculture and the use of glyphosate increasing between
2 the mid-1990s --
3    A   Okay.
4    Q   -- and the present day, right?
5    A   You are coming back to my work?
6    Q   I am.
7    A   Oh, okay.
8        You -- suddenly you switched from here,
9 and I am trying to catch up.
10    Q   I will repeat my question.
11    A   Okay.
12    Q   Glyphosate use in the United States increased
13 dramatically at the same time that NHL rates were
14 plateauing, correct?
15    A   That could be. I don't have the data.
16    Q   Do you have any opinion as to why, at the same
17 time that glyphosate use in the U.S. increased
18 dramatically, NHL rates were plateauing?
19        MR. HABERMAN:  Objection.
20    A   I have no data. I don't know if it just
21 increased. I don't have the use data with me.
22    Q.  (BY MS. ROSS) You have no opinion on whether or
23 why glyphosate rates may have increased at the same time
24 NHL rates were plateauing, correct?
25        MR. HABERMAN:  Objection.

42  (Pages 162 to 165)

Ambrose K. Charles, Ph.D.

Page 166

1    A   I have no data.  The -- you are talking
2    about -- either ask me about this graph for NHL and --
3    or data, what you have on the graph.
4    Q.  (BY MS. ROSS)  Yeah.
5    A   And then immediately you are going back to the
6    glyphosate use which is not part of this graph.
7    Q   Right.
8        So I am trying to determine whether you
9    have an expert opinion on this or whether this is an
10   area that you would defer to someone else?
11   A   I have to look in the data and then come up
12   with an opinion.  I cannot just, offhand, come up with
13   an opinion.  But I do not know anything about that, 99
14   divided by one is how the lymphocyte use is or
15   increased.  That's what you said.  This is only your
16   words, not mine.
17   Q   And sitting here today, this is my opportunity
18   to ask you about the questions --
19   A   Yeah.
20   Q   -- you have never -- sorry, withdrawn.
21       Sitting here today, this is my
22   opportunity to ask you about the opinions you intend
23   to offer at trial in this case.  You understand that?
24   A   Okay.
25   Q   Sitting here today as an expert in this case,

Page 167

1    you do not have an opinion on any relationship between
2    glyphosate use and non-Hodgkin's lymphoma rates in the
3    United States, correct?
4    A   I -- I have only data right in front of me, the
5    glyph- -- not glyphosate -- the new cases that you gave
6    me in the exhibit, new cases of NHL, from 1995 to 2019.
7    Q   And you don't have any data on glyphosate use
8    during that time period?
9    A   I do not -- I told you I do not have any data
10   on glyphosate use to make these two relationships.
11   Q   Since you do not have any data on glyphosate
12   use, I take it you are not offering an expert opinion in
13   this case about that relationship, if any, between
14   glyphosate use and non-Hodgkin's lymphoma rates; right?
15   A   Regarding this graph, I am not making any
16   relationship relating to this graph versus the
17   glyphosate use.
18   Q   Are you making any relationship at all, whether
19   it's this graph or otherwise, about the relationship
20   between glyphosate use and NHL rates in the United
21   States?
22   A   I was only looking at this case in this
23   individual, whether he was exposed probably due to
24   glyphosate exposure causing his NHL.
25   Q   The answer to my question is, no, you aren't

Page 168

1    making any relationship at all, between the relationship
2    of glyphosate use and non-Hodgkin's lymphoma rates in
3    the U.S., right?
4        MR. HABERMAN:  Objection.  Asked and
5    answered.
6    A   I am not here to make a national study
7    statement or a statement over years of glyphosate use
8    versus the use of NHL prevalence in the country and in
9    putting this label right now.
10   Q.  (BY MS. ROSS) Patients are diagnose -- well,
11   you said, "right now," so I want to just be very clear.
12   A   Okay.
13   Q   Because your opinions that you intend to offer
14   at trial, you have already formed those, right?
15       This is my opportunity to ask you about
16   them.  So, presumably, you aren't going to come to
17   trial and talk about something we didn't have an
18   opportunity to talk about today, correct?
19   A   No, not at all, you know.
20   Q   Okay.  Patients are diagnosed with
21   non-Hodgkin's lymphoma every day who have never had any
22   exposure to Roundup, correct?
23   A   Probably, yes.  I do not know.
24   Q   Patients were diagnosed with non-Hodgkin's
25   lymphoma long before Roundup or glyphosate first came on

Page 169

1    the market in the mid-1970s, correct?
2    A   Yes.
3    Q   In fact, millions of people had non-Hodgkin's
4    lymphoma prior to Roundup coming on the market, right?
5        MR. HABERMAN:  Objection.
6    A   Yeah, but if you look at the graph that you
7    provided me, it is on the increase from 1975 to 1995 and
8    then staying that level almost until 2019.
9    Q.  (BY MS. ROSS) Is it necessary for a person to
10   be exposed to Roundup or glyphosate to develop NHL?
11   A   Not necessarily Roundup.  We talked about the
12   different confounding fac- -- factors that can
13   contribute.  And glyphosate should be one of them.
14   Q   Would you agree that there are many people who
15   have been exposed to and systemically absorbed some
16   amount of Roundup or glyphosate who do not develop
17   non-Hodgkin's lymphoma?
18   A   It's possible.
19   Q   I am marking as Exhibit 14 to your deposition a
20   study by Andreotti and colleagues published in 2018.
21       (Exhibit 14 virtually marked.)
22   Q.  (BY MS. ROSS) You are familiar with this study,
23   correct?
24   A   Andreotti, yes.
25   Q   This is a study that you reviewed in forming

43  (Pages 166 to 169)

Ambrose K. Charles, Ph.D.

Page 170

1   your opinions in this case, right?
2       A   Yes.
3       Q   It is listed in your reference materials,
4   correct?
5       A   Yes.
6       Q   You relied on Andreotti 2018 as one of the
7   papers you looked at for NHL and glyphosate use,
8   correct?
9       A   Yes.
10      Q   Do you see under the Results section of the
11  Abstract, where it states, among five, 54,251 -- so
12  54,251 applicators, 44,932 used glyphosate?
13      A   Yes.
14      Q   This study included 44,932 people who used
15  glyphosate, correct?
16      A   Yes.
17      Q   If you will turn with me to page 511 of the
18  paper?
19      A   Yes.
20      Q   There is -- so under the Results -- tell me
21  when you are there.
22      A   Yeah, I am on page 511.
23      Q   The second paragraph under the Results begins
24  "Risk ratios."
25          Do you see that?

Page 171

1       A   Yes.
2       Q   There is a sentence a little further down that
3   says the rate ratio in the top exposure quartile, and
4   then gives the rate ratio for NHL?
5       A   Can --
6       Q   Do you see where I am?
7       A   Can you give me the word that it starts with,
8   the line.
9       Q   The line starts, "With NHL or any NHL
10  subtypes." It's about one, two, three --
11      A   "With NHL," yes, I saw that.
12      Q   Okay.  And then there is a sentence that tells
13  you how many glyphosate-exposed NHL cases there were in
14  Andreotti 2018, correct?
15      A   Yes.
16      Q   How many glyphosate-exposed NHL cases were
17  there in Andreotti?
18      A   440.
19      Q   In this study of 44,932 professional pesticide
20  applicators who were exposed to glyphosate, 440 of them
21  were diagnosed with NHL; right?
22      A   Yes.
23      Q   440 out of nearly 45,000 is a little less than
24  1 percent, correct?
25      A   Yeah.

Page 172

1       Q   You agree that the vast majority of people who
2   have been exposed to Roundup on a day-in, day-out basis
3   for much of their professional lives never develop
4   non-Hodgkin's lymphoma?
5           MR. HABERMAN:  Objection.
6       A   That -- that statistic doesn't help the one
7   that is affected, you know.  I mean, that one person
8   is -- is affected.  In a larger number of people, you
9   take that 44,000 people and then take that one person,
10  how many people are there, that one person, just that
11  one person.  They are all affected, right?
12      Q.  (BY MS. ROSS) Is it true that the vast majority
13  of people who have been exposed to Roundup for much of
14  their professional lives never develop NHL?
15          MR. HABERMAN:  Objection.
16      A   Yes, this data suggests that.
17      Q.  (BY MS. ROSS) There are also people who have
18  been exposed to glyphosate who would have developed NHL
19  even if they never had been exposed, correct?
20          MR. HABERMAN:  Objection.
21      A   Where is that sentence?
22      Q.  (BY MS. ROSS) You would expect some people to
23  develop NHL with glyphosate exposure consistent with the
24  back --
25          (Overlapping speakers.)

Page 173

1       A   Are you --
2       Q.  (BY MS. ROSS) -- ground rate?
3       A   Are you reading from this --
4       Q   No, I am asking from your general --
5       A   Oh.
6       Q   You told me earlier you have expertise in
7   epidemiology; is that right?
8       A   Expertise?
9       Q   Yes.
10      A   I've never had expertise in epidemiology.  I
11  was never trained as an epidemiologist.  I am a basic
12  toxicologist of fundamental science -- basic science.
13      Q   You've never had research experience or other
14  expertise in epidemiology, right?
15      A   I have read a lot of papers in epidemiology for
16  my assessments and I have lectures in my training on
17  epidemiology.  Like anyone else, I can understand --
18  reading scientific papers and understand what they mean.
19      Q   Do you have expertise in epidemiology?
20      A   Expertise -- I do not have any degrees in
21  epidemiology.
22          Do I understand when I read an
23  epidemiology paper?  The answer is, yes.
24      Q   You understand there is background rate of
25  diseases in a population, right?

Ambrose K. Charles, Ph.D.

## Page 174

1      A   Yes.
2      Q   For NHL, there is a background rate of people
3   who will be diagnosed with NHL regardless of what they
4   are exposed to; correct?
5      A   Yeah.  Probably, yes.
6      Q   You would expect that some people would develop
7   NHL regardless of glyphosate exposure consistent with
8   the background rate of NHL in the general population,
9   right?
10      A   Yes.
11         MR. HABERMAN:  Objection.
12      A   Yes.
13      Q.  (BY MS. ROSS) In your reading on Roundup and
14   non-Hodgkin's lymphoma, did you run across anything that
15   you would consider unique about the presentation of
16   patients with glyphosate exposure who develop
17   non-Hodgkin's lymphoma?
18      A   Presentation of the people?
19      Q   Yes.
20      A   Please explain that to me.
21      Q   Did you come across, in your preparation of
22   your opinions in this case, any clinical sign, any tests
23   that can be done in a laboratory, any pathological
24   marker, or any examination finding that can distinguish
25   an NHL patient who used Roundup from one who did not?

## Page 175

1      A   From -- from examining the patient, examples --
2   or testing the patient or examining the patient, or
3   where are you directing the question, please?
4      Q   Yes, so I can break that down into different
5   pieces if --
6      A   Yes.
7      Q   -- if that will be helpful.
8      A   Yes, that will be helpful.
9      Q   Sure.
10      A   Because part of it is a clinical question you
11   are asking.  I am not a diagnostic person.
12      Q   In your work preparing your opinions on whether
13   Roundup causes NHL, did you come across any tests that
14   can be done in a laboratory that can distinguish NHL in
15   a patient who used Roundup from one who did not?
16      A   One of the indicators probably I can say is --
17   I am guessing -- is blood counts, you know.  If there
18   are lymphocytosis, a large number of lymphocytes in the
19   big picture, that is something that needs to be
20   investigated further to find out if this person has any
21   lymphatic disorder, something like that.
22      Q   When you say you are guessing, you are not --
23   tell me what you mean by that.
24      A   Because of my lab and clinical experience,
25   evaluating data and being a lab director for many years,

## Page 176

1   in the clinical lab in the hospital, I am telling you,
2   since you asked me, is there any lab work or lab data
3   that can be indicative of NHL --
4      Q   My question is a little different so --
5      A   Oh, okay.
6      Q   -- let me be clear.
7      A   That's what I understood.  Yeah.
8         You said any --
9         (Overlapping speakers.)
10      Q.  (BY MS. ROSS) In your --
11      A   Oh, okay.  Go ahead.
12      Q   Okay.  Let me ask the question.
13      A   Yeah.
14      Q   A person with NHL may have elevated white blood
15   cell counts, right?
16      A   Yes.
17      Q   Do you know if elevated white blood cell counts
18   are necessary for a diagnosis of NHL?
19      A   Not necessarily.
20      Q   Do you know if most types of NHL are associated
21   with a high white blood cell count?
22      A   Yes.
23      Q   In your view, most types of NHL should have a
24   white blood cell count?
25      A   If there are normal blood cell counts, okay --

## Page 177

1   I didn't say that, you know, all have high WBC count.  I
2   am saying some of them will show high counts.  Then you
3   go and look at the differential counts.
4         Differential counts are various types of
5   white blood cells.  And then you look at the ratio
6   that -- you look at the lymphocytes.  And if that
7   number is very -- higher than expected, then you go
8   further, exploring the clinical aspect of that.
9   That's what I was trying to say.
10      Q   Do patients with DLBCL have high white blood
11   cell counts?
12      A   Some of them have; some of them don't have.
13      Q   Do patients with follicular lymphoma have high
14   white blood cell counts?
15      A   Some of them might have; some of them might not
16   have.
17      Q   For a patient who was exposed to Roundup as
18   compared to one who wasn't, can you point me toward any
19   laboratory finding that would, just looking at that lab,
20   tell you whether the patient was exposed to Roundup or
21   not?
22      A   No.
23      Q   Can you point me toward any pathologic marker
24   that would tell you whether someone was exposed to
25   Roundup or not?

Ambrose K. Charles, Ph.D.

| Page 178 |
|---|

1    A   I have not come across.
2    Q   Can you point me toward any clinical sign or
3  examination finding that would tell you whether someone
4  was exposed to Roundup or not?
5    A   No.  That is true for many, many chemicals and
6  only -- only a few chemicals -- maybe ten to twenty
7  chemicals may have some biomarkers that you can identify
8  in the lab.  Most of the exposures go unidentified.
9    Q   In your work to prepare your opinions in this
10  case, did you come across any symptom, any feature, any
11  clinical course that could distinguish a patient who
12  used Roundup from one who didn't?
13    MR. HABERMAN:  Objection.
14    A   From the medical history -- the medical
15  reports, that's what you are asking me?
16  Q.  (BY MS. ROSS)  Yes.  Apart from what they say.
17    A   Patient goes to the doctor and say what they
18  have.  That is what -- their statement.  Please don't
19  let the doctor start treating them, okay, without
20  sending them to the lab for further investigations.
21    So what they say is taken into
22  consideration.
23    Q   Did you see any statements in the medical --
24  you mentioned medical records in your answer --
25    A   Yes, yes.

| Page 179 |
|---|

1    Q   -- just now.
2    Did you see any statements in any
3  medical record for Stacey Moore --
4    A   Okay.
5    Q   -- concluding that Roundup caused his
6  non-Hodgkin's lymphoma?
7    A   No.
8    Q   Did you see any statement in any medical record
9  for William Pleu concluding that Roundup caused his
10  lymphocytosis?
11    A   No, I haven't seen any diagnosis related to
12  that.
13    Q   Are you familiar with monoclonal B-cell
14  lymphocytosis?
15    A   I have read on that.
16    Q   Are you an expert on that?
17    A   I have not -- I have not -- you know, I have
18  not done research for many years.  I have not done any
19  particular hematological research other than all the lab
20  techniques and pictures, and evaluating, reading,
21  understanding.  Common -- a general toxicologist what I
22  need to know, I know.
23    Q   So you are not offering any expert opinion in
24  this case about whether or not any plaintiff had
25  monoclonal B-cell lymphocytosis?

| Page 180 |
|---|

1    A   No, I am not -- monoclonal, you know, cell, it
2  is having the same original cell multiplying into
3  different cells.  That's what it means.  I don't have
4  any research experience or other opinions or anything
5  about that.
6    Q   Are you offering an expert opinion in this case
7  about whether any plaintiff had monoclonal B-cell --
8    A   No.
9    Q   -- lymphocytosis?
10    A   No.
11    Q   Dr. Charles, are you an expert in non-Hodgkin's
12  lymphoma?
13    A   No.
14    Q   If you will go back with me to your report on
15  Mr. Moore.
16    A   Okay.
17    Q   Tell me when you are there.
18    A   Page --
19    Q   I am getting there with you.
20    Let's -- so page 13 of your report, you
21  talk about Mr. Moore's Roundup usage, right?
22    A   Oh, yes.
23    Q   And, actually, let's go back to page 3 for a
24  moment.  If you will --
25    A   Page.

| Page 181 |
|---|

1    Q   -- you will turn there with me, please.
2    A   Page 3?
3    Q   Yes.
4    A   Yes.
5    Q   Mr. Moore used Roundup at Coleman Landscaping
6  from 1992 to 1995, correct?
7    A   That's what I found in the record.
8    Q   Mr. Moore went through a gallon of Roundup
9  Concentrate a day personally at Coleman Landscaping,
10  right?
11    A   Where are you reading now, please?
12    Q   I think you say that on --
13    A   Page 13.
14    Q   Page 14, maybe.
15    A   He used -- when -- where is --
16    Q   I will repeat my question.
17    A   Yeah.
18    Q   So table 4 gives your calculations of use
19  pattern and duration of exposure for Stacey Moore?
20    A   Yes.
21    Q   Mr. Moore used Roundup at Coleman Landscaping
22  from '92 to '95, correct?
23    A   Yes.
24    Q   Mr. Moore went through a gallon of Roundup
25  Concentrate a day personally at Coleman Landscaping,

Ambrose K. Charles, Ph.D.

Page 182

1  correct?
2      A   That's what the records show.
3      Q   That was Roundup Concentrate, right?
4      A   That was Roundup Concentrate.
5      Q   In your estimation, Mr. Moore mixed a cup of
6  Roundup Concentrate with a gallon of water; is that
7  right?
8      A   That's what the description was, and I took all
9  of this information from his -- either from the
10  deposition or his records that he stated under oath, so
11  I should take at his...
12      Q   Page 13 of your report states, Based on the
13  above calculations and from Moore's statements, it could
14  be seen that he was -- if he has been using one cup of
15  Concentrate diluted to one gallon of water.
16          Do you see where I am?
17      A   Yes.
18      Q   Okay. For the purposes of your calculations,
19  you took Mr. Moore's reported use at face value, right?
20      A   Yes.
21      Q   You estimated that Mr. Moore had used one cup
22  of Concentrate diluted to one gallon of water, right?
23      A   That was a statement.
24      Q   You state that Mr. Moore went through a gallon
25  of Concentrate a day every single day he used Roundup.

Page 183

1  And if you will turn with me to page -- page 14. I
2  think this is the best place for that.
3      A   Uh-huh, yes.
4      Q   Okay. Tell me when you are there.
5      A   Yes, approximately one gallon per day.
6      Q   Okay. New question.
7          In preparing your opinions in this case,
8  you state that Mr. Moore went through one gallon of
9  Roundup Concentrate per day every single day he used
10  Roundup from 1992 to 1997, correct?
11      A   Yes.
12      Q   Mr. Moore went through two gallons of Roundup
13  Concentrate per day every single day he used Roundup
14  from 1998 to 2001, correct?
15      A   That's what the report said.
16      Q   Mr. Moore went through a gallon of Roundup
17  Concentrate per day every single day he used Roundup
18  from 2013 to 2017, right?
19      A   Yes, that's what the records show.
20      Q   In your estimation, again, Mr. Moore mixed a
21  cup of Concentrate with about a gallon of water, right?
22      A   That's back to page 13, right, yeah.
23      Q   If he ever read the Roundup label, Mr. Moore
24  would know not to do that; correct?
25          MR. HABERMAN:  Objection.

Page 184

1      A   I don't know.
2      Q   (BY MS. ROSS) On page 12 of your report, I
3  think you state that -- if you will go there with me for
4  a moment.
5      A   Yeah.
6      Q   Okay. The last sentence right before section
7  10, are you there?
8      A   Yes.
9      Q   You state, Mr. Moore simply followed the
10  instructions from his supervisors or owners, fully
11  unaware of the label directions for handling, dilutions,
12  or personal safety; right?
13      A   That's what the records show.
14      Q   Stacey Moore never read the Roundup label,
15  right?
16          MR. HABERMAN:  Objection.
17      A   I don't know.
18      Q   (BY MS. ROSS) Based on his testimony and what
19  you reviewed in -- in preparing your expert opinions --
20      A   That's what I saw. I recall that. I do not
21  know whether he's read -- or he received instructions
22  from his supervisors to do that, and we don't -- I
23  really do not know that he had read it or not when he
24  prepared it daily. And most of time he said, you know,
25  his supervisors told him to do -- or they used to do

Page 185

1  that, the practice was like that, or something like
2  that.
3      Q   I think we were talking over each other so I
4  want to just finish my question. Okay?
5      A   All right. You didn't finish it, I don't
6  think?
7      Q   No.
8      A   Okay.
9      Q   Stacey Moore, based on the material that you
10  saw in his deposition and that you were provided with,
11  never read the Roundup label; true?
12      A   Yes.
13      Q   Or if he read it, he ignored it; is that fair?
14      A   If he read it, I don't know.
15      Q   Okay. If Stacey Moore had read the Roundup
16  label, would he have known not to mix a cup of
17  Concentrate with a gallon of water?
18          MR. HABERMAN:  Objection.
19      A   Whatever the label says. I don't -- I don't --
20  the label -- whatever the label says about the dilution
21  will be the thing that he needs to follow.
22      Q   (BY MS. ROSS) Did you look at the labeling for
23  Roundup PRO Concentrate to --
24      A   I saw the Concentrate, but they did not give
25  any -- how much to values and all. That was not -- that

47 (Pages 182 to 185)

Ambrose K. Charles, Ph.D.

Page 186

```
 1   was a standard EPA level.  The product label that goes
 2   with the box, it will have the dilution information.
 3       Q   You did not review any Roundup label that has
 4   information on how you should dilute Concentrate when
 5   you are using it?
 6       A   I am not saying, because I did not have a
 7   product label that is sold in the market.
 8       Q   You don't have any product label that Stacey
 9   Moore would have actually had on the Roundup
10   Concentrate --
11       A   No.
12       Q   -- that he was using?
13           If you will turn back with me to where
14   we just were on page 14.
15       A   Yes.
16       Q   Dr. Charles, there are 16 cups in a gallon; is
17   that right?
18           MR. HABERMAN:  Objection.
19           MS. ROSS:  What is the basis of your
20   objection, Counsel?
21           MR. HABERMAN:  I don't know if your
22   calculations are right.
23       Q.  (BY MS. ROSS) Okay.  Dr. Charles, I am going to
24   ask you a different question.  Okay?
25       A   If you give me a calculator, probably I can.
```

Page 187

```
 1       Q   Do you know as a toxicologist, sitting here
 2   today, how many cups there are in a gallon?
 3       A   50 milliliter -- 1,000 gallons is -- I can
 4   calculate and then tell you, you know...
 5       Q   Okay.  So you converted a cup to milliliters,
 6   right?
 7       A   Yeah.
 8       Q   And then you --
 9       A   I --
10       Q   -- converted a gallon to liters; is that right?
11       A   That's right.
12       Q   Okay.
13       A   A U.S. gallon -- gallon in the U.S. is simply a
14   gallon.  Gallon is not usually a British measure.  U.S.
15   gallon is 3.785 liters.  A British gallon is 5 liters.
16   That's why I specifically say U.S. gallon when we are
17   talking here.
18       Q   I am going to do these calculation --
19       A   Yeah, please.
20       Q   -- so we are on the sage page.  Okay?
21           3.785 liters is 3,785 milliliters,
22   right?
23       A   Yes, 3.785 liters.
24       Q   And you state a cup is 237 milliliters, right?
25       A   That's right.  We have to divide that number.
```

Page 188

```
 1       Q   So if we divide 3,785 divided by --
 2       A   237.
 3       Q   -- 237?
 4           THE REPORTER:  I am sorry, divided by
 5   what?
 6           MS. ROSS:  237?
 7           THE REPORTER:  Thank you.
 8       Q.  (BY MS. ROSS) My numbers so far are right;
 9   correct, Dr. Charles?
10       A   Yes.
11       Q   The number that that gives you is .0042?
12       A   Cups.
13       Q   So do you know whether it's actually correct
14   that there are .004 --
15       A   No, that's not correct.
16       Q   -- cups in a gallon?
17       A   We want to divide 3,000 -- oh, you're -- you're
18   dividing it by -- 3.785 has to be -- it should be
19   3,785 milliliters --
20       Q   Okay.
21       A   -- divided by 237.
22       Q   So --
23       A   So both should be the same unit, you know.
24       Q   There we go, so 3,785 divided by 237 --
25       A   237.
```

Page 189

```
 1       Q   -- is what?
 2       A   It is 15 -- 16 gal- -- 16 cups.
 3       Q   There are 16 cups in a U.S. gallon --
 4       A   Exactly.
 5       Q   -- correct?
 6       A   Yes.  It's not .004.
 7           Where did you get that number from?
 8       Q   I used the numbers in your report and a
 9   calculator?
10       A   What is that?
11           No, you -- you divided by -- you divided
12   liters by amount.  That's why you got that number.
13       Q   Oh, the first time we did it?
14       A   Yeah.
15       Q   Yeah, I am sure that that's not right.
16       A   Yeah, it should be milliliters by milliliters.
17   That's why you can work both into the same units before
18   you divide.
19       Q   So when we do this correctly, you figure out
20   that there are 16 cups in a gallon, right?
21       A   Yes, correct.
22       Q   If Mr. Moore went through a gallon of
23   Concentrate a day and mixed a cup into a gallon each
24   time, he would have mixed Roundup in water 16 times
25   throughout the course of the day, right?
```

48 (Pages 186 to 189)

Ambrose K. Charles, Ph.D.

Page 190

1   A   It could be.
2   Q   What else could it be?
3        MR. HABERMAN:  Objection.
4   A   What?
5   Q.  (BY MS. ROSS) You -- you said it could be, so I
6   just want to be clear.  Is there something else that
7   you --
8   A   You --
9        (Overlapping speakers.)
10  Q.  (BY MS. ROSS) -- think he would have done?
11  A   Your question was -- started with "if."
12  Q   So --
13  A   So I answered, it could be.  I do not know if
14  he really thought he did not do --
15  Q   You don't know if Mr. Moore actually went
16  through a gallon of Concentrate every day, right?
17  A   That's what his statement said.
18  Q   For the purposes of your calculations, you
19  assumed that Mr. Moore went through a gallon of
20  Concentrate every day.
21  A   I did not assume anything, ma'am.  I took that
22  information that he used a gallon per day so that I can
23  do my calculation based on that information.  I made
24  some -- made mistakes, but that was my -- fact that I
25  followed.  I didn't assume anything.

Page 191

1   Q   You took it as a fact that Mr. Moore --
2   A   Yes.
3   Q   -- used a gallon of Concentrate a day?
4   A   Yes, he told me that he did.
5   Q   When Mr. Moore went through a gallon of
6   Concentrate a day and mixed a cup into a gallon each
7   time, he would have mixed Roundup in water 16 times
8   throughout the course of the day, right?
9   A   Yes.
10  Q   What type of apparatus did Mr. Moore use to
11  spray Roundup?
12  A   He used a -- if I recall the reading, maybe he
13  had two gallon's sprayer or something like that, a
14  sprayer --
15  Q   Did you --
16  A   -- back sprayer.
17  Q   Mr. Moore, based on your description, I think
18  in your report, used a back -- a backpack sprayer;
19  right?
20  A   Yes, yes.
21  Q   His backpack sprayer held 3 gallons of water, I
22  think you said; is that right?
23  A   I think it was 2 -- back -- back sprayer was
24  2 or 3 gallons.  I do not -- 2 gallons -- no.
25  Q   In table 4, in your "Use Pattern and Duration

Page 192

1   of Exposure," you say he filled a 3-gallon backpack
2   sprayer.
3        Do you see that?
4   A   Table 4?
5   Q   Yes.
6   A   Yes, filled in a 3-gallon backpack sprayer,
7   yes, yes.
8   Q   Mr. Moore used a backpack sprayer at Coleman
9   Landscaping that held 3 gallons?
10  A   Yes.
11  Q   Why wouldn't Stacey Moore just fill up the
12  whole backpack sprayer?
13       MR. HABERMAN:  Objection.
14  A   I do not know.
15  Q.  (BY MS. ROSS) Do you know one way or the other
16  whether Mr. Moore mixed a cup of Concentrate into
17  one gallon of water or three gallons of water when he
18  was at Coleman Landscaping?
19  A   I have no answer.
20  Q   You are not offering an opinion --
21  A   No.
22  Q   -- on that?
23  A   No, all that I know is he used one gallon --
24  you know, one cup per one gallon dilution, is part of
25  my...

Page 193

1   Q   If Mr. Moore mixed a cup of Roundup into three
2   gallons instead of one gallon of water, that would cut
3   the concentration he sprayed by 3, right?
4   A   Yes.
5   Q   Then what he sprayed would have been about
6   1 percent glyphosate, right?
7   A   Yes.
8   Q   You don't know whether that's the case,
9   correct?
10  A   I do not know.
11  Q   Later Stacey Moore used a two-gallon backpack
12  sprayer, I think you say in this -- for example, this
13  table in his home -- or his private landscaping company
14  from '93 to -- withdrawn.
15  A   '98 to '01 --
16  Q   Yes.
17  A   -- self-employed.
18  Q   I will ask a new question.  Okay?
19  A   Yes.
20  Q   Stacey Moore later on used a two-gallon
21  backpack sprayer, right?
22  A   Yes.
23  Q   You say that he mixed a cup of Concentrate into
24  two gallons at that point, correct?
25  A   Did I say that he mixed one cup with two

49 (Pages 190 to 193)

Ambrose K. Charles, Ph.D.

Page 194

1  gallons?
2      Q  You did.  In table 4, under 1998 in 2001?
3      A  One cup of Concentrated to two gallons, yes.
4      Q  Let me ask it so that we've got a clear record.
5      A  Yes.
6      Q  Dr. Charles, when Mr. Moore was working in his
7  own landscaping business, how much Concentrate did he
8  mix with how much water?
9      A  His statement was that he used one cup per
10  gallon, that was --
11      Q  And in your table, you say that he used one cup
12  of Concentrate to two gallons of water, right?
13      A  Yeah, those are all coming from his different
14  statements during that time in the deposition.  The
15  deposition is going on, and he used different answers,
16  so I just transcribed that information to exactly what
17  period, what was done.  That's all.
18      Q  Table 4 gives your transcription of the exact
19  information that Stacey Moore gave as to his --
20      A  That's right.
21      Q  -- use of Roundup during various times, right?
22      A  Yes, yes.
23      Q  When you did your calculations, you did not
24  calculate what percentage glyphosate Stacey Moore had
25  when he was mixing one cup of Concentrate into two

Page 195

1  gallons of water, right?
2      A  I did not do every situation and dilutions.  I
3  did not do.  I only looked at if he took a
4  Concentrate -- one cup of Concentrate Roundup and he
5  valued it according to what he said.
6      Q  He said different things at different times in
7  his deposition, true?
8      A  Probably, yes.
9      Q  When Mr. Moore mixed one cup of Concentrate
10  into two gallons of water, that would half the
11  concentration you calculated in your report, correct?
12      A  Yes.
13      Q  In your report, you state Mr. Moore used
14  Roundup 22 days per month, 12 months a year.  That's
15  your report on page 15.
16      A  Yes.
17      Q  Let's see.  12 times 22 is what?
18      A  Which column are you -- are you reading that?
19      Q  So right now I am just calculating 12 times 22,
20  and then we will add in the 16 years.
21      A  Where are -- where does that 22 come from, please?
22      Q  When you say, "The steps of calculation are
23  given below for reference," on page 15.
24      A  Yes, in that one.
25      Q  And you -- you used 22 days per month times

Page 196

1  12 months, right?
2      A  22 days, yes, yes.
3      Q  12 times 22 is 264, correct?
4      A  Yes.
5      Q  Based on your calculations, Stacey Moore used
6  at least 264 gallons of Roundup Concentrate per year;
7  right?
8      A  Please point out the line to me so that I am
9  following with you because you move from one page
10  (indiscernible) and --
11      Q  Yes.  And you didn't give this number, which is
12  why we are talking about it right now.
13      A  Oh, okay.
14      Q  So I want to be clear --
15          (Overlapping speakers.)
16      A  Okay.  Okay.
17      Q.  (BY MS. ROSS) -- based on your calculations
18  this would be the number.  Okay?
19      A  Yeah, probably is.
20      Q  Yeah.
21          So let me ask my question again.
22          You -- you say 22 days per month, 12
23  months a year for Stacey Moore's Roundup use, right?
24      A  I was calculating based on -- because he was
25  working, right, a working person.  So I was thinking

Page 197

1  about the workdays and taking the number of workdays and
2  the amount and approximating.  Okay?  I did not have any
3  clear records or a number or anything like that.
4          So you are estimating, you know, how
5  much -- how many days he must have worked and how many
6  hours he worked and those kind of things.
7      Q  And your estimation was that he worked 22 days
8  per week [sic] twelve months a year?
9      A  22 days a week?
10      Q  Sorry, let me reask that question.
11      A  Yeah.
12      Q  Your estimation was that he worked 22 days per
13  month, 12 months a year, correct?
14      A  12 months in a year, yes.
15      Q  12 times 22 is what?
16      A  264.
17      Q  Based on your estimations, Stacey Moore used at
18  least 264 gallons of Roundup Concentrate per year,
19  correct?
20      A  Where are you pointing at now?
21      Q  When you say that he used a gallon of
22  Concentrate per day, if he used Roundup 264 days
23  per year, that would be one gallon per day times 264?
24      A  Yes.
25      Q  Okay.  Our math is correct, right?

Ambrose K. Charles, Ph.D.

Page 198

1    A   Yes.
2    Q   Did you do any calculation of how much it would
3  cost to purchase 264 gallons of Roundup Concentrate per
4  year?
5    A   I did not.
6    Q   Do you know how much a gallon of Roundup
7  Concentrate costs?
8    A   I do not know at this point.
9    Q   Do you have any idea how much a gallon of
10  Roundup Concentrate cost in 1992?
11    A   No, I don't.
12    Q   Do you know how much a gallon cost at any point
13  thereafter?
14    A   I don't.
15    Q   Do you know how much ground one gallon of
16  Roundup Concentrate would cover?
17    A   It depends on the application rate.
18    Q   Do you --
19    A   Usually --
20    Q   Oh, sorry.  Go ahead.
21    A   Excuse me.
22        Usually, there is how many gallons of
23  that dilution per square feet, 100,000, or 500 per
24  acre or whatever.  So the label will say that.
25    Q   Right.

Page 199

1        So let's assume that Mr. Moore was
2  applying Roundup as you calculated in your report.
3  Okay?
4    A   (No response.)
5    Q   He's got 16 gallons of 3 percent Roundup to
6  apply over the course of a day after he's diluted a cup
7  into a gallon.
8        Do you know how much ground that amount
9  of Roundup would cover?
10    A   A lot of area.
11    Q   Do you have any opinion on whether a single
12  human being could reasonably cover that much ground in a
13  day of spraying?
14    A   I have no idea.
15    Q   Stacey Moore also said he used Roundup at
16  various other employers after Coleman, right?
17    A   Yes.
18    Q   Stacey Moore used Roundup at Hawthorne
19  Apartments from 1996 to 1997 based on your chart; is
20  that right?
21    A   Yeah, that's -- they're all information coming
22  from the documents given to me.
23    Q   From 1998 to 2001, Stacey Moore was employed --
24  self-employed in landscaping, correct?
25    A   Yes.

Page 200

1    Q   From 2013 to 2017, Stacey Moore used Roundup at
2  The Reserve at Research Park; right?
3    A   Yes.
4    Q   Your calculations are based on those years that
5  were given, right?
6    A   Yes.
7    Q   None of Mr. Moore's employers had any sort of
8  safety postings displayed, right?
9    A   Yeah, that's what I read.
10    Q   None gave warnings or instructions about
11  Roundup other than how to mix it, correct?
12    A   Obviously, he did not get any ins- --
13  instructions from his supervisors, you know, how to
14  dilute it, or from the label; I do not know, I have not
15  seen that information.
16    Q   Stacey Moore used no personal protective
17  equipment, no gloves.  He wore tennis shoes, a tank top,
18  and a pair of shorts when applying Roundup; correct?
19    A   Yes, that's what I read.
20    Q   Is that consistent with your experience of
21  employers who send their employees to spray pesticides
22  as a former State regulator?
23    A   No.
24    Q   As someone who once had statewide regulatory
25  responsibility for pesticide safety, did it give you any

Page 201

1  pause when Mr. Moore reported that none of his employers
2  provided any guidance whatsoever on the safe use of
3  pesticides?
4    A   No, that's -- that's an occupational
5  requirement that -- under OSHA if it is a registered
6  company.  If there are a number of employees there, you
7  know, they have to be given -- it is according to the
8  requirement.
9    Q   If any of those employers had anything to say
10  about their practices when it came to employees spraying
11  pesticides, would you want to see that?
12    A   Say it again.
13    Q   If any of those employers actually had anything
14  to say about how their employees sprayed pesticides,
15  would you want to see that information?
16    A   Yes.
17    Q   Did you, in fact, consider any information from
18  any of Mr. Moore's former employers in forming your
19  opinion that Mr. Moore sprayed Roundup in the way he
20  described?
21    A   If it is there, I will review it.  If it is not
22  there, I don't have that information.
23    Q   Sitting here today, you don't have that
24  information?
25    A   No.

Ambrose K. Charles, Ph.D.

Page 202

1    Q   Did you do anything at all to investigate
2  Mr. Moore's claimed usage of Roundup at Coleman
3  Landscaping?
4    A   Did he -- say it again.
5    Q   Did you do anything to investigate Mr. Moore's
6  claimed usage of Roundup at Coleman Landscaping?
7    A   No, I already stated that I never have any
8  investigative toxicology.
9    Q   The same would be true if I asked you about
10  Hawthorne Apartments, right?
11    A   Yes.
12    Q   The same would be true for The Reserve,
13  correct?
14    A   Yes.
15    Q   The same would be true of anywhere that
16  Mr. Moore claims to have sprayed Roundup, right?
17    A   Yes.
18    Q   In your view, Mr. Moore did not mix Roundup
19  correctly, right?
20    A   Probably, yes.
21    Q   Did Mr. Moore --
22         MR. HABERMAN:  Objection.
23    Q.  (BY MS. ROSS) -- spill Roundup?
24    A   Pardon?
25    Q   Did he spill Roundup?

Page 203

1    A   I do not know.  I saw the records somewhere
2  that sometimes it gets on his hands, or, you know, when
3  he mixes, you know, those kind of things.
4    Q   Did Stacey Moore say what he did after he
5  spilled Roundup?
6    A   It must be there somewhere, I can't recall.  He
7  must have taken a shower at home when he was ready.
8    Q   I think you say on page 15 of your report --
9    A   Yes.
10    Q   Okay.
11    A   He says, you know, RU Spray often got on his
12  skin.  He says he felt wet and sticky, and on his body
13  and clothes for many hours of the day, making normal
14  inhalation, perhaps, follicular.
15         You know, this person is contaminated
16  with his skin in his arms, clothes, you know.  He can
17  touch anywhere and get contaminated and exposed.
18    Q   I have a few more questions on this topic and
19  then we will switch and take a break; is that okay,
20  doctor?
21    A   Yes, yes.
22    Q   Do you know one way or the other whether --
23  well, actually, you state in your report -- withdrawn.
24         New question.
25         You state in your report that, if mixed

Page 204

1  according to the labeling instructions, Roundup should
2  be approximately 1 percent glyphosate; right?
3    A   Yes.
4    Q   In Mr. Moore's case, you say that about
5  3 percent of the Roundup he sprayed was likely
6  glyphosate, right?
7    A   Yes.
8    Q   As we've just talked about, that may be an
9  overestimation for some of the time, for example, when
10  he says he mixed a cup of Roundup with two gallons of
11  water in his home landscaping business, right?
12    A   Yes.
13    Q   Regardless, at all times, over 95 percent of
14  the Roundup Stacey Moore sprayed on the weeds was water;
15  correct?
16    A   Yes.
17    Q   Mr. Moore was spraying 3 percent Roundup while
18  working for landscaping companies, right?
19    A   Yes.
20    Q   Those companies are trying to turn a profit,
21  correct?
22    A   Yes.
23    Q   3 percent instead of 1 percent means that
24  Stacey Moore used three times as much Roundup as they
25  needed to kill the plants, right?

Page 205

1         MR. HABERMAN:  Objection.
2    A   I do not know the facts of that.
3    Q.  (BY MS. ROSS) Why would Mr. Coleman instruct
4  his employee to use three times as much Roundup as he
5  actually needed to kill the weeds?
6         MR. HABERMAN:  Objection.  He --
7    A   I do not know.
8         MR. HABERMAN:  -- doesn't have any
9  knowledge of that.  That has -- that's speculate --
10  calls for speculation.  It's improper.
11    A   I have no information on that.
12    Q.  (BY MS. ROSS) Did it occur to you to
13  investigate that in any way?
14    A   No.
15         MS. ROSS:  Let's take a break here.
16         THE VIDEOGRAPHER:  Going off the record.
17  The time is 1:21.
18         (Lunch recess from 1:21 p.m. to 2:10 p.m.)
19         THE VIDEOGRAPHER:  Back on the record.
20  The time is 2:10.
21    Q.  (BY MS. ROSS) Hi, Dr. Charles.
22    A   Hello.
23    Q   You understand you're still under oath?
24    A   Yes, yes.
25    Q   If you'll turn to Exhibit 7 with me, please.

52  (Pages 202 to 205)

Ambrose K. Charles, Ph.D.

Page 206

```
 1              This is your time log --
 2     A   Oh, okay.
 3     Q   -- and hours for Stacey Moore.
 4     A   Oh, okay.
 5     Q   Are you there?
 6     A   Yes.
 7         MS. ROSS:  Can we go off the record for
 8  one second?
 9         THE VIDEOGRAPHER:  Going off the record.
10  The time is 2:11.
11         (Recess from 2:11 p.m. to 2:12 p.m.)
12         THE VIDEOGRAPHER:  Back on the record.
13  The time is 2:12.
14     Q.  (BY THE VIDEOGRAPHER) Dr. Charles, we were
15  looking at Exhibit 7 to your deposition, which is your
16  time log for Stacey Moore.
17         Do you see that?
18     A   Yes.
19     Q   Is Exhibit 7 an accurate representation of the
20  time that you spent on Stacey Moore's case through
21  May 15th of 2022?
22     A   Yes.
23     Q   You were retained in this case on April 5th of
24  2022; is that right?
25     A   I don't think I was retained on that day.  That
```

Page 207

```
 1  was the first -- you mean April 5th, right?
 2     Q   Yes.
 3     A   No.  That was a -- an e-mail con-- contact
 4  that the counsel has made.
 5     Q   When were you first retained in this case?
 6     A   I think I was retained somewhere around 4/9th
 7  or 4/10th, around that time, because --
 8     Q   You were retained around April 9th or 10th of
 9  2022; is that right?
10     A   Somewhere around that, because soon after, I
11  got the verbal agreement over the phone, you know, you
12  are retained.  I did not receive any fee or anything
13  like that.  I started re- -- receiving these documents.
14  So that's the time I started paying attention to it, but
15  not papers agreement.  Nothing was signed at the time as
16  for retention.
17     Q   You, it appears, sent a contract on April 9th,
18  2022; is that right?
19     A   I think probably that is the date I sent the
20  contract, yes.
21     Q   Do you have a signed contract with the
22  Schlesinger law firm in this case?
23     A   I don't have a copy of that.
24         Counsel has that same contract.
25         MR. HABERMAN:  I think we produced it to
```

Page 208

```
 1  you guys.
 2         MS. ROSS:  You didn't.  So I will just
 3  request for the record that we get a copy of
 4  Dr. Charles' retention letter.
 5         I know we have Dr. Ben Brooke's
 6  retention letter.  I might also be wrong on that,
 7  Jeff, but can we just have an agreement --
 8         MR. HABERMAN:  Yes.
 9         MS. ROSS:  -- that if it hasn't been
10  produced, we will have a copy of Dr. Charles' retention
11  letter?
12         MR. HABERMAN:  Yes.
13         MS. ROSS:  Thank you.
14     Q.  (BY MS. ROSS) Dr. Charles, by whom --
15         MR. HABERMAN:  If there is one.  If there
16  is one.
17     A   Say the retention -- I don't have a formal
18  retention letter from the Counsel's office.  I have
19  an -- an ordinary agreement as a consultant when
20  somebody is trying to hire me for a consult.
21         Then I have an agreement with my fee and
22  everything that is a fee schedule.  That which I send
23  to them and then say, I agree with these things.  That
24  is part of the agreement before we start the work.
25     Q.  (BY MS. ROSS) I think I understand.
```

Page 209

```
 1         So you didn't use a retention letter
 2  that was sent to you from Counsel, right?
 3     A   No.
 4     Q   You used your contract that you use for
 5  Toxfactor Consulting, correct?
 6     A   Yes.
 7     Q   Counsel has a copy of the agreement that you
 8  provided them from Toxfactor Consulting, right?
 9     A   Counsel has signed that -- signed the
10  agreement.
11         MS. ROSS:  Counsel, you'll send me that
12  agreement that you have with Toxfactor Consulting?
13         MR. HABERMAN:  If we have that, yeah.
14         MS. ROSS:  Great.
15     Q   (BY MS. ROSS) Dr. Charles, do you require a
16  signed contract whenever you do a new consulting
17  engagement?
18     A   Yeah, I do.
19     Q   Were you retained -- well, withdrawn.
20         Who retained you in this case?
21     A   I talked to him.  I talked to Mr. Haberman.
22     Q   You talked to Mr. Haberman?
23     A   Yes.
24     Q   And have you ever worked with Mr. Haberman
25  before?
```

Ambrose K. Charles, Ph.D.

Page 210

```
1        A   No.
2        Q   Have you ever worked with any lawyers at the
3   Schlesinger law firm before?
4        A   No.
5        Q   How did they get your name?
6        A   I do not know how he got his [sic] name, but I
7   recall when he called me the first time he said that he
8   got my name from a -- from the Arnold Itkin law firm.
9        Q   From the Arnold Hitchkin law firm?
10           MR. HABERMAN:  Itkin, I-T-K-I-N.
11       A   Itkin.
12       Q   (BY MS. ROSS) I see.
13       A   Yeah, law firm.  Through his firm, with the law
14  firm, he got my name.
15       Q   Before you were hired in April of 2022, had you
16  formed any opinion on whether glyphosate causes cancer?
17       A   No.
18       Q   Are you relying on any other expert in this
19  case for any other opinions you are offering?
20       A   No.
21       Q   One of the first things that you were provided
22  before you agreed to be an expert was Dr. Sawyer's
23  report, correct?
24       A   Yes.
25       Q   You reviewed Dr. Sawyer's report in the Roundup
```

Page 211

```
1   litigation before forming your opinions on Roundup,
2   glyphosate, or these individual plaintiffs, correct?
3        A   I think I received -- so along with other
4   documents around 4/12 or so.
5        Q   On April 7th of 2022, according to your time
6   sheet, you received Dr. Sawyer's report, printed it and
7   reviewed it?
8        A   Oh, yes, yeah, yes, I have, I have seen that,
9   yes.
10       Q   Just so our --
11       A   I crossed that out and I didn't read that.
12       Q   I want to make sure that our -- we aren't
13  talking over each other.  Okay?
14       A   Yes, yes.
15       Q   Your first e-mail contact with Mr. Haberman was
16  on April 5th of 2022, correct?
17       A   Yes.
18       Q   On April 7th of 2022, you were sent the report
19  from Dr. Sawyer, and you printed and reviewed that,
20  correct?
21       A   Yes.
22       Q   On April 9th of 2022, you sent your resume,
23  W-9, and standard consulting contract; correct?
24       A   Yes.
25       Q   On April 12th, you received documents related
```

Page 212

```
1   to the plaintiffs in this case?
2        A   Yes.
3        Q   Correct?
4        A   Yes.
5        Q   The timeline we just walked through --
6        A   Yes.
7        Q   -- is the timeline in which you received this
8   document?
9        A   Yes, yes, yes.  I recall now, correct.
10       Q   Are you relying on Dr. Sawyer for any of the
11  opinions that you are offering in this case?
12       A   No.
13       Q   Are you relying on any other expert in this
14  case for any of the opinions you are offering?
15       A   No.
16       Q   When you received and reviewed Dr. Sawyer's
17  report, how did you go about making the determination
18  that Dr. Sawyer and his report are authoritative?
19       A   Reports are?
20       Q   When you received and reviewed Dr. Sawyer's
21  report, how did you go about making the determination
22  that Dr. Sawyer's opinions were authoritative?
23       A   I did not make that statement.
24       Q   When you reviewed Dr. Sawyer's report, did you
25  review any of the cited sources and make any
```

Page 213

```
1   determination on your own as to whether his citations
2   were accurate?
3        A   No.
4            Can I add a little more to that?
5        Q   Yes.
6        A   When I -- first, when I received the Sawyer --
7   Sawyer report -- William Sawyer, right?  I think that is
8   his name.  When I got that report, it was not the full
9   report.  Some of the, you know, personal information or
10  initial interrogation or something, all those things
11  were blacked out.
12           It was a PDF file.  When I opened the
13  PDF file and looked through it, a lot of it was not
14  readable.  So I just quickly went through some of the
15  printed matters.  I glanced through on the computer
16  screen.  And then I printed it out to read it, you know,
17  because it's very difficult to read that.
18           And then I -- I finished reading and
19  I -- I said, well, that is the report, you know.  I
20  mean, that has nothing to do with me.
21           My opinions are based on -- I have done
22  many of -- several of these assessments, you know,
23  reviewing opinions and all.  So I don't need
24  somebody's opinion to influence me or make a decision.
25           Then I think the next day -- so I think
```

54 (Pages 210 to 213)

Ambrose K. Charles, Ph.D.

Page 214

```
 1   I spoke to him saying that, hey, I received the
 2   Williams -- that is what probably the conference call
 3   on William Sawyer's report on the next day, 4/8, says.
 4           He called me or I called, I don't know.
 5   I don't remember.  We talked.  What do you think about
 6   this?  I said -- what I said, that's not really useful
 7   to me.  That is somebody's report.
 8           Even if it's there or something, you
 9   know, that is his opinion and I am going to read all
10   the documents you have and see what is in it, other
11   than that I cannot make every- -- any opinion about
12   anything.
13           That's where I started getting in
14   documents.  That's all I know about that.
15       Q   What is your understanding of why you were
16   provided Dr. Sawyer's report?
17       A   I do not know.
18       Q   Between April 12th, 2022, and April 25th of
19   2022, you reviewed Mr. Moore's deposition, medical
20   records, and began drafting your report about Mr. Moore,
21   correct?
22       A   Yes.
23       Q   Between -- well, withdrawn.
24           On April 30th of 2022, you started to
25   review the Roundup epidemiology, correct?
```

Page 215

```
 1       A   Yes.
 2       Q   Between April 30th and May 10th of 2022 --
 3       A   Yeah.
 4       Q   -- you reviewed the Eriksson, McDuffie, Leon,
 5   Boffetta, Andreotti, and Pahwa studies, right?
 6       A   Yes.  There may be more studies.  Yeah, there
 7   are -- there is another line there Andreotti, Pahwa
 8   studies, yes.  Seven, I believe.
 9       Q   Yes.
10           Starting on April 30th, 2022, you
11   reviewed Eriksson 2008, McDuffie 2001, Leon, Boffetta,
12   Andreotti and Pahwa, correct?
13       A   Yes.
14       Q   You spent 24.5 hours reviewing literature and
15   editing your report in the period between April 30th and
16   May 10th, right?
17       A   If that's what the records shows.
18       Q   You spent eight hours reviewing the seven
19   epidemiology studies on Roundup and non-Hodgkin's
20   lymphoma, true?
21       A   Yes.  Probably, yes.
22       Q   From May 11th through the 13th, you made some
23   additional edits to your report, correct?
24       A   Yes.
25       Q   And through May 13th, you'd spent 58 hours
```

Page 216

```
 1   reviewing materials to prepare your opinions about
 2   Mr. Moore, right?
 3       A   Yes.
 4       Q   I think you mentioned you've spent a few more
 5   hours since then; is that correct?
 6       A   I think I -- it's more maybe.  One of them
 7   five hours, another ten hours.  Which one is which,
 8   I can't remember.
 9       Q   For both Stacey Moore and William Pleu, since
10   submitting your time logs, you've spent a sum of
11   approximately 15 hours, correct?
12       A   Yes.
13       Q   Those additional 15 hours would be billed at
14   your consulting rate of 450 per hour, right?
15       A   Yes.
16       Q   For -- if you'll turn with me to Exhibit 9.
17   This is your time log for Mr. Pleu.
18       A   Yes, ma'am.
19       Q   Your initial contact is the same, right?
20       A   Yes.
21       Q   You were initially contacted about the Pleu
22   case on April 5th of 2022, right?
23       A   Yes.
24       Q   Is that the first time anybody contacted you
25   about the Roundup litigation at all?
```

Page 217

```
 1       A   No.
 2       Q   When did someone contact you about the Roundup
 3   litigation?
 4       A   My name is there in Expert Institute as an
 5   expert.  So lawyers look at -- or contact Expert
 6   Institute and they contact me.  There is a lawyer here
 7   that would like to talk to you about a case.
 8       Q   I see.
 9           So you had been contacted before April
10   of 2022 about potentially being an expert in the
11   Roundup litigation, right?
12       A   Yes.  By a lawyer from Houston.
13       Q   Okay.  Prior to April of 2022, you had never
14   agreed to be an expert in the Roundup litigation; is
15   that right?
16       A   No.  I have not -- the -- did you start using
17   double negatives again?
18       Q   I did.  Let me ask it again.
19           Before April of 2022, have you ever
20   agreed to be an expert in the Roundup litigation?
21       A   No.
22       Q   Do you know who the lawyer was who contacted
23   you earlier?
24       A   The lawyer who contacted me earlier is --
25           THE WITNESS:  Can I say the name of the
```

55 (Pages 214 to 217)

Ambrose K. Charles, Ph.D.

Page 218

1  lawyer?
2      MR. HABERMAN:  Yes.
3      A   Brittany Clark.
4      Q.   (BY MS. ROSS) Brittany Clark?
5      A   She interviewed me over Zoom -- Zoom conference
6  call.
7      Q   Do you know who Ms. Clark was representing?
8      A   That's why I said the Arnold Itkin law firm.
9      Q   Okay.  After that initial contact, all of the
10  dates that we talked about for Mr. Moore also apply to
11  Mr. Pleu, correct?  I will ask -- I was hoping we could
12  shut off some of the questioning, but let me just ask my
13  questions.  Okay?
14              Yes?
15      A   Yes.
16      Q   You agreed to be an expert sometime around
17  April 9th of 2022 for Mr. Pleu's case, right?
18      A   Yes.
19      Q   You received documents related to Mr. Pleu for
20  the first time on April 12th of 2022, right?
21      A   Yes.  Around that, yes.
22      Q   You received a Roundup summary from attorney
23  Haberman on May 16th.  Do you see that?
24      A   Yes.
25      Q   What was that document?

Page 219

1      A   A Roundup summary.  Oh, that -- I believe that
2  was a -- a narration of -- somebody in his office, you
3  know, created a couple of papers about all the cases,
4  endings, like that, and almost the same medical records
5  from the chronology of the case involved in a two- or
6  three-page summary that the law office make -- or made,
7  and he e-mailed me and I didn't ask what -- I did not
8  know what that is.
9      Q   Did you rely on the summary provided to you by
10  counsel as to the medical records of any of the
11  plaintiffs in this case?
12      A   No.  I just looked through.
13      Q   Between May 16th and May 18th, you reviewed
14  the -- Mr. Pleu's deposition, right?
15      A   Yes.
16      Q   Then you reviewed after that Mr. Pleu's health
17  records, correct?
18      A   Yes.
19      Q   You also reviewed six clinical research papers
20  on CLL and colorectal cancer and prostate cancer to find
21  some causes or explanation, correct?
22      A   Yes.
23      Q   What were those six research papers?
24      A   Those were -- I can't remember what those --
25  where those -- those are the papers that I had written

Page 220

1  "online reading," and then went to the next paper.  I
2  had not printed out any of those from online.  The first
3  was from the -- what Pub you use, NH, NH library, you
4  said, PubMedicine.
5      Q   From PubMed?
6      A   PubMed.
7      Q   Okay.  So you searched for articles on PubMed
8  about CLL, prostate cancer and colorectal cancer?
9      A   Yes.  Just to have some reading involved in it.
10      Q   I will represent to you I saw one paper on your
11  references list about CLL and prostate cancer.  Does
12  that sound right to you?
13      A   CLL and -- yeah, that was a paper that I read
14  later on, when, you know -- when I came to that prostate
15  cancer area, I was trying to see where did prostate
16  cancer come in or what is its lingerer?  Does glyphosate
17  have -- can have a secondary effect or as a stimulator
18  to other type of cancer.
19      Q   Did you include any of the six clinical
20  research papers on CLL and other cancers that you found
21  on your references?
22      A   I -- I have not referenced any of those things.
23  That was my background reading to know.
24      Q   From May 20th on, you continued to review some
25  of Mr. Pleu's medical records, right?

Page 221

1      A   From 20th onwards.  You see the -- what do you
2  say, the "Ferro" records there, on the 20th, you see --
3      Q   Yes.
4      A   When the counsel sent me e-mail documents, you
5  know, that belong to three or four different people.
6      Q   Yes.
7      A   So three or four different document sets, he
8  sent to me, and then I didn't know what to do with that.
9  So then I was told to start working on more.  So -- so I
10  did that.
11              When I finished that thing, I started
12  with the Ferro.  Then, after spending some time on
13  that, while I was talking to counselor, I said, I
14  started with Ferro.  He said no, stop Ferro, and then
15  work on Pleu.  That's why I went to Pleu.
16      Q   I see.
17              So the two hours on May 20th that you
18  spent, that say Ferro records, those were hours spent
19  reviewing a plaintiff that we're not here to talk
20  about today, correct?
21      A   Exactly, yes.
22      Q   And as of June 16th, you spent 23.5 hours on
23  Mr. Pleu's case, correct?
24      A   June 16th, yes.
25      Q   Then we get a total number of hours, I believe,

56 (Pages 218 to 221)

Ambrose K. Charles, Ph.D.

Page 222

```
 1  on page 2 of --
 2     A  Yes.
 3     Q  -- Exhibit 9?
 4     A  Yes.
 5     Q  As of June 17th, counting all of the hours
 6  together, you spent approximately 60 hours on Mr. Pleu's
 7  case, right?
 8     A  That's around that, yes.
 9     Q  Between Mr. Moore and Mr. Pleu, we talked about
10  earlier, you had invoiced $26,100 for one of those
11  cases, right?
12     A  Yes.
13     Q  $27,000 for the other, correct?
14     A  Yes.  Plus 15 hours.
15     Q  Plus 15 hours at 450 an hour, right?
16     A  Yes.
17     Q  15 times 450 is 6- -- 6,750, right?
18     A  Yes.
19     Q  For -- all in, for this case, as of today,
20  you've spent approximately 60,000 -- I'm sorry,
21  withdrawn.  New question.
22        Let's do this in steps.
23        53,100 plus 6750, how much is that?
24     A  Somewhere around 60-.
25     Q  As of today, the beginning of your deposition,
```

Page 223

```
 1  you spent -- or you billed approximately $60,000 to the
 2  Schlesinger law firm for this case, correct?
 3     A  Yes.
 4     Q  What is your rate for a deposition?
 5     A  I believe it is 3500 per day.
 6     Q  What do you charge for trial?
 7     A  I think it's almost the same, 3500.  I take off
 8  for the day.
 9     Q  Approximately $3,500 per day --
10     A  Per day, yeah.
11     Q  -- is your rate for trial and deposition
12  testimony, correct?
13     A  Yeah.  Plus -- plus incidental expenses, like,
14  you know, tickets and airfare, staying in a hotel.
15  Those kinds counts extra.
16     Q  Do you charge for travel time?
17     A  Travel time, you know, if it is local, I don't.
18  Local means in the surrounding counties.  If I have to
19  go somewhere else, you know, to Florida or Washington,
20  D.C. or Louisiana, I charge time.
21     Q  If you have to go to St. Louis, Missouri, will
22  you charge for your travel time?
23     A  I will.
24     Q  What will your rate be?
25     A  Same hours.  Or if it is a day, it'd be 3,500,
```

Page 224

```
 1  3500.
 2     Q  So for every hour of your travel time, you will
 3  charge 450 per hour?
 4     A  That's right.
 5     Q  Will you charge for every hour you are away
 6  from home?
 7     A  No.
 8     Q  You first reviewed anything related to the
 9  Roundup litigation on April 7th, 2022, correct?
10     A  Yes.
11     Q  Do you intend to invoice for any additional
12  time we've not talked about so far?
13     A  For these two cases, no.
14     Q  You mentioned these two cases.  You've also
15  reviewed one Federal case that we're not here to talk
16  about today, right?
17     A  I do not know if it is Federal cases.
18        THE WITNESS:  Is it a federal case in
19  fatal injuries?
20        MR. HABERMAN:  (Nodding head.)
21     A  Oh, I don't know.
22     Q  (BY MS. ROSS) Let me just -- how many cases
23  beyond Mr. Pleu and Mr. Moore have you reviewed?
24     A  One case.
25     Q  Approximately, what is your best estimate of
```

Page 225

```
 1  time that you've spent to date on that one case?
 2     A  I think that was -- that was around -- I -- I
 3  don't have a printout with me.  Almost somewhere between
 4  25 or 20 or something like that.
 5     Q  Somewhere between 20 and 25 hours?
 6     A  No.  Hours.
 7     Q  20- and $25,000?
 8     A  No.  Hours.
 9     Q  Okay.  So for the --
10     A  No, no, I'm sorry.
11     Q  No, you are okay.
12     A  20- to $25,000, around that, yeah.
13     Q  Okay.  So fair to say you -- you've spent a
14  similar number of hours on the third case as you have
15  for Mr. Moore?
16     A  Fair to say that.
17     Q  And you've probably billed somewhere around the
18  same amount for that third case as you did for each
19  plaintiff in this case, correct?
20     A  Yes.
21     Q  Have you reviewed any other expert reports
22  besides Dr. Sawyer's?
23     A  No.
24     Q  Have you been provided -- well, withdrawn.
25        Have you ever communicated in any way
```

57 (Pages 222 to 225)

Ambrose K. Charles, Ph.D.

Page 226

1   with Dr. Sawyer?
2   A   No.
3   Q   Have you ever communicated in any way with
4   Dr. Ben Brooke?
5   A   I don't know who he is.
6   Q   Dr. Andrew Schneider?
7   A   I don't know who he is.
8   Q   Dr. Gagne?
9   A   I don't know who he is.
10  Q   Dr. Nugent?
11  A   I don't know who he is.
12  Q   Dr. Singh?
13  A   I don't know who he is.
14  Q   Have you spoken with any of Stacey Moore's
15  family members?
16  A   No.
17  Q   Have you spoken with any of his healthcare
18  providers?
19  A   No.
20  Q   Have you spoken with any of William Pleu's
21  family members?
22  A   No.
23  Q   Have you spoken with any of William Pleu's
24  healthcare providers?
25  A   No.

Page 227

1   Q   Have you discussed -- we may be able to cut
2   this short.  Okay?
3        Withdrawn.  New question.
4        Have you discussed this litigation with
5   anyone else?
6   A   No.
7   Q   Will you turn back with me to your report on
8   Mr. Moore, please?  I think it's Exhibit 2.
9   A   My report on who?
10  Q   Stacey Moore, Exhibit 2.
11  A   Yes.  Page 2?
12  Q   We can go to page 12, where you discuss
13  chemical concentration.
14  A   Okay.
15  Q   Dr. Charles, can you confirm that you have no
16  opinion in your report on what surfactant was in the
17  Roundup that Mr. Moore applied?
18  A   No.
19  Q   I'll ask it without the double negative.
20        Do you have any opinion in your report
21  on what surfactant was in the Roundup Stacey Moore
22  applied?
23  A   No.
24  Q   Are you offering any expert opinion on what
25  surfactant was in the Roundup that Stacey Moore used?

Page 228

1        MR. HABERMAN:  Objection.
2   A   No.
3   Q   (BY MS. ROSS) Is that true for every plaintiff
4   in this case?
5   A   That's true.
6   Q   Do you intend to opine in this case -- case
7   that Stacey Moore's exposure to surfactants in Roundup
8   increased his risk of non-Hodgkin's lymphoma?
9   A   No.
10        MR. HABERMAN:  Objection.
11  Q   (BY MS. ROSS) Is that true for every plaintiff
12  in this case?
13  A   Yes.
14  Q   From your years at the Texas Department of
15  Agriculture, do you know that surfactants in Roundup
16  varied over time?
17  A   Yes.
18  Q   Surfactants vary from one formulation to
19  another, correct?
20  A   Yes.
21  Q   Mr. Moore testified that he was careful to keep
22  Roundup close and -- and not hit the flowers or things
23  other than the weeds that he intended to kill.
24        Do you recall reading that in his
25  deposition?

Page 229

1   A   No.
2   Q   Do you know if Mr. Moore aimed the Roundup he
3   was spraying at the ground or at himself?
4   A   I can't recall that sentence, you know, but I
5   recall that he sprayed close to the weed or -- you know.
6   Q   Can you explain the physics to me of how it is
7   that someone would get their skin covered in Roundup
8   while spraying the weeds that are down on the ground and
9   not hit the flower beds that are next to them?
10        MR. HABERMAN:  Objection.
11  A   If there is a leak -- if there is a leak in
12  the, you know, sprayer that he is using or handle that
13  he is using, you know.
14  Q   (BY MS. ROSS) Mr. Moore testified he got
15  Roundup on his skin all day long when he worked as a
16  landscaper, correct?
17  A   Yeah.  He also mentioned that while he was
18  diluting the chemical.
19  Q   Right?
20  A   Transferring it to the sprayer.
21  Q   You state that Roundup spray often got on his
22  skin and he felt wet and sticky, correct?
23  A   That was his statement.
24  Q   If Mr. Moore got Roundup on him, why -- why not
25  wash it off with water?

Ambrose K. Charles, Ph.D.

Page 230

1    MR. HABERMAN: Objection. Calls for
2 speculation.
3    A  How would I know?  I don't know.
4    Q.  (BY MS. ROSS) Not everyone who uses Roundup has
5 measurable glyphosate in their urine, true?
6    A  That's true.
7    Q  In your report, if you'll go with me to
8 page 17, you have a section that discusses absorption,
9 distribution, metabolism and excretion, correct?
10   A  Yes.
11   Q  The toxicological profile by ATSDR summarizes
12 the fate of glyphosate-based herbicides in humans,
13 correct?
14   A  Yes.
15   Q  You reviewed ATSDR's 2019 toxicological profile
16 for Roundup, correct?
17   A  Yes.
18   Q  As we talked about earlier, ATSDR is the agency
19 for toxic substances and disease registry, right?
20   A  Correct.
21   Q  How many scientists were involved in ATSDR's
22 2019 evaluation; do you recall?
23   A  I don't know that number.
24   Q  Did those scientists conclude that glyphosate
25 causes cancer?

Page 231

1    MR. HABERMAN: Objection.
2    A  I cannot answer that question and I can't
3 remember -- I think what they had, equivalence, is what
4 they concluded.  The studies showed that -- half of the
5 studies -- or some of the studies showed positive
6 association.  The other half showed a negative
7 association.  So those are the kind of decisions they
8 reached.  They did not go one way or the other.
9    Q.  (BY MS. ROSS) ATSDR concluded that the
10 genotoxicity data for glyphosate were equivocal,
11 correct?
12   A  Yes.
13   Q  ATSDR noted that IARC and EPA had evaluated
14 glyphosate and reached different conclusions about
15 cancer, correct?
16   A  Yes.
17   Q  ATSDR did not conclude one way or the other
18 whether glyphosate causes cancer, true?
19   A  Yeah, that -- that's correct.  ATSDR presented.
20 Now that you have the data and the analysis, they don't
21 make any regulatory decisions.
22   Q  ATSDR states that less than 1 percent of
23 glyphosate is metabolized to AMPA, right?
24   A  Yes.
25   Q  Glyphosate does not bioaccumulate, correct?

Page 232

1    A  Not in large quantities.  Maybe traces.
2    Q  Trace amounts of glyphosate might
3 bioaccumulate?  Is that what you're saying?
4    A  Yes.  Because in my knowledge and experience in
5 a no chemical is 100 percent washed out of the body.  It
6 is not -- it is not a clean exit.  It goes for different
7 tissues.  Certain amount will be retained and most of it
8 will be excreted.
9    Q  Are you offering an expert opinion on what
10 percentage of glyphosate is retained or accumulated in
11 the body?
12   A  Not much data on that.
13   Q  And you're not offering an opinion on that?
14   A  No.
15   Q  Correct?
16      Are you offering an expert opinion that
17 glyphosate accumulates in any particular site in the
18 body?
19   A  There are some reports, you know, sporadic, not
20 really confirming.  So I did not call that thing, you
21 know, there is accumulation in certain areas of bone
22 marrow or some places like that, you know.  But I didn't
23 weigh that much -- that information to bring into my
24 discussion because I was not convinced.
25   Q  I'm going to break that down.  Okay?

Page 233

1    A  Yes.
2    Q  There are some individual studies on whether
3 glyphosate accumulates in particular sites in the body,
4 including the bone marrow, right?
5    A  Yes, yes.
6    Q  You did not bring that information into your
7 discussion of glyphosate because you were not convinced
8 by those studies, correct?
9    A  Yeah, because I -- I didn't see that report is
10 cited somewhere else or somebody comments on that, how
11 much weight is given by other scientists, and I look at
12 all of those things.  I don't go after this one report.
13   Q  Do you know if anybody other than Dr. William
14 Sawyer has concluded that glyphosate bioaccumulates in
15 the bone?
16   A  I -- I do not know.  I -- I can't recall even
17 what he said.
18   Q  Most of the absorbed chemical is rapidly
19 excreted in the urine, correct?
20   A  Yeah, most of it, yes.
21   Q  You state that Connolly 2020 discusses
22 glyphosate levels in the urine?
23   A  Yes.
24   Q  The average glyphosate concentrations reported
25 for farmers and horticulturists ranged from rather

Ambrose K. Charles, Ph.D.

Page 234

1   smaller boundaries, from 1.35 micrograms per liter to
2   3.2 micrograms per liter, correct?
3       A   Correct.
4       Q   There are biomonitoring studies that have
5   actually measured glyphosate levels in farmers and other
6   occupational users of glyphosate, true?
7       A   Correct.
8       Q   The average glyphosate concentrations reported
9   for farmers are 1.25 to 3.2 micrograms per liter, right?
10      A   Where are you reading it?
11      Q   When you state --
12      A   1.35 to 3.2 micro- -- yes.
13      Q   I'll repeat --
14      A   You said 1. -- you said 1.25 or 1.35?
15      Q   I'll repeat my question --
16      A   Yes.
17      Q   -- so it's clear.
18          And I may have misspoken.  So new
19  question, okay.
20          The average glyphosate concentrations
21  reported for farmers are 1.35 to 3.2 micrograms per
22  liter, correct?
23      A   Correct.
24      Q   One microgram per liter is one part per
25  billion, right?

Page 235

1       A   Correct.
2       Q   The biomonitoring studies of glyphosate found
3   average concentrations of glyphosate of 1.35 to 3.2
4   parts per billion, right?
5       A   Correct.
6       Q   You do not dispute those averages, right?
7       A   No.
8       Q   The maximum glyphosate concentrations for
9   occupational users were reported as what range?
10      A   Ten micrograms to 233 micrograms per liter.
11      Q   In other words, the maximum glyphosate
12  concentrations reported in occupational glyphosate users
13  are 10 to 233 parts per billion, right?
14      A   Yes.
15      Q   And, of course, residential users have
16  typically been found to have lower glyphosate levels,
17  correct?
18      A   Possibly, yes, but depending on, you know,
19  occupational use, farmers, if they directly use or are
20  they exposed to their families.  Many -- many different
21  type subgroups of farmers are included in this survey.
22  They are the people who actually use, people who farm,
23  people who live in the vicinity of those people who are
24  doing it in those partial studies.
25      Q   Can you point me toward any facts or data

Page 236

1   suggesting that glyphosate levels in humans are actually
2   higher than 233 parts per billion?
3       A   I have not seen in a report.
4       Q   60 percent of farmers' urine samples analyzed
5   had detectable levels of glyphosate, right?
6       A   Right.
7       Q   What that means is 40 percent of farmers using
8   glyphosate did not have detectable glyphosate, correct?
9           MR. HABERMAN:  Objection.
10      A   No.  They monitored -- 60 percent of the people
11  they monitored, okay, for glyphosate in their urine had.
12  It doesn't say about the use.  The question is:
13  40 percent of them used glyphosate did not
14  have any glyphosate in the urine.  That is not --
15      Q.  (BY MS. ROSS) I see.
16          So in the biomonitoring studies,
17  60 percent of farmers who used glyphosate had
18  glyphosate in their urine?
19      A   Who were likely to be exposed.  Because of
20  their occupational circumstances, there may be
21  opportunities -- higher chance of them being exposed to
22  the chemical.  So that's where the biomonitoring comes
23  to find out the level of distribution of glyphosate in
24  different areas and different population in order to
25  understand what is the basic level of exposure.

Page 237

1       Q   What percentage of people who were likely to be
2   exposed to glyphosate because of their occupational
3   circumstances had no detectable glyphosate in their
4   urine?
5       A   They did not find -- 60 percent they found
6   detectable, and they're -- so you presume or assume that
7   40 percent did not find any glyphosate, and we do not
8   know anything about their occupational level.
9       Q   You go on to state that recent human metabolism
10  data has reported as low as a 1 percent urinary
11  excretion rate of glyphosate?
12      A   Yeah.
13      Q   You got that statement from Connolly 2020,
14  correct?
15      A   Yes.
16      Q   Do you know what Connolly cites for that?
17      A   I can't recall that.
18      Q   Did you actually look at the papers that
19  Connolly cites?
20      A   Cross-reference, I did not do that.  I -- I
21  caught it from her data.
22      Q   You did not actually go and look at the
23  citations in Connolly for urinary excretion of
24  glyphosate, true?
25      A   That is true.  I cannot do that kind of

Ambrose K. Charles, Ph.D.

<table>
<tr><td>

**Page 238**

1    reference when I write a review of an opinion, going
2    through every paper. Connolly's paper may have 30
3    different references. So I'm not going to go back and
4    check every reference to see what she said is true.
5    Okay? Her paper is already peer reviewed and published.
6    The scientists respected her opinions. So my job is not
7    to verify what Connolly said was correct or not.
8         Q   Your job is not to go and verify what Connolly
9    has said?
10        A   I trust and I take the data and reference that
11   information to my report. That's all.
12        Q   Sitting here -- well, withdrawn.
13            Connolly is a reviewed article, right?
14        A   Connolly, you said?
15        Q   The Connolly paper was a reviewed article?
16        A   Yes.
17        Q   Connolly does not include primary data that
18   they collected, right?
19        A   How -- in their reference?
20        Q   Right. And those are not references that you
21   went and checked, correct?
22        A   No.
23        Q   I am correct, yes?
24        A   Yes.
25        Q   At page 17 of your report, you say: Lacking

</td><td>

**Page 240**

1    actual medical data that would answer that question?
2         A   I cannot.
3         Q   You are speculating that he had systemic
4    exposure, but you have not seen any blood or other
5    measurements that would support that, true?
6         A   I have not.
7         Q   You are not relying on any measurement of
8    glyphosate in Stacey Moore's body, since none exists,
9    correct?
10        A   No.
11        Q   Do you -- well, double negative again. I'll
12   restate the question.
13            Are you --
14        A   Science -- sorry, scientists are not -- and I
15   am trained with a different brain. I'm not a
16   double-negative person. That's your training.
17        Q   Are you relying on any measurement of
18   glyphosate in Stacey Moore's body?
19            MR. HABERMAN: Objection.
20        A   Am I relying on any documents?
21        Q.  (BY MS. ROSS) Are you relying on any
22   measurement that was taken of glyphosate in Stacey
23   Moore's body?
24        A   I did not see any measurement.
25            MR. HABERMAN: Objection.

</td></tr>
<tr><td>

**Page 239**

1    any glyphosate monitoring levels (urine or blood) in
2    Moore's records, it is impossible to numerically
3    determine his daily exposure dose of glyphosate.
4                 True?
5         A   True.
6         Q   I want to be sure I understand what that means
7    when you say "impossible." Okay?
8         A   Okay.
9         Q   You cannot point me to any tests at any time
10   that would confirm that Stacey Moore had measurable
11   glyphosate in his body, true?
12        A   Are you reading that sentence again: Lacking
13   any glyphosate monitoring level in urine or blood --
14        Q   I'm just asking you a question now.
15        A   Oh, okay.
16        Q   You cannot point me to any test at any time
17   that would confirm that Stacey Moore had any measurable
18   level of glyphosate in his body, right?
19        A   I didn't find any monitoring or any test
20   results.
21        Q   Is it possible that Stacey Moore never had
22   measurable glyphosate in his body?
23            MR. HABERMAN: Objection.
24        A   I would not know that answer to that question.
25        Q.  (BY MS. ROSS) Can you point me toward any

</td><td>

**Page 241**

1         Q.  (BY MS. ROSS) There are methods for calculating
2    levels of dose exposure to a substance like glyphosate,
3    right?
4         A   For dose of the chemical?
5         Q   Yes.
6         A   Yes.
7         Q   As a toxicologist, are you able to estimate an
8    exposure dose?
9         A   Only if I have available to the proper -- I
10   need the data. Can I elaborate a little bit on that?
11            MR. HABERMAN: Yes.
12        Q.  (BY MS. ROSS) Sure. And then I'll break it
13   down.
14        A   If you want to know the dose, you have to know
15   the absolute exposure amount. Okay? Otherwise, you
16   only assume or give an estimation of the dose. And
17   doses always follow with an effect or no effect.
18        Q   Right.
19        A   If there is an effect, you presume this is an
20   effect. Okay? I can now cite an example for that, and
21   what comes to my mind is alcohol intoxication. A driver
22   is stopped in the road by the police officer. He finds
23   him intoxicated. He knows that he has alcohol in his
24   system. There is no measurement there. But he has the
25   symptoms and the look of a driver who is drunk.

</td></tr>
</table>

61 (Pages 238 to 241)

Ambrose K. Charles, Ph.D.

Page 242

1    Unless this person goes back to find out
2  how many drinks he had from that bar or have some
3  measurements of the number of cans or bottles he
4  emptied, there's no way of calculating how much
5  alcohol is there.
6    However, since we know something about
7  the background of alcohol metabolism, alcohol --
8  toxicokinetics or pharmacokinetics, we can go back and
9  calculate the dose. Okay?
10    But in an environment of chemicals,
11  99 percent of the time in an environmental exposure,
12  whether personal exposure or an occupational exposure,
13  nobody sits there to measure any biological material
14  in urinal sample at the time the exposure occurred.
15    So it is very impossible to have any
16  data of measurements to calculate the dose, but a
17  toxicologist, you'll see in these, if there's an
18  effect, there's an exposure -- there may be an
19  exposure. Okay?
20    So how much is that dose to cause this?
21  The dose will be sufficient enough to cause this
22  effect at the (indiscernible) of the -- sufficient
23  enough. Sufficient enough. It means enough dose has
24  entered him to cause that effect.
25    Q   That was a long answer. So I'm going to break

Page 243

1  it down.
2    A   Right, right. You can break it down.
3    Q   Okay. For environmental exposures, such as
4  occupational exposures, often no one sits there to
5  measure biological material in urine or blood, right?
6    A   Yeah.
7    Q   It is often impossible to have any measurements
8  to calculate a dose, correct?
9    A   Exactly.
10    Q   You assumed, as a toxicologist, that since
11  there was an effect, there must have been an exposure,
12  correct?
13    A   Correct.
14    Q   You do not have any calculation of how much of
15  an exposure that was --
16    A   No.
17    Q   -- systemically?
18    A   No.
19    Q   You assumed that the plaintiff in this case had
20  enough of a dose to cause non-Hodgkin's lymphoma because
21  they had non-Hodgkin's lymphoma, right?
22    A   Yes.
23    Q   You, as a toxicologist, know that there are
24  methods for estimating a dose of exposure to an
25  environmental chemical? You're familiar with those,

Page 244

1  right?
2    A   Measurements.
3    Q   You know that there are calculations you can do
4  to estimate an internal dose, even when actual
5  measurements have not been taken, correct?
6    A   You have to explain to me that -- that
7  particular statement.
8    Q   I'll break that down, then.
9    A   Yes.
10    Q   You did not disclose any opinion on the rate at
11  which glyphosate might move through the skin, correct?
12    A   Yes.
13    Q   Sitting here today, are you offering an expert
14  opinion on glyphosate's flux or permeability
15  concentration?
16    A   No.
17    Q   Did you disclose any opinion on the surface
18  area of any plaintiff's skin that was actually exposed
19  to glyphosate?
20    A   I had not.
21    MR. HABERMAN: Objection.
22    Q. (BY MS. ROSS) Sitting here today, are you
23  offering an expert opinion on the surface area of a
24  plaintiff's body that was exposed?
25    A   I have not.

Page 245

1    Q   Did you disclose any opinion on the protective
2  effect of wearing clothing on an internal dose of
3  glyphosate?
4    A   Protective clothing, no.
5    Q   Did you offer or calculate any opinion on the
6  protective effect, if any, of wearing a T-shirt?
7    A   I have not.
8    Q   You are -- well, withdrawn.
9    Are you offering an expert opinion on
10  the protective effect, if any, of wearing clothing on
11  Roundup exposure?
12    A   I am not.
13    Q   Are you offering an expert opinion on the
14  protective effect, if any, of wearing regular work
15  gloves on Roundup exposure?
16    A   I am not.
17    Q   Have you calculated or estimated an internal
18  dose of glyphosate for Stacey Moore?
19    A   I have not.
20    Q   Is that true for every plaintiff you have
21  looked at?
22    A   Yes.
23    MR. HABERMAN: Sorry, can you repeat that
24  last question?
25    MS. ROSS: Sure.

62  (Pages 242 to 245)

Ambrose K. Charles, Ph.D.

Page 246

```
1         THE WITNESS:  Internal dose.
2         (The record was read as requested.)
3         MR. HABERMAN:  Objection.
4     Q.  (BY MS. ROSS) You did disclose an opinion on
5   the number of hours per day, days per year and total
6   years each plaintiff used Roundup, correct?
7     A   Yeah.
8     Q   You did not disclose in your expert reports any
9   opinion that any trace impurity in manufacturing led to
10  non-Hodgkin's lymphoma, correct?
11    A   No.
12    Q   Are you offering an opinion that there were any
13  manufacturing trace impurities in the Roundup Stacey
14  Moore used?
15    A   No.
16    Q   Are you offering an opinion for any plaintiff
17  you've reviewed that there were any trace impurities in
18  the Roundup they used?
19    A   No.
20    Q   Let's take formaldehyde, as an example.
21  People, in general, are exposed to formaldehyde from a
22  number of different sources that we encounter very
23  frequently, if not on a daily basis, correct?
24    A   Formaldehyde?
25    Q   Yes.
```

Page 247

```
1     A   Yes.
2     Q   That includes formaldehyde that's produced in
3   our own body, right?
4     A   Yes.
5     Q   Common foods, such as bananas, spinach and
6   onions, also contain trace amounts of formaldehyde,
7   true?
8     A   Yes.
9         MR. HABERMAN:  Objection.
10    Q.  (BY MS. ROSS) Tobacco smoke contains
11  formaldehyde, correct?
12    A   Yes.
13    Q   Did Stacey Moore ever have measurements taken
14  of whether there was formaldehyde from the Roundup he
15  used?
16    A   I have not seen it.
17    Q   Did you calculate a systemic dose of
18  formaldehyde that Mr. Moore was exposed to from Roundup?
19    A   No.
20    Q   As a toxicologist, you know there are
21  calculated levels of formaldehyde that you are
22  considered safe and do not pose a risk to human health,
23  true?
24    A   It does not occur to me.  Formaldehyde does not
25  come to the picture at all.
```

Page 248

```
1     Q   I think we can wrap this up and not have to go
2   through each potential contaminant.  Okay?
3         New question.  All right?
4     A   Yes.
5     Q   Did you perform any exposure-day calculations
6   to determine how much formaldehyde Mr. Moore may have
7   been exposed to from Roundup?
8     A   Formaldehyde was not in the picture.
9     Q   Do you know how the amount of formaldehyde, if
10  any, Mr. Moore was exposed to from Roundup compared to
11  the amount of formaldehyde he would have been exposed to
12  by eating a banana?
13    A   No.
14    Q   Do you know how the amount of formaldehyde any
15  plaintiff was exposed to from Roundup compared to the
16  amount they might be exposed to by eating a banana?
17    A   No.
18        I like bananas, by the way.  You are
19  making me guilty that I am exposed to formaldehyde
20  every day by eating that.
21    Q   Have you systematically gone through and
22  identified any other products that Mr. Moore may have
23  been exposed to that contained trace amounts of
24  formaldehyde?
25    A   What are other products that he has used?
```

Page 249

```
1     Q   Yes.
2     A   I -- whatever is in his records I know, but I
3   did not look for formaldehyde impurities, particularly
4   in any of the products.
5     Q   For -- that's true for any plaintiff in this
6   case, right?
7     A   All the plaintiffs.  That means two plaintiffs.
8     Q   It would also be true for the third plaintiff
9   you've reviewed, correct?
10    A   Who?
11    Q   The --
12    A   The Federal case, you mean?
13    Q   Yes.
14    A   Yes, yes.
15    Q   Is formaldehyde associated with non-Hodgkin's
16  lymphoma in humans?
17    A   Formaldehyde -- I haven't seen the
18  formaldehyde -- any linkage in the relations to NHL.
19    Q   I think I can summarize this and we can move
20  on.  New question.
21        Is it your opinion that formaldehyde
22  exposure is associated with an increased risk of
23  non-Hodgkin's lymphoma?
24    A   Again, formaldehyde?
25    Q   Yes.
```

Ambrose K. Charles, Ph.D.

Page 250

1    A   I -- I don't know how to answer to that.  I
2  have not reviewed formaldehyde.  I have not seen
3  anywhere formaldehyde reference to NHL.
4    Q   It's fair to say that you have not seen any
5  reference to formaldehyde in non-Hodgkin's lymphoma,
6  right?
7    A   Not in my reading.
8    Q   It's fair to say you cannot quantify how much
9  formaldehyde exposure increases the risk of NHL, if it
10  does at all, true?
11    A   I have not worked on formaldehyde matters.
12    Q   Nor do you know how the amount of formaldehyde
13  Mr. Moore was exposed to because he sprayed Roundup
14  compared to how much is produced by his own body or how
15  much he might be exposed to by eating a banana, right?
16    A   I do not know how much formaldehyde is produced
17  in his body.
18    Q   Setting formaldehyde aside, are you aware of
19  any other contaminants in Roundup?
20    A   Formaldehyde contaminants in Roundup?
21    Q   Are you aware of any other manufacturing
22  chemicals that might make it into Roundup in trace
23  amounts?
24    A   No, I don't know.
25    Q   In the interest of not wasting your time,

Page 251

1  Dr. Charles, I'm going to see if we can sum this up --
2    A   No.
3    Q   -- so we don't have to --
4    A   You may --
5    Q   -- return to it.
6    A   You may have a few more interesting questions
7  on formaldehyde.
8    Q   Do you, for any of the chemical ingredients or
9  contaminants in Roundup, quantify how much of that
10  chemical the plaintiffs in this case were systemat- --
11  were systemically exposed to?
12        MR. HABERMAN:  Objection.
13    A   Some other chemicals?
14    Q.  (BY MS. ROSS) Yes.
15    A   I think he, in his -- deposition of some
16  statements, I read that he has not used any other
17  pesticides, that kind of statement.
18    Q   And I'm talking about the Roundup he used
19  specifically.  Okay?
20    A   Okay, okay.
21    Q   Did you, for any potential contaminant in
22  Roundup, quantify how much of that chemical the
23  plaintiffs in this case were exposed to?
24    A   No.
25    Q   Did you, for any potential contam- --

Page 252

1  contaminant in Roundup other than glyphosate, determine
2  whether that chemical has been associated with
3  non-Hodgkin's lymphoma?
4    A   No.  I -- I have not considered any other
5  contaminants.
6    Q   You did not, for any chemical in Roundup other
7  than glyphosate, determine a dose at which there's an
8  increased risk of NHL?
9    A   That's right.
10    Q   You did not compare the dose to any systemic
11  dose in a plaintiff, correct?
12    A   I didn't determine any actual dose.
13        When you say dose, how much is ingested
14  or getting into the body, in the measurement of
15  milligrams, particulate body weight, you know, in a
16  day?  That -- that is the definition of dose.
17        In that case, no, I have not made any
18  determination because I don't know his exposure rate,
19  other than, assuming from the duration that he used
20  and the mode of his application and the amount he used
21  to come out with an -- an estimate in your mind,
22  probably a medium use or a high use or a low use.
23  That -- that is the only conclusions we can reach from
24  the data.
25    Q   Are you relying on the presence or absence of

Page 253

1  any Roundup contaminant in Stacey Moore --
2    A   No.  No, no.  I have not considered any
3  contaminants.
4    Q   Sorry.
5    A   Sorry.
6    Q   Fine.  Just repeat the question so we have a
7  clean record.  Okay?
8    A   Okay.
9    Q   Are you relying on the presence or absence of
10  any Roundup contaminant for Stacey Moore or William
11  Pleu?
12    A   No.
13        MR. HABERMAN:  Objection.
14    Q.  (BY MS. ROSS) You did not -- you're not --
15  well, double negative.  So a new question.  Okay?
16        Does glyphosate -- are you offering an
17  opinion, to a reasonable degree of scientific
18  certainty, that Roundup or glyphosate accumulates
19  anywhere in the body?
20    A   Probably trace amounts but I have to have more
21  research into that to find out the exact distribution
22  pattern, but I have read articles on that that there is
23  some degree of distribution to different organs.  Not,
24  per se, accumulation.
25        Accumulation is the positions of a

64  (Pages 250 to 253)

Ambrose K. Charles, Ph.D.

Page 254

1  particular organ or an affinity to a certain organ, so
2  that that particular area or organ will be the
3  positive with the higher amounts of the chemical.
4  That's what accumulation means.
5      Q   Distribution and accumulation are different,
6  correct?
7      A   Different.
8      Q   Distribution is where does a chemical go in the
9  body, right?
10     A   That's right, that's right.
11     Q   Accumulation is where might a chemical build up
12 in the body, correct?
13     A   Exactly.
14     Q   You are not offering any opinions on the
15 accumulation of glyphosate, are you?
16     A   No.
17     Q   If you'll turn with me to page 14 of your
18 report.
19         This is where -- we're back at Table 4.
20 Do you see that?
21     A   Yes.
22     Q   Table 4 in your report for Mr. Moore gives the
23 information you used to calculate his use pattern and
24 duration of exposure, correct?
25     A   Yes.

Page 255

1      Q   To calculate the number of days Mr. Moore was
2  exposed, you took his testimony about the number of
3  hours he says he used glyphosate on the days he sprayed,
4  right?
5      A   Yes.
6      Q   Then you estimated he worked 22 days a month,
7  twelve months a year, right?
8      A   Yes.
9      Q   Then you converted the number that you got into
10 eight-hour workdays, correct?
11     A   That's correct.
12     Q   You then report a total number of hours and a
13 total number of days, right?
14     A   Yes.
15     Q   You used the following inputs for your
16 calculation:  16 years, 22 days per month, 12 months per
17 year, right?
18     A   Yes.
19     Q   16 times 22 times 12 is 4,224, correct?
20     A   Could be if you are calculating or --
21     Q   You actually state this on page 15 of your
22 report.
23     A   Oh, this calculation right here you're talking
24 about.  Okay.
25     Q   16 --

Page 256

1      A   4,224.
2      Q   Yes.
3          16 times 22 times 12 is 4,224 total days
4  Stacey Moore used Roundup, right?
5      A   That's right.
6      Q   In the 4,224 times that you calculated
7  Mr. Moore used Roundup, he never once read the label; is
8  that right?
9      A   Yes.
10     Q   The next input you used is six to seven hours
11 of spray per day every day he sprayed, right?
12     A   Yeah, that's what the report said.
13     Q   The inputs gave you 264 days of spray per year,
14 as we talked about earlier?
15     A   Yes.
16     Q   Just over five days per week, 52 weeks per
17 year, right?
18     A   Yes.
19     Q   In your calculation, Stacey Moore never took a
20 day off from spraying, five days per week, 52 weeks per
21 year for 16 years straight.  Can we agree you may have
22 overestimated the total number of days Mr. Moore sprayed
23 Roundup?
24         MR. HABERMAN:  Objection.
25     A   These calculations are based on the information

Page 257

1  in his deposition.
2      Q   (BY MS. ROSS) You say the minimum number of
3  hours he applied Roundup was six hours per day,
4  five days per week, 52 weeks per year for 16 years,
5  right?
6      A   Six -- six hours is what is reported.
7      Q   Do you stand by that as an appropriate minimum
8  of the amount Mr. Moore sprayed?
9          MR. HABERMAN:  Objection.
10     A   That is what you will get in the calculation.
11 If you follow the steps, you know, that's what -- the
12 number you will get.
13     Q   (BY MS. ROSS) Do you stand by your calculated
14 number?
15     A   Yes.
16     Q   In your table on page 14, you state that
17 Mr. Moore only sprayed six to seven hours per day for
18 four years from 1992 to 1995, right?
19     A   And in '94 to '99 -- well, 1992 to '95, yes,
20 four -- four years.
21     Q   Right.  At no point after that did Mr. Moore
22 testify to spraying Roundup for more than three hours a
23 day, right?
24     A   That's right.
25     Q   You applied six to seven hours per day to

Ambrose K. Charles, Ph.D.

Page 258

1  16 years instead of four years, true?
2      A   There is a reason for me doing that.  Okay?
3          Again, as a toxicologist, according to
4  my training and how I see in my science in my field,
5  we go for worst-case scenario.  Okay?
6          If there is a two-hour exposure versus a
7  three-hour exposure, I take the three-hour.  That's my
8  training.  You -- you calculate -- EPA also does that.
9  The worst-case scenario, what will happen.
10         So that's the way I approached it, not
11  because I was ignoring the lower number of hours he
12  used.
13     Q   The calculations you did were based on a
14  worst-possible-case scenario?
15     A   Exactly.
16     Q   Right?
17     A   Exactly.
18     Q   When Mr. Moore testified he sprayed three hours
19  per day for twelve years of Roundup use, you did not use
20  that for input into your calculations, right?
21     A   No, no, no.
22     Q   Had you used three hours per day for the other
23  12 years of Roundup use you estimate, would your
24  estimate of the total numbers of hours Mr. Moore sprayed
25  go up, go down or stay the same?

Page 259

1      A   It would depend on the numbers and factors you
2  put in there in the calculation.  It -- it could be less
3  than this but worst-case scenario, this is the numbers
4  that you derive from the numbers I used.
5      Q   You talk about the MSDS in your report at
6  page 16, if you'll go there.
7      A   MSDS.  Yes, ma'am.
8      Q   The MSDS says to wash your hands thoroughly
9  after handling and before eating, drinking, chewing gum
10  or using tobacco.
11         Did Stacey Moore do that?
12     A   I don't think so.  He did not adhere to a lot
13  of the safety precautions that he has to take.
14     Q   MSDS says not to use Roundup when -- when it's
15  windy.
16         Did Stacey Moore do that?
17     A   Probably most of the time, but he also used it
18  during a windy time but he tried to stay away from that.
19  In other statements, I think in the deposition, you
20  know, I was not using when the wind was really windy, or
21  something like that.
22     Q   The MSDS mentions personal protective
23  equipment.  What personal protective equipment was
24  Stacey Moore supposed to wear and then wash?
25     A   Oh, he -- he should be wearing a mask, you

Page 260

1  know.  Masks means not cloth masks.  It should -- it
2  should be an occupational standard for organic solvents,
3  you know, that type of mask.  Rubber gloves that doesn't
4  have contact, and eyeglasses, protective eyeglasses, and
5  the long-sleeve shirts, long pants and all kinds of
6  things that usually, when they use a chemical.
7      Q   Did Stacey Moore do any of that?
8      A   No.  He was in his day -- daytime work clothes.
9      Q   The MSDS says in normal use and handling
10  conditions, please refer to the label and/or leaflet,
11  right?
12     A   Yes.
13     Q   Did Stacey Moore do that?
14         MR. HABERMAN:  Objection.
15     A   I don't know.
16     Q.  (BY MS. ROSS) If he read it, he ignored it,
17  true?
18         MR. HABERMAN:  Objection.
19     A   I don't know.
20     Q.  (BY MS. ROSS) You are familiar with material
21  safety data -- data sheets, generally, right?
22     A   Yes.
23     Q   These are available to anybody who asks for
24  them, correct?
25     A   Yes.

Page 261

1          MR. HABERMAN:  Objection.
2      Q.  (BY MS. ROSS) MSDS is for occupational users,
3  correct?
4          MR. HABERMAN:  Objection.
5      A   No.  For anybody.
6      Q.  (BY MS. ROSS) As you note, an MSDS is available
7  over the Internet, right?
8      A   Yes.
9      Q   Stacey Moore never requested an MSDS, right?
10     A   To my knowledge and experience, you know,
11  people hardly read MSDS.  MSDS is read by people above a
12  certain knowledge who want to gather more information
13  and data.  Ordinary people who use the product, they
14  don't go for MSDS.  Label is the instructions for them.
15  That is the legal document.
16     Q   I'll break that down.  Okay?
17     A   Yes, sure.
18     Q   In your knowledge and experience, ordinary
19  people hardly ever read the MSDS, correct?
20     A   Most of the people don't read it, unless you
21  need more information about it.
22     Q   Since Stacey Moore never read a Roundup label
23  in the thousands of times he used Roundup, would you
24  expect him to have read the MSDS?
25     A   It's up to that individual.

66 (Pages 258 to 261)

Ambrose K. Charles, Ph.D.

<table>
<tr><td>

Page 262

1    Q   Page 26 of your report discusses male
2  reproductive effects.  Will you go there with me,
3  please?
4    A   Yes, yes, 26 -- is it 26?
5    Q   26, yes.
6    A   Yes, ma'am.
7    Q   Here you state that there are studies
8  suggesting adverse non-genotoxic reproductive effects on
9  human and animals associated with glyphosate exposure,
10  correct?
11    A   Yes.
12    Q   Non-genotoxic reproductive effects are not
13  cancer, correct?
14    A   Which -- which line are you reading from?
15    Q   I'm asking you a question now.
16        So you mentioned here non-genotoxic
17  reproductive effects, true?
18    A   Please point out in which -- which line you are
19  reading, so that I can be with you and understand what
20  you are reading.
21    Q   Sure.
22        So the sentence we just read references
23  non-genotoxic reproductive effects, correct?  That's
24  the first sentence in your section on page 26.
25    A   26, I am looking at the male reproductive

</td><td>

Page 264

1    A   I cannot.
2    Q   Can you point me to any studies or data that
3  suggests or finds that in vitro incubation of human
4  sperm with glyphosate causes or contributes to
5  non-Hodgkin's lymphoma?
6    A   That's what the report says.
7    Q   The report you cite talks about sperm motility
8  and mitochondrial dysfunction, correct?
9    A   Yes, yes.
10    Q   Can you point me toward any studies or data
11  showing that low-sperm motility causes non-Hodgkin's
12  lymphoma?
13    A   That is cited from the cross-reference 6 that
14  is mentioned there.
15    Q   Cross-reference 6 in your report is --
16    A   The ATSDR.
17    Q   -- the ATSDR?
18    A   Yes.  That -- that report contains that
19  information.
20    Q   If we wanted to see whether decreased sperm
21  motility was associated with non-Hodgkin's lymphoma, we
22  should go to ATSDR's report, correct?
23        MR. HABERMAN:  Objection.
24    A   I did not -- I did not say NHL.  This is a
25  sperm-modulated decrease.  It's an experiment so

</td></tr>
<tr><td>

Page 263

1  effects.
2    Q   Yes.  And you --
3    A   It starts with "Specifically interesting," and
4  then next sentence is "In vitro incubation."  The next
5  sentence is "Moreover".
6        And which sentence are you reading?
7    Q   Let's start with the first one.
8    A   Oh, okay.
9    Q   You say:  Specifically interesting, there are
10  studies suggesting adverse, non-genotoxic reproductive
11  effects.
12    A   Yes.
13    Q   Non -- and now I'm asking you a question about
14  that sentence.  Okay?
15    A   Oh, okay, okay.
16    Q   Non-genotoxic reproductive effects, are those
17  the same as cancer?
18    A   Non-genotoxic can be cancer to -- that is what
19  I am talking about.  Genotoxicity has direct effects on
20  the DNA.  Non-genotoxic is antigenotoxic, indirect
21  mechanism, a separate marker.  That is --
22    Q   Can you point me to any studies or data
23  establishing that any non-genotoxic reproductive effects
24  of glyphosate, specifically, is associated with
25  non-Hodgkin's lymphoma?

</td><td>

Page 265

1  acceleration that is captured in the ATSDR report.
2    Q.  (BY MS. ROSS) That was my question, is whether
3  it's linked to non-Hodgkin's lymphoma.  Do you
4  understand that?
5    A   Yeah.
6    Q   Okay.  So let me -- let me reask my question.
7    A   Yes.
8    Q   What studies or data can you point me to that
9  establish that low sperm motility causes non-Hodgkin's
10  lymphoma?
11    A   No, no studies.
12    Q   For any of the data that you cite here about
13  male reproductive effects, can you point me toward any
14  data, published or unpublished, that establish that
15  those effects lead to non-Hodgkin's lymphoma?
16    A   This particular reference, if I recall -- and
17  my write-up was -- my thinking was about testicular
18  cancer, male reproductive effects, that he had some
19  cancer in his reproductive organ.
20    Q   Do you know that DLBCL is a disease of
21  lymphocytes then that can appear anywhere in the body?
22        MR. HABERMAN:  Objection.
23    A   It can have a second wave.  It can promote
24  secondary cancers.
25    Q.  (BY MS. ROSS) DLBCL can occur in a lymph node

</td></tr>
</table>

67 (Pages 262 to 265)

Ambrose K. Charles, Ph.D.

Page 266

1  or in any other part of the body, correct?
2      A   Yes.
3      Q   DLBCL is a cancer that can appear anywhere in
4  the body, not limited to the male reproductive tract,
5  right?
6      A   It can be anywhere.  It can metastasize or
7  spread around the body also.
8      Q   What studies or data can you point me to that
9  show that low sperm motility or any other non-genotoxic,
10  reproductive effect causes DLBCL?
11     A   No.
12     Q   None?
13     A   No.
14     Q   Are you offering an expert opinion?
15     A   Excuse -- excuse me.
16     Q   Yes.
17     A   Since you are repeating that sperm motility,
18  that reference is there in the human reproductive
19  system, glyphosate has some kind of effect that is being
20  noted by researchers in in-vitro studies.  I'm bringing
21  that to attention for discussion.
22     Q   What you're pointing out here --
23     A   I'm not linking sperm motility to NHL, as you
24  are asking.
25     Q   What you're pointing out here is that ATSDR

Page 267

1  mentions studies of glyphosate and sperm motility,
2  correct?
3      A   Exactly.
4      Q   You are not saying that sperm motility has been
5  linked to non-Hodgkin's lymphoma, true?
6      A   Did I say anywhere that?  I didn't say that.
7      Q   And you're not saying it today?
8      A   No, no.
9      Q   Turn back with me -- you can set your report on
10  Stacey Moore aside for -- for the time being,
11  Dr. Charles.
12     A   Oh.
13     Q   If you'll take Exhibit 3.  That's your report
14  on Mr. Pleu.
15     A   Oh, Mr. Pleu.
16         Okay.
17     Q   On page 11, you talk about Mr. Pleu's mode of
18  application for Roundup, correct?
19     A   Page 12 -- 11?
20     Q   11.
21     A   11, okay.
22         I'm a little slow in the afternoon.  I'm
23  a retired person.
24         Yes.
25     Q   You mentioned you're getting a little slow in

Page 268

1  the afternoon.  Would you like to take a short break
2  before we go on to Mr. Pleu, Mr. Charles?
3         MR. HABERMAN:  I have to take a
4  bathroom --
5      A   You can ask me turning pages and following
6  you -- you are very fast for me.
7         MS. ROSS:  Why don't we take a break and
8  go off the record.
9         THE VIDEOGRAPHER:  Going off the record.
10  The time is 3:24.
11         (Recess from 3:24 p.m. to 3:31 p.m.)
12         THE VIDEOGRAPHER:  Back on the record.
13  This marks the beginning of Media Number 3.  The time is
14  3:31.
15     Q.  (BY MS. ROSS) Dr. Charles, we were on your
16  Moore report at page 11.  Are you there?
17     A   Yes.
18     Q   I'm sorry, when I say Moore, we are talking
19  about Mr. Pleu now.
20     A   Yes.
21     Q   On page 11.
22         William Pleu has been using Roundup
23  since 1994 at his wife's own residential property in
24  Canton, Georgia, correct?
25     A   Correct.

Page 269

1      Q   You -- I think we talked about your -- your
2  methodology with respect to Mr. Moore.  Is it fair to
3  say that it was similar for Mr. Pleu?
4      A   Yes.
5      Q   Do you have any facts or data to suggest that
6  Mr. Pleu was exposed to Roundup in any way that's
7  different from what he testified to in his deposition?
8      A   No.
9      Q   Mr. Pleu started using Roundup in 1994, right?
10     A   Yes.
11     Q   He used Roundup at his house, correct?
12     A   Yes.
13     Q   You would classify Mr. Pleu as a residential
14  user, right?
15     A   Yes.
16     Q   When he applied Roundup, Mr. Pleu would hold
17  the bottle or the sprayer one to three inches away from
18  the weeds, right?
19     A   Yes.
20     Q   Mr. Pleu never sprayed indiscriminately because
21  that would kill something he didn't intend to kill,
22  right?  Do you recall reading that in his deposition?
23     A   In this close-to-the-tar- -- target reach from
24  the original container, not using commercial backpack.
25  He also did weed control.  No, I don't remember the

Ambrose K. Charles, Ph.D.

Page 270

1    words that you mentioned.
2         Q    Did Mr. Pleu spray when it was windy?
3         A    I don't think so.
4              MR. HABERMAN:  Objection.
5         A    Yes.  He did not do it when it is windy, yes.
6         Q.   (BY MS. ROSS) When he applied Roundup, Mr. Pleu
7    wore boots, shorts, a T-shirt, glasses and work gloves,
8    correct?
9         A    Yes.
10        Q    Mr. Pleu got Roundup on his hands a few times
11   when taking off a glove to get to the bottom of a bottle
12   of Roundup, right?
13        A    Yes.
14        Q    That was on his right hand and no other body
15   part, correct?
16        A    The spray -- the spray?
17        Q    Yes.
18        A    Yes.
19        Q    On those few occasions, Mr. Pleu would then
20   spray his hand with a hose, right?
21        A    Yes.
22        Q    After spraying and doing whatever other
23   yardwork he was going to do that day, he would strip in
24   the garage and shower, correct?
25        A    Yes.

Page 271

1         Q    You -- withdrawn.
2              New question.
3              In your report on page 13, you reference
4    the MSDS when you're talking about Mr. Pleu, right?
5         A    Yes.
6         Q    Yet you state in your report for William Pleu
7    that the MSDS says:  In normal use and handling
8    conditions, please refer to the label and/or leaflet?
9         A    Yes.
10        Q    William Pleu's use was normal consumer use,
11   right?
12        A    Yes.
13        Q    Mr. Pleu should refer to the label, right?
14        A    I think so.
15        Q    You do not have any labels in your reference
16   materials for William Pleu, true?
17        A    No.
18        Q    As you did not identify any Roundup labels in
19   your expert report, you're not going to testify to the
20   contents of any Roundup label for Mr. Pleu, right?
21        A    No.
22        Q    Correct?
23        A    Correct.
24        Q    Did William Pleu ever read a Roundup label?
25        A    Not that I know of.

Page 272

1         Q    You have no opinion, sitting here today, that
2    Mr. Pleu ever read or relied on a Roundup label, right?
3         A    No.
4         Q    Right?
5         A    Yes.
6         Q    Double negative, so I will ask it again.
7         A    Okay.
8         Q    Do you have any opinion sitting here today that
9    Mr. Pleu ever read or relied on a Roundup label?
10        A    No.
11        Q    On page 15 of your report for Mr. Pleu, there's
12   a sentence that begins in the second paragraph about
13   halfway down "Lacking any glyphosate monitoring levels."
14             Do you see where I am?
15        A    Beginning of the line?
16        Q    The beginning of a line is "Exposures as
17   opposed to."
18        A    Yes, yes.
19        Q    Lacking any glyphosate monitoring levels (urine
20   or blood) in Pleu's records, it is impossible to
21   numerically determine his exposure level to glyphosate
22   by urine or blood samples.
23             Correct?
24        A    Correct.
25        Q    Can you point me to any test at any time that

Page 273

1    would confirm that William Pleu had measurable
2    glyphosate in his body?
3         A    I didn't see any data.
4         Q    Is it possible that William Pleu never had
5    measurable glyphosate in his body?
6         A    If he has used that chemical, probably has some
7    exposure.
8         Q    Is it possible that Mr. Pleu's exposure could
9    be below the levels of detection?
10             MR. HABERMAN:  Objection.
11        A    Possible, not detected yet.  So we do not know.
12        Q.   (BY MS. ROSS) You are not -- well, withdrawn.
13             Are you relying on any measurement of
14   glyphosate in William Pleu's body?
15        A    No.
16        Q    Are you relying on any estimation or
17   calculation of glyphosate in William Pleu's body?
18             MR. HABERMAN:  Objection.
19        A    No.
20        Q.   (BY MS. ROSS) On page 23 of your report for
21   Mr. Pleu, you have a section that's similar to what we
22   were talking about for Mr. Moore.
23             Tell me when you're there.
24        A    Yes.
25        Q    Here you state that:  Rodent studies frequently

69  (Pages 270 to 273)

Ambrose K. Charles, Ph.D.

Page 274

1  reported reproductive effects in male rats with
2  increased incidence of prostatitis following chronic
3  exposures.
4          Do you see where I am?
5      A   Yes.
6      Q   This is a different font in your report.  Why
7  is that?
8      A   A different font?
9      Q   Yes.
10     A   No...
11         MR. HABERMAN:  What page?
12         MS. ROSS:  Page 23.
13     A   That was not done purposefully.  That different
14  font, and I also see an underlining, it must have been a
15  computer mistake or something like that.
16     Q.  (BY MS. ROSS) Did you write these sentences in
17  your report?
18     A   Yes.  I wrote the sentence, but I can't
19  remember the different font and line -- underline that.
20     Q   You do not provide a citation for your
21  statement that rodent studies frequently recorded
22  reproductive effects in male rats?
23     A   That came from the cross-reference.
24     Q   Cross-reference here is number 9?
25     A   Number 9, yeah.  It must be the ATSDR.

Page 275

1      Q   Again, you're referencing ATSDR --
2      A   Yes, yes.
3      Q   -- for this correct?
4      A   Yes, exactly.
5      Q   We should go to ATSDR's summary for
6  glyphosate --
7      A   Yes.
8      Q   -- to understand what reproductive effects were
9  noted in the rats and mice, correct?
10     A   Exactly.
11     Q   Mr. Pleu did not have prostatitis.  He had
12  prostate cancer.
13         Do you understand that those are
14  different medical diagnoses?
15     A   Yes.
16     Q   Did you perform a comprehensive review of the
17  scientific literature to determine whether Roundup use
18  is associated with prostate cancer?
19     A   Roundup associated with -- no.
20     Q   We can agree there's no discussion in your
21  report of any human epidemiologic evidence as to whether
22  Roundup is associated with prostate cancer; is that
23  right?
24     A   No.  Glyphosate -- so there, what I was trying
25  to bring is NHL has a secondary promoting effect to

Page 276

1  cause prostate cancer.
2      Q   Did you cite in your report any human
3  epidemiologic evidence as to whether Roundup is
4  associated with prostate cancer?
5      A   No.
6      Q   Did you look for that evidence?
7      A   I didn't find any.
8      Q   Did you look for it?
9      A   Yes.
10     Q   Do you know whether any of the studies you cite
11  in your report actually looked at Roundup and prostate
12  cancer?
13     A   No.
14     Q   Do you know if any studies found an increased
15  risk of prostate cancer --
16     A   No.
17     Q   -- with exposure to glyphosate?
18     A   No, no.
19     Q   If you'll go with me back to Exhibit 14 to your
20  deposition, Andreotti 2018.
21         Tell me when you're there.
22     A   Which page is that?
23     Q   Exhibit 14, which is Andreotti 2018?
24     A   Oh, okay.
25         MR. HABERMAN:  Here you go.

Page 277

1      A   Oh.  And which page is that?
2      Q.  (BY MS. ROSS) We'll start at the first page.
3      A   Oh.
4      Q   Andreotti 2018 is an article entitled,
5  "Glyphosate Use and Cancer Incidents in the Agricultural
6  Health Study," correct?
7      A   Correct.
8      Q   Table 2 of Andreotti begins on page 512.  Are
9  you there?
10     A   Yes.
11     Q   Table 2 of Andreotti is entitled, "Cancer
12  incidence in relation to intensity-weighted lifetime
13  days of glyphosate use in the Agricultural Health
14  Study," correct?
15     A   Yes.
16     Q   Is prostate cancer listed in this table?
17     A   Yes.
18     Q   For the highest quartile of exposure to
19  glyphosate-based herbicides, there were 571 cases
20  evaluated, correct?
21     A   Yes.
22     Q   The relative risk was .99?
23     A   Yes.
24     Q   The 95 percent confidence interval was .86 to
25  1.13, correct?

Ambrose K. Charles, Ph.D.

Page 278

1    A   Yes, yes.
2    Q   The P for trend was .89, right?
3    A   Yes.
4    Q   There is at least one study on your reference
5   list that looked at glyphosate-based herbicides and
6   prostate cancer, true?
7    A   Which reference is that?
8    Q   The one that we are looking at right now.
9    A   That is -- glyphosate causing prostate cancer,
10  right?
11   Q   There is at least one study on your reference
12  list that is Andreotti 2018 --
13   A   Yes.
14   Q   -- that looked at glyphosate-based herbicides
15  and prostate cancer, true?
16   A   Yes, yes.
17   Q   The relative risks for glyphosate use in
18  prostate cancer in that study were all showing no
19  increased risk, correct?
20   A   Yes.
21   Q   The P for trend is near unity and it's .89,
22  correct?
23   A   Yes.
24   Q   Sitting here today, can you name any study
25  anywhere in the world demonstrating an increased risk of

Page 279

1   prostate cancer in humans using Roundup?
2    A   No.
3    Q   None of Mr. Pleu's treating doctors diagnosed
4   his prostate cancer as secondary to CLL, correct?
5    A   It is secondary -- secondary to other
6   initial -- prostate cancer can be a secondary effect of
7   initial cancer.
8    Q   That's an opinion you are offering as an expert
9   in this case?
10   A   No, that is -- there is a study.
11   Q   And we will get to the study that you cite on
12  that, but I am asking a different question right now.
13   A   Oh, okay.
14   Q   Did any of Mr. Pleu's treating doctors diagnose
15  his prostate cancer as secondary to CLL?
16   A   No.
17   Q   Do you see written -- anywhere in his medical
18  records that his prostate cancer had anything to do with
19  CLL?
20   A   No.
21   Q   Are you aware of any medical doctor, including
22  any expert retained by the plaintiffs, who diagnosed
23  Mr. Pleu's prostate cancer as secondary to CLL?
24   A   No.
25   Q   You are not offering an opinion that Mr. Pleu's

Page 280

1   use of Roundup increased his risk of prostate cancer,
2   true?
3    A   No, I am not.  Citing the available literature,
4   I was trying to speculate a connection.
5    Q   You referenced Zhu 2019 in your report as a
6   paper on prostate cancer and CLL, right?
7    A   290?
8        Zhu, et al, is it?  Is this the report
9   you are talking about?
10   Q   Yes.  On page 27 of your report --
11   A   Yes, yes.  Yeah.
12   Q   -- you reference Zhu 2019?
13   A   Yes.
14   Q   Correct?
15   A   Yes.
16   Q   Zhu 2019 is a case report of two patients with
17  CLL and prostate cancer, right?
18   A   Yes.
19   Q   You understand that case reports in medicine
20  are hypothesis generating?
21       MR. HABERMAN:  Objection.
22   A   They were -- they are findings, you know.  They
23  are -- you asked about the medical doctors, so, you
24  know, anybody has made an -- an opinion about Pleu's
25  prostate cancer linked to NHL or glyphosate caused,

Page 281

1   okay, I was citing this.  This was a medical doctor, I
2   think he is a surgeon that -- who actually formed and
3   postulated an opinion that it comes as a secondary to
4   the CLL malignancy that he found in this patient.
5    Q.  (BY MS. ROSS) That patient is not William Pleu,
6   right?
7    A   Right.
8    Q   The patient --
9    A   That patient is not William Pleu.  I was
10  citing, that is all, citing this, right.
11       (Exhibit 15 virtually marked.)
12   Q.  (BY MS. ROSS) Exhibit 15 to your deposition is
13  a case report by Zhu, at al, entitled, "Extended
14  lymphadenectomy for high-risk prostate cancer in
15  patients with chronic lymphocytic leukemia" --
16   A   Okay.
17   Q   -- "may not be necessary, a report of two
18  cases."
19   A   Yeah.
20   Q   Do you see that?
21   A   Yeah.
22   Q   Zhu 2019 is a report of two cases, correct?
23   A   Yes.
24   Q   Case reports in medicine are considered the
25  lowest level of evidence, right?

Ambrose K. Charles, Ph.D.

1          MR. HABERMAN:  Objection.
2      A   It is taken with a seriousness depending on the
3   cases.
4      Q.   (BY MS. ROSS) One of the patients here was
5   diagnosed with CLL and prostate cancer at the same time.
6   That's what concomitant means, correct?
7      A   Say it again, on other cases...
8      Q   One of the cases was diagnosed with prostate
9   cancer and CLL at the same time.  That's what
10   concomitant means, right?
11      A   Okay, yes.
12      Q   That's not true of Mr. Pleu, right?
13      A   No, no.
14      Q   Another patient was treated for CLL and
15   diagnosed with prostate cancer years after CLL
16   treatment, right?
17      A   Yes.
18      Q   You understand that chemotherapy treatments for
19   CLL impacts the immune system and increases the risk of
20   subsequent cancers?
21      A   Yes.
22          MR. HABERMAN:  Objection.
23      Q.   (BY MS. ROSS) Mr. Pleu has never been treated
24   for CLL, right?
25          MR. HABERMAN:  Objection.

1      A   He -- he was under some medication, but not for
2   cancer therapy, chemotherapy, if that's what you are
3   asking me.  Chemotherapy specifically intended for
4   malignancy.
5      Q   Mr. Pleu has taken medications in his life, but
6   he has never been treated for -- with chemotherapy for
7   CLL --
8      A   Chemotherapy --
9      Q   -- correct?
10      A   -- for CLL malignancy?
11      Q   Right.
12      A   Yeah.
13      Q   I am correct that Mr. Pleu has never been
14   treated with chemotherapy for CLL?
15      A   Yeah, yeah.
16      Q   Both of the patients in this case report were
17   symptomatic from CLL and both were treated for CLL, both
18   were at a different stage than Mr. Pleu, correct?
19      A   Yes.
20          MR. HABERMAN:  Objection.
21      Q.   (BY MS. ROSS) Do you know whether, from a
22   medical perspective, it is CLL itself or the
23   immunosuppressing chemotherapy that some patients get
24   for their CLL that leads to an increased risk of other
25   cancers?

1      A   I -- I can't cite any particular studies right
2   now off my mind, off my brain.  However, when you say
3   immunosuppressive treatment, that opens the door for
4   other things.  But doctors are watching that and they
5   monitor.
6          They do all the different types of scans
7   to find out the spread of cancer.  So medical,
8   clinical monitoring is side by side going on with the
9   therapy.  They look at the immunosuppressant effect of
10   the patient on therapy and state of their treatment.
11      Q   Have you asked any medical doctors whether they
12   actually consider prostate cancer a secondary cancer
13   following CLL?
14      A   No, this is the only report I found that has
15   some connection with the CLL as a secondary to -- this
16   is -- all this is a case study.  Case studies are
17   important.  I don't acknowledge --
18      Q   Zhu 2019 is --
19      A   Because I am a case.  You are a case.  If there
20   is a study, and something happened to me, to report it.
21   You would have to eliminate it, ignore it, you know,
22   because it doesn't count out of 100 people, or 1,000
23   people, so it is not statistically significant.
24          I don't take it that way.  When I look
25   at case studies positively pointing out something, I

1   am bringing to their attention the discussion.
2      Q   We were talking over each other so let me
3   repeat my question.  Okay?
4      A   What did I talk over you?
5      Q   Zhu 2019 is a case study, right?
6      A   Yes.
7      Q   Zhu 2019 was the only case study that you found
8   linking CLL and prostate cancer, true?
9      A   Yes.
10      Q   On page 24 of your report for Mr. Pleu -- you
11   can go back there with me, please.
12      A   Which page, page 4?
13      Q   24?
14      A   24.  Okay.
15      Q   Here you describe acute short-term toxicity
16   studies, right?
17      A   On page 24, I am talking about dose-effect
18   relationship at the bottom.
19      Q   Thank you.
20      A   Mechanism of carcinogenicity.
21          THE REPORTER:  Mechanism of what?
22          THE WITNESS:  Carcinogenicity.
23          MS. ROSS:  Carcinogenicity.
24      Q.   (BY MS. ROSS) On page 24 of your Pleu report,
25   you are talking about mechanism of carcinogenicity,

Ambrose K. Charles, Ph.D.

## Page 286

1    correct?
2        A   Yes, yes.
3        Q   One thing that you talk about is a mice study
4    using topical application?
5        A   Yeah.
6        Q   The reference you provide -- so let me just
7    read the whole sentence so we know where we are.  Okay?
8            A mice study using topical application
9    of DMBA, a tumor initiator, followed by multiple
10   dermal applications of the glyphosate formulation
11   resulted in formation of skin tumors in 40 percent of
12   the DMBA plus glyphosate treatment group.
13           Do you see that?
14       A   Yes.
15       Q   The citation that you provide for that study is
16   reference number 4, right?
17       A   That's an error.
18       Q   What is the appropriate citation for the study?
19       A   That's in ATSDR.
20       Q   Okay.
21       A   Yeah.
22       Q   Now, as we discussed earlier, you reviewed and
23   relied on ATSDR and IARC for your review of the animal
24   studies; correct?
25       A   Yes, and EPA.

## Page 287

1        Q   You did not actually read the paper that is
2    referenced on page 24 of your report about tumor
3    promotion, right?
4            MR. HABERMAN:  Objection.
5        A   No, I did not -- I did not read the paper.  It
6    is a study.  It is a DLB (phonetic) study perhaps that
7    got done by Monsanto or Bayer or somebody.
8        Q.  (BY MS. ROSS) So just so I understand, because
9    the citation was wrong --
10       A   Yeah.
11       Q   -- the study you are referencing here, you
12   reviewed a summary of that study in one of the documents
13   you reviewed, right?
14       A   Exactly, yeah.
15       Q   You relied on IARC's interpretation of the
16   animal data, correct?
17       A   IARC?
18       Q   Yes.
19       A   Interpretation of animal data?
20       Q   Yes.
21       A   Yes.
22       Q   Did you find IARC's interpretation of the
23   animal data to be reliable?
24       A   It is reliable to the half -- more than half of
25   the population in the world.

## Page 288

1        Q   What makes it reliable?
2        A   Because their scientists reviewed, evaluated,
3    and then came up with their conclusions.  Their
4    conclusions reaches what you know as tied to a
5    carcinogen.
6        Q   IARC had experts on the conduct and
7    interpretation of animal studies, reviewed various
8    studies of glyphosate, true?
9        A   Yes.
10       Q   IARC interpreted those studies and put together
11   a monograph that you reviewed --
12       A   Yes.
13       Q   -- in preparing your opinions?
14       A   Yes, yes.
15       Q   The tumor promotion study that you mentioned is
16   one of the studies that IARC reviewed and commented on,
17   right?
18       A   Yes.
19           (Exhibit 16 virtually marked.)
20       Q.  (BY MS. ROSS) Exhibit 16 to your deposition is
21   IARC Monograph 112 regarding glyphosate.  Do you see
22   that?
23           Dr. Charles?
24       A   Yes.
25       Q   If you will turn with me to page 32 of the IARC

## Page 289

1    monograph.  Tell me when you are there.
2        A   Yes.
3        Q   On page 32 of their monograph, IARC discusses
4    a -- an initiation-promotion study of skin application
5    of glyphosate-based formulation, correct?
6        A   Yes.
7        Q   In that study, the authors looked at
8    glyphosate, 41 percent, dissolved in ethanol; right?
9        A   Yes.
10       Q   They looked at DMBA dissolved in ethanol,
11   correct?
12       A   Yes.
13       Q   They looked at TPA dissolved in acetone, right?
14       A   Yes.
15       Q   There were eight different groups in that
16   study, correct?
17       A   Yes.
18       Q   And IARC provides their evaluation of that
19   study in Monograph 112, true?
20       A   I am looking at the study.  Where is the
21   evaluation?
22       Q   Yes.  So there is a Comments section in this
23   table.
24           Do you see that?
25       A   Oh, yeah, I see that.

Ambrose K. Charles, Ph.D.

Page 290

1    Q   IARC's comments on George 2010 -- this is the
2  study that you were referencing in your report when you
3  talk about initiation promotion, right?
4    A   Yeah, this could be the study that ATSDR is
5  talking about.
6    Q   And you are not sure one way -- when you say
7  "could be the study," you are not sure one way or the
8  other because --
9    A   No, I reference -- I -- I reviewed ATSDR.
10    Q   And you also reviewed and relied on IARC,
11  right?
12    A   This is the only study I think probably they
13  have.
14    Q   Right.
15        So IARC's description of the George 2010
16  tumor promotion study was a short duration of
17  treatment, no solvent controls and lack of any
18  histopathologic evaluation, right?
19    A   Yes.
20    Q   The working group for IARC concluded this was
21  an inadequate study for the evaluation of glyphosate,
22  correct?
23    A   Yes.
24    Q   IARC's evaluation of this study was that the
25  skin tumors were called papillomas by the authors,

Page 291

1  following gross examination only.
2        Do you see that?
3    A   Yes.
4    Q   You know that there is a difference between
5  histopathologic evaluation, where you look at something
6  under a microscope and gross evaluation, where you look
7  at it with a naked eye, right?
8    A   Yes.
9    Q   For the study that we are talking about here,
10  do you know if any of the regulators that you reference,
11  such as the EPA, also looked at the same study?
12    A   Yes.
13    Q   We can agree that none of those regulators
14  concluded it provides reliable evidence that glyphosate
15  promotes tumors, right?
16        MR. HABERMAN:  Objection.  Misstates the
17  evidence.
18    A   They concluded that it did not form any
19  cancer -- I mean any tumor.
20    Q.  (BY MS. ROSS) Did any regulator that you can
21  name, sitting here today, conclude that the George 2010
22  study provides reliable evidence that glyphosate
23  promotes tumor formation?
24        MR. HABERMAN:  Objection.
25    A   I -- I have a little more to add to your

Page 292

1  question if you permit me to do that.
2    Q.  (BY MS. ROSS) I will break it down into two
3  pieces, but first --
4        MR. HABERMAN:  No, no.  You can answer the
5  way --
6    Q.  (BY MS. ROSS) -- answer my question.
7        MR. HABERMAN:  You can answer the way you
8  want to answer the question.  And if you have something
9  to add, then you can do that too.
10    A   No, my -- the question was a regulator?
11    Q.  (BY MS. ROSS) Yes.
12    A   Okay.  Regulators decide whether there is a
13  tumor or not -- regulators don't do that.  Scientists do
14  that who evaluated.
15    Q   I see.  Okay.
16    A   Okay.
17    Q   So did any scientist --
18    A   That was my answer, yeah.
19    Q   I see.
20        Let me reask my question.  Okay?
21    A   Uh-huh, yeah.
22    Q   Did any scientist at any regulatory authority
23  conclude that the George 2010 tumor promotion study
24  provides reliable evidence that glyphosate promotes
25  tumors in animals?

Page 293

1    A   There may be some false in every study,
2  limitations in every study.  There is not a perfect
3  study.  So if they find some activity of tumor
4  promotion, they make it out of that, you know, there is
5  some activity.
6        Then they put that experimental data
7  into a statistical analysis in number of animals,
8  number of observations, all of these factors go
9  through an analysis to come up whether you come to a
10  conclusion of whether it promotes or not.
11        That is the conclusion that you leave in
12  the corners here.  That doesn't exclude the
13  observations that there were some animals that might
14  have some promotional thing.  Okay?
15        That you'll leave -- read when you go to
16  some report.  That is what probably ATSDR pointed out,
17  there is some promotional effect.
18    Q   In order to evaluate the actual study data from
19  George 2010, you would have to read the underlying
20  study, correct?
21    A   Yeah, the --
22        MR. HABERMAN:  Objection.
23    A   -- whole mouse study.  You know, you have to go
24  through the whole study.
25    Q.  (BY MS. ROSS) You did not do that, correct?

74  (Pages 290 to 293)

Ambrose K. Charles, Ph.D.

Page 294

1    A   I did not do that.
2        MR. HABERMAN:  Objection.
3    A   Nobody does that.
4    Q.  (BY MS. ROSS) If you'll please identify for me,
5    Dr. Charles, anything in your references that supports
6    the statement in your report that this study indicates
7    that glyphosate formation functioned as a tumor
8    promotor?
9    A   Yes.
10   Q   What is that?
11   A   That's what the study says, you know,
12   glyphosate formulation functioned as a tumor promoter.
13   Q   When you say, "That's what" --
14   A   Because glyphosate treatment to that DMBA
15   group, you know, when they are applied, they are found
16   and increased the tumors probably.
17   Q   What in table -- for that, you are looking at
18   IARC Monograph 112, right?
19   A   No.  I am looking at my report that ATSDR says
20   about skin tumors in 40 percent of the DMBA, plus
21   glyphosate treatment group.
22   Q   So you are relying on ATSDR for this statement?
23   A   Yes, yes.
24   Q   Okay.  Dr. Charles, when you looked at the
25   epidemiology studies in this case, did you use the same

Page 295

1    rigger that you would use in your professional life as
2    you were conducting a risk assessment?
3    A   Epidemiological studies for me is a set of
4    studies that is used to look at -- there is no other
5    evidence for human exposure.  And this is my honest
6    opinion.
7    Q   When you say "epidemiologic studies" --
8    A   Yeah.
9    Q   -- for you are a set of studies used for human
10   exposure --
11   A   No.
12   Q   -- what do you mean by that?
13   A   I -- I will -- I will rephrase that for you to
14   understand.
15   Q   Yes.
16   A   Epidemiological studies are basically survey
17   studies -- survey -- survey results.
18       THE REPORTER:  Sorry?
19   A   You go to a population --
20       THE WITNESS:  Survey, S-U-R-V-E-Y.
21   Survey.
22   A   You go to a population, a selected population,
23   a large population, you will find out information about
24   certain exposure, spread out a questionnaire, get the
25   information, and then put it through a statistical

Page 296

1    machine, you'll get associations, what you are looking
2    for.
3        That's what the epidemiological study
4    methodology is.  Or you go to a -- a cohort study,
5    like you go to a hospital, you look up the records,
6    how many people had cancer or what -- you know, what
7    were their habits, and put that data into something,
8    you know, and come up with a statistical analysis to
9    find out if there are -- if there are associations.
10   Those are the epidemiological output as a
11   toxicologist.
12       There are epidemiological toxicologists
13   who love their studies.  I am basically a trained
14   person, just look at the basic level of cause and
15   effect.
16       If there is a metabolic association or
17   if there is an exposure-related effect that can be
18   identified in an animal study or in-vitro study or
19   in-vivo study.  That is what we look at.
20       That is the basic reason for millions of
21   dollars of worth, animal studies and ratio studies are
22   designed by EPA.  If the epidemiology studies was the
23   basis of all decisions, then we don't have to spend
24   that much money.
25   Q   I will break that down.  Okay?

Page 297

1    A   Yes.
2    Q   There are in vitro and in vivo studies that you
3    look at as a toxicologist, correct?
4    A   Yes.
5    Q   Those are the studies that are typically
6    evaluated by a regulator to base decisions on, true?
7    A   Exactly.
8    Q   There are also at times epidemiologic studies
9    done, correct?
10   A   Yes.
11   Q   Those are survey studies, right?
12   A   Yes.
13   Q   Epidemiologic studies can be cohort studies
14   which look prospectively at a group of people and follow
15   them to see who develops cancer, right?
16   A   Yes.
17   Q   Epidemiologic studies can also be case control
18   studies?
19   A   Yes.
20   Q   Who look at people who have cancer and people
21   who do not have cancer, right?
22   A   Exactly.
23   Q   You looked at the results of the epidemiologic
24   studies on Roundup and non-Hodgkin's lymphoma, right?
25   A   Yes.

Ambrose K. Charles, Ph.D.

Page 298

1    Q   Did you look to see whether those results were
2  statistically significant?
3          MR. HABERMAN:  Objection.
4    A   Some of them have -- some of them are not
5  statistically significant.  Even if it's not
6  statistically significant, that doesn't really tell you
7  that it -- it doesn't exist at all.  If there is some
8  effect, that is not statistically picked up, but there
9  is some people who are affected by this.
10   Q.  (BY MS. ROSS) You have an understanding that --
11 a basic understanding of statistical significance from
12 your Master's, right?
13   A   Yes.
14   Q   Statistical significance is a measure used to
15 determine whether the results of a study are likely to
16 be due to chance or not, right?
17   A   Exactly.
18   Q   A 95 percent confidence interval that includes
19 one, means the results are not statistically
20 significant, correct?
21   A   Yes.
22   Q   A P-value is less than .05 if the results are
23 statistically significant, yes?
24   A   Significant, yes.
25   Q   A P-value that is greater than .05 means that

Page 299

1  results are not statistically significant, right?
2          MR. HABERMAN:  Objection.
3    A   That's correct.
4    Q.  (BY MS. ROSS) It is not necessarily the case
5  that, simply because results are not statistically
6  significant, there isn't an effect; correct?
7    A   No.
8    Q   Are you familiar --
9    A   Not -- excuse me, can I add?
10   Q   Yes.
11   A   Statistically not significant doesn't mean that
12 there is no effect.
13   Q   Right.
14        Can you define the concept of correcting
15 for multiple comparisons in biostatistics?
16   A   Pardon?
17   Q   Can you define the concept of correcting for
18 multiple comparisons in bio- --
19   A   No.
20   Q   -- -statistics?
21   A   No, I am not familiar with that.
22   Q   You would defer to a biostatistician on that
23 issue?
24   A   Exactly.
25   Q   Did you attempt to be balanced in the way that

Page 300

1  you presented the epidemiologic results in your report?
2    A   I'm very balanced.  I am not biased.
3    Q   For example, if an epidemiology study reported
4  risks that were adjusted for other pesticides, you would
5  want to present those over unadjusted numbers; right?
6    A   Yes.
7    Q   If an epidemiologic study reported on the
8  actual type of non-Hodgkin's lymphoma that a plaintiff
9  had, you would want to present those numbers, right?
10   A   Yes.
11   Q   If an epidemiologic study only reported on NHL
12 overall, it makes sense to use these numbers, correct?
13   A   Yeah, the supporting studies, supporting
14 evidence.
15   Q   If an epidemiologic study reported on NHL and
16 also on other cancers, you would want to use the numbers
17 for NHL as opposed to some other cancer that the
18 plaintiffs here did not have; right?
19   A   Yes.
20   Q   There is no reason to rely on a different type
21 of cancer that the plaintiff didn't actually have if
22 there were data available for plaintiff's actual cancer,
23 right?
24   A   Correct.
25        Excuse me.  Probably that is the reason

Page 301

1  I did not bring up the prostate from the
2  epidemiological report that you showed me, the cancer
3  of the prostate into my discussion because --
4    Q   Did any plaintiff here have prostate cancer?
5    A   Yes.
6    Q   Mr. Pleu?
7    A   Pleu.
8    Q   Right.
9        If you will turn with me to page 23 of
10 your report.
11        Actually, let's go --
12   A   Can you please ignore that underlining and the
13 different font?
14   Q   Yes.  We'll --
15   A   That must have gotten there by a computer --
16   Q   Of course.
17   A   -- issue, yes.
18   Q   In addition to the data on mechanism, you also
19 discussed the epidemiologic data, correct?
20   A   Yes.
21   Q   On page 20 of your report, at the very bottom,
22 the last sentence, begins, "However."
23        MR. HABERMAN:  What page?
24        MS. ROSS:  20.
25        THE WITNESS:  20, yes.

76  (Pages 298 to 301)

Ambrose K. Charles, Ph.D.

Page 302

1    A    The last line?
2    Q.   (BY MS. ROSS) The very last sentence --
3    A    Oh, okay.
4    Q    -- that begins with, "However."
5    A    Yes, I am here.
6    Q    In your report, you state, "all seven primary
7    human epidemiological studies discussed above postulate
8    a cause-and-effect correlation; i.e., glyphosate
9    exposure had a limited, caut- -- cautious, suggestive,
10   or significant association and tendency toward the
11   causation of NHL;" correct?
12   A    Yes.
13   Q    Do you stand by what you wrote in your report,
14   that all seven primary human epidemiologic studies you
15   reviewed find a cause-and-effect correlation between
16   glyphosate and non-Hodgkin's lymphoma?
17   A    Yes.
18   Q    As part of your exposure days analysis, you
19   compared William Pleu's exposure days to those reported
20   in the published literature; true?
21   A    Yes.
22   Q    We talked before about the idea that greater
23   than two days per year means greater than or equal to 16
24   hours, right?
25   A    Yes.

Page 303

1    Q    Is it necessary that someone be exposed to
2    glyphosate for more than one year for them to be at
3    increased risk of NHL?
4    A    No.
5         MR. HABERMAN:  Objection.
6    A    It is not necessary, you know.  The
7    epidemiological data even show that two days exposure
8    can cause some kind of significant association, so...
9    Q.   (BY MS. ROSS) So that could be just greater
10   than 16 hours of exposure for a single year, right?
11   A    Yeah, I mean...
12   Q    Your opinion that William Pleu's Roundup
13   exposure increased his risk of NHL is based on comparing
14   the number of days he reported he was exposed to numbers
15   in the epidemiologic literature, correct?
16   A    Yes.
17   Q    The same is true for Stacey Moore, right?
18   A    Yes.
19   Q    In your report, you reference odds ratios from
20   Eriksson 2008 --
21   A    Yes.
22   Q    -- and Pahwa 2019 for estimates of the risk of
23   non-Hodgkin's lymphoma in those exposed to glyphosate,
24   right?
25   A    Yes.

Page 304

1    Q    We will talk about those studies in more
2    detail, but let me see if we can get some clarity on
3    basic concepts.
4    A    Okay.
5    Q    Okay?
6         New question.
7         Some studies measured high exposure by
8    the number of days sprayed per year, correct?
9    A    Yes.
10   Q    Days per year is a frequency of exposure,
11   right?
12   A    That's right.
13   Q    Some studies reported frequency of exposure --
14   A    Excuse me.  Excuse me.  Also duration.
15   Q    Duration is different than frequency, right?
16   A    No, the hours of exposure that we calculate
17   from number of hours.
18   Q    Right.
19   A    Okay, so that is exposure duration.
20   Q    So I am breaking those up into separate things
21   right now --
22   A    Oh, okay.
23   Q    -- okay?
24   A    Okay.
25   Q    Some studies report frequency of exposure as

Page 305

1    greater than two days per year, correct?
2    A    Yes.
3    Q    Greater than two days per year could be three
4    days per year for one year total for a total of three
5    days, right?
6    A    Yes.
7    Q    Greater than two days per year could also be
8    15 days per year for 20 years for a total of 300,
9    correct?
10   A    Yes.
11   Q    There is no way to tell from greater than
12   two days per year whether the total number of exposure
13   days is 3 or 300, true?
14   A    That's true.
15   Q    To measure highest exposure by the number of
16   days per year, you would want to use the highest number
17   of days per year available, right?
18   A    Exactly.
19   Q    Greater than five days per year is more
20   exposure than greater than two days per year, right?
21   A    Yes.
22   Q    If a study had both greater than two days per
23   year and greater than five days per year, you want to
24   use the greater than five days per year, right?
25   A    Yes.

77  (Pages 302 to 305)

Ambrose K. Charles, Ph.D.

Page 306

1    Q   Some studies measured high exposure by the
2  total number of years sprayed, correct?
3    A   Yes.
4    Q   That is what you mentioned a moment ago --
5    A   Yes.
6    Q   -- correct?
7    A   Yes.
8    Q   Number of years sprayed is a duration of
9  exposure measure, right?
10    A   Yes.
11    Q   The -- the total number of years sprayed
12  doesn't tell us whether someone sprayed Roundup one time
13  per year or 50 times per year, right?
14    A   Yes.
15    Q   Some studies measured high exposure by
16  cumulative number of days in a lifetime, right?
17    A   Yes.
18    Q   Cumulative-lifetime days tells you how many
19  times over the course of somebody's life they were
20  exposed to Roundup, true?
21    A   Yes.
22    Q   Cumulative-lifetime days of exposure combines
23  frequency and duration, right?
24    A   Yes.
25    Q   And, in fact, you provide cumulative-lifetime

Page 307

1  days of exposure for Mr. Pleu and Mr. Moore, correct?
2    A   Yes, yes.
3    Q   What is the most reliable measure of high
4  exposure to glyphosate-based herbicides?  Is it number
5  of days per year, number of years, or
6  cumulative-lifetime days?
7    A   If you look at different reports, they show
8  different numbers, you know, either days or years, you
9  know.
10        Which one is the best number?
11        Okay.  Let me take you back to a little
12  bit of my thoughts.  All the epidemiologic studies are
13  either 3,000 people, 5,000 people or 58,000 people or
14  some other amount are in studies, you know; pooling of
15  them from different countries, different places;
16  putting all the data together; and then still it can
17  come up with any number -- number of years that they
18  are exposed.
19        That is how that data is generated.
20  They are not actual factual data that one person was
21  exposed to.  Okay.  This is the mean of thousands of
22  people that they put into.
23        But what Pleu has is his own statements
24  that I read and that I calculated.  That's not a
25  direct comparison of what you see in the

Page 308

1  epidemiological data.
2    Q   So --
3    A   But -- but we have to come there because we
4  don't have any other data to compare.
5    Q   The epidemiologic data takes thousands of
6  people and --
7    A   Exactly.
8    Q   -- look across a population at --
9    A   Yes.
10    Q   -- the either odds ratio or relative risk for
11  exposure in that population, right?
12    A   Exactly.
13    Q   There are also meta-analyses that combine data
14  from multiple studies and give exposure and risk
15  estimates for the total population, right?
16    A   Many countries.
17    Q   Correct?
18    A   Coming from Europe and Canada and U.S.
19    Q   Yes.
20    A   Anything in particular.
21    Q   That, for example, was the Boffetta 2021 paper
22  that you referenced, right?
23    A   Yes, yes.
24    Q   Do you have an opinion on the threshold of
25  Roundup exposure in terms of number of days that

Page 309

1  increases someone's NHL risk?
2    A   I have no threshold that -- other than what's
3  published information that I am relying on.
4    Q   And the published information you are relying
5  on is greater than two days per year, right?
6    A   That's right.
7    Q   To reach your opinion that the plaintiff's
8  Roundup exposure increased his NHL risk, you added up
9  number of days the plaintiff said he was exposed to
10  Roundup, right?
11    A   Yes.
12    Q   And then asked, is that more or less than
13  two days per year; correct?
14    A   Yes.
15    Q   Is there any reason you can think of that the
16  jury can't do that themselves?
17    A   Any reason why the jury can't do that?
18    Q   Yes.
19    A   Do what?  I don't understand.
20        MR. HABERMAN:  Objection.  That calls for
21  a legal conclusion.
22    A   I don't understand that question.
23        MR. HABERMAN:  Legal foundation.
24    Q.  (BY MS. ROSS) Is there any reason you can think
25  of that a jury cannot take a plaintiff's testimony about

Ambrose K. Charles, Ph.D.

Page 310

```
 1   how much Roundup they sprayed and see if it is more than
 2   or less than two days per year?
 3        A   Yes.  The jury cannot do that unless you go
 4   through the calculations -- I did them with you and we
 5   you went through.  Because you get information from the
 6   person to the -- I used 30 minutes of -- 30 minutes to
 7   an hour.  I used it weekly.  I used it for 15 years or
 8   10 years.  I did not use it for three months in winter.
 9   In winter, it was only once I used.
10            This kind of information that comes into
11   pieces, you may be able to go through, a mathematical
12   genius, to put down and write down and calculate all
13   of these things, and then come up with the number of
14   total hours probably this person was exposed to during
15   the period that he was saying he was working on.
16            From that number of hours, you are to
17   come up with the number of actual workdays.  That
18   workdays is converted only with a purpose.  That
19   purpose is, we only have epidemiological data to make
20   a (indiscernible) occupational or environmental
21   exposure is only available based on the
22   epidemiological information.
23            We do not have any personal use,
24   per-day, per-hour use information other than this --
25   these kind of isolated cases, how many hours he used.
```

Page 311

```
 1   So in order to make an occupational or an enviromental
 2   exposure comparison, I have to convert this
 3   information to that eight-hour average made by OSHA
 4   standard.  I don't think a jury can do that.  If they
 5   are, I should be sitting there in that chair as a
 6   jury.
 7        Q   In your view, members of the jury can't add up
 8   the number of hours someone sprayed Roundup and say
 9   whether they are greater than --
10        A   The weight is described.
11        Q   -- or less than 16?
12            MR. HABERMAN:  Objection.
13   Mischaracterizes his testimony.
14        A   The weight is described.
15            [Multiple speakers speaking
16            simultaneously]
17        A   The weight is described.
18            THE WITNESS:  Sorry.
19        Q   (BY MS. ROSS) We were talking over each
20   other --
21        A   Sorry.
22        Q   -- so I will repeat my question.
23            In your view, the members of the jury
24   can't add up the number of hours someone sprayed
25   Roundup and say whether it was greater than 16 hours?
```

Page 312

```
 1            MR. HABERMAN:  Objection.
 2        A   I have no opinion on that.  If the jury can do,
 3   it is good for them.
 4        Q   (BY MS. ROSS) Do you know if members of the
 5   jury will hear from the plaintiffs about how many days
 6   they say they sprayed Roundup?
 7            MR. HABERMAN:  Objection.
 8        A   Do I know?
 9        Q   (BY MS. ROSS) Yes.
10        A   How do I know?
11        Q   I am asking.  Do you know one way or the other
12   whether the jury will hear from the plaintiffs on their
13   use of Roundup?
14            MR. HABERMAN:  Objection.  Calls for
15   speculation.
16        A   I can only laugh at the question.  How do I
17   know what the jury will give that.  I don't know.
18            THE REPORTER:  Can we take a break?  I am
19   in a lot of pain.  I need to stretch.
20            MS. ROSS:  Of course.  Let's go off the
21   record.
22            THE VIDEOGRAPHER:  Going off the record,
23   the time is 4:17.
24            (Recess from 4:17 p.m. to 4:28 p.m.)
25            THE VIDEOGRAPHER:  Back on the record.
```

Page 313

```
 1   The time is 4:28.
 2        Q   (BY MS. ROSS) Dr. Charles, table 6 in your
 3   report about William Pleu summarizes data from some
 4   Roundup studies; correct?
 5        A   Yes.
 6        Q   In your report you describe seven epidemiologic
 7   studies, and those are Eriksson 2008, McDuffie,
 8   Andreotti 2018, Leon 2019, Zhang 2019, Pahwa 2019, and
 9   Boffetta 2021, correct?
10        A   Correct.
11        Q   Those are the studies you are relying on for
12   your opinion that Roundup increases the risk for NHL,
13   right?
14        A   Correct.
15        Q   The first paper you identified is Eriksson
16   2008, and here you cite an odds ratio of 2.36 and an
17   odds ratio of 3.35 per CLL.  Do you see that?
18        A   Yes.
19            (Exhibit 17 virtually marked.)
20        Q   (BY MS. ROSS) Exhibit 17 to your deposition is
21   Eriksson 2008, right?  Dr. Charles, this is the exhibit
22   that I just handed you a moment ago.
23        A   Oh, okay.
24        Q   Do you see that Exhibit 17 to your
25   deposition --
```

Ambrose K. Charles, Ph.D.

Page 314

1     A   Yes.
2     Q   -- is the Eriksson 2008 study?
3     A   Yes.
4     Q   Eriksson 2008 was a 2008 study in Sweden,
5   right?
6     A   Yes.
7     Q   This was not conducted in the United States,
8   correct?
9     A   Yes.
10    Q   If you will turn with me to Table 7 on page
11  1661.
12    A   Yes.
13    Q   Table 7 of Eriksson reports the odds ratio for
14  glyphosate adjusted for other pesticides, right?  That
15  is the multi-variant analysis; correct?
16    A   I just took for -- I am talking about 7 -- yes,
17  okay.
18    Q   So Table 7 from Eriksson gives a univariant
19  odds ratio for glyphosate and multi-variant odds ratio
20  for glyphosate, right?
21    A   Multi-variant, yes.
22    Q   Adjusted for other pesticides, the odds ratio
23  for glyphosate exposure in NHL was 1.51 with a
24  95 percent confidence interval of .77 to 2.94; correct?
25    A   Correct.

Page 315

1     Q   The 95 percent confidence interval includes
2   1.0, right?
3     A   Correct.
4     Q   Eriksson 2008 did not report a statistically
5   significant increased risk of NHL with glyphosate use
6   when adjusted for other pesticides, true?
7     A   I have to really look at the other statement
8   before I say yes.  If you can point out to me a sentence
9   in that -- in that report where you've just mentioned.
10    Q   So do you have an understanding of the
11  difference between a univariant analysis and a
12  multi-variant analysis?
13    A   I do not know really well what the difference
14  is between those two type of analysis.
15    Q   That might be a better question for a
16  biostatistician; is that fair?
17    A   Yes.
18    Q   Table 2 of Eriksson on page 1659 gives exposure
19  to various herbicides.
20        Do you see that?
21    A   Yes.
22    Q   Table 2 of Eriksson 2008 gives odds ratios for
23  less than or equal to ten days and greater than ten days
24  of glyphosate use, right?
25    A   Yes.

Page 316

1     Q   Eriksson 2008 conducted subgroup analyses based
2   on days of glyphosate-based herbicide use, right?
3     A   Yes, more than ten days and less than ten days.
4     Q   In Eriksson 2008, do you see there are numbers
5   given for the number of cases and the number of controls
6   with greater than ten days of glyphosate exposure?
7     A   Yes, twelve -- twelve cases and nine.
8     Q   Right.  Twelve cases and nine controls had less
9   than or equal to ten days of glyphosate use, right?
10    A   Yes.
11    Q   17 cases and nine controls had more than ten
12  days of glyphosate use, right?
13    A   Yes, yes.
14    Q   There is wide overlap in the confidence
15  intervals between those exposed to glyphosate for less
16  than or equal to ten days and greater than ten days,
17  right?
18    A   Yes.
19    Q   There is no reported P for trend in Eriksson
20  comparing less than or greater than ten days of
21  glyphosate use, right?
22    A   That's right.
23    Q   Do you agree there is no statistical evidence
24  that there is a difference in risk in Eriksson based on
25  the days of exposure?

Page 317

1     A   There is no statistical difference between the
2   days of exposure, ten or more than ten.
3     Q   Right.
4     A   There is no analysis there.
5     Q   The odds ratios for less than or equal to ten
6   lifetime days and greater then ten lifetime days in
7   Eriksson, do you see anything that indicates those were
8   adjusted for other pesticides?
9     A   Anything -- in that glyphosate -- under the
10  glyphosate, anything -- that I have adjusted for other
11  pesticides, no.
12    Q   If it helps you --
13    A   No.
14    Q   Do you see the text table under 2 --
15    A   Yes.
16    Q   -- that states adjustment was made for age,
17  sex, and year of diagnosis or enrollment?
18    A   Yes.
19    Q   The values for glyphosate in Table 2 of
20  Eriksson were not adjusted for other pesticides,
21  correct?
22    A   No.
23    Q   In your report for Mr. Pleu, you cite the CLL
24  data from Eriksson.
25        Do you consider subtype data to be

Ambrose K. Charles, Ph.D.

Page 318

1    important?
2        A   Yes.
3        Q   Why is that?
4        A   Because it is a specific number to that
5    particular subtype of basal carcinogen.
6        Q   If you'll turn with me to your table in your
7    Moore report for just a moment.  That's on page 23 of
8    Exhibit 2.
9        A   Page 22?
10       Q   23.
11       A   23.
12       Q   I'd like to compare the tables in your Pleu
13   report and your Moore report for just a moment.  Okay?
14       A   Yes.
15       Q   In your report for Mr. Moore, did you cite any
16   subtype data from Eriksson 2008?
17       A   I did not.  Probably I didn't see it.
18       Q   Did -- do you know if Eriksson 2008 did, in
19   fact, report on DLBCL?
20       A   Yes.
21       Q   The very same table in Eriksson -- well, let's
22   take a step back.  Table 3 in Eriksson 2008 gives
23   exposure to various herbicides divided according to
24   different lymphoma entities, correct?
25       A   Yes.

Page 319

1        Q   For glyphosate there are data available for
2    both CLL and DLBCL, correct?
3        A   Yes.
4        Q   For CLL, the odds ratio is 3.35 with a
5    95 percent confidence interval of 1.42 to 7.89, right?
6        A   Yes.
7        Q   For DLBCL, the odds ratio is 1.22 with a
8    95 percent confidence interval of .44 to 3.35, right?
9        A   That's right.
10       Q   You chose not to include the information on
11   DLBCL in your report, right?
12           MR. HABERMAN:  Objection.
13       A   I didn't -- I didn't choose that.  It must have
14   been an omission from my part.
15       Q.  (BY MS. ROSS) The next study that you cite
16   in -- in your report is McDuffie.  Do you see that?
17       A   That -- that must have and I will look at it,
18   not purposefully remove that information, probably I did
19   not include it.
20           (Exhibit 18 virtually marked.)
21       Q.  (BY MS. ROSS) Exhibit 18 to your deposition is
22   McDuffie 2001.
23           Do you see that?
24       A   Yes.
25       Q   In your table, you state that the odds ratio

Page 320

1    for McDuffie was 1.26 to 1.47.
2            You see that, right?
3        A   That's correct.
4        Q   You also state in Table 6 of your report on
5    Mr. Pleu that McDuffie showed a statistically increased
6    risk.
7            Do you see that?
8        A   Yes.
9        Q   You didn't provide confidence intervals for the
10   odds ratios you cite for McDuffie, did you?
11       A   Yes.
12       Q   Did you provide confidence intervals in your
13   report for McDuffie?
14       A   No.
15       Q   McDuffie 2001 --
16       A   Can I -- can I -- these were prepared at two
17   different times.  Probably I did not follow the same
18   thought process at that time that I was entering the
19   information.  If I just compared this, then probably I
20   must have done.
21       Q   Okay.  When you say these were prepared at two
22   different times, you mean your report for Mr. Pleu and
23   your report for Mr. Moore, right?
24       A   Yeah, right.  Yeah.
25       Q   In either report did you include the 95 percent

Page 321

1    confidence intervals for McDuffie?  You can compare the
2    two tables if you want?
3        A   Yeah, I did not.  I -- probably I didn't find
4    it.
5        Q   If you'll go with me to Table 1 in McDuffie.
6        A   Yes.
7        Q   Table 1 gives comparisons of demographic,
8    antecedent, person, medical, general pesticide exposures
9    and cigarette smoking histories between cases of NHL and
10   control subjects; right?
11       A   Yes.
12       Q   A personal history of cancer is one of the
13   medical history questions that this study looked at.
14           Do you see that?
15       A   Yes.
16       Q   A history of previous cancer was associated
17   with an odds ratio of 2.43 that was statistically
18   significant in McDuffie, right?
19       A   2.43, yes.
20       Q   Mr. Pleu had a personal history of cancer when
21   he was diagnosed, right?
22       A   I think he had bladder cancer, I think.
23       Q   Colon cancer?
24       A   Colon cancer.
25       Q   Mr. Pleu would fall into the group in McDuffie

81 (Pages 318 to 321)

Ambrose K. Charles, Ph.D.

## Page 322

1  2001 that had a greater than twofold increased risk of
2  NHL based on his personal history of cancer, right?
3      A   Probably, yes.
4      Q   The same for family history of cancer.  Do you
5  see that family history of cancer in a first-degree
6  relative in McDuffie had an odds ratio of 1.31 that was
7  statistically significant?
8          Table 1 of McDuffie is where I am.
9      A   Yes, we were talking about previous cancers,
10 and then what is the next line?  They are talking --
11 family history, yes.
12     Q   Right.
13         So family history of cancer in any
14 first-degree relative was associated with a
15 statistically significant increased risk of cancer in
16 McDuffie, right?
17     A   I see the confidence interval.  Where are the
18 statistics --
19     Q   The 95 percent confidence interval is 1.05 to
20 1.62, correct?
21     A   But there has to be a FP (phonetic) revaluation
22 for that.
23     Q   Do you have an understanding of whether
24 95 percent confidence of 1.05 to 1.62 is statistically
25 significant?

## Page 323

1      A   That -- that is significant.  Statistically I
2  say that is a significant observation because 95 percent
3  of the points will come within that confidence level.
4      Q   Do you recall that Mr. Pleu has a sister who
5  has had multiple cancers?
6      A   Yeah.
7      Q   Mr. Pleu would fall into the group in McDuffie
8  2001 with a statistically significant increased risk of
9  NHL based on his family history, right?
10         MR. HABERMAN:  Objection.
11     A   That must be a medical person.  I have no
12 answer for that.
13     Q.  (BY MS. ROSS) If you will turn with me to Table
14 2 in McDuffie.
15     A   Yeah.
16     Q   This is the table that gives, "Herbicides:
17 Frequency of exposure to herbicides classified into
18 major chemical classes and as individual compounds."
19         Do you see that?
20     A   Yes.
21     Q   Glyphosate, or Roundup, is one of those, right?
22     A   Yes.
23     Q   The 95 percent confidence interval -- well, I
24 will back up a little -- there are two sets of odds
25 ratios here.  Odds ratio with a little A subscript and

## Page 324

1  odds ratios with a little B subscript.
2          Do you see that?
3      A   Yes.
4      Q   The A odds ratios are adjusted for the
5  variables of age and province of residence, right?
6      A   You are very familiar with this table.  I may
7  have to take more time to see about it, see where you
8  are looking at and what you are speaking about.
9      Q   Of course.
10     A   Yeah.
11     Q   I am looking at -- so for these little
12 superscripts right under the table right there, there is
13 a description.
14     A   Okay, okay.
15     Q   The odds ratios with an A superscript were
16 adjusted for the variables of age and province of
17 residence --
18     A   Yes.
19     Q   -- correct?
20     A   Yes, yes.
21     Q   The odds ratios with a B superscript were
22 adjusted for statistically significant medical
23 variables --
24     A   Yes.
25     Q   -- including history of measles, mumps, cancer,

## Page 325

1  allergy desensitization shots, and a positive family
2  history of cancer in a first-degree relative?
3      A   Yes.
4      Q   Neither odds ratios A nor odds ratios B in
5  McDuffie were adjusted for other pesticides, right?
6      A   Yes.
7      Q   For glyphosate, the odds ratio A was 1.26 with
8  a 95 percent confidence interval of .87 to 1.8, right?
9      A   Right.
10     Q   For odds ratio B, that's the more adjusted
11 model in McDuffie, right?
12     A   Right.
13     Q   The odds ratio was 1.2 with a 99 percent
14 confidence interval of .83 to 1.74, correct?
15     A   That's right.
16     Q   In your report you state that the odds ratios
17 were 1.26 to 1.47.  Is that -- neither of those odds
18 ratios is 1.47, so I just wanted to clarify if that was
19 an error in your table or if you know where you got that
20 information.
21     A   I cannot recall that because I am talking
22 about -- it must have come from some other odd ratios --
23     Q   Okay.
24     A   -- not from this table.
25         You are talking about the frequency of

Ambrose K. Charles, Ph.D.

<table>
<tr><td colspan="2">Page 326</td></tr>
</table>

Page 326

1  exposure plus providing the major chemical classes,
2  glyphosate exposed; 1.26 is correct.
3      Q   Okay.  So --
4      A   And number one -- 1. -- it must be -- 1.47
5  is -- that must be a typo.  It is 1.46.  Right?
6      Q   Okay.  So I think it's actually 1.20?
7      A   2, yeah.
8      Q   So the range actually in your table, in Table 6
9  for McDuffie should be 1.20 to 1.26; correct?
10     A   That's right.  That's right.
11     Q   So can we cross out 1.26 to 1.47 on your Pleu
12 report and just write in 1.20 to 1.26?  Would that be
13 accurate?
14     A   I will be able to tell you about that agreement
15 only after I go through and find out, you know, where
16 did I get that number.  I have, you know -- I have a
17 copy of this at home and I must have looked at it and
18 marked through a pencil or something like that, where
19 that came from, so...
20     Q   The next study -- well, okay.  So if I am
21 understanding you correctly, you have copies of the
22 articles that you reviewed at home --
23     A   Yeah.
24     Q   -- with markings on them?
25     A   Yeah, yeah.

Page 327

1      Q   You didn't bring any of those today, right?
2      A   No.  It's public information, which -- or do I
3  bring a copy of what you have -- already have here?
4      Q   Sitting here today, you are not sure where the
5  1.47 that you cite in your table for McDuffie came from?
6      A   I am sure when I wrote that, you know, but
7  right now you are -- you are pointing out a table.  I am
8  trying at different numbers, so I can only tell you that
9  I have to verify it.
10     Q   And --
11     A   That's my answer.
12     Q   -- can you do that sitting here today or would
13 you need a hard copy?
14     A   Oh, no.  I need time.
15     Q   The next study that you cite in Table 6 is
16 Andreotti 2018, right?
17     A   Yes.
18     Q   Exhibit 14 to your deposition is Andreotti.
19 Can you go back there?
20         Do you have it?
21     A   Deposition -- oh.  That's...
22         Yes.
23     Q   Okay.  Before we go there, just while you are
24 looking at your table in your report, Dr. Charles, can
25 you confirm that the relative risk that you cite in your

Page 328

1  table is 2.44 and a 95 percent confidence interval of
2  .44 to 6.32?
3      A   Yes.  What --
4      Q   That is the number that you cite in your
5  table --
6      A   Yes.
7      Q   -- from Andreotti, right?
8      A   Yes.
9      Q   And that's true for both Mr. Pleu and
10 Mr. Moore, correct?
11     A   Yes.
12     Q   That is not for CLL, is it?
13     A   No, that's for NHL.
14     Q   That number is not for DLBCL, is it?
15     A   No, because I don't think, you know, Andreotti
16 gives a classification or the description about
17 different types of, you know -- I am sure about that.
18     Q   So let's go to Table 2 of Andreotti, if you
19 will, and turn with me to the -- so table for Andreotti
20 continues on to two pages, and I'd like you to go to the
21 page that's Table 2 continued.
22     A   Yes.
23     Q   Can you tell me when you are there?
24     A   Yes, this is it here.
25     Q   Okay.  The odds ratio -- you said that this was

Page 329

1  for non-Hodgkin's lymphoma, the number that you cited.
2  But do you see in Table 2 of Andreotti, there is
3  non-Hodgkin's lymphoma with risks for Q1, Q2, Q3, and
4  Q4?
5      A   Lymphoma B-cell?
6      Q   No, non-Hodgkin's lymphoma, to begin --
7      A   Yes, yes.
8      Q   Okay.  The relative risk in Q4 of Andreotti for
9  NHL was .87, right?
10     A   Yes.
11     Q   The 95 percent confidence interval was .64 to
12 1.2, correct?
13     A   Yes.
14         MR. HABERMAN:  Where are you looking?
15         MS. ROSS:  Table 2 of Andreotti,
16 non-Hodgkin's lymphoma.
17         MR. HABERMAN:  Okay.
18     Q   (BY MS. ROSS) For non-Hodgkin's lymphoma
19 B-cell, for Q4, the relative risk in Andreotti was .86
20 with a 95 percent confidence interval of .62 to 1.19,
21 right?
22     A   Right.
23     Q   CLL is the very next cancer that's given,
24 correct?
25     A   Yes.

Ambrose K. Charles, Ph.D.

Page 330

1    Q   For CLL, the risk of CLL in folks exposed to
2  glyphosate-based herbicides in Andreotti was .87, a
3  95 percent confidence interval of .48 to 1.58, right?
4    A   Yes.
5    Q   You understand that relative risks less than
6  1.0 indicate a protective effect, right?
7    A   Protective effect?
8    Q   Correct.
9        Does a relative risk that's less than 1
10  mean that people who were exposed to a
11  glyphosate-based herbicide were at increased risk?
12        MR. HABERMAN:  Objection.
13    A   "Protective risk," no, I never heard that
14  expression.
15    Q.  (BY MS. ROSS) You've never heard of a
16  protective effect?
17    A   Protective risk.
18    Q   Okay.  Do you know what a relative risk of
19  greater than 1 means?
20    A   Yeah, it is not more than 1.  It is an excess
21  of risk of 1.
22    Q   Do you know what a relative risk of less than 1
23  means?
24    A   It is less than scale of 1, you know, the
25  person -- data.

Page 331

1    Q   Yes, what that means -- what a relative risk
2  less than 1 means is that people who had the exposure
3  had less cancer than the people who did not have the
4  exposure, right?
5        MR. HABERMAN:  Objection.
6    A   I can't understand that statement,
7  protective -- the protective part is protected from.
8  That is the way I understood.  Protective effect means,
9  you know, something is protecting you, right?
10    A   Right.
11    A   Glyphosate is protecting you?  That's what you
12  are saying?
13    Q   So I am just trying at this point to --
14        MR. HABERMAN:  Yes, that is what she is
15  saying.
16    Q.  (BY MS. ROSS) -- make sure you understand what
17  a relative risk is.
18    A   Yes.
19    Q   What is the significance of --
20        MR. HABERMAN:  You can answer.
21    Q.  (BY MS. ROSS) -- of a relative risk less than 1
22  in an epidemiologic study?
23    A   In an epidemiological study, what my answer is,
24  it is less risk in a scale than greater than 1.
25    Q   Less risk than greater than 1, I am not sure I

Page 332

1  understand what you are saying.
2    A   Risk is one.
3    Q   If the risk is one, there is no risk -- no
4  increased risk at all, right?
5    A   That's right.
6    Q   So if the risk is less than one, that means
7  there is no increased risk, correct?
8    A   That's right.
9    Q   If the risk is greater than one, there might be
10  an increased risk, correct?
11    A   Yes.
12    Q   When you --
13    A   I am with you on that, yes.
14    Q   Okay.  When you see a relative risk of .87 like
15  you got here for CLL --
16    A   Yes.
17    Q   -- in the page in a -- in the Andreotti
18  study --
19    A   Yes.
20    Q   -- does that mean that folks exposed to
21  glyphosate had a 13 percent decrease in their risk of
22  cancer?
23    A   No.
24    Q   Why not?
25    A   People who are exposed to glyphosate have less

Page 333

1  than one risk means that they are protected from cancer.
2    Q   A 95 percent confidence interval like the one
3  you have here that goes from .48 to 1.58, that includes
4  the value of 1.0; right?
5    A   Yeah.
6    Q   If a 95 percent confidence interval includes
7  1.0, you can't say there is any difference in risk
8  between the exposed and the unexposed group; right?
9        MR. HABERMAN:  Objection.
10    A   No.  The point here isn't on -- if there are
11  less risks here than 1, that means, you know, there will
12  be less people that will be affected.  If it is more
13  riskier than one, there will be more people in the -- in
14  the population may be affected with that risk.
15    Q.  (BY MS. ROSS) The risks for a DLBCL are given
16  just below CLL in this table.
17        Do you see that?
18    A   What I am trying to convey to you is less than
19  one is not zero.
20    Q   Is it your understanding that a relative risk
21  of zero is the only case in which --
22        (Overlapping speakers.)
23    A   This is -- this is what I understand.
24    Q.  (BY MR. HABERMAN) Let me finish my question, if
25  you would, Dr. Charles, just because this is going to be

Ambrose K. Charles, Ph.D.

Page 334

1 important later.
2         The way that you understand relative
3 risk, at what point does a relative risk mean there is
4 no increase in the risk in a population?  Is it zero,
5 or is it one?
6     A  It's one.
7     Q  Okay.  So any relative risk that is between
8 zero and one means that there is no increased risk in a
9 population, correct?
10        MR. HABERMAN:  Objection.
11     A  That is a general concept, but below that risk,
12 you know, there is one individual who is more
13 susceptible, for some reason, is riskier, you cannot
14 predict from that kind of ratio risk.  That's what I am
15 trying to convey to you.
16     Q.  (BY MS. ROSS) So we just looked at the data for
17 non-Hodgkin's lymphoma, non-Hodgkin's lymphoma B-cell,
18 and CLL?
19     A  Yes.
20     Q  Correct?
21     A  Yes.
22     Q  For DLBCL in the Agricultural Health Study, the
23 relative risk was .97 in the highest exposed group with
24 a 95 percent confidence interval of .51 to 1.85 --
25     A  Yes.

Page 335

1     Q  -- right?
2     A  Yes.
3     Q  The value from Andreotti that you included in
4 your Table 6 of your Pleu report --
5     A  Yes.
6     Q  -- that's a relative risk of 2.44 with a
7 95 percent confidence interval of .44 to 6.32, correct?
8     A  Yeah, that's what it shows and that -- I was
9 going through, where did that number come -- came from,
10 you know.
11     Q  I think I can help you with that.
12     A  Yeah.
13     Q  So that is the number in Table 2 for acute
14 myeloid leukemia in the fourth quartile of exposure.
15        It is on page 513 at the very end of
16 Table 2.
17     A  Myeloid leukemia on 2.44.
18     Q  With a 95 percent confidence interval of .94 to
19 6.32.  Now, that's different than what you put in your
20 report, right?
21     A  Oh, yeah.  Probably, yes.
22     Q  Okay.
23     A  Yes, that could be a mistake, you know.  Now I
24 see that.
25     Q  Acute myeloid leukemia is not a type of

Page 336

1 non-Hodgkin's lymphoma --
2     A  No.
3     Q  -- right?
4     A  No, no.
5     Q  The value that you included in your report from
6 Andreotti is not for any kind of non-Hodgkin's lymphoma
7 whatsoever, correct?
8     A  Yeah, correct.
9     Q  The value you included in your report is not
10 for CLL, is it?
11     A  Yes, no.
12     Q  Did you include any of the data for Andreotti
13 for DLBCL in your report?
14     A  No.
15     Q  Did Mr. Pleu have AML, acute myeloid leukemia?
16     A  No, no.
17     Q  Did Mr. Moore have acute myeloid leukemia?
18     A  No.
19     Q  Andreotti did look at the diseases that
20 Mr. Pleu --
21     A  Yes.
22     Q  -- and Mr. Moore actually have, right?
23     A  It must have been an error that passed on from
24 that table to this table.
25     Q  If you will go with me to page 515 in

Page 337

1 Andreotti.
2         The first full paragraph begins, "In our
3 study we observed no associations between glyphosate
4 use or NHL overall or any of its subtypes," correct?
5     A  Yes.
6     Q  That statement by the AAHS authors is true,
7 right?
8        MR. HABERMAN:  Objection.
9        The document speaks for itself.
10     A  (No response.)
11     Q.  (BY MS. ROSS) Did you provide any critical
12 analysis of the Andreotti 2018 study?
13     A  No.
14     Q  Table -- I am sorry.
15        Page 511 of the Andreotti study, if you
16 will turn with me there.
17        The second paragraph under Results
18 states, "Risk ratios for unlagged intensity-weighted
19 lifetime days of glyphosate use and cancer risk are
20 shown in Table 2."
21        That's what we were just looking at,
22 right?
23     A  Okay.
24     Q  Glyphosate use was not associated with total
25 cancer or with lymphohematopoetic malignancies, right?

Ambrose K. Charles, Ph.D.

Page 338

1    A   Yes.
2    Q   There was also no evidence for association with
3   NHL or any NHL subtypes, correct?
4    A   Correct.
5    Q   When you say in your report that all seven
6   primary human epidemiologic studies postulate a
7   cause-and-effect correlation toward the causation of
8   NHL, can we agree that statement is incorrect?
9        MR. HABERMAN:  Objection.
10   A   All the seven studies, probably not, but the
11  totality of epidemiologic studies, when you look at,
12  there is more association than -- more association
13  favorable to glyphosate -- and that's a link -- than the
14  other studies.
15   Q.  (BY MS. ROSS) The next paper you report in
16  Table 6 of your report on Mr. Pleu is, Leon, et al?
17   A   Yes.
18   Q   Do you see that?
19   A   Yes.
20   Q   In your -- well, withdrawn.
21   A   Yes.
22   Q   So Leon 2019 is another study that you
23  reviewed, correct?
24   A   Yes.
25   Q   Did you consider it to be well conducted?

Page 339

1    A   Yes.
2    Q   Did you consider it to be a well-conducted
3   study?
4    A   I did not analyze and see, my point there, if
5   you are asking me those questions about epidemiological
6   studies and a deep analysis of all of those studies, you
7   know, I -- I have not done because my training is not to
8   look at the limitations or how they conduct -- that
9   study was designed.  Those things are not my expertise.
10  I was only looking at the data and their supportive or
11  dissenting opinions, the papers.
12   Q   When you state that you did not analyze the
13  epidemiologic studies, am I understanding, you -- you
14  performed no analysis yourself of whether a study was
15  well conducted or not?
16   A   Yes.
17        MR. HABERMAN:  Objection.
18   Q.  (BY MS. ROSS) Zhang 2019 is the next study that
19  you cite, correct?
20   A   Yes.
21   Q   And do you remember, sitting here today,
22  whether Zhang 2019 was a meta-analysis or a primary
23  analysis?
24   A   It shows here it is a meta-analysis of both
25  cohort and case control studies.

Page 340

1    Q   How?
2        THE REPORTER:  A meta-analysis of what?
3        THE WITNESS:  Case control and a cohort, a
4   C-O-H-O-R-T.
5        THE REPORTER:  Thanks.
6    Q.  (BY MS. ROSS) The next study that you cite is
7   Pahwa 2019, correct?
8    A   Yes.
9    Q   And this is another study that you reviewed and
10  relied on --
11   A   Yes.
12   Q   -- in Roundup and non-Hodgkin's lymphoma?
13   A   Yes.
14   Q   And I take it you did not provide any analysis
15  of whether this was a well-conducted study or not,
16  correct?
17   A   No.
18   Q   Pahwa 2019 contains more data than any of the
19  earlier published case control studies in the United
20  States and Canada, right?
21   A   Yes.
22        (Exhibit 19 virtually marked.)
23   Q.  (BY MS. ROSS) Exhibit 19 to your deposition is
24  the Pahwa 2019 article.
25   A   Oh, thank you.

Page 341

1    Q   If you will turn with me to page 2.
2    A   Yes.
3    Q   The second paragraph on that page begins, In
4   the 1980s and 1990s, population-based case control
5   studies were conducted in four states in the U.S.,
6   Midwest, and six Canadian provinces.
7        Do you see that?
8    A   Yes.
9    Q   And there is a citation given a little bit
10  further down of which studies are included.
11        You see the references 9 and 10?
12   A   Yes.
13   Q   Reference 9 in Pahwa 2019, will you turn to the
14  last pages?  That's the McDuffie study that you
15  reviewed, right?
16   A   Yes.
17   Q   Pahwa 2019 includes data from Canada, Kansas,
18  Iowa, Minnesota, and Nebraska, right?
19   A   Yes.
20   Q   Pahwa 2019 also includes all of the Canadian
21  glyphosate cases in McDuffie 2001, right?
22   A   Yes.
23   Q   Pahwa includes additional data not captured in
24  the McDuffie study, correct?
25   A   Yes.

Ambrose K. Charles, Ph.D.

Page 342

1    Q   Right now McDuffie is a subset of Pahwa, right?
2    A   I didn't understand that question.
3    Q   If we wanted to look at the cases reported in
4  the epidemiologic literature, it would be double
5  counting to include both McDuffie 2001 and Pahwa 2019,
6  right?
7         MR. HABERMAN:  Objection.
8    A   Oh, okay.  That's what you mean, because it is
9  a reference there?
10   Q.  (BY MS. ROSS) Correct.  Because all of the data
11 from Pahwa -- new question.
12        All of the -- as you just said, all of
13 the data from McDuffie 2001 are contained in Pahwa
14 2019, right?
15        MR. HABERMAN:  Objection.
16   A   Yes.
17   Q.  (BY MS. ROSS) It would be double counting to
18 include both the McDuffie study and the Pahwa study in
19 analysis, right?
20        MR. HABERMAN:  Objection.
21   A   But my point that, looking at the most separate
22 studies is, when I looked at the EPA report at the
23 beginning, the 2017 report, they have listed -- that is
24 how I knew about these epidemiological studies that EPA
25 has reviewed and how they reviewed and what are their

Page 343

1  limitations that they have found, so they have listed
2  all of them.  All of them are separate studies they
3  reviewed, so I listed them as separate studies.
4    Q.  (BY MS. ROSS) In your report for Mr. Pleu, you
5  cite the results for -- from Pahwa for greater than 3.5
6  years, and state that those showed an odds ratio of 2.19
7  and 95 percent confidence interval of .7 to 6.86; right?
8    A   For SLL.
9    Q   For SLL?
10   A   Yeah.
11   Q   Did you find it important that Pahwa considered
12 the risk of NHL for folks who used glyphosate for more
13 than or less than 3.5 years?
14        MR. HABERMAN:  Objection.
15   A   That -- that particular information of year
16 linking to -- number of years linking to a probability
17 of NHL or SLL -- not SLL -- CLL is coming from that
18 citation from the epidemiological study.
19   Q.  (BY MS. ROSS) If glyphosate, in fact, causes
20 non-Hodgkin's lymphoma, you would expect increased risk
21 with increasing years of glyphosate exposure, right?
22        MR. HABERMAN:  Objection.
23   A   I don't have an answer for that.
24   Q.  (BY MS. ROSS) You don't have an independent --
25   A   No.

Page 344

1    Q   -- opinion on whether increasing years of
2  glyphosate use are associated with an increased risk of
3  NHL; is that right?
4    A   That's right, yes.
5    Q   Do you have an independent opinion on whether
6  increasing days per year of glyphosate use are
7  associated with an increased risk for NHL?
8    A   My lens is only on the published information
9  that I can refer to and then make a comparison to what I
10 have made and find out is there any relationship with
11 public knowledge, you know, published information.
12   Q   Did the -- when you say you compared what you
13 have with the public information, you mean the
14 information in epidemiologic studies, right?
15   A   Epidemiologic studies, yes.
16   Q   The -- did the results for greater than five
17 years of glyphosate use in Pahwa give you meaningful
18 information about Mr. Pleu's risk of NHL?
19   A   No.  It only gave me more than a certain number
20 of years.  There may be a tendency towards causing this
21 disease.
22   Q   If you will go with me to Table 3 in Pahwa 2019
23 and tell me when you are there.
24   A   Pleu?
25   Q   In the study --

Page 345

1    A   Oh, okay.
2    Q   -- in Exhibit 19.
3         That is on page 6.
4    A   Yes.
5    Q   Table 3 of Pahwa gives duration of glyphosate
6  use and associations with NHL overall and histological
7  subtypes, right?
8    A   Yes.
9    Q   And the information in Table 3 is given in
10 number of years of glyphosate use.
11        Do you see that?
12   A   Yes.
13   Q   You mentioned the data in Pahwa are for SLL.
14 That is related to CLL in your view?
15   A   FLL, follicular?
16   Q   No, small lymphocytic lymphoma?
17   A   Yes, SLL.
18   Q   SLL?
19   A   Yes, they are -- they are classified to be with
20 SLL, yes.
21   Q   You know that in the Pahwa study, the authors
22 did not specifically look at CLL, correct?
23        MR. HABERMAN:  Objection.
24   A   Yes, it is in the classification of -- the
25 earlier classification of the subtypes, SLL and CLL are

Ambrose K. Charles, Ph.D.

Page 346

1  given together.  That's in one place.
2      Number two, in the medical records and
3  in the diagnosis, of the -- you know, the official
4  analysis, cytometric analysis, cytogenic analysis,
5  they always mention SLL/CLL, and they are used
6  alternatively by some doctors, oncologists.
7      Q.  (BY MS. ROSS) Right.
8      So you used the data for SLL as applied
9  to Mr. Pleu, correct?
10     A   Exactly, because of that reason, I -- I saw
11 there is some similarity that oncologists are using both
12 these two.
13     Q   In Pahwa 2019, their odds ratios again with a
14 subscript or superscript A and B, and then an
15 explanation under the table as to what those mean, do
16 you see that?
17     A   A and B?
18     Q   Yes.
19     The odds ratio A --
20     A   Odds ratio B.  Yes.
21     Q   -- is adjusted for age, sex, state, province,
22 lymphatic or hematopoietic cancer in a first-degree
23 relative, use of a proxy respondent, use of any personal
24 protective equipment; right?
25     A   That's right.

Page 347

1      Q   Odds ratios with a B were adjusted for those
2  same things, plus the use of 24D Dicamba and malathion,
3  right?
4      A   That's right.
5      Q   In Pahwa 2019 the odds ratio with a superscript
6  B were adjusted for other pesticides, correct?
7      A   I am lost in that particular last sentence.
8  You -- please restate it for me again.
9      Q   In Pahwa 2019, the odds ratios with a
10 superscript B were adjusted for other pesticides,
11 specifically 24D, Dicamba and malathion, correct?
12     A   E -- you are talking about the subletter E?
13     Q   No.
14     A   I don't see --
15     Q   B, like in boy.
16     A   Oh, B.  Adjusted for age, sex, and state
17 provinces.
18     Q   And the use of 24D Dicamba --
19     A   Yes.
20     Q   -- and malathion --
21     A   Yes.
22     Q   -- correct?
23     A   It also says that, yes.
24     Q   So just so the record is clear, I will repeat
25 my question.  Okay?

Page 348

1      A   Yes.
2      Q   In Pahwa 2019 the odds ratios with a
3  superscript B were adjusted for 24D Dicamba and
4  malathion, correct?
5      A   Yes.
6      Q   For CLL in Pahwa 2019, what was the odds
7  ratio -- well, withdrawn.
8      There -- the data for CLL are not
9  reported in Pahwa 2019, but data for SLL are, right?
10     A   Yes.
11     Q   For SLL, what was the odds ratio for greater
12 than 3.5 days per use -- or I am sorry, for SLL --
13     New question.
14     For SLL in Pahwa 2019 what were the odds
15 ratio for greater than 3.5 years of use adjusted for
16 other pesticides?
17     A   More than two years.
18     Q   Greater than 3.5 years in Table 3?
19     A   I took a number -- number -- more than two
20 years.  3.5 years that -- that I have in my data is
21 greater than 2.
22     Q   The odds ratio for SLL for greater than
23 two days per year is 2.31 and not statistically
24 significant, right?
25     A   Yes.

Page 349

1      Q   The odds ratio in Pahwa for greater than 3.5
2  years of use with SLL is 1.94 and not statistically
3  significant, right?
4      A   Yes.
5      Q   For the number of lifetime days in Table 5 of
6  Pahwa, for SLL, the odds ratio is 2.19 and not
7  statistically significant, right?
8      A   Now you are in Table 5?
9      Q   I am.
10     A   I did not know when you were switching to that,
11 we were -- we were in Table 4.
12     Q   We were just talking through the different
13 numbers for SLL?
14     A   Yes, yes, I have them.
15     Q   Right.
16     So in Table 5, that's where you got the
17 number 2.19 with a 95 percent confidence interval of
18 .7 to 6.86, correct?
19     A   Yes.
20     Q   Can you take a minute and go through the
21 fully --
22     A   Yeah.
23     Q   -- adjusted numbers in Tables 3, 4, and 5 and
24 confirm that the only odds ratio for SLL that is higher
25 than 2 is the odds ratio you cite from Table 5?

88  (Pages 346 to 349)

Ambrose K. Charles, Ph.D.

Page 350

1    A   No, I picked up that because greater than 3.5
2    years.  Okay?  That is the reason I went for that
3    number, the duration, the number of years, closer to the
4    exposure.
5    Q   Mr. Pleu falls into the group in Pahwa that
6    used for greater than 3.5 years, correct?
7    A   Yeah, yeah.
8    Q   Mr. Pleu also falls into the group in Table 4
9    that used glyphosate for more than two days per year,
10   right?
11   A   Yes.
12   Q   Mr. Pleu falls into the group in Table 5 that
13   used glyphosate for more lifetime days, correct?
14   A   Yes.
15   Q   You can confirm that between the number of
16   years analysis in Table 3, the number of days per year
17   in Table 4 and the number of lifetime days in Table 5,
18   you chose the highest number?
19   A   It was not deliberately chosen.  I saw -- when
20   I was reviewing all of these tables, perhaps I found
21   greater than 3.5 years of exposure; it's a low number in
22   his case.
23   Q   For Mr. Moore, if we go to the table that you
24   used for Mr. Moore in your report.  That's on page 23.
25   A   Yes.

Page 351

1    Q   There you cite an odds ratio of 2.14 and a
2    95 percent confidence interval of 1.07 to 4.28, correct?
3    A   Yes.
4    Q   That odds ratio did not come from the number of
5    years of use; it came from the number of days per year,
6    right?
7    A   Yes.
8    Q   That's Table 4 in Pahwa, right?
9    A   Yes.  Probably, yes.
10   Q   Can you confirm that the only odds ratio for
11   DLBCL in Tables 3, 4, or 5 adjusted for other pesticides
12   that is greater than 2 with the odds ratio you cite from
13   Table 4?
14   A   Can I find other odd ratios?
15       THE REPORTER:  Can I find what?
16       THE WITNESS:  Odd ratios.
17   Q.  (BY MS. ROSS) Can you confirm that the only
18   odds ratio for DLBCL adjusted for other pesticides that
19   is greater than 2 is the one that you cite from Table 4?
20   A   Adjusted for -- no.  What I have entered here
21   must have been verified and then I entered at that time
22   what I thought is appropriate.  I cannot go back and
23   recall what I was thinking when I entered that.
24       That number is there and it was not, you
25   know -- another thing I want to remind you, these two

Page 352

1    reports were not compared side by side looking at the
2    table.  And each one was written -- at the time, I go
3    back, take the paper, read it, look at, and whatever
4    is appropriate at that moment, I enter that.
5    Q   And, in fact, if you look at Table 3 in Pahwa
6    for DLBCL, for greater than 3.5 years of glyphosate use,
7    the odds ratio is .93 with a 95 percent confidence
8    interval of .5 to 1.74, correct?
9    A   Table 3?
10       You are talking about the DLBCL?
11   Q   Yes.
12   A   Greater than five years.
13   Q   Greater than 3.5 years?
14   A   3.5 years is .95 -- no, no, sorry.  2.02.
15   Q   That's not adjusted for other pesticides,
16   correct, and that's actually zero to less than 3.5 years
17   of use?
18   A   Yes.
19   A   Yes.
20       Adjusted for other pesticides for folks
21   who use glyphosate for more than three and a half
22   years, the odds ratio .93 with a 95-percent confidence
23   interval of .5 to 1.74, right?
24   A   Yes.
25   Q   Mr. Moore used glyphosate for more than three

Page 353

1    and a half years, right?
2    A   Yes, but he used for any years -- he had a
3    different number to use there, more than ten years or
4    ten days or something like that.
5    Q   Exhibit --
6    A   Very close to his use years was the number that
7    I was looking at.  I can find something that is much
8    more related in my mind.  I was thinking of it in my
9    mind, not what you are looking at now.
10       (Exhibit 20 virtually marked.)
11   Q.  (BY MS. ROSS) Exhibit 20 to your deposition --
12       MS. ROSS:  And I apologize, Counsel.  I
13   don't have a copy, but this is Leon 2019.
14       THE WITNESS:  Do you want to see that?
15       MR. HABERMAN:  (Shakes head).
16   Q.  (BY MS. ROSS) Okay.  Dr. Charles --
17   A   Yes.
18   Q   -- Exhibit 20 to your deposition is the Leon
19   2019 study.
20       Do you see that?
21   A   Yes.
22   Q   In your report for Mr. Pleu, if you go back
23   there for a moment, do you see that for Leon 2019, you
24   cite a hazards ratio of 1.36 and a 95 percent confidence
25   level of 1.0 to 1.85, right?

89 (Pages 350 to 353)

Ambrose K. Charles, Ph.D.

Page 354

```
 1      A   Yeah, right.
 2      Q   Leon 2019 is a pooled consortium of
 3   agricultural studies, correct?
 4      A   It is -- my notes says it is a cohort study.
 5      Q.  (BY MS. ROSS) Yes.
 6          If you look at the Exhibit 20 in front
 7   of you, what is the title of that paper?
 8      A   "Pesticide Use and Risk of non-Hodgkin's
 9   lymphoid malignancies in agricultural cohorts from
10   France, Norway, and the USA: a pooled analysis from the
11   AGRICOH consortium."
12      Q   Leon 2019 is a pooled consortium of
13   agricultural studies, correct?
14      A   Yes.
15      Q   If you'll turn to page 8 and tell me when you
16   are there.
17      A   Page -- it's a table --
18      Q   Right?
19      A   Table 2.
20      Q   Table 2 in Leon gives the results for a number
21   of different pesticides and several subtypes of NHL as
22   well as NHL overall, right?
23      A   That's right.
24      Q   Do you see glyphosate there?
25      A   Yes.
```

Page 355

```
 1      Q   For glyphosate the meta-relative risk for NHL
 2   overall was .95 with a confidence interval of .77 to
 3   1.18, right?
 4      A   Yes.
 5      Q   For CLL, the hazard ratio was .92 and
 6   nonsignificant, right?
 7      A   Yes.
 8          MR. HABERMAN:  Objection.
 9      A   Yes.
10      Q.  (BY MS. ROSS) William Pleu falls into the group
11   in Leon 2019 that had CLL and a hazard ratio of .92 that
12   was nonsignificant, correct?
13      A   Yes.
14      Q   The data you cite in your report are a hazard
15   ratio of 1.36 and a confidence interval of 1.0 to 1.85.
16          Can you confirm that those data are for
17   DLBCL?
18      A   No.
19      Q   If you --
20      A   Not -- not from this table.
21      Q   So if you look at DLBCL -- I believe it's the
22   furthest over -- what is on that table?
23      A   Oh, okay.
24          That's 1.36.
25      Q   I will repeat my question.
```

Page 356

```
 1          For Leon 2019, the hazard ratio of 1.36
 2   with a 95 percent confidence interval of 1.0 to 1.85,
 3   that is for DLBCL, right?
 4      A   Yes.
 5      Q   We can agree that Mr. Pleu does not have DLBCL,
 6   right?
 7      A   That's correct.
 8      Q   The next study you cite that we have not yet
 9   talked about is Boffetta, et al, correct?
10      A   Yes.
11      Q   Boffetta, et al was another meta-analysis,
12   right?
13      A   I didn't hear you well, ma'am.
14      Q   I am sorry.  I will turn back to face you.
15          Boffetta, et al was another
16   meta-analysis that you looked at --
17      A   Yes.
18      Q   -- correct?
19      A   Yes, yes.
20          Can I put this aside or should I hold
21   it?
22      Q   You can.
23          Do you know whether the data that you
24   cite for -- from Boffetta, et al with a relative risk
25   of 1.29 and a 95 percent confidence interval of 1.02
```

Page 357

```
 1   to 1.63, if those are data for DLBCL, CLL, or
 2   non-Hodgkin's lymphoma overall?
 3      A   I think that came from the Boffetta report.
 4      Q   Right.
 5          And those are the data for DLBCL and not
 6   CLL, right?
 7      A   Really, I have no reference to look at.
 8      Q   We will pull that up on a break as well --
 9      A   Yeah.
10      Q   -- and go through that.
11          MS. ROSS:  Why don't we take a short break
12   now.
13          THE WITNESS:  Okay.
14          THE VIDEOGRAPHER:  Going off the record,
15   the time is 5:21.
16          (Recess from 5:21 p.m. to 5:31 p.m.)
17          THE VIDEOGRAPHER:  Back on the record.
18   This marks beginning of Media Number 4.  The time is
19   5:31.
20          (Exhibit 21 virtually marked.)
21      Q.  (BY MS. ROSS) Dr. Charles, Exhibit 21 to your
22   deposition is the Boffetta 2021 study; right?
23      A   Yes.
24      Q   That is the last study that you cite in your
25   report for Mr. Pleu, correct?
```

Ambrose K. Charles, Ph.D.

## Page 358

1    A   Yes.
2    Q   In your report for Mr. Pleu you cite a relative
3  risk of 1.29 and a 95 percent confidence interval of
4  1.02 to 1.63.
5          Do you see that in your report?
6    A   Yes.
7    Q   The data you cite in your William Pleu report
8  from Boffetta is for DLBCL and not CLL, right?
9    A   That's correct.
10    Q   You state in your report that Boffetta did not
11  show the analysis data to any other NHL subtypes.
12          Do you see that in your report for
13  Mr. Pleu?
14          It's on page 20, where you just were.
15    A   Oh.
16    Q   The last sentence -- so at the top of this
17  page, you are talking about Boffetta, et al.
18          Do you see that?
19    A   Yes.
20    Q   And the last sentence in that paragraph on
21  Boffetta states, "This report, however, did not show the
22  analysis data on any other NHL subtypes."
23          Do you see that?
24    A   Oh, on the top.  Okay.
25    Q   Can you read the last sentence in your section

## Page 359

1  on Boffetta, et al?
2    A   "This report, however, did not show the
3  analysis data on any other NHL subtypes."
4    Q   Is that a true statement for Boffetta 2021?
5    A   Probably not looking at it right now.
6    Q   If you go to Abstract of Boffetta 2021, can you
7  confirm for me in the very same sentence that gives you
8  data for DLBCL, there are results for CLL?
9    A   Yes.
10    Q   The results for DLBCL were statistically
11  significant, right?
12    A   Yes.
13    Q   You are saying there is statistically
14  significant evidence of an increased risk and that's
15  evidence for causation, correct?
16    A   Yes.
17    Q   The authors say an association with DLBCL
18  cannot be ruled out, and you say this study is evidence
19  of causation.
20          You would agree with me that is more
21  than what the authors are willing to say, right?
22    A   I have mentioned somewhere that that
23  sentence -- you know, that all the associations cannot
24  be ruled out.
25    Q   It would be more accurate to say that an

## Page 360

1  association with DLBCL cannot be ruled out as opposed to
2  saying that there is an association with DLBCL --
3          MR. HABERMAN:  Objection.
4    Q.  (BY MS. ROSS) -- for Roundup, correct?
5          MR. HABERMAN:  Objection.
6    A   Both are meaning the same to me.
7    Q.  (BY MS. ROSS) Boffetta provides a meta-analysis
8  of all of the data on CLL and shows no statistically
9  significant increased risk, correct?
10    A   Lack of association, that's what you are
11  talking about.
12    Q   Correct.
13    A   Exposure for NHL overall, although there is an
14  association for DLBCL, cannot be ruled out.  That means
15  there is some evidence of association.
16    Q   You included the results for DLBCL in your
17  table of data relevant to Mr. Pleu, right?
18    A   Yeah, that's in there, you know.  If it -- it's
19  repetition from the Moore's table.
20    Q   You should have included the data for CLL,
21  right?
22    A   Yes, exactly.
23    Q   Can you confirm, looking at Boffetta 2021, that
24  the results from Boffetta for follicular lymphoma show
25  no increased risk?

## Page 361

1    A   Table?
2    A   In the Abstract.
3    A   Oh.  Follicular?
4    Q   Yes.
5    A   I don't see that.
6    Q   Do you see a relative risk for follicular
7  lymphoma in Boffetta?
8    A   No.
9    Q   Do you know if Boffetta included data --
10    A   Oh, yes, I see that, yes.  Follicular lymphoma,
11  yes.
12    Q   What was the relative risk in Boffetta for
13  follicular lymphoma?
14    A   It is .84 with a confidence level of .61 to
15  1.17.
16    Q   Does Boffetta 2021 includes data from Andreotti
17  2018?
18    A   Yes.  Probably, yes.
19    Q   Do you know if Boffetta 2021 included all of
20  the data from Andreotti 2018?
21    A   Yeah, they did include all of the data for
22  meta-analysis.
23    Q   If you go to Table 1 of Boffetta, I think it
24  shows you which --
25    A   Yes.

Ambrose K. Charles, Ph.D.

Page 362

```
1        Q   -- papers were included.
2        A   Yes.
3        Q   Do you see Andreotti 2018 on that list?
4        A   No, I don't see it.  I see Pawha, Leon, Cocco,
5    Orsi, Eriksson, and Handell [sic].
6            THE REPORTER:  I am sorry.  I couldn't
7    hear you.
8            THE WITNESS:  I was reading the names.
9            Pahwa, Leon, Cocco, Orsi, and Eriksson.
10       Q.  (BY MS. ROSS) And Hardell, correct?
11       A   Hardell.  And Hardell.
12       Q   I want to sum up the epidemiologic data we have
13   walked through, Dr. Charles.  Okay?
14       A   Okay.
15       Q   For Eriksson 2008, in your table, you reported
16   the greater than ten days information and not the
17   findings that were adjusted for other pesticides;
18   correct?
19       A   Right.
20       Q   For Eriksson 2008, you included findings for
21   CLL in your reports but not the results for DLBCL,
22   correct?
23       A   That's right.
24       Q   For Leon 2019, you included the findings for
25   DLBCL in your reports but not CLL, right?
```

Page 363

```
1        A   Yes.
2        Q   For Andreotti 2018, you included a finding for
3    acute myeloid leukemia in your reports but not CLL,
4    DLBCL, or NHL overall; correct?
5        A   Probably, yes.
6        Q   You included both McDuffie 2001 and Pahwa 2019
7    even though all of the cases from McDuffie are included
8    in Pahwa, right?
9            MR. HABERMAN:  Objection.
10       A   That is considered a separate study even if it
11   is included in a full study.
12       Q.  (BY MS. ROSS) For Boffetta 2021, you included
13   the statistically significant findings for DLBCL but not
14   the nonsignificant findings for CLL or NHL overall,
15   right?
16       A   That's right.
17       Q   For Pahwa 2019 you report the lifetime days for
18   CLL and the days per year for DLBCL, right?
19       A   I think we agreed on greater than 3 point
20   years.  That number is correct.
21       Q   Those are different analyses, correct?
22       A   Yes.
23       Q   What they have in common is in both cases they
24   are the highest odds ratios for glyphosate in the
25   subtype in question of any adjusted analysis in Pahwa,
```

Page 364

```
1    right?
2        A   Yes.
3        Q   The table in your report mixes end points,
4    correct?
5        A   Yes.
6        Q   The table in your report uses data that are for
7    cancers the plaintiff didn't have, right?
8        A   Data the plaintiff did not have?
9        Q   Correct.
10           The table in your report uses data for
11   cancers the plaintiff did not have, correct?
12       A   Yes.  That's odd ratio and it was copied to the
13   table from the paper.  There was -- obviously some error
14   happened.  That doesn't mean that the data doesn't
15   exist.
16       Q   The table in your report uses data in some
17   cases that are unadjusted for other pesticides, correct?
18       A   Yes.
19           MR. HABERMAN:  Objection.
20       Q.  (BY MS. ROSS) The table in your report double
21   counts, right?
22           MR. HABERMAN:  Objection.
23       A   How can it be -- you are trying to discount the
24   McDuffie.  He has a publication, and we see it because
25   it's a publication, not because it is part of somewhere.
```

Page 365

```
1            That means ATSDR has got so many
2    different studies and papers that was published.  When
3    I look at ATSDR, for example, I don't discount other
4    studies, you know, they exist.  That's the way I see
5    it.
6        Q.  (BY MS. ROSS) Was your point in this chart just
7    to show some statistically significant increases in
8    risk?
9        A   No.
10           MR. HABERMAN:  Objection.
11       Q.  (BY MS. ROSS) You took --
12       A   That -- that is not my job.
13       Q   You took seven endpoints out of hundreds of
14   endpoints in these various studies and put them into a
15   table, right?
16       A   Whatever I felt was appropriate in my
17   assessment I included.
18       Q   Now --
19       A   And, of course, I admit there are some --
20   errors happened, but that is not deliberate.
21       Q   If you will turn with me to page 16 of your
22   report for Mr. Pleu.
23           You state that from a regulatory
24   perspective, EPA uses the most current science
25   policies and risk assessment methodologies to assess
```

92 (Pages 362 to 365)

Ambrose K. Charles, Ph.D.

<table>
<tr><td>

Page 366

1  the risks of glyphosate, correct?
2      A   Correct.
3      Q   The EPA has regulatory jurisdiction under FIFRA
4  to regulate pesticides, insecticides, and those types of
5  chemicals, right?
6          MR. HABERMAN:  Objection.
7      A   Correct.
8      Q.  (BY MS. ROSS) Pesticides have to be registered
9  with EPA and EPA has to approve of the registration,
10  correct?
11     A   That's correct.
12     Q   Part of EPA's responsibility is to review and
13  approve the warnings and labelings that accompany
14  herbicides like Roundup, right?
15     A   That's correct.
16     Q   At no point in its more than 40 years of
17  regulating glyphosate has EPA required a cancer warning
18  on a Roundup label, true?
19         MR. HABERMAN:  Objection.
20     A   I am not aware of that.
21     Q.  (BY MS. ROSS) You understand in broad terms the
22  regulatory process that the EPA goes through to review
23  glyphosate and chemicals like glyphosate?
24     A   Repeat that question, please.
25     Q   Do you understand in broad terms the regulatory

</td><td>

Page 368

1  Thank you.
2      Q   And when you say that, that's based upon your
3  review of EPA's registration decisions, right?
4      A   Yes.  If you look at Federal register of the
5  publications and go through EPA's response, accepting
6  the public review and comments, what kind of -- we have
7  read it:  We have considered it.  We will include it.
8          So --
9          (Exhibit 22 virtually marked.)
10     Q.  (BY MS. ROSS) When you say that's based on your
11  review of EPA's registration decisions, Exhibit 22 to
12  your deposition is the, "Glyphosate - Proposed Interim
13  Registration Review Decision" from April 2019.
14         Do you see that?
15     A   Yes.
16     Q   You've mentioned that EPA responds to comments.
17         Do you know if there is often another
18  round of comments after those responses?
19     A   I think I am forgetting the process and after
20  the public comments, you know, it -- it goes through the
21  Scientific Advisory Committee probably, yeah.
22         When I said EPA responds, that is a
23  general comment that is said, not particularly related
24  to glyphosate or anything.
25     Q   I think this might help.  If you turn to page 4

</td></tr>
<tr><td>

Page 367

1  process that EPA goes through to review glyphosate?
2      A   Yes.
3      Q   There are points along the way when EPA is
4  making a decision that are open to the public, right?
5      A   Yes.
6      Q   Before the EPA has reached a decision, the
7  public gets to be a part of that process, true?
8          MR. HABERMAN:  Objection.
9      A   Public -- public is a part of that.  They can
10  send comments.
11     Q.  (BY MS. ROSS) EPA proposes an action and then
12  people get to see that action and send comments to EPA,
13  correct?
14     A   Yeah.
15     Q   EPA then responds to those comments, right?
16         MR. HABERMAN:  Objection.
17     A   Usually, if you want to hear that response
18  like...
19     Q.  (BY MS. ROSS) There's --
20     A   EPA -- I would like to add that, please --
21     Q   Sure.
22     A   -- before you go.
23         EPA's response to any public comments
24  is:  We have reviewed those comments.  We deliberated
25  it, and then we have included it in our consideration.

</td><td>

Page 369

1  of Exhibit 22, there is a "Summary of Glyphosate's
2  Registration Review."
3          Do you see that?
4      A   Yes, I am familiar with this -- with these
5  documents.
6      Q   You are familiar with this document?
7      A   Not this document.  That I read
8  registration documents of pesticides.
9      Q   To -- well, backing up.
10         If the EPA doesn't approve a
11  registration, then Monsanto cannot sell Roundup or
12  glyphosate, right?
13     A   Correct.
14     Q   EPA continues to approve glyphosate to this
15  day, right?
16         MR. HABERMAN:  Objection.
17     A   EPA continues to?
18     Q.  (BY MS. ROSS) -- approve glyphosate to this
19  day, correct?
20     A   Yes.
21     Q   You are certainly not testifying that Monsanto
22  is violating any Federal regulation or requirement,
23  right?
24     A   Of course not.
25     Q   EPA first approved Roundup or glyphosate in

</td></tr>
</table>

93  (Pages 366 to 369)

Ambrose K. Charles, Ph.D.

Page 370

1   1974, right?
2       A   I can't remember what year, but if it is
3   written here as 1974, it is.
4       Q   Do you -- well, if you'll turn -- so page 4, do
5   you see where it states, "The first pesticide product
6   containing glyphosate was registered in 1974"?
7       A   Yes, yes.  Yeah.  I know it is long back.
8       Q   EPA first approved Roundup or glyphosate in
9   1974, correct?
10      A   Yes.
11      Q   It is now 48 years later, right?
12      A   Right.
13      Q   Even today the U.S. EPA does not view
14  glyphosate as a probable human carcinogen, correct?
15          MR. HABERMAN:  Objection.
16      A   They say it is not likely glyphosate is a
17  possible human carcinogen.
18      Q.  (BY MS. ROSS) Do you assume that the scientists
19  of EPA are protective of the public health?
20          MR. HABERMAN:  Objection.
21      A   Their -- their duty is to protect public
22  health.
23      Q.  (BY MS. ROSS) That is also true of the
24  scientists of the European Food Safety Authority, EPSA;
25  correct?

Page 371

1       A   That's correct, I guess.
2       Q   That is also true of the scientists of the
3   European Chemicals Agency or ECHA, right?
4       A   Correct.
5       Q   That is also true of the scientists at the
6   Australian Pesticides and Veterinary Medicines
7   Authority, right?
8       A   Yes, correct.
9       Q   That is also true of the scientists at the
10  New Zealand EPA, correct?
11      A   Correct.
12      Q   That is also true of the scientists at the
13  Japan National Institution of Technology and Innovation,
14  correct?
15      A   Correct.
16      Q   That is also true of the scientists at Health
17  Canada, right?
18      A   Correct.
19          MR. HABERMAN:  Objection.
20      Q.  (BY MS. ROSS) There is not a single regulatory
21  agency that doesn't have the public health at heart,
22  right?
23          MR. HABERMAN:  Objection.
24      A   Yes, correct.
25      Q.  (BY MS. ROSS) Here in Exhibit 22, we are

Page 372

1   looking at the summary of EPA's glyphosate
2   re-registration [sic] review, and it summarizes
3   significant milestones that occurred in EPA's review of
4   glyphosate.
5           Do you see that?
6           MR. HABERMAN:  Objection.
7       A   Where is that?
8       Q.  (BY MS. ROSS) Page 4, there is a sentence that
9   states, the following summary -- under "Summary of
10  Glyphosates Registration Review" --
11      A   Yes.
12      Q   -- there is a sentence that begins, "Pursuant
13  to 40 CFR."
14          Do you see where I am?
15      A   Page 4?
16      Q   Yes, under "Summary of Glyphosate Registration
17  Review."
18      A   Summary, yes.
19      Q   Okay.  "The following summary highlights the
20  docket opening and other significant milestones that
21  have occurred thus far during the registration review of
22  glyphosate."
23          Do you see that?
24      A   Yes.
25      Q   If you turn to page 6, there is a "Summary of

Page 373

1   Public Comments on the Draft Risk Assessments and Agency
2   Responses." Correct?
3       A   Yes.
4       Q   "During the 60-day public comment period for
5   the glyphosate preliminary risk assessments, which
6   opened on February 27th, 2018 and closed on April 30th,
7   2018, the agency received 238,290 comments."  Correct?
8       A   Yes, that is not unusual.
9       Q   Approximately 200 -- withdrawn.
10          "Approximately 2,244 unique submissions
11  were received from various stakeholders."
12          Do you see that?
13      A   Yes.
14      Q   This is what you were mentioning before, that
15  there are rounds of public comments in EPA's review
16  before a final decision is made, right?
17      A   That's correct.
18      Q   EPA then responds to the comments, right?
19      A   Yes.
20      Q   Sometimes there are comments on top of those
21  comments, right?
22      A   Yes.
23      Q   You can have multiple rounds of comments in a
24  pest site review?
25      A   Yes, yes.

Ambrose K. Charles, Ph.D.

| Page 374 | Page 376 |
|---|---|
| 1 Q On page 7, do you see the first full sentence<br>2 on that page?<br>3 A Next page?<br>4 Q Yes. Where it states, "The comments did not<br>5 result in changes to the agency's risk assessments. The<br>6 agency thanks all commentators for their comments and<br>7 has considered them in developing this PID"?<br>8 A Standard sentence.<br>9 Q That is exactly what you were just telling<br>10 us --<br>11 A Exactly, yes.<br>12 Q -- the EPA does, correct?<br>13 A We also make comments, you know, from the<br>14 State's perspective, sometimes, you know, but everything<br>15 goes to EPA. That's all we know.<br>16 Q After going through EPA's public notice and<br>17 comment process, those comments did not result in<br>18 changes to the agency's risk assessment, right?<br>19 A Exactly.<br>20 Q There is a section on this page about comments<br>21 about EPA's cancer evaluation, correct?<br>22 A Yes.<br>23 Q This describes the agency's discussion about<br>24 the carcinogenic potential of glyphosate and response to<br>25 comments about EPA's classification, right? | 1 Do you see that?<br>2 A Yes.<br>3 MR. HABERMAN: Objection. The document<br>4 speaks for itself.<br>5 Q (BY MS. ROSS) Do you disagree that EPA's cancer<br>6 classification is based on a thorough weight-of-evidence<br>7 review of all relevant data?<br>8 A Excuse me.<br>9 Yes.<br>10 Q You disagree with that?<br>11 A I do not disagree with that. It's their<br>12 evaluation, what they do.<br>13 Q EPA's cancer classification is based on a<br>14 thorough weight-of-evidence review of all relevant data,<br>15 right?<br>16 A Yes, based on the data.<br>17 MR. HABERMAN: Objection.<br>18 Q (BY MS. ROSS) The agency presented its draft<br>19 cancer evaluation to the FIFRA Scientific Advisory Panel<br>20 in December of 2016, right?<br>21 A Yes.<br>22 Q That is the Scientific Advisory Panel you were<br>23 talking about --<br>24 A Yes.<br>25 Q -- when you said SAP? |

| Page 375 | Page 377 |
|---|---|
| 1 A Yeah.<br>2 Q The -- the -- there is a paragraph that begins,<br>3 "The EPA Response."<br>4 Do you see that?<br>5 A Yes.<br>6 Q "The EPA conducted an independent evaluation of<br>7 the carcinogenic potential of glyphosate and has<br>8 determined that glyphosate is 'not likely to be<br>9 carcinogenic to humans.'"<br>10 A Yes.<br>11 Q Right?<br>12 A Yes.<br>13 Q That was the EPA's conclusion in 2019, correct?<br>14 A Yes.<br>15 Q That is still EPA's conclusion today, correct?<br>16 A Exactly, yes.<br>17 Q That has been EPA's conclusion since EPA began<br>18 reviewing glyphosate, right?<br>19 MR. HABERMAN: Objection.<br>20 A Yes.<br>21 Q. (BY MS. ROSS) "The Agency's cancer<br>22 classification is based on a thorough weight-of-evidence<br>23 review of all relevant data and is in accordance with<br>24 the Agency's 2005 Guidelines for Carcinogen Risk<br>25 Assessment." | 1 A Yes, yes.<br>2 Q You know what a FIFRA SAP is, right?<br>3 A Constituted of scientists that the EPA selects<br>4 or other -- other people nominate to be the members of<br>5 the Scientific Advisory Panel.<br>6 Q You were aware that the SAP evaluated<br>7 glyphosate in 2017?<br>8 A I -- I think am. I have seen that report.<br>9 Q Were you aware of the conclusions the SAP<br>10 reached?<br>11 A They were not changing any of the formal risk<br>12 assessments decisions, yes.<br>13 THE REPORTER: I am sorry?<br>14 THE WITNESS: Formal risk assessments<br>15 decisions.<br>16 Q (BY MS. ROSS) Is there any study or independent<br>17 original work that you were aware of that EPA did not<br>18 have access to at the time of the Scientific Advisory<br>19 Panel?<br>20 A No. Even in the Scientific Advisory Panel<br>21 that -- I know some members who have served in the<br>22 Scientific Advisory Panel and --<br>23 Q You are not -- sorry, go ahead.<br>24 A No, what I was trying to say, there is even the<br>25 advisory panel, you know, if there are nine members or |

Ambrose K. Charles, Ph.D.

Page 378

1    twelve members on the panel, you know, a decision comes
2    out, it's not that all twelve panel members agree.
3    Okay.
4            Most of them agree.  Some may have
5    dissenting opinions.  But finally, wanting those --
6    you know, depending on the majority of the people
7    recommending, that is the way the regulation is
8    accepted, the classification is accepted.  Okay?  It's
9    not just a pure science alone.
10       Q   I am going to break that down a little bit.
11   Okay?
12       A   Yes, exactly.
13           Go ahead.
14       Q   There are multiple scientists on the Scientific
15   Advisory Panel --
16       A   Yes.
17       Q   -- correct?
18       A   Yes.
19       Q   Those scientists include toxicologists, right?
20       A   Yes, yes.
21       Q   They include biostatisticians, correct?
22       A   Probably.
23       Q   They include epidemiologists, correct?
24       A   Probably.  I know of the basic scientists like
25   me who are part of, you know, all the assessments.

Page 379

1    Q   Have you ever served on a FIFRA SAP?
2    A   Oh, I did not.  I, being a State employee, have
3    a vested interest, so I would not be.
4    Q   But you know some scientists who have served on
5    FIFRA at least?
6    A   Usually academia people who work in academia.
7    Q   And the scientists that you know who have
8    served on the FIFRA SAP, are they good scientists?
9    A   I knew -- I knew some people at the time.  I
10   don't have any contacts or remember individuals.
11   Q   You mentioned that sometimes the SAP does not
12   reach full consensus on issues, right?
13       MR. HABERMAN:  Objection.
14   A   Correct.
15   Q.  (BY MS. ROSS) And the view that is reported is
16   the overall view, right?
17   A   That's correct.
18   Q   In here, do you see where it states, "Although
19   the SAP does not reach consensus on several questions,
20   none of the panelists believe that glyphosate should be
21   classified as likely to be carcinogenic to humans or
22   carcinogenic to humans?"
23       MR. HABERMAN:  Objection.
24   A   In -- in this statement, they may be right.  I
25   have no way of finding out that.

Page 380

1    Q.  (BY MS. ROSS) Are you claiming that Monsanto
2    somehow has control over the Scientific Advisory Panel?
3    A   I never said that.  I don't know.
4    Q   EPA goes on, and there is a sentence at the
5    bottom of page 7 if you're -- if you will look at the
6    registration decision with me.
7    A   Yeah.
8    Q   Do you see where the document states, "EPA's
9    cancer evaluation is more robust than IARC's
10   evaluation"?
11   A   Yes.
12   Q   Do you have an opinion one way or the other
13   whether EPA's evaluation is more robust than IARC's?
14   A   I have no opinion on that.
15   Q   You know that IARC's evaluation only considers
16   data that has been published or accepted for publication
17   in the openly available scientific literature, right?
18   A   That's what they use and they also use -- they
19   also will be using the studies that we are talking
20   about, the animal studies.  Every company that is
21   registering their products in Europe have to submit
22   their data in the European market also.
23   Q   The very last sentence on page 7 says, "The EPA
24   also excluded some studies that were not appropriate for
25   determining the human carcinogenic potential of

Page 381

1    glyphosate, such as studies in non-mammalian species
2    (i.e. worms, fish, reptiles, and plants) which IARC used
3    in its evaluation."
4            Do you see that?
5    A   For these studies, you know, glyphosate and
6    humans, EPA may not consider that; but for environmental
7    impact, the EPA may consider those statements.
8    Q   Is it a good idea to exclude studies in plants
9    when you are trying to decide if an herbicide will cause
10   harm in humans?
11   A   No.
12   Q   On page 8 --
13   A   However, however --
14   Q   Yes.
15   A   -- it is good to know the residual content of
16   glyphosate in plants if they are used on crops.
17       THE REPORTER:  I am sorry.  I need you
18   to --
19       THE WITNESS:  Residual.
20       THE REPORTER:  -- repeat that.
21       THE WITNESS:  Residual.  Residual,
22   residual.
23       THE REPORTER:  I am not getting you.
24       THE WITNESS:  Residual.
25       MS. ROSS:  Residual content of glyphosate.

96  (Pages 378 to 381)

Ambrose K. Charles, Ph.D.

| Page 382 |
|---|

1    THE WITNESS:  Residual.  Yes, there you
2  are.
3        [Multiple speakers speaking
4  simultaneously.]
5        THE REPORTER:  Thanks.
6        THE WITNESS:  I said residual.
7        THE REPORTER:  Okay.
8    Q.  (BY MS. ROSS) I -- I think you may have
9  misunderstood my question --
10   A   Yes.
11   Q   -- so I will go back.
12   A   Sorry.
13   Q   It is good to know the residual con- -- content
14 of glyphosate in plants when you are considering human
15 health risks, right?  Is that what you just said?
16   A   What I said is if those plants are edible.
17   Q   Okay.  So if plants are edible, you would want
18 to consider how much glyphosate was left in those plants
19 when you are considering --
20   A   Yes.
21   Q   -- human health risks, right?
22   A   Yes, yes, yes.
23   Q   Otherwise, should you include studies of
24 glyphosate affect in plants when you are evaluating
25 human health risks?

| Page 384 |
|---|

1        MR. HABERMAN:  Objection.
2    A   I have no exposure to IARC's way of doing
3  things, no exposure, really.  I only know what is in the
4  United States.  But --
5    Q.  (BY MS. ROSS) You have no exposure to IARC's
6  way of doing things, you really just know what's done in
7  the United States, is that right?
8    A   That's the regulatory process.  Otherwise, I
9  have only superficial knowledge about the process, I
10 mean, how the steps operates in this.  I know they have
11 to submit data.  I know they have a review.  I know all
12 those thing -- kind of things, but...
13   Q   There is a sentence in the next paragraph on
14 the line beginning "Assessment," three lines down, and
15 the sentence starts, "The Agency's cancer conclusion."
16       Do you see that?
17   A   This is page --
18   Q   8?
19   A   8, okay.
20       "Agency's cancer conclusions."
21       EPA's response?
22   Q   On page -- are you on page 8?
23   A   Yeah.
24   Q   Okay.  The second full paragraph on page 8 --
25   A   Oh, okay.  Okay.

| Page 383 |
|---|

1    A   No, no.
2    Q   On page 8 of this exhibit, you see where they
3  state, "The agency's cancer evaluation for glyphosate is
4  also more transparent than IARC's"?
5    A   Yes.  That's a statement, yes.
6    Q   Do you have an opinion one way or the other on
7  whether EPA's process is more transparent?
8    A   No.
9    Q   We talked about the elaborate procedure that
10 EPA has to involve the public, anyone who wants to point
11 out errors they made or mistakes they think they see,
12 right?
13   A   Yes.
14   Q   We haven't discussed all of the EPA procedure
15 by a long shot, but there are points along the way when
16 EPA is making a decision, the public gives input,
17 correct?
18   A   Yes.
19   Q   That is not how IARC works, right?
20       MR. HABERMAN:  Objection.
21   A   I do not know.
22   Q.  (BY MS. ROSS) IARC is just a group of
23 scientists, and they go off and reach their own
24 conclusion and then tell everyone what the
25 conclusion is, right?

| Page 385 |
|---|

1    Q   -- the second sentence begins, "The agency's
2  cancer conclusion is consistent."
3    A   I am with you.
4    Q   Okay.  EPA states that, The Agenc- -- Agency's
5  cancer conclusion is consistent with other regulatory
6  authorities and international organizations, including
7  Canadian Pest Management Regulatory Agency, the
8  Australian Pesticide and Veterinary Medicine's
9  Authority, the European Food Safety Authority, the
10 European Chemicals Agency, the German Federation
11 Institute for Occupational Safety and Health, the Joint
12 FAO/WHO Meeting on Pesticide Residues, the New Zealand
13 Environmental Protection Authority and the Food Safety
14 Commission of Japan.
15       Did I read that correctly?
16   A   Yes.
17   Q   That's the same as what you cite in your report
18 regarding regulatory conclusions, right?
19   A   Yes.
20   Q   To the extent you know, you agree that the
21 EPA's conclusion that glyphosate is not likely to be
22 carcinogenic is consistent with those regulatory bodies,
23 right?
24   A   Yes.
25   Q   Is it your view that all of these agencies and

97  (Pages 382 to 385)

Ambrose K. Charles, Ph.D.

<table>
<tr><td>

Page 386

1  the EPA have made a mistake when it comes to glyphosate?
2      MR. HABERMAN: Objection.
3   A  It is not my opinion they made a mistake.
4   Q.  (BY MS. ROSS) You don't have any evidence
5  that -- well, let me ask it not as a negative.
6      New question.
7      Do you have any evidence that Monsanto
8  controlled all of those agencies around the world?
9      MR. HABERMAN: Just the EPA.
10  A  I have no idea.  That's strange.
11  Q.  (BY MS. ROSS) You know that scientists at
12  regulatory bodies around the world have re-examined the
13  alleged cancer risk of glyphosate since the time of the
14  IARC meeting in 2015, correct?
15  A  I don't have any idea.
16      MR. HABERMAN: I am sorry.  What did you
17  say?
18      THE WITNESS: What?
19      MR. HABERMAN: What was your answer?
20      THE WITNESS: I said --
21  A  Do you have -- can you repeat that?
22  Q.  (BY MS. ROSS) In your report, you say,
23  "Interestingly, pesticide regulatory authorities in
24  Canada, Japan, Australia, and the European Union have
25  completed independent carcinogenicity assessments that

</td><td>

Page 388

1   A  Any regulatory bodies?
2   Q.  Yes.
3   A  You mean some countries that have adopted this
4  as a carcinogen?
5   Q.  Yes.
6   A  Any -- any countries, right?  Those are the
7  regulatory authorities.
8   Q.  Have you -- can you name any scientific or
9  regulatory agency anywhere in the world that has
10  evaluated the data for glyphosate and concluded that
11  glyphosate causes cancer?
12  A  Regulatory agencies, I do not know, and I do
13  not know anything what is called a "scientific agency."
14  I do not know -- I never heard that term before.
15  Q.  Okay.  So I will ask it to not include
16  scientific in the question, okay?
17  A  No, I -- I am sorry --
18      (Overlapping speakers.)
19  A  -- the way I did it --
20  Q.  (BY MS. ROSS) No, that's okay.
21      New question.
22      Do you know any regulatory agency
23  anywhere in the world that has evaluated the data for
24  glyphosate and concluded that glyphosate causes
25  cancer?

</td></tr>
<tr><td>

Page 387

1  reached similar conclusions on carcinogenicity as to
2  that of the U.S. EPA."
3      Do you see that?
4   A  Yes.
5   Q.  Regulators include --
6   A  Yes.
7   Q.  -- experts in animal carcinogenicity studies,
8  right?
9   A  Yes.
10  Q.  The regulators include experts in genotoxicity
11  studies, right?
12  A  Yes.
13  Q.  Regulators include experts in epidemiology,
14  right?
15  A  Yes.
16  Q.  You know that every single pesticide regulator
17  that has examined the scientific issues since IARC has
18  concluded that glyphosate and glyphosate formulations
19  are not likely to be carcinogenic, true?
20  A  (No response.)
21      MR. HABERMAN: Objection.  Calls for
22  speculation.
23  Q.  (BY MS. ROSS) Can you name any scientific
24  regulatory authority anywhere in the world that has
25  concluded glyphosate causes cancer?

</td><td>

Page 389

1   A  No, I don't know.
2   Q.  There are scientists on both sides of the
3  glyphosate carcinogenicity issue, correct?
4   A  Yes.
5   Q.  In fact, there are a number of scientists who
6  do not agree that Roundup causes non-Hodgkin's lymphoma;
7  true?
8   A  That's true.
9   Q.  There is not consensus in the scientific
10  community that Roundup causes non-Hodgkin's lymphoma,
11  right?
12  A  That's true.
13      MR. HABERMAN: Objection.
14  Q.  (BY MS. ROSS) Other than the plaintiffs' other
15  retained experts, are you aware of any scientists who
16  agree with you, that Roundup causes lymphoma?
17      MR. HABERMAN: Objection.
18  A  The literature gives some evidence, some
19  suggestive evidence that it may have a link.
20      THE REPORTER: I am sorry.  Was there an
21  objection in there?
22      MR. HABERMAN: Yes.
23      THE REPORTER: Okay.
24  Q.  (BY MS. ROSS) You are not saying that the
25  regulatory bodies around the world have all ignored the

</td></tr>
</table>

98 (Pages 386 to 389)

Ambrose K. Charles, Ph.D.

Page 390

1    animal studies, are you?
2       A   I didn't say that.
3       Q   Are you saying they ignored the mechanism of
4    action studies?
5       A   I didn't say that.
6       Q   Is it your view that those regulatory bodies
7    are incompetent?
8       A   I didn't say that.
9       Q   Do you have any reason to believe that any
10   members on any of those regulatory bodies were corrupt
11   or being paid illicitly?
12      A   I didn't say that.
13      Q   In your report for Mr. Pleu, you talk about
14   assessing overall carcinogenicity of glyphosate-based
15   products and the difference between hazard and risk.
16          That is on page 24 of your report.
17      A   Okay.
18      Q   You are familiar with the concept of hazard
19   identification --
20      A   Yes.
21      Q   -- right, Dr. Charles?
22      A   Yes.
23      Q   In the context of cancer, hazard identification
24   is identifying whether a chemical can cause cancer at
25   any dose, right?

Page 391

1       A   Usually they've tested three different doses in
2    animals.
3       Q   Hazard assessment is usually the first step in
4    doing a risk assessment, correct?
5       A   Yes.
6       Q   We talked earlier about risk assessments,
7    right?
8       A   Yes.
9       Q   Risk assessment is done after something is
10   identified as a hazard, correct?
11      A   Yes.
12      Q   If there is no hazard, then there is no risk,
13   true?
14      A   Yes.
15      Q   You can have a hazard without a risk, right?
16          MR. HABERMAN:  Objection.
17      A   Yes.
18      Q.  (BY MS. ROSS) For example, you can have a
19   hazard, but if the exposure to the chemical is low, the
20   risk is not significant; right?
21      A   It depends on -- that depends on if it is a
22   qualitative statement; if it is less, you know, some
23   individuals may respond harshly than others.
24      Q   IARC performed a hazard assessment, correct?
25      A   Pardon?

Page 392

1       Q   IARC --
2       A   Yeah.
3       Q   -- performed a hazard assessment of glyphosate,
4    correct?
5       A   Yes.
6       Q   Did IARC perform a risk assessment?
7       A   Without risk assessment, they cannot come up
8    with a type to a carcinogenic classification.  They must
9    have done it.
10      Q   You are assuming that IARC performed a risk
11   assessment; but do you know sitting here, one way or
12   another, whether IARC actually performs a risk
13   assessment on anything as opposed to hazard assessments
14   on chemicals?
15      A   Ma'am, what I am saying is:  In order to reach
16   a classification of that magnitude, classifying
17   something as a human risk carcinogen to a carcinogen.
18   It goes through the risk assessment process.  It is not
19   just based on some opinion.  It must be a responsible
20   risk assessment process.  Must have the science behind
21   it, that's what I am saying.
22      Q   You believe that IARC conducts a risk
23   assessment to determine whether something is a two-way
24   probable human risk --
25      A   I believe --

Page 393

1       Q   -- carcinogen?
2       A   I believe.  Otherwise, you know, they cannot
3    have that classification.
4       Q   If we wanted to determine whether IARC actually
5    says that they do hazard assessments or risk
6    assessments, we should look at IARC's classification of
7    glyphosate, right?
8       A   In order to --
9       Q   Determine whether IARC conducts hazard
10   assessments or risk assessments, we should actually look
11   at the IARC documents as to what IARC does, right?
12      A   My understanding is, ma'am, risk -- hazard
13   assessment is first part of the risk assessment.
14   They are not a separate process.  You are -- you are
15   talking about that as a separate process.  That's why I
16   am confused, you know, what you are talking about.
17      Q   Is it possible for you to be correct in your
18   assessment that there is a cancer hazard with glyphosate
19   and for EPA to be correct that there is no risk?
20          MR. HABERMAN:  Objection.
21      A   Yes.  I can explain it, in my viewpoint.  Why I
22   think like that is, when EPA make a risk-assessment
23   process and develop a number as well as classification,
24   it's not likely to cause cancer in humans.
25          It may take a few minutes.  Okay?  If

99 (Pages 390 to 393)

Ambrose K. Charles, Ph.D.

Page 394

1  you give me time, I will do it.  Otherwise, I will
2  stop.  I will answer your questions.
3          MR. TAYLOR:  You can answer --
4      Q.  (BY MS. ROSS) You can answer my question, go
5  for it.
6      A   Yes, yes.
7      Q   And we will -- we will stay a few minutes later
8  if we need to, and that's fine.
9          Go ahead.
10     A   Okay.  When they go through the hazard
11 assessment and with this process of risk assessment,
12 they come up with a number.  That number is generated
13 using safety factors to protect the population of
14 people.
15         That doesn't guarantee a single person's
16 protection, you know, that number.  EPA's regulatory
17 agency is not taking every individual in the United
18 States.  Their -- their risk is not considered.  Their
19 risk is considered at a million level, millions of
20 people.  One in a million or one in -- one in a
21 thousand, that is the kind of risk level that
22 determine -- there is a process to do that.
23         At that level, we say that the risk is
24 not about a million.  This number is okay.  It's not
25 likely.  That doesn't guarantee saying that anybody

Page 395

1  below that level to one person or two persons in that
2  million population will not get cancer or will not be
3  having any effect on any chemical.
4          I am not talking about a glyphosate in
5  particular.  I am just talking about the general
6  concept of all of these numbers and dealing with
7  numbers and interpreting and say, yes to that, yes to
8  this -- it's not yes-and-no.
9          You have to go back to that own
10 individual person who is affected by a -- a disease or
11 something like that.  You have to look at the cause
12 and what must have caused.
13         Instead of looking at the EPA level,
14 it's at that level, so anything below is not possible,
15 you know.  I don't see it that way, and I don't think
16 that individual scientists don't think that.
17         But regulatory level is to protect
18 people at the general population, not somebody, you
19 know, who is more susceptible or can be affected by
20 various other factors, you know, that -- we are
21 talking about individual factors.  That's -- I
22 stopped.
23     Q   Are you done with your answer?
24     A   I stopped, yes.
25     Q   On page 17 of your expert report, before that

Page 396

1  answer, we were talking about the paragraph that says,
2  "Interestingly, pesticide regulatory authorities in
3  Canada, Japan, Australia and the European Union" --
4      A   Yes.
5      Q   -- "have completed independent assessments."
6      A   Yes.
7      Q   You state the U.S. National Institute of
8  Health's National Toxicology Program has also found no
9  evidence of glyphosate causing damage to DNA, correct?
10     A   Yes, yes.
11     Q   As a toxicologist, you are familiar with the
12 National Toxicology Program?
13     A   I think we've discussed it.
14         Move on.
15     Q   Do you respect NTP as an authority in
16 toxicology?
17         MR. HABERMAN:  Objection.
18     A   NTP as an authority in toxicology?
19     Q   (BY MS. ROSS) Yes.
20     A   I don't think so.
21     Q   Do you respect the scientists at the National
22 Toxicology Program?
23         MR. HABERMAN:  Objection.
24     A   I respect?
25     Q.  (BY MS. ROSS) Yes.

Page 397

1      A   I don't find any reason why should -- I should
2  not respect them.
3      Q   The NTP, or National Toxicology Program,
4  certainly has the public health foremost in its minds,
5  right?
6          MR. HABERMAN:  Objection.
7      A   I don't know what -- that Public Health
8  Program, I don't know.
9      Q   (BY MS. ROSS) Are you familiar with the
10 National Toxicology Program?
11         MR. HABERMAN:  Objection.
12     A   I was familiar with some aspects of it, and,
13 you know, I was not working there.  I didn't have much
14 time -- time to study what is the National Toxicology --
15 I have a regular job to do.
16         MR. HABERMAN:  I am sorry.  Can we go
17 off -- go off the record and find out how much more time
18 we have?
19         One minute.  All right.  Thank you.
20     Q.  (BY MS. ROSS) I take it as a toxicologist, you
21 have not done any research into the National Toxicology
22 Program, right?
23     A   I didn't have to.  I didn't find that.  But I
24 know generally, they're working under NIH.  They have a
25 national -- they have certain mandates.  They have

Ambrose K. Charles, Ph.D.

Page 398

```
 1    funding.  They work with different methodologies --
 2    developing methodologies and, you know, statistical
 3    approaches.
 4           And with this other program, they
 5    develop guidelines for different programs.  They fund
 6    the toxicology teaching kind of -- what is that -- aid
 7    and giving funds -- grants.  That's the word I was
 8    thinking.  Those kind of things, you know, like
 9    through NIH money.
10    Q   Does the National Toxicology Program also
11    publish the report on carcinogens in the United States?
12    A   I think so.  There is a report there.
13           MS. ROSS:  Dr. Charles, those are all the
14    questions I have for you today.
15           THE WITNESS:  I also will add that EPA is
16    a good list of all of the carcinogens that they have
17    determined, A, B, C, everything is there.  National
18    Toxicology -- Toxicology Program borrows that
19    information from EPA and other sources to put in their
20    list.  It is not their original idea of a list.
21    Q.  (BY MS. ROSS) Okay.  Since you --
22    A   That's what I understand.
23    Q   -- interjected that onto the record, we have
24    going to --
25           MR. HABERMAN:  No.
```

Page 399

```
 1    Q.  (BY MS. ROSS) -- follow it up with two
 2    questions.
 3           MR. HABERMAN:  No, I am not following up
 4    with questions.
 5    Q.  (BY MS. ROSS) Is it possible --
 6           [Multiple speakers speaking
 7           simultaneously]
 8           MR. HABERMAN:  I am sorry, I am sorry, he
 9    is not following up with the --
10           [Multiple speakers speaking
11           simultaneously]
12           THE WITNESS:  I am not getting --
13           MR. HABERMAN:  He -- the answer is done.
14    I actually have some questions to ask, and then we will
15    be done with the deposition.
16           MS. ROSS:  In that case, I am going to
17    move to strike that last comment that was made with no
18    question pending and that has no foundation.
19           MR. HABERMAN:  Yes --
20           THE WITNESS:  I have no foundation?
21           MR. HABERMAN:  We can deal with that
22    later.
23           THE WITNESS:  I was saying it when --
24    after you stopped.
25           MR. HABERMAN:  Doctor --
```

Page 400

```
 1           THE WITNESS:  Your questions were over and
 2    the recording is over.  You called it off, and literally
 3    I started talking about the National Toxicology.
 4           MR. HABERMAN:  Okay.  But that was all
 5    captured on the record.
 6           THE WITNESS:  Okay.
 7           MR. HABERMAN:  All right.
 8           THE WITNESS:  I have no problem.  I didn't
 9    damage myself.
10           MR. HABERMAN:  Okay.  I am going to ask
11    you some questions.  Okay?
12           THE WITNESS:  Yes, okay.
13               EXAMINATION
14    QUESTIONS BY MR. HABERMAN:
15    Q   So you test- -- you were asked earlier whether
16    you spoke with any of the plaintiffs, Mr. Moore or
17    Mr. Pleu.  Do you recall that question?
18    A   Yes.
19    Q   And you did not speak with either of them,
20    right?
21    A   No, I did not.
22    Q   Did you feel that the information that they
23    provided under oath was sufficient to come up with the
24    opinions that you came up with in this case for both of
25    them?
```

Page 401

```
 1    A   Whether it was insufficient or sufficient, that
 2    is a different question, sir.
 3    Q   So --
 4    A   My point was making the best argument and
 5    analysis that I can to what was provided to me.  That is
 6    the evidence I have.
 7    Q   Were you provided with sufficient evidence by
 8    the plaintiffs to come up with the causation opinions
 9    that you came up with in this case?
10    A   Not enough.
11    Q   Not enough?
12    A   Yeah.
13    Q   You were not provided enough information from
14    the plaintiffs?
15    A   If I had a label of the product, concentrations
16    that he used actually, those kind of information would
17    have been a little more for my -- my calculations, with
18    the actual numbers.  Here I am making estimates.
19    Q   Okay.  And you were able to come up with the
20    estimates you came up with based on the information that
21    they provided --
22    A   Yes.
23    Q   -- to you?
24    A   Yes.
25    Q   Is it your opinion that Roundup exposure can
```

Ambrose K. Charles, Ph.D.

Page 402

```
1    cause NHL?
2         MS. ROSS:  Objection.  Leading.
3         A   It is suggested in evidence there in the
4    literature.
5         Q.  (BY MR. HABERMAN) And is it your opinion that
6    Moore's Roundup exposure caused his NHL?
7         MS. ROSS:  Objection.  Leading.
8         A   Yes.
9         Q.  (BY MR. HABERMAN) And is it --
10        A   There is a connection.  That's what I say.
11        Q   Is it your opinion that Mr. Pleu's Roundup
12   exposure caused his NHL?
13        MS. ROSS:  Objection.  Leading.
14        A   Perhaps there is a connection there also,
15   but...
16        Q.  (BY MR. HABERMAN) You testified earlier to
17   questions on direct.  You said something that prob- --
18   that it probably caused their cancer --
19        A   Yes.
20        Q   -- do you recall that?
21        MS. ROSS:  Objection.  Leading.
22        Q.  (BY MR. HABERMAN) And do you recall saying that
23   probably to you meant about 80 percent -- you were asked
24   questions -- you were asked to define what "more likely
25   than not" meant, you were asked if that means 50 plus
```

Page 403

```
1    one and you said that it was about 80 percent.
2         Do you recall that?
3         A   Yes.
4         MS. ROSS:  Object to the form.
5         Q.  (BY MR. HABERMAN) Do you -- that's what you
6    testified to earlier; is that right?
7         A   Yes, yes.
8         Q   The opinions that you've expressed today and
9    the ones that are in your report, are those opinions
10   that you hold to a reasonable degree of medical and
11   scientific certainty?
12        A   Yes.
13        Q   And can you just describe for us what you did
14   to reach the opinions that you did?  In other words,
15   what was your methodology in this case as a
16   toxicologist?
17        A   As a toxicologist in this case, you know, I was
18   given some information about the plaintiff -- the
19   plaintiffs, or the person who used the chemical, how he
20   used it and how much he used it.  Those kind of
21   information.
22        Once I had that information, I looked at
23   where did it happen and duration of exposure,
24   frequency of exposure.  Once I collect all that's
25   necessary -- all available information, over --
```

Page 404

```
1    exposure assessment, in order to make an assessment of
2    how much exposure likely this person must have,
3    amount -- amount used and duration, frequency, and
4    then mode of application, particular -- protection
5    that he has, they're all estimates because we don't
6    have real numbers.
7         So once I have the risk exposure
8    assessment, that means there is some exposure to this
9    person that could reach the -- then I am going to
10   do the toxicological studies; that is, are there any
11   pharmacal candidates or toxical candidates that
12   studies absorption, distribution, metabolism, those
13   kind of things to see where all things go, what are
14   the accumulation, any affinity toward any organism,
15   what is the clearance of this chemical, what is going
16   to be metabolized, those kind of studies need to be
17   evaluated.
18        My next method- -- methodology is
19   looking at the mechanisms.  How does it cause cancer?
20   That's what scientists call.  So is there any evidence
21   in the literature that suggests that glyphosate could
22   cause cancer?
23        Q   And did you find evidence in the literature
24   that glyphosate causes cancer?
25        A   Some studies --
```

Page 405

```
1         MS. ROSS:  Objection.  Leading.
2         A   -- are suggesting there could be a link for
3    cancer and glyphosate.  Some studies did not have
4    sufficient evidence.  Some studies did not show any
5    evidence.
6         But I had to consider all three.  And if
7    there are sufficient evidence or a weak evidence that
8    points towards, I support that information with the
9    expert -- this person is expert -- expert -- and if
10   there is a mechanism that support a toxicity to that
11   person, I have to take that step.
12        Then the next thing that I go for -- all
13   the regulatory data that we have, how much is allowed,
14   what level it can be toxic, other medical information
15   about it.
16        Then I evaluate all of the medical
17   records to find out what kind of diseases and
18   diagnosis and investigations and the doctors'
19   treatment; and anytime they made any diagnosis or
20   interrelationship with these cancers over the course
21   of cancer, did they say anything about in any way in
22   the medical records -- I glanced through.  If I find
23   something, I make a note of it and also I make a
24   historical occurrence of these diseases.
25        And then they -- I go to the regulatory
```

Ambrose K. Charles, Ph.D.

Page 406

1  part to find out what is a safe level, how they
2  derive, and what are the different standards that I
3  can come to.
4        And then I bring these -- all of this
5  information together to explore and assess the
6  situation to see what exposure supports.  The exposure
7  supports any -- or any other data supports this
8  exposure.  So that is one methodology.
9        The other half of the methodology, there
10  are many factors that can cause, you know, NHL, you
11  know, lymphoma.  Some are, you know -- very evident,
12  suggested -- many publications they give a list of
13  different to offset your confounding factors.  Then I
14  take all of those factors, go individually through to
15  see if anywhere this person had.  That is called the
16  elimination process.
17    Q.  (BY MR. HABERMAN) You did that in this case?
18    A   In this case.
19    Q.  For both Mr. Pleu and Mr. Moore?
20    A   Yes.
21        MS. ROSS:  Object to form.
22    A   And then I finally come -- come to -- towards
23  the ends of what is the deduction from all of these
24  things.  So that's where I was, this person is exposed,
25  this person had a disease, and then duration of the

Page 407

1  exposure, and then what is the literature to support as
2  evidence to support a conclusion.  Is there a conclusion
3  that I am trying to make to see if there is any
4  supporting evidence that I have gone through?
5        That is how I reach my conclusions.
6  That's the kind of method- -- methodologies that I
7  use.  That is the standard methodology that I use and
8  others use in toxicological assessments.
9    Q.  (BY MR. HABERMAN) And you did that methodology
10  in this case for both Mr. Pleu and for both -- and for
11  Mr. Moore, correct?
12        MS. ROSS:  Objection.  Form.
13    A   I did.
14    Q.  (BY MR. HABERMAN) And after doing that, you
15  were able to come up with the opinions that you've come
16  up with in this case?
17        MS. ROSS:  Objection.  Leading.
18    A   Yes.
19    Q.  (BY MR. HABERMAN) And --
20        MR. HABERMAN:  That's all I have for you.
21  Thank you.
22        MS. ROSS:  Nothing further, Dr. Charles.
23        THE WITNESS:  It's over?
24        MS. ROSS:  Yes.
25        THE VIDEOGRAPHER:  This concludes the

Page 408

1  deposition of Dr. Charles Ambrose.
2        THE WITNESS:  Can I drink some water?
3        THE VIDEOGRAPHER:  Going off the record,
4  the time is 6:21.
5        (Proceedings concluded at 6:21 p.m.)

Page 409

1              CHANGES AND SIGNATURE
2  PAGE LINE CHANGE              REASON
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

103 (Pages 406 to 409)

Ambrose K. Charles, Ph.D.

Page 410

1    I, AMBROSE K  CHARLES, Ph D , have read the
2    foregoing deposition and hereby affix my signature that
3    same is true and correct, except as noted above
4
5    _____
6                    AMBROSE K  CHARLES, Ph D
7
8    THE STATE OF _____)
9    COUNTY OF _____)
10
11    Before me, _____, on this day
12    personally appeared AMBROSE K  CHARLES, Ph D , known to
13    me or proved to me on the oath of _____  or
14    through _____ (description of
15    identity card or other document) to be the person whose
16    name is subscribed to the foregoing instrument and
17    acknowledged to me that he/she executed the same for the
18    purpose and consideration therein expressed
19    Given under my hand and seal of office on this _____
20    day of _____, _____
21
22    _____
23                    NOTARY PUBLIC IN AND FOR
24                    THE STATE OF _____
25    My Commission Expires: _____

Page 411

1    IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
2                    STATE OF MISSOURI
3    Paul Ferro, et al.,    )
                           )
4                          )
        Plaintiffs,        )
5                          )
    vs.                    )  Case No. 20SL-CC03678
6                          )
    MONSANTO COMPANY,      )
7                          )
                           )
8        Defendant.        )
9
10    *********************************************
11            REPORTER'S CERTIFICATE
12        ORAL VIDEOTAPED DEPOSITION OF
13          AMBROSE K. CHARLES, Ph.D.
14                June 28, 2022
15    *********************************************
16    I, April Balcombe-Anderson, Certified Shorthand
17    Reporter in and for the State of Texas, hereby certify
18    to the following:
19    That the witness, AMBROSE K. CHARLES, Ph.D., was
20    duly sworn and that the transcript of the deposition is
21    a true record of the testimony given by the witness;
22    That the deposition transcript was duly submitted on
23    _____ to the witness or to the attorney for
24    the witness for examination, signature, and return to me
25    by _____.

Page 412

1    That pursuant to information given to the deposition
2    officer at the time said testimony was taken, the
3    following includes all parties of record:
4        Mr  Haberman (0h8m)
             Attorney for Plaintiffs
5
6        Ms  Ross (7h0m)
             Attorney for Defendant
7
8    That the amount of time used by each party at the
9    time of the deposition is as follows:
10    FOR PLAINTIFFS:
11        MR  JEFFREY L  HABERMAN
        MS  SARAH J  SCHULTZ (VIA REMOTELY)
12    Schlesinger Law Offices, P A
        1212 Southeast Third Avenue
13    Fort Lauderdale, Florida 33316
        Telephone: 954 467 8800
        E-mail: JHaberman@SchlesingerLaw.com
14        E-mail: SSchultz@SchlesingerLaw.com
15
16    FOR DEFENDANT:
17        MS  EMMA C  ROSS, M D
        MR  JAMES T  COLEMAN
18    GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
        200 South Wacker Drive, 22nd Floor
19    Chicago, Illinois 60606
        Telephone: 312 881 5952
20        E-mail: eross@goldmanismail com
        E-mail: jcoleman@goldmanismail com
21
    - and -
22
        MR  JOSEPH D  PIORKOWSKI, JR  (VIA REMOTELY)
23    The Piorkowski Law Firm, PC
        1800 K Street, Northwest, Suite 1000,
24    Washington DC 20006
        Telephone: 202 223 5535
25        E-mail: JPiorkowski@PiorkowskiLaw com

Page 413

1    That a copy of this certificate was served on all
2    parties shown herein on _____ and filed
3    with the Clerk.
4    I further certify that I am neither counsel for,
5    related to, nor employed by any of the parties in the
6    action in which this proceeding was taken, and further
7    that I am not financially or otherwise interested in the
8    outcome of this action.
9    Certified to by me on this _____ day of
10    _____, _____.
11
12
13    _____
14    April Balcombe, CSR, CRR, CRC
    Texas CSR 5752
    Expiration:  07/31/2022
15    Golkow Litigation Services
    877.370.DEPS - Fax: 917.591.5672
16
17
18
19
20
21
22
23
24
25

104  (Pages 410 to 413)

Ambrose K. Charles, Ph.D.

**A**

**A-M-B-R-O-S-E**
5:15
**A&M**
92:15 100:5
**a.m**
1:18 73:9,9
**AAHS**
337:6
**ability**
71:21
**able**
7:12 77:21 144:4
227:1 241:7
310:11 326:14
401:19 407:15
**above-styled**
1:16
**absence**
252:25 253:9
**absolute**
241:15
**absolutely**
129:11
**absorbed**
169:15 233:18
**absorption**
230:8 404:12
**Abstract**
170:11 359:6 361:2
**academia**
133:3,5,9 379:6,6
**academics**
133:1
**academy**
44:23 47:15
**acceleration**
265:1
**accent**
45:17,18
**accepted**
35:24 378:8,8
380:16
**accepting**
368:5
**access**

19:19,19 64:19
377:18
**accessibility**
60:16
**accompany**
366:13
**accreditation**
83:7
**accumulated**
232:10
**accumulates**
232:17 233:3
253:18
**accumulation**
232:21 253:24,25
254:4,5,11,15
404:14
**accurate**
7:7 79:23 206:19
213:2 326:13
359:25
**acetone**
289:13
**acid**
132:17
**acknowledge**
118:9 284:17
**acknowledged**
410:17
**acre**
198:24
**action**
367:11,12 390:4
413:6,8
**active**
84:6,7 104:9
138:16,20
**activity**
293:3,5
**actual**
17:19 49:20 50:3
61:5 65:18 70:22
81:2 103:11
104:25 119:7
123:18 157:3
240:1 244:4

252:12 293:18
300:8,22 307:20
310:17 401:18
**acute**
27:6 285:15 335:13
335:25 336:15,17
363:3
**add**
46:25 48:18 53:18
54:23 74:16 75:22
107:11 135:10
195:20 213:4
291:25 292:9
299:9 311:7,24
367:20 398:15
**added**
309:8
**addition**
72:23 76:2 85:1
301:18
**additional**
38:16 39:20,24
74:24 76:5 93:7
94:17 97:4 120:2
155:2 215:23
216:13 224:11
341:23
**adequate**
63:18,21 121:22
**adhere**
259:12
**adjusted**
300:4 314:14,22
315:6 317:8,10,20
324:4,16,22 325:5
325:10 346:21
347:1,6,10,16
348:3,15 349:23
351:11,18,20
352:15,20 362:17
363:25
**adjustment**
317:16
**admit**
365:19
**adopted**

388:3
**adverse**
29:8,12 89:8 138:8
262:8 263:10
**advertising**
55:1
**advisor**
86:17
**advisory**
368:21 376:19,22
377:5,18,20,22,25
378:15 380:2
**advocated**
101:25 102:10
**aerial**
120:23
**affect**
46:2 382:24
**affiliations**
81:9
**affinity**
254:1 404:14
**affix**
410:2
**afternoon**
267:22 268:1
**age**
30:22 43:6,11
141:8,10,17 142:6
142:9 157:17,19
317:16 324:5,16
346:21 347:16
**age-adjusted**
162:20
**Agenc-**
385:4
**agencies**
70:2,12 385:25
386:8 388:12
**agency**
58:3,17,23,25
61:14 88:6 93:3
230:18 371:3,21
373:1,7 374:6
376:18 385:7,10
388:9,13,22

394:17
**agency's**
374:5,18,23 375:21
375:24 383:3
384:15,20 385:1,4
**agent**
148:9
**agents**
46:3 136:10
**ago**
19:12 67:12 95:10
101:23 107:3
118:12 124:9,18
124:20,24 306:4
313:22
**agree**
28:16 70:5,8 76:25
119:8 123:19
147:20 169:14
172:1 208:23
256:21 275:20
291:13 316:23
338:8 356:5
359:20 378:2,4
385:20 389:6,16
**agreed**
63:20 210:22
217:14,20 218:16
363:19
**agreement**
207:11,15 208:7,19
208:21,24 209:7
209:10,12 326:14
**agreements**
28:2
**AGRICOH**
354:11
**agricultural**
4:11 49:14 52:11
92:16 277:5,13
334:22 354:3,9,13
**Agriculture**
4:7 35:19 37:18
39:8,18 40:4 41:6
51:8 53:12 72:22
86:19 87:6 88:2,5

88:10,15 90:2
91:15,19 95:18
96:7,22 98:4
100:20,23 102:6
102:12,16 103:3
108:15 165:1
228:15
**ahead**
32:4 145:9 176:11
198:20 377:23
378:13 394:9
**aid**
398:6
**aimed**
229:2
**air**
121:14
**airfare**
223:14
**al**
1:2 4:13 5:4 280:8
281:13 338:16
356:9,11,15,24
358:17 359:1
411:3
**Albany**
44:25 45:1 47:3,20
48:5
**alcohol**
241:21,23 242:5,7
242:7
**alleged**
386:13
**allegedly**
21:6 24:15
**allergy**
325:1
**allowed**
51:13 405:13
**alternatively**
346:6
**alternatives**
100:7,14
**alveoli**
147:11
**Ambrose**

1:11,14 2:20 3:11
4:3 5:6,14 6:6,13
408:1 410:1,6,12
411:13,19
**American**
82:10,13,19,23
83:4 84:9,22 85:2
85:6,18,22 86:7
158:1
**amino**
132:17
**AML**
336:15
**amount**
29:16,24 30:5,13
74:14 77:18 92:13
107:18 125:15
169:16 189:12
197:2 199:8
225:18 232:7
241:15 248:9,11
248:14,16 250:12
252:20 257:8
307:14 404:3,3
412:8
**amounts**
96:11 143:21 145:1
232:2 247:6
248:23 250:23
253:20 254:3
**AMPA**
231:23
**analyses**
316:1 363:21
**analysis**
60:1,6 152:21
162:20 231:20
293:7,9 296:8
302:18 314:15
315:11,12,14
317:4 337:12
339:6,14,23
340:14 342:19
346:4,4,4 350:16
354:10 358:11,22
359:3 363:25

401:5
**analyze**
339:4,12
**analyzed**
236:4
**and/or**
260:10 271:8
**Anderson**
157:25
**Andreotti**
4:12 169:20,24
170:6 171:14,17
215:5,7,12 276:20
276:23 277:4,8,11
278:12 313:8
327:16,18 328:7
328:15,18,19
329:2,8,15,19
330:2 332:17
335:3 336:6,12,19
337:1,12,15
361:16,20 362:3
363:2
**Andrew**
226:6
**animal**
40:14 48:16 64:16
65:6,9,19,22
66:14 67:18 70:15
70:18,20,22 71:2
71:16 72:3 77:13
78:2 103:14 104:4
105:8 286:23
287:16,19,23
288:7 296:18,21
380:20 387:7
390:1
**animals**
50:9 64:1 67:3,8
68:4 89:7 106:14
138:5 262:9
292:25 293:7,13
391:2
**annual**
83:6
**annually**

83:8
**answer**
7:1 8:6 14:4 18:7
24:8 28:8 46:16
49:22 50:1 51:3
58:14 77:21 99:8
121:25 138:21
141:13 167:25
173:23 178:24
192:19 231:2
239:24 240:1
242:25 250:1
292:4,6,7,8,18
323:12 327:11
331:20,23 343:23
386:19 394:2,3,4
395:23 396:1
399:13
**answered**
155:22 168:5
190:13
**answering**
30:18
**answers**
145:25 194:15
**antecedent**
321:8
**antibodies**
152:22
**antigenotoxic**
263:20
**antigens**
152:23
**anybody**
71:2 100:25 101:25
102:1 216:24
233:13 260:23
261:5 280:24
394:25
**anymore**
44:19 148:20
**anytime**
405:19
**apart**
135:2 178:16
**Apartments**

199:19 202:10
**apologize**
353:12
**apparatus**
191:10
**apparent**
140:9
**appear**
265:21 266:3
**APPEARANCES**
2:1
**appeared**
410:12
**appearing**
5:13
**appears**
207:17
**application**
38:5 88:7 89:17
198:17 252:20
267:18 286:4,8
289:4 404:4
**applications**
286:10
**applicator**
52:16
**applicators**
88:11 106:9 170:12
171:20
**applied**
90:10,20 110:10
227:17,22 257:3
257:25 269:16
270:6 294:15
346:8
**apply**
85:13 199:6 218:10
**applying**
199:2 200:18
**Appointments**
86:14
**appreciable**
26:13,18 27:3,6
28:18
**approach**
13:25 14:8

**approached**
258:10
**approaches**
398:3
**appropriate**
257:7 286:18
351:22 352:4
365:16 380:24
**approval**
38:4 72:16
**approve**
366:9,13 369:10,14
369:18
**approved**
99:3 369:25 370:8
**approximately**
76:5 92:2 94:22,23
159:12 160:1,8,15
183:5 204:2
216:11 222:6,20
223:1,9 224:25
373:9,10
**approximating**
197:2
**April**
1:18 2:24 4:21 6:1
6:3 206:23 207:1
207:8,17 210:15
211:5,16,18,22,25
214:18,18,24
215:2,10,15
216:22 217:9,13
217:19 218:17,20
224:9 368:13
373:6 411:16
413:13
**area**
40:17 92:8 121:21
121:23 166:10
199:10 220:15
244:18,23 254:2
**areas**
92:20 115:13
232:21 236:24
**argument**
129:8 401:4

**arms**
203:16
**Arnold**
210:8,9 218:8
**article**
4:15,16,17 238:13
238:15 277:4
340:24
**articles**
57:25 101:8 220:7
253:22 326:22
**aside**
73:16 75:21 76:19
250:18 267:10
356:20
**asked**
17:15 18:10 42:21
42:24 43:2 46:14
46:18 53:25 54:3
54:9 94:15 111:1
168:4 176:2 202:9
280:23 284:11
309:12 400:15
402:23,24,25
**asking**
37:20 65:24 86:2
151:16 173:4
175:11 178:15
239:14 262:15
263:13 266:24
279:12 283:3
312:11 339:5
**asks**
14:1 260:23
**aspect**
177:8
**aspects**
105:20 397:12
**assay**
133:16,20,21,23
134:1
**assays**
135:18
**assess**
365:25 406:5
**assessing**

103:22 110:1
390:14
**assessment**
38:22 39:11 51:15
67:16 86:18 91:20
91:24 93:3,6
94:15,24 95:18,24
96:6,21 97:20,22
97:24 98:4 103:18
103:22,25 104:3,6
104:15 105:8,15
106:3 110:1,23
295:2 365:17,25
374:18 375:25
384:14 391:3,4,9
391:24 392:3,6,7
392:11,13,18,20
392:23 393:13,13
393:18 394:11,11
404:1,1,8
**assessments**
92:3,5 94:21 95:2,4
95:13 104:9 110:5
110:20 173:16
213:22 373:1,5
374:5 377:12,14
378:25 386:25
391:6 392:13
393:5,6,10,10
396:5 407:8
**assignment**
17:10
**assist**
16:24
**assistant**
45:1 87:5
**associated**
142:23,25 149:2,13
149:16,18,24
155:11,13,14
176:20 249:15,22
252:2 262:9
263:24 264:21
275:18,19,22
276:4 321:16
322:14 337:24

344:2,7
**Associateship**
80:7
**associating**
149:19
**association**
83:3 231:6,7
296:16 302:10
303:8 338:2,12,12
359:17 360:1,2,10
360:14,15
**associations**
296:1,9 337:3
345:6 359:23
**assume**
7:1 190:21,25
199:1 237:6
241:16 370:18
**assumed**
190:19 243:10,19
**assuming**
32:13,15,21 118:8
252:19 392:10
**assumption**
151:13
**Atlanta**
113:12
**ATSDR**
19:6 58:3,18,20,23
59:5,9,18 60:9
61:16,23 62:6
66:25 105:23
230:11,18 231:9
231:13,17,19,22
264:16,17 265:1
266:25 274:25
275:1 286:19,23
290:4,9 293:16
294:19,22 365:1,3
**ATSDR's**
60:1,6,13,19 61:12
62:14 67:3 230:15
230:21 264:22
275:5
**attached**
1:25 73:25 74:3

75:12
**attempt**
299:25
**attend**
44:1
**attended**
135:14
**attention**
207:14 266:21
285:1
**attorney**
218:22 411:23
412:4,6
**attract**
71:22
**audio**
153:7
**August**
87:4
**Austin**
1:21,22 5:3
**Australia**
386:24 396:3
**Australian**
371:6 385:8
**authoritative**
212:18,22
**authorities**
27:16 28:13 61:25
62:4 63:13 64:15
67:14 385:6
386:23 388:7
396:2
**authority**
292:22 370:24
371:7 385:9,9,13
387:24 396:15,18
**authors**
69:9,14,25 289:7
290:25 337:6
345:21 359:17,21
**available**
19:20 71:1,6 87:13
92:13 128:3 241:9
260:23 261:6
280:3 300:22

Ambrose K. Charles, Ph.D.

305:17 310:21
319:1 380:17
403:25
**Avenue**
2:4 412:12
**average**
30:23 31:1 162:22
233:24 234:8,20
235:3 311:3
**averages**
235:6
**aware**
43:6 47:24 96:23
97:1,6 101:3
125:16 136:16
152:3 157:16
250:18,21 279:21
366:20 377:6,9,17
389:15

---

**B**

**B**
324:1,21 325:4,10
346:14,17,20
347:1,6,10,15,16
348:3 398:17
**B-cell**
179:13,25 180:7
329:5,19 334:17
**Bachelor's**
80:3
**back**
12:6 19:10 23:24
25:20 40:21 44:22
56:10 58:20 60:12
60:25 61:17 62:11
69:19 70:4 73:10
73:15,16 76:19
86:11 110:18
113:7 118:6
123:16 132:2
139:6 146:20
165:5 166:5
172:24 180:14,23
183:22 186:13
191:16,18,23,23

205:19 206:12
227:7 238:3 242:1
242:8 254:19
267:9 268:12
276:19 285:11
307:11 312:25
318:22 323:24
327:19 351:22
352:3 353:22
356:14 357:17
370:7 382:11
395:9
**background**
115:19 145:24
173:24 174:2,8
220:23 242:7
**backing**
369:9
**backpack**
191:18,21 192:1,6
192:8,12 193:11
193:21 269:24
**bad**
80:24,24 99:21
**balanced**
299:25 300:2
**Balcombe**
6:1,3 413:13
**Balcombe-Ander...**
1:18 2:24 411:16
**banana**
248:12,16 250:15
**bananas**
247:5 248:18
**banned**
44:18 47:6
**bar**
242:2
**barefoot**
120:7
**basal**
318:5
**base**
297:6
**based**
25:13 27:12 44:9

78:1 80:25 156:2
160:3 182:12
184:18 185:9
190:23 191:17
196:5,17,24
197:17 199:19
200:4 213:21
256:25 258:13
303:13 310:21
316:1,24 322:2
323:9 368:2,10
375:22 376:6,13
376:16 392:19
401:20
**bases**
7:11,21
**basic**
173:11,12 236:25
296:14,20 298:11
304:3 378:24
**basically**
80:20 89:19 98:19
295:16 296:13
**basics**
76:25
**basis**
27:13,13 96:10,10
172:2 186:19
246:23 296:23
**bathroom**
268:4
**battery**
105:14,24
**BAUM**
2:10 412:18
**Bayer**
72:18 97:3 287:7
**bear**
117:22 118:1
123:11
**beds**
229:9
**began**
163:16 214:20
375:17
**beginning**

34:17 139:7 222:25
268:13 272:15,16
342:23 357:18
384:14
**begins**
170:23 272:12
277:8 301:22
302:4 337:2 341:3
372:12 375:2
385:1
**behalf**
5:13,20,23
**beings**
106:11 110:3
**believe**
12:20 57:11 84:3
86:9 97:3 117:9
215:8 219:1
221:25 223:5
355:21 379:20
390:9 392:22,25
393:2
**belong**
221:5
**Ben**
208:5 226:4
**bench**
137:23
**benzene**
142:11,16,19,23
143:5,6,17,20
**benzine**
143:2,8 144:24
145:3
**best**
8:6 30:19 102:25
118:8 183:2
224:25 307:10
401:4
**better**
127:12 137:12
315:15
**beyond**
119:1 131:23
224:23
**biannually**

83:8
**biased**
300:2
**big**
89:23 104:24
131:21 175:19
**bill**
74:21
**billed**
74:14 76:8 216:13
223:1 225:17
**billion**
234:25 235:4,13
236:2
**binucleated**
134:7,8
**bio-**
299:18
**bioaccumulate**
231:25 232:3
**bioaccumulates**
233:14
**biochemist**
132:22
**biochemistry**
41:19,21
**biological**
242:13 243:5
**biologically**
78:6
**biomarkers**
178:7
**biomonitoring**
234:4 235:2 236:16
236:22
**biophysics**
43:24
**biostatistician**
299:22 315:16
**biostatisticians**
59:18 80:16 378:21
**biostatistics**
43:19 299:15
**bit**
14:5 16:2 18:8 39:5
58:20 116:4

Ambrose K. Charles, Ph.D.

241:10 307:12
341:9 378:10
**blacked**
213:11
**bladder**
43:9,10 321:22
**block**
46:7,10
**blood**
107:16 141:3
145:13,15,16
146:11,14,14,19
146:23,24,24
147:1,15 175:17
176:14,17,21,24
176:25 177:5,10
177:14 239:1,13
240:4 243:5
272:20,22
**Board**
81:8,11 82:7,10,13
82:23 83:1,2,9,12
84:15,17,23 85:2
85:16 86:3,7
**Board-certified**
82:23
**bodies**
385:22 386:12
388:1 389:25
390:6,10
**body**
29:16,25 30:6,14
32:10 108:8,20,24
109:21 110:5,21
123:24 132:18
133:11 145:18,19
146:8,12,18,21
147:3 149:22
203:12 232:5,11
232:18 233:3
239:11,18,22
240:8,18,23
244:24 247:3
250:14,17 252:14
252:15 253:19
254:9,12 265:21

266:1,4,7 270:14
273:2,5,14,17
**Boffetta**
4:19 215:5,11
308:21 313:9
356:9,11,15,24
357:3,22 358:8,10
358:17,21 359:1,4
359:6 360:7,23,24
361:7,9,12,16,19
361:23 363:12
**bone**
232:21 233:4,15
**boots**
270:7
**borrows**
398:18
**bottle**
128:5 130:2 269:17
270:11
**bottles**
242:3
**bottom**
161:2,8,20,21
164:16 270:11
285:18 301:21
380:5
**bought**
124:13,19 125:4
128:7
**boundaries**
234:1
**box**
186:2
**boy**
347:15
**Bracopectolin**
148:21
**brain**
240:15 284:2
**break**
14:4 15:4 16:2 18:8
28:9 39:5 46:24
53:8 58:14 64:9
70:10 73:4 76:21
83:14 94:2 99:15

102:4 112:14
116:3 138:25
144:8 145:21
146:4 151:3 175:4
203:19 205:15
232:25 241:12
242:25 243:2
244:8 261:16
268:1,7 292:2
296:25 312:18
357:8,11 378:10
**breaking**
304:20
**BRENNAN**
2:10 412:18
**briefly**
14:17 15:13
**bring**
232:23 233:6
275:25 301:1
327:1,3 406:4
**bringing**
266:20 285:1
**British**
187:14,15
**Brittany**
218:3,4
**broad**
366:21,25
**broke**
18:15
**Brooke**
226:4
**Brooke's**
208:5
**build**
254:11
**bunch**
17:20
**business**
115:8 194:7 204:11
**buy**
128:4 130:16
131:14,17

———————————
**C**
———————————

**C**
2:9 398:17 412:17
**C-H-A-R-L-E-S**
5:15
**C-O-H-O-R-T**
340:4
**C-O-M-E-T**
133:22
**calculate**
21:9 22:2 24:17
31:24 187:4
194:24 242:9,16
243:8 245:5
247:17 254:23
255:1 258:8
304:16 310:12
**calculated**
23:8 24:14 28:21
29:1 195:11 199:2
245:17 247:21
256:6 257:13
307:24
**calculating**
32:15 195:19
196:24 241:1
242:4 255:20
**calculation**
32:25 187:18
190:23 195:22
198:2 243:14
255:16,23 256:19
257:10 259:2
273:17
**calculations**
24:25 25:7 181:18
182:13,18 186:22
190:18 194:23
196:5,17 200:4
244:3 248:5
256:25 258:13,20
310:4 401:17
**calculator**
160:24 186:25
189:9
**call**
11:8 48:23 92:8

93:14 129:19,20
152:17 214:2
218:6 232:20
404:20
**called**
58:17 83:3 93:10
93:25 109:25
141:3 154:8 210:7
214:4,4 290:25
388:13 400:2
406:15
**calls**
205:10 230:1
309:20 312:14
387:21
**can-**
43:13
**Canada**
308:18 340:20
341:17 371:17
386:24 396:3
**Canadian**
341:6,20 385:7
**cancer**
4:8,8,10 26:19,22
26:25 27:4,11
42:25 43:3,5,6,8
43:10,14 44:13
46:4,21 47:13,21
48:20 64:1 67:3,8
68:4,8 77:19
100:20,24 102:10
102:16 103:4
104:22 112:24
113:12 125:12
140:9,14 141:3
147:21 148:2,3,7
148:10 149:21
151:17 157:7,14
158:1,9,13,22,25
159:23 161:3,11
161:14,18 162:6
162:10,19 210:16
219:20,20 220:8,8
220:11,15,16,18
230:25 231:15,18

262:13 263:17,18
265:18,19 266:3
275:12,18,22
276:1,4,12,15
277:5,11,16 278:6
278:9,15,18 279:1
279:4,6,7,15,18
279:23 280:1,6,17
280:25 281:14
282:5,9,15 283:2
284:7,12,12 285:8
291:19 296:6
297:15,20,21
300:17,21,22
301:2,4 321:12,16
321:20,22,23,24
322:2,4,5,13,15
324:25 325:2
329:23 331:3
332:22 333:1
337:19,25 346:22
366:17 374:21
375:21 376:5,13
376:19 380:9
383:3 384:15,20
385:2,5 386:13
387:25 388:11,25
390:23,24 393:18
393:24 395:2
402:18 404:19,22
404:24 405:3,21
**cancer-causing**
20:16
**cancers**
147:22 159:3
161:15,24 162:3
220:20 265:24
282:20 283:25
300:16 322:9
323:5 364:7,11
405:20
**candidate**
45:7,11
**candidates**
404:11,11
**cans**

242:3
**Canton**
268:24
**capacity**
45:10 92:5
**capillaries**
147:10
**captured**
265:1 341:23 400:5
**carbohydrate**
48:11
**carcinogen**
68:13,15,20,23
69:2 288:5 318:5
370:14,17 375:24
388:4 392:17,17
393:1
**carcinogenesis**
20:13,15 45:12,14
45:15 65:19
**carcinogenic**
66:17 67:20 143:5
143:6 374:24
375:7,9 379:21,22
380:25 385:22
387:19 392:8
**carcinogenicity**
48:1,4 64:16 65:9
65:22 66:5 69:21
76:22 77:1 78:3
285:20,22,23,25
386:25 387:1,7
389:3 390:14
**carcinogens**
77:14,15 147:9
398:11,16
**card**
131:11,20,22,23
410:15
**care**
109:12 113:12
114:16 121:22
156:14
**career**
35:17 92:4 95:6
**careers**

49:13
**careful**
228:21
**carrageenans**
48:10
**carries**
118:12
**carry**
109:10
**case**
1:5 3:18,20,21,22
4:13 6:16 7:17
16:13 17:11 18:10
31:25 40:7,11
41:4 57:22 60:5
63:25 69:4 73:20
74:10,15 75:15
103:16 110:11
111:15 114:7
118:23 128:21
129:3,10,12,19
136:19,25 137:14
144:14 154:6
156:16 166:23,25
167:13,22 170:1
174:22 178:10
179:24 180:6
183:7 193:8 204:4
206:20,23 207:5
207:22 209:20
210:19 212:1,11
212:14 216:22
217:7 218:17
219:5,11 221:23
222:7,19 223:2
224:15,18,24
225:1,14,18,19
228:4,6,6,12
243:19 249:6,12
251:10,23 252:17
279:9 280:16,19
281:13,24 283:16
284:16,16,19,19
284:25 285:5,7
294:25 297:17
299:4 333:21

339:25 340:3,19
341:4 350:22
399:16 400:24
401:9 403:15,17
406:17,18 407:10
407:16 411:5
**cases**
32:17 35:19 40:17
77:10 87:14 159:8
162:21 163:5,12
163:16,22,25
164:4 167:5,6
171:13,16 219:3
222:11 224:13,14
224:17,22 277:19
281:18,22 282:3,7
282:8 310:25
316:5,7,8,11
321:9 341:21
342:3 363:7,23
364:17
**cash**
131:11,12,15,18,20
131:20,21,21,24
**catch**
165:9
**categorical**
157:4
**categories**
17:21 18:16 68:21
154:13
**category**
18:18,21 153:23,24
154:1,5,7,19
**caught**
237:21
**causation**
302:11 338:7
359:15,19 401:8
**causative**
139:22 140:1,5,15
140:25
**cause**
1:17 29:8,12 43:2
46:3 68:8 93:6
119:8 123:19,24

136:2,9,11 142:16
142:19 145:7
148:2,11 149:20
157:22 242:20,21
242:24 243:20
276:1 296:14
303:8 381:9
390:24 393:24
395:11 402:1
404:19,22 406:10
**cause-and-effect**
302:8,15 338:7
**caused**
13:23 33:17,21
34:23 35:3 44:13
47:13 102:10,16
118:24 139:14
179:5,9 280:25
395:12 402:6,12
402:18
**causes**
18:25 34:1,5 46:21
63:16,22 64:1
67:2,8 68:4
100:20,24 103:4
147:21,23 148:3
175:13 210:16
219:21 230:25
231:18 264:4,11
265:9 266:10
343:19 387:25
388:11,24 389:6
389:10,16 404:24
**causing**
17:19 142:19
148:19,19 149:21
167:24 278:9
344:20 396:9
**caut-**
302:9
**cautious**
302:9
**CDC**
58:4 70:2,12
**cell**
46:6 105:11 135:1

135:2,5,6,22,23
135:23 136:2,2,15
152:23,24,25
153:12 156:3
176:15,17,21,24
176:25 177:11,14
180:1,2
**cell's**
135:2
**cells**
46:8 64:6 138:2
141:3,5,25 145:15
145:17,19 146:14
146:24,24 147:1
147:15 177:5
180:3
**cells'**
62:19
**certain**
10:8 17:15 18:10
51:9 77:18 83:10
84:7 92:20 108:16
115:15 127:1
232:7,21 254:1
261:12 295:24
344:19 397:25
**certainly**
102:10 369:21
397:4
**certainty**
253:18 403:11
**certificate**
3:6 411:11 413:1
**certificates**
84:6
**certification**
83:7,9,21 84:15,17
85:2,15
**certifications**
81:8,11 83:12 86:4
**certified**
1:19,19 82:7 83:1,2
86:3 411:16 413:9
**certify**
411:17 413:4
**CFR**

372:13
**chair**
311:5
**challenging**
65:15
**chance**
40:21 77:17 236:21
298:16
**change**
118:15,19 409:2
**changes**
162:13 374:5,18
409:1
**changing**
377:11
**characteristic**
154:22
**characteristics**
154:22
**characterized**
37:3
**characterizing**
104:16
**charge**
223:6,16,20,22
224:3,5
**Charles**
1:11,14 2:20 3:11
3:14 4:3 5:6,14,15
6:6,13,15 44:2
46:12 73:13 79:13
79:21 82:6,18
129:21 139:8
143:15 180:11
186:16,23 188:9
194:6 205:21
206:14 208:14
209:15 227:15
251:1 267:11
268:2,15 288:23
294:5,24 313:2,21
327:24 333:25
353:16 357:21
362:13 390:21
398:13 407:22
408:1 410:1,6,12

411:13,19
**Charles'**
3:12,15,16 4:4
129:2 208:4,10
**chart**
11:10 199:19 365:6
**check**
238:4
**checked**
238:21
**checklist**
38:12
**chemical**
26:12 40:18 44:10
44:13,15,18 46:21
47:6,13,24 48:4
50:5,6,18 51:6,7,7
51:9,11 52:11
68:22 81:4 92:19
92:25 98:1,20
107:14 108:7,19
109:4,7,14 132:15
132:16,21,22
133:14 148:9,18
148:22 151:18,19
151:20,21 227:13
229:18 232:5
233:18 236:22
241:4 243:25
251:8,10,22 252:2
252:6 254:3,8,11
260:6 273:6
323:18 326:1
390:24 391:19
395:3 403:19
404:15
**chemicals**
41:16 45:20 50:8
60:2 102:2 124:16
125:14 128:2
132:7,9,14,14
133:6,10 136:9,10
142:3 145:14
148:24 151:14,17
155:18,18 178:5,6
178:7 242:10

250:22 251:13
366:5,23 371:3
385:10 392:14
**chemistry**
59:14
**chemists**
59:22 80:16
**chemotherapy**
282:18 283:2,3,6,8
283:14,23
**chewing**
259:9
**Chicago**
2:11 412:19
**child**
40:14
**chlorinated**
150:25 151:1,2,6
151:11,17
**chlorine**
151:15
**choose**
319:13
**chose**
319:10 350:18
**chosen**
350:19
**chromosomal**
64:5
**chronic**
26:8 27:9,11,12,13
274:2 281:15
**chronology**
219:5
**cigarette**
143:20 144:21,24
145:11 321:9
**Circuit**
1:1 5:4 411:1
**circumstance**
78:21 94:11 136:1
**circumstances**
35:23 236:20 237:3
**citation**
274:20 286:15,18
287:9 341:9

343:18
**citations**
213:1 237:23
**cite**
241:20 264:7
265:12 276:2,10
279:11 284:1
313:16 317:23
318:15 319:15
320:10 327:5,15
327:25 328:4
339:19 340:6
343:5 349:25
351:1,12,19
353:24 355:14
356:8,24 357:24
358:2,7 385:17
**cited**
60:13 212:25
233:10 264:13
329:1
**cites**
237:16,19
**citing**
280:3 281:1,10,10
**city**
1:1 5:5 124:16
411:1
**Civil**
1:23
**claimed**
202:2,6
**claiming**
380:1
**claims**
33:12 202:16
**clarification**
120:10,12
**clarify**
22:20 325:18
**clarity**
304:2
**Clark**
218:3,4,7
**classes**
45:3 323:18 326:1

classification
153:19 154:10,18
   328:16 345:24,25
   374:25 375:22
   376:6,13 378:8
   392:8,16 393:3,6
   393:23
classified
323:17 345:19
   379:21
classify
269:13
classifying
392:16
clauses
92:9
clean
232:6 253:7
cleaned
122:18
cleanup
80:20
clear
11:4 15:5 29:22
   31:23 40:23 60:25
   81:15 111:13
   122:2 127:14
   137:1 141:14
   144:18,23 149:10
   151:4 168:11
   176:6 190:6 194:4
   196:14 197:3
   234:17 347:24
clearance
404:15
clearer
66:2
clearly
102:24
Clearview
112:24
Clerk
413:3
clinical
156:19 174:22
   175:10,24 176:1

177:8 178:2,11
   219:19 220:19
   284:8
clinically
77:7
clinician
144:2
clinicians
59:13
CLL
152:11,13 153:17
   153:21 154:15,15
   154:17,23 157:4
   219:20 220:8,11
   220:13,20 279:4
   279:15,19,23
   280:6,17 281:4
   282:5,9,14,15,19
   282:24 283:7,10
   283:14,17,17,22
   283:24 284:13,15
   285:8 313:17
   317:23 319:2,4
   328:12 329:23
   330:1,1 332:15
   333:16 334:18
   336:10 343:17
   345:14,22,25
   348:6,8 355:5,11
   357:1,6 358:8
   359:8 360:8,20
   362:21,25 363:3
   363:14,18
close
124:14 228:22
   229:5 353:6
close-to-the-tar-
269:23
closed
373:6
closer
350:3
cloth
260:1
clothes
203:13,16 260:8

clothing
245:2,4,10
cluster
153:12
clusters
153:12
Cocco
362:4,9
cohort
296:4 297:13
   339:25 340:3
   354:4
cohorts
354:9
Coleman
2:9 5:10 181:5,9,21
   181:25 192:8,18
   199:16 202:2,6
   205:3 412:17
colleagues
4:12 100:19 169:20
collect
403:24
collected
11:10 238:18
collection
48:16
collects
159:3
College
82:19 83:4,16 84:9
   85:3,6,18,22
Colon
43:8 321:23,24
color
79:17
colorectal
219:20 220:8
column
195:18
combination
104:7
combine
308:13
combined
25:3

combines
306:22
come
12:6 13:17,19,21
   18:5 23:24 38:23
   40:20 51:8 58:20
   61:19 66:19 73:15
   73:16 76:19 93:4
   107:16 118:4
   120:5 122:16
   123:14 154:17
   166:11,12 168:16
   174:21 175:13
   178:1,10 195:21
   220:16 247:25
   252:21 293:9,9
   296:8 307:17
   308:3 310:13,17
   323:3 325:22
   335:9 351:4 392:7
   394:12 400:23
   401:8,19 406:3,22
   406:22 407:15,15
comes
12:14 17:16 38:3,5
   138:16 146:11,20
   147:6 236:22
   241:21 281:3
   310:10 378:1
   386:1
comet
133:16,20,22,23
   134:1
coming
51:10 120:23 125:3
   154:17 165:5
   169:4 194:13
   199:21 308:18
   343:17
comment
150:16 368:23
   373:4 374:17
   399:17
commentators
374:6
commented

288:16
comments
233:10 289:22
   290:1 367:10,12
   367:15,23,24
   368:6,16,18,20
   373:1,7,15,18,20
   373:21,23 374:4,6
   374:13,17,20,25
commercial
269:24
Commission
385:14 410:25
commissioner
54:17,17,21,22
   87:5 91:16
Committee
368:21
committees
28:1
common
43:5 143:17 152:11
   157:7,14,16,23
   161:3,11,15,18,25
   162:2,4,6,10
   179:21 247:5
   363:23
communicate
39:3 46:8
communicated
225:25 226:3
communicating
46:11
communication
46:7,10
community
92:16 389:10
companies
39:3 70:21,24,25
   71:5,7,9,11,19,24
   72:15,19,22 96:12
   204:18,20
company
1:6 5:4 39:15,24
   52:11 71:12 97:4
   132:3 193:13

201:6 380:20
411:6
**company's**
3:10 92:14,15
**compare**
252:10 308:4
318:12 321:1
**compared**
144:20 161:15,24
162:3 177:18
248:10,15 250:14
302:19 320:19
344:12 352:1
**comparing**
303:13 316:20
**comparison**
307:25 311:2 344:9
**comparisons**
299:15,18 321:7
**complete**
7:6 93:3 112:1,4
118:9
**completed**
80:3 386:25 396:5
**completing**
15:10
**complex**
142:5
**complicated**
160:24
**complies**
79:15
**compound**
150:25 151:2,7
**compounding**
142:21
**compounds**
151:1,11 323:18
**comprehensive**
58:6 275:16
**computer**
213:15 274:15
301:15
**computerized**
1:21
**con-**

207:3 382:13
**concentrate**
55:18,22 57:8,9
128:18 181:9,25
182:3,4,6,15,22
182:25 183:9,13
183:17,21 185:17
185:23,24 186:4
186:10 189:23
190:16,20 191:3,6
192:16 193:23
194:7,12,25 195:4
195:4,9 196:6
197:18,22 198:3,7
198:10,16
**Concentrated**
194:3
**concentration**
193:3 195:11
227:13 244:15
**concentrations**
233:24 234:8,20
235:3,8,12 401:15
**concept**
299:14,17 334:11
390:18 395:6
**concepts**
304:3
**concerned**
50:18
**concerning**
54:11
**concerns**
125:12
**conclude**
63:22 100:22 103:4
148:3 230:24
231:17 291:21
292:23
**concluded**
231:4,9 233:14
290:20 291:14,18
387:18,25 388:10
388:24 408:5
**concludes**
407:25

**concluding**
179:5,9
**conclusion**
13:17,19,21 18:6
61:19 62:7,14
63:1,6,9 64:8
66:19 67:2,7
68:11,25 69:23
101:1 102:9,15,20
293:10,11 309:21
375:13,15,17
383:24,25 384:15
385:2,5,21 407:2
407:2
**conclusions**
61:23,24 63:13
64:14,21 67:13
68:2,6 69:8,13
231:14 252:23
288:3,4 377:9
384:20 385:18
387:1 407:5
**conclusions/inter...**
93:5
**concomitant**
282:6,10
**concrete**
149:20
**condition**
42:4
**conditions**
149:23 260:10
271:8
**conduct**
36:19 44:3 58:6
288:6 339:8
**conducted**
44:8,12,21 46:20
47:12,17 48:3,10
49:1 133:13 134:3
134:6,9 314:7
316:1 338:25
339:15 341:5
375:6
**conducting**
295:2

**conducts**
392:22 393:9
**conference**
1:22 214:2 218:5
**conferences**
135:14
**confidence**
109:9 277:24
298:18 314:24
315:1 316:14
319:5,8 320:9,12
321:1 322:17,19
322:24 323:3,23
325:8,14 328:1
329:11,20 330:3
333:2,6 334:24
335:7,18 343:7
349:17 351:2
352:7,22 353:24
355:2,15 356:2,25
358:3 361:14
**confirm**
55:13 227:15
239:10,17 273:1
327:25 349:24
350:15 351:10,17
355:16 359:7
360:23
**confirming**
232:20
**confounder**
140:15
**confounders**
140:24
**confounding**
139:22,25 169:12
406:13
**confused**
393:16
**Congressmen**
93:14
**connected**
56:12
**connection**
280:4 284:15
402:10,14

**Connolly**
233:21 237:13,16
237:19,23 238:7,8
238:13,14,15,17
**Connolly's**
238:2
**consensus**
379:12,19 389:9
**consequence**
136:2
**consider**
78:13,23 83:12
105:5,8,11 174:15
201:17 284:12
317:25 338:25
339:2 381:6,7
382:18 405:6
**consideration**
13:12 34:21 178:22
367:25 410:18
**considered**
85:16 247:22 252:4
253:2 281:24
343:11 363:10
368:7 374:7
394:18,19
**considering**
382:14,19
**considers**
380:15
**consistent**
114:15 172:23
174:7 200:20
385:2,5,22
**consortium**
354:2,11,12
**constantly**
46:9 156:14
**Constituted**
377:3
**constitutes**
31:8
**consult**
208:20
**consultant**
87:10 208:19

consulting
38:23 81:23 87:14
    87:17,17,19 209:5
    209:8,12,16
    211:23 216:14
consumer
271:10
consumers
99:3
cont
4:1
contact
38:18 71:10 96:13
    120:5,8,18,19,22
    120:23,25 122:16
    122:18 207:3
    211:15 216:19
    217:2,5,6 218:9
    260:4
contacted
216:21,24 217:9,22
    217:24
contacts
379:10
contain
36:11,16 56:21
    247:6
contained
11:17 248:23
    342:13
container
115:24 124:13,19
    130:7,8 269:24
containers
121:18
containing
370:6
contains
11:6 144:24 247:10
    264:18 340:18
contam-
251:25
contaminant
248:2 251:21 252:1
    253:1,10
contaminants

250:19,20 251:9
    252:5 253:3
contaminate
121:22
contaminated
121:17 203:15,17
contamination
121:20
contaminator
148:22
contemporaneous
116:21
content
381:15,25 382:13
contents
271:20
context
390:23
continue
46:25
continued
96:18 220:24
    328:21
continues
89:3 328:20 369:14
    369:17
contract
36:24 71:1,14,18
    207:17,20,21,24
    209:4,16 211:23
contracted
70:21
contribute
169:13
contributed
13:8,15 144:13
contributes
144:11 264:4
contributing
18:3,22
control
50:8 52:4 77:23
    118:5 125:10,13
    127:2,4 269:25
    297:17 321:10
    339:25 340:3,19

341:4 380:2
controlled
51:10 72:3,6 386:8
controlling
49:13
controls
290:17 316:5,8,11
convert
311:2
converted
22:8 25:10 187:5
    187:10 255:9
    310:18
convey
333:18 334:15
convinced
232:24 233:7
cook
107:11
copied
364:12
copies
25:22 326:21
copy
79:6,10,11,17,18
    207:23 208:3,10
    209:7 326:17
    327:3,13 353:13
    413:1
core
38:9
corner
125:3
corners
293:12
corporate
37:14
corporation's
52:19
correct
7:17 8:8,19,20 9:6
    9:17,18 11:1,7,16
    11:21 12:4,5,16
    12:21 13:4,15,20
    13:24 14:11,15,19
    15:12,16 16:5,8,9

16:17,18,22,23
    17:2,6,8,9 18:16
    18:19 21:7,12,13
    22:6 24:15,16
    25:5,8,15 26:14
    26:15 27:9,11
    28:25 29:4,13,23
    30:4,6,9 31:20
    32:22 35:1 39:9
    41:7,8,15 42:12
    42:19 47:6,10,18
    48:2 49:14 51:25
    52:1 54:1 55:11
    55:22 56:9,16
    58:19 59:24 60:19
    62:9 63:23 64:21
    66:13 67:4,5,21
    67:25 68:1,5,9,10
    68:19 71:19 74:4
    74:5,10,11,13
    75:4,7,8,13,16,17
    76:9,13,14,15,17
    76:18 77:13,16,25
    78:4,19,20,23,24
    80:5,7,16 81:23
    82:12,15 83:22,25
    86:14,19 88:7,23
    90:6,7,24 91:4,13
    91:21,23 94:13,24
    94:25 96:19 98:7
    98:16 99:1 102:19
    103:11,16 104:12
    104:22 105:3,9
    106:12,21 108:1,5
    109:24 111:7,16
    111:24 112:24
    113:12,18 114:19
    117:4 119:19,22
    120:17 121:2
    122:12,13,13
    125:22 126:13,21
    130:3 132:10
    133:3,11 134:16
    134:18 135:3,4,20
    136:3,15 141:6
    143:6 144:14,15

146:21 147:7,15
    148:4,5 149:6,9
    149:14,15,18
    150:9 151:9
    152:12 153:22
    156:3,4,6,7,10,13
    156:25 157:8,14
    158:13,20,23,24
    159:2,7,14 160:3
    160:4 162:4,10,23
    162:24 163:13
    164:5,13 165:14
    165:24 167:3
    168:18,22 169:1
    169:23 170:4,8,15
    171:14,24 172:19
    174:4 181:6,22
    182:1 183:10,14
    183:24 188:9,13
    188:15 189:5,21
    193:9,24 195:11
    196:3 197:13,19
    197:25 199:24
    200:11,18 202:13
    204:15,21 209:5
    210:23 211:2,16
    211:20,23 212:3,9
    214:21,25 215:12
    215:23 216:5,11
    218:11 219:17,21
    221:20,23 222:13
    223:2,12 224:9
    225:19 228:19
    229:16,22 230:9
    230:13,16,20
    231:11,15,19,25
    232:15 233:8,19
    234:2,3,7,22,23
    235:1,5,17 236:8
    237:14 238:7,21
    238:23 240:9
    243:8,12,13 244:5
    244:11 246:6,10
    246:23 247:11
    249:9 252:11
    254:6,12,24

255:10,11,19
260:24 261:3,19
262:10,13,23
264:8,22 266:1
267:2,18 268:24
268:25 269:11
270:8,15,24
271:22,23 272:23
272:24 275:3,9
277:6,7,14,20,25
278:19,22 279:4
280:14 281:22
282:6 283:9,13,18
286:1,24 287:16
289:5,11,16
290:22 293:20,25
297:3,9 298:20
299:3,6 300:12,24
301:19 302:11
303:15 304:8
305:1,9 306:2,6
307:1 308:17
309:13 313:4,9,10
313:14 314:8,15
314:24,25 315:3
317:21 318:24
319:2 320:3
322:20 324:19
325:14 326:2,9
328:10 329:12,24
330:8 332:7,10
334:9,20 335:7
336:7,8 337:4
338:3,4,23 339:19
340:7,16 341:24
342:10 345:22
346:9 347:6,11,22
348:4 349:18
350:6,13 351:2
352:8,16 354:3,13
355:12 356:7,9,18
357:25 358:9
359:15 360:4,9,12
362:10,18,22
363:4,20,21 364:4
364:9,11,17 366:1

366:2,7,10,11,15
367:13 369:13,19
370:9,14,25 371:1
371:4,8,10,11,14
371:15,18,24
373:2,7,17 374:12
374:21 375:13,15
378:17,21,23
379:14,17 383:17
386:14 389:3
391:4,10,24 392:4
393:17,19 396:9
407:11 410:3
**corrected**
82:4
**correcting**
299:14,17
**correction**
109:1
**correctly**
62:12 189:19
202:19 326:21
385:15
**correlating**
10:11
**correlation**
302:8,15 338:7
**corresponds**
164:17
**corrupt**
390:10
**cost**
130:19,24,25 131:2
198:3,10,12
**costs**
198:7
**counsel**
5:7 11:22 12:1
112:10 129:4
186:20 207:4,24
209:2,7,9,11
219:10 221:4
353:12 413:4
**counsel's**
112:12 208:18
**counselor**

221:13
**count**
176:21,24 177:1
284:22
**counties**
223:18
**counting**
222:5 342:5,17
**countries**
307:15 308:16
388:3,6
**country**
45:8 168:8
**counts**
175:17 176:15,17
176:25 177:2,3,4
177:11,14 223:15
364:21
**COUNTY**
410:9
**couple**
43:25 64:11 126:8
128:9 219:3
**course**
14:10 38:7 40:1
41:10 43:24 77:3
95:4 178:11
189:25 191:8
199:6 235:15
301:16 306:19
312:20 324:9
365:19 369:24
405:20
**court**
1:1 2:25 3:6 5:4,25
8:1 12:23,25
155:23 411:1
**cover**
108:12 198:16
199:9,12
**covered**
229:7
**cows**
40:15
**crab**
131:8

**crazy**
46:11
**CRC**
413:13
**created**
15:19,20 219:3
**credentials**
83:5,17
**credit**
131:11,19,22,23
**critical**
337:11
**crop**
99:12
**crops**
90:21 92:21 98:23
99:6,7,11,12,24
381:16
**cross**
326:11
**cross-reference**
237:20 264:13,15
274:23,24
**crossed**
211:11
**CRR**
413:13
**CSR**
413:13,14
**cumulative**
306:16
**cumulative-lifeti...**
306:18,22,25 307:6
**cup**
182:5,14,21 183:21
185:16 187:5,24
189:23 191:6
192:16,24 193:1
193:23,25 194:3,9
194:11,25 195:4,9
199:6 204:10
**cups**
186:16 187:2
188:12,16 189:2,3
189:20
**current**

79:23 81:25 84:15
104:24 365:24
**currently**
4:6 90:1
**Curriculum**
4:3
**cut**
15:4 33:8 107:17
193:2 227:1
**CV**
79:7,21,23,25 81:8
86:10
**cytogenic**
346:4
**cytometric**
346:4
**cytotoxicity**
134:11 136:6,14,22

**D**

**D**
2:14 412:22
**D.C**
223:20
**daily**
27:13,14 184:24
239:3 246:23
**damage**
90:19 134:11,11
135:3 136:6,7
396:9 400:9
**damaged**
64:6
**damages**
32:25 33:3,3,5,6,12
**damaging**
90:9
**dark**
164:10
**data**
14:2,3,13,14 17:15
17:20,21,23,23
18:11,15,18 32:1
32:18 35:13 37:20
38:5,12,16 39:1,4
39:20,24 48:15,16

51:23 61:22 62:1
62:4,15 63:1,6,14
63:15,18,21 82:4
92:13 95:21 96:14
102:13 105:5,9
111:2 115:14,17
118:23 119:4
136:24 147:19,19
149:19 160:3
165:15,20,21
166:1,3,11 167:4
167:7,9,11 172:16
175:25 176:2
231:10,20 232:12
235:25 237:10,21
238:10,17 240:1
241:10 242:16
252:24 260:21,21
261:13 263:22
264:2,10 265:8,12
265:14 266:8
269:5 273:3
287:16,19,23
293:6,18 296:7
300:22 301:18,19
303:7 307:16,19
307:20 308:1,4,5
308:13 310:19
313:3 317:24,25
318:16 319:1
330:25 334:16
336:12 339:10
340:18 341:17,23
342:10,13 345:13
346:8 348:8,9,20
355:14,16 356:23
357:1,5 358:7,11
358:22 359:3,8
360:8,17,20 361:9
361:16,20,21
362:12 364:6,8,10
364:14,16 375:23
376:7,14,16
380:16,22 384:11
388:10,23 405:13
406:7

databases
96:12
date
207:19 225:1
dates
218:10
day
1:17 12:7 21:12
22:5 26:9,13
27:22 28:17 40:6
108:1 109:6 165:4
168:21 181:9,25
182:25,25 183:5,9
183:9,13,13,17,17
189:23,25 190:16
190:20,22 191:3,6
191:8 197:22,23
199:6,13 203:13
206:25 213:25
214:3 223:5,8,9
223:10,25 229:15
246:5 248:20
252:16 256:11,11
256:20 257:3,17
257:23,25 258:19
258:22 260:8
270:23 369:15,19
410:11,20 413:9
day-in
172:2
day-out
172:2
days
8:25 21:6,9,11 22:2
22:4,11,16,23
23:3,10,11 24:14
24:17,19 25:14,17
25:18 101:9,11
195:14,25 196:2
196:22 197:5,7,9
197:12,22 246:5
255:1,3,6,13,16
256:3,13,16,20,22
257:4 277:13
302:18,19,23
303:7,14 304:8,10

305:1,3,4,5,7,8,12
305:13,16,17,19
305:20,22,23,24
306:16,18,22
307:1,5,6,8
308:25 309:5,9,13
310:2 312:5
315:23,23 316:2,3
316:3,6,9,12,16
316:16,20,25
317:2,6,6 337:19
344:6 348:12,23
349:5 350:9,13,16
350:17 351:5
353:4 362:16
363:17,18
daytime
260:8
DC
2:16 412:24
DCBCL
153:17
DDT
44:20 148:18
149:16,24 150:1,4
150:25
deal
147:3 399:21
dealing
395:6
death
136:2,3 164:9,12
debatable
27:23
decades
61:17 67:17 118:6
December
376:20
decide
292:12 381:9
decision
4:20,21 54:24
115:20 213:24
367:4,6 368:13
373:16 378:1
380:6 383:16

decisions
231:7,21 296:23
297:6 368:3,11
377:12,15
decline
163:16
declined
164:13
declining
163:21 164:2
decrease
264:25 332:21
decreased
264:20
deduction
406:23
deductions
115:15
deep
339:6
defendant
1:7,16 2:8 5:9
411:8 412:6,16
defense
145:20
defer
49:19 50:2,19,22
166:10 299:22
define
299:14,17 402:24
Definitely
118:22
definition
26:17 252:16
degree
41:20 253:17,23
403:10
degrees
173:20
deliberate
365:20
deliberated
367:24
deliberately
350:19
Deltamethrin

148:13,16,17
demographic
321:7
demonstrate
148:6
demonstrating
278:25
department
4:7 35:19 37:17
38:6 39:8,17,18
39:23 40:4 41:6
44:24 45:22 48:14
51:8 53:11 72:22
86:19 87:6 88:2,5
88:10,15 90:2
91:15,19 95:18
96:6,22 98:3
100:20,23 102:6
102:12,16 103:3
108:14 164:25
228:14
Department's
54:23
depend
259:1
depending
59:16 93:9 235:18
282:2 378:6
depends
131:19 142:1
143:25 144:14
151:18 198:17
391:21,21
deposition
1:10,14 3:10 5:3
7:20 8:10,11,17
9:13,23 10:7,20
11:25 12:15 13:9
15:15 21:10 22:4
24:18 25:14 73:14
73:19 76:4 79:21
81:22 89:25 117:1
117:13 158:4
169:19 182:10
185:10 194:14,15
195:7 206:15

214:19 219:14
222:25 223:4,11
228:25 251:15
257:1 259:19
269:7,22 276:20
281:12 288:20
313:20,25 319:21
327:18,21 340:23
353:11,18 357:22
368:12 399:15
408:1 410:2
411:12,20,22
412:1,9

**Depots**
130:17

**deputy**
87:4 91:15

**derive**
35:22 259:4 406:2

**derived**
27:24 28:6

**dermal**
286:10

**describe**
9:24 127:13 285:15
313:6 403:13

**described**
201:20 311:10,14
311:17

**describes**
374:23

**description**
3:9 4:2 116:24
182:8 191:17
290:15 324:13
328:16 410:14

**desensitization**
325:1

**design**
136:5,13,21

**designated**
88:5

**designed**
296:22 339:9

**desk**
40:7

**destroy**
98:20,22

**detail**
20:24 23:25 79:1
143:1 304:2

**detect**
145:18

**detectable**
236:5,8 237:3,6

**detected**
273:11

**detection**
273:9

**determination**
17:17 34:22 93:8
114:7 212:17,21
213:1 252:18

**determine**
32:19 44:12 46:20
47:13 67:19,24
94:16 105:2 106:5
117:15 166:8
239:3 248:6 252:1
252:7,12 272:21
275:17 298:15
392:23 393:4,9
394:22

**determined**
62:4 63:15 106:4
375:8 398:17

**determines**
107:20

**determining**
380:25

**develop**
80:22 127:24,24
139:14 169:10,16
172:3,14,23 174:6
174:16 393:23
398:5

**developed**
80:20 127:18,22
172:18

**developing**
159:23 374:7 398:2

**develops**

297:15

**dextrose**
48:11

**diagnose**
42:1,4 43:2 114:3
168:10 279:14

**diagnosed**
154:21 156:2 157:2
159:7,12 160:2,9
160:16 168:20,24
171:21 174:3
279:3,22 282:5,8
282:15 321:21

**diagnoses**
275:14

**diagnosis**
42:22,25 114:11,12
176:18 179:11
317:17 346:3
405:18,19

**diagnostic**
175:11

**Dicamba**
90:22,25 347:2,11
347:18 348:3

**dies**
135:2,23

**dietary**
121:16 122:9

**difference**
291:4 315:11,13
316:24 317:1
333:7 390:15

**differences**
77:3

**different**
17:21 27:24 28:1
45:8 49:7,7 59:15
62:25 63:5 68:21
69:24 71:6,19
77:22 92:8 96:25
97:9 102:2 105:20
108:5 135:18
147:21,21,22,22
151:14 152:6,22
152:24 153:1,11

153:15,15 155:5
155:20 156:1,2,5
169:12 175:4
176:4 180:3
186:24 194:13,15
195:6,6 221:5,7
231:14 232:6
235:20 236:24,24
238:3 240:15
246:22 253:23
254:5,7 269:7
274:6,8,13,19
275:14 279:12
283:18 284:6
289:15 300:20
301:13 304:15
307:7,8,15,15
318:24 320:17,22
327:8 328:17
335:19 349:12
353:3 354:21
363:21 365:2
391:1 398:1,5
401:2 406:2,13

**differential**
177:3,4

**differently**
156:6

**difficult**
45:18 213:17

**dilute**
186:4 200:14

**diluted**
182:15,22 199:6

**diluting**
229:18

**dilution**
185:20 186:2
192:24 198:23

**dilutions**
184:11 195:2

**dioxane**
150:17,19

**Diplomat**
82:6

**direct**

116:13,16,20
263:19 307:25
402:17

**directing**
175:3

**directions**
184:11

**directly**
13:21 14:7 39:3
46:4 61:3 70:19
99:6,10 120:19
235:19

**director**
38:15,22 86:16
91:19,24 94:24
95:17,24 96:5,21
175:25

**disagree**
54:19 69:3,4 70:6
376:5,10,11

**disbelieve**
61:18

**discarded**
78:14 124:15

**disclose**
32:24 244:10,17
245:1 246:4,8

**disclosed**
7:16

**discount**
364:23 365:3

**discriminate**
99:13

**discuss**
227:12

**discussed**
79:4 98:15 111:14
164:18 227:1,4
286:22 301:19
302:7 383:14
396:13

**discusses**
230:8 233:21 262:1
289:3

**discussion**
232:24 233:7

266:21 275:20
285:1 301:3
374:23
**disease**
58:4,24 59:3
149:23 230:19
265:20 344:21
395:10 406:25
**diseases**
43:12 173:25
336:19 405:17,24
**dish**
105:12 135:6 138:2
**disorder**
33:24 35:1 175:21
**displayed**
200:8
**dispute**
235:6
**disrupts**
153:7
**dissenting**
339:11 378:5
**dissolved**
289:8,10,13
**distinct**
152:3
**distinction**
50:11
**distinguish**
134:10 136:6,14,21
174:24 175:14
178:11
**distribution**
153:12 230:9
236:23 253:21,23
254:5,8 404:12
**divide**
187:25 188:1,17
189:18
**divided**
141:25 166:14
188:1,4,21,24
189:11,11 318:23
**dividing**
188:18

**division**
38:9 86:18 87:5
91:25
**DLB**
287:6
**DLBCL**
152:11,13 153:21
154:23 156:21
177:10 265:20,25
266:3,10 318:19
319:2,7,11 328:14
333:15 334:22
336:13 351:11,18
352:6,10 355:17
355:21 356:3,5
357:1,5 358:8
359:8,10,17 360:1
360:2,14,16
362:21,25 363:4
363:13,18
**DLT**
72:8
**DMBA**
286:9,12 289:10
294:14,20
**DNA**
46:2,4 134:11,11
135:2 136:6,7,12
141:24 263:20
396:9
**docket**
372:20
**doctor**
6:10 24:6 26:4
41:17,18,22 114:1
144:2 178:17,19
203:20 279:21
281:1 399:25
**doctors**
112:2,5 279:3,14
280:23 284:4,11
346:6
**doctors'**
405:18
**document**
8:12,21 9:14,20

16:7 64:23 112:10
119:5 159:22
212:8 218:25
221:7 261:15
337:9 369:6,7
376:3 380:8
410:15
**documentation**
61:16 116:22
117:14
**documents**
19:25 26:1 36:16
54:13 56:4 64:22
112:20 116:25
199:22 207:13
211:4,25 214:10
214:14 218:19
221:4 240:20
287:12 369:5,8
393:11
**dog**
101:16
**dogs**
101:12,18 103:6,13
**doing**
23:23 54:20 95:13
97:20 132:3,18
138:11,19,19,20
235:24 258:2
270:22 384:2,6
391:4 407:14
**dollars**
296:21
**domain**
16:1
**domestic**
40:13,14
**door**
284:3
**dose**
26:8,11 27:17,21
29:8,12 30:3,24
31:2,5,8,12,24,25
32:22 106:17,21
106:24 107:5,7,20
107:23 108:3,5,8

108:20,23,23
109:17,23,25
110:2,4,5,7,20
125:16 239:3
241:2,4,8,14,16
242:9,16,20,21,23
243:8,20,24 244:4
245:2,18 246:1
247:17 252:7,10
252:11,12,13,16
390:25
**dose-effect**
285:17
**dose-response**
144:16
**doses**
28:13 241:17 391:1
**double**
29:21 30:16 36:9
77:12 102:23
217:17 227:19
240:11 253:15
272:6 342:4,17
364:20
**double-negative**
240:16
**doubt**
61:17
**Downtown**
1:22
**Dr**
3:12,14,15,16 4:3,4
5:6 6:15 44:2
46:12 73:13 79:13
79:21 82:6,18
129:2,21 139:8
143:15 180:11
186:16,23 188:9
194:6 205:21
206:14 208:4,5,10
208:14 209:15
210:22,25 211:6
211:19 212:10,16
212:18,20,22,24
214:16 225:22
226:1,4,6,8,10,12

227:15 233:13
251:1 267:11
268:15 288:23
294:5,24 313:2,21
327:24 333:25
353:16 357:21
362:13 390:21
398:13 407:22
408:1
**draft**
14:23 54:22 373:1
376:18
**drafting**
214:20
**dramatically**
96:15 164:19
165:13,18
**drawing**
11:2
**drink**
408:2
**drinking**
259:9
**drinks**
242:2
**Drive**
2:10 412:18
**driver**
241:21,25
**dropped**
74:18
**Drug**
156:23
**drunk**
241:25
**due**
134:11,12 136:6,7
136:14,22,22
167:23 298:16
**duly**
1:16 6:7 411:20,22
**duration**
40:11 181:19
191:25 252:19
254:24 290:16
304:14,15,19

306:8,23 345:5
350:3 403:23
404:3 406:25
**dust**
121:14
**duty**
370:21
**dysfunction**
264:8

**E**

**E**
347:12,12
**e-mail**
2:6,6,12,12,17
207:3 211:15
221:4 412:14,14
412:20,20,25
**e-mailed**
219:7
**e-mails**
37:18,20,24
**earlier**
40:16 111:14 137:5
164:18 173:6
217:23,24 222:10
230:18 256:14
286:22 340:19
345:25 391:6
400:15 402:16
403:6
**early**
70:16 96:16 101:9
101:11,21 103:6
**East**
1:22
**eating**
248:12,16,20
250:15 259:9
**ECHA**
371:3
**edible**
382:16,17
**editing**
215:15
**edits**

215:23
**education**
80:1
**effect**
26:23,24 27:1
48:24 50:7,9 64:5
81:2 109:21
136:12 220:17
241:17,17,19,20
242:18,22,24
243:11 245:2,6,10
245:14 266:10,19
275:25 279:6
284:9 293:17
296:15,17 298:8
299:6,12 330:6,7
330:16 331:8
395:3
**effective**
51:12 100:15 131:3
**effects**
20:16 26:14,18,21
27:2,3,6,7,9,11
28:18 29:9,13
64:6 89:8 97:25
103:23 138:9
262:2,8,12,17,23
263:1,11,16,19,23
265:13,15,18
274:1,22 275:8
**efficacy**
37:19
**effort**
143:14
**eight**
215:18 289:15
**eight-hour**
22:8 23:11 25:11
255:10 311:3
**either**
16:25 111:15
122:17 166:2
182:9 307:8,13
308:10 320:25
400:19
**elaborate**

241:10 383:9
**elect**
85:8
**elected**
85:16,19
**elevated**
176:14,17
**eleven**
87:11
**eliminate**
18:22 284:21
**eliminating**
18:1
**elimination**
32:6,9 406:16
**Emma**
2:9 5:9 6:15,17
412:17
**employed**
52:6,7,10 199:23
413:5
**employee**
205:4 379:2
**employees**
37:24 200:21 201:6
201:10,14
**employers**
199:16 200:7,21
201:1,9,13,18
**Employment**
86:13
**emptied**
242:4
**encounter**
147:15 246:22
**endings**
219:4
**endogenous**
133:10,14 142:2
**endpoints**
365:13,14
**ends**
406:23
**enforcement**
35:17 40:9,11 41:9
98:1

**engagement**
209:17
**enjoying**
87:21
**enrollment**
317:17
**enter**
29:16,25 352:4
**entered**
30:6,13 242:24
351:20,21,23
**entering**
320:18
**entire**
105:19 124:12
130:3
**entities**
318:24
**entitled**
162:13 277:4,11
281:13
**enviromental**
311:1
**environment**
89:7 242:10
**environmental**
80:10,21 81:4
104:1 105:20
242:11 243:3,25
310:20 381:6
385:13
**EPA**
26:8 28:3,20 51:16
52:6,12,19 54:9
54:20,24 55:15,18
56:8,11,17 57:4
58:6,7,11 64:22
64:24,25 68:11,20
68:25 70:2,12
72:7 80:22 89:15
92:7,11 93:2,9,9
93:14,16 97:10
105:19,23 186:1
231:13 258:8
286:25 291:11
296:22 342:22,24

365:24 366:3,9,9
366:17,22 367:1,3
367:6,11,12,15,20
368:16,22 369:10
369:14,17,25
370:8,13,19
371:10 373:18
374:12,15 375:3,6
375:17 377:3,17
380:4,23 381:6,7
383:10,14,16
385:4 386:1,9
387:2 393:19,22
395:13 398:15,19
**EPA's**
4:20 26:17 64:21
64:22 68:2,6,18
366:12 367:23
368:3,5,11 372:1
372:3 373:15
374:16,21,25
375:13,15,17
376:5,13 380:8,13
383:7 384:21
385:21 394:16
**EPA2017**
19:8
**EPAs**
58:8
**epidemiologic**
44:3,6,9 154:2
275:21 276:3
295:7 297:8,13,17
297:23 300:1,7,11
300:15 301:19
302:14 303:15
307:12 308:5
313:6 331:22
338:6,11 339:13
342:4 344:14,15
362:12
**epidemiological**
295:3,16 296:3,10
296:12 301:2
302:7 303:7 308:1
310:19,22 331:23

Ambrose K. Charles, Ph.D.

339:5 342:24
343:18
**epidemiologist**
173:11
**epidemiologists**
59:12,18 80:14
378:23
**epidemiology**
43:21 158:16,19
173:7,10,14,15,17
173:19,21,23
214:25 215:19
294:25 296:22
300:3 387:13
**epigenic**
48:23,23
**EPSA**
370:24
**equal**
302:23 315:23
316:9,16 317:5
**equipment**
108:16 130:10
200:17 259:23,23
346:24
**equivalence**
231:3
**equivocal**
62:7,7,9,10,10,16
62:17,21,25 63:5
231:10
**eradication**
98:20
**Eriksson**
4:15 215:4,11
303:20 313:7,15
313:21 314:2,4,13
314:18 315:4,18
315:22 316:1,4,19
316:24 317:7,20
317:24 318:16,18
318:21,22 362:5,9
362:15,20
**eross@goldmani...**
2:12 412:20
**error**

286:17 325:19
336:23 364:13
**errors**
365:20 383:11
**especially**
62:19 70:16
**establish**
265:9,14
**established**
148:1
**establishing**
263:23
**estimate**
26:11 92:2 94:20
224:25 241:7
244:4 252:21
258:23,24
**estimated**
159:6,8 182:21
245:17 255:6
**estimates**
159:11 303:22
308:15 401:18,20
404:5
**estimating**
31:12 32:16 197:4
243:24
**estimation**
32:25 159:16 182:5
183:20 197:7,12
241:16 273:16
**estimations**
197:17
**et**
1:2 4:13 5:4 280:8
338:16 356:9,11
356:15,24 358:17
359:1 411:3
**ethanol**
289:8,10
**ethics**
37:15
**Europe**
308:18 380:21
**European**
370:24 371:3

380:22 385:9,10
386:24 396:3
**evaluate**
13:17,19 34:20
35:16 37:25 39:4
40:3,8,19 67:18
67:23 83:5 93:18
114:14 115:15
116:1 293:18
405:16
**evaluated**
41:6 49:6 231:13
277:20 288:2
292:14 297:6
377:6 388:10,23
404:17
**evaluates**
83:17
**evaluating**
17:16 37:19 48:15
48:16 49:13 51:20
103:25 175:25
179:20 382:24
**evaluation**
13:12 19:15 61:15
93:4 230:22
289:18,21 290:18
290:21,24 291:5,6
371:13 374:21
375:6 376:12,19
380:9,10,13,15
381:3 383:3
**evaluations**
27:25 35:16
**events**
11:9
**every-**
214:11
**everybody**
104:12 109:6
**everyday**
96:10 107:14
**evidence**
34:11 35:11 61:20
63:20 72:14 78:11
119:7 123:18

275:21 276:3,6
281:25 291:14,17
291:22 292:24
295:5 300:14
316:23 338:2
359:14,15,18
360:15 386:4,7
389:18,19 396:9
401:6,7 402:3
404:20,23 405:4,5
405:7,7 407:2,4
**evident**
406:11
**exact**
194:18 253:21
**exactly**
10:25 15:23 16:6
18:23 27:10 41:12
47:11 54:2 59:21
59:25 60:8 61:2
61:14,22 62:23
63:19 75:5 76:3
81:5,7 87:23,23
88:1 94:14 99:22
103:12 104:2
106:1 107:6 108:6
110:9 133:2,4
150:3 189:4
194:16 221:21
243:9 254:13
258:15,17 267:3
275:4,10 287:14
297:7,22 298:17
299:24 305:18
308:7,12 346:10
360:22 374:9,11
374:19 375:16
378:12
**examination**
3:3,4 6:8 174:24
178:3 291:1
400:13 411:24
**examined**
387:17
**Examiners**
82:10,20 83:4,16

84:10 85:3,6,8,19
85:22 86:7
**examining**
175:1,2
**example**
14:25 26:22,25
39:21 47:25
104:22,23 107:9
122:18 147:2,15
148:13 151:6
193:12 204:9
241:20 246:20
300:3 308:21
365:3 391:18
**examples**
175:1
**exams**
83:7,21
**excess**
330:20
**exchange**
145:14 147:7
**exclude**
293:12 381:8
**excluded**
380:24
**exclusively**
131:15,18
**excreted**
232:8 233:13
**excretion**
230:9 237:11,23
**excretory**
32:6,9,10
**excuse**
32:3 87:12 198:21
266:15,15 299:9
300:25 304:14,14
376:8
**executed**
410:17
**exercise**
118:10 119:10
**exhibit**
3:9,10,12,13,15,16
3:18,19,21,22 4:2

4:3,4,6,8,10,13,14
4:15,16,17,18,19
4:20 8:9,10,16,17
9:8,12,13,22,23
10:2,16,19,20,23
10:24 11:6,11
15:13,14,15 25:21
73:19 74:4 75:4,6
75:14,19 76:4
79:19,20 81:18,20
81:22 86:11 89:24
89:25 112:17,19
113:4 119:25
158:4,5,12 163:3
167:6 169:19,21
205:25 206:15,19
216:16 222:3
227:8,10 267:13
276:19,23 281:11
281:12 288:19,20
313:19,20,21,24
318:8 319:20,21
327:18 340:22,23
345:2 353:5,10,11
353:18 354:6
357:20,21 368:9
368:11 369:1
371:25 383:2

**exhibits**
3:8 4:1 14:19 16:17
48:7 73:12,14

**exist**
48:8 298:7 364:15
365:4

**existence**
86:8

**exists**
240:8

**exit**
232:6

**exogenous**
133:6,14

**expect**
138:18 172:22
174:6 261:24
343:20

**expected**
177:7

**expenses**
223:13

**experience**
35:15 42:7 61:15
83:5 85:9 173:13
175:24 180:4
200:20 232:4
261:10,18

**experiencing**
147:4

**experiment**
136:5 264:25

**experimental**
45:21 48:7 293:6

**experiments**
136:13,21 138:12
138:19

**expert**
7:16 11:17 14:18
15:11 16:16 20:25
27:15 29:3,7 31:7
31:11 33:11,16,20
33:25 34:4 41:4
42:6,13,15 43:18
43:21 44:2,5 49:3
49:6,8 54:25 79:3
84:22 99:23 100:6
100:13 103:15
115:13 136:19
157:21 166:9,25
167:12 179:16,23
180:6,11 184:19
210:18,22 212:13
217:4,5,5,10,14
217:20 218:16
225:21 227:24
232:9,16 244:13
244:23 245:9,13
246:8 266:14
271:19 279:8,22
395:25 405:9,9,9

**expertise**
85:20 173:6,8,10
173:14,19,20

339:9

**experts**
70:1,11 288:6
387:7,10,13
389:15

**Expiration**
413:14

**Expires**
410:25

**explain**
174:20 229:6 244:6
393:21

**explanation**
158:2 219:21
346:15

**explore**
406:5

**explored**
63:19

**exploring**
177:8

**exposed**
21:6,10 22:3,23
23:4 24:15,18
26:12 28:16 30:24
31:2,5,13 40:15
40:15,16 101:19
107:25 120:3
138:7 143:8
167:23 169:10,15
171:20 172:2,13
172:18,19 174:4
177:17,20,24
178:4 203:17
235:20 236:19,21
237:2 244:18,24
246:21 247:18
248:7,10,11,15,16
248:19,23 250:13
250:15 251:11,23
255:2 269:6 303:1
303:14,23 306:20
307:18,21 309:9
310:14 316:15
326:2 330:1,10
332:20,25 333:8

334:23 406:24

**exposure**
12:13,19 13:7
22:11,18 23:10,15
27:14 28:14 29:4
32:1,17 33:17,21
34:1,5,23 35:3
40:12,13,14 44:10
104:25 106:6,8
108:5 109:5,14,15
119:12,15,20,22
120:9,16 121:2,15
121:23 122:1,9,15
142:11,16 143:18
148:2,3,7 155:11
155:14 167:24
168:22 171:3
172:23 174:7,16
181:19 192:1
228:7 236:25
239:3 240:4 241:2
241:8,15 242:11
242:12,12,14,18
242:19 243:11,15
243:24 245:11,15
249:22 250:9
252:18 254:24
258:6,7 262:9
272:21 273:7,8
276:17 277:18
295:5,10,24 302:9
302:18,19 303:7
303:10,13 304:7
304:10,13,16,19
304:25 305:12,15
305:20 306:1,9,15
306:22 307:1,4
308:11,14,25
309:8 310:21
311:2 314:23
315:18 316:6,25
317:2 318:23
323:17 326:1
331:2,4 335:14
343:21 350:4,21
360:13 384:2,3,5

391:19 401:25
402:6,12 403:23
403:24 404:1,2,7
404:8 406:6,6,8
407:1

**exposure-day**
248:5

**exposure-related**
296:17

**exposures**
178:8 243:3,4
272:16 274:3
321:8

**expressed**
403:8 410:18

**expression**
330:14

**Extended**
281:13

**extent**
385:20

**extra**
223:15

**extract**
51:6

**extrapolating**
77:7

**eye**
291:7

**eyeglasses**
260:4,4

---

**F**

**F-I-F-R-A**
94:7

**fac-**
169:12

**face**
114:10 182:19
356:14

**fact**
10:7 12:16 13:9
22:17 111:9
117:13 169:3
190:24 191:1
201:17 306:25

318:19 343:19
352:5 389:5
**factor**
140:5,15 141:17
142:11,22 144:10
**factors**
18:2,3,22 139:16
139:22 140:1,23
140:25 142:1,4
144:6 149:21
169:12 259:1
293:8 394:13
395:20,21 406:10
406:13,14
**facts**
4:9 115:12 205:2
235:25 269:5
**factual**
307:20
**faculty**
45:5
**fair**
7:4 54:7,8 65:3
69:21 72:11 78:2
79:1,2 81:6 89:20
99:21 147:4
159:20,21 185:13
225:13,16 250:4,8
269:2 315:16
**fairly**
161:15,25,25 162:4
**faith**
118:9
**fall**
135:2 321:25 323:7
**falling**
162:22
**falls**
350:5,8,12 355:10
**false**
293:1
**familiar**
58:25 71:14 98:10
98:12 105:18
134:1 135:16,17
169:22 179:13

243:25 260:20
299:8,21 324:6
369:4,6 390:18
396:11 397:9,12
**familiarity**
135:15
**familiarize**
136:18
**families**
235:20
**family**
140:4,4,8,9,14
226:15,21 322:4,5
322:11,13 323:9
325:1
**FAO/WHO**
385:12
**far**
50:18 76:16 91:22
188:8 224:12
372:21
**farm**
40:12 235:22
**farmers**
52:5 233:25 234:5
234:9,21 235:19
235:21 236:7,17
**farmers'**
236:4
**fast**
49:24 157:2 268:6
**fast-moving**
157:3
**fatal**
224:19
**fate**
230:12
**father**
106:22,24
**favorable**
338:13
**Fax**
413:15
**feature**
178:10
**February**

373:6
**federal**
92:7 224:15,17,18
249:12 368:4
369:22
**Federation**
385:10
**fee**
38:5,12 39:21 84:5
207:12 208:21,22
**feel**
400:22
**feet**
198:23
**Fellow**
82:19,21 85:2,5,7,7
85:16,18
**Fellowship**
85:9,15
**felt**
203:12 229:22
365:16
**Ferro**
1:2 221:2,12,14,14
221:18 411:3
**fewer**
144:20
**field**
120:23 153:13
258:4
**fields**
103:7,14
**FIFRA**
92:7 93:3 94:6
366:3 376:19
377:2 379:1,5,8
**fight**
147:2
**figure**
162:25 163:3 164:4
164:16 189:19
**file**
17:16 213:12,13
**filed**
117:22 118:1
123:11 413:2

**files**
19:11
**fill**
192:11
**filled**
192:1,6
**final**
74:21 373:16
**finalize**
74:19 75:22
**finalizing**
74:25
**finally**
28:4 378:5 406:22
**financial**
33:5,5,6
**financially**
413:7
**find**
56:3 57:12 64:19
86:1 96:13 101:17
115:7,11 144:1
152:10 175:20
219:20 236:23
237:5,7 239:19
242:1 253:21
276:7 284:7
287:22 293:3
295:23 296:9
302:15 321:3
326:15 343:11
344:10 351:14,15
353:7 397:1,17,23
404:23 405:17,22
406:1
**finding**
19:13 174:24
177:19 178:3
363:2 379:25
**findings**
77:7,8 280:22
362:17,20,24
363:13,14
**finds**
241:22 264:3
**fine**

7:5 90:13 146:2
253:6 394:8
**finish**
8:5 66:1 96:3 185:4
185:5 333:24
**finished**
64:24 213:18
221:11
**finishes**
24:6
**firm**
2:15 207:22 210:3
210:8,9,13,13,14
218:8 223:2
412:23
**first**
6:7 78:9 83:19
105:2 112:8,8
119:6 124:8 140:5
145:20 168:25
189:13 207:1,5
210:7,21 211:15
213:6 216:24
218:20 220:2
224:8 262:24
263:7 277:2 292:3
313:15 337:2
369:25 370:5,8
374:1 391:3
393:13
**first-degree**
322:5,14 325:2
346:22
**firsthand**
116:13,16,20
**fish**
381:2
**five**
74:20,24 87:18
113:14 126:22,23
152:2 170:11
216:7 256:16,20
257:4 305:19,23
305:24 344:16
352:12
**five-year**

164:15
**flat**
163:12
**FLL**
345:15
**Floor**
2:10 412:18
**Florida**
2:5 92:23 223:19
412:13
**flower**
229:9
**flowers**
228:22
**flux**
244:14
**folks**
70:25 141:20,23
145:21 330:1
332:20 343:12
352:20
**follicular**
152:16 153:17,22
154:15,23 177:13
203:14 345:15
360:24 361:3,6,10
361:13
**follow**
72:8 185:21 241:17
257:11 297:14
320:17 399:1
**followed**
103:19 184:9
190:25 286:9
**following**
11:9 162:25 196:9
255:15 268:5
274:2 284:13
291:1 372:9,19
399:3,9 411:18
412:3
**follows**
6:7 412:9
**fond**
126:25
**font**

274:6,8,14,19
301:13
**food**
48:12 107:10
121:19 128:3
370:24 385:9,13
**foods**
247:5
**foregoing**
410:2,16
**foreign**
132:14 145:18
147:2
**foremost**
397:4
**Forensic**
82:7,10,13,19,23
83:4,16 84:10,23
85:3,6,8,17,19,22
86:7
**forget**
120:1,1
**forgetting**
368:19
**forgot**
153:15
**form**
13:6,14 40:8
120:25 291:18
403:4 406:21
407:12
**formal**
208:17 377:11,14
**formaldehyde**
246:20,21,24 247:2
247:6,11,14,18,21
247:24 248:6,8,9
248:11,14,19,24
249:3,15,17,18,21
249:24 250:2,3,5
250:9,11,12,16,18
250:20 251:7
**formation**
45:4 286:11 291:23
294:7
**formed**

137:2 168:14
210:16 281:2
**former**
200:22 201:18
**forming**
111:4 169:15
201:18 211:1
**formulation**
228:18 286:10
289:5 294:12
**formulations**
387:18
**Fort**
2:5 412:13
**forward**
54:17
**found**
51:12 60:9 62:6,14
63:10 77:14
143:20 144:3
148:22 154:20
181:7 220:20
235:2,16 237:5
276:14 281:4
284:14 285:7
294:15 343:1
350:20 396:8
**foundation**
72:1 309:23 399:18
399:20
**four**
45:2 74:20 87:18
93:23 94:20 95:2
152:2 221:5,7
257:18,20,20
258:1 341:5
**fourth**
335:14
**FP**
322:21
**France**
354:10
**free**
87:15
**frequency**
304:10,13,15,25

306:23 323:17
325:25 403:24
404:3
**frequently**
246:23 273:25
274:21
**front**
79:7 139:9 167:4
354:6
**full**
6:12 104:15 110:23
149:25 213:8
337:2 363:11
374:1 379:12
384:24
**full-time**
87:10,13,14
**fully**
184:10 349:21
**functioned**
294:7,12
**functions**
46:5
**fund**
398:5
**fundamental**
106:20 107:4
173:12
**funding**
398:1
**funds**
398:7
**further**
46:22 171:2 175:20
177:8 178:20
341:10 407:22
413:4,6
**furthest**
355:22

**————— G —————**

**Gabriella**
4:11
**Gagne**
226:8
**gain**

17:20
**gal-**
189:2
**gallon**
181:8,24 182:6,15
182:22,24 183:5,8
183:16,21 185:17
186:16 187:2,10
187:13,13,14,14
187:15,15,16
188:16 189:3,20
189:22,23 190:16
190:19,22 191:3,5
191:6 192:17,23
192:24 193:2
194:10 197:21,23
198:6,9,12,15
199:7
**gallon's**
191:13
**gallons**
183:12 187:3
191:21,24,24
192:9,17 193:2,24
194:1,3,12 195:1
195:10 196:6
197:18 198:3,22
199:5 204:10
**garage**
270:24
**gasoline**
143:19
**gather**
261:12
**general**
42:19 56:17 66:25
143:6 147:20
151:13 173:4
174:8 179:21
246:21 321:8
334:11 368:23
395:5,18
**generally**
34:2,3,6 62:6 71:13
260:21 397:24
**generated**

307:19 394:12
**generating**
280:20
**generic**
97:14
**genetically**
99:9,11,24
**genius**
310:12
**genome**
48:24
**genotoxic**
57:22 61:21 62:5
62:15 63:2,7
**genotoxicity**
49:3 58:1 60:6,10
60:13 61:4,7 64:5
67:25 134:12,16
134:21,24 135:10
135:12,13,14
136:7,23 231:10
263:19 387:10
**George**
290:1,15 291:21
292:23 293:19
**Georgia**
113:15,17 268:24
**German**
385:10
**getting**
101:5,13,18 109:4
132:17 180:19
214:13 252:14
267:25 381:23
399:12
**give**
6:12 7:6 46:22
96:14,14 115:12
171:7 185:24
186:25 196:11
200:25 241:16
308:14 312:17
344:17 394:1
406:12
**given**
10:6,12 14:2,13

17:23 56:3 85:12
112:7,10 113:3
115:10 118:11
164:9 195:23
199:22 200:5
201:7 233:11
316:5 329:23
333:15 341:9
345:9 346:1
403:18 410:19
411:21 412:1
**gives**
112:20 139:25
162:6 163:5 171:4
181:18 188:11
194:18 254:22
314:18 315:18,22
318:22 321:7
323:16 328:16
345:5 354:20
359:7 383:16
389:18
**giving**
122:3,5 398:7
**glanced**
213:15 405:22
**glasses**
270:7
**glove**
270:11
**gloves**
130:11 200:17
245:15 260:3
270:7
**glyph-**
167:5
**glyphosate**
4:10,20 13:23
17:18 18:25 20:12
23:10 24:19 26:8
28:13,17,22 29:4
29:8,12,16,24
30:5,13,24 31:2,5
31:8,12 37:7,11
40:3,20,22 41:7
41:14 49:1,4,20

50:3,20 54:4
57:22 58:1 60:6
60:10,17 61:4,13
61:21 62:1,5,15
63:1,6,15,16,22
64:1,17,20 65:19
66:20 67:2,8,19
67:24 68:3,4,7,8
68:12 69:1,13,21
70:13 72:10 91:8
91:10 95:16,22
96:7,15,18,25
97:13,16,17,20,23
98:5,10,12,15,18
98:22,25 99:3,6
99:10,12,17,20
100:3,7,15,20,23
101:10,12,14,18
102:7,9,11,16
103:4,8,14 104:7
105:23 109:19
110:24 119:12,20
119:22 120:15,16
121:1 122:9,15,16
123:21 128:7
137:6,9,15,18,21
137:24 164:18
165:1,12,17,23
166:6 167:2,5,7
167:10,11,14,17
167:20,24 168:2,7
168:25 169:10,13
169:16 170:7,12
170:15 171:20
172:18,23 174:7
174:16 193:6
194:24 204:2,6
210:16 211:2
220:16 230:5,24
231:10,14,18,23
231:25 232:2,10
232:17 233:3,7,14
233:22,24 234:5,6
234:8,20 235:2,3
235:8,11,12,16
236:1,5,8,8,11,13

236:14,17,18,23
237:2,3,7,11,24
239:1,3,11,13,18
239:22 240:8,18
240:22 241:2
244:11,19 245:3
245:18 252:1,7
253:16,18 254:15
255:3 262:9
263:24 264:4
266:19 267:1
272:13,19,21
273:2,5,14,17
275:6,24 276:17
277:5,13 278:9,17
280:25 286:10,12
288:8,21 289:8
290:21 291:14,22
292:24 294:7,12
294:14,21 302:8
302:16 303:2,22
314:14,19,20,23
315:5,24 316:6,9
316:12,15,21
317:9,10,19 319:1
323:21 325:7
326:2 331:11
332:21,25 337:3
337:19,24 338:13
341:21 343:12,19
343:21 344:2,6,17
345:5,10 350:9,13
352:6,21,25
354:24 355:1
363:24 366:1,17
366:23,23 367:1
368:12,24 369:12
369:14,18,25
370:6,8,14,16
372:1,4,16,22
373:5 374:24
375:7,8,18 377:7
379:20 381:1,5,16
381:25 382:14,18
382:24 383:3
385:21 386:1,13

387:18,18,25
388:10,11,24,24
389:3 392:3 393:7
393:18 395:4
396:9 404:21,24
405:3
**glyphosate's**
61:8 244:14 369:1
**glyphosate-based**
12:14 13:7,14
22:11,24 23:4,15
72:17,24 230:12
277:19 278:5,14
289:5 307:4 316:2
330:2,11 390:14
**glyphosate-expos...**
171:13,16
**Glyphosates**
372:10
**go**
10:2 15:13 25:20
27:24 32:4 39:24
40:10 44:22 46:11
51:14 54:14 56:6
56:10,13 60:12,25
65:23 66:2 70:4
82:18 86:10 93:2
112:17 115:23
129:16 139:1
140:18 145:9,17
147:9 156:12
176:11 177:3,7
178:8 180:14,23
184:3 188:24
198:20 206:7
212:17,21 223:19
223:21 227:12
230:7 231:8
233:12 237:9,22
238:3,8 242:8
248:1 254:8 258:5
258:25,25 259:6
261:14 262:2
264:22 268:2,8
275:5 276:19,25
285:11 293:8,15

293:23 295:19,22
296:4,5 301:11
310:3,11 312:20
321:5 326:15
327:19,23 328:18
328:20 336:25
344:22 349:20
350:23 351:22
352:2 353:22
357:10 359:6
361:23 367:22
368:5 377:23
378:13 382:11
383:23 394:4,9,10
395:9 397:16,17
404:13 405:12,25
406:14
**goal**
101:7
**goes**
28:1 38:6,10 39:2
40:7 61:17 141:12
145:12,14,16
146:12,20,23
157:5 178:17
186:1 232:6 242:1
333:3 366:22
367:1 368:20
374:15 380:4
392:18
**going**
14:4 18:5,7 28:3
33:9 39:5,14
40:21 41:1 46:12
46:24 50:5,19
58:11 72:2 73:7
77:18 79:1,18
83:14 93:4 99:15
110:18 115:7
118:6 119:1 121:5
122:20 123:16
125:4 128:9
129:16 138:24
139:3 145:11,17
145:21 151:3
166:5 168:16

186:23 187:18
194:15 205:16
206:9 214:9
232:25 238:1,3
242:25 251:1
268:9 270:23
271:19 284:8
312:22 333:25
335:9 357:14
374:16 378:10
398:24 399:16
400:10 404:9,15
408:3
**Goldman**
2:10 5:10 412:18
**Golkow**
5:1 413:15
**good**
6:10,11 58:10 59:5
60:9 80:12 107:12
114:22,25 118:9
312:3 379:8 381:8
381:15 382:13
398:16
**Google**
19:17,18,24 20:11
**gotten**
301:15
**government**
58:17 61:14
**graduate**
45:3,3,6,24 47:21
**graduated**
45:7
**grandfathered**
83:11 84:14
**grants**
398:7
**graph**
163:19,19 164:8,23
166:2,3,6 167:15
167:16,19 169:6
**grass**
101:19 120:7 131:7
131:8
**grateful**

152:9 155:5
**great**
139:1 209:14
**greater**
23:9 144:19 298:25
302:22,23 303:9
305:1,3,7,11,19
305:20,22,23,24
309:5 311:9,25
315:23 316:6,16
316:20 317:6
322:1 330:19
331:24,25 332:9
343:5 344:16
348:11,15,18,21
348:22 349:1
350:1,6,21 351:12
351:19 352:6,12
352:13 362:16
363:19
**green**
164:6,10,22
**gross**
291:1,6
**ground**
173:2 198:15 199:8
199:12 229:3,8
**group**
77:22,23 157:20
286:12 290:20
294:15,21 297:14
321:25 323:7
333:8 334:23
350:5,8,12 355:10
383:22
**groups**
93:11,11 157:17
289:15
**growing**
131:7 157:5
**growing-fast**
157:3
**guarantee**
394:15,25
**guess**
371:1

**guessing**
175:17,22
**guidance**
11:2 108:15 201:2
**guidelines**
375:24 398:5
**guilty**
248:19
**gum**
259:9
**guys**
208:1

-----

**H**

**Haberman**
2:3 3:4 5:12,12,22
14:9 16:15 22:14
22:25 25:24 26:2
26:16,20 27:18
28:19,24 29:5,19
30:2,8 31:17 33:2
33:15 35:12 36:3
36:14,22 37:8
43:7,22 46:15
48:21 49:5,11,15
49:21 50:24 53:19
56:23 59:7 60:3
61:11 62:24 63:3
63:8 68:14,17
69:5,10,15 71:3,8
72:1,5,13 73:6
77:9,24 78:8
79:11 84:25 85:25
88:20 91:12 97:2
106:2 108:21,25
109:3 111:22
114:13 115:2
116:9,19,23 117:3
118:14,17 119:13
121:3 125:19,21
125:25 126:17
127:6 128:20,24
129:2,7,9,13,18
129:22 130:1,4,12
130:20 131:5
138:25 140:2

143:24 144:22
145:5 147:12
155:16 157:1,9,15
160:11,25 161:17
163:14,18 164:21
165:19,25 168:4
169:5 172:5,15,20
174:11 178:13
183:25 184:16
185:18 186:18,21
190:3 192:13
202:22 205:1,6,8
207:25 208:8,12
208:15 209:13,21
209:22,24 210:10
211:15 218:2,23
224:20 228:1,10
229:10 230:1
231:1 236:9
239:23 240:19,25
241:11 244:21
245:23 246:3
247:9 251:12
253:13 256:24
257:9 260:14,18
261:1,4 264:23
265:22 268:3
270:4 273:10,18
274:11 276:25
280:21 282:1,22
282:25 283:20
287:4 291:16,24
292:4,7 293:22
294:2 298:3 299:2
301:23 303:5
309:20,23 311:12
312:1,7,14 319:12
323:10 329:14,17
330:12 331:5,14
331:20 333:9,24
334:10 337:8
338:9 339:17
342:7,15,20
343:14,22 345:23
353:15 355:8
360:3,5 363:9

Ambrose K. Charles, Ph.D.

364:19,22 365:10
366:6,19 367:8,16
369:16 370:15,20
371:19,23 372:6
375:19 376:3,17
379:13,23 383:20
384:1 386:2,9,16
386:19 387:21
389:13,17,22
391:16 393:20
396:17,23 397:6
397:11,16 398:25
399:3,8,13,19,21
399:25 400:4,7,10
400:14 402:5,9,16
402:22 403:5
406:17 407:9,14
407:19,20 412:4
412:11

**habits**
142:2 296:7

**half**
48:15 195:10 231:4
231:6 287:24,24
352:21 353:1
406:9

**halfway**
48:17 272:13

**hand**
81:15 270:14,20
410:19

**handed**
73:13 313:22

**Handell**
362:5

**handing**
26:1

**handle**
229:12

**handled**
120:6

**handling**
108:16 184:11
259:9 260:9 271:7

**hands**
203:2 259:8 270:10

**handsome**
111:22

**handwriting**
75:20

**happen**
121:20 258:9
403:23

**happened**
284:20 364:14
365:20

**happens**
147:7

**happy**
6:23

**hard**
327:13

**Hardell**
362:10,11,11

**harm**
381:10

**harmful**
107:21

**harshly**
391:23

**Hawthorne**
199:18 202:10

**hazard**
105:3,8,15 106:4
110:2 355:5,11,14
356:1 390:15,18
390:23 391:3,10
391:12,15,19,24
392:3,13 393:5,9
393:12,18 394:10

**hazards**
81:4 353:24

**he/she**
410:17

**head**
224:20 353:15

**health**
4:11 26:14,18,22
26:25 27:3,6
28:18 29:9,12
31:9 80:11 97:25
103:23 104:16,19

**Health's**
396:8

**healthcare**
226:17,24

**hear**
5:21 312:5,12
356:13 362:7
367:17

**heard**
330:13,15 388:14

**heart**
146:16,19,20
371:21

**heavy**
45:17

**held**
5:3 191:21 192:9

**Hello**
205:22

**help**
51:16 172:6 335:11
368:25

**helpful**
112:14 175:7,8

**helps**
317:12

**hematological**
179:19

**hematopoietic**
346:22

**herbicide**
52:20,22,25 53:10
53:14,24 55:18
73:1,3 90:5,14,22
90:25 91:2,10
98:11 99:18 316:2
330:11 381:9

**herbicides**

**107:22,22 118:24**
154:9 155:1
159:11 219:16
247:22 277:6,13
334:22 370:19,22
371:16,21 382:15
382:21,25 385:11
397:4,7

**Health's**
396:8

4:6 12:14 13:8,15
22:12,24 23:4,16
51:11 54:11 72:17
89:4,10,12,21
90:1 127:10
230:12 277:19
278:5,14 307:4
315:19 318:23
323:16,17 330:2
366:14

**hereto**
1:25

**hey**
214:1

**Hi**
205:21

**high**
176:21 177:1,2,10
177:13 252:22
304:7 306:1,15
307:3

**high-risk**
281:14

**higher**
107:16 177:7 236:2
236:21 254:3
349:24

**highest**
31:4 277:18 305:15
305:16 334:23
350:18 363:24

**highlighting**
15:18

**highlights**
372:19

**hire**
59:15 71:12 208:20

**hired**
210:15

**hiring**
59:17

**histochemical**
152:21,24

**Histochemically**
153:11

**histological**

**345:6**

**histopathologic**
290:18 291:5

**historical**
405:24

**histories**
321:9

**history**
86:14 140:4,5,8,9
140:14 144:19
178:14 321:12,13
321:16,20 322:2,4
322:5,11,13 323:9
324:25 325:2

**hit**
228:22 229:9

**Hitchkin**
210:9

**hold**
55:5 82:22 269:16
356:20 403:10

**home**
127:12 130:17
193:13 203:7
204:11 224:6
326:17,22

**home-use**
127:12,18

**homeowner**
126:5,9

**honest**
295:5

**hopefully**
122:22

**hoping**
218:11

**horse**
40:15

**horticulturists**
233:25

**hose**
270:20

**hospital**
176:1 296:5

**hotel**
223:14

Ambrose K. Charles, Ph.D.

Page 436

hour
24:22 25:1 74:12
76:9,14 216:14
222:15 224:2,3,5
310:7
hourly
74:12 76:8
hours
3:19 21:12 22:5
23:15 24:19 25:13
32:14 74:9,20,20
74:24 75:23 76:5
76:12 197:6
203:13 206:3
215:14,18,25
216:5,7,7,11,13
221:17,18,22,25
222:5,6,14,15
223:25 225:5,6,8
225:14 246:5
255:3,12 256:10
257:3,3,6,17,22
257:25 258:11,18
258:22,24 302:24
303:10 304:16,17
310:14,16,25
311:8,24,25
house
108:10 124:14
269:11
Houston
217:12
human
31:9 62:19 64:6
77:14 103:23
104:25 106:11
110:3 199:12
237:9 247:22
262:9 264:3
266:18 275:21
276:2 295:5,9
302:7,14 338:6
370:14,17 380:25
382:14,21,25
392:17,24
human-exposure

35:19
humans
44:9 50:9 68:8,23
77:8 89:7 105:5
138:7 143:7 148:8
230:12 236:1
249:16 279:1
379:21,22 381:6
381:10 393:24
humans.'
375:9
hundreds
60:13 365:13
hypothesis
280:20
hypothetical
118:18

_____

I
_____

I-T-K-I-N
210:10
i.e
302:8 381:2
IARC
4:14 19:10 66:25
67:1 231:13
286:23 287:17
288:6,10,16,21,25
289:3,18 290:10
290:20 294:18
381:2 383:19,22
386:14 387:17
391:24 392:1,6,10
392:12,22 393:4,9
393:11,11
IARC's
65:5 67:4 287:15
287:22 290:1,15
290:24 380:9,13
380:15 383:4
384:2,5 393:6
idea
198:9 199:14
302:22 381:8
386:10,15 398:20
identification

390:19,23
identified
148:24 248:22
296:18 313:15
391:10
identify
5:7,17 10:21 19:25
20:5 73:15 97:10
152:18,24 153:11
178:7 271:18
294:4
identifying
390:24
identity
410:15
ignore
284:21 301:12
ignored
185:13 260:16
389:25 390:3
ignoring
258:11
illicitly
390:11
Illinois
2:11 412:19
immaterial
125:25 128:20
129:19
Immediate
156:11
immediately
166:5
immune
141:5,20 142:7,7
282:19
immunity
141:12,12
immunosuppress...
284:9
immunosuppress...
283:23
immunosuppress...
284:3
impact
104:1,3 105:20

381:7
impacts
282:19
important
71:21 77:3 84:21
153:2 284:17
318:1 334:1
343:11
impossible
60:15 239:2,7
242:15 243:7
272:20
improper
118:17 205:10
improving
49:14
impurities
246:13,17 249:3
impurity
246:9
in-vitro
135:18 266:20
296:18
in-vivo
135:18 296:19
inadequate
290:21
inappropriate
27:22
inches
269:17
incidence
4:11 274:2 277:12
incidental
223:13
Incidents
277:5
include
56:25 57:12 103:25
104:3 220:19
238:17 319:10,19
320:25 336:12
342:5,18 361:21
368:7 378:19,21
378:23 382:23
387:5,10,13

388:15
included
74:21 75:4 76:2
111:6 170:14
235:21 335:3
336:5,9 341:10
360:16,20 361:9
361:19 362:1,20
362:24 363:2,6,7
363:11,12 365:17
367:25
includes
26:19,21 27:3,6,9
104:15 247:2
298:18 315:1
333:3,6 341:17,20
341:23 361:16
412:3
including
157:6,13 233:4
279:21 324:25
385:6
incompetent
390:7
incorrect
338:8
incorrectly
6:21
increase
29:17,25 96:18
107:15,18 141:8
143:9,22 147:17
150:4,10,13,17,21
150:23 151:11
169:7 334:4
increase's
145:2
increased
22:12,21 23:7,16
96:15 121:1
122:14 144:20
163:9 164:15,19
165:12,17,21,23
166:15 228:8
249:22 252:8
274:2 276:14

278:19,25 280:1
283:24 294:16
303:3,13 309:8
315:5 320:5 322:1
322:15 323:8
330:11 332:4,7,10
334:8 343:20
344:2,7 359:14
360:9,25
**increases**
122:9 148:7 150:1
150:7 151:21
250:9 282:19
309:1 313:12
365:7
**increasing**
165:1 343:21 344:1
344:6
**incubation**
263:4 264:3
**independent**
58:7 61:19,23
66:19 72:4,9
114:6 343:24
344:5 375:6
377:16 386:25
396:5
**independently**
28:22 58:7,10
**INDEX**
3:1
**India**
80:4
**indicate**
101:16 330:6
**indicated**
112:9 148:12
**indicates**
294:6 317:7
**indication**
23:18 144:2
**indicative**
176:3
**indicators**
175:16
**indirect**

263:20
**indiscernible**
10:9 17:22 18:3
38:7 43:14 109:5
196:10 242:22
310:20
**indiscriminately**
269:20
**individual**
20:25 61:1,5
139:14 167:23
211:2 233:2
261:25 323:18
334:12 394:17
395:10,16,21
**individually**
155:6 406:14
**individuals**
11:23 32:12 379:10
391:23
**industrial**
52:10
**industry**
92:24
**infections**
43:10 142:10
**influence**
213:24
**info**
15:25
**information**
10:9,14 12:13,18
13:6,11,17,19
14:2,14 17:14,24
32:5,9,11 35:14
35:22 38:19 39:16
60:22 61:22 101:6
101:7,24 102:1,2
111:5,6 112:11,12
115:4,5,21 119:3
155:9,10 182:9
186:2,4 190:22,23
194:16,19 199:21
200:15 201:15,17
201:22,24 205:11
213:9 232:23

233:6 238:11
254:23 256:25
261:12,21 264:19
295:23,25 309:3,4
310:5,10,22,24
311:3 319:10,18
320:19 325:20
327:2 343:15
344:8,11,13,14,18
345:9 362:16
398:19 400:22
401:13,16,20
403:18,21,22,25
405:8,14 406:5
412:1
**informations**
34:21
**informed**
84:7
**ingested**
252:13
**ingredients**
104:10 138:16,20
145:7,10 251:8
**inhalation**
121:15 203:14
**inhale**
121:12
**inhaled**
122:17
**initial**
213:10 216:19
218:9 279:6,7
**initially**
216:21
**initiation**
290:3
**initiation-promo...**
289:4
**initiator**
286:9
**injuries**
224:19
**input**
54:24 256:10
258:20 383:16

**inputs**
255:15 256:13
**ins-**
200:12
**insecticides**
366:4
**instance**
1:15 41:5
**Institute**
4:8 45:20 80:10
82:11,20 83:4,16
85:8,17 86:8
112:24 158:9,13
158:23,25 159:11
161:14 162:19
217:4,6 385:11
396:7
**instituted**
48:6,6
**Institution**
371:13
**instruct**
205:3
**instructions**
184:10,21 200:10
200:13 204:1
261:14
**instrument**
410:16
**insufficient**
401:1
**intake**
27:13,13,14 32:5
107:15
**intend**
11:17 16:7,11 17:3
17:7 33:11 55:20
79:4 166:22
168:13 224:11
228:6 269:21
**intended**
228:23 283:3
**intensity-weighted**
277:12 337:18
**intentions**
118:8

**interact**
92:13,17
**interacting**
46:4,5
**interacts**
108:24
**intercellular**
46:7
**interest**
45:20 119:1 250:25
379:3
**interested**
115:25 413:7
**interesting**
62:19 251:6 263:3
263:9
**Interestingly**
386:23 396:2
**interference**
46:1 48:22
**Interim**
4:20 368:12
**interjected**
398:23
**internal**
29:8,11 31:24
36:16 37:18,20,24
70:24 109:23
244:4 245:2,17
246:1
**international**
385:6
**Internet**
19:5,13,16 20:7
57:13 261:7
**interpret**
113:23
**interpretation**
44:5 287:15,19,22
288:7
**interpreted**
288:10
**interpreting**
395:7
**interrelationship**
405:20

interrogation
213:10
interval
277:24 298:18
  314:24 315:1
  319:5,8 322:17,19
  323:23 325:8,14
  328:1 329:11,20
  330:3 333:2,6
  334:24 335:7,18
  343:7 349:17
  351:2 352:8,23
  355:2,15 356:2,25
  358:3
intervals
316:15 320:9,12
  321:1
interview
111:15
interviewed
218:5
Interviewing
13:13
intoxicated
241:23
intoxication
241:21
invaders
147:3
invested
115:11
investigate
14:1 115:6 116:6
  116:10 157:23
  202:1,5 205:13
investigated
14:10 136:20
  175:20
investigating
115:9 116:2
investigations
178:20 405:18
investigative
13:25 14:8 202:8
investigator
115:12

invoice
3:18,21 73:19,22
  73:24 74:4,16
  75:6,9,11 76:11
  224:11
invoiced
76:16 222:10
invoices
11:21,22 12:3,6
involve
383:10
involved
52:18 58:6 93:12
  219:5 220:9
  230:21
involves
110:1
involving
28:3
Iowa
51:12 341:18
irrelevant
127:7
Ismail
2:10 5:10 412:18
isolated
310:25
issue
40:23 99:9 108:23
  137:3 299:23
  301:17 389:3
issues
41:9 379:12 387:17
it'd
223:25
Itkin
210:8,10,11 218:8

———— J ————
J
2:3 412:11
James
2:9 5:10 412:17
Japan
371:13 385:14
  386:24 396:3

Jason
2:22 4:25
jcoleman@gold...
2:12 412:20
Jeff
25:23 79:10 208:7
Jeffrey
2:3 5:12 412:11
JHaberman@Sc...
2:6 412:14
job
14:1,14 33:10
  238:6,8 365:12
  397:15
Joe
5:10
join
45:23
joined
48:17
Joint
385:11
JOSEPH
2:14 412:22
JPiorkowski@Pi...
2:17 412:25
JR
2:14 412:22
judge
129:16,19,20
June
1:12,17 5:2 81:25
  221:22,24 222:5
  411:14
jurisdiction
366:3
jury
16:7,11 309:16,17
  309:25 310:3
  311:4,6,7,23
  312:2,5,12,17

———— K ————
K
1:11,14 2:15,20
  3:11 4:3 6:6,14

410:1,6,12 411:13
  411:19 412:23
Kansas
341:17
keep
59:17 71:10,11
  83:9 84:6 96:10
  101:5 113:8
  131:24 228:21
kill
50:20 99:12 131:4
  204:25 205:5
  228:23 269:21,21
killing
131:3
kills
99:20
kilogram
26:9 27:22 28:17
kind
10:11,14 17:24
  40:15,17 43:14
  48:10 63:17 64:19
  93:8,16,19 101:4
  101:20,24 109:9
  109:15 117:14,21
  117:25 123:10
  130:21 153:18
  197:6 203:3 231:7
  237:25 251:17
  266:19 303:8
  310:10,25 334:14
  336:6 368:6
  384:12 394:21
  398:6,8 401:16
  403:20 404:13,16
  405:17 407:6
kinds
28:2 223:15 260:5
knew
71:9 102:13 342:24
  379:9,9
know
10:10 13:16 17:15
  18:2 19:11,18
  20:22 22:15 30:3

30:17 32:16 34:19
  34:20 35:14,21,23
  38:17,18 39:3
  40:5,12,15,17
  43:8,10,12,13,13
  46:1 49:7,18,24
  50:10 54:12,13,14
  56:7 57:8 58:5
  59:15 60:18 61:15
  61:16,17,18 62:3
  63:20 64:19 65:22
  67:17 69:19 70:1
  70:3,6,6,7,24 71:4
  71:5,9 72:8,18,20
  72:20 77:6 80:21
  83:11,12 84:4,17
  84:22 85:10,10,14
  85:17 86:8 87:19
  89:18 90:8 91:9
  91:22 92:6,13,14
  92:15,18,21,24,25
  93:11,13,19 95:21
  95:22 96:9,12
  97:6,8,13,16,18
  99:9,11,13 100:9
  101:3,5,6,6,7,9,20
  101:22 102:1,3
  103:1 105:16,19
  105:21,22 107:9
  107:11,20 109:8
  109:13 111:18,20
  112:8 115:16,25
  117:5 119:6 120:2
  120:3,6,8,9
  121:18 124:10,11
  125:14,15 128:7
  131:1,13,22,24
  132:14,14,16,18
  132:18 136:7,17
  137:11 142:2,3,6
  142:9,18 143:5
  144:2,6 145:6,20
  147:16 148:12,13
  148:17,23,25
  150:20 152:19,20
  153:1 155:1,17

Ambrose K. Charles, Ph.D.

156:7 157:17
165:20 166:13
168:19,23 172:7
175:17 176:17,20
177:1 179:17,22
179:22 180:1
183:24 184:1,17
184:21,23,24
185:14 186:21
187:1,4 188:13,23
190:13,15 192:14
192:15,23,24
193:8,10 197:4
198:6,8,12,15
199:2 200:13,14
201:7 203:1,2,3
203:11,15,16,22
205:2,7 207:11
208:5 210:6 213:9
213:16,19,22
214:4,9,14,17
217:22 218:7
219:3,8 220:14,23
221:5,8 223:14,17
223:19 224:17,21
226:5,7,9,11,13
228:15 229:2,4,5
229:12,13 230:3,3
230:23 232:19,21
232:22 233:13,16
235:18 237:8,16
239:24 241:14,14
242:6 243:23
244:3 247:20
248:9,14 249:2
250:1,12,16,24
252:15,18 257:11
259:20 260:1,3,15
260:19 261:10
265:20 271:25
273:11 276:10,14
280:22,24 283:21
284:21 286:7
288:4 291:4,10
293:4,23 294:11
294:15 296:6,8

303:6 307:8,9,14
312:4,8,10,11,17
312:17 315:13
318:18 325:19
326:15,16 327:6
328:15,17 330:18
330:22,24 331:9
333:11 334:12
335:10,23 339:7
344:11 345:21
346:3 349:10
351:25 356:23
359:23 360:18
361:9,19 365:4
368:17,20 370:7
374:13,14,15
377:2,21,25 378:1
378:6,24,25 379:4
379:7 380:3,15
381:5,15 382:13
383:21 384:3,6,10
384:11,11 385:20
386:11 387:16
388:12,13,14,22
389:1 391:22
392:11 393:2,16
394:16 395:15,19
395:20 397:7,8,13
397:24 398:2,8
403:17 406:10,11
406:11

**knowledge**
115:16,19 116:13
116:16,20 128:4
205:9 232:4
261:10,12,18
344:11 384:9
**knowledgeable**
115:13
**known**
99:17 185:16
410:12
**knows**
241:23

———————
L
———————

**L**
2:3 412:11
**L-I-N-D-A-N-E**
149:8
**lab**
71:6 137:11,24
152:22 175:24,25
176:1,2,2 177:19
178:8,20 179:19
**label**
52:23 53:1,15,22
54:4 55:16,20,21
56:3,4,9,11,12
57:1,4,11,14,19
168:9 183:23
184:11,14 185:11
185:16,19,20,20
186:1,3,7,8
198:24 200:14
256:7 260:10
261:14,22 271:8
271:13,20,24
272:2,9 366:18
401:15
**labeling**
185:22 204:1
**labelings**
366:13
**labels**
53:7,11,24 55:14
55:24 56:6,14,17
56:21 271:15,18
**laboratory**
36:24 174:23
175:14 177:19
**labs**
70:24 71:14,18
72:4,6,8,9
**lack**
290:17 360:10
**Lacking**
238:25 239:12
272:13,19
**land**
40:17
**landscaper**

229:16
**landscaping**
181:5,9,21,25
192:9,18 193:13
194:7 199:24
202:3,6 204:11,18
**large**
145:17 175:18
232:1 295:23
**larger**
172:8
**Lauderdale**
2:5 412:13
**laugh**
312:16
**law**
2:4,15 5:13,20,23
28:7 92:7 207:22
210:3,8,9,13,13
218:8 219:6 223:2
412:12,23
**lawn**
101:13 124:10
**lawn-care**
118:11
**lawnmower**
124:10
**lawsuit**
117:22 118:1
123:11
**lawyer**
217:6,12,22,24
218:1
**lawyers**
31:16 32:2 35:25
103:1 210:2 217:5
**lead**
88:6 152:8 265:15
**leading**
107:21 151:14
402:2,7,13,21
405:1 407:17
**leads**
149:20 283:24
**leaflet**
260:10 271:8

**leak**
229:11,11
**leave**
51:17 52:5 293:11
293:15
**lectures**
43:23 44:1 173:16
**led**
246:9
**left**
382:18
**legal**
261:15 309:21,23
**Lemley**
2:22 4:25
**lens**
344:8
**Leon**
4:18 215:4,11
313:8 338:16,22
353:13,18,23
354:2,12,20
355:11 356:1
362:4,9,24
**lesions**
144:3
**let's**
55:9 79:8 119:23
139:1 143:14
180:20,23 195:17
199:1 205:15
222:22 246:20
263:7 301:11
312:20 318:21
328:18
**letter**
208:4,6,11,18
209:1
**letters**
58:21
**leukemia**
281:15 335:14,17
335:25 336:15,17
363:3
**level**
28:22 29:1,4 43:25

43:25 45:6 89:16
169:8 186:1
236:23,25 237:8
239:13,18 272:21
281:25 296:14
323:3 353:25
361:14 394:19,21
394:23 395:1,13
395:14,17 405:14
406:1
**levels**
80:23 104:25 106:6
233:22 234:5
235:16 236:1,5
239:1 241:2
247:21 272:13,19
273:9
**library**
220:3
**license**
6:3
**licensed**
72:6
**licensing**
88:11
**licking**
101:19 103:7,14
**life**
26:13 35:16 60:17
103:19 138:13
283:5 295:1
306:19
**lifestyle**
158:3
**lifetime**
23:3 159:23 160:2
160:10,17 277:12
306:16 317:6,6
337:19 349:5
350:13,17 363:17
**limitations**
293:2 339:8 343:1
**limited**
27:4 266:4 302:9
**Lindane**
149:2,5,13 151:1,6

**line**
171:8,9 196:8
215:7 262:14,18
272:15,16 274:19
302:1 322:10
384:14 409:2
**lines**
384:14
**lingerer**
220:16
**link**
338:13 389:19
405:2
**linkage**
249:18
**linked**
148:8 265:3 267:5
280:25
**linking**
266:23 285:8
343:16,16
**list**
4:6 16:4,8 18:4
36:15 55:14,25
65:1 66:24 67:7
81:8,11 86:13
89:23 90:1 105:19
140:5,19,23
142:12 151:1
152:7 162:6
220:11 278:5,12
362:3 398:16,20
398:20 406:12
**listed**
112:8 142:21 170:3
277:16 342:23
343:1,3
**listening**
30:17
**liter**
234:1,2,9,22,24
235:10
**literally**
128:6 400:2
**literature**
14:25 15:1 18:24

19:4 20:5 22:15
23:1,12,13 34:11
34:19 35:14 37:4
58:1 61:4 134:14
134:24 142:21
143:1 152:2
155:19 157:19
215:14 275:17
280:3 302:20
303:15 342:4
380:17 389:18
402:4 404:21,23
407:1
**liters**
187:10,15,15,21,23
189:12
**litigation**
14:22 15:9 211:1
216:25 217:3,11
217:14,20 224:9
227:4 413:15
**little**
12:7 14:5 16:2 18:8
28:9 39:5 45:18
58:20 70:10 101:4
116:3 171:2,23
176:4 213:4
241:10 267:22,25
291:25 307:11
323:24,25 324:1
324:11 341:9
378:10 401:17
**live**
72:11 235:23
**lives**
172:3,14
**LLP**
2:10 412:18
**local**
223:17,18
**log**
3:19,22 73:24 74:3
74:6 75:12,14,18
206:1,16 216:17
**logs**
216:10

**long**
10:10 14:4 18:7
19:10,12 28:8
58:14 66:11 97:17
101:22 132:2
168:25 229:15
242:25 260:5
370:7 383:15
**long-sleeve**
260:5
**long-term**
26:24 47:25 48:3
64:16 66:5,14
**longest**
125:1,18,20 126:23
**look**
14:14 17:20 21:14
35:21 38:10 65:23
105:22 106:7
114:22,25 115:14
115:17 134:3,6
151:20 152:9,22
166:11 169:6
177:3,5,6 185:22
217:5 233:11
237:18,22 241:25
249:3 276:6,8
284:9,24 291:5,6
295:4 296:5,14,19
297:3,14,20 298:1
307:7 308:8 315:7
319:17 336:19
338:11 339:8
342:3 345:22
352:3,5 354:6
355:21 357:7
365:3 368:4 380:5
393:6,10 395:11
**looked**
57:11 117:14
142:20 143:1
170:7 195:3
213:13 219:12
245:21 276:11
278:5,14 289:7,10
289:13 291:11

294:24 297:23
321:13 326:17
334:16 342:22
356:16 403:22
**looking**
13:16,18 14:3
17:14 45:24 47:21
48:20 58:11 84:21
97:25 100:9
101:17 115:14,23
153:13 164:3
167:22 177:19
206:15 262:25
278:8 289:20
294:17,19 296:1
324:8,11 327:24
329:14 337:21
339:10 342:21
352:1 353:7,9
359:5 360:23
372:1 395:13
404:19
**looks**
38:15 111:18,20
**lost**
138:13 347:7
**lot**
27:25 70:15 87:15
92:14 93:13 102:2
132:18 173:15
199:10 213:13
259:12 312:19
**Louis**
1:1 5:5 223:21
411:1
**Louisiana**
223:20
**love**
296:13
**low**
237:10 252:22
265:9 266:9
350:21 391:19
**low-sperm**
264:11
**Lowe's**

130:17
**lower**
235:16 258:11
**lowering**
142:7
**lowest**
281:25
**Lunch**
205:18
**lungs**
145:12,15 146:8,11
146:19,23 147:1,6
**lymph**
265:25
**lymph-**
33:21
**lymphadenectomy**
281:14
**lymphatic**
175:21 346:22
**lymphocyte**
166:14
**lymphocytes**
141:3,5 145:19
175:18 177:6
265:21
**lymphocytic**
154:16 281:15
345:16
**lymphocytosis**
175:18 179:10,14
179:25 180:9
**lymphohematop...**
337:25
**lymphoid**
354:9
**lymphoma**
4:9 13:9,24 15:1
18:25 20:1 22:13
22:22 23:17 33:18
34:1,5 35:1,4 42:2
42:22 114:4,8,11
119:9 122:10
123:20,25 139:15
139:16,18 140:1
140:10,14,16,25

141:2,9,18 142:16
142:24 143:4,11
143:23 144:11,17
145:3,7 147:18
148:11 149:3,14
149:16 150:2,5,8
150:11,14,18,22
151:12,22,24
152:1,4,12,15,16
153:21,22 154:7
155:3,15 156:1,5
156:12,17,25
157:11,22,24
159:7,13 160:9
161:25 162:4,9,21
163:9 164:1,12,20
167:2,14 168:2,21
168:25 169:4,17
172:4 174:14,17
177:13 179:6
180:12 215:20
228:8 243:20,21
246:10 249:16,23
250:5 252:3
263:25 264:5,12
264:21 265:3,10
265:15 267:5
297:24 300:8
302:16 303:23
318:24 329:1,3,5
329:6,16,18
334:17,17 336:1,6
340:12 343:20
345:16 357:2
360:24 361:7,10
361:13 389:6,10
389:16 406:11

---

**M**

**M**
44:17
**M-I-R-E-X**
44:18
**M.D**
2:9 412:17
**ma'am**

59:2,4 86:15
112:22 113:6
133:12 190:21
216:18 259:7
262:6 356:13
392:15 393:12
**machine**
1:21 296:1
**magnitude**
104:16,24 392:16
**main**
142:8
**major**
43:9 323:18 326:1
**majority**
172:1,12 378:6
**making**
17:16 34:21 50:12
167:15,18 168:1
203:13 212:17,21
248:19 367:4
383:16 401:4,18
**malathion**
150:10 347:2,11,20
348:4
**male**
262:1,25 265:13,18
266:4 274:1,22
**malignancies**
337:25 354:9
**malignancy**
281:4 283:4,10
**manage**
39:1
**managed**
38:7
**Management**
385:7
**mandates**
397:25
**manufacturers**
96:25 107:16
**manufacturing**
246:9,13 250:21
**margins**
9:4,19 15:19,24

**mark**
10:14 79:18
**marked**
8:9,16 9:12,22,24
10:19 16:16 73:12
79:19 81:18 89:24
158:4,5 169:21
281:11 288:19
313:19 319:20
326:18 340:22
353:10 357:20
368:9
**marker**
174:24 177:23
263:21
**markers**
156:2
**market**
128:3 169:1,4
186:7 380:22
**marking**
169:19
**markings**
326:24
**marks**
139:7 268:13
357:18
**marrow**
232:22 233:4
**mask**
109:8 259:25 260:3
**masks**
260:1,1
**Master**
45:4
**Master's**
41:20 43:24 45:6
80:4 298:12
**material**
32:14,20 48:11
54:11 115:18
129:3 185:9
242:13 243:5
260:20
**materials**
15:22 36:15 55:24

**mark**
67:7 170:3 216:1
271:16
**math**
160:23 197:25
**mathematical**
310:11
**matter**
3:12 8:18 9:16 12:4
**matters**
213:15 250:11
**maximum**
108:13 124:22
235:8,11
**McDuffie**
4:16 215:4,11
313:7 319:16,22
320:1,5,10,13,15
321:1,5,18,25
322:6,8,16 323:7
323:14 325:5,11
326:9 327:5
341:14,21,24
342:1,5,13,18
363:6,7 364:24
**MCPA**
90:14,17
**MD**
157:25
**MDs**
59:14
**mean**
10:5 33:3,3,4 35:6
35:9 46:15 65:23
69:16 83:1 107:7
129:18 132:15
156:18 164:22
172:7 173:18
175:23 207:1
213:20 249:12
291:19 295:12
299:11 303:11
307:21 320:22
330:10 332:20
334:3 342:8
344:13 346:15
364:14 384:10

388:3
**meaning**
8:5 133:11 360:6
**meaningful**
344:17
**meaningfully**
77:22
**means**
7:13,19 14:23
32:10 62:21 85:5
85:19 99:20
104:19,24 107:9
109:6 121:16
127:1 137:11
180:3 204:23
223:18 236:7
239:6 242:23
249:7 254:4 260:1
282:6,10 298:19
298:25 302:23
330:19,23 331:1,2
331:8 332:6 333:1
333:11 334:8
360:14 365:1
402:25 404:8
**meant**
34:10 402:23,25
**measles**
324:25
**measurable**
138:8 230:5 239:10
239:17,22 273:1,5
**measure**
187:14 242:13
243:5 298:14
305:15 306:9
307:3
**measured**
234:5 304:7 306:1
306:15
**measurement**
32:19 240:7,17,22
240:24 241:24
252:14 273:13
**measurements**
240:5 242:3,16

243:7 244:2,5
247:13
**mechanism**
45:25 48:23 142:19
150:24 263:21
285:20,21,25
301:18 390:3
405:10
**mechanisms**
47:22 404:19
**mechanistically**
150:22
**Media**
139:7 268:13
357:18
**medical**
10:8 12:17,19
41:17,18,19,22
44:25 48:5 111:24
112:2,4,23 113:1
113:11,20,24
114:1,9,11 140:5
156:14 178:14,14
178:23,24 179:3,8
214:19 219:4,10
220:25 240:1
275:14 279:17,21
280:23 281:1
283:22 284:7,11
321:8,13 323:11
324:22 346:2
403:10 405:14,16
405:22
**medically**
144:1
**medication**
283:1
**medications**
283:5
**medicine**
82:8,14,24 84:23
114:5 280:19
281:24
**Medicine's**
385:8
**Medicines**

371:6
**medium**
252:22
**meeting**
385:12 386:14
**members**
226:15,21 311:7,23
312:4 377:4,21,25
378:1,2 390:10
**membership**
84:5,6
**membrane**
152:18
**memorized**
89:21
**memory**
130:21
**men**
43:5 160:1
**mention**
346:5
**mentioned**
19:7 48:6 64:11
94:6 103:6,10
134:23 138:21
157:19 178:24
216:4 224:14
229:17 262:16
264:14 267:25
270:1 288:15
306:4 315:9
345:13 359:22
368:16 379:11
**mentioning**
63:17 373:14
**mentions**
259:22 267:1
**mess**
153:4,6
**meta-analyses**
308:13
**meta-analysis**
339:22,24 340:2
356:11,16 360:7
361:22
**meta-relative**

355:1
**metabolic**
45:25 48:22 296:16
**metabolism**
230:9 237:9 242:7
404:12
**metabolized**
231:23 404:16
**metastasize**
266:6
**method**
110:11
**method-**
404:18 407:6
**methodologies**
365:25 398:1,2
407:6
**methodology**
17:13,14 21:1
103:19 135:16,17
136:17 269:2
296:4 403:15
404:18 406:8,9
407:7,9
**methods**
89:18 241:1 243:24
**mice**
44:13 46:21 47:14
68:3,7,12 69:1,7
77:7 78:10,18
275:9 286:3,8
**micro-**
234:12
**microgram**
234:24
**micrograms**
234:1,2,9,21
235:10,10
**micronuclei**
134:7,8
**microphone**
153:5,6
**microscope**
291:6
**mid-1970s**
169:1

**mid-1990s**
165:2
**Midwest**
341:6
**milestones**
372:3,20
**milligrams**
26:9 27:21 28:17
252:15
**milliliter**
187:3
**milliliters**
187:5,21,24 188:19
189:16,16
**million**
394:19,20,24 395:2
**millions**
169:3 296:20
394:19
**mind**
101:25 115:18
149:25 241:21
252:21 284:2
353:8,9
**minds**
397:4
**mine**
166:16
**minimum**
257:2,7
**Minnesota**
341:18
**minute**
126:1,3,4,10 145:1
349:20 397:19
**minutes**
24:22 126:16,20,22
126:23 310:6,6
393:25 394:7
**Mirex**
44:16 45:11,19,25
46:1,6 47:4 48:20
132:11
**Mischaracterizes**
311:13
**mispronounces**

6:22
**missed**
150:16
**Missouri**
1:1,23 5:5 223:21
411:2
**misspoken**
234:18
**Misstates**
291:16
**mistake**
274:15 335:23
386:1,3
**mistakes**
141:24 190:24
383:11
**misunderstood**
382:9
**mitochondrial**
264:8
**mix**
185:16 194:8
200:11 202:18
**mixed**
154:16 182:5
183:20 189:23,24
191:6,7 192:16
193:1,23,25 195:9
203:25 204:10
**mixes**
203:3 364:3
**mixing**
194:25
**mode**
252:20 267:17
404:4
**model**
47:22,23 325:11
**models**
162:20
**modifications**
53:22 54:1,4
**modified**
99:9,11,24
**modify**
53:22

**mole**
64:4
**molecule**
151:16
**moment**
67:12 79:14 95:10
119:23 180:24
184:4 306:4
313:22 318:7,13
352:4 353:23
**money**
296:24 398:9
**monitor**
284:5
**monitored**
236:10,11
**monitoring**
239:1,13,19 272:13
272:19 284:8
**monoclonal**
179:13,25 180:1,7
**monograph**
4:14 288:11,21
289:1,3,19 294:18
**Monsanto**
1:6 3:10 5:4 6:16
36:12,16,24 37:3
37:21,24 38:18
55:15,21 56:12
57:1 70:15,18,20
70:21,25 71:1,7
71:11 72:3,10,16
72:23 97:3,7
287:7 369:11,21
380:1 386:7 411:6
**Monsanto's**
36:19
**month**
93:18 118:11
195:14,25 196:22
197:13 255:6,16
**monthly**
96:10
**months**
51:16 195:14 196:1
196:23 197:8,13

197:14 255:7,16
310:8
**Moore**
3:12,15,18,20 8:18
9:3 10:1,5 11:18
12:9 15:10 16:19
17:3,4 21:6,9,17
21:18 22:3 23:21
25:20 33:13 34:9
55:5,5,9 56:2
73:20 74:6,9,15
75:2 111:18
112:18,24 113:2
116:14,16,22
117:7,12,22 118:1
118:4,16 119:7
122:21 139:9
140:9 156:21
179:3 180:15
181:5,8,19,21,24
182:5,21,24 183:8
183:12,16,20,23
184:9,14 185:9,15
186:9 189:22
190:15,19 191:1,5
191:10,17 192:8
192:11,16 193:1
193:11,20 194:6
194:19,24 195:9
195:13 196:5
197:17 199:1,15
199:18,23 200:1
200:16 201:1,19
202:16,18,21
203:4 204:14,17
204:24 206:3,16
214:20 216:2,9
218:10 222:9
224:23 225:15
227:8,10,17,21,25
228:21 229:2,14
229:24 239:10,17
239:21 245:18
246:14 247:13,18
248:6,10,22
250:13 253:1,10

254:22 255:1
256:4,7,19,22
257:8,17,21
258:18,24 259:11
259:16,24 260:7
260:13 261:9,22
267:10 268:16,18
269:2 273:22
303:17 307:1
318:7,13,15
320:23 328:10
336:17,22 350:23
350:24 352:25
400:16 406:19
407:11
**Moore's**
33:17 35:3 110:14
111:3,6,9 114:18
180:21 182:13,19
196:23 200:7
201:18 202:2,5
204:4 206:20
214:19 226:14
228:7 239:2 240:8
240:18,23 360:19
402:6
**morning**
6:10,11 11:20
**motility**
264:7,11,21 265:9
266:9,17,23 267:1
267:4
**mouse**
66:20 293:23
**move**
196:9 244:11
249:19 396:14
399:17
**mowing**
124:10
**MP-**
90:11
**MSDS**
259:5,7,8,14,22
260:9 261:2,6,9
261:11,11,14,19

261:24 271:4,7
**multi-variant**
314:15,19,21
315:12
**multiple**
46:17 286:9 299:15
299:18 308:14
311:15 323:5
373:23 378:14
382:3 399:6,10
**multiplying**
180:2
**multistep**
18:4
**mumps**
324:25
**mutagenicity**
49:4 67:25
**mutations**
141:24
**myeloid**
335:14,17,25
336:15,17 363:3

                **N**

**naked**
291:7
**name**
4:25 6:2,12,13,15
72:18 131:6
152:14 153:21
210:5,6,8,14
213:8 217:4,25
278:24 291:21
387:23 388:8
410:16
**named**
155:6
**names**
155:2 362:8
**narration**
219:2
**narrow**
93:22
**nation's**
27:19

Ambrose K. Charles, Ph.D.

**national**
4:8 80:10,10,19
158:9,13,22,25
159:11 161:14
162:19 168:6
371:13 396:7,8,12
396:21 397:3,10
397:14,21,25
398:10,17 400:3
**nature**
104:16,19
**near**
159:24 278:21
**nearly**
171:23
**Nebraska**
341:18
**necessarily**
120:4 142:1 169:11
176:19 299:4
**necessary**
13:13 38:18 107:22
109:23 169:9
176:18 281:17
303:1,6 403:25
**necessity**
93:10
**need**
13:6,20 22:12,22
30:20 40:23 51:6
51:9,11 77:21
92:19,21,25 93:15
113:7 115:4,5
119:10 129:16
146:4 148:6
179:22 213:23
241:10 261:21
312:19 327:13,14
381:17 394:8
404:16
**needed**
38:13 39:25 60:22
87:19 96:12
109:12 204:25
205:5

**needs**
23:3,9,14 29:16,24
59:16 71:2 120:25
122:15 175:19
185:21
**negative**
29:21 36:9 49:25
77:12 78:12,14,22
227:19 231:6
240:11 253:15
272:6 386:5
**negatives**
30:17 102:23
217:17
**negotiations**
28:2
**neither**
325:4,17 413:4
**Neurology**
42:16
**neurotransmitter**
132:16
**never**
39:4 46:9 98:4
102:7 118:16,19
119:8,19 123:19
123:22 124:15,18
126:19 130:7
137:23 138:1
156:24 166:20
168:21 172:3,14
172:19 173:10,11
173:13 184:14
185:11 202:7
217:13 239:21
256:7,19 261:9,22
269:20 273:4
282:23 283:6,13
330:13,15 380:3
388:14
**new**
10:3 40:6 45:1 47:3
51:9,11 67:11
74:23 100:12
117:11,20 127:22
151:5 159:8

162:21 163:5,12
163:16,22,25
164:4 167:5,6
183:6 193:18
203:24 209:16
222:21 227:3
234:18 248:3
249:20 253:15
271:2 304:6
342:11 348:13
371:10 385:12
386:6 388:21
**NH**
19:18,19 220:3,3
**NHL**
13:15 29:17,25
119:12,20 120:15
121:1 122:14
139:18 148:19,19
149:1,21,24
153:16,17 154:21
155:12 156:9
157:6 158:12
160:2,16 161:15
163:12,16,22
165:13,18,24
166:2 167:6,20,24
168:8 169:10
170:7 171:4,9,9
171:11,13,16,21
172:14,18,23
174:2,3,7,8,25
175:13,14 176:3
176:14,18,20,23
249:18 250:3,9
252:8 264:24
266:23 275:25
280:25 300:11,15
300:17 302:11
303:3,13 309:1,8
313:12 314:23
315:5 321:9 322:2
323:9 328:13
329:9 337:4 338:3
338:3,8 343:12,17
344:3,7,18 345:6

354:21,22 355:1
358:11,22 359:3
360:13 363:4,14
402:1,6,12 406:10
**NIEHS**
80:6,9,12,14,18
81:3
**NIH**
19:19,21 159:1
162:3 397:24
398:9
**nine**
316:7,8,11 377:25
**no-effect**
28:22
**Nodding**
224:20
**node**
265:25
**nominate**
85:14 377:4
**Non**
263:13
**non-**
150:24
**non-genotoxic**
262:8,12,16,23
263:10,16,18,20
263:23 266:9
**Non-Hodgkin**
4:9
**non-Hodgkin's**
13:8,23 15:1 18:25
19:25 22:13,22
23:16 33:18 34:1
34:5 35:1,4 42:1
42:22 119:9
122:10 123:20,24
139:14,16,18
140:1,15,25 141:2
141:8,17 142:17
142:23 143:4,11
143:22 144:11,17
145:3 147:18
148:11 149:3,13
149:16 150:2,4,7

150:11,13,17,22
151:12,24 152:1,4
152:12,15 153:21
154:7 155:2,15
156:1,5,12,17
157:11,22,23
159:7,13 160:9
161:24 162:4,9,21
163:9,25 164:12
164:19 167:2,14
168:2,21,24 169:3
169:17 172:4
174:14,17 179:6
180:11 215:19
228:8 243:20,21
246:10 249:15,23
250:5 252:3
263:25 264:5,11
264:21 265:3,9,15
267:5 297:24
300:8 302:16
303:23 329:1,3,6
329:16,18 334:17
334:17 336:1,6
340:12 343:20
354:8 357:2 389:6
389:10
**non-mammalian**
381:1
**nonscientifically**
70:9
**nonselective**
99:17
**nonsignificant**
355:6,12 363:14
**nontarget**
104:4 106:15
**normal**
54:2 176:25 203:13
260:9 271:7,10
**Northwest**
2:15 412:23
**Norway**
354:10
**NOTARY**
410:23

note
9:4 261:6 405:23
noted
53:4 231:13 266:20
275:9 410:3
notes
3:15,16 8:11,14,21
8:23 9:8,9,19,20
10:1,4,16,23,24
11:6,8,9 14:17,21
14:23,25 15:2,8,9
15:18 354:4
notice
3:10 8:11 15:15
374:16
noticed
8:22
noxi-
98:22
noxious
98:21,22 124:16
NTP
396:15,18 397:3
Nugent
226:10
number
6:3 15:21 21:5,9,11
21:11 22:2,4,5
23:3 24:11,14,17
24:19 25:3,13,14
25:17,18 27:23
28:5,5 39:9 55:15
56:8 57:2 60:16
71:6,18 78:25
83:5,10 85:9
87:15,16 97:9,10
97:11 135:18
139:7 153:1 163:5
172:8 175:18
177:7 187:25
188:11 189:7,12
196:11,18 197:1,3
201:6 221:25
225:14 230:23
242:3 246:5,22
255:1,2,9,12,13

256:22 257:2,12
257:14 258:11
268:13 274:24,25
286:16 293:7,8
303:14 304:8,17
305:12,15,16
306:2,8,11,16
307:4,5,10,17,17
308:25 309:9
310:13,16,17
311:8,24 316:5,5
318:4 326:4,16
328:4,14 329:1
335:9,13 343:16
344:19 345:10
346:2 348:19,19
349:5,17 350:3,3
350:15,16,17,18
350:21 351:4,5,24
353:3,6 354:20
357:18 363:20
389:5 393:23
394:12,12,16,24
numbered
1:17
numbering
80:25
numbers
25:10 118:4 123:14
145:17 159:19
188:8 189:8
258:24 259:1,3,4
300:5,9,12,16
303:14 307:8
316:4 327:8
349:13,23 395:6,7
401:18 404:6
numerical
80:25
numerically
239:2 272:21

———————
O
———————
oath
12:21 13:4 182:10
205:23 400:23

410:13
Object
403:4 406:21
objection
14:9 16:15 22:14
22:25 26:16,20
27:18 28:19,24
29:5,19 30:2,8
31:17 33:2,15
35:12 36:3,14,22
37:8 43:7,22
48:21 49:5,11,15
49:21 50:24 59:7
60:3 61:11 62:24
63:3,8 68:14,17
69:5,10,15 71:3,8
72:1,5,13 77:9,24
78:8 84:25 85:25
88:20 91:12 97:2
106:2 108:21,25
114:13 115:2
116:9,19,23 117:3
118:14,17 119:13
121:3 125:19,21
126:17 127:6
128:20,24 130:12
130:20 131:5
140:2 143:24
144:22 145:5
147:12 155:16
157:1,9,15 160:11
161:17 163:14,18
164:21 165:19,25
168:4 169:5 172:5
172:15,20 174:11
178:13 183:25
184:16 185:18
186:18,20 190:3
192:13 202:22
205:1,6 228:1,10
229:10 230:1
231:1 236:9
239:23 240:19,25
244:21 246:3
247:9 251:12
253:13 256:24

257:9 260:14,18
261:1,4 264:23
265:22 270:4
273:10,18 280:21
282:1,22,25
283:20 287:4
291:16,24 293:22
294:2 298:3 299:2
303:5 309:20
311:12 312:1,7,14
319:12 323:10
330:12 331:5
333:9 334:10
337:8 338:9
339:17 342:7,15
342:20 343:14,22
345:23 355:8
360:3,5 363:9
364:19,22 365:10
366:6,19 367:8,16
369:16 370:15,20
371:19,23 372:6
375:19 376:3,17
379:13,23 383:20
384:1 386:2
387:21 389:13,17
389:21 391:16
393:20 396:17,23
397:6,11 402:2,7
402:13,21 405:1
407:12,17
observation
323:2
observations
293:8,13
observed
337:3
obviously
98:10 200:12
364:13
occasion
53:25
occasions
270:19
occupational
201:4 234:6 235:9

235:12,19 236:20
237:2,8 242:12
243:4 260:2 261:2
310:20 311:1
385:11
occur
141:24 205:12
247:24 265:25
occurred
242:14 372:3,21
occurrence
405:24
odd
325:22 351:14,16
364:12
odds
69:8,13 303:19
308:10 313:16,17
314:13,19,19,22
315:22 317:5
319:4,7,25 320:10
321:17 322:6
323:24,25 324:1,4
324:15,21 325:4,4
325:7,10,13,16,17
328:25 343:6
346:13,19,20
347:1,5,9 348:2,6
348:11,14,22
349:1,6,24,25
351:1,4,10,12,18
352:7,22 363:24
offer
11:17 17:3,7 33:11
55:20 79:4 103:15
166:23 168:13
245:5
offering
7:21 29:15,20,23
30:5,10,12,23
31:1,4 33:16,20
33:25 34:4 36:18
36:21 37:2,6,10
37:14 54:25 56:20
56:24 57:21 63:25
99:23 100:6,10,13

103:16 122:8
139:13 167:12
179:23 180:6
192:20 210:19
212:11,14 227:24
232:9,13,16
244:13,23 245:9
245:13 246:12,16
253:16 254:14
266:14 279:8,25
**offhand**
166:12
**office**
3:19 5:23 208:18
219:2,6 410:19
**officer**
241:22 412:2
**Offices**
2:4 5:20,23 412:12
**official**
346:3
**offset**
406:13
**oh**
21:20 53:4 55:5,8
65:23 73:18 86:24
95:11 113:5,9
153:8 155:8
157:12 161:23
165:7 173:5 176:5
176:11 180:22
188:17 189:13
196:13 198:20
206:2,4 211:8
219:1 224:21
239:15 255:23
259:25 263:8,15
267:12,15 276:24
277:1,3 279:13
289:25 302:3
304:22 313:23
327:14,21 335:21
340:25 342:8
345:1 347:16
355:23 358:15,24
361:3,10 379:2

384:25
**okay**
6:16,19,24,25 7:3
7:15,22 8:7 9:2
12:7 14:5,6 15:6
16:2 17:11,12,19
18:7,8,12 19:24
20:7 21:2,3,4,24
21:24 22:2 24:13
24:13 25:25 28:11
32:10 33:8 36:9
39:6 40:23 41:2
44:22 46:24,25
50:16 51:1,5,15
54:15 55:8,10,15
55:17 58:15 61:1
62:12 64:12,13
65:16 66:3 73:17
73:17,18 75:21
77:1 79:20 80:25
81:16,22 83:14
86:12,24 94:5
95:12 99:15 109:6
109:9,12 110:11
110:18,19 112:15
112:19,19 113:5,9
113:10 115:6
116:4 118:23
119:23 120:13
121:11,12,13
122:6,23,24,25,25
127:14,15 128:1
137:12,13 138:17
139:16,19 141:14
142:8 144:8
145:12,24 146:5,6
149:11,19 151:4
154:9 155:24
159:22 161:6,10
163:2 165:3,7,11
166:24 168:12,20
171:12 176:5,11
176:12,25 178:19
179:4 180:16
182:18 183:4,6
184:6 185:4,8,15

186:23,24 187:5
187:12,20 188:20
193:18 196:13,16
196:16,18 197:2
197:25 199:3
203:10,19 206:2,4
211:13 217:13
218:9,13 220:7
225:9,11,13 227:2
227:14 232:25
234:19 236:11
238:5 239:7,8,15
241:15,20 242:9
242:19 243:3
248:2 251:19,20
251:20 253:7,8,15
255:24 258:2,5
261:16 263:8,14
263:15,15 265:6
267:16,21 272:7
276:24 279:13
281:1,16 282:11
285:3,14 286:7,20
292:12,15,16,20
293:14 294:24
296:25 302:3
304:4,5,19,22,23
304:24 307:11,21
313:23 314:17
318:13 320:21
324:14,14 325:23
326:3,6,20 327:23
328:25 329:8,17
330:18 332:14
334:7 335:22
337:23 342:8
345:1 347:25
350:2 353:16
355:23 357:13
358:24 362:13,14
372:19 378:3,8,11
382:7,17 384:19
384:24,25,25
385:4 388:15,16
388:20 389:23
390:17 393:25

394:10,24 398:21
400:4,6,10,11,12
401:19
**old**
30:22 43:15,17
83:13
**older**
141:20,23
**oma**
33:24
**omission**
319:14
**once**
37:9 130:6 200:24
256:7 310:9
403:22,24 404:7
**oncologist**
42:14
**oncologists**
346:6,11
**oncology**
42:13
**ones**
99:21 403:9
**onions**
247:6
**online**
220:1,2
**onwards**
221:1
**open**
24:3 367:4
**opened**
213:12 373:6
**opening**
372:20
**openly**
380:17
**opens**
284:3
**operates**
384:10
**opine**
228:6
**opinion**
13:7,14 21:5 23:2

27:20 29:3,7,11
29:14,15,24 30:5
30:10,12,23 31:1
31:4,7,11 33:17
33:20,25 34:4
35:24 36:18,23
37:10,14 40:8
42:21,24 57:21
63:10,21,25 64:3
66:24 97:25 99:23
100:6,10,13,16
118:15,19 122:8
122:15 137:2
165:16,22 166:9
166:12,13 167:1
167:12 179:23
180:6 192:20
199:11 201:19
210:16 213:24
214:9,11 227:16
227:20,24 232:9
232:13,16 238:1
244:10,14,17,23
245:1,5,9,13
246:4,9,12,16
249:21 253:17
266:14 272:1,8
279:8,25 280:24
281:3 295:6
303:12 308:24
309:7 312:2
313:12 344:1,5
380:12,14 383:6
386:3 392:19
401:25 402:5,11
**opinions**
7:10,11,20 11:16
17:2,6 23:24
32:24 33:12 35:17
35:18 36:11 37:2
37:6 54:18,25
55:20 63:10 78:25
79:3 103:16 111:4
122:3,5 129:3
139:13 157:21
166:22 168:13

170:1 174:22
175:12 178:9
180:4 183:7
184:19 210:19
211:1 212:11,14
212:22 213:21,23
216:1 238:6
254:14 288:13
339:11 378:5
400:24 401:8
403:8,9,14 407:15
**opportunities**
141:24 236:21
**opportunity**
7:9,19 166:17,22
168:15,18
**opposed**
272:17 300:17
360:1 392:13
**options**
125:10,12
**ORAL**
1:10,14 411:12
**order**
22:21 23:4 75:22
83:9 93:24 103:15
107:10 109:21
120:15 122:14
143:9 148:8
236:24 293:18
311:1 392:15
393:8 404:1
**ordinary**
208:19 261:13,18
**organ**
254:1,1,2 265:19
**organic**
260:2
**organism**
404:14
**organisms**
106:15
**organization**
84:19 85:7,23
155:1
**Organization's**

154:9
**organizations**
36:24 385:6
**organs**
253:23
**original**
132:6,9 134:15,20
180:2 269:24
377:17 398:20
**Orsi**
362:5,9
**OSHA**
201:5 311:3
**outcome**
118:25 413:8
**output**
49:14 296:10
**outside**
48:24 137:14
147:10
**overall**
95:21 300:12 337:4
345:6 354:22
355:2 357:2
360:13 363:4,14
379:16 390:14
**overestimated**
256:22
**overestimation**
204:9
**overlap**
316:14
**Overlapping**
33:22 40:25 46:17
50:13 65:8,12,25
66:16 87:24 121:7
129:6,23 149:4
172:25 176:9
190:9 196:15
333:22 388:18
**overseeing**
88:17
**overview**
23:23
**overwhelm**
135:1,6,22

**owners**
184:10
**oxidative**
63:16,22 134:4,5
136:1,10,11,14,15
136:21,22
**oxygen**
135:23 145:13
146:9
**oxygenated**
146:11

---
**P**

**P**
278:2,21 316:19
**P-R-O-C-E-E-D-...**
4:23
**P-value**
298:22,25
**P.A**
2:4 412:12
**p.m**
1:18 139:5,5
205:18,18 206:11
206:11 268:11,11
312:24,24 357:16
357:16 408:5
**PA**
113:15,18
**pack**
144:19,21
**page**
3:2,5,9 4:2 21:22
21:23 24:11,12
26:3 55:11 79:25
81:23 86:10
112:20 139:11,21
142:12 159:22,24
161:1,4,8,20,22
162:6,12,15,16,17
162:25 163:3
170:17,22 180:18
180:20,23,25
181:2,13,14
182:12 183:1,1,22
184:2 186:14

187:20 195:15,23
196:9 203:8 222:1
227:11,12 230:8
238:25 254:17
255:21 257:16
259:6 262:1,24
267:17,19 268:16
268:21 271:3
272:11 273:20
274:11,12 276:22
277:1,2,8 280:10
285:10,12,12,17
285:24 287:2
288:25 289:3
301:9,21,23
314:10 315:18
318:7,9 328:21
332:17 335:15
336:25 337:15
341:1,3 345:3
350:24 354:15,17
358:14,17 365:21
368:25 370:4
372:8,15,25 374:1
374:2,3,20 380:5
380:23 381:12
383:2 384:17,22
384:22,24 390:16
395:25 409:2
**pages**
66:11 112:23
113:11,14,17
140:24 268:5
328:20 341:14
**Pahwa**
4:17 215:5,7,12
303:22 313:8
340:7,18,24
341:13,17,20,23
342:1,5,11,13,18
343:5,11 344:17
344:22 345:5,13
345:21 346:13
347:5,9 348:2,6,9
348:14 349:1,6
350:5 351:8 352:5

362:9 363:6,8,17
363:25
**paid**
39:21 390:11
**pain**
312:19
**pair**
200:18
**panel**
376:19,22 377:5,19
377:20,22,25
378:1,2,15 380:2
**panelists**
379:20
**pants**
260:5
**paper**
15:3 170:18 173:23
220:1,10,13 238:2
238:2,5,15 280:6
287:1,5 308:21
313:15 338:15
352:3 354:7
364:13
**papers**
19:13 170:7 173:15
173:18 207:15
219:3,19,23,25
220:20 237:18
339:11 362:1
365:2
**papillomas**
290:25
**paragraph**
170:23 272:12
337:2,17 341:3
358:20 375:2
384:13,24 396:1
**Pardon**
112:3 131:16
202:24 299:16
391:25
**Park**
200:2
**part**
34:15 43:23 45:4

Ambrose K. Charles, Ph.D.

48:5,8,14 52:18
53:21 58:4 85:23
101:6 103:22
104:14 105:15
112:12 146:8
151:15 158:22,25
166:6 175:10
192:24 208:24
234:24 266:1
270:15 302:18
319:14 331:7
364:25 366:12
367:7,9 378:25
393:13 406:1
**partial**
35:23 235:24
**partially**
78:13
**participate**
54:9
**participation**
38:3
**particular**
28:5 32:11,11 50:5
50:18 54:24 92:19
92:20,20 93:11
126:6 128:8 131:6
131:7 144:13
145:6 148:1,6,7
151:18,19,20
157:4 179:19
232:17 233:3
244:7 254:1,2
265:16 284:1
308:20 318:5
343:15 347:7
395:5 404:4
**particularly**
28:5 90:9 125:2
153:3 249:3
368:23
**particulate**
252:15
**parties**
28:3 412:3 413:2,5
**parts**

38:9 53:8 235:4,13
236:2
**party**
412:8
**pass**
83:6,21 107:13
**passed**
336:23
**patent**
97:16,17
**patho-**
42:7
**pathologic**
177:23
**pathological**
42:8 174:23
**pathologically**
152:21 154:20,21
**pathologist**
42:9,10
**pathologists**
42:9
**pathology**
42:6 45:21 48:7
152:21
**patient**
114:3 156:15
174:25 175:1,2,2
175:15 177:17,20
178:11,17 281:4,5
281:8,9 282:14
284:10
**patient's**
13:8 43:3 113:23
114:11,15
**patients**
41:24,25 42:1,4
168:10,20,24
174:16 177:10,13
280:16 281:15
282:4 283:16,23
**patients'**
114:9
**pattern**
181:19 191:25
253:22 254:23

**Paul**
1:2 411:3
**pause**
201:1
**Pawha**
362:4
**pay**
84:5 131:10
**paying**
207:14
**payments**
131:13
**PC**
2:15 412:23
**PDF**
213:12,13
**peer**
238:5
**pencil**
326:18
**pending**
399:18
**people**
43:11 59:14,15
69:18 77:4 84:17
84:21 108:9 142:9
157:18 159:6,12
160:5,7,8,12,16
160:18 163:6
169:3,14 170:14
172:1,8,9,10,13
172:17,22 174:2,6
174:18 221:5
235:22,22,23,23
236:10,13 237:1
246:21 261:11,11
261:13,19,20
284:22,23 296:6
297:14,20,20
298:9 307:13,13
307:13,22 308:6
330:10 331:2,3
332:25 333:12,13
367:12 377:4
378:6 379:6,9
394:14,20 395:18

**per-day**
310:24
**per-hour**
310:24
**percent**
35:10 36:4 129:15
160:1 162:22
171:24 193:6
199:5 204:2,5,13
204:17,23,23
231:22 232:5
236:4,7,10,13,17
237:5,7,10 242:11
277:24 286:11
289:8 294:20
298:18 314:24
315:1 319:5,8
320:25 322:19,24
323:2,23 325:8,13
328:1 329:11,20
330:3 332:21
333:2,6 334:24
335:7,18 343:7
349:17 351:2
352:7 353:24
356:2,25 358:3
402:23 403:1
**percentage**
36:2 194:24 232:10
237:1
**perfect**
293:2
**perform**
18:24 19:17 20:7
71:16 92:3 104:9
110:23 248:5
275:16 392:6
**performed**
19:24 103:18 132:6
132:9 133:6,10,16
133:20 137:6,23
138:1,4 339:14
391:24 392:3,10
**performs**
392:12
**period**

167:8 194:17
215:15 310:15
373:4
**permeability**
244:14
**Permethrin**
150:7
**permit**
292:1
**pers-**
109:11
**person**
26:12 28:16 43:14
57:8,10 118:23
119:4 121:21
142:10 143:8
144:1,14 169:9
172:7,9,10,11
175:11,20 176:14
196:25 203:15
240:16 242:1
267:23 296:14
307:20 310:6,14
321:8 323:11
330:25 395:1,10
403:19 404:2,9
405:9,11 406:15
406:24,25 410:15
**person's**
394:15
**personal**
17:16 32:18,18
108:15 109:11
130:9 184:12
200:16 213:9
242:12 259:22,23
310:23 321:12,20
322:2 346:23
**personally**
124:2 137:23 181:9
181:25 410:12
**persons**
395:1
**perspective**
283:22 365:24
374:14

Ambrose K. Charles, Ph.D.

**pest**
92:20 373:24 385:7
**pesticide**
37:25 38:2 39:14
40:6,7 49:20 50:3
52:2,4,11,16,20
52:23 53:1,7,10
53:15 67:16 68:22
78:16 86:17,18
87:5 88:7,11
91:25 92:7,10,12
92:14,15,22 94:12
94:17 95:20 98:20
100:2 102:7
138:15 148:14
171:19 200:25
321:8 354:8 370:5
385:8,12 386:23
387:16 396:2
**pesticide's**
37:19
**pesticides**
35:20 39:12 41:10
47:25 54:11,12
67:19,24 88:3,9
88:18,22,25 89:3
89:6,14,19 92:3
95:9,16,23 96:8
96:11 108:16
127:10 132:4
138:16 148:11,12
150:20 200:21
201:3,11,14
251:17 300:4
314:14,22 315:6
317:8,11,20 325:5
347:6,10 348:16
351:11,18 352:15
352:20 354:21
362:17 364:17
366:4,8 369:8
371:6
**petre**
105:12 135:5 138:2
**PFS**
12:15

**Ph.D**
1:11,15 2:20 3:11
4:3 6:6 41:18
43:25 45:7,10,11
47:4 48:19 80:4
410:1,6,12 411:13
411:19
**Ph.D.s**
45:4
**pharmacal**
404:11
**pharmacokinetics**
242:8
**Pharmacology**
44:25 45:22
**philosophy**
131:19
**phone**
207:11
**phonetic**
148:21 287:6
322:21
**photograph**
56:8
**photos**
117:6 123:7
**physicality**
149:22
**physicians**
59:24
**physics**
229:6
**physiology**
147:16
**pick**
60:23 124:16
**picked**
298:8 350:1
**picture**
56:8 175:19 247:25
248:8
**pictures**
179:20
**PID**
374:7
**pieces**

64:9 175:5 292:3
310:11
**pinpoint**
40:20 142:6
**Piorkowski**
2:14,15 5:11
412:22,23
**place**
10:12 44:20 48:9
183:2 346:1
**placed**
45:8
**places**
37:6,11 45:8
232:22 307:15
**plaintiff**
10:7 12:15 13:3,20
14:7 30:24 31:2,5
31:12 32:2,21
56:15 111:9
112:15 114:7
117:13 179:24
180:7 221:19
225:19 228:3,11
243:19 245:20
246:6,16 248:15
249:5,8 252:11
300:8,21 301:4
309:9 364:7,8,11
403:18
**plaintiff's**
12:13 30:6,13
116:7 244:18,24
300:22 309:7,25
**plaintiffs**
1:4 2:2 5:13,20,24
13:1,13 110:11
111:15 139:14
156:16 211:2
212:1 219:11
249:7,7 251:10,23
279:22 300:18
312:5,12 400:16
401:8,14 403:19
411:4 412:4,10
**plaintiffs'**

12:18,21 31:16
32:25 111:24
112:1,5 389:14
**plants**
99:21 104:4 120:6
148:23 204:25
381:2,8,16 382:14
382:16,17,18,24
**plateauing**
164:20 165:14,18
165:24
**play**
149:22,22,23
**playing**
101:13
**please**
5:7,18 6:12 8:5
9:25 10:21 22:1
24:6 26:3 28:10
29:10 30:25 37:9
47:1 51:3 52:24
53:9 58:16 64:10
65:14,16 69:11
73:5 83:15 99:16
102:5,23 112:16
113:7 114:24
116:5 117:24,24
120:14 152:14
153:6 174:20
175:3 178:18
181:1,11 187:19
195:21 196:8
205:25 227:8
260:10 262:3,18
271:8 285:11
294:4 301:12
347:8 366:24
367:20
**Pleu**
3:13,17,21,22 9:15
9:17 10:22 11:1
11:14,18 12:11
15:10 16:21 17:7
17:8 21:16 23:19
23:20 24:14,17
33:12 34:9 56:20

56:25 75:6,15,23
76:5,11,17 111:20
113:4,11,18,21
119:23 121:5
122:20 123:4,8,11
123:14,18,23
156:18,24 179:9
216:9,17,21
218:11,19 221:15
221:15 222:9
224:23 253:11
267:14,15 268:2
268:19,22 269:3,6
269:9,13,16,20
270:2,6,10,19
271:4,6,13,16,20
271:24 272:2,9,11
273:1,4,21 275:11
281:5,9 282:12,23
283:5,13,18
285:10,24 301:6,7
307:1,23 313:3
317:23 318:12
320:5,22 321:20
321:25 323:4,7
326:11 328:9
335:4 336:15,20
338:16 343:4
344:24 346:9
350:5,8,12 353:22
355:10 356:5
357:25 358:2,7,13
360:17 365:22
390:13 400:17
406:19 407:10
**Pleu's**
25:14 33:21 34:24
123:1 218:17
219:14,16 220:25
221:23 222:6
226:20,23 267:17
271:10 272:20
273:8,14,17 279:3
279:14,23,25
280:24 302:19
303:12 344:18

Ambrose K. Charles, Ph.D.

402:11
**Plue**
11:7
**plus**
36:4 113:14 138:16
222:14,15,23
223:13,13 286:12
294:20 326:1
347:2 402:25
**point**
6:20 28:11 36:19
66:23 86:5 160:2
177:18,23 178:2
193:24 196:8
198:8,12 235:25
239:9,16,25
257:21 262:18
263:22 264:2,10
265:8,13 266:8
272:25 315:8
331:13 333:10
334:3 339:4
342:21 363:19
365:6 366:16
383:10 401:4
**pointed**
64:7 164:3 293:16
**pointing**
197:20 266:22,25
284:25 327:7
**points**
323:3 364:3 367:3
383:15 405:8
**poison**
106:17,21 107:2,5
107:8,23 108:3
110:7
**police**
241:22
**policies**
365:25
**polls**
101:4
**pooled**
354:2,10,12
**pooling**

307:14
**population**
173:25 174:8
236:24 287:25
295:19,22,22,23
308:8,11,15
333:14 334:4,9
394:13 395:2,18
**population-based**
341:4
**pose**
110:3 247:22
**positions**
47:16 253:25
**positive**
49:24 62:18 78:10
78:12,13,22,23
117:18 231:5
254:3 325:1
**positively**
284:25
**possession**
105:18
**possible**
38:20 68:15 108:19
122:1 169:18
239:21 273:4,8,11
370:17 393:17
395:14 399:5
**Possibly**
235:18
**post-genetic**
142:4
**postings**
200:8
**postulate**
302:7 338:6
**postulated**
281:3
**potential**
54:10 67:20,25
68:8 89:8 90:19
105:2 106:4 110:2
139:22,25 140:24
248:2 251:21,25
374:24 375:7

380:25
**potentially**
78:23 217:10
**pour**
135:5
**practice**
114:5 185:1
**practices**
59:17 201:10
**pre-**
16:24
**precautions**
121:22 259:13
**precise**
63:19
**predict**
43:13 334:14
**preliminary**
373:5
**preparation**
52:19 174:21
**prepare**
10:16 11:11 73:22
74:6 75:9,18
178:9 216:1
**prepared**
10:12 16:19,20,20
16:21 21:5 184:24
320:16,21
**preparing**
16:24 175:12 183:7
184:19 288:13
**presence**
252:25 253:9
**present**
2:18 12:23 165:4
300:5,9
**presentation**
174:15,18
**presented**
137:20 231:19
300:1 376:18
**pressure**
107:17
**presumably**
168:16

**presume**
237:6 241:19
**pretty**
79:17
**prevalence**
168:8
**prevalent**
157:18
**prevent**
108:11
**prevented**
138:11
**previous**
142:3 161:22
321:16 322:9
**primarily**
64:4
**primary**
97:7 238:17 302:6
302:14 338:6
339:22
**principal**
107:4
**principle**
106:20
**printed**
115:18 211:6,19
213:15,16 220:2
**printout**
225:3
**prior**
51:25 169:4 217:13
**private**
93:10 193:13
**PRO**
55:18,18,21 185:23
**prob-**
402:17
**probability**
343:16
**probable**
370:14 392:24
**probably**
33:19,23 34:8,22
34:23 35:3,6,9
36:1,4 71:20

95:25 96:2,7
98:17 124:11
126:14 142:8
158:3 167:23
168:23 174:5
175:16 186:25
195:8 196:19
202:20 207:19
214:2 215:21
225:17 252:22
253:20 259:17
273:6 290:12
293:16 294:16
300:25 310:14
318:17 319:18
320:17,19 321:3
322:3 335:21
338:10 351:9
359:5 361:18
363:5 368:21
378:22,24 402:18
402:23
**problem**
92:19,25 147:3
400:8
**problems**
77:6
**procedure**
1:24 383:9,14
**proceeding**
413:6
**Proceedings**
408:5
**process**
18:4 51:14 83:24
93:2,13 97:6
126:15 320:18
366:22 367:1,7
368:19 374:17
383:7 384:8,9
392:18,20 393:14
393:15,23 394:11
394:22 406:16
**produced**
1:15 207:25 208:10
247:2 250:14,16

Ambrose K. Charles, Ph.D.

**produces**
133:11
**product**
38:3,19 51:5 97:12
104:7 105:21
118:11 127:18,22
127:25 186:1,7,8
261:13 370:5
401:15
**products**
56:7,14 118:5
123:15 127:12
131:1 138:14,14
138:15 248:22,25
249:4 380:21
390:15
**professional**
81:9 84:18 86:13
103:19 171:19
172:3,14 295:1
**professor**
45:1
**professors**
92:17
**profile**
230:11,15
**profit**
204:20
**program**
45:11 80:19 86:1
158:17,20 396:8
396:12,22 397:3,8
397:10,22 398:4
398:10,18
**programs**
45:23 91:25 398:5
**progresses**
43:11
**projection**
159:10,17,18
**promote**
265:23
**promoter**
48:20 294:12
**promotes**
291:15,23 292:24

293:10
**promoting**
46:5 275:25
**promotion**
287:3 288:15 290:3
290:16 292:23
293:4
**promotional**
293:14,17
**promotor**
294:8
**proper**
241:9
**properly**
90:10,20 121:18,19
122:18
**properties**
151:15
**property**
268:23
**Proposed**
4:20 368:12
**proposes**
367:11
**proposition**
147:20
**prospectively**
297:14
**prostate**
42:25 43:3,6,9
219:20 220:8,11
220:14,15 275:12
275:18,22 276:1,4
276:11,15 277:16
278:6,9,15,18
279:1,4,6,15,18
279:23 280:1,6,17
280:25 281:14
282:5,8,15 284:12
285:8 301:1,3,4
**prostatitis**
274:2 275:11
**protect**
89:7 370:21 394:13
395:17
**protected**

108:12 331:7 333:1
**protecting**
331:9,11
**protection**
80:21 88:18 108:9
109:7,11,16
385:13 394:16
404:4
**protective**
108:15 130:9
200:16 245:1,4,6
245:10,14 259:22
259:23 260:4
330:6,7,13,16,17
331:7,7,8 346:24
370:19
**protein**
132:17
**proteins**
152:18
**proud**
45:9 85:23
**proved**
410:13
**provide**
11:22 31:7,11
57:18 116:1
274:20 286:6,15
306:25 320:9,12
337:11 340:14
**provided**
11:20 12:3 100:16
169:7 185:10
201:2 209:8
210:21 214:16
219:9 225:24
400:23 401:5,7,13
401:21
**providers**
226:18,24
**provides**
289:18 291:14,22
292:24 360:7
**providing**
112:12 157:21
326:1

**province**
324:5,16 346:21
**provinces**
341:6 347:17
**provision**
92:7
**provisions**
1:24 92:8
**proxy**
346:23
**Pub**
220:3
**public**
16:1 54:14,23
82:22 327:2
344:11,13 367:4,7
367:9,9,23 368:6
368:20 370:19,21
371:21 373:1,4,15
374:16 383:10,16
397:4,7 410:23
**publication**
54:10 364:24,25
380:16
**publications**
64:24,25 368:5
406:12
**publish**
398:11
**published**
19:12 28:7 37:3
57:25 58:3 61:3
62:1 63:14 137:17
169:20 238:5
265:14 302:20
309:3,4 340:19
344:8,11 365:2
380:16
**publishing**
58:9
**PubMed**
19:22 20:3,6,18
220:5,6,7
**PubMedicine**
220:4
**pull**

357:8
**pumped**
146:19
**purchase**
131:21 198:3
**purchases**
114:19 123:2
**pure**
378:9
**purpose**
118:22 125:5
310:18,19 410:18
**purposefully**
274:13 319:18
**purposes**
24:25 49:7 182:18
190:18
**pursuant**
1:23 372:12 412:1
**put**
35:15 36:2,4 66:25
128:5 154:12
259:2 288:10
293:6 295:25
296:7 307:22
310:12 335:19
356:20 365:14
398:19
**putting**
168:9 307:16

**Q**

**Q1**
329:3
**Q2**
329:3
**Q3**
329:3
**Q4**
329:4,8,19
**qualifications**
84:18,22
**qualified**
31:7,11 85:10
100:17 113:23
114:3,6,14

Ambrose K. Charles, Ph.D.

**qualitative**
391:22
**quantify**
250:8 251:9,22
**quantities**
232:1
**quantity**
26:11
**quartile**
171:3 277:18
335:14
**question**
6:21,23 7:1,12 8:5
10:3 11:3,24 13:3
17:18 21:25 22:20
30:18 31:23 34:3
36:6 41:2 46:14
46:16,19 49:25
50:15,17 56:23
66:1,2 67:11
74:23 77:21 86:25
89:19 96:3 97:15
98:8 99:8 100:4
100:12 109:5,6
114:24 117:11,20
117:23 118:1
119:16,17 120:12
123:12 126:18
129:1,17 130:22
132:23 134:19
137:12 149:10
151:5 165:10
167:25 175:3,10
176:4,12 181:16
183:6 185:4
186:24 190:11
193:18 196:21
197:10 203:24
222:21 227:3
231:2 234:15,19
236:12 239:14,24
240:1,12 245:24
248:3 249:20
253:6,15 262:15
263:13 265:2,6
271:2 279:12

285:3 292:1,6,8
292:10,20 304:6
309:22 311:22
312:16 315:15
333:24 342:2,11
347:25 348:13
355:25 363:25
366:24 382:9
386:6 388:16,21
394:4 399:18
400:17 401:2
**questioning**
15:5 218:12
**questionnaire**
295:24
**questions**
6:9 7:10,13 14:1
30:20 34:9 38:21
111:12 122:21,22
129:5 166:18
203:18 218:13
251:6 321:13
339:5 379:19
394:2 398:14
399:2,4,14 400:1
400:11,14 402:17
402:24
**quickly**
213:14
**Quinclorac**
91:2,5
**quit**
84:8 132:2
**quoting**
23:13

———————
**R**
**radiation**
108:10,10
**radical**
135:23
**range**
24:22 81:3 235:9
326:8
**ranged**
233:25

**rapidly**
233:18
**rat**
47:22,23 48:9,14
66:20
**rate**
74:12 76:9,14
163:5 164:9,12
171:3,4 173:2,24
174:2,8 198:17
216:14 223:4,11
223:24 237:11
244:10 252:18
**rates**
162:21 163:9
164:20 165:13,18
165:23,24 167:2
167:14,20 168:2
**ratio**
160:13 171:3,4
177:5 296:21
308:10 313:16,17
314:13,19,19,22
319:4,7,25 321:17
322:6 323:25
325:7,10,13
328:25 334:14
343:6 346:19,20
347:5 348:7,11,15
348:22 349:1,6,24
349:25 351:1,4,10
351:12,18 352:7
352:22 353:24
355:5,11,15 356:1
364:12
**ratios**
170:24 303:19
315:22 317:5
320:10 323:25
324:1,4,15,21
325:4,4,16,18,22
337:18 346:13
347:1,9 348:2
351:14,16 363:24
**rats**
44:13 45:25 47:13

68:3,7,12 69:1,8
78:10,18 274:1,22
275:9
**re-**
62:11 207:13
**re-examined**
386:12
**re-registration**
64:23 372:2
**reach**
101:1 102:15,19
114:6 252:23
269:23 309:7
379:12,19 383:23
392:15 403:14
404:9 407:5
**reached**
69:23 102:9,21
231:8,14 367:6
377:10 387:1
**reaches**
288:4
**read**
8:24 10:6,13 15:3
19:14 49:6 64:23
70:4 81:20,21
82:16 101:7 112:7
114:10 134:13,23
136:18 152:5
157:19 173:15,22
179:15 183:23
184:14,21,23
185:11,13,14,15
200:9,19 211:11
213:16,17 214:9
220:13 246:2
251:16 253:22
256:7 260:16
261:11,11,19,20
261:22,24 262:22
271:24 272:2,9
286:7 287:1,5
293:15,19 307:24
352:3 358:25
368:7 369:7
385:15 410:1

**readable**
213:14
**reading**
61:16 112:13
136:24 161:19
173:3,18 174:13
179:20 181:11
191:12 195:18
213:18 220:1,9,23
228:24 234:10
239:12 250:7
262:14,19,20
263:6 269:22
362:8
**reads**
9:11
**ready**
57:10 99:7 128:18
128:19,22 203:7
**Ready-to-Use**
57:11,14
**real**
58:6 102:13 149:20
404:6
**real-life**
106:6
**really**
32:17 38:24 39:1
45:9 72:19 89:23
102:3 138:22
142:20 145:6,7
150:15,24 184:23
190:14 214:6
232:20 259:20
298:6 315:7,13
357:7 384:3,6
**Realtime**
1:19
**reask**
137:12 197:10
265:6 292:20
**reason**
7:6 13:3 57:7 61:18
86:1 90:18 91:1,6
108:14 131:14,17
258:2 296:20

Ambrose K. Charles, Ph.D.

300:20,25 309:15
309:17,24 334:13
346:10 350:2
390:9 397:1 409:2
**reasonable**
32:16 92:12 129:10
253:17 403:10
**reasonably**
199:12
**reasoning**
142:9
**reasons**
147:2
**recall**
8:22 20:22,23 40:5
41:5,13,16 54:5,6
58:21 72:21 76:22
90:12 97:19
101:11 114:20
119:6 131:13
184:20 191:12
203:6 210:7 212:9
228:24 229:4,5
230:22 233:16
237:17 265:16
269:22 323:4
325:21 351:23
400:17 402:20,22
403:2
**receipts**
114:18,21,22,25
115:23 123:1
**receive**
156:16 207:12
**received**
156:20 184:21
211:3,6,25 212:7
212:16,20 213:6
214:1 218:19,22
373:7,11
**receiving**
145:13 207:13
**recertified**
84:9
**recertify**
84:2

**recess**
73:9 139:5 205:18
206:11 268:11
312:24 357:16
**recognition**
85:11,12,20
**recognized**
82:18
**recollection**
73:2
**recommending**
378:7
**record**
1:24 4:25 5:8,18
6:2 9:24 10:21
11:4 60:25 73:7
73:10 139:2,3,6
179:3,8 181:7
194:4 205:16,19
206:7,9,12 208:3
246:2 253:7 268:8
268:9,12 312:21
312:22,25 347:24
357:14,17 397:17
398:23 400:5
408:3 411:21
412:3
**recorded**
274:21
**recording**
400:2
**records**
10:6,8 12:17,19
13:16,18 96:10
111:24 112:2,4,6
112:23 113:1,12
113:20,24 114:9
114:11 117:21,25
123:10 178:24
182:2,10 183:19
184:13 197:3
203:1 214:20
215:17 219:4,10
219:17 220:25
221:2,18 239:2
249:2 272:20

279:18 296:5
346:2 405:17,22
**red**
146:14,24
**refer**
52:3 88:14,14
139:18 260:10
271:8,13 344:9
**reference**
10:15 15:25 16:8
26:8,11 27:17,21
28:13 31:25 55:14
57:2 66:23,24,25
112:8 152:9 155:5
170:3 195:23
238:1,4,10,19
250:3,5 265:16
266:18 271:3,15
278:4,7,11 280:12
286:6,16 290:9
291:10 303:19
341:13 342:9
357:7
**referenced**
220:22 280:5 287:2
308:22
**references**
16:4,10 55:3,11
57:6 65:1 67:6
112:9,20 220:11
220:21 238:3,20
262:22 294:5
341:11
**referencing**
275:1 287:11 290:2
**referred**
57:1
**refrain**
102:23
**regarding**
54:12 137:24
167:15 288:21
385:18
**regardless**
174:3,7 204:13
**register**

51:15 368:4
**registered**
39:15 51:1,5,7 52:2
72:23 92:11,12
94:12 138:14
201:5 366:8 370:6
**registering**
88:22 380:21
**registration**
4:21 38:6,8,14,15
38:17,19 39:16
47:24 51:25 52:20
55:19 56:8 61:8
78:16 88:3 89:16
93:14,19,22,25
94:1,1 97:6,8,10
105:21 366:9
368:3,11,13 369:2
369:8,11 372:10
372:16,21 380:6
**registrations**
92:6
**Registries**
59:3
**registry**
58:4,24 230:19
**regular**
245:14 397:15
**regularly**
156:15
**regulate**
89:3 366:4
**regulated**
4:6 88:25 89:10,12
90:1,5,14,17,22
90:25 91:2,5
**regulates**
88:2 89:6
**regulating**
366:17
**regulation**
54:10 88:6 369:22
378:7
**regulations**
52:14 95:8
**regulator**

53:11 132:25
200:22 291:20
292:10 297:6
387:16
**regulators**
67:17,22 291:10,13
292:12,13 387:5
387:10,13
**regulatory**
27:16 28:12 47:16
61:25 62:3 63:13
64:15 67:13 70:2
70:11 72:16 80:23
105:14,15,24
138:19 200:24
231:21 292:22
365:23 366:3,22
366:25 371:20
384:8 385:5,7,18
385:22 386:12,23
387:24 388:1,7,9
388:12,22 389:25
390:6,10 394:16
395:17 396:2
405:13,25
**related**
15:8 20:14 41:14
81:3 88:8 144:3
148:10,25 179:11
211:25 218:19
224:8 345:14
353:8 368:23
413:5
**relating**
167:16
**relation**
20:12 277:12
**relations**
249:18
**relationship**
10:9 118:25 144:16
148:25 167:1,13
167:16,18,19
168:1,1 285:18
344:10
**relationships**

167:10
**relative**
277:22 278:17
  308:10 322:6,14
  325:2 327:25
  329:8,19 330:5,9
  330:18,22 331:1
  331:17,21 332:14
  333:20 334:2,3,7
  334:23 335:6
  346:23 356:24
  358:2 361:6,12
**release**
135:23
**relevant**
77:8 129:15 360:17
  375:23 376:7,14
**reliable**
287:23,24 288:1
  291:14,22 292:24
  307:3
**relied**
15:22 58:2 60:5,19
  61:12 110:14
  111:3,9 170:6
  272:2,9 286:23
  287:15 290:10
  340:10
**rely**
56:11 57:25 60:1
  61:3 70:1,11
  114:9 219:9
  300:20
**relying**
67:3,7 103:13
  210:18 212:10,13
  240:7,17,20,21
  252:25 253:9
  273:13,16 294:22
  309:3,4 313:11
**remained**
163:12 164:1
**remember**
101:11 118:5,10
  123:15 130:8,19
  130:23,25 131:9

214:5 216:8
219:24 231:3
269:25 274:19
339:21 370:2
379:10
**remind**
351:25
**reminder**
24:5
**REMOTELY**
2:3,14 412:11,22
**remove**
319:18
**repeat**
6:23 11:3 21:25
  29:10 30:25 41:1
  51:3 52:24 83:24
  86:25 114:24
  130:22 149:10
  165:10 181:16
  234:13,15 245:23
  253:6 285:3
  311:22 347:24
  355:25 366:24
  381:20 386:21
**repeating**
266:17
**repetition**
360:19
**rephrase**
6:23 11:24 295:13
**report**
3:12,13 4:13 8:18
  9:2,9,15,16 10:17
  11:12 14:23 15:25
  16:19,21 17:4,8
  18:3 19:6,9,10
  21:14,19 25:21
  26:7 27:15,21
  28:12 32:24 36:5
  36:11 40:10 55:4
  56:20,24 60:14
  64:8,22 67:4,4
  68:18 74:19,25
  75:23 112:9,17
  113:4 139:8,21

140:8,24 142:12
159:15 180:14,20
182:12 183:15
184:2 189:8
191:18 195:11,13
195:15 199:2
203:8,23,25
210:23,25 211:6
211:18 212:17,18
212:21,24 213:7,8
213:9,19 214:3,7
214:16,20 215:15
215:23 227:7,9,16
227:20 230:7
233:9,12 236:3
238:11,25 254:18
254:22 255:12,22
256:12 259:5
262:1 264:6,7,15
264:18,22 265:1
267:9,13 268:16
271:3,6,19 272:11
273:20 274:6,17
275:21 276:2,11
280:5,8,10,16
281:13,17,22
283:16 284:14,20
285:10,24 287:2
290:2 293:16
294:6,19 300:1
301:2,10,21 302:6
302:13 303:19
304:25 313:3,6
315:4,9 317:23
318:7,13,13,15,19
319:11,16 320:4
320:13,22,23,25
325:16 326:12
327:24 335:4,20
336:5,9,13 338:5
338:15,16 342:22
342:23 343:4
350:24 353:22
355:14 357:3,25
358:2,5,7,10,12
358:21 359:2

363:17 364:3,6,10
364:16,20 365:22
377:8 385:17
386:22 390:13,16
395:25 398:11,12
403:9
**reported**
1:20 25:17 98:1
  182:19 201:1
  233:24 234:8,21
  235:9,12 237:10
  257:6 274:1 300:3
  300:7,11,15
  302:19 303:14
  304:13 316:19
  342:3 348:9
  362:15 379:15
**reporter**
1:19,20 2:25 5:21
  5:25 6:2 8:1
  12:23,25 20:14
  24:5,8,10 32:8
  34:13,17 43:16
  45:13,16 51:2
  65:14 73:4 115:22
  148:15 155:24
  188:4,7 285:21
  295:18 312:18
  340:2,5 351:15
  362:6 377:13
  381:17,20,23
  382:5,7 389:20,23
  411:17
**Reporter's**
3:6 411:11
**reporting**
64:19
**reports**
11:17 14:18 15:11
  16:5,16,25 19:6
  19:20,21 20:25
  61:16 64:20 65:19
  65:21 66:4,10,14
  69:20 101:12,15
  101:18,21 103:6
  103:10,13 114:21

178:15 212:19
225:21 232:19
246:8 280:19
281:24 307:7
314:13 352:1
362:21,25 363:3
**represent**
6:16 220:10
**representation**
206:19
**representing**
218:7
**reproductive**
262:2,8,12,17,23
  262:25 263:10,16
  263:23 265:13,18
  265:19 266:4,10
  266:18 274:1,22
  275:8
**reptiles**
381:2
**reputation**
71:21
**request**
15:21,22 38:4
  208:3
**requested**
246:2 261:9
**requests**
39:20,23 53:22
  93:24
**require**
156:9 209:15
**required**
38:17,24,25 48:1
  105:19 366:17
**requirement**
201:5,8 369:22
**requirements**
38:11 89:17
**rereviewing**
9:2
**research**
19:2 47:15 80:6
  112:13 132:6,9,19
  133:6,10,13

134:13,15,20
135:12 137:11
173:13 179:18,19
180:4 200:2
219:19,23 220:20
253:21 397:21
**researched**
92:22,23 93:1
137:9,14
**researchers**
266:20
**Reserve**
200:2 202:12
**residence**
324:5,17
**residential**
235:15 268:23
269:13
**residual**
381:15,19,21,21,22
381:24,25 382:1,6
382:13
**Residues**
385:12
**respect**
269:2 396:15,21,24
397:2
**respected**
238:6
**respond**
391:23
**respondent**
346:23
**responds**
367:15 368:16,22
373:18
**response**
34:8 54:23 72:12
78:5 143:16 199:4
337:10 367:17,23
368:5 374:24
375:3 384:21
387:20
**responses**
368:18 373:2
**responsibilities**

45:5
**responsibility**
200:25 366:12
**responsible**
88:10,17,21 123:21
392:19
**rest**
26:13 146:12,18,20
**restate**
240:12 347:8
**restricted**
89:14,16,21 91:10
**restricted-use**
95:9 102:7
**restrictions**
91:7 102:11
**result**
374:5,17
**resulted**
286:11
**results**
63:18 72:11 158:16
158:20 170:10,20
170:23 239:20
295:17 297:23
298:1,15,19,22
299:1,5 300:1
337:17 343:5
344:16 354:20
359:8,10 360:16
360:24 362:21
**resume**
211:22
**retained**
206:23,25 207:5,6
207:8,12 209:19
209:20 232:7,10
279:22 389:15
**retention**
207:16 208:4,6,10
208:17,18 209:1
**retired**
39:10 73:2 84:3
87:8 267:23
**retirement**
87:21

**return**
251:5 411:24
**revaluation**
322:21
**review**
4:20,21 10:13
14:22 17:15 18:10
53:21 54:14,18
60:12 61:7 63:12
64:14 65:18 66:13
70:3,12 78:1
112:1,4 113:20
186:3 201:21
212:25 214:25
220:24 238:1
275:16 286:23
366:12,22 367:1
368:3,6,11,13
369:2 372:2,3,10
372:17,21 373:15
373:24 375:23
376:7,14 384:11
**reviewed**
36:15 53:2,5,6,6,10
58:2,9 61:24,25
63:14 64:16,21,25
65:5 68:2,6 69:20
105:23 111:23
112:23 113:2,11
113:14 135:13
154:3 169:25
184:19 210:25
211:7,19 212:16
212:20,24 214:19
215:4,11 219:13
219:16,19 224:8
224:15,23 225:21
230:15 238:5,13
238:15 246:17
249:9 250:2
286:22 287:12,13
288:2,7,11,16
290:9,10 302:15
326:22 338:23
340:9 341:15
342:25,25 343:3

367:24
**reviewing**
10:8 14:24 53:24
54:10 213:23
215:14,18 216:1
221:19 350:20
375:18
**reviews**
21:19 58:7
**revisions**
53:25 54:3
**RfD**
26:17
**rigger**
295:1
**right**
7:13,14 8:3,4,21
11:3 12:8,23 13:1
13:2,10 14:8
16:13 17:4,5
18:13,14,20 19:23
20:1,2,4,6 21:17
22:7,9,10,20
23:23 24:2,20,23
25:1,2,9,11,12,16
25:18,19 26:10,19
27:1,2,5,7,17,22
29:1 30:1,10
31:16 33:11 35:4
39:12,13,18,19,21
39:22,25 41:14
47:22 48:1 49:17
51:19 52:4 56:5
56:18,19 57:5,16
57:23,24 58:18,19
59:25 60:2,4,24
61:13 62:1,2,16
62:22 63:2,7,24
65:4,4,11,13
66:11,12 67:14,20
68:4,16,23 69:2
70:13,16,22 71:2
71:24 72:17 74:15
76:6,7,10,10,12
77:4,8,19,23 78:7
80:1,4 81:12 82:1

82:16,20,24 83:19
84:1,15,16,19,20
85:3,20 86:4,5
87:2,6,8 88:3,12
88:14,18 89:1,4
90:15,23 91:3,16
91:20,22,25 94:9
94:18 95:6,14,19
96:8,16,23 97:20
98:8,9,11,23,24
99:2,4,10,18,24
102:7,12 103:8,20
103:23 104:1,4,10
104:17,20,25
105:6,12,25 106:6
106:9,15,18,24
107:5,23 108:3,8
108:17,20,24
110:3,5,8,12,15
110:21 111:1,4,10
113:2 114:1 117:2
118:6,12 119:4,12
119:21 120:7,20
120:23 122:18
123:5,16,20
124:20 125:13
126:7,10 127:19
132:7,12,20,24
133:7 134:24
135:8,24 136:23
137:7,8 138:2
139:9,11 140:1,12
140:16 141:3,18
142:14,24 143:14
144:11,25 146:3,7
146:7,9,12,17,24
147:11 148:8
150:2,8 151:12,18
151:22 152:25
154:11 156:22
159:1,4,9 160:6
160:10,17,21
161:16 162:1,7
163:10,17 164:10
164:16,20 165:4
166:7 167:4,14

168:3,9,11,14
169:4 170:1
171:21 172:11
173:7,14,25 174:9
176:15 180:21
181:10 182:3,7,19
182:22 183:18,21
183:22 184:6,12
184:15 185:5
186:17,22 187:6
187:10,11,22,24
187:25 188:8
189:15,20,25
190:16 191:8,19
191:22 193:3,6,21
194:12,20,21
195:1,19 196:1,7
196:12,23,25
197:25 198:25
199:16,20 200:2,5
200:8 202:10,16
202:19 204:2,6,11
204:18,25 206:24
207:1,9,18 209:2
209:8 213:7 215:5
215:16 216:2,14
216:19,22 217:11
217:15 218:17,20
219:14 220:12,25
222:7,11,15,17
224:4,16 229:19
230:19 231:23
233:4 234:9,25
235:4,6,13 236:5
236:6 238:13,18
238:20 239:18
241:3,18 243:2,2
243:5,21 244:1
247:3 248:3 249:6
250:6,15 252:9
254:9,10,10 255:4
255:7,13,17,23
256:4,5,8,11,17
257:5,18,21,23,24
258:16,20 260:11
260:21 261:7,9

266:5 269:9,14,18
269:22 270:12,14
270:20 271:4,11
271:13,20 272:2,4
275:23 278:2,8,10
279:12 280:6,17
281:6,7,10,25
282:10,12,16,24
283:11 284:1
285:5,16 286:16
287:3,13 288:17
289:8,13 290:3,11
290:14,18 291:7
291:15 294:18
297:11,15,21,24
298:12,16 299:1
299:13 300:5,9,18
300:23 301:8
302:24 303:10,17
303:24 304:11,12
304:15,18,21
305:5,17,20,24
306:9,13,16,23
308:11,15,22
309:5,6,10 313:13
313:21 314:5,14
314:20 315:2,24
316:2,8,9,12,17
316:21,22 317:3
319:5,8,9,11
320:2,23,24
321:10,18,21
322:2,12,16 323:9
323:21 324:5,12
324:12 325:5,8,9
325:11,12,15
326:5,10,10 327:1
327:7,16 328:7
329:9,21,22 330:3
330:6 331:4,9,10
332:4,5,8 333:4,8
335:1,20 336:3,22
337:7,22,25
340:20 341:15,18
341:21 342:1,1,6
342:14,19 343:7

343:21 344:3,4,14
345:7 346:7,24,25
347:3,4 348:9,24
349:3,7,15 350:10
351:6,8 352:23
353:1,25 354:1,18
354:22,23 355:3,6
356:3,6,12 357:4
357:6,22 358:8
359:5,11,21
360:17,21 362:19
362:23,25 363:8
363:15,16,18
364:1,7,21 365:15
366:5,14 367:4,15
368:3 369:12,15
369:23 370:1,11
370:12 371:3,7,17
371:22 373:16,18
373:21 374:18,25
375:11,18 376:15
376:20 377:2
378:19 379:12,16
379:24 380:17
382:15,21 383:12
383:19,25 384:7
385:18,23 387:8
387:11,14 388:6
389:11 390:21,25
391:7,15,20 393:7
393:11 397:5,19
397:22 400:7,20
403:6

risk
22:12,21 23:7,16
26:13 29:17,25
31:8 39:11 44:9
67:16 86:17 91:20
91:24 92:3,5 93:6
93:7 94:15,21,24
95:2,3,12,18,24
96:6,21 97:20,22
97:24 98:4 103:18
103:22,25 104:3,6
104:9,15,19,24
106:3,5,9,9,11,11

106:14 110:1,3,5
110:20,23 119:12
119:15,20 120:15
121:1 122:10,14
139:15 141:8,17
143:11,22 144:20
145:3 147:17
148:7 150:2,4,7
150:10,13,17,21
150:23 151:11,21
159:23 170:24
228:8 247:22
249:22 250:9
252:8 276:15
277:22 278:19,25
280:1 282:19
283:24 295:2
303:3,13,22
308:10,14 309:1,8
313:12 315:5
316:24 320:6
322:1,15 323:8
327:25 329:8,19
330:1,9,11,13,17
330:18,21,22
331:1,17,21,24,25
332:2,3,3,4,6,7,9
332:10,14,21
333:1,7,14,20
334:3,3,4,7,8,11
334:14,23 335:6
337:18,19 343:12
343:20 344:2,7,18
354:8 355:1
356:24 358:3
359:14 360:9,25
361:6,12 365:8,25
373:1,5 374:5,18
375:24 377:11,14
386:13 390:15
391:4,6,9,12,15
391:20 392:6,7,10
392:12,17,18,20
392:22,24 393:5
393:10,12,13,19
394:11,18,19,21

394:23 404:7
risk-assessment
393:22
riskier
333:13 334:13
risks
94:17 104:17
278:17 300:4
329:3 330:5
333:11,15 366:1
382:15,21,25
road
241:22
robust
380:9,13
rodent
47:25 48:4 66:5
76:21,25 77:18
78:6,9,15 273:25
274:21
rodents
77:4
role
17:19 51:20 53:11
87:2 102:11
Room
1:22
root
128:8
Ross
2:9 3:3 5:9,9,17 6:9
6:15,17 8:10,17
9:13,23 10:20
14:11 16:16 20:17
22:19 23:2 24:12
25:22,25 26:1,3
26:18,22 27:20
28:21,25 29:7,20
30:4,9 31:19
32:20 33:4,16,24
34:23 36:1,5,15
36:23 37:10 41:1
43:18 44:2 46:12
46:19 48:25 49:8
49:12,17,22 50:15
51:19 53:20 56:24

57:5 59:8 60:5
61:12 62:25 63:5
63:12 65:9,18
66:1,17 68:15,19
69:7,12,18 71:5
71:13 72:2,9,15
73:7,13 74:3
75:14 77:11 78:1
78:15 79:12,16,20
81:19 85:1 86:2
87:25 88:21 89:25
91:14 97:13 106:3
108:23 109:17
111:23 114:14
115:3 116:3,11,21
117:1,6 118:15,21
119:17 121:5,9
125:22 126:2,19
127:9 128:22
129:4,8,11,14,21
129:24 130:2,9,13
130:23 131:10
139:1,8 140:4
144:5 145:9
147:14 149:2,6
153:20 155:20
157:6,11,21 158:6
160:15 161:1,20
163:16,20 164:24
165:22 166:4
168:10 169:9,22
172:12,17,22
173:2 174:13
176:10 178:16
184:2,18 185:22
186:19,23 188:6,8
190:5,10 192:15
196:17 202:23
205:3,12,15,21
206:7 208:2,9,13
208:14,25 209:11
209:14,15 210:12
218:4 224:22
228:3,11 229:14
230:4 231:9
236:15 239:25

240:21 241:1,12
244:22 245:25
246:4 247:10
251:14 253:14
257:2,13 260:16
260:20 261:2,6
265:2,25 268:7,15
270:6 273:12,20
274:12,16 277:2
281:5,12 282:4,23
283:21 285:23,24
287:8 288:20
291:20 292:2,6,11
293:25 294:4
298:10 299:4
301:24 302:2
303:9 309:24
311:19 312:4,9,20
313:2,20 319:15
319:21 323:13
329:15,18 330:15
331:16,21 333:15
334:16 337:11
338:15 339:18
340:6,23 342:10
342:17 343:4,19
343:24 346:7
351:17 353:11,12
353:16 354:5
355:10 357:11,21
360:4,7 362:10
363:12 364:20
365:6,11 366:8,21
367:11,19 368:10
369:18 370:18,23
371:20,25 372:8
375:21 376:5,18
377:16 379:15
380:1 381:25
382:8 383:22
384:5 386:4,11,22
387:23 388:20
389:14,24 391:18
394:4 396:19,25
397:9,20 398:13
398:21 399:1,5,16

402:2,7,13,21
403:4 405:1
406:21 407:12,17
407:22,24 412:5
412:17
**round**
368:18
**rounds**
373:15,23
**Roundup**
12:19 14:22 15:1,9
  19:25 21:6,10,12
  22:3,5 24:15
  33:17,21 34:1,5
  34:23 35:3 49:4
  55:1,14,18,21
  56:13,14,18,21,25
  57:9,13 99:7
  114:19,23 115:1
  116:7,14,17,22
  117:8,15,23 118:2
  118:16,20,24,24
  119:4,8,11,14,15
  119:20 120:4,16
  121:1 122:9 123:2
  123:5,8,12,19,23
  123:24 124:2,6,8
  124:19,23 125:1,8
  125:11,18 126:9
  126:19,24 127:17
  127:20 128:17
  129:2,15,24
  130:10,13,16
  131:3,10,15,18
  137:7,9,15,17,20
  138:2,4,8 155:11
  155:13,14,17
  168:22,25 169:4
  169:10,11,16
  172:2,13 174:13
  174:25 175:13,15
  177:17,20,25
  178:4,12 179:5,9
  180:21 181:5,8,21
  181:24 182:3,4,6
  182:25 183:9,10

183:12,13,16,17
183:23 184:14
185:11,15,23
186:3,9 189:24
191:7,11 193:1
194:21 195:4,14
196:6,23 197:18
197:22 198:3,6,10
198:16 199:2,5,9
199:15,18 200:1
200:11,18 201:19
202:2,6,16,18,23
202:25 203:5
204:1,5,10,14,17
204:24 205:4
210:25 211:1
214:25 215:19
216:25 217:2,11
217:14,20 218:22
219:1 224:9
227:17,21,25
228:7,15,22 229:2
229:7,15,21,24
230:4,16 245:11
245:15 246:6,13
246:18 247:14,18
248:7,10,15
250:13,19,20,22
251:9,18,22 252:1
252:6 253:1,10,18
256:4,7,23 257:3
257:22 258:19,23
259:14 261:22,23
267:18 268:22
269:6,9,11,16
270:6,10,12
271:18,20,24
272:2,9 275:17,19
275:22 276:3,11
279:1 280:1
297:24 303:12
306:12,20 308:25
309:8,10 310:1
311:8,25 312:6,13
313:4,12 323:21
340:12 360:4

366:14,18 369:11
369:25 370:8
389:6,10,16
401:25 402:6,11
**route**
121:15
**RU**
203:11
**Rubber**
260:3
**ruled**
359:18,24 360:1,14
**rules**
1:23 70:7
**run**
174:14

————— S —————
**S-U-R-V-E-Y**
295:20
**sacrifice**
48:16
**safe**
29:4 201:2 247:22
  406:1
**safer**
100:8
**safety**
37:19 38:1 105:20
  184:12 200:8,25
  259:13 260:21
  370:24 385:9,11
  385:13 394:13
**sage**
187:20
**sake**
8:1
**sale**
88:22
**salt**
107:11,11,12,12,13
  107:14,15,17,18
  107:23,25 109:19
**sample**
242:14
**samples**

Ambrose K. Charles, Ph.D.

236:4 272:22
**SAP**
376:25 377:2,6,9
379:1,8,11,19
**Sarah**
2:3 5:17,19,22
412:11
**saw**
70:7 72:18 102:13
117:1 119:6
142:25 171:11
184:20 185:10,24
203:1 220:10
346:10 350:19
**Sawyer**
211:19 212:10,18
213:6,7,7 226:1
233:14
**Sawyer's**
210:22,25 211:6
212:16,20,22,24
214:3,16 225:22
**saying**
62:12 85:15 127:23
149:19,24 154:2,6
177:2 186:6 214:1
232:3 267:4,7
310:15 331:12,15
332:1 359:13
360:2 389:24
390:3 392:15,21
394:25 399:23
402:22
**says**
14:15 22:15 23:1
23:12 61:23 68:20
106:24 158:16
159:15 171:3
185:19,20 203:11
203:12 204:10
214:3 255:3 259:8
259:14 260:9
264:6 271:7
294:11,19 347:23
354:4 380:23
393:5 396:1

**scale**
330:24 331:24
**scans**
284:6
**scenario**
258:5,9,14 259:3
**schedule**
93:17 208:22
**Schlesinger**
2:4 5:13,19,23
207:22 210:3
223:2 412:12
**Schneider**
226:6
**School**
44:25 48:6
**Schultz**
2:3 5:19,19,22
412:11
**science**
49:9 80:3,4 145:22
156:8 173:12,12
240:14 258:4
365:24 378:9
392:20
**scientific**
35:15 61:24 62:3
63:13 64:15 67:13
110:11 173:18
253:17 275:17
368:21 376:19,22
377:5,18,20,22
378:14 380:2,17
387:17,23 388:8
388:13,16 389:9
403:11
**scientifically**
28:4
**scientist**
49:19 50:2,22 52:3
292:17,22
**scientists**
49:12 50:4,19 51:6
51:18 59:5,8,10
64:18 80:12,18
85:10 100:4

230:21,24 233:11
238:6 240:14
288:2 292:13
370:18,24 371:2,5
371:9,12,16 377:3
378:14,19,24
379:4,7,8 383:23
386:11 389:2,5,15
395:16 396:21
404:20
**scorched**
40:16
**scratched**
120:5
**screen**
213:16
**screening**
156:15
**Screenshot**
4:8
**Screenshots**
4:4
**se**
253:24
**seal**
410:19
**search**
18:24 19:12,17,18
19:24 20:3,6,11
20:18 56:6,10,13
56:17
**searched**
19:4 57:13 220:7
**searches**
20:8
**seasoning**
107:10
**seat**
138:19
**second**
18:1,21 48:15
60:16,16 170:23
206:8 265:23
272:12 337:17
341:3 384:24
385:1

**secondary**
50:6,9 136:12
220:17 265:24
275:25 279:4,5,5
279:6,15,23 281:3
284:12,15
**secret**
127:8
**section**
38:6,8 81:9 92:6,9
92:10 93:20,24
94:9,11 161:2
162:13 170:10
184:6 230:8
262:24 273:21
289:22 358:25
374:20
**see**
14:14 15:21 19:14
26:7 28:8 37:25
38:24 40:9 56:10
56:22 58:13 74:1
75:11,25 77:1
79:8,21 81:9 82:5
90:3 94:2 112:21
114:18 116:21
117:6,17,21,25
121:6 123:1
132:13 136:11
139:23 140:6
155:23 157:5
158:8,15 159:22
161:2,7,12 163:7
170:10,25 171:6
178:23 179:2,8
182:16 192:3
195:17 201:11,15
206:17 210:12
214:10 217:8
218:23 220:15
221:1,2,16 233:9
236:15 238:4
240:24 242:17
251:1 254:20
258:4 264:20
272:14 273:3

274:4,14 279:17
281:20 286:13
288:21 289:24,25
291:2 292:15,19
297:15 298:1
304:2 307:25
310:1 313:17,24
315:20 316:4
317:7,14 318:17
319:16,23 320:2,7
321:14 322:5,17
323:19 324:2,7,7
329:2 332:14
333:17 335:24
338:18 339:4
341:7,11 345:11
346:16 347:14
353:14,20,23
354:24 358:5,12
358:18,23 361:5,6
361:10 362:3,4,4
364:24 365:4
367:12 368:14
369:3 370:5 372:5
372:14,23 373:12
374:1 375:4 376:1
379:18 380:8
381:4 383:2,11
384:16 387:3
395:15 404:13
406:6,15 407:3
**seen**
63:17 72:7 101:16
105:17 114:21
123:7,10 150:12
150:19 152:1,7
155:4,9,10 179:11
182:14 200:15
211:8 236:3 240:4
247:16 249:17
250:2,4 377:8
**SEER**
4:9 158:6,19 159:3
**selected**
295:22
**selects**

**377:**3

**self-employed**
193:17 199:24

**sell**
96:14 160:25
369:11

**senators**
93:11

**send**
39:4 54:16,23
85:14 93:9 200:21
208:22 209:11
367:10,12

**sending**
178:20

**senior**
86:17

**sense**
107:4 300:12

**sent**
54:14 112:6 207:17
207:19 209:2
211:18,22 221:4,8

**sentence**
34:18 160:13
161:19 171:2,12
172:21 184:6
229:4 239:12
262:22,24 263:4,5
263:6,14 272:12
274:18 286:7
301:22 302:2
315:8 347:7
358:16,20,25
359:7,23 372:8,12
374:1,8 380:4,23
384:13,15 385:1

**sentences**
274:16

**separate**
15:2 17:21 18:15
46:10 78:11 95:12
263:21 304:20
342:21 343:2,3
363:10 393:14,15

**seriousness**

**282:**2

**served**
377:21 379:1,4,8
413:1

**service**
92:24

**services**
5:1 80:11 413:15

**set**
27:16 28:13 73:16
75:21 76:19 112:6
267:9 295:3,9

**sets**
112:1,4 221:7
323:24

**Setting**
250:18

**seven**
215:8,18 256:10
257:17,25 302:6
302:14 313:6
338:5,10 365:13

**seventh**
162:9

**severe**
77:6

**sex**
317:17 346:21
347:16

**Shakes**
353:15

**share**
68:11,25 97:4
128:3

**shared**
101:2

**sheet**
10:8 12:16 13:9
111:10 117:13
211:6

**sheets**
260:21

**shirts**
260:5

**shoes**
200:17

**short**
160:25 227:2 268:1
290:16 357:11

**short-term**
285:15

**Shorthand**
1:19 411:16

**shorts**
200:18 270:7

**shot**
383:15

**shots**
325:1

**show**
62:17 63:15 67:19
67:24 68:3,7,12
69:1,13,24 78:3
135:3 177:2 182:2
183:19 184:13
266:9 303:7 307:7
358:11,21 359:2
360:24 365:7
405:4

**showed**
62:18,21 66:21
231:4,5,6 301:2
320:5 343:6

**shower**
203:7 270:24

**showing**
264:11 278:18

**shown**
337:20 413:2

**shows**
61:21 62:4 74:18
215:17 335:8
339:24 360:8
361:24

**shut**
122:22 218:12

**sic**
83:13 153:17 197:8
210:6 362:5 372:2

**sick**
101:13

**side**

**284:**8,8 352:1,1

**sides**
389:2

**sign**
54:22 85:19 174:22
178:2

**signature**
3:5 409:1 410:2
411:24

**signed**
207:15,21 209:9,9
209:16

**significance**
298:11,14 331:19

**significant**
78:5,6 142:11
284:23 298:2,5,6
298:20,23,24
299:1,6,11 302:10
303:8 315:5
321:18 322:7,15
322:25 323:1,2,8
324:22 348:24
349:3,7 359:11,14
360:9 363:13
365:7 372:3,20
391:20

**signs**
78:3

**similar**
92:24 128:12
151:15 225:14
269:3 273:21
387:1

**similarity**
346:11

**simple**
145:25

**simply**
141:25 149:24
184:9 187:13
299:5

**simultaneously**
311:16 382:4 399:7
399:11

**Singh**

**226:**12

**single**
182:25 183:9,13,17
199:11 303:10
371:20 387:16
394:15

**sir**
401:2

**sister**
323:4

**site**
232:17 373:24

**sites**
80:21 233:3

**sits**
242:13 243:4

**sitting**
20:20 41:4,13 54:6
58:21 69:22 97:19
109:8 136:19
137:2 166:17,21
166:25 187:1
201:23 238:12
244:13,22 272:1,8
278:24 291:21
311:5 327:4,12
339:21 392:11

**situation**
35:22 195:2 406:6

**situations**
40:16

**six**
219:19,23 220:19
256:10 257:3,6,6
257:17,25 341:6

**size**
130:8

**skin**
120:8,17,25 121:10
121:16,25 122:18
203:12,16 229:7
229:15,22 244:11
244:18 286:11
289:4 290:25
294:20

**skip**

111:12
**SL**
157:4
**slightly**
163:17
**SLL**
154:15,16,17
157:10 343:8,9,17
343:17 345:13,17
345:18,20,25
346:8 348:9,11,12
348:14,22 349:2,6
349:13,24
**SLL/CLL**
157:4 346:5
**slow**
157:4 267:22,25
**small**
81:19 143:21
147:10 154:16
345:16
**smaller**
234:1
**smoke**
143:20 144:24
145:7,10,10,11,12
145:16 147:6,9
247:10
**smoking**
143:22 144:1,3,10
144:13,14,17,21
145:2 147:17
321:9
**Society**
158:1
**sold**
44:19 186:7
**solely**
61:22
**solid**
70:6
**solvent**
290:17
**solvents**
142:18 260:2
**somebody**

23:3 30:17 40:11
70:7 115:9 208:20
219:2 233:10
287:7 395:18
**somebody's**
213:24 214:7
306:19
**someone's**
29:16,25 122:10
145:3 309:1
**soon**
207:10
**sorry**
34:14 51:2 65:14
76:23 90:12
115:22 145:9
148:15 149:25
153:9,10 166:20
188:4 197:10
198:20 222:20
225:10 240:14
245:23 253:4,5
268:18 295:18
311:18,21 337:14
348:12 352:14
356:14 362:6
377:13,23 381:17
382:12 386:16
388:17 389:20
397:16 399:8,8
**sort**
59:14 64:7 200:7
**sought**
17:25 72:16
**sound**
220:12
**sounds**
139:1
**source**
58:11
**sources**
143:17 212:25
246:22 398:19
**south**
2:10 40:13 412:18
**Southeast**

2:4 412:12
**speak**
8:2 13:20 14:7
65:14 143:13
146:1 400:19
**speakers**
33:22 40:25 46:17
50:13 65:8,12,25
66:16 87:24 121:7
129:6,23 149:4
172:25 176:9
190:9 196:15
311:15 333:22
382:3 388:18
399:6,10
**speaking**
21:17 71:13 311:15
324:8 382:3 399:6
399:10
**speaks**
337:9 376:4
**special**
93:25
**specialties**
59:16
**specialty**
59:15
**species**
78:12 104:4 135:23
381:1
**specific**
56:14 89:17,18
93:25 94:1 95:13
104:19 132:23
153:18,20 318:4
**specifically**
94:16 158:15
187:16 251:19
263:3,9,24 283:3
345:22 347:11
**specify**
153:24
**speculate**
205:9 280:4
**speculating**
240:3

**speculation**
205:10 230:2
312:15 387:22
**spell**
44:17
**spend**
131:21,25 296:23
**spending**
221:12
**spent**
39:11 49:12 74:7,9
74:19,25 75:15,23
76:5,12 87:2
206:20 215:14,18
215:25 216:4,10
221:18,22
222:6,20 223:1
225:1,13
**sperm**
264:4,7,20 265:9
266:9,17,23 267:1
267:4
**sperm-modulated**
264:25
**spill**
202:23,25
**spilled**
203:5
**spinach**
247:5
**spoke**
214:1 400:16
**spoken**
12:9,11 226:14,17
226:20,23
**sporadic**
232:19
**spot**
125:2,17 126:20
**spray**
120:23 122:16
126:13 128:5,17
130:6 191:11
200:21 203:11
229:21 256:11,13
270:2,16,16,20

**sprayed**
21:12 22:5 24:20
25:4 40:18 103:7
103:15 116:14,15
116:17,22 120:6
120:22 125:1,17
125:18 126:10,19
126:23 193:3,5
201:14,19 202:16
204:5,14 229:5
250:13 255:3
256:11,22 257:8
257:17 258:18,24
269:20 304:8
306:2,8,11,12
310:1 311:8,24
312:6
**sprayer**
191:13,14,16,18,21
191:23 192:2,6,8
192:12 193:12,21
229:12,20 269:17
**spraying**
40:16 72:19 117:7
120:19 123:4,8
125:2 126:20
130:10,14 199:13
201:10 204:17
229:3,8 256:20
257:22 270:22
**sprays**
126:8
**spread**
266:7 284:7 295:24
**square**
198:23
**SSchultz@Schles...**
2:6 412:14
**St**
1:1 5:5 223:21
411:1
**Stacey**
3:12,15,18 8:18
10:1,5 12:9 15:10
16:19 17:3 21:17
21:18 55:5 73:20

74:6,9,15 75:2
112:18,24 113:2
116:14,16,22
117:7 139:9
156:21 179:3
181:19 184:14
185:9,15 186:8
192:11 193:11,20
194:19,24 196:5
196:23 197:17
199:15,18,23
200:1,16 203:4
204:14,24 206:3
206:16,20 216:9
226:14 227:10,21
227:25 228:7
239:10,17,21
240:8,18,22
245:18 246:13
247:13 253:1,10
256:4,19 259:11
259:16,24 260:7
260:13 261:9,22
267:10 303:17
**staff**
45:5
**stage**
283:18
**staining**
152:24
**stakeholders**
373:11
**stand**
58:21 60:22 126:12
257:7,13 302:13
**standard**
27:19 28:20 103:19
105:14,24 114:16
186:1 211:23
260:2 311:4 374:8
407:7
**standards**
72:8 80:20,22,23
406:2
**start**
8:6 55:9 178:19

208:24 217:16
221:9 263:7 277:2
**started**
10:10 11:25 92:23
119:3 124:13
190:11 207:13,14
214:13,24 221:11
221:14 269:9
400:3
**Starting**
215:10
**starts**
171:7,9 263:3
384:15
**Stat**
4:8
**state**
1:1,20 5:5 26:7
28:12 38:3,4
53:23,24 54:14
62:11 75:11 82:6
82:18 88:22 89:6
89:10,15 90:15,22
91:3 138:15
182:24 183:8
184:3,9 187:24
195:13 200:22
203:23,25 229:21
233:21 234:11
237:9 255:21
257:16 262:7
271:6 273:25
284:10 302:6
319:25 320:4
325:16 339:12
343:6 346:21
347:16 358:10
365:23 379:2
383:3 396:7 410:8
410:24 411:2,17
**State's**
88:6 374:14
**stated**
1:24 6:3 182:10
202:7
**statement**

10:13 63:10 70:3,8
70:13 109:1,2
120:2 149:25
158:1 168:7,7
178:18 179:8
182:23 190:17
194:9 212:23
229:23 237:13
244:7 251:17
274:21 294:6,22
315:7 331:6 337:6
338:8 359:4
379:24 383:5
391:22
**statements**
54:19 118:7 178:23
179:2 182:13
194:14 251:16
259:19 307:23
381:7
**states**
61:9 67:18,22
73:24 94:12 157:8
157:14 159:4,13
159:23 160:16
161:9,14 162:3,10
165:12 167:3,21
170:11 182:12
231:22 314:7
317:16 337:18
340:20 341:5
358:21 370:5
372:9 374:4
379:18 380:8
384:4,7 385:4
394:18 398:11
**statewide**
200:24
**statistic**
172:6
**statistical**
162:20 293:7
295:25 296:8
298:11,14 316:23
317:1 398:2
**statistically**

78:5 284:23 298:2
298:5,6,8,19,23
299:1,5,11 315:4
320:5 321:17
322:7,15,24 323:1
323:8 324:22
348:23 349:2,7
359:10,13 360:8
363:13 365:7
**statistics**
44:1 158:12 159:3
299:20 322:18
**stay**
30:16 258:25
259:18 394:7
**stayed**
163:22
**staying**
169:8 223:14
**steady**
163:21,22,24 164:1
**Stenographic**
2:25
**stenotype**
1:21
**step**
106:5,7 110:18
318:22 391:3
405:11
**steps**
18:5 195:22 222:22
257:11 384:10
**sticky**
203:12 229:22
**stimulator**
220:17
**stop**
6:22 46:11,12
125:8,11 221:14
394:2
**stopped**
125:9 127:17,20
241:22 395:22,24
399:24
**straight**
256:21

**straightforward**
30:20
**strange**
386:10
**strategies**
49:13
**Street**
1:22 2:15 412:23
**stress**
63:16,22 134:4,5
136:1,10,11,14,15
136:22
**stretch**
312:19
**strike**
399:17
**strip**
270:23
**stronger**
141:21
**student**
45:24 47:4 48:19
**students**
45:4,6 47:21
**studied**
48:13
**studies**
19:20 27:24 34:19
37:3 44:3,6 47:18
48:1 49:7 50:25
51:4,21 58:2,6,12
60:13 61:1,5,8
62:17,18,21,22
64:17 65:20,22,24
66:5,17,20 67:18
67:23 68:3,7,12
69:1,7,12,21,24
72:3,10,10 76:22
77:1 78:3,21 93:4
101:3 103:11
105:11,11 135:13
148:13 154:2
215:5,6,8,19
231:4,5,5 233:2,8
234:4 235:2,24
236:16 262:7

263:10,22 264:2
264:10 265:8,11
266:8,20 267:1
273:25 274:21
276:10,14 284:1
284:16,25 285:16
286:24 288:7,8,10
288:16 294:25
295:3,4,7,9,16,17
296:13,21,21,22
297:2,5,8,11,13
297:13,17,18,24
300:13 302:7,14
304:1,7,13,25
306:1,15 307:12
307:14 308:14
313:4,7,11 338:6
338:10,11,14
339:6,6,13,25
340:19 341:5,10
342:22,24 343:2,3
344:14,15 354:3
354:13 365:2,4,14
380:19,20,24
381:1,5,8 382:23
387:7,11 390:1,4
404:10,12,16,25
405:3,4
**study**
4:11,18,19 44:8,9
44:12,21 46:20,23
47:12,21 48:4,5
48:10,14,17,19
49:1 60:17 64:4
65:11,18,21 66:4
66:13 69:9,14,16
69:20,24 77:18
78:6,9,14,15,18
101:16 168:6
169:20,22,25
170:14 171:19
277:6,14 278:4,11
278:18,24 279:10
279:11 284:16,20
285:5,7 286:3,8
286:15,18 287:6,6

287:11,12 288:15
289:4,7,16,19,20
290:2,4,7,12,16
290:21,24 291:9
291:11,22 292:23
293:1,2,3,18,20
293:23,24 294:6
294:11 296:3,4,18
296:18,19 298:15
300:3,7,11,15
305:22 314:2,4
319:15 321:13
326:20 327:15
331:22,23 332:18
334:22 337:3,12
337:15 338:22
339:3,9,14,18
340:6,9,15 341:14
341:24 342:18,18
343:18 344:25
345:21 353:19
354:4 356:8
357:22,24 359:18
363:10,11 377:16
397:14
**studying**
112:13
**sub-registrations**
97:8,11
**subgroup**
316:1
**subgroups**
235:21
**subject**
52:11
**subjects**
321:10
**subletter**
347:12
**submission**
52:19
**submissions**
373:10
**submit**
39:15 380:21
384:11

**submitted**
12:4 411:22
**submitting**
216:10
**subscribed**
410:16
**subscript**
323:25 324:1
346:14
**subsequent**
282:20
**subset**
342:1
**substance**
241:2
**substances**
58:3,24 59:1
230:19
**substitute**
48:12 100:3
**subtype**
317:25 318:5,16
363:25
**subtypes**
152:4,6,12,14,19
152:19 155:6,12
155:15,20 156:1,5
156:9,12 157:7,13
171:10 337:4
338:3 345:7,25
354:21 358:11,22
359:3
**suddenly**
165:8
**sufficient**
108:9 242:21,22,23
400:23 401:1,7
405:4,7
**suggest**
269:5
**suggested**
148:18,25 402:3
406:12
**suggesting**
236:1 262:8 263:10
405:2

**suggestive**
302:9 389:19
**suggests**
149:19 172:16
264:3 404:21
**Suite**
2:15 412:23
**suits**
108:11
**sum**
216:10 251:1
362:12
**summaries**
105:24
**summarize**
21:1 155:23 249:19
**summarizes**
230:11 313:3 372:2
**summary**
60:9,20,21,21
61:12 65:5 218:22
219:1,6,9 275:5
287:12 369:1
372:1,9,9,16,18
372:19,25
**superficial**
384:9
**superscript**
324:15,21 346:14
347:5,10 348:3
**superscripts**
324:12
**supervised**
47:4 48:19
**supervising**
47:20
**supervisors**
184:10,22,25
200:13
**support**
39:16 64:8 80:20
240:5 405:8,10
407:1,2
**supported**
17:24 64:5 72:14
**supporting**

17:23 61:8 78:10
300:13,13 407:4
**supportive**
18:19 339:10
**supports**
63:1,6 66:24 294:5
406:6,7,7
**supposed**
259:24
**sure**
6:20 16:3 18:9
29:21 30:21 39:7
40:24,24 45:15
49:25 60:24 72:7
81:17 94:3 97:5
99:8 115:10 122:2
127:15 142:20
147:19 150:15
175:9 189:15
211:12 239:6
241:12 245:25
261:17 262:21
290:6,7 327:4,6
328:17 331:16,25
367:21
**surface**
120:6 122:17
152:23 156:3
244:17,23
**surfactant**
227:16,21,25
**surfactants**
228:7,15,18
**surgeon**
42:19 281:2
**surrounding**
223:18
**Surveillance**
158:16,19
**survey**
235:21 295:16,17
295:17,20,21
297:11
**survival**
164:15
**susceptible**

334:13 395:19
**swear**
6:1
**Sweden**
314:4
**switch**
138:24 203:19
**switched**
165:8
**switching**
23:20 349:10
**sworn**
1:16 6:5,7 12:14,15
110:14 111:3,7,9
411:20
**symptom**
178:10
**symptomatic**
283:17
**symptoms**
241:25
**system**
81:1 141:5 142:7
241:24 266:19
282:19
**systemat-**
251:10
**systematically**
248:21
**systemic**
32:22 240:3 247:17
252:10
**systemically**
169:15 243:17
251:11
**systems**
141:20

**T**

**T**
2:9 412:17
**T-shirt**
245:6 270:7
**table**
139:25 181:18
191:25 192:4

193:13 194:2,11
194:18 254:19,22
257:16 277:8,11
277:16 289:23
294:17 313:2
314:10,13,18
315:18,22 317:14
317:19 318:6,21
318:22 319:25
320:4 321:5,7
322:8 323:13,16
324:6,12 325:19
325:24 326:8,8
327:5,7,15,24
328:1,5,18,19,21
329:2,15 333:16
335:4,13,16
336:24,24 337:14
337:20 338:16
344:22 345:5,9
346:15 348:18
349:5,8,11,16,25
350:8,12,16,17,17
350:23 351:8,13
351:19 352:2,5,9
354:17,19,20
355:20,22 360:17
360:19 361:1,23
362:15 364:3,6,10
364:13,16,20
365:15
**tables**
56:25 318:12 321:2
349:23 350:20
351:11
**take**
13:11 14:21,25
34:21 43:24 56:9
73:4 79:11,12
83:11 93:18 107:9
107:15 109:1,12
110:18 117:17
126:15 130:23
138:25 142:3
167:12 172:9,9
182:11 203:19

205:15 223:7
238:10 246:20
258:7 259:13
267:13 268:1,3,7
284:24 307:11
309:25 312:18
318:22 324:7
340:14 349:20
352:3 357:11
393:25 397:20
405:11 406:14
**taken**
1:16 61:20 117:7
123:7 178:21
203:7 240:22
244:5 247:13
282:2 283:5 412:2
413:6
**takes**
12:25 51:16 93:9
308:5
**talk**
12:6 17:10 20:24
109:17 119:23
139:15,21 168:17
168:18 180:21
217:7 221:19
224:15 259:5
267:17 285:4
286:3 290:3 304:1
390:13
**talked**
14:17 67:12 78:25
86:4 95:9 110:20
122:21 150:21
164:25 169:11
204:8 209:21,21
209:22 214:5
218:10 222:9
224:12 230:18
256:14 269:1
302:22 356:9
383:9 391:6
**talking**
11:4 19:21 69:16
76:21 86:20

128:11 151:14
153:9 164:22,24
166:1 185:3
187:17 196:12
211:13 221:13
251:18 255:23
263:19 268:18
271:4 273:22
280:9 285:2,17,25
290:5 291:9
311:19 314:16
322:9,10 325:21
325:25 347:12
349:12 352:10
358:17 360:11
376:23 380:19
393:15,16 395:4,5
395:21 396:1
400:3
**talks**
264:7
**tank**
200:17
**target**
269:23
**taste**
107:12
**Taxfactor**
3:21
**TAYLOR**
394:3
**TDA**
88:15,17,21 89:1,3
91:25
**teaching**
398:6
**techniques**
42:8 179:20
**Technology**
371:13
**Telephone**
2:5,11,16 412:13
412:19,24
**tell**
16:7,11 19:4 34:9
46:23 81:20 86:11

100:19 170:20
175:23 177:20,24
178:3 180:17
183:4 187:4
273:23 276:21
289:1 298:6
305:11 306:12
326:14 327:8
328:23 344:23
354:15 383:24
**telling**
101:10 176:1 374:9
**tells**
171:12 306:18
**ten**
75:23 76:5 178:6
216:7 235:10
315:23,23 316:3,3
316:6,9,11,16,16
316:20 317:2,2,5
317:6 353:3,4
362:16
**tendency**
302:10 344:20
**tennis**
200:17
**term**
6:21 388:14
**terms**
20:10,17,20 308:25
366:21,25
**test**
138:4 239:16,19
272:25
**test-**
400:15
**tested**
83:13 138:7 391:1
**testicular**
265:17
**testified**
6:7 130:4 228:21
229:14 258:18
269:7 402:16
403:6
**testify**

257:22 271:19
**testifying**
369:21
**testimony**
7:7 12:15,21 21:10
22:4 24:18 110:14
111:3,7 117:1
184:18 223:12
255:2 309:25
311:13 411:21
412:2
**testing**
38:24 70:15,16,19
70:20,22 71:2,6
71:16,18 105:19
134:6 137:24
175:2
**tests**
105:14,16,24 134:3
136:17 137:6
138:1 174:22
175:13 239:9
**Texas**
1:20,23 4:6 5:3
37:17 38:4 39:8
39:15,16 40:4,13
41:5 51:7,14
53:12,23,25 72:21
86:19 87:6 88:2,3
88:5,10,15,22
89:6,11,15 90:1,5
90:15,23 91:3,7
91:11,15,18 92:11
92:15,21,25 94:13
94:16,17 95:13,18
95:20,23 96:1,6,8
96:14,21 98:3,16
100:5,19,23
102:12,15 103:3
108:14 138:15
164:25 228:14
411:17 413:14
**text**
317:14
**thank**
24:10 45:16 76:20

79:16 120:10
188:7 208:13
285:19 340:25
368:1 397:19
407:21
**thanks**
65:17 340:5 374:6
382:5
**therapy**
153:3 283:2 284:9
284:10
**they'd**
38:23
**thing**
18:1 19:7 51:15,17
63:17 93:15 128:6
150:1 185:21
221:11 232:20
286:3 293:14
351:25 384:12
405:12
**things**
10:11,13 28:3
38:16 46:1 51:9
54:18 64:7,12
71:10 73:3 81:3
89:18 93:7 101:4
101:8,20,21
105:22 109:13
112:7,10 115:8
127:2,3 132:18,19
133:11 135:16
146:4 195:6 197:6
203:3 208:23
210:21 213:10
220:22 228:22
233:12 260:6
284:4 304:20
310:13 339:9
347:2 384:3,6,12
398:8 404:13,13
406:24
**think**
15:4 20:20 24:12
33:8 50:11 64:11
70:10 76:25 81:13

81:14 84:7 91:13
111:12 116:24
117:4 124:11
127:14 131:8,14
131:17 137:5
141:13 152:16
155:22 156:18,19
156:20 157:25
160:23 162:7
181:12 183:2
184:3 185:3,6
190:10 191:17,22
191:23 193:12
203:8 206:25
207:6,19,25
208:25 211:3
213:7,25,25 214:5
216:4,6 223:7
225:2 227:8 231:3
248:1 249:19
251:15 259:12,19
269:1 270:3
271:14 281:2
290:12 309:15,24
311:4 321:22,22
326:6 328:15
335:11 357:3
361:23 363:19
368:19,25 377:8
382:8 383:11
393:22 395:15,16
396:13,20 398:12
**thinking**
196:25 265:17
351:23 353:8
398:8
**third**
2:4 225:14,18
249:8 412:12
**thorough**
375:22 376:6,14
**thoroughfares**
99:1
**thoroughly**
259:8
**thought**

190:14 320:18
351:22
**thoughts**
307:12
**thousand**
66:10 394:21
**thousands**
131:1 261:23
307:21 308:5
**thread**
164:2,17
**three**
25:4,7 45:6 51:16
74:20,24 87:18
93:23 94:20 95:2
118:6 119:5
124:21 153:20
154:13 171:10
192:17 193:1
204:24 205:4
221:5,7 257:22
258:18,22 269:17
305:3,4 310:8
352:21,25 384:14
391:1 405:6
**three-hour**
258:7,7
**three-page**
219:6
**threshold**
110:2,4 143:12
308:24 309:2
**tickets**
223:14
**tie**
129:10,11
**tied**
288:4
**time**
3:19,22 8:2 19:12
35:25 36:19 37:17
39:14 40:2 41:15
44:19,23 45:19
47:9 48:8 60:17
65:15 72:21 73:7
73:11,24 74:3,6,7

74:18,19 75:12,14
75:15,18 76:2,8
76:11 84:2,7,13
87:15,19 95:1,17
95:23 96:5,22
97:6 98:2,3
102:14 117:7
123:8 124:11,12
124:23 125:20,23
125:24 126:10
130:3 133:5,9
139:4,7 162:13
164:13,16,19,25
165:13,17,23
167:8 184:24
189:13,24 191:7
194:14 204:9
205:17,20 206:1
206:10,13,16,20
207:7,14,15 210:7
211:5 216:10,17
216:24 218:20
221:12 223:16,17
223:20,22 224:2
224:12 225:1
228:16 239:9,16
242:11,14 250:25
259:17,18 267:10
268:10,13 272:25
282:5,9 306:12
312:23 313:1
320:18 324:7
327:14 351:21
352:2 357:15,18
377:18 379:9
386:13 394:1
397:14,14,17
408:4 412:2,8,9
**timeline**
212:5,7
**times**
25:3,4,8 32:15
124:21 128:10
141:25 189:24
191:7 194:21
195:6,17,19,25

196:3 197:15,23
204:13,24 205:4
222:17 255:19,19
256:3,3,6 261:23
270:10 297:8
306:13,19 320:17
320:22
**tissues**
232:7
**title**
354:7
**tobacco**
147:6,9 247:10
259:10
**today**
5:2 6:20 7:7,20 8:1
20:21 40:20 41:4
54:6 85:24 86:2
89:4 91:22 97:19
136:19 137:2
159:19 166:17,21
166:25 168:18
187:2 201:23
221:20 222:19,25
224:16 244:13,22
267:7 272:1,8
278:24 291:21
327:1,4,12 339:21
370:13 375:15
398:14 403:8
**told**
58:23 100:25
101:25 130:6
132:11 137:5
150:24 167:9
173:6 184:25
191:4 221:9
**TOMASELLI**
2:10 412:18
**tomorrow**
93:15
**top**
158:15 159:24
163:19 164:4
171:3 200:17
358:16,24 373:20

**topic**
203:18
**topical**
286:4,8
**topics**
138:24
**total**
23:3 25:17 74:9,14
76:16 113:17
126:15 130:2
221:25 246:5
255:12,13 256:3
256:22 258:24
305:4,4,8,12
306:2,11 308:15
310:14 337:24
**totality**
338:11
**touch**
153:8 203:17
**touched**
82:4
**Toxfactor**
3:18 81:23 209:5,8
209:12
**toxic**
27:7 58:3,23,25
107:19 230:19
405:14
**toxical**
404:11
**toxicants**
145:11
**toxicity**
20:12 60:18 61:13
62:20 285:15
405:10
**toxicokinetics**
242:8
**toxicologic**
51:21
**toxicological**
27:25 50:25 51:4
137:6 138:8
230:11,15 404:10
407:8

**toxicologically**
144:7,10
**toxicologist**
5:16 14:2,11,13
101:5 125:15
132:7,10 135:15
136:24 138:18
173:12 179:21
187:1 241:7
242:17 243:10,23
247:20 258:3
296:11 297:3
396:11 397:20
403:16,17
**toxicologists**
59:13,20 80:14
296:12 378:19
**toxicology**
20:12 38:22 41:19
44:25 45:21,22
48:7 60:1 80:6,19
82:7 85:20 86:3
86:17 91:19 101:7
106:20,23,24
107:5 202:8 396:8
396:12,16,18,22
397:3,10,14,21
398:6,10,18,18
400:3
**TPA**
289:13
**trace**
232:2 246:9,13,17
247:6 248:23
250:22 253:20
**traces**
232:1
**track**
59:17 71:11
**tract**
266:4
**trade**
127:8
**trained**
173:11 240:15
296:13

**training**
45:3 88:11 89:17
135:15 173:16
240:16 258:4,8
339:7
**transcribed**
194:16
**transcript**
411:20,22
**transcription**
194:18
**Transferring**
229:20
**transparent**
383:4,7
**travel**
223:16,17,22 224:2
**treat**
41:24,25
**treated**
77:22 156:6,21,24
282:14,23 283:6
283:14,17
**treating**
112:2 178:19 279:3
279:14
**treatment**
42:22,25 114:12,15
128:9 148:23
153:3 156:9,13,17
156:20,23 282:16
284:3,10 286:12
290:17 294:14,21
405:19
**treatment-related**
66:21
**treatments**
282:18
**trend**
278:2,21 316:19
**trial**
16:8,11 17:3,7 79:4
166:23 168:14,17
223:6,11
**tried**
134:10 259:18

**true**
15:11 18:22 23:17
26:23 27:4 28:22
29:9,17 33:1,13
36:16 41:11 56:15
60:7,10,14 66:7,8
77:11 89:8 91:11
91:14,18,22 98:5
99:7 102:17 115:8
116:7 122:12
123:2 135:1,22
137:24,25 149:17
172:12 178:5
185:11 195:7
202:9,12,15
215:20 228:3,5,11
230:5,6 231:18
234:6 237:24,25
238:4 239:4,5,11
240:5 245:20
247:7,23 249:5,8
250:10 258:1
260:17 262:17
267:5 271:16
278:6,15 280:2
282:12 285:8
288:8 289:19
297:6 302:20
303:17 305:13,14
306:20 315:6
328:9 337:6 359:4
366:18 367:7
370:23 371:2,5,9
371:12,16 387:19
389:7,8,12 391:13
410:3 411:21
**trust**
61:15 238:10
**try**
8:2
**trying**
115:7 118:5,10
123:15 137:1
153:14 160:13
165:9 166:8 177:9
204:20 208:20

220:15 275:24
280:4 327:8
331:13 333:18
334:15 364:23
377:24 381:9
407:3
**tumor**
286:9 287:2 288:15
290:16 291:19,23
292:13,23 293:3
294:7,12
**tumors**
66:21 101:18
286:11 290:25
291:15 292:25
294:16,20
**turn**
26:3 55:3 161:1
162:12 163:1
170:17 181:1
183:1 186:13
204:20 205:25
216:16 227:7
254:17 267:9
288:25 301:9
314:10 318:6
323:13 328:19
337:16 341:1,13
354:15 356:14
365:21 368:25
370:4 372:25
**turning**
268:5
**twelve**
197:8 255:7 258:19
316:7,7,8 378:1,2
**twenty**
178:6
**twice**
130:6
**two**
11:23 18:15 22:16
22:23 23:10 25:4
25:4,8 45:5 53:8
92:8 93:18,23
119:5 124:21

151:14 152:11
160:5,18 167:10
171:10 183:12
191:13 193:24,25
194:3,12,25
195:10 204:10
221:17 224:13,14
249:7 280:16
281:17,22 292:2
302:23 303:7
305:1,3,7,12,20
305:22 309:5,13
310:2 315:14
320:16,21 321:2
323:24 328:20
346:2,12 348:17
348:19,23 350:9
351:25 395:1
399:1
**two-**
219:5
**two-gallon**
193:11,20
**two-hour**
258:6
**two-way**
392:23
**two-year**
47:25 48:3,9,14
65:23
**twofold**
322:1
**type**
13:25 59:10 81:19
83:7 93:21 97:9
115:15 148:2,3
152:22 153:11
157:3,17 191:10
220:18 235:21
260:3 300:8,20
315:14 335:25
392:8
**types**
27:24 59:8 147:17
147:21,22 151:24
152:2,6,24,25

153:2,12,15,16,20
155:2 157:7
161:18 162:7
176:20,23 177:4
284:6 328:17
366:4
**typical**
105:16
**typically**
78:16 235:16 297:5
**typo**
326:5

---

## U

**U.S**
52:6,19 56:17
158:22 165:17
168:3 187:13,13
187:14,16 189:3
308:18 341:5
370:13 387:2
396:7
**uh-huh**
62:13 113:5 163:2
183:3 292:21
**unadjusted**
300:5 364:17
**unaware**
184:11
**uncertainty**
118:12
**unclear**
6:21
**Unconditional**
55:16,21
**underline**
274:19
**underlined**
9:3
**underlining**
274:14 301:12
**underlying**
61:7 293:19
**understand**
7:9,24,25 34:13,16
50:11 57:21 77:17

102:24 110:10
141:2 151:21
154:6 160:14
166:23 173:17,18
173:22,24 205:23
208:25 236:25
239:6 262:19
265:4 275:8,13
280:19 282:18
287:8 295:14
309:19,22 330:5
331:6,16 332:1
333:23 334:2
342:2 366:21,25
398:22
**understanding**
94:3 129:14 152:20
154:25 156:7
179:21 214:15
298:10,11 315:10
322:23 326:21
333:20 339:13
393:12
**understood**
7:2 50:17 141:13
176:7 331:8
**unexposed**
333:8
**unidentified**
178:8
**Union**
386:24 396:3
**unique**
174:15 373:10
**unit**
188:23
**United**
61:9 67:17,22
94:12 157:8,14
159:4,13 160:16
162:10 165:12
167:3,20 314:7
340:19 384:4,7
394:17 398:11
**units**
189:17

**unity**
278:21
**univariant**
314:18 315:11
**unlagged**
337:18
**unpublished**
62:1 63:14 265:14
**unspecific**
153:18
**unspecified**
152:17 153:24
154:1,5,8,12,19
**unusual**
373:8
**unwanted**
98:21,23
**update**
101:7
**ur-**
43:10
**urgency**
93:10
**urinal**
242:14
**urinary**
43:9 237:10,23
**urine**
230:5 233:19,22
236:4,11,14,18
237:4 239:1,13
243:5 272:19,22
**URL**
93:5
**urology**
42:15,17,18 113:15
113:17
**USA**
354:10
**usage**
129:14 180:21
202:2,6
**use**
4:10 20:17 32:18
36:25 38:3,4
49:20 50:3,20

51:6 52:2,3,5 57:7
57:10 88:3,7 89:3
91:7 92:11 93:7
93:17 94:17 95:21
96:10,15,18 99:3
99:10 101:12,19
102:11 108:16
109:7,7 110:5
116:7 119:11
120:4 121:21
124:6,8 125:5,14
127:3 128:2,4,17
128:18,19,22
129:2,15 130:10
131:22,23 132:4
136:9 148:9
152:23 164:18
165:1,12,17,21
166:6,14 167:2,7
167:10,12,14,17
167:20 168:2,7,8
170:7 181:18
182:19 191:10,25
194:21 196:23
201:2 205:4 209:1
209:4 220:3
235:19,19,22
236:12 252:22,22
252:22 254:23
258:19,19,23
259:14 260:6,9
261:13 271:7,10
271:10 275:17
277:5,13 278:17
280:1 294:25
295:1 300:12,16
305:16,24 310:8
310:23,24 312:13
315:5,24 316:2,9
316:12,21 337:4
337:19,24 344:2,6
344:17 345:6,10
346:23,23 347:2
347:18 348:12,15
349:2 351:5 352:6
352:17,21 353:3,6

354:8 380:18,18
407:7,7,8
**useful**
19:14 214:6
**user**
269:14
**users**
234:6 235:9,12,15
261:2
**uses**
6:21 98:18 100:3
230:4 364:6,10,16
365:24
**usually**
40:9 70:23 72:6
93:23 96:9 148:22
187:14 198:19,22
260:6 367:17
379:6 391:1,3

─────────────
**V**

**Vague**
116:23
**value**
114:10 182:19
333:4 335:3 336:5
336:9
**valued**
195:5
**values**
185:25 317:19
**vapor**
121:14
**variables**
324:5,16,23
**varied**
228:16
**variety**
41:10 71:22
**various**
88:25 115:13 159:3
177:4 194:21
199:16 288:7
315:19 318:23
365:14 373:11
395:20

**vary**
228:18
**vast**
172:1,12
**vegetation**
90:10,20,21 98:21
98:23 99:14
**verbal**
207:11
**verified**
351:21
**verify**
114:22,25 238:7,8
327:9
**verifying**
40:22
**versus**
167:16 168:8 258:6
**vested**
379:3
**Veterinary**
371:6 385:8
**vetted**
84:18
**viable**
136:15
**vicinity**
235:23
**video**
5:1,3
**videographer**
2:23 4:24,25 5:25
73:10 139:3,6
153:4 205:16,19
206:9,12,14 268:9
268:12 312:22,25
357:14,17 407:25
408:3
**videos**
117:6 123:7
**Videotaped**
1:10,14 3:10
411:12
**view**
69:7,12 163:22
176:23 202:18

311:7,23 345:14
370:13 379:15,16
385:25 390:6
**viewpoint**
393:21
**vinegar**
128:11,15
**violating**
369:22
**virtually**
8:9,16 9:12,22
10:19 73:12 79:19
81:18 89:24 158:5
169:21 281:11
288:19 313:19
319:20 340:22
353:10 357:20
368:9
**virus**
109:10
**Vitae**
4:3
**vitro**
67:23 263:4 264:3
297:2
**vivo**
67:23 297:2
**volume**
32:13,20
**vs**
1:5 411:5

─────────────
**W**

**W-9**
211:23
**Wacker**
2:10 412:18
**wait**
24:6 157:5
**walk**
79:25 85:5 126:12
**walked**
120:7 212:5 362:13
**walking**
120:22
**wallet**

131:24
**want**
11:8 15:5 16:2
17:10 25:22 46:22
60:24 73:15 79:10
110:10 115:23
122:2 125:14
127:14 129:5,19
132:21 139:15
140:18 141:13
152:9 168:11
185:4 188:17
190:6 196:14
201:11,15 211:12
239:6 241:14
261:12 292:8
300:5,9,16 305:16
305:23 321:2
351:25 353:14
362:12 367:17
382:17
**wanted**
22:19 48:18 136:5
264:20 325:18
342:3 393:4
**wanting**
378:5
**wants**
383:10
**warning**
366:17
**warnings**
200:10 366:13
**wash**
229:25 259:8,24
**washed**
232:5
**Washington**
2:16 223:19 412:24
**wasn't**
177:18
**wasting**
250:25
**watchful**
156:19
**watching**

Ambrose K. Charles, Ph.D.

156:19 284:4

**water**
108:3 109:19
121:17,17,18
135:5 148:23
182:6,15,22
183:21 185:17
189:24 191:7,21
192:17,17 193:2
194:8,12 195:1,10
204:11,14 229:25
408:2
**waterways**
98:25
**wave**
265:23
**way**
27:12 39:2 69:22
120:17 122:16
137:10,15 192:15
201:19 203:22
205:13 225:25
226:3 231:8,17
242:4 248:18
258:10 269:6
284:24 290:6,7
292:5,7 299:25
305:11 312:11
331:8 334:2 365:4
367:3 378:7
379:25 380:12
383:6,15 384:2,6
388:19 392:11
395:15 405:21
**ways**
99:2 136:13,20
**WBC**
177:1
**We'll**
277:2 301:14
**we're**
29:22 221:19
224:15 254:19
**we've**
16:16 78:25 98:15
194:4 204:8

224:12 396:13
**weak**
405:7
**weaker**
141:21,22
**weakness**
142:7
**wear**
259:24
**wearing**
245:2,6,10,14
259:25
**website**
4:5 81:12,15,25
82:3,4 106:18
158:6
**weed**
49:8,19 50:2,4,6,8
50:19,22 51:6,10
51:17 52:3 98:19
100:4 118:5
125:10,12 126:6
126:13 127:2,3
131:6,7 229:5
269:25
**weed-control**
123:15
**weeds**
49:14 50:20 52:4
72:19 98:21,23
124:14 125:3
131:3 204:14
205:5 228:23
229:8 269:18
**week**
8:25 21:11 22:4
40:6 197:8,9
256:16,20 257:4
**weekly**
310:7
**weeks**
25:4,8 256:16,20
257:4
**weigh**
35:13,22 232:23
**weight**

61:20 233:11
252:15 311:10,14
311:17
**weight-of-evidence**
375:22 376:6,14
**well-conducted**
339:2 340:15
**went**
25:1,7 128:23
153:15 181:8,24
182:24 183:8,12
183:16 189:22
190:15,19 191:5
213:14 220:1
221:15 238:21
310:5 350:2
**Westin**
1:21
**wet**
203:12 229:22
**whatsoever**
156:13 201:2 336:7
**whether's**
193:8
**white**
141:3 145:15,16
146:15,24 147:1
147:15 176:14,17
176:21,24 177:5
177:10,14
**who've**
49:12
**wide**
81:3 316:14
**widely**
98:15
**wife's**
268:23
**William**
3:13,17,21,22 9:15
9:16 10:22 11:7
12:11 15:10 16:21
17:7 21:16 25:14
75:6,15 76:4
113:21 156:24
179:9 213:7 214:3

216:9 226:20,23
233:13 253:10
268:22 271:6,10
271:16,24 273:1,4
273:14,17 281:5,9
302:19 303:12
313:3 355:10
358:7
**Williams**
214:2
**willing**
359:21
**wind**
259:20
**windy**
259:15,18,20 270:2
270:5
**winter**
310:8,9
**withdrawn**
10:3 40:2 47:2
53:17 67:10 77:12
95:1 100:1,11
104:14 110:17
116:12 117:10,19
134:9 155:21
166:20 193:14
203:23 209:19
214:23 222:21
225:24 227:3
238:12 245:8
271:1 273:12
338:20 348:7
373:9
**witness**
1:15 2:21 5:5,14
6:1,5 20:15 24:7,9
34:15 43:17 45:14
45:17 79:15
148:16 153:8
217:25 224:18
246:1 285:22
295:20 301:25
311:18 340:3
351:16 353:14
357:13 362:8

377:14 381:19,21
381:24 382:1,6
386:18,20 398:15
399:12,20,23
400:1,6,8,12
407:23 408:2
411:19,21,23,24
**women**
160:1
**wood**
98:19,19
**word**
45:15 57:9 133:19
171:7 398:7
**words**
23:14 65:15 166:16
235:11 270:1
403:14
**wore**
200:17 270:7
**work**
3:15,16 10:1,4,24
11:6,8,9 59:8
71:22 80:21 93:17
108:7,9,19 109:4
109:13 121:23
122:17 137:11
165:5 175:12
176:2 178:9
189:17 208:24
221:15 245:14
260:8 270:7
377:17 379:6
398:1
**workdays**
22:8 25:11 197:1,1
255:10 310:17,18
**worked**
52:16 67:16 92:15
103:1 132:25,25
197:5,6,7,12
209:24 210:2
229:15 250:11
255:6
**worker**
40:12 88:17

Ambrose K. Charles, Ph.D.

Page 469

**working**
42:8 44:24 45:11
47:4 115:18,19,19
115:20,20 194:6
196:25,25 204:18
221:9 290:20
310:15 397:13,24
**works**
21:23 38:2 93:16
383:19
**world**
37:7,11 61:9 64:15
67:14,18,23 95:17
138:23 147:10
154:9 155:1
278:25 287:25
386:8,12 387:24
388:9,23 389:25
**worms**
381:2
**worst-case**
258:5,9 259:3
**worst-possible-c...**
258:14
**worth**
296:21
**wouldn't**
192:11
**wrap**
248:1
**write**
15:24 238:1 274:16
310:12 326:12
**write-up**
265:17
**written**
10:17 11:12 35:18
52:22,25 53:3,14
70:6 157:25
219:25 279:17
352:2 370:3
**wrong**
27:17 28:14 30:18
109:14 208:6
287:9
**wrote**

14:18 274:18
302:13 327:6

_____
**X**
_____

_____
**Y**
_____

**yard**
125:3 127:17
128:15 131:4
**yardwork**
132:1 270:23
**yeah**
7:18 8:25 9:5,7
12:2 18:17,17,23
19:23 20:6,6
32:23 34:25 36:8
36:10 41:3 47:11
50:14,21 51:24
55:5,23,23 57:15
57:17 59:19,23
65:2,7,7,10 67:15
68:21 70:14,17,23
74:16 75:1,3 76:1
81:17 84:13 94:4
94:4,8,19 102:5
103:1,1 106:7
109:18,22 117:5
118:7 119:5
123:21 124:21,21
126:5,11,14,25
127:16 130:25
132:11 140:20,22
145:10,23 147:5
148:9 164:17
166:4,19 169:6
170:22 171:25
174:5 176:7,13
181:17 183:22
184:5 187:7,19
189:14,15,16
194:13 196:19,20
197:11 199:21
200:9 209:13,18
210:13 211:8
215:3,6 220:13
223:10,13 225:12

229:17 231:19
233:9,20 237:12
243:6 246:7
256:12 265:5
274:25 280:11
281:19,21 283:12
283:15,15 286:5
286:21 287:10,14
289:25 290:4
292:18,21 293:21
295:8 300:13
303:11 320:24,24
321:3 323:6,15
324:10 326:7,23
326:25,25 330:20
333:5 335:8,12,21
336:8 343:10
349:22 350:7,7
354:1 357:9
360:18 361:21
367:14 368:21
370:7 375:1 380:7
384:23 392:2
401:12
**year**
22:18,23 23:10,15
25:18 47:8 83:25
93:24 94:21 95:2
162:22 195:14
196:6,23 197:8,13
197:14,18,23
198:4 246:5 255:7
255:17 256:13,17
256:21 257:4
302:23 303:2,10
304:8,10 305:1,3
305:4,4,7,8,12,16
305:17,19,20,23
305:23,24 306:13
306:13 307:5
309:5,13 310:2
317:17 343:15
344:6 348:23
350:9,16 351:5
363:18 370:2
**year's**

144:19
**years**
38:8,23 39:9,10,11
41:11 44:23 45:2
59:4 82:4 83:10
85:9 87:2,11,15
87:16,18 91:25
93:22 94:23 95:3
100:22 101:22,22
101:22 107:3
118:12 124:9,17
124:20,24 144:21
156:13 168:7
175:25 179:18
195:20 200:4
228:14 246:6
255:16 256:21
257:4,18,20 258:1
258:1,19,23
282:15 305:8
306:2,8,11 307:5
307:8,17 310:7,8
343:6,13,16,21
344:1,17,20
345:10 348:15,17
348:18,20,20
349:2 350:2,3,6
350:16,21 351:5
352:6,12,13,14,16
352:22 353:1,2,3
353:6 363:20
366:16 370:11
**yes-and-no**
395:8
**York**
45:1 47:3
**young**
124:9 142:10
157:18

_____
**Z**
_____

**Zealand**
371:10 385:12
**zero**
333:19,21 334:4,8
352:16

**Zhang**
313:8 339:18,22
**Zhu**
4:13 280:5,8,12,16
281:13,22 284:18
285:5,7
**Zoom**
218:5,5

_____
**0**
_____

**004**
188:14 189:6
**0042**
188:11
**01**
193:15
**05**
298:22,25
**07/31/2022**
413:14
**0h8m**
412:4

_____
**1**
_____

**1**
3:10 8:9,10 15:13
15:14,15 160:21
162:22 171:24
193:6 204:2,23
231:22 234:14
237:10 321:5,7
322:8 326:4 330:9
330:19,20,21,22
330:24 331:2,21
331:24,25 333:11
361:23
**1,000**
187:3 284:22
**1.0**
315:2 330:6 333:4
333:7 353:25
355:15 356:2
**1.02**
356:25 358:4
**1.05**
322:19,24

Ambrose K. Charles, Ph.D.

**1.07**
351:2
**1.13**
277:25
**1.17**
361:15
**1.18**
355:3
**1.19**
329:20
**1.2**
325:13 329:12
**1.20**
326:6,9,12
**1.22**
319:7
**1.25**
234:9,14
**1.26**
320:1 325:7,17
  326:2,9,11,12
**1.29**
356:25 358:3
**1.31**
322:6
**1.35**
234:1,12,14,21
  235:3
**1.36**
353:24 355:15,24
  356:1
**1.42**
319:5
**1.46**
326:5
**1.47**
320:1 325:17,18
  326:4,11 327:5
**1.51**
314:23
**1.58**
330:3 333:3
**1.62**
322:20,24
**1.63**
357:1 358:4

**1.74**
325:14 352:8,23
**1.8**
325:8
**1.85**
334:24 353:25
  355:15 356:2
**1.94**
349:2
**1:21**
205:17,18
**10**
3:16 4:3 57:2 79:19
  79:20 84:11 86:11
  124:9,19,23
  140:24 142:12
  184:7 235:13
  310:8 341:11
**10:36**
73:8,9
**10:50**
73:9,11
**100**
129:15 160:6,18
  232:5 284:22
**100,000**
163:6 198:23
**1000**
2:15 412:23
**10th**
207:8 215:2,16
**11**
4:4 24:12 81:18,22
  267:17,19,20,21
  268:16,21
**11:59**
139:4,5
**112**
4:14 288:21 289:19
  294:18
**11th**
215:22
**12**
4:6 89:24,25 184:2
  195:14,17,19
  196:1,3,22 197:13

197:14,15 227:12
  255:16,19 256:3
  258:23 267:19
**12:09**
139:5,7
**1200**
138:14,14
**1212**
2:4 412:12
**12th**
211:25 214:18
  218:20
**13**
4:8 21:22,23 158:4
  158:5,12 163:3
  180:20 181:13
  182:12 183:22
  271:3 332:21
**13th**
74:10,14 215:22,25
**14**
4:10 21:23 169:19
  169:21 181:14
  183:1 186:14
  254:17 257:16
  276:19,23 327:18
**15**
4:13 38:23 39:11
  41:11 84:11 87:2
  91:25 93:22 94:23
  95:3 124:9,17,20
  124:24 126:16,20
  189:2 195:15,23
  203:8 216:11,13
  222:14,15,17
  255:21 272:11
  281:11,12 305:8
  310:7
**158**
4:8
**15th**
206:21
**16**
4:14 23:15 186:16
  189:2,2,3,20,24
  191:7 195:20

199:5 255:16,19
  255:25 256:3,21
  257:4 258:1 259:6
  288:19,20 302:23
  303:10 311:11,25
  365:21
**1659**
315:18
**1661**
314:11
**169**
4:10
**16th**
218:23 219:13
  221:22,24
**17**
4:15 230:8 238:25
  313:19,20,24
  316:11 395:25
**17th**
222:5
**18**
4:16 26:3 92:6,9,10
  93:20 94:9,11
  319:20,21
**1800**
2:15 412:23
**18s**
93:24
**18th**
219:13
**19**
4:17 340:22,23
  345:2
**1970s**
133:5,9
**1974**
370:1,3,6,9
**1975**
163:10 169:7
**1980**
47:10
**1980s**
133:6 341:4
**1982**
47:9

**1984**
47:10,12,17 133:13
**1990**
86:16,20
**1990s**
96:16 341:4
**1992**
181:6 183:10
  198:10 257:18,19
**1994**
123:16 268:23
  269:9
**1995**
163:10,12,24 167:6
  169:7 181:6
  257:18
**1996**
199:19
**1997**
183:10 199:19
**1998**
183:14 194:2
  199:23

---

**2**

**2**
3:12 8:16,17 9:8
  16:17 25:21 27:21
  28:17 86:10 90:5
  112:17,19 139:7
  159:22 191:23,24
  191:24 222:1
  227:8,10,11 277:8
  277:11 315:18,22
  317:14,19 318:8
  323:14 326:7
  328:18,21 329:2
  329:15 335:13,16
  337:20 341:1
  348:21 349:25
  351:12,19 354:19
  354:20
**2,244**
373:10
**2.0**
26:9

Ambrose K. Charles, Ph.D.

**2.02**
352:14
**2.1**
160:1,7
**2.14**
351:1
**2.19**
343:6 349:6,17
**2.31**
348:23
**2.36**
313:16
**2.43**
321:17,19
**2.44**
328:1 335:6,17
**2.94**
314:24
**2:10**
205:18,20
**2:11**
206:10,11
**2:12**
206:11,13
**20**
4:18 101:22,22
  118:11 124:17,20
  131:23 225:4,5
  301:21,24,25
  305:8 353:10,11
  353:18 354:6
  358:14
**20-**
225:7,12
**200**
2:10 373:9 412:18
**200-plus**
35:18
**20006**
2:16 412:24
**2001**
4:16 183:14 194:2
  199:23 215:11
  319:22 320:15
  322:1 323:8
  341:21 342:5,13

363:6
**2005**
86:16,23 87:4
  96:16,19 375:24
**2008**
4:15 215:11 303:20
  313:7,16,21 314:2
  314:4,4 315:4,22
  316:1,4 318:16,18
  318:22 362:15,20
**2010**
84:4,12 162:22
  163:13,17,23
  290:1,15 291:21
  292:23 293:19
**2011**
73:2 84:4 87:4,8
**2013**
183:18 200:1
**2015**
67:4 386:14
**2016**
376:20
**2017**
64:22 160:3 183:18
  200:1 342:23
  377:7
**2018**
55:15,21 169:20
  170:6 171:14
  276:20,23 277:4
  278:12 313:8
  327:16 337:12
  361:17,20 362:3
  363:2 373:6,7
**2019**
4:17,18,21 67:3
  160:3 162:23
  163:23 164:1
  167:6 169:8
  230:15,22 280:5
  280:12,16 281:22
  284:18 285:5,7
  303:22 313:8,8,8
  338:22 339:18,22
  340:7,18,24

341:13,17,20
  342:5,14 344:22
  346:13 347:5,9
  348:2,6,9,14
  353:13,19,23
  354:2,12 355:11
  356:1 362:24
  363:6,17 368:13
  375:13
**202.223.5535**
2:16 412:24
**2020**
233:21 237:13
**2021**
4:19 308:21 313:9
  357:22 359:4,6
  360:23 361:16,19
  363:12
**2022**
1:12,17 4:9 5:2
  74:10 81:25 118:5
  123:15 158:7
  159:6,8,13,20
  206:21,24 207:9
  207:18 210:15
  211:5,16,18,22
  214:18,19,24
  215:2,10 216:22
  217:10,13,19
  218:17,20 224:9
  411:14
**20SL-CC03678**
1:5 411:5
**20th**
220:24 221:1,2,17
**21**
4:19 39:10 357:20
  357:21
**22**
4:20 195:14,17,19
  195:21,25 196:2,3
  196:22 197:7,9,12
  197:15 255:6,16
  255:19 256:3
  318:9 368:9,11
  369:1 371:25

**22nd**
2:10 412:18
**23**
273:20 274:12
  301:9 318:7,10,11
  350:24
**23.5**
221:22
**233**
235:10,13 236:2
**237**
187:24 188:2,3,6
  188:21,24,25
**238,290**
373:7
**24**
285:10,13,14,17,24
  287:2 390:16
**24(c)**
92:9 93:21
**24.5**
215:14
**24D**
150:13,15 347:2,11
  347:18 348:3
**25**
101:22 131:23
  225:4,5
**25,000**
225:7,12
**25th**
214:18
**26**
262:1,4,4,5,24,25
**26,100**
74:15 222:10
**264**
196:3,6 197:16,18
  197:22,23 198:3
  256:13
**27**
280:10
**27,000**
76:17 222:13
**27th**
373:6

**28**
1:12 5:2 411:14
**281**
4:13
**288**
4:14
**28th**
1:17
**290**
280:7

---

**3**
**3**
3:13 9:12,13 15:21
  16:17 79:25 113:4
  119:25 139:25
  161:1,1,4,20
  180:23 181:2
  191:21,24 192:9
  193:3 199:5 204:5
  204:17,23 267:13
  268:13 305:13
  318:22 344:22
  345:5,9 348:18
  349:23 350:16
  351:11 352:5,9
  363:19
**3-gallon**
192:1,6
**3,000**
188:17 307:13
**3,500**
223:9,25
**3,785**
187:21 188:1,19,24
**3.2**
234:2,9,12,21
  235:3
**3.35**
313:17 319:4,8
**3.5**
343:5,13 348:12,15
  348:18,20 349:1
  350:1,6,21 352:6
  352:13,14,16
**3.785**

Ambrose K. Charles, Ph.D.

187:15,21,23
188:18
**3:24**
268:10,11
**3:31**
268:11,14
**30**
24:22 118:11 238:2
310:6,6
**300**
305:8,13
**30th**
214:24 215:2,10,15
373:6
**310**
1:22
**312.881.5952**
2:11 412:19
**313**
4:15
**319**
4:16
**32**
288:25 289:3
**33**
55:11 112:20,22
**33316**
2:5 412:13
**340**
4:17
**3500**
223:5,7 224:1
**353**
4:18
**357**
4:19
**368**
4:20

---
**4**
---
**4**
3:15 9:22,23 10:16
14:19 181:18
191:25 192:4
194:2,18 254:19
254:22 285:12

286:16 349:11,23
350:8,17 351:8,11
351:13,19 357:18
368:25 370:4
372:8,15
**4-d**
90:5
**4,224**
255:19 256:1,3,6
**4.28**
351:2
**4/10th**
207:7
**4/12**
211:4
**4/8**
214:3
**4/9th**
207:6
**4:17**
312:23,24
**4:28**
312:24 313:1
**40**
236:7,13 237:7
286:11 294:20
366:16 372:13
**400**
3:4
**409**
3:5
**41**
289:8
**411**
3:6
**44**
319:8 328:2 335:7
**44,000**
172:9
**44,932**
170:12,14 171:19
**440**
171:18,20,23
**45,000**
171:23
**450**

74:12 76:9,14
216:14 222:15,17
224:3
**48**
330:3 333:3 370:11

---
**5**
---
**5**
3:16 10:19,20,23
11:6,11 14:19
162:15 187:15
349:5,8,16,23,25
350:12,17 351:11
352:8,23
**5,000**
307:13
**5:21**
357:15,16
**5:31**
357:16,19
**50**
35:10 160:8,12,15
160:21 187:3
306:13 402:25
**500**
198:23
**51**
334:24
**511**
170:17,22 337:15
**512**
277:8
**513**
335:15
**515**
336:25
**52**
256:16,20 257:4
**53,100**
222:23
**54,251**
170:11,12
**571**
277:19
**5752**
6:4 413:14

**58**
74:9 113:14 215:25
**58,000**
307:13
**5th**
1:22 206:23 207:1
211:16 216:22

---
**6**
---
**6**
3:3,18 73:12,14,19
75:4 162:16,17
264:13,15 313:2
320:4 326:8
327:15 335:4
338:16 345:3
372:25
**6-**
222:17
**6,750**
222:17
**6.32**
328:2 335:7,19
**6.86**
343:7 349:18
**6:21**
1:18 408:4,5
**60**
38:8 76:12 95:3
152:5,8 153:1,15
155:5 222:6 236:4
236:10,17 237:5
**60-**
222:24
**60-day**
373:4
**60,000**
222:20 223:1
**60606**
2:11 412:19
**61**
361:14
**62**
329:20
**63**
112:23 113:17

**64**
329:11
**65**
155:2
**650**
138:16
**66**
113:11
**6750**
222:23

---
**7**
---
**7**
3:19 55:15 73:12
73:14 74:4 162:12
163:3 205:25
206:15,19 314:10
314:13,16,18
343:7 349:18
374:1 380:5,23
**7.89**
319:5
**70**
152:3,5,8,19 153:1
**73**
3:18
**74**
3:19
**75**
3:21,22
**77**
314:24 355:2
**78701**
1:23
**79**
4:3
**7h0m**
412:5
**7th**
211:5,18 224:9

---
**8**
---
**8**
3:10,12,21 73:14
75:6 76:4 139:11
139:21 140:24

Ambrose K. Charles, Ph.D.

354:15 381:12
383:2 384:18,19
384:22,24
**80**
36:4 402:23 403:1
**80,000**
159:8,12
**80,470**
159:6
**80s**
133:9
**81**
4:4
**83**
47:9 325:14
**84**
47:9 361:14
**86**
277:24 329:19
**87**
325:8 329:9 330:2
332:14
**877.370.DEPS**
413:15
**89**
4:6 278:2,21

──────── **9** ────────

**9**
3:13,15,22 73:12
73:12,14 75:14,19
140:24 216:16
222:3 274:24,25
341:11,13
**9:28**
1:18 5:2
**917.591.5672**
413:15
**92**
181:22 355:5,11
**93**
193:14 352:7,22
**9323.6**
55:19
**94**
257:19 335:18

**95**
164:1 181:22
204:13 257:19
277:24 298:18
314:24 315:1
319:5,8 320:25
322:19,24 323:2
323:23 325:8
328:1 329:11,20
330:3 333:2,6
334:24 335:7,18
343:7 349:17
351:2 352:7,14
353:24 355:2
356:2,25 358:3
**95-percent**
352:22
**954.467.8800**
2:5 412:13
**97**
334:23
**98**
193:15
**99**
35:20 166:13
242:11 257:19
277:22 325:13
**9th**
207:8,17 211:22
218:17