# EXHIBIT I

```
            IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
              TWENTY-FIRST JUDICIAL CIRCUIT, DIVISION 18
                      Honorable Nellie Ribaudo

PAUL FERRO, et al.,            )
                               )
            Plaintiffs,        )
                               )
vs.                            ) Cause No. 20SL-CC03678
                               )
MONSANTO COMPANY,              )
                               )
            Defendant.         )
=================================================
                      November 1, 2022
                         Sessions
=================================================


For the Plaintiffs:        For the Defendant:

Mr. Jeffrey Haberman        Mr. Tarek Ismail
Mr. Bryan Hofeld            Mr. Booker Shaw
Mr. Steven Hammer           Ms. Emma Ross
Mr. Paul Tahan              Ms. Shayna Cook
```

```
                      Reported by:
                 Charmaine Spradling, CCR
                  Official Court Reporter
          Twenty-First Judicial Circuit, Division 18
                     (314) 615-3720
```

1     number of days, would be 3,168 days lower, and then

2     the higher end is 3,696.

3          Q.   Okay.  And then, lastly, in terms of the

4     total number of exposure years, and you mentioned it,

5     but just so it's clear; what was the range of the

6     total, when you add all of that up, all of those

7     hours into days, and then you put it into years, what

8     is it is range of years of Roundup exposure?

9          A.   8.68 to 10.13.

10         Q.   Okay.  Now, when you do that, or when you

11    did that calculation, do you employ what is called a

12    worst-case scenario approach?

13         A.   Yes.

14         Q.   And can you explain for us what that is,

15    please.

16         A.   That is the maximum, the worst case.  You

17    know, he used for seven hours, that is the maximum

18    per day a person can work, even in that worst-case

19    scenario, what would be his exposure duration, that

20    was what I was looking at.

21         Q.   Okay.  So did you use that figure or that

22    number throughout all of the various jobs where he

23    used Roundup?

24         A.   Yes.

25         Q.   Okay.  And is that -- is that how you were

1    trained?

2         A.    Yes.

3         Q.    Is that how -- does the EPA do that?

4         A.    Yeah.

5         Q.    Okay.  That's the standard way to -- to

6    perform that?

7         A.    Yes.

8         Q.    Okay.

9                   THE COURT:  Before you turn to the

10   next subject, might we take our morning recess?

11                  MR. HOFELD:  Of course.  Of course.

12                  THE COURT:  I will now remind you you

13   must not talk about any aspects of the trial amongst

14   yourselves or with anyone else, including the

15   parties, the lawyers, or Court personnel.

16                  You must keep an open mind and

17   refrain from forming or expressing any opinion on the

18   case.

19                  Do not read, view, or listen to any

20   newspaper radio, or television report about the

21   trial.  Do not do any research or investigation on

22   your own regarding the case, the parties, the

23   witnesses, or the lawyers.

24                  Until you are discharged as jurors,

25   the prohibition on the electronic communication and

1          **<u>Reporter's Certificate</u>**

2

3               I, Charmaine S. Spradling, CCR, a

4     Certified Court Reporter for the 21st Judicial

5     Circuit, was present and reported all proceedings had

6     and entered in the case of PAUL FERRO, et al.,

7     plaintiffs, v. MONSANTO COMPANY, Defendant, Cause No.

8     20SL-CC03678, and hereby certify that the foregoing

9     pages contain a true and accurate transcript of said

10    proceedings.

11

12

13                    <u>/s/ Charmaine S. Spradling</u>

14                    CHARMAINE S. SPRADLING, CCR #0397
                      Official Court Reporter
15                    Twenty-First Judicial Circuit,
                      Division 18

16

17

18

19

20

21

22

23

24

25