UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO. 281: NEW PLAINTIFF FACT SHEET** |
| ALL ACTIONS | Re: Dkt. No. 15934 |

Lead MDL plaintiffs' counsel and Monsanto have agreed to use a revised "Plaintiff Fact Sheet" for this MDL. Starting now, the revised fact sheet that was filed as Docket No. 15934 shall be used.

**IT IS SO ORDERED.**

Dated: December 19, 2022

VINCE CHHABRIA
United States District Judge