UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL CASES | [PROPOSED] PRETRIAL ORDER NO: 282 CERTIFICATION OF COMPLIANCE WITH PTO 236 |

As of the date of this Order, any dismissal papers (with or without prejudice) filed in a case that had been transferred to MDL 2741 shall include the following Certification:

"Counsel for Plaintiff(s) have read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff(s) hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for Plaintiff(s) further certify that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion."

For MDL 2741 cases dismissed prior to the date of this Order, Monsanto shall identify those cases to the PLC and the PLC will obtain the above certification from all Plaintiffs' counsel in those cases by January 1, 2023 and shall update the Court on any counsel who will not so certify.

**IT IS SO ORDERD.**

Dated: December 19, 2022

VINCE CHHABRIA
United States District Judge

- 1 -