MORRIS, MANNING & MARTIN, LLP
Robert P. Alpert – GA Bar #013635
rpa@mmmlaw.com
Jeffrey K. Douglass – GA Bar #227523
jkd@mmmlaw.com
Patrick L. Lowther – GA Bar #151509
plowther@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 504-7692
Facsimile: (404) 365-9532

GOODMAN NEUMAN HAMILTON, LLP
Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Ruta Paskevicius – State Bar #127784
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Schrag v. Monsanto Company, et al.*<br>Case No. 3:22-cv-08888-VC | Case No. MDL No. 2741<br><br>Case No. 3:22-cv-08888-VC |

**HOME DEPOT U.S.A., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:22-cv-08888-VC

associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(a) Home Depot U.S.A., Inc.

(b) The Home Depot, Inc.

DATED: December 19, 2022

By: *Ruta Paskevicius*
JOSHUA S. GOODMAN
RUTA PASKEVICIUS
GOODMAN NEUMAN HAMILTON, LLP
Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Ruta Paskevicius – State Bar #127784
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

MORRIS, MANNING & MARTIN, LLP
Robert P. Alpert – GA Bar #013635
rpa@mmmlaw.com
Jeffrey K. Douglass – GA Bar #227523
jkd@mmmlaw.com
Patrick L. Lowther – GA Bar #151509
plowther@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 504-7692
FACSIMILE: (404) 365-9532

Attorneys for Defendant
HOME DEPOT U.S.A., INC.