MORRIS, MANNING & MARTIN, LLP
Robert P. Alpert – GA Bar #013635
rpa@mmmlaw.com
Jeffrey K. Douglass – GA Bar #227523
jkd@mmmlaw.com
Patrick L. Lowther – GA Bar #151509
plowther@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 504-7692
Facsimile: (404) 365-9532

GOODMAN NEUMAN HAMILTON, LLP
Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Ruta Paskevicius – State Bar #127784
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Schrag v. Monsanto Company et al*<br>Case No. 3:22-cv-08888-VC | Case No. MDL No. 2741<br><br>Case No. 3:22-cv-0888-VC<br><br>**HOME DEPOT U.S.A, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Home Depot U.S.A., Inc. through its undersigned attorneys, submits the following corporate disclosure statement.

**CORPORATE DISCLOSURE**

Home Depot U.S.A., Inc., a party to this lawsuit, is a wholly owned subsidiary of The Home Depot, Inc. Based on a review of filings made with the Securities and Exchange Commission, no publicly held corporation owns 10% or more of the stock of The Home Depot, Inc.

DATED: December 19, 2022

By: /s/ Ruta Paskevicius

JOSHUA S. GOODMAN
RUTA PASKEVICIUS
GOODMAN NEUMAN HAMILTON, LLP
Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Ruta Paskevicius – State Bar #127784
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

MORRIS, MANNING & MARTIN, LLP
Robert P. Alpert – GA Bar #013635
rpa@mmmlaw.com
Jeffrey K. Douglass – GA Bar #227523
jkd@mmmlaw.com
Patrick L. Lowther – GA Bar #151509
plowther@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 504-7692
Facsimile: (404) 365-9532

Attorneys for Defendant
HOME DEPOT U.S.A., INC.