UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Paul Schrag v. Monsanto Company, et al.*, Case No. 3:22-cv-08888-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Local Civil Rule 6-1(a), Plaintiff and Defendant The Scotts Company LLC ("Scotts") hereby stipulate to extend the time for Scotts to answer or otherwise respond to Plaintiff's Complaint until January 19, 2023.[1]

**SO STIPULATED.**

---

[1] Scotts reserves all rights, defenses, and objections, including as to jurisdiction.

1

Dated: December 19, 2022

/s/ Stephanie Dilworth
Stephanie Dilworth (SBN 342109)
JONES DAY
55 California St, 26th Floor
San Francisco, CA 94104
Tel: (415) 626-3939
Fax: (415) 875-5700
sdilworth@jonesday.com

Jeffrey J. Jones
JONES DAY
150 West Jefferson, Suite 2100
Detroit, MI 48226
Tel: (313) 733-3939
Fax: (313) 230-7997
jjjones@jonesday.com

Margaret M. Dengler
JONES DAY
325 John H McConnell Blvd, Suite 6000
Columbus, OH 43215
Tel: (614) 469-3939
Fax: (614) 461-4198
mdengler@jonesday.com

*Counsel for The Scotts Company LLC*

Respectfully submitted,

/s/ Pablo Rojas
Steven C. Marks
Kristina M. Infante
Pablo Rojas
PODHURST ORSECK, P.A.
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
smarks@podhurst.com
kinfante@podhurst.com
projas@podhurst.com

*Counsel for Plaintiff*