JOSEPH M. BRUNO, (La. Bar # 3604)
MARKITA HAWKINS, (La. Bar # 35812)
**BRUNO & BRUNO, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525.1335
Facsimile: (504) 561.6775
*Attorneys for Bryan Fritscher and Johneva Fritscher*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Fritscher et al v. Monsanto Company*<br>Case No. 3:21-cv-04928-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

**TO THE HONORABLE COURT:**

**COMES NOW,** Plaintiff Bryan Fritscher, through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave V to Wave VI:

1. The case of Bryan Fritscher is part of Wave V.

2. The deposition of Plaintiff has been taken.

3. Plaintiff has served a Plaintiff Fact Sheet, medical records and authorizations to obtain medical records.

4. Despite their efforts, the Parties have not been able to complete the discovery in this case.

5. Plaintiff believes the best course of action is to move this case to Wave VI in order to complete the outstanding discovery.

6.  The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

7.  Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VI.

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VI.

**RESPECTFULLY SUBMITTED** this 13th day of December, 2022.

**BRUNO & BRUNO, LLP**

*/s/ Joseph M. Bruno*_____
JOSEPH M. BRUNO, (La. Bar # 3604)
MARKITA HAWKINS, (La. Bar # 35812)
**BRUNO & BRUNO, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525.1335
Facsimile: (504) 561.6775
*Attorneys for Bryan Fritscher and Johneva Fritscher*