JOSEPH M. BRUNO, (La. Bar # 3604)
MARKITA HAWKINS, (La. Bar # 35812)
**BRUNO & BRUNO, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525.1335
Facsimile: (504) 561.6775
*Attorneys for Bryan Fritscher and Johneva Fritscher*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Fritscher et al v. Monsanto Company*<br>Case No. 3:21-cv-04928-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
|---|---|

## **ORDER**

Plaintiff's motion to move the case from Wave V to Wave VI is granted.

IT IS SO ORDERED.

Dated: _____

_____