UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |
| *Kevin Humphrey v.* *Monsanto Co. and John Does 1-100,* Case No.: 3:20-cv-04647-VC | |

Plaintiff Kevin Humphrey – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave V to Wave VI:

1. Kevin Humphrey's case is part of Wave V.

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition on August 8, 2022, and the deposition of Plaintiff's spouse on December 6, 2022.  However, Plaintiff's treating oncologist and primary physician depositions have yet to be completed.

4. Plaintiff served his first round of written discovery responses and document productions as of November 12, 2022. Plaintiff intends to propound written discovery.

5. Counsel for the Plaintiff, Kevin Humphrey, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Kevin Humphrey, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave V to Wave VI.

Date:  December 21, 2022                    Respectfully Submitted,

                                            By: *Kristy M Arevalo*
                                            Kristy M. Arevalo
                                            **McCune Law Group, McCune Wright**
                                            **Arevalo Vercoski Kusel Weck Brandt APC**
                                            3281 East Guasti Road, Suite 100
                                            Ontario, CA 91761
                                            Tel: 909-557-1250

                                            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo