UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI** |
| *Kevin Humphrey v. Monsanto Co. and John Does 1-100,* Case No.: 3:20-cv-04647-VC | |

Plaintiff's motion to move the case from Wave V to Wave VI is granted.

**IT IS SO ORDERED.**

Dated: _____, 2022      _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT