UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Jerry Neff v. Monsanto Co. and John Does 1-100,*<br>Case No.: 3:19-cv-05294-VC | Honorable Vince Chhabria<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Counsel for Plaintiff, Jerry Neff– without opposition from Defendant Monsanto Company – respectfully request the Court move his case from Wave V to Wave VI:

1. Jerry Neff's case is part of Wave V.

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition on May 24, 2022. The deposition of Plaintiff's treating oncologist was completed on December 1, 2022. However, Jerry Neff's primary physician deposition has not been completed.

4. Plaintiff served his first round of written discovery responses and document productions as of November 17, 2022. Plaintiff's counsel intends to propound written discovery.

5. Inspections of tangible goods and real property have not been scheduled or completed.

6. Furthermore, Plaintiff Jerry Neff recently passed away. Plaintiff's counsel intends to file a Suggestion of Death and Motion for Substitution of Party.

7. Counsel for the Plaintiff, Jerry Neff, met and conferred with counsel for Monsanto. Plaintiff's counsel believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff's counsel for Jerry Neff, without opposition from Defendant Monsanto Company, respectfully requests the Court move this case from Wave V to Wave VI.

Date: December 21, 2022                              Respectfully Submitted,

                                                     By: *Kristy M Arevalo*
                                                     Kristy M. Arevalo
                                                     **McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
                                                     3281 East Guasti Road, Suite 100
                                                     Ontario, CA 91761
                                                     Tel: 909-557-1250

                                                     *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo