UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Kelly Scheideman; Cheri Scheideman v. Monsanto Co. and John Does 1-100,* Case No.: 3:20-cv-01674-VC | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiffs Kelly Scheideman and Cheri Scheideman– without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave V to Wave VI:

1. Kelly Scheideman and Cheri Scheideman's case is part of Wave V.

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Kelly Scheideman and Cheri Scheideman's depositions on June 9, 2022. However, Kelly Scheideman's treating oncologist and primary physician depositions have yet to be completed.

4. Plaintiffs served their first round of written discovery responses and document productions as of November 12, 2022. Plaintiffs intend to propound written discovery.

5. Counsel for the Plaintiffs, Kelly Scheideman and Cheri Scheideman, met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs Kelly Scheideman and Cheri Scheideman, without opposition from Defendant Monsanto Company, respectfully requests the Court move their case from Wave V to Wave VI.

Date:  December 21, 2022                    Respectfully Submitted,

                                            By: *Kristy M Arevalo*
                                            Kristy M. Arevalo
                                            **McCune Law Group, McCune Wright
                                            Arevalo Vercoski Kusel Weck Brandt APC**
                                            3281 East Guasti Road, Suite 100
                                            Ontario, CA 91761
                                            Tel: 909-557-1250

                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo