UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to:<br><br>*Kelly Scheideman; Cheri Scheideman v. Monsanto Co. and John Does 1-100 inclusive,*<br>Case No.: 3:20-cv-01674-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI** |

Plaintiffs' motion to move the case from Wave V to Wave VI is granted.

**IT IS SO ORDERED.**


Dated: _____, 2022               _____
                                             HONORABLE VINCE CHHABRIA
                                             UNITED STATES DISTRICT COURT