UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *Linda Tiddark and Richard Tiddark, individually, and as next of kin for Timothy John Tiddark v. Monsanto Co. and John Does 1-100, inclusive* Case No.: 3:20-cv-03060-VC | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiffs Linda Tiddark and Richard Tiddark– without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave V to Wave VI:

1. Linda Tiddark and Richard Tiddark's case is part of Wave V.

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Linda Tiddark's deposition on June 30, 2022. Timothy Tiddark's treating oncologist deposition was completed on November 17, 2022. However, the depositions of Richard Tiddark, Timothy Tiddark's primary physician, and additional fact witness have yet to be completed.

4. Plaintiffs served their first round of written discovery responses and document productions as of November 12, 2022. Plaintiffs intend to propound written discovery.

5. Counsel for the Plaintiffs, Linda Tiddark and Richard Tiddark, met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs Linda Tiddark and Richard Tiddark, without opposition from Defendant Monsanto Company, respectfully requests the Court move their case from Wave V to Wave VI.

Date:  December 21, 2022

Respectfully Submitted,

By: *Kristy M Arevalo*
Kristy M. Arevalo
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo