UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Karen McCulloch, individually, and as successor in interest for the estate of James Lewis McCulloch, deceased v. Monsanto Co. and John Does 1-100 inclusive,*<br>Case No.: 3:20-cv-01672-VC | Honorable Vince Chhabria<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE VI** |

Plaintiff, Karen McCulloch– without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave V to Wave VI:

1. Karen McCulloch's case is part of Wave V.

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition on August 29, 2022. However, James Lewis McCulloch's treating oncologist and primary physician depositions have not been completed.

4. Plaintiff served her first round of written discovery responses and document productions as of November 12, 2022. Plaintiff intends to propound written discovery.

5. Counsel for the Plaintiff, Karen McCulloch, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Karen McCulloch, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave V to Wave VI.

Date: December 21, 2022

Respectfully Submitted,

By: *Kristy M. Arevalo*
Kristy M. Arevalo
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo