UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *Karen McCulloch, individually, and as successor in interest for the estate of James Lewis McCulloch, deceased v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:20-cv-01672-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI** |

Plaintiff's motion to move the case from Wave V to Wave VI is granted.

**IT IS SO ORDERED.**

Dated: _____, 2022                    _____
                                                   HONORABLE VINCE CHHABRIA
                                                   UNITED STATES DISTRICT COURT