**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Engilis v. Monsanto Company*, 3:19-cv-07859-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE TESTIMONY OF ANDREW SCNEIDER, M.D.** |
| | Hearing date: January 12, 2023<br>Time: 10:00 a.m. |

WHITE DECLARATION – REPLY ISO MOTION TO EXCLUDE TESTIMONY OF ANDREW SCHNEIDER, M.D.

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare and state as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Reply in Support of its Motion to Exclude Testimony of Andrew Schneider, M.D., Under Rule 702.

2. Annexed hereto as Exhibit I is a true and correct copy of the Curriculum Vitae of Ran Reshef, dated February 5, 2022.

3. Annexed hereto as Exhibit J is a true and correct copy of excerpts from the Transcript of June 1, 2022, Deposition of Joel Gagnier in *Ferro, et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03678.

4. Annexed hereto as Exhibit K is a true and correct copy of an article by Dr. Geoffrey Kabat et al. titled *On Recent Meta-Analyses of Exposure to Glyphosate and Risk of Non-Hodgkin's Lymphoma in Humans*, published in Cancer Causes and Control in December, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of December, 2022, in Santa Monica, California.

_____
Jed P. White

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December, 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Jed P. White
Jed P. White