# EXHIBIT I

## Ran Reshef, MD, MSc

████████████

**Date:** February 5th, 2022

**Personal Data:**

Name | Ran Reshef
Birthplace | Israel
Citizenship | Israel, US Permanent Resident

Title | Associate Professor of Medicine at Columbia University Irving Medical Center
Medical Director, Cellular Immunotherapy
Deputy Director, BMT and Cell Therapy, Division of Hematology/Oncology
Director of Translational Research, BMT and Cell Therapy
Principal Investigator, Columbia Center for Translational Immunology
Member, Tumor Biology & Microenvironment Program, Herbert Irving
Comprehensive Cancer Center

## Work Experience

03/2016 - present | **Department of Medicine, Columbia University Irving Medical Center**
*Associate Professor of Medicine at CUIMC*
New York, NY

07/2015 - present | **BMT and Cell Therapy Service, NY Presbyterian/Columbia University Irving Medical Center**
*Associate Attending Physician*
New York, NY

07/2015 – 03/2016 | **Department of Medicine, Columbia University Irving Medical Center**
*Assistant Professor of Medicine at CUIMC*
New York, NY

07/2011 – 06/2015 | **Department of Medicine, University of Pennsylvania**
*Assistant Professor of Medicine*
Philadelphia, PA

10/2009 – 06/2011 | **Department of Medicine, University of Pennsylvania**
*Instructor of Medicine*
Philadelphia, PA

10/2009 – 06/2015 | **Hematologic Malignancies and BMT Service, Hospital of the University of Pennsylvania**
*Attending Physician*
Philadelphia, PA

01/1999 – 04/2003 | **Medical Corps, Israeli Defense Forces**
*Medical Officer*
Israel

Ran Reshef, MD, MSc                                                              Page 2

## Post-Doctoral Training

| | | |
|---|---|---|
| 07/2008 – 06/2011 | **Abramson Family Cancer Research Institute, University of Pennsylvania (Vonderheide, PI)**<br>*Postdoctoral Research* | |
| | | Philadelphia, PA |
| 07/2007 – 10/2009 | **Hospital of the University of Pennsylvania**<br>*Hematology & Oncology Fellow* | |
| | | Philadelphia, PA |
| 01/2006 – 07/2006 | **Department of Immunology, Weizmann Institute of Science (Reisner, PI)**<br>*Postdoctoral Research* | |
| | | Rehovot, Israel |
| 06/2004 – 10/2005 | **Department of Medicine, Sourasky Tel-Aviv Medical Center (Schwartz, PI)**<br>*Postdoctoral Research* | |
| | | Tel-Aviv, Israel |
| 05/2003 – 04/2007 | **Department of Medicine, Sourasky Tel-Aviv Medical Center**<br>*Medicine Resident* | |
| | | Tel-Aviv, Israel |
| 10/1997 – 12/1998 | **Sourasky Tel-Aviv Medical Center**<br>*Medicine Intern* | |
| | | Tel-Aviv, Israel |

## Education

| | | |
|---|---|---|
| 07/2008 – 09/2011 | **University of Pennsylvania, Perelman School of Medicine**<br>MSc (Translational Research), September 2011 | |
| | | Philadelphia, PA |
| 10/1991 – 09/1997 | **Tel-Aviv University, School of Medicine**<br>BSc (Medical Science), 1996<br>MD, May 2003 | |
| | | Tel-Aviv, Israel |

## Licensure and Board Certification

### Licensure

| | |
|---|---|
| New York | 2015 (Active) |
| Pennsylvania | 2007 (Inactive) |
| Israel | 2003 (Active) |

Ran Reshef, MD, MSc                                                                                          Page 3

**Board Qualification**

Board of Hematology (Israel)          2010
Board of Internal Medicine (Israel)   2007


**Honors & Awards**

| | |
|---|---|
| 2013 | Amy Strelzer Manasevit Award for the Study of Post-Transplant Complications, National Marrow Donor Program |
| 2012 | The Austrian Junior Faculty Research Award in Patient-Oriented Research, Department of Medicine, University of Pennsylvania |
| 2011 | The Stanley E. Bradley Fellow Research Award in Patient-Oriented Research, Department of Medicine, University of Pennsylvania |
| 2008 | Sternberg Research Award, Abramson Cancer Center, University of Pennsylvania |
| 2009 | American Society of Hematology: Clinical Research Training Institute, La Jolla, CA. |
| 2008 | American Association for Cancer Research / American Society of Clinical Oncology: Methods in Clinical Cancer Research Workshop, Vail, CO |
| 2003 | MD Degree, Magna Cum Laude, Tel-Aviv University |
| | Dean's List 1992, 1995, 1996. Outstanding Achievement Award in Clinical Rotations 1997 |
| 1991 | Adi Lautmann Scholarship Program for Outstanding Students, Tel-Aviv University |


**Academic Service**

<u>International</u>

2008 - present   Center for International Blood and Marrow Transplant Research (CIBMTR):
                 Member, Working Committees – Graft-versus-Host Disease, Immunobiology,
                 Graft Sources and Manipulation, Acute Leukemia and Chronic Leukemia,
                 Cellular Immunotherapy for Cancer
                 Member, CIBMTR Forms Revision Committee (2018)

<u>National</u>

2020 - present   Columbia/Penn/Temple Annual Symposium on Epigenetics, Immunity and Cancer
                 Co-organizer

2007 - present   American Society of Hematology (ASH):
                 Member and Speaker, Highlights of ASH 2017 Writing Committee

Ran Reshef, MD, MSc                                                                   Page 4

## Professional Organizations, Societies and Service
### Memberships and Positions

#### International

MAGIC - "Mount Sinai Acute GvHD International Consortium" (Founding Member)

#### National

American Society of Clinical Oncology (Member)
American Society for Transplantation and Cellular Therapy (Member)
American Society of Hematology (Member)
Blood and Marrow Transplant Clinical Trials Network (BMTCTN):
    Steering Committee (Member)
    Biomarkers Committee (Member 2018-2021)

    Specific Study Roles:
    Co-chair, 1203 study - "PROGRESS II - Novel strategies in GvHD prevention"
    Member, Adjudication Committee, 1202 study - "Biomarkers after allogeneic transplants"
    Member, Protocol Team, 1703 study – "PROGRESS III - TAC/MTX vs. TAC/MMF/PTCY for Prevention of Graft-versus-Host Disease"

Tri-State Transplant Consortium:
    Steering Committee (Member-At-Large)

### Consultative

| | |
|---|---|
| 2022 | Study Section. Heart, Lung, and Blood Program Project Review Committee - 2022/05 HLBP (1) 1, National Institutes of Health (Member) |
| 2022 | Study Section. Conquer Cancer Foundation Young Investigator Awards in Chronic Lymphocytic Leukemia and Mantle Cell Lymphoma, American Society of Clinical Oncology (Chair) |
| 2021 | Study Section. Autoimmunity, Transplantation, and Tumor Immunology special emphasis panel - ZRG1 IDIB-E 02, National Institutes of Health (Member) |
| 2021 | Study Section. SPORE P50 Panel - ZCA1 RPRB-N (M1), National Cancer Institute (Member) |
| 2021 | The Dotan Research Center in Hemato-Oncology, Tel-Aviv University, Israel (Grant Reviewer) |
| 2021 - 2022 | Study Section. Amy Strelzer Manasevit Research Program, National Marrow Donor Program (Member) |
| 2020 | Study Section. Blood Cancer Career Development Panel, Department of Defense (Member) |
| 2020 | Conquer Cancer – Israel Cancer Research Fund, American Society of Clinical Oncology (Reviewer) |
| 2020 | Einstein Foundation Berlin (Project Reviewer) |

4

| 2019 - present | Medical Monitor, Single-Cell Immune Profiling of Alloreactive T Cells Locally and Systemically in Patients Receiving Intestinal Transplantation (Department of Defense Discovery Award, PI Jianing Fu, Megan Sykes). |
| 2018 - 2021 | Conquer Cancer Foundation Grants Selection Committee, American Society of Clinical Oncology (Member) |
| 2018 - present | Data and Safety Monitoring Board/Data Monitoring Committee, Phase I Study of CD123-Targeting CAR-T Cells in AML. Center for Cellular Immunotherapies. University of Pennsylvania (Member) |
| 2018 | Research Council KU Leuven, University of Leuven, Belgium (Reviewer) |
| 2018 | U.S. – Israel Binational Science Foundation, Israel (Reviewer) |
| 2017 | Excellence Initiative, Université Bourgogne Franche-Comté, France (Reviewer) |
| 2017 | Study Section. Bone Marrow Failure Panel, Department of Defense (Member) |
| 2017 | Study Section. Translational Research Program, Leukemia & Lymphoma Society (Member) |
| 2016 | Study Section. Translational Research Program, Leukemia & Lymphoma Society (Member) |
| 2014 | Study Section. Blood Cancer/MPD Panel, Department of Defense (Member) |
| 2013 | Study Section. Blood Cancer Panel, Department of Defense (Member) |
| 2012 | Study Section. Provocative Questions Special Emphasis Panel, National Cancer Institute (Member) |

**Editorial**

Editorial Board

Transplantation and Cellular Therapy (2020 – Present)
American Journal of Hematology (2012 – Present)

Manuscript Reviewer (2008 – Present)

Nature Biotechnology
Journal of Clinical Oncology
Science Translational Medicine
Blood
Journal of Experimental Medicine
Clinical Cancer Research
Leukemia
American Journal of Transplantation
Hæmatologica
Lancet EBioMedicine
Frontiers in Immunology
Blood Advances
The Journal of Molecular Diagnostics
Transplantation and Cellular Therapy (Formerly Biology of Blood and Marrow Transplantation)
Cytotherapy
Bone Marrow Transplantation
Journal of Molecular Diagnostics

Ran Reshef, MD, MSc                                                                 Page 6

Immunotherapy
American Journal of Hematology
Leukemia & Lymphoma
Journal of Immunological Methods
Cancer Biology & Therapy
Springer Science
Expert Reviews of Hematology
Transplant Infectious Disease
Transplant International
Annals of Transplantation

Abstract Reviewer

ASH Annual Meeting (2010, 2012, 2018 – Reviewer)
ASH Annual Meeting (2019 – Coordinating reviewer in Experimental Transplantation)
SITC Annual Meeting (2018)


## Departmental and University Committees

| | |
|---|---|
| 2021 | Scientific Reviewer. Early Career Development Pilot Awards, Herbert Irving Comprehensive Cancer Center, Columbia University |
| 2021 | Scientific Reviewer. Irving Institute Multi-PI Planning Grant Pilot Awards, Columbia University |
| 2020 | Reviewer, Columbia Precision Medicine Initiative Vagelos Pilot Awards, Columbia University Irving Medical Center |
| 2018, 2020 | Reviewer, T35 Applications, Department of Medicine, Columbia University Irving Medical Center |
| 2015 – | Member, Protocol Review and Monitoring Committee (PRMC), Herbert Irving Comprehensive Cancer Center, Columbia University Irving Medical Center |
| 2014 – 2015 | Member, Early Phase Clinical Research Support (EPCRS) Committee, Abramson Cancer Center, University of Pennsylvania |
| 2013 – 2015 | Member, Advisory Board, Institute for Immunology Training Program for Fellows, Perelman School of Medicine, University of Pennsylvania |
| 2012 – 2015 | Member, Scientific Advisory Board, Hematologic Malignancies Translational Center of Excellence, Abramson Cancer Center, University of Pennsylvania |
| 2011 – 2015 | Member, CME accreditation committee, Allogeneic stem-cell transplant research meeting, Division of Hematology & Oncology, University of Pennsylvania |
| 2009 – 2015 | Member, Stem-Cell Transplant Trials Review Committee, Clinical Trials Unit, Abramson Cancer Center, University of Pennsylvania |
| 2009 – 2009 | Member, Institutional Review Board (IRB), Office of Regulatory Affairs, University of Pennsylvania |

Ran Reshef, MD, MSc                                              Page 7

## Fellowship and Grant Support

<u>Active Support</u>

**HL143424 R01 (Reshef, PI)**                    08/01/19-06/30/24
NHLBI                                            $1,261,528
"Effector T-cell trafficking in graft-versus-host disease"

**Sponsored Research Agreement (Reshef, PI)**    10/01/21-09/30/23
CareDx                                           $126,450
"Assessment of Chimerism and Relapse post Bone marrow/Hematopoietic Cell
Transplant (HCT) using AlloHeme Test"

**SEAS - HICCC Pilot Award (Kam, Izar, Lu, Reshef, Co-PI)**    10/01/21-09/30/22
Herbert Irving Comprehensive Cancer Center/Department of Biomedical    $80,000
Engineering
"T cell Adoptive Immunotherapy Through 3D Biomaterials and Mechanobiology"

**CA180898 Peer Reviewed Cancer Research Program (Reshef, PI)**    08/15/19-08/14/22
Department of Defense                           $400,000
"Glucagon-Like-Peptide 2 (GLP-2) Analogues as a Novel Strategy for Prevention    (NCE)
 and Treatment of Graft-Versus-Host Disease"

<u>Past Support</u>

**CA171008 Peer Reviewed Cancer Research Program (Reshef, PI)**    07/01/18-06/30/21
Department of Defense                           $400,000
"Identification of Effector and Suppressive T-Cell Clones in Graft-versus-Host
 Disease"

**Intra/Inter-Programmatic Pilot Program (Reshef, Azizi, Co-PI)**    11/01/20-10/30/21
Herbert Irving Comprehensive Cancer Center      $80,000
"Identification of a targetable macrophage maturation defect in human intestinal
 graft-versus-host disease by using advanced single-cell technologies and machine
 learning tools"

**AI21250 R01 (Behrens, Kambayashi, PI)**        07/01/16-06/30/21
NIAID                                            $120,000
Role: Subaward PI
"IL-33 Blockade as a Novel Therapeutic for T-cell Mediated Hypercytokinemia
Syndromes"

**HL127351 R01 (Zhang, PI)**                     01/01/16-12/31/20
NHLBI                                            $240,000
Role: Subaward PI

Ran Reshef, MD, MSc                                                                                          Page 8

"EZH2-mediated epigenetic effects and alloimunity"

**CA178202 K23 Mentored Patient-Oriented Research Career Development**          09/12/13-08/31/17
**Award (Reshef, PI)**                                                          $485,400
NCI
"Lymphocyte Trafficking Blockade in Allogeneic Stem-Cell Transplantation"

**CA120381 Peer Reviewed Cancer Research Program (Reshef, PI)**                 08/01/13-01/31/17
Department of Defense                                                           $240,000
"Chemokine receptor signatures in allogeneic stem-cell transplantation"

**Conquer Cancer Foundation Career Development Award (Reshef, PI)**             07/01/13-12/31/16
American Society of Clinical Oncology                                           $187,400
"Separating the graft-versus-host and graft-versus-tumor responses by blocking
lymphocyte chemotaxis"

**Amy Strelzer Manasevit Research Program (Reshef, PI)**                        07/01/13-12/31/16
National Marrow Donor Program                                                   $222,222
"Control of Human Graft-Versus-Host Disease by Modulation of Lymphocyte
Trafficking"

**Sponsored Research Agreement (Reshef, Bhandoola, Co-PI)**                     01/01/13-12/31/13
Tobira Therapeutics                                                             $124,364
"Preclinical testing of the Tobira CCR5/CCR2 dual antagonist Cenicriviroc (TBR-
652)"

**Special Fellow in Clinical Research (Reshef, PI)**                            07/01/10-06/30/13
Leukemia & Lymphoma Society                                                     $195,000
Career Development Grant

**ASH Scholar Award (Reshef, PI)**                                              07/01/10-06/30/12
American Society of Hematology                                                  $100,000
"Role of CCR5 Inhibition in Prevention of Graft-versus-Host Disease"

**ASCO Young Investigator Award (Reshef, PI)**                                  07/01/10-06/30/11
American Society of Clinical Oncology                                           $50,000
"Role of CCR5 inhibition in prevention of Graft-versus-Host Disease"

**Pilot Project Grant (Porter, PI)**                                           03/01/09-11/30/09
Abramson Cancer Center, University of Pennsylvania                              $40,000
Role: Co-investigator
"A phase I/II single arm study to assess the safety and efficacy of
Maraviroc, a CCR5 inhibitor in prophylaxis of graft-versus-host disease"

**Investigator Initiated Trial Grant (Porter, PI)**                            06/01/09-05/31/11
Pfizer                                                                         $40,000

Ran Reshef, MD, MSc                                                                          Page 9

Role: Co-investigator
"A phase I/II single arm study to assess the safety and efficacy of Maraviroc, a
CCR5-inhibitor in prophylaxis of graft-versus-host disease"

**Institute for Translational Medicine and Therapeutics Scholar Award**          07/01/08-06/30/10
**(Reshef, PI)**                                                                        $180,000
University of Pennsylvania


**Teaching Experience and Responsibilities**

**Teaching Activities**

| | |
|---|---|
| 2017-2020 | CAR-T Working Group. E-Squared Communications (Educational content development) |
| 2015-present | "Stem-cell transplantation - 101". Lecture to Medicine residents (4 times a year) |
| 2015-present | "Allogeneic Transplants", "GVHD Basics" and "CAR-T Cells 101". Lectures to Heme/Onc fellows (once a year for each) |
| 2014-2015 | "Chimerism studies – a clinical perspective". Lecture to Path and Lab Medicine residents and fellows (4 times a year) |
| 2009-present | Lectures and Teaching Rounds to Medical Residents and Interns on the Oncology& BMT Inpatient Services (8 weeks per year) |


