# EXHIBIT J

1          IN THE CIRCUIT COURT OF ST. LOUIS COUNTY

2                    STATE OF MISSOURI

3

4

5    PAUL FERRO, et al.,

6          Plaintiffs,

7                              Case No.

8    -vs-                      20SL-CC03678

9

10   MONSANTO COMPANY,

11         Defendant.

12   _____/

13

14   PAGE 1 TO 352

15

16       The Videoconference Deposition of:

17       JOEL J. GAGNIER, Ph.D., N.D., M.Sc., B.A.,

18       Taken at 1501 Worldgateway Place,

19       Champlain Room,

20       Romulus, Michigan,

21       Commencing at 9:00 a.m.,

22       Wednesday, June 1, 2022,

23       Before Jennifer L. Ward, CSR-3717.

24

25

```
 1   APPEARANCES:

 2

 3   JEFFREY L. HABERMAN, ESQ.

 4   Schlesinger Law Offices, P.A.

 5   1212 Southeast Third Avenue

 6   Fort Lauderdale, Florida 33316

 7   (954) 467-8800

 8   jhaberman@schlesingerlaw.com

 9        Appearing on behalf of Plaintiffs.

10

11   PAUL J. TAHAN, ESQ. and

12   ANTHONY G. SIMON, ESQ.

13   The Simon Law Firm, P.C.

14   800 Market Street

15   Suite 1700

16   St. Louis, Missouri 63101

17   (816) 447-3499

18        Appearing on behalf of Plaintiffs,

19        via Videoconference.

20

21

22

23   (Appearances continued on Page 3.)

24

25
```

1   APPEARANCES:   (Continued)

2

3   EMMA C. ROSS, ESQ. and

4   BRIAN T. KARALUNAS, ESQ.

5   Goldman Ismail Tomaselli Brennan & Baum LLP

6   200 South Wacker Drive, 22nd Floor

7   Chicago, Illinois 60606

8   (312) 681-6000

9   eross@goldmanismail.com

10  bkaralunas@goldmanismail.com

11        Appearing on behalf of Defendant.

12

13  ALSO PRESENT:

14      Marc Myers, Videographer

15

16

17

18

19

20

21

22

23

24

25

Joel T. Gagnier, Ph.D. N.D., M.Sc., B.A.

```
 1   A.   Yes.

 2   Q.   Table 4 identifies studies included in the main

 3        meta-analysis, correct?

 4   A.   Yes.

 5   Q.   Zhang (2019) included De Roos (03) and McDuffie (01),

 6        correct?

 7   A.   Yes.

 8   Q.   If one were to repeat this meta-analysis today with

 9        the most up-to-date data, one would substitute

10        Pahwa (2019) for De Roos (03) and McDuffie (01),

11        right?

12   A.   Yeah.

13   Q.   Zhang (2019) also reports that Andreotti (2018)

14        was the highest quality of all the cohort and

15        case-control studies they reviewed.  Do you recall

16        that?

17   A.   Yes.

18   Q.   Do you agree with Zhang and colleagues?

19   A.   Yeah, 'cause that's a respected cohort study.  It's --

20        it's large, the AHS study.  Yeah, I thought it was

21        well done.

22   Q.   You report the same, that Andreotti (2018) had the

23        lowest risk of bias of any study that you reviewed,

24        correct?

25   A.   Yeah.
```

```
 1                    CERTIFICATE OF NOTARY

 2        STATE OF MICHIGAN    )

 3                             ) SS

 4        COUNTY OF OAKLAND    )

 5             I, Jennifer L. Ward, Certified Shorthand Reporter,

 6        a Notary Public in and for the above county and state,

 7        do hereby certify that the above deposition was taken

 8        before me at the time and place hereinbefore set forth;

 9        that the witness was by me first duly sworn to testify

10        to the truth, and nothing but the truth, that the

11        foregoing questions asked and answers made by the

12        witness were duly recorded by me stenographically and

13        reduced to computer transcription; that this is a true,

14        full and correct transcript of my stenographic notes so

15        taken; and that I am not related to, nor of counsel to

16        either party nor interested in the event of this cause.

17

18

19

20                       Jennifer L. Ward, CSR-3717

21                       Notary Public,

22                       Oakland County, Michigan

23

24        My Commission expires:  10-27-2023

25
```