**Garmer & Prather, PLLC**
Jerome P. Prather, Esq. (*pro hac vice*)
141 North Broadway
Lexington, Kentucky  40507
Telephone:  (859) 254-9351
Facsimile:   (859) 233-9769
Email: jprather@garmerprather.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
***ELECTRONICALLY FILED***

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock, Adm'r, Kyle A. Murdock, individually, and Mandi L. Murdock v. Monsanto Co.,*  Case No. 3:20-cv-01363-VC | |

**NOTICE OF SERVICE OF PLAINTIFFS'
FED. R. CIV. P. 26(a)(2)(B) EXPERT DISCLOSURES**

PLEASE TAKE NOTICE that, pursuant to this Court's Order [ECF No. 15513] and Fed. R. Civ. P. 26(a)(2)(B), Plaintiffs Kyle A. Murdock, individually, and as Administrator of the Estate of Kenzie Elizabeth Murdock, and Mandi L. Murdock, have served their specific causation and economic expert disclosures on counsel for Defendant Monsanto Company this same day, by electronically sending expert reports and associated disclosures to the following:

Joe G. Hollingsworth
Eric G. Lasker
Gregory Chernack
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
jhollingsworth@hollingsworthllp.com
gchernack@hollingsworthllp.com
elasker@hollingsworthllp.com

Brian L. Stekloff
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

Daniel Pariser
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
daniel.pariser@arnoldporter.com

Anthony Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
amartinez@shb.com

Joseph H. Blum
SHOOK, HARDY & BACON L.L.P.
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
jblum@shb.com

      Plaintiffs further incorporate by reference the general causation and other expert reports served by lead counsel in connection to Waves 1, 2, 3, and 4, and reserve the right to call the author of any such report as an expert witness at trial.

      Respectfully submitted,

      ATTORNEYS FOR PLAINTIFF

      BY:    /s/ Jerome P. Prather
           Jerome P. Prather, Esq. (*pro hac vice*)
           141 North Broadway
           Lexington, Kentucky 40507
           Telephone:  (859) 254-9352
           Facsimile:   (859) 233-9769
           Email: jprather@garmerprather.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served, pursuant to the Federal Rules of Civil Procedure, using the Court's CM/ECF system, on December 27, 2022.

>       BY:     /s/ Jerome P. Prather
>                   Jerome P. Prather, Esq. (*pro hac vice*)