# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | 3:16-md-02741-VC |
| *This Document Also Relates To:* | |
| Angela Holder Bray, on her own behalf and as a representative of the estate of Elizabeth Holder | MDL No. 2741<br>Civil Action No. 3:16-md-02741-VC |
| Plaintiff, | |
| v. | |
| Monsanto Company, et al. | |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned counsel, Chelsea L Monroe, of the law firm of Motley Rice LLC, hereby appears on behalf of the Plaintiff, Angela Holder Bray, on her own behalf and as a representative of the estate of Elizabeth Holder, in the above-referenced matter and MDL proceeding 3:16-md-02741-VC.

Dated: December 28, 2022                         Respectfully submitted,

                                                               /s/ *Chelsea L Monroe*
                                                               Chelsea L. Monroe
                                                               **MOTLEY RICE LLC**
                                                               28 Bridgeside Blvd.
                                                               Mt. Pleasant, SC 29464
                                                               (843) 216-9000; Fax: (843) 216-9430
                                                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 28, 2022, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                             /s/ *Chelsea L. Monroe*
                                             Chelsea L Monroe