**SINGLETON SCHREIBER, LLP**
Gerald Singleton (SBN 208783)
gsingleton@singletonschreiber.com
591 Camino de la Reina, Suite 1025,
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**SINGLETON SCHREIBER, LLP**
Christopher R. Rodriguez (SBN 212274)
crodriguez@singletonschreiber.com
Andrew D. Bluth (SBN 232387)
abluth@singletonschreiber.com
Trent J. Nelson (SBN 340185)
tnelson@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, CA 95814
Telephone: (916) 248-8478

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Nick Varanelli | Case No. 3:22-cv-07018-VC |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND** |
| Monsanto Company, a Delaware Corporation; Wilbur-Ellis Company LLC, a California Corporation; Wilbur-Ellis Feed, LLC, a California Corporation; and DOES 1 through 100, inclusive, | Date: February 9, 2023<br>Time: 10:00 a.m.<br>Ctrm: 4 |

**TO THE COURT, ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on February 9, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Vince Chhabria, Courtroom 4, 17th Floor 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff, Nick Varanelli, (hereinafter "Plaintiff") will and hereby does move this Court for an Order granting Plaintiff's Motion to Remand this Action to the

Superior Court for the State of California for the County of Santa Cruz, where the action was originally filed.

    This Motion is made pursuant to 28 USC §§ 1446 and 1447, Local Rule 7-2, as well as other relevant statutes and case law, on the grounds that this Court lacks subject matter jurisdiction over this case. This Motion to Remand is based on this Notice of Motion and Motion to Remand, the supporting Memorandum of Points and Authorities, the Declaration of Andrew D. Bluth and accompanying exhibits, the pleadings and papers on file herein, the record to date in this matter, and upon such other matters as may be presented to the Court before or at the time of the hearing.

Dated: December 29, 2022                      SINGLETON SCHREIBER, LLP

                                                       By: /s/ *Andrew D. Bluth*
                                                       Gerald Singleton
                                                       Christopher R. Rodriguez
                                                       Andrew D. Bluth
                                                       Trent J. Nelson

                                                       Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I, Andrew D. Bluth, hereby certify that on December 29, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

>*/s/ Andrew D. Bluth*
>Andrew D. Bluth