**SINGLETON SCHREIBER, LLP**
Gerald Singleton (SBN 208783)
gsingleton@singletonschreiber.com
591 Camino de la Reina, Suite 1025,
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**SINGLETON SCHREIBER, LLP**
Christopher R. Rodriguez (SBN 212274)
crodriguez@singletonschreiber.com
Andrew D. Bluth (SBN 232387)
abluth@singletonschreiber.com
Trent J. Nelson (SBN 340185)
tnelson@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, CA 95814
Telephone: (916) 248-8478

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Nick Varanelli | Case No. 3:22-cv-07018-VC |
| v. | **DECLARATION OF ANDREW D. BLUTH IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND** |
| Monsanto Company, a Delaware Corporation; Wilbur-Ellis Company LLC, a California Corporation; Wilbur-Ellis Feed, LLC, a California Corporation; and DOES 1 through 100, inclusive, | Date: February 9, 2023<br>Time: 10:00 a.m.<br>Ctrm: 4 |

I, Andrew D. Bluth, declare as follows:

    1.    I am over the age of 18 and competent to testify.

    2.    I am a Partner at Singleton Schreiber, LLP, attorney of record for Plaintiff Nick Varanelli. I have personal knowledge of the following facts. If called to testify in a court of law, I could and would testify consistently with the contents of this declaration.

    3.    I make this declaration in support of Plaintiff's motion for an order remanding this

action to the Superior Court of the State of California for the County of Santa Cruz.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint for Damages filed by Plaintiff Nick Varanelli on February 8, 2022, against Defendants Monsanto Company, Wilbur-Ellis Company LLC, and Wilbur-Ellis Feed LLC.

5. All Defendants were served with the Complaint by March 11, 2022. Attached hereto as **Exhibit B** is a true and correct copy of the Proof of Service of Summons for all Defendants.

6. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's Response to Defendant Monsanto Company's Special Interrogatories to Plaintiff Nick Varanelli (Set One), served on October 14, 2022.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed in Sacramento, California, this 29th day of December, 2022.

/s/ *Andrew D. Bluth*
Andrew D. Bluth

**CERTIFICATE OF SERVICE**

I, Andrew D. Bluth, hereby certify that on December 29, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Andrew D. Bluth*
Andrew D. Bluth