# EXHIBIT B

| Attorney or Party without Attorney:<br>GERALD SINGLETON, ESQ. (SBN 208783)<br>SINGLETON SCHREIBER, LLP<br>450 A Street 5th Floor<br>San Diego , CA 92101<br>  Telephone No:  619-356-7602<br>     Attorney For:  Plaintiff | Ref. No. or File No.:<br>Varanelli v. Monsanto, et al. | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CRUZ | | |
| Plaintiff:  NICK VARANELLI<br>Defendant:  MONSANTO COMPANY, a Delaware Corporation, et al. | | |

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV00278 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint for Damages ; Civil Case Cover Sheet

3.  a.  Party served:    MONSANTO COMPANY, a Delaware Corporation
    b.  Person served:   Nicole Stauss, Client Representative, CSC Lawyers Incorporating Service, Registered Agent

4.  Address where the party was served:   2710 Gateway Oaks Drive Suite 150N, Sacramento, CA 95833

5.  I served the party:
    a. **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Thu, Mar 10 2022 (2) at *(time)*: 11:11 AM
    (1)  [X]  **(business)**
    (2)  [ ]  **(home)**
    (3)  [ ]  **(other)** :

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a.  [ ]  as an individual defendant.
    b.  [ ]  as the person sued under the fictitious name of *(specify)*:
    c.  [ ]  as occupant.
    d.  [X]  On behalf of *(specify)*:   MONSANTO COMPANY, a Delaware Corporation
        under the following Code of Civil Procedure section:

| | |
|---|---|
| [X]  416.10 (corporation) | [ ]  415.95 (business organization, form unknown) |
| [ ]  416.20 (defunct corporation) | [ ]  416.60 (minor) |
| [ ]  416.30 (joint stock company/association) | [ ]  416.70 (ward or conservatee) |
| [ ]  416.40 (association or partnership) | [ ]  416.90 (authorized person) |
| [ ]  416.50 (public entity) | [ ]  415.46 (occupant) |
| [ ]  other: | |



| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE SUMMONS** | 6792152<br>(15029666)<br>Page 1 of 2 |
|---|---|---|

| Attorney or Party without Attorney:<br>GERALD SINGLETON, ESQ. (SBN 208783)<br>SINGLETON SCHREIBER, LLP<br>450 A Street 5th Floor<br>San Diego, CA 92101<br>  Telephone No:   619-356-7602<br>  Attorney For:   Plaintiff | Ref. No. or File No.:<br>Varanelli v. Monsanto, et al. | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CRUZ | | |
| Plaintiff:   NICK VARANELLI<br>Defendant:   MONSANTO COMPANY, a Delaware Corporation, et al. | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date:    Time:    Dept/Div: | Case Number:<br>22CV00278 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name:                         Michael Morris
   b. Address:                      **FIRST LEGAL**
                                    530 B Street, Suite 1050
                                    SAN DIEGO, CA 92101
   c. Telephone number:             (619) 231-9111
   d. **The fee** for service was:  $89.25
   e. I am:
      (1) [ ]  not a registered California Process Server.
      (2) [ ]  exempt from registration under Business and Professions Code section 22350(b).
      (3) [X]  a registered California process server:
            (i)  [ ] owner  [X] employee  [ ] independent contractor
            (ii) Registration No:   2102-33
            (iii) County:           Sacramento

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

               03/11/2022                               *signature*
                 (Date)                               Michael Morris



| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE SUMMONS** | 6792152<br>(15029666)<br>Page 2 of 2 |

| Attorney or Party without Attorney:<br>GERALD SINGLETON, ESQ. (SBN 208783)<br>SINGLETON SCHREIBER, LLP<br>450 A Street 5th Floor<br>San Diego , CA 92101<br>  Telephone No: 619-356-7602<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>Varanelli v. Monsanto, et al. | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CRUZ ||||
| Plaintiff: NICK VARANELLI<br>Defendant: MONSANTO COMPANY, a Delaware Corporation, et al. ||||

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV00278 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint for Damages; Civil Case Cover Sheet

3. a. Party served:   WILBUR-ELLIS COMPANY LLC, a California Corporation
   b. Person served:   George Corevia Corona, Agent for Service of Process

4. Address where the party was served:   720 14th Street, Sacramento, CA 95811

5. I served the party:
   a. **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Fri, Mar 11 2022 (2) at *(time)*: 09:58 AM
   (1) [ ] **(business)**
   (2) [X] **(home)**
   (3) [ ] **(other)** :

