**PODHURST ORSECK, P.A.**
Matthew P. Weinshall
SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382
Email: mweinshall@podhurst.com

*Attorneys for Plaintiff Allen Boatright*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2741 <br> ) <br> ) Case Number: MDL No. 3:16-md-02741-VC <br> ) |
| This document relates to: <br><br> Boatright v. Monsanto Company, <br> Case No.:  3:21-cv-00675 | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION REGARDING CHOICE OF LAW

The parties, by their undersigned counsel, stipulate and agree that this action is governed by the substantive law of the state of Florida.

DATED:  December 29, 2022

By:   /s/ *Matthew Weinshall*
Matthew P. Weinshall
Florida Bar No. 84783
**PODHURST ORSECK, P.A.**
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382
Email: mweinshall@podhurst.com
*Attorney for the Plaintiff*

Stipulation Regarding Choice of Law
3:16-md-02741-VC & 3:21-cv-00675-VC
P a g e  | 1

s/Anthony R. Martinez
Anthony R. Martinez
**SHOOK HARDY & BACON LLP**
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

Counsel for Defendant
Monsanto Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

*/s/ Matthew Weinshall*
Matthew Weinshall

Stipulation Regarding Choice of Law
3:16-md-02741-VC & 3:21-cv-00675-VC
P a g e | 2