Jeffrey A. Lamken
Eric R. Nitz (*pro hac vice*)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
jlamken@mololamken.com
enitz@mololamken.com

*Counsel for Category 1 Objectors' Counsel*
*Carey Danis & Lowe; Heninger Garrison*
*Davis, LLC; Lanier Law Firm, P.C.; Tautfest*
*Bond, PLLC; and Watts Guerra LLP*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br><br>This document relates to:<br><br>**ALL CASES** | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**MOTION TO WITHDRAW AS COUNSEL ON BEHALF OF CATEGORY 1 OBJECTORS' COUNSEL** |

Pursuant to Local Rule 11-5, undersigned counsel Jeffrey A. Lamken and Eric R. Nitz respectfully move the Court for an order permitting their withdrawal as counsel on behalf of Category 1 Objectors' Counsel Carey Danis & Lowe; Heninger Garrison Davis, LLC; Lanier Law Firm, P.C.; Tautfest Bond, PLLC; and Watts Guerra LLP. Jeffrey A. Lamken and Eric R. Nitz further request that the Court direct the Clerk to terminate their status as parties to receive notice from the CM/ECF system.

On February 4, 2021, Mr. Lamken and Mr. Nitz appeared on behalf of Category 1 Objectors' Counsel for the limited and sole purpose of submitting objections to Co-Lead Counsel's Motion To Supplement Pre-Trial Order No. 12. *See* Dkts.12518, 12519. Counsel submitted those objections the same day, Dkt. 12526, and appeared for Category 1 Objectors' Counsel at the March 3, 2021, hearing on Co-Lead Counsel's motion.

The Court ruled on Co-Lead Counsel's motion on June 22, 2021. Dkt. 13192. On July 21, 2021, Co-Lead Counsel appealed. Dkt. 13316. The Ninth Circuit resolved that appeal on November 3, 2022. *See* Memorandum Disposition, *The Miller Law Firm, LLC v. Laborde Earles Law Firm*, No. 21-16228 (9th Cir. Nov. 3, 2022). Co-Lead Counsel have not sought rehearing.

Because the Court has ruled on Co-Lead Counsel's motion, and appellate proceedings from that order have concluded, the purpose of undersigned counsel's appearance in this MDL is complete. Undersigned counsel respectfully request an order permitting their withdrawal and directing the Clerk to terminate their status as counsel to be noticed. Category 1 Objectors' Counsel have received written notice of undersigned counsel's intent to withdraw and consent to that request. By email dated December 16, 2022, undersigned counsel have also provided written notice to counsel for Monsanto, Co-Lead Counsel, and the other law firms who submitted an objection or opposition to Co-Lead Counsel's Motion To Modify Pre-Trial Order No. 12.[1]

---

[1] Those additional firms are: Diamond Law; Laborde Earles Law Firm; Bernstein Liebhard, LLP; Pendley, Baudin & Coffin, LLP; Hutton & Hutton Law Firm, LLC; Fears Nachawati, PLLC; Dalimonte Rueb Stoller LLP; Onder Law, LLC; Singleton Schreiber McKenzie & Scott, LLP; Johnson Law Group; The Gori Law Firm, P.C.; Pulaski Kherkher, PLLC; Romanucci & Blandin, LLC; Trammell, P.C.; Kirkendall Dwyer, LLP; Gibbs Law Group, LLP; Beasley Allen; Napoli Shkolnik, PLLC; and Goldstein & Russell, P.C.

Dated:  December 29, 2022

Respectfully submitted,

/s/ Eric R. Nitz

Jeffrey A. Lamken
Eric R. Nitz (*pro hac vice*)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
jlamken@mololamken.com
enitz@mololamken.com

*Counsel for Counsel for Category 1 Objectors'*
*Counsel Carey Danis & Lowe; Heninger Garrison*
*Davis, LLC; Lanier Law Firm, P.C.; Tautfest Bond,*
*PLLC; and Watts Guerra LLP*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on December 29, 2022, I caused the foregoing Motion To Withdraw and accompanying Proposed Order to be filed with the Court using the CM/ECF System, which will effect service on all registered parties.

<u>/s/ Eric R. Nitz</u>

Eric R. Nitz