UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS ) 
LIABILITY LITIGATION )
)
) MDL 2714
This document related to: )
) Case No. 3:16-md-02741-VC
)
*Gilmore v. Monsanto Company* )
Case No. 21-8159 )

**[PROPOSED] JUDGMENT APPROVING CLASS ACTION SETTLEMENT**

1. This Court has jurisdiction over the subjection matter of the Action, all matters related to the Settlement, as well as personal jurisdiction over all of the Settling Parties[1] and each of the Settlement Class Members. This Judgment incorporates and makes a part hereof: (1) the Parties Second Amended Settlement Agreement ("Settlement") (Dkt. No. 94-1, Ex. 1); the Settlement Notice and Publication Notice, both of which were filed with the Court on November 28, 2022 (Dkt. No. 129-2, Exhibits B, I).

2. The Court finally approves the Settlement and terms and conditions set forth therein.

3. Upon entry of this Judgment, each and every Releasing Person shall be permanently barred and enjoined from initiating, asserting, and/or prosecuting any Class Released Claims against any Released Parties in any court or any forum whatsoever. Likewise, the Released Persons shall be discharged of and from all liability for the Class Released Claims.

---

[1] All defined terms herein shall have the same meanings set forth in the Second Amended Settlement Agreement. The language of the Settlement Agreement can be found on the Court's publicly available docket at Dkt. No. 94-1, Ex. 1. The Release set forth in the Settlement is incorporated herein and will become binding and effective on all Settlement Class Members upon the Effective Date.

4. In light of the Order Granting Final Approval (Dkt. No. _____) and the Order Granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards (Dkt. No. _____), this case is hereby DISMISSED with prejudice.

5. There being no just reason for delay, the Court, in the interests of justice, directs the Clerk of the Court to enter this Order, and hereby decrees that, upon entry, it be deemed a Final Judgment.

6. Without affecting the finality of that Judgment in any way, this Court hereby retains continuing jurisdiction over (a) implementation and administration of the Settlement; and (b) the Parties, the Claims Administrator, and the Class Members for the purpose of construing, enforcing, and administering the Settlement Agreement and all orders and judgments entered in connection therewith.

**IT IS SO ORDERED.**

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE