**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:       jstubbs@shb.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Tanya Griffie v. Monsanto Co.,* Case No. 3:22-cv-07331-VC | |

## **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.  Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.  Bayer AG is a publicly held corporation.

DATED:  December 30, 2022          Respectfully submitted,

                                   SHOOK, HARDY & BACON L.L.P.

                                   BY: */s/ Jennise W. Stubbs*
                                       Jennise W. Stubbs
                                       600 Travis Street, Suite 3400
                                       Houston, TX 77002-2926
                                       Telephone:   (713) 227-8008
                                       Facsimile:   (713) 227-9508
                                       Email:       jstubbs@shb.com

                                   *Attorneys for Defendant*
                                   MONSANTO COMPANY

## CERTIFICATE OF SERVICE

I certify that on the 30th day of December, 2022, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

/s/Jennise W. Stubbs
Jennise W. Stubbs