## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741-VC |
| *Briggs v. Monsanto Company, Inc.* Case No. 3:22-cv-09140-VC | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF LORI BRIGGS

**COMES NOW** Plaintiff Lori Briggs, pursuant to Federal Rule of Civil Procedure 41, and hereby requests that all claims be dismissed against Defendant, without prejudice. Plaintiff and Defendant each to bear their own costs.

Respectfully submitted,

*/s/ Anthony Ifediba*
Anthony Ifediba
Alabama Bar No. (ASB-5751-T701)
**IFEDIBA LAW GROUP**
1220 16th Street
Birmingham, Alabama 35205
P: 205-933-1515
F: 205-933-5959
aifediba@ifedibalaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on January 3, 2023 and was provided via email to counsel of record Ryan S. Killian, Shook, Hardy & Bacon, JPMorgan Chase Tower, 600 Travis Street, Suite 3400, Houston, TX 77002 (rkillian@shbcom).

*/s/ Anthony C. Ifediba*