1  **Garmer & Prather, PLLC**
   Jerome P. Prather, Esq. (*pro hac vice*)
2  141 North Broadway
   Lexington, Kentucky 40507
3  Telephone: (859) 254-9351
   Facsimile:  (859) 233-9769
4  Email: jprather@garmerprather.com

5                 UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
6                    ***ELECTRONICALLY FILED***

7

8  IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION         MDL NO. 2741

                                                 Case No. 3:16-md-02741-VC
9  This document relates to:

10  *Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock, Adm'r, Kyle A. Murdock, individually, and Mandi L. Murdock v. Monsanto Co.,*
11  Case No. 3:20-cv-01363-VC

12

13             **STIPULATION REGARDING CHOICE OF LAW**

14     COME the Parties, jointly, by counsel, and hereby stipulate and agree that this action is

15  governed by the substantive law of the Commonwealth of Kentucky.

16                          Respectfully submitted,

17                          ATTORNEYS FOR PLAINTIFF

18                BY: ___/s/ Jerome P. Prather_____
                       Jerome P. Prather, Esq. (*pro hac vice*)
19                        GARMER & PRATHER PLLC
                       141 North Broadway
20                        Lexington, Kentucky  40507
                       Telephone:  (859) 254-9352
21                        Facsimile:    (859) 233-9769
                       Email: jprather@garmerprather.com
22

                       ATTORNEYS FOR DEFENDANT
23                        MONSANTO CORPORATION

24

        /s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:  (816) 559-2683
Facsimile:   (816) 421-5547
Email: amartinez@shb.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served, pursuant to the Federal Rules of Civil Procedure, using the Court's CM/ECF system, on January 3, 2023.


BY:   /s/ Jerome P. Prather
Jerome P. Prather