**RIVERO MESTRE LLP**
Andrés Rivero
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com

*Attorneys for Plaintiff Judge William C. Turnoff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> This document relates to: <br><br> *William C. Turnoff v. Monsanto Company*, Case No.: 3:19-cv-03837-VC) (S.D. Fla). | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |

## STIPULATION REGARDING CHOICE OF LAW

The parties stipulate and agree that this action is governed by the substantive laws of the state of Florida.

Dated: January 3, 2023

By:  /s/ Andrés Rivero
ANDRÉS RIVERO

Florida Bar No. 613819
ROBERT KUNTZ
Florida Bar No. 94668
DAVID L. DAPONTE
Florida Bar No. 1002724
**RIVERO MESTRE LLP**
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com
E-mail: rkuntz@riveromestre.com
E-mail: ddaponte@riveromestre.com

*Counsel for Judge William C. Turnoff*

By:  /s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Facsimile: (816) 421-5547
amartinez@shb.com

*Counsel for Monsanto Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

/s/ Andrés Rivero
ANDRÉS RIVERO