UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

*Gilda Stepney v. Monsanto Co.,*
Case No. 3:19-cv-05568-VC

## SUGGESTION OF DEATH OF PLAINTIFF

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel suggests on the record the death of Gilda Stepney during the pendency of this action. Erica Stepney is Gilda Stepney's surviving daughter and natural heir and executrix.

Dated: January 4, 2023

Respectfully submitted,

*/s/ John C. Enochs*
MORRIS BART, LLC
John C. Enochs (La. Bar. 22774)
601 Poydras Street, 24 FL
New Orleans, LA 70130
(504) 526-1087
jenochs@morrisbart.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 4th day of January, 2023.

*/s/John C. Enochs*
John C. Enochs