UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No.: 16-md-02741-VC |
| This document relates to: | |
| *Craig Wade, individually, and obo the Estate of Houston Franklin Wade v. Monsanto Co.* *Case No.: 3:20-cv-08178-VC* | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VI**

**COMES NOW,** Plaintiff Craig Wade (hereinafter "Plaintiff"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave V to Wave VI:

1. The case of Craig Wade is part of Wave V.

2. The deposition of Plaintiff has been taken.

3. Plaintiff has served a Plaintiff Fact Sheet and medical records and is in the process of executing the appropriate documents so that all medical records may be obtained.

4. Despite their efforts, the Parties have not been able to complete the discovery in this case.

5. Plaintiff believes the best course of action is to move this case to Wave VI (and sub-Wave 6A) in order to complete the outstanding discovery.

6. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

7. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VI.

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VI.

Dated: January 6, 2023

                                                Respectfully submitted,

                                                /s/ Darren Wolf
                                                Darren Wolf
                                                darren@darrenwolf.com
                                                Texas State Bar No. 24072430
                                                Christianne Edlund
                                                christianne@darrenwolf.com
                                                Texas State Bar No. 24072083
                                                LAW OFFICE OF DARREN WOLF, P.C.
                                                1701 N. Market Street, Suite 210
                                                Dallas, Texas 75202
                                                Phone: (214) 346-5355
                                                Fax: (214) 346-5909

                                                ***Attorneys for Plaintiff***