**HERREN LAW, PLLC**
Thomas K. Herren
(tom.herren@herrenadams.com)
148 N. Broadway
Lexington, KY  40507
Tel:     (859) 254-0024
Fax:    (859) 254-5991


*Attorney for Plaintiff*
KELSEA FITZPATRICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *Kelsea Fitzpatrick v. Monsanto Co.*, Case No. 3:20-cv-01959-VC | |

**PLAINTIFF, KELSEA FITZPATRICK'S,** *RE-FILING* **OF MOTION TO MOVE TO WAVE 6**

Comes the plaintiff, Kelsea Fitzpatrick, by and through counsel, currently a Wave 5 case originating from Kentucky, and moves the Court to reassign this case to Wave 6.

In support, Kelsea Fitzpatrick remains under treatment and monitoring for non-Hodgkins B Lymphoma. Her treating oncologist has just recently been deposed. Her primary treating and referring physician, who is most knowledgeable concerning her medical history, has been unable to schedule a deposition due to a backlog of matters. Plaintiff Fitzpatrick, through counsel, needs additional time to have her case reviewed by consulting experts.

DATED: January 10, 2023 **(previously filed in individual case only on September 6, 2022).**

Respectfully submitted,

/s/ *Thomas K. Herren*
THOMAS K. HERREN
HERREN LAW, PLLC
148 N. Broadway
Lexington, KY 40507
Tel: (859) 254-0024
Fax: (859) 254-5991

*Attorney for Plaintiff*
KELSEA FITZPATRICK

# CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of January, 2023, the foregoing Motion was served by electronic and first-class mail upon the following counsel for defendant:

Gregory S. Chernack (*pro hac vice*)
(gchernack@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5815
Fax: (202) 682-1639

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

*/s/ Thomas K. Herren*
ATTORNEY FOR PLAINTIFF,
KELSEA FITZPATRICK

c:\documents\tkh\roundup cases\fitzpatrick, kelsea\fitzpatrick - re-filing of motion to move to wave 6.docx