UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741 |
| This document relates to: *Kelsea Fitzpatrick v. Monsanto Co.,* Case No. 3:20-cv-01959-VC | | |

**ORDER GRANTING PLAINTIFF KELSEA FITZPATRICK'S MOTION TO MOVE PLAINTIFF TO WAVE 6**

On this day, the Court considered Plaintiff's Motion to Move to Wave 6. Having considered the unopposed motion and arguments of counsel, the Court finds that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Move to Wave 6 is **GRANTED.**

SIGNED on this ___ day of _____, 2023.

_____
JUDGE PRESIDING

c:\documents\tkh\roundup cases\fitzpatrick, kelsea\fitzpatrick  proposed order(2023).docx