UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ralph A. Applegate,
    Plaintiff

V.

Monsanto Co.,
    Defendant
and
Bayer, A.G.,
    Defendant

FILED
JAN - 9 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MDL No. 2741
Case No. 3:16-md-02741-VC
Case No.2:18-CV-03363-VC
Case No.3:19-CV-06800-VC

REGARDING DISMISSAL BY SUMMARY JUDGMENT OF Case No.18-cv-3363 and Case No.19-cv-6800, these dismissals should be immediately overruled because corporate defendant attorneys contradict themselves by on the one hand motioning and claiming that Justice Vince Chhabria did not have long arm jurisdiction over Bayer, A.G., and on the other hand feloniously concurring on November 28, 2022 with these dismissals.

    1. Respondent Applegate previously claimed and continues claiming that Applegate is a scientific worldwide authority on Dimensional Analysis, the correct method, based on fact that 22.73 mg. low dose inorganic arsenic causes blood cancers.

    2. Associate Justice Amy Coney Barrett, on or before June 21, 2022, relied on Applegate's authority given to her by previous pleadings to her, and on June 21, 2022 Associate Justice Barrett ORDERED to set aside glyphosate causes cancers, and by that ordering Associate Justice Barrett dismissed all so called previous expert witness testimony that glyphosate causes cancer was null and void.

3. Regardless of Su.Ct.of Pa. Justice Saylor's 2022 speech about Justice incompetence in Walsh v.BASF,seven(7)corporate defendant attorneys in this case and Justice Vince Chhabria, are scientifically incompetent to address respondent Applegate's redress of grievances.There have been many earlier Justicial articles about Justice incompetence .

4. One brand new question, ScottsMiracle-Gro in 2007 and 2008 did mix inorganic arsenic in Roundup,and sell to Lowe's, that one gallon of Roundup that respondent Applegate bought in September,2008,and was exposed to on October 1 thru 7,2008,yes ScottsMiracle-Gro,did, giving respondent Applegate Ohio long arm jurisdiction.Even if not true,Monsanto Co.did.

5. Respondent Applegate is therefore the only authority on cause of cancer, who did disclose authoritative evidence regarding specific causation, 22.73 mg.low dose inorganic arsenic causes blood cancers, which physician Bruce Perrine Lanphear in his Principle did not disclose in 2017.

6. Inorganic arsenic evidence ordered discovery has been denied.

7. Regardless of ScottsMiracle-Gro May 27,2021 self serving statement ScottsMiracle-Gro is not a party in the legal issues related to Roundup and through its Roundup agency agreement with Bayer has indemnity against such legal actions and related costs,ScottsMiracle-Gro likely will be a party because of its behaviour after 2020 in connection with mixing inorganic arsenic in Roundup and selling Roundup thereafter.

Respectfully submitted,

Ralph A. Applegate

Ralph A.Applegate
Respondent Pro Se

2.

1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com

Eric G. Lasker
1350 I St. NW
Washington, DC 20005
elasker@hollingsworthllp.com

Certificate of Service

It is certified that respondent Applegate's" REGARDING DISMISSAL BY SUMMARY JUDGMENT OF CASE NO.18:CV-03363-VC, and CASE NO. 19:CV-06800-VC " will be regular mailed to Justice Vince Chhabria, and by email to attorney Eric Lasker, on or before January 5, 2023.

3.

Ralph A. [illegible]
1544 Zettler Road
Columbus, Ohio 43227

RECEIVED
JAN 09 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

COLUMBUS OH 430
4 JAN 2023 PM 3

Justice
Vince Chhabria
U.S. District Court
Northern District of California
2450 Golden Gate Road
San Francisco, Ca. 94102
2489?