Arati C. Furness
CA Bar No 225435
**FORESTER HAYNIE PLLC**
400 N. Saint Paul Street, Suite 700
Dallas, TX 75201
(214) 210-2100
afurness@foresterhaynie.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |
| This document relates to:<br><br>Eric Beisner, *4:19-cv-02759*<br>John Bodie, *4:19-cv-02760*<br>Sandra Katte, *4:19-cv-02936*<br>John Calloway, *4:19-cv-02776*<br>Reginald Sayles, *4:20-cv-00210*<br>Thomas Howe, *4:19-cv-02791*<br>Patrick Finnel, 4*:20-cv-00226* | **UNOPPOSED MOTION TO MOVE CASES TO WAVE VI** |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiffs' counsel, without opposition from Defendant Monsanto Company, respectfully requests the Court move the following seven (7) cases from Wave V to Wave VI based on the declaration of Arati C. Furness, attached hereto as Exhibit 1.

| | |
|---|---|
| Beisner, Eric | 4:19-cv-02759 |
| Katte, Sandra | 4:19-cv-02936 |
| Calloway, John | 4:19-cv-02776 |
| Sayles, Reginald | 4:20-cv-00210 |

| | |
|---|---|
| Howe, Thomas | 4:19-cv-02791 |
| Finnel, Patrick | 4:20-cv-00226 |
| Bodie, John | 4:19-cv-02760 |

Thus, based on Ms. Furness's declaration and without opposition of Defendant Monsanto Company, Plaintiffs' counsel respectfully requests the Court move the above cases from Wave V to Wave VI.

Dated: January 10, 2023

                                                Respectfully submitted,

                                                Arati C. Furness,
                                                CA State Bar No. 225435
                                                **FORESTER HAYNIE PLLC**
                                                400 N. Saint Paul Street, Suite 700
                                                Dallas, TX 75201
                                                (214) 210-2100
                                                afurness@foresterhaynie.com

# EXHIBIT 1

Arati C. Furness
**FORESTER HAYNIE PLLC**
400 N. Saint Paul Street, Suite 700
Dallas, TX 75201
(214) 210-2100
afurness@foresterhaynie.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL 2741** |
| This document relates to:<br><br>Eric Beisner, *4:19-cv-02759*<br>John Bodie, *4:19-cv-02760*<br>Sandra Katte, *4:19-cv-02936*<br>John Calloway, *4:19-cv-02776*<br>Reginald Sayles, *4:20-cv-00210*<br>Thomas Howe, *4:19-cv-02791*<br>Patrick Finnel, 4*:20-cv-00226* | **DECLARATION OF ARATI C. FURNESS** |

## DECLARATION OF ATTORNEY ARATI C. FURNESS

I, ARATI C. FURNESS, declare under penalty of perjury, as follows:

1. My name is Arati Chauhan Furness. I am over the age of 18. The statements set forth in this declaration are made of my own personal knowledge and if called as a witness, I could and would testify competently to the matters stated below.

2. I am the managing attorney for the Roundup cases at Forester Haynie.

3. I represent the above seven (7) plaintiffs, currently assigned to Wave V.

4. For all of 2022 and prior, I had personal health issues which ultimately resulted in surgery on December 22, 2022. I am still recovering; however, it seems that my main issue is resolved and I should be back to full health in the coming weeks.

5. As a result, we would prefer additional time to conduct discovery for these seven (7) plaintiffs.

6. Before my surgery, Defense counsel kindly advised he would not oppose my request to move cases to the next discovery wave.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of January, 2023.

_____
Arati C. Furness, Declarant