UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>Eric Beisner, *4:19-cv-02759*<br>John Bodie, *4:19-cv-02760*<br>Sandra Katte, *4:19-cv-02936*<br>John Calloway, *4:19-cv-02776*<br>Reginald Sayles, *4:20-cv-00210*<br>Thomas Howe, *4:19-cv-02791*<br>Patrick Finnel, 4*:20-cv-00226* | **MDL 2741**<br><br>[Proposed] **ORDER** |

Plaintiff's motion to move the referenced case from Wave V to Wave VI is granted.

**IT IS SO ORDERED.**

Dated: _____    _____
Honorable Judge Vince Chhabria
United States District Judge