UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL 2741** |
| This document relates to:<br><br>Eric Beisner, 3:20-cv-00056<br>John Bodie, *3:20-cv-00057*<br>Sandra Katte, *3:20-cv-00039*<br>John Calloway, *3:20-cv-00059*<br>Reginald Sayles, *3:20-cv-2417*<br>Thomas Howe, *3:20-cv*-00036<br>Patrick Finnell *3:20-cv-2419* | [Proposed] **ORDER** |

Plaintiff's motion to move the referenced case from Wave V to Wave VI is granted.

**IT IS SO ORDERED.**

Dated: _____    _____
                                    Honorable Judge Vince Chhabria
                                    United States District Judge