IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN MIRE | ) | Civil Action No. 3:20-cv-04752 |
| | **)** | MDL No. 2741 |
| Plaintiff, | ) | |
| v. | ) | IN RE: Roundup Products Liability Litigation |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, come John D. Sileo, Casey W. Moll and the Law Offices of John D. Sileo, LLC, who move to withdraw as counsel of record for Plaintiff, John Mire, in this matter, as their attorney-client relationship has ended.

1.

On or about August 23, 2022, undersigned counsel John D. Sileo, Casey W. Moll and John D. Sileo, LLC sent correspondence to plaintiff at his last known address of 1421 Leonidas Street, New Orleans, LA 70118 and advised plaintiff of their intent to withdraw as their counsel in this matter due to plaintiff being unresponsive and uncooperative.

2.

This case is not set for trial and there are no pre-trial scheduling deadlines in place. Defendants are aware and have no objection to this motion.

WHEREFORE, considering the foregoing reasons, John D. Sileo, Casey W. Moll and The Law Office John D. Sileo, respectfully request that their Motion to Withdraw as Counsel be Granted, and that an Order be issued allowing them to withdraw as counsel of record for the Plaintiff, John Mire, in the above-captioned matter.

2

                        Respectfully submitted,

                        */s/ John D. Sileo*
                        JOHN D. SILEO (#17797)
                        CASEY W. MOLL (#35925)
                        320 N. Carrollton Ave. Suite 101
                        New Orleans, LA 70119
                        Tel: (504) 486-4343
                        Fax: (504) 297-1249

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 28th day of October 2022, at their last known address of record.

                        */s/ John D. Sileo*