IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN MIRE | ) | Civil Action No. 3:20-cv-04752 |
| | **)** | MDL No. 2741 |
|       Plaintiff, | ) | |
| v. | ) | IN RE: Roundup Products Liability Litigation |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
|       Defendant. | ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

**MAY IT PLEASE THIS HONORABLE COURT:**

Plaintiff has been unresponsive and uncooperative with communication thereby making it legally impossible for undersigned counsel to continue representation.

For this reason, plaintiff respectfully request this Honorable Court to allow John D. Sileo, Casey W. Moll and The Law Office John D. Sileo, to withdraw as counsel.

Respectfully submitted,

*/s/ John D. Sileo*
JOHN D. SILEO (#17797)
CASEY W. MOLL (#35925)
320 N. Carrollton Ave. Suite 101
New Orleans, LA 70119
Tel: (504) 486-4343
Fax: (504) 297-1249

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 28th day of October 2022, at their last known address of record.

*/s/ John D. Sileo*

1