## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN MIRE | ) | Civil Action No. 3:20-cv-04752 |
| | **)** | MDL No. 2741 |
| Plaintiff, | ) | |
| v. | ) | IN RE: Roundup Products Liability Litigation |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel filed herein by undersigned counsel:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that John D. Sileo, Casey W. Moll and the Law Offices of John D. Sileo, LLC be and are hereby withdrawn as attorneys of record for Plaintiff, John Mire, in the above entitled and captioned matter.

Signed on this _____ of _____, 2022.

_____
**JUDGE**