Exhibit 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

## PLAINTIFF FACT SHEET

You are required to provide the following information regarding yourself, or for each individual on whose behalf you are asserting legal claims in the above lawsuit.  Each question must be answered in full, but you may approximate where specified below.  If you do not know or cannot recall the information needed to answer  a question, please explain that in response to the question.  Please do not leave any questions  unanswered or blank.  If you are filling out this Fact Sheet in hard copy, use additional sheets as needed to fully respond.

## I. REPRESENTATIVE CAPACITY

A. If you are completing this Fact Sheet **on behalf of someone else** (*e.g.*, a deceased person, an incapacitated person, or a minor), please complete the following:

1. _____
   Your Name

2. _____
   Your Home Address

3. What is your relationship to the person upon whose behalf you have completed this Fact Sheet? (*e.g.*, parent, guardian, Estate Administrator)

   _____

**[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions on behalf of the person who used or was exposed to Roundup® or other glyphosate-based herbicides.]**

1

Exhibit 1

## II. PERSONAL INFORMATION

A.   Name:  **Virginia F. Brown**

Other Names by which you have been known (from prior marriages or otherwise, if any):  **Ginger Buland Brown**

B.   Sex:  **Female**

C.   Social Security Number:  **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**

D.   Date and Place of Birth (City, State, Country):

**10/05/1950,  Vinita, Oklahoma USA**

E.   For each different city where you have lived for the past twenty-five (25) years, provide the following information:

| City and State (include Country if outside the United States) | Approximate Dates You Lived There (Month/Year to Month/Year) |
| --- | --- |
| **Albuquerque, New Mexico** | **June 1986 to present** |
|  |  |
|  |  |
|  |  |
|  |  |

2

F.  Please complete the chart below detailing your employment history for the past twenty-five (25) years. If there were periods of retirement, unemployment, or student status during the past 25 years, include those as well.

| Number | Name of Employer | City and State Where You Worked | Approximate Dates of Employment (Month/Year to Month/Year) | Occupation or Job Title | Job Duties |
|---|---|---|---|---|---|
| 1 | Cooperative Education Srv | Albuquerque, New Mexico | March 2014 to May 2021 | Speech Language Pathologist | |
| 2 | Self Employed | Albuquerquere, New Mexico | March 2014 to October 2013 | Speech Language Pathologist | |
| 3 | Albuquerque Public Schools | Albuquerque, New Mexico | October 2013 to August 1986 | Speech Language Pathologist | |
| 4 | | | | | |

G.  Workplace Checklist:  Have you ever worked in any of the occupations or workplaces listed below?  If so, please check "yes" and then list the number(s) in the chart in section II(F) above that corresponds to that occupation.

| Industry | Yes | No | Number in Chart in Section II(F) |
|---|---|---|---|
| Car Mechanic | | X | |
| Cleaning/Maid Service | | X | |
| Electrician | | X | |
| Farming/agricultural | | X | |
| Hairdressing | | X | |
| Handled fission products | | X | |
| Handled jet propellant | | X | |
| Handled solvents | | X | |
| Horticultural | | X | |
| Hospitals and Clinics | X | | 4 |
| Landscaping | | X | |
| Metal Working | | X | |
| Painting | | X | |
| Pest Exterminator | | X | |
| Pesticide use | | X | |
| Petroleum Refinery | | X | |
| Rubber Factory | | X | |
| Schoolteacher | | X | |
| Textile | | X | |
| Woodworking | | X | |
| X-radiation or gamma-radiation (regular exposure) | | X | |

3

### III.  FAMILY INFORMATION

A.   For any grandparent, parent, sibling, or child who has been diagnosed with cancer or who has died, please provide the following information.  Please include any adopted or step-children or siblings.

| Name | Relationship | Approximate Birth Year | Approximate Date of Death | Cause of Death | Diagnosed with cancer? | Date/Type |
|------|-------------|------------------------|---------------------------|----------------|------------------------|-----------|
| Charles Parrish | Grandfather | 1905 | 1982 | Heart Failure | No | |
| Thelma Parish | Grandmother | 1910 | 1998 | Organ Failure | No | |
| Orville Brown | Father | 1926 | 1972 | Heart attack | No | |
| | | | | | | |

### IV.  PERSONAL MEDICAL HISTORY

A.   To the best of your ability, please list all primary care healthcare providers (not including pharmacies) where you have received care over the last 25 years.  For each, please provide the name, city and state, and approximate dates of care.

1.   Richard Marck- 1986-1993 (?)

     (retired) Albuquerque, New Mexico

2.   Edward Brown -circa 1993-1998(?)

     (retired) Albuquerque, New Mexico

3.   Julia Keating-circa 2005-present

     8300 Constitution Ave, N.E. Albuquerque, NM. 87110

4.   _____

     _____

5.   _____

     _____

B.   Please indicate whether your medical history includes any of the following conditions, procedures, or medications:

| Condition, Procedure, or Medication: | Yes | No | Treating Physician |
|---|---|---|---|
| Diabetes | | Xu | NIVERSITY OF nEW |
| Obesity | | X | |
| Auto-immune diseases (including but not limited to Crohn's disease, Ulcerative Colitis, HIV) | | X | |
| Epstein Barr | | X | |
| Ulcers    2006, Due to NSAIDS | X | | Lovelace Medical Group |
| Celiac Disease | | X | |
| Hepatitis C | | X | |
| Eczema | | X | |
| Radiation | | X | |
| Smoking | | X | |
| Lupus | | X | |
| Rheumatoid Arthritis | | X | |
| Organ, stem cell, or other transplant | | X | |
| Immunosuppressive Medications | | X | |

C.   To the best of your ability, please list all healthcare providers (not including pharmacies) where you have received treatment over the last 25 years for any type of cancer (including NHL), **or** for any of the conditions, procedures, or medications listed in the chart directly above.  For each, please provide the name, city and state, approximate dates of care, and the reason for your visit. You do not need to repeat healthcare providers listed in question (A). **Please also execute the medical authorizations included in Exhibit A.**

1.   **University of New Mexico Hospital    12/01/2020 to Present  (Cancer treatments)**

**2211 Lomas Blvd, N.E. Albuquerque, NM. 87106**

2.   **University of New Mexico Medical Group 12/01/2020 to Present(lump on palate)**

**933 Bradbury Street, S.E., Suite 2222, Albuquerque, NM. 87106**

3.   **MD Anderson in Houston- 2/1/2021-3/30/2021 (second opinion)**

**7007 Bertner Avenue, Unit 1632, Houston, Texas 77030-4004**

4.   **Lovelace Medical Group- 12/1998-12/2000-4101 Indian School Road, N.E., Suite 110, Albuquerque, NM. 87110**

5.   **Hunter Mortley-DDS-12/21/2020-(found palate lump)**

**3520 Montgomery Blvd. N.E. Albuquerque, NM 87107**

**V.   CANCER HISTORY**

A.   Have you been diagnosed with non-Hodgkin's lymphoma, or "NHL"?

Yes __X__   No _____

B.   When were you first diagnosed with NHL?

Year __2021__   Month __.01__

C.   Approximately when did you first begin experiencing symptoms of NHL?

Year __2020__   Month __12__

D.   Please list the names of the physician(s) that first diagnosed you with NHL and the city and state in which you were diagnosed.

**Nathan Boyd-Albuquerque, NM**

E.   Please list the names of the primary oncologist(s) who have treated your NHL.

**Dulcinea Quintana**

F.   Describe your NHL.  For example, do you have B-cell or T-cell NHL?  Is it aggressive or indolent?  Small cell or large cell?  Any other details?  (If you have Mycosis Fungoides, make sure to specify this.)

**B cell, indolent, Follicular Lymphoma**

G.   Have you been diagnosed with any types of cancer other than NHL?

Yes __X__   No _____

H.   If yes, please answer the following questions for each type of cancer that you have been diagnosed with other than NHL:

1.   What type of cancer was diagnosed (including sub-type, if applicable)?

**Insitu Melanoma (1998)**

2.   On approximately what date did you first experience any symptoms that you believe are related to that cancer?

**6/1998**

3.   Please list the names of the physician(s) that first diagnosed you with that cancer.

**Catherine McDonald**

6

    4.      Please list the names of the primary oncologist(s) who have treated that cancer.

         **Not necessary**

I.     Has any physician or healthcare provider ever told you that you have a genetic predisposition for developing NHL or other types of cancer?  **No**

     **If yes,** answer the following:

        1.      Name, location (city and state), and occupation of the person who told you this.

        2.      What were you specifically told about your genetic predisposition?

        3.      Approximately when were you told this information?

## VI.  PRIOR CLAIMS, LEGAL MATTERS, AND MEDICAL COVERAGE

A.     Have you ever filed a workers' compensation claim for accidents or injuries relating to substance exposure in the workplace? (Answer "no" if you have only filed workers' compensation claims **unrelated to** substance exposure.)

     Yes _____  No   **X**\_\_\_\_

     **If yes,** please state:

     1.      Approximate date the claim was filed with your employer, or date that you notified  employer of accident/injury giving rise to workers' compensation claim:

     2.      Nature of injury or accident claimed (what happened):

7

B.   Have you ever filed a claim for Social Security disability insurance benefits
("SSDI") for a disability caused by substance exposure in the workplace?
(Answer "no" if you have only filed SSDI claims **unrelated to** substance
exposure.)

Yes _____   No __**X**__

**If yes,** please state:

1.   Approximate date the claim was filed with the Social Security Administration:

_____

2.   Nature of disability giving rise to claim:

_____

_____

_____

C.   Have you ever filed any other type of disability claim for a disability caused by
substance exposure in the workplace?  (Answer "no" if you have only filed other types
of disability claims **unrelated to** substance exposure.)

Yes _____   No __**X**__

**If yes,** please state:

1.   Approximate date claim was filed: _____

2.   Name of insurer/employer/government or other party to whom claim was

made and, if applicable, claim number assigned:

_____

_____

_____

3.   Nature of disability giving rise to claim:

_____

_____

D.   Have you ever been denied life insurance for reasons relating to your medical,
physical, psychiatric or emotional condition?

Yes _____ No __X__

**If yes, please state when, the name of the company, and the reason(s) for denial.**

_____

_____

_____

E.    Have you ever been denied medical insurance?

Yes _____ No _____

**If yes, please state when, the name of the company, and the reason(s) for denial.**

_____

_____

_____

F.    Have you ever **filed a lawsuit or claim (including administrative charges, unemployment claims, and bankruptcy petitions)** against anyone aside from the present lawsuit?

Yes _____ No __X__

**If yes, for each lawsuit, state (1) the court in which the lawsuit was filed; (2) the case name; (3) the civil action or docket number assigned to the lawsuit; (4) a description of your claims in the lawsuit; and (5) the final result, outcome, or adjudication of claims** (*e.g.*, whether the lawsuit was dismissed by parties, dismissed by court, judgment granted in favor of a party).

