Exhibit 4

# Kelley Stoker

| | |
|---|---|
| **From:** | Margaret Branch |
| **Sent:** | Friday, October 28, 2022 4:14 PM |
| **To:** | Kelley Stoker |
| **Subject:** | Fwd: Counsel Action Needed |
| **Attachments:** | image001.png; 321009-1.pdf |

See below

Sent from my iPhone

Begin forwarded message:

> **From:** Premini Nagesh <PreminiNagesh@marker-group.com>
> **Date:** October 28, 2022 at 3:33:17 PM CST
> **To:** Margaret Branch <mbranch@branchlawfirm.com>
> **Cc:** AMARTINEZ@shb.com, AARCHER@shb.com
> **Subject: Counsel Action Needed**
>
> Counsel,
>
> The Marker Group is a third-party record retrieval company contacting you on behalf of the Monsanto Company in regard to the Roundup litigation matter.  Outstanding authorizations remain in the Brown, Virginia F. matter (321009).  Please fill out the attached authorizations and return them in the next 14 days so that records may be collected for this treater. We do not have their DOB or SSN, so please fill them out on the authorization. Should you have any questions, please don't hesitate to contact Lou Archer AARCHER@shb.com or GoMarkers@Marker-Group.com.

Exhibit 4

**Premini Nagesh**
**Administrative Analyst**

13105 Northwest Freeway, Suite 300
Houston, TX 77040

P: 713.460.9070 | D: 713.934.2531

PreminiNagesh@marker-group.com | Marker-Group.com

1

The information contained in this electronic mail transmission and any attachment(s) is HIGHLY CONFIDENTIAL and/or privileged and is intended solely for the use of the intended recipient(s). If the reader of this message is not an intended recipient of the transmission, or an agent or employee designated to deliver the transmission to an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this electronic mail transmission in error, please immediately delete and destroy all copies of this transmission and any attachments, and notify the sender by reply e-mail or by calling 713-460-9070.