**GALLON, TAKACS
& BOISSONEAULT, CO., LPA**
Jonathan M. Ashton (0083588)
(jashton@gallonlaw.com)
1450 Arrowhead Drive
Maumee OH 43537
Tel: (419) 843-2001

*Attorney for Plaintiff(s)*

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez #61791
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No.: 3:16-md-02741-VC |
| This Document Relates to:<br><br>*Wanda Augsburger, et al.  v. Monsanto Company*<br>Case No: 3:20-cv-02970-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Counsel for Plaintiffs have read Pretrial Order No 236, ECF 13192, and hereby certify that they have complied with the common benefit hold back required therein.

Specifically, Counsel for Plaintiffs hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for Plaintiff further certify that the 8% hold back has been withheld from the attorney fee portion of recovery only, and not Plaintiffs' portion.

Pursuant to Rile 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, Monsanto Company, by and through their counsel, hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear his/her or its own attorneys' fees and costs.

By: */s/ Jonathan M. Ashton*
Jonathan M. Ashton (#0083588)
**GALLON, TAKACS**
**& BOISSONEAULT, CO., L.P.A.**
1450 Arrowhead Drive
Maumee, OH 43537
Tel: (419) 843-2001
jashton@gallonlaw.com

Counsel for Plaintiff(s)

## CERTIFICATION

The undersigned certifies that service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system on this 10th day of January 2023.

By: */s/ Jonathan M. Ashton*
Jonathan M. Ashton
