UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) This document relates to: ) ) ) ) ) ) *Virginia F. Brown v. Monsanto Co.et al.* ) Case No. 3:21-cv-04930 | MDL No. 2741 Case No. 16-md-02741-VC **NOTICE OF WITHDRAWAL TO OPPOSED MOTION TO REINSTATE CASE AND MOVE CASE FROM WAVE VI TO WAVE VII** |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S OPPOSED MOTION TO REINSTATE CASE AND MOVE CASE FROM WAVE VI TO WAVE VII

Plaintiff, Virginia F. Brown, by and through her attorney BRANCH LAW FIRM (Margaret M. Branch) respectfully files this Notice of Withdrawal of Plaintiff's Opposed Motion to Reinstate Case and Move Case from Wave VI to Wave VII as well as its corresponding exhibits. Plaintiff hereby notifies the Court that, after Plaintiff filed her Motion, Defendant Monsanto withdrew its opposition to the Motion. Accordingly, the Opposed Motion is moot and is hereby withdrawn. Plaintiff will be filing an Unopposed Motion with exhibits on this matter.

DATED: January 12, 2023.

                                                Respectfully submitted,

                                                BRANCH LAW FIRM

                                                By*: /s/ Margaret M. Branch*
                                                Margaret M. Branch, Esq. (pro hac vice)
                                                2025 Rio Grande Blvd, N.W.
                                                Albuquerque, New Mexico 87104
                                                Tel: (505) 850-5854
                                                Fax: (505) 796-5707
                                                mbranch@branchlawfirm.com

                                                *Attorney for Plaintiff*

I HEREBY CERTIFY that on the 12th day of January 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

BRANCH LAW FIRM
By /s/ Margaret M. Branch