UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) This document relates to: ) ) ) ) ) *Virginia F. Brown v. Monsanto Co.et al.* ) Case No. 3:21-cv-04930 | MDL No. 2741 Case No. 16-md-02741-VC **PLAINTIFF'S UNOPPOSED MOTION TO REINSTATE CASE AND MOVE CASE FROM WAVE VI TO WAVE VII** |

**PLAINTIFF'S UNOPPOSED MOTION TO REINSTATE CASE AND MOVE CASE FROM WAVE VI TO WAVE VII**

Plaintiff, Virginia F. Brown, by and through her attorney BRANCH LAW FIRM (Margaret M. Branch) respectfully requests the Court to reinstate her case and move the case to scheduling Order for Wave VII:

1. The Complaint for Virginia F. Brown was timely filed in the Second Judicial District Court in New Mexico on May 10, 2021. (D-202-CV-2021-02946).

2. On June 10, 2021, Defendant Monsanto filed to remove the case to United States District Court for the District of New Mexico. (**Doc. 1**) (Civ. No.21-534-JFR/GJF).

3. On June 26, 2021, on Schedule CTO-275, Ms. Brown's case was transferred to MDL\ No. 274, in a tag-long action.

4. Somehow there was a clerical error with electronic notification system because none of the staff at Branch Law Firm receive any electronic notifications from that point forward by email or correspondence.

5. Despite this, Virginia Brown's case was prepared as evidenced by her Plaintiff Fact

Sheet, relevant medical records, and medical authorizations, all of which were prepared, completed, and sent to Kenneth Feinberg's office as well as a claim form on September 3, 2021. *See* **Exhibit 1**, Plaintiff's Evidence of Case Preparation and Submission.

6. After Plaintiff submitted her fact sheet and associated medical records, the settlement master, Kenneth Feinberg, submitted an offer to resolve her case, which was declined by Plaintiff. Additionally, on October 5, 2021, Mr. Feinberg requested additional information.

7. Plaintiff promptly submitted the additional information and documentation to the settlement master on October 7, 2021. An additional settlement offer was communicated in October 19, 2021, which was declined by Plaintiff. **Exhibit 1**, at 73.

8. On October 28, 2021, a letter was sent to Branch Law Firm (**Doc 7**) and three other plaintiff's law firms. Branch Law firm never received the letter sent to the physical address Wagstaff Law Firm, Weitz & Lunenburg, P.C., and The Miller Law Firm regarding our client Virginia F. Brown. In this letter it stated there was a Failure to Provide a Plaintiff's Fact Sheet. At no time did the Branch Law Firm received this correspondence by email or regular USPS regarding this case from Shook, Hardy & Bacon or the three listed law firms on the letter. *See* **Exhibit 2**.

9. Branch Law Firm was under the impression that the Fact Sheet was filed, and the case was pending.

10. Without notification to the Branch Law Firm via the electronic filing system, the case was dismissed due to failure to submit a Plaintiff Fact Sheet on January 21, 2022. (**Doc. 8**).

11. An email was sent to Branch Law Firm on September 29, 2021, from Wagstaff Law Firm regarding the inactive docket and cases placed on that docket. The Case for Virginia F. Brown was not one of the cases that was placed on that inactive docket. *See* **Exhibit 3**.

12. On October 18, 2022, authorizations from the Marker Group were sent to Margaret

Branch by email asking for Ms. Brown's signature. *See* **Exhibit 4**. Shortly thereafter it was decided that a Substitution of Counsel would be done for this file with Dominguez Law Firm since they had taken the lead on some of the cases listed for New Mexico on the Pretrial Order for Wave VI and Virginia Brown's case was listed as well.

13. It was not until that time did Branch Law Firm realize the case had been Dismissed with Prejudice in the MDL for Ms. Brown.

14. As such, Plaintiff moves this Court to reinstate this action and move it to Wave VII as Ms. Brown's case is prepared, ready, and good and just cause exists to reinstate this action.

15. Defendant Monsanto Company has been contacted and does not oppose this Motion.

WHEREFORE, without opposition from Defendant Monsanto Company, Plaintiff respectfully requests this Court reinstate her case as justice so requires and move her case from Wave VI to Wave VII, and for such further relief deemed just and proper.

DATED: January 12, 2023

    Respectfully submitted,

    BRANCH LAW FIRM

    By*: /s/ Margaret M. Branch*
    Margaret M. Branch, Esq. (pro hac vice)
    2025 Rio Grande Blvd, N.W.
    Albuquerque, New Mexico 87104
    Tel: (505) 850-5854
    Fax: (505) 796-5707
    mbranch@branchlawfirm.com

    *Attorney for Plaintiff*

I HEREBY CERTIFY that on the 12th day of January 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:


BRANCH LAW FIRM
By /s/ Margaret M. Branch