Exhibit 2

John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Virginia Brown*<br>Cause No. 3:21-cv-04930-VC<br>(N.D. Cal)<br><br>*Duane W. Hutchinson*<br>Cause No. 3:21-cv-04638-VC<br>(N.D. Cal)<br><br>*Allison V. Miller*<br>Cause No. 3:21-cv-04633-VC<br>(N.D. Cal)<br><br>*Lauren Montgomery*<br>Cause No. 3:21-cv-02547-VC<br>(N.D. Cal)<br><br>*Karis Yenzer (Estate of Douglas W. Yenzer)*<br>Cause No. 3:21-cv-04639-VC<br>(N.D. Cal) | |

Exhibit 2

Defendant's Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

# MONSANTO COMPANY'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET

Defendant Monsanto Company ("Monsanto") files this motion to dismiss with prejudice for failure to submit a Plaintiff Fact Sheet ("PFS"). Pretrial Order 50 (ECF Doc. 1883) requires each Plaintiff to submit a completed PFS, either through the MDL Centrality system or to Brown Greer directly. According to the order, Group 3 plaintiffs were required to submit a PFS within 119 days of September 26, 2018, and Group 4 plaintiffs were required to submit a PFS within 91 days from the date of transfer into the MDL. Additionally, PTO 50 states that if a Plaintiff does not submit a completed PFS within the time specified, Monsanto must give notice to plaintiff's counsel and Lead Counsel identifying the overdue PFS and provide plaintiff seven days in which to submit the PFS. If Monsanto has not received a completed PFS within seven days after serving Plaintiff with the notice, Monsanto may move the Court for an Order dismissing the Complaint with prejudice. Indeed, this Court has previously "dismissed with prejudice for failure to prosecute" plaintiffs who have failed to submit PFSs in accordance with the Court's orders.

The Plaintiffs identified below failed to submit any PFS whatsoever to date, and Monsanto notified each Plaintiff that a PFS had not been submitted.[1]

| Case | Plaintiff | Case Number | PFS Due Date | Letter to Plaintiff's Counsel |
|---|---|---|---|---|
| Brown | Brown, Virginia | 3:21-cv-04930 | 9/24/2021 | 10/28/2021 |
| Hutchinson | Hutchinson, Duane W. | 3:21-cv-04638 | Initially 9/13/2021 (extended to 11/1/2021) | 9/24/2021 |
| Miller | Miller, Allison V. | 3:21-cv-04633 | 9/13/2021 | 9/24/2021 |
| Montgomery | Montgomery, Lauren | 3:21-cv-02547 | 7/5/2021 | 9/24/2021 |

---

[1] Moreover, Monsanto has provided each of these Plaintiffs with a copy of Pretrial Order 50 prior to filing this Motion.

| Yenzer | Yenzer, Karis [Estate of Douglas W. Yenzer] 3:21-cv-04639 | | 9/13/2021 | 9/24/2021 |

The Notice of Failure to Submit a PFS is attached as follows:

| Exhibit | Description |
| --- | --- |
| Exhibit A | Letters sent to Plaintiff's Counsel |
| Exhibit B | Letters sent to Plaintiff's Leadership Counsel |

The Plaintiffs listed above have not replied to the Notice of Failure to Submit a PFS, and have not submitted PFSs. Therefore, Monsanto respectfully requests that the Court enter an Order dismissing these Plaintiffs' cases, listed above, with prejudice.

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above captioned cases with prejudice for failure to submit a PFS.

Dated: November 29, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ John L. Ackley*
    John L. Ackley
    Texas Bar No. 24108036
    E-mail: jackley@shb.com
    600 Travis, Suite 3400
    Houston, Texas 77002-2926
    Telephone: 713-227-8008
    Fax: 713-227-9508

***Attorney for Defendant,
MONSANTO COMPANY***

## CERTIFICATE OF SERVICE

I, John Ackley, hereby certify that on November 29, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ John L. Ackley*
John L. Ackley

EXHIBIT A



SHOOK
HARDY & BACON

October 28, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
t 713.227.8008
f 713.227.9508
jackley@shb.com

<u>VIA ELECTRONIC MAIL</u>

Margaret Moses Branch
Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM 87104

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Virgina F. Brown | 3:21-cv-04930 | September 24, 2021 | October 28, 2021 |

Dear Counsel,

  This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

  Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Friday, September 24, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

  Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*/s/ John L. Ackley*

John L. Ackley, Esq.

