**HERREN LAW, PLLC**
Thomas K. Herren
(tom.herren@herrenadams.com)
148 N. Broadway
Lexington, KY  40507
Tel:    (859) 254-0024
Fax:    (859) 254-5991

*Attorney for Plaintiff*
DAVID RODGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *David Rodgers v. Monsanto Co.*, Case No. 3:20-cv-06121-VC | |

**PLAINTIFF, DAVID RODGERS', *RE-FILING* OF MOTION
TO MOVE TO WAVE 6**

Comes the plaintiff, David Rodgers, by and through counsel, currently a Wave 5 case originating from Kentucky, and moves the Court to reassign this case to Wave 6.

In support, David Rodgers' treating physicians are deceased or retired, and plaintiff Rodgers, through counsel, needs additional time to have his case reviewed by consulting experts.

DATED: January 12, 2023 **(previously filed in individual case on September 6, 2022)**

Respectfully submitted,

/s/ *Thomas K. Herren*
THOMAS K. HERREN
(tom.herren@herrenadams.com)
HERREN LAW, PLLC
148 N. Broadway
Lexington, KY 40507
Tel: (859) 254-0024
Fax: (859) 254-5991

*Attorney for Plaintiff*
DAVID RODGERS

# CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of January, 2023, the foregoing Motion was served by electronic and first-class mail upon the following counsel for defendant:

Gregory S. Chernack (*pro hac vice*)
(gchernack@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5815
Fax: (202) 682-1639

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

*/s/ Thomas K. Herren*
ATTORNEY FOR PLAINTIFF,
DAVID RODGERS

c:\documents\tkh\roundup cases\rodgers, david\rodgers - re-filing of motion to move to wave 6.docx