UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2741 |
| This document relates to: | ) ) ) | |
| *David Rodgers v. Monsanto Co.,* Case No. 3:20-cv-06121-VC | ) ) ) | |

**ORDER GRANTING PLAINTIFF DAVID RODGERS'
MOTION TO MOVE PLAINTIFF TO WAVE 6**

On this day, the Court considered Plaintiff's Motion to Move to Wave 6. Having considered the unopposed motion and arguments of counsel, the Court finds that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Move to Wave 6 is **GRANTED.**

SIGNED on this ___ day of _____, 2023.

_____
JUDGE PRESIDING

c:\documents\tkh\roundup cases\rodgers, david\rodgers - proposed order(2023) - motion to move to wave 6.docx