UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> ──────────────────────────── <br><br> Fleischhauer, et al. v. Monsanto Company, Case No.: 3:21-cv-5971 <br><br> ──────────────────────────── | ) MDL No. 2741 <br> ) <br> ) Case Number: MDL No. 3:16-md-02741-VC <br> ) <br> ) **NOTICE OF SUBSTITUTION OF** <br> ) **COUNSEL ON BEHALF OF** <br> ) **PLAINTIFF DIETER FLEISCHHAUER** <br> ) **AND SUSAN LYNN FLEISCHHAUER** <br> ) <br> ) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Edward Wallace and Timothy E. Jackson of the law firm Wallace Miller, 150 N. Wacker Drive, Suite 1100, Chicago, IL 60606, hereby file this Notice of Substitution of Counsel for Dieter Fleischhauer and Susan Lynn Fleischhauer "Plaintiffs" instead of Power Rogers, LLP. Plaintiff respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Plaintiff further requests that Power Rogers, LLP be removed from the ECF service list.

DATED: January 12, 2023                     **WALLACE MILLER**

*Attorney for the Plaintiff*

150 N. Wacker Dr., Suite 1100
Chicago, IL 60606
312-261-6193

|  |  |
|---|---|
| By: | /s/*Edward A. Wallace* |
|  | Edward A. Wallace |
|  | Illinois Bar No: 6230475 |
|  | Timothy E. Jackson |
|  | Illinois Bar No: 6325380 |
|  | eaw@wallacemiller.com |
|  | tej@wallacemiller.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

/s/*Edward A. Wallace*
Edward A. Wallace