UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) ) ) ) **UNOPPOSED MOTION TO MOVE** ) **CASES TO WAVE VI** ) |
| This document relates to: | ) ) |
| Gerald Nelson et al. v. Monsanto Co., Case No. 3:19-cv-04576 | ) ) ) |

William Beau Ryan et al. v. Monsanto Co.,
Case No. 3:18-cv-03936

## UNOPPOSED MOTION TO MOVE CASES TO WAVE VI

Plaintiffs, without opposition from Defendant Monsanto Company, respectfully requests the Court to move the above listed cases from Wave V to Wave V1:

1. Plaintiffs' counsel and Defense counsel continue to conduct relevant discovery and seek additional records that cannot be obtained within the fact discovery timeframe outlined in Wave V.

2. Counsel for Plaintiffs met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move these cases to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave V to Wave VI.

DATED: January 13, 2023

        Respectfully submitted,
        /s/David Bricker
        David Bricker, Esq.
        THORNTON LAW FIRM, LLP
        9595 Wilshire Blvd., Suite 900
        Beverly Hills, CA 90212
        (310) 282-8676

        David C. Strouss, BBO#546253
        Evan R. Hoffman, BBO# 678975
        Jasmine M. Howard, BBO#698130
        **THORNTON LAW FIRM, LLP**
        One Lincoln Street
        Boston, MA  02111
        (617) 720-1333

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 13th day of January, 2023, the foregoing Motion to Move to Wave VI was served by electronic mail upon the following counsel for Defendant Monsanto.

DATED:  January 13, 2023

                                          Respectfully submitted,

                                          /s/David Bricker  
                                          David Bricker, Esq.  
                                          THORNTON LAW FIRM, LLP  
                                          9595 Wilshire Blvd., Suite 900  
                                          Beverly Hills, CA 90212  
                                          (310) 282-8676

                                          David C. Strouss, BBO#546253  
                                          Evan R. Hoffman, BBO# 678975  
                                          Jasmine M. Howard, BBO#698130  
                                          **THORNTON LAW FIRM, LLP**  
                                          One Lincoln Street  
                                          Boston, MA  02111  
                                          (617) 720-1333

                                          *Attorneys for Plaintiffs*