# EXHIBIT B.

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

June 20, 2022

Jerard M. Scanland, Esq.
Mussin & Scanland, PLLC
13351 Reeck Court Suite 5
Southgate, MI 48195

**In Re:  Request for Additional Documentation**
**Roundup Products Liability Litigation**
**MDL. No. 2741 (N.D. Cal.)**
**Independent Roundup Settlement Program**
**Claimant: Linda Matthus-Shelton**

Dear Counsel:

We have reviewed your claim form and the documentation that you provided in support of your claim for compensation in the above-referenced Program (the "Program").

We noted that the Claimant wrote "unknown" in Section 5d of the claim form, regarding the start date of her remission period. The provided medical records do not appear to reference any periods of remission. In order to complete the processing of your claim, please provide clearly highlighted medical records documenting any remission period(s), as well as the Claimant's current disease status, so that these events can be considered in the review and evaluation of your claim.

Additionally, we noted a discrepancy between the claim form and Plaintiff Fact Sheet regarding the time period of the Claimant's Roundup use. While the claim form states the Claimant was exposed to Roundup from 1994 - 2008, the Plaintiff Fact Sheet lists the time period as 1994 - 2018. Please provide clarification around the Claimant's time period of use of Roundup products.

We also noted in Section 7 of the claim form (Document Requirements) that you did not select the checkbox confirming you provided an affidavit and/or equivalent documentation supporting the Claimant's Roundup use. As you also provided a Plaintiff Fact Sheet, please confirm the Plaintiff Fact Sheet was intended to satisfy this requirement.

Lastly, we noted that the Claimant's signature was missing from Section 8 of the claim form (Verification & Signature) and the Plaintiff Fact Sheet. In order to complete the processing of your claim, please sign and return these documents to us at your earliest convenience.

You may send all information and documentation to **RoundupProgram@FeinbergLawOffices.com**. Once we receive the requested documentation we will finalize the review of your claim. If you have no additional documentation to provide, please let us know. Should you have any questions regarding this letter, please call us at 202-371-1110. Thank you very much.

Sincerely yours,

*Kenneth R. Feinberg*

Kenneth R. Feinberg