David Bricker, Esq. (Ca. State Bar No. 158896)
THORNTON LAW FIRM, LLP
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
T: (310) 282-8676
dbricker@tenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2741 <br><br> STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |
| _____ | ) ) | |
| This document relates to: | ) ) | |
| *James G. Noucas Jr. and Mary Noucas v. Monsanto Co.,* Case No. 3:20-cv-01222-VC _____ | ) ) ) ) ) | |

       The above-named parties, by and through their respective counsel of record, hereby stipulate and agree as follows pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

    1.    That the above-captioned matter be dismissed *without* prejudice;

    2.    That should Plaintiffs, James G. Noucas Jr. and Mary Noucas, elect to refile the instant action they will file their renewed claims in MDL No. 2741, and;

    3.    That the parties shall bear their own fees and costs incurred.

       Pursuant to Local Rule 5-1(h)(3), Plaintiffs' counsel attests that the concurrence of each signatory to the filing was obtained in writing.

IT IS SO STIPULATED.

Dated:  January 17, 2023  THORNTON LAW FIRM, LLP


*/S/ David Bricker*
David Bricker, Esq.
THORNTON LAW FIRM, LLP
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
T: (310) 282-8676
Dbricker@tenlaw.com

Attorneys for Plaintiffs


Dated:  January 17, 2023  SHOOK, HARDY & BACON, LLP


*/S/ Anthony Martinez*
Anthony Martinez, Esq.
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
T: (816) 474-6550
amartinez@shb.com

Attorneys for Defendant

**Certificate of Service**

I certify that on January 17, 2023, I caused to be e-filed and served via CM/ECF Filer (PACER) a true and correct copy of the Stipulation for Dismissal Without Prejudice on:

Anthony Martinez, Esq., (amartinez@shb.com) counsel for defendant, Monsanto Company, Inc.

                                */S/ David Bricker*
                                David Bricker, Esq.
                                THORNTON LAW FIRM, LLP
                                Attorneys for Plaintiffs