UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Garfield Gordon v. Monsanto Co.*, Case No.: 3:19-cv-06423-VC | |

**Unopposed Motion to Move Case to Wave 6**

Plaintiff Garfield Gordon respectfully requests that the Court move his case from Wave 5C to Wave 6D, for the following reasons:

1. Plaintiff Gordon has retained the undersigned new counsel, who is diligently working to get up to speed on this case. Undersigned counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave 6.

2. Plaintiff Gordon's case is currently included in Wave 5C.

3. Mindful of the deadlines pertaining to Wave 5C, the parties have been diligently conducting discovery in this matter. The Plaintiff's deposition has been taken and Plaintiff has produced documents responsive to Defendant's requests.

4. Despite the parties' best efforts, however, there are aspects of discovery still to be conducted, including the collection of additional medical, employment, and insurance records, which are not yet complete, and will likely lead to the need for additional depositions.

5. The parties do not believe that they will be able to complete all discovery in time for the currently established expert report deadlines for Wave 5.

6. Plaintiff believes the best, most practical course of action would be to move this case from Wave 5C to Wave 6D. Defendant has no opposition to this request.

Therefore, Plaintiff Garfield Gordon respectfully requests that the Court move his case from Wave 5C to Wave 6D.

Dated: January 17, 2023

Respectfully submitted,

**DALIMONTE RUEB STOLLER, LLP**

By:/s/*Behram V. Parekh*
Behram V. Parekh
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 17th day of January 2023, which will send notification of the same to all counsel of record.

              */s/ Behram V. Parekh*