UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE 6** |
| *Garfield Gordon v. Monsanto Co.*, Case No.: 3:19-cv-06423-VC | |

Plaintiff's motion to move the case from Wave 5C to Wave 6D is granted.

**IT IS SO ORDERED.**

Dated: _____

                                                                                            _____
                                                                                            Hon. Vince Chhabria
                                                                                            United States District Judge