**NABORS LAW FIRM**
Jason L Nabors
P.O. Box 1334
Ridgeland, MS 39158
Tel: (662) 710-4979
Email: jason@naborslawfirm.com

**ROBERT MALOUF LAW OFFICES**
Robert A Malouf
P.O. Box 1334
Ridgeland, MS 39158
Tel: (601) 613-1577
Email: ramalo@aol.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Michael Kuhn v. Monsanto Company et al.*,<br>Case No. 3:23-cv-00046-VC | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE<br>AS TO CLAIMS AGAINST BAYER CORPORATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Kuhn hereby dismisses all of his claims against Bayer Corporation without prejudice. Bayer Corporation has not yet answered or moved for summary judgment, and this notice of dismissal is, therefore, "effective on filing." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

- 1 -

1      For the avoidance of doubt, this filing dismisses only Plaintiff's claims against Bayer

2   Corporation, so Plaintiff's other claims and this lawsuit remain pending.

3

4   Respectfully submitted,

5   **NABORS LAW FIRM**

6

7   */s/ Jason L Nabors*
    Jason L Nabors
    P.O. Box 1334
8   Ridgeland, MS 39158
    Tel: (305) 358-2800
9   Fax: (305) 358-2382
    Email: jason@naborslawfirm.com

10

11  **ROBERT MALOUF LAW OFFICES**

12  Robert A Malouf
    441 Northpark Drive, Suite C
13  Ridgeland, MS 39157
    Tel: (601) 613-1577
14  Email: ramalo@aol.com

15
    *Attorneys for Plaintiff*
16

17

18

19

20

21

22

23

24
                                   - 2 -
25
NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO CLAIMS AGAINST BAYER CORPORATION
3:16-md-02741-VC & 3:23-cv-00046-VC