1 | **PECK BAXTER WATKINS & BAILEY, LLC**
Nathan A. Duncan
399 North Main Street, Suite 300
Logan, Utah 84321
Telephone: (435) 787-9700
Facsimile: (435) 787-2455
Email: nduncan@peckbaxter.com

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorneys for Defendants Monsanto Company and Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Mandi Poulsen v. Monsanto Co. et al.*,<br>Case No. 3:21-cv-03757-VC | |

**STIPULATION AND NOTICE OF DISMISSAL
WITHOUT PREJUDICE AS TO BAYER ENTITIES**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Bayer Corporation and Monsanto Company, by and through their undersigned

- 1 -

counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiff), as to Bayer Corporation only, with each party to bear his or its own attorneys' fees and costs.

Defendant Bayer AG has not been served with the Summons and Complaint in this case and has not served an answer or motion for summary judgment. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice this lawsuit (including all claims asserted by Plaintiff), as to Bayer AG only, with each party to bear her or its own attorneys' fees and costs.

For the avoidance of doubt, this filing dismisses only Plaintiff's claims against Bayer Corporation and Bayer AG, so Plaintiff's other claims and this lawsuit remain pending.

Respectfully submitted this 18th day of January, 2023.

**PECK BAXTER WATKINS & BAILEY, LLC**

*/s/Nathan A. Duncan*
Nathan A. Duncan
399 North Main Street, Suite 300
Logan, Utah 84321
Telephone:   (435) 787-9700
Facsimile:   (435) 787-2455
Email:   nduncan@peckbaxter.com

***Attorney for Plaintiff***

**SHOOK, HARDY & BACON L.L.P.**

*/s/Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
Email:   jstubbs@shb.com

***Attorneys for Defendants***
***Monsanto Company and***
***Bayer Corporation***

STIPULATION AND NOTICE OF DISMISSAL
WITHOUT PREJUDICE AS TO BAYER ENTITIES

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Jennise Stubbs, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*/s/Jennise Stubbs*
Jennise Stubbs