IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELO E. KELLY-LEPPERT, Individually, and as surviving spouse, and heir at law of MICHAEL JOSEPH KELLY, deceased <br><br> Plaintiff, <br><br> v. <br><br> ROUNDUP PRODUCTS LIABLITIY LITIGATION, <br><br> Defendant, | Civil Action No. 3:16-md-02741-VC |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiff Consuelo E. Kelly-Leppert without opposition from Defendant Monsanto Company respectfully request the Court to move her case from Wave V to Wave VI:

1. Consuelo E. Kellly-Leppert's case is part of Wave V.
2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.
3. The parties completed Consuelo E. Kelly-Leppert's deposition on September 21, 2022. However, no other depositions have completed.
4. Plaintiffs served their first round of written discovery responses and document productions as of December 12, 2022. Plaintiffs intend to propound written discovery.
5. Counsel for Plaintiff, Consuelo E. Kelly-Leppert, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later wave.

Therefore, Plaintiff Consuelo E. Kelly-Leppert, respectfully requests the court move their case from Wave V to Wave VI.

Respectfully Submitted,

/s/ *Andrew B. Protzman*
Andrew B. Protzman, KS BarNo. 18015
KANSAS CITY INJURY LAW GROUP
4001 W 114th Street, Suite 110
Leawood, Kansas 66211
Telephone: (816) 499-8877
Fax: (816) 737-8677
andy@kcilg.com

/s/ *Jacob Pruett*
Jacob Pruett, MO Bar No. 63176
KANSAS CITY INJURY LAW GROUP
4001 W 114th Street, Suite 110
Leawood, Kansas 66211
Telephone: (816) 499-8877
Fax: (816) 737-8677
Jake@kcilg.com
*APPEARING PRO HAC VICE*
**Counsel for Plaintiff**
