**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROUNDUP PRODUCTS                    MDL No. 2741
LIABILITY LITIGATION

_____          Case No. 16-md-02741-VC

This document relates to:

*Mary Anne Miramon  v. Monsanto Co.,*
Case No. 3:22-cv-02491-VC

<u>**SUGGESTION OF DEATH OF PLAINTIFF**</u>

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel

suggests on the record the death of Mary Anne Miramon during the pendency of this action.

Dated: January 19, 2023

Respectfully submitted,

*/s/ John C. Enochs*
MORRIS BART, LLC
John C. Enochs (La. Bar. 22774)
601 Poydras Street, 24 FL
New Orleans, LA 70130
(504) 526-1087
jenochs@morrisbart.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing was electronically served through the Court's
CM/ECF system on this 19th day of January, 2023.

*/s/John C. Enochs*
John C. Enochs