UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Fritscher v. Monsanto Co.*, Case No. 3:21-cv-04928-VC<br><br>*Humphrey v. Monsanto Co.*, Case No. 3:20-cv-04647-VC<br><br>*Keeney v. Monsanto Co.*, Case No. 3:20-cv-00433-VC<br><br>*Moers v. Monsanto Co.*, Case No. 3:20-cv-01671-VC<br><br>*Neff v. Monsanto Co.*, Case No. 3:19-cv-05294-VC<br><br>*Scheideman v. Monsanto Co.*, Case No. 3:20-cv-01674-VC<br><br>*Tiddark v. Monsanto Co.*, Case No. 3:20-cv-03060-VC<br><br>*McCulloch v. Monsanto Co.*, Case No. 3:20-cv-01672-VC<br><br>*Akrawi v. Monsanto Co.*, Case No. 3:19-cv-05874-VC<br><br>*Wade v. Monsanto Co.*, Case No. 3:20-cv-08178-VC<br><br>*Fitzpatrick v. Monsanto Co.*, Case No. 3:20-cv-01959-VC | Case No. 16-md-02741-VC<br><br>**ORDER GRANTING IN PART MOTIONS TO MOVE CASES TO LATER WAVES**<br><br>Re: Dkt. Nos. 16000, 16001, 16002, 16003, 16004, 16005, 16006, 16007, 16021, 16077, 16078, 16082, 16095, 16100, 16111, 16117, 16118 |

*Beisner v. Monsanto Co.*,
Case No. 3:20-cv-00056-VC

*Bodie v. Monsanto Co.*,
Case No. 3:20-cv-00057-VC

*Katte v. Monsanto Co.*,
Case No. 3:20-cv-00039-VC

*Calloway v. Monsanto Co.*,
Case No. 3:20-cv-00059-VC

*Sayles v. Monsanto Co.*,
Case No. 3:20-cv-2417-VC

*Howe v. Monsanto Co.*,
Case No. 3:20-cv-00036-VC

*Finnell v. Monsanto Co.*,
Case No. 3:20-cv-2419-VC

*Rodgers v. Monsanto Co.*,
Case No. 3:20-cv-06121-VC

*Nelson v. Monsanto Co.*,
Case No. 3:19-cv-04576-VC

*Gordon v. Monsanto Co.*,
Case No. 3:19-cv-06423-VC

*Doran v. Monsanto Co.*,
Case No. 3:20-cv-02650-VC

The above-listed motions to move cases to later waves are generally granted.

The motion filed under Dkt. No. 16100, however, is denied in part because the member-case caption for *Ryan v. Monsanto Co.* appears incorrect. Counsel may refile that part of the motion with the correct case information within 7 days.

**IT IS SO ORDERED.**

Dated: January 19, 2023

_____
VINCE CHHABRIA
United States District Judge