**SINGLETON SCHREIBER, LLP**
Gerald Singleton, SBN 208783
591 Camino de la Reina, #1025
San Diego, CA 92108
Tel: (619) 771-3473
Fax: (619) 255-1515
gsingleton@singletonschreiber.com

**SINGLETON SCHREIBER, LLP**
Andrew Bluth, SBN 232387
1414 K Street, Suite 470
Sacramento, CA 95814
Phone: (916) 248-8478
abluth@singletonschreiber.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Nick Varanelli, | Case No. 3:22-cv-07018 |
| Plaintiff, | |
| v. | |
| Monsanto Company, Wilbur-Ellis Company, LLC, Wilbur-Ellis Feed, LLC, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO REMAND**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 7-7(e) Plaintiff hereby withdraws their Motion to Remand, effective immediately.

Dated: January 19, 2023                     Respectfully submitted,

                                By:   */s/ Andrew Bluth*
                                      Andrew Bluth, Esq.
                                      **SINGLETON SCHREIBER, LLP**
                                      1414 K Street, Suite 470
                                      Sacramento, CA 95814
                                      Phone: (916) 248-8478
                                      abluth@singletonschreiber.com

                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Andrew Bluth, hereby certify that on January 19, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                      */s/ Andrew Bluth*
                                      Andrew Bluth