# EXHIBIT B

(*In Extremis* Correspondence)