# EXHIBIT C

(Letters Testamentary)

| STATE OF NORTH CAROLINA | File No. 19 E 2676 |
|---|---|
| MECKLENBURG County | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |

| IN THE MATTER OF THE ESTATE OF: | |
|---|---|
| Name<br>MARIO JORGE PUTZRATH<br><br>DOD: 06/27/2019 | **LETTERS**<br>TESTAMENTARY |

G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

**These Letters do not authorize the Fiduciary named below to collect assets of the estate since no Bond has been posted**

Witness my hand and the Seal of the Superior Court.

| Name And Address Of Fiduciary 1<br>BARBARA PUTZRATH<br><br>CHARLOTTE, NC 28277 | Date Of Qualification<br>12/20/2019 |
|---|---|
| | Clerk Of Superior Court<br>ELISA CHINN-GARY |
| Title Of Fiduciary 1<br>EXECUTOR | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address Of Fiduciary 2 | Date Of Issuance<br>12/20/2019 |
| | Signature<br>Dwayne Tennant |
| Title Of Fiduciary 2 | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |

**SEAL**

**NOTE:** *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | MECKLENBURG COUNTY FILED #150 DEC 20 2019 | File No. 19 E 2676 |
|---|---|---|
| MECKLENBURG County | | In The General Court Of Justice Superior Court Division Before The Clerk |

**IN THE MATTER OF THE ESTATE OF:**

Name Of Decedent
MARIO JORGE PUTZRATH

AT_____ O'CLOCK ____M
BY_____
CLERK OF SUPERIOR COURT

**CERTIFICATE OF PROBATE**

Date Of Purported Will
08/20/2012

G.S. 28A-2A-6

Date(s) Of Codicil(s)

A paper-writing dated as indicated above, purporting to be the Last Will and Testament or codicil(s) thereto of the above-named decedent, has been exhibited before me. Sufficient proof of the due execution thereof has been taken in the self-proving paper-writing or as set forth in the accompanying affidavits which are incorporated and made a part hereof.

It is adjudged that the paper-writing and every part thereof is the Last Will and Testament or codicil(s) thereto of the decedent, and the same is ordered admitted to probate.

Date
12/20/2019

Signature
Grant Harris by DJP

☒ Assistant CSC    ☐ Clerk Of Superior Court

AOC-E-304, Rev. 6/14
© 2014 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | | File No. 19 E 2676 |
|---|---|---|
| MECKLENBURG County | MECKLENBURG COUNTY FILED #150 DEC 2 0 2019 AT ____ O'CLOCK ___ M BY _____ CLERK OF SUPERIOR COURT | In The General Court Of Justice Superior Court Division Before The Clerk |

**IN THE MATTER OF THE ESTATE OF:**
*Name Of Decedent/Minor/Incompetent/Trust*
MARIO JORGE PUTZRATH

**ORDER AUTHORIZING ISSUANCE OF LETTERS**

G.S. 28A-6-1; 35A-1215, -1226; 36C-2-209

The Court finds from the Application for Letters in the matter named above that the Fiduciary is entitled and is not disqualified to administer the estate, trust, or guardianship.

Based on these findings, the Court orders that Letters be issued to the Fiduciary in this matter.

| Name And Address Of Fiduciary 1 BARBARA PUTZRATH ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ CHARLOTTE    NC    28277 | Date Of Qualification 12/20/2019 |
|---|---|
| | Clerk Of Superior Court ELISA CHINN-GARY |
| Title Of Fiduciary 1 EXECUTOR | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address Of Fiduciary 2 | Date 12/20/2019 |
| | Signature  *Grant Harris by DJP* |
| Title Of Fiduciary 2 | ☒ Assistant CSC    ☐ Clerk Of Superior Court |

AOC-E-402, Rev. 8/12
© 2012 Administrative Office of the Courts

# CERTIFICATION OF VITAL RECORD

# MECKLENBURG COUNTY
# REGISTER OF DEEDS - HEALTH DEPARTMENT
## CHARLOTTE, NORTH CAROLINA
## CERTIFICATE OF DEATH

FILED #150
DEC 20 2019
AT _____ O'CLOC_
BY _____
CLERK OF SUPERIOR COURT

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO.: 060-95
LOCAL NO.: 2019003860
COUNTY OF DEATH: Mecklenburg
STATE FILE NO.: _____

**DECEDENT**

- 1a. First: Mario
- 1b. Middle: Jorge
- 1c. Last: Putzrath
- 2. Sex: M
- 3a. Age-Last Birthday: 76
- 4. Date of Birth: [redacted]
- 5. Birthplace: Ecuador
- 6. Date of Death: 06/27/2019
- 7a. Place of Death: [checkboxes]
- 7c. Facility Name: Residence
- 7d. City or Town: Charlotte
- 7e. County of Death: Mecklenburg
- 8. Marital Status: Married
- 9. Surviving Spouse: Barbara Kay Barnett
- 10a. Decedent's Usual Occupation: Marketing
- 10b. Kind of Business/Industry: Textiles
- 12a. Residence—State: North Carolina
- 12b. County: Mecklenburg
- 12c. City or Town: Charlotte
- 12d. Street and Number: [redacted]
- 12e. Inside City Limits: Yes
- 12f. Zip Code: 28277-2345
- 13. Was Decedent Ever in U.S. Armed Forces?: No
- 14. Decedent's Education: Bachelor's degree (e.g., BA, AB, BS)
- 15. Decedent of Hispanic Origin: No, not Spanish/Hispanic/Latino
- 16. Decedent's Race: White; Other (Specify): German
- 17. Father/Parent Name: Edward Putzrath
- 18. Mother/Parent Name: Unknown
- 19a. Informant's Name: Barbara K. Putzrath
- 19b. Relationship: Spouse

**DISPOSITION**

- 20a. Method of Disposition: Cremation
- 20b. Place of Disposition: Forest Lawn West Crematory
- 20c. Location: Charlotte, NC 28208
- 21a. Signature of Funeral Director: Alice Pegram
- 21b. License Number: FSL 3050
- 21c. Name of Embalmer: Not embalmed
- 22. Name and Address of Funeral Home: McEwen Funeral Service Inc., 10500 Park Road, Charlotte, NC 28210

**MEDICAL CERTIFICATION**

- 23. Part I. Immediate Cause: PERIPHERAL T-CELL LYMPHOMA
- Part II. Other significant conditions: (blank)
- 24a. Was an Autopsy Performed?: No
- 25. Manner of Death: Natural
- 26a. Was Case Referred to Medical Examiner?: No
- 27. Time of Death: 10:48 AM
- 28. Did Tobacco Use Contribute to Death?: No

- 32. Certifier: Certifying physician
- 33a. Signature and Title of Certifier: Paul Chontos, MD
- 33b. License Number: 25563
- 33c. Date Signed: 7/1/19
- 33d. Name and Address of Certifier: Paul Chontos, MD, 324 N. McDowell St, Charlotte, NC
- 34. Local Registrar: Gibbie Harris
- 35. Date Filed: JUL 03 2019

---

THIS IS TO CERTIFY THIS IS A TRUE AND CORRECT REPRODUCTION OF THE OFFICIAL RECORD FILED IN MECKLENBURG COUNTY.

V 1229641

WITNESS MY HAND AND OFFICIAL SEAL THIS DAY July 3, 2019

Gibbie Harris
Health Director & Registrar

Fredrick Smith
Register of Deeds

By: _____
Assistant/Deputy Register of Deeds

THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK