# EXHIBIT E

(Marker Group Print-Out)

View Cart | Cart Limit: *Cart Is Empty*     Logon: P2CSAACT          Logout

Home      My Account       Contact Us                                                                                                    S1-DT

**PATIENT**

Patient Information

| Patient Records Search | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Search For | Date Obtained ▼ | From: | ▼ | To: | ▼ | Find | Reset | New Search | ❓ |

Items Per Page: ALL ▼    Page **1** of **1** (140

| Order | Patient | Location | Part | Type Of Record | Date Obtained | File | Download Date | | Add All |
|---|---|---|---|---|---|---|---|---|---|
| 396365 | Putzrath, Mario Jorge | Plaintiff Fact Sheet | 2 | Plaintiff Fact Sheet | 6/25/2019 | 1-14 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Urology Specialists of the Carolinas, PLLC-Matthews (Matthews, NC) | 18 | Medical | 7/1/2019 | 1-24 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center (Charlotte, NC) | 19 | Copied NR Cert or Letter | 7/5/2019 | 1-1 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Urology Specialists of the Carolinas, PLLC-Matthews (Matthews, NC) | 18 | Certification | 7/11/2019 | 25-25 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center-Pineville (Charlotte, NC) | 25 | Copied NR Cert or Letter | 7/12/2019 | 1-1 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center-Pineville (Charlotte, NC) | 23 | Copied NR Cert or Letter | 7/15/2019 | 1-2 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Carolinas Healthcare System (Charlotte, NC) | 20 | Copied NR Cert or Letter | 7/26/2019 | 1-1 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center (Charlotte, NC) | 22 | Copied NR Cert or Letter | 8/1/2019 | 1-1 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center (Charlotte, NC) | 21 | Copied NR Cert or Letter | 8/20/2019 | 1-1 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health Pulmonary & Critical Care - Matthews (Matthews, NC) | 9 | Medical And Billing | 8/26/2019 | 1-173 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Springs Industries (Middletown, WI) | 3 | Copied NR Cert or Letter | 10/15/2019 | 1-1 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center (Charlotte, NC) | 21 | Copied NR Cert or Letter | 12/20/2019 | 2-2 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Plaintiff Fact Sheet | 2 | Plaintiff Fact Sheet | 1/6/2020 | 15-25 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Plaintiff Produced Records | 43 | Plaintiff Counsel | 1/6/2020 | 1-199 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Plaintiff Produced Records | 43 | Plaintiff Counsel | 1/6/2020 | 200-302 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Plaintiff Produced Records | 43 | Plaintiff Counsel | 1/6/2020 | 303-304 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Death Certificate/Proof Of Authority | 28 | Death Certificate | 1/29/2020 | 1-1 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Death Certificate/Proof Of Authority | 28 | Proof Of Authority | 1/29/2020 | 2-4 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Plaintiff Produced Records | 43 | Plaintiff Counsel | 3/17/2020 | 305-1054 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Plaintiff Produced Records | 43 | Plaintiff Counsel | 3/17/2020 | 1055-1804 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Plaintiff Produced Records | 43 | Plaintiff Counsel | 3/17/2020 | 1805-2335 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Plaintiff Fact Sheet | 2 | Plaintiff Fact Sheet | 3/18/2020 | 26-37 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Integrated Oncology (New York, NY) | 78 | Medical | 5/28/2020 | 1-9 | 11/04/2020 | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health Heart and Vascular Institute (Matthews, NC) | 75 | Medical And Billing | 7/6/2020 | 1-279 | 11/04/2020 | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health Hematology - Charlotte (Charlotte, NC) | 76 | Medical And Billing | 7/6/2020 | 1-255 | 11/04/2020 | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health Presbyterian Medical Center (Charlotte, NC) | 60 | Medical | 7/6/2020 | 1-750 | 11/04/2020 | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health Presbyterian Medical Center (Charlotte, NC) | 60 | Medical | 7/6/2020 | 751-1024 | 11/04/2020 | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health Presbyterian Medical Center (Charlotte, NC) | 63 | Pathology Inventory | 8/3/2020 | 1-2 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Charlotte Eye Ear Nose & Throat Associates PA SouthPark (Charlotte, NC) | 81 | Billing | 8/19/2020 | 1-5 | | + | Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health Cancer Specialists - Matthews (Matthews, NC) | 77 | Medical | 9/1/2020 | 1-750 | 11/04/2020 | + | Add to C |

