UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) |
| | ) PROPOSED ORDER |
| This document relates to: | ) ) |
| *Mario and Barbara Putzrath v. Monsanto Co.*, Case No. 3:19-cv-03786-VC | ) ) ) ) |

    The Plaintiff's motion to substitute Barbara Putzrath, as Executor of the Estate of Mario Putzrath, for Plaintiff Mario Putzrath is granted. Likewise, the Plaintiff's motion to amend the complaint is granted. Plaintiff shall file her amended complaint within thirty (30) days of this order.

    It is so ordered.

_____

VINCE CHHABRIA
United States District Judge

1