Jeffrey J. Jones (*pro hac vice*)
Margaret M. Dengler (*pro hac vice*)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, Michigan 48226
Tel: (313) 733-3939
Fax: (313) 230-7997
jjjones@jonesday.com
mdengler@jonesday.com

*Attorneys for Defendant The Scotts Company LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Paul Schrag, v. Monsanto Company, et al.*, Case No. 3:22-cv-08888-VC | **NOTICE OF APPEARANCE ON BEHALF OF THE SCOTTS COMPANY LLC** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jeffrey J. Jones and Margaret M. Dengler of the firm Jones Day, hereby enter an appearance in the above-captioned matter as counsel for Defendant THE SCOTTS COMPANY LLC, and respectfully request that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to them.

Dated: January 19, 2023

Respectfully submitted,

*/s/ Jeffrey J. Jones*
Jeffrey J. Jones (OH 0030059; MI P80231)
Margaret M. Dengler (OH 0097819)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, Michigan 48226
Tel: (313) 733-3939
Fax: (313) 230-7997
jjjones@jonesday.com
mdengler@jonesday.com

## CERTIFICATE OF SERVICE

I certify that on the January 19, 2023, I electronically filed the foregoing NOTICE OF APPEARANCE ON BEHALF OF THE SCOTTS COMPANY LLC with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Jeffrey J. Jones*
Jeffrey J. Jones

*Counsel for The Scotts Company LLC*