UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Paul Schrag, v. Monsanto Company, et al.*,<br>Case No. 3:22-cv-08888-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**THE SCOTTS COMPANY LLC'S**
**<u>CERTIFICATE OF INTERESTED ENTITIES OR PERSONS</u>**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a financial interest in the subject matter in controversy or in a party to the proceeding, may have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding, or are otherwise potentially subject to disclosure under the Rule:

1. The Scotts Miracle-Gro Company is the parent of The Scotts Company LLC. The Scotts Miracle-Gro Company owns 100% of The Scotts Company LLC and The Scotts Miracle-Gro Company is a United States company that is publicly traded on the New York Stock Exchange.

2. The Scotts Miracle-Gro Foundation, which is a charitable non-profit 501(c)(3) entity, is a subsidiary of The Scotts Company LLC, and the Scotts Company LLC also has a small percentage ownership in Scotts de Mexico SA de CV.

Dated: January 19, 2023                                Respectfully submitted,

/s/ *Jeffrey J. Jones*
Stephanie Dilworth (SBN 342109)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Tel:  (415) 626-3939
Fax:  (415) 875-5700
sdilworth@jonesday.com

Jeffrey J. Jones (*pro hac vice*)
Margaret M. Dengler (*pro hac vice*)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, Michigan 48226
Tel:  (313) 733-3939
Fax:  (313) 230-7997
jjjones@jonesday.com
mdengler@jonesday.com

*Counsel for Defendant*
*The Scotts Company LLC*

## CERTIFICATE OF SERVICE

I certify that on the January 19, 2023, I electronically filed the foregoing THE SCOTTS COMPANY LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Jeffrey J. Jones*
Stephanie Dilworth

*Counsel for The Scotts Company LLC*