UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Paul Schrag, v. Monsanto Company, et al.*, Case No. 3:22-cv-08888-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**THE SCOTTS COMPANY LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Scotts Company LLC makes the following disclosures:

1. The Scotts Company LLC is a wholly-owned subsidiary of The Scotts Miracle-Gro Company, which is a publicly held corporation.

|  |  |
|---|---|
| Dated: January 19, 2023 | Respectfully submitted, |
|  | */s/ Jeffrey J. Jones* |
|  | Stephanie Dilworth (SBN 342109) |
|  | JONES DAY |
|  | 555 California Street, 26th Floor |
|  | San Francisco, California 94104 |
|  | Tel: (415) 626-3939 |
|  | Fax: (415) 875-5700 |
|  | sdilworth@jonesday.com |
|  |  |
|  | Jeffrey J. Jones (*pro hac vice*) |
|  | Margaret M. Dengler (*pro hac vice*) |
|  | JONES DAY |
|  | 150 West Jefferson, Suite 2100 |
|  | Detroit, Michigan 48226 |
|  | Tel: (313) 733-3939 |
|  | Fax: (313) 230-7997 |
|  | jjjones@jonesday.com |
|  | mdengler@jonesday.com |
|  |  |
|  | *Counsel for The Scotts Company LLC* |

## **CERTIFICATE OF SERVICE**

I certify that on the January 19, 2023, I electronically filed the foregoing THE SCOTTS COMPANY LLC'S CORPORATE DISCLOSURE STATEMENT with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Jeffrey J. Jones*
Stephanie Dilworth

*Counsel for The Scotts Company LLC*
