AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Paul Schrag | ) | MDL No. 2741 |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:22-cv-08888-VC |
| Monsanto Company, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Scotts Company LLC                                                                             .

Date:   1/19/2023

/s/  Stephanie Dilworth
*Attorney's signature*

Stephanie Dilworth - SBN 342109
*Printed name and bar number*

Jones Day
555 California Street, 26th Floor
San Francisco, CA  94104
*Address*

sdilworth@jonesday.com
*E-mail address*

(415) 626-3939
*Telephone number*

(415) 875-5700
*FAX number*