UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DIETER FLEISCHHAUER<br>SUSAN LYNN FLEISCHHAUER,   Plaintiff(s)<br>v.<br>MONSANTO COMPANY                Defendant(s) | CASE NUMBER<br>MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>3:21-CV-5971<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Dieter and Susan Lynn Fleischhauer        ☒ Plaintiff  ☐ Defendant  ☐ Other _____
_____
*Name of Party*

to substitute  Edward A. Wallace, Esq.  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases)    ☐ Pro Se

150 N. Wacker Dr., Suite 1100
_____
*Street Address*

Chicago, IL 60606                                    eaw@wallacemiller.com
_____                    _____
*City, State, Zip*                                  *E-Mail Address*

(312) 261-6193            (312) 275-8174            6230475
_____    _____    _____
*Telephone Number*                  *Fax Number*                        *State Bar Number*

as attorney of record instead of  Carolyn S. Daley
*List **all** attorneys from same firm or agency who are withdrawing.*

_____
_____

**is hereby**     ☐ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                _____
                                            *U. S. District Judge*

G–01 ORDER (09/17)            **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**