Name and address:

Edward A. Wallace, Esq.
Wallace Miller
150 N. Wacker Dr., Suite 1100
Chicago, IL 60606
Telephone (312) 261-6193
Facsimile (312) 275-8174

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ROBIN HAYES and PATRICK HAYES    PLAINTIFF(S)<br>v.<br>MONSANTO COMPANY<br><br>DEFENDANT(S) | CASE NUMBER: MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>3:21-cv-5398<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: <u>Carolyn S. Daley</u>                                               CA Bar Number: <u>N/A</u>

Firm or agency: <u>Power Rogers, LLP</u>

Address: <u>70 West Madison Street, #5500, Chicago, IL 60602</u>

Telephone Number: <u>(312) 236-9381</u>          Fax Number: <u>(312) 236-092</u>

E-mail: <u>cdaley@powerrogers.com</u>

Counsel of record for the following party or parties: <u>Plaintiffs Robin Hayes and Patrick Hayes</u>

Other members of the same firm or agency also seeking to withdraw: _____

---

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**          Page 1 of 2

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel:

Name: Edward A. Wallace, Esq.         CA Bar Number: N/A
Firm or agency: Wallace Miller

Address: 150 N. Wacker Dr., Suite 1100, Chicago, IL 60606

Telephone Number: (312) 261-6193          Fax Number: (312) 275-8174

E-mail: eaw@wallacemiller.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 01/20/2023          Signature: /s/ Carolyn S. Daley

Name: Carolyn S. Daley

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 01/20/2023          Signature: /s/ Edward A. Wallace

Name: Edward A. Wallace

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: 01/20/2023          Signature: /s/ Robin Hayes /s/ Patrick Hayes

Name: Robin Hayes and Patrick Hayes

Title:

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Edward A. Wallace
Edward A. Wallace
Wallace Miller
150 N. Wacker Dr., Suite 1100
Chicago, IL 60606
T. (312) 261-6193
E. eaw@wallacemiller.com