# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ROBIN HAYES and PATRICK HAYES    Plaintiff(s)<br>v.<br>MONSANTO COMPANY    Defendant(s) | CASE NUMBER<br>MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>3:21-CV-5398<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Robin and Patrick Hayes__      ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute __Edward A. Wallace, Esq.__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases   ☐ Pro Se

__150 N. Wacker Dr., Suite 1100__
*Street Address*

__Chicago, IL 60606__                    __eaw@wallacemiller.com__
*City, State, Zip*                         *E-Mail Address*

__(312) 261-6193__          __(312) 275-8174__          __6230475__
*Telephone Number*           *Fax Number*              *State Bar Number*

as attorney of record instead of __Carolyn S. Daley__
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**     ☐ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                        U. S. District Judge

G–01 ORDER (09/17)      (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY