UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL NO. 2741

Case No. 3:16-md-02741-VC

Honorable Vince Chhabria

THIS DOCUMENT RELATES TO:

*Watson v. Monsanto*, No. 3:18-cv-02100

---

### NOTICE OF ORDER FROM THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

NOW INTO COURT comes the Plaintiff, through undersigned counsel, who for notice purposes, respectfully files and attaches the December 20, 2022 Order of the United States Court of Appeals for the Ninth Circuit with respect to the Plaintiff's previously filed Rule 60 motion in this Court.

Date: January 20, 2023

Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, L.L.C.
24110 Eden St.
Plaquemine, LA 70764
Phone: (225)687-6396

*Counsel for Plaintiff*

Page **1** of **2**

1
2
3
## **CERTIFICATE OF SERVICE**
4
5   I hereby certify that on January 20, 2023, that I electronically filed the
6
7 foregoing Notice with the clerk of clerk by using the CM/ECF system which will
8 send a notice of electronic filing to all counsel of record who are CM/ECF
9 participants.
10
11
                                        */s/ Christopher L. Coffin*
12                                       Christopher L. Coffin
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28