UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| WALTER J. WATSON, | No. 22-16239 |
|---|---|
| Plaintiff-Appellant, | D.C. Nos. 3:18-cv-02100-VC |
| v. | 3:16-md-02741-VC |
| MONSANTO COMPANY, | Northern District of California, San Francisco |
| Defendant-Appellee. | ORDER |

Appellant's unopposed motion for a limited remand (Docket Entry No. 9) is granted. *See* Fed. R. App. P. 12.1(b). This appeal is remanded to the district court for the limited purpose of enabling the district court to consider appellant's Federal Rule of Civil Procedure 60 motion.

Within 60 days after the date of this order or 7 days after the district court's ruling on the Rule 60 motion, whichever occurs first, appellant shall file a report on the status of district court proceedings and/or motion for appropriate relief.

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7

AC/MOATT