UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

Master Docket Case No.: 16-md-02741-VC

MDL No. 2741

This document relates to:

ESTATE OF GERALD HELMICH, by and through his representative, Paul Helmich, surviving son of Gerald Helmich on behalf of all legal heirs of Gerald Helmich v. Monsanto Co. Case No.: 3:20-cv-05941-VC |

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

**COMES NOW,** Plaintiff, ESTATE OF GERALD HELMICH (hereinafter "Plaintiff"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VI to Wave VII:

1. The case of ESTATE OF GERALD HELMICH, bearing case number 3:20-cv-05941-VC, currently is part of Wave VI.

2. Plaintiff has served a Plaintiff Fact Sheet, medical records and executed the appropriate documents so that all medical records may be obtained.

3. Defendant, Monsanto, recently sent notice requesting the scheduling of depositions in this matter.

4. Due to a conflict of interest that recently arose, however, Sparacino & Sparacino PLLC must withdraw from this matter and plans to file a Motion to Withdraw once new counsel is identified.

5. In order to ensure that Plaintiff's interests are not compromised by any delays resulting from a change in counsel at this juncture, we believe the best, most practical course of action is to move

this case to Wave VII as the move will allow time for new counsel to get up to speed on the case before having to complete discovery.

6. The undersigned attorney has conferred with opposition counsel (Anthony Martinez, Esq.) and defendant has no opposition to this course of action.

**WHEREFORE,** Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VII.

Dated: January 6, 2023
Respectfully submitted,

*Jessie M. Djata*

_____
Jessie M. Djata, Esq.
Sparacino & Sparacino, PLLC
P.O. Box 575
Northport, New York 11768
Telephone: (631) 651-8783
Mobile: (917) 765-7475
New York Bar No. 2802551
Email: jmdlawyer@gmail.com
ATTORNEYS FOR PLAINTIFF
Estate of Gerald Helmich

/s/ Anthony Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2022, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By:

*Jessie M. Djata*

_____

Jessie M. Djata, Esq.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master Docket Case No.: 16-md-02741-VC<br>MDL No. 2741 |
| This document relates to:<br><br>ESTATE OF GERALD HELMICH, by and through his representative, Paul Helmich, surviving son of Gerald Helmich on behalf of all legal heirs of Gerald Helmich v. Monsanto Co.<br>Case No.: 3:20-cv-05941-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII** |

Plaintiff's motion to move this case from Wave VI to Wave VII is GRANTED.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge