**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:  (713) 227-8008
Facsimile:   (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Richard Brent Dufrene v. Monsanto Co.*, Case No. 3:23-cv-00051-VC | Case No. 3:16-md-02741-VC |

### **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  January 26, 2023         Respectfully submitted,

                                                       SHOOK, HARDY & BACON L.L.P.

                                                       BY: */s/ Jennise W. Stubbs*
                                                              Jennise W. Stubbs
                                                              600 Travis Street, Suite 3400
                                                              Houston, TX 77002-2926
                                                              Telephone:  (713) 227-8008
                                                              Facsimile:   (713) 227-9508
                                                              Email:        jstubbs@shb.com

                                                       *Attorneys for Defendant*
                                                       MONSANTO COMPANY

## **CERTIFICATE OF SERVICE**

I certify that on the 26th day of January, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs