UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: *Matthus-Shelton v. Monsanto*, Case No. 20-cv-168-VC  *Hann v. Monsanto.*, Case No. 20-cv-7213-VC | **ORDER TERMINATING MOTIONS** Re: Dkt. No. 24 (*Matthus-Shelton*); Dkt. No. 25 (*Hann*) |

Pursuant to Pretrial Order No. 1 of *In re Roundup Products Liability Litigation*, 16-md-2741-VC, all documents filed for MDL member cases must be filed on both the master docket and the docket of the member case. The motion to set aside judgment in *Hann* is being terminated because it was filed in only the member case. In addition, both motions to set aside judgment in *Hann* and *Matthus-Shelton* are being terminated because counsel scheduled a hearing date that does not follow this chamber's individual rules for setting motions for hearings. Those rules are available on the Court's website.

If the motions are refiled in accordance with Pretrial Order No. 1 and this chamber's individual rules, the Court will consider the filings.

**IT IS SO ORDERED.**

Dated: January 26, 2023

VINCE CHHABRIA
United States District Judge