# EXHIBIT A.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION, ) <br> ) <br> ) <br> ) <br> ) <br> _____/ | MDL NO. 2741 <br> Case No. 3:16-md-02741-VC <br> 3:20-cv-07213-VC <br> Hon.: VINCE CHHABRIA |

## ORDER

Plaintiff's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b), filed on January 27, 2023, duly came for hearing on _____ before the Honorable Vince Chhabria.

FINDINGS:

Based on the oral and written argument and evidence presented in connection with the motion, the Court makes the following findings:

1. Plaintiff's Motion for Relief from Judgment is GRANTED pursuant to Federal Rule of Civil Procedure 60(b)

2. This Court's November 3, 2022 Order Dismissing Cases with is hereby amended to exclude Adrine Hann, et al. v. Monsanto Co., Case 3:20-cv-07213-VC.

3. The Clerk of the Court is ORDERED to re-open this case, Adrine Hann et al. v. Monsanto Co., Case 3:20-cv-07213-VC

IT IS SO ORDERED.

Dated:

By: Honorable Vince Chhabria
United States District Judge