# EXHIBIT B.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS          )          MDL NO. 2741
LIABILITY LITIGATION,            )          Case No. 3:16-md-02741-VC
                                 )          3:20-cv-07213-VC
                                 )          Hon.: VINCE CHHABRIA
                                 )
_____/

**This Document Relates To:**
*Hann v. Monsanto,* No.3:20-cv-07213-VC

## AFFIRMATION IN SUPPORT OF PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT PURSUANT TO LCR 7.5

I, Jerard M. Scanland, do hereby declare and state:

1. I am over the age of 18 and have personal knowledge of the facts contained within this declaration and, if called to testify at trial or a hearing in this matter, I can testify competently to the facts contained herein.

2. I am a partner at Mussin & Scanland, PLLC and since 2020, I have represented Plaintiff Adrine Hann in the instance Roundup MDL.

3. I am involved in other MDL matters currently pending in Indiana.

4. Despite closely monitoring the MDL, I was not aware of the Order requiring the Plaintiff to produce a causation expert as no such expert is required here in Michigan.

5. Thus, I did not recognize or realize the Plaintiff's legal matter was affected by the order as Michigan Law does not require the production of an expert.

6. I have examined the contents of the Motion and the contents of the Motion are true and correct to the best of my information knowledge and belief.

Dated: January 27, 2023

_____
JERARD M. SCANLAND ESQ

_____
,Notary Public

Subscribed and sworn to me on this  27ʰ , day of January 27,
2023 _Jerard Scanland_ appeared before and signed the within document.

My Commission Expires On _June 15 2025_
Acting in _Wayne_ County
State of Michigan

JEAN  M. IZZOLENA
Notary Public, State of Michigan
County of Wayne
My Commission Expires Jun. 15, 2025
Acting in the County of _Wayne_