# EXHIBIT A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS )        **MDL NO. 2741**
LIABILITY LITIGATION,      )        **Case No. 3:16-md-02741-VC**
                           )        **3:20-cv-00168-VC**
                           )        **Hon.: VINCE CHHABRIA**
                           )
_____/

## ORDER

Plaintiff's Motion for Relief from Judgment Pursuant to Federal Rule of

Civil Procedure 60(b), filed on January 27, 2023, duly came for hearing on

_____ before the Honorable Vince Chhabria.

FINDINGS:

Based on the oral and written argument and evidence presented in connection with

the motion, the Court makes the following findings:

1. Plaintiff's Motion for Relief from Judgment is GRANTED pursuant to

   Federal Rule of Civil Procedure 60(b).

2. This Court's December 6, 2022 Order Dismissing Cases with is hereby

   amended to exclude Linda Matthus-Shelton, et al. v. Monsanto Co., Case

   No.: 3:20-cv-00168-VC.

3.  The Clerk of the Court is ORDERED to re-open this case, Linda

    Matthus-Shelton, et al. v. Monsanto Co., Case No.: 3:20-cv-00168-VC.

    IT IS SO ORDERED.

Dated: _____

_____
By: Honorable Vince Chhabria
United States District Judge