# EXHIBIT C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **IN RE: ROUNDUP PRODUCTS** | ) | **MDL NO. 2741** |
| **LIABILITY LITIGATION,** | ) | **Case No. 3:16-md-02741-VC** |
| | ) | **3:20-cv-00168-VC** |
| | ) | **Hon.: VINCE CHHABRIA** |
| | ) | |
| | / | |

**This Document Relates To:**
*Matthus-Shelton v. Monsanto,* **No. 3:20-cv-00168-VC**

## AFFIRMATION IN SUPPORT OF PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT PURSUANT TO LCR 7.5

I, Jerard M. Scanland, do hereby declare and state:

1. I am over the age of 18 and have personal knowledge of the facts contained within this declaration and, if called to testify at trial or a hearing in this matter, I can testify competently to the facts contained herein.

2. I am a partner at Mussin & Scanland, PLLC and since 2020, I have represented Plaintiff Adrine Hann in the instance Roundup MDL.

3. I am involved in other MDL matters currently pending in Indiana.

4. The Plaintiff's cause of action was placed with Ken Finberg. The Plaintiff's matter was deficient, and Plaintiff's Counsel has having difficulty locating the medical records requested by Ken Finberg as the documents requested were from 2013.

5. There has been no decision received from Ken Finberg regarding whether Plaintiff's matter qualifies for the Settlement Program.

6. At the time Defendant filed it's Motion, Plaintiff's matter was still pending with the Ken Finberg.

7. I have examined the contents of the Motion and the contents of the Motion are true and correct to the best of my information knowledge and belief.

Dated: January 27, 2023

_____
**JERARD M. SCANLAND ESQ**

_____
Jean M. Izzolena, Notary Public

Subscribed and sworn to me on this 27th, day of January 27, 2023 Jerard M. Scanland appeared before and signed the within document.

JEAN M. IZZOLENA
Notary Public, State of Michigan
County of Wayne
My Commission Expires Jun. 15, 2025
Acting in the County of Wayne

My Commission Expires On June 15, 2025

Acting in Wayne County

State of Michigan