# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION, ) <br> ) <br> ) <br> ) <br> _____/ | MDL NO. 2741 <br> Case No. 3:16-md-02741-VC <br> 3:20-cv-00168-VC <br> Hon.: VINCE CHHABRIA |

## CERTIFICATE OF SERVICE

I Jerard M. Scanland, being first duly deposed and sworn, deposes and swears under the penalty of perjury that he cause to be served on Defendant's Counsel, Plaintiff's Motion To Set Aside Judgment via the Court's e-file system. Service occurred on January 27, 2023.

Dated: January 27, 2023

_____
**JERARD M. SCANLAND (P74992)**