UNTED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 16-md-02741-VC |
| Thomas Moore | |

**PLAINTIFF'S ASSENTED TO MOTION TO WITHDRAW AS COUNSEL AND DISMISS CASE**

NOW COMES the Plaintiff in the above matter, Thomas Moore, by and through his counsel of record, Paula S. Bliss of the firm of Bernheim Kelley Battista Bliss and states as follows:

1. This case was originally filed in the United States District Court for the District of New Hampshire on April 22, 2020 and assigned case number 1:20-cv-00491-JL.

2. On May 6, 2020, the case was transferred by the United States Judicial Panel on Multidistrict Litigation to the United States District Court for the Northern District of California by John W. Nichols, Clerk of the Panel, MDL No. 2741, Case No. 16-md-02741-VC.

3. On July 12, 2022, Plaintiff's Counsel filed a Notice of Appearance on behalf of the Plaintiff, Thomas Moore.

4. On November 14, 2022, Plaintiff verbally advised his counsel that he does not wish to proceed with this matter as it is too stressful and he is already very stressed out treating for his cancer, his Dad just very recently passing, and he just does not want the extra stress.

5. On November 14, 2022, Defendant's counsel, Anthony R. Martinez of Shook Hardy Bacon consented to Plaintiff's counsel's withdrawal with consent to dismissal with prejudice with each side to bear their own costs.

6. On November 19, 2022 Plaintiff's counsel secured in writing Plaintiff's desire to dismiss Paula S. Bliss and the firm of Bernheim Kelley Battista Bliss and Joseph Swartz of the law firm of Swartz & Swartz as his representatives and to dismiss the case at hand from the docket.

WEREFORE, Plaintiff's Counsel, Paula S. Bliss and the firm of Bernheim Kelley Battista Bliss and Joseph Swartz of Swartz & Swartz respectfully request that:

1. Plaintiff's counsels be dismissed as counsel; and

2. This case be dismissed from the docket with prejudice with all parties to bear their own costs.

DATED: 1/27/2023                                         BERNHEIM KELLEY BATTISTA BLISS

/s/ Paula S. Bliss
Attorney for the Plaintiffs
4 Court Street, Plymouth, MA 02360
Telephone: 617-865-3652
Fax:         617-830-0712
Email: pbliss@realjustice.com

And

SWARTZ & SWARTZ, P.C.

/s/ Joseph Swartz
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
Telephone: 617-742-1900

CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I electronically filed the attached Plaintiff's Assented to Motion to Withdraw as Counsel and Dismiss on behalf of the Plaintiff with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

BERNHEIM KELLEY BATTISTA BLISS

/s/ Paula S. Bliss
Attorney for the Plaintiffs
4 Court Street, Plymouth, MA 02360
Telephone: 617-865-3652
Fax:         617-830-0712
Email: pbliss@realjustice.com