

### BERNHEIM KELLEY BATTISTA & BLISS

I, Thomas Moore, of Alton, New Hampshire hereby declare that I have of my own accord, after having the opportunity to discuss my case with my attorney but decline to do so, request and instruct Bernheim Kelley Battista Bliss and Swartz & Swartz to withdraw/dismiss my case against Round Up from the Court and withdraw their representation of me. I understand that by signing this instruction, I will no longer have a case against Round Up.

Nov. /9 2022
Date

Thomas M Moore
Thomas Moore

FORT LAUDERDALE, FL · MIAMI, FL · STARKE, FL · JACKSONVILLE, FL · PLYMOUTH, MA · BOSTON, MA

PLEASE REPLY TO: 4 COURT STREET, PLYMOUTH, MA 02360

T: (617) 865-3652   Fax: (617) 830-0712