## UNTED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 16-md-02741-VC |
| Thomas Moore | |

### STIPULATION OF DISMISSAL AND PROPOSED ORDER

Plaintiff Thomas Moore and Defendant Monsanto Company hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney fees and costs.

DATED: 1/27/2023

BERNHEIM KELLEY BATTISTA BLISS

/s/ Paula S. Bliss
Attorney for the Plaintiffs
4 Court Street, Plymouth, MA 02360
Telephone: 617-865-3652
Fax:          617-830-0712
Email: pbliss@realjustice.com

And

SWARTZ & SWARTZ, P.C.

/s/ Joseph Swartz
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
Telephone: 617-742-1900
*Attorneys for the Plaintiff*

1

SHOOK HARDY & BACON

/s/ Anthony Martinez
Attorney for the Defendant
2555 Grand Blvd
Kansas City, M) 64108
Telephone: 618-474-6550
Fax:         816-421-5547
Email:  amartinez@shb.com

Order of Dismissal

Pursuant to the Motion and Stipulation of the Parties Under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action and parties, with each bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED:

_____