UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| This document relates to: | |
| *William Travis Joiner v. Monsanto Co.*, Case No.: 3:20-cv-03828-VC | |

**Unopposed Motion to Move Case to Wave VII**

Plaintiff, Dianna Joiner, without opposition from Defendant Monsanto Company – respectfully requests the Court move this case from Wave VI to Wave VII:

1. Mr. Travis Joiner, initially named Plaintiff was an included case in Wave VI.

2. On November 15, 2022, Plaintiff's counsel moved to substitute Mr. Joiner for Mrs. Diana Joiner due to the fact Mr. Joiner suffered multiple strokes. That motion was granted.

3. Presently, Mr. Joiner is now in hospice care and Mrs. Joiner.

4. Counsel for Joiner met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Dianna Joiner, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave VI to Wave VII.

Dated: January 27, 2023

Respectfully submitted,

IRPINO, AVIN & HAWKINS LAW FIRM

*/s/ Pearl Robertson*
Pearl Robertson (LA Bar# 34060)
2216 Magazine Street
New Orleans, LA 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
probertson@irpinolaw.com

*Counsel for Plaintiff*

*/s/ Curtis R. Joseph, Jr.*
Curtis R. Joseph (LA Bar# 26944)
Blanchard, Walker, O'Quin & Roberts
Regions Tower
333 Texas Street, Suite 700
Shreveport, LA 71101
Telephone: (318) 221-6858
Facsimile: (318) 227-2967
cjoseph@bwor.com

*Co-Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

   */s/ Pearl Robertson*