UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII** |
| *William Travis Joiner v. Monsanto Co.*, Case No.: 3:20-cv-03828-VC | |

Plaintiff's motion to move the case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**

Dated:

_____