**SCHULER, HALVORSON, WEISSER, ZOELLER OVERBACK, P.A.**
Eric Christopher Hayden
Richard D. Schuler
1615 Forum Place, Suite 4D
West Palm Beach, FL 33401
Telephone:    (561(689-8180
Facsimile:    (833) 969-0199
Email: ehayden@shw-law.com
         rschuler@shw-law.com

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
Email: jstubbs@shb.com

*Attorneys for Defendants Monsanto Company and Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Anthony Perillo v. Monsanto Co. et al.*,<br>Case No. 3:21-cv-02550-VC | |

**STIPULATION AND NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE AS TO BAYER ENTITIES**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Bayer Corporation and Monsanto Company, by and through their undersigned

counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiff), as to Bayer Corporation only, with each party to bear his or its own attorneys' fees and costs.

Defendant Bayer AG has not been served with the Summons and Complaint in this case and has not served an answer or motion for summary judgment. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice this lawsuit (including all claims asserted by Plaintiff), as to Bayer AG only, with each party to bear her or its own attorneys' fees and costs.

For the avoidance of doubt, this filing dismisses only Plaintiff's claims against Bayer Corporation and Bayer AG, so Plaintiff's other claims and this lawsuit remain pending.

Respectfully submitted this 30th day of January, 2023.

| | |
|---|---|
| **SCHULER, HALVORSON, WEISSER, ZOELLER OVERBACK, P.A.** | **SHOOK, HARDY & BACON L.L.P.** |
| */s/Eric Christopher Hayden* | */s/Jennise W. Stubbs* |
| Eric Christopher Hayden | Jennise W. Stubbs |
| Richard S. Schuler | 600 Travis Street, Suite 3400 |
| 1615 Forum Place, Suite 4D | Houston, TX 77002-2926 |
| West Palm Beach, FL 33401 | Telephone:   (713) 227-8008 |
| Telephone:   (561(689-8180 | Facsimile:   (713) 227-9508 |
| Facsimile:   (833) 969-0199 | Email: jstubbs@shb.com |
| Email: ehayden@shw-law.com | |
|            rschuler@shw-law.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Monsanto Company and Bayer Corporation* |

# **ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Jennise Stubbs, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*/s/Jennise Stubbs*
Jennise Stubbs

STIPULATION AND NOTICE OF DISMISSAL
WITHOUT PREJUDICE AS TO BAYER ENTITIES