UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2741 |
| _____ | ) ) | **UNOPPOSED MOTION TO MOVE CASES TO WAVE VI** |
| This document relates to: | ) ) ) | |
| Richard Canning et al. v. Monsanto Co., Case No. 3:19-cv-04230 | ) ) ) | |

---

## UNOPPOSED MOTION TO MOVE CASES TO WAVE VI

Plaintiffs, without opposition from Defendant Monsanto Company, respectfully requests the Court to move the above listed case from Wave V to Wave V1:

1. Plaintiffs' counsel and Defense counsel continue to conduct relevant discovery and seek additional records that cannot be obtained within the fact discovery timeframe outlined in Wave V.

2. Counsel for Plaintiffs met and conferred with counsel for Monsanto.  Plaintiffs believe the best course of action would be to move these cases to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave V to Wave VI.

DATED: January 31, 2023

Respectfully submitted,

*/s/David Bricker*
David Bricker, Esq.
**THORNTON LAW FIRM LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676

David C. Strouss, BBO#546253
Evan R. Hoffman, BBO# 678975
Jasmine M. Howard, BBO#698130
**THORNTON LAW FIRM LLP**
One Lincoln St., 13th Fl.
Boston, MA  02111
(617) 720-1333

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 31st day of January, 2023, the foregoing Motion to Move to Wave VI was served by electronic mail upon the following counsel for Defendant Monsanto.

Respectfully submitted,

*/s/David Bricker*
David Bricker, Esq.
**THORNTON LAW FIRM LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676

David C. Strouss, BBO#546253
Evan R. Hoffman, BBO# 678975
Jasmine M. Howard, BBO#698130
**THORNTON LAW FIRM LLP**
One Lincoln St., 13th Fl.
Boston, MA  02111
(617) 720-1333

*Attorneys for Plaintiffs*