**PECK BAXTER WATKINS & BAILEY, LLC**
Nathan A. Duncan
399 North Main Street, Suite 300
Logan, Utah 84321
Telephone:     (435) 787-9700
Facsimile:      (435) 787-2455
Email: nduncan@peckbaxter.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Courtney Zollinger v. Monsanto Company et al.*, Case No. 3:21-cv-04472-VC | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO CLAIMS AGAINST BAYER AG**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Courtney Zollinger, hereby dismisses all of her claims against Bayer AG without prejudice. Bayer AG has not yet answered or moved for summary judgment, and this notice of dismissal is, therefore, "effective on filing." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

For the avoidance of doubt, this filing dismisses only Plaintiff's claims against Bayer AG, so Plaintiff's other claims and this lawsuit remain pending.

Respectfully submitted,

**PECK BAXTER WATKINS & BAILEY, LLC**

<u>/s/Nathan A. Duncan</u>
Nathan A. Duncan
399 North Main Street, Suite 300
Logan, Utah 84321
Telephone:   (435) 787-9700
Facsimile:    (435) 787-2455
Email:         nduncan@peckbaxter.com

***Attorney for Plaintiff***