UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Watson v. Monsanto*,<br>Case No. 18-cv-2100-VC<br><br>*Smith v. Monsanto*,<br>Case No. 18-cv-3757-VC | **ORDER GRANTING MOTIONS TO SET ASIDE JUDGMENT**<br>Re: Dkt. Nos. 16, 22 (*Watson*);<br>    Dkt. Nos. 13, 19 (*Smith*) |

The Ninth Circuit has remanded *Watson* and *Smith* for the limited purpose of allowing this Court to resolve the plaintiffs' motions to set aside judgment. The plaintiffs' motions are granted for the reasons stated in the December 5, 2022 indicative ruling.

The judgments against Watson and Smith are vacated, and the Clerk is directed to reopen these cases. Counsel for Monsanto and for the lead plaintiffs are ordered to work with counsel for Watson and Smith to ensure that a litigation schedule is developed for these cases, and to ensure that Watson and Smith participate promptly in the mediation program.

**IT IS SO ORDERED.**

Dated: February 1, 2023

VINCE CHHABRIA
United States District Judge