1  MORRIS, MANNING & MARTIN, LLP
   Robert P. Alpert – GA Bar #013635
2  rpa@mmmlaw.com
   Jeffrey K. Douglass – GA Bar #227523
3  jkd@mmmlaw.com
4  1600 Atlanta Financial Center
   3343 Peachtree Road NE
5  Atlanta, GA 30326
6  Telephone: (404) 504-7692
   Facsimile: (404) 365-9532
7

8  GOODMAN NEUMAN HAMILTON LLP
   Joshua S. Goodman – State Bar #116576
9  jgoodman@gnhllp.com
   Ruta Paskevicius – State Bar #127784
10 rpaskevicius@gnhllp.com
11 One Post Street, Suite 2100
   San Francisco, CA 94104
12 Telephone: (415) 705-0400
13 Facsimile: (415) 705-0411

14 Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
15

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

| 19 | IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. MDL No. 2741 |
|---|---|---|
| 20 | This document relates to: | Case No. 3:20-cv-03114-VC |
| 21 | *Hollander v. Monsanto Company et al* | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HOME DEPOT U.S.A., INC.** |
| 22 | Case No. 3:19-cv-07005-VC | |

24

25        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and

26 Defendants Home Depot U.S.A., Inc. and Monsanto Company, by and through their undersigned

27 counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all

28

STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF *Hollander* LAWSUIT AS TO DEF. HOME DEPOT
CASE NO.  3:20-cv-03114-VC

claims asserted by Plaintiff), as to Defendant Home Depot U.S.A., Inc. only, with each party to bear her, his, or its own attorneys' fees and costs.

DATED: February 1, 2023  **WAGSTAFF LAW FIRM**

By: */s/ Tara King*
Tara King
*Attorneys for Plaintiff*
*Michael Hollander*

DATED: February 1, 2023  **GOODMAN NEUMAN HAMILTON LLP**

By: */s/ Joshua S. Goodman*
Joshua S. Goodman
*Attorneys for Defendant*
*Home Depot U.S.A., Inc.*

DATED: February 1, 2023  **SHOOK HARDY & BACON LLP**

By: */s/ Anthony Martinez*
Anthony Martinez
*Attorneys for Defendant*
*Monsanto Company*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Joshua Goodman, attest that all signatories listed above, and on whose behalf this stipulation is submitted, concur in and have authorized the filing.

*/s/ Joshua S. Goodman*
Joshua S. Goodman
GOODMAN NEUMAN HAMILTON LLP

*Attorneys for Defendant Home Depot U.S.A., Inc.*