**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Mario and Barbara Putzrath v. Monsanto Company*,<br>3:19-cv-03786-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO SUBSTITUTE PARTIES AND AMEND COMPLAINT**<br><br>**Hearing:**<br>Date: March 2, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 4 |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Opposition to Plaintiff's Motion to Substitute Parties and Amend Complaint. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of Federal Rules of Civil Procedure Form 9 - Statement Noting a Party's Death.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 2, 2023, at Santa Monica, California.

_____
Jed P. White

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Jed P. White*
Jed P. White

# EXHIBIT A

FEDERAL RULES OF CIVIL PROCEDURE 108

**Form 9. Statement Noting a Party's Death.**

(Caption – See Form 1.)

In accordance with Rule 25(a) <u>*name the person*</u>, who is [a party to this action] [a representative of or successor to the deceased party] notes the death during the pendency of this action of <u>*name*</u>, [<u>*describe as party*</u> in this action].

(Date and sign – See Form 2.)