**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **Case No. 16-MD-2741-VC** |
| **THIS DOCUMENT RELATES TO** | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE V** |
| **Bundy v. Monsanto, et al. 20-cv-06345-VC** _____/ | |

Plaintiff's motion to move the case from Wave V to Wave VI is granted.

**IT IS SO ORDERED.**

**Dated:** _____

_____

01680918-1