UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Paul Schrag, v. Monsanto Company, et al.*, Case No. 3:22-cv-08888-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**<br>**(CIV. L.R. 6)** |

Pursuant to Local Civil Rule 6-3, Defendant The Scotts Company LLC ("Defendant") hereby submits this Unopposed Motion to Extend Time for Reply Brief in Support of Motion to Dismiss by seven days, making the deadline **February 16, 2023**. In support of this motion, Defendant states as follows:

1. Plaintiff filed the Complaint on November 9, 2022.

2. Plaintiff and Defendant stipulated pursuant to Local Civil Rule 6-1(a) to extend Defendant's time to answer or otherwise respond to Plaintiff's Complaint until January 19, 2023.

3. Defendant filed its Motion to Dismiss on January 19, 2023.

4. Plaintiff filed its Opposition to Defendant's Motion to Dismiss on February 2, 2023.

5. Defendant's current deadline to file its Reply is February 9, 2023.

6. Defendant requests a short seven-day extension given the issues raised in the opposition and that Defendant's lead counsel is travelling for four of the seven

1

        days and preparing for an expedited arbitration hearing two of the remaining days prior to the initial deadline of February 9, 2023.

7. The Parties have conferred and Plaintiff does not oppose a seven-day extension for Defendant to file its Reply.

8. The Reply brief would be filed within 14 days of the noticed hearing, for March 2, 2023, and would therefore not affect the schedule for the case.

Defendant thus submits this unopposed request for an order extending Defendant's time to file its Reply in Support of Its Motion to Dismiss by seven days, thus making the deadline **February 16, 2023.**

Dated: February 3, 2023                           Respectfully submitted,

/s/ *Jeffrey J. Jones*
Stephanie Dilworth (SBN 342109)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Tel:  (415) 626-3939
Fax:  (415) 875-5700
sdilworth@jonesday.com

Jeffrey J. Jones (*pro hac vice*)
Margaret M. Dengler (*pro hac vice*)
JONES DAY
150 West Jefferson, Suite 2100
Detroit, Michigan 48226
Tel:  (313) 733-3939
Fax:  (313) 230-7997
jjjones@jonesday.com
mdengler@jonesday.com

*Counsel for The Scotts Company LLC*

## CERTIFICATE OF SERVICE

I certify that on the February 3, 2023, I electronically filed the foregoing UNOPPOSED MOTION TO EXTEND TIME FOR REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Jeffrey J. Jones*
Jeffrey J. Jones

*Counsel for The Scotts Company LLC*