# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Roundup Products Liability Litigation*<br><br>Related to:<br><br>*Robert Joseph v. Monsanto Co.*,<br>Case No. 3:19-cv-04578-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

COMES NOW D. Michael Noonan, counsel for the Plaintiff, Robert Joseph, hereby requests the Court's leave to withdraw as counsel pursuant to N.D. Cal L.R. 11-5 and Rule 1.16(b)(1) of the California Rules of Professional Conduct. In support of this Motion, counsel states as follows:

1. Rule 1.16(a)(4) of the California Rules of Professional Conduct requires counsel to withdraw following discharge by the client.

2. Local Rule 11-5 further requires that counsel provide written notice to the Court, client, and other parties before relief will be granted.

3. On August 17, 2018, the Plaintiff retained the undersigned counsel to represent him in a lawsuit initially filed in the District of New Hampshire, seeking damages pertaining to his Round-up use.

4. On July 25, 2019, the Plaintiff's case was transferred to the Northern District of California pursuant to the Judicial Panel on Multidistrict Litigation's Conditional Transfer Order No. 144.

5. After investigation and consideration of the Plaintiff's claim, undersigned counsel determined that the Plaintiff's claim lacked merit and would not result in economical

recovery. As a result, the Plaintiff asked the undersigned counsel to withdraw. On May 11, 2020, counsel confirmed withdrawal via letter to the Plaintiff.

6. The undersigned counsel provided notice of intent to withdraw to opposing counsel on December 20, 2022 and notice to the Special Master in charge of settlements on December 22, 2022.

7. Because the requirements of Rule 1.16(b)(1) and L.R. 11-5 have been met, the undersigned respectfully requests leave to withdraw as counsel on this matter.

WHEREFORE, the undersigned counsel for the Plaintiff respectfully requests:

    A.    The leave of the Court to withdraw as Robert Joseph's counsel on this matter; and

    B.    A Court order affirming the same.

Respectfully submitted,

Dated: January 31, 2023

/s/ D. Michael Noonan
D. Michael Noonan, #8214
*Attorney for Plaintiff*
mnoonan@shaheengordon.com
Shaheen & Gordon, P.A.
353 Central Avenue
P.O. Box 977
Dover, NH 03821-0977
(603) 749-5000