**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER | MDL No. 2741 |
| | | Master Docket Case No. 16-md-02741-VC |

THIS DOCUMENT RELATES TO:

CASE NUMBER: 3:21-CV-5971

DIETER FLEISCHHAUER
SUSAN LYNN FLEISCHHAUER,                                    Plaintiff(s)

v.

MONSANTO COMPANY                                    Defendant(s)

**(PROPOSED) ORDER ON REQUEST FOR**
**APPROVAL OF SUBSTITUTION OR**
**WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

Dieter and Susan Lynn Fleischhauer          ☒ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

to substitute Edward A. Wallace, Esq. _____ who is

☒          Retained Counsel          ☐ Counsel appointed by the Court (Criminal cases          ☐ Pro Se

150 N. Wacker Dr., Suite 1100 _____
*Street Address*

Chicago, IL 60606 _____          eaw@wallacemiller.com _____
*City, State, Zip*                                                    *E-Mail Address*

(312) 261-6193 _____          (312) 275-8174 _____          6230475 _____
*Telephone Number*                    *Fax Number*                    *State Bar Number*

as attorney of record instead of Carolyn S. Daley _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**          ☒ **GRANTED**          ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated          February 3, 2023 _____          _____
                                                    U. S. District Judge