**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ROBIN HAYES and PATRICK HAYES           Plaintiff(s)<br>v.<br>MONSANTO COMPANY                                     Defendant(s) | CASE NUMBER   MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>3:21-CV-5398<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

__Robin and Patrick Hayes__                 ☒ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

to substitute __Edward A. Wallace, Esq.__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases)   ☐ Pro Se

__150 N. Wacker Dr., Suite 1100__
*Street Address*

__Chicago, IL 60606__                              __eaw@wallacemiller.com__
*City, State, Zip*                                       *E-Mail Address*

__(312) 261-6193__           __(312) 275-8174__           __6230475__
*Telephone Number*        *Fax Number*                 *State Bar Number*

as attorney of record instead of __Carolyn S. Daley__

*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   __February 3, 2023__                                  _____/s/_____
                                                                                   U. S. District Judge

G–01 ORDER (09/17)            ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY