Daniel E. P. Bausher (PA Bar No. 29980)
STEVENS & LEE, P.C.
111 North Sixth Street
Reading, PA 19603
Telephone: (610) 478-2207
Facsimile: (610) 988-0802
Email: daniel.bausher@stevenslee.com

*Attorneys for Petitioner, Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, and Renae L. Kirsch, individually, in her own right*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : MDL NO. 2741 <br> : <br> : CASE NO. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | : |
| *Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, deceased, et al. v. Monsanto Co.,* Case No. 3:18-cv-00064-VC | : **NOTICE OF WITHDRAWAL** <br> : **OF COUNSEL** |

-1-

**TO: CLERK OF THE ABOVE-ENTITLED COURT and ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, attorney Daniel E. P. Bausher requests to be withdrawn as counsel for Renae L. Kirsch in this case, as Case No. 3:18-cv-00064-VC settled pursuant to the Court Order of November 17, 2021. Further, Attorney Bausher requests he be removed from the electronic service list.

Dated: February 6, 2023

Respectfully submitted,

By: _____
Daniel E. P. Bausher (PA Bar No. 29980)
**Stevens & Lee, P.C.**
111 North Sixth Street
Reading, PA 19603
Telephone: (610) 478-2207
Facsimile: (610) 988-0802
Email: daniel.bausher@stevenslee.com

*Attorneys for Petitioner, Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, and Renae L. Kirsch, individually, in her own right*

SO ORDERED, this _____ day of February 2023.

_____
VINCE CHHABRIA
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on February 6, 2023, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

_____
Daniel E. P. Bausher