John Lawrence Ackley
NELSON MULLINS RILEY & SCARBOROUGH LLP
john.ackley@nelsonmullins.com
5830 Granite Parkway, Suite 1000
Plano, TX 75024
Telephone: (469) 484-6274
Facsimile: (469) 828-7217

Attorney for Defendant
Monsanto Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| ------------------------------------------------ | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| The Main MDL Docket | |

PLEASE TAKE NOTICE that John Lawrence Ackley of Nelson Mullins Riley & Scarborough LLP hereby withdraws as counsel of record for Monsanto Company. This notice of withdrawal does not impact any other attorneys for Nelson Mullins Riley & Scarborough LLP, and is solely for Mr. Ackley. All pleadings, orders, and other papers should continue to be served on Nelson Mullins Riley & Scarborough LLP.

Dated: February 6, 2023

Respectfully submitted,
NELSON MULLINS RILEY &
SCARBOROUGH LLP

By: */s/ John L. Ackley*
John L. Ackley

Attorney for Defendant
Monsanto Company