UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| *This document relates to:* | Case No. 16-md-02741-VC |
| *Estate of Robert Hammons v Monsanto Co,* Case No. 3:22-CV-5286 | |

## MOTION TO AMEND COMPLAINT

Pursuant to CR 15 Plaintiff, by counsel, moves the Court for leave to amend the Complaint filed herein. Plaintiff states that discovery to date has revealed that Bayer Corporation is the incorrect Defendant, and that the correct Defendant is Monsanto Company, as the claims arise out of the same factual circumstances asserted in the Complaint. As leave to amend pleadings "shall be freely given when justice so requires," (*Id.*), Plaintiff requests the Court to enter the attached Order.

Respectfully Submitted,

ANDERSON & VAUGHN, PLLC

 */s/ Liddell Vaughn*
**Liddell Vaughn**
PO Box 517
Louisville, Kentucky 40203
(502) 637-3335 Telephone
E: lv@avaattorneys.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

      It is hereby certified that a true and accurate copy of the foregoing was electronically served and mailed this 6th day of February 2023 to:

Jennie Walker Stubbs
Ryan S. Killian
*Shook, Hardy& Bacon L.L.P.*
600 Travis St., Ste 3400
Houston, TX 77002
E:  jstubbs@shb.com
     rkillian@shb.com


Carol Dan Browning
Stites & Harbison, PLLC
400 W. Market St., Ste. 1800
Louisville, KY 40202
E: cbrowning@stites.com



                                     */s/ Liddell Vaughn*
                                     **Liddell Vaughn**