**MOONEYHAM BERRY, LLC**
Joe Mooneyham
Post Office Box 8359
Greenville, SC 29604
Telephone:    (864) 421-0036
Facsimile:    (864) 421-9060
Email: joe@mbllc.com

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
Email: jstubbs@shb.com

*Attorneys for Defendants Monsanto Company and Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*John M. Cann v. Monsanto Co. et al.*,<br>Case No. 3:22-cv-00306-VC | |

**STIPULATION AND NOTICE OF DISMISSAL
WITHOUT PREJUDICE AS TO BAYER ENTITIES**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Bayer Corporation and Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including

STIPULATION AND NOTICE OF DISMISSAL
WITHOUT PREJUDICE AS TO BAYER ENTITIES

- 2 -

all claims asserted by Plaintiff), as to Bayer Corporation only, with each party to bear his or its own attorneys' fees and costs.

Defendant Bayer AG has not been served with the Summons and Complaint in this case and has not served an answer or motion for summary judgment. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice this lawsuit (including all claims asserted by Plaintiff), as to Bayer AG only, with each party to bear her or its own attorneys' fees and costs.

For the avoidance of doubt, this filing dismisses only Plaintiff's claims against Bayer Corporation and Bayer AG, so Plaintiff's other claims and this lawsuit remain pending.

Respectfully submitted this 6th day of February, 2023.

| | |
|---|---|
| **MOONEYHAM BERRY, LLC** | **SHOOK, HARDY & BACON L.L.P.** |
| */s/Joe Mooneyham* | */s/Jennise W. Stubbs* |
| Joe Mooneyham | Jennise W. Stubbs |
| Post Office Box 8359 | 600 Travis Street, Suite 3400 |
| Greenville, SC 29604 | Houston, TX 77002-2926 |
| Telephone: (864) 421-0036 | Telephone: (713) 227-8008 |
| Facsimile: (864) 421-9060 | Facsimile: (713) 227-9508 |
| Email: joe@mbllc.com | Email: jstubbs@shb.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Monsanto Company and Bayer Corporation* |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Jennise Stubbs, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*/s/Jennise Stubbs*
Jennise Stubbs

- 3 -
STIPULATION AND NOTICE OF DISMISSAL
WITHOUT PREJUDICE AS TO BAYER ENTITIES