UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. MDL No. 3:16-md-02741-VC ) |
| This document relates to: *Jesse R. Adams, III, et al. v. Monsanto Co.*, Case No. 3:20-cv-04746-VC | ) ) ) ) ) ) ) ) |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

Plaintiff, Jesse R. Adams, III, without opposition from Defendant, Monsanto Company, respectfully requests the Court to move his case from Wave V to Wave VII.

1. Mr. Adams's case is part of Wave V.

2. Plaintiff has responded to Defendant's discovery and the depositions of Plaintiff, his wife, and hi oncologist have been timely completed. Despite the diligent efforts of the parties, additional time is needed to complete discovery.

3. Counsel for plaintiff has met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Jesse R. Adams, III, without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave V to Wave VII.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on 7th day of February, 2023 and was provided via e-service to Anthony R. Martinez, Esq., Shook, Hardy & Bacon, L.L.P., 2555 Grand Blvd., Kansas City, MO 64108 (amartinez@shb.com).

    Respectfully submitted,

    */s/ John D. Sileo*
    John D. Sileo (La. Bar No.: 17797)
    320 North Carrollton Avenue, Suite 101
    New Orleans, Louisiana 70119
    (504) 486-4343 – Telephone
    (504) 297-1249 – Facsimile
    jack@johnsileolaw.com