UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jesse R. Adams, III, et al. v. Monsanto Co.*, Case No. 3:20-cv-04746-VC | ) MDL No. 2741<br>)<br>) Case No. MDL No. 3:16-md-02741-VC<br>)<br>) |

**ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII**

Plaintiff's motion to move the case from Wave V to Wave VII is granted.

IT IS SO ORDERED.

DATED: _____

_____
DISTRICT JUDGE