UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Documents Relates to:<br><br>*Helen and Charles Bourgeois v. Monsanto Co., et al*<br>Docket No: 3:19-cv-03325-VC | MDL No. 2741<br><br>Case No: 3:16-md-02741-VC |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiffs, Helen and Charles Bourgeois, files this Suggestion of Death into the Record. Plaintiffs, Helen Bourgeois passed away from severe protein calorie malnutrition and Charles Bourgeois passed away from congestive heart failure. A Motion for Substitution of Parties is being field contemporaneously by their surviving children and heirs, Charleen B. Nelthropp, Andrea Hardin and Jeanne Bourgeois, individually as heirs of the Helen and Charles Bourgeois estates.

Respectfully submitted,

By: /s/ D. Blayne Honeycutt
D. Blayne Honeycutt (La Bar Roll No. 18264)
**FAYARD & HONEYCUTT, APC**
519 Florida Avenue, SW
Denham Springs, LA 70726
Office Phone: (225) 664-4193
Email: dbhoneycutt@fayardlaw.com
*Counsel for Helen and Charles Bourgeois*

## CERTIFICATE OF SERVICE

I hereby certify that on 8th day of February, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

<em>/s/ D. Blayne Honeycutt</em><br>D. BLAYNE HONEYCUTT