# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:**

**STATE FILE NUMBER:** 2021-024-00976

**8186153**

| DECEDENT | | | |
|---|---|---|---|
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH | DATE OF DEATH | TIME OF DEATH |
| BOURGEOIS JR , CHARLES ARISTIDE | 12/08/1931 | 06/19/2021 | 08:05 AM |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SEX | SOCIAL SECURITY NUMBER | AGE |
| NEW ORLEANS, LA UNITED STATES | MALE | 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 | 89 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX) | | | |

| PERSONAL | | | |
|---|---|---|---|
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | WITHIN CITY LIMITS? | PARISH/COUNTY |
| 333 LEE DR. - APTISTE E378 , BATON ROUGE, LA 70808 UNITED STATES | | YES | EAST BATON ROUGE |
| EVER IN U.S. ARMED FORCES? | OCCUPATION | INDUSTRY OF OCCUPATION | |
| YES | DIRECTOR OF STATE RESOURCES | STATE GOVERNMENT | |
| MARITAL STATUS | | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | |
| MARRIED | | VALENTINE, HELEN MAREE | |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | |
| BOURGEOIS SR , CHARLES ARISTIDE | NEW ORLEANS, LA UNITED STATES | | |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | |
| WALSDORF, GERTRUDE VIVIAN | NEW ORLEANS, LA UNITED STATES | | |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | INFORMANT'S ADDRESS | |
| BOURGEOIS, HELEN MAREE | WIFE | 333 LEE DR. - APTISTE E378 , BATON ROUGE, LA 70808 UNITED STATES | |

| DEATH INFO | | |
|---|---|---|
| EDUCATION: BACHELOR'S DEGREE (E.G. BS, AB, BA) | | |
| OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | | |
| RACE: WHITE | | |
| PLACE OF DEATH | | FACILITY NAME |
| DECEDENT'S HOME | | |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | PARISH/COUNTY |
| 333 LEE DR. - APTISTE E378 , BATON ROUGE, LA 70808 UNITED STATES | | EAST BATON ROUGE |

| DISPOSITION | | |
|---|---|---|
| METHOD OF DISPOSITION | PLACE OF DISPOSITION | |
| CREMATION | EVERGREEN CREMATORY | |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | | DATE OF DISPOSITION |
| DENHAM SPRINGS, LA UNITED STATES | | 06/25/2021 |

| FUNERAL FACILITY | | |
|---|---|---|
| FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY | |
| SEALE FUNERAL SERVICE, INC. - DENHAM SPRINGS | 1720 S. RANGE AVE. , DENHAM SPRINGS, LA 70726 UNITED STATES | |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
| SCHEXNAYDRE, TRACY | U1457 | Y |
| SIGNATURE OF FUNERAL DIRECTOR | | DATE: 8/29/2021 |
| *e-sign* | | |

| MEDICAL INFO | | | | |
|---|---|---|---|---|
| MANNER OF DEATH | NATURAL | | | |
| IF FEMALE? | NOT APPLICABLE | | | |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO | | | |

| CAUSE OF DEATH | | | |
|---|---|---|---|
| PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | | APPROXIMATE INTERVAL: Onset to Death |
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. CONGESTIVE HEART FAILURE | | UKN |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | | |
| | d. | | |
| PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | | | |

| INJURY INFORMATION | | | | | |
|---|---|---|---|---|---|
| WAS AN AUTOPSY PERFORMED? | FINDINGS USED IN DETERMINING CAUSE? | | | | |
| NO | NOT APPLICABLE | | | | |
| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: | |
| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | | PARISH/COUNTY | |
| DESCRIBE HOW INJURY OCCURED | | | | | |

| CERTIFIER | | |
|---|---|---|
| I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED. | | |
| SIGNATURE OF CERTIFIER: | *e-sign* | |
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | CLARK JR, WILLIAM ROGER | DATE: 06/25/2021 |
| CERTIFIER TITLE: CORONER | | |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | |
| 4030 T. H. HERNDON ST. , BATON ROUGE, LA 70807 UNITED STATES | | |

| REGISTRAR | | | |
|---|---|---|---|
| BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
| 427091 | ORLEANS | 06/19/2021 | 06/28/2021 |
| SIGNATURE OF REGISTRAR | DEVIN GEORGE *e-sign* | | |

ISSUED BY: Fitz, Shantan Febricia

Issued On: 06/29/2021 1:53:52 PM



008186153

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT.

DEVIN GEORGE
STATE REGISTRAR


EXHIBIT
B