```
EAST BATON ROUGE PARISH      P-111624
Filed Aug 02, 2022 3:26 PM        30
   Deputy Clerk of Court
E-File Received Aug 02, 2022 1:32 PM
```

IN THE MATTER OF

THE SUCCESSION OF

CHARLES ARISTIDE BOURGEOIS
& HELEN VALENTINE BOURGEOIS

PROBATE NO.         111624-30

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## JUDGMENT OF POSSESSION

Considering the foregoing Petition for Possession and the record of these proceedings, satisfactory proof having been submitted to the Court that there is no further necessity for administration of this succession, the law and evidence entitling petitioners to relief prayed for, and for the reasons this day orally assigned:

IT IS ORDERED, ADJUDGED AND DECREED THAT:

(A.)   Administration of this succession be dispensed with.

(B.)   The following persons are recognized as the legatees in equal portions of *The Succession of Charles Aristide Bourgeois and Helen Valentine Bourgeois*, and are placed in possession of their respective legacies as enumerated below.

   1.)   **Charleen B. Nelthropp**: 1/3 of remaining succession funds, being approximately: $105,000.00

   2.)   **Andrea Bourgeois**: 1/3 of remaining succession funds, being approximately: $105,000.00

   3.)   **Jeanne Bourgeois**: 1/3 of remaining succession funds, being approximately: $105,000.00

   4.)   **Charleen B. Nelthropp, Andrea Bourgeois, and Jeanne Bourgeois:
         Roundup Products Liability Litigation, MDL., No. 2741 (N.D. Cal.)**

(C.)   All banks, trust companies, insurance companies, and all other persons, partnerships, unincorporated associations, or corporations having on deposit, or in their possession, or under their control, any money, credit, stocks, dividends, bonds, or other property depending upon or belonging to the succession of decedents are required by law to deliver same to the heirs and legatees in accordance with this Judgment.

(D.)   Final accounting is hereby waived, and NANCY MOROVICH DENAULT is discharged from any further duties as Independent Executrix.

THUS READ, RENDERED AND SIGNED, this __08__ day of __September__, 2022, in chambers, at Baton Rouge, Louisiana.

_____
HON. TARVALD A. SMITH
JUDGE, 19th JUDICIAL DISTRICT COURT


Certified True and
Correct Copy
CertID: 2022090900183

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/9/

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



EXHIBIT C

RESPECTFULLY SUBMITTED BY:

AARON ELLIS
ATTORNEY AT LAW, LLC
P.O. Box 1674
Walker, LA 70785
Bar Roll No. 27801
13371 Burgess Ave.
Telephone (225) 333-1361
Telecopier (225) 791-8365
*AaronEllisAttorney@att.net*

Certified True and
Correct Copy
CertID: 2022090900183

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
9/9/2022 8:57 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).