UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| This Documents Relates to: | Case No: 3:16-md-02741-VC |
| *Helen and Charles Bourgeois v. Monsanto Co., et al*<br>Docket No: 3:19-cv-03325-VC | |

**ORDER**

THIS MATTER having come before the Court on Plaintiffs Motion to Substitute Charleen B. Nelthropp, Andrea Hardin and Jeanne Bourgeois individually as the representatives of the Helen and Charles Bourgeois estate, as Plaintiffs in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED**.

Dated: _____

                                                                                                                          Hon. Vince Chhabria
                                                                                                                          United States District Court Judge