**CHAPPELL, SMITH & ARDEN, P.A.**
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Tel:   (803) 929-3600
Fax:   (803) 929-3604

*Attorneys for Plaintiff*
*BARBARA PUTZRATH*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Hearing Date and Time: *Thursday, March 2, 2023* *10:00 AM* |
| *Mario and Barbara Putzrath v. Monsanto Co.*, Case No. 3:19-cv-03786-VC | |

### DECLARATION OF GRAHAM L. NEWMAN IN SUPPORT OF

### MOTION TO SUBSTITUTE PARTIES AND AMEND COMPLAINT

1. I, Graham L. Newman, declare as follows.

2. I am over eighteen years of age and am fully competent to make this Declaration in support of Plaintiff's Motion to Substitute Parties and Amend Complaint. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

3. All statements of fact set forth within the Plaintiff's motion and reply briefing have been true and accurate to the best of my ability.

4. All documentation attached to the Plaintiff's motion and reply briefing have been true and accurate copies of those documents represented within the briefing.

I hereby declare under penalty of perjury under the laws of the State of South Carolina that the foregoing is true and correct. Executed February 9, 2023, at Columbia, South Carolina.

s/ Graham L. Newman
Graham L. Newman
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)
gnewman@csa-law.com

ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2).

s/ Graham L. Newman
Graham L. Newman
CHAPPELL, SMITH & ARDEN, P.A.