# EXHIBIT E

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 208517 | Arabie | Randy | Arabie, Randy | Morris Bart, LLC | CA - N.D. | 3:22-cv-01508 |
| 195572 | Blau | Denise | Blau, Denise | Romanucci & Blandin | CA - N.D. | 3:21-cv-05103 |
| 39246 | Bourgeois | Helen | Bourgeois, Helen | Fayard & Honeycutt | CA - N.D. | 3:19-cv-03325 |
| 46412 | Brogan | Denis | Brogan, Denis | Brown & Crouppen, PC | CA - N.D. | 3:19-cv-05296 |
| 82002 | Brokaw | Jay | Brokaw, Jay | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:19-cv-07395 |
| 38718 | Brumbaugh | Ronald | Brumbaugh, Ronald D. | Domina Law Group pc llo | CA - N.D. | 3:19-cv-03030 |
| 208512 | Callais | Dawn | Callais, Dawn | Morris Bart, LLC | CA - N.D. | 3:22-cv-01752 |
| 40954 | Darst | Daniel | Darst, Daniel Miller | Domina Law Group pc llo | CA - N.D. | 3:19-cv-04478 |
| 82160 | Dew | Palmer | Dew, Palmer | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:19-cv-08082 |
| 205013 | Draten, Sr. | Troy | Draten, Stacy Henyarnd | Morris Bart, LLC | CA - N.D. | 3:21-cv-08999 |
| 90255 | Engelking | Kenneth | Engelking, Kenneth | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:20-cv-00846 |
| 193039 | Gray | Kenneth | Gray, Megan | McCune Law Group; McCune Wright Arevalo Vercoski Kusel Weck Brandt APC // The Dolan Law Firm | CA - N.D. | 3:21-cv-06487 |
| 213055 | Green | Edward | Green, Edward | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-03980 |
| 98919 | Hooks | Demetrius | Hooks, Demetrius | Milberg Coleman Bryson Phillips Grossman, PLLC // Rasmussen Law Firm, LLC | CA - N.D. | 3:20-cv-04199 |
| 213973 | Hudnall | Beverly | Hudnall, Beverly | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-04635 |
| 207926 | Jelonek | David | Jelonek, David | Broward's Hirsch and Associates, P.A. | CA - N.D. | 3:22-cv-01950 |

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 212394 | Jones | Michael | Jones, Michael | Milberg Coleman Bryson Phillips Grossman, PLLC // Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-03137 |
| 208145 | Judycki | Joan | Judycki, Joan | Morris Bart, LLC | CA - N.D. | 3:22-cv-01507 |
| 191416 | Kimpel | David | Hoffman, Anthony | Morris Bart, LLC | CA - N.D. | 3:21-cv-03490 |
| 82509 | King | Jeffrey | King, Jeffrey | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:19-cv-08083 |
| 174108 | Komm | Leon | Komm, Leon R. | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-06196 |
| 181007 | Konzny | Larry | Konzny, Larry | Bernheim Kelley Battista Bliss, LLC | CA - N.D. | 3:20-cv-08797 |
| 38701 | Lagarde, Jr. | Charles | Lagarde, Jr., Charles | Glago WIlliams, LLC | CA - N.D. | 3:19-cv-02834 |
| 90634 | Lee | Phillip | Lee, Phillip | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-00576 |
| 193393 | Leibel | Ronald | Leibel, Ronald | Robert J. Debry & Associates | CA - N.D. | 3:21-cv-05970 |
| 78969 | McCain | Oliver | McCain, Oliver | McCune Law Group; McCune Wright Arevalo Vercoski Kusel Weck Brandt APC // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-05097 |
| 188727 | McRay | Arthur | McRay, Mary Lou | Bahe Cook Cantley & Nefzger PLC | CA - N.D. | 3:21-cv-01213 |
| 99001 | McRay | Arthur | McRay, Mary Lou | Bahe Cook Cantley & Nefzger PLC | CA - N.D. | 3:20-cv-04263 |
| 29721 | McRorie | Bertha | McRorie, Bertha | Goza & Honnold LLC | CA - N.D. | 3:18-cv-01110 |
| 95197 | Molina | Lazaro | Molina, Lazaro | The Gori Law Firm, P.C. | CA - N.D. | 3:20-cv-03448 |
| 218308 | Moore | Vanessa | Moore, Vanessa | Singleton Schreiber, LLP // Singleton Schreiber, LLP | CA - N.D. | 3:22-cv-05763 |
| 212357 | Neighbors | Whitney | Neighbors, Whitney | The Cagle Law Firm, LLC | CA - N.D. | 3:22-cv-04168 |
| 84207 | Nicolacopoulos | Nicoletta | Nicolacopoulos, Nicoletta | Thornton Law Firm LLP | CA - N.D. | 3:20-cv-01018 |
| 189266 | Petrie | David | Petrie, David | Brock & Gonzales, LLP | CA - N.D. | 3:21-cv-01509 |
| 85793 | Pieper | Timothy | Pieper, Timothy Norbert | Domina Law Group pc llo | CA - N.D. | 3:20-cv-00272 |

