# EXHIBIT F

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 100841 | Banet | John | Banet, John | Gerling Law Offices // The Whitehead Law Firm, L.L.C. | CA - N.D. | 3:20-cv-07883 |
| 194551 | Hanson | Larry | Hanson, Larry | Vandeveer Garzia, P.C. | CA - N.D. | 3:21-cv-06514 |
| 43131 | Hoge | Merril | Hoge, Merril | Osborne & Francis // Robert K. Beck & Associates | CA - N.D. | 3:19-cv-04606 |
| 100834 | Johnston | James | Johnston, James Wiley | Gerling Law Offices // The Whitehead Law Firm, L.L.C. | CA - N.D. | 3:20-cv-07887 |
| 90388 | Mee | Kevin | Mee, Kevin | Osborne & Francis // Robert K. Beck & Associates | CA - N.D. | 3:20-cv-01237 |
| 32149 | Sheldon | James | Smith, Fredrick, et al. | Onder, Shelton, O'Leary & Peterson, LLC | CA - N.D. | 3:17-cv-02142 |
| 34308 | Tsakrios | Manuel | Tsakrios, Manuel | Cowper Law LLP // Koch Parafinczuk Wolf Susen | CA - N.D. | 3:19-cv-01617 |
| 94683 | Ulrich | John | Ulrich, John | Charles E. Boyk Law Offices, LLC // Edmondson-Korom Law, LLC | CA - N.D. | 3:20-cv-05117 |