AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Michael Anthony Demarmels | ) | |
|---|---|---|
| *Plaintiff* | ) | MDL Case No. 3:16-md-02741-VC |
| v. | ) | Case No. 3:22-cv-04406-VC |
| Monsanto Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Anthony Demarmels.

Date: 2/10/2023

/s/ Aimee Wagstaff
*Attorney's signature*

Aimee Wagstaff, Bar No. 278480
*Printed name and bar number*

Wagstaff Law Firm
940 N Lincoln Street
Denver, CO 80203
*Address*

Awagstaff@Wagstafflawfirm.com
*E-mail address*

(303) 376-6360
*Telephone number*

(888) 875-2889
*FAX number*