IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:**<br><br>*Craig T. Campbell v. Monsanto Co.*<br>*Case No. 3:19-cv-08378-VC* | ) ) ) ) ) ) | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced captioned matter be dismissed without prejudice, with each party to bear its own costs and expenses.

Respectfully submitted this 13th day of February, 2023.

| | |
|---|---|
| */s/ Wes S. Larsen*<br>Wes S. Larsen<br>wes@jvwlaw.net<br>JAMES, VERNON & WEEKS, P.A.<br>*Attorney for Plaintiff*<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814<br>Telephone: (208) 667-0683 | */s/ Anthony R. Martinez*<br>Anthony R. Martinez<br>amartinez@shb.com<br>SHOOK, HARDY & BACON LLP<br>*Attorney for Defendants*<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>(816) 559-2683 |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE has been served upon counsel of record via the Court's CM/ECF System.

                                       */s/ Wes S. Larsen*
                                       Wes S. Larsen
                                       Attorney at Law