UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *The Master Docket* | ) <br> ) MDL No. 2741 <br> ) Case No. 16-md-02741-VC <br> ) <br> ) Hon. Vince Chhabria <br> ) <br> ) Date: February 15, 2023 <br> ) Time: 2:00pm <br> ) <br> ) <br> ) <br> ) |

### SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT FROM WAVE COUNSEL

The undersigned attorneys represent 33 cases on the active docket in this multidistrict litigation. These attorneys, on behalf of their clients, write to support co-lead counsels' request for the preservation of general causation expert witness testimony.

On September 1, 2022, in a joint case management statement, plaintiffs' leadership requested the Court create a three-phase plan to wind up the MDL. This included "full transcripts and videos of trial depositions for each of Plaintiffs' general causation experts that can be used at trial for each remanded Plaintiff." (Dkt. 15403 at 8) Monsanto opposed this proposal while arguing "preservation depositions of such experts—who are clearly available and actively engaged in the litigation—would advance no meaningful purpose." (Dkt. 15403 at 16-17).

The status conference subsequent to filing of this joint status report occurred on September 7, 2022. The issue of preservation of trial testimony for general causation experts

1

was not discussed. However, in the context of the common benefit fund, plaintiffs' leadership did note the following:

> [W]e will probably be requesting to take some of that money and use it to pay common benefit expenses related to general experts or something like that to help further litigation. That's probably going to be a piece of our request, because I know that we've talked about that internally, how we fund that going forward.

(Dkt. 15473 at 44). No ruling or other final decision appears to have been made since this September 7, 2022 hearing. Plaintiff's leadership reiterated their request in the joint case management statement filed on February 10, 2023. (Dkt. 16211)

The undersigned non-leadership plaintiffs' attorneys support the request of plaintiffs' leadership to preserve the trial testimony of the general causation expert witnesses. Without the trial testimony of the general causation experts, Plaintiffs will be forced to recreate much of the effort of six-plus years of MDL litigation. As the Court is aware, the dispute over general causation was a battle royale with plaintiffs' leadership offering an international team of experts whose preparation, discovery, and deposition required untold hours of work and millions of dollars of expenses. The current Wave Plaintiffs are required to share this financial burden imposed by this preparation through the Court's common benefit hold-back order.  Stripping the Plaintiffs of the work of the general causation experts denies them much of the fruit of the MDL and much of the benefit of their common benefit hold-back and would weaken the MDL's core mission to "promote the just and efficient conduct of such actions." 28 U.S.C.A. § 1407(a).

It is the experience of the undersigned counsel that many of the MDL general causation experts have become unavailable or are becoming unavailable to sit for future depositions and testify live at trial due to various issues, including health, scheduling, or simply not wishing to continue to testify about the same matters over and over.  It is likely that this situation will only

get worse as the Waves continue past the current Wave IV cases into the upcoming Wave V and VI cases, etc.  This would force current Wave plaintiffs and their counsel to search for, retain, and prepare an entirely new set of general causation experts, with all of the costs in time and money associated therewith. Trial preservation depositions will also let the Wave plaintiffs' to allow their specific causation experts to rely on the reports and testimony of the general causation experts without having to worry that with those general causation experts unavailable at trial, that their opinion relying on such experts will become inadmissible at trial as well.

As noted by co-lead counsel, the Eastern District of Louisiana recently granted a similar request in <u>In RE: Taxotere (Docetaxel) Products Liability Litigation</u>, holding that "[p]reserving general expert testimony is a necessary and efficient use of party resources at this time." <u>Id.</u>, Dkt. 14925 at 1. The Court also set forth a detailed protocol for the conduct of the preservation depositions, including time and location, method of examination, objections, and evidence admission. (See **Exhibit A**—Taxotore MDL Preservation Deposition Protocol) This ruling provides a useful roadmap in the present MDL.

For the reasons stated above, the undersigned Wave plaintiffs' counsel, as well as others they have been in contact with, support co-lead counsels' request to preserve general causation trial testimony.

                                            Respectfully submitted,

                                            /s/ *Graham L. Newman*_____
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)

3

*/s/ Margaret M. Murray*
Margaret M. Murray (*pro hac vice*)
mmm@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, OH  44870
Telephone: (419) 624-3000
Direct Dial: (419) 624-3128
Facsimile: (419) 624-0707

*/s/ Tillman J. Finley*
Tillman J. Finley (*pro hac vice*)
tfinley@marinofinley.com
Daniel Marino (*pro hac vice*)
MARINO FINLEY LLP
818 Connecticut Ave., N.W., Suite 801
Washington, DC  20006
Tel: (202) 223-8888
Fax: (877) 235-3666

/s/David Bricker
David Bricker, Esq.
THORNTON LAW FIRM, LLP
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676

/s/ Richard W. Schulte
Richard W. Schulte
Wright & Schulte, L.L.C.
865 South Dixie Drive
Vandalia, OH 45377
rschulte@yourlegalhelp.com
Telephone: (937) 435-7500

/s/ Behram V. Parekh
Behram V. Parekh
Rueb Stoller Daniel
515 S. Figueroa St., Suite 1550
Los Angeles, California 90071
P: 213-218-6241
F: 855-203-2035
E: behram.parekh@drlawllp.com

/s/ James G. O'Brien
James G. O'Brien

4

O'Brien Law, LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6104
jim@obrien.law

Steven C. Marks
Kristina Infante
Pablo Rojas
Podhurst Orseck, P.A.
Sun Trust International Center
One S.E. Third Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
smarks@podhurst.com
kinfante@podhurst.com
projas@podhurst.com

Ramon A. Rasco
Podhurst Orseck, P.A.
Sun Trust International Center
One S.E. Third Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
rrasco@podhurst.com

Matthew P. Weinshall
Podhurst Orseck, P.A.
Sun Trust International Center
One S.E. Third Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
mweinshall@podhurst.com

5