UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **ORDER GRANTING PLAINTIFF'S UNCONTESTED PETITION FOR APPROVAL OF SETTLEMENT** |
| Rose Hartweck, Ind. Rep. of the Estate of Glen Hartweck, 3:19-cv-7783 | |

## ORDER

And now, this 14th day of February, 2023, this Court having considered Plaintiff's Uncontested Petition for Approval of Settlement, docket entry 15-5, it is hereby ORDERED as follows:

1. Plaintiff's Uncontested Petition for Approval of Settlement is granted.

2. The settlement amount, fees, expenses, and holdback amount are approved as set forth in Plaintiff's Petition.

3. The settlement allocation as to Illinois Wrongful Death Act vs. Illinois Survival Act is approved as set forth in Plaintiff's Petition.

**IT IS SO ORDERED**

DATE: February 14, 2023

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE