IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *John V. Ramuno and Patricia Ramuno* ) *v. Monsanto Company,* ) *Case No. 3:20-cv-03732-VC* ) ) | MDL No. 2741 Case No. 3:16-md-02741-VC **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced captioned matter be dismissed with prejudice, with each party to bear its own costs and expenses.

Respectfully submitted this 15th day of February, 2023.

| | |
|---|---|
| */s/ Wes S. Larsen* | */s/ Anthony R. Martinez* |
| Wes S. Larsen | Anthony R. Martinez |
| wes@jvwlaw.net | amartinez@shb.com |
| JAMES, VERNON & WEEKS, P.A. | SHOOK, HARDY & BACON LLP |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| 1626 Lincoln Way | 2555 Grand Blvd. |
| Coeur d'Alene, ID 83814 | Kansas City, Missouri 64108 |
| Telephone: (208) 667-0683 | (816) 559-2683 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE has been served upon counsel of record via the Court's CM/ECF System.

                                                  */s/ Wes S. Larsen*
                                                  Wes S. Larsen
                                                  Attorney at Law