IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | ) <br> ) <br> ) <br> ) | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | ) <br> ) <br> ) | **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| *John V. Ramuno and Patricia Ramuno*<br>*v. Monsanto Company,*<br>*Case No. 3:20-cv-03732-VC* | ) <br> ) <br> ) <br> ) | |

   THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal With Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal With Prejudice as to the above referenced captioned matter.

   **IT IS SO ORDERED.**

   Dated: _____        _____
   
                                                                  Vince Chhabria
                                                                  United States District Judge