UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: *Helmich v. Monsanto*, Case No. 20-cv-05941-VC<br><br>*Joiner v. Monsanto*, Case No. 20-cv-03828-VC<br><br>*Canning v. Monsanto*, Case No. 19-cv-04230-VC<br><br>*Bundy v. Monsanto*, Case No. 20-cv-06345-VC<br><br>*Adams v. Monsanto*, Case No. 20-cv-04746-VC | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES**<br><br>Dkt. Nos. 16153, 16165, 16175, 16183, 16198 |

The above-listed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: February 16, 2023

VINCE CHHABRIA
United States District Judge