# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Robin and Patrick Hayes | ) | MDL Case No. 3:16-md-02741-VC |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:21-cv-05398-VC |
| Monsanto Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robin and Patrick Hayes                                                                              .

Date:   2/16/2023                                                 /s/ Timothy E. Jackson
                                                                 *Attorney's signature*

                                                  Timothy E. Jackson, IL Bar No. 6325380
                                                       *Printed name and bar number*
                                                               Wallace Miller
                                                        150 N. Wacker Dr., Suite 1100
                                                              Chicago, IL 60606

                                                                 *Address*

                                                         tej@wallacemiller.com
                                                              *E-mail address*

                                                              (312) 261-6193
                                                            *Telephone number*

                                                              (312) 275-8174
                                                               *FAX number*