AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Dieter and Susan Lynn Fleischhauer | ) |
| *Plaintiff* | ) |
| v. | ) |
| Monsanto Company | ) |
| *Defendant* | ) |

MDL Case No. 3:16-md-02741-VC

Case No.   3:21-cv-05971-VC

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dieter and Susan Lynn Fleischhauer                                                                 .

Date:    2/16/2023

/s/ Timothy E. Jackson
*Attorney's signature*

Timothy E. Jackson, Bar No.
*Printed name and bar number*
Wallace Miller
150 N. Wacker Dr., Suite 1100
Chicago, IL 60606

*Address*

tej@wallacemiller.com
*E-mail address*

(312) 261-6193
*Telephone number*

(312) 275-8174
*FAX number*