**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:  (713) 227-8008
Facsimile:  (713) 227-9508
Email:  jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Jason Jennings v. Monsanto Co.,* <br> Case No. 3:23-cv-00499-VC | |

## MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  February 22, 2023         Respectfully submitted,

                                              SHOOK, HARDY & BACON L.L.P.

                                              BY: */s/ Jennise W. Stubbs*
                                                    Jennise W. Stubbs
                                                    600 Travis Street, Suite 3400
                                                    Houston, TX 77002-2926
                                                    Telephone:  (713) 227-8008
                                                    Facsimile:  (713) 227-9508
                                                    Email:  jstubbs@shb.com

                                              *Attorneys for Defendant*
                                              *MONSANTO COMPANY*

# CERTIFICATE OF SERVICE

I certify that on the 22nd day of February, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                         */s/Jennise W. Stubbs*
                                         Jennise W. Stubbs