MORRIS, MANNING & MARTIN, LLP
Robert P. Alpert – GA Bar #013635
rpa@mmmlaw.com
Jeffrey K. Douglass – GA Bar #227523
jkd@mmmlaw.com
Patrick L. Lowther – GA Bar #151509
plowther@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 504-7692
Facsimile: (404) 365-9532

GOODMAN NEUMAN HAMILTON LLP
Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Ruta Paskevicius – State Bar #127784
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Schrag v. Monsanto Company, et al.*<br>Case No. 3:22-cv-08888-VC | Case No. MDL No. 2741<br><br>Case No. 3:22-cv-08888-VC |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT HOME DEPOT U.S.A., INC.**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

---

NOTICE OF APPEARANCE FOR HOME DEPOT U.S.A., INC. – Jeffrey Douglass
CASE NO. 3:22-cv-08888-VC

15716371 v1

1    PLEASE TAKE NOTICE that Jeffrey K. Douglass of Morris, Manning & Martin, LLP
2  hereby enters an appearance as counsel for Defendant HOME DEPOT U.S.A., Inc. in the above-
3  captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and
4  other papers in connection with this action be served on and directed to the undersigned counsel.
5  This appearance is made pursuant to Pretrial Order No. 1 in MDL No. 2741. The undersigned is
6  admitted to practice and is in good standing in the United States District Court, Northern District
7  of Georgia.

DATED:  February 22, 2023

By: */s/ Jeffrey K. Douglass*
Jeffrey K. Douglass
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center,
3343 Peachtree Road NE
Atlanta, GA 30326
Phone: 404-504-7793
Facsimile: 404-504-7793
Email: jkd@mmmlaw.com
*Attorney for Defendant*
*HOME DEPOT U.S.A., INC.*