| | |
|---|---|
| 1 | MORRIS, MANNING & MARTIN, LLP |
| | Robert P. Alpert – GA Bar #013635 |
| 2 | rpa@mmmlaw.com |
| 3 | Jeffrey K. Douglass – GA Bar #227523 |
| | jkd@mmmlaw.com |
| 4 | Patrick L. Lowther – GA Bar #151509 |
| 5 | plowther@mmmlaw.com |
| | 1600 Atlanta Financial Center |
| 6 | 3343 Peachtree Road NE |
| | Atlanta, GA 30326 |
| 7 | Telephone: (404) 504-7692 |
| 8 | Facsimile: (404) 365-9532 |
| 9 | GOODMAN NEUMAN HAMILTON LLP |
| | Joshua S. Goodman – State Bar #116576 |
| 10 | jgoodman@gnhllp.com |
| 11 | Ruta Paskevicius – State Bar #127784 |
| | rpaskevicius@gnhllp.com |
| 12 | One Post Street, Suite 2100 |
| 13 | San Francisco, CA 94104 |
| | Telephone: (415) 705-0400 |
| 14 | Facsimile: (415) 705-0411 |
| 15 | Attorneys for Defendant |
| 16 | HOME DEPOT U.S.A., INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Schrag v. Monsanto Company, et al.*<br>Case No. 3:22-cv-08888-VC | Case No. MDL No. 2741<br><br>Case No. 3:22-cv-08888-VC |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT HOME DEPOT U.S.A., INC.**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

---

NOTICE OF APPEARANCE FOR HOME DEPOT U.S.A., INC. – Robert Alpert
CASE NO. 3:22-cv-08888-VC

15716373 v1

1    PLEASE TAKE NOTICE that Robert P. Alpert of Morris, Manning & Martin, LLP hereby
2    enters an appearance as counsel for Defendant HOME DEPOT U.S.A., Inc. in the above-captioned
3    matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers
4    in connection with this action be served on and directed to the undersigned counsel. This
5    appearance is made pursuant to Pretrial Order No. 1 in MDL No. 2741. The undersigned is admitted
6    to practice and is in good standing in the United States District Court, Northern District of Georgia.

DATED:  February 22, 2023

By: */s/ Robert P. Alpert*
Robert P. Alpert
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center,
3343 Peachtree Road NE
Atlanta, GA 30326
Phone: 404-504-7692
Facsimile: 404-504-7692
Email: rpa@mmmlaw.com
*Attorney for Defendant*
*HOME DEPOT U.S.A., INC.*