MORRIS, MANNING & MARTIN, LLP
Robert P. Alpert – GA Bar #013635
rpa@mmmlaw.com
Jeffrey K. Douglass – GA Bar #227523
jkd@mmmlaw.com
Patrick L. Lowther – GA Bar #151509
plowther@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 504-7692
Facsimile: (404) 365-9532

GOODMAN NEUMAN HAMILTON LLP
Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Ruta Paskevicius – State Bar #127784
rpaskevicius@gnhllp.com
One Post Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Schrag v. Monsanto Company, et al.*<br>Case No. 3:22-cv-08888-VC | Case No. MDL No. 2741<br><br>Case No. 3:22-cv-08888-VC |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**
**HOME DEPOT U.S.A., INC.**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

---

NOTICE OF APPEARANCE FOR HOME DEPOT U.S.A., INC. – Patrick Lowther
CASE NO. 3:22-cv-08888-VC

15716369 v1

PLEASE TAKE NOTICE that Patrick L. Lowther of Morris, Manning & Martin, LLP hereby enters an appearance as counsel for Defendant HOME DEPOT U.S.A., Inc. in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel. This appearance is made pursuant to Pretrial Order No. 1 in MDL No. 2741. The undersigned is admitted to practice and is in good standing in the United States District Court, Northern District of Georgia.

DATED:  February 22, 2023

By: */s/ Patrick L. Lowther*
Patrick L. Lowther
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center,
3343 Peachtree Road NE
Atlanta, GA 30326
Phone: 404-495-3633
Facsimile: 404-495-3633
Email: plowther@mmmlaw.com
*Attorney for Defendant*
*HOME DEPOT U.S.A., INC.*