UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT A PROPOSED ORDER REGARDING PRESERVATION DEPOSITIONS** |

Based upon the joint request for an extension of time to submit a proposed order regarding the preservation depositions of plaintiffs' general causation experts, and good cause appearing in support thereof, the deadline for submitting the proposed order is extended by seven days to March 3, 2023.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of February 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                /s/ David J. Dickens