UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: *Brown v. Monsanto Co.*, Case No. 21-cv-4930-VC | **ORDER GRANTING MOTION TO REINSTATE CASE** Dkt. No. 11 |

The unopposed motion to set aside judgment and reinstate the case is granted. The Clerk is directed to reopen this matter. The case is set for Wave 7.

**IT IS SO ORDERED.**

Dated: February 24, 2023

VINCE CHHABRIA
United States District Judge