UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE TIME TO SUBMIT A PROPOSED ORDER REGARDING PRESERVATION DEPOSITIONS |

Based upon the joint request for an extension of time to submit a proposed order regarding the preservation depositions of plaintiffs' general causation experts, and good cause appearing in support thereof, the deadline for submitting the proposed order is extended by seven days to March 3, 2023.

**IT IS SO ORDERED.**

Dated: February 24, 2023

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

1
[PROPOSED] ORDER