# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDS UP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Consuelo E. Kelly-Leppert, individually, and as heir at law, of Michael Joseph Kelly, now deceased v. Monsanto Co.,<br><br>Case No.: 3:21-cv-02910 | MDL No: 2741<br>Case No.: 16-md-02741-VC |

      **Plaintiff Consuelo E. Kelly-Leppert's motion to move the above-captioned case from Wave V to Wave VI is hereby GRANTED.**

                                                                   IT IS SO ORDERED

**Dated:** March 1, 2023

                                                            Hon. Vince Chhabria
                                                            United States District Judge