| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel: 202-847-4030<br>Fax: 202-847-4005<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: 202-898-5843<br>Fax: 202-682-1639 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>K. Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel: 415-675-3400<br>Fax: 415-675-3434<br><br>Jed P. White (CA Bar No. 232339)<br>(jed.white@bclplaw.com)<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel: 310-576-2100<br>Fax: 310-576-2200 |

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*John Mire v. Monsanto Company, 3:20-cv-04752-VC* | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>**Hearing:**<br>Date: April 13, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 4 |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion for Summary Judgment on Causation Grounds. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. This Court ordered that all Wave 5, subwave A plaintiffs, which includes Plaintiff John Mire, must submit expert reports no later than December 27, 2022. (MDL ECF No.15506.)

3. Plaintiff did not submit an expert report regarding specific causation by December 27, 2022. Specifically, Plaintiff has not served any expert report containing case-specific evidence of a causal link between Roundup and Plaintiff's cancer.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 1, 2023, at Santa Monica, California.

_____
Jed P. White