| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel: 202-847-4030<br>Fax: 202-847-4005<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: 202-898-5843<br>Fax: 202-682-1639 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>K. Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel: 415-675-3400<br>Fax: 415-675-3434<br><br>Jed P. White (CA Bar No. 232339)<br>(jed.white@bclplaw.com)<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel: 310-576-2100<br>Fax: 310-576-2200 |

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*John Mire v. Monsanto Company, 3:20-cv-04752-VC* | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br><u>Hearing:</u><br>Date:    April 13, 2023<br>Time:   10:00 a.m.<br>Place:  Courtroom 4 |

The Motion for Summary Judgment filed by Defendant Monsanto Company ("Monsanto") came for a hearing on April 13, 2023, in Courtroom 4, in the above-entitled Court, the Honorable Vince Chhabria presiding. Having considered all papers submitted by the parties concerning the Motion for Summary Judgment, and pleadings and papers on file in this action,

1. Monsanto's Motion for Summary Judgment is granted as set forth in the Court's Order dated _____.

2. Judgment is hereby entered in favor of Monsanto.

Dated:                                              By: _____
                                                    Honorable Vince Chhabria
                                                    United States District Judge