# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Paul Schrag, v. Monsanto Company, et al.*, Case No. 3:22-cv-08888-VC | Judge: Hon. Vince G. Chhabria |

## STIPULATION WITHDRAWING AS MOOT THE SCOTTS COMPANY LLC'S MOTION TO DISMISS

IT IS HEREBY STIPULATED as follows:

1. Plaintiff will file an amended complaint with additional allegations against Scotts within 10 days.

2. Scotts will file an answer or motion in response within 20 days after the amended complaint is filed.

3. Scotts' Motion to Dismiss, Docket No. 16126 in 16-md-2741-VC and Docket No. 23 in 22-cv-8888-VC, is withdrawn as moot without prejudice.

**IT IS SO STIPULATED**.

Dated: March 2, 2023

/s/ Jeffrey J. Jones
Stephanie Dilworth (SBN 342109)
JONES DAY
55 California St, 26th Floor
San Francisco, CA 94104
Tel:  (415) 626-3939
Fax:  (415) 875-5700
sdilworth@jonesday.com

Jeffrey J. Jones
Margaret M. Dengler
JONES DAY
150 West Jefferson, Suite 2100
Detroit, MI 48226
Tel:  (313) 733-3939
Fax:  (313) 230-7997
jjjones@jonesday.com
mdengler@jonesday.com

Counsel for The Scotts Company LLC

Respectfully submitted,

/s/ Pablo Rojas
Steven C. Marks
Kristina M. Infante
Pablo Rojas
PODHURST ORSECK, P.A.
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
smarks@podhurst.com
kinfante@podhurst.com
projas@podhurst.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on March 2, 2023, I electronically filed the foregoing STIPULATION WITHDRAWING AS MOOT THE SCOTTS COMPANY LLC'S MOTION TO DISMISS with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.


/s/ *Jeffrey J. Jones*
Jeffrey J. Jones

*Counsel for The Scotts Company LLC*