UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) This document relates to: ) ) ) **)** *Virginia F. Brown v. Monsanto Co.et al.* ) Case No. 3:21-cv-04930 | MDL No. 2741 Case No. 16-md-02741-VC **NOTICE OF APPERANCE BY PAUL M. DOMINGUEZ** |

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Paul M. Dominguez, Esq., hereby enters an appearance as Co-counsel for Plaintiff in the above-referenced action. I am authorized to practice in this Court *Pro Hac Vice*, please serve said counsel with all pleadings and notices in this action.

Paul M. Dominguez
DOMINGUEZ LAW FIRM
2025 Rio Grande Blvd, N.W
Albuquerque, New Mexico 87104
Telephone: (505) 850-5854
Facsimile: (505) 796-5107
paul@dominguez.law

DATED: March 3, 2023,

        Respectfully submitted,

        DOMINGUEZ LAW FIRM

        By*: /s/Paul M. Dominguez*
        Paul M. Dominguez
        DOMINGUEZ LAW FIRM
        2025 Rio Grande Blvd, N.W
        Albuquerque, New Mexico 87104
        Telephone: (505) 850-5854
        Facsimile: (505) 796-5107
        paul@dominguez.law

*and*

Margaret M. Branch
BRANCH LAW FIRM
2025 Rio Grande Blvd, N.W
Albuquerque, New Mexico 87104
Telephone: (505) 243-3500
Facsimile: (505) 796-5107
mbranch@branchlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Paul M. Dominguez, hereby certify that, on March 3, 2023, I electronically filed NOTICE OF APPEARANCE OF PAUL M. DOMINGUEZ ON BEHALF OF PLAINTIFF with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: March 3, 2023,

Respectfully submitted,

DOMINGUEZ LAW FIRM

By: */s/Paul M. Dominguez*
Paul M. Dominguez
DOMINGUEZ LAW FIRM
2025 Rio Grande Blvd, N.W
Albuquerque, New Mexico 87104
Telephone: (505) 850-5854
Facsimile: (505) 796-5107
paul@dominguez.law

*and*

Margaret M. Branch
BRANCH LAW FIRM
2025 Rio Grande Blvd, N.W
Albuquerque, New Mexico 87104
Telephone: (505) 243-3500
Facsimile: (505) 796-5107
mbranch@branchlawfirm.com

*Attorneys for Plaintiff*