UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>**JOINT STIPULATION TO FURTHER EXTEND THE TIME TO SUBMIT A PROPOSED ORDER REGARDING PRESERVATION DEPOSITIONS AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |
|---|---|

### JOINT STIPULATION TO FURTHER EXTEND THE TIME TO SUBMIT A PROPOSED ORDER REGARDING PRESERVATION DEPOSITIONS

On February 15, 2023, the Court granted plaintiffs' request to take preservation depositions of their general causation experts. The Court issued a Minute Entry requiring the parties, inter alia, to meet and confer and submit a proposed order regarding the process for completing the preservation depositions. On February 24, 2023, the parties filed a stipulation to extend the deadline for filing the proposed order until March 3, 2023.

The parties have continued to meet-and-confer to reach consensus on the language to be included in the proposed order. While significant progress has been made, there remain several issues that the parties are working to resolve. Accordingly, the parties respectfully request an additional 7 days to file the proposed order.

| | |
|---|---|
| Dated: March 3, 2023 | Respectfully submitted, |
| | /s/ David Dickens |
| | David Dickens |
| | ddickens@millerfirmllc.com |
| | The Miller Firm LLC |
| | 108 Railroad Ave |
| | Orange, VA 22960 |
| | |
| | /s/ Robin Greenwald |
| | Robin Greenwald |
| | rgreenwald@weitzlux.com |
| | Weitz & Luxenberg, PC |
| | 700 Broadway |
| | New York, NY 10003 |
| | |
| | /s/ Aimee Wagstaff |
| | Aimee Wagstaff |
| | awagstaff@wagstafflawfirm.com |
| | Wagstaff Law Firm |
| | 940 Lincoln Sreet |
| | Denver, CO 80203 |
| | |
| | *Attorneys for the Plaintiffs* |
| | |
| | /s/ Brian L. Stekloff |
| | Brian L. Stekloff (pro hac vice) |
| | WILKINSON STEKLOFF LLP |
| | 2001 M St. NW, 10th Floor |
| | Washington, DC 20036 |
| | Tel: 202-847-4030 |
| | Fax: 202-847-4005 |
| | bstekloff@wilkinsonstekloff.com |
| | |
| | /s/ Anthony R. Martinez |
| | Anthony R. Martinez, #61791 |
| | SHOOK, HARDY & BACON L.L.P. |
| | 2555 Grand Blvd. |
| | Kansas City, MO 64108 |
| | Telephone: (816) 474-6550 |
| | Fax: (816) 421-5547 |
| | amartinez@shb.com |
| | |
| | *Attorneys for Defendant* |
| | *MONSANTO COMPANY* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                            /s/ David J. Dickens