UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Myron Feldman v. Monsanto Company*.<br>Case No. 3:20-cv-05934-VC | MDL NO. 2741<br><br>Case No. 16-md-02741-VC |

### SUGGESTION OF DEATH AND UNOPPOSED MOTION TO SUBSTITUTE PROPER PARTY

Pursuant to Federal Rule of Civil Procedure 25(a), Lauren Feldman, on behalf of the estate of Myron Feldman, files this Suggestion of Death and Motion to Substitute Proper Party and respectfully submits as follows:

1. This is a product liability action brought by Plaintiff Myron Feldman ("Plaintiff"). Plaintiff alleges that he was diagnosed with large B-cell lymphoma as a result of his exposure to Roundup® manufactured and marketed by Defendant.

2. On July 30, 2020, Plaintiff filed his Original Complaint and Jury Demand against Defendant in the United States District Court in the Eastern District of Missouri alleging strict product liability, negligence, breach of warranty and fraud. On August 21, 2020, the United States Judicial Panel on Multidistrict Litigation transferred the subject case from the Eastern District of Missouri to MDL 2741 pending in the United States District Court for the Northern District of California pursuant to Conditional Transfer Order (CTO-229).

3. Plaintiff died on September May 17, 2022. A copy of Mr. Feldman's death certificate is attached hereto as Exhibit A.

4. Fed. R. Civ. P. 25(a) provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by…the decedent's successor or representative." Myron Feldman's claim was not extinguished at his death and his action survives to and in favor of her heirs. Utah Code §78B-3-107. Accordingly, Lauren Feldman, as Decedent's surviving adult child and successor to Stanley Batts estate, should and hereby moves to be substituted as the proper party for the Plaintiff on behalf of his estate and all wrongful death beneficiaries.

## CONCLUSION & PRAYER

For all of the foregoing reasons, Lauren Feldman requests that the Court substitute Lauren Feldman, on behalf of the Estate of Myron Feldman, as Plaintiff in this case and for such other relief as to which he may be justly entitled.

Respectfully submitted,

**HEYGOOD, ORR & PEARSON**

/s/ *Charles W. Miller*
Charles W. Miller
Texas Bar No. 24007677
6363 N. State Highway 161, Ste. 450
Irving, Texas 75038
charles@hop-law.com
(214) 237-9001 telephone
(214) 237-9002 facsimile
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on all counsel via the Court's ECF system on March 3, 2023.

/s/ *Charles W. Miller*
Charles W. Miller

**CERTIFICATE OF CONFERENCE**

      This is to certify that counsel for Plaintiff conferred with counsel for Defendants regarding all matters set forth in this Motion on March 3, 2023 and that counsel for Defendants are unopposed to the relief requested herein.

                                           */s/ Charles W. Miller*
                                           Charles W. Miller