**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2741** |
| This document relates to: | Case No. 16-md-02741-VC |
| ***Myron Feldman v. Monsanto Company.*** **Case No. 3:20-cv-05934-VC** |  |

## <u>ORDER ON MOTION TO SUBSTITUTE PROPER PARTY</u>

Before this Court is a Motion to Substitute Lauren Feldman, on behalf of the Estate of Myron Feldman as the proper party in this case.  Plaintiff contends such substitution is proper under Fed. R. Civ. P. 25(a).  The parties, after having conferred regarding the pending motion, have no objection to the relief requested, and the Court, having heard the arguments of counsel and considered the pleadings, is of the opinion that the Motion should be granted.

Accordingly, it is ORDERED Plaintiff's Motion to Substitute Lauren Feldman, on behalf of the Estate of Myron Feldman as the proper party in this case is **GRANTED**.


Signed this the _____ day of March, 2023.



_____
United States District Judge