# CERTIFICATE OF DEATH
State File Number: 2022008889

## Myron Henry Feldman

### DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| Date of Death: | May 17, 2022 | Time of Death: | 14:45 |
| City of Death: | Ivins | County of Death: | Washington |
| Age: | 83 | Date of Birth: | March 7, 1939 |
| Place of Birth: | Huntington Park, California | Sex: | Male |
| Armed Services: | No | Marital Status: | Married |
| Spouse's Name: | Roberta Inez Gerome | Usual Occupation: | Plant Manager |
| Industry/Business: | Manufacturing | Education: | Bachelor's Degree |
| Residence: | Ivins, Utah | Father's Name: | Carl Feldman |
| Mother's Name: | Ida Kenin | Facility Type: | Home |
| Facility or Address: | 1067 E. Grandview Drive | | |

### INFORMANT INFORMATION

Name: Lauren Feldman  
Relationship: Daughter  
Mailing Address: 6232 Red Canyon Drive, #H, Highland Ranch, Colorado 80130

### DISPOSITION INFORMATION

Method of Disposition: Cremation  
Place of Disposition: McMillan Crematory, St. George, Utah  
Date of Disposition: May 21, 2022

### FUNERAL HOME INFORMATION

Funeral Home: McMillan Mortuary  
Address: 499 East Tabernacle Street, St George, Utah 84770  
Funeral Director: Robert K McMillan

### MEDICAL CERTIFICATION

Certifying Physician: Loren K Gulbranson MD, Intermountain Healthcare, 577 South River Road, St George, Utah 84790

### CAUSE OF DEATH

Myocardial Infarction [Onset: 30 Minutes]  
Due to (or as a consequence of): 3 Vessel Coronary Artery Disease [Onset: 5 Years]  
Due to (or as a consequence of): Coronary Artery Disease  
Tobacco Use: Probably Contributed  
Medical Examiner Contacted: Yes   Autopsy Performed: No   Manner of Death: Natural

Date Registered: May 21, 2022  
Date Issued: May 23, 2022

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: Intaglio Border, V & R images in top cycloids, and intaglio microtext. This document displays the date, seal and signature of the Utah State Registrar of Vital Record and Statistics.

Linda S. Wininger, MSW, LCSW  
State Registrar



David W. Blodgett, MD, MPH  
Director/Health Officer