UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

This document relates to:

*Myron Feldman v. Monsanto Company.*
**Case No. 3:20-cv-05934-VC**

MDL NO. 2741

Case No. 16-md-02741-VC

## ORDER ON MOTION TO SUBSTITUTE PROPER PARTY

Before this Court is a Motion to Substitute Lauren Feldman, on behalf of the Estate of Myron Feldman as the proper party in this case. Plaintiff contends such substitution is proper under Fed. R. Civ. P. 25(a). The parties, after having conferred regarding the pending motion, have no objection to the relief requested, and the Court, having heard the arguments of counsel and considered the pleadings, is of the opinion that the Motion should be granted.

Accordingly, it is ORDERED Plaintiff's Motion to Substitute Lauren Feldman, on behalf of the Estate of Myron Feldman as the proper party in this case is **GRANTED**.

Signed this the 3rd day of March, 2023.

Vince Chhabria
United States District Judge