1 **SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
2 600 Travis Street, Suite 3400
Houston, TX 77002-2026
3 Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
4 Email:         jstubbs@shb.com

5 *Attorneys for Defendant*
*MONSANTO COMPANY*

6                            UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
9 | | Case No. 3:16-md-02741-VC |

10 This document relates to:

11 *Roger Vincent v. Monsanto Co.,*

12 Case No. 3:23-cv-00648-VC

13

14 **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

16          1.       Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

17          2.       Bayer AG is a publicly held corporation.

18

19

20 DATED:  March 6, 2023                    Respectfully submitted,

21                                                      SHOOK, HARDY & BACON L.L.P.

22                                                      BY: */s/ Jennise W. Stubbs*
                                                            Jennise W. Stubbs
23                                                          600 Travis Street, Suite 3400
                                                            Houston, TX 77002-2926
24                                                          Telephone:   (713) 227-8008
                                                            Facsimile:    (713) 227-9508
25                                                          Email:         jstubbs@shb.com

26
                                                        *Attorneys for Defendant*
27                                                      *MONSANTO COMPANY*

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on the 6th day of March, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

/s/Jennise W. Stubbs
Jennise W. Stubbs

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:23-cv-00648-VC