**National Mass Torts Law Firm**
Damon LeRoy Pendleton
(dlp@cpenlaw.com)
1506 Staples Mill Rd Ste 200
Richmond, VA 23230
Tel: (804) 466-4412
Fax: (804) 325-1421

*Attorney for Plaintiff*

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Donna Sutliff et al. v. Monsanto Company*,<br>Case No. 3:19-cv-02832-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of this lawsuit (including all claims asserted by Plaintiff), with each party to bear her or its own attorneys' fees and costs.

DATED: March 7, 2023                                    Respectfully submitted,

*/s/ Damon LeRoy Pendleton*
Damon LeRoy Pendleton
National Mass Torts Law Firm
(dlp@cpenlaw.com)
1506 Staples Mill Rd Ste 200
Richmond, VA 23230
Tel: (804) 466-4412
Fax: (804) 325-1421

*Attorney for Plaintiff*


*/s/ Anthony R. Martinez*
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*