MICHAEL JAY GREEN           4451
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone:     (808) 521-3336
Facsimile:      (808) 566-0347
michael@michaeljaygreen.com

DENISE M. HEVICON           7428
841 Bishop Street, Suite 2210
Honolulu, Hawai`i  96813
Telephone:     (808) 523-5751
Facsimile:      (808) 356-0628
denise@denisehevicon law.com

MARIA F. PENN                7870
841 Bishop Street, Suite 2210
Honolulu, Hawai`i  96813
Telephone:     (808) 524-1730
Facsimile:      (808) 356-0628
maria@mariapennlaw.com

Attorneys for Plaintiff
MARK WITSELL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. HI/1:20-CV-00380-VC |
| *This document relates to:* | STIPULATION OF DISMISSAL WITH PREJUDICE |
| MARK WITSELL v. MONSANTO COMPANY, | |
| HI/1:20-CV-00380 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Comes Now, Plaintiff MARK WITSELL and Defendant MONSANTO COMPANY, by and through their respective counsels, and pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules*

*of Civil Procedure,* hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own attorneys' fees and costs.

SO STIPULATED:

By: _/s/ Michael Jay Green_  Dated: March 7, 2023.
MICHAEL JAY GREEN
DENISE M. HEVICON
MARIA F. PENN
841 Bishop Street, Suite 2201/2210
Honolulu, Hawaii 96813
Tel: (808) 521-3336
michael@michaeljaygreen.com
denise@dmheviconlaw.com
maria@mariapennlaw.com

      Attorneys for Plaintiff
      MARK WITSELL

By: _/s/ Anthony R. Martinez_  Dated: March 7, 2023.
ANTHONY R. MARTINEZ
Shook Hardy & Bacon, LLP
The Plaza In Clayton
190 Carondelet Plaza, Suite 1350
St. Louis, Missouri 63105
Tel: (816) 559-2683
amartinez@shb.com

      Attorney for Defendant
      MONSANTO COMPANY

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Michael Jay Green, attest that all signatories listed above, and on whose behalf this stipulation is submitted concur in and have authorized the filing.

                    _/s/ Michael Jay Green_
                    MICHAEL JAY GREEN
                    Attorney for Plaintiff

STIPULATION OF DISMISSAL WITH PREJUDICE
MDL No. 2741
Case No. HI/1:20-CV-00380