UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Kelly v. Monsanto Co., 3:21-cv-02548* | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned matter be dismissed WITH PREJUDICE, with the parties to bear their own fees and costs.  Pursuant to Local Rule 5-1(h)(3), counsel for the Plaintiff attests that the concurrence of each signatory to the filing was obtained in writing.

Stipulated and agreed on this 7th day of March, 2023.

Respectfully submitted,

**ST. MARTIN & BOURQUE, LLC**


 /s/ Charles C. Bourque, Jr.
**CHARLES C. BOURQUE, JR. (LA #20118)**
**JOSEPH G JEVIC III (LA #23145)**
315 Barrow St.
Houma, Louisiana  70360
Telephone: (985) 876-3891
Facsimile: (985) 851-2219
Email: cbourque@stmblaw.com
         jjevic@stmblaw.com

*Attorneys for Plaintiff,*
    *Ruby Kelley obo Donald Kelley (deceased)*


**SHOOK, HARDY & BACON L.L.P.**


 /s/. Jennise W. Stubbs
**JENNISE W. STUBBS**
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508

**ANTHONY R. MARTINEZ**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547

Email: jstubbs@shb.com
         amartinez@shb.com

*Attorneys for Defendant*
    *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2023 a copy of the foregoing pleading was served upon all known counsel of record via the Court's CM/ECF system and/or by placing a copy of same in the U.S. Mail properly addressed and postage prepaid, or via email or facsimile.

/s/ Charles C. Bourque, Jr.