UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| | \| |
| | \| |
| This document relates to: | \| |
| | \| |
| *Paula Pinheiro v. Monsanto Co.*, Case No.: 3:20-cv-08173-VC | \| |
| | \| |

**Unopposed Motion to Move Case to Wave 6D**

Plaintiff Paula Pinheiro respectfully requests that the Court move his case from Wave 5D to Wave 6D, for the following reasons:

1. Plaintiff Paula Pinheiro has retained the undersigned new counsel, who is diligently working to get up to speed on this case. Undersigned counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave 6D.

2. Plaintiff Paula Pinheiro's case is currently included in Wave 5D.

3. Mindful of the deadlines pertaining to Wave 5D, the parties have been diligently conducting discovery in this matter. The Plaintiff's deposition has been taken and Plaintiff has produced documents responsive to Defendant's requests.

4. Despite the parties' best efforts, however, there are aspects of discovery still to be conducted, including the collection of additional medical, employment, and insurance records, which are not yet complete, and will likely lead to the need for additional depositions.

5. The parties do not believe that they will be able to complete all discovery in time for the currently established expert report deadlines for Wave 5D.

6. Plaintiff believes the best, most practical course of action would be to move this case from

Wave 5D to Wave 6D. Defendant has no opposition to this request.

Therefore, Plaintiff Paula Pinheiro respectfully requests that the Court move his case from

Wave 5D to Wave 6D.


Dated: March 8, 2023

                                      Respectfully submitted,


                                       **DALIMONTE RUEB STOLLER, LLP**


                                       By:*/s/Behram V. Parekh*
                                       Behram V. Parekh
                                       Attorney for Plaintiffs

Case 3:16-md-02741-VC   Document 16309   Filed 03/08/23   Page 3 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 8th day of March 2023, which will send notification of the same to all counsel of record.

*/s/ Behram V. Parekh*