UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| | \| |
| | \| |
| | \| **ORDER GRANTING MOTION TO MOVE** |
| This document relates to: | \| **CASE TO WAVE 6** |
| | \| |
| *Paula Pinheiro v. Monsanto Co.*, | \| |
| Case No.: 3:20-cv-08173-VC | \| |

Plaintiff's motion to move the case from Wave 5D to Wave 6D is granted.

**IT IS SO ORDERED.**

Dated:

_____
Hon. Vince Chhabria
United States District Judge