UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Stacy F. Scott v. Monsanto Co.*, Case No.: 3:17-cv-05686-VC | |

**Unopposed Motion to Move Case to Wave VII**

Plaintiff, Stacy F. Scott – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case to Wave VII:

1. Ms. Scott's case is proceeding as part of Wave VI.

2. Plaintiff and Defendants have not completed discovery, but they have made substantial progress (multiple depositions and a property inspection).

3. Counsel for Ms. Scott met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff, Stacy F. Scott, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case to Wave VII.

Dated: March 8, 2023

Respectfully submitted,

Eric R. Nowak

Eric K. Nowak (LA #27025)
HARRELL & NOWAK, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 522-7885
Facsimile: (504) 528-3131
enowak@jnjustice.com
    and
Jacque Touzet
TOUZET LAW

>900 Camp St., 3rd Floor
>New Orleans, LA 70130
>833-468-6686
>jacque@touzetlaw.com
>**Attorney for Plaintiff, Stacy F. Scott**

## Certificate of Service

Filing and service is being made on this same date through the CM/ECF system.