UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI** |
| *Stacy F. Scott v. Monsanto Co.*, Case No.: 3:17-cv-05686-VC | |

Plaintiff's motion to move the case to Wave VII is granted.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT