1  KRISTY M. AREVALO SBN 216308
   **McCUNE LAW GROUP**
2  3281 East Guasti Road, Suite 100
   Ontario, California 91761
3  Phone: (909) 557-1250
   Facsimile: (909) 557-1275
4  kma@mccunewright.com

5  *Attorney for Plaintiff Darrel Mosely*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL MOSELY,<br><br>            Plaintiff,<br><br>   vs.<br><br>MONSANTO COMPANY,<br><br>            Defendant. | Case No: 3:19-cv-05088-VC<br>Case MDL No.: Case No. MDL No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**<br><br>Judge Assigned: Hon. Vince Chhabria<br>Hearing Date: April 20, 2023<br>Time: 1:00 p.m.<br>Courtroom: 4 |

     Having considered the Motion by Plaintiff's Counsel and finding good cause therefore, **IT IS HEREBY ORDERED** that the Motion by Plaintiff's Counsel to Withdraw as Counsel is GRANTED.

Dated: _____              By:_____
                                                                   Honorable Vince Chhabria