UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **JOINT STIPULATION TO FURTHER EXTEND THE TIME TO SUBMIT A PROPOSED ORDER REGARDING PRESERVATION DEPOSITIONS AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

## JOINT STIPULATION TO FURTHER EXTEND THE TIME TO SUBMIT A PROPOSED ORDER REGARDING PRESERVATION DEPOSITIONS

On February 15, 2023, the Court granted plaintiffs' request to take preservation depositions of their general causation experts. The Court issued a Minute Entry requiring the parties, inter alia, to meet and confer and submit a proposed order regarding the process for completing the preservation depositions. On March 3, 2023, the parties filed a stipulation to extend the deadline for filing the proposed order until March 10, 2023.

The parties have continued to meet-and-confer to reach consensus on the language to be included in the proposed order. While significant progress has been made, there remain several issues that the parties are working to resolve. Accordingly, the parties respectfully request an additional 5 days to file the proposed order.

Dated: March 10, 2023

Respectfully submitted,

/s/ David Dickens
David Dickens
ddickens@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003

/s/ Aimee Wagstaff
Aimee Wagstaff
awagstaff@wagstafflawfirm.com
Wagstaff Law Firm
940 Lincoln Sreet
Denver, CO 80203

*Attorneys for the Plaintiffs*

/s/ Brian L. Stekloff
Brian L. Stekloff (pro hac vice)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036 Tel: 202-847-4030 Fax: 202-847-4005
bstekloff@wilkinsonstekloff.com

/s/ Anthony R. Martinez
Anthony R. Martinez, #61791
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of March 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

_____/s/ Anthony R. Martinez_____