1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND THE TIME TO SUBMIT A PROPOSED ORDER REGARDING PRESERVATION DEPOSITIONS** |

Based upon the joint request for an extension of time to submit a proposed order regarding the preservation depositions of plaintiffs' general causation experts, and good cause appearing in support thereof, the deadline for submitting the proposed order is extended by five days to March 15, 2023.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of March 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                          /s/ Anthony R. Martinez