**PODHURST ORSECK, P.A.**
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Paul Schrag v. Monsanto Company et al.*, Case No. 3:22-cv-08888-VC | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**AS TO CLAIMS AGAINST BAYER CORPORATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Paul Schrag hereby dismisses all of his claims against Defendant Bayer Corporation without prejudice, with each party to bear his or its own attorneys' fees and costs.

Defendant Bayer Corporation has not yet answered or moved for summary judgment, and this notice of dismissal is, therefore, "effective on filing." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

For the avoidance of doubt, this filing dismisses only Plaintiff's claims against Bayer Corporation, so Plaintiff's other claims and this lawsuit remain pending.

Respectfully submitted,

**PODHURST ORSECK, P.A.**

<u>/s/ Steven C. Marks</u>
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
PODHURST ORSECK, P.A.
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 13, 2023, I electronically filed the foregoing document with the Clerk for the Unites States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

By: <u>/s/ Steven C. Marks</u>
STEVEN C. MARKS
*Counsel for the Plaintiff*