**PODHURST ORSECK, P.A.**
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Paul Schrag v. Monsanto Company et al.*, Case No. 3:22-cv-08888-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE
### AS TO CLAIMS AGAINST THE SCOTTS COMPANY LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Paul Schrag hereby dismisses all of his claims against Defendant The Scotts Company LLC without prejudice, with each party to bear his or its own attorneys' fees and costs.

For the avoidance of doubt, this filing dismisses only Plaintiff's claims against The Scotts Company, so Plaintiff's other claims and this lawsuit remain pending.

Respectfully submitted,

**PODHURST ORSECK, P.A.**

/s/ Steven C. Marks
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
PODHURST ORSECK, P.A.
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 13, 2023, I electronically filed the foregoing document with the Clerk for the Unites States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

By: /s/ Steven C. Marks
   STEVEN C. MARKS
   *Counsel for the Plaintiff*