UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to:<br><br>ALL ACTIONS | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND THE TIME TO SUBMIT A PROPOSED ORDER REGARDING PRESERVATION DEPOSITIONS |

Based upon the joint request for an extension of time to submit a proposed order regarding the preservation depositions of plaintiffs' general causation experts, and good cause appearing in support thereof, the deadline for submitting the proposed order is extended by five days to March 15, 2023.

**IT IS SO ORDERED.**

Dated: March 13, 2023

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

1

[PROPOSED] ORDER