UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.  16-md-02741-VC |
| This document related to: | **ORDER DENYING LEONARD OBJECTORS' MOTION FOR ATTORNEY'S FEES** |
| *Gilmore v. Monsanto Company* Case No. 21-cv-8159-VC | Re: Dkt. No. 123 |

During the preliminary settlement approval stage of this class action, the Leonard Objectors filed an opposition, arguing the Settlement Agreement would release personal injury claims. Their argument was rejected. Or. Granting Pls.' Mot. for Preliminary Approval ¶ 6 (Dkt. No. 121) ("The release is not overbroad, as it does not release any personal injury or medical monitoring claims."). Although the objection was overruled, counsel for the Leonard Objectors now request an attorney's fee award of $26,000, plus expenses, for supposedly conferring "substantial benefits" to the class. Dkt. 123 at 6. Counsel want to claim credit for "revisions to the proposed class notice" that clarified the settlement does not release personal injury claims. *Id*.

Counsel's money-grab attempt is rejected. The Objectors did not confer any benefit to the class. The Court independently ordered that the notice be made abundantly clear that the settlement does not release personal injury claims. Counsel's objection did not even address notice. *See* Apr. 14, 2022 Hr'g Tr. (Dkt. No. 127) at 20.

The motion is denied.

**IT IS SO ORDERED.**

Dated: March 13, 2023

VINCE CHHABRIA
United States District Judge