**CHAPPELL, SMITH & ARDEN, P.A.**
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Tel:   (803) 929-3600
Fax:   (803) 929-3604

*Attorneys for Plaintiff*
*MARGIE FORD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Hearing Date and Time: Thursday, March 30, 2023 10:00 AM |
| *Margie H. Ford, et al. v. Monsanto Co.*, Case No. 3:21-cv-00603-VC | |

## CONSENT MOTION TO SUBSTITUTE PARTIES

1. This matter is presently on the inactive docket awaiting completion of the Feinberg settlement program. A petition for the approval of the wrongful death settlement has been drafted and will be filed upon the resolution of this motion.

2. Plaintiff Margie Ford, as widow and personal representative of the Estate of John Ford, passed away on December 26, 2022. (**Exhibit A**—Death Certificate)

3. On January 27, 2023, the Fords' daughters—Sandra Shealy and Tammy Willing—were named successor co-personal representatives of the Estate of John Ford. (**Exhibit B**—Certificate of Appointment)

1

4. Sandra Shealy and Tammy Willing, by and through their undersigned counsel, move pursuant to Fed. R. Civ. P. 25(a)(1) to be substituted as the proper parties.

5. Plaintiffs' counsel has consulted with Defendant Monsanto and the Defendant consents to this motion.

DATED: March 15, 2023

        Respectfully submitted,

/s/ *Graham L. Newman*
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)


*Attorneys for Plaintiff*
*MARGIE FORD*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of March 2023, the foregoing MOTION TO SUBSTITUTE PARTIES was served on all counsel of record via the Court's CM/ECF technology.

DATED: March 15, 2023

/s/ *Graham L. Newman*
Graham L. Newman (*pro hac vice*)
(gnewman@csa-law.com)
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)


*Attorneys for Plaintiff*

*MARGIE FORD*