# EXHIBIT A

(Death Certificate)



# STATE OF SOUTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

139-2022-059687
* MARGIE HERRON FORD *
AKA: N/A

## DECEDENT INFORMATION

**DATE OF DEATH:** DECEMBER 27, 2022
**PLACE OF DEATH TYPE:** DECEDENT'S HOME
**PLACE OF DEATH NAME AND ADDRESS:** AIKEN, SC, 29803
**CITY OF DEATH:** AIKEN
**MARITAL STATUS:** WIDOWED (AND NOT REMARRIED)
**SURVIVING SPOUSE:** N/A
**MOTHER NAME:** ESSIE KIRKLAND
**FATHER NAME:** WILL HERRON
**RESIDENCE:** AIKEN, AIKEN COUNTY, SC, 29803

**TIME OF DEATH:** 0056
**SOCIAL SECURITY NUMBER:**
**COUNTY OF DEATH:** AIKEN
**DATE OF BIRTH:** SEPTEMBER 11, 1935
**AGE:** 87 YEARS
**PLACE OF BIRTH:** SOUTH CAROLINA
**SEX:** FEMALE
**ARMED FORCES:** NO

## INFORMANT INFORMATION

**NAME:** TAMMY WILLING
**MAILING ADDRESS:** AIKEN, SC, 29803
**RELATIONSHIP:** DAUGHTER

## DISPOSITION/FUNERAL HOME INFORMATION

**PLACE:** AIKEN MEMORIAL GARDENS, AIKEN, SC, 29801
**FUNERAL HOME:** NAPIER FUNERAL HOME
**FUNERAL HOME ADDRESS:** GRANITEVILLE, SC, 29829-1219
**FUNERAL DIRECTOR NAME:** CLINTON D. JACKSON
**EMBALMER:** BENJAMIN P. MAJOR

**METHOD:** BURIAL
**LICENSE NUMBER:** 3885
**LICENSE NUMBER:** 4929

## MEDICAL INFORMATION

**CERTIFIER:** MD GERALD GORDON
**ADDRESS:** AIKEN, SC, 29803
**CAUSE OF DEATH - PART I:**
LEFT VENTRICULAR FAILURE
CORONARY ARTERY DISEASE

**LICENSE NUMBER:** 17475
**MANNER OF DEATH:** NATURAL

**OTHER SIGNIFICANT CONDITIONS - PART II:** BREAST CANCER

**CORONER CONTACTED?:** YES
**DATE OF INJURY:** N/A
**LOCATION OF INJURY:** N/A
**PLACE OF INJURY:** N/A
**HOW INJURY OCCURRED:** N/A

**AUTOPSY PERFORMED?:** NO
**AUTOPSY AVAILABLE?:** N/A
**TIME OF INJURY:** N/A
**INJURY AT WORK?:** N/A

**DATE FILED:** DECEMBER 30, 2022
**AMENDMENT HISTORY**
N/A

**DATE ISSUED:** JANUARY 03, 2023

SC11111448

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

Edward D. Simmer, MD, MPH, DFAPA
Director and State Registrar

Caleb N. Cox
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.
Revision Date: 08/09/2022



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE