# EXHIBIT B

(Certificate of Appointment)

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE PROBATE COURT |
| ) | |
| COUNTY OF: <u>AIKEN</u> ) | |
| ) | **CERTIFICATE OF APPOINTMENT** |
| IN THE MATTER OF: ) | |
| <u>JOHN EDWARD FORD</u>       ) | CASE NUMBER: <u>2017-ES02-0954.2</u> |
| (Decedent) ) | |

This is to certify that

<u>       **TAMMY F WILLING AND SANDRA F SHEALEY**       </u>

is/are the duly qualified

☐ PERSONAL REPRESENTATIVE
☒ **CO-SUCCESSOR PERSONAL REPRESENTATIVES**
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the 27TH day of JANUARY, 2023, is in full force and effect.

**RESTRICTIONS:**

<u>**NONE.**</u>

Executed this 27TH day of January, 2023.

_____
Tonya L. Marchant, Probate Court Judge

Do not accept a copy of this certificate without
the raised seal of the Probate Court.

STATE OF SOUTH CAROLINA
COUNTY OF AIKEN
THIS ... TRUE AND
CORR... COURT
AND F... ...CT
WITNE... THE
27th January 23
_____
JUDGE OF PROBATE FOR AIKEN COUNTY S.C.
BY _____
                                          CLERK

FORM #141ES (1/2014)
62-1-305, 62-3-103