HAIR SHUNNARAH TRIAL ATTORNEYS
CHRISTOPHER G. OTTEN (La. Bar No. 32626) *Admitted Pro Hac Vice*
   cotten@hstalaw.com
3540 S. I-10 SERVICE RD. WEST, STE. 300
METAIRIE, LA 70001
Telephone:   (504) 684-5200
Facsimile:   (504) 613-6351

Attorney for Plaintiff Daniel Aguillard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Aguillard v. Monsanto Company*<br>No. 3:21-cv-03766-VC | Case Number: 16-MD-02741-VC<br><br>**NOTICE OF WITHDRAWAL OF CHRISTOPHER G. OTTEN** |

## NOTICE OF CHANGE IN COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 5-1(c)(2), Christopher G. Otten withdraws as attorney of record for Plaintiff Daniel Aguillard in the above-captioned litigation, and respectfully requests that his name be removed from all applicable service lists, including Notices of Electronic Filing. The law firm of Glago Williams and other attorneys at that firm will continue to represent Plaintiff in this matter.

Dated: March 15, 2023

HAIR SHUNNARAH TRIAL ATTORNEYS

By:  */s/ Christopher G. Otten*
     Christopher G. Otten

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Christopher G. Otten, hereby certify that on March 15, 2023, I electronically filed **NOTICE OF WITHDRAWL OF CHRISTOPHER G. OTTEN** with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ Christopher G. Otten
Christopher G. Otten