| | |
|---|---|
| 1 | **CHARLES E. BOYK LAW OFFICES, LLC** |
| | Wesley D. Merillat (*pro hac vice*) |
| 2 | wmerillat@charlesboyk-law.com |
| | 1500 Timberwolf Drive |
| 3 | Holland, Ohio 43528 |
| | Tel:  419.241.1395 |
| 4 | Fax: 419.241.8731 |
| 5 | *Attorney for Plaintiff* |
| | *Lynne Lenfestey* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| This document relates to: | |
| *Lynne Lenfestey v. Monsanto Co.,* Case No. 3:20-cv-08848 | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lynne Lenfestey and Defendant Monsanto Company, by and through their respective counsel, hereby stipulate and agree that Plaintiff Lenfestey's claims against Defendant Monsanto shall be dismissed with prejudice.  The parties to this stipulation shall bear their own costs, expenses, and attorney fees.

Dated:  March 15, 2023

Respectfully submitted,

FOR PLAINTIFF LYNNE LENFESTEY

/s/   Wesley D. Merillat

Wesley D. Merillat (*pro hac vice*)
**CHARLES E. BOYK LAW OFFICES, LLC**
1500 Timberwolf Drive Holland, Ohio 43528
Tel:  419.241.1395
Fax: 419.241.8731
wmerillat@charlesboyk-law.com

---
1
Stipulation of Dismissal

FOR DEFENDANT MONSANTO CO.,

/s/   Brian L. Stekloff

Brian L. Stekloff (*pro hac vice*)
WILKINSON WALSH
2001 M. St. NW, 10th Floor
Washington, DC 20036
Tel:  (202) 847-4030
Fax: (202) 847-4005
bstekloff@wilkinsonwalsh.com
