UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *David Culp and Tina Culp v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:20-cv-03439-VC | UNOPPOSED MOTION TO MOVE CASE TO WAVE VI, SUB-WAVE D |

Plaintiff Christina "Tina" E. Culp, individually and on behalf of Plaintiff David A. Culp, deceased – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave VI with no assigned Sub-Wave to Wave VI, Sub-Wave D:

1. Tina Culp's case is part of Wave VI, but it is not assigned to a sub-wave.

2. On October 11, 2021, David A. Culp passed away.

3. David A. Culp died intestate and did not have any descendants.

4. The Court granted Plaintiff Tina Culp's Motion to Substitute Party to pursue her individual claims against Defendant, as well as David A. Culp's actions against Defendant pursuant to Rule 25 of the Federal Rules of Civil Procedure.

5. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

6. The parties completed Plaintiff's deposition on June 16, 17, 2022. David Culp's treating oncologist deposition was completed on November 11, 2022, and his primary physician deposition has yet to be scheduled.

7. Plaintiff served her first round of written discovery and document responses as of November 17, 2022. Plaintiff intends to propound written discovery.

8. Counsel for the Plaintiff, Tina Culp, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a last Sub-Wave of Wave VI, and Monsanto does not oppose this request.

Therefore, Plaintiff Tina E. Culp, individually and on behalf of David A. Culp, deceased, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave VI with no assigned Sub-Wave to Wave VI, Sub-Wave D.

Date: March 16, 2023                    Respectfully Submitted,

By: /s/ Kristy M. Arevalo
Kristy M. Arevalo
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo
McCUNE LAW GROUP