IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | ORDER GRANTING MOTION TO MOVE CASE TO WAVE 6-D |
| *Mark Stackhouse v. Monsanto Company* Case No: 3:21-cv-02908-VC | |

The parties' consent motion to move the case from Wave 5-D to Wave 6-D is granted.

**IT IS SO ORDERED.**

This _____ day of _____, 2023.

_____