**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII** |
| *Michael Holliday v. Monsanto Company* Case No: 3:19-cv-03014-VC | |

The parties' consent motion to move the case from Wave 6 to Wave 7 is granted.

**IT IS SO ORDERED.**


This _____ day of _____, 2023.

_____