# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )  ) Case No. 3:16-md-02741-VC ) ) **"PROPOSED" ORDER GRANTING** |
| This document relates to: | ) **PLAINTIFF'S UNOPPOSED** ) **MOTION TO MOVE CASE TO** |
| *William C. Turnoff v. Monsanto Company*, Case No. 3:19-cv-03837-VC | ) **WAVE 6D** ) ) |

    Plaintiff William C. Turnoff's motion to move this case from Wave 5D to Wave 6D is granted. **IT IS SO ORDERED.**

DATED: _____, 2023

                                                             _____
                                                             Honorable Vince Chhabria
                                                             United States District Court Judge