UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Michael David Albrecht & Irene Albrecht v. Monsanto Co. & John Does 1-100 inclusive,* Case No.: 3:20-cv-01636-VC | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE A** |

Plaintiffs Michael David Albrecht and Irene Albrecht – without opposition from Defendant Monsanto Company – respectfully request the Court move their case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave A:

1. Plaintiffs Michael David Albrecht and Irene Albrecht's case is part of Wave VI.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff Michael Albrecht's deposition on May 18, 2022, and Plaintiff Irene Albrecht's deposition on July 13, 2022.  However, Plaintiff's treating oncologist and primary physician depositions have yet to be completed.

4. Plaintiffs served their first round of written discovery responses and document productions on November 12, 2022. Plaintiffs intend to propound written discovery and document requests.

5. Counsel for the Plaintiffs, Michael David Albrecht and Irene Albrecht, met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave, and Monsanto does not oppose this request.

Therefore, Plaintiffs Michael David Albrecht and Irene Albrecht, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave A.

Date: March 20, 2023

Respectfully Submitted,

By: *Kristy M Arevalo*

Kristy M. Arevalo
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2023, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo