UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE A** |
| *Michael David Albrecht & Irene Albrecht v. Monsanto Co. & John Does 1-100 inclusive,* Case No.: 3:20-cv-01636-VC | |

Plaintiffs' motion to move the case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave A is granted.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT