# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 <br> \| Master Docket Case No. 16-md-02741-VC <br> \| <br> \| **ORDER GRANTING MOTION TO MOVE** |
| This document relates to: | \| **CASE TO WAVE VII, SUB-WAVE A** <br> \| |
| *Beverly Bray v. Monsanto Co. & John Does 1-100 inclusive,* <br> Case No.: 3:19-cv-05060-VC | \| <br> \| <br> \| |

Plaintiff's motion to move the case from Wave VI, Sub-Wave A to Wave VII, Sub-Wave A is granted.

**IT IS SO ORDERED.**

Dated: _____, 2023         _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT