# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE A** |
| | |
| *Dennis Ferris v. Monsanto Co. & John Does 1-100 inclusive,* Case No.: 3:19-cv-05077-VC | |

Plaintiff's motion to move the case from Wave VI, Sub-Wave A to Wave VII, Sub-Wave A is granted.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT