UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Master Docket Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE A** |
| *Dennis Lindstrom v. Monsanto Co. & John Does 1-100 inclusive,* <br> Case No.: 3:19-cv-05070-VC | |

  Plaintiff's motion to move the case from Wave VI, Sub-Wave A to Wave VII, Sub-Wave A is granted.

  **IT IS SO ORDERED.**


Dated: _____, 2023      _____
                         HONORABLE VINCE CHHABRIA
                         UNITED STATES DISTRICT COURT