UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: ROUNDUP PRODUCTS | ) | MDL No. 2741 |
| LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | |
| | ) | Re: Dkt. No. 15889 |
| This document relates to: | ) | |
| | ) | |
| *George Afanador, et al. v. Monsanto Co.,* | ) | |
| Case No. 1:20-cv-00111-VC | ) | |
| 3:20-cv-01229 | ) | |
| _____ | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Judge's Order signed on December 8, 2022, Counsel for Plaintiff files this

Response to Motion to Withdraw as Counsel.  Counsel for Plaintiff states the following in

support of this motion:

1.  On December 8, 2022, the Judge ordered Plaintiff's Counsel to send the Plaintiff,

    Mrs. Afandor, the order requiring her to show cause.

2.  Plaintiff's Counsel attempted to reach Mrs. Afanador with the order at her last

    known address via UPS, via email, and telephone calls.

3.  The package containing the order was returned to Thornton Law Firm on

    February 7, 2023 as "person unknown, not delivered" (Exhibit 1).

4.  All attempts to contact additional parties have been unsuccessful.

WHEREFORE, Plaintiff's Counsel respectfully requests this Motion to Withdraw be GRANTED.

DATED:  March 22, 2023                          Respectfully submitted,

                                                **THE BIFFERATO FIRM, PA**

                                                */s/ Ian Connor Bifferato*
                                                Ian Connor Bifferato, Esq. (#3273)
                                                1007 N. Orange St., 4th Fl.
                                                Wilmington, DE 19801
                                                (302) 225-7600
                                                cbifferato@tbf.legal

                                                        - and -

                                                */s/ David Bricker*
                                                David Bricker, Esq.
                                                **THORNTON LAW FIRM, LLP**
                                                9595 Wilshire Blvd., Suite 900
                                                Beverly Hills, CA 90212
                                                (310) 282-8676

                                                David C. Strouss, Esq. (BBO# 546253)
                                                Evan R. Hoffman, Esq. (BBO# 678975)
                                                Jasmine M. Howard, Esq. (BBO# 698130)
                                                **THORNTON LAW FIRM, LLP**
                                                One Lincoln St., 13th Fl.
                                                State Street Financial Center
                                                Boston, MA  02111
                                                (617) 720-1333

                                                Attorneys for Plaintiffs.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of March, 2023, the foregoing Motion was served by electronic and first-class mail upon counsel for Defendant Monsanto.

DATED:    March 22, 2023                         */s/ Jasmine M. Howard*
                                                David C. Strouss, Esq. (BBO# 546253)
                                                Evan R. Hoffman, Esq. (BBO# 678975)
                                                Jasmine M. Howard, Esq. (BBO# 698130)
                                                **THORNTON LAW FIRM, LLP**
                                                One Lincoln St., 13th Fl.

State Street Financial Center
Boston, MA  02111
(617) 720-1333  FAX (617) 720-1333
dstrouss@tenlaw.com
ehoffman@tenlaw.com
jhoward@tenlaw.com

*/s/ David Bricker*
David Bricker, Esq.
**THORNTON LAW FIRM, LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676

- and –

**The BIFFERATO LAW FIRM**
Ian Connor Bifferato (#3273)
1007 N. Orange St., 4th Fl.
Wilmington, DE 19801
(302) 225-7600
cbifferato@tbf.legal

*Attorneys for Plaintiffs*