**Express**

**Extremely Urgent**

Return to Sender

wrong address

RETURN TO: 30/Jan/2023 13:53 8906-H091-4961
THORNTON LAW FIRM LLP
6175313992
1 LINCOLN ST
FL 13
BOSTON MA 02111 2901

MA 023 1-03

1ZX43Y001294808086

REASON FOR RETURN:
COMPANY OR PERSON UNKNOWN, NOT DELIVERED
ORIGINAL RECEIVER:
AFANADOR, M

MA 023 1-03

1ZX43Y001294808086

UPS 3 DAY SELECT   3
TRACKING #: 1Z X43 Y00 12 9480 8086

PDK9WBL    AZRIV735UDC   US   8644   JAN 30 13:53:59 2023   HIP 22.9.3   ZP450S

Reference # 1: 19.8356
CS 23.6.00.   WNTNV50 2.0A 01/2023*

ICN - Discovery: 23/JAN/2023
8906-H091-4961
AFANADOR, M
8644 HOLD       30/JAN/2023
1ZX43Y000194808089