UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING IN PART MOTIONS TO MOVE CASES TO LATER WAVES** |
| *Paula Pinheiro v. Monsanto Co.*, Case No.: 3:20-cv-08173-VC | Re:   16309–12, 16320, 16333–34, 16338–48 |
| *Eduino N. Pinheiro v. Monsanto Co.*, Case No.: 3:21-cv-00041-VC | |
| *Elouise Jackson v. Monsanto Co.*, Case No.: 3:20-cv-08522-VC | |
| *Stacy F. Scott v. Monsanto Co.*, Case No.: 3:17-cv-05686-VC | |
| *Charles Williams v. Monsanto Co.*, Case No. 3:20-cv-04758-VC | |
| *David Culp and Tina Culp v. Monsanto Co.*, Case No.: 3:20-cv-03439-VC | |
| *Deborah Miller, et al. v. Monsanto Co.*, Case No.: 3:19-cv-04946-VC | |
| *Mark Stackhouse v. Monsanto Co.*, Case No: 3:21-cv-02908-VC | |
| *Michael Holliday v. Monsanto Co.*, Case No: 3:19-cv-03014-VC | |
| *William C. Turnoff v. Monsanto Co.*, Case No. 3:19-cv-03837-VC | |

*Eugene L. Aiken, Jr. v. Monsanto Co.*,
Case No.: 3:20-cv-00065-VC

*Michael Albrecht, et al. v. Monsanto Co.*,
Case No.: 3:20-cv-01636-VC

*Terry Benson v. Monsanto Co.*,
Case No.: 3:19-cv-04953-VC

*Beverly Bray v. Monsanto Co.*,
Case No.: 3:19-cv-05060-VC

*Jeffrey Crooks v. Monsanto Co.*,
Case No.: 3:19-cv-05027-VC

*Janice Emmons, et al. v. Monsanto Co.*,
Case No.: 3:20-cv-06219-VC

*Dennis Ferris v. Monsanto Co.*,
Case No.: 3:19-cv-05077-VC

*Dennis Lindstrom v. Monsanto Co.*,
Case No.: 3:19-cv-05070-VC

The above-listed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: March 22, 2023

VINCE CHHABRIA
United States District Judge