**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ELIZABETH GREENWOOD<br>v.<br>MONSANTO COMPANY | Plaintiff(s)<br><br>Defendant(s) | CASE NUMBER<br>3:22-cv-04830-VC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

ELIZABETH GREENWOOD     ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute LINDSAY R. STEVENS who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

655 W. BROADWAY, SUITE 1700
*Street Address*

SAN DIEGO, CA 92101                          lstevens@thegomezfirm.com
*City, State, Zip*                                         *E-Mail Address*

(619) 237-3490           (619) 237-3496           256811
*Telephone Number*       *Fax Number*             *State Bar Number*

as attorney of record instead of   ROSEMARY PINTO of FELDMAN PINTO, P.C.
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____              _____
                                   U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**