UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION _____ This document relates to: *George Afanador, et al. v. Monsanto Co.,* Case No. 3:20-cv-1229 _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741 Re: Dkt. No. 15889 |

**DECLARATION OF COUNSEL**

Pursuant to this Honorable Court's Order (Dkt. No. 15889) (the "Order") entered on December 8, 2022, Counsel files this Declaration confirming their efforts to transmit the Order to Gloria Afanador, the Plaintiff's widow.

1. On December 8, 2022, the Judge ordered Plaintiff's Counsel to send Mrs. Afanador the Order requiring her to show cause as to why the instant matter should not be dismissed.

2. Counsel attempted to serve Mrs. Afanador with the order at her last known addresses via U.P.S. Overnight Delivery, as well as via email, and has attempted to contacted her by telephone.

3. The UPS package containing the Order was returned to Thornton Law Firm on February 7, 2023 as undeliverable.

4. Mrs. Afanador has not responded to any emails sent to her and her last known telephone number has been disconnected.

5. Counsel has exhausted all attempts to provide notice.

6. Neither Mrs. Afanador nor any other party has come forward with a reason as to why the above captioned case should not dismissed without prejudice.

Respectfully submitted,

DATED:  March 23, 2023                                   THORNTON LAW FIRM, LLP


*/s/ Jasmine Howard*
Jasmine M. Howard, BBO#698130
David C. Strouss, BBO#546253
**THORNTON LAW FIRM, LLP**
One Lincoln Street
Boston, MA  02111
(617) 720-1333


David Bricker, Esq.
THORNTON LAW FIRM, LLP
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676


Attorneys for Plaintiffs.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of March, 2023, the foregoing Motion was served by electronic mail upon the following counsel for Defendant Monsanto:

DATED:   March 23, 2023

/s/Jasmine M. Howard
Jasmine M. Howard, BBO# 698130

David C. Strouss, BBO#546253
**THORNTON LAW FIRM, LLP**
One Lincoln Street
Boston, MA  02111
(617) 720-1333  FAX (617) 720-1333
dstrouss@tenlaw.com
ehoffman@tenlaw.com
jhoward@tenlaw.com

David Bricker, Esq.
THORNTON LAW FIRM, LLP
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676

*Attorneys for Plaintiffs*