UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE B |
| *Deborah Glaze, individually, and as Successor in Interest for Estate of Glyn Glaze v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:20-cv-00064-VC | |

Plaintiff Deborah Glaze, individually and on behalf of her late husband Glyn Glaze – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave B:

1. Deborah Glaze's case is part of Wave VI, but it is not assigned to a sub-wave.

2. On July 19, 2020, Glyn Glaze passed away.

3. Glyn Glaze died intestate and did not have any descendants. He is survived by his spouse, Deborah Glaze.

4. The Court granted Plaintiff Deborah Glaze's Motion to Substitute Party to pursue her individual claims against Defendant, as well as Glyn Glaze's actions against Defendant pursuant to Rule 25 of the Federal Rules of Civil Procedure.

5. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

6. The parties completed Plaintiff's deposition on May 17, 2022. Glyn Glaze's treating oncologist's deposition was completed on January 10, 2023, and his primary care physician's deposition has yet to be scheduled.

7. Plaintiff served her first round of written discovery and document responses as of October 6, 2022. Plaintiff intends to propound written discovery.

8. Counsel for the Plaintiff, Deborah Glaze, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-Wave B, and Monsanto does not oppose this request.

Therefore, Plaintiff Deborah Glaze, individually and on behalf of Glyn Glaze, deceased, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave B.

Date: March 24, 2023                                    Respectfully Submitted,

By: _____
Kristy M. Arevalo
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo
McCUNE LAW GROUP