Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Drive
Vandalia, OH
937-435-7500
Fax: 937-435-7511
rschulte@legaldayton.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | |
| | Honorable Judge Vince Chhabria |
| Estate of Richard Garrison | |
| | Case No.: 3:19-cv-00280-VC |
| v. | |
| Monsanto Company. | |

## PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE V

Plaintiff's Motion to Move Case from Wave V to Wave VI is granted.

IT IS SO ORDERED

Dated:

_____

1