# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH GREENWOOD | Plaintiff(s) | CASE NUMBER<br>3:22-cv-04830-VC |
| v. | | |
| MONSANTO COMPANY | Defendant(s) | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

ELIZABETH GREENWOOD  ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute LINDSAY R. STEVENS who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

655 W. BROADWAY, SUITE 1700
*Street Address*

SAN DIEGO, CA 92101                    lstevens@thegomezfirm.com
*City, State, Zip*                            *E-Mail Address*

(619) 237-3490          (619) 237-3496          256811
*Telephone Number*      *Fax Number*           *State Bar Number*

as attorney of record instead of  ROSEMARY PINTO of FELDMAN PINTO, P.C.
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  March 22, 2023

U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (09/17)   ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY