UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE B |
| *Pamela Keeney v. Monsanto Co. And John Does 1-100 inclusive,* Case No.: 3:20-cv-00433-VC | |

Plaintiff Pamela Keeney – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave B:

1. Pamela Kenney's case is part of Wave VI, but it is not assigned to a sub-wave.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition on July 25, 2022. However, Plaintiff's treating oncologist's and primary physician's depositions have yet to be scheduled.

4. Plaintiff served her first round of written discovery and document responses as of November 18, 2022. Plaintiff intends to propound written discovery.

5. Counsel for the Plaintiff, Pamela Kenney, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-Wave B, and Monsanto does not oppose this request.

Therefore, Plaintiff Pamela Kenney, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave B.

Date: March 24, 2023                                     Respectfully Submitted,

                                                         By: *Kristy M Arevalo*
                                                         Kristy M. Arevalo
                                                         **McCune Law Group**
                                                         3281 East Guasti Road, Suite 100
                                                         Ontario, CA 91761
                                                         Tel: 909-557-1250

                                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo
McCUNE LAW GROUP