UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 <br> \| Master Docket Case No. 16-md-02741-VC <br> \| <br> \| Honorable Vince Chhabria |
| This document relates to: <br><br> *Pamela Keeney v. Monsanto Co. and John Does 1-100 inclusive,* <br> Case No.: 3:20-cv-00433-VC | \| <br> \| **ORDER GRANTING MOTION TO MOVE** <br> \| **CASE TO WAVE VII, SUB-WAVE B** <br> \| |

Plaintiff's motion to move the case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave B is granted.

**IT IS SO ORDERED.**


Dated: _____, 2023          _____
                                        HONORABLE VINCE CHHABRIA
                                        UNITED STATES DISTRICT COURT