UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Master Docket Case No. 16-md-02741-VC <br><br> Honorable Vince Chhabria <br><br> **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE B** |
| This document relates to: <br><br> *Michael Henry Johnson v. Monsanto Co. & John Does 1-100 inclusive,* <br> Case No.: 3:20-cv-01234-VC | |

Plaintiff Michael Henry Johnson – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave B:

1. Michael Henry Johnson's case is part of Wave VI with no assigned Sub-Wave.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's and his spouse's deposition on May 10, 2022. Plaintiff's treating oncologist's deposition and his primary care physician's deposition have not yet been scheduled.

4. Plaintiff served his first round of written discovery responses and document productions on October 6, 2022. Plaintiff intends to propound written discovery.

5. Counsel for the Plaintiff, Michael Henry Johnson, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII with no assigned Sub-Wave, and Monsanto does not oppose this request.

Therefore, Plaintiff Michael Henry Johnson, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave B.

Date: March 24, 2023                                    Respectfully Submitted,

By: _____
Kristy M. Arevalo
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo
McCUNE LAW GROUP