# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| | \| Master Docket Case No. 16-md-02741-VC |
| | \| |
| | \| Honorable Vince Chhabria |
| This document relates to: | \| |
| | \| **ORDER GRANTING MOTION TO MOVE** |
| *Michael Henry Johnson v. Monsanto Co. &* | \| **CASE TO WAVE VII, SUB-WAVE B** |
| *John Does 1-100 inclusive,* | \| |
| Case No.: 3:20-cv-01234-VC | \| |

Plaintiff's motion to move the case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave B is granted.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT