JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
O'Brien Law LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
Phone: (419) 930-6401
Fax:    (419) 930-6403
Email: jim@obrien.law

*Counsel for Plaintiffs*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.      2741<br>MDL Case   16-MD-2741-VC<br>Judge:         Hon. Vince Chhabria |
| This document relates to:<br><br>*David Booth v. Monsanto Company*, No. 3:20-cv-4654-VC<br><br>*Estate of James Coressel v. Monsanto Company*, No. 3:20-cv-3720-VC<br><br>*Catherine Cryan v. Monsanto Company*, No. 3:17-cv-5084-VC<br><br>*Estate of Floyd Dominique v. Monsanto Company*, No. 3:21-cv-2705-VC<br><br>*Catherine Perry v. Monsanto Company*, No. 3:21-cv-5621-VC<br><br>*Jason Rhuland v. Monsanto Company*, No. 3:19-cv-5598-VC<br><br>*Dean Rowland v. Monsanto Company*, No. 3:19-cv-5310-VC<br><br>*Estate of William Setzer v. Monsanto Company*, No. 3:17-cv-3448-VC<br><br>*Robert Wistinghausen v. Monsanto Company,* No. 3:20-cv-27-VC | **UNOPPOSED MOTION<br>TO MOVE CASES TO WAVE 5** |

## **UNOPPOSED MOTION TO MOVE CASES TO WAVE 6**

The nine above-captioned Plaintiffs—without opposition from Defendant Monsanto Company—respectfully request the Court move their cases from remand Wave 5 to Wave 6.

1. Each above-captioned Plaintiff was designated as a Wave 4 remand case (MDL Doc. 14763) and then moved to Wave 5 by unopposed Motion. (MDL Doc. 15650.)
2. The Parties have worked diligently to complete discovery and prepare the cases for remand, but some issues remain:
    a. Every plaintiff or surviving spouse has been deposed.
    b. All relevant treating physicians have been deposed.
    c. Thousands of pages of records have been collected, but some records requests remain outstanding.
    d. Monsanto has conducted site visits at seven plaintiffs' properties but still would like to conduct one more.
    e. Plaintiffs supplemented their discovery responses pursuant to the Court's Order. (MDL Doc. 15800.)
3. The Court has already established the Wave 6 schedule. (MDL Doc. 15725.)
4. Allowing these cases to join the Wave 6 schedule will promote the interests of justice and allow the Parties to complete discovery and expert workup without causing undue delay.
5. Plaintiffs' counsel met and conferred with counsel for Monsanto and Monsanto does not oppose the request.

THEREFORE, the nine above-captioned Plaintiffs respectfully request the Court move their cases from Wave 5 to Wave 6.

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

| | |
|---|---|
| March 24, 2023 | O'Brien Law LLC, |
| | */s/ James Griffin O'Brien* |
| | James Griffin O'Brien (Cal. 308239, Ohio 0088460) |
| | O'BRIEN LAW, LLC |
| | 405 Madison Ave., 10th Floor |
| | Toledo, Ohio 43604 |
| | Tel.   (419) 930-6401 |
| | Fax   (419) 930-6403 |
| | Email  jim@obrien.law |
| | |
| | *Counsel for Plaintiffs* |

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401

- 3 -

## CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing upon:

> Joe G. Hollingsworth
> HOLLINGSWORTH LLP
> 1350 I Street, N.W.
> Washington, DC 20005
> (202) 898-5800
> Fax: (202) 682-1639
> Email: jhollingsworth@hollingsworthllp.com
>
> *Counsel for Monsanto Company*

by filing a copy on the Court's electronic filing system.

March 24, 2023    */s/ James G. O'Brien*
                  James G. O'Brien (Cal. 308239, Ohio 0088460)

O'BRIEN LAW LLC
405 Madison Avenue, 10th Floor
Toledo, Ohio 43604
(419) 930-6401