UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Salas v. Monsanto Company et al*<br><br>Case No. 3:21-cv-06173-VC | Case No. MDL No. 2741<br><br>Case No. 3:21-cv-06173-VC<br><br>**STIPULATION TO DISMISS CAUSES OF ACTION WITHOUT PREJUDICE** |

**WHEREAS** on January 11, 2021, Plaintiff Nancy Salas filed her Complaint for Personal Injuries in this action against Defendant Home Depot U.S.A., Inc. ("Home Depot") for (1) Strict Liability; (2) Negligence; and (3) Breach of Implied Warranties.

**WHEREAS** Plaintiff seeks to dismiss the following causes of action against Home Depot without prejudice: (1) Negligence and (2) Breach of Implied Warranties.

**IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendant Home Depot, by and through their respective counsel, that:

1. Plaintiff's causes of action for (1) Negligence and (2) Breach of Implied Warranties against Home Depot be dismissed without prejudice.

2. By agreeing to this Stipulation, Plaintiff is not waiving any right she has to pursue her Strict Liability cause of action against Home Depot.

///

///

| | | |
|---|---|---|
| 1 | DATED:  March 27, 2023 | By: */s/ Pablo Rojas* |
| 2 | | Steven C. Marks |
| | | Fla. Bar No. 516414 |
| 3 | | smarks@podhurst.com |
| 4 | | Kristina M. Infante |
| | | Fla. Bar No. 112557 |
| 5 | | kinfante@podhurst.com |
| 6 | | Pablo Rojas |
| | | Fla. Bar No. 1022427 |

PODHURST ORSECK, P.A.
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Facsimile: (305) 358-2382

Attorneys for Plaintiff

DATED: March 23, 2023        By: */s/ Patrick L. Lowther*

Robert P. Alpert (rpa@mmmlaw.com)
Jeffrey K. Douglass (jkd@mmmlaw.com)
Patrick L. Lowther
(plowther@mmmlaw.com)
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center,
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 504-7692
Facsimile: (404) 365-9532

Joshua S. Goodman
(jgoodman@gnhllp.com)
Ruta Paskevicius
(rpaskevicius@gnhllp.com)
GOODMAN NEUMAN HAMILTON, LLP
One Post Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Salas v. Monsanto Company et al*<br><br>Case No. 3:21-cv-06173-VC | Case No. MDL No. 2741<br><br>Case No. 3:21-cv-06173-VC<br><br>**[PROPOSED] ORDER DISMISSING CAUSES OF ACTION WITHOUT PREJUDICE** |

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** Plaintiff Nancy Salas's causes of action for: (1) Negligence and (2) Breach of Implied Warranties against Home Depot U.S.A., Inc. be dismissed and hereby are dismissed without prejudice.

IT IS SO ORDERED.

DATED: _____                    _____
                                                                                         Hon. Vince Chhabria