UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Lazaro Molina v. Monsanto Co. | ) Cause No. 3:16-md-2741-VC<br>)<br>) MOTION FOR SUBSTITUTION OF PARTY AND<br>) SUGGESTION OF DEATH<br>) [PROPOSED][1]<br>)<br>)<br>)<br>)<br>) |

### SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) AND

### MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action hereby gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that Counsel has recently discovered the death of LAZARO MOLINA, Plaintiff in this action, as follows:

1. Plaintiff Lazaro Molina passed away on August 25, 2021.

2. Plaintiff's file Suggestion of Death is attached hereto as Exhibit *A*.

3. Plaintiff's death certificate is attached hereto as Exhibit *B*.

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that CORINA MOLINA, surviving wife of Lazaro Molin, Deceased, be substituted in place of LAZARO MOLINA as Plaintiff in this action, so that Plaintiff's claims may survive and that the action on her behalf may proceed.

The request under this Motion is not sought for delay, but so that justice may be done.

Dated: <u>March 27, 2023.</u>

1

Respectfully submitted,
**THE WEBSTER LAW FIRM**

2

3

By: /s/ Jason C. Webster
JASON C. WEBSTER
State Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
Tele:    713.581.3900
Fax:      713.581.3907
filing@thewebsterlawfirm.com

4

5

6

7

8

## CERTIFICATE OF CONFERENCE

9

I hereby certify that on March 27, 2023, a copy of the foregoing document was provided to defense counsel in an attempt to confer regarding the same. As of the date of this filing, no response has been received.

10

11

By: /s/ Jason C. Webster
JASON C. WEBSTER
State Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
Tele:    713.581.3900
Fax:      713.581.3907
filing@thewebsterlawfirm.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28