1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs

2   600 Travis Street, Suite 3400
Houston, TX 77002-2026

3   Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508

4   Email:       jstubbs@shb.com

5   *Attorneys for Defendant*
*MONSANTO COMPANY*

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Susan Wiggins, individually and as wrongful death representative of Scott Wiggins v. Monsanto Co.*, Case No. 3:23-cv-00721-VC | |

9

10

11

12

13

14
                       **MONSANTO COMPANY'S**
15      **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

16          Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

17   associations of persons, firms, partnerships, corporations (including parent corporations) or

18   other entities (i) have a financial interest in the subject matter in controversy or in a party to

19   the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

20   could be substantially affected by the outcome of this proceeding:

21          Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

22   Bayer AG has a financial interest in a party to the proceeding.

23

24

25

26

27

28
                                    1

DATED:  March 27, 2023          Respectfully submitted,

                                SHOOK, HARDY & BACON L.L.P.

                                BY: */s/ Jennise W. Stubbs*
                                    Jennise W. Stubbs
                                    600 Travis Street, Suite 3400
                                    Houston, TX 77002-2926
                                    Telephone:  (713) 227-8008
                                    Facsimile:   (713) 227-9508
                                    Email:        jstubbs@shb.com

                                *Attorneys for Defendant*
                                *MONSANTO COMPANY*

# CERTIFICATE OF SERVICE

I certify that on the 27th day of March, 2023, I electronically transmitted the foregoing

**MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk

of the court using the ECF system for filing and transmittal, and a true and correct copy of the

foregoing document was served electronically as authorized by FED. R. CIV. P. 5.


                                */s/Jennise W. Stubbs*
                                Jennise W. Stubbs

2

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:23-cv-00721-VC