1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:  (713) 227-8008
   Facsimile:  (713) 227-9508
4  Email:      jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Susan Wiggins, individually and as wrongful death representative of Scott Wiggins v. Monsanto Co.*,<br>Case No. 3:23-cv-00721-VC | |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED: March 27, 2023                    Respectfully submitted,

                                                                   SHOOK, HARDY & BACON L.L.P.

                                                                   BY: */s/ Jennise W. Stubbs*
                                                                          Jennise W. Stubbs
                                                                          600 Travis Street, Suite 3400
                                                                          Houston, TX 77002-2926
                                                                          Telephone:  (713) 227-8008
                                                                          Facsimile:   (713) 227-9508
                                                                          Email:          jstubbs@shb.com

                                                   *Attorneys for Defendant*
                                                   *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 27th day of March, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                                                       */s/Jennise W. Stubbs*
                                                                       Jennise W. Stubbs