UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741 |
| _____ | | |
| This document relates to: | | |
| Margie H. Ford, et al., v. Monsanto Co., Case No. 3:21-cv-00603-VC | | |
| _____ | | |

## ORDER SUBSTITUTING PARTIES

This matter is before the Court on the consent motion of Sandra Shealy and Tammy Willing to be substituted as plaintiffs in the place of their deceased mother, Margie Ford. Prior to her passing, Mrs. Ford served as the personal representative of the estate of her deceased husband, John Ford. Sandra Shealy and Tammy Willing have presented evidence of their mother's passing and of their appointment as co-personal representatives of the estate of John Ford. As a result, the Court grants the motion to substitute Sandra Shealy and Tammy Willing as plaintiffs pursuant to Fed. R. Civ. P. 25.

_____
Vince Chhabria
United States District Judge
Northern District of California