ROBERT P. ALPERT - GA Bar #013635
JEFFREY K. DOUGLASS - GA Bar #227523
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone:   (404) 504-7692
Facsimile:    (404) 365-9532
E-mail:        rpa@mmmlaw.com / jkd@mmmlaw.com

JOSHUA S. GOODMAN - State Bar #116576
RUTA PASKEVICIUS - State Bar #127784
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, California 94104
Telephone:   (415) 705-0400
Facsimile:    (415) 705-0411
E-Mail:       jgoodman@gnhllp.com / rpaskevicius@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Degarmeaux v. Monsanto Company et al*<br>Case No. 3:19-cv-07005-VC | Case No. MDL No. 2741<br><br>Case No. 3:19-cv-07005-VC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HOME DEPOT U.S.A., INC.** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Home Depot U.S.A., Inc. and Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiff), as to Defendant Home Depot U.S.A., Inc. only, with each party to bear her, his, or its own attorneys' fees and costs.

///

///

-1-

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HOME DEPOT U.S.A., INC.**

| | |
|---|---|
| DATED: March 27, 2023 | **LAW OFFICES OF IVAN W. GOLDE** |
| | By: */s/ Ivan W. Golde* |
| | Ivan W. Golde |
| | *Attorneys for Plaintiff* |
| | *Bruce Degarmeaux* |

DATED: March 27, 2023        **LAW OFFICES OF IVAN W. GOLDE**

By: */s/    Ivan W. Golde*
Ivan W. Golde
*Attorneys for Plaintiff*
*Bruce Degarmeaux*

DATED: March 27, 2023        **THE ORR FIRM**

By: */s/    Wykeisha L. Orr*
Wykeisha L. Orr
*Attorneys for Plaintiff*
*Bruce Degarmeaux*

DATED: March 27, 2023        **GOODMAN NEUMAN HAMILTON LLP**

By: */s/ Joshua S. Goodman*
Joshua S. Goodman
*Attorneys for Defendant*
*Home Depot U.S.A., Inc.*

DATED: March 27, 2023        **HOLLINGSWORTH LLP**

By: */s/    Martin C. Calhoun*
Martin C. Calhoun
*Attorneys for Defendant*
*Monsanto Company*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Joshua Goodman, attest that all signatories listed above, and on whose behalf this stipulation is submitted, concur in and have authorized the filing.

*/s/ Joshua S. Goodman*
Joshua S. Goodman
GOODMAN NEUMAN HAMILTON LLP

*Attorneys for Defendant Home Depot U.S.A., Inc.*

-2-

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HOME DEPOT U.S.A., INC.**