**PODHURST ORSECK, P.A.**
Matthew P. Weinshall
SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382
Email: mweinshall@podhurst.com

*Attorneys for Plaintiff Allen Boatright*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) ) Case Number: MDL No. 3:16-md-02741-VC ) ) |
| This document relates to: | ) ) |
| Boatright v. Monsanto Company, Case No.: 3:21-cv-00675 | ) ) ) ) ) |

**PLAINTIFF, ALLEN BOATRIGHT'S**
<u>**UNOPPOSED MOTION TO MOVE CASE TO WAVE VI, SUB-WAVE D**</u>

Plaintiff, Allen Boatright, by and through his undersigned counsel and without opposition from Defendant Monsanto Company, respectfully requests that the Court move his case from Wave V, Sub-Wave D to Wave VI, Sub-Wave D.

1. The case of Allen Boatright is currently part of Wave V, Sub-Wave D.

2. The Parties have worked collaboratively to schedule the depositions of Plaintiff, Allen Boatright and his wife, Connie Boatright. The Boatrights were deposed in November 2021. The deposition of Plaintiff's oncologist, Viralkumar Bhanderi, M.D., was taken in February 2022, and the deposition of Plaintiff's treating physician, Tim Broeseker, M.D., was conducted in February 2023.

Plaintiff, Allen Boatright's Unopposed Motion to Move Case to Wave V
3:16-md-02741-VC & 3:21-cv-00675-VC
P a g e | 1

3. Despite the Parties' diligent and continued efforts, discovery in this case is not complete, and Plaintiff believes that the best course of action would be to move this case to Wave VI-D.

4. Counsel for Plaintiff Boatright met and conferred with counsel for Defendant Monsanto Company, which does not oppose this request.

Therefore, Plaintiff, Allen Boatright, without opposition from Defendant Monsanto Company, respectfully requests that the Court to move his case from Wave V, Sub-Wave D to Wave VI, Sub-Wave D.

DATED:  March 27, 2023               **PODHURST ORSECK, P.A.**
                                     *Attorney for the Plaintiff*

                                     One SE Third Avenue, Suite 2300
                                     Miami, FL 33131
                                     Telephone: (305) 358-2800
                                     Fax: (305) 358-2382

                           By:       /s/ *Matthew Weinshall*
                                     Matthew P. Weinshall
                                     Florida Bar No. 84783

                                     Email: mweinshall@podhurst.com

---

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via

Plaintiff, Allen Boatright's Unopposed Motion to Move Case to Wave V
3:16-md-02741-VC & 3:21-cv-00675-VC
P a g e  | 2

the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

                                                                */s/ Matthew Weinshall*
                                                                Matthew Weinshall

_____

Plaintiff, Allen Boatright's Unopposed Motion to Move Case to Wave V
3:16-md-02741-VC & 3:21-cv-00675-VC
Page | 3