UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case Number: MDL No. 3:16-md-02741-VC ) |
| This document relates to:<br><br>Boatright v. Monsanto Company,<br>Case No.: 3:21-cv-00675 | ) **"PROPOSED" ORDER GRANTING**<br>) **UNOPPOSED MOTION TO MOVE CASE**<br>) **TO WAVE VI, SUB-WAVE D** |

Plaintiff, Allen Boatright's unopposed motion to move case from Wave V, Sub-Wave D to Wave VI, Sub-Wave D is granted.

**IT IS SO ORDERED.**

DATED: March _____, 2023

_____
District Judge Vince Chhabria