IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| *Diane M. Thomas, et al., v. Monsanto Co.*<br>*Case No. 3:20-cv-01233-VC* | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced captioned matter be dismissed without prejudice, with each party to bear its own costs and expenses.

Respectfully submitted this 28th day of March, 2023.

*/s/ Wes S. Larsen*
Wes S. Larsen
wes@jvwlaw.net
JAMES, VERNON & WEEKS, P.A.
*Attorney for Plaintiffs*
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0683

*/s/ Anthony R. Martinez*
Anthony R. Martinez
amartinez@shb.com
SHOOK, HARDY & BACON LLP
*Attorney for Defendant*
2555 Grand Blvd.
Kansas City, Missouri 64108
(816) 559-2683

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE has been served upon counsel of record via the Court's CM/ECF System.

                                        */s/ Wes S. Larsen*
                                        Wes S. Larsen
                                        Attorney at Law

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| *Diane M. Thomas, et al., v. Monsanto Co.*<br>*Case No. 3:20-cv-01233-VC* | |

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal Without Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal Without Prejudice as to the above referenced captioned matter.

**IT IS SO ORDERED.**

Dated: _____

_____
Vince Chhabria
United States District Judge