Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: *George Afanador, et al.* Cause No. 3:20-cv-1229-VC | |

## MONSANTO COMPANY'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Defendant Monsanto Company ("Monsanto") files this motion to dismiss for failure to prosecute. On December 8, 2022, this Court entered an order requiring Plaintiff George Afanador to show cause why this "case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute." (Dkt. No. 15889.) The Court further provided that the case would be dismissed if no response was filed. (*See id.*) Plaintiff's response was due on January 5, 2023. (*See id.*) Separately, the Court ordered Plaintiff's prior counsel to "file a declaration . . . describing the efforts they have made to transmit this order to the plaintiff." (*See id.*)

On March 22, 2023, Plaintiff's prior counsel filed the required declaration. (*See* Dkt. No. 16359.) The declaration shows that prior counsel mailed the December 8 Order to Plaintiff via UPS

Overnight Delivery, emailed the December 8 Order to Plaintiff, and attempted to contact the Plaintiff by telephone. (*See id.*)  The declaration further establishes that the mailing was returned as "undeliverable," that prior counsel's emails have gone unanswered, and that the Plaintiff's known phone number is now disconnected.  (*See id.*)

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Dismissal is authorized by Rule 41(b) and warranted under the December 8 Order because Plaintiff has failed to show cause why this case should not be dismissed for failure to prosecute.

### Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above captioned cases with prejudice for failure to submit a PFS.

Dated:  March 29, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Anthony R. Martinez*
Anthony R. Martinez
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*

Defendant's Motion to Dismiss for Failure to Prosecute

## **CERTIFICATE OF SERVICE**

I, Anthony Martinez, hereby certify that on March 29, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Anthony Martinez

Anthony Martinez

Defendant's Motion to Dismiss for Failure to Prosecute