UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

Case No. 3:16-md-02741-VC

*Henry and Tanya Steele v. Monsanto Company*,
3:20-cv-07889-VC

## PLAINTIFFS' MOTION FOR DISMISSAL WITH PREJUDICE

Now into court, through undersigned counsel, come plaintiffs, Henry and Tanya Steele, and move the Court to dismiss their Complaint and claims alleged in this lawsuit with prejudice, each party to bear each's own costs.

Respectfully submitted,

CRULL, CASTAING & LILLY
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 581-7700
Facsimile: (504) 581-5523

BY: /s/ *Edward J. Castaing, Jr.*
EDWARD J. CASTAING, JR. #4022
PETER E. CASTAING  #35019
*pcastaing@cclhlaw.com*
*ecastaing@cclhlaw.com*

*Counsel for Henry Steele, and his wife, Tanya Steele*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM?ECF system which will send a notice to all counsel of record who are CM/ECF participants.

 /s/ *Edward J. Castaing, Jr.*