UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

Case No. 3:16-md-02741-VC

*Henry and Tanya Steele v. Monsanto Company*,
3:20-cv-07889-VC

## O R D E R

Considering the Plaintiffs' Motion for Dismissal with Prejudice;

IT IS ORDERED that Plaintiffs' Motion for Dismissal with Prejudice be granted, and that their Complaint and all claims in this lawsuit be and they are hereby dismissed with prejudice, each party to bear each's own costs and expenses.

_____
**UNITED STATES DISTRICT JUDGE**