1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4   IN RE:ROUNDUP PRODUCTS LIABILITY          MDL CASE NO.  3:16-md-2741-VC
    LITIGATION
                                              **MOTION FOR SUBSTITUTION OF**
5   THIS DOCUMENT RELATES TO:                 **PARTY AND SUGGESTION OF DEATH**
                                              **[PROPOSED]**
6   *Donald Moody, et al. v. Monsanto Co.*
    Civil Action No. 2:19-cv-00119

7

8

9          Counsel for Plaintiff in the above-referenced action hereby gives notice and suggests upon

10  the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that Counsel has

11  recently discovered the death of DONALD MOODY, Plaintiff in this action, as follows:

12         1.   Plaintiff Donald Moody passed away on March 27, 2022;

13         2.   Plaintiff's Suggestion of Death is attached hereto as **Exhibit A**.

14         3.   Plaintiff's death certificate is attached hereto as **Exhibit B**.

15         Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby

16  requested that REBECCA MOODY, surviving wife of Donald Moody, Deceased, be substituted in

17  place of DONALD MOODY as Plaintiff in this action, so that Plaintiff's claims may survive and

18  that the action on his behalf may proceed.

19         The request under this Motion is not sought for delay, but so that justice may be done.

20                                            Respectfully submitted,
                                              **VARNUM, LLP**
21                                            Attorneys for Plaintiffs Donald Moody and Rebecca
                                              Moody
22

23  Dated:  March 29, 2023                    By:  /s/ *Brion B. Doyle*
                                                   Adam J. Brody (P62035)
24                                                 Brion B. Doyle (P67870)
                                              Business Address, Telephone, and E-mail:
25                                                 Bridgewater Place, P.O. Box 352
                                                   Grand Rapids, MI 49501-0352
26                                                 (616) 336-6000
27                                                 ajbrody@varnumlaw.com
                                                   bbdoyle@varnumlaw.com
28

                                              1
    MOTION FOR SUBSTITUTION OF PARTY

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on March 29, 2023, a copy of the foregoing document was provided to

3  defense counsel in an attempt to confer regarding the same.  As of the date of this filing, no

4  response has been received.

5                                              **VARNUM, LLP**
                                               Attorneys for Plaintiffs Donald Moody and Rebecca
6                                              Moody

7
   Dated:  March 29, 2023                      By:  /s/*Brion B. Doyle*
8                                                      Adam J. Brody (P62035)
                                                       Brion B. Doyle (P67870)
9                                              Business Address, Telephone, and E-mail:
                                                       Bridgewater Place, P.O. Box 352
10                                                     Grand Rapids, MI 49501-0352
                                                       (616) 336-6000
11                                                     ajbrody@varnumlaw.com
                                                       bbdoyle@varnumlaw.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28