# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Donald Moody, et al. v. Monsanto Co.*<br> Civil Action No. 2:19-cv-00119 | MDL CASE NO.  3:16-md-2741-VC<br><br>**NOTICE AND SUGGESTION OF DEATH** |

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Plaintiffs hereby informs the Honorable Court of Plaintiff Donald Moody's death on March 27, 2022.

It is anticipated that upon receipt of the death certificate, Decedent's wife Rebecca Moody, a personal of the full age of majority, his surviving spouse, and person entitled to maintain a survival action, will file a motion pursuant to Fed. R. Civ. P. 25(a)(1) seeking an Order substituting her as Plaintiff in the above-captioned matter in the place and stead of her late husband.

|   |   |
|---|---|
|   | Respectfully submitted,<br>**Varnum, LLP**<br>Attorneys for Plaintiffs Donald Moody and Rebecca Moody |
| Dated:  March 29, 2023 | By:  /s/ *Brion B. Doyle*<br>          Adam J. Brody (P62035)<br>          Brion B. Doyle (P67870)<br>Business Address, Telephone, and E-mail:<br>          Bridgewater Place, P.O. Box 352<br>          Grand Rapids, MI 49501-0352<br>          (616) 336-6000<br>          ajbrody@varnumlaw.com<br>          bbdoyle@varnumlaw.com |

### CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, Parties may access this filing through the Court's system.

                                        **VARNUM, LLP**

Dated: March 29, 2023              By: /s/*Brion B. Doyle*
                                                    Adam J. Brody (P62035)
                                                    Brion B. Doyle (P67870)
                                     Business Address, Telephone, and E-mail:
                                                   Bridgewater Place, P.O. Box 352
                                                   Grand Rapids, MI 49501-0352
                                                   (616) 336-6000
                                                   ajbrody@varnumlaw.com
                                                   bbdoyle@varnumlaw.com