# Exhibit B

| | | |
|---|---|---|
| LF _____ | STATE OF MICHIGAN  DEPARTMENT OF HEALTH AND HUMAN SERVICES | STATE FILE NUMBER |
| CF 256 | CERTIFICATE OF DEATH | 028480 |

**1. DECEDENT'S NAME** (First, Middle, Last): Donald Gary Moody
**2. DATE OF BIRTH:** March 27, 1947
**3. SEX:** Male
**4. DATE OF DEATH:** March 27, 2022
**5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS:**
**6a. AGE - Last Birthday (Years):** 75
**6b. UNDER 1 YEAR** — MONTHS / DAYS
**6c. UNDER 1 DAY** — HOURS / MINUTES
**7a. LOCATION OF DEATH:** UP Health System - Marquette
**7b. CITY, VILLAGE OR TOWNSHIP OF DEATH:** Marquette
**7c. COUNTY OF DEATH:** Marquette
**8a. CURRENT RESIDENCE - STATE:** Michigan
**8b. COUNTY:** Delta
**8c. LOCALITY:** Rock
**8d. STREET AND NUMBER:** 13301 Camp 9 Road
**8e. ZIP CODE:** 49880
**9. BIRTH PLACE:** Kankakee, Illinois
**10. SOCIAL SECURITY NUMBER:** [redacted]
**11. DECEDENT'S EDUCATION:** Bachelor's degree
**12. RACE:** White
**13a. ANCESTRY:** Scottish, Irish, German
**13b. HISPANIC ORIGIN:** No
**14. EVER IN THE U.S. ARMED FORCES?** No
**15. USUAL OCCUPATION:** Business Owner/ Developer
**16. KIND OF BUSINESS OR INDUSTRY:** Restaurant/Store
**17. MARITAL STATUS:** Married
**18. NAME OF SURVIVING SPOUSE** (if wife, give name before first married): Rebecca Lee Regnier
**19. FATHER'S NAME** (First, Middle, Last): Clifford Moody
**20. MOTHER'S NAME BEFORE FIRST MARRIED** (First, Middle, Last): Lorraine Cleary
**21a. INFORMANT'S NAME:** Rebecca Lee Moody
**21b. RELATIONSHIP TO DECEDENT:** Spouse
**21c. MAILING ADDRESS:** 13301 Camp 9 Road, Rock, Michigan 49880
**22. METHOD OF DISPOSITION:** Cremation
**23a. PLACE OF DISPOSITION:** A and K Crematory
**23b. LOCATION** - City or Village, State: Escanaba, Michigan
**24. SIGNATURE OF MORTUARY SCIENCE LICENSEE:** Jeremy S. Hansen
**25. LICENSE NUMBER:** 4501007005
**26. NAME AND ADDRESS OF FUNERAL FACILITY:** Crawford Funeral Home   302 S. 13th Street   Escanaba, MI 49829
**27a. CERTIFIER:** [X] Certifying Physician — To the best of my knowledge, death occurred due to the (cause)s and manner stated. [ ] Medical Examiner — On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.   Signature and Title: Lisa Long, MD
**28a. ACTUAL OR PRESUMED TIME OF DEATH:** 07:00 AM
**28b. PRONOUNCED DEAD ON:** March 27, 2022
**28c. TIME PRONOUNCED DEAD:** 07:00 AM
**29. MEDICAL EXAMINER CONTACTED:** No
**30. PLACE OF DEATH:** Hospital
**31. IF HOSPITAL:** Inpatient
**27b. DATE SIGNED:** March 27, 2022
**27c. LICENSE NUMBER:** 4301074655
**32. MEDICAL EXAMINER'S CASE NUMBER:**
**33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER:**
**34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN:** Lisa Long, MD, UP Health System - Marquette, 850 W. Baraga Ave., Marquette, Michigan 49855
**35a. REGISTRAR'S SIGNATURE:** Linda K. Talsma
**35b. DATE FILED:** April 01, 2022

**36. PART I.** ENTER the chain of events- diseases, injuries or complications - that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. Enter only one cause on line. If diabetes was an underlying or contributing cause of death be sure to record diabetes in either Part I or Part II of the cause of death section.

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. | Respiratory arrest | 0 |
| b. | COVID 19 | Months |
| c. | Mantle cell lymphoma | Years |
| d. | | |

**PART II. OTHER SIGNIFICANT CONDITIONS** contributing to death but not resulting in the underlying cause given in Part I:

**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** [ ] Yes  [ ] Probably  [X] No  [ ] Unknown
**38. IF FEMALE:** [ ] Not pregnant within past year  [ ] Pregnant at time of death  [ ] Not pregnant, but pregnant within 42 days of death  [ ] Unknown if pregnant within the past year  [ ] Not pregnant, but pregnant 43 days to 1 year before death
**39. MANNER OF DEATH:** Natural
**40a. WAS AN AUTOPSY PERFORMED?** No
**40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?** Not Applicable
**41a. DATE OF INJURY:**
**41b. TIME OF INJURY:**
**41c. DESCRIBE HOW INJURY OCCURRED:**
**41d. INJURY AT WORK:**
**41e. PLACE OF INJURY:**
**41f. IF TRANSPORTATION INJURY:**
**41g. LOCATION:**