UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI, SUB-WAVE D** |
| *Elouise Jackson v. Monsanto Co. and John Does 1-100,* Case No.: 3:20-cv-08522-VC | |

Plaintiff Elouise Jackson – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave VI with no assigned Sub-Wave to Wave VI, Sub-Wave D:

1. Counsel for Plaintiff, Elouise Jackson, filed a motion to move her case from Wave V to Wave VI with no assigned Sub-Wave on March 9, 2023.

2. The order granting the motion to move her case to Wave VI was filed on March 22, 2023.

3. Counsel for the Plaintiff, Elouise Jackson, did not include a Sub-Wave assignment in the motion to move her case to Wave VI that was filed on March 9, 2023 and granted on March 22, 2023.

Therefore, Plaintiff Elouise Jackson, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave VI with no assigned Sub-Wave to Wave VI, Sub-Wave D.

Date: March 30, 2023                                   Respectfully Submitted,

By: *[signature]*

C. Moze Cowper
**Cowper Law LLP**
12301 Wilshire Blvd., Suite 303
Los Angeles, CA 90025
Tel: 877-529-3707

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
C. Moze Cowper