UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Timothy M. Corbett, et al v. Monsanto Co.*, No. 3:20-cv-00118-VC | |

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

Plaintiff Timothy M. Corbett - without opposition from Defendant Monsanto Company - respectfully requests the Court move his case from Wave VI to Wave VII:

1. Mr. Corbett's case is currently part of Wave VIA

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition and inspection of his property have not yet been scheduled.

3. Additionally, the deadlines posed by Wave VI presents challenges to Plaintiff to present required expert reports.

4. Plaintiff believes the best, most prudent course of action would be to move this case to a later Wave.

5. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VII.

1148800

Therefore, Plaintiff Timothy M. Corbett, with the consent of Defendant Monsanto Company, respectfully request the Court move his case from Wave VI to Wave VII.

Dated: March 31, 2023

                                          *Respectfully submitted,*
                                          Timothy M. Corbett and Barbara Corbett,
                                          Plaintiffs,

                                          By:   *David A. Domina*  11043NE
                                          Domina Law Group pc llo
                                          2425 South 144th St. Omaha NE 68144-3267
                                          402 493 4100
                                          ddomina@dominalaw.com

                                          Plaintiffs' Lawyer

## Certificate of Service

     I certify that on March 31, 2023  I Served the foregoing by filing with the Court using the CM/ECF system which sent notice to counsel of record when accepted and filed.

                                          *David A. Domina*