# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: *Kristin Slagle, Personal Representative of the Estate of Mark Slagle, and Individually v. Monsanto Co.*, Case No: 3:20-cv-05964 | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |

Plaintiff's motion to move their case from Wave VI to Wave VII is GRANTED.

    IT IS SO ORDERED.

Dated: _____, 2023

                                                                              JUDGE VINCE CHHABRIA

1148980