# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |
| *Kara Stockdale, PR el al  v. Monsanto Co.*, Case No: 3:20-cv-06168 | |

Plaintiff's motion to move their case from Wave VI to Wave VII is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
JUDGE VINCE CHHABRIA

1148994