David A. Domina, NE #11043
Domina Law Group pc llo
2425 S 144th St
Omaha, NE 68144
Telephone: 402-493-4100
Facsimile: 402-493-9782
ddomina@dominalaw.com

*Attorney for Plaintiffs*

## United States District Court, District of Northern California

| | |
|---|---|
| **In Re: Roundup Products Liability Litigation** | **MDL No. 2741**<br>**Case No: 16-md-2741-VC**<br>**Hon. Vince Chhabria**<br><br>**3:20-cv-01070**<br><br>**Nebraska: 8:20-cv-00044** |
| **Michael N. Kaup and Lavonne Kaup,**<br><br>Plaintiffs,<br><br>v.<br><br>**Monsanto Company,**<br>**a Missouri Corporation,**<br><br>Defendant. | **David Domina's Motion for Leave to Withdraw as Attorney** |

1. David A. Domina and Domina Law Group pc llo respectfully request the Court for Motion to Withdraw as counsel for plaintiffs due to breakdown in communications with clients.

2. Plaintiffs have been notified of Mr. Domina's withdrawal.

*/s/David A. Domina*
David A. Domina, #11043
Domina Law Group pc llo
2425 S. 144th St.
Omaha, NE 68144-3267
Phone: (402) 493-4100
Email: ddomina@dominlaw.com

1

10Z7904

*Counsel for Plaintiffs*

## Certificate of Service

I certify that on March 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record and by email to:

Michael & LaVonne Kaup<br>
6701 66th St<br>
Columbus, NE 68601-8324<br>
mlkaup@frontiernet.net<br>
<br>
 /s/ David A. Domina

10Z7904