David A. Domina, NE #11043
Domina Law Group pc llo
2425 S 144th St
Omaha, NE 68144
Telephone: 402-493-4100
Facsimile: 402-493-9782
ddomina@dominalaw.com

*Attorney for Plaintiffs*

## United States District Court, District of Northern California

| | |
|---|---|
| **In Re: Roundup Products Liability Litigation** | **MDL No. 2741**<br>**Case No: 16-md-2741-VC**<br>**Hon. Vince Chhabria** |
| _____<br>**Michael N. Kaup and Lavonne Kaup.**<br>**Plaintiffs,**<br>v.<br>**Monsanto Company,**<br>**a Missouri Corporation,**<br>**Defendant.** | **3:20-cv-01070**<br>**Nebraska: 8:20-cv-00044**<br><br>**[Proposed[ Order Granting David Domina's Motion for Leave to Withdraw as Attorney** |

    1.    This matter is before the Court on the Plaintiff's Motion for Leave for David A. Domina to withdraw as counsel for Plaintiff. The Court FINDS and ORDERS that:

        1.1.    Grounds for leave to Withdraw are established. David A. Domina is granted and deemed to have withdrawn as counsel of record for the Plaintiff.

2

        1.2.    A copy of this Order will be provided to the plaintiffs.

_____, 2023.

                                              By the Court:

                                              _____

                                              District Court Judge