UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION _____ This document relates to: *George Afanador, et al. v. Monsanto Co.,* Case No. 3:20-cv-1229 _____ | MDL No. 2741 Re: Dkt. No. 15889 |

**RESPONSE TO MOTION TO DISMISS FILED BY MONSANTO CO.**

1. On December 1, 2022, Thornton Law Firm, LLP ("Thornton"), for reasons stated therein, filed a Motion to Withdraw as Counsel for Plaintiffs in the above-referenced matter. (Docket No. 15889).

2. On December 8, 2022, this Court granted that Motion, and issued an Order relieving Thornton as Counsel subject to service of the Court's Order upon Mrs. Afanador, the Plaintiff's widow. (Docket No. 15921).

3. On March 23, 2023, Thornton filed a Declaration of Counsel detailing their efforts to serve Mrs. Afanador with the Court's December 8, 2022, Order. (Docket No. 16359).

4. On March 29, 2023, Defendant, Monsanto Co., Filed a First Motion to Dismiss for Lack of Prosecution. (Docket No. 16395). That Motion was served upon Thornton, now *former* counsel to Plaintiff, and not upon the Plaintiff directly.

5.  Thornton, absent further Order from the Court, takes no position on the merits of Defendant's Motion and, as *former* counsel to Plaintiff, will not file any further papers addressing Defendant's Motion.

6.  Thornton files the instant Response for the purpose of alerting the Court to the fact that Mrs. Afanador, Plaintiff's widow, has apparently not received Notice of Defendant's First Motion to Dismiss for Lack of Prosecution. (Docket No. 16395).

Respectfully submitted,

DATED: March 30, 2023                    THORNTON LAW FIRM, LLP

*/s/ David Bricker*
David Bricker, Esq. (Cal. Bar No. 158896)
THORNTON LAW FIRM, LLP
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676

David C. Strouss, Esq. (BBO# 546253)
Jasmine M. Howard, Esq. (BBO# 698130)
THORNTON LAW FIRM, LLP
One Lincoln Street, 13th Floor
Boston, MA 02111
(617) 720-1333

Attorneys for Plaintiffs.

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 30th day of March, 2023, the foregoing Response was served by electronic mail upon the following counsel for Defendant Monsanto:

DATED:   March 30, 2023

*/s/ David Bricker*
David Bricker, Esq. (Cal. Bar No. 158896)
THORNTON LAW FIRM, LLP
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676

David C. Strouss, Esq.  (BBO# 546253)
Jasmine M. Howard, Esq. (BBO# 698130)
THORNTON LAW FIRM, LLP
One Lincoln Street
Boston, MA  02111
(617) 720-1333  FAX (617) 720-1333

*Attorneys for Plaintiffs*