**PODHURST ORSECK, P.A.**
Ramon A. Rasco
SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382
Email: rrasco@podhurst.com
*Attorneys for Plaintiff Andrew Colton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case Number: MDL No. 3:16-md-02741-VC ) |
| This document relates to: Andrew Colton v. Monsanto Company, Case No.: 3:20-cv-04834-VC | ) ) ) ) ) ) |

**PLAINTIFF, ANDREW COLTON'S
UNOPPOSED MOTION TO MOVE CASE TO WAVE VI, SUB-WAVE D**

Plaintiff, Andrew Colton, by and through his undersigned counsel and without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave V, Sub-Wave C, to Wave VI, Sub-Wave D.

1. The case of Andrew Colton is currently part of Wave V, Sub-Wave C.

2. The Parties have worked collaboratively to schedule the depositions of Plaintiff, Andrew Colton and his wife, Deborah Colton. The Colton's were deposed in December 2021. The deposition of Plaintiff's oncologist, Dennis Cooper, M.D., was taken on March 6, 2023.

Plaintiff, Andrew Colton's Unopposed Motion to Move Case to Wave VI
3:16-md-02741-VC & 3:20-cv-04834-VC
P a g e | 1

3. Despite the Parties' diligent and continued efforts, discovery in this case is not complete, and Plaintiff believes that the best course of action would be to move this case to Wave VI-D.

4. Counsel for Plaintiff Colton met and conferred with counsel for Defendant Monsanto Company. Plaintiff believes the best course of action would be to move this case to a later Wave. Monsanto has informed us that it does not oppose this request.

Therefore, Plaintiff, Andrew Colton, without opposition from Defendant, Monsanto Company, respectfully requests the Court to move his case from Wave V, Sub-Wave C to Wave VI, Sub-Wave D.

DATED:  March 31, 2023

**PODHURST ORSECK, P.A.**

*Attorney for the Plaintiff*

SunTrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By:     /s/ *Ramon A. Rasco*
        Ramon A. Rasco
        Florida Bar No. 617334
        Email: rrasco@podhurst.com

Plaintiff, Andrew Colton's Unopposed Motion to Move Case to Wave VI
3:16-md-02741-VC & 3:20-cv-04834-VC
P a g e  | 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

/s/ Ramon A. Rasco
Ramon A. Rasco

Plaintiff, Andrew Colton's Unopposed Motion to Move Case to Wave VI
3:16-md-02741-VC & 3:20-cv-04834-VC
Page | 3