UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> Andrew Colton v. Monsanto Company, Case No.: 3:20-cv-804834-VC | ) <br> ) MDL No. 2741 <br> ) <br> ) Case Number: MDL No. 3:16-md-02741-VC <br> ) <br> ) **"PROPOSED" ORDER GRANTING** <br> ) **UNOPPOSED MOTION TO MOVE CASE** <br> ) **TO WAVE VI, SUB-WAVE D** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff, Andrew Colton's unopposed motion to move case from Wave V, Sub-Wave C to Wave VI, Sub-Wave D is granted.

**IT IS SO ORDERED.**

DATED:  March _____, 2023          _____
                                                                    District Judge Vince Chhabria