

**Michael J. Miller** – (1952 – 2021)
**Nancy Guy Miller** – MS, VA
**Bruce D. Burtoff, M.D., J.D.** – VA, DC, FL, MS
**David J. Dickens** – VA, DC
**Jeffrey Travers** – VA
**Tayjes Shah** – PA, NJ
**Curtis G. Hoke** – CA
**Jeff T. Seldomridge** – VA, WV
**Shayne K. Hodge** – NJ, VA
**Brian K. Brake** – VA
**Austin Estelle** - TX

**The Sherman Building**
**108 Railroad Avenue**
**Orange, VA 22960**

Elisa A Dickson, RN, BSN, MS
Nancy Leftwich, RN
Jeanie Oelrich, RN, BSN
Website: Millerfirmllc.com
Telephone: (540) 672-4224
(866) 529-3323
Facsimile: (540) 672-3055

March 31, 2023

VIA CM/ECF
The Honorable Vince Chhabria
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 4 – 17th Floor
San Francisco, CA 94102

> Re: In Re: Roundup Products Liability Litigation, MDL No. 2741
> Case No. 16-md-02741-VC
> Proposed Special Master – Randi Ellis

Dear Judge Chhabria,

In response to the Court's request at the March 29, 2023 Case Management Conference, Co-Lead Counsel write to inform the Court of the compensation structure for Plaintiffs' proposed Special Master, Randi Ellis.

If appointed, Ms. Ellis would be compensated at her standard hourly rate of $950 per hour and reimbursed for any reasonable out-of-pocket expenses in connection with the discharge of her duties. The total fee paid to Ms. Ellis, however, will be capped at 4% of the total common benefit funds available for distribution. All fees of the Special Master would be paid by Plaintiffs from the MDL Common Benefit Fund established pursuant to CMO 12.

If the Court decides to appoint Ms. Ellis, Co-Lead Counsel will submit, for the Court's consideration, a proposed Order appointing her as Special Master that satisfies the requirements of Fed. R. Civ. P. 53.

Respectfully submitted,

THE MILLER FIRM, LLC

David J. Dickens

cc: All Counsel of Record (via ECF)