**SCHULER, WEISSER, ZOELLER,**
**OVERBECK & BAXTER, P.A.**
ERIC C, HAYDEN, ESQUIRE
ehayden@shw-law.com
acoates@shw-law.com
1615 Forum Place, Suite 4-D
West Palm Beach, FL 33401
(561) 689-8180
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Antonio Perillo v. Monsanto Company*<br>Case No.: 3:21-cv-02550-VC | MDL No. 2741<br><br>Case No.: MDL No. 3:16-md-02741-VC |

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7(B)

Plaintiff, Antonio Perillo, by and through his undersigned attorneys at Schuler, Weisser, Zoeller, Overbeck & Baxter, P.A., and without opposition from Defendant, Monsanto Company, respectfully request the Court move this case from Wave V to Wave VII(B).

1. The case of Antonio Perillo is currently part of Wave V.

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

3. The parties completed depositions of Plaintiff, Plaintiff's treating physician Dr. Raymond Tsao, Plaintiff's son and former landscaping business partner Tony Perillo, and Plaintiff's treating physician Dr. Lorenzo Falchi.

4. The parties have both complied with the deadlines for expert disclosures.

5. While coordinating the depositions of experts, unfortunately, Plaintiff's disclosed toxicology expert, Dr. Ambrose Charles, was forced to suddenly and unexpectedly

retire due to health issues. His health concerns will render him unable to continue to serve as an expert in this matter, and thus Plaintiff must find a new toxicology expert.

6. Counsel for Antonio Perillo met and conferred with counsel for Defendant, Monsanto Company. The parties believe the best course of action would be to move this case to a later Wave. Monsanto does not oppose this request.

Therefore, Plaintiff, Antonio Perillo, without opposition from Defendant, Monsanto Company, respectfully request the Court to move their case from Wave V to Wave VII(B).

Dated:  April 4, 2023

    Respectfully submitted,

    SCHULER, WEISSER,
    ZOELLER & OVERBECK, P.A.
    Attorneys for Plaintiff
    Barristers Building
    1615 Forum Place, Suite 4D
    West Palm Beach, FL  33401
    (561)-689-8180

    By: */s/ Eric C. Hayden, Esq.*
    Richard D. Schuler
    FL Bar No.  158226
    Attorneys for Plaintiff(s)
    Primary:  rschuler@shw-law.com
    Email2:   ehayden@shw-law.com
    Email3:   acoates@shw-law.com
    Email4:   crussell@shw-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, a true and correct copy of the foregoing document was served upon the parties below via electronic mail:

Anthony R. Martinez, Esquire
**SHOOK, HARDY & BACON, LLP**
2555 Grand Boulebard
Kansas City, MO 64108
(816) 474-6550
amartinez@shb.com
*Attorney for Defendant, Monsanto Company*

                                                /s/ *Eric C. Hayden, Esq.*