UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Marilyn Boutelle,

           Plaintiff,

   vs.

Monsanto Company,

           Defendant.

NOTICE OF VOLUNTARY DISMISSAL

Index No: 1:20-CV-0103 (GTS/DJS)

---

Pursuant to Federal Rules of Civil Procedure, FRCP 41(a); the plaintiff, Marilyn Boutelle and(or) her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant Monsanto Company.

Dated: February 14, 2023

*Amber L. Wright*
Amber L. Wright
POWERS & SANTOLA, LLP
Plaintiff's Counsel
Office and P.O. Address
100 Great Oaks Blvd, Suite 123
Albany, New York 12203
(518) 465-5995