# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Karen McCulloch, individually, and as successor in interest for the estate of James Lewis McCulloch, deceased v. Monsanto Co. and John Does 1-100 inclusive* | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE C** |
| Case No.: 3:20-cv-01672-VC | |

    Plaintiff's motion to move the case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave C is granted.

**IT IS SO ORDERED.**


Dated: _____, 2023

                                                                                                              HONORABLE VINCE CHHABRIA
                                                                                                              UNITED STATES DISTRICT COURT