UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE C |
| *John Warren Moers, individually, and as successor in interest for the estate of Margaret Ann Moers, deceased v. Monsanto Co. and John Does 1-100 inclusive* | |
| Case No.: 3:20-cv-01671-VC | |

    Plaintiff John Warren Moers – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave C:

1. John Warren Moers' case is part of Wave VI with no assigned Sub-Wave.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition on May 20, 2022. However, Margaret Ann Moers' treating oncologist's and primary physician's depositions have yet to be scheduled.

4. Plaintiff served his first round of written discovery responses and document productions on November 12, 2022. Plaintiff intends to propound written discovery.

5. Counsel for the Plaintiff, John Warren Moers, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-Wave C, and Monsanto does not oppose this request.

Therefore, Plaintiff John Warren Moers, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave C.

Date: April 4, 2023

Respectfully Submitted,

By: *Kristy M. Arevalo*

Kristy M. Arevalo
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo
McCUNE LAW GROUP