UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *John Warren Moers, individually, and as successor in interest for the estate of Margaret Ann Moers, deceased v. Monsanto Co. and John Doe 1-100 inclusive* Case No.: 3:20-cv-01671-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE C** |

Plaintiff's motion to move the case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave C is granted.

**IT IS SO ORDERED.**


Dated: _____, 2023        _____
                                      HONORABLE VINCE CHHABRIA
                                      UNITED STATES DISTRICT COURT