UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *Diane Rivera, individually, and as surviving heir of Jimmie Cisneros, deceased v. Monsanto Co. and John Does 1-100 inclusive* Case No.: 3:19-cv-04962-VC | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE C |

Plaintiff Diane Rivera, individually and on behalf of Jimmie Cisneros, deceased, – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave VI, Sub-Wave C to Wave VII, Sub-Wave C:

1. Diane Rivera's case is part of Wave VI, Sub-Wave C.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition on November 28, 2022. However, Jimmie Cisneros' treating oncologist's and primary physician's depositions have yet to be scheduled.

4. Defendant has not made written discovery and document production requests. Plaintiff intends to propound written discovery.

5. Counsel for the Plaintiff, Diane Rivera, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-Wave C, and Monsanto does not oppose this request.

Therefore, Plaintiff Diane Rivera, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave VI, Sub-Wave C to Wave VII, Sub-Wave C.

Date: April 4, 2023                                        Respectfully Submitted,

By: *Kristy M. Arevalo*
Kristy M. Arevalo
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo
McCUNE LAW GROUP