UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 <br> \| Master Docket Case No. 16-md-02741-VC <br> \| <br> \| Honorable Vince Chhabria |
| This document relates to: <br> *Diane Rivera, individually, and as surviving heir of Jimmie Cisneros, deceased v. Monsanto Co. and John Does 1-100 inclusive* <br> Case No.: 3:19-cv-04962-VC | \| <br> \| **ORDER GRANTING MOTION TO MOVE** <br> \| **CASE TO WAVE VII, SUB-WAVE C** |

    Plaintiff's motion to move the case from Wave VI, Sub-Wave C to Wave VII, Sub-Wave C is granted.

    **IT IS SO ORDERED.**


Dated: _____, 2023            _____
                                          HONORABLE VINCE CHHABRIA
                                          UNITED STATES DISTRICT COURT