**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *Virgenna Saunders, individually, and as surviving heir of Frank Johnson Jr., deceased v. Monsanto Co. and John Does 1-100 inclusive* Case No.: 3:19-cv-05053-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE C** |

  Plaintiff's motion to move the case from Wave VI, Sub-Wave C to Wave VII, Sub-Wave C is granted.

  **IT IS SO ORDERED.**


Dated: _____, 2023      _____
                        HONORABLE VINCE CHHABRIA
                        UNITED STATES DISTRICT COURT