**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| | \| Master Docket Case No. 16-md-02741-VC |
| | \| |
| | \| Honorable Vince Chhabria |
| This document relates to: | \| |
| | \| **UNOPPOSED MOTION TO MOVE CASE TO** |
| *Scheideman, et al. v. Monsanto Company and John Does 1-100 inclusive* | \| **WAVE VII, SUB-WAVE C** |
| Case No.: 3:20-cv-01674-VC | \| |

Plaintiffs Kelly Scheideman and Cheri Scheideman – without opposition from Defendant Monsanto Company – respectfully requests the Court move their case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave C:

1. Kelly Scheideman's and Cheri Scheideman's case is part of Wave VI with no assigned Sub-Wave.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiffs' depositions on June 9, 2022. However, Kelly Scheideman's treating oncologist's and primary physician's depositions have yet to be scheduled.

4. Plaintiffs served their first round of written discovery responses and document productions on November 12, 2022. Plaintiffs intend to propound written discovery.

5. Counsel for the Plaintiffs, Kelly Scheideman and Cheri Scheideman, met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to Wave VII, Sub-Wave C, and Monsanto does not oppose this request.

Therefore, Plaintiffs Kelly Scheideman and Cheri Scheideman, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave C.

Date:  April 4, 2023                              Respectfully Submitted,


By:  _____
Kristy M. Arevalo
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By:    *Kristy M Arevalo*
       Kristy M. Arevalo
       McCUNE LAW GROUP