UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |

*Henry and Tanya Steele v. Monsanto Company*,
3:20-cv-07889-VC

**O R D E R**

Considering the Plaintiffs' Motion for Dismissal with Prejudice;

IT IS ORDERED that Plaintiffs' Motion for Dismissal with Prejudice be granted, and that their Complaint and all claims in this lawsuit be and they are hereby dismissed with prejudice, each party to bear each's own costs and expenses.

_____
**VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE**