UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES** |
| Garrott v. Monsanto Co., Case No.: 3:19-cv-05063-VC | Re: 16363–68, 16370–74, 16386, 16403–08, 16411, 16414, 16416–21 |
| Glaze v. Monsanto Co., Case No.: 3:20-cv-00064-VC | |
| Goik v. Monsanto Co., Case No.: 3:19-cv-04812-VC | |
| Garrison v. Monsanto Co., Case No.: 3:19-cv-00280-VC | |
| Gorman v. Monsanto Co., Case No.: 3:20-cv-01670-VC | |
| Humphrey v. Monsanto Co., Case No.: 3:20-cv-04647-VC | |
| Keeney v. Monsanto Co., Case No.: 3:20-cv-00433-VC | |
| Kuehn v. Monsanto Co., Case No.: 3:20-cv-00669-VC | |
| Johnson v. Monsanto Co., Case No.: 3:20-cv-01234-VC | |
| Johnson v. Monsanto Co., Case No.: 3:19-cv-05095-VC | |
| Boatright v. Monsanto Co., Case No.: 3:21-cv-00675-VC | |

Jackson v. Monsanto Co.,
Case No.: 3:20-cv-08522-VC

Hochsteint v. Monsanto Co.,
Case No: 3:21-cv-00605-VC

Corbett v. Monsanto Co.,
Case No: 3:20-cv-00118-VC

Hueschenl v. Monsanto Co.,
Case No: 3:21-cv-04937-VC

Schroeder v. Monsanto Co.,
Case No: 3:20-cv-01275-VC

Slagle v. Monsanto Co.,
Case No: 3:20-cv-05964-VC

Stockdale v. Monsanto Co.,
Case No: 3:20-cv-06186-VC

Colton v. Monsanto Co., Case
No.: 3:20-cv-4834-VC

Perillo v. Monsanto Co., Case
No.: 3:21-cv-02550-VC

McCulloch v. Monsanto Co.,
Case No.: 3:20-cv-01672-VC

Moers v. Monsanto Co.,
Case No.: 3:20-cv-01671-VC

Moore v. Monsanto Co.,
Case No.: 3:19-cv-04974-VC

Rice v. Monsanto Co.,
Case No.: 3:19-cv-04941-VC

Rivera v. Monsanto Co.,
Case No.: 3:19-cv-04962-VC

Saunders v. Monsanto Co.,
Case No.: 3:19-cv-05053-VC

The above-listed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: April 4, 2023

_____

VINCE CHHABRIA
United States District Judge