FULLER, WILLIAMSON, NELSEN & PREHEIM, LLP
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
epreheim@fullerandwilliamson.com
  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
### STATE OF CALIFORNIA
### NORTHERN DISTRICT

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Deborah H. Horner, individually and as Personal Representative of the Estate of William J. Horner v. Monsanto Company, Inc.*, Case No. 3:21-cv-07744-VC. | **MOTION TO WITHDRAWAL AS COUNSEL** |

Derek A. Nelsen and Eric T. Preheim of Fuller, Williamson, Nelsen & Preheim, LLP, who are counsel for Plaintiff Deborah Horner, individually and as Personal Representative of the Estate of William J. Horner, move to withdraw as counsel for Plaintiff and to be removed from the CM/ECF notification system for the MDL case. The parties previously stipulated to dismiss Plaintiff's claims against Defendant Monsanto Company, Inc. with prejudice on September 6, 2022. (*See* Doc. 27 (case 3:21-cv-07744-VC); *also see* Doc. 15413 (case 3:16-md-02741-VC).

Dated:  April 5, 2023.

FULLER, WILLIAMSON, NELSEN
& PREHEIM, LLP

  /s/ Derek A. Nelsen
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
epreheim@fullerandwilliamson.com
  *Attorneys for Plaintiff*