## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2741 |
| | | Case No. 3:16-md-02741-VC |
| This document relates to: | * * * | |
| *Dennis McNamara Jr. v. Monsanto Co.*, Case No. 3;21-cv-00963-VC | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 6

Plaintiff, Frederick Tujague, substituted party plaintiff in place of Dennis McNamara, Jr., without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave 5 to Wave 6:

1. Dennis McNamara's case is currently part of Wave 5-D.

2. The deadlines posed by Wave 5 presents challenges to Plaintiff to present required expert reports.

3. Plaintiff believes the best, most prudent course of action would be to move this case to a later Wave.

4. Plaintiff believes the best course of action would be to move this case to a later Wave. Counsel for Monsanto has informed us that it does not oppose this request.

Therefore, Plaintiff, Frederick Tujague, substituted party plaintiff in place of Dennis McNamara, Jr., with the consent of Defendant Monsanto Company, respectfully requests the Court move his case from Wave 5 to Wave 6.

Respectfully submitted:

/s/ *John M. Robin*

_____
JOHN M. ROBIN (LSBA #11341)
ZACHARY D. RHODES, LSBA #38063
CATHERINE M. ROBIN (LSBA #37398)
600 Covington Center
Covington, Louisiana 70433
Telephone: (985) 893-0370
Fax: (985) 893-2511
johnmrobin@johnmrobinlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 5th day of April, 2023.

/s/ *John M. Robin*