# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2741 |
| | | Case No. 3:16-md-02741-VC |
| This document relates to: | * * | |
| *Dennis McNamara Jr. v. Monsanto Co.*, Case No. 3:21-cv-00963-VC | * * | |

# ORDER

Plaintiff's unopposed Motion to move his case from Wave 5 to Wave 6 is GRANTED.

IT IS SO ORDERED.

DATED: April _____, 2023.

_____
VINCE CHHABRIA
United States District Judge