**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 521-5547
Email: amartinez@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | Relates to Docket Nos. 13 & 16396 |
| *Henry and Tanya Steele v. Monsanto Co.*, Case No. 3:20-cv-07889-VC | |

### NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR DISMISSAL WITH PREJUDICE

Defendant Monsanto Company ("Monsanto") hereby provides notice that it does not oppose Plaintiffs' Motion for Dismissal with Prejudice.

DATED: April 5, 2023                    Respectfully submitted,

                                         SHOOK, HARDY & BACON L.L.P.

                                         By: */s/ Anthony R. Martinez*
                                             Anthony R. Martinez
                                             SHOOK, HARDY & BACON, LLP
                                             2555 Grand Boulevard
                                             Kansas City, MO 64108-2613
                                             Telephone: (816) 474-6550
                                             Email: amartinez@shb.com

                                         *Attorney for Defendant*
                                         *MONSANTO COMPANY*

-1-

## CERTIFICATE OF SERVICE

I certify that on the 5th day of April, 2023, I electronically transmitted the foregoing **NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR DISMISSAL WITH PREJUDICE** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Anthony R. Martinez*
Anthony R. Martinez