Kenneth W. DeJean (LA Bar Roll No. 4817)
Law Offices of Kenneth W. DeJean
417 W. University Ave. (70506)
P.O. Box 4325
Lafayette, Louisiana 70502
Phone: (337) 235-5294
Fax: (337) 235-1095
kwdejean@kwdejean.com
*Counsel for Plaintiffs, Steven Montgomery and Lauren C. Daspit*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** *Steven Montgomery and Lauren C. Daspit v. Monsanto Co.* Case No. 3:20-CV-07397-VC | Honorable Judge Vince Chhabria |
| | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII(B)** |

1. Plaintiffs' counsel has consulted with counsel for Defendant, Monsanto Company, who does not oppose the motion to move this case to Wave VII(B).

2. This case is presently situated in Wave VI(C).

3. All parties to this action have diligently pursued discovery, Plaintiffs having served a Plaintiff Fact Sheet and produced medical records.

4. Nevertheless, Plaintiffs' depositions and the depositions of Plaintiff's treating physicians still need to be conducted. Plaintiffs' counsel and Defendant's counsel have been cooperating in attempting to schedule Plaintiffs' depositions.

5. The difficulties in completing fact discovery are now impacting the scheduling order deadlines applicable Wave VI(C).

6. When consulting with one another regarding these challenges, Plaintiffs' counsel and Defendant's counsel believe transferring this case to Wave VII(B) would be in the best interests of justice.

WHEREFORE, Plaintiffs, Steven Montgomery and Lauren C. Daspit, with the consent of Defendant, Monsanto Company, respectfully request the Court move this case from Wave VI(C) to Wave VII(B).

DATED:	April 6, 2023

Respectfully Submitted,

LAW OFFICES OF KENNETH W. DEJEAN

/s/ Kenneth W. DeJean
Kenneth W. DeJean (LA Bar Roll No. 4817)
Adam R. Credeur (LA Bar Roll No. 35095)
Natalie M. DeJean (LA Bar Roll No. 32423)
417 W. University Ave. (70506)
P.O. Box 4325
Lafayette, Louisiana 70502
Phone: (337) 235-5294
Fax: (337) 235-1095
kwdejean@kwdejean.com
adam@kwdejean.com
natalie@kwdejean.com
*Counsel for Plaintiffs, Steven Montgomery and Lauren C. Daspit*

/s/ Anthony Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will provide electronic notification to all parties and counsel of record.

    /s/ Kenneth W. DeJean
Kenneth W. DeJean (LA Bar Roll No. 4817)
LAW OFFICES OF KENNETH W. DEJEAN
417 W. University Ave. (70506)
P.O. Box 4325
Lafayette, Louisiana 70502
Phone: (337) 235-5294
Fax: (337) 235-1095
kwdejean@kwdejean.com
*Counsel for Plaintiffs, Steven Montgomery and Lauren C. Daspi*