# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:**<br>*Steven Montgomery and Lauren C. Daspit v. Monsanto Co.*<br>Case No. 3:20-CV-07397-VC | Honorable Judge Vince Chhabria<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII(B)** |

Plaintiffs' Motion to move their case from Wave VI(C) to Wave VII(B) is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____