UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Steven Clausen v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:22-cv-02293-VC | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D |

Plaintiff Steven Clausen – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VII with no assigned Sub-Wave to Wave VII, Sub-Wave D:

1. Steven Clausen's case is part of Wave VII with no assigned Sub-Wave.

2. Mindful of the deadlines pertaining to Wave VII cases, the parties have diligently pursued discovery in this matter.

3. The parties have not yet completed Plaintiff's deposition. Plaintiff's treating oncologist's deposition and his primary care physician's deposition have not yet been scheduled.

4. Defendant has not served its first round of written discovery and document requests. Plaintiff intends to propound written discovery.

5. Plaintiff produced his Plaintiff Fact Sheet via MDL Centrality on July 12, 2022.

6. Counsel for the Plaintiff, Steven Clausen, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-Wave D, and Monsanto does not oppose this request.

Therefore, Plaintiff Steven Clausen, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VII with no assigned Sub-Wave to Wave VII, Sub-Wave D.

Date: April 6, 2023                                             Respectfully Submitted,

                                                                By: _____
                                                                Kristy M. Arevalo
                                                                **McCune Law Group**
                                                                3281 East Guasti Road, Suite 100
                                                                Ontario, CA 91761
                                                                Tel: 909-557-1250

                                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo
McCUNE LAW GROUP