UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *Walter Holden v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:19-cv-5085-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |

Plaintiff's motion to move the case from Wave VI, Sub-Wave B to Wave VII, Sub-Wave D is granted.

**IT IS SO ORDERED.**

Dated: _____, 2023         _____
                                        HONORABLE VINCE CHHABRIA
                                        UNITED STATES DISTRICT COURT