UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Nicoletta Nicolacopoulos v. Monsanto Co.*, Case No.: 3:20-cv-01018-VC | |

## SUGGESTION OF DEATH UPON THE RECORD

Counsel for Plaintiff in the above-referenced action hereby give notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that the death of Nicoletta Nicolacopoulos, on January 22, 2022, during the pendency of this action.

1. Plaintiff's death certificate is attached hereto as **Exhibit A**.

2. Probate of the Estate of Nicoletta Nicolacopoulos is attached hereto as **Exhibit B**.

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that CHARLES NICOLACOPOULOS, surviving son and administer of the Estate of Nicoletta Nicolacopoulos, be substituted as Plaintiff in place of the deceased, so that claims may survive and the action on the estates behalf may proceed.

DATED: April 6, 2023                Respectfully submitted,


*/s/ David Bricker*
David Bricker, Esq.
**THORNTON LAW FIRM, LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676

Jasmine M. Howard, Esq. (BBO# 698130)
**THORNTON LAW FIRM, LLP**
One Lincoln St., 13th Fl.
State Street Financial Center
Boston, MA  02111
(617) 720-1333

Attorneys for Plaintiffs.

## CERTIFICATE OF SERVICE

I, David Bricker, Esq., hereby certify that on this day I electronically served the foregoing **SUGGESTION OF DEATH UPON THE RECORD** on all defendants' counsel of record in the above-captioned matter.

DATED:  April 6, 2023	*/s /David Bricker*
	David Bricker, Esq.