**VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW**

# The Commonwealth of Massachusetts

1159484

*Commonwealth of Massachusetts*
*Registry of Vital Records and Statistics*
## CERTIFICATE OF DEATH

State File #: 2022 003928
Registered #: 463

07012019

| Field | Value |
|---|---|
| Place of Death | MASSACHUSETTS GENERAL HOSPITAL, BOSTON, MA |
| Date of Death | JANUARY 22, 2022 |
| Age | 78 YRS |
| Sex | FEMALE |
| Current Name | NICOLACOPOULOS, NICOLETTA |
| Surname at Birth or Adoption | NICOLACOPOULOS |
| AKA | --- |
| Date of Birth | --- |
| Birthplace | UNKNOWN, GREECE |
| Residence | 127 CENTRAL STREET, SAUGUS, MASSACHUSETTS 01906 |
| Race | WHITE |
| Education | HIGH SCHOOL GRADUATE OR GED |
| Marital Status | MARRIED |
| Occupation/Industry | HOME MAKER/OWN HOME |
| Last Spouse | MCDONOUGH, JAMES (MCDONOUGH) |
| Decedent: U.S. Veteran (Most Recent) | NO |
| Parent Name | NICOLACOPOULOS, MARIA (KONSTANTACOPOULOS) |
| Birthplace | GREECE |
| Parent Name | NICOLACOPOULOS, SPEROS (NICOLACOPOULOS) |
| Birthplace | MASSACHUSETTS |

**Part I. Cause of Death** — Sequentially list immediate cause then antecedent causes then underlying cause

| | Cause | Interval between onset and death |
|---|---|---|
| a. Immediate Cause | HYPOXEMIC RESPIRATORY FAILURE | 2.5 WKS. |
| b. Due to or as a consequence of: | COVID-19 | 2 MOS. |
| c. Due to or as a consequence of: | --- | --- |
| d. Due to or as a consequence of: | --- | --- |

**Part II.** Other significant conditions contributing to death but not resulting in underlying cause: ---

Manner of Death: NATURAL
Time of Death: 02:49 AM
Result of Injury: NO

Certifier: PAUL F. CURRIER, MD    Lic # 211099
Addr.: 55 FRUIT STREET, BOSTON, MASSACHUSETTS 02114

Funeral Licensee/Designee: RICHARD C NADWORNY, JR    Lic # 6019
Facility/Addr.: NADWORNY FUNERAL HOME, LYNN, MASSACHUSETTS
Immediate Disposition: BURIAL
Date of Immediate Disposition: JANUARY 27, 2022
Place/Address: PINE GROVE CEMETERY, 145 BOSTON STREET, LYNN, MASSACHUSETTS 01904
Date of Record: JANUARY 24, 2022
Date of Amendment: ---

*Patricia A McMahon*
REGISTRAR, CITY OF BOSTON

DATE ISSUED: APRIL 19, 2022

I, the undersigned, hereby certify that I am the Registrar of the City of Boston; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records, as held in the Commonwealth's central vital records information repository.

*Patricia A McMahon*
Registrar
City of Boston

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

R-301 p. 2 of 2    NICOLACOPOULOS    SFN: 2022 003928
BOSTON 463
SAUGUS 024
STATE VOL/PG: /

| Field | Value | Field | Value |
|---|---|---|---|
| *If U.S. war veteran, specify war/conflict(s)* | --- | | |
| *Branch of military (most recent)* | --- | *Rank/organization/outfit(most recent)* | --- |
| *Date entered(most recent)* | --- | *Date Discharged (most recent)* --- | *Service Number(most recent)* --- |

| Place of Death Type | | Date of Pronouncement | Time of Pronouncement |
|---|---|---|---|
| **HOSPITAL - INPATIENT** | | --- | --- |
| RN/NP/PA Pronouncement? **NO** | Name of RN/NP/PA Pronouncing Death --- | | Lic # --- |
| RN/NP/PA Employing Agency or Institution --- | | Name of Physician or Medical Examiner notified --- | |
| Was M.E. Notified? **NO** | Provider in charge of patient's care, if not certifier **GABRIELLE BROMBERG, MD** | | |
| Autopsy Performed? **NO** | Findings available for Cause? --- | Tobacco contribute to death? **NO** | Pregnancy Status, if female --- |
| Date of Injury --- | Time of Injury --- | Injury at Work? --- | If Transportation Injury, specify: --- |
| Place of Injury --- | | Location/Address of Injury: --- | |
| Describe How Injury Occurred --- | | | |

**Expanded Race: WHITE**
**Ethnicity: GREEK**

| Informant Name | | Relationship |
|---|---|---|
| **CHARLES C NICOLAOPOULOS** Addr. 3 AMESBURY ROAD, NEWTON, NEW HAMPSHIRE 03858 | | **SON** |

| Date Disposition Permit Issued: | **JANUARY 23, 2022** | Board of Health Agent | **PAUL SHOEMAKER** |
|---|---|---|---|
| State Tracking No. | 003928 | Local Permit No. | B22003928 |



WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND AND EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT.