| LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | Docket No. ES22P1360EA | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|
| **Estate of:** Nicoletta Nicolacopoulos  **Date of Death:** 01/22/2022 | | Essex Probate and Family Court 36 Federal Street Salem, MA 01970 (978)744-1020 |

To:

**Charles Nicolacopoulous**
**3 Amesbury Road**
**Newton, NH 03858**

You have been appointed and qualified as Personal Representative in ☐ Supervised  ☒ Unsupervised administration of this estate on ____May 06, 2022____ .
(date)

These letters are proof of your authority to act pursuant to G. L. c. 190B, except for the following restrictions if any:

☐ Pursuant to G. L. c. 190B, § 3-108(4), the Personal Representative shall have no right to possess estate assets as provided in § 3-709 beyond that necessary to confirm title thereto in the successors to the estate and claims, other than expenses of administration, if any, shall not be paid.

☐ The Personal Representative was appointed before March 31, 2012 as Executor or Administrator of the estate.

(Do Not Write Below This Line-For Court Use Only)

### CERTIFICATION

I certify that it appears by the records of this Court that said appointment remains in full force and effect. IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said Court.

Date ____May 6, 2022____

Pamela A Casey O'Brien, Register of Probate

MPC 751 (4/15/16)

Scanned with CamScanner