UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS　　　　　MDL No. 2741
LIABILITY LITIGATION　　　　　　　　Case No: 3:16-md-02741-VC

This document relates to:

*Derek Dante Dean, and Sonya R. Dean*
*v. Monsanto Co.,*
Case No. 3:20-cv-01359-VC
_____/

## STIPULATION OF DISMISSAL

## PURSUANT TO FRCP 41A AND ORDER OF DISMISSAL

     Plaintiffs, Derek Dante Dean and Sonya R. Dean, and Defendant, Monsanto Company, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: April 6, 2023

                                        Respectfully submitted,

                                        /s/ Christopher Shakib, Esq.
                                        **Christopher Shakib, Esquire**
                                        **TERRELL HOGAN YEGELWEL, P.A.**
                                        233 East Bay Street, 8th Floor
                                        Jacksonville, Florida  32202
                                        Telephone:      (904) 632-2424
                                        Facsimile:       (904) 758-5365
                                        Primary Email: shakibteam@terrellhogan.com
                                        Secondary Email: jhall@terrellhogan.com
                                        Florida Bar No.: 0947865
                                        Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Christopher N. Shakib