UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No: 3:16-md-02741-VC |

This document relates to:

*Derek Dante Dean and Sonya R. Dean v. Monsanto Co.,*
Case No. 3:20-cv-01359-VC
_____/

**ORDER OF DISMISSAL**

    Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

    IT IS SO ORDERED.

    Dated: _____

_____
VINCE CHHABRIA
United States District Judge