UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Linda Tiddark and Richard TIddark, Individually, and as next of kin for Timothy John Tiddark v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:20-cv-03060-VC | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |

Plaintiffs Linda Tiddark and Richard Tiddark, individually and as next of kin for Timothy John Tiddark, – without opposition from Defendant Monsanto Company – respectfully request the Court move their case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave D:

1. Linda Tiddark's and Richard Tiddark's case is part of Wave VI, with no assigned Sub-Wave.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Linda Tiddark's deposition on June 30, 2022, and scheduled Richard Tiddark's deposition for April 27, 2023. The parties also completed Timothy Tiddark's treating oncologist's deposition on November 17, 2022. However, Tiimothy Tiddark's primary physician and additional fact witnesses have not yet been deposed.

4. Plaintiffs served their first round of written discovery response and document productions on November 12, 2022. Plaintiffs intend to propound written discovery.

5. Counsel for the Plaintiffs, Linda Tiddark and Richard Tiddark, met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to Wave VII, Sub-Wave D, and Monsanto does not oppose this request.

Therefore, Plaintiffs Linda Tiddark and Richard Tiddark, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave D.

Date: April 6, 2023                                 Respectfully Submitted,

By: _____
Kristy M. Arevalo
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo
McCUNE LAW GROUP