UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Linda Tiddark and Richard Tiddark, individually, and as next of kin for Timothy John Tiddark v. Monsanto Co. and John Does 1-100, inclusive,* Case No.: 3:20-cv-03060-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |

Plaintiffs' motion to move the case from Wave VI, with no assigned Sub-Wave to Wave VII, Sub-Wave D is granted.

**IT IS SO ORDERED.**


Dated: _____, 2023          _____
                                          HONORABLE VINCE CHHABRIA
                                          UNITED STATES DISTRICT COURT