UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Master Docket Case No. 16-md-02741-VC <br><br> Honorable Vince Chhabria |
| This document relates to: <br><br> *Francis Wilcome v. Monsanto Co. and John Does 1-100 inclusive,* <br> Case No.: 3:19-cv-04875-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |

    Plaintiff's motion to move the case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave D is granted.

    **IT IS SO ORDERED.**

Dated: _____, 2023

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT