UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |
| *Linda Wilson v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:22-cv-04266-VC | |

Plaintiff's motion to move the case from Wave VII with no assigned Sub-Wave to Wave VII, Sub-Wave D is granted.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT