UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hoge v. Monsanto Co.*,<br>Case No. 19-cv-4606 | **ORDER RETURNING CASE TO ACTIVE STATUS**<br><br>Re: Dkt. No. 16349 |

The plaintiff's unopposed request to return this case to active status is granted.

**IT IS SO ORDERED.**

Dated: April 6, 2023

VINCE CHHABRIA
United States District Judge