UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **NOTICE OF INTENT TO APPOINT SPECIAL MASTER** |

The Court is inclined to appoint William A. Foster of Akin Gump Strauss Hauer & Feld LLP as the special master to review attorneys' applications for common benefit fund disbursements and to make a recommendation to the Court. Mr. Foster served as the law clerk on the Roundup MDL for roughly one year and is deeply familiar with the case. Mr. Foster also served as the law clerk on Judge Breyer's bellwether case in connection with the opioid MDL for roughly a year and a half. Any objection to the proposed appointment of Mr. Foster should be filed within seven days of this order. The Akin Gump partner assigned to the matter would be Aileen M. McGrath, and the firm would charge a blended rate of $910 per hour for their time, not to exceed 4% of the common benefit fund.

    IT IS SO ORDERED.

Dated: April 7, 2023

_____
VINCE CHHABRIA
United States District Judge