# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br><br>LELAND ADAMS      Plaintiff(s)<br>v.<br>MONSANTO COMPANY<br><br>Defendant(s) | CASE NUMBER<br>MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br>3:22-CV-07590<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Leland Adams__          [X] Plaintiff  [ ] Defendant  [ ] Other
*Name of Party*

to substitute   __Kristy M. Arevalo , Esq.__                                                        who is

[X] Retained Counsel     [ ] Counsel appointed by the Court (Criminal cases only)     [ ] Pro Se

__3281 E. Guasti Road, Suite 100__
*Street Address*

__Ontario, CA  91761__                                __kma@mccunewright.com__
*City, State, Zip*                                             *E-Mail Address*

__(909) 557-1250__               __(909) 557-1275__               __216308__
*Telephone Number*                *Fax Number*                    *State Bar Number*

as attorney of record instead of   __Joseph R. Finnerty__
List **all** attorneys from same firm or agency who are withdrawing.

_____

_____

**is hereby**     [ ] GRANTED     [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.


Dated _____                    _____
                                                U. S. District Judge/U.S. Magistrate Judge