**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br><br>SADIE HUNTER                                      Plaintiff(s)<br><br>v.<br><br>MONSANTO COMPANY<br><br>                                                            Defendant(s) | CASE NUMBER<br>MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br>3:21-cv-09947<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Sadie Hunter
_____
*Name of Party*

[x] Plaintiff   [ ] Defendant   [ ] Other

to substitute   Kristy M. Arevalo , Esq.                                                                                    who is

[X] Retained Counsel      [ ] Counsel appointed by the Court (Criminal cases only)      [ ] Pro Se

3281 E. Guasti Road, Suite 100
_____
*Street Address*

Ontario, CA  91761                                                  kma@mccunewright.com
*City, State, Zip*                                                         *E-Mail Address*

(909) 557-1250                    (909) 557-1275                    216308
*Telephone Number*             *Fax Number*                   *State Bar Number*

as attorney of record instead of   Joseph R. Finnerty
                                                   *List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**    [ ] GRANTED    [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                            _____
                                                                                         U. S. District Judge/U.S. Magistrate Judge