**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * | MDL NO. 2741 <br><br> CASE NO.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | * <br> * | |
| **HUEY P. ALLEN.,** <br> Plaintiff, <br> Versus <br><br> **MONSTANTO COMPANY, et al.,** <br> Defendants. | * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 2:20-cv-01547-VC |

**MOTION TO TERMINATE ATTORNEYS**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2), attorneys Mickey P. Landry, Frank J. Swarr and Matthew C. Clark request to be terminated as counsel of record for Huey P. Allen, as Case No.: 20-CV-01547-VC has settled. Further, attorneys Mickey P. Landry, Frank J. Swarr and Matthew C. Clark request that they be removed from the electronic service list.

Respectfully submitted,

**LANDRY & SWARR, L.L.C.**

/s/ *Mickey P. Landry*
MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
MATTHEW C. CLARK, Bar No. 31102
1100 Poydras Street
Energy Centre – Suite 2000
New Orleans, Louisiana 70163
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
**COUNSEL FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 6, 2023, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ *Mickey P. Landry*