3

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>* | MDL NO. 2741<br><br>CASE NO.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | *<br>* | |
| **HUEY P. ALLEN.,**<br>            **Plaintiff,**<br>Versus<br><br>**MONSTANTO COMPANY, et al.,**<br>            **Defendants.** | *<br>*<br>*<br>*<br>*<br>* | **Civil Action No. 2:20-cv-01547-VC** |

## ORDER TO TERMINATE ATTORNEYS

IT IS HEREBY ORDERED that the above Motion to Terminate Attorneys is GRANTED.

**SO ORDERED,** this ___ day of April, 2023.

_____
VINCE CHHABRIA
United States District Judge

3