# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2741<br><br>CASE NO.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | * * | |
| **GERARD C. BREAUX, SR.,**<br>         Plaintiff,<br>Versus<br><br>**MONSTANTO COMPANY, et al.,**<br>         Defendants. | *<br>*<br>*<br>*<br>*<br>* | Civil Action No. 2:20-cv-593 B(3) |

## MOTION TO TERMINATE ATTORNEYS

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2), attorneys Mickey P. Landry, Frank J. Swarr and Matthew C. Clark request to be terminated as counsel of record for Gerard C. Breaux, Sr., as Case No.: 20-CV-593 B(3) has settled. Further, attorneys Mickey P. Landry, Frank J. Swarr and Matthew C. Clark request that they be removed from the electronic service list.

Respectfully submitted,

**LANDRY & SWARR, L.L.C.**

/s/ *Mickey P. Landry*
MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
MATTHEW C. CLARK, Bar No. 31102
1100 Poydras Street
Energy Centre – Suite 2000
New Orleans, Louisiana 70163
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
**COUNSEL FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on April 6, 2023, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

                /s/ *Mickey P. Landry*