UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2741 CASE NO.: 3:16-md-02741-VC |

| | | |
|---|---|---|
| **THIS DOCUMENT RELATES TO:** | * * | |
| **GERARD C. BREAUX, SR.,**    Plaintiff, | * * | Civil Action No. 2:20-cv-593 B(3) |
| Versus | * * | |
| **MONSTANTO COMPANY, et al.,**    Defendants. | * * | |

**ORDER TO TERMINATE ATTORNEYS**

IT IS HEREBY ORDERED that the above Motion to Terminate Attorneys is GRANTED.

**SO ORDERED,** this ___ day of April, 2023.

_____
VINCE CHHABRIA
United States District Judge

3