3

**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>* | MDL NO. 2741<br><br>CASE NO.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | *<br>* | |
| **YVETTE A. D'AUNOY,**<br>          Plaintiff,<br>Versus<br><br>**MONSTANTO COMPANY, et al.,**<br>          Defendants. | *<br>*<br>*<br>*<br>*<br>* | Civil Action No. 2:19-CV-13594<br><br>Judge: Barry W. Ashe |

**NOTICE TO TERMINATE ATTORNEYS**

IT IS HEREBY ORDERED that the above Motion to Terminate Attorneys is GRANTED.

**SO ORDERED,** this ___ day of April, 2023.

 

_____
VINCE CHHABRIA

United States District Judge
