UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *Sally Vander Groef v. Monsanto Co., et al.* | |
| Case No.: 3:19-cv-07858-VC | |

## Unopposed Motion to Move Case to Wave VII

Plaintiff, Sally Vander Groef OBO her late husband Chris Vander Groef, – without opposition from Defendant Monsanto Company respectfully requests the Court move his case from Wave VI to Wave VII:

1. The case of Ms. Sally Vander Groef is part of Wave VI.

2. The Parties have not started taking depositions in this case.

3. Counsel for Ms. Sally Vander Groef conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff, Sally Vander Groef, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI to Wave VII.

Respectfully submitted,

**WAGSTAFF LAW FIRM**

By: /s/ Tara Kirsten King
*Tara K. King, #69171*
940 North Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (888) 875-2889
Tking@wagstafflawfirm.com
*Attorney for Plaintiff*

Dated: April 12, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 12, 2023, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ Tara K. King
