UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Sally Vander Groef v. Monsanto Co., et al* | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII** |
| Case No.: 3:19-cv-07858-VC | |

Plaintiffs' motion to move the case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**

Dated:

_____