UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 \|   \| |
| This document relates to: *Renee Daulton v. Monsanto Co., et al* | \| **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII** \|   \| |
| Case No.: 16-md-02741-VC | \| |

Plaintiffs' motion to move the case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**

Dated: _____

_____