UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *Bruce Dinner v. Monsanto Co., et al* Case No.: 3:20-cv-03360-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII** |

Plaintiffs' motion to move the case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**

Dated: