UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *Michael Hollander. v. Monsanto Company, et al.* | |
| Case No.: 3:20-cv-03114-VC | |

**Unopposed Motion to Move Case to Wave VII**

Plaintiff, Michael Zev Hollander, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI to Wave VII:

1. The case of Mr. Michael Zev Hollander is part of Wave VI.

2. The Parties have worked collaboratively and took the deposition of Michael Zev Hollander in February 2023.

3. The Parties have not yet scheduled the outstanding depositions of Michael Zev Hollander's treating physicians.

4. Counsel for Mr. Hollander conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff, Michael Zev Hollander, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI to Wave VII.

Respectfully submitted,

**WAGSTAFF LAW FIRM**

By: /s/ Tara Kirsten King
*Tara K. King, #69171*
940 North Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (888) 875-2889
Tking@wagstafflawfirm.com
*Attorney for Plaintiff*

Dated: April 12, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 12, 2023, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

*/s/ Tara K. King*