UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 \| \| |
| This document relates to: *Michael Hollander. v. Monsanto Company, et al.* Case No.: 3:20-cv-03114-VC | \| **ORDER GRANTING MOTION TO MOVE** \| **CASE TO WAVE VII** \| \| \| |

Plaintiffs' motion to move the case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**


Dated:

_____