UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Jerry K. Klaveano, individually, and Danielle K. Klaveano, husband and wife and their marital community,*<br>Case No.: 3:20-cv-00198-VC | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |

Plaintiffs Jerry Klaveano, individually, and Danielle K. Klaveano, husband and wife and their martial community, <u>without</u> opposition from Defendant Monsanto Company – respectfully requests the Court move their case from Wave VI, Sub-Wave A to Wave VII, Sub-Wave D:

1. Plaintiffs' case is currently part of Wave VI, Sub-Wave A.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiffs' depositions on January 27, 2023.

4. Plaintiffs have actively been providing Defendant with medical records and/or releases for medication information over the past several months; however, Plaintiff Jerry K. Klaveano's treating oncologist's deposition and his primary care physician's deposition have not yet been scheduled.

5. Plaintiffs and Defendant have not yet served their first round of written discovery and document requests; however, it is anticipated that such written discovery will commence shortly hereafter.

6. Defendant has not yet scheduled and conducted an inspection of Plaintiff's property.

7. Counsel for the Plaintiffs, met and conferred with counsel for Monsanto regarding the status of Plaintiffs case, and the subject of this Motion to move the Plaintiffs case to a later wave, considering the deadlines associated with the particular waves and sub-waves. The Plaintiffs believe the best course of action would be to move this case to Wave VII, Sub-Wave D, and Monsanto had indicated in writing that it does not oppose this request.

Therefore, Plaintiff's Jerry Klaveano, individually, and Danielle K. Klaveano, husband and wife and their martial community, without opposition from Defendant Monsanto Company, respectfully requests the Court move their case from Wave VI, Sub-Wave A to Wave VII, Sub-Wave D.

DATED this 12th day of April, 2023.

SCOTT A. GINGRAS, WSBA No. 43886
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509)838-6131
Facsimile: (509)838-1416
E-mail Address: sag@winstoncashatt.com
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

    I hereby certify that on April 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816)559-2683
Fax: (816)421-5547
amartinez@shb.com

Attorney for Defendant

SCOTT A. GINGRAS, WSBA No. 43886
WINSTON & CASHATT, LAWYERS, a Professional Service Corporation
Attorney for Plaintiffs
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: sag@winstoncashatt.com