# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Jerry K. Klaveano, individually, and Danielle K. Klaveano, husband and wife and their marital community,*<br>Case No.: 3:20-cv-00198-VC | [PROPOSED] **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |

Plaintiffs' Unopposed Motion to move the above-cited case from Wave VI, Sub-Wave A, to Wave VII, Sub-Wave D is hereby granted.

**IT IS SO ORDERED.**

Dated: _____, 2023.

 

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT