# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to :<br><br>ALL ACTIONS | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>Hon. Vince Chhabria<br><br>**JOINT STIPULATION REGARDING DOCUMENT AUTHENTICITY** |

1. In the above-captioned Action only, Monsanto stipulates (1) to the authenticity of the following records in Exhibit A that it produced during pre-trial discovery and (2) that it will not seek to exclude the documents in Exhibit A based on objection that the documents are not authentic.

2. This Stipulation is expressly limited to the documents identified in Exhibit A to this Stipulation. Nothing in this Stipulation prohibits Monsanto from objecting to the admission of any document identified herein on any other ground, and Monsanto reserves all rights to object to the publication or admission of any exhibit on other grounds, including objections based on logical relevance, legal relevance, or hearsay.

3. Nothing in this Stipulation shall be construed as an agreement that any documents or things that are subject to this Stipulation are admissible into evidence. The Parties hereby expressly reserve the right to object to the admissibility of any document or thing

on any grounds permitted by law and not expressly addressed herein.

4. This Stipulation does not affect any Party's ability to contest the admissibility or authenticity of any document or thing not listed in Exhibit A to this Stipulation.

5. This Stipulation does not affect any Party's ability to notice or take depositions related to the authenticity or admissibility of any document produced by Monsanto in connection with Roundup litigation.

DATED: April 13, 2023

/s/ *Brian Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Daniel Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

Eric G. Lasker
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

Anthony Martinez (*pro hac vice)*
SHOOK, HARDY& BACON LLP
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

*Attorneys for Defendant*
*MONSANTO COMPANY*

*/s/ Aimee Wagstaff*
Aimee H. Wagstaff, Esq.
WAGSTAFF LAW FIRM
940 N. Lincoln St.
Denver, CO 80203
(303) 376-6360
Awagstaff@wagstafflawfirm.com

WEITZ & LUXENBERG, P.C.
Robin L. Greenwald, Esq.
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
rgreenwald@weitzlux.com

THE MILLER FIRM LLC
David Dickens, Esq.
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Ddickens@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

**EXHIBIT A**

| Stipulated | Bates Range |
|---|---|
| MONGLY00029013 | MONGLY00029021 |
| MONGLY00056617 | MONGLY00056626 |
| MONGLY00158466 | MONGLY00158508 |
| MONGLY00158518 | MONGLY00158551 |
| MONGLY00164425 | MONGLY00164443 |
| MONGLY00223053 | MONGLY00223058 |
| MONGLY00233965 | MONGLY00234220 |
| MONGLY00235393 | MONGLY00235397 |
| MONGLY00236478 | MONGLY00236481 |
| MONGLY00320171 | MONGLY00320178 |
| MONGLY00555372 | MONGLY00555379 |
| MONGLY00561320 | MONGLY00561375 |
| MONGLY00877463 | MONGLY00877468 |
| MONGLY00877683 | MONGLY00877685 |
| MONGLY00877697 | MONGLY00877699 |
| MONGLY00878065 | MONGLY00878067 |
| MONGLY00878075 | MONGLY00878076 |
| MONGLY00878115 | MONGLY00878116 |
| MONGLY00878595 | MONGLY00878597 |
| MONGLY00878876 | MONGLY00878882 |
| MONGLY00885526 | MONGLY00885530 |
| MONGLY00885551 | MONGLY00885555 |
| MONGLY00885870 | MONGLY00885874 |
| MONGLY00886014 | MONGLY00886017 |
| MONGLY00887558 | MONGLY00887560 |
| MONGLY00888353 | MONGLY00888388 |
| MONGLY00888454 | MONGLY00888463 |
| MONGLY00889984 | MONGLY00889987 |
| MONGLY00889988 | MONGLY00889991 |
| MONGLY00890492 | MONGLY00890494 |
| MONGLY00893429 | MONGLY00893429 |
| MONGLY00893430 | MONGLY00893432 |
| MONGLY00893433 | MONGLY00893436 |
| MONGLY00893439 | MONGLY00893443 |
| MONGLY00894003 | MONGLY00894003 |
| MONGLY00904772 | MONGLY00904773 |
| MONGLY00904905 | MONGLY00904909 |

