UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> *Renilda Castro, on behalf of the estate of Fernando Castro, deceased v. Monsanto Co.* <br> Case No. 3:19-cv-03887 | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

1. Plaintiff's counsel has consulted with Defendant's counsel, who does not oppose this Motion to move the case to Wave VII.

2. This case is presently situated in Wave VI(B).

3. Despite the parties' best efforts, the Wave VI(B) deadlines present compliance challenges to Plaintiff and his counsel.

4. After consultation, Plaintiff's counsel and Defendant's counsel agree that transferring this case to Wave VII would be in the best interests of justice.

Date: April 14, 2023

Respectfully submitted,

*/s/ John W. Raggio*
John W. Raggio
California Bar No. 338261
NACHAWATI LAW GROUP
5489 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
Email: jraggio@ntrial.com

***Attorney for Plaintiff***

**HOLLINGSWORTH LLP**

<u>/s/ Martin C. Calhoun</u>
Martin C. Calhoun (pro hac vice)
1350 I Street, NW
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
mcalhoun@hollingsworthllp.com

***Attorney for Defendant***


**SHOOK, HARDY & BACON LLP**

<u>*/s/ Anthony R. Martinez*</u>
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
255 Grand Blvd
Kansas City, Missouri 64108
[P]: (816) 559-2683
[F]: (816) 421-5547

***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I certify that on the 14th day of April 2023, I electronically transmitted the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** to the Clerk of the Court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/ John W. Raggio*
John W. Raggio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: ) ) ) *Fernando Castro v. Monsanto Co.*, ) Case No. 3:19-cv-03887 ) ) | |

### ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

The parties' consent Motion to move the case from Wave VI(B) to Wave VII is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated:

_____
Honorable Vince G. Chhabria
United States District Court