UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS 2741 LIABILITY LITIGATION | ) ) ) ) | MDL No. |
| This document relates to: | ) ) ) | Case No. 3:16-md-02741-VC |
| *Relinda Castro, on behalf of the Estate of Fernando Castro, deceased v. Monsanto Co.* | ) ) ) | |
| Case No. 3:19-cv-03887 | ) ) | |

**<u>ORDER</u>**

Before the Court is the Unopposed Motion to Move Case to Wave VII filed on behalf of the Plaintiff, from its current position in Wave VI(B). Having considered the motion, the Court is of the opinion that the motion should be GRANTED.

IT IS HEREBY ORDERED that the above-entitled case be moved to Wave VII.

Signed the _____ day of _____, 2023.

_____
Judge Presiding