3

**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>* | MDL NO. 2741<br><br>CASE NO.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:**<br><br>**HUEY P. ALLEN.,**<br>          **Plaintiff,**<br>Versus<br><br>**MONSTANTO COMPANY, et al.,**<br>          **Defendants.** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | <br><br>**Civil Action No. 2:20-cv-01547-VC** |

**ORDER TO TERMINATE ATTORNEYS**

IT IS HEREBY ORDERED that the above Motion to Terminate Attorneys is GRANTED.

**SO ORDERED,** this 17th day of April, 2023.

_____
VINCE CHHABRIA
United States District Judge