FULLER, WILLIAMSON, NELSEN & PREHEIM, LLP
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
epreheim@fullerandwilliamson.com
 *Attorneys for Plaintiff Dr. William Horner*

## UNITED STATES DISTRICT COURT
## STATE OF CALIFORNIA
## NORTHERN DISTRICT

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Dr. William Horner v. Monsanto Company, Inc.*, Case No. 3:21-cv-07744-VC | **ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL** |

A Motion to Withdraw as counsel for Plaintiff and to be removed from the CM/ECF notification system for the MDL case was filed by Plaintiff's counsel on April 5, 2023. Plaintiff and Defendant Monsanto Company, Inc. previously stipulated to dismiss Plaintiff's claims against Defendant with prejudice on September 6, 2022. (*See* Doc. 27 (case 3:21-cv-07744-VC); *also see* Doc. 15413 (case 3:16-md-02741-VC). Based on the foregoing and for good cause appearing, it is

**ORDERED** that the Motion to Withdraw as Counsel is **GRANTED**.

Dated: April 17, 2023.

BY THE COURT

The Honorable Vince Chhabria
District Court Judge