UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Afanador v. Monsanto Co.*, Case No. 20-cv-1229-VC | **ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 16395 |

The plaintiff was ordered to show cause why the case should not be dismissed for failure to prosecute. The plaintiff did not respond. Accordingly, this case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 17, 2023

VINCE CHHABRIA
United States District Judge