**PECK BAXTER WATKINS & BAILEY, LLC**
Nathan A. Duncan
399 North Main Street, Suite 300
Logan, Utah 84321
Telephone:   (435) 787-9700
Facsimile:   (435) 787-2455
Email: nduncan@peckbaxter.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Courtney Zollinger v. Monsanto Company et al.*, Case No. 3:21-cv-04472-VC<br><br>*Mandi Poulsen v. Monsanto Company,* case 3:21-cv-03757-VC<br><br>*Alaine Carter v. Monsanto Company,* case 3:22-cv-01655-VC<br><br>*Rodney Price v. Monsanto Company,* case 3:22-cv-05046-VC<br><br>*Susan Wiggins, individually, and as Wrongful Death Representative of Scott Wiggins, v. Monsanto Company,* case 3:23-cv-00721-VC<br><br>*Earl Glenn v. Monsanto Company,* case 3:23-cv-01270-VC | |

- 1 -

UNOPPOSED MOTION TO CONSOLDIATE CASES TO WAVE VII

# UNOPPOSED MOTION TO CONSOLDIDATE CASES TO WAVE VII

Plaintiffs Courtney Zollinger, Mandi Poulsen, Alaine Carter, Rodney Price, Scott Wiggins, and Earl Glen ("the Plaintiffs"), respectfully request the Court assign their cases from their respective waves to Wave VII, sub wave D.

1. Mandi Poulsen v. Monsanto Company, case 3:21-cv-03757, was assigned to wave VI, sub-wave C.

2. Mindful of the deadlines pertaining to Wave VI, sub-wave C cases, the parties have diligently pursued discovery in this matter.

3. The Parties worked collaboratively to complete the depositions of the Mrs. Poulsen and her spouse on December 14, 2022. However, Plaintiff's treating oncologist and primary physician depositions have yet to be completed.

4. Courtney Zollinger v. Monsanto, case 3:21-cv-04472, was assigned to wave VI, sub-wave D.

5. Mindful of the deadlines pertaining to Wave VI, Sub-Wave D cases, the parties have diligently pursued discovery in this matter.

6. The Parties worked collaboratively to complete the depositions of the Mrs. Zollinger and her spouse on February 3, 2023. However, Plaintiff's treating oncologist and primary physician depositions have yet to be completed.

7. Alaine Carter v. Monsanto Company, case 3:22-cv-01655, was assigned to wave VII.

8. Rodney Price v. Monsanto Company, case 3:22-cv-05046, was assigned to wave VII.

9. No discovery has taken place in wave VII at this time.

10. Scott Wiggins v. Monsanto Company, case 3:23-cv-00721, has just been transferred to the MDL, but has not yet been assigned a wave.

11. Earl Glenn v. Monsanto Company, case 3:23-cv-010270, has just been transferred to the MDL, but has not yet been assigned a wave.

12. All listed plaintiffs are represented by Nathan A. Duncan and Peck Baxter Watkins & Bailey, LLC.

13. Counsel for the Plaintiffs, Nathan A. Duncan, met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move their respective cases to a later Wave, and Monsanto does not oppose this request.

Respectfully submitted,

**PECK BAXTER WATKINS & BAILEY, LLC**

*/s/Nathan A. Duncan*
Nathan A. Duncan
399 North Main Street, Suite 300
Logan, Utah 84321
Telephone:   (435) 787-9700
Facsimile:    (435) 787-2455
Email: nduncan@peckbaxter.com

***Attorney for Plaintiffs***

UNOPPOSED MOTION TO CONSOLDIATE CASES TO WAVE VII