## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to: <br><br> *Courtney Zollinger v. Monsanto Company et al.*, Case No. 3:21-cv-04472-VC <br><br> *Mandi Poulsen v. Monsanto Company,* case 3:21-cv-03757-VC <br><br> *Alaine Carter v. Monsanto Company,* case 3:22-cv-01655-VC <br><br> *Rodney Price v. Monsanto Company,* case 3:22-cv-05046-VC <br><br> *Susan Wiggins, individually, and as Wrongful Death Representative of Scott Wiggins, v. Monsanto Company,* case 3:23-cv-00721-VC <br><br> *Earl Glenn v. Monsanto Company,* case 3:23-cv-01270-VC | |

Plaintiffs Courtney Zollinger, Mandi Poulsen, Alaine Carter, Rodney Price, Susan Wiggins, individually and as wrongful death representative of Scott Wiggins, and Earl Glenn's Unopposed Motion to Consolidate Cases to Wave VII is GRANTED.

**IT IS SO ORDERED.**

Dated:_____

_____
Hon. Vince Chhabria
United States District Judge