UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES** |
| Dennis McNamara Jr. v. Monsanto Co., Case No. 3:21-cv-00963-VC | Re: Dkt. Nos. 16428, 16434, 16438–41, 16443, 16445–47, 16451–55, 16468–71, 16475, 16480 |
| Gilbert Pellerin, Sr., et al. v. Monsanto Co., Case No. 3:21-cv-04634-VC | |
| Steven Montgomery, et al. v. Monsanto Co., Case No. 3:20-cv-07397-VC | |
| Steven Clausen v. Monsanto Co., Case No. 3:22-cv-02293-VC | |
| Allowishes Dula Scott v. Monsanto Co., Case No. 3:19-cv-05093-VC | |
| Walter Holden v. Monsanto Co., Case No. 3:19-cv-5085-VC | |
| Joseph Johnson v. Monsanto Co., Case No. 3:22-cv-02294-VC | |
| David Reno v. Monsanto Co., Case No. 3:22-cv-02295-VC | |
| Arlen Swartz v. Monsanto Co., Case No. 3:19-cv-04859-VC | |
| Linda Tiddark v. Monsanto Co., Case No. 3:20-cv-03060-VC | |

Charleen Trefry v. Monsanto Co.,
Case No. 3:19-cv-4921-VC

Ralph Vitale v. Monsanto Co., Case
No. 3:19-cv-4919-VC

Mark Waligura v. Monsanto Co.,
Case No. 3:19-cv-04981-VC

Francis Wilcome v. Monsanto Co.,
Case No. 3:19-cv-04875-VC

Linda Wilson v. Monsanto Co.,
Case No. 3:22-cv-04266-VC

Sally Groef v. Monsanto Co.,
Case No. 3:19-cv-07858-VC

Renee Daulton v. Monsanto Co.,
Case No. 20-cv-8518-VC

Bruce Dinner v. Monsanto Co.,
Case No. 3:20-cv-03360-VC

Michael Hollander v. Monsanto Co.,
Case No. 3:20-cv-03114-VC

Danielle Klaveano v. Monsanto Co.,
Case No. 3:20-cv-00198-VC

Renilda Castro v. Monsanto Co.,
Case No. 3:19-cv-03887

The above-listed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: April 17, 2023

VINCE CHHABRIA
United States District Judge