# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| This document related to: | ) MDL 2714 ) ) Case No. 3:16-md-02741-VC |
| *Gilmore v. Monsanto Company* Case No. 21-cv-8159 | ) ) ) ) |

## JUDGMENT APPROVING CLASS ACTION SETTLEMENT

1. This Court has jurisdiction over the Action, all matters related to the Settlement, as well as personal jurisdiction over all of the Settling Parties[1] and each of the Settlement Class Members. This Judgment incorporates and makes a part hereof: (1) the Parties Second Amended Settlement Agreement ("Settlement") (Dkt. No. 94-1, Ex. 1); the Settlement Notice and Publication Notice, both of which were filed with the Court on November 28, 2022 (Dkt. No. 129-2, Exhibits B, I).

2. The Court finally approves the Settlement and terms and conditions set forth therein.

3. Upon entry of this Judgment, the Released Persons shall be discharged of and from all liability for the Class Released Claims.

4. In light of the Order Granting Final Approval (Dkt. No. 146) and the Order Granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards (Dkt. No. 147), this case is hereby **DISMISSED** with prejudice.

---

[1] All defined terms herein shall have the same meanings set forth in the Second Amended Settlement Agreement. The language of the Settlement Agreement can be found on the Court's publicly available docket at Dkt. No. 94-1, Ex. 1. The Release set forth in the Settlement is incorporated herein and will become binding and effective on all Settlement Class Members upon the Effective Date.

5. There being no just reason for delay, the Court, in the interests of justice, directs the Clerk of the Court to enter this Order, and hereby decrees that, upon entry, it be deemed a Final Judgment.

6. Without affecting the finality of that Judgment in any way, this Court hereby retains continuing jurisdiction over (a) implementation and administration of the Settlement; and (b) the Parties, the Claims Administrator, and the Class Members for the purpose of construing, enforcing, and administering the Settlement Agreement and all orders and judgments entered in connection therewith.

**IT IS SO ORDERED.**

Dated: March 31, 2023

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE