David A. Domina, NE #11043
Domina Law Group pc llo
2425 S 144th St
Omaha, NE 68144
Telephone: 402-493-4100
Facsimile: 402-493-9782
ddomina@dominalaw.com

*Attorney for Plaintiffs*

**United States District Court, District of Northern California**

| | |
|---|---|
| **In Re: Roundup Products Liability Litigation** | **MDL No. 2741** **Case No: 16-md-2741-VC** **Hon. Vince Chhabria** |
| _____ | **3:20-cv-01070** **Nebraska: 8:20-cv-00044** |
| **Michael N. Kaup and Lavonne Kaup.** | |
| **Plaintiffs,** | |
| v. | **Certificate of Compliance with Notification Requirement** |
| **Monsanto Company,** **a Missouri Corporation,** | |
| **Defendant.** | |

I certify that on April 18, 2023 I emailed and mailed by 1st Class U.S. Mail postage prepaid, to Lavonne Kaup the Order of this Court issued April 17, 2023 granting leave for me to withdraw as counsel for the Plaintiff.

April 18, 2023.

By: *s/ David A. Domina*

1154735

David A. Domina, #11043<br>
Domina Law Group pc llo<br>
2425 S. 144th St.<br>
Omaha, NE 68114<br>
(402) 493-4100<br>
ddomina@dominalaw.com

## Certificate of Service

I certify that on April 18, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notice to counsel of record when accepted and filed.

<i>/s/ David A. Domina</i>

1154735