# EXHIBIT A

Moll Law Group - Single Plaintiff Cases

| Case # | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 1 | Achterhof | Roger | Achterhof, Roger | Moll Law Group // Welsh & Welsh, PC | CA - N.D. | 3:21-cv-01332 |
| 2 | Aguirre | Fernando | Aguirre, Fernando | Moll Law Group | CA - N.D. | 3:20-cv-05527 |
| 3 | Arndt | Ted | Arndt, Ted | Arias Sanguinetti Wang & Torrijos, LLP // Moll Law Group | CA - N.D. | 3:20-cv-02803 |
| 4 | Bailey | Beverly | Bailey, Beverly | Moll Law Group | CA - N.D. | 3:19-cv-06071 |
| 5 | Baiochhi | Albert | Baiocchi, Albert | Moll Law Group | CA - N.D. | 3:20-cv-07906 |
| 6 | Baisden | Michael | Baisden, Michael | Moll Law Group | CA - N.D. | 3:19-cv-05353 |
| 7 | Batherson | Garland | Batherson, Garland | Moll Law Group | CA - N.D. | 3:19-cv-02167 |
| 8 | Benson | Rufus | Benson, Rufus | Moll Law Group | CA - N.D. | 3:20-cv-00060 |
| 9 | Bloechel | Samuel | Bloechel, Samuel | Moll Law Group // The Vrdolyak Law Group, LLC. | CA - N.D. | 3:18-cv-01695 |
| 10 | Borreson | Arnold | Borreson, Arnold | Moll Law Group // Rossman Law Group, PLLC | CA - N.D. | 3:18-cv-07146 |
| 11 | Brammer | Kendall | Brammer, Rosanna R. | Moll Law Group // Welsh & Welsh, PC | CA - N.D. | 3:20-cv-07732 |
| 12 | Bucio | Julio | Bucio, Lucia | Moll Law Group | CA - N.D. | 3:20-cv-00044 |
| 13 | Butler | Harry | Butler, Harry | Moll Law Group | CA - N.D. | 3:19-cv-05356 |
| 14 | Cervantes | Gerard | Cervantes, Gerard | Andrus Anderson LLP // Moll Law Group // The Vrdolyak Law Group, LLC. | CA - N.D. | 3:19-cv-03015 |
| 15 | Chatman | Janeil | Chatman, Janeil | Moll Law Group | CA - N.D. | 3:19-cv-02170 |
| 16 | Clark | Douglas | Clark, Glenn | Moll Law Group // Showard Law Firm, P.C. | CA - N.D. | 3:20-cv-08846 |
| 17 | Cooper | Michael | Cooper, Susan | Moll Law Group | CA - N.D. | 3:20-cv-02402 |
| 18 | Cudaback | Larry | Cudaback, Larry L. | Moll Law Group // Welsh & Welsh, PC | CA - N.D. | 3:20-cv-07733 |
| 19 | Davis | Elizabeth | Davis, Elizabeth | Moll Law Group | CA - N.D. | 3:20-cv-00061 |
| 20 | Dewispelaere | Yvette | Dewispelaere, Yvette | Moll Law Group | CA - N.D. | 3:19-cv-06074 |
| 21 | Dietz | Larry | Dietz, Steven | Moll Law Group | CA - N.D. | 3:19-cv-05354 |
| 22 | Eckardt | Karl | Eckardt, Karl | Moll Law Group | CA - N.D. | 3:20-cv-00586 |
| 23 | Ellis | Scott | Ellis, Scott | Moll Law Group | CA - N.D. | 3:19-cv-05355 |
| 24 | Erb | James | Erb, James | Moll Law Group | CA - N.D. | 3:19-cv-02166 |
| 25 | Fabbri | Gina | Fabbri, Gina | Moll Law Group | CA - N.D. | 3:20-cv-00008 |
| 26 | Fischer | James | Fischer, James | Moll Law Group | CA - N.D. | 3:20-cv-04202 |
| 27 | Greenberg | Marcia | Greenberg, Marcia | Moll Law Group | CA - N.D. | 3:20-cv-00046 |
| 28 | Grieger | Gary | Grieger, Gary | Moll Law Group | CA - N.D. | 3:20-cv-00492 |
| 29 | Groff | Rodney | Groff, Cindy | Moll Law Group | CA - N.D. | 3:20-cv-00045 |

