**GALLON, TAKACS & BOISSONEAULT, CO., L.P.A.**
Jonathan M. Ashton
1450 Arrowhead Drive
Maumee OH 43537
Telephone:     (419) 843-2001
Facsimile:      (419) 843-8022
Email: jashton@gallonlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Carl J Kamm III, Individually and as Executor of Estate of Carl J Kamm II, deceased. v. Monsanto Company, et al.*, Case No. 3:22-cv-00786-VC | |

**STIPULATION AND NOTICE OF DISMISSAL
WITHOUT PREJUDICE AS TO BAYER DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Carl J Kamm III, Executor of Estate of Carl J Kamm II, decedent, and Defendants Bayer Corporation and Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiff), as to Bayer Corporation only, with each party to bear their own attorneys' fees and costs.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses all of his claims against Bayer AG without prejudice. Bayer AG has not yet answered or filed

a motion for summary judgment, and this notice of dismissal is, therefore, "effective on filing." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

Respectfully submitted this 20th day of April 2023.

Respectfully submitted,

**GALLON, TAKACS & BOISSONEAULT, CO., L.P.A**

*/s/* Jonathan M. Ashton
Jonathan M. Ashton
1450 Arrowhead Drive
Maumee, OH 43537
Telephone:   (419) 843-2001
Facsimile:    (419) 843-8022
Email:         jashton@gallonlaw.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I certify that on the 20th day of April 2023, I electronically transmitted the foregoing **NOTICE OF DISMISSAL AS TO CLAIMS AGAINST BAYER CORPORATION** to the Clerk of the court using the ECF system for filing and transmittal. A true and correct copy of the foregoing document was served on all parties electronically or by another manner as authorized by FED. R. CIV. P. 5.

>  */s/* Jonathan M. Ashton
>  Jonathan M. Ashton