UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Joseph Terricaca, on behalf of the estate of Lucy Terricaca, deceased v. Monsanto Co.* Case No. 3:19-cv-07210-VC | |

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7

1. Plaintiff's counsel very recently took over the prosecution of this matter from Plaintiff's prior counsel.

2. Thereafter, Plaintiff's counsel consulted with Defendant's counsel as to the manner in which to proceed with outstanding discovery.

3. This case is presently listed within this Court's Wave 6(D) discovery schedule.

4. After consultation, Plaintiff's counsel and Defendant's counsel agree that transferring this case to Wave 7 would serve the interests of justice.

5. Defense Counsel does not oppose this Motion to move the matter to Wave 7.

6. Plaintiff respectfully request that this matter be moved to Wave 7.

Date: April 21, 2023

Respectfully submitted,

*/s/ Joe Vazquez*
John W. Raggio
The Barnes Firm, P.C.
420 Lexington Avenue,
Suite 2140
New York, New York 10170
Telephone: (800)800-0000 Ext. 529
Facsimile: (800)853-5153
Email: joe.vazquez@thebarnesfirm.com

**Attorney for Plaintiff**

**HOLLINGSWORTH LLP**

/s/ Martin C. Calhoun
Martin C. Calhoun (pro hac vice)
1350 I Street, NW
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
mcalhoun@hollingsworthllp.com

*Attorney for Defendant*


**SHOOK, HARDY & BACON LLP**

/s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
255 Grand Blvd
Kansas City, Missouri 64108
[P]: (816) 559-2683
[F]: (816) 421-5547

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record

*/s/ Joe Vazquez*
Joe Vazquez