UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Joseph Terricaca, on behalf of the estate of Lucy Terricaca, deceased v. Monsanto Co.*<br>Case No. 3:19-cv-07210-VC ) ) ) ) ) ) | |

**ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE 7**

The parties' consent Motion to move the above-captioned case from Wave 6(D) to Wave 7 is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated:

_____
Honorable Vince G. Chhabria
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Joseph Terricaca, on behalf of the estate of Lucy Terricaca, deceased v. Monsanto Co.* Case No. 3:19-cv-07210-VC | |

**<u>ORDER</u>**

Before the Court is the Unopposed Motion to Move Case to Wave 7 filed on behalf of the Plaintiff, from its current position in Wave 6(D). Having considered the motion, the Court is of the opinion that the motion should be GRANTED.

IT IS HEREBY ORDERED that the above-entitled case be moved to Wave 7.

Signed the ____ day of _____, 2023.

_____
Judge Presiding