**CHAPPELL, CHAPPELL & NEWMAN**
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Tel:   (803) 929-3600
Fax:   (803) 929-3604

*Attorneys for Plaintiffs*
SANDRA SHEALEY AND TAMMY WILLING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to:<br><br>*Sandra Shealey, et al. v. Monsanto Co.*, Case No. 3:21-cv-00603-MDL | **Hearing Date and Time:**<br>*Thursday, June 1, 2023 10:00 AM* |

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Local Civil Rules 79-5 and 7-11 of the Northern District of California, Plaintiffs Sandra Shealey and Tammy Willing file this Administrative Motion to File Under Seal. Plaintiffs have consulted with counsel for the Defendant and such counsel does not oppose this motion.

## I. Action Requested

Plaintiffs seek an order permitting the filing of the attached Petition for Approval of Settlement and proposed order related thereto with proposed redactions.

## II. Reasons Supporting the Request

Pursuant to LR 79-5 and the confidentiality order in place for this multidistrict litigation, any party wishing to use a document designated "confidential" in support of a motion must file an administrative motion to determine whether filing under seal is appropriate. This action was originally filed in the United States District Court for the District of South Carolina. Plaintiffs have entered into a settlement agreement with the Defendant.

This case seeks damages under theories of both wrongful death and survival. Pursuant to S.C. Code Ann. § 15-51-42, settlement of any such actions must receive court approval. The settlement involves confidentiality prohibiting the disclosure of the terms of the settlement including the amount and thus prohibits filing an unredacted version of the proposed redacted Petition for Approval and associated proposed order other than under seal. Pursuant to Center for Auto Safety v. Chrysler Group, LLC, the good cause standard should apply here given that the parties have agreed to a confidentiality clause as part of Plaintiffs' settlement, and further, the public is not presumed to have "regular access" to information concerning sensitive financial information. 809 F.3d 1092, 1099 (9th Cir. 2016).

## III. Conclusion

For the foregoing reasons, Plaintiffs request that this Court enter an order granting Plaintiffs leave to file the redacted Petition for Approval for the purpose of obtaining this Court's approval of the settlement in this matter.

Respectfully submitted,

/s/ *Graham L. Newman*_____
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
CHAPPELL, CHAPPELL & NEWMAN
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)

*Attorneys for Plaintiffs*
*SANDRA SHEALEY AND TAMMY WILLING*

**CERTIFICATE OF SERVICE**

I certify that on the above date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ *Graham L. Newman*
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
CHAPPELL, CHAPPELL & NEWMAN
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)

*Attorneys for Plaintiffs*
SANDRA SHEALEY AND TAMMY WILLING