1  **CHAPPELL, CHAPPELL & NEWMAN**
2  Graham L. Newman (*pro hac vice*)
   (graham@chappell.law)
3  2801 Devine Street, Suite 300
   Columbia, South Carolina 29205
4  Tel:    (803) 929-3600
   Fax:    (803) 929-3604
5

6  *Attorneys for Plaintiffs*
   SANDRA SHEALEY AND TAMMY WILLING
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
                                              )
11 IN RE: ROUNDUP PRODUCTS                    ) MDL No. 2741
   LIABILITY LITIGATION                       )
12                                            )
                                              )
13 ─────────────────────────────              )
                                              )
14 This document relates to:                  )
                                              )
15 *Sandra Shealey, et al. v. Monsanto Co.*,  )
   Case No. 3:21-cv-00603-MDL                 )
16 ─────────────────────────────              )

17

18          **<u>DECLARATION OF GRAHAM L. NEWMAN IN SUPPORT OF THE
            ADMINISTRATIVE MOTION TO FILE UNDER SEAL</u>**

19

20

21

22

23

24

25

26

27

28
                                    1

I, Graham L. Newman, declare and state as follows:

1. I am an attorney with Chappell, Chappell & Newman, Attorneys, LLC and serve as counsel for the Plaintiffs in the above-styled matter.

2. The Plaintiffs' Administrative Motion to File under Seal seeks to maintain the confidentiality of the settlement agreement between Plaintiffs and Defendant.

3. There are compelling overriding interests here that overcome the right of the public access and support sealing the Petition for Approval of Wrongful Death Settlement: 1) the privacy and protection of the beneficiaries of the settlement; and 2) preserving the agreement of the parties to keep the settlement agreement confidential, which is routinely done.

4. The sealing of the Petition for Approval of Wrongful Death Settlement and the proposed order approving the petition is the only means of protecting these overriding interests. There is no less restrictive means to protect the privacy of the beneficiaries and to preserve the parties' agreement to maintain confidentiality.

5. All confidential settlement agreement information has been redacted pursuant to the Court's Amended Protective Order of September 6, 2017 (MDL Doc. # 519).

6. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Plaintiff has prepared proposed redactions of the following documents:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 4/24/2023 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 4 of the Petition, last word in Paragraph 24 | Plaintiff | Confidential Settlement Amount |
| 4/24/2023 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 4 of the Petition, dollar amounts in Paragraph 25 | Plaintiff | Confidential Settlement Amount |
| 4/24/2023 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 5 of the Petition, dollar amounts in Paragraph 26 | Plaintiff | Confidential Settlement Amount |
| 4/24/2023 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 5 of the Petition, dollar amounts in Paragraph 32 | Plaintiff | Confidential Settlement Amount |
| 4/24/2023 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 6 of the Petition, dollar amount in paragraph 38 | Plaintiff | Confidential Settlement Amount |
| 4/24/2023 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 2 of the Order, dollar amounts in Paragraph 7 | Plaintiff | Confidential Settlement Amount |
| 4/24/2023 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 2 of the Order, dollar amounts in Paragraph 8 | Plaintiff | Confidential Settlement Amount |
| 4/24/2023 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 3 of the Order, dollar amounts in Paragraph 10 | Plaintiff | Confidential Settlement Amount |

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Dated: April 24, 2023

        Respectfully submitted,

        /s/ *Graham L. Newman*_____
        Graham L. Newman (*pro hac vice*)
        (graham@chappell.law)
        CHAPPELL, CHAPPELL & NEWMAN
        2801 Devine Street, Suite 300
        Columbia, South Carolina 29205
        (803) 929-3600
        (803) 929-3604 (facsimile)

        *Attorneys for Plaintiffs*
        *SANDRA SHEALEY AND TAMMY WILLING*

**CERTIFICATE OF SERVICE**

I certify that on the above date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ *Graham L. Newman*
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
CHAPPELL, CHAPPELL & NEWMAN
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 929-3600
(803) 929-3604 (facsimile)

*Attorneys for Plaintiffs*
SANDRA SHEALEY AND TAMMY WILLING