UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) |
| ————————————————— | ) ) |
| This document relates to: | ) ) |
| *Sandra Shealey, et al. v. Monsanto Co.*, Case No. 3:21-cv-00603-MDL | ) ) ) |

## **PROPOSED ORDER AS TO**
## **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Before this Court is Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Petition for Approval of Wrongful Death and Survival Settlement. Having considered the papers and for good cause shown, the Court hereby GRANTS Plaintiffs' request and ORDERS Plaintiffs' Petition for Approval of Wrongful Death and Survival Settlement will remain redacted and that exhibits thereto will remain confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

IT IS SO ORDERED.

Date: _____        _____

HONORABLE JUDGE CHHABRIA
UNITED STATES DISTRICT COURT