# EXHIBIT A

(Certificate of Appointment)

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE PROBATE COURT |
| ) | |
| COUNTY OF: AIKEN ) | **CERTIFICATE OF APPOINTMENT** |
| ) | |
| IN THE MATTER OF: ) | |
| JOHN EDWARD FORD ) | CASE NUMBER: 2017ES02-0954 |
| (Decedent) ) | |

This is to certify that

MARGIE HERRON FORD

is the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the 22nd day of September, 2017, is in full force and effect.

**RESTRICTIONS:**
**NONE.**

Executed this 22 day of September, 2017.

*Tonya L. Marchant* (signature)

Tonya L. Marchant, Probate Court Judge

**Do not accept a copy of this certificate without the raised seal of the Probate Court.**

FORM #141ES (1/2014)
62-1-305, 62-3-103