# EXHIBIT B

(Successor Certificate of Appointment)

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE PROBATE COURT |
| ) | |
| COUNTY OF: <u>AIKEN</u> ) | |
| ) | **CERTIFICATE OF APPOINTMENT** |
| IN THE MATTER OF: ) | |
| <u>JOHN EDWARD FORD</u> ) | CASE NUMBER: <u>2017-ES02-0954.2</u> |
| (Decedent) ) | |

This is to certify that

<u>TAMMY F WILLING AND SANDRA F SHEALEY</u>

is/are the duly qualified

☐ PERSONAL REPRESENTATIVE
☒ **CO-SUCCESSOR PERSONAL REPRESENTATIVES**
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the 27TH day of JANUARY, 2023, is in full force and effect.

**RESTRICTIONS:**

<u>NONE.</u>

Executed this 27TH day of January, 2023.

_____
Tonya L. Marchant, Probate Court Judge

Do not accept a copy of this certificate without the raised seal of the Probate Court.

STATE OF SOUTH CAROLINA
COUNTY OF AIKEN
THIS [illegible] TRUE AND
CORR[illegible] COURT
AND F[illegible]
WITN[illegible] THE
27th January 23
_____
JUDGE OF PROBATE FOR AIKEN COUNTY S.C.
BY _____
CLERK

FORM #141ES (1/2014)
62-1-305, 62-3-103