# EXHIBIT C

(Signature Page)

### VERIFICATION OF PERSONAL REPRESENTATIVE

I, SANDRA SHEALEY, am the duly-appointed co-personal representative of the Estate of John Ford. I hereby affirm, under the penalty of perjury, that the assertions contained within this petition are true to the best of my knowledge and that I approve of the terms of this proposed settlement.

(Signature Page Attached as **Exhibit C**)

_____
Sandra Shealey
Personal Representative

SWORN to before me this 17th day of April, 2023

_____
Notary Public for South Carolina
My Commission Expires: 4/20/25

### VERIFICATION OF PERSONAL REPRESENTATIVE

I, TAMMY WILLING, am the duly-appointed co-personal representative of the Estate of John Ford. I hereby affirm, under the penalty of perjury, that the assertions contained within this petition are true to the best of my knowledge and that I approve of the terms of this proposed settlement.

(Signature Page Attached as **Exhibit C**)

_____
Tammy Willing
Personal Representative

SWORN to before me this 17th day of April, 2023

_____
Notary Public for South Carolina
My Commission Expires: 4/20/25

### CERTIFICATION OF ATTORNEY

I, GRAHAM L. NEWMAN, am the attorney for Sandra Shealey, as Personal Representative of the Estate of John Ford. I am of the opinion that the proposed settlement is