UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) This document relates to: ) ) *Sandra Shealey, et al. v. Monsanto Co.*, ) Case No. 3:21-cv-00603-MDL ) ) | MDL No. 2741 |

**ORDER APPROVING**
**JOHN EDWARD FORD'S PETITION FOR APPROVAL**
**OF SURVIVAL AND WRONGFUL DEATH SETTLEMENT**

1

This matter is before the Court on the petition of Sandra Shealey and Tammy Willing, as co-personal representative of the estate of John Edward Ford, for the approval of a proposed wrongful death settlement. Having heard the evidence, the Court makes the following findings.

1. Petitioners are the daughters and co-personal representative of the Estate of John E. Ford.

2. The Estate of John E. Ford is presently open in the probate court of Aiken County, South Carolina.

3. Petitioner's mother and widow of John Ford, Margie Ford, by and through her attorney, commenced the present action against Monsanto Company on December 29, 2020 in the United States District Court for the District of South Carolina.

4. On December 26, 2022, Margie Ford passed away. On January 27, 2023, daughter, Sandra Shealey and Tammy Willing were appointed co-successor personal representatives.

5. On January 20, 2021, this action was transferred to the Northern District of California via order of the Judicial Panel on Multidistrict Litigation.

6. Petitioner has presented to the court all information pertinent to the proposed settlement required by S.C. Code Ann. § 15-51-42(B).

7. Having reviewed this information, I find the proposed settlement to be fair and reasonable and in the best interest of the statuary beneficiaries and the estate of the decedent.

8. The court approves the disbursement of the settlement proceeds in the following manner.



Gross Settlement Amount
8% Common Benefit Hold-back
Litigation Expense Reimbursement
32% Attorney's Fee
Medical Liens
Net Settlement Proceeds to Beneficiaries

9. Petitioner further proposed that 90% of the gross settlement proceeds ▮▮▮▮ be allocated as consideration for the release of the wrongful death claims of the statutory beneficiaries, while 10% of the gross settlement proceeds ▮▮▮▮ be allocated as consideration for the relief of the survival claims belonging to the Estate.

10. The Court finds that John E. Fords's statutory beneficiaries are as follows:

Sandra Shealey (daughter); Tammy Willing (daughter).

11. Pursuant to S.C. Code Ann. § 15-51-40, S.C. Code Ann. § 62-2-102(2), and S.C. Code Ann§ 62-2-103, the net settlement wrongful death proceeds shall be distributed among the statutory beneficiaries as follows:

    Sandra Shealey    ▮▮▮▮    (50% of Net Settlement Proceeds)

    Tammy Willing    ▮▮▮▮    (50% of Net Settlement Proceeds)

12. The net settlement survival proceeds shall be distributed pursuant to the probate laws of the State of South Carolina.

## CONCLUSION

For the reasons stated herein, the Court approves the terms of the proposed settlement.

_____
Vince Chhabria
United States District Judge
Northern District of California

3