| | |
|---|---|
| 1 | **SHOOK, HARDY & BACON L.L.P.** |
| | Jennise W. Stubbs |
| 2 | 600 Travis Street, Suite 3400 |
| | Houston, TX 77002-2026 |
| 3 | Telephone:   (713) 227-8008 |
| | Facsimile:    (713) 227-9508 |
| 4 | Email:          jstubbs@shb.com |
| 5 | *Attorneys for Defendant* |
| | MONSANTO COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Dennis Newberry v. Monsanto Co.*, Case No. 3:23-cv-01918-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  April 25, 2023				Respectfully submitted,

							SHOOK, HARDY & BACON L.L.P.

							BY: */s/ Jennise W. Stubbs*
								Jennise W. Stubbs
								600 Travis Street, Suite 3400
								Houston, TX 77002-2926
								Telephone:   (713) 227-8008
								Facsimile:     (713) 227-9508
								Email:          jstubbs@shb.com

							*Attorneys for Defendant*
							*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 25th day of April, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

							*/s/Jennise W. Stubbs*
							Jennise W. Stubbs