1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs

2   600 Travis Street, Suite 3400
Houston, TX 77002-2026

3   Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508

4   Email:       jstubbs@shb.com

5   *Attorneys for Defendant*
*MONSANTO COMPANY*

6                       UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8   | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
    | LIABILITY LITIGATION | |

9   |  | Case No. 3:16-md-02741-VC |

10  This document relates to:

11  *Jeannie M. Bosch v. Monsanto Co.*,
Case No. 3:23-cv-01917-VC

12

13         **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

14         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

15  ("Monsanto") makes the following disclosures:

16         1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

17         2.     Bayer AG is a publicly held corporation.

18

19

20

21

22

23

24

25

26

27

28

DATED:  April 25, 2023          Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
        Jennise W. Stubbs
        600 Travis Street, Suite 3400
        Houston, TX 77002-2926
        Telephone:   (713) 227-8008
        Facsimile:    (713) 227-9508
        Email:         jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 25th day of April, 2023, I electronically transmitted the foregoing

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court

using the ECF system for filing and transmittal, and a true and correct copy of the foregoing

document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs