UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Caranci v. Monsanto Co.*, Case No. 23-cv-1796 | **ORDER RE: INCORRECTLY FILED MOTION**<br><br>Re: Dkt. No. 9 |

Pursuant to Pretrial Order No. 1 of *In re Roundup Products Liability Litigation*, 16-md-2741-VC, all documents filed in MDL member cases must be filed on both the master docket and the docket of the member case. The motion to remand (Dkt. No. 9) was filed in only the member docket and not the master docket. Moreover, the motion does not appear to be in compliance with the local rules and this Court's standing order for civil cases, specifically with respect to setting the hearing date and the page limit for briefs.

The motion filed at the above docket number and the associated hearing are being terminated. If the motion is refiled in accordance with Pretrial Order No. 1 and the Court's rules, the Court will consider the filing.

**IT IS SO ORDERED.**

Dated: April 26, 2023

VINCE CHHABRIA
United States District Judge