UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*ALL ACTIONS* | MDL No 2741<br><br>Case No.  16-md-02741-VC<br><br>**ORDER ENFORCING PRETRIAL ORDER NO. 240** |

The plaintiffs are reminded of their obligations under Pretrial Order No. 240, which requires every current and future plaintiff in this MDL to participate in Special Master Ken Feinberg's settlement program. The plaintiffs in the attached list have not complied with PTO No. 240. They are ordered to comply and submit the information requested by the Special Master within 21 days. If a plaintiff requires more time to complete the submission, counsel may request it from the Special Master.

Lead counsel shall notify counsel for each of these plaintiffs of this Order.

**IT IS SO ORDERED.**

Dated: April 26, 2023

VINCE CHHABRIA
United States District Judge

|    | Law Firm | Pl.'s Last Name | Pl.'s First Name | Case No. |
|----|----------|-----------------|------------------|----------|
| 1  | Abbott Law Group, P.A. // Chaffin Luhana, LLP | Laurianti | Jason | 3:19-cv-02587 |
| 2  | Abir Cohen Treyzon Salo, LLP | Adams | Leland | 3:22-cv-07590 |
| 3  | Abir Cohen Treyzon Salo, LLP | Hunter | Sadie | 3:21-cv-09947 |
| 4  | Allan Berger & Associates, PLC | Bentley | Randall | 3:22-cv-05050 |
| 5  | Allan Berger & Associates, PLC | Garrison | Sheri | 3:22-cv-05664 |
| 6  | Allan Berger & Associates, PLC | Holland | Rhonda | 3:20-cv-08521 |
| 7  | Allan Berger & Associates, PLC | Latham | Walter | 3:22-cv-06391 |
| 8  | Allan Berger & Associates, PLC | Newman | Danielle | 3:20-cv-08524 |
| 9  | Allan Berger & Associates, PLC | Romano | Frank | 3:21-cv-01214 |
| 10 | Allan Berger & Associates, PLC | Shelton | Norma | 3:22-cv-08890 |
| 11 | Allan Berger & Associates, PLC | Taylor | Marilyn | 3:22-cv-04400 |
| 12 | Anastopoulo Law Firm, LLC | Graham, Jr. | Larry | 3:21-cv-10048 |
| 13 | Anastopoulo Law Firm, LLC | McNeely | Carol | 3:22-cv-00307 |
| 14 | Anastopoulo Law Firm, LLC | Rosales | Alma | 3:21-cv-09915 |
| 15 | Anderson & Vaughn, PLLC | Hammons | Robert | 3:22-cv-05286 |
| 16 | Antonio LeMon, A.P.L.C. | Sheldon | Thomas | 3:21-cv-02545 |
| 17 | Atlee Hall, LLP | Thompson, Jr. | James | 3:22-cv-05053 |
| 18 | Bailey & Glasser LLP // Corrie Yackulic Law Firm PLLC | Tierney | Patrick | 3:19-cv-01937 |
| 19 | Baum, Hedlund, Aristei & Goldman, P.C. | Jue | Tommy | 3:22-cv-09202 |
| 20 | Belluck & Fox, LLP | Sammons | Douglas | 3:23-cv-00050 |
| 21 | Belluck & Fox, LLP | Tomion | Alan | 3:22-cv-00940 |

| 22 | Bernheim Kelley Battista Bliss, LLC // Ward Black Law | Jacobs | Billie | 3:22-cv-02969 |
|---|---|---|---|---|
| 23 | Bisnar Chase LLP | Austin | Robert | 3:22-cv-07589 |
| 24 | Blake Jones Law Firm, PLLC | Greenwald | Leslie | 3:22-cv-01135 |
| 25 | Breskin Johnson & Townsend, PLLC // Rastegar Law Group, APC | Kooi | Douglas | 3:20-cv-06656 |
| 26 | Brock & Gonzales, LLP | Petrie | David | 3:21-cv-01509 |
| 27 | Bruno & Bruno, LLP | Callahan | Tana | 3:22-cv-05663 |
| 28 | Butch Boyd Law Firm | Luby, Jr. | John | 3:22-cv-03830 |
| 29 | Butch Boyd Law Firm | Peterson | Berry | 3:22-cv-03830 |
| 30 | Carazo Quetglas Law Offices | Berrios-Sampler | Ramon | 3:22-cv-02310 |
| 31 | Carazo Quetglas Law Offices | Gonzalez | Carlos | 3:22-cv-02303 |
| 32 | Carazo Quetglas Law Offices | Pagan | Juan | 3:22-cv-02287 |
| 33 | Carazo Quetglas Law Offices | Rios | Martin | 3:20-cv-08552 |
| 34 | Carazo Quetglas Law Offices | Sanchez | Luz | 3:22-cv-02301 |
| 35 | Chappell Smith & Arden, P.A. | Froemming | Patrick | 3:22-cv-01754 |
| 36 | Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, L.L.P. (nka HMS Law Firm) | Blady | Darren | 3:22-cv-06661 |
| 37 | Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, L.L.P. (nka HMS Law Firm) | Eason | Robert | 3:22-cv-07291 |
| 38 | Chhabra Gibbs & Herrington, PLLC // Holaday Law Firm, PLLC | Parten | Melvin | 3:22-cv-00308 |
| 39 | Consumer Litigation Associates, P.C. | Lane | David | 3:22-cv-01022 |
| 40 | Cooley & Offill Law Firm | Crisp | Jeffrey | 3:22-cv-01753 |
| 41 | Corrie Yackulic Law Firm PLLC | Axelson | Kathleen | 3:19-cv-06400 |

| 42 | Corrie Yackulic Law Firm PLLC | Benzel | Thomas | 3:19-cv-03462 |
|---|---|---|---|---|
| 43 | Corrie Yackulic Law Firm PLLC | Coe | John | 3:22-cv-01949 |
| 44 | Corrie Yackulic Law Firm PLLC | Cohen | David | 3:19-cv-02077 |
| 45 | Corrie Yackulic Law Firm PLLC | Culler | Barbara | 3:19-cv-06401 |
| 46 | Corrie Yackulic Law Firm PLLC | Delsuc | Laurent | 3:19-cv-02079 |
| 47 | Corrie Yackulic Law Firm PLLC | Eilmes, Jr. | Kenneth | 3:19-cv-05345 |
| 48 | Corrie Yackulic Law Firm PLLC | Haase | Caryl Ann | 3:19-cv-05957 |
| 49 | Corrie Yackulic Law Firm PLLC | Hayden | Neal | 3:19-cv-05600 |
| 50 | Corrie Yackulic Law Firm PLLC | Hendrickson | Michael | 3:22-cv-09090 |
| 51 | Corrie Yackulic Law Firm PLLC | Huntley | Carol | 3:19-cv-06407 |
| 52 | Corrie Yackulic Law Firm PLLC | Johnson-Tannan | Lowell | 3:19-cv-05956 |
| 53 | Corrie Yackulic Law Firm PLLC | Jones | Douglas | 3:19-cv-06408 |
| 54 | Corrie Yackulic Law Firm PLLC | Jones | Nicholas | 3:19-cv-06406 |
| 55 | Corrie Yackulic Law Firm PLLC | Mazzeo | Peter | 3:19-cv-02315 |
| 56 | Corrie Yackulic Law Firm PLLC | Merchant | Randolph | 3:19-cv-03497 |
| 57 | Corrie Yackulic Law Firm PLLC | Mythen | Daniel | 3:19-cv-06402 |
| 58 | Corrie Yackulic Law Firm PLLC | Pearson | Verna | 3:19-cv-07525 |
| 59 | Corrie Yackulic Law Firm PLLC | Piesik | Gary | 3:19-cv-05660 |
| 60 | Corrie Yackulic Law Firm PLLC | Sanders | Thomas | 3:19-cv-07401 |
| 61 | Corrie Yackulic Law Firm PLLC | Stejskal | James | 3:19-cv-07524 |
| 62 | Corrie Yackulic Law Firm PLLC | Stolz | Marcel | 3:19-cv-07402 |
| 63 | Corrie Yackulic Law Firm PLLC | Storlie | John | 3:19-cv-03785 |
| 64 | Corrie Yackulic Law Firm PLLC | Toyer | Joan | 3:19-cv-06405 |

| 65 | Corrie Yackulic Law Firm PLLC // Peterson Baker, P.S. | Mercer | Lance | 3:19-cv-06403 |
|---|---|---|---|---|
| 66 | Corrie Yackulic Law Firm PLLC // Purcell Legal & Mediation Services, PLLC | Parsons | Kenneth | 3:19-cv-02577 |
| 67 | Crimmins Law Firm, LLC // James, Vernon & Weeks, P.A. | Thomas, Jr. | Robert | 3:20-cv-01233 |
| 68 | Dalimonte Rueb Stoller LLP // Osborne and Francis Law Firm, PLLC | Fermanian | Ara | 3:20-cv-02060 |
| 69 | Datsopoulos, MacDonald & Lind, P.C. | Anderson | Gary | 3:20-cv-01584 |
| 70 | Dennis F. O'Brien, P.A. | Birmingham | Anne | 3:22-cv-02701 |
| 71 | Derek Smith Law Group, PLLC // Derek Smith Law Group, PLLC | Fattakhov | Albert | 3:21-cv-09293 |
| 72 | Diamond Law | DeMent | Scott | 3:19-cv-01182 |
| 73 | Domina Law Group | Allemann | Jerry | 3:22-cv-02496 |
| 74 | Domina Law Group | Jobman | Jeffrey | 3:22-cv-00093 |
| 75 | Domina Law Group | von Rentzell | Aaron A. | 3:22-cv-02494 |
| 76 | Domina Law Group pc llo // May & Johnson, PC | Graves | Brent | 3:21-cv-09832 |
| 77 | Dominguez Law Firm, LLC | Hedges | Roylee | 3:19-cv-05306 |
| 78 | Downs McDonough Cowan & Foley, LLC | Roth | Phillip | 3:20-cv-01543 |
| 79 | Durbin, Larimore & Bialick | Pope | Glen | 3:22-cv-08887 |
| 80 | Durbin, Larimore & Bialick | Smith | Daniel | 3:21-cv-01505 |
| 81 | Dutton, Daniels, Hines, Kalkhoff, Cook & Swanson, PLC | Besser | Matthew | 3:22-cv-05733 |
| 82 | Fears Nachawati Law Firm, PLLC // The Kane Law Group (*Fears n/k/a Nachawati Law Group, PLLC*) | Gonzalez | Martin | 3:19-cv-03300 |
| 83 | Fears Nachawati Law Firm, PLLC // The Kane Law Group (*Fears n/k/a Nachawati Law Group, PLLC*) | Delaney | Todd | 3:22-cv-05646 |

| 84 | Fears Nachawati Law Firm, PLLC // The Kane Law Group (*Fears n/k/a Nachawati Law Group, PLLC*) | Renteria | Marita | 3:22-cv-00877 |
|---|---|---|---|---|
| 85 | Fegan Scott LLC // Fegan Scott LLC // Riley Williams & Platt, LLC | Sheller | Aaron | 3:19-cv-07972 |
| 86 | Feldman & Pinto // Gomez Trial Attorneys | Greenwood | Elizabeth | 3:22-cv-04830 |
| 87 | First Legal Solution APC // Girardi Keese | Chavez | Livier | 3:20-cv-06775 |
| 88 | Fitts Law Firm | Bowen | Mary | 3:22-cv-02965 |
| 89 | Fitts Law Firm | Crabtree | Patrick | 3:21-cv-01661 |
| 90 | Fitts Law Firm | Shrum | Matthew | 3:22-cv-02489 |
| 91 | Frazer PLC | Phillips | Ronald | 3:19-cv-04379 |
| 92 | Frazer PLC | Tolbert | Lena | 3:19-cv-05375 |
| 93 | Fredric L. Sinder | Hotlen-Sinder | Paulyne | 3:22-cv-08893 |
| 94 | Gainsburgh, Benjamin, David, Meuneir & Warshauer, L.L.C. | Monson | Curtis | 3:22-cv-03824 |
| 95 | Gainsburgh, Benjamin, David, Meuneir & Warshauer, L.L.C. | Moore, Jr. | John | 3:22-cv-00091 |
| 96 | Gallon, Takacs & Boissoneault Co., LPA | Kamm, II | Carl | 3:22-cv-00786 |
| 97 | Gallon, Takacs & Boissoneault Co., LPA | Yant | Richard | 3:22-cv-03820 |
| 98 | Garmer & Prather, PLLC // Haverstock & Pitman, LLP | Mohler | Troy | 3:22-cv-01947 |
| 99 | Goldberg Legal Co., LPA | Terrell | David | 3:22-cv-00785 |
| 100 | Gomez Trial Attorneys | King | Richard | 3:22-cv-08859 |
| 101 | Gomez Trial Attorneys | Sorrell | Chad | 3:22-cv-05287 |
| 102 | Gomez Trial Attorneys | Wasson | William | 3:22-cv-05412 |
| 103 | Goza & Honnold LLC | Finneman | Connie | 3:18-cv-07021 |
| 104 | Grace and Rudy | Redmond | Earl | 3:20-cv-07738 |
| 105 | Hendler Flores Law PLLC | Ruiz | Irene | 3:22-cv-04716 |

| 106 | Herren Law, PLLC // Miller Griffin & Marks, PSC | Dunaway | Joyce | 3:22-cv-04055 |
| --- | --- | --- | --- | --- |
| 107 | Heygood, Orr & Pearson | Tyler | William | 3:22-cv-09089 |
| 108 | Huse Law Office, P.C. // Knight Nicastro MacKay, LLC | Brown | Michael | 3:22-cv-03819 |
| 109 | James, Vernon & Weeks, P.A. | Ward | Jeffrey | 3:21-cv-02121 |
| 110 | Jinks, Crow & Dickson, P.C. // Robert G. Ballard, PC | Teston | Michael | 3:22-cv-04828 |
| 111 | Joseph Farzam Law Firm | Galvan | Richard | 3:22-cv-01889 |
| 112 | Kagan Legal Group // Moore Law Group, PLLC | Camara | Victor | 3:19-cv-06965 |
| 113 | Kansas City Injury Law Group | Kelly | Michael | 3:21-cv-02910 |
| 114 | Keegan & Baker, LLP | Penny | Perry | 3:21-cv-07644 |
| 115 | Kelly H. Macfarlane, PLLC | Prince | Spencer | 3:21-cv-02127 |
| 116 | Kushner Law Group, PLLC | Rotella | Thomas | 3:21-cv-10050 |
| 117 | Law Office of Brian K. Mackintosh // The Miller Firm, LLC | Pizi | Michal | 3:20-cv-00191 |
| 118 | Law Office of John D. Sileo, LLC | Moon | Linda | 3:22-cv-05284 |
| 119 | Law Office of Paul Mankin, APC | Kimball | Teresa | 3:22-cv-06148 |
| 120 | Law Office of Paul Mankin, APC | Jackson | Clarice | 3:22-cv-06599 |
| 121 | Law Office of Paul Mankin, APC | Johnson | Charles | 3:22-cv-06598 |
| 122 | Law Office of Paul Mankin, APC | Williams | Benny | 3:22-cv-06597 |
| 123 | Law Offices of Charles H. Johnson, P.A. | Bergeson | Carl | 3:22-cv-03826 |
| 124 | Law Offices of Charles H. Johnson, P.A. | Bull, Sr. | Kenneth | 3:22-cv-03380 |
| 125 | Law Offices of Charles H. Johnson, P.A. | Cormier | Monique | 3:22-cv-04167 |
| 126 | Law Offices of Charles H. Johnson, P.A. | Cox | Nancy | 3:22-cv-03453 |
| 127 | Law Offices of Charles H. Johnson, P.A. | DiQuollo | Robert | 3:22-cv-03978 |

| 128 | Law Offices of Charles H. Johnson, P.A. | Fontenot | Terrell | 3:22-cv-03854 |
|---|---|---|---|---|
| 129 | Law Offices of Charles H. Johnson, P.A. | Frakes | Jared | 3:22-cv-03979 |
| 130 | Law Offices of Charles H. Johnson, P.A. | Giannetto | Marc | 3:22-cv-03381 |
| 131 | Law Offices of Charles H. Johnson, P.A. | Greiner | Robert | 3:22-cv-03384 |
| 132 | Law Offices of Charles H. Johnson, P.A. | Lane, II | Thomas | 3:22-cv-03814 |
| 133 | Law Offices of Charles H. Johnson, P.A. | Laroche | Suzanne | 3:22-cv-04637 |
| 134 | Law Offices of Charles H. Johnson, P.A. | Paris | Robert | 3:22-cv-03387 |
| 135 | Law Offices of Charles H. Johnson, P.A. | Pronnette | Veronica | 3:22-cv-03813 |
| 136 | Law Offices of Charles H. Johnson, P.A. | Ramos, III | Valentin | 3:23-cv-00220 |
| 137 | Law Offices of Charles H. Johnson, P.A. | Reed | Anne | 3:22-cv-03454 |
| 138 | Law Offices of Charles H. Johnson, P.A. | Reinert | Bradford | 3:22-cv-03383 |
| 139 | Law Offices of Charles H. Johnson, P.A. | Rugg | Deoborah | 3:23-cv-00345 |
| 140 | Law Offices of Charles H. Johnson, P.A. | Schumacher | Bud | 3:22-cv-03817 |
| 141 | Law Offices of Charles H. Johnson, P.A. | Serpe | John | 3:22-cv-03385 |
| 142 | Law Offices of Charles H. Johnson, P.A. | Shirley | Rhoda | 3:22-cv-03386 |
| 143 | Law Offices of Charles H. Johnson, P.A. | Teela | Michael | 3:22-cv-03382 |
| 144 | Law Offices of Charles H. Johnson, P.A. | Teodosio | Frank | 3:22-cv-03853 |
| 145 | Law Offices of Charles H. Johnson, P.A. | Thomas | Rex | 3:22-cv-03227 |
| 146 | Law Offices of Charles H. Johnson, P.A. | Tullio | Megan | 3:22-cv-03452 |
| 147 | Law Offices of Charles H. Johnson, P.A. | Winters | Allen | 3:22-cv-03822 |
| 148 | Law Offices of Charles H. Johnson, P.A. | Young | Amy | 3:22-cv-04832 |
| 149 | Law Offices of Charles H. Johnson, PA | Barnett | Mark | 3:22-cv-07289 |
| 150 | Law Offices of Charles H. Johnson, PA | Billigen, Sr. | Thomas | 3:22-cv-08892 |

| 151 | Law Offices of Charles H. Johnson, PA | Castro | Johnny | 3:22-cv-05662 |
|---|---|---|---|---|
| 152 | Law Offices of Charles H. Johnson, PA | Cram | Beverly | 3:22-cv-05413 |
| 153 | Law Offices of Charles H. Johnson, PA | Dusenbury | Brian | 3:22-cv-05661 |
| 154 | Law Offices of Charles H. Johnson, PA | Griffie | Tanya | 3:22-cv-07331 |
| 155 | Law Offices of Charles H. Johnson, PA | Lingle | Darla | 3:22-cv-05735 |
| 156 | Law Offices of Charles H. Johnson, PA | Mays | Karen | 3:22-cv-06394 |
| 157 | Law Offices of Charles H. Johnson, PA | Morehart | Daniel | 3:22-cv-06392 |
| 158 | Law Offices of Charles H. Johnson, PA | Motsinger | Ted | 3:22-cv-06393 |
| 159 | Law Offices of Charles H. Johnson, PA | Mullins | Teddy | 3:22-cv-05045 |
| 160 | Law Offices of Charles H. Johnson, PA | Salinas | Edward | 3:22-cv-05737 |
| 161 | Law Offices of Charles H. Johnson, PA | Svejda | Sharon | 3:22-cv-08857 |
| 162 | Law Offices of Charles H. Johnson, PA | Vowell | William | 3:22-cv-05736 |
| 163 | Law Offices of Charles H. Johnson, PA | Wilson | Robert | 3:22-cv-07528 |
| 164 | Law Offices of Charles H. Johnson, PA | Yeargain | Betty | 3:22-cv-05976 |
| 165 | Law Offices of Christopher M. Drouillard PLC | Lafrance | Adam | 3:22-cv-05977 |
| 166 | Law Offices of David A. Kaufman, APC | McAllister | Ester | 3:22-cv-04302 |
| 167 | Law Offices of Kenneth W. DeJean | LeBlanc, Jr. | Thomas | 3:22-cv-00455 |
| 168 | Law Offices Of Matt & Allen, L.L.C. | Leblanc | Flavia | 3:22-cv-05978 |
| 169 | Law Offices of Michael P. Joyce, PC | Orsborne | Mark | 3:22-cv-09041 |
| 170 | Law Offices of Paul A.Weykamp | Dickerson | Richard | 3:22-cv-00656 |
| 171 | Law Offices of Peter Q. Ezzell | Ezzell | Michael | 3:22-cv-03816 |
| 172 | Martin & Jones, PLLC | Fazal | Faiz | 3:22-cv-06071 |
| 173 | Martin Baughman, PLLC | Wood | Johnny | 3:22-cv-03818 |

| 174 | Matias J. Adrogue // Wagstaff Law Firm | El-Hakam | Bakri | 3:21-cv-09937 |
|---|---|---|---|---|
| 175 | McCune Law Group // McCune Wright Arevalo Vercoski Kusel Weck Brandt APC | Hutchings | Jeremy | 3:22-cv-04636 |
| 176 | McCune Law Group // McCune Wright Arevalo Vercoski Kusel Weck Brandt APC | Wilson | Linda | 3:22-cv-04266 |
| 177 | Meshbesher & Spence, Ltd. | Crutchfield, III | Charles | 3:22-cv-08860 |
| 178 | Meshbesher & Spence, Ltd. | Jansen | Jeffrey | 3:22-cv-08891 |
| 179 | Meshbesher & Spence, Ltd. | Mosiman | Gary | 3:22-cv-04717 |
| 180 | Meshbesher & Spence, Ltd. | Murphy | Mark | 3:22-cv-07527 |
| 181 | Meshbesher & Spence, Ltd. | Nederhoff | David | 3:22-cv-07287 |
| 182 | Meshbesher & Spence, Ltd. | Zeig | Rosemary | 3:22-cv-05047 |
| 183 | Meshbesher & Spence, Ltd. // Law Office of Larry F. Woods | Capesius | Gregory | 3:22-cv-04177 |
| 184 | Meshbesher & Spence, Ltd. // Law Office of Larry F. Woods | Mast | Brock | 3:22-cv-06390 |
| 185 | Milberg Coleman Bryson Phillips Grossman, LLC // Osborne & Francis (*F/K/A Sanders Phillips Grossman, LLC*) | Reid | Charles | 3:22-cv-04080 |
| 186 | Milberg Coleman Bryson Phillips Grossman, LLC // Osborne & Francis (*F/K/A Sanders Phillips Grossman, LLC*) | Alegi | Rose | 3:23-cv-00267 |
| 187 | Miller Dellafera PLC | Arven | Mary | 3:19-cv-04925 |
| 188 | Montgomery Jonson LLP | Coppess | Steven | 3:22-cv-07530 |
| 189 | Mooneyham Berry, LLC | Cann | John | 3:22-cv-00306 |
| 190 | Morris Bart, LLC | Brown, Sr. | Ranard | 3:22-cv-08889 |
| 191 | Morris Bart, LLC | Guerin | Gail | 3:22-cv-09038 |
| 192 | Morris Bart, LLC | Holsapple | Stephanie | 3:22-cv-04119 |

| | | | | |
|---|---|---|---|---|
| 193 | Morris Bart, LLC | Jones | Ronald | 3:22-cv-09040 |
| 194 | Morris Bart, LLC | Positerry, II | Lloyd | 3:22-cv-02490 |
| 195 | Morris Bart, LLC | Prevost | Kenneth | 3:22-cv-01506 |
| 196 | Morris Bart, LLC | Richards | Terry | 3:22-cv-02105 |
| 197 | Morris Bart, LLC | Roberson | Roy | 3:22-cv-08858 |
| 198 | Motley Rice LLC // Summers, Rufolo & Rodgers, P.C. | Holder | Elizabeth | 3:22-cv-01133 |
| 199 | Nabors Law Firm // Robert A. Malouf | Kuhn | Michael | 3:23-cv-00046 |
| 200 | Nancy E.S. Calloway | Campbell | David | 3:21-cv-02911 |
| 201 | Nidel & Nace, P.L.L.C. | Soltyka | Anthony | 3:22-cv-05734 |
| 202 | O'Brien Law, LLC | Bowe | William | 3:22-cv-01229 |
| 203 | O'Brien Law, LLC | Yoder | Howard | 3:22-cv-03140 |
| 204 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC | Sutliff | Timothy | 3:19-cv-02832 |
| 205 | Oliver Law Group P.C. | Weaver | Douglas | 3:23-cv-00352 |
| 206 | Peck Hadfield Baxter & Moore, LLC | Carter | Alaine | 3:22-cv-01655 |
| 207 | Peck Hadfield Baxter & Moore, LLC | Price | Rodney | 3:22-cv-05046 |
| 208 | Pettus / Farnsworth, LLC | Hensley | Norman | 3:22-cv-02298 |
| 209 | Podhurst Orseck, P.A. | Schrag | Paul | 3:22-cv-08888 |
| 210 | Points Law, PLLC // Terry W. Yates & Assocaites | Adelson | Sally | 3:19-cv-00122 |
| 211 | Pro Se | Hogue | Terry | 3:19-cv-04117 |
| 212 | Pro Se | Martin | Brian | 3:21-cv-08549 |
| 213 | Pro Se | Prieto-Rodriguez | Miguel | 3:22-cv-04833 |
| 214 | Proctor Law Office | Pioppi | Nerio | 3:22-cv-07529 |
| 215 | Rappaport, Glass, Levine & Zullo LLP | Catania | Anthony | 3:20-cv-03300 |

| 216 | Rappaport, Glass, Levine & Zullo LLP | Colucci | Richard | 3:22-cv-00860 |
| --- | --- | --- | --- | --- |
| 217 | Rappaport, Glass, Levine & Zullo LLP | Pelz | Leon | 3:22-cv-03224 |
| 218 | Rappaport, Glass, Levine & Zullo LLP | Porteus | Kevin | 3:20-cv-03309 |
| 219 | Rappaport, Glass, Levine & Zullo LLP | Simmons | Andrew | 3:20-cv-03311 |
| 220 | Robinson Calcagnie, Inc. | Rowland | Dan | 3:22-cv-06660 |
| 221 | Romanucci & Blandin, LLC | Francis | Edward | 3:21-cv-08445 |
| 222 | Rossman Law Group, PLLC | Holt | Alvin | 3:21-cv-05795 |
| 223 | Saracino Morris Law Group, PLLC | Geter | Franklin | 3:19-cv-08380 |
| 224 | Sarkissian Law Group | Manukyan | Sofia | 3:22-cv-01268 |
| 225 | Sarkissian Law Group | Sarkissian | Vigen | 3:22-cv-00309 |
| 226 | Schlesinger Law Offices, P.A. | Holmes | Christopher | 3:20-cv-03363 |
| 227 | Schlesinger Law Offices, P.A. | Perez | Michael | 3:22-cv-00089 |
| 228 | Schneider Law Firm | Carlsrud | Duane | 3:22-cv-04638 |
| 229 | Scott Trial Lawyers, APC // Singleton Schreiber, LLP | Jones-Basler | Caitlin | 3:19-cv-03536 |
| 230 | Seidman Margulis & Fairman, LLP | Denenberg | Doug | 3:21-cv-08920 |
| 231 | Shaheen & Gordon, P.A. | Joseph | Robert | 3:19-cv-04578 |
| 232 | Siegel Brill, P.A. | Daulton | Patrick | 3:20-cv-08518 |
| 233 | Southeast Law, LLC | Ragan | Doris | 3:21-cv-08939 |
| 234 | Steven Robert Lehr, P.C. | DeKleine | Elizabeth | 3:22-cv-02297 |
| 235 | Terrell Hogan & Yegelwell, P.A. | Smith | Roy | 3:19-cv-03597 |
| 236 | The Feldman Law Group | Cilli | Gregory | 3:23-cv-00147 |
| 237 | The Law Office of John D. Sileo | Randozzo | Nicholas | 3:22-cv-02492 |
| 238 | The Law Office of John M. Robin | Gautier | Nadezhda | 3:22-cv-00101 |

| 239 | The Law Office of John M. Robin | McNamara, Jr. | Dennis | 3:21-cv-00963 |
| --- | --- | --- | --- | --- |
| 240 | The Law Offices of Charles L. Meyer | Beavers, Jr. | Ricky | 3:20-cv-08799 |
| 241 | The Law Offices Of Haytham Faraj | Lamar | Derrick | 3:22-cv-06389 |
| 242 | The Law Offices of Jeffrey S. Glassman | Casey | Gerard | 3:22-cv-07330 |
| 243 | The Maughan Law Firm | Matherne | Michael | 3:22-cv-01948 |
| 244 | The Reardon Law Firm, P.C. | Farrell | Eric | 3:20-cv-07321 |
| 245 | The Ruth Law Team | Hueckel | Jeanne | 3:22-cv-09088 |
| 246 | The Ruth Law Team | Jones | Sheldon | 3:22-cv-04265 |
| 247 | The Ruth Law Team | Seaman | Charles | 3:21-cv-02546 |
| 248 | The Smith Law Office, PLLC | Waldrop | Molly-Jack | 3:20-cv-08798 |
| 249 | Thomas F. Mink & Associates | Vaughn | John | 3:22-cv-03228 |
| 250 | Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis | Sengstaken | Bruce | 3:22-cv-07328 |
| 251 | Vandamme Law Firm, P.C. | Saunders | Alfred | 3:21-cv-10002 |
| 252 | Vanderpool Law Firm PC | Winer | Brady | 3:20-cv-04844 |
| 253 | Varnum, LLP | Jochim | Ronald | 3:22-cv-02157 |
| 254 | Varnum, LLP | Lack | Bruce | 3:22-cv-02158 |
| 255 | Vilma Blankowitz | Demarmeis | Michael | 3:22-cv-04406 |
| 256 | Walker, Hamilton & Koenig, LLP | Sullivan | Dan | 3:20-cv-03549 |
| 257 | Watters Law PLLC | Straub | Richard | 3:22-cv-03829 |
| 258 | Welch Law Firm, P.C. | Seieroe | David | 3:21-cv-09840 |
| 259 | Wilentz, Goldman & Spitzer, P.A. | Arnold | Carl | 3:22-cv-02810 |
| 260 | Wilentz, Goldman & Spitzer, P.A. | Bennett | Linda | 3:22-cv-00659 |
| 261 | Wilentz, Goldman & Spitzer, P.A. | Bokhari | Enver | 3:22-cv-02108 |

| 262 | Wilentz, Goldman & Spitzer, P.A. | Carmiel | Bilha | 3:22-cv-03389 |
| --- | --- | --- | --- | --- |
| 263 | Wilentz, Goldman & Spitzer, P.A. | Ginkel | Peter | 3:22-cv-00358 |
| 264 | Wilentz, Goldman & Spitzer, P.A. | Magner | Madeline | 3:22-cv-02497 |
| 265 | Wilentz, Goldman & Spitzer, P.A. | Pierrot | Charles | 3:22-cv-02967 |
| 266 | Wilentz, Goldman & Spitzer, P.A. | Ricci | Patrick | 3:22-cv-02498 |
| 267 | Wilentz, Goldman & Spitzer, P.A. | Rutherford | Michael | 3:22-cv-03823 |
| 268 | Wilentz, Goldman & Spitzer, P.A. | Valinoti | Henrietta | 3:22-cv-02966 |
| 269 | Zimmerman & Ohlinger | Shaffer | Robert | 3:22-cv-04404 |