UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Joseph Terricaca, on behalf of the estate of Lucy Terricaca, deceased v. Monsanto Co.* Case No. 3:19-cv-07210-VC | |

## ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE 7

The parties' consent Motion to move the above-captioned case from Wave 6(D) to Wave 7 is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated:   April 26, 2023

_____
Honorable Vince G. Chhabria
United States District Court