UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br><br>This document relates to:<br><br>*Dan Sullivan*<br>*v. Monsanto Co. and Does 1-50,*<br>Case No. 3:20-cv-03549-VC | MDL No. 2741<br>3:16-md-02741<br><br>UNOPPOSED MOTION TO MOVE CASE TO WAVE 7 |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE 7**

Plaintiff Dan Sullivan, without opposition from defendant Monsanto Company, respectfully requests the Court move his case from Wave 6 to Wave 7:

1. Plaintiff Dan Sullivan's case is part of Wave 6. Under the Wave 6 schedule, counsel for defendant Monsanto Company must complete depositions of 200+ plaintiffs, spouses, and treating physicians by June 12, 2023;

2. Plaintiff Dan Sullivan's and his spouse's depositions have not yet been taken due to scheduling difficulties. Dan Sullivan's treating physicians have not yet been deposed. Defendant Monsanto Company, with the help of a third-party document production service, is still in the process of acquiring signed authorizations for the release of Dan Sullivan's medical records directly to it. Dan Sullivan and his spouse are in the process of responding to written discovery propounded by defendant Monsanto earlier this month;

3.      Counsel for Plaintiff Dan Sullivan and Defendant Monsanto Company have conferred and agreed that the best course of action would be to move this case to a later Wave---Wave 7.

Therefore, Plaintiff Dan Sullivan, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave 6 to Wave 7.

DATED:  April 26, 2023                    WALKER, HAMILTON & KEARNS, LLP

                                                By:     /s/ Clarissa E. Kearns
                                                          Clarissa E. Kearns (CA SBN 244732)
                                                          WALKER, HAMILTON & KEARNS, LLP
                                                          50 Francisco Street, Ste. 460
                                                          San Francisco, CA 94133
                                                          P: 415/986-3339
                                                          F: 415/986-1618
                                                          E: clarissa@whk-law.com