UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS | MDL No. 2741<br>3:16-md-02741 |
| This document relates to:<br><br>*Dan Sullivan*<br>*v. Monsanto Co. and Does 1-50,*<br>Case No. 3:20-cv-03549-VC | [PROPOSED] ORDER TO MOVE CASE TO WAVE 7 |

This matter, having come before the Court on Plaintiff's Unopposed Motion to Move Plaintiff's Case to Wave 7, the Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Move his Case to Wave 7 is hereby GRANTED.

Dated: _____   _____
                                              Hon. Vince Chhabria
                                              United States District Court Judge