SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SAN FRANCISO
(Unlimited Jurisdiction)

**BERNICE KATZ,**
Plaintiff,

MDL Case No: 3:16-MD-02741-VC
Case No.: 20-cv-01825-VC
Hon.: VINCENT CHHABRIA

-VS.-

**MONSANTO COMPANY;
STEVEN D. GOULD;
WILBUR-ELLIS COMPANY, LLC; and
WILBUR-ELLIS FEED, LLC.,**
Defendant.

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

**COMES NOW THE** Plaintiff, **BERNICE KATZ,** through the law firm of MUSSIN & SCANLAND, PLLC and by her respective attorney Jerard M. Scanland and hereby makes this Plaintiff's Unopposed Motion To Move Case To Wave VII, stating the following:

1. Plaintiff's counsel has consulted with Defendant's counsel, who does not oppose this Motion to move the case to Wave VII

2. This case is presently situated in Wave V.

3. Despite the parties' best efforts, the Wave V deadlines present compliance challenges to Plaintiff and her counsel.

4. Plaintiff is deceased and we are in the process of probating her estate, however, the individual named as the personal representative of the estate has also died. Thus, a new personal representative must also be named.

5. After consultation, Plaintiff's counsel and Defendant's counsel agree that transferring this case to Wave VII would be in the best interests of justice.

Dated: April 26, 2023                    Respectfully Submitted,

**MUSSIN & SCANLAND, PLLC**

By: Jerard M. Scanland
    **JERARD M. SCANLAND (P74992)**
Attorney for Defendant
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Facsimile: (734)-447-5853
JScanland@milawoffices.com

## CERTIFICATE OF SERVICE

I certify that on the 26th day of April 2023, I electronically transmitted the foregoing PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII to the Clerk of the Court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/ Jerard M. Scanland
**Jerard M. Scanland**

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**IN AND FOR THE COUNTY OF SAN FRANCISO**
(Unlimited Jurisdiction)

**BERNICE KATZ,**
    Plaintiff,

**MDL Case No: 3:16-MD-02741-VC**
**Case No.: 20-cv-01825-VC**
**Hon.: VINCENT CHHABRIA**

-VS.-

**MONSANTO COMPANY;**
**STEVEN D. GOULD;**
**WILBUR-ELLIS COMPANY, LLC; and**
**WILBUR-ELLIS FEED, LLC.,**
    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

The parties' consent Motion to move the case from Wave VT(B) to Wave VII is hereby GRANTED.

IT IS SO ORDERED.

Dated:

    **Honorable Vince G. Chhabria**
    **United States District Court**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF SAN FRANCISO
### (Unlimited Jurisdiction)

**BERNICE KATZ,**
    Plaintiff,

            **MDL Case No: 3:16-MD-02741-VC**
            **Case No.: 20-cv-01825-VC**
            **Hon.: VINCENT CHHABRIA**

-VS.-

**MONSANTO COMPANY;**
**STEVEN D. GOULD;**
**WILBUR-ELLIS COMPANY, LLC; and**
**WILBUR-ELLIS FEED, LLC.,**
    Defendant.

## ORDER

Before the Court is the Unopposed Motion to Move Case to Wave VII filed on behalf of the Plaintiff, from its current position in Wave VI(B). Having considered the motion, the Court is of the opinion that the motion should be GRANTED.

IT IS HEREBY ORDERED that the above-entitled case be moved to wave VII.

Signed the_____day of_____, 2023

**Honorable Vince G. Chhabria**
**United States District Court**