1 | **GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
2 | *john@getgomez.com*
Jessica S. Williams (SBN 314762)
3 | *jwilliams@getgomez.com*
755 Front Street
4 | San Diego, California 92101
Telephone: (619) 237-3490
5 | Facsimile: (619) 237-3496

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | )<br>)<br>) MDL No. 2741 |
| This Document Relates to: | )<br>) Case No.: 3:16-md-02741-VC |
| *Gisela Sparkman, Surviving Spouse of George Sparkman v. Monsanto Co., et al*<br>Docket No.: 3:21-cv-01336-TWR-BLM | )<br>)<br>)<br>)<br>) |

## PLAINTIFF'S UNOPPOSED MOTION TO ADD CASE TO WAVE VII

Plaintiff, Gisela Sparkman, surviving spouse of George Sparkman, by and through her undersigned counsel and without opposition from Defendant, Monsanto Company, respectfully requests the Court add her case to Wave VII.

1. The case of Gisela Sparkman, the surviving spouse of George Sparkman, on behalf of George Sparkman was originally part of Wave Order VI. However, it appears the case was inadvertently removed from the most recent Wave Order and is currently not part of the Wave Order list.

2. Counsel for Plaintiff, Gisela Sparkman, met and conferred with counsel for Defendant, Monsanto Company. Plaintiff believes the best course of action is to add this case to Wave

| | |
|---|---|
| 1 | VII. Monsanto has informed us that it does not oppose this request. |
| 2 | Therefore, Plaintiff, Gisela Sparkman, surviving spouse of George Sparkman, without |
| 3 | opposition from Defendant, Monsanto Company, respectfully requests the Court add this case to Wave |
| 4 | VII. |

Dated: April 27, 2023              Respectfully submitted,


By:  */s/ Jessica S. Williams*
John H. Gomez, Esq.
Jessica S. Williams, Esq.
**GOMEZ TRIAL ATTORNEYS**
john@getgomez.com
jwilliams@getgomez.com

2

PLAINTIFF'S UNOPPOSED MOTION TO ADD CASE TO WAVE VII

## CERTIFICATE OF SERVICE

I hereby certify that on 27th day of April 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                          */s/ Jessica S. Williams*
                                          Jessica S. Williams, Esq.

3

PLAINTIFF'S UNOPPOSED MOTION TO ADD CASE TO WAVE VII