# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Document Relates to:<br><br>*Gisela Sparkman, Surviving Spouse of George Sparkman v. Monsanto Co., et al*<br>Docket No.: 3:21-cv-01336-TWR-BLM | ) <br> ) MDL No. 2741 <br> ) <br> ) Master Docket Case No.: 3:16-md-02741-VC <br> ) <br> ) **ORDER GRANTING MOTION TO ADD CASE TO WAVE VII** <br> ) |

## ORDER GRANTING MOTION TO ADD CASE TO WAVE VII

Plaintiff's motion to add the case to Wave VII is granted.

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Judge