UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Mosely v. Monsanto Co.*,<br>Case No. 19-cv-5088-VC | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 16314 |

The motion to withdraw as counsel is granted, subject to the requirement that counsel transmit this order to the plaintiff. Within 28 days of this Order, the plaintiff shall notify the Court whether he intends to represent himself or hire new counsel for this case.

**IT IS SO ORDERED.**

Dated: April 28, 2023

VINCE CHHABRIA
United States District Judge