AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Belinda Hill

Plaintiff(s),

V.

Monsanto Company

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:21-cv-01335

Notice is hereby given that, subject to approval by the court, __Belinda Hill__ substitutes (Party (s) Name)

__Tom G. Antunovich, Esq. of Bisnar | Chase LLP__, State Bar No. __305216__ as counsel of record in
(Name of New Attorney)

place of __Steven M. Burris, Esq. of Law Offices of Steven M. Burris__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Bisnar Chase LLP
Address: 1301 Dove St., Ste 120
Telephone: (949) 752-2999        Facsimile (949) 752-2777
E-Mail (Optional): tantunovich@bisnarchase.com

I consent to the above substitution.

Date: 3/29/2023

*Belinda Hill*
(Signature of Party (s))

I consent to being substituted.

Date: 3/29/23

*Steven Burris, Esq.*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/29/2023

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# CERTIFICATE OF SERVICE
*Belinda Hill v. Monsanto Company*
## UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
Case No. 3:21-cv-01335-VC | MDL Case No. 3:16-md-02741-VC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1301 Dove Street, Suite 120, Newport Beach, CA 92660. On **March 29, 2023**, I served true copies of the following document(s) described as:

- **CONSENT ORDER GRANTING SUBSTITUTION OF ATTONREY**

on the interested parties in this action as follows:

***SEE ATTACHED SERVICE LIST***

(X) **VIA CM/ECF ELECTRONIC FILING SYSTEM**: I transmitted via the Internet a true copy(s) of the above-entitled documents(s) to the CM/ECF system of the United States District Court for the Central District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

( ) **BY MAIL:** by placing a true copy thereof, in a sealed envelope to the addressee(s) below and depositing the same into the United States mail at the address located set forth herein above, with sufficient first-class postage thereon pre-paid.

( ) **BY FED EX MAIL:** by placing a true copy thereof, in a sealed envelope to the addressee(s) below, and depositing the same into the **FED EX** mail drop at the address located set forth herein above, with postage pre-paid.

( ) **BY PERSONAL SERVICE**: by personally delivering the same to the parties mentioned below.

( ) **BY FACSIMILE:** by transmitting by facsimile transmission a true and correct copy of the same to the addressee(s) listed above

( ) **BY EMAIL**: a true and correct copy of the same to the addressee(s) listed below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 29, 2023**, at Newport Beach, California.

　　　　　　　　　　　　　　　　　　　　　*/s/ Anthony Scotto*
　　　　　　　　　　　　　　　　　　　　　ANTHONY SCOTTO

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE
*Belinda Hill v. Monsanto Company*
**UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
Case No. 3:21-cv-01335-VC | MDL Case No. 3:16-md-02741-VC

| | |
|---|---|
| Jay Joseph Schuttert, Esq. <br> jschuttert@efstriallaw.com <br> Justin S. Hepworth, Esq. <br> jhepworth@efstriallaw.com <br> Kelly A. Evans, Esq. <br> kevans@efstriallaw.com <br> **EVANS FEARS & SCHUTTERT LLP** <br> 6720 Via Austi Parkway, Suite 300 <br> Las Vegas, NV 89119 <br> Tel: (702) 805-0290 <br> Fax: (702) 805-0291 | *Attorney for Defendant* <br> MONSANTO COMPANY |
| Anthony R. Martinez, Esq. (*Pro Hac Vice*) <br> amartinez@shb.com <br> **SHOOK, HARDY & BACON L.L.P.** <br> 2555 Grand Blvd. <br> Kansas City, MO 64108 <br> Tel: (816) 474-6550 <br> Fax: (816) 421-5547 | *Attorney for Defendant* <br> MONSANTO COMPANY |
| Brian L. Stekloff, Esq. (*Pro Hac Vice*) <br> bstekloff@wilkinsonstekloff.com <br> Rakesh Kilaru, Esq. (*Pro Hac Vice*) <br> rkilaru@wilkinsonstekloff.com <br> **WILKINSON STEKLOFF LLP** <br> 2001 M St. NW, 10th Floor <br> Washington, DC 20036 <br> Tel: 202-847-4030 <br> Fax: 202-847-4005 | *Attorney for Defendant* <br> MONSANTO COMPANY |
| Michael X. Imbroscio, Esq. (*Pro Hac Vice*) <br> mimbroscio@cov.com <br> **COVINGTON & BURLING LLP** <br> One City Center <br> 850 10th St. NW <br> Washington, DC 20001 <br> Tel: 202-662-6000 | *Attorney for Defendant* <br> MONSANTO COMPANY |
| Eric G. Lasker, Esq. (*Pro Hac Vice*) <br> elasker@hollingsworthllp.com <br> **HOLLINGSWORTH LLP** <br> 1350 I St. NW <br> Washington, DC 20005 <br> Tel: 202-898-5843 <br> Fax: 202-682-1639 | *Attorney for Defendant* <br> MONSANTO COMPANY |

**CERTIFICATE OF SERVICE**