Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Paul A. Dagostino (SBN 301498)
pdagostino@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Alyne Griffiths v. Monsanto Company* Case No. 3:20-cv-07736-VC | CASE NO.: 3:16-md-02741-VC **NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF PLAINTIFF ALYNE GRIFFITHS** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1 and Local Rule 5-1(c)(2)(B), Paul Dagostino of the firm Bisnar Chase LLP hereby substitutes for Tom Antunovich of the firm Bisnar Chase LLP as counsel for Plaintiff ALYNE GRIFFITHS in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: April 28, 2023                              **BISNAR | CHASE LLP**

                                                    By: */s/ Paul Dagostino*
                                                        Brian D. Chase
                                                        Paul Dagostino
                                                        *Counsel for Alyne Griffiths*

**PROOF OF SERVICE**
*Alyne Griffiths v. Monsanto Company*
**UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
Case No. 3:20-cv-07736-VC | MDL Case No. 3:16-md-02741-VC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1301 Dove Street, Suite 120, Newport Beach, CA 92660. On **April 28, 2023**, I served true copies of the following document(s) described as:

- **NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF PLAINTIFF ALYNE GRIFFITHS**

on the interested parties in this action as follows:

(X)  **VIA CM/ECF ELECTRONIC FILING SYSTEM**: I transmitted via the Internet a true copy(s) of the above-entitled documents(s) to the CM/ECF system of the United States District Court for the Northern District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **April 28, 2023**, at Newport Beach, California.

                                                           */s/ Anthony Scotto*
                                                           ANTHONY SCOTTO