Jorge Carazo-Quetglas
CARAZO QUETGLAS LAW OFFICES
PMB 133
Ave. Esmeralda #53, Ste. 2
Guaynabo, PR 00969-4461
Tel. (787) 707-0588
E mail: jorge@jctuayudalegal.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>**Estate of Ramon Berrios-Sampler v. Monsanto Co.**<br><br>**Case No. 3:22-cv-02310 (N.D. Cal)** | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII SUB-WAVE (D) |

### **ORDER**

Plaintiffs' motion to move the case from Wave VI to Wave VII, Sub-Wave (D) is granted.

IT IS SO ORDERED.

Dated: _____

_____

1