UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| Judy Turner and Bruce Turner v. Monsanto Co., Case No.: 3:19-cv-06392 | |

## SUGGESTION OF DEATH UPON THE RECORD

Counsel for Plaintiff in the above-referenced action hereby give notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that the death of Judy Turner, on April 25, 2021, during the pendency of this action.

1. Plaintiff's death certificate is attached hereto as **Exhibit A**.
2. Last Will and Testament of Judy Turner is attached hereto as **Exhibit B**.

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that BRUCE TURNER, surviving spouse and expected representative of the Estate of Judy Turner, be substituted as Plaintiff in place of the deceased, so that claims may survive and the action on the estate's behalf may proceed.

DATED: May 1, 2023

Respectfully submitted,

/s/ David Bricker
David Bricker, Esq.  (BBO# 158896)
**THORNTON LAW FIRM LLP**
One Lincoln St., 13th Fl.
State Street Financial Center
Boston, MA 02111
(617) 720-1333  FAX (617)720-2445
dbricker@tenlaw.com

## CERTIFICATE OF SERVICE

    I, David Bricker, Esq., hereby certify that on this day I electronically served, via email, the foregoing **SUGGESTION OF DEATH UPON THE RECORD** on all defendants' counsel of record in the above-captioned matter.

DATED: May 1, 2023

/s/David Bricker
David Bricker, Esq.   (BBO# 158896)
**THORNTON LAW FIRM LLP**
One Lincoln St., 13th Fl.
State Street Financial Center
Boston, MA 02111
(617) 720-1333  FAX (617)720-2445
dbricker@tenlaw.com