# COMMONWEALTH OF KENTUCKY

## REGISTRAR OF VITAL STATISTICS
### CERTIFIED COPY

**6352703**

### KENTUCKY CERTIFICATE OF DEATH

116 **202116866**

Case #: **E202104260097**

| Field | Value |
|---|---|
| 1a. DECEDENT'S LEGAL NAME | JUDY KAY TURNER |
| 1b. IF FEMALE, DECEDENT'S LAST NAME PRIOR TO FIRST MARRIAGE | BURTON |
| 2. SEX | FEMALE |
| 3. ACTUAL OR PRESUMED DATE OF DEATH | April 25, 2021 |
| 4. SOCIAL SECURITY NUMBER | |
| 5a. AGE-LAST BIRTHDAY (Years) | 67 |
| 6. DATE OF BIRTH | |
| 7. COUNTY OF DEATH | FAYETTE |
| 8. PLACE OF DEATH | HOSPITAL: Inpatient |
| 9. FACILITY NAME | UNIVERSITY OF KENTUCKY HOSPITAL |
| 10. CITY OR TOWN, STATE AND ZIP CODE | LEXINGTON, KY 40536 |
| 11. BIRTHPLACE | SOMERSET, KENTUCKY |
| 12. MARITAL STATUS | Married |
| 13. SURVIVING SPOUSE | BRUCE TURNER |
| 14. DECEDENT'S USUAL OCCUPATION | PHARMACY TECHNICIAN |
| 15. KIND OF BUSINESS/INDUSTRY | HEALTHCARE |
| 16. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 17a. RESIDENCE - State | KENTUCKY |
| 17b. COUNTY | PULASKI |
| 17c. CITY OR TOWN | SOMERSET |
| 17d. STREET AND NUMBER | 400 OAK HILL ROAD |
| 17e. ZIP CODE | 42503 |
| 17f. INSIDE CITY LIMITS? | Yes |
| 18. DECEDENT'S EDUCATION | Some College Credit but No Degree |
| 19. DECEDENT OF HISPANIC ORIGIN? | No, not Spanish/Hispanic/Latino |
| 20. DECEDENT'S RACE | White |
| 21. FATHER'S NAME | CECIL BURTON |
| 22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | WANDA EPPERSON |
| 23a. INFORMANT'S NAME | BRUCE TURNER |
| 23b. RELATIONSHIP TO DECEDENT | SPOUSE |
| 23c. MAILING ADDRESS | 400 OAK HILL ROAD, SOMERSET, KY 42503 |
| 24. METHOD OF DISPOSITION | Cremation |
| 25. PLACE OF DISPOSITION | WILBERT VAULT AND CREMATORY |
| 26. LOCATION | SOMERSET, KY |
| 27. SIGNATURE OF FUNERAL SERVICE LICENSEE | BILLY CONER |
| DATE SIGNED | 04/26/2021 |
| 28. KY LICENSE NUMBER | 6003 |
| 29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | LAKE CUMBERLAND FUNERAL HOME, PO BOX 1441, SOMERSET, KY 42503 |
| 30. DATE PRONOUNCED DEAD | 04/25/2021 |
| 31. ACTUAL OR PRESUMED TIME OF DEATH | 1132 |
| 32. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | No |

**33. PART I. CAUSE OF DEATH**

- a. IMMEDIATE CAUSE: COMFORT MEASURES
- b. DUE TO (OR AS A CONSEQUENCE OF): SEPTIC SHOCK
- c. DUE TO (OR AS A CONSEQUENCE OF): PNEUMONIA
- d. DUE TO (OR AS A CONSEQUENCE OF): COVID-19 LUNG FIBROSIS

**PART II.** Other significant conditions contributing to death: FOLLICULAR NON-HODGKINS LYMPHOMA; RENAL FAILURE; HYPERTENSION; HYPERLIPIDEMIA; ASTHMA

| Field | Value |
|---|---|
| 34. MANNER OF DEATH | Natural |
| 35. WAS AN AUTOPSY PERFORMED? | No |
| 36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | Unknown |
| 38. IF FEMALE | Not pregnant within past year |
| 47. DATE CERTIFIED | 04/28/2021 |
| SIGNATURE | SAID CHAABAN |
| 48. LICENSE NUMBER | 50190 |
| 49. TITLE OF CERTIFIER | PHYSICIAN |
| 50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | SAID CHAABAN, UNIVERSITY OF KENTUCKY HOSPITAL, 800 ROSE STREET, N100, LEXINGTON, KY 40536 |
| 51. REGISTRAR'S SIGNATURE | Christina S. Stewart |
| 52. DATE FILED | 04/29/2021 |

This is to certify that this is a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered at the Kentucky Office of Vital Statistics under the file number shown.

DATE ISSUED   04/29/2021

*Christina S. Stewart*

FORM VS NO. 1-A



# KENTUCKY CERTIFICATE OF DEATH

116 202116866
Case #: E202104260097

| | |
|---|---|
| **1a. DECEDENT'S LEGAL NAME** (First, Middle, Last) (Include AKA's if any): JUDY KAY TURNER | **1b. IF FEMALE, DECEDENT'S LAST NAME PRIOR TO FIRST MARRIAGE:** BURTON **2. SEX:** FEMALE |
| **3. ACTUAL OR PRESUMED DATE OF DEATH** (Month/Day/Year) (Spell Month): April 25, 2021 | **4. SOCIAL SECURITY NUMBER:** **5a. AGE-LAST BIRTHDAY (Years):** 67 **5b. UNDER 1 YEAR:** Months/Days **5c. UNDER 1 DAY:** Hours/Minutes **6. DATE OF BIRTH (MM/DD/YYYY):** **7. COUNTY OF DEATH:** FAYETTE |

**8. PLACE OF DEATH** (Check only one): HOSPITAL: [X] Inpatient  [ ] ER/Outpatient  [ ] Dead on Arrival  OTHER: [ ] Hospice Facility  [ ] Nursing Home/Long Term Care Facility  [ ] Residence  [ ] Other (Specify)

**9. FACILITY NAME** (If not institution, give street and number): UNIVERSITY OF KENTUCKY HOSPITAL
**10. CITY OR TOWN, STATE AND ZIP CODE:** LEXINGTON, KY 40536

**11. BIRTHPLACE** (City and State or Foreign Country): SOMERSET, KENTUCKY
**12. MARITAL STATUS:** [X] Married  [ ] Widowed  [ ] Never Married  [ ] Married but Separated  [ ] Divorced  [ ] Unknown
**13. SURVIVING SPOUSE** (If wife, give name prior to first marriage): BRUCE TURNER

**14. DECEDENT'S USUAL OCCUPATION:** PHARMACY TECHNICIAN
**15. KIND OF BUSINESS/INDUSTRY:** HEALTHCARE
**16. WAS DECEDENT EVER IN U.S. ARMED FORCES?** [ ] Yes [X] No

**17a. RESIDENCE - State:** KENTUCKY  **17b. COUNTY:** PULASKI  **17c. CITY OR TOWN:** SOMERSET  **17d. STREET AND NUMBER:** 400 OAK HILL ROAD  **17e. ZIP CODE:** 42503  **17f. INSIDE CITY LIMITS?** [X] Yes [ ] No

**18. DECEDENT'S EDUCATION:** [X] Some College Credit but No Degree

**19. DECEDENT OF HISPANIC ORIGIN?** [X] No, not Spanish/Hispanic/Latino

**20. DECEDENT'S RACE:** [X] White

**21. FATHER'S NAME** (First, Middle, Last): CECIL BURTON
**22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE** (First, Middle, Last): WANDA EPPERSON

**23a. INFORMANT'S NAME:** BRUCE TURNER  **23b. RELATIONSHIP TO DECEDENT:** SPOUSE  **23c. MAILING ADDRESS:** 400 OAK HILL ROAD, SOMERSET, KY 42503

**24. METHOD OF DISPOSITION:** [X] Cremation
**25. PLACE OF DISPOSITION:** WILBERT VAULT AND CREMATORY
**26. LOCATION:** SOMERSET, KY

**27. SIGNATURE OF FUNERAL SERVICE LICENSEE:** BILLY CONER  **DATE SIGNED:** 04/26/2021  **28. KY LICENSE NUMBER:** 6003  **29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY:** LAKE CUMBERLAND FUNERAL HOME, PO BOX 1441, SOMERSET, KY 42503

**30. DATE PRONOUNCED DEAD:** 04/25/2021  **31. ACTUAL OR PRESUMED TIME OF DEATH:** 1132  **32. WAS MEDICAL EXAMINER OR CORONER CONTACTED?** [ ] Yes [X] No

**33. CAUSE OF DEATH**

**PART I.**
a. IMMEDIATE CAUSE: COMFORT MEASURES
b. DUE TO: SEPTIC SHOCK
c. DUE TO: PNEUMONIA
d. DUE TO: COVID-19 LUNG FIBROSIS

**PART II.** Other significant conditions contributing to death: FOLLICULAR NON-HODGKINS LYMPHOMA; RENAL FAILURE; HYPERTENSION; HYPERLIPIDEMIA; ASTHMA

**34. MANNER OF DEATH:** [X] Natural

**35. WAS AN AUTOPSY PERFORMED?** [X] No
**36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** [ ] Yes [ ] No
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** [X] Unknown
**38. IF FEMALE:** [X] Not pregnant within past year

**46. TO BE COMPLETED BY CERTIFIER:** To the best of my knowledge, death occurred at the time, date, and place, and due to cause(s) and manner stated.
**SIGNATURE:** SAID CHAABAN
**47. DATE CERTIFIED:** 04/28/2021
**48. LICENSE NUMBER:** 50190
**49. TITLE OF CERTIFIER:** PHYSICIAN

**50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (ITEM 33):** SAID CHAABAN, UNIVERSITY OF KENTUCKY HOSPITAL, 800 ROSE STREET, N100, LEXINGTON, KY 40536

**51. REGISTRAR'S SIGNATURE:** Christina S. Stewart
**52. DATE FILED:** 04/29/2021

FORM VS NO. 1-A (REVISED 06/2015)

*VERIFICATION* (watermark)