Thomas R. Kline, Esquire (PA #28895)
tom.kline@klinespecter.com
Tobi L. Millrood, Esquire (PA #77764)
tobi.millrood@klinespecter.com
Christopher A. Gomez, Esquire (PA #82899)
chris.gomez@klinespecter.com
Melissa A. Merk, Esquire (PA #90363)
melissa.merk@klinespecter.com
**KLINE & SPECTER, P.C.**
1525 Locust Street
Philadelphia, PA 19102
Telephone: (215) 772-1000

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Caranci, et al., v. Monsanto Co., et al.,*<br>Case No. 3:23-cv-01796-VC | MDL NO. 02741<br><br>**DECLARATION OF CHRISTOPHER A. GOMEZ, ESQ., IN SUPPORT OF MOTION TO REMAND THE CASE TO THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, PHILADELPHIA COURT OF COMMON PLEAS, PURSUANT TO 28 U.S.C. § 1447(c)** |

I, Christopher A. Gomez, declare as follows:

1. I am an attorney licensed to practice in the Commonwealth of Pennsylvania and admitted to practice before the Eastern District of Pennsylvania. I am an attorney at the firm of Kline & Specter, P.C. and counsel of record for Plaintiffs Ernest and Carmela Caranci in the above-referenced matter. I make this declaration based on my personal knowledge, and, if called as a witness, I could and would testify competently to these matters.

2. This action includes individuals who suffer from Non-Hodgkin's Lymphoma and other cancers.

3. Monsanto Company ("Monsanto") removed Plaintiffs' lawsuit to federal court pursuant to 28 U.S.C. § 1446.

4. Attached hereto as Exhibit A is a true and correct copy of the Complaint, *Caranci v. Monsanto, et al.*, (Case Number 210602213), originally filed in the First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas on June 29, 2021.

5. Attached hereto as Exhibit B is a true and correct copy of the Civil Docket Report for *Caranci v. Monsanto, et al.*, First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas, Case Number 210602213.

6. Attached hereto as Exhibit C is a true and correct copy of the Preliminary Objections to Plaintiffs' Complaint, filed on behalf of Penn Hardware Two, Inc., on July 30, 2021.

7. Attached hereto as Exhibit D is a true and correct copy of the Amended Complaint, *Caranci v. Monsanto, et al.*, (Case Number 210602213), filed in the First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas on August 19, 2021.

8. Attached hereto as Exhibit E is a true and correct copy of the Plaintiff's Fact Sheet, served on January 10, 2022.

9. Attached hereto as Exhibit F is a true and correct copy of the letter from Kila B. Baldwin, Esq., to Joseph H. Blum, Esq., dated February 11, 2022.

10. Attached hereto as Exhibit G is a true and correct copy of the Petition to Coordinate Roundup Products Liability Cases Currently Pending in the Philadelphia Court of Common Pleas and for Mass Tort Designation, filed in *Purnell v. Monsanto, et al.*, First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas, Case No. 210602347, on February 10, 2022.

11. Attached hereto as Exhibit H is a true and correct copy of the Defendants' Opposition to Plaintiffs' Petition to Coordinate Roundup Products Liability Cases Currently Pending in the Philadelphia Court of Common Pleas and for Mass Tort Designation, filed in *Purnell v. Monsanto, et al.*, First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas, Case No. 210602347, on March 3, 2022.

12. Attached hereto as Exhibit I is a true and correct copy of the Order, First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas, Case No. 220500550, entered on May 10, 2022.

13. Attached hereto as Exhibit J is a true and correct copy of Case Management Order No. 1, First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas, Case No. 220500550, entered on June 7, 2022.

14. Attached hereto as Exhibit K is a true and correct copy of the letter from Chanda A. Miller, Esq., to Honorable Abbe F. Fletman, dated January 18, 2023.

15. Attached hereto as Exhibit L is a true and correct copy of the Short Form Complaint, *Caranci v. Monsanto, et al.*, (Case Number 210602213), filed in the First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas on January 31, 2023.

16. Attached hereto as Exhibit M is a true and correct copy of the Plaintiff's Fact Sheet, served on February 3, 2023.

17. Attached hereto as Exhibit N is a true and correct copy of Case Management Order No. 6, First Judicial District of Pennsylvania, Philadelphia Court of Common Pleas, Case No. 220500550, entered on February 6, 2023.

18. Attached hereto as Exhibit O is a true and correct copy of the Notice of Removal, filed in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:23-cv-01234, on March 30, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of May 2023.

/s/ Christopher A. Gomez
Christopher A. Gomez

## **CERTIFICATE OF SERVICE**

      I, Christopher A. Gomez, hereby certify that, on May 1, 2023, I electronically filed **DECLARATION OF TOBI L. MILLROOD IN SUPPORT OF MOTION TO REMAND THE CASE TO THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, PURSUANT TO 28 U.S.C. § 1447(C)** with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

      /s/  Christopher A. Gomez
      Christopher A. Gomez