**Supervisory Responsibilities**

| | |
|---|---|
| 2020-present | Bolong Xu, BSc (MD Student). **T35 Mentee.** |
| 2019-2021 | Kirubel Belay, BSc (Pre-doctoral trainee, now PhD student, Rockefeller University) |
| 2019-2021 | Eli Pinker (Undergraduate trainee) |
| 2018-2019 | Alexandra Matschiner, BSc (International MD student, Martin-Luther-Universität, Halle-Wittenberg, Germany) |
| 2018-2020 | Rajat Bansal, MD (Post-doctoral fellow; now Assistant Professor of Medicine, BMT Program, University of Kansas). **ASCO/AACR Vail Workshop participant. ASCO Young Investigator Award.** |
| 2017-2020 | Cristian Taborda, BSc (MD student; now Medicine Resident, University of Pennsylvania). **ASH Minority Medical Student Award.** |
| 2017-2018 | Miranda Blanco, BSc (MD student; now Ob/Gyn Resident, Montefiore Health System). **T35 mentee.** |
| 2017-present | David Harle, BSc (Pre-doctoral trainee) |
| 2016-2021 | Rodney Macedo-Gonzales, MD PhD (Post-doctoral fellow; now Associate Research Scientist, Department of Radiation Oncology, Albert Einstein College of Medicine) |
| 2016-2019 | Ximi Kevin Wang, MSc (Pre-doctoral trainee; now MD student, University of Sydney) |
| 2016-present | Christian Gordillo, BSc (Pre-doctoral trainee) |

| 2015-2016 | Clinton Yam, MBBS (Medicine resident, now Assistant Professor, Department of Breast Cancer Oncology, MD Anderson Cancer Center). **Frederick F. Samaha Award for Resident Scholarship**, Philadelphia VA Medical Center. |
|---|---|
| 2015-2016 | Ryan Moy, MD PhD (MD/PhD candidate; now Assistant Professor, Division of Hematology/Oncology, Columbia University Irving Medical Center). **Outstanding Abstract Achievement Award** for the top ranking abstract in the Resident Category, **ASH 2015**. |
| 2014-2015 | Nathan Singh, MD (Medicine resident, now Assistant Professor, Division of Oncology, Washington University) |
| 2013-2016 | Austin Huffman (Pre-doctoral trainee; now PhD graduate, University of Pennsylvania) |
| 2012-2014 | Lee Richman (Pre-doctoral trainee; now MD/PhD candidate, University of Pennsylvania) |
| 2012-2015 | Alex Ganetsky, Pharm.D (Post-doctoral fellow, now Vice President - Biopharma and Business Development, Precision Discovery Strategy Lead at Caris Life Sciences) |
| 2011-2013 | Dan Heil (Post-bac student; now MD student) |
| 2009-2013 | Marlise Luskin, MD (MD student; now Assistant Professor of Medicine, Leukemia Service, Dana Farber Cancer Institute, Harvard University). |

## Patents

**IR 19098** (Methods for Treating Graft-Versus-host Disease Using GLP-2 Agonists and Analogues Thereof), filed as US 63/139,490 on January 20, 2021

**WO 2014/085808 A1** (Methods for improving thymic recovery and preventing and treating graft versus host disease using ccr2 and ccr5 antagonists), filed as US 61/731,943 on November 30, 2012

Ran Reshef, MD, MSc                                                                    Page 11

## Publications

**Original, Peer Reviewed Articles:**

1. Bansal R, Park H, Taborda CC, Gordillo C, Mapara MY, Assal A, Uhlemann AC, **Reshef R** (2022). "Antibiotic exposure, not alloreactivity, is the major driver of microbiome changes in hematopoietic cell transplantation." **Transplant Cell Therapy** (In Press)

2. Yuen CA, Hsu JM, van Besien K, **Reshef R**, Iwamoto FM, Haggiagi A, Liechty B, Zhang C, Wesley SF, Magge R (2022). "Axicabtagene ciloleucel in patients ineligible for ZUMA-1 due to CNS involvement and/or HIV: a multi-center experience." **Journal of Immunotherapy** (In Press)
   *I contributed to the study design, data collection, analysis and manuscript preparation.*

3. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles G, Munshi PN, Casulo C, Maloney DG, de Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Rosenblatt J, Rossi JM, Goyal L, Plaks V, Yang Y, Vezan R, Avanzi MP, Neelapu SS (2022). "Axicabtagene Ciloleucel in Relapsed/Refractory Indolent Non-Hodgkin Lymphoma." **Lancet Oncology** 23:91-103
   *I was a site principal investigator for this clinical trial and contributed to data analysis and manuscript preparation.*

4. Macedo R, Pasin C, Ganetsky A, Harle D, Wang XK, Belay K, Richman LP, Huffman AP, Vonderheide RH, Yates AJ, Porter DL, Wang Y, Zhang Y, **Reshef R** (2022). "Vitamin D deficiency after allogeneic hematopoietic cell transplantation promotes T-cell activation and is inversely associated with an EZH2-ID3 signature." **Transplant Cell Therapy** 28:18.e1-18.e10

5. Mengharajani K, Gomez-Arteaga A, Madero-Marroquin R, Zhang MJ, Bo-Subait K, Sanchez J, Wang HL, Aljurf M, Assal A, Bacher VU, Badaway SM, Bejanyan N, Bhatt VR, Bredeson C, Byrne M, Castillo P, Cerny J, Chhabra S, Ciruea SO, DeFillip Z, Farhadafar N, Gadalla S, Gale RP, Ganguly S, Gowda L, Grunwald MR, Hashmi S, Hildebrandt G, Kanakry CG, Kansagra A, Khimani F, Krem M, Lazarus H, Liu H, Martino R, Michelis FV, Nathan S, Nishihori T, Olsson R, **Reshef R**, Rizzieri D, Rowe JM, Savani BN, Seo S, Sharma A, Solh M, Ustun C, Verdonck LF, Hourigan C, Sandmaier B, Litzow M, Kebriaei P, Weisdorf D, Zhang Y, Tallman MS, Saber W (2022). "Risk Classification at Diagnosis Predicts Post-HCT Outcomes in Intermediate-, Adverse- Risk and KMT2A-Rearranged AML" **Blood Advances** 6:828-847
   *I contributed to the study design, data analysis and manuscript preparation.*

6. **Reshef R**, Saber W, Bolaños-Meade J, Chen G, Chen YB, Ho VT, Ponce DM, Nakamura R, Martens MJ, Hansen JA, Levine JE (2021). "Acute GVHD Diagnosis and Adjudication in a Multicenter Trial; a Report from the BMT CTN 1202 Biorepository Study." **J Clin Oncol** 39:1878-1887

Ran Reshef, MD, MSc                                                                                Page  12

7. Zewde MG, Morales G, Gandhi I, Özbek U, Aguayo-Hiraldo P, Ayuk F, Baez J, Chanswangphuwana C, Choe H , DeFilipp Z, Etra A, Grupp S, Hexner EO, Hogan W, Javorniczky NR, Kasikis S, Kitko CL, Kowalyk S, Meedt E, Merli P, Nakamura R, Qayed M, **Reshef R**, Rösler W, Schechter T, Weber D, Wölfl M, Yanik G, Young R, Levine JE, Ferrara JLM, Chen YB (2021). "Evaluation of elafin as a prognostic biomarker in acute graft-versus-host disease." **Transplant Cell Therapy** 27:988.e1-988.e7
*I contributed to the study design, data analysis and manuscript preparation.*

8. Oran B, Ahn KW, Fretham C, Beitinjaneh A, Bashey A, Pawarode A, Wirk B, Scott BL, Savani BN, Bredeson C, Weisdorf D, Marks DI, Rizzieri D, Copelan E, Hildebrandt GC, Hale GA, Murthy HS, Lazarus HM, Cerny J, Liesveld JL, Yared JA, Yves-Cahn J, Szer J, Verdonck LF, Aljurf M, van der Poel M, Litzow M, Kalaycio M, Grunwald MR, Diaz MA, Sabloff M, Kharfan-Dabaja MA, Majhail NS, Farhadfar N, **Reshef R**, Olsson RF, Gale RP, Nakamura R, Seo S, Chhabra S, Hashmi S, Farhan S, Ganguly S, Nathan S, Nishihori T, Jain T, Agrawal V, Bacher U, Popat U, Saber W (2021). "Fludarabine and Melphalan Compared with Reduced Doses of Busulfan and Fludarabine Improves Transplant Outcomes in Older MDS Patients." **Transplant Cell Therapy** 27:921.e1-921.e10
*I contributed to the study design, data analysis and manuscript preparation.*

9. Gooptu M, Romee R, St Martin A, Arora M, Al Malki MM, Antin JH, Bredeson CN, Brunstein CG, Chhabra S, Fuchs EJ, Ghosh N, Grunwald MR, Kanakry CG, Kekre N, McGuirk JP, McNiece I, Mehta RS, Mielcarek M, Milano F, Modi D, **Reshef R**, Solomon SR, Schroeder MA, Waller EK, Inamoto Y, Soiffer RJ, Eapen M (2021). "HLA Haploidentical versus Matched Unrelated Donor Transplants with Post-Transplant Cyclophosphamide based prophylaxis" **Blood** 138:273-282
*I contributed to the study design, data analysis and manuscript preparation.*

10. Lopez-Bujanda ZA, Obradovic A, Nirschl TR, Crowley L, Macedo R, Papachristodoulou A, O'Donnell T, Laserson U, Zarif JC, **Reshef R**, Yuan T, Soni MK, Antonarakis ES, Haffner MC, Larman HB, Shen MM, Muranski P, Drake CG (2021). "TGM4: An Immunogenic Prostate-Restricted Antigen" **J Immunother Cancer** 9:e001649
*I contributed to the experimental design and guided some of the experiments.*

11. Mayor NP, Wang T, Lee SJ, Kuxhausen M, Vierra-Green C, Barker DJ, Auletta J, Bhatt VR, Gadalla SM, Gragert L, Inamoto Y, Morris G, Paczesny S, **Reshef R**, Ringdén O, Shaw BE, Shaw P, Spellman SR, Marsh SGE (2021). "Impact of previously unrecognized HLA mismatches using ultra-high resolution typing in unrelated donor hematopoietic cell transplantation" **J Clin Oncol** 39:2397-2409
*I contributed to the study design, data analysis and manuscript preparation.*

12. Gordillo CA, Parmar S, Blanco M, Delille EM, Assal A, Mapara MY, **Reshef R** (2021). "Gastrointestinal Toxicity of High-Dose Melphalan in Autologous Hematopoietic Stem Cell Transplantation: Identification of Risk Factors and a Benchmark for Experimental Therapies" **Ann Hematol** 100:1863-1870

13. Bansal R, Gordillo CA, Abramova R, Assal A, Mapara MY, Pereira MR, **Reshef R** (2021). "Extended letermovir administration, beyond day 100, is effective for CMV prophylaxis in patients with graft versus host disease" **Transplant Infect Dis** 23:e134487

14. Mehta M, Purpura LJ, McConville TH, Neidell M, Anderson MR, Bernstein EJ, Dietz D, Laracy J, Gunaratne SH, Miller EH, Cheng J, Zucker J, Shah S, Chaudhuri S, Gordillo CA, Patel SR, Guo TW, Karaaslan L, **Reshef R**, MD, Miko BA, Bathon JM, Pereira MR, Uhlemann AC, Yin M, Sobieszczyk ME (2021). "What about Tocilizumab? A Retrospective Study from a NYC Hospital during the COVID-19 Outbreak" **Plos One** 16:e0249349
*I contributed to the study design, data collection, analysis and manuscript preparation.*

15. Pasin C, Moy RH, **Reshef R**, Yates AJ (2021). "Variable selection methods for predicting clinical outcomes following allogeneic hematopoietic cell transplantation" **Sci Rep** 11:3230
*I generated the data for this project, contributed to the study design, analysis and manuscript preparation.*

16. Mishkin A, Schmajuk M, **Reshef R**, Lopez-Pintado S, Mapara MY, Shapiro PA (2021). "Standardized Semistructured Psychosocial Evaluation before Stem Cell Transplantation Predicts Delirium After Transplant" **J Acad Consult Liaison Psychiatry** 62:440-444
*I contributed to the study design, data collection, analysis and manuscript preparation.*

17. Gergoudis S, DeFilipp S, Ozbek U, Sandhu K, Etra A, Choe H, Kitko C, Ayuk F, Aziz M, Baez J, Ben-David K, Bunworasate U, Gandhi I, Hexner E, Hogan W, Holler E, Kasikis S, Kowalyk S, Lin JY, Merli P, Morales G, Nakamura R, **Reshef R**, Roesler W, Srinagesh H, Young R, Chen YB, Ferrara J, Levine J (2020). "Biomarker-guided pre-emption of steroid-refractory graft-vs-host disease with alpha-1-antitrypsin" **Blood Adv** 4:6098–6105
*I contributed to the study design, data analysis and manuscript preparation.*

18. Hultcrantz M, Richter J, Rosenbaum C, Patel D, Smith E, Korde N, Lu S, Mailankody S, Shah U, Lesokhin A, Hassoun H, Tan C, Maura F, Derkach A, Diamond B, Rossi A, Pearse R, Madduri D, Chari A, Kaminetzky D, Braunstein M, Gordillo C, **Reshef R**, Taur T, Davies F, Jagannath S, Niesvizky R, Lentzsch S, Morgan G, Landgren O (2020). "COVID-19 infections and outcomes in patients with multiple myeloma in New York City: a cohort study from five academic centers" **Blood Cancer Discov** 1:234-243
*I contributed to the study design, data collection, analysis and manuscript preparation.*

19. Aziz MD, Shah J, Kapoor U, Dimopoulos CN, Anand S, Augustine A, Ayuk FA, Chaudhry M, Chen YB, Choe HK, Etra A, Gergoudis S, Hartwell MJ, Hexner EO, Hogan WJ, Kitko C, Nowalvk S, Kroger N, Merli P, Morales G, Nakamura R, Ordemann R, Pulsipher MA, Qayed M, **Reshef R**, Rosler W, Schechter T, Schreiner E, Srinagesh H, Wolfl M, Wudihkarn K, Yanki G, Young R, Ozbek U, Ferrara JLM, Levine JE (2020). "Disease Risk and GVHD Biomarkers Can Stratify Patients For Risk of Relapse and Non-Relapse Mortality Post Hematopoietic Cell Transplant" **Leukemia** 34:1898-1906
*I contributed to the study design, data collection, analysis and manuscript preparation.*

Ran Reshef, MD, MSc                                                                    Page  14

20. DeFilipp Z, Ancheta R, Y, Hu ZH, Gale RP, Snyder D, Schouten HC, Kalaycio M, Hildebrandt GC, Ustun C, Daly A, Ganguly S, Inamoto Y, Litzow M, Szer J, Savoie ML, Hossain N, Kharfan-Dabaja MA, Hamadani M, **Reshef R**, Bajel A, Schultz KR, Gadalla S, Gerds A, Liesveld J, Juckett MB, Kamble R, Hashmi S, Abdel-Azim H, Solh M, Bacher U, Lazarus H, Olsson R, Cahn JY, Grunwald MR, Savani BN, Yared J, Rowe JM, J, Chaudhri NA, Aljurf M, Beitinjaneh A, Seo S, Nishihori T, Hsu JW, Ramanathan M, Alyea E, Popat U, Sobecks R, Saber W (2020). "Maintenance tyrosine kinase inhibitors following allo-HCT for chronic myeloid leukemia: A CIBMTR Study." **Biol Blood Marrow Transplant** 26:472-479
*I contributed to the study design, data analysis and manuscript preparation.*

21. Bolaños-Meade J\*, **Reshef R**\*, Fraser R, Fei M, Abhyankar S, Al-Kadhimi Z, Alousi AM, Antin JH, Arai S, Bickett K, Chen YB, Damon LE, Efebera YA, Geller N, Giralt SA, Hari P, Holtan SG, Horowitz MM, Jacobsohn DA, Jones RJ, Liesveld JL, Logan BR, MacMillan ML, Mielcarek M, Noel P, Pidala J, Porter DL, Pusic I, Sobercks R, Solomon S, Weisdorf DJ, Wu J, Pasquini MC\*, Koreth J\* (2019). "Three prophylaxis regimens (tacrolimus, mycophenolate mofetil, and cyclophosphamide; tacrolimus, methotrexate, and bortezomib; or tacrolimus, methotrexate, and maraviroc) versus tacrolimus and methotrexate for prevention of graft-versus-host disease with haemopoietic cell transplantation with reduced-intensity conditioning: a randomized phase 2 trial with a non-randomised contemporaneous control group (BMT CTN 1203)." **Lancet Haematology** 6:e132-e143 \*Equal contribution

22. Srinagesh HK, Ozbek U, Kapoor U, Ayuk F, Aziz M, Ben-David K, Choe HK, DeFilipp Z, Etra A, Grupp SA, Hartwell MJ, Hexner EO, Hogan WJ, Karol AB, Kasikis S, Kitko CL, Kowalyk S, Lin JY, Major-Monfried H, Mielke S, Merli P, Morales G, Ordemann R, Pulsipher MA, Qayed M, Reddy P, **Reshef R**, Rosler W, Sandhu KS, Schechter T, Shah J, Sigel K, Weber D, Wolfl M, Wudhikarn K, Young R, Levine JE, Ferrara JLM (2019). "The MAGIC Algorithm Probability (MAP) is a validated response biomarker of treatment for acute graft-versus-host disease." **Blood Adv** 3:4034-4042
*I contributed to the study design, data collection, analysis and manuscript preparation.*

23. **Reshef R**, Ganetsky A, Acosta E, Blauser R, Crisalli L, McGraw J, Frey N, Hexner E, Hoxie J, Loren A, Luger S, Mangan J, Stadtmauer E, Mick R, Vonderheide R, Porter D (2019). "Extended CCR5 Blockade for Graft-Versus-Host Disease Prophylaxis Improves Outcomes of Reduced Intensity Unrelated Donor Hematopoietic Cell Transplantation: A Phase II Clinical Trial" **Biol Blood Marrow Transplant** 25:515-521

24. Mishkin AD, Shapiro PA, **Reshef R**, Lopez-Pintado S, Mapara MY (2019). "Standardized semi-structured psychosocial evaluation before hematopoietic stem cell transplantation predicts patient adherence to post-transplant regimen" **Biol Blood Marrow Transplant** 25:2222-2227
*I contributed to the study design, data collection, analysis and manuscript preparation.*

25. Saad A, Lamb L, Wang T, Hemmer MT, Spellman S, Couriel D, Alousi A, Pidala J, Abdel-Azim H, Agrawal V, Aljurf M, Beitinjaneh AM, Bhatt VR, Buchbinder D, Byrne M, Cahn JY, Cairo M, Castillo P, Chhabra S, Diaz MA, Farhan S, Floisand Y, Frangoul HA, Gadalla SM, Gajewski J, Gale RP, Gandhi M, Gergis U, Hamilton BK, Hematti P, Hildebrandt GC, Kamble RT, Kanate AS, Khandelwal P, Lazaryn A, MacMillan M, Marks DI, Martino R, Mehta PA, Nishihori T, Olsson RF, Patel SS, Qayed M, Rangarajan HG, **Reshef R**, Ringden O, Savani BN, Schouten HC, Schultz KR, Seo S, Shaffer BC, Solh M, Teshima T, Urbano-Ispizua A, Verdonck LF, Vij R, Waller EK, William B, Wirk B, Yared JA, Yu LC, Arora M, Hashmi S (2019). "Impact of T-cell dose on the outcome of T-cell replete HLA matched allogeneic peripheral blood stem cell transplantation" **Biol Blood Marrow Transplant** 25:1875-1883
*I contributed to the study design, data analysis and manuscript preparation.*

26. Kim H, Ahn K, Hu ZH, Davids M, Volpe V, Antin J, Sorror M, Shadman M, Press O, Pidala J, Hogan W, Negrin R, Devine S, Uberti J, Agura E, Nash R, Mehta J, McGuirk J, Forman S, Langston A, Giralt S, Perales M, Battiwalla M, Hale G, Gale RP, Marks D, Hamadani M, Ganguly S, Bacher V, Lazarus H, **Reshef R**, Hildebrand G, Inamoto Y, Cahn JY, Solh M, Kharfan-Dabaja M, Ghosh N, Saad A, Aljurf M, Schouten H, Hill B, Pawarode A, Kindwall-Keller T, Saba N, Copelan E, Nathan S, Beitinjaneh A, Savani B, Cerny J, Grunwald M, Yared J, Wirk B, Nishihori T, Chhabra S, Olsson R, Bashey A, Gergis U, Popat U, Sobecks R, Alyea E, Saber W, Brown J (2019). "Prognostic score and cytogenetic risk classification for chronic lymphocytic leukemia patients: Center for International Blood and Marrow Transplant Research report" **Clin Cancer Res** 25:5143-5155
*I contributed to the study design, data analysis and manuscript preparation.*

27. Brunstein CG, Pasquini MC, Kim S, Fei M, Adekola K, Ahmed I, Aljurf M, Agrawal V, Auletta JJ, Battiwalla M, Bejanyan N, Bubalo J, Cerny J, Chee L, Ciurea SO, Freytes C, Gadalla SM, Gale RP, Ganguly S, Hashmi SK, Hematti P, Hildebrandt G, Holmberg LA, Lahoud OB, Landau H, Lazarus HM, de Lima M, Mathews V, Maziarz R, Nishihori T, Norkin M, Olsson R, Rotz S, Savani B, Schouten HC, Seo S, Wirk BM, Yared J, Mineishi S, Rogosheske J, Perales MA (2019). "The Effect of Conditioning Regimen Dose Reduction in Obese Patients Undergoing Autologous Hematopoietic Cell Transplantation" **Biol Blood Marrow Transplant** 25:480-487
*I contributed to the study design, data analysis and manuscript preparation.*

28. Nikiforow S, Wang T, Hemmer M, Spellman S, Akpek G, Antin JH, Choi SW, Inamoto Y, Khoury HJ, MacMillan M, Marks DI, Meehan K, Nakasone H, Nishihori T, Olsson R, Paczesny S, Przepiorka D, Reddy V, **Reshef R**, Schoemans H, Waller N, Weisdorf D, Wirk B, Horowitz M, Alousi A, Couriel D, Pidala J, Arora M, Cutler C (2018). "Upper gastrointestinal acute graft-versus-host disease adds minimal prognostic value in isolation or with other graft-versus-host disease symptoms as currently diagnosed and treated" **Haematologica** 103: 1708-1719
*I contributed to the study design, data analysis and manuscript preparation.*

29. Hartwell MJ, Ozbek U, Holler E, Renteria AS, Major-Monfried H, Reddy PR, Aziz M, Hogan WJ, Ayuk FA, Efebera YA, Hexner EO, Bunworasate U, Qayed M, Ordemann R, Woelfl M, Mielke S, Pawarode A, Chen YB, Devine SM, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Kroger N, Locatelli F, Morales G, Nakamura R, **Reshef R**, Rosler W, Weber D, Wudhikarn K, Yanik GA, Levine JE, Ferrara JLM (2018). "An Early Biomarker Algorithm Predicts Lethal Graft-versus-Host Disease and Survival" **J Clin Invest Insight** 3(16) pii: 124015.
*I contributed to the study design, data collection, analysis and manuscript preparation.*

30. Huffman AP, Richman LP, Crisalli L, Ganetsky A, Porter DL, Vonderheide RH, **Reshef R** (2018). "Pharmacodynamic Monitoring Predicts Outcomes of CCR5 Blockade as GVHD Prophylaxis" **Biol Blood Marrow Transplant** 24:594-599

31. Turcotte L, Wang T, Hemmer M, Spellman S, Arora M, Couriel D, Alousi A, Pidala J, Abdel-Azim H, Beitinjaneh A, Buchbinder D, Byrne M, Callander N, Chao NJ, Choi SW, DeFilipp Z, Gadalla S, Gale R, Gergis U, Hashmi S, Hematti P, Holmberg L, Inamoto Y, kamble R, Lehmann L, MacMillan M, McIver Z, Nishihori T, Norkin M, O'Brien T, Olsson R, **Reshef R**, Saad A, Savani B, Schouten H, Seo S, Solh M, Verdonck LF, Vij R, Wirk B, Yared J, Horowitz M, Knight J, Ahmed I, Verneris M (2018). "Donor body mass index does not predict graft versus host disease following hematopoietic cell transplantation" **Bone Marrow Transplant** 53:932-937
*I contributed to the study design, data analysis and manuscript preparation.*

32. McCurdy S, Zhang MJ, St. Martin A, Al Malki MM, Bashey A, Gaballa S, Keesler DA, Hamadani M, Norkin M, Perales MA, **Reshef R**, Rocha V, Romee R, Solh M, Urbano-Ispizua A, Waller EK, Fuchs EJ, Eapen E (2018). "Effect of donor characteristics on haploidentical transplantation with post-transplantation cyclophosphamide" **Blood Adv** 2:299-307
*I contributed to the study design, data analysis and manuscript preparation.*

33. Pasquini MC, Logan B, Jones RJ, Alousi AM, Appelbaum FR, Bolaños-Meade J, Flowers MED, Giralt S, Horowitz MM, Jacobsohn D, Koreth J, Levine JE, Luznik L, Maziarz R, Mendizabal A, Pavletic S, Perales MA, Porter D, **Reshef R**, Weisdorf D, Antin JH (2018). "Blood and Marrow Transplant Clinical Trials Network Report on Development of Novel Endpoints and Selection of Promising Approaches for Graft-Versus-Host Disease Prevention Trials" **Biol Blood Marrow Transplant** 24:1274-1280
*I contributed to the study design, data analysis and manuscript preparation.*

34. Crisalli LM, Hinkle JT, Walling CC, Sell M, Frey NV, Hexner EO, Loren AW, Luger SM, Stadtmauer EA, Porter DL, **Reshef R** (2018). "Higher Donor Apheresis Blood Volumes Are Associated with a Reduction in Relapse Risk and Improved Survival in Reduced Intensity Allogeneic Transplants with Unrelated Donors" **Biol Blood Marrow Transplant** 24:1203-1208

Ran Reshef, MD, MSc                                                                                    Page 17

35. Major-Monfried H, Renteria AS, Pawarode A, Reddy P, Ayuk F, Holler E, Efebera YA, Hogan WJ, Wölfl M, Qayed M, Hexner EO, Wudhikarn K, Ordemann R, Young R, Shah J, Hartwell MJ, Chaudhry M, Aziz M, Etra A, Yanik GA, Kröger N, Weber D, Chen YB, Nakamura R, Rösler W, Kitko CL, Harris AC, Pulsipher M, **Reshef R**, Kowalyk S, Morales G, Torres I, Ozbek U, Ferrara JLM, Levine JE (2018). "MAGIC biomarkers predict long term outcomes for steroid-resistant acute GVHD" **Blood** 131:2846-2855
*I contributed to the study design, data collection, analysis and manuscript preparation.*

36. Tsai DE, Bagley S, **Reshef R**, Shaked A, Bloom RD, Ahya V, Goldberg L, Chung A, Debonera F, Schuster SJ, Huntington SF (2018). "The Changing Face of Adult Posttransplant Lymphoproliferative Disorder: Changes in Histology Between 1999-2013" **Am J Hematol** 93:874-881
*I contributed to the study design, data collection, analysis and manuscript preparation.*

37. Chen Y-B, Wang T, Hemmer M, Brady C, Couriel D, Alousi A, Pidala J, Urbano-Ispizua A, Choi SW, Nishihori T, Teshima T, Inamoto Y, Wirk B, Marks D, Abdel-Azim H, Lehmann L, Lu L, Bitan M, Cairo M, Qayed M, Salit R, Gale R, Martino R, Jaglowski S, Bajel A, Savani B, Frangoul H, Lewis I, Storek J, Askar M, Kharfan-Dabaja M, Aljurf MD, Ringden O, **Reshef R**, Olsson R, Hashmi S, Seo S, Spitzer T, MacMillan M, Lazaryan A, Spellman S, Arora M, Cutler C (2017). "GVHD after umbilical cord blood transplantation for acute leukemia: an analysis of risk factors and effect on outcomes" **Bone Marrow Transplant** 52:400-408
*I contributed to the study design, data analysis and manuscript preparation.*

38. Moy RH, Huffman AP, Richman LP, Crisalli L, Wang XK, Hoxie JA, Mick R, Emerson SE, Vonderheide RH, Porter DL, **Reshef R** (2017). "Clinical and Immunologic Impact of CCR5 Blockade in Graft-Versus-Host Disease Prophylaxis" **Blood** 129:906-916

39. Liu HD, Ahn KW, Hu ZH, Hamadani M, Nishihori T, Work B, Beitinjaneh A, Rizzieri D, Grunwald MR, Sabloff M, Olsson RF, Bajel A, Bredeson C, Daly A, Inamoto Y, Majhail N, Saad A, Gupta V, Gerds A, Malone A, Tallman M, **Reshef R**, Marks DI, Copelan E, Gergis U, Savoie ML, Ustun C, Litzow MR, Cahn JY, Kindwall-Keller T, Akpek G, Savani BN, Aljurf M, Rowe JM, Wiernik PH, Hsu JW, Cortes J, Kalaycio M, Maziarz R, Sobecks R, Popat U, Alyea E, Saber W (2017). "Allogeneic Hematopoietic Cell Transplant for Adult Chronic Myelomonocytic Leukemia" **Biol Blood Marrow Transplant** 23:767-775
*I contributed to the study design, data analysis and manuscript preparation.*

40. Huang Q, He S, Tian Y, Gu Y, Chen P, Li C, Huang J, Liu Y, Jin M, Hu S, Tong Q, Ma A, Jin J, Hexner E, Fung H, **Reshef R**, Zhang Y, Zhang Y (2017). "Hsp90 inhibition destabilizes Ezh2 protein in alloreactive T cells and reduces graft-versus-host disease in mice" **Blood** 129:2737-2748
*I contributed to the experimental design and interpretation of the results.*

41. Soiffer RJ, Kim H, McGuirk J, Horwitz M, Johnston L, Patnaik M, Rybka W, Artz A, Porter D, Shea T, Boyer M, Maziarz R, Shaughnessy P, Gergis U, Safah H, **Reshef R**, DiPersio J, Stiff P, Vusirikala M, Szer J, Holter J, Levine J, Martin P, Pidala J, Lewis I, Ho V, Alyea E, Ritz J, Glavin F, Westerveldt P, Jagasia M, Chen YB (2017). "A Prospective Randomized Double Blind Phase 3 Clinical Trial of Anti-T Lymphocyte Globulin (ATLG) to Assess Impact on Chronic Graft-Versus-Host Disease (cGVHD) Free Survival in Patients Undergoing HLA-Matched Unrelated Myeloablative Hematopoietic Cell Transplantation (HCT)" **J Clin Oncol** 35:4003-4011
*I was the site principal investigator for this clinical trial and contributed to data analysis and manuscript preparation.*

42. Nagle SJ, Shah NN, Ganetsky A, Landsburg DJ, Nasta SD, Mato A, Schuster SJ, **Reshef R**, Tsai DE, Svoboda J (2017). "Long Term Outcome of Rituximab, Temozolomide, and Methotrexate for Lymphomas Involving the Central Nervous System" **Int J Hematol Oncol** 6:113-121
*I contributed to the study design, data analysis and manuscript preparation.*

43. He S, Liu Y, Meng L, Sun H, Wang Y, Ji Y, Purushe J, Chen P, Li C, Madzo J, Issa JP, Soboloff J, **Reshef R**, Moore BB, Gattinoni L, Zhang Y (2017). "Ezh2 Phosphorylation State Determines its Capacity to Maintain CD8+ T Memory Precursors for Antitumor Immunity" **Nat Commun** 8:2125
*I contributed to the experimental design and interpretation of the results.*

44. Pasquini MC, Zhang MJ, Medeiros BC, Armand P, Hu ZH, Nishihori T, Aljurf MD, Akpek G, Cahn JY, Cairo MS, Cerny J, Copelan EA, Deol A, Freytes CO, Gale RP, Ganguly S, George B, Gupta V, Hale GA, Kamble RT, Kulmpp TR, Lazarus HM, Luger SM, Liesveld JL, Litzow MR, Marks DI, Martino R, Norkin M, Olsson RF, Oran B, Pawarode A, Pulsipher MA, Ramanathan M, **Reshef R**, Saad AA, Saber W, Savani BN, Schouten HC, Ringden O, Tallman MS, Uy GL, Wood, WA, Wirk B, Perez WS, Batiwalla M, Weisdorf DJ (2016). "Hematopoietic Cell Transplantation Outcomes in Monosomal Karyotype Myeloid Malignancies" **Biol Blood Marrow Transplant** 22:248-257
*I contributed to the study design, data analysis and manuscript preparation.*

45. Meng L, Bai Z, He S, Mochizuki K, Liu Y, Purushe J, Sun H, Wang J, Yagita H, Mineishi S, Fung H, Yanik GA, Carrichio R, Fan X, Crisalli LM, Hexner EO, **Reshef R**, Zhang Y, Zhang Y (2016). "The Notch ligand DLL4 defines a unique capability of human dendritic cells in regulating Th1 and Th17 differentiation" **J Immunol** 196:1070-1080
*I contributed to the experimental design, guided the experiments and interpreted the results.*

46. Ganetsky A, Shah A, Miano TA, Hwang WT, He J, Loren AW, Hexner EO, Frey NV, Porter DL, **Reshef R** (2016). "Higher Tacrolimus Concentrations Early After Transplant Reduce the Risk of Acute GvHD in Reduced-Intensity Allogeneic Stem Cell Transplantation" **Bone Marrow Transplant** 51:568-572

47. Seftel MD, Neuberg D, Zhang MJ, Wang HL, Ballen KK, Bergeron J, Couban S, Freytes CO, Hamadani M, Kharfan-Dabaja MA, Lazarus HM, Nishihori T, Paulson K, Saber W, Sallan SE, Soiffer R, Tallman MS, Woolfrey AE, DeAngelo DJ, Weisdorf DJ; Collaborators: Akpek G, Baron F, Bashey A, Cahn JY, Camitta BM, Copelan EA, de Lima M, Deol A, Gale RP, Gergis U, Hogan WJ, Kebriaei P, Litzow MR, Loren AW, Miller AM, Norkin M, Olsson RF, **Reshef R**, Savani BN, Schouten HC, Vij R, Wiernik PH, Wirk B, Wood WA (2016) "Pediatric-inspired Therapy compared to Allografting for Philadelphia Chromosome Negative Adult ALL in First Complete Remission" **Am J Hematol** 91:322-329
*I contributed to the study design, data analysis and manuscript preparation.*

48. Hexner EO, Luger SM, **Reshef R**, Jeschke GR, Mangan JK, Frey NV, Frank DM, Richman LP, Vonderheide RH, Aqui NA, Rosenbach M, Zhang Y, Chew A, Loren AW, Stadtmauer EA, Levine BL, June CH, Emerson SG, Porter DL (2016) "Infusion of CD3/CD28 co-stimulated umbilical cord blood T cells at the time of single umbilical cord blood transplantation may enhance engraftment" **Am J Hematol** 91:453-460
*I contributed to the data analysis and interpretation of the results.*

49. Kumar AJ, Vassilev P, Loren AW, Luger SM, **Reshef R**, Gill S, Smith J, Goldstein SC, Hexner EO, Stadtmauer EA, Porter DL, Frey NV (2016) "Time to Unrelated Donor Leukocyte Infusion is Longer, but Incidence of GVHD and Overall Survival are Similar for Recipients of Unrelated DLI Compared to Matched Sibling DLI" **Am J Hematol** 91:426-429
*I contributed to the data analysis and interpretation of the results.*

50. Shaffer BC, Ahn KW, Hu ZH, Nishihori T, Malone A, Valcárcel D, Grunwald MR, Bacher U, Hamilton B, Kharfan-Dabaja MA, Saad A, Cutler C, Warlick E, **Reshef R**, Wirk B, Sabloff M, Fasan O, Gerds A, Marks DI, Olsson RF, Wood WA, Costa LJ, Miller AM, Cortes J, Daly A, Kindwall-Keller T, Kamble R, Rizzieri D, Cahn JY, Gale RP, William BM, Litzow M, Wiernik PH, Liesveld J, Savani BN, Vij R, Ustun C, Copelan E, Popat U, Kalaycio M, Maziarz R, Alyea E, Sobecks R, Pavletic S, Tallman M, Saber W (2016) "A Scoring System Prognostic of Outcomes in Patients Undergoing Allogeneic Hematopoietic Cell Transplantation for Myelodysplastic Syndrome" **J Clin Oncol** 34:1864-1871
*I contributed to the study design, data analysis and manuscript preparation.*

51. Mochizuki K, Meng L, Mochizuki I, Tong Q, He S, Liu Y, Purushe J, Fung H, Zaidi RM, Zhang Y, **Reshef R**, Blazar BR, Yagita H, Mineishi S, Zhang Y (2016). "Programming of Donor T Cells Using Allogeneic Delta-like ligand 4-positive Dendritic Cells to Reduce GVHD in Mice" **Blood** 127:3270-3280
*I contributed to the experimental design, guided the experiments and interpreted the results.*

Ran Reshef, MD, MSc                                                              Page 20

52. Deol A, Sengsayadeth S, Ahn KW, Wang HL, Aljurf M, Antin JH, Battiwalla M, Bornhauser M, Cahn JY, Camitta B, Chen YB, Cutler CS, Gale RP, Ganguly S, Hamadani M, Inamoto Y, Jagasia M, Kamble R, Koreth J, Lazarus HM, Liesveld J, Litzow MR, Marks DI, Nishihori T, Olsson RF, **Reshef R**, Rowe JM, Saad AA, Sabloff M, Schouten HC, Shea TC, Soiffer RJ, Uy GL, Waller EK, Wiernik PH, Wirk B, Woolfrey AE, Bunjes D, Devine S, de Lima M, Sandmaier BM, Weisdorf D, Khoury HJ, Saber W (2016). "Does FLT3 Mutation Impact Survival after Hematopoietic Cell Transplant for AML? A CIBMTR Analysis" **Cancer** 122:3005-3014
*I contributed to the study design, data analysis and manuscript preparation.*

53. Yam C, Crisalli L, Luger SM, Loren AW, Hexner EO, Frey NV, Mangan JK, Gao A, Stadtmauer EA, Porter DL, **Reshef R** (2016). "Unrelated Donors are Associated with Improved Relapse Free Survival Compared to Related Donors in Patients with Myelodysplastic Syndrome Undergoing Reduced Intensity Allogeneic Stem-Cell Transplantation" **Am J Hematol** 91:883-887

54. Lazaryan A, Wang T, Spellman SR, Wang HL, Pidala J, Nishiori T, Askar M, Olsson R, Oudshoorn M, Abdel-Azim H, Yong A, Gandhi M, Dandoy C, Savani B, Hale G, Pag K, Bitan M, **Reshef R**, Drobyski W, Marsh S, Schultz K, Muller CR, Fernandez-Vina MA, Verneris MR, Horowitz MM, Arora M, Weisdorf DJ, Lee SJ (2016). "HLA supertype matching after myeloablative hematopoietic cell transplantation with 7/8 matched unrelated donor allografts: A report from the Center for International Blood and Marrow Transplant Research (CIBMTR)" **Haematologica** 101:1267-1274
*I contributed to the study design, data analysis and manuscript preparation.*

55. Lefebvre E, Moyle G, **Reshef R**, Richman LP, Thompson M, Hong F, Chou HI, Hashiguchi T, Plato C, Poulin D, Richards T, Yoneyama H, Jenkins H, Wolfgang G, Friedman SL (2016). "Antifibrotic Effects of the Dual CCR2/CCR5 Antagonist Cenicriviroc in Animal Models of Liver and Kidney Fibrosis" **PLOS One** 11:e0158156
*I contributed to the experimental design, guided the experiments, interpreted the results and participated in the manuscript preparation.*

56. Luskin MR, Carroll M, Lieberman D, Morrissette JD, Zhao J, Crisalli L, Roth DB, Luger SM, Porter DL, **Reshef R** (2016). "Clinical Utility of Next Generation Sequencing for Oncogenic Mutations in AML Patients Undergoing Allogeneic Stem Cell Transplantation" **Biol Blood Marrow Transplant** 22:1961-1967

57. Karimi M, Bryson JL, Richman LP, Fesnak AD, Leichner TM, Satake A, Vonderheide RH, Raulet DH, **Reshef R**, Kambayashi T (2015). "NKG2D expression by CD8+ T-cells contributes to GVHD and GVT effects in a murine model of allogeneic HSCT" **Blood** 125:3655-3663
*I contributed to the study design, data analysis and manuscript preparation.*

Ran Reshef, MD, MSc                                                                 Page 21

58. Ganetsky A, Miano TA, Hughes ME, Vonderheide RH, Porter DL, **Reshef R** (2015). "Lack of a Significant Pharmacokinetic Interaction Between Maraviroc and Tacrolimus in Allogeneic Hematopoietic Stem Cell Transplant Recipients." **J Antimicrob Chemother** 70:2078-2083

59. Bagley SJ, Sehgal AR, Frey NV, Gill S, Hexner EO, Loren AW, Mangan JK, Porter DL, Stadtmauer EA, **Reshef R**, Luger SM (2015). "Acute Cholecystitis Is a Common Complication Following Allogeneic SCT and Is Associated With Use of Total Parenteral Nutrition" **Biol Blood Marrow Transplant** 21:768-771
*I contributed to the study design, data analysis and manuscript preparation.*

60. Goyal S, Zhang M, Wang H, Akpek G, Copelan E, Freytes C, Gale R, Hamadani M, Inamoto Y, Kamble R, Lazarus H, Marks D, Nishihori T, Olsson R, **Reshef R**, Ritchie D, Saber W, Savani B, Seber A, Shea T, Tallman M, Wirk B, Bunjes D, Devine S, de Lima M, Weisdorf D, Uy G (2015). "Allogeneic Hematopoietic Cell Transplant for AML: No Impact of Pre-transplant Extramedullary Disease on Outcome" **Bone Marrow Transplant** 50:1057-1062
*I contributed to the study design, data analysis and manuscript preparation.*

61. Luskin MR, Heil DS, Tan KS, Choi SM, Stadtmauer EA, Schuster SJ, Porter DL, Vonderheide RH, Bagg A, Heitjan DF, Tsai DE, **Reshef R** (2015). "The Impact of EBV Status on Disease Characteristics and Outcomes of Post-Transplantation Lymphoproliferative Disorder in Adult Solid Organ Transplant Recipients" **Am J Transplant** 15:2665-2673

62. Urbano Ispizua A, Pavletic S, Flowers ME, Klein JP, Zhang M, Carreras J, Montoto S, Perales MA, Aljurf MD, Akpek G, Bredeson C, Costa L, Dandoy C, Freyetes C, Fung H, Peter R, Gibson J, Hamadani M, Hayashi RJ, Inamoto Y, Inwards DJ, Lazarus HM, Maloney DG, Martino R, Munker R, Nishihori T, Olsson R, Rizzieri DA, **Reshef R**, Saad A, Savani BN, Schouten HC, Smith S, Socie G, Wirk B, Yu L, Saber W (2015). "The Impact Of Graft versus Host Disease On Relapse Rate In Patients With Lymphoma Depends On The Histological Sub-Type And The Intensity Of The Conditioning Regimen" **Biol Blood Marrow Transplant** 21:1746-1753
*I contributed to the study design, data analysis and manuscript preparation.*

63. Inamoto Y, Flowers MED, Wang T, Urbano-Ispizua A, Hemmer MT, Cutler CS, Couriel DR, Alousi AM, Antin JH, Gale RP, Gupta V, Hamilton BK, Kharfan-Dabaja MA, Marks DI, Ringdén OTH, Socié G, Solh MM, Akpek G, Cairo MS, Chao NJ, Hayashi RJ, Nishihori T, **Reshef R**, Saad A, Shah A, Teshima T, Tallman MS, Wirk B, Spellman SR, Arora M, Martin PJ (2015). "Tacrolimus versus cyclosporine after hematopoietic cell transplantation for acquired aplastic anemia" **Biol Blood Marrow Transplant** 21:1776-1782
*I contributed to the study design, data analysis and manuscript preparation.*

64. **Reshef R**, Huffman AP, Gao A, Luskin MR, Hexner EO, Loren AW, Frey NV, Stadtmauer EA, Luger SM, Mangan JK, Nasta SD, Gill SI, Sell M, Kambayashi T, Richman LP, Vonderheide RH, Mick R, Porter DL (2015). "High Graft CD8 Cell Dose Predicts Improved Survival and Enables Better Donor Selection In Allogeneic Stem-Cell Transplantation With Reduced-Intensity Conditioning" **J Clin Oncol** 33:2392-2398

Ran Reshef, MD, MSc                                                                                    Page 22

65. **Reshef R**, Hexner EO, Loren AW, Frey NV, Stadtmauer EA, Luger SM, Mangan JK, Gill SI, Vassilev P, Lafferty KA, Smith J, Van Deerlin VM, Mick R, Porter DL (2014). "Early donor chimerism levels predict relapse and survival after allogeneic stem-cell transplantation with reduced intensity conditioning." **Biol Blood Marrow Transplant** 20:1758-1766

66. Karuturi M, Shah N, Frank D, Fasan O, **Reshef R**, Ahya VN, Bromberg M, Faust T, Goral S, Schuster SJ, Stadtmauer EA, Tsai DE (2013). "Plasmacytic Post-transplant Lymphoproliferative Disorder: A Case Series of Nine Patients." **Transpl Int** 26:616-622
*I contributed to the data analysis and manuscript preparation.*

67. Kumar AJ, Hexner EO, Frey NV, Luger SM, Loren AW, **Reshef R**, Boyer J, Smith J, Stadtmauer EA, Levine BL, June CH, Porter DL, Goldstein SC (2013). "Pilot Study of Prophylactic Ex Vivo Co-Stimulated Donor Leukocyte Infusion After Reduced Intensity Conditioned Allogeneic Stem Cell Transplantation." **Biol Blood Marrow Transplant** 19:1094-1101
*I participated in the clinical trials and contributed to the data analysis and manuscript preparation.*

68. Kremer BE, **Reshef R**, Misleh J, Christie JD, Ahya VN, Blumenthal NP, Kotloff RM, Hadjiliadis D, Stadtmauer EA, Schuster SJ, Tsai DE (2012). "Post-Transplant Lymphoproliferative Disorder Following Lung Transplantation: A Review of 35 Cases." **J Heart Lung Transplant** 31:296-304
*I contributed to the data analysis and manuscript preparation.*

69. Tizon R, Frey NV, Heitjan DF, Tan KS, Goldstein SG, Hexner EO, Loren A, Luger SM, **Reshef R**, Tsai D, Vogl D, Vozniak M, Fuchs B, Stadtmauer EA, Porter DL (2012). "High Dose Corticosteroids With or Without Etanercept for the Treatment of Idiopathic Pneumonia Syndrome after Allo-SCT." **Bone Marrow Transplant** 47:1332-1337
*I contributed to the data analysis and manuscript preparation.*

70. Hardy NM, Fellowes V, Rose JJ, Hakim FT, Odom J, Pittaluga S, Steinberg SM, Blacklock-Schuver B, Avila DN, Memon S, Kurlander RJ, Khuu HM, Stetler-Stevenson M, Mena Gonzalez E, Dwyer AJ, Levine BL, June CH, **Reshef R**, Vonderheide RH, Gress RE, Fowler DH, Hakim FT, Bishop MR (2012). "Costimulated tumor-infiltrating lymphocytes are a feasible and safe alternative donor cell therapy for relapse after allogeneic stem cell transplantation." **Blood** 119:2956-2959
*I conducted experiments and contributed to the data analysis and manuscript preparation.*

71. **Reshef R**, Luger SM, Hexner EO, Loren AW, Frey NV, Nasta, SD, Goldstein SC, Stadtmauer EA, Smith J, Bailey S, Mick R, Heitjan DF, Emerson SG, Hoxie J, Vonderheide RH, Porter DL (2012). "Effect of Blocking Lymphocyte Chemotaxis on Visceral Graft-vs-Host Disease." **N Engl J Med** 367:135-145

Ran Reshef, MD, MSc                                                                            Page 23

72. **Reshef R**, Vardhanabhuti S, Luskin MR, Heitjan DF, Hadjiliadis D, Goral S, Krok KL, Goldberg LR, Porter DL, Stadtmauer EA, Tsai DE (2011). "Reduction of Immunosuppression as Initial Therapy for Post-Transplantation Lymphoproliferative Disorder." **Am J Transplant** 11:336-347

73. Rager A, Frey N, Goldstein SC, **Reshef R**, Hexner EO, Loren A, Luger SM, Perl A, Tsai D, Davis J, Vozniak M, Smith J, Stadtmauer EA, Porter DL (2011). "Inflammatory Cytokine Inhibition with Combination Daclizumab and Infliximab for Steroid Refractory Acute Graft-Versus-Host Disease." **Bone Marrow Transplant** 46:430-435
*I contributed to the data analysis and manuscript preparation.*

74. **Reshef R**, Luskin MR, Kamoun M, Vardhanabhuti S, Tomaszewski JE, Stadtmauer EA, Porter DL, Heitjan DF, Tsai DE (2011). "Association of HLA Polymorphisms with Post-Transplant Lymphoproliferative Disorder in Solid-Organ Transplant Recipients." **Am J Transplant** 11:817-825

75. Beatty GL, Smith JS, **Reshef R**, Patel KP, Colligon TA, Vance BA, Frey NV, Johnson FB, Porter DL, Vonderheide RH (2009). "Functional unresponsiveness and replicative senescence of myeloid leukemia antigen- specific CD8+ T cells after allogeneic stem cell transplantation." **Clin Cancer Res** 15:4944-4953
*I conducted experiments and contributed to the data analysis and manuscript preparation.*

76. **Reshef R**, Schwartz D, Ingbir M, Shtabsky A, Chernichovski T, Isserlin BA, Chernin G, Levo Y, Schwartz IF (2008). "A profound decrease in maternal arginine uptake provokes endothelial nitration in the pregnant rat." **Am J Physiol Heart Circ Physiol** 294:H1156-163

77. Ingbir M, Schwartz IF, Shtabsky A, Filip I, **Reshef R**, Chernichovski T, Iaina N, Rozovski U, Levo Y, Schwartz D (2008). "Rosiglitazone improves aortic arginine transport, through inhibition of PKC-$\alpha$, in uremic rats." **Am J Physiol Renal Physiol** 295:F471-477
*I conducted experiments and contributed to the data analysis and manuscript preparation.*

78. Schwartz IF, Ingbir M, Chernichovsky T, **Reshef R**, Chernin G, Litvak A, Weinstein T, Levo Y, Schwartz D (2007). "Arginine uptake is attenuated, through post-translational regulation of cationic amino acid transporter-1, in hyperlipidemic rats." **Atherosclerosis** 194:357-363
*I conducted experiments and contributed to the data analysis and manuscript preparation.*

79. Schwartz IF, Ayalon R, Chernichovski T, **Reshef R**, Chernin G, Weinstein T, Litvak A, Levo Y, Schwartz D (2006). "Arginine Uptake is Attenuated, Through Modulation of Cationic Amino Acid Transporter-1, in Uremic Rats". **Kidney International** 69:298-303
*I conducted experiments and contributed to the data analysis and manuscript preparation.*

80. Schwartz IF, Chernichovsky T, Hagin D, Ingbir M, **Reshef R**, Chernin G, Levo Y, Schwartz D (2006). "Differential regulation of L-arginine transporters (cationic amino acid transporter-1 and -2) by peroxynitrite, in rat mesangial cells". **Nephrol Dial Transplant** 21:3409-3414
*I conducted experiments and contributed to the data analysis and manuscript preparation.*

Ran Reshef, MD, MSc                                                                                      Page  24

**Case Reports:**

1. Macesic N, Laplante JM, Aaron JG, DiMango EA, Miko B, Pereira MR, **Reshef R**, St. George K (2020). "Baloxavir treatment of oseltamivir-resistant influenza A/H1pdm09 in two immunocompromised patients". **Transplant Infect Dis** 23:e13542
   *I contributed to the manuscript preparation.*

2. Bansal R, Sawas A, Jurcic J, Mapara MY, **Reshef R** (2019). "Chimeric Antigen Receptor T cells for treatment of transformed Waldenström macroglobulinemia". **Leukemia Lymphoma** 61:465-468

3. **Reshef R**, Levo Y, Giladi M (2007). "African tick bite fever in a returned traveler". **Isr Med Assoc J** 9:680-681

**Books and Chapters:**

1. Van Deerlin VM, **Reshef R** (2016). "Chimerism Testing in Allogeneic Hematopoietic Stem-Cell Transplantation". In: **Molecular pathology in clinical practice**. Oncology. 2nd edition. 823-848

2. **Reshef R**, Morgans AK, Tsai DE (2010) "Post-transplant lymphoproliferative disorder". In: Lazarus HM & Laughlin MJ, eds. **Allogeneic stem cell Transplantation: Clinical Research and Practice**. 2nd edition. NJ, USA: Humana Press. 597-618

**Reviews and Editorials:**

1. **Reshef R**, Muranski P, Miller J (2021). "Cellular Immunotherapy – Highlights from TCT 2021". **Transplant Cell Therapy** 27:527-532

2. Bansal R, **Reshef R** (2021). "Revving the CAR – Combination Strategies to Enhance CAR T Cell Effectiveness". **Blood Reviews** 45:100695

3. **Reshef R** (2021). "Peripheral Blood Stem-Cell Grafts in Allogeneic Hematopoietic Cell Transplantation: It is not all about the CD34 dose". **Transfusion and Apheresis Science** 60:103081

4. Vercellino L, de Jong D, di Blasi R, Kanoun S, **Reshef R,** Schwartz LH, Dercle L (2021). "Current and future role of medical imaging in guiding the management of patients with relapsed and refractory non-Hodgkin lymphoma treated with CAR T-cell therapy". **Front Oncol** 11:664688
   *I contributed to the manuscript preparation.*

Ran Reshef, MD, MSc                                                                                    Page 25

5.  Mishkin AD, Mapara MY, Barhaghi M, **Reshef R** (2020). "Fertility Concerns and Care for Stem Cell Transplant Candidates with Sickle Cell Disease". **Biol Blood Marrow Transplant** 26:e192-e197

6.  Mishkin AD, Mapara MY, **Reshef R** (2018). "Iatrogenic Infertility After Curative Stem Cell Transplantation in Sickle Cell Disease Patients". **Ann Intern Med** 168:881-882

7.  Nagle SJ, **Reshef R**, Tsai DE (2017). "Posttransplant Lymphoproliferative Disorder in Solid Organ and Hematopoietic Stem Cell Transplantation". **Clin Chest Med** 38:771-783
    *I contributed to the manuscript preparation.*

8.  **Reshef R**, Tsai DE (2016). "Shaping the molecular landscape of Post-Transplantation Lymphoproliferative Disorders". **Am J Transplant** 16:379-380

9.  Widman A, **Reshef R** (2016). "Precision in donor selection: identifying ideal stem-cell donors through their T-cells". **Exp Hematol** 44:1020-1023

10. **Reshef R**, Porter DL (2015). "Reduced-intensity conditioned allogeneic SCT in adults with AML". **Bone Marrow Transplant** 50:759-769

11. Harris AC, Young R, Devine S, Hogan W, Ayuk F, Burwarasate U, Chanswangphuwana C, Efebera Y, Holler E, Litzow M, Ordermann R, Qayed M, Renteria A, **Reshef R**, Wolfl M, Chen YB, Goldstein S, Jagasia M, Locatelli F, Mielke S, Porter DL, Schechter T, Shekhovtsova Z, Ferrara JLM, Levine JE (2015). "International, Multicenter Standardization of Acute Graft-versus-Host Disease Clinical Data Collection: A Report from the Mount Sinai Acute GVHD International Consortium". **Biol Blood Marrow Transplant** 22:4-10
    *I contributed to the manuscript preparation.*

12. Levine JE, Hogan WJ, Harris AC, Litzow MR, Efebra YA, Devine SM, **Reshef R**, Ferrara JLM (2014). "Improved accuracy of acute graft-versus-host disease staging among multiple centers" **Best Prac Res Clin Haematol** 27:283-287
    *I contributed to the manuscript preparation.*

13. **Reshef R** (2012). "Prevention of graft-versus-host disease." **Clin Adv Hematol Oncol** 10:663-665

14. Morgans AK*, **Reshef R***, Tsai DE (2010) "PTLD following kidney transplantation." **Am J Kidney Dis** 55:168-180 *Equal contribution

15. **Reshef R**, Tsai DE (2008) "Rituximab for PTLD of the CNS: Is it a 'no-brainer'?" **Onkologie** 31:650-651

Ran Reshef, MD, MSc                                                                                  Page 26

**Oral and Poster Presentations at Meetings:**

1. Prockop S, Beitinjaneh A, Choquet S, Dahiya S, Dinavahi R, Farah R, Gamelin L, Joshi AJ, Mehta A, Nayak P, **Reshef R**, Satyanarayana G, Stiff P, Ye W, Mahadeo KM,: Tabelecleucel (Tab-cel) for Solid Organ (SOT) or Allogeneic Hematopoietic Cell Transplant (HCT) Recipients with Epstein–Barr Virus-Driven Post Transplant Lymphoproliferative Disease (EBV[+] PTLD) after Failure of Rituximab (R) +/- Chemotherapy (CT) (ALLELE). June 2022 Notes: Oral Presentation at the American Transplant Congress, Boston MA

2. **Reshef R**, Miklos DB, Jacobson CA, Timmerman JM, Sun J, Nater J, Fang X, Patel A, Sherman M, Davis M, Heeke D, Trinh T, Mattie M, Rossi JM, Bot A, Shah J, Kim JJ, To C, Filosto S, Jain MD: Safety and Preliminary Efficacy, Pharmacokinetics (PK) and Pharmacodynamics (PD) of Axicabtagene Ciloleucel in Combination with Utomilumab in Adults with Relapsed/Refractory Large B-Cell Lymphoma (ZUMA-11, NCT03704298). April 2022 Notes: Oral Presentation at the Transplantation and Cellular Therapy Meetings, Salt Lake City UT

3. Prockop S, Mahadeo KM, Beitinjaneh A, Choquet S, Stiff P, **Reshef R**, Satyanarayana G, Dahiya S, Parmar H, Ye W, Gamelin L, Mehta A, Dinavahi R: Multicenter, Open-Label, Phase 3 Study of Tabelecleucel (Tab-cel) for Solid Organ (SOT) or Allogeneic Hematopoietic Cell Transplant (HCT) Recipients with Epstein–Barr Virus-Driven Post Transplant Lymphoproliferative Disease (EBV[+] PTLD) after Failure of Rituximab (R) or Rituximab and Chemotherapy (R+C) (ALLELE). April 2022 Notes: Oral Presentation at the Transplantation and Cellular Therapy Meetings, Salt Lake City UT

4. Neelapu SS, Chavez JC, Sehgal AR, Epperla N, Ulrickson M, Bachy E, Munshi PN, Casulo C, Maloney DG, de Vos S, **Reshef R**, Leslie LA, Oluwole OO, Yakoub-Agha I, Khanal R, Rosenblatt J, Sherman M, Dong J, Giovanetti A, Yang Y, Lui C, Bashir Z, Jung AS, Jacobson CA: Long-Term Follow-Up Analysis of ZUMA-5: A Phase 2 Study of Axicabtagene Ciloleucel (Axi-Cel) in Patients (Pts) With Relapsed/Refractory (R/R) Indolent Non-Hodgkin Lymphoma (iNHL). April 2022 Notes: Oral Presentation at the Transplantation and Cellular Therapy Meetings, Salt Lake City UT

5. Hill B, Roth C, Kositsky R, Dave T, Love C, McKinney M, Galal A, Neff J, Mian A, Kendall E, Chiaramonte M, Bhagat G, **Reshef R**, Kovach A, Sethi T, Mason E, Bhaskar S, Oluwole O, Pallas C, Ghosh N, Ferdman R, Chen G, Hernandez-Ilizaliturri F, Zurko J, Cunningham A, Shah N, Hu B, Stephens D, Ghosh M, Bailey N, Patel K, Pagel J, Kannan KK, Hsi E, Vaidya R, Ip A, Goy A, Kambhampati S, Andreadis C, Thacker E, Rozzi C, Parker C, Happ L, Dave S: Impact of Molecular Features of Large B-Cell Lymphoma on Treatment Outcomes with Anti-CD19 Chimeric Antigen Receptor (CAR) T-Cell Therapy. December 2021 Notes: Oral Presentation at the 63rd ASH Annual Meeting, Atlanta GA

6. Shah BD, Jacobson C, Solomon SR, Jain N, Johnson MC, Vainorius M, Yu L, Heery CR, List AF, He F, **Reshef R**, Akard LP, Sauter CS, Olszewski AJ, Deol A, van Besien K: Allogeneic CAR-T PBCAR0191 with Intensified Lymphodepletion Is Highly Active in Patients with Relapsed/Refractory B-Cell Malignancies. December 2021 Notes: Oral Presentation at the 63rd ASH Annual Meeting, Atlanta GA

Ran Reshef, MD, MSc                                                                                            Page 27

7.  Neelapu SS, Chavez JC, Sehgal AR, Epperla N, Ulrickson M, Bachy E, Munshi PN, Casulo C, Maloney DG, de Vos S, **Reshef R**, Leslie LA, Oluwole OO, Yakoub-Agha I, Khanal R, Rosenblatt J, Sherman M, Dong J, Giovanetti A, Yang Y, Lui C, Bashir Z, Jung AS, Jacobson CA: Long-Term Follow-Up Analysis of ZUMA-5: A Phase 2 Study of Axicabtagene Ciloleucel (Axi-Cel) in Patients With Relapsed/Refractory (R/R) Indolent Non-Hodgkin Lymphoma (iNHL). December 2021 Notes: Oral Presentation at the 63rd ASH Annual Meeting, Atlanta GA

8.  Prockop S, Mahadeo KM, Beitinjaneh A, Choquet S, Stiff P, **Reshef R**, Satyanarayana G, Dahiya S, Parmar H, Ye W, Gamelin L, Dinavahi R: Multicenter, Open-Label, Phase 3 Study of Tabelecleucel for Solid Organ or Allogeneic Hematopoietic Cell Transplant Recipients with Epstein–Barr Virus-Driven Post Transplant Lymphoproliferative Disease after Failure of Rituximab or Rituximab and Chemotherapy (ALLELE). December 2021 Notes: Oral Presentation at the 63rd ASH Annual Meeting, Atlanta GA

9.  Park J, Nikiforow S, Kim S, Hu ZH, Moskop A, Ahmed S, Abid MB Badar T, Bredeson C, Brown V, Cairo MS, Díaz M, Dholaria B, Ganguly S, Grover NS, Hanna R, Hematti P, Kohorst MA, Lazarus H, Lekakis LJ, Locke FL, Murthy HS, Mussetti A, Pulsipher MA, Qayed M, **Reshef R**, Rizzieri DA, Salas MQ, Savani BB, Sharma A, Schultz KR, Thakar M, Turtle C, Yared JA, Wagner JL, Qiu X, Pasquini MC, Perales MA: Impact of Allogeneic Hematopoietic Cell Transplantation (HCT) As Consolidation Following CD19 Chimeric Antigen Receptor (CAR) T Cell Therapy for Treatment of Relapsed Acute Lymphoblastic Leukemia (ALL). December 2021 Notes: Poster Presentation at the 63rd ASH Annual Meeting, Atlanta GA

10. Zewde MG, Morales G, Gandhi I, Ozbek U, Aguayo-Hiraldo P, Ayuk FA, Baez J, Chanswangphuwana C, Choe H, DeFilipp Z, Etra A, Grupp SA, Hexner EO, Hogan WJ, Javorniczky R, Kasikis S, Kitko CL, Kowalyk S, Meedt E, Merli P, Nakamura R, Qayed M, **Reshef R**, Roesler W, Schechter-Finkelstein T, Weber D, Wölfl M, Yanik GA, Young R Levine JE, Ferrara JLM, Chen YB: Prognostic Value of Elafin in Acute Graft-Versus-Host Disease. December 2021 Notes: Poster Presentation at the 63rd ASH Annual Meeting, Atlanta GA

11. Yuen CA, Magge RS, Haggiagi AM, Iwamoto FM, **Reshef R**, van Besien K, Hsu JM, Wesley SG: Neurotoxicity related to CAR T-cell therapy in patients with secondary central nervous system lymphoma. November 2021 Notes: Abstract at the Society for Neuro-Oncology Annual Scientific Meeting, Boston MA

12. Shah BD, Jacobson CA, Solomon S, Jain N, Vainorius M, Heery CR, He FC, **Reshef R**, Herrera AF, Akard LP, Sauter CS: Preliminary safety and efficacy of PBCAR0191, an allogeneic, off-the-shelf CD19-targeting CAR-T product, in relapsed/refractory (r/r) CD19+ NHL. June 2021 Notes: Poster discussion at the American Society of Clinical Oncology Virtual Annual Meeting

13. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Plaks V, Yang Y, Lee J, Avanzi MP, Neelapu SS: Outcomes in ZUMA-5 with axicabtagene ciloleucel (axi-cel) in patients (pts) with relapsed/refractory (R/R) indolent non-Hodgkin lymphoma (iNHL) who had the high-risk feature of progression within 24 months from initiation of first anti-CD20–containing chemoimmunotherapy (POD24). June 2021 Notes: Poster discussion at the American Society of Clinical Oncology Virtual Annual Meeting

Ran Reshef, MD, MSc                                                                                      Page 28

14. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Rosenblatt J, Rossi JM, Goyal L, Plaks V, Yang Y, Lee J, Godfrey W, Vezan R, Avanzi MP, Neelapu SS: Primary Analysis of ZUMA-5: A Phase 2 Study of Axicabtagene Ciloleucel (Axi-Cel) in Patients (Pts) with Relapsed/Refractory (R/R) Indolent Non-Hodgkin Lymphoma (iNHL). April 2021 Notes: Oral presentation at the British Society for Haematology - 61st Annual Scientific Meeting.

15. Putta S, Young BA, Ho VT, **Reshef R**, Nakamura R, Strouse C, Perales MA, Howard A, Pine P, Shi J, Zhang P, Levine JE, Saber W: Prognostic Biomarker Signature for Hepatic Veno-Occlusive Disease/Sinusoidal Obstruction Syndrome (VOD/SOS) in Recipients of Myeloablative (MA) Allogeneic Hematopoietic Cell Transplantation (HCT). March 2021 Notes: Oral presentation at the 47th Annual Meeting of EBMT

16. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Plaks V, Yang Y, Lee J, Avanzi MP, Neelapu SS: ZUMA-5 Phase 2 Study of Axicabtagene Ciloleucel in Relapsed/Refractory Indolent Non-Hodgkin Lymphoma. March 2021 Notes: Japan Society for Hematopoietic Cell Transplantation - 43rd Annual Meeting

17. Torno L, Dahlberg A, Ghobadi A, Stiff P, **Reshef R**, Weng WK, Navarro WH, Gamelin L, Dinavahi R, Sun Y, Guzman-Becerra N, Prockop SE: Clinical Experience of Tabelecleucel in Patients with Life-Threatening Complications of Epstein–Barr Virus Viremia. February 2021 Notes: Poster presentation at the Transplantation and Cellular Therapy Meetings

18. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Rosenblatt J, Rossi JM, Goyal L, Plaks V, Yang Y, Lee J, Godfrey W, Vezan R, Avanzi MP, Neelapu SS: Primary Analysis of ZUMA-5: A Phase 2 Study of Axicabtagene Ciloleucel (Axi-Cel) in Patients (Pts) with Relapsed/Refractory (R/R) Indolent Non-Hodgkin Lymphoma (iNHL). February 2021 Notes: Oral presentation at the Transplantation and Cellular Therapy Meetings

19. Putta S, Young BA, Ho VT, **Reshef R**, Nakamura R, Strouse C, Perales MA, Howard A, Pine P, Shi J, Zhang P, Levine JE, Saber W: Prognostic Biomarker Signature for Hepatic Veno-Occlusive Disease/Sinusoidal Obstruction Syndrome (VOD/SOS) in Recipients of Myeloablative (MA) Allogeneic Hematopoietic Cell Transplantation (HCT). February 2021 Notes: Oral presentation at the Transplantation and Cellular Therapy Meetings

20. Xu B, Gordillo CA, Delille EM, Malendrakis S, Assal A, Mapara MY, **Reshef R**: Improved Antibody Responses to DTaP over Tdap in Adult Hematopoietic Cell Transplant Recipients. February 2021 Notes: Poster presentation at the Transplantation and Cellular Therapy Meetings. **Selected for the Poster Highlights Session.**

21. Macedo RJM, Harle DW, Wang XK, Matschiner A, Belay K, **Reshef R**: Co-expression of chemokine receptors define T-cell subsets with mixed roles in antitumor response and toxicity of checkpoint blockade. January 2021 Notes: Poster presentation at the 2nd Annual Symposium on Epigenetics, Immunity and Cancer.

22. Belay K, Wang XK, Gordillo CA, Harle D, Macedo RJM, Fuller J, Azizi E, **Reshef R**: Characterizing the impact of post-transplant cyclophosphamide on alloreactive T-cell clones in HCT patients. January 2021 Notes: Poster presentation at the 2nd Annual Symposium on Epigenetics, Immunity and Cancer.

23. Harle DW, Gonzales RJM, Rozenberg FD, Matschiner A, Bansal R, Lagana SM, Ma H, Pinker E, Belay KS, Wang XK, Thomas T, Mapara MY, Uhlemann AC, Zhang Y, **Reshef R**: Glucagon-like Peptide-2 (GLP-2) Treatment Reduces Gvhd-Related Mortality in a Pre-Clinical Transplant Model Via Expansion of Macrophages with Tolerogenic Potential. December 2020 Notes: Oral presentation at the 62nd Virtual ASH Annual Meeting

24. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Munshi PN, Casulo C, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Rosenblatt J, Rossi JM, Goyal L, Plaks V, Yang Y, Lee J, Godfrey W, Vezan R, Avanzi MP, Neelapu SS: Primary Analysis of ZUMA-5: A Phase 2 Study of Axicabtagene Ciloleucel (Axi-Cel) in Patients With Relapsed/Refractory (R/R) Indolent Non-Hodgkin Lymphoma (iNHL). December 2020 Notes: Oral presentation at the 62nd Virtual ASH Annual Meeting

25. Gooptu M, St. Martin A, Romee R, Arora M, Al Malki MM, Antin JH, Bredeson C, Brunstein CG, Chhabra S, Fuchs EJ, Ghosh N, Grunwald MR, Inamoto Y, Kanakry CG, Kekre N, McGuirk JP, McNiece IK, Mehta RS, Mielcarek M, Milano F, Modi D, **Reshef R**, Schroeder MA, Soiffer RJ, Solomon SR, Waller EK, Eapen M: Comparison of Outcomes after Haploidentical Relative and HLA Matched Unrelated Donor Transplantation with Post-Transplant Cyclophosphamide Containing Gvhd Prophylaxis Regimens. December 2020 Notes: Oral presentation at the 62nd Virtual ASH Annual Meeting

26. Torno L, Dahlberg A, Ghobadi A, Stiff P, **Reshef R**, Weng WK, Navarro W, Gamelin L Dinavahi R, Sun Y, Guzman-Becerra N, Prockop S: Clinical Experience of Tabelecleucel in Patients with Life-Threatening Complications of Epstein-Barr Virus Viremia. December 2020 Notes: Poster presentation at the 62nd Virtual ASH Annual Meeting

27. Lopez Bujanda ZA, Obradovic A,; Nirschl T, O'Donnell T; Laserson U; Macedo-Gonzales R, **Reshef R**, Yuan T, Soni M; Antonarakis ES, Larman B, Muranski P, Drake CG: A Novel Prostate-Restricted Tumor-Associated Antigen: A Potential Therapeutic Target. November 2020 Notes: Poster Presentation at the 35th Annual Meeting of the Society for Immunotherapy of Cancer

28. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Plaks V, Yang Y, Lee J, Avanzi MP, Neelapu SS: Interim analysis of ZUMA-5: A phase II study of axicabtagene ciloleucel (axi-cel) in patients (pts) with relapsed/refractory indolent non-Hodgkin lymphoma (R/R iNHL). September 2020 Notes: Poster Presentation at the Society of Hematologic Oncology – Virtual 8th Annual Meeting

29. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Plaks V, Yang Y, Lee J, Avanzi MP, Neelapu SS: Interim analysis of ZUMA-5: A phase II study of axicabtagene ciloleucel (axi-cel) in patients (pts) with relapsed/refractory indolent non-Hodgkin lymphoma (R/R iNHL). May 2020 Notes: Oral Presentation at the American Society of Clinical Oncology Virtual Annual Meeting

30. Jacobson CA, Chavez JC, Sehgal AR, William BM, Munoz J, Salles GA, Casulo C, Munshi PN, Maloney DG, De Vos S, **Reshef R**, Leslie LA, Yakoub-Agha I, Oluwole OO, Fung HC, Plaks V, Yang Y, Lee J, Avanzi MP, Neelapu SS: Interim analysis of ZUMA-5: A phase II study of axicabtagene ciloleucel (axi-cel) in patients with relapsed/refractory indolent non-Hodgkin lymphoma (R/R iNHL). June 2020 Notes: Oral Presentation at the European Hematology Association 25th Virtual Congress

Ran Reshef, MD, MSc                                                                                   Page 30

31. Prockop S, **Reshef R**, Tsai DE, Bunin N, Abu-Arja R, Mahadeo KM, Weng WK, Van Besien K, Loeb D, Nasta SD, Nemecek ER, Hiremath M, Ye W, Yue S, Navarro WH, Nikiforow S: Long-Term Outcomes of Patients with Epstein-Barr Virus-Driven Post-Transplant Lymphoproliferative Disease Following Solid Organ Transplant or Allogeneic Hematopoietic Cell Transplant Treated with Tabelecleucel in an Expanded Access Program Study. June 2020 Notes: Oral Presentation at the American Transplant Congress, Philadelphia, PA

32. Pasin C, **Reshef R**, Yates A: Use Of Variable Selection Methods To Identify Clinical And Immunological Factors Associated With The Clinical Outcome Of Patients Following Allogeneic Hematopoietic Stem Cell Transplantation. August 2020 Notes: Poster Presentation at The 46th Virtual Annual Meeting of the European Society for Blood and Marrow Transplantation

33. Bansal R, Gordillo CA, Abramova R, Assal A, Mapara MY, **Reshef R**: Extended Letermovir Administration, Beyond Day 100, Is Effective for CMV Prophylaxis in Patients with Graft Versus Host Disease. February 2020 Notes: Poster Presentation at the Transplantation and Cellular Therapies Meeting, Orlando, FL

34. Srinagesh HK, Ozbek U, Kapoor U, Ayuk F, Aziz M, Ben-David K, Choe HK, DeFilipp Z, Etra A, Grupp SA, Hartwell MJ, Hexner EO, Hogan WJ, Kitko CL, Kowalyk S, Lin JY, Major-Monfried H, Mielke S, Merli P, Morales G, Ordemann R, Pulsipher MA, Qayed M, Reddy P, **Reshef R**, Roesler W, Sandhu KS, Schechter-Finkelstein T, Shah J, Sigel K, Weber D, Wolfl M, Wudhikarn K, Young R, Levine JE, Ferrara JLM: The MAGIC Algorithm Probability (MAP) Is a Validated Response Biomarker of Treatment for Acute Graft-Versus-Host Disease. February 2020 Notes: Oral Presentation at the Transplantation and Cellular Therapies Meeting, Orlando, FL

35. Prockop S, **Reshef R**, Tsai DE, Bunin N, Abu-Arja R, Mahadeo KM, Weng WK, Van Besien K, Loeb D, Nasta SD, Nemecek ER, Hiremath M, Ye W, Yue S, Navarro WH, Nikiforow S: Long-Term Outcomes of Patients with Epstein-Barr Virus-Driven Post-Transplant Lymphoproliferative Disease Following Solid Organ Transplant or Allogeneic Hematopoietic Cell Transplant Treated with Tabelecleucel in a Multicenter Expanded Access Program Study. February 2020 Notes: Oral Presentation at the Transplantation and Cellular Therapies Meeting, Orlando, FL

36. Srinagesh HK, Ozbek U, Kapoor U, Ayuk F, Aziz M, Ben-David K, Choe HK, DeFilipp Z, Etra A, Grupp SA, Hartwell MJ, Hexner EO, Hogan WJ, Kitko CL, Kowalyk S, Lin JY, Major-Monfried H, Mielke S, Merli P, Morales G, Ordemann R, Pulsipher MA, Qayed M, Reddy P, **Reshef R**, Roesler W, Sandhu KS, Schechter-Finkelstein T, Shah J, Sigel K, Weber D, Wolfl M, Wudhikarn K, Young R, Levine JE, Ferrara JLM: The MAGIC Algorithm Probability (MAP): A Novel Laboratory Biomarker for the Response to Treatment of Acute Graft-Versus-Host Disease. December 2019 Notes: Oral Presentation at the 61st ASH Annual Meeting, Orlando, FL

37. Bansal R, Park H, Taborda C, Gordillo C, Mapara MY, Assal A, Uhlemann AC, **Reshef R**: Autologous Transplant Recipients Have a Healthier Gut Microbiota at Baseline and Faster Recovery from Microbiome Injury Compared to Allogeneic Transplant Recipients. December 2019 Notes: Poster Presentation at the 61st ASH Annual Meeting, Orlando, FL

Ran Reshef, MD, MSc                                                                 Page 31

38. Prockop S, **Reshef R**, Tsai DE, Bunin N, Abu-Arja R, Mahadeo KM, Weng WK, Van Besien K, Loeb D, Nasta SD, Nemecek ER, Hiremath M, Ye W, Yue S, Navarro WH, Nikiforow S: Long-Term Outcomes of Subjects with Epstein-Barr Virus-Driven Post-Transplant Lymphoproliferative Disorder (EBV[+]PTLD) Following Solid Organ (SOT) or Allogeneic Hematopoietic Cell Transplants (HCT) Treated with Tabelecleucel on an Expanded Access Program. December 2019 Notes: Poster Presentation at the 61st ASH Annual Meeting, Orlando, FL

39. Assal A, George D, Bhatia M, Bhutani D, Gordillo C, Lentzsch S, **Reshef R**, Mapara MY: Excellent Survival and Immune Reconstitution Following Matched/Mismatched Unrelated and Mismatched Related Transplantation in Adult Patients with Sickle Cell Disease: Updated Results from a Single Center Experience. December 2019 Notes: Poster Presentation at the 61st ASH Annual Meeting, Orlando, FL

40. Macedo-Gonzales RJM, Harle D, Wang XW, Matschiner A, **Reshef R**: Co-expression of effector T-cell–associated chemokine receptors define T-cell subsets with different roles in antitumor response and toxicity of dual checkpoint blockade. November 2019 Notes: Poster Presentation at AACR Special Conference on Tumor Immunology and Immunotherapy, Boston, MA

41. Levin S, Diaconu C, Straus Farber R, De Jager P, **Reshef R**, Riley C: Central Meningioma Necrosis after CAR T-Cell Therapy: A Case Report. May 2019 Notes: Poster Presentation at American Academy of Neurology Annual Meeting, Philadelphia, PA

42. **Reshef R**, Saber W, Bolanos-Meade J, Chen GL, Chen YB, Ho VT, Ponce DM, Nakamura R, Martens MJ, Hansen JA, Levine JE: Acute Gvhd Diagnosis and Adjudication in a Multicenter Trial – a Report from the BMT CTN 1202 Biorepository Study. February 2019 Notes: Oral Presentation at the Transplantation and Cellular Therapies Meeting, Houston, TX

43. Assal A, Howard N, Jiang SY, Kaiser A, Prinzing S, Shamehdi C, Fan W, Gordillo CA, Schwartz J, **Reshef R**, Mapara MY: Diagnosis of Light Chain Amyloidosis Is the Primary Risk Factor for Engraftment Syndrome after Autologous Stem Cell Transplant in a Contemporary Cohort. February 2019 Notes: Poster Presentation at the Transplantation and Cellular Therapies Meeting, Houston, TX

44. Assal A, Howard N, Kaiser A, Prinzing S, Shamehdi C, Jiang SY, Zhu Z, Chiuzan C, Gordillo CA, Schwartz J, **Reshef R**, Mapara MY: Pre-Apheresis Peripheral Blood CD34+ Cell Count Obviates Need for Pre-Emptive Plerixafor in Half of Patients Undergoing Stem Cell Mobilization.. February 2019 Notes: Poster Presentation at the Transplantation and Cellular Therapies Meeting, Houston, TX

45. Etra A, Gergoudis S, Morales G, Kowalyk S, Lin JY, J, Kapoor U, Aziz M, Pawarode A, Ayuk F, Holler E, Choe H, Chen YB , Rösler W, Qayed M, Hogan WJ, Wolfl M, Hexner EO, Merli P, Kitko CL, Al Malki MM, **Reshef R**, Wudhikarn K, Ordemann R, Pulsipher MA, Mielke S, Schechter T, Ozbek U, Ferrara J, Levine JE: Comparison of Gvhd Biomarker Algorithms for Predicting Lethal Gvhd and Non-Relapse Mortality. February 2019 Notes: Poster Presentation at the Transplantation and Cellular Therapies Meeting, Houston, TX

46. Aziz MD, Shah J, Kapoor U, Dimopoulos CN, Ayuk FA, Hogan WJ, Schreiner E, Choe HK, Chen YB, Hexner EO, Etra A, Merli P, Roesler W, Kitko C, Qayed M, Wölfl M, Mielke S, Wudhikarn K, Nakamura R, Ordemann R, Pulsipher MA, **Reshef R**, Anand S, Yanik G, Morales G, Kowalyk S, Young R, Kroeger N, Schechter-Finkelstein T, Hartwell M, Gergoudis S, Augustine A, Ozbek U, Levine JE, Ferrara JLM: Serial Biomarker Monitoring Early after HCT Identifies Different Risks for Relapse and Graft-Vs-Host Disease. December 2018 Notes: Oral Presentation at the 60th ASH Annual Meeting, San Diego, CA

47. Wang Y, He S, Liu Y, Hooper R, Yu H, Tian Y, Sun H, **Reshef R**, Hexner EO, Soboloff J, Zhang Y: Stim1 Deletion Synthetically Rescues Ezh2-Null Effector T Cells and Alloimmunity. December 2018 Notes: Poster Presentation at the 60th ASH Annual Meeting, San Diego, CA

48. Mishkin AD, Mapara MY, **Reshef R**, Schmajuk M, Shapiro PA: SIPAT scores predict delirium in hematopoietic stem cell transplant recipients. June 2018 Notes: Poster Presentation at the American Delirium Society 2018 Annual Conference, San Francisco, CA.

49. Prockop SE, Li A, Baiocchi R, Bunin NJ, Mahadeo KM, Nemecek ER, Nikiforow S, **Reshef R**, Tsai DE, Navarro WH, O'Reilly RJ: Efficacy and Safety of ATA129, Partially Matched Allogeneic Third-Party Epstein-Barr Virus-Targeted Cytotoxic T Lymphocytes in a Multicenter Study for Post-Transplant Lymphoproliferative Disorder. February 2018 Notes: Oral Presentation at the BMT Tandem Meetings, Salt Lake City, UT.

50. Blanco M, Gordillo CA, Mapara MY, Satwani P, **Reshef R**: Healthcare Resource Utilization for Patients Undergoing Autologous Stem Cell Transplantation: Identification of Cost Drivers. February 2018 Notes: Poster Presentation at the BMT Tandem Meetings, Salt Lake City, UT.

51. Mishkin AD, Mapara MY, **Reshef R**, Lopez-Pontado S, Shapiro PA: Psychosocial Evaluation before Hematopoietic Stem Cell Transplantation Predicts Adherence Outcomes. February 2018 Notes: Poster Presentation at the BMT Tandem Meetings, Salt Lake City, UT.

52. Gordillo CA, Parmar S, Delille EM, Assal A, Mapara MY, **Reshef R**: Gastrointestinal Toxicity of High-Dose Melphalan in Autologous Stem Cell Transplantation: Identification of Risk Factors and a Benchmark for Experimental Therapies. February 2018 Notes: Poster Presentation at the BMT Tandem Meetings, Salt Lake City, UT.

53. Bolaños-Meade J*, **Reshef R*** (Equal contributors), Fraser R, Fei M, Abhyankar S, Al-Kadhimi Z, Alousi AM, Antin JA, Damon L, Efebera Y, Geller N, Giralt S, Hari P, Jacobson D, Jones RJ, Liesveld J, Logan B, MacMillan M, Makowski M, Mawby D, Mielcarek M, Noel P, Pidala J, Porter D, Weisdorf D, Wu J, Pasquini MC*, Koreth J*, on behalf of the BMT CTN: Novel Approaches for Graft-Versus-Host Disease (GvHD) Prophylaxis: Primary Results of Progress I Multicenter Trial of Matched Allogeneic Hematopoietic Cell Transplantation (alloHCT) Using Reduced Intensity Conditioning (RIC) BMT CTN 1203. February 2018 Notes: Late-Breaking Abstract Oral Presentation at the BMT Tandem Meetings, Salt Lake City, UT.

54. Prockop SE, Li A, Baiocchi R, Bunin NJ, Mahadeo KM, Nemecek ER, Nikiforow S, **Reshef R**, Tsai DE, Navarro WH, O'Reilly RJ: Efficacy and Safety of ATA129, Partially Matched Allogeneic Third-Party Epstein-Barr Virus-Targeted Cytotoxic T Lymphocytes in a Multicenter Study for Post-Transplant Lymphoproliferative Disorder. December 2017 Notes: Poster Presentation at the 59th ASH Annual Meeting, Atlanta, GA.

55. Brunstein CG, Pasquini MC, Kim S, Fei M, Artz A, Battiwalla M, Bejanyan N, Gale RP, Hematti P, Lahoud OB, De Lima M, **Reshef R**, Rotz SJ, Savani BN, Schouten HC, Mineishi S, Rogosheske J, Perales MA: The Effect of Conditioning Regimen Dose Reduction in Obese Patients Undergoing Autologous Transplantation. December 2017 Notes: Poster Presentation at the 59th ASH Annual Meeting, Atlanta, GA.

56. He S, Liu Y, Meng L, Sun H, Wang Y, Ji Y, Purushe J, Chen P, Li C, Madzo J, Issa JP, Soboloff J, **Reshef R**, Moore B, Gattinoni L, Zhang Y: The Phosphorylation State of Ezh2 Determines Its Capacity to Maintain CD8+ Memory T Cells for Antitumor Immunity. December 2017 Notes: Poster Presentation at the 59th ASH Annual Meeting, Atlanta, GA.

57. Tsai DE, Huntington S, **Reshef R**, Shaked A, Bloom R, Ahya V, Goldberg L, Chung A, Debonera F, Schuster SJ, Bagley SJ: The Changing Face of Adult Posttransplant Lymphoproliferative Disorder: Dramatic Changes in Histology between 1999-2013. December 2017 Notes: Poster Presentation at the 59th ASH Annual Meeting, Atlanta, GA.

58. He S, Tian Y, Liu Y, Wang Y, Blazar B, Wang XK, **Reshef R**, Zhang Y: Id3 Is Essential for Mediating Ezh2-Regulated Persistence of Alloreactive T Cells in GVHD Target Tissues in Mice. December 2017 Notes: Oral Presentation at the 59th ASH Annual Meeting, Atlanta, GA.

59. Gordillo CA, Parmar S, Delille EM, Assal A, Mapara MY, **Reshef R**: Gastrointestinal Toxicity of High-Dose Melphalan in Autologous Stem Cell Transplantation: Identification of Risk Factors and a Benchmark for Experimental Therapies. June 2017 Notes: Oral Presentation at the Annual Meeting on Supportive Care in Cancer, Washington DC, USA.

60. Levine J, Ozbek U, Renteria AS, Major-Monfried H, Hartwell MJ, Aziz M, Pawarode A, Holler E, Hogan WJ, Efebera YA, Qayed M, Hexner EO, Wudhikarn K, Wolfl M, Ordemann R, Mielke S, Bunworasate U, Devine SM, Kroeger N, Al-Malki M, Chen YB, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Locatelli F, Nakamura R, Reddy PR, **Reshef R**, Roesler W, Weber D, Yanik G, Ferrara JLM: A Biomarker Algorithm Predicts Non-Relapse Mortality Before GVHD, at Diagnosis, and During Treatment. March 2017 Notes: Oral Presentation at the EBMT 43rd Annual Meeting, Marseilles, France.

61. Hartwell MJ, Ozbek U, Holler E, Renteria AS, Reddy PR, Aziz M, Hogan WJ, Ayuk FA, Efebera YA, Hexner EO, Bunworasate U, Qayed M, Ordemann R, Wolfl M, Mielke S, Pawarode A, Chen YB, Devine SM, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Kroeger N, Locatelli F,   Nakamura R, **Reshef R**, Roesler W, Weber D, Wudhikarn K, Yanik GA, Levine JE, Ferrara JLM: An Early Biomarker Algorithm Predicts Lethal Graft-Versus-Host Disease and Survival after Allogeneic Hematopoietic Cell Transplantation. February 2017 Notes: Poster Presentation at the BMT Tandem Meetings, Orlando, FL.

62. Major-Monfried H, Ozbek U, Renteria AS, Hartwell MJ, Pawarode A, Yanik GA, Ayuk FA, Holler E, Efebera YA, Hogan WJ, Qayed M, Hexner EO, Wudhikarn K, Wolfl M, Ordemann R, Mielke S, Bunworasate U, Devine SM, Kroeger N, Al-Malki M, Chen YB, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Locatelli F, Nakamura R, Reddy PR, **Reshef R**, Roesler W, Weber D, Ferrara JLM, Levine JE: Biomarkers Predict Graft-Vs-Host Disease Outcomes Better Than Clinical Response after One Week of Treatment. February 2017 Notes: Oral Presentation at the BMT Tandem Meetings, Orlando, FL.

63. **Reshef R**, Mangan JK, Luger SM, Loren AW, Hexner EO, Frey NV, Stadtmuer EA, McGraw J, Blauser R, Richman LP, Huffman AP, Crisalli LM, Ganetsky A, Acosta E, Hoxie J, Mick R, Vondeheide RH, Porter DL: Extended Course of Maraviroc, a CCR5 Antagonist, Is Safe and Effective in Graft-Versus-Host Disease Prophylaxis. Final Results of a Phase II Study. February 2017 Notes: Oral Presentation at the BMT Tandem Meetings, Orlando, FL.

64. Crisalli L, Frey NV, Hexner EO, Hinkle JT, Loren AW, Luger SL, Sell M, Stadtmauer EA, Porter DL, **Reshef R**: Higher Apheresis Blood Volumes Are Associated with a Reduction in Relapse Risk and Improved Survival in Patients Undergoing Reduced Intensity Allogeneic Transplants from Unrelated Donors, Potentially Due to Higher CD8 T-Cell Doses. Biol Blood Marrow Transplant February 2016 Notes: Poster Presentation at the BMT Tandem Meetings, Honolulu, HI.

65. Ganetsky A, Crisalli LM, Huffman AP, Acosta EP, Mangan JK, Luger SL, Loren AL, Hexner EO, Frey NV, Stadtmauer EA, Hoxie JA, Vonderheide RH, Porter DL, **Reshef R**: Maraviroc concentrations are highly predictive of acute graft-versus-host disease in reduced-intensity allogeneic hematopoietic stem cell transplantation. June 2016 Notes: Poster Presentation at the 21st Congress of the European Hematology Association , Copenhagen, Denmark. Awarded a Travel Award.

66. Gonzales RM, Huffman AH, Wang XK, **Reshef R**: Distinct chemokines and chemokine receptors control the trafficking of effector and regulatory cells into melanoma tumors in the setting of combined PD-1 and CTLA-4 blockade. November 2016 Notes: Poster Presentation at the 31st Annual Meeting of the Society for Immunotherapy of Cancer, National Harbor, MD.

67. Hartwell MJ, Ozbek U, Holler E, Renteria AS, Reddy PR, Aziz M, Hogan WJ, Ayuk FA, Efebera YA, Hexner EO, Bunworasate U, Qayed M, Ordemann R, Wolfl M, Mielke S, Pawarode A, Chen YB, Devine SM, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Kroeger N, Locatelli F, Nakamura R, **Reshef R**, Roesler W, Weber D, Wudhikarn K, Yanik GA, Levine JE, Ferrara JLM: An Early Biomarker Algorithm Predicts Lethal Graft-Versus-Host Disease and Survival after Allogeneic Hematopoietic Cell Transplantation. December 2016 Notes: Oral Presentation at the 58th ASH Annual Meeting, San Diego, CA.

68. Major-Monfried H, Ozbek U, Renteria AS, Hartwell MJ, Pawarode A, Yanik GA, Ayuk FA, Holler E, Efebera YA, Hogan WJ, Qayed M, Hexner EO, Wudhikarn K, Wolfl M, Ordemann R, Mielke S, Bunworasate U, Devine SM, Kroeger N, Al-Malki M, Chen YB, Harris AC, Jagasia MH, Kitko CL, Litzow MR, Locatelli F, Nakamura R, Reddy PR, **Reshef R**, Roesler W, Weber D, Ferrara JLM, Levine JE: Biomarkers Predict Graft-Vs-Host Disease Outcomes Better Than Clinical Response after One Week of Treatment. December 2016 Notes: Oral Presentation at the 58th ASH Annual Meeting, San Diego, CA.

69. Soiffer RJ, Kim HT, McGuirk J, Horwitz ME, Johnston L, Patnaik MM, Rybka W, Artz A, Porter DL, Shea TC, Boyer MW, Maziarz RT, Jagasia MH, Shaughnessy PJ, Gergis U, Safah H, **Reshef R**, DiPersio JF, Stiff PJ, Vusirikala M, Szer J, Holter J, Levine JD, Martin PJ, Pidala JA, Lewis ID, Ho VT, Alyea EP, Ritz J, Glavin F, Westervelt P, Chen YB: A Prospective Randomized Double Blind Phase 3 Clinical Trial of Anti- T Lymphocyte Globulin (ATLG) to Assess Impact on Chronic Graft-Versus-Host Disease (cGVHD) Free Survival in Patients Undergoing HLA Matched Unrelated Myeloablative Hematopoietic Cell Transplantation (HCT). December 2016 Notes: Oral Presentation at the 58th ASH Annual Meeting, San Diego, CA.

70. Ganetsky A, Shah A, Miano TA, Hwang WT, He J, Frey NV, Porter DL, **Reshef R**: Higher Tacrolimus Concentrations Early Post-Transplant Reduce the Risk of Acute Graft-Versus-Host Disease in Reduced-Intensity Allogeneic Hematopoietic Stem Cell Transplantation. Biol Blood Marrow Transplant February 2015 Notes: Poster Presentation at the BMT Tandem Meeting, San Diego, CA.

71. Huffman AP, Richman LP, Porter DL, Vonderheide RH, **Reshef R**: Pharmacodynamic Assessment Shows That CCR5 Surface Expression May Serve As an Indicator for Effective CCR5 Blockade in Allogeneic Stem Cell Transplant (alloSCT) Recipients Treated with Maraviroc. Biol Blood Marrow Transplant February 2015 Notes: Poster Presentation at the BMT Tandem Meeting, San Diego, CA.

72. **Reshef R**, Huffman AP, Gao A, Sell M, Luskin M, Luger SM, Loren AW, Hexner EO, Nasta SD, Frey NV, Gill SI, Mangan JK, Richman LP, Kambayashi T, Stadtmauer EA, Vonderheide RH, Mick R, Porter DL: A Survival Benefit for Reduced Intensity Allogeneic Transplants from Young Unrelated Donors Compared to Older Sibling Donors Depends on the Graft CD8 T-Cell Content. Biol Blood Marrow Transplant February 2015 Notes: Oral Presentation at the BMT Tandem Meetings, San Diego, CA.

73. Miano TA, Ganetsky A, Porter DL, **Reshef R**: Serum Hemoglobin Is a Predictor of Tacrolimus Whole Blood Concentration in Hematopoietic Stem Cell Transplant Patients. March 2015 Notes: Poster Presentation at the Annual Meeting of the American Society for Clinical Pharmacology and Therapeutics.

74. Singh N, Kumar AJ, Gao A, Luskin MR, Frey NV, Hexner EO, Loren AW, Luger SM, Stadtmauer EA, Porter DL, **Reshef R**: Higher total nucleated cell dose is associated with improved survival but not GVHD in patients receiving donor lymphocyte infusion after allogeneic stem cell transplantation. J Clin Oncol May 2015 Notes: Poster Presentation at the ASCO Annual Meeting.

75. Moy RH, Huffman AP, Richman LP, Crisalli L, Hoxie JA, Vonderheide RH, Porter DL, **Reshef, R**: Immunologic Effects of CCR5 Blockade in Graft-Versus-Host Disease Prophylaxis. Blood December 2015 Notes: Oral Presentation at the 57th ASH Annual Meeting, Orlando, FL. **Awarded an Outstanding Abstract Achievement Award for being the top ranking abstract in the Resident Category**.

76. Huang Q, He S, Tian Y, Li C, Gu Y, Chen P, Huang J, Liu Y, Jin M, Cao Q, **Reshef R**, Zhang Y, Zhang Y:   Pharmacological inhibition of Hsp90 destabilizes the histone methyltransferase Ezh2 in alloreactive T cells and reduces graft-versus-host disease while retaining anti-leukemic effects in mice. Blood December 2015 Notes: Oral Presentation at the 57th ASH Annual Meeting, Orlando, FL.

77. Meng L, Bai Z, He S, Mochzuki K, Liu Y, Purushe J, Sun H, Wang J, Yagita H, Mineishi S, Fung H, Yanik G, Caricchio R, Fan X, Crisalli L, **Reshef R**, Zhang Y, Zhang Y: The Notch ligand DLL4 defines a unique capability of human dendritic cells in regulating Th1 and Th17 differentiation. Blood December 2015 Notes: Poster Presentation at the 57th ASH Annual Meeting, Orlando, FL.

78. Mochizuki K, Meng L, Mochizuki I, Tong Q, He S, Liu Y, Purushe J, Sun H, Fung H, Zaidi R, **Reshef R**, Blazar BR, Yagita H, Mineishi S, Zhang Y: Programming of Donor T Cells Using Allogeneic Delta-like Ligand 4-Positive Dendritic Cells to Reduce Gvhd but Retain GVL Activity. Blood December 2015 Notes: Oral Presentation at the 57th ASH Annual Meeting, Orlando, FL.

79. Harris A, Young R, Devine S, Hogan WJ, Ayuketang FA, Bunworasate U, Efebra Y, Holler E, Litzow M, Ordermann R, Qayed M, Renteria A, **Reshef R**, Wolfl M, Chen YB, Jagasia M, Locatelli F, Mielke S, Porter DL, Schechter-Finkelstein T, Shekhovtsova Z, Ferrara, J, Levine JE: Guidelines for the Standardization of Acute Graft-Versus-Host Disease Clinical Data Collection: An International Consensus Report. Blood December 2015 Notes: Poster Presentation at the 57th ASH Annual Meeting, Orlando, FL.

Ran Reshef, MD, MSc                                                                                          Page 36

80. Yam C, Crisalli L, Luger SM, Loren AW, Hexner EO, Frey NV, Mamgan JK, Gao A, Stadtmauer EA, Porter DL, **Reshef R**: Unrelated Donors are Associated with Improved Relapse Free Survival Compared to Related Donors in Patients with Myelodysplastic Syndrome Undergoing Reduced Intensity Allogeneic Stem-Cell Transplantation. Blood December 2015 Notes: Poster Presentation at the 57th ASH Annual Meeting, Orlando, FL.

81. Ganetsky A, Miano TA, Hughes ME, Porter DL, **Reshef R**: An Evaluation of a Pharmacokinetic Interaction Between Tacrolimus and Maraviroc in Allogeneic Stem Cell Transplant Recipients. Biol Blood Marrow Transplant February 2014 Notes: Poster Presentation at the 2014 BMT Tandem Meetings, Dallas, TX

82. Ganetsky A, Richman LP, Frey NV, Vonderheide RH, Porter DL, **Reshef R**: Vitamin D Deficiency Predicts Acute Cutaneous Graft-Versus-Host Disease in Reduced-Intensity Allogeneic Hematopoietic Stem Cell Transplantation. Biol Blood Marrow Transplant February 2014 Notes: Poster Presentation at the 2014 BMT Tandem Meetings, Dallas, TX

83. **Reshef R**, Luger SM, Loren AW, Hexner EO, Nasta SD, Frey NV, Stadtmauer EA, Smith J, Porter DL: High CD8 Cell Doses Correlate with Reduced Relapse Risk and Improved Survival after Allogeneic Peripheral Blood Stem-Cell Transplantation with Reduced-Intensity Conditioning. Biol Blood Marrow Transplant February 2014 Notes: Poster Presentation at the 2014 BMT Tandem Meetings, Dallas, TX

84. Luskin M, Carroll M, Frey N, Loren A, Luger S, Mangan J, Perl A, Sloan C, Stadtmauer E, Bagg A, Daber R, Morrissette J, Roth D, Porter D, **Reshef R**: Next-generation sequencing to identify mutations that may predict outcome after allogeneic stem cell transplantation for AML. J Clin Onc June 2014 Notes: Poster Presentation at the 2014 ASCO Annual Meeting, Chicago, IL

85. **Reshef R**, Huffman AP, Gao A, Sell M, Luskin MR, Luger SM, Loren AW, Hexner EO, Nasta SD, Frey NV, Gill SI, Mangan J, Richman LP, Kambayashi T, Stadtmauer EA, Vonderheide RH, Porter DL: CD8 Cell Dose in Peripheral Blood Stem-Cell Grafts Correlates with Relapse and Survival after Reduced Intensity Allogeneic Stem-Cell Transplantation. Blood December 2014 Notes: Poster Presentation at the 56th ASH Annual Meeting, San Francisco, CA

86. **Reshef R**, Mangan JK, Luger SM, Loren AW, Hexner EO, Frey NV, Stadtmauer EA, Blauser RE, Richman LP, Huffman AP, Ganetsky A, Acosta EP, Hoxie JA, Mick R, Vonderheide RH, Porter DL: Extended CCR5 Blockade in Graft-Versus-Host Disease Prophylaxis - a Phase II Study. Blood December 2014 Notes: Poster Presentation at the 56th ASH Annual Meeting, San Francisco, CA

87. Heil DS, Luskin MR, Stadtmauer EA, Schuster SJ, Tsai DE, **Reshef R** (2013). "EBV-negative post-transplant lymphoproliferative disorder: Clinical characteristics, response to therapy, and survival." Poster Presentation at the 49th Annual Meeting of the ASCO, Chicago, IL, June 2013

88. **Reshef R**, Luger SM, Loren AW, Frey NV, Goldstein SC, Hexner EO, Stadtmauer EA, Smith J, Mick R, Heitjan DF, Emerson SG, Hoxie JA, Vonderheide RH, Porter DL (2011). "Feasibility, Safety and Efficacy of Maraviroc, a CCR5 Antagonist, in Graft-versus-Host Disease Prevention after Reduced Intensity Conditioned (RIC) Allogeneic Stem Cell Transplant (SCT): a Phase I/II Study." Poster Presentation at the BMT Tandem Meetings, Honolulu, HI, February 2011. Biol Blood Marrow Transplant (17 supp 2:495).

89. Tsai DE, Hagemann IS, Morrissette JJ, Daber R, Xu D, Schuster SJ, Bloom RD, Ahya VN, Jessup M, Makar GA, Chen S, **Reshef R** (2011). "Allograft versus non-allograft post-transplant lymphoproliferative disorder, characterization of two distinct subtypes as defined by presentation, histology, and outcome: A case series of 165 patients." Poster Presentation at the ASCO Annual Meeting, Chicago, IL, June 2011. J Clin Onc (29 supp 15:8054).

90. Kumar A, Frey NV, Vassilev P, Goldstein S, Hexner EO, Loren AW, **Reshef R**, Luger SM, Porter DL, Stadtmauer EA (2011). "Time from relapse after allogeneic stem cell transplantation (SCT) to donor leukocyte infusion (DLI) is longer, incidence of GVHD is higher, but survival is similar for recipients of unrelated DLI compared to matched sibling DLI." Poster Presentation at the ASCO Annual Meeting, Chicago, IL, June 2011. J Clin Onc (29 supp 15:6586).

91. Tsai K, Bloom J, Bloom R, **Reshef R**, Tsai DE (2011). "Posttransplant Lymphoproliferative Disorder in Kidney Transplant Patients: A report of 68 cases". Poster Presentation at the 53rd Annual ASH Meeting, San Diego, CA, December 2011. Blood (118:2662).

92. Hexner C, Luger S, Mangan J, Frey N, Jeschke G, Frank D, **Reshef R**, Loren A, Goldstein S, Schuster M, Nowaczyk C, Rosenbach M, Stadtmauer E, Levine B, June C, Emerson S, Porter D (2011). "A Phase 1 dose escalation study of infusion of ex vivo CD3/CD28 costimulated umbilical cord blood-derived T cells in adults undergoing transplantation for advanced hematologic malignancies". Poster Presentation at the 53rd Annual ASH Meeting, San Diego, CA, December 2011. Blood (118:3032).

93. **Reshef R**, Mick R, Vassilev P, Smith J, Hexner EO, Loren AW, Frey NV, Goldstein SC, Stadtmauer EA, Luger SM, Porter DL (2011). "Whole Blood Donor Chimerism At Day 30 After Reduced Intensity Conditioned Allogeneic Stem-Cell Transplantation Predicts Disease Relapse, and Is Strongly Associated with Pretransplant Lymphodepletion." Poster Presentation at the 53rd Annual ASH Meeting, San Diego, CA, December 2011. Blood (118:1939).

94. **Reshef R**, Luger SM, Hexner EO, Loren AW, Frey NV, Goldstein SC, Nasta SD, Stadtmauer EA, Smith J, Mick R, Heitjan DF, Hoxie JA, Emerson SG, Vonderheide RH, Porter DL (2011). "Inhibition of Lymphocyte Trafficking Using a CCR5 Antagonist – Final Results of a Phase I/II Study." Oral Presentation at the 53rd Annual ASH Meeting, San Diego, CA, December 2011. Blood (118:1011)

95. Tsai DE, Bloom R, Hagemann I, Ahya V, Jessup M, Makar G, Schuster S, Stadtmauer E, **Reshef R** (2010). "Allograft PTLD, A Distinct Type of PTLD As Defined by Presentation, Histology, and Outcome: A Case Series of 48 Patients." Oral Presentation at the American Transplant Congress, San Diego, CA, May 2010. Am J Transplant (10 suppl. 4:79).

96. Goldstein SC, Luger SM, Frey N, Perl A, Stadtmauer EA, Tsai DE, Loren A, Nasta S, Hexner E, **Reshef R**, Smith J, Hinkle J, Vassilev P, Vozniak MJ, Porter DL (2010). "Reduced Intensity Conditioning with Fludarabine/Busulfan 6.4mg/Kg Results In High Donor Chimerism and Low Toxicity In Both Related and Unrelated Allo-SCT for Hematologic Malignancies." Abstract at the 52nd Annual ASH Meeting, Orlando, FL, December 2010. Blood (116:4519).

97. Dinardo C, Goldstein SC, Schuster S, Perl A, Tsai DE, Frey NV, Hexner EA, **Reshef R**, Stadtmauer EA, Luger SM (2010). "Outcome of Hematopoietic Stem Cell Transplantation for Patients with Acute Myelogenous Leukemia with Relapsed or Refractory Disease." Poster Presentation at the 52nd Annual ASH Meeting, Orlando, FL, December 2010. Blood (116:2366).

98. **Reshef R**, Luger SM, Loren AW, Frey NV, Goldstein SC, Hexner EO, Stadtmauer EA, Smith J, Mick R, Heitjan DF, Shetzline SE, Danet-Desnoyers GH, Emerson SG, Hoxie JA, Vonderheide RH, Porter DL (2010). "Prevention of Graft-Versus-Host Disease by Inhibition of Lymphocyte Trafficking Using a CCR5 Antagonist." Oral Presentation at the 52nd Annual ASH Meeting, Orlando, FL, December 2010. Blood (116:673).

99. **Reshef R**, Luskin M, Morgans AK, Pfanzelter N, Bloom RD, Brozena SC, Ahya VN, Olthoff KM, Tsai DE (2009). "EBV-negative PTLD: 20 year experience in a large transplant center." Oral Presentation at the American Transplant Congress, Boston, MA, May 2009. Am J Transplant (9 suppl. 2:238).

100. Luskin M, **Reshef R**, Vardhanabhuti S, Heitjan D, Kamoun M, Tomaszweski JE, Goral S, Jessup M, Ahya VN, Olthoff KM, Tsai DE (2009). "Association of HLA polymorphisms with PTLD in organ transplant recipients." Oral Presentation at the American Transplant Congress, Boston, MA, May 2009. Am J Transplant (9 suppl. 2:237).

101. Tsai DE, Wang W, **Reshef R**, Vogl D, Stadtmauer E, Andreadis C, Carlson A, Luger S (2009). "Effect of bexarotene on platelet counts in patients undergoing cancer treatment: An analysis of clinical trials in lung cancer and leukemia." Poster Presentation at the 2009 ASCO Annual Meeting, Orlando, FL, June 2009. J Clin Oncol (27 suppl: e20533).

102. **Reshef R**, Vardhanabhuti S, Luskin M, Heitjan D, Stadtmauer EA, Tsai, DE (2009). "Post-transplantation lymphoproliferative disorder: Reduction of immunosuppression as initial therapy. Retrospective analysis of clinical characteristics and prognostic variables." Poster Presentation at the 14th European Hematology Association Congress, Berlin, Germany, June 2009. Haematologica (94 suppl. 2:393 abs. 0976).

103. **Reshef R**, Vardhanabhuti S, Luskin M, Heitjan D, Porter DL, Stadtmauer EA, Tsai, DE (2009). "Reduction of immunosuppression as Initial therapy for post- transplantation lymphoproliferative disorder: Analysis of efficacy, safety and prognostic factors." Oral Presentation at the 51st Annual ASH Meeting, New Orleans, LA, December 2009. Blood (114:103).

104. Rager A, Goldstein SC, Frey N, Davis J, Vozniak M, Smith J, Hexner E, Loren AW, Luger S, Perl A, **Reshef R**, Tsai DE, Stadtmauer EA, Porter D (2009). "Combination Daclizumab and Infliximab for Steroid Refractory Graft-versus-Host Disease." Poster Presentation at the 51st Annual ASH Meeting, New Orleans, LA, December 2009. Blood (114:4643).

105. **Reshef R**, Morgans AK, Pfanzelter N, Bloom RD, Brozena SC, Ahya VN, Olthoff, KM, Tsai DE (2008). "EBV-negative Post-Transplant Lymphoproliferative Disorder (PTLD): A retrospective case-control study of clinicopathological characteristics, response to treatment and survival analysis." Poster Presentation at the 50th Annual ASH Meeting, San Francisco, CA, December 2008. Blood (112:975).

106. Schwartz I, Ingbir M, **Reshef R**, Chernichovski T, Schwartz D (2006). "Arginine uptake is attenuated through post translational regulation of cationic amino acid transporter-1 in hypercholesterelomic rats." Poster Presentation at the 43rd European Renal Association Congress, Glasgow, United Kingdom, July 2006. Nephrol Dial Transplant (21 suppl. 4:41).

Ran Reshef, MD, MSc                                                             Page 39

**Invited Presentations**

<u>Lectures by Invitation (local)</u>

| | |
|---|---|
| March 2022 | "Translational Studies in GVHD". Grand Rounds. Weill Cornell Division of Hematology & Oncology. New York, NY |
| February 2021 | "CAR-T Cell Therapy. Updates from ASH 2020". Updates & Impacts: Treating Heme Malignancies in 2021 NewYork Presbyterian Hospital, New York, NY |
| June 2019 | "CAR-T Cell Toxicity". Leukemia & Lymphoma Society Educational Program, New York, NY |
| May 2019 | "Clinical Application of CAR-T Cells in 2019". Westchester Medical Center University Hospital. Valhalla, NY |
| May 2019 | "CAR T-cell Therapy: Where are We Now & Where are We Headed". Nevada Oncology Society's 2019 Spring Conference. Las Vegas, NV. |
| April 2019 | "Clinical Application of CAR-T Cells in 2019". Maimonides Medical Center. New York, NY |
| March 2019 | "Clinical Application of CAR-T Cells in 2019". SUNY Downstate Medical Center. New York, NY |
| December 2018 | "CAR-T Cells in Blood Cancers – Educational Briefing". American Cancer Society Cancer Action Network. Albany, NY |
| May 2018 | "CAR-T Cells Meet Myeloma". Myeloma Crowd Round Table, New York, NY |
| October 2017 | "Graft Composition Of Peripheral Blood Stem Cell Collections For Allogeneic Hematopoietic Stem Cell Transplantation: Is It More Than Just The CD34+ Cells?". American Society of Apheresis Regional Meeting. Columbia University Medical Center. New York, NY. |
| March 2016 | "Lymphocyte Migration in Graft-versus-Host Disease". Columbia Center for Translational Immunology Seminar Series. Columbia University Medical Center. |
| December 2014 | "CCR5 blockade in allogeneic stem-cell transplantation". Abramson Cancer Center Cancer Immunobiology Retreat. University of Pennsylvania. |
| November 2014 | "Allogeneic Bone Marrow Transplant". Leukemia & Lymphoma Society Educational Program, Philadelphia, PA |
| November 2013 | "Early chimerism monitoring after reduced intensity allogeneic hematopoietic stem-cell transplantation". CME-accredited Allogeneic stem-cell transplant research meeting, Division of Hematology & Oncology, University of Pennsylvania |
| January 2013 | "Cell Trafficking in Allogeneic Hematopoietic Stem-Cell Transplantation". Stem-Cell Club. Penn Institute for Regenerative Medicine. Perelman School of Medicine. University of Pennsylvania |
| October 2012 | "Controlling lymphocyte trafficking after allogeneic stem-cell transplantation". Department of Pathology and Lab Medicine Grand Rounds. Perelman School of Medicine. University of Pennsylvania |

Ran Reshef, MD, MSc                                                              Page 40

| June 2012 | "Inhibition of lymphocyte trafficking in prevention of Graft-versus-Host Disease". Abramson Cancer Center Grand Rounds. Perelman School of Medicine. University of Pennsylvania |
| March 2012 | "Inhibition of Lymphocyte Trafficking Using a CCR5 Antagonist –a Phase I/II Study in GvHD Prevention". Annual Joint Retreat. Hematologic Malignancies Program. Perelman School of Medicine. University of Pennsylvania |
| March 2012 | "Advances in Allogeneic Stem Cell Transplantation". CME-certified conference "Update in Hematologic Cancers". Abramson Cancer Center and the Leukemia Lymphoma Society. Philadelphia, PA |
| September 2011 | "Inhibition of lymphocyte trafficking in prevention of Graft-versus-Host Disease". CME-accredited research meeting. Allogeneic blood and marrow transplantation program. Abramson Cancer Center. University of Pennsylvania |
| April 2011 | "Prevention of Graft-versus-Host Disease by Inhibition of Lymphocyte Trafficking". Translational Research Program Meeting. Abramson Family Cancer Research Institute. University of Pennsylvania |
| July 2010 | "Prevention of GvHD by inhibiting chemotaxis". LLS Clinical Scholar Featured Speaker. Annual Joint Retreat. Hematologic Malignancies Program. University of Pennsylvania |

Lectures by Invitation (national)

| January 2022 | "Translational Studies in BMT and Cell Therapy". Rutgers Cancer Institute. New Brunswick, NJ. |
| January 2020 | "Lymphocyte Migration in Graft-versus-Host Disease". 2020 Fels Symposium on Epigenetics, Immunity and Cancer. Philadelphia, PA. |
| November 2018 | Meet the Expert – Clinical Translational Research. SITC 2018. Washington D.C. |
| August 2018 | "CAR T-Cell Therapy for Your Patients: What We Know (and Don't Know) 1 Year Later". Association of Community Cancer Centers. Live Webinar. Philadelphia, PA. |
| April 2018 | "Graft Composition Of Peripheral Blood Stem Cell Collections For Allogeneic Hematopoietic Stem Cell Transplantation: Is It More Than Just The CD34+ Cells?". American Society of Apheresis National Meeting. Chicago, IL. |
| October 2016 | "Lymphocyte Trafficking in Acute Graft-versus-Host Disease". Chronic GVHD. Intersecting Aspects in Systemic and Ocular Disease. University of Illinois College of Medicine. Chicago, IL. |
| October 2015 | "Lymphocyte Trafficking in Acute Graft-versus-Host Disease". Conquer Cancer Foundation Annual Retreat. Washington DC. |
| July 2014 | "Translational Studies in Allogeneic Stem-Cell Transplantation". Columbia Center for Translational Immunology. Columbia University Medical Center. New York, NY |
| February 2014 | "Translational Studies in Allogeneic Stem-Cell Transplantation". Stem Cell Transplantation Program. Memorial Sloan Kettering Cancer Center. New York, NY |

| September 2013 | "Controlling lymphocyte trafficking after allogeneic stem-cell transplantation". Hematology & Oncology Grand Rounds. Columbia University Medical Center. New York, NY |
| June 2013 | "Controlling lymphocyte trafficking after allogeneic stem-cell transplantation". BMT Grand Rounds. Dana Farber Cancer Institute. Harvard Medical School. Boston, MA |
| March 2013 | "Controlling lymphocyte trafficking after allogeneic stem-cell transplantation". Hematology & Oncology Grand Rounds. Milton S. Hershey School of Medicine. Penn State University. Hershey, PA |
| December 2012 | "Prevention of Graft-versus-Host Disease: New Approaches". Chugai Investigators Meeting. Atlanta, GA |
| May 2012 | "Inhibition of lymphocyte trafficking in prevention of Graft-versus-Host Disease". Research in Progress Meeting. Stem Cell Transplantation Program. Memorial Sloan Kettering Cancer Center. New York, NY |

Lectures by Invitation (international)

| October 2019 | "In R/R Aggressive B Cell Lymphoma patients ... is cure a chimeric dream?". 61st National Congress of the Spanish Hematology and Hemotherapy Society. Valencia, Spain |
| May 2019 | "Targeting T-cell Trafficking in Graft-versus-Host Disease". 1st GVHD Summit. European Society of Blood and Marrow Transplantation. Warsaw, Poland |
| May 2013 | "Lymphocyte Trafficking in Graft-versus-Host Disease". Advances in Allogeneic Stem-Cell Transplantation. Universitäts Klinikum Freiburg, Germany |