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [X] On behalf of *(specify)*:   WILBUR-ELLIS COMPANY LLC, a California Corporation
        under the following Code of Civil Procedure section:
        [ ] 416.10 (corporation)                      [ ] 415.95 (business organization, form unknown)
        [ ] 416.20 (defunct corporation)              [ ] 416.60 (minor)
        [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
        [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
        [ ] 416.50 (public entity)                    [ ] 415.46 (occupant)
        [X] other:   limited liability company



| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS | *6792168*<br>*(15029669)*<br>Page 1 of 2 |
|---|---|---|

| Attorney or Party without Attorney:<br>GERALD SINGLETON, ESQ. (SBN 208783)<br>SINGLETON SCHREIBER, LLP<br>450 A Street 5th Floor<br>San Diego, CA 92101<br>　Telephone No: 619-356-7602<br>　Attorney For: Plaintiff | Ref. No. or File No.:<br>Varanelli v. Monsanto, et al. | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CRUZ |
|---|

| Plaintiff: NICK VARANELLI |
| Defendant: MONSANTO COMPANY, a Delaware Corporation, et al. |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV00278 |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name: Jacobbi Williams
   b. Address: **FIRST LEGAL**
      530 B Street, Suite 1050
      SAN DIEGO, CA 92101
   c. Telephone number: (619) 231-9111
   d. **The fee** for service was: $36.25
   e. I am:
      (1) [ ] not a registered California Process Server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i)  [ ] owner  [X] employee  [ ] independent contractor
         (ii) Registration No: 1314
         (iii) County: Alameda

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

03/14/2022
(Date)

*Jacobbi Williams*



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

6792168
(15029669)
Page 2 of 2

| Attorney or Party without Attorney:<br>GERALD SINGLETON, ESQ. (SBN 208783)<br>SINGLETON SCHREIBER, LLP<br>450 A Street 5th Floor<br>San Diego , CA 92101<br>   Telephone No: 619-356-7602<br>   Attorney For: Plaintiff | Ref. No. or File No.:<br>Varanelli v. Monsanto, et al. | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CRUZ | | |
| Plaintiff: NICK VARANELLI<br>Defendant: MONSANTO COMPANY, a Delaware Corporation, et al. | | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV00278 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint for Damages; Civil Case Cover Sheet

3. a. Party served:     WILBURELLIS FEED LLC, a California Corporation
   b. Person served:    George Corevia Corona, Agent for Service of Process

4. Address where the party was served:   720 14th Stret, Sacramento, CA 95811

5. I served the party:
   a. **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Fri, Mar 11 2022 (2) at *(time)*: 09:58 AM
   (1) [ ]  **(business)**
   (2) [X]  **(home)**
   (3) [ ]  **(other)** :

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ]  as an individual defendant.
   b. [ ]  as the person sued under the fictitious name of *(specify)*:
   c. [ ]  as occupant.
   d. [X]  On behalf of *(specify)*:   WILBURELLIS FEED LLC, a California Corporation
           under the following Code of Civil Procedure section:
           [X] 416.10 (corporation)                          [ ] 415.95 (business organization, form unknown)
           [ ] 416.20 (defunct corporation)                  [ ] 416.60 (minor)
           [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
           [ ] 416.40 (association or partnership)           [ ] 416.90 (authorized person)
           [ ] 416.50 (public entity)                        [ ] 415.46 (occupant)
           [ ] other:



| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS | *6792174*<br>*(15029668)*<br>Page 1 of 2 |
|---|---|---|

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| GERALD SINGLETON, ESQ. (SBN 208783) <br> SINGLETON SCHREIBER, LLP <br> 450 A Street 5th Floor <br> San Diego , CA 92101 <br>    Telephone No: 619-356-7602 <br>    Attorney For: Plaintiff | Ref. No. or File No.: <br> Varanelli v. Monsanto, et al. | |
| Insert name of Court, and Judicial District and Branch Court: <br> SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CRUZ | | |
| Plaintiff: NICK VARANELLI <br> Defendant: MONSANTO COMPANY, a Delaware Corporation, et al. | | |
| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV00278 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name: Jacobbi Williams
   b. Address: **FIRST LEGAL**
      530 B Street, Suite 1050
      SAN DIEGO, CA 92101
   c. Telephone number: (619) 231-9111
   d. **The fee** for service was: $89.25
   e. I am:
      (1) [ ] not a registered California Process Server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i) [ ] owner  [X] employee  [ ] independent contractor
         (ii) Registration No: 1314
         (iii) County: Alameda

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

03/14/2022
(Date)

Jacobbi Williams



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

*6792174*
*(15029668)*
Page 2 of 2