_____

_____

_____

_____

## VII.  ROUNDUP® AND OTHER GLYPHOSATE-BASED HERBICIDES

A.    Have you used Roundup® or other glyphosate-based products?

Yes __X__ No _____

B.    When did you first begin using Roundup® or other glyphosate-based products?

Year __1990__ Month __06__ **approximately**

9

C.    Please complete the chart below to detail your exposure to Roundup® and other glyphosate-based products. Use as many rows as necessary to describe different periods of usage.

| Dates of Usage | Product Name (Please specify which products are Roundup® products.) | Frequency of Exposure | Usage | Type of Usage[1] (check all that apply): | Reason for Usage | Location of Exposure (City and State) |
|---|---|---|---|---|---|---|
| Example: 1980-1985 | Example: Roundup® Grass and Weed Killer | Example: Once per week | Example: I sprayed Roundup® in my yard using a hand sprayer. | Residential: _X_<br><br>IT&O: ___<br><br>Agricultural: ___ | Example: To control weeds on my personal property. | Example: Oakland, CA |
| circa 1990-01/2021 | Roundup Grass and Weed Killer | Once every 1 to 2 weeks | Sprayed yard using pre-made with sprayer | Residential: _X_<br><br>IT&O: ___<br><br>Agricultural: ___ | to control weeds in my yard | Albuquerque New Mexico |
| | | | | Residential: ___<br><br>IT&O: ___<br><br>Agricultural: ___ | | |
| | | | | Residential: ___<br><br>IT&O: ___<br><br>Agricultural: ___ | | |

---

[1] Residential includes using the product on your lawn, garden, or place of residence. Industrial, Turf, and Ornamental ("IT&O") includes using the product in areas such as golf courses, nurseries, roadsides, or for turf management or landscaping. Agricultural includes using the product to assist with farming or harvesting crops.

10

D.      Describe any precautions you took while using these products (examples: wearing gloves, a mask, or other protective gear).

**I sometimes wore gloves**

E.      For the products identified in the chart above, do you have the receipts, proof of purchase, or store of purchase for each product you claim to have used?

Yes **X**      No ____

**To the extent you have receipts, proof of purchase, or store of purchase for these products, please provide copies of those receipts and other documents.**

F.      Please complete the chart below to detail your exposure to other herbicides or pesticides.  Use as many rows as necessary to detail different periods of usage.

| Dates of Usage | Type and Brand of Herbicide or Pesticide | Frequency of Exposure | Usage | Reason for Usage |
|---|---|---|---|---|
| Example: 2000-2010 | Example: Viper Insecticide Concentrate | Example: every weekday | Example: I sprayed it using a pump sprayer. | Example: I used the pesticide in my job as an exterminator. |
| 2008-Present | Ortho Grass B Gone | maybe once a month | Sprayed from container | To control grass in Ornamentals |
| 2008-Present | Sevin Insecticide | once every two years | dutsed from container | to control grasshoppers |

## VIII.  DAMAGES CLAIMS

A.      If you are claiming loss of income due to injuries allegedly caused by Roundup® or other glyphosate-based herbicides, complete the following for each of your employers, starting ten (10) years prior to your first diagnosis with cancer (whether NHL or another type of cancer) and continuing through today.

11

| Employer | Location (City and State) | Average Hours per Week | Day or Night Shift | Approximate Dates of Employment | How much money did you make in this job per week?  Please specify how much was due to overtime pay or bonuses. |
|---|---|---|---|---|---|
| Albuquerque Public Schools | ABQ NM | 36 | Day | August 1986 Oct 2013 | $1,500. no overtime or bonuses |
| SELF | ABQ, NM | 12 | N/A | 3/2007 to 3/2021 | $720, as supplemental income |
|  |  |  |  |  |  |

B.     State the total amount of time that you have lost from work as a result of any medical condition that you claim was caused by Roundup® or other Monsanto glyphosate-based herbicides, and the amount of income that  you lost:

     1.     Medical Condition:  __Lymphoma_____

     2.     Total number of days lost from work due to above medical condition or, if forced retirement, date of retirement:  **from self-employment, retirement 3/01/2021**

           __96_____days

     3.     Estimated total income lost (to date) from missed work, including

        explanation as to method used to calculate number:

        **$7,200**_____

        __Average income per month=$1,200 x 6 ( March 2021 thru August 2021)__

C.     Have you paid or incurred any out-of-pocket medical expenses (that is, expenses not paid by your insurance company or by a government health program) related to any condition that  you claim or believe was caused by Roundup® or other Monsanto glyphosate-based products for which you seek recovery in this lawsuit?

     Yes  _X___  No  _____

     If yes, please state the total amount of such expenses at this time:  $ _1,200.00_

D.     If you are making any claims for other non-medical out-of-pocket expenses, please complete  the following:

     1.     For what? **unpaid medical bills by insurance**_____

     2.     Amount of fees or expenses: $ _____

E.      Please list the names of all insurers or government health programs who have been billed for or paid medical expenses related to any condition that you claim or believe was caused by Roundup[®] or other Monsanto glyphosate-based products for which you seek recovery in this lawsuit.

    **Medicare**

**Blue Cross Blue shield of NM**

## IX. DOCUMENTS

Please attach the following documents to this Fact Sheet, making certain that all releases are signed and dated within **30 days** of submission:

A.      Medical records release (Ex. A)—execute one per healthcare provider (including mental health, only if you are claiming mental health damages, including emotional distress, in the lawsuit). Plaintiffs' counsel will also obtain 10 blank forms covering the past 25 years, and if Monsanto identifies additional health care providers not identified in the PFS or on Exhibit A, Plaintiff will fill in that health care provider and provide to Monsanto within seven days of the request.

B.      Employment history release (Ex. B)—execute one for each employer in the past 25 years.

C.      Workers' compensation, social security disability, and insurance claims releases (Ex. C).

D.      If you are claiming loss of income due to injuries allegedly caused by Roundup[®] or other glyphosate-based herbicides, complete the tax records and social security income release for the past 10 years (Ex. D).

E.      If applicable, decedent's death certificate.

13

## IX. DOCUMENTS

**Please attach the following documents to this Fact Sheet, making certain that all releases are signed and dated within 30 days of submission:**

A.  Medical records release (Ex. A)-execute one per healthcare provider (including mental health, only if you are claiming mental health damages, including emotional distress, in the lawsuit). Plaintiffs' counsel will also obtain 10 blank forms covering past 25 years, and if Monsanto identifies additional health care providers not identified in the PFS or on Exhibit A, Plaintiff will fill in that health care provider and provide to Monsanto within seven days of the request.

B.  Employment history release (Ex. B)-execute one for each employer in past 25 years.

C.  Workers' compensation, social security disability, and insurance claims releases (Ex. C).

D.  If you are claiming loss of income due to injuries allegedly caused by Roundup® or other glyphosate-based herbicides, complete the tax records and social security income release for the past 10 years (Ex. D).

E.  If applicable, decedent's death certificate.

### DECLARATION

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, and that I have supplied all the documents requested in Part IX of this Declaration, to the extent that such documents are in my possession, custody, or control, or in the possession of my lawyers.

_Virginia F. Brown_
Signature

_Aug. 27, 2021_
Date

_Virginia F. Brown_
Name (Printed)

28

# Exhibit A

*Virginia F. Brown*
Full Name

*445 - 54 - 3788*
Social Security Number

*10/05/1950*
Date of Birth

**AUTHORIZED IN CONNECTION WITH**

*In re: Roundup Products Liability Litigation*
Northern District of California
No. 3:16-md-02741-VC

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

### In Compliance With the Health Insurance Portability and Accountability Act of 1996 (HIPAA)

**To:**   **Julia Keating, M.D.**
**Name of Entity**

**8300 Constitution Ave, N.E.**
**Address**

**Albuquerque, NM. 87110**
**City, State, Zip Code**

Pursuant to the **Health Information Portability and Accountability Act (HIPAA) Privacy Regulations,** 45 CFR § 164.508, you are hereby authorized to release my entire medical records file to the Records Requester listed below. This release authorizes you to furnish copies of all medical records, including but not limited to medical history or examination reports and notes, laboratory reports, pathology slides, reports, notes and specimens, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, insurance, Medicare, Medicaid and disability records, and medical bills regarding my injuries, diseases, diagnoses, or treatment, specifically including but not limited to cancer diagnoses and treatment. This authorization *does not extend* to psychotherapy notes, as that term is defined in the HIPAA Privacy Rules, 45 C.F.R. §164.501, to mean notes recorded in any medium by a health care provider who is a mental health professional, documenting or analyzing the contents of conversation during private, joint or group counseling sessions, and which are kept separate from my medical records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above and no other purpose. You are hereby authorized to release these medical records to the following Records Requester for their use in the above-entitled litigation. Monsanto Company ("Monsanto"), a defendant in the above lawsuit, has agreed to pay reasonable charges to supply copies of such records. Copies of any records obtained will be

provided, per agreement, to my legal counsel. You should provide all documents and information to:

**Records Requester**

1.  ATTN: Mr. Gregory Chernack, HOLLINGSWORTH LLP, 1350 I Street, N.W., Washington, DC 20005, (202) 898-5800, or any member, associate or designee of the law firm.

I understand that the health information being used/disclosed may include information and/or records relating to and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted diseases and drug and alcohol use.

I understand that this authorization pertains only to the civil litigation referenced above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. I understand that this authorization remains in full force and effect until such expiration or revocation, as more fully described below, and further authorizes you to release to the Records Requester any additional records created or obtained by you after the date of execution of this authorization. I understand and intend that you may rely on this authorization in all respects unless you have previously been advised by me in writing to the contrary.

I understand that I may revoke this authorization at any time by providing you a written revocation, but that my revocation will be effective only to the extent that the information has not already been released. I further understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign this authorization.

I understand that any documents or information released by you could potentially be re-disclosed by the aforementioned Records Requester and that any information re-disclosed by that party is not subject to this authorization. I expressly permit the Records Requester to re-disclose my medical records file for purposes limited only to this civil litigation matter and only to the extent necessary and further limited to medical-related consultants and/or experts of the Records Requester or related to Monsanto's obligations to provide information to any federal or state authorities if required by law. I grant this permission only on the condition that the Records Requester mark each and every page of my records with a stamp designating them as "Confidential."

This authorization shall not be valid unless the Records Requester named above has executed the acknowledgment at the end of this authorization.

This authorization is executed and served in compliance with HIPAA, the Federal Regulations promulgated thereunder, and more specifically, 45 C.F.R. § 164.508, all of which govern the requirements for the release of private health information.

_Virginia F. Brown_   _Virginia Brown_   _10/05/50_   _9/3/2021_
Name of Patient     Signature     Date of Birth     Date Signed

_____

Description of Legal Guardian/Personal Representative's Authority to Act for Patient.

## ACKNOWLEDGMENT

     The undersigned, as the Records Requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records and information from the person or entity to whom it is addressed. The attorney for or the person named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requester at a reasonable cost.

Date: _____

Records Requester's Signature: _____

_Virginia F. Brown_
Full Name

_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_
Social Security Number

_10/05/1950_
Date of Birth

## AUTHORIZED IN CONNECTION WITH

*In re: Roundup Products Liability Litigation*
Northern District of California
No. 3:16-md-02741-VC

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

### In Compliance With the Health Insurance Portability and Accountability Act of 1996 (HIPAA)

**University of New Mexico**
**Hospital and Cancer Center Medical Records Dept.**

**To:**

**Name of Entity**

**2211 Lomas Blvd, N.E.**
**Address**

**Albuquerque, NM. 87106**
**City, State, Zip Code**

Pursuant to the **Health Information Portability and Accountability Act (HIPAA) Privacy Regulations,** 45 CFR § 164.508, you are hereby authorized to release my entire medical records file to the Records Requester listed below. This release authorizes you to furnish copies of all medical records, including but not limited to medical history or examination reports and notes, laboratory reports, pathology slides, reports, notes and specimens, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, insurance, Medicare, Medicaid and disability records, and medical bills regarding my injuries, diseases, diagnoses, or treatment, specifically including but not limited to cancer diagnoses and treatment. This authorization *does not extend* to psychotherapy notes, as that term is defined in the HIPAA Privacy Rules, 45 C.F.R. §164.501, to mean notes recorded in any medium by a health care provider who is a mental health professional, documenting or analyzing the contents of conversation during private, joint or group counseling sessions, and which are kept separate from my medical records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above and no other purpose. You are hereby authorized to release these medical records to the following Records Requester for their use in the above-entitled litigation. Monsanto Company ("Monsanto"), a defendant in the above lawsuit, has agreed to pay reasonable charges to supply copies of such records. Copies of any records obtained will be

provided, per agreement, to my legal counsel. You should provide all documents and information to:

**Records Requester**

   1.        ATTN: Mr. Gregory Chernack, HOLLINGSWORTH LLP, 1350 I Street, N.W., Washington, DC 20005, (202) 898-5800, or any member, associate or designee of the law firm.

      I understand that the health information being used/disclosed may include information and/or records relating to and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted diseases and drug and alcohol use.

      I understand that this authorization pertains only to the civil litigation referenced above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. I understand that this authorization remains in full force and effect until such expiration or revocation, as more fully described below, and further authorizes you to release to the Records Requester any additional records created or obtained by you after the date of execution of this authorization. I understand and intend that you may rely on this authorization in all respects unless you have previously been advised by me in writing to the contrary.

      I understand that I may revoke this authorization at any time by providing you a written revocation, but that my revocation will be effective only to the extent that the information has not already been released. I further understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign this authorization.

      I understand that any documents or information released by you could potentially be re-disclosed by the aforementioned Records Requester and that any information re-disclosed by that party is not subject to this authorization.  I expressly permit the Records Requester to re-disclose my medical records file for purposes limited only to this civil litigation matter and only to the extent necessary and further limited to medical-related consultants and/or experts of the Records Requester or related to Monsanto's obligations to provide information to any federal or state authorities if required by law. I grant this permission only on the condition that the Records Requester mark each and every page of my records with a stamp designating them as "Confidential."

      This authorization shall not be valid unless the Records Requester named above has executed the acknowledgment at the end of this authorization.

This authorization is executed and served in compliance with HIPAA, the Federal Regulations promulgated thereunder, and more specifically, 45 C.F.R. § 164.508, all of which govern the requirements for the release of private health information.

Virginia F. Brown    _Virginia Brown_    10/05/50    9/3/2021
**Name of Patient**       **Signature**       **Date of Birth**       **Date Signed**

---

**Description of Legal Guardian/Personal Representative's Authority to Act for Patient.**

## **ACKNOWLEDGMENT**

The undersigned, as the Records Requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records and information from the person or entity to whom it is addressed. The attorney for or the person named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requester at a reasonable cost.

Date: _____

Records Requester's Signature: _____

*Virginia F. Brown*
Full Name

*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*
Social Security Number

*10/05/1950*
Date of Birth

**AUTHORIZED IN CONNECTION WITH**

*In re: Roundup Products Liability Litigation*
Northern District of California
No. 3:16-md-02741-VC

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

### In Compliance With the Health Insurance Portability and Accountability Act of 1996 (HIPAA)

**University of New Mexico Medical Group**

**To:** _____

**Name of Entity**

**933 Bradbury Street, S.E. Suite 2222**

**Address**

**Albuquerque, New Mexico 87106**

**City, State, Zip Code**

Pursuant to the **Health Information Portability and Accountability Act (HIPAA) Privacy Regulations,** 45 CFR § 164.508, you are hereby authorized to release my entire medical records file to the Records Requester listed below. This release authorizes you to furnish copies of all medical records, including but not limited to medical history or examination reports and notes, laboratory reports, pathology slides, reports, notes and specimens, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, insurance, Medicare, Medicaid and disability records, and medical bills regarding my injuries, diseases, diagnoses, or treatment, specifically including but not limited to cancer diagnoses and treatment. This authorization *does not extend* to psychotherapy notes, as that term is defined in the HIPAA Privacy Rules, 45 C.F.R. §164.501, to mean notes recorded in any medium by a health care provider who is a mental health professional, documenting or analyzing the contents of conversation during private, joint or group counseling sessions, and which are kept separate from my medical records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above and no other purpose. You are hereby authorized to release these medical records to the following Records Requester for their use in the above-entitled litigation. Monsanto Company ("Monsanto"), a defendant in the above lawsuit, has agreed to pay reasonable charges to supply copies of such records. Copies of any records obtained will be

provided, per agreement, to my legal counsel. You should provide all documents and information to:

**Records Requester**

1.     ATTN: Mr. Gregory Chernack, HOLLINGSWORTH LLP, 1350 I Street, N.W., Washington, DC 20005, (202) 898-5800, or any member, associate or designee of the law firm.

I understand that the health information being used/disclosed may include information and/or records relating to and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted diseases and drug and alcohol use.

I understand that this authorization pertains only to the civil litigation referenced above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. I understand that this authorization remains in full force and effect until such expiration or revocation, as more fully described below, and further authorizes you to release to the Records Requester any additional records created or obtained by you after the date of execution of this authorization. I understand and intend that you may rely on this authorization in all respects unless you have previously been advised by me in writing to the contrary.

I understand that I may revoke this authorization at any time by providing you a written revocation, but that my revocation will be effective only to the extent that the information has not already been released. I further understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign this authorization.

I understand that any documents or information released by you could potentially be re-disclosed by the aforementioned Records Requester and that any information re-disclosed by that party is not subject to this authorization.  I expressly permit the Records Requester to re-disclose my medical records file for purposes limited only to this civil litigation matter and only to the extent necessary and further limited to medical-related consultants and/or experts of the Records Requester or related to Monsanto's obligations to provide information to any federal or state authorities if required by law. I grant this permission only on the condition that the Records Requester mark each and every page of my records with a stamp designating them as "Confidential."

This authorization shall not be valid unless the Records Requester named above has executed the acknowledgment at the end of this authorization.

This authorization is executed and served in compliance with HIPAA, the Federal Regulations promulgated thereunder, and more specifically, 45 C.F.R. § 164.508, all of which govern the requirements for the release of private health information.

Virginia F. Brown        *Virginia Brown*        10/05/50        9/3/2021
Name of Patient          Signature          Date of Birth          Date Signed

_____

Description of Legal Guardian/Personal Representative's Authority to Act for Patient.

## ACKNOWLEDGMENT

The undersigned, as the Records Requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records and information from the person or entity to whom it is addressed. The attorney for or the person named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requester at a reasonable cost.

Date: _____

Records Requester's Signature: _____

*Virginia F. Brown*
Full Name

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
Social Security Number

10/05/1950
Date of Birth

## AUTHORIZED IN CONNECTION WITH

*In re: Roundup Products Liability Litigation*
Northern District of California
No. 3:16-md-02741-VC

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

### In Compliance With the Health Insurance Portability and Accountability Act of 1996 (HIPAA)

**To:**  **MD Anderson-Houston**

**Name of Entity**

**7007 Bertner Avenue, Unit 1632**

**Address**

**Houston, Texas 77030-4004**

**City, State, Zip Code**

Pursuant to the **Health Information Portability and Accountability Act (HIPAA) Privacy Regulations**, 45 CFR § 164.508, you are hereby authorized to release my entire medical records file to the Records Requester listed below. This release authorizes you to furnish copies of all medical records, including but not limited to medical history or examination reports and notes, laboratory reports, pathology slides, reports, notes and specimens, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, insurance, Medicare, Medicaid and disability records, and medical bills regarding my injuries, diseases, diagnoses, or treatment, specifically including but not limited to cancer diagnoses and treatment. This authorization *does not extend* to psychotherapy notes, as that term is defined in the HIPAA Privacy Rules, 45 C.F.R. §164.501, to mean notes recorded in any medium by a health care provider who is a mental health professional, documenting or analyzing the contents of conversation during private, joint or group counseling sessions, and which are kept separate from my medical records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above and no other purpose. You are hereby authorized to release these medical records to the following Records Requester for their use in the above-entitled litigation. Monsanto Company ("Monsanto"), a defendant in the above lawsuit, has agreed to pay reasonable charges to supply copies of such records. Copies of any records obtained will be

provided, per agreement, to my legal counsel. You should provide all documents and information to:

**Records Requester**

1.      ATTN: Mr. Gregory Chernack, HOLLINGSWORTH LLP, 1350 I
        Street, N.W., Washington, DC 20005, (202) 898-5800, or any
        member, associate or designee of the law firm.

I understand that the health information being used/disclosed may include information and/or records relating to and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted diseases and drug and alcohol use.

I understand that this authorization pertains only to the civil litigation referenced above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. I understand that this authorization remains in full force and effect until such expiration or revocation, as more fully described below, and further authorizes you to release to the Records Requester any additional records created or obtained by you after the date of execution of this authorization. I understand and intend that you may rely on this authorization in all respects unless you have previously been advised by me in writing to the contrary.

I understand that I may revoke this authorization at any time by providing you a written revocation, but that my revocation will be effective only to the extent that the information has not already been released. I further understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign this authorization.

I understand that any documents or information released by you could potentially be re-disclosed by the aforementioned Records Requester and that any information re-disclosed by that party is not subject to this authorization.  I expressly permit the Records Requester to re-disclose my medical records file for purposes limited only to this civil litigation matter and only to the extent necessary and further limited to medical-related consultants and/or experts of the Records Requester or related to Monsanto's obligations to provide information to any federal or state authorities if required by law. I grant this permission only on the condition that the Records Requester mark each and every page of my records with a stamp designating them as "Confidential."

This authorization shall not be valid unless the Records Requester named above has executed the acknowledgment at the end of this authorization.

This authorization is executed and served in compliance with HIPAA, the Federal Regulations promulgated thereunder, and more specifically, 45 C.F.R. § 164.508, all of which govern the requirements for the release of private health information.

Virginia F. Brown        Virginia Brown     10/05/50        9/3/2021
_____        _____   _____   _____
Name of Patient           Signature          Date of Birth          Date Signed


_____
Description of Legal Guardian/Personal Representative's Authority to Act for Patient.

## **ACKNOWLEDGMENT**

The undersigned, as the Records Requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records and information from the person or entity to whom it is addressed. The attorney for or the person named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requester at a reasonable cost.

Date: _____

Records Requester's Signature: _____

*Virginica F. Brown*
Full Name

*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*
Social Security Number

*10/05/1950*
Date of Birth

**AUTHORIZED IN CONNECTION WITH**

*In re: Roundup Products Liability Litigation*
Northern District of California
No. 3:16-md-02741-VC

### AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

### In Compliance With the Health Insurance Portability and Accountability Act of 1996 (HIPAA)

**To:**   **Lovelace Medical Group**
**Name of Entity**

**4101 Indian School Road, N.E. Suite 110**
**Address**

**Albuquerque, New Mexico 87110**
**City, State, Zip Code**

Pursuant to the **Health Information Portability and Accountability Act (HIPAA) Privacy Regulations, 45 CFR § 164.508, you are hereby authorized to release my entire medical records file to the Records Requester listed below. This release authorizes you to furnish copies of all medical records, including but not limited to medical history or examination reports and notes, laboratory reports, pathology slides, reports, notes and specimens, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, insurance, Medicare, Medicaid and disability records, and medical bills regarding my injuries, diseases, diagnoses, or treatment, specifically including but not limited to cancer diagnoses and treatment. This authorization *does not extend* to psychotherapy notes, as that term is defined in the HIPAA Privacy Rules, 45 C.F.R. §164.501, to mean notes recorded in any medium by a health care provider who is a mental health professional, documenting or analyzing the contents of conversation during private, joint or group counseling sessions, and which are kept separate from my medical records.**

This authorization is being given at my request in conjunction with the civil litigation matter listed above and no other purpose. You are hereby authorized to release these medical records to the following Records Requester for their use in the above-entitled litigation. Monsanto Company ("Monsanto"), a defendant in the above lawsuit, has agreed to pay reasonable charges to supply copies of such records. Copies of any records obtained will be

provided, per agreement, to my legal counsel. You should provide all documents and information to:

**Records Requester**

1.    ATTN: Mr. Gregory Chernack, HOLLINGSWORTH LLP, 1350 I Street, N.W., Washington, DC 20005, (202) 898-5800, or any member, associate or designee of the law firm.

I understand that the health information being used/disclosed may include information and/or records relating to and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted diseases and drug and alcohol use.

I understand that this authorization pertains only to the civil litigation referenced above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. I understand that this authorization remains in full force and effect until such expiration or revocation, as more fully described below, and further authorizes you to release to the Records Requester any additional records created or obtained by you after the date of execution of this authorization. I understand and intend that you may rely on this authorization in all respects unless you have previously been advised by me in writing to the contrary.

I understand that I may revoke this authorization at any time by providing you a written revocation, but that my revocation will be effective only to the extent that the information has not already been released. I further understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign this authorization.

I understand that any documents or information released by you could potentially be re-disclosed by the aforementioned Records Requester and that any information re-disclosed by that party is not subject to this authorization. I expressly permit the Records Requester to re-disclose my medical records file for purposes limited only to this civil litigation matter and only to the extent necessary and further limited to medical-related consultants and/or experts of the Records Requester or related to Monsanto's obligations to provide information to any federal or state authorities if required by law. I grant this permission only on the condition that the Records Requester mark each and every page of my records with a stamp designating them as "Confidential."

This authorization shall not be valid unless the Records Requester named above has executed the acknowledgment at the end of this authorization.

This authorization is executed and served in compliance with HIPAA, the Federal Regulations promulgated thereunder, and more specifically, 45 C.F.R. § 164.508, all of which govern the requirements for the release of private health information.

Virginia F. Brown        Virginia Brown        10/05/50        9/3/2021
**Name of Patient**            **Signature**            **Date of Birth**            **Date Signed**

_____

**Description of Legal Guardian/Personal Representative's Authority to Act for Patient.**

## <u>ACKNOWLEDGMENT</u>

The undersigned, as the Records Requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records and information from the person or entity to whom it is addressed. The attorney for or the person named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requester at a reasonable cost.

Date: _____

Records Requester's Signature: _____

*Virginia F. Brown*
Full Name

*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*
Social Security Number

*10/05/1950*
Date of Birth

## AUTHORIZED IN CONNECTION WITH

*In re: Roundup Products Liability Litigation*
Northern District of California
No. 3:16-md-02741-VC

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

### In Compliance With the Health Insurance Portability and Accountability Act of 1996 (HIPAA)

**To:**   **Hunter Mortley DDS**
**Name of Entity**

**3520 Montgomery Blvd., N.E.**
**Address**

**Albuquerque, New Mexico 87107**
**City, State, Zip Code**

Pursuant to the **Health Information Portability and Accountability Act (HIPAA) Privacy Regulations, 45 CFR § 164.508,** you are hereby authorized to release my entire medical records file to the Records Requester listed below. This release authorizes you to furnish copies of all medical records, including but not limited to medical history or examination reports and notes, laboratory reports, pathology slides, reports, notes and specimens, radiographic films, CT scans, X-rays, MRI films, MRA films, correspondence, progress notes, prescription records, echocardiographic recordings, written statements, employment records, wage records, insurance, Medicare, Medicaid and disability records, and medical bills regarding my injuries, diseases, diagnoses, or treatment, specifically including but not limited to cancer diagnoses and treatment. This authorization *does not extend* to psychotherapy notes, as that term is defined in the HIPAA Privacy Rules, 45 C.F.R. §164.501, to mean notes recorded in any medium by a health care provider who is a mental health professional, documenting or analyzing the contents of conversation during private, joint or group counseling sessions, and which are kept separate from my medical records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above and no other purpose. You are hereby authorized to release these medical records to the following Records Requester for their use in the above-entitled litigation. Monsanto Company ("Monsanto"), a defendant in the above lawsuit, has agreed to pay reasonable charges to supply copies of such records. Copies of any records obtained will be

provided, per agreement, to my legal counsel. You should provide all documents and information to:

**Records Requester**

1. ATTN: Mr. Gregory Chernack, HOLLINGSWORTH LLP, 1350 I Street, N.W., Washington, DC 20005, (202) 898-5800, or any member, associate or designee of the law firm.

I understand that the health information being used/disclosed may include information and/or records relating to and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted diseases and drug and alcohol use.

I understand that this authorization pertains only to the civil litigation referenced above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. I understand that this authorization remains in full force and effect until such expiration or revocation, as more fully described below, and further authorizes you to release to the Records Requester any additional records created or obtained by you after the date of execution of this authorization. I understand and intend that you may rely on this authorization in all respects unless you have previously been advised by me in writing to the contrary.

I understand that I may revoke this authorization at any time by providing you a written revocation, but that my revocation will be effective only to the extent that the information has not already been released. I further understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign this authorization.

I understand that any documents or information released by you could potentially be re-disclosed by the aforementioned Records Requester and that any information re-disclosed by that party is not subject to this authorization.  I expressly permit the Records Requester to re-disclose my medical records file for purposes limited only to this civil litigation matter and only to the extent necessary and further limited to medical-related consultants and/or experts of the Records Requester or related to Monsanto's obligations to provide information to any federal or state authorities if required by law. I grant this permission only on the condition that the Records Requester mark each and every page of my records with a stamp designating them as "Confidential."

This authorization shall not be valid unless the Records Requester named above has executed the acknowledgment at the end of this authorization.

This authorization is executed and served in compliance with HIPAA, the Federal Regulations promulgated thereunder, and more specifically, 45 C.F.R. § 164.508, all of which govern the requirements for the release of private health information.

_Virginia F. Brown_     _Virginia Brown_     _10/05/50_     _9/3/2021_
**Name of Patient**          **Signature**          **Date of Birth**          **Date Signed**

_____
**Description of Legal Guardian/Personal Representative's Authority to Act for Patient.**

## **ACKNOWLEDGMENT**

The undersigned, as the Records Requester named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records and information from the person or entity to whom it is addressed. The attorney for or the person named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requester at a reasonable cost.

Date: _____

Records Requester's Signature: _____

# Exhibit B

_Virginia F. Brown_
**Full Name**

_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_
**Social Security Number**

_10/05/50_
**Date of Birth**

### AUTHORIZED IN CONNECTION WITH

*In re: Roundup Products Liability Litigation*
Northern District of California
No. 3:16-md-02741-VC

### AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

**To:**  **Albuquerque Public Schools**
**Name of Entity**

**P.O. Box 25704**
**Address**

**Albuquerque, NM 87125**
**City, State, Zip Code**

I hereby authorize the firm of HOLLINGSWORTH LLP, 1350 I Street, N.W., Washington, DC 20005, (202) 898-5800, or any other member, associate or designee of the firm, to be furnished copies of my entire personnel file, including but not limited to documents relating to attendance, leave of absences (whether for vacation, sick leave or other reasons), reported injuries, promotions and demotions, performance evaluations, reports of health examinations, job applications, and wages paid and/or earnings given (including W-2 forms), and all other pertinent documents, including any and all medical, psychological, or testing records or memoranda. The defendant in the above lawsuit has agreed to pay reasonable charges to supply copies of such records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final judicial order, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. Until then, this authorization shall be considered as continuing, and you may rely on it in all respects unless and until you have been advised by me in writing to the contrary. Please note that this authorization also permits you to release any records created or obtained by you after the date of execution of this authorization.

It is expressly understood and intended by the undersigned that you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

Virginia F. Brown      Virginia F. Brown      10/05/50      09/03/21

Name of Employee /Former Employee      Signature      Date of Birth      Date Signed

# Exhibit C

*Virginia F. Brown*
**Full Name**

*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*
**Social Security Number**

*10/05/1950*
**Date of Birth**

## AUTHORIZED IN CONNECTION WITH

*In re: Roundup Products Liability Litigation*
Northern District of California
No. 3:16-md-02741-VC

## AUTHORIZATION FOR RELEASE OF INSURANCE RECORDS

**To:** *Blue Cross Blue Shield of NM*
**Name of Entity**

**P.O. Box 27630**
**Address**

**Albuquerque, New Mexico 87125-7630**
**City, State, Zip Code**

I hereby authorize the law firm of HOLLINGSWORTH LLP, 1350 I Street, N.W., Washington, DC 20005, (202) 898-5800, or any member, associate, or designee of the firm to be furnished copies of my entire insurance file, including but not limited to any and all health insurance questionnaires, claims made by or against me, and any documents discussing, describing, or explaining the investigation and processing of that claim and all other pertinent documents, including all medical records or memoranda. Monsanto Company ("Monsanto"), a defendant in the above lawsuit, has agreed to pay reasonable charges to supply copies of such records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judgment order, including but not limited to the resolution of any and all appeals. Until then, this authorization shall be considered as continuing, and you may rely on it in all respects unless and until you have been advised by me in writing to the contrary. Please note that this authorization also permits you to release any records created or obtained by you after the date of execution of this authorization.

It is expressly understood and intended by the undersigned that you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

Virginia F. Brown          Virginia J. Brown          10/05/50          09/03/21
Name of Insured            Signature                  Date of Birth     Date Signed

_____
Description of Legal Guardian/Personal Representative's Authority to Act for Insured

*Virginia F. Brown*
Full Name

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
Social Security Number

10/05/1950
Date of Birth

## AUTHORIZED IN CONNECTION WITH

*In re: Roundup Products Liability Litigation*
Northern District of California
No. 3:16-md-02741-VC

## AUTHORIZATION FOR RELEASE OF INSURANCE RECORDS

**To:**  **NGHP-Medicare**
Name of Entity

**P.O. Box 138832**
Address

**Oklahoma City, OK 73113**
City, State, Zip Code

I hereby authorize the law firm of HOLLINGSWORTH LLP, 1350 I Street, N.W., Washington, DC 20005, (202) 898-5800, or any member, associate, or designee of the firm to be furnished copies of my entire insurance file, including but not limited to any and all health insurance questionnaires, claims made by or against me, and any documents discussing, describing, or explaining the investigation and processing of that claim and all other pertinent documents, including all medical records or memoranda. Monsanto Company ("Monsanto"), a defendant in the above lawsuit, has agreed to pay reasonable charges to supply copies of such records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judgment order, including but not limited to the resolution of any and all appeals. Until then, this authorization shall be considered as continuing, and you may rely on it in all respects unless and until you have been advised by me in writing to the contrary. Please note that this authorization also permits you to release any records created or obtained by you after the date of execution of this authorization.

It is expressly understood and intended by the undersigned that you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

Virginia F. Brown     Virginia F. Brown     10/05/1950     09/03/21
Name          Signature          Date of Birth          Date Signed

Description of Legal Guardian/Personal Representative's Authority to Act

Social Security Administration
## Consent for Release of Information

Form Approved
OMB No. 0960-0566

### Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

NOTE: Do not use this form to:

- Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or

- Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

### How to Complete this Form

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

- Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.

- Fill in the name and address of the person or organization where you want us to send the requested information.

- Specify the reason you want us to release the information.

- Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.

- For non-medical information, you, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.

- If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

### PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (6 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

### PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TTY 1-800-325-0778). You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send *only* comments relating to our time estimate to this address, not the completed form.

Form SSA-3288 (11-2016) uf
Destroy Prior Editions

Social Security Administration
## Consent for Release of Information

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

**TO: Social Security Administration**

_Virginia F. Brown_       _10/05/1950_       _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_
*My Full Name       *My Date of Birth
(MM/DD/YYYY)       *My Social Security Number

I authorize the Social Security Administration to release information or records about me to:

| *NAME OF PERSON OR ORGANIZATION: | *ADDRESS OF PERSON OR ORGANIZATION: |
|---|---|
| The Marker Group, Inc. | 13105 Northwest Freeway, Suite 300, Houston, TX 77040 |

*I want this information released because:    Litigation
We may charge a fee to release information for non-program purposes.

**\*Please release the following information selected from the list below:**
Check at least one box. We will not disclose records unless you include date ranges where applicable.

1. [X] Verification of Social Security Number
2. [X] Current monthly Social Security benefit amount
3. [X] Current monthly Supplemental Security Income payment amount
4. [X] My benefit or payment amounts from date _2008_ to date _2017_
5. [X] My Medicare entitlement from date _2008_ to date _2017_
6. [X] Medical records from my claims folder(s) from date _2008_ to date _2017_
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. [ ] Complete medical records from my claims folder(s)
8. [X] Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

   SSA Form under other records: Assessments; Questionnaires; Applications for Claims; DDS Determinations; Award or Denia Letters; SSA form 821; SSA form 3368

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

*Signature _Virginia F. Brown_       *Date: _09/03/21_
**Address: _PO Box 14322, ABQ, NM 87191_       **Daytime Phone: _505/806-325_
Relationship (if not the subject of the record):       **Daytime Phone:

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

Form SSA-3288 (11-2016) uf

# Exhibit D

Form SSA-7050-F4 (10-2016) UF
Discontinue prior editions
Social Security Administration

Page 1 of 4
OMB No. 0960-0525

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

**\*Use This Form If You Need**

**1. Certified/Non-Certified Detailed Earnings Information**
   Includes periods of employment or self-employment
   and the names and addresses of employers.

   **OR**

**2. Certified Yearly Totals of Earnings**
   Includes total earnings for each year but does not
   include the names and addresses of employers.

> **DO NOT USE THIS FORM TO REQUEST
> YEARLY EARNINGS TOTALS**
>
> **Yearly earnings totals are FREE to the public
> if you do not require certification.**
>
> **To obtain FREE yearly totals of earnings,
> visit our website at www.ssa.gov/myaccount.**

### Privacy Act Statement
### Collection and Use of Personal Information

Section 205 of the Social Security Act, as amended, authorizes us to collect the information on this form. We will use the information you provide to identify your records and send the earnings information you request. Completion of this form is voluntary; however, failure to do so may prevent your request from being processed.

We rarely use the information in your earnings record for any purpose other than for determining your entitlement to Social Security benefits. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, which include but are not limited to the following:
   1. To enable a third party or an agency to assist Social Security in establishing rights to Social Security benefits and/or coverage;
   2. To comply with Federal laws requiring the release of information from Social Security records (e.g., to the Government Accountability Office and Department of Veterans' Affairs);
   3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and,
   4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of Social Security programs.

A complete list of routine uses for earnings information is available in our Systems of Records Notices entitled, the Earnings Recording and Self-Employment Income System (60-0059), the Master Beneficiary Record (60-0090), and the SSA-Initiated Personal Earnings and Benefit Estimate Statement (60-0224).
In addition, you may choose to pay for the earnings information you requested with a credit card.
31 C.F.R. Part 206 specifically authorizes us to collect credit card information. The information you provide about your credit card is voluntary.  Providing payment information is only necessary if you are making payment by credit card.  You do not need to fill out the credit card information if you choose another means of payment (for example, by check or money order). If you choose the credit card payment option, we will provide the information you give us to the banks handling your credit card account and the Social Security Administration's (SSA) account.

Routine uses applicable to credit card information, include but are not limited to:
(1) to enable a third party or an agency to assist Social Security to effect a salary or an administrative offset or to an agent of SSA that is a consumer reporting agency for preparation of a commercial credit report in accordance with 31 U.S.C. §§ 3711, 3717 and 3718; and (2) to a consumer reporting agency or debt collection agent to aid in the collection of outstanding debts to the Federal Government.
A complete list of routine uses for credit card information is available in our System of Records Notice entitled, the Financial Transactions of SSA Accounting and Finance Offices (60-0231). The notice, additional information regarding this form, routine uses of information, and our programs and systems is available on-line at www.socialsecurity.gov or at your local Social Security office.

**Paperwork Reduction Act Statement** - This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 11 minutes to read the instructions, gather the facts, and answer the questions. *Send only comments relating to our time estimate above to:* SSA, 6401 Security Blvd, Baltimore, MD  21235-6401.

Form SSA-7050-F4 (10-2016) UF

Page 2 of 4

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

**1. Provide your name as it appears on your most recent Social Security card or the name of the individual whose earnings you are requesting.**

First Name:                Middle Initial:

Last Name:

Social Security Number (SSN) ☐☐ - ☐☐ - ☐☐☐☐    **One SSN per request**

Date of Birth: ☐☐ / ☐☐ / ☐☐☐☐    Date of Death: ☐☐ / ☐☐ / ☐☐☐☐

Other Name(s) Used
(Include Maiden Name)

**2. What kind of earnings information do you need?** (Choose ONE of the following types of earnings or SSA must return this request.)

[X] **Itemized Statement of Earnings $115**

     **(Includes the names and addresses of employers)**

     If you check this box, tell us why you need this information below.

     Litigation

Year(s) Requested: `2 0 0 8` to `2 0 1 7`

Year(s) Requested: ☐☐☐☐ to ☐☐☐☐

☐ Check this box if you want the earnings information CERTIFIED for an additional $33.00 fee.

☐ **Certified Yearly Totals of Earnings $33**

     **(Does not include the names and addresses of employers)**
     Yearly earnings totals are FREE to the public if you do not require certification. To obtain FREE yearly totals of earnings, visit our website at www.ssa.gov/myaccount.

Year(s) Requested: ☐☐☐☐ to ☐☐☐☐

Year(s) Requested: ☐☐☐☐ to ☐☐☐☐

**3. If you would like this information sent to someone else, please fill in the information below.**

I authorize the Social Security Administration to release the earnings information to:

Name    The Marker Group, Inc.

Address    13105 NW Freeway, Suite 300     State   TX

City    Houston      ZIP Code   77040

**4. I am the individual to whom the record pertains (or a person authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.**

Signature AND Printed Name of Individual or Legal Guardian

*Virginia F. Brown*
*Virginia F. Brown*

SSA must receive this form within 120 days from the date signed

Date `09` / `03` / `2021`

Relationship (if applicable, you must attach proof)

Daytime Phone: 505/ 806 - 3259

Address *PO Box 14322*     State *NM*

City *Albuquerque*     ZIP Code *87191*

Witnesses must sign this form ONLY if the above signature is by marked (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and Street, City, State and ZIP Code) | Address (Number and Street, City, State and ZIP Code) |

Form SSA-7050-F4 (10-2016) UF

Page 3 of 4

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

### INFORMATION ABOUT YOUR REQUEST

You may use this form to request earnings information for only ONE Social Security Number (SSN)

#### How do I get my earnings statement?

You must complete the attached form. Tell us the specific years of earnings you want, type of earnings record, and provide your mailing address. The itemized statement of earnings will be mailed to ONE address, therefore, if you want the statement sent to someone other than yourself, provide their address in section 3. Mail the completed form to SSA within 120 days of signature. If you sign with an "X", your mark must be witnessed by two impartial persons who must provide their name and address in the spaces provided. Select ONE type of earnings statement and include the appropriate fee.

1. **Certified/Non-Certified Itemized Statement of Earnings**
This statement includes years of self-employment or employment and the names and addresses of employers.
2. **Certified Yearly Totals of Earnings**
This statement includes the total earnings for each year requested but *does not* include the names and addresses of employers.

If you require one of each type of earnings statement, you must complete two separate forms. Mail each form to SSA with one form of payment attached to each request.

#### How do I get someone else's earnings statement?

You may get someone else's earnings information if you meet one of the following criteria, attach the necessary documents to show your entitlement to the earnings information and include the appropriate fee.

1. **Someone Else's Earnings**
The natural or adoptive parent or legal guardian of a minor child, or the legal guardian of a legally declared incompetent individual, may obtain earnings information if acting in the best interest of the minor child or incompetent individual. You must include proof of your relationship to the individual with your request. The proof may include a birth certificate, court order, adoption decree, or other legally binding document.

2. **A Deceased Person's Earnings**
You can request earnings information from the record of a deceased person if you are:
   • The legal representative of the estate;
   • A survivor (that is, the spouse, parent, child, divorced spouse of divorced parent); or
   • An individual with a material interest (e.g., financial) who is an heir at law, next of kin, beneficiary under the will or donee of property of the decedent.

You must include proof of death and proof of your relationship to the deceased with your request.

#### Is There A Fee For Earnings Information?

Yes. We charge a $115 fee for providing information for purposes unrelated to the administration of our programs.

1. **Certified or Non-Certified Itemized Statement of Earnings**
In most instances, individuals request Itemized Statements of Earnings for purposes unrelated to our programs such as a private pension plan or personal injury suit. Bulk submitters may email OCO.Pension.Fund@ssa.gov for an alternate method of obtaining itemized earnings information.

We will **certify** the itemized earnings information for an additional $33.00 fee. Certification is usually not necessary unless you are specifically requested to obtain a certified earnings record.

Sometimes, there is no charge for itemized earnings information. If you have reason to believe your earnings are not correct (for example, you have previously received earnings information from us and it does not agree with your records), we will supply you with more detail for the year(s) in question. Be sure to show the year(s) involved on the request form and explain why you need the information. If you do not tell us why you need the information, we will charge a fee.

2. **Certified Yearly Totals of Earnings**
We charge $33 to certify yearly totals of earnings. However, if you do not want or need certification, you may obtain yearly totals **FREE** of charge at www.ssa.gov/myaccount. Certification is usually not necessary unless you are advised specifically to obtain a certified earnings record.

#### Method of Payment
This Fee Is Not Refundable. DO NOT SEND CASH.

You may pay by credit card, check or money order.
• Credit Card Instructions
Complete the credit card section on page 4 and return it with your request form.

• Check or Money Order Instructions
Enclose one check or money order per request form payable to the Social Security Administration and write the Social Security number in the memo.

#### How long will it take SSA to process my request?

Please allow SSA 120 days to process this request. After 120 days, you may contact 1-800-772-1213 to leave an inquiry regarding your request.

Form SSA-7050-F4 (10-2016) UF

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

- **Where do I send my complete request?**

| Mail the completed form, supporting documentation, and applicable fee to: | If using private contractor such as FedEx mail form, supporting documentation and applicable fee to: |
|---|---|
| **Social Security Administration** Division of Earnings and Business Services P.O. Box 33011 Baltimore, Maryland 21290-3003 | **Social Security Administration** Division of Earnings and Business Services 6100 Wabash Ave. Baltimore, Maryland 21215 |

- **How much do I have to pay for an Itemized Statement of Earnings?**

| Non-Certified Itemized Statement of Earnings | Certified Itemized Statement of Earnings |
|---|---|
| $115.00 | $148.00 |

- **How much do I have to pay for Certified Yearly Totals of Earnings?**

Certified yearly totals of earnings cost $33.00.  You may obtain non-certified yearly totals *FREE* of charge at www.ssa.gov/myaccount. Certification is usually not necessary unless you are specifically asked to obtain a certified earnings record.

### YOU CAN MAKE YOUR PAYMENT BY CREDIT CARD

As a convenience, we offer you the option to make your payment by credit card.  However, regular credit card rules will apply. You may also pay by check or money order. Make check payable to Social Security Administration.

| CHECK ONE | ☐ Visa          ☐ American Express ☐ MasterCard   ☐ Discover |
|---|---|
| **Credit Card Holder's Name** (Enter the name from the credit card) | First Name, Middle Initial, Last Name |
| **Credit Card Holder's Address** | Number & Street City, State, & ZIP Code |
| **Daytime Telephone Number** | ( ☐☐☐ )  ☐☐☐ - ☐☐☐☐ Area Code |
| **Credit Card Number** | ☐☐☐ - ☐☐☐ - ☐☐☐ - ☐☐☐☐ |
| **Credit Card Expiration Date** | (MM/YY) |
| **Amount Charged** See above to select the correct fee for your request. Applicable fees are $33, $115, or $148 SSA will return forms without the appropriate fee. | $ |
| **Credit Card Holder's Signature** | |

| **DO NOT WRITE IN THIS SPACE OFFICE USE ONLY** | Authorization |
|---|---|
| | Name                                    Date |
| | Remittance Control # |

Form **4506**

(July 2017)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506, visit www.irs.gov/form4506.

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a Tax Return Transcript for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

The Marker Group, Inc. - 13105 NW Freeway, Suite 300, Houston, TX 77040. Phone: 713-934-2664 / Fax: 713-934-2665

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** Tax return requested. Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ **1040**

Note: If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . . ☒

**7** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|
| 2015 | 2016 | 2017 | |

**8** Fee. There is a $50 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.

**a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  **50.00**

**b** Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . . **7**

**c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . . $  **350.00**

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☒

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. Note: This form must be received by IRS within 120 days of the signature date.

☒ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.

| | | | Phone number of taxpayer on line 1a or 2a |
|---|---|---|---|
| **Sign Here** | Signature (see instructions)  *Virginia S. Brown* | Date  *09/03/21* | *505/296-0479* |
| | Title (if line 1a above is a corporation, partnership, estate, or trust) | | |
| | Spouse's signature | Date | |

For Privacy Act and Paperwork Reduction Act Notice, see page 2.

Cat. No. 41721E

Form **4506** (Rev. 7-2017)

| Form **4506**<br>(July 2017)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Copy of Tax Return**<br>▶ Do not sign this form unless all applicable lines have been completed.<br>▶ Request may be rejected if the form is incomplete or illegible.<br>▶ For more information about Form 4506, visit www.irs.gov/form4506. | OMB No. 1545-0429 |
|---|---|---|

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a Tax Return Transcript for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

   The Marker Group, Inc. - 13105 NW Freeway, Suite 300, Houston, TX 77040. Phone: 713-934-2664 / Fax: 713-934-2665

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** Tax return requested. Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶   1040

   **Note:** If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . . . . . ▶ ☒

**7** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| 2008 | 2009 | 2010 | |
|---|---|---|---|

**8** Fee. There is a $50 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.

| | | |
|---|---|---|
| **a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . | $ | 50.00 |
| **b** Number of returns requested on line 7 . . . . . . . . . . . . . . . . | | 3 |
| **c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . | $ | 150.00 |

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ▶ ☒

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☒ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.**

| | Phone number of taxpayer on line 1a or 2a |
|---|---|
| | 505/296-0479 |

**Sign Here**    *Virginia J. Brown*     Signature (see instructions)     Date 09/03/21

   Title (if line 1a above is a corporation, partnership, estate, or trust)

   Spouse's signature     Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 41721E     Form **4506** (Rev. 7-2017)

| Form **8821** | **Tax Information Authorization** | OMB No. 1545-1165 |
|---|---|---|
| (Rev. January 2018) | ► Go to *www.irs.gov/Form8821* for instructions and the latest information. | For IRS Use Only |
| | ► Don't sign this form unless all applicable lines have been completed. | Received by: |
| Department of the Treasury<br>Internal Revenue Service | ► Don't use Form 8821 to request copies of your tax returns<br>or to authorize someone to represent you. | Name _____<br>Telephone _____<br>Function _____<br>Date |

**1   Taxpayer Information.** Taxpayer must sign and date this form on line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| | Daytime telephone number | Plan number (if applicable) |

**2   Appointee.** If you wish to name more than one appointee, attach a list to this form. Check here if a list of additional appointees is attached ► ☐

| Name and address | CAF No. .............................................................. |
|---|---|
| The Marker Group, Inc.<br>13105 NW Freeway, Suite 300<br>Houston, TX 77040 | PTIN ....................................................................<br>Telephone No.  713-934-2664<br>Fax No.  713-934-2665<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

**3   Tax Information.** Appointee is authorized to inspect and/or receive confidential tax information for the type of tax, forms, periods, and specific matters you list below. See the line 3 instructions.

☐ By checking here, I authorize access to my IRS records via an intermediate Service Provider.

| (a)<br>Type of Tax Information (Income,<br>Employment, Payroll, Excise, Estate, Gift,<br>Civil Penalty, Sec. 4980H Payments, etc.) | (b)<br>Tax Form Number<br>(1040, 941, 720, etc.) | (c)<br>Year(s) or Period(s) | (d)<br>Specific Tax Matters |
|---|---|---|---|
| Income Tax | 1040 | 2008-2017 | |
| | | | |
| | | | |
| | | | |

**4   Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. See the instructions. If you check this box, skip lines 5 and 6 . . . . . . ► ☐

**5   Disclosure of tax information** (you must check a box on line 5a or 5b unless the box on line 4 is checked):

a If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐
Note. Appointee will no longer receive forms, publications, and other related materials with the notices.

b If you don't want any copies of notices or communications sent to your appointee, check this box . . . . . . . . ► ☒

**6   Retention/revocation of prior tax information authorizations.** If the line 4 box is checked, skip this line. If the line 4 box isn't checked, the IRS will automatically revoke all prior Tax Information Authorizations on file unless you check the line 6 box and attach a copy of the Tax Information Authorization(s) that you want to retain. . . . . . . . . . . . . . ► ☐

To revoke a prior tax information authorization(s) without submitting a new authorization, see the line 6 instructions.

**7   Signature of taxpayer.** If signed by a corporate officer, partner, guardian, partnership representative, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters and tax periods shown on line 3 above.

► IF NOT COMPLETE, SIGNED, AND DATED, THIS TAX INFORMATION AUTHORIZATION WILL BE RETURNED.

► DON'T SIGN THIS FORM IF IT IS BLANK OR INCOMPLETE.

| *Virginia F. Brown* | | 09/03/21 |
|---|---|---|
| Signature | | Date |
| Virginia F. Brown | | |
| Print Name | | Title (if applicable) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.   Cat. No. 11596P   Form **8821** (Rev. 1-2018)

Form 4506 (Rev. 7-2017)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506, Form 4506-T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of nonfiling, and records of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for Individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
| --- | --- |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

**CAUTION** You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 16 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224.

Do not send the form to this address. Instead, see *Where to file* on this page.

*Virginia F. Brown*
**Full Name**

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
**Social Security Number**

10/05/1950
**Date of Birth**

## AUTHORIZED IN CONNECTION WITH

*In re: Roundup Products Liability Litigation*
Northern District of California
No. 3:16-md-02741-VC

## AUTHORIZATION FOR RELEASE OF DEPARTMENT OF REVENUE RECORDS

**To:**  **NM Taxation and Revenue Department**
**Name of Entity**

**1100 south St. Francis Drive**
**Address**

**Santa Fe, NM 87505**
**City, State, Zip Code**

I hereby authorize the law firm of HOLLINGSWORTH LLP, 1350 I Street, N.W., Washington, DC 20005, (202) 898-5800, or any member, associate, or designee of the firm to be furnished copies of the previously filed income tax returns filed by **Virginia F. Brown**. Monsanto Company ("Monsanto"), a defendant in the above lawsuit, has agreed to pay reasonable charges to supply copies of such records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. Until then, this authorization shall be considered as continuing, and you may rely on it in all respects unless and until you have been advised by me in writing to the contrary. Please note that this authorization also permits you to release any records created or obtained by you after the date of execution of this authorization.

It is expressly understood and intended by the undersigned that you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.


Virginia F. Brown                 _Virginia J. Brown_         10/05/50          09/03/21
Name of Insured                   Signature                   Date of Birth     Date Signed


Description of Legal Guardian/Personal Representative's Authority to Act for Insured





**Independent Roundup Settlement Program**

**Kenneth R. Feinberg, Esq.**
**The Law Offices of Kenneth R. Feinberg, P.C.**
**1455 Pennsylvania Avenue NW, Suite 390**
**Washington, DC 20004-1008**

August 20, 2021

<u>**VIA FEDEX**</u>

Ms. Virginia Brown
c/o Margaret M. Branch, Esq.
Branch Law Firm
2025 Rio Grande, Blvd., N.W.
Albuquerque, NM 87104

   Re: **Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
     **Independent Roundup Settlement Program (Pretrial Order No. 240)**

Dear Counsel,

On July 23, 2021, the Honorable Vince Chhabria, United States District Judge for the Northern District of California, ordered all current and future plaintiffs in the MDL to participate in a settlement program administered by me, the Court-appointed Independent Settlement Master in MDL No. 2741.

Pursuant to Pretrial Order No. 240, the Court authorized me to notify you as counsel for a plaintiff with a case currently pending on the MDL docket, that you are under Court Order to participate in this independent Settlement Program and, consistent with this obligation, provide me certain information (and supporting documentation) regarding your client's claim by the deadlines scheduled in this letter.

**Per the MDL Court's Order, failure to do so will be deemed a violation of the Court's Order and could subject you and your client to a delay in the litigation of the case as well as potential sanctions.**

Pursuant to the Court's Orders (Nos. 50, 240 and 241), please provide the following:

  1. A completed Plaintiff Fact Sheet; and

  2. The attached form completed as required (including any necessary attachments).

Client materials must be submitted separately for each represented case.  All materials should be returned to me at RoundupProgram@FeinbergLawOffices.com.<u>**on or before forty-five (45) days from the date of this letter.**</u>

Upon receipt of the required form and attachments (which will be shared with Monsanto), the documents will carefully be reviewed. If you have established that your client has been diagnosed with NHL, and meets all other eligibility criteria, you will then be provided a settlement proposal that in my independent judgment is fair and reasonable.

**Whether your client accepts my offer is entirely up to your client. Acceptance of my offer is entirely voluntary. If the offer is rejected, the case will remain on the MDL Trial Docket.**

In addition, if your client selects the option to resolve the claim more expeditiously - without participating in a comprehensive and rigorous claim review process - he/she may elect to receive ███████████████████████████ within 30 days of my receipt of the submitted claim along with an executed, signed Release. To elect this "quick payment option" the claimant need only complete Sections 1, 2, 3 (if applicable) and 8 of the claim form and provide a letter from the claimant's treating physician, or other medical record, confirming the NHL diagnosis and date of diagnosis. No additional information will be required

**No litigation Release need be signed by your client until and unless your client accepts my settlement offer.**

**A reminder:  the MDL Court's Order of July 23, 2021 makes your client's participation in this settlement program mandatory.  Again, whether your client accepts my offer is entirely up to your client and is purely voluntary.   Failure to meet the deadlines referenced in this letter will be deemed a violation of the Court's Order and could result in sanctions.**

I hope that you and your client will carefully consider this opportunity to resolve your case.

Please do not hesitate to contact me by the above referenced email if you have any questions.

Sincerely,

Kenneth R. Feinberg

_____
Kenneth R. Feinberg
Settlement Master

Enclosure

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**
**CASE NO. 16-md-02741-VC**

**INDEPENDENT ROUNDUP SETTLEMENT PROGRAM**
**GUIDE & CLAIM FORM**

These instructions explain what an eligible Claimant ("Roundup Product User") must do to submit a claim for compensation from Monsanto for injuries associated with exposure to Roundup Products in the Independent Roundup Settlement Program ("Program"). **Your decision to participate in this Program is voluntary.**

**<span style="color:red">PLEASE CAREFULLY READ ALL THE INSTRUCTIONS BEFORE SUBMITTING YOUR CLAIM</span>**

## CLAIM SUBMISSION INSTRUCTIONS

In order to be eligible to receive a settlement offer from the Independent Roundup Settlement Program the Claimant must submit all the following documentation:

1.  <u>A fully completed Claim Form:</u>

    o   The attached Claim Form must be completed in its entirety. All sections and questions on the Claim Form must be filled out. If a question may not be applicable, that option will be provided as an answer.

2.  <u>Supporting documentation:</u>

    o   **Use and Exposure to Roundup:** An affidavit establishing the Claimant's Roundup use and duration of exposure; or alternatively, other evidence of duration of exposure including, but not limited to, receipts, photographs, medical records, and/or employment records.

    o   **Medical records that establish the following:** A diagnosis of Non-Hodgkin's lymphoma (NHL) or an eligible subtype of Non-Hodgkin's lymphoma through a signed medical report from a licensed treating physician or an anatomic pathology report signed by Board Certified Pathologist. Below is a list of the eligible NHL diagnoses:

        Diffuse Large B-Cell Lymphoma, Follicular Lymphoma, Chronic Lymphocytic Leukemia, Small Lymphocytic Lymphoma, Burkitt Lymphoma, Lymphoplasmacytic Lymphoma (Waldenstrom Macroglobulinemia), Hairy Cell Leukemia, Mantle Cell Lymphoma, Marginal Zone B-Cell Lymphoma, Lymphoblastic Lymphoma, Peripheral T-Cell Lymphoma, Large Granular Lymphocytic Leukemia, Anaplastic Large Cell Lymphoma, Extranodal Marginal Zone B-Cell Lymphoma, Nodal Marginal Zone B-Cell Lymphoma, Cutaneous T-Cell Lymphoma, Primary Central Nervous System Lymphoma

    o   Pertinent treatment records from Claimant's oncologist(s) from the date of diagnosis to the present.

**All diagnosis and treatment plan records must be highlighted and clearly delineated. You must "highlight" the relevant language listed below in the submitted documents:**

- **The initial diagnosis of NHL or eligible subtype and the date of initial diagnosis.**
- **A treatment plan established by a licensed treating physician and/or oncologist including timeline for treatment.**
- **Treatment Records:  Pertinent treatment records from Claimant's oncologist(s) from date of diagnosis to the present.**
- **Any language from a licensed physician and/or oncologist which identifies a remission from NHL**
- **Any language from a licensed physician and/or oncologist which identifies a recurrence of NHL**
- **<u>Remission</u>:   Records that establish whether Claimant has had a <u>remission</u> from their NHL**
- **<u>Recurrence</u>:  Records that establish whether Claimant has had a <u>recurrence</u> of their NHL**

**Important Notice:  <u>Medical records that do not clearly delineate the diagnosis and medical treatment plan will adversely impact the processing of your claim. You will be notified of the deficiency and the documents will be returned to you for clarification, further processing, and/or timely resubmission.</u>**

**Quick Pay Option:  If you wish to resolve your claim quickly without participating in the comprehensive review process, you may elect this Quick Payment option to receive an immediate cash payment of $5,000 within 30 days of the Program's receipt of your submitted Claim Form along with the executed Release.  To elect this option, you need only provide the following information and documentation with your completed Claim Form – you <u>do not need</u> to provide the documents noted above.  NOTE:  If you choose this Quick Pay Option please complete only Sections 1, 2, 3 (if applicable) and 8.  You <u>do not</u> have to complete Sections 4, 5, 6, and 7 of this Claim Form.**

      **YES ☐   I wish to resolve my Claim by accepting the Quick Pay Option and have provided the following information and documentation:**

- **A letter from your treating physician or other medical record confirming your NHL Diagnosis and the Date of the NHL Diagnosis; and**
- **Date of first use of Roundup Product:   _____/_____/_____**

## ELIGIBILITY REQUIREMENTS

In order to be eligible to receive a settlement offer from the Independent Roundup Settlement Program, the Claimant must satisfy the following criteria:

1. The Claimant must be no more than 80 years of age at the time of their NHL Diagnosis.

2. The Claimant must be a U.S. citizen or currently a legal resident, must have been a U.S. citizen or legal resident at the time of exposure to Roundup, and the exposure must have happened in the United States.

3. If the Claim is filed on behalf of a deceased person or Estate, the date of death must be ten (10) years or less from the date of the submission of the claim or the first notice to Bayer of the existence of the claim through the settlement or litigation process, whichever is earlier.

4. The claim is not barred by the applicable Status of Limitations or Statute of Repose.

## CLAIM FORM

**The Roundup Product User is referred to as the "Claimant".   This Claim Form is made up of the 8 sections below.**

### 1.   ROUNDUP PRODUCT USER ("CLAIMANT") INFORMATION

Note:  If the Claimant is deceased, incapacitated, or a minor, this Section should be completed with the information pertaining to the deceased, incapacitated or minor (the "Claimant"). In that case, the individual completing this Claim Form on behalf of a deceased, incapacitated, or minor Claimant should enter his/her personal information and contact information in the "Section 3. Personal Representative Information" section below.

| Claimant Name | First **Virginia** | Middle **F.** | Last **Brown** | | |
|---|---|---|---|---|---|
| Claimant's Social Security Number | 4  4  5  --  54  --  3  7  8  8 | | | | |
| Claimant's Date of Birth | <u>10</u> / <u>05</u> / <u>1950</u> (MM / DD / YYYY) | | | | |
| Claimant's Address | Street/P.O. Box **P.O. Box 14322** | | Apt./Suite | | |
| | City **Albuquerque** | State **NM** | Zip **87191** | | |
| Claimant's Contact Information | Phone **(505) 306-3259** | ☐ Work | ☐ Mobile | ☒ Home | |
| | Alt. Phone | ☐ Work | ☐ Mobile | ☐ Home | |
| | Email | | | | |
| Claimant's Citizenship Status | A. Are you currently a U.S. citizen or Legal Resident of the United States? | | YES ☒   NO ☐ | | |
| | B. Were you a U.S. citizen or Legal Resident at the time of exposure? | | YES ☒   NO ☐ | | |

### 2.   ATTORNEY INFORMATION

| Attorney & Firm | Attorney Name **Margaret M. Branch** | Firm Name **Branch Law Firm** | | |
|---|---|---|---|---|
| Attorney Address | Street/P.O. Box **2025 Rio Grande, Blvd. N.W.** | Apt./Suite | | |
| | City **Albuquerque** | State **NM** | Zip **87104** | |
| Attorney Contact Information | Phone **(505) 243-3500** | ☒ Work | ☐ Mobile | ☐ Home |
| | Alt. Phone | ☐ Work | ☐ Mobile | ☐ Home |
| | Email **mbranch@branchlawfirm.com**  **kstoker@branchlawfirm.com** | | | |

3

| 3. PERSONAL REPRESENTATIVE INFORMATION (MINOR, DECEASED, OR INCAPACITATED CLAIMANTS) | | | | | |
|---|---|---|---|---|---|

| Is the Claimant ("Roundup Product User") deceased, incapacitated, or a minor? | YES ☐ | NO ☒ |
|---|---|---|
| Is the Claim being brought by a Representative on behalf of the Claimant? | YES ☐ | NO ☒ |

If the answer to both of the above questions is "YES", complete all of Section 3.

| Relationship to Claimant | (Check all that apply; attach appointment documents if applicable)<br><br>☐ Spouse  ☐ Parent  ☐ Stepparent  ☐ Adult Child   ☐ Estate Administrator<br>☐ Ex-Spouse  ☐ Lawyer  ☐ Guardian  ☐ Sibling  ☐ Other (specify): | | | | | |
|---|---|---|---|---|---|---|
| Representative's Name | First | | Middle | | Last | |
| Representative's Social Security Number | ____ ____ ____  --  ____ ____  --  ____ ____ ____ ____ | | | | | |
| Representative's Date of Birth | ____ / ____ / ____ (MM / DD / YYYY) | | | | | |
| Representative's Address | Street/P.O. Box | | | Apt./Suite | | |
| | City | | State | Zip | | |
| Representative's Contact Information | Phone | | | ☐ Work | ☐ Mobile | ☐ Home |
| | Alt. Phone | | | ☐ Work | ☐ Mobile | ☐ Home |
| | Email | | | | | |
| Claimant's Date of Death (if applicable) | N/A ☐ | ____ / ____ / ____ (MM / DD / YYYY) | | | | |
| Do you claim that Roundup Products caused the User's death? (if applicable) | N/A ☐ | YES ☐   NO ☐ | | | | |

| 4. EXPOSURE TO ROUNDUP PRODUCTS [Required for all Claims - excluding Quick Pay] |
|---|

a.  On **01** / **21** / **2021** (MM/DD/YYYY), I was first diagnosed with Non-Hodgkin's Lymphoma

b.  To the best of my recollection, I was first exposed to Roundup Products on **06** / **01** / **1990** (MM/DD/YYYY).

c.  To the best of my recollection the time period of my exposure to Roundup Products was:

| Start Date (year) | End Date (year) | Frequency of Exposure (days per year) |
|---|---|---|
| Ex. 2000 | Ex. 2005 | Ex. 30 days per year |
| **1990** | **2021** | **26 days per year on the low end** |
| | | |
| | | |

d.  To the best of my recollection the frequency of my exposure to Roundup products during the time period provided in

4

question 3.c above was a total of <u>806</u> days.

e.  To the best of my recollection, I was exposed to Roundup Products when using the Products in the following setting(s) (Select all that apply):
☒ Residential   ☐ Occupational (agricultural/industrial)   ☐ Ornamental   ☐ Turf Applications

f.  To the best of my recollection, I was exposed to the following Roundup Products (insert product name(s)):
**Roundup Grass and Weed Killer**

g.  I purchased or acquired Roundup Products at the following locations (insert location(s) of acquisition and/or purchase): **Lowes home improvement stores**

---

**5.  MEDICAL HISTORY [Required for all Claims - excluding Quick Pay]**

a.  Check any and all of the NHL or NHL Subtype diagnoses (listed below), with which the Claimant has been diagnosed.

☐ 1.   Non-Hodgkin's lymphoma

☐ 2.   Anaplastic Large Cell Lymphoma

☐ 3.   Burkitt Lymphoma

☐ 4.   Chronic Lymphocytic Leukemia

☐ 5.   Cutaneous T-Cell Lymphoma

☐ 6.   Diffuse Large B-Cell Lymphoma

☐ 7.   Extranodal Marginal Zone B-Cell Lymphoma

☒ 8.   Follicular Lymphoma

☐ 9.   Hairy Cell Leukemia

☐ 10.  Large Granular Lymphocytic Leukemia

☐ 11.  Lymphoblastic Lymphoma

☐ 12.  Lymphoplasmacytic Lymphoma
(A.K.A Waldenstrom Macroglobulinemia)

☐ 13.  Marginal Zone B-Cell Lymphoma

☐ 14.  Mantle Cell Lymphoma

☐ 15.  Nodal Marginal Zone B- Cell Lymphoma

☐ 16.  Peripheral T-Cell Lymphoma

☐ 17.  Primary Central Nervous System Lymphoma

☐ 18.  Small Lymphocytic Lymphoma

b.  Check any and all statements below that apply to the Claimant ("Roundup Product User"). <u>For statements concerning medical conditions or diagnosis, a statement should only be checked if the condition was present BEFORE or AT THE TIME OF the Claimant's diagnosis of Non-Hodgkin's lymphoma or a Non-Hodgkin's lymphoma sub-type.</u>
*First degree relative is defined as a family member who shares about 50 percent of their genes with a particular individual in a family, including parents, offspring, and siblings.*

☐ 1. Claimant has a first degree relative who has been diagnosed with Lymphoma.

☐ 2. Claimant has a first degree relative who has been diagnosed with Leukemia.

☐ 3. Claimant has a first degree relative who has been diagnosed with Non-Hodgkin's lymphoma.

☐ 4. Claimant has undergone an organ or stem cell transplant.

☐ 5. Claimant has been diagnosed with an autoimmune disorder.

5

☐ 6. Claimant has been diagnosed with Epstein-Barr virus.

☐ 7. Claimant takes immunosuppressive medications.

☐ 8. Claimant has been diagnosed with HIV or AIDS.

☐ 9. Prior to being diagnosed with NHL or a NHL sub-type, Claimant has undergone chemotherapy treatment.

☐ 10. Claimant has been diagnosed with Hepatitis C virus.

☐ 11. Claimant has ocular lymphoma AND has been diagnosed with chlamydia psittaci.

☐ 12. Claimant has gastric MALT lymphoma AND has been diagnosed with H. Pylori.

☐ 13. Prior to being diagnosed with NHL or a NHL sub-type, Claimant has received radiation treatment.

c.  Check any and all statements below that apply to the Claimant ("Roundup Product User"). For statements concerning medical conditions or diagnosis, a statement should only be checked if the condition was present BEFORE or AT THE TIME OF the Claimant's diagnosis of Non-Hodgkin's lymphoma.

☒ 1. Claimant has a prior personal history of cancer.   **1998**

☐ 2. Claimant has a family history of cancer.

☐ 3. Claimant is a current or former smoker who smoked at least one (1) pack per day for 20 years or more.

☐ 4. Claimant has been diagnosed with Hepatitis B.

☐ 5. On the date the Claimant was diagnosed with Non-Hodgkin lymphoma, Claimant's Body Mass Index (BMI) was greater than 30.

☐ 6. Claimant has diabetes.

☐ 7. Claimant has breast implants.

d.  Fill out the following chart based on your history of treatment. Please identify any remission periods from NHL and the duration in years of the remission period. If you have entered into more than one period of remission, please list each along with the duration in years. If necessary, please insert additional rows.

Please note that the information listed below should be clearly highlighted within your medical records.

| Remission Period | Remission Start Date (month & year) (Ex. January 2010) | Remission End Date (month & year) (Ex. June 2012) | Length of Remission Period (years) (Ex. 2.5 years) |
|---|---|---|---|
| 1. | Complete Response 9/13/2021 | | |
| 2. | | | |
| 3. | | | |

e.  Fill out the following chart based on your history of treatment. Please identify any diagnosed recurrence of NHL and the date of the recurrence. If you have had more than one recurrence, please list each along with the date. If necessary, please insert additional rows.

6

Please note that the information listed below should be clearly highlighted within your medical records.

| Recurrence | Date of Recurrence Diagnosis (month & year) *(Ex. June 2012)* |
|---|---|
| 1. | |
| 2. | |

## 6.   OCCUPATIONAL HISTORY [Required for all Claims - excluding Quick Pay]

a.   Check any and all that apply. Claimant ("Roundup Product User") was employed in the following occupation(s) preceding the Claimant's diagnosis of Non-Hodgkin's lymphoma or Non-Hodgkin's lymphoma subtype.

☐  1. Car mechanic

☐  2. Cleaning service

☐  3. Electrician

☐  4. Agricultural

☐  5. Hairdressing

☐  6. Handling fission products, jet propellant, or solvents

☐  7. Horticultural

☐  8. Landscaping

☐  9. Metal working

☐  10. Painting

☐  11. Pest exterminator

☐  12. Petroleum refinery

☐  13. Rubber factory

☐  14. Textiles

☐  15. Woodworking

☐  16. X-radiation or gamma radiation

## 7.   DOCUMENT REQUIREMENTS [Required for all Claims - excluding Quick Pay]

Attach all required documents. By checking the boxes below, indicate all the documents you are submitting:

| ☒ | Completed Claim Form |
|---|---|
| ☒ | An affidavit pertaining to Roundup use and duration of exposure; or, proof of Roundup Products use and duration of exposure (receipts, photographs, and/or employment records) [if available]. |
| ☒ | Medical record(s) establishing diagnosis of Non-Hodgkin's lymphoma (NHL) or a subtype of Non-Hodgkin's lymphoma and treatment plan Medical records that do not clearly delineate the diagnosis and medical treatment plan will cause delay in the processing of your claim. You will be notified of the deficiency and the documents will be returned to you for clarification, further processing, and/or timely resubmission. |
| ☒ | I have attached all available proof of Roundup Products use (receipts, photographs, medical records, and/or employment records) to this verification [if available]. |

## 8.   VERIFICATION & SIGNATURE

7

I certify under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all statements and information submitted in support of my claim, including the information contained within this Claim Form, are true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Claim Form, may result in fines, imprisonment, and/or any other remedy available by law.

| Claimant / Claimant's Representative Signature | *Virginia F. Brown* | Date | 09/ / 17 / 2021 (Month / Day / Year) |
|---|---|---|---|
| Printed Name | **First** Virginia | **M.I.** F. | **Last** Brown |
| Claimant's Attorney Signature | *Margaret F. Branch* | Date | 09/ / 17/ / 2021 (Month / Day / Year) |
| Printed Name | **First** Margaret | **M.I.** M. | **Last** Branch |

Electronic Signature Verification (DocuSign® or similar)

**Alternative for those Claimants unable to electronically sign:** Attach Copy of Government Issued Photo Identification

[Driver's licenses or other state photo identity cards issued by Department of Motor Vehicles (or equivalent); U.S. passport; U.S. passport card; DHS trusted traveler cards (Global Entry, NEXUS, SENTRI, FAST); U.S. Department of Defense ID, including IDs issued to dependents; Permanent resident card; Border crossing card; State-issued Enhanced Driver's License; Federally recognized, tribal-issued photo ID; HSPD-12 PIV card; Foreign government-issued passport; Canadian provincial driver's license or Indian and Northern Affairs Canada card; Transportation worker identification credential; U.S. Citizenship and Immigration Services Employment Authorization Card (I-766);U.S. Merchant Mariner Credential]

8

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC
### THE WILLARD OFFICE BUILDING
### 1455 PENNSYLVANIA AVENUE, N.W.
### SUITE 390
### WASHINGTON, D.C. 20004-1008
#### (202) 371-1110 (TELEPHONE)

October 19, 2021

Ms. Virginia Brown
c/o Margaret M. Branch, Esq.
Branch Law Firm
2025 Rio Grande, Blvd. NW
Albuquerque, NM 87104

**Via Federal Express**

Re:           **Payment Determination Letter**
              **Virginia Brown**
              **MDL NO. 2741 (N.D.Cal.) Roundup Independent Settlement Program**

Dear Ms. Brown:

The Independent Claims Administrator for the Independent Roundup Settlement Program (the "Program") has completed the review of your Claim and has determined that you are eligible for compensation.  The amount of your Final Settlement Offer is shown below and is the gross amount you will be paid if you voluntarily decide to accept the offer and sign the enclosed Confidential Settlement Agreement and Release of All Claims (the "Release").  The Release waives and releases all claims that you have or may have in the future against Monsanto, as defined in the Release.

The amount of compensation was determined and approved by the Program's Independent Settlement Master.

If you want to accept the amount of your Final Settlement Offer, please return a signed copy of this letter and the signed original of the enclosed Release to the Claims Administrator at the address shown below.  Your attorney will advise you concerning the language and binding nature of the Release.

It is understood and agreed that the Release and the Final Settlement Offer referenced herein specifically includes, but is not limited to, any and all assessment or common benefit order amounts, liens, subrogation, interest, and all claims of any nature and content whatsoever including, but not limited to, hospital liens, medical liens, worker compensation liens, governmental liens or interests, and attorneys' fees.  If any such liens, subrogation, interest, or claims exist, you agree to satisfy such amounts as they are your sole responsibility.  <u>In addition, by Order of the Federal Judge overseeing the Roundup litigation dated June 21, 2021, a Common Benefit Fund assessment of 8% may be deducted from any attorneys' fees owed to your attorney if your Roundup claim is pending in the Federal Court in San Francisco.</u>

1

If you want to accept the amount of your Final Settlement Offer, please return a signed copy of this letter and the signed original of the enclosed Release to the Claims Administrator at the address shown below. Also enclosed is a Payment Option Form to indicate your preferred method of payment. Once you sign and return this letter and the enclosed Release, your settlement payment will be placed in line for payment with payment expected to be issued within thirty days of receipt of the signed documents.

Return the Release and the signed Determination Letter via US Mail or Courier Service to:

> Feinberg Law Offices, PC
> Attention:  Roundup Independent Settlement Program
> 1455 Pennsylvania Avenue, NW
> Suite 390
> Washington, DC 20004
> Telephone: (202) 371-1110

This Final Settlement Offer expires 30 days after the date of this letter.  If you have any questions about this letter, please call the Claim Administrator at the number shown above.

Sincerely yours,

Kenneth R. Feinberg
Independent Settlement Master

Enclosures

_____ I elect to be paid the Final Settlement Offer described above

__X__ I do not wish to accept the Final Settlement Offer described

| | | | |
|---|---|---|---|
| _____ | **Virginia F. Brown** | _____/_____/_____ | |
| Claimant's Signature | (Print Name) | (Date) | |
| | | | |
| _____ | **Margaret M. Branch** | _____/_____/_____ | |
| Attorney's Signature | (Print Name) | (Date) | |

2

If you want to accept the amount of your Final Settlement Offer, please return a signed copy of this letter and the signed original of the enclosed Release to the Claims Administrator at the address shown below.  Also enclosed is a Payment Option Form to indicate your preferred method of payment.  Once you sign and return this letter and the enclosed Release, your settlement payment will be placed in line for payment with payment expected to be issued within thirty days of receipt of the signed documents.

Return the Release and the signed Determination Letter via US Mail or Courier Service to:

        **Feinberg Law Offices, PC**
        **Attention:  Roundup Independent Settlement Program**
        **1455 Pennsylvania Avenue, NW**
        **Suite 390**
        **Washington, DC 20004**
        **Telephone: (202) 371-1110**

This Final Settlement Offer expires 30 days after the date of this letter.  If you have any questions about this letter, please call the Claim Administrator at the number shown above.

        Sincerely yours,

        *Kenneth R. Feinberg*

        **Kenneth R. Feinberg**
        **Independent Settlement Master**

**Enclosures**

_____ I elect to be paid the Final Settlement Offer described above

**X** I do not wish to accept the Final Settlement Offer described

| | | | |
|---|---|---|---|
| *Virginia F. Brown* | **Virginia F. Brown** | 10 / 20 / 2021 | |
| Claimant's Signature | (Print Name) | (Date) | |
| *Margaret Branch* | **Margaret M. Branch** | 10 / 20 / 2021 | |
| Attorney's Signature | (Print Name) | (Date) | |

2