4882-0180-0705 V. 1



September 24, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

C. Mark Whitehead, III
The Whitehead Law Firm LLC
3639 Ambassador Caffery Parkway
Lafayette, LA 70503

Jessica Virden Mallett
The Law Offices of Peter A. Miller
1601 Broadway
Little Rock, AR 72206

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Lauren Montgomery | 3:21-cv-02547 | July 5, 2021 | September 24, 2021 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, July 5, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*/s/ John Ackley/*

John L. Ackley, Esq.

4818-4520-1660 V1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



September 24, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

<u>**VIA ELECTRONIC MAIL**</u>

Christopher P. Welsh
Welsh & Welsh, PC, LLO
9290 W. Dodge Road, Suite 204
Omaha, NE 68114

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Duane W. Hutchinson | 3:21-cv-04638 | September 13, 2021 | September 24, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, September 13, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*[signature]*

John L. Ackley, Esq.

4818-4520-1660 V1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



September 24, 2021

**VIA ELECTRONIC MAIL**

Richard D. Schuler
Eric Christopher Hayden
Schuler, Halvorson, Weisser, Zoeller
Overback, P.A.
Civil Trial Associate
1615 Forum Place, Suite 4D
West Palm Beach, FL 33401

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|
| Allison V. Miller | 3:21-cv-04633 | September 13, 2021 | September 24, 2021 |

Dear Counsel,

    This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

    Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, September 13, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

    Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*[signature]*

John L. Ackley, Esq.

4818-4520-1660 V1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



September 24, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**f** 713.227.9508
jackley@shb.com

<u>VIA ELECTRONIC MAIL</u>

Christopher P. Welsh
Welsh & Welsh, PC, LLO
9290 W. Dodge Road, Suite 204
sOmaha, NE 68114

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Karis Yenzer [Estate of Douglas W. Yenzer] | 3:21-cv-04639 | September 13, 2021 | September 24, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, September 13, 2021. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq

4828-8363-8480 v1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

EXHIBIT B



October 28, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Thursday, October 28, 2021.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4877-3878-8865 V.1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| Virgina F. Brown | Margaret Moses Branch<br>Branch Law Firm<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, NM 87104 | 3:21-cv-04930 | September 24, 2021 | October 28, 2021 |
| Robin Hayes | Carolyn Suzanne Daley<br>Power Rogers LLP<br>70 W. Madison Street, #5500<br>Chicago, IL 60602 | 3:21-cv-05398 | October 8, 2021 | October 28, 2021 |

4844-7228-0052 V1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



September 24, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Aimee Wagstaff, Esq. | Robin L. Greenwald, Esq. |
| Andrus Wagstaff, PC | Weitz & Luxenburg, P.C. |
| 7171 West Alaska Dr. | 700 Broadway |
| Lakewood, Co 80226 | New York, NY 10003 |

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, September 24, 2021.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4817-5522-1244 V.1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

## PLAINTIFFS WHO FAILED TO SUBMIT PFS

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| Kathy Ann Campell [Estate of David Andrew Campbell] | Nancy E. S. Calloway<br>P. O. Box 457<br>Elkton, KY 42220 | 3:21-cv-02911 | July 19, 2021 | September 23, 2021 |
| Anthony Hoffman, on behalf of David Kimpel | Ryan Joseph Canon<br>Morris Bart, LTD<br>1712 15th St., Suite 300<br>Gulfport, MS 39501 | 3:21-cv-03490 | July 14, 2021 | September 23, 2021 |
| Lauren Montgomery | C. Mark Whitehead, III<br>The Whitehead Law Firm LLC<br>3639 Ambassador Caffery Parkway<br>Lafayette, LA 70503<br><br>Jessica Virden Mallett<br>The Law Offices of Peter A. Miller<br>1601 Broadway<br>Little Rock, AR 72206 | 3:21-cv-02547 | July 5, 2021 | September 23, 2021 |
| Dorothy Pawlak [Estate of Robert Pawlak] | Ronald Anthony Roth<br>Roth Law Offices, LLC<br>2421 Corporate Centre Drive, Suite 103<br>Granite City, IL 62040 | 3:21-cv-03167 | July 19, 2021 | September 23, 2021 |
| Katrina Rose | Margaret Moses Branch<br>Branch Law Firm<br>2025 Rio Grande Boulevard, NW<br>Albuquerque, NM 87104<br><br>Paul M. Dominguez<br>Dominguez Law Firm, LLC<br>P.O. Box 10865<br>Albuquerque, NM 87184 | 3:21-cv-02545 | July 26, 2021 | September 23, 2021 |
| Phillip Bradley | Carrie R Capouellez<br>Lopez McHugh LLP<br>214 Flynn Avenue<br>Moorestown, NJ 08057 | 3:21-cv-03759 | August 16, 2021 | September 23, 2021 |

4844-7228-0052 V1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Ellen Fisher | Enrique Elliot Adler<br>Adler Law Group APLC<br>402 W. Broadway, Suite 860<br>San Diego, CA 92101 | 3:21-cv-04474 | August 31, 2021 | September 23, 2021 |
| Nina Matusik [Estate of Theodore Matusik] | Enrique Elliot Adler<br>Adler Law Group APLC<br>402 W. Broadway, Suite 860<br>San Diego, CA 92101 | 3:21-cv-04476 | August 31, 2021 | September 23, 2021 |
| Michael Walter | Enrique Elliot Adler<br>Adler Law Group APLC<br>402 W. Broadway, Suite 860<br>San Diego, CA 92101 | 3:21-cv-04470 | August 31, 2021 | September 23, 2021 |
| Marta J. Hebert | Christopher P. Welsh<br>Welsh & Welsh, PC, LLO<br>9290 W. Dodge Road, Suite 204<br>Omaha, NE 68114 | 3:21-cv-04636 | September 13, 2021 | September 23, 2021 |
| Duane W. Hutchinson | Christopher P. Welsh<br>Welsh & Welsh, PC, LLO<br>9290 W. Dodge Road, Suite 204<br>Omaha, NE 68114 | 3:21-cv-04638 | September 13, 2021 | September 23, 2021 |
| Richard Kijowski | Bryce Thomas Hensley<br>Romanucci and Blandin, LLC<br>321 N. Clark Street, Suite 900<br>Chicago, IL 60654 | 3:21-cv-04637 | September 13, 2021 | September 23, 2021 |
| Tamika Laboy [Estate of Nazire Laboy] | Mark S. Harrison<br>Harrison & Christos<br>1306 River Avenue, Suite 11<br>Lakewood, NJ 08701 | 3:21-cv-04468 | September 6, 2021 | September 23, 2021 |
| Allison V. Miller | Richard D. Schuler<br>Eric Christopher Hayden<br>Schuler, Halvorson, Weisser,<br>Zoeller Overback, P.A.<br>Civil Trial Associate<br>1615 Forum Place, Suite 4D<br>West Palm Beach, FL 33401 | 3:21-cv-04633 | September 13, 2021 | September 23, 2021 |

4844-7228-0052 V1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Joseph Schembre | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:21-cv-04465 | September 6, 2021 | September 23, 2021 |
| Bryan Turan | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:21-cv-04464 | September 6, 2021 | September 23, 2021 |
| Karis Yenzer [Estate of Douglas W. Yenzer] | Christopher P. Welsh<br>Welsh & Welsh, PC, LLO<br>9290 West Dodge Road<br>Suite 204, The Mark<br>Omaha, NE 68114 | 3:21-cv-04639 | September 13, 2021 | September 23, 2021 |
| Anissa Zeno on behalf of Vera Zeno | John Christian Enochs<br>Richard Lee Root<br>Betsy J. Barnes<br>Morris Bart LLC<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130 | 3:21-cv-04477 | September 6, 2021 | September 23, 2021 |

4844-7228-0052 V1

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.