View Cart | Cart Limit: *Cart Is Empty* | Logon: P2CSAACT | Logout

*S1-DT*

Home      My Account      Contact Us

**PATIENT**
Patient Information

**Patient Records Search**

Search For     From:            To:

Items Per Page:    Page **1** of **1** (140

| ID | Patient | Facility | # | Type | Date | Pages | Date2 | |
|---|---|---|---|---|---|---|---|---|
| 396365 | Putzrath, Mario Jorge | Plaintiff Fact Sheet | 2 | Plaintiff Fact Sheet | 9/8/2020 | 38-38 | | Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health Presbyterian Medical Center (Charlotte, NC) | 62 | Film Inventory | 9/22/2020 | 1-19 | 11/04/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health Presbyterian Medical Center (Charlotte, NC) | 61 | Billing | 10/2/2020 | 1-40 | 11/04/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health Cancer Specialists - Matthews (Matthews, NC) | 77 | Billing | 10/8/2020 | 3374-3433 | 11/04/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health Cancer Specialists - Matthews (Matthews, NC) | 77 | Billing | 10/22/2020 | 3434-3493 | 11/04/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Matthews Radiation Oncology Center (Matthews, NC) | 98 | Medical | 11/2/2020 | 1-29 | 11/04/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Matthews Radiation Oncology Center (Charlotte, NC) | 104 | Billing | 11/4/2020 | 1-1 | | Add to |
| 396365 | Putzrath, Mario Jorge | Perspective Health and Wellness (Charlotte, NC) | 89 | Copied Incomplete NRC | 11/12/2020 | 1-1 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Duke University Health System (Durham, NC) | 14 | Copied NR Cert or Letter | 12/1/2020 | 1-1 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health- Matthews Medical Center (Winston Salem, NC) | 95 | Billing | 12/1/2020 | 1-38 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Metrolina Nephrology Associates (Charlotte, NC) | 37 | Billing | 12/4/2020 | 1-6 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Charlotte Gastroenterology & Hepatology, PLLC (Charlotte, NC) | 35 | Medical And Billing | 12/8/2020 | 1-130 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | LabCorp of America (Burlington, NC) | 79 | Billing | 12/9/2020 | 1-8 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Hendrick Honda (Charolette, NC) | 85 | Employment | 12/10/2020 | 1-49 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Kroger Pharmacy Corporate HQ (Cincinnati, OH) | 103 | Original No Records Certification or Letter | 12/11/2020 | 1-2 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | LabCorp of America (Burlington, NC) | 79 | Billing | 12/11/2020 | 9-22 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Centers for Medicare and Medicaid Services (Region 4) Medicare Part A & B (Atlanta, GA) | 45 | Medicare | 12/14/2020 | 1-24 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Centers for Medicare and Medicaid Services (Region 4) Medicare Part A & B (Atlanta, GA) | 45 | Medicare | 12/14/2020 | 25-31 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Metrolina Nephrology Associates (Charlotte, NC) | 37 | Medical | 12/16/2020 | 7-18 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Metrolina Nephrology Associates (Charlotte, NC) | 37 | Medical | 12/16/2020 | 19-32 | 12/17/2020 | Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 41 | Film Inventory | 1/8/2021 | 1-17 | 01/27/2021 | Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health Carolina Surgical- Randolph (Charlotte, NC) | 38 | Medical And Billing | 1/8/2021 | 1-119 | 01/27/2021 | Add to |
| 396365 | Putzrath, Mario Jorge | Aetna U.S. Healthcare (Hartford, CT) | 16 | Insurance | 1/12/2021 | 1-592 | 01/27/2021 | Add to |
| 396365 | Putzrath, Mario Jorge | LabCorp of America (Burlington, NC) | 92 | Medical | 1/14/2021 | 1-76 | 01/27/2021 | Add to |
| 396365 | Putzrath, Mario Jorge | Mecklenburg Emergency Medical Services Agency (Charlotte, NC) | 101 | Medical And Billing | 1/15/2021 | 1-10 | 01/27/2021 | Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health- Matthews Medical Center (Charlotte, NC) | 97 | Pathology Inventory | 1/15/2021 | 1-2 | 01/27/2021 | Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 42 | Pathology Reports | 2/8/2021 | 1-39 | | Add to |
| 396365 | Putzrath, Mario Jorge | LabCorp of America (Burlington, NC) | 92 | Medical | 2/11/2021 | 77-79 | | Add to |
| 396365 | Putzrath, Mario Jorge | Duke University Health System (Durham, NC) | 15 | Copied NR Cert or Letter | 2/19/2021 | 1-1 | | Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health Presbyterian Medical Center (Charlotte, NC) | 61 | Billing | 2/19/2021 | 41-48 | | Add to |
| 396365 | Putzrath, Mario Jorge | Quest Diagnostics, Inc. Southern Region (Tucker, GA) | 105 | Copied NR Cert or Letter | 2/24/2021 | 1-1 | | Add to |

View Cart | Cart Limit: *Cart Is Empty*  | Logon: P2CSAACT                Logout

Home    My Account    Contact Us                                                             S1-DT

**PATIENT**
Patient Information

**Patient Records Search**

Search For           From:              To:

Items Per Page:            Page **1** of **1** (140

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 17 | Medical And Billing | 7/9/2021 | 751-1500 | | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 17 | Medical And Billing | 7/9/2021 | 1501-2250 | | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 17 | Medical And Billing | 7/9/2021 | 2251-3000 | | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 17 | Medical And Billing | 7/9/2021 | 3001-3750 | | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 17 | Medical And Billing | 7/9/2021 | 3751-4500 | | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 17 | Medical And Billing | 7/9/2021 | 4501-5250 | | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 17 | Medical And Billing | 7/9/2021 | 5251-6000 | | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 17 | Medical And Billing | 7/9/2021 | 6001-6317 | | + Add to |
| 396365 | Putzrath, Mario Jorge | Springs Industries (Middletown, WI) | 3 | Employment (Packets Document) | 9/21/2021 | Packets | | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health Pulmonary & Critical Care - Matthews (Matthews, NC) | 9 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | | + Add to |
| 396365 | Putzrath, Mario Jorge | Duke University Health System (Durham, NC) | 12 | Medical (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Duke University Health System (Durham, NC) | 13 | Billing (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Duke University Health System (Durham, NC) | 14 | Film Inventory (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Duke University Health System (Durham, NC) | 15 | Pathology Inventory (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Aetna U.S. Healthcare (Hartford, CT) | 16 | Insurance (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 17 | Medical (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Urology Specialists of the Carolinas, PLLC-Matthews (Matthews, NC) | 18 | Medical (Packets Document) | 9/21/2021 | Packets | | + Add to |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center (Charlotte, NC) | 19 | Medical (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Carolinas Healthcare System (Charlotte, NC) | 20 | Billing (Packets Document) | 9/21/2021 | Packets | | + Add to |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center (Charlotte, NC) | 21 | Pathology Inventory (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center (Charlotte, NC) | 22 | Film Inventory (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center-Pineville (Charlotte, NC) | 23 | Medical (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center-Pineville (Charlotte, NC) | 25 | Film Inventory (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Carolinas Medical Center-Pineville (Charlotte, NC) | 26 | Pathology Inventory (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Springs Global (Middleton, WI) | 27 | Employment (Packets Document) | 9/21/2021 | Packets | | + Add to |
| 396365 | Putzrath, Mario Jorge | Charlotte Gastroenterology & Hepatology, PLLC (Charlotte, NC) | 35 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health Spine Specialists-Ballantyne (Charlotte, NC) | 36 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Metrolina Nephrology Associates (Charlotte, NC) | 37 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health Carolina Surgical-Randolph (Charlotte, NC) | 38 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Carolina Piedmont Dermatology (Charlotte, NC) | 39 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 41 | Film Inventory (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |
| 396365 | Putzrath, Mario Jorge | Novant Health (Charlotte, NC) | 42 | Pathology Inventory (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to |

View Cart | Cart Limit: *Cart Is Empty* | Logon: P2CSAACT | Logout

Home | My Account | Contact Us | S1-DT

**PATIENT**
Patient Information

Patient Records Search

Search For       From:            To:

Items Per Page:   Page **1** of **1** (140

| ID | Patient | Provider | # | Type | Date | Format | Date2 | Action |
|---|---|---|---|---|---|---|---|---|
| 396365 | Putzrath, Mario Jorge | Novant Health Hematology - Charlotte (Charlotte, NC) | 76 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | | + Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health Cancer Specialists - Matthews (Matthews, NC) | 77 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Integrated Oncology (New York, NY) | 78 | Medical (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | LabCorp of America (Burlington, NC) | 79 | Billing (Packets Document) | 9/21/2021 | Packets | | + Add to C |
| 396365 | Putzrath, Mario Jorge | Charlotte Eye Ear Nose & Throat Associates PA SouthPark (Charlotte, NC) | 81 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Foundation Medicine, Inc. (Cambridge, MA) | 82 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Dorsett, John Dewey, Jr., M.D. (Charlotte, NC) | 84 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Hendrick Honda (Charolette, NC) | 85 | Employment (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Solstas Lab Partners Group, LLC (Greensboro, NC) | 87 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | 01/27/2021 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Solstas Lab Partners Group, LLC (Greensboro, NC) | 88 | Preservation Letter (Packets Document) | 9/21/2021 | Packets | | + Add to C |
| 396365 | Putzrath, Mario Jorge | Perspective Health and Wellness (Charlotte, NC) | 89 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | | + Add to C |
| 396365 | Putzrath, Mario Jorge | GPS Pharmacy (Matthews, NC) | 90 | Pharmacy (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | LabCorp of America (Burlington, NC) | 92 | Medical (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | LabCorp of America (Burlington, NC) | 93 | Preservation Letter (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health- Matthews Medical Center (Matthews, NC) | 94 | Medical (Packets Document) | 9/21/2021 | Packets | | + Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health- Matthews Medical Center (Winston Salem, NC) | 95 | Billing (Packets Document) | 9/21/2021 | Packets | | + Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health- Matthews Medical Center (Matthews, NC) | 96 | Preservation Letter (Packets Document) | 9/21/2021 | Packets | | + Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health- Matthews Medical Center (Charlotte, NC) | 97 | Pathology Inventory (Packets Document) | 9/21/2021 | Packets | | + Add to C |
| 396365 | Putzrath, Mario Jorge | Matthews Radiation Oncology Center (Matthews, NC) | 98 | Medical (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Mecklenburg Emergency Medical Services Agency (Charlotte, NC) | 101 | Medical And Billing (Packets Document) | 9/21/2021 | Packets | 11/04/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Kroger Pharmacy Corporate HQ (Cincinnati, OH) | 103 | Pharmacy (Packets Document) | 9/21/2021 | Packets | 12/17/2020 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Matthews Radiation Oncology Center (Charlotte, NC) | 104 | Billing (Packets Document) | 9/21/2021 | Packets | | + Add to C |
| 396365 | Putzrath, Mario Jorge | Quest Diagnostics, Inc. Southern Region (Tucker, GA) | 105 | Medical (Packets Document) | 9/21/2021 | Packets | 01/27/2021 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Quest Diagnostics, Inc. (Norristown, PA) | 106 | Billing (Packets Document) | 9/21/2021 | Packets | 01/27/2021 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Quest Diagnostics, Inc. Southern Region (Tucker, GA) | 107 | Preservation Letter (Packets Document) | 9/21/2021 | Packets | 01/27/2021 | + Add to C |
| 396365 | Putzrath, Mario Jorge | Mecklenburg Radiology Associates, P.A. (Charlotte, NC) | 125 | Billing (Packets Document) | 11/7/2022 | Packets | | + Add to C |
| 396365 | Putzrath, Mario Jorge | Novant Health cancer Specialists Balantyne (Charlotte, NC) | 133 | Medical And Billing (Packets Document) | 11/7/2022 | Packets | | + Add to C |
| 396365 | Putzrath, Mario Jorge | Mecklenburg Radiology Associates, P.A. (Charlotte, NC) | 125 | Certification | 12/6/2022 | 1-1 | | + Add to C |
| 396365 | Putzrath, Mario Jorge | Mecklenburg Radiology Associates, P.A. (Charlotte, NC) | 125 | Medical And Billing | 12/19/2022 | 2-68 | | + Add to C |