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 90435 | Potter | Aaron | Potter, Aaron | Cellino & Barnes, P.C. | CA - N.D. | 3:20-cv-01102 |
| 96066 | Prestito | Thomas | Prestito, Thomas | Domina Law Group pc llo | CA - N.D. | 3:20-cv-04223 |
| 181628 | Rivera | Hector | Rivera, Hector M. Toro | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:20-cv-07552 |
| 89148 | Ryder | Timothy | Ryder, Timothy | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:20-cv-00584 |
| 209092 | Samra | Michael | Samra, Michael | Russo Law Offices, LLC | CA - N.D. | 3:22-cv-03388 |
| 89467 | Schroeder | John | Schroeder, John | Domina Law Group pc llo | CA - N.D. | 3:20-cv-01275 |
| 90815 | Schuch | Elizabeth | Schuch, Elizabeth | McCune Law Group; McCune Wright Arevalo Vercoski Kusel Weck Brandt APC // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:20-cv-00953 |
| 198166 | Schuch | Elizabeth | Schuch, Elizabeth | McCune Law Group; McCune Wright Arevalo Vercoski Kusel Weck Brandt APC | CA - N.D. | 3:20-cv-00707 |
| 188045 | Shipman | Edward | Shipman, Edward B. | Mann & Kemp, PLLC // Morris Bart, LLC | CA - N.D. | 3:21-cv-03272 |
| 215116 | Solomon | Robert | Solomon, Robert | Jeffrey Glassman Injury Lawyers | CA - N.D. | 3:22-cv-05660 |
| 44052 | Sutton | Pamela | Sutton, Pamela J. | Domina Law Group pc llo | CA - N.D. | 3:19-cv-05522 |
| 212922 | Sweet | David | Sweet, David | Jeffrey Glassman Injury Lawyers | CA - N.D. | 3:22-cv-03856 |
| 42715 | Tory | Hamilton | Tory, Hamilton | Morris Bart, LLC | CA - N.D. | 3:19-cv-05379 |
| 171377 | Urbanek | Kathryn | Urbanek, Kathryn | Domina Law Group pc llo | CA - N.D. | 3:20-cv-06355 |
| 81350 | Vavara | Cynthia | Vavara, Cynthia | Cellino & Barnes, P.C. | CA - N.D. | 3:19-cv-08117 |
| 209405 | Wade | Judith | Wade, Roy | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-02703 |
| 85023 | Ward | Raleigh | Ward, Raleigh O. | Aiken, Bridges, Elliott, Tyler & Saleeby, P.A. // Deberry Law Firm | CA - N.D. | 3:20-cv-00028 |
| 208519 | Washington | Annie | Washington, Annie | Morris Bart, LLC | CA - N.D. | 3:22-cv-02106 |

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 90715 | Williams | Dale | Williams, Dale | McCune Law Group; McCune Wright Arevalo Vercoski Kusel Weck Brandt APC // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:20-cv-00641 |
| 209397 | Wilson | William | Wilson, William | Morris Bart, LLC | CA - N.D. | 3:22-cv-02493 |
| 91009 | Wood | Zena | Wood, Roger | McCune Law Group; McCune Wright Arevalo Vercoski Kusel Weck Brandt APC | CA - N.D. | 3:20-cv-01638 |
| 42864 | Woods | Henrietta | Woods, Henrietta | Spurling Law Firm, LLC | CA - N.D. | 3:20-cv-00315 |
| 214721 | Young | Landon | Young, Landon | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-04831 |
| 194535 | Zeno | Vera | Zeno, Anissa | Morris Bart, LLC | CA - N.D. | 3:21-cv-04477 |