| | |
|---|---|
| MONGLY00905085 | MONGLY00905085 |
| MONGLY00905086 | MONGLY00905218 |
| MONGLY00905604 | MONGLY00905606 |
| MONGLY00905650 | MONGLY00905659 |
| MONGLY00906974 | MONGLY00906984 |
| MONGLY00919381 | MONGLY00919381 |
| MONGLY00921329 | MONGLY00921329 |
| MONGLY00921330 | MONGLY00921345 |
| MONGLY00922247 | MONGLY00922249 |
| MONGLY00922458 | MONGLY00922460 |
| MONGLY00922461 | MONGLY00922462 |
| MONGLY00923065 | MONGLY00923066 |
| MONGLY00925905 | MONGLY00925912 |
| MONGLY00932969 | MONGLY00932975 |
| MONGLY00932998 | MONGLY00933003 |
| MONGLY00936725 | MONGLY00936728 |
| MONGLY00937355 | MONGLY00937355 |
| MONGLY00940256 | MONGLY00940257 |
| MONGLY00940258 | MONGLY00940261 |
| MONGLY00943389 | MONGLY00943390 |
| MONGLY00945807 | MONGLY00945807 |
| MONGLY00946857 | MONGLY00946858 |
| MONGLY00947787 | MONGLY00947787 |
| MONGLY00947788 | MONGLY00947795 |
| MONGLY00947796 | MONGLY00947798 |
| MONGLY00948216 | MONGLY00948217 |
| MONGLY00948218 | MONGLY00948223 |
| MONGLY00952715 | MONGLY00952717 |
| MONGLY00954300 | MONGLY00954300 |
| MONGLY00964333 | MONGLY00964334 |
| MONGLY00965390 | MONGLY00965390 |
| MONGLY00965391 | MONGLY00965397 |
| MONGLY00965421 | MONGLY00965423 |
| MONGLY00970639 | MONGLY00970641 |
| MONGLY00977035 | MONGLY00977036 |
| MONGLY00977253 | MONGLY00977255 |
| MONGLY00977264 | MONGLY00977264 |
| MONGLY00977308 | MONGLY00977309 |
| MONGLY00978170 | MONGLY00978173 |
| MONGLY00980158 | MONGLY00980161 |

| | |
|---|---|
| MONGLY00981878 | MONGLY00981881 |
| MONGLY00986901 | MONGLY00986901 |
| MONGLY00987755 | MONGLY00987758 |
| MONGLY00989762 | MONGLY00989764 |
| MONGLY00989918 | MONGLY00989918 |
| MONGLY00989923 | MONGLY00989925 |
| MONGLY00990361 | MONGLY00990361 |
| MONGLY00994301 | MONGLY00994304 |
| MONGLY00998682 | MONGLY00998685 |
| MONGLY00999487 | MONGLY00999490 |
| MONGLY01000676 | MONGLY01000679 |
| MONGLY01003669 | MONGLY01003669 |
| MONGLY01005425 | MONGLY01005427 |
| MONGLY01013201 | MONGLY01013204 |
| MONGLY01021378 | MONGLY01021378 |
| MONGLY01021559 | MONGLY01021563 |
| MONGLY01021648 | MOGNLY01021657 |
| MONGLY01021708 | MONGLY01021708 |
| MONGLY01023968 | MONGLY01023969 |
| MONGLY01023972 | MONGLY01023973 |
| MONGLY01030362 | MONGLY01030367 |
| MONGLY01030787 | MONGLY01030793 |
| MONGLY01030799 | MONGLY01030803 |
| MONGLY01031800 | MONGLY01031801 |
| MONGLY01040809 | MONGLY01040869 |
| MONGLY01041641 | MONGLY01041642 |
| MONGLY01045298 | MONGLY01045306 |
| MONGLY01087311 | MONGLY01087317 |
| MONGLY01090874 | MONGLY01090874 |
| MONGLY01093149 | MONGLY01093153 |
| MONGLY01097607 | MONGLY01097607 |
| MONGLY01097734 | MONGLY01097739 |
| MONGLY01123609 | MONGLY01123660 |
| MONGLY01129165 | MONGLY01129166 |
| MONGLY01147225 | MONGLY01147227 |
| MONGLY01154782 | MONGLY01154819 |
| MONGLY01174848 | MONGLY01174849 |
| MONGLY01179185 | MONGLY01179186 |
| MONGLY01179974 | MONGLY01179978 |
| MONGLY01182769 | MONGLY01182769 |

| | |
|---|---|
| MONGLY01183933 | MONGLY01183936 |
| MONGLY01185825 | MONGLY01185825 |
| MONGLY01189468 | MONGLY01189468 |
| MONGLY01192115 | MONGLY01192117 |
| MONGLY01199776 | MONGLY01199777 |
| MONGLY01202786 | MONGLY01202788 |
| MONGLY01210309 | MONGLY01210309 |
| MONGLY01213912 | MONGLY01213914 |
| MONGLY01224009 | MONGLY01224014 |
| MONGLY01228576 | MONGLY01228576 |
| MONGLY01238768 | MONGLY01238772 |
| MONGLY01249878 | MONGLY01249881 |
| MONGLY01251600 | MONGLY01251601 |
| MONGLY01275932 | MONGLY01276025 |
| MONGLY01298420 | MONGLY01298604 |
| MONGLY01309977 | MONGLY01309979 |
| MONGLY01312093 | MONGLY01312104 |
| MONGLY01312107 | MONGLY01312110 |
| MONGLY01312108 | MONGLY01312110 |
| MONGLY01314233 | MONGLY01314283 |
| MONGLY01322037 | MONGLY01322064 |
| MONGLY01418304 | MONGLY01418410 |
| MONGLY01420869 | MONGLY01420870 |
| MONGLY01522812 | MONGLY01522895 |
| MONGLY01594842 | MONGLY01594848 |
| MONGLY01596286 | MONGLY01596286 |
| MONGLY01598004 | MONGLY01598006 |
| MONGLY01616600 | MONGLY01616603 |
| MONGLY01665907 | MONGLY01665909 |
| MONGLY01665926 | Produced in Native |
| MONGLY01666042 | MONGLY01666047 |
| MONGLY01680756 | MONGLY01680757 |
| MONGLY01749367 | MONGLY01749368 |
| MONGLY01824659 | MONGLY01824665 |
| MONGLY01825649 | MONGLY01825649 |
| MONGLY01825671 | MONGLY01825672 |
| MONGLY01838136 | MONGLY01838140 |
| MONGLY01839476 | MONGLY01839481 |
| MONGLY01853191 | MONGLY01853191 |
| MONGLY01869261 | MONGLY01869261 |

| | |
|---|---|
| MONGLY01922200 | MONGLY01922238 |
| MONGLY01932725 | MONGLY01932730 |
| MONGLY01971054 | MONGLY01971058 |
| MONGLY01981660 | MONGLY01981665 |
| MONGLY01991403 | MONGLY01991405 |
| MONGLY01992784 | MONGLY01992785 |
| MONGLY01994735 | MONGLY01994738 |
| MONGLY01995675 | MONGLY01995675 |
| MONGLY02013059 | MONGLY02013063 |
| MONGLY02053978 | MONGLY02053979 |
| MONGLY02054088 | MONGLY02054091 |
| MONGLY02056568 | MONGLY02056576 |
| MONGLY02061150 | MONGLY02061153 |
| MONGLY02062439 | MONGLY02062440 |
| MONGLY02063095 | MONGLY02063098 |
| MONGLY02063852 | MONGLY02063853 |
| MONGLY02063920 | MONGLY02063922 |
| MONGLY02067858 | MONGLY02067859 |
| MONGLY02078142 | MONGLY02078142 |
| MONGLY02078589 | MONGLY02078592 |
| MONGLY02078597 | MONGLY02078599 |
| MONGLY02079999 | MONGLY02080004 |
| MONGLY02082826 | MONGLY02082827 |
| MONGLY02085862 | MONGLY02085862 |
| MONGLY02117800 | MONGLY02117804 |
| MONGLY02133654 | MONGLY02133654 |
| MONGLY02133785 | MONGLY02133785 |
| MONGLY02142251 | MONGLY02142265 |
| MONGLY02145917 | MONGLY02145930 |
| MONGLY02155826 | MONGLY02155832 |
| MONGLY02185742 | MONGLY02185742 |
| MONGLY02221147 | MONGLY02221148 |
| MONGLY02259080 | MONGLY02259083 |
| MONGLY02259084 | MONGLY02259084 |
| MONGLY02259111 | MONGLY02259115 |
| MONGLY02276120 | MONGLY02276122 |
| MONGLY02286842 | MONGLY02286843 |
| MONGLY02303997 | MONGLY02303998 |
| MONGLY02343101 | MONGLY02343105 |
| MONGLY02350912 | MONGLY02350915 |

| | |
|---|---|
| MONGLY02350923 | MONGLY02350925 |
| MONGLY02359008 | MONGLY02359014 |
| MONGLY02359075 | MONGLY02359084 |
| MONGLY02360732 | MONGLY02360734 |
| MONGLY02365099 | MONGLY02365101 |
| MONGLY02402328 | MONGLY02402793 |
| MONGLY02406325 | MONGLY02406336 |
| MONGLY02413658 | MONGLY02413664 |
| MONGLY02447265 | MONGLY02447298 |
| MONGLY02520833 | MONGLY02520834 |
| MONGLY02590292 | MONGLY02590299 |
| MONGLY02613913 | MONGLY02613918 |
| MONGLY02624347 | MONGLY02624349 |
| MONGLY02626553 | MONGLY02626554 |
| MONGLY02628625 | MONGLY02628628 |
| MONGLY02649473 | MONGLY02649484 |
| MONGLY02669795 | MONGLY02669796 |
| MONGLY02681107 | MONGLY02681108 |
| MONGLY02681109 | MONGLY02681115 |
| MONGLY02682357 | MONGLY02682371 |
| MONGLY02685329 | MONGLY02685330 |
| MONGLY02698209 | MONGLY02698216 |
| MONGLY02719740 | MONGLY02719742 |
| MONGLY02733179 | MONGLY02733179 |
| MONGLY02736383 | MONGLY02736389 |
| MONGLY02740203 | MONGLY02740205 |
| MONGLY02740206 | MONGLY02740208 |
| MONGLY02788071 | MONGLY02788076 |
| MONGLY02793243 | MONGLY02793244 |
| MONGLY02844211 | MONGLY02844211 |
| MONGLY02913526 | MONGLY02913531 |
| MONGLY02931922-R | MONGLY02931922-R |
| MONGLY02931923-R | MONGLY02931923-R |
| MONGLY02932440 | MONGLY02932441 |
| MONGLY02932442 | MONGLY02932443 |
| MONGLY02953363 | MONGLY02953366 |
| MONGLY03023810 | MONGLY03023811 |
| MONGLY03043007 | MONGLY03043007 |
| MONGLY03057089-R | MONGLY03057094-R |
| MONGLY03064695 | MONGLY03064702 |

| | |
|---|---|
| MONGLY03098303 | MONGLY03098303 |
| MONGLY03098330 | MONGLY03098335 |
| MONGLY03101108 | MONGLY03101109 |
| MONGLY03106284 | MONGLY03106322 |
| MONGLY03210343-R | MONGLY03210346-R |
| MONGLY03286032 | MONGLY03286033 |
| MONGLY03293245-R | MONGLY03293254-R |
| MONGLY03315544 | MONGLY03315545 |
| MONGLY03315608 | MONGLY03315609 |
| MONGLY03316125 | MONGLY03316211 |
| MONGLY03316369 | MONGLY03316371 |
| MONGLY03324620 | MONGLY03324622 |
| MONGLY03337576 | MONGLY03337577 |
| MONGLY03340964 | MONGLY03340965 |
| MONGLY03340967 | MONGLY03340967 |
| MONGLY03342289 | MONGLY03342305 |
| MONGLY03343371 | MONGLY03343372 |
| MONGLY03343529 | MONGLY03343529 |
| MONGLY03343539 | MONGLY03343541 |
| MONGLY03351980 | MONGLY03351982 |
| MONGLY03379079 | MONGLY03379084 |
| MONGLY03379121 | MONGLY03379123 |
| MONGLY03381565 | MONGLY03381570 |
| MONGLY03389601 | MONGLY03389602 |
| MONGLY03391458 | MONGLY03391460 |
| MONGLY03396443 | MONGLY03396443 |
| MONGLY03396444 | MONGLY03396444 |
| MONGLY03396470 | MONGLY03396470 |
| MONGLY03398169 | MONGLY03398171 |
| MONGLY03400272 | MONGLY03400272 |
| MONGLY03401522 | MONGLY03401526 |
| MONGLY03402231 | MONGLY03402234 |
| MONGLY03416904 | MONGLY03416910 |
| MONGLY03460238 | MONGLY03460239 |
| MONGLY03460255-R | MONGLY03460280-R |
| MONGLY03487960 | MONGLY03487961 |
| MONGLY03491019 | MONGLY03491020 |
| MONGLY03498538 | MONGLY03498549 |
| MONGLY03500585 | MONGLY03500591 |
| MONGLY03500777 | Produced in Native |

| | |
|---|---|
| MONGLY03544701 | MONGLY03544706 |
| MONGLY03549275 | MONGLY03549280 |
| MONGLY03550020 | MONGLY03550024 |
| MONGLY03550799 | MONGLY03550799 |
| MONGLY03550810 | MONGLY03550815 |
| MONGLY03555680 | MONGLY03555685 |
| MONGLY03557240 | MONGLY03557240 |
| MONGLY03558820 | MONGLY03558823 |
| MONGLY03734971 | MONGLY03734971 |
| MONGLY03751016 | MONGLY03751016 |
| MONGLY03779061 | MONGLY03779063 |
| MONGLY03827415 | MONGLY03827416 |
| MONGLY03853393 | MONGLY03853402 |
| MONGLY03859549 | MONGLY03859551 |
| MONGLY03878138 | MONGLY03878139 |
| MONGLY03929023 | MONGLY03929023 |
| MONGLY03929290 | MONGLY03929290 |
| MONGLY03994301 | MONGLY03994314 |
| MONGLY04022335 | MONGLY04022336 |
| MONGLY04028722 | MONGLY04028722 |
| MONGLY04086537 | MONGLY04086541 |
| MONGLY04116974 | MONGLY04116976 |
| MONGLY04128742 | MONGLY04128745 |
| MONGLY04253439 | MONGLY04253439 |
| MONGLY04256438 | MONGLY04256438 |
| MONGLY04256439 | MONGLY04256439 |
| MONGLY04268982 | MONGLY04268982 |
| MONGLY04269049 | MONGLY04269050 |
| MONGLY04269072 | MONGLY04269075 |
| MONGLY04277789 | MONGLY04277789 |
| MONGLY04278162 | MONGLY04278165 |
| MONGLY04287322 | MONGLY04287360 |
| MONGLY04287361-R | MONGLY04287397-R |
| MONGLY04287398 | MONGLY04287412 |
| MONGLY04287547 | MONGLY04287574 |
| MONGLY04437587 | Native Version |
| MONGLY04773726 | MONGLY04773726 |
| MONGLY04920222 | MONGLY04920227 |
| MONGLY04962809 | MONGLY04962809 |
| MONGLY05247516 | MONGLY05247516 |

| | |
|---|---|
| MONGLY05467631 | MONGLY05467633 |
| MONGLY05522761 | MONGLY05522762 |
| MONGLY05530894 | MONGLY05530917 |
| MONGLY05600406 | MONGLY05600412 |
| MONGLY05600811 | MONGLY05600813 |
| MONGLY06218548 | Native Version |
| MONGLY06253165 | Native Version |
| MONGLY06262795 | MONGLY06262796 |
| MONGLY06365745 | MONGLY06365747 |
| MONGLY06398326 | MONGLY06398327 |
| MONGLY06410434 | MONGLY06410435 |
| MONGLY06486896 | MONGLY06486898 |
| MONGLY06486905 | MONGLY06486908 |
| MONGLY06503825 | MONGLY06503825 |
| MONGLY06509235 | MONGLY06509235 |
| MONGLY06721006 | MONGLY06721008 |
| MONGLY06813897 | MONGLY06813898 |
| MONGLY06971326 | Native Version |
| MONGLY06974459 | MONGLY06974459 |
| MONGLY06990942 | MONGLY06990950 |
| MONGLY06992320 | MONGLY06992325 |
| MONGLY07012780 | Native Version |
| MONGLY07013734 | MONGLY07013735 |
| MONGLY07027353 | MONGLY07027358 |
| MONGLY07040404 | MONGLY07040411 |
| MONGLY07048193 | Native Version |
| MONGLY07063555 | MONGLY07063576 |
| MONGLY07080361 | MONGLY07080366 |
| MONGLY07101772 | MONGLY07101773 |
| MONGLY07107482 | MONGLY07107483 |
| MONGLY07120036 | MONGLY07120038 |
| MONGLY07192225 | MONGLY07192225 |
| MONGLY07221986 | MONGLY07221986 |
| MONGLY07306821 | MONGLY08270552 |
| MONGLY07459156 | MONGLY07459156 |
| MONGLY07574531 | MONGLY07574532 |
| MONGLY07575061 | MONGLY07575062 |
| MONGLY07575511 | MONGLY07575511 |
| MONGLY07577414 | MONGLY07577414 |
| MONGLY07579479 | MONGLY07579480 |

| | |
|---|---|
| MONGLY07579482 | MONGLY07579482 |
| MONGLY07589543 | MONGLY07589543 |
| MONGLY07596745 | MONGLY07596747 |
| MONGLY07598218 | MONGLY07598220 |
| MONGLY07598323 | MONGLY07598325 |
| MONGLY07598378 | MONGLY07598379 |
| MONGLY07598380 | MONGLY07598380 |
| MONGLY07606982 | MONGLY07606984 |
| MONGLY07607805 | MONGLY07607816 |
| MONGLY07619515 | MONGLY07619516 |
| MONGLY07673376 | MONGLY07673377 |
| MONGLY07702653-R | MONGLY07702659-R |
| MONGLY07705580 | MONGLY07705580 |
| MONGLY07742278 | MONGLY07742278 |
| MONGLY07776797 | MONGLY07776798 |
| MONGLY07868844 | MONGLY07868884 |
| MONGLY07886580 | MONGLY07886583 |
| MONGLY07894889 | MONGLY07894890 |
| MONGLY08162384 | MONGLY08162388 |
| MONGLY08633551 | MONGLY08633555 |
| MONGLY09572248 | MONGLY09572253 |
| MONGLY09713999 | MONGLY09714000 |
| MONGLY10504381_0001 | MONGLY10504381_0019 |
| MONGLY11696235 | MONGLY11696235 |
| MONGLY11706579 | MONGLY11706583 |
| MONGLY11789921 | MONGLY11789922 |
| MONGLY11815571-R | MONGLY11815572-R |
| MONGLY11909431 | MONGLY11909431 |
| MONGLY11914282 | MONGLY11914285 |
| MONGLY12167637 | MONGLY12167640 |
| MONGLY12199705 | MONGLY12199706 |
| MONGLY12235354 | MONGLY12235399 |
| MONGLY14274178 | MONGLY14274351 |
| MONGLY14441101 | MONGLY14441101 |
| MONGLY16003194 | MONGLY16003200 |
| MONGLY16485965 | MONGLY16485966 |
| MONGLY16903165 | MONGLY16903165 |
| MONGLY16903166 | MONGLY16903167 |
| MONGLY16903169 | MONGLY16903170 |

| | |
|---|---|
| MONGLY16903174 | MONGLY16903174 |
| MONGLY16903182 | MONGLY16903182 |
| MONGLY16903183 | MONGLY16903189 |
| MONGLY16903190 | MONGLY16903193 |
| MONGLY16903194 | MONGLY16903195 |
| MONGLY16903200 | MONGLY16903203 |
| MONGLY16903204 | MONGLY16903205 |
| MONGLY16903222 | Single page from personnel record |
| MONGLY16903247 | MONGLY16903250 |
| MONGLY16903255 | MONGLY16903255 |
| MONGLY16903256 | MONGLY16903259 |
| MONGLY16903260 | MONGLY16903261 |
| MONGLY16903265 | MONGLY16903269 |
| MONGLY16903270 | MONGLY16903275 |
| MONGLY16903277 | MONGLY16903282 |
| MONGLY16903284 | MONGLY16903284 |
| MONGLY16903321 | MONGLY16903322 |
| MONGLY16903350 | MONGLY16903350 |
| MONGLY16903351 | MONGLY16903351 |
| MONGLY16903352 | MONGLY16903354 |
| MONGLY16905465 | MONGLY16905466 |
| MONGLY16905467 | MONGLY16905469 |
| MONGLY16905470 | MONGLY16905472 |
| MONGLY16905473 | MONGLY16905473 |
| MONGLY16905474 | MONGLY16905475 |
| MONGLY16905479 | MONGLY16905479 |
| MONGLY16905481 | MONGLY16905481 |
| MONGLY16905482 | MONGLY16905483 |

**L.R. CIV. 5-1(h)(3) CERTIFICATION**

Pursuant to L.R. Civ. 5-1(h)(3), I certify that Brian Stekloff gave permission to add his electronic signature to the above stipulation. Mr. Stekloff concurred in the filing of this document.

/s/ *Aimee Wagstaff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of April, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Aimee Wagstaff*