Moll Law Group - Single Plaintiff Cases

| Case # | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 30 | Halloran | James | Halloran, James | Moll Law Group | CA - N.D. | 3:20-cv-00009 |
| 31 | Hartman | Barbara | Hartman, Barbara | Moll Law Group | CA - N.D. | 3:20-cv-00007 |
| 32 | Hays | Sheila | Hays, Sheila | Moll Law Group | CA - N.D. | 3:20-cv-00030 |
| 33 | Herman | David | Herman, David | Moll Law Group // Welsh & Welsh, PC | CA - N.D. | 3:21-cv-04931 |
| 34 | Huefner | Jonathan | Huefner, Jonathan | Moll Law Group // Welsh & Welsh, PC | CA - N.D. | 3:21-cv-05794 |
| 35 | Jordan | Mark | Jordan, Mark | Moll Law Group // Skinner Law Firm | CA - N.D. | 3:20-cv-02296 |
| 36 | Karman | Robert | Karman, Christine | Andrus Anderson LLP // Moll Law Group | CA - N.D. | 3:19-cv-01183 |
| 37 | Kaye | Janet | Kaye, Janet | Moll Law Group | CA - N.D. | 3:20-cv-00006 |
| 38 | Keil | John | Keil, Martha | Moll Law Group | CA - N.D. | 3:20-cv-04201 |
| 39 | Kelley | Danny | Kelley, Danny | Moll Law Group | CA - N.D. | 3:20-cv-00025 |
| 40 | Laursen | Michael | Laursen, Michael | Moll Law Group // Welsh & Welsh, PC | CA - N.D. | 3:21-cv-04932 |
| 41 | Lukomoski | Jaroslaw | Lukomoski, Jaroslaw | Moll Law Group | CA - N.D. | 3:20-cv-04645 |
| 42 | Malandruccolo | Michael | Malandruccolo, Michael | Moll Law Group | CA - N.D. | 3:20-cv-00031 |
| 43 | May | Gerald | May, Gerald B. | Moll Law Group // Welsh & Welsh, PC | CA - N.D. | 3:20-cv-03224 |
| 44 | McGrath | Nancy | McGrath, Nancy | Moll Law Group | CA - N.D. | 3:20-cv-08172 |
| 45 | McInnis | Keven | McInnis, Kevin | Moll Law Group | CA - N.D. | 3:20-cv-00029 |
| 46 | Mowen | Randall | Mowen, Randall | Moll Law Group // Welsh & Welsh, PC | CA - N.D. | 3:20-cv-04840 |
| 47 | Lamb | David | Nelson, Brenda | Moll Law Group | CA - N.D. | 3:19-cv-06063 |
| 48 | Oellien | Fred | Oellien, Fred | Moll Law Group | CA - N.D. | 3:20-cv-00587 |
| 49 | Olson | Matthew | Olson, Matthew | Moll Law Group | CA - N.D. | 3:20-cv-05528 |
| 50 | Pac | Michael | Pac, Margaret | Moll Law Group | CA - N.D. | 3:20-cv-02401 |
| 51 | Pecorelli | Michael | Pecorelli, Michael | Andrus Anderson LLP // Moll Law Group // The Law Group, LTD | CA - N.D. | 3:16-cv-06936 |
| 52 | Peterson | James | Peterson, James | Andrus Anderson LLP // Moll Law Group | CA - N.D. | 3:18-cv-07271 |
| 53 | Pianovski | Edward | Pianovski, Edward | Moll Law Group | CA - N.D. | 3:19-cv-06070 |
| 54 | Quevedo | Hector | Quevedo, Hector | Moll Law Group // Showard Law Firm, P.C. | CA - N.D. | 3:20-cv-08174 |
| 55 | Quiles | Pedro | Quiles, Noelia | Moll Law Group // Osborne & Francis | CA - N.D. | 3:20-cv-01630 |
| 56 | Rehak | Lorraine | Rehak, Lorraine | Andrus Anderson LLP // Moll Law Group | CA - N.D. | 3:19-cv-01719 |
| 57 | Roach | Joan | Roach, Joan | Moll Law Group | CA - N.D. | 3:20-cv-00062 |
| 58 | Romano | Robert | Romano, Robert | Moll Law Group | CA - N.D. | 3:19-cv-06076 |

Moll Law Group - Single Plaintiff Cases

| Case # | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 59 | Roth | Mark | Roth, Mark | Moll Law Group | CA - N.D. | 3:20-cv-08175 |
| 60 | Rua | Steven | Rua, Steven | Moll Law Group | CA - N.D. | 3:20-cv-00050 |
| 61 | Russell | Steven | Russell, Steven | Moll Law Group | CA - N.D. | 3:20-cv-08849 |
| 62 | Schafer | John | Schafer, John | Andrus Anderson LLP // Moll Law Group | CA - N.D. | 3:19-cv-02169 |
| 63 | Schmitt | Mark | Schmitt, Mark | Moll Law Group | CA - N.D. | 3:19-cv-06073 |
| 64 | Scott | Austin | Scott, Duanita | Moll Law Group | CA - N.D. | 3:19-cv-06077 |
| 65 | Shultz | Nichole | Shultz, Nichole | Moll Law Group | CA - N.D. | 3:19-cv-02190 |
| 66 | Siddiqui | Mohammed | Siddiqui, Mohammed | Moll Law Group | CA - N.D. | 3:21-cv-06172 |
| 67 | Singson | Maria | Singson, Renato | Moll Law Group // Oliver Law Group P.C. | CA - N.D. | 3:20-cv-03063 |
| 68 | Smith | Ricky | Smith, Ricky | Moll Law Group | CA - N.D. | 3:19-cv-02168 |
| 69 | Smothers | Joseph | Smothers, Joseph | Moll Law Group | CA - N.D. | 3:21-cv-04469 |
| 70 | Stolipher | Douglas | Stolipher, Nancy | Moll Law Group // Skinner Law Firm | CA - N.D. | 3:20-cv-02297 |
| 71 | Strachan | Jennifer | Strachan, Jennifer | Moll Law Group // Welsh & Welsh, PC | CA - N.D. | 3:21-cv-04934 |
| 72 | Taylor | William | Taylor, William | Moll Law Group | CA - N.D. | 3:20-cv-00063 |
| 73 | Wagner | Susan | Wagner, Susan | Moll Law Group | CA - N.D. | 3:20-cv-00585 |
| 74 | Walkup | Wendell | Walkup, Wendell E. | Moll Law Group // Welsh & Welsh, PC | CA - N.D. | 3:20-cv-03332 |
| 75 | Weiner | Jeffrey | Weiner, Jeffrey | Moll Law Group | CA - N.D. | 3:19-cv-06072 |
| 76 | Weston | William | Weston, William | Moll Law Group // Skinner Law Firm | CA - N.D. | 3:20-cv-02295 |
| 77 | Zitzke | Steven | Zitzke, Steven | Moll Law Group | CA - N.D. | 3:20-cv-06986 |

Moll Law Group- Multi-Plaintiff Case

| Case # | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 78 | Hudson | David | Hudson, David | Moll Law Group | CA - N.D. | 3:19-cv-06075 |
| 78 | Hudson | Pamela | Hudson, David | Moll Law Group | CA - N.D. | 3:19-cv-06075 |