# EXHIBIT B

![The Philadelphia Courts Civil Docket Access]

No Items in Cart  LOGOUT  tmillrood

**Civil Docket Report**

**A $5 Convenience fee will be added to the transaction at checkout.**

## Case Description

| | |
|---|---|
| **Case ID:** | 210602213 |
| **Case Caption:** | CARANCI ETAL VS MONSANTO COMPANY ETAL |
| **Filing Date:** | Tuesday , June 29th, 2021 |
| **Court:** | MASS TORT |
| **Location:** | CITY HALL |
| **Jury:** | JURY |
| **Case Type:** | MT - ROUNDUP PRODUCTS |
| **Status:** | NOT OF REMOVAL TO US DIST CT |
| **Cross Reference:** | DC 2023CV01234 |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | BOSWORTH ESQ, THOMAS E |
| **Address:** | BOSWORTH LAW<br>123 SOUTH BROAD STREET<br>SUITE 2040<br>PHILADELPHIA PA 19109<br>(267)212-4177<br>tom@tombosworthlaw.com | **Aliases:** | | none |
| 2 | 1 | | PLAINTIFF | CARANCI, ERNEST |
| **Address:** | 1235 SEROTA PLACE<br>PHILADELPHIA PA 19115 | **Aliases:** | | none |
| 3 | 1 | | PLAINTIFF | CARANCI, |

|   |   |   |   | CARMELA |
|---|---|---|---|---|
| **Address:** | 1235 SEROTA PLACE<br>PHILADELPHIA PA 19115 | **Aliases:** | | none |
|   |   |   |   |   |
| 4 | | 10 | DEFENDANT | MONSANTO COMPANY |
| **Address:** | 800 N. LINDBERGH BOULEVARD<br>ST. LOUIS MO 63167 | **Aliases:** | | none |
|   |   |   |   |   |
| 5 | | | 20-APR-2022 | DEFENDANT | BAYER AG |
| **Address:** | 100 BAYER BOULEVARD<br>WHIPPANY NJ 07981 | **Aliases:** | | none |
|   |   |   |   |   |
| 6 | | | 20-APR-2022 | DEFENDANT | S&H HARDWARE & SUPPLY COMPANY |
| **Address:** | 6700 CASTOR AVENUE<br>PHILADELPHIA PA 19149 | **Aliases:** | | none |
|   |   |   |   |   |
| 7 | | | | DEFENDANT | PENN HARDWARE INC |
| **Address:** | 7404 FRANKFORD AVENUE<br>PHILADELPHIA PA 19136 | **Aliases:** | | none |
|   |   |   |   |   |
| 8 | | 14 | | DEFENDANT | PENN HARDWARE TWO INC |
| **Address:** | 7404 FRANKFORD AVENUE<br>PHILADELPHIA PA 19136 | **Aliases:** | | none |
|   |   |   |   |   |
| 9 | | | 30-NOV-2021 | TEAM LEADER | ANDERS, DANIEL J |
| **Address:** | 529 CITY HALL<br>PHILADELPHIA PA 19107 | **Aliases:** | | none |
|   |   |   |   |   |
| 10 | | | | ATTORNEY FOR DEFENDANT | BLUM, JOSEPH H |
| **Address:** | TWO COMMERCE SQUARE<br>2001 MARKET STREET<br>SUITE 3000<br>PHILADELPHIA PA 19103 | **Aliases:** | | none |

| | | | | |
|---|---|---|---|---|
| | (215)575-3115<br>jblum@shb.com | | | |
| 11 | | 10 | | ATTORNEY FOR DEFENDANT | LEFFLER, ERIN L |
| Address: | SHOOK HARDY & BACON, LLP<br>2001 MARKET STREET<br>SUITE 3000<br>PHILADELPHIA PA 19103<br>(215)575-3116<br>eleffler@shb.com | Aliases: | none |
| 12 | | 10 | | ATTORNEY FOR DEFENDANT | ROGIERS, KASANDRA N |
| Address: | SHOOK HARDY & BACON LLP<br>TWO COMMERCE SQ<br>2001 MARKET ST SUITE 3000<br>PHILADELPHIA PA 19103<br>(215)278-2555<br>krogiers@shb.com | Aliases: | none |
| 13 | | 1 | 02-AUG-2022 | ATTORNEY FOR PLAINTIFF | BALDWIN, KILA B |
| Address: | 130 N. 18TH STREET<br>SUITE 1600<br>PHILADELPHIA PA 19103<br>(215)313-9858<br>kbaldwin@anapolweiss.com | Aliases: | none |
| 14 | | | | ATTORNEY FOR DEFENDANT | MCMEEKIN II, JOHN C |
| Address: | RAWLE & HENDERSON<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 19TH FLOOR<br>PHILADELPHIA PA 19102<br>(215)575-4200<br>toxictortefs@rawle.com | Aliases: | none |
| 15 | | 14 | | ATTORNEY FOR DEFENDANT | ABRAHAM ESQ, ANISHA S |

| | | | | |
|---|---|---|---|---|
| **Address:** | RAWLE & HENDERSON<br>THE WIDENER BUILDING<br>ONE SOUTH PENN SQ. 16TH FLOOR<br>PHILADELPHIA PA 19103<br>(215)575-4287<br>aabraham@rawle.com | **Aliases:** | none | |
| 16 | | 1 | ATTORNEY FOR PLAINTIFF | KLINE, THOMAS R |
| **Address:** | KLINE & SPECTER<br>1525 LOCUST ST., 19TH FL.<br>PHILADELPHIA PA 19102<br>(215)772-1000<br>tom.kline@klinespecter.com | **Aliases:** | none | |
| 17 | | 14 | ATTORNEY FOR DEFENDANT | KURTZMAN, JEFFREY |
| **Address:** | KURTZMAN STEADY LLC<br>555 CITY AVENUE<br>SUITE 480<br>BALA CYNWYD PA 19004<br>(215)839-1222<br>Kurtzman@kurtzmansteady.com | **Aliases:** | none | |
| 18 | | 14 | ATTORNEY FOR DEFENDANT | REMICK, BRADLEY D |
| **Address:** | 2000 MARKET STREET<br>SUITE 2300<br>PHILADELPHIA PA 19103<br>(215)575-2762<br>tmgrace@mdwcg.com | **Aliases:** | none | |
| 19 | | 11-MAY-2022 | TEAM LEADER | COHEN, DENIS P |
| **Address:** | 656 CITY HALL<br>PHILADELPHIA PA 19107 | **Aliases:** | none | |
| 20 | | 1 | ATTORNEY FOR PLAINTIFF | DONNELLY, LORRAINE |
| **Address:** | 1525 LOCUST ST<br>PHILADELPHIA PA 19102 | **Aliases:** | none | |

| | | | | |
|---|---|---|---|---|
| | (215)772-1000<br>lorraine.donnelly@klinespecter.com | | | |
| 21 | | 1 | ATTORNEY FOR PLAINTIFF | LAWLESS, HELEN A |
| **Address:** | KLINE & SPECTER, P.C.<br>1525 LOCUST STREET<br>PHILADELPHIA PA 19102<br>(215)772-0547<br>helen.lawless@klinespecter.com | **Aliases:** | none | |
| 22 | | 1 | ATTORNEY FOR PLAINTIFF | MILLROOD, TOBIAS L |
| **Address:** | KLINE & SPECTER<br>1525 LOCUST ST.<br>19TH FLOOR<br>PHILADELPHIA PA 19102<br>(215)772-1358<br>Tobi.Millrood@klinespecter.com | **Aliases:** | none | |
| 23 | | | TEAM LEADER | FLETMAN, ABBE F |
| **Address:** | 229A CITY HALL<br>PHILADELPHIA PA 19107<br>(215)686-2636 | **Aliases:** | none | |
| 24 | | 10 | ATTORNEY FOR DEFENDANT | SCHURKO ESQUIRE, NICOLAI A |
| **Address:** | SHOOK HARDY & BACON<br>2001 MARKET ST<br>30TH FLOOR<br>PHILADELPHIA PA 19103<br>(215)575-3129<br>nschurko@shb.com | **Aliases:** | none | |
| 25 | | 10 | ATTORNEY FOR DEFENDANT | ROMEO, KATELYN A |
| **Address:** | TWO COMMERCE SQUARE<br>2001 MARKET STREET<br>SUITE 3000<br>PHILADELPHIA PA 19103-4196<br>(215)278-2555<br>kromeo@shb.com | **Aliases:** | none | |

| | | | | |
|---|---|---|---|---|
| 26 | 10 | | ATTORNEY FOR DEFENDANT | SULLIVAN ESQ, THOMAS J |
| **Address:** | SHOOK HARDY & BACON LLP<br>TWO COMMERCE SQUARE<br>2001 MARKET ST SUITE 3000<br>PHILADELPHIA PA 19103<br>(215)278-2555<br>tsullivan@shb.com | **Aliases:** | none | |
| 27 | 1 | | ATTORNEY FOR PLAINTIFF | GOMEZ, CHRISTOPHER A |
| **Address:** | 1525 LOCUST STREET<br>19TH FLOOR<br>PHILADELPHIA PA 19102<br>(215)772-1000<br>chris.gomez@klinespecter.com | **Aliases:** | none | |
| 28 | | | ATTORNEY PRO HAC VICE | MOTT, DALTON R |
| **Address:** | SHOOK, HARDY & BACON LLP<br>2555 GRAND BOULEVARD<br>KANSAS CITY MO 64108 | **Aliases:** | none | |
| 29 | 1 | | ATTORNEY FOR PLAINTIFF | MERK, MELISSA A |
| **Address:** | KLINE & SPECTER, PC<br>1525 LOCUST ST.<br>PHILADELPHIA PA 19102<br>(215)792-5618<br>Melissa.Merk@klinespecter.com | **Aliases:** | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 29-JUN-2021 02:01 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2106055896 | | |

| 29-JUN-2021 02:01 PM | COMMENCEMENT CIVIL ACTION JURY | BOSWORTH ESQ, THOMAS E | |
|---|---|---|---|
| **Documents:** | Final Cover | | |
| **Docket Entry:** | *none.* | | |

| 29-JUN-2021 02:01 PM | COMPLAINT FILED NOTICE GIVEN | BOSWORTH ESQ, THOMAS E | |
|---|---|---|---|
| **Documents:** | COMPLAINT.pdf | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |

| 29-JUN-2021 02:01 PM | JURY TRIAL PERFECTED | BOSWORTH ESQ, THOMAS E | |
|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | |

| 29-JUN-2021 02:01 PM | WAITING TO LIST CASE MGMT CONF | BOSWORTH ESQ, THOMAS E | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 30-JUN-2021 04:13 PM | ENTRY OF APPEARANCE-CO COUNSEL | BOSWORTH ESQ, THOMAS E | |
|---|---|---|---|
| **Documents:** | EOA (TRK).pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF THOMAS E BOSWORTH AS CO-COUNSEL FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |

| 01-JUL-2021 01:56 PM | AFFIDAVIT OF SERVICE FILED | BOSWORTH ESQ, THOMAS E | |
|---|---|---|---|
| **Documents:** | AOS - Bayer AG.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON BAYER AG BY PERSONAL SERVICE ON 06/30/2021 FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |

| 02-JUL-2021 07:39 AM | AFFIDAVIT OF SERVICE FILED | | |
|---|---|---|---|
| **Documents:** | 180315.01_AFFIDAVIT_61AD006F-DA15-274F-96BC-72DC35F66C33.pdf | | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF CIVIL ACTION COMPLAINT UPON S&H HARDWARE & SUPPLY COMPANY BY PERSONAL SERVICE ON 06/29/2021 FILED. | | |
| | | | |
| 02-JUL-2021 07:43 AM | AFFIDAVIT OF SERVICE FILED | | |
| **Documents:** | 180315.02_AFFIDAVIT_BEAD5BE1-52B0-8C41-B013-693093621C28.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF CIVIL ACTION COMPLAINT UPON PENN HARDWARE INC BY PERSONAL SERVICE ON 06/29/2021 FILED. | | |
| | | | |
| 02-JUL-2021 07:47 AM | AFFIDAVIT OF SERVICE FILED | | |
| **Documents:** | 180315.03_AFFIDAVIT_739D01CF-764E-FD4A-892B-63F5CFC6C650.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF CIVIL ACTION COMPLAINT UPON PENN HARDWARE TWO INC BY PERSONAL SERVICE ON 06/29/2021 FILED. | | |
| | | | |
| 02-JUL-2021 04:42 PM | AFFIDAVIT OF SERVICE FILED | BOSWORTH ESQ, THOMAS E | |
| **Documents:** | AOS - Monsanto Company.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON MONSANTO COMPANY BY PERSONAL SERVICE ON 06/29/2021 FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 19-JUL-2021 03:11 PM | ANSWER TO COMPLAINT FILED | BLUM, JOSEPH H | |
| **Documents:** | CARANCI-Monsanto Answer to Complaint.pdf | | |
| **Docket Entry:** | ANSWER WITH NEW MATTER TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF MONSANTO COMPANY) ENTRY OF APPEARANCE FILED ON BEHALF OF MONSANTO COMPANY. | | |
| | | | |
| 19-JUL-2021 03:11 PM | JURY TRIAL PERFECTED | BLUM, JOSEPH H | |
| **Docket Entry:** | 12 JURORS REQUESTED. | | |
| | | | |
| 19-JUL-2021 05:32 PM | ENTRY OF APPEARANCE | LEFFLER, ERIN L | |
| **Documents:** | Leffler Appearance.pdf | | |

| | | | |
|---|---|---|---|
| **Docket Entry** | ENTRY OF APPEARANCE OF ERIN L LEFFLER FILED. (FILED ON BEHALF OF MONSANTO COMPANY) | | |
| | | | |
| 19-JUL-2021 05:34 PM | ENTRY OF APPEARANCE | ROGIERS, KASANDRA N | |
| **Documents:** | Rogiers Appearance.pdf | | |
| **Docket Entry** | ENTRY OF APPEARANCE OF KASANDRA N ROGIERS FILED. (FILED ON BEHALF OF MONSANTO COMPANY) | | |
| | | | |
| 28-JUL-2021 02:14 PM | ENTRY OF APPEARANCE-CO COUNSEL | BALDWIN, KILA B | |
| **Documents:** | Entry of Appearance as Co-Counsel for Plaintiffs (Kila B. Baldwin).pdf | | |
| **Docket Entry** | ENTRY OF APPEARANCE OF KILA B BALDWIN AS CO-COUNSEL FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 29-JUL-2021 01:06 PM | ENTRY OF APPEARANCE | MCMEEKIN II, JOHN C | |
| **Documents:** | Caranci - Penn Hardware Two, Inc. EOA.pdf | | |
| **Docket Entry** | ENTRY OF APPEARANCE OF JOHN C MCMEEKIN AND ANISHA S ABRAHAM FILED. (FILED ON BEHALF OF PENN HARDWARE TWO INC) | | |
| | | | |
| 30-JUL-2021 10:08 AM | PRAECIPE TO REINSTATE CMPLT | BALDWIN, KILA B | |
| **Documents:** | Praecipe to Reinstate Complaint.pdf | | |
| **Docket Entry** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 30-JUL-2021 10:52 AM | ENTRY OF APPEARANCE-CO COUNSEL | KLINE, THOMAS R | |
| **Documents:** | EOA - Thomas R. Kline.pdf | | |
| **Docket Entry** | ENTRY OF APPEARANCE OF THOMAS R KLINE AS CO-COUNSEL FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 30-JUL-2021 04:23 PM | PRELIMINARY OBJECTIONS | MCMEEKIN II, JOHN C | |
| **Documents:** | Caranci - Penn Hardware Two Inc PO to Pltf Complaint.pdf | | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | 07-21076807 PRELIMINARY OBJECTIONS TO PLAINTIFFS' COMPLAINT FILED. RESPONSE DATE: 08/19/2021 (FILED ON BEHALF OF PENN HARDWARE TWO INC) | | |
| | | | |
| 05-AUG-2021 12:06 PM | REPLY TO NEW MATTER | BALDWIN, KILA B | |
| **Documents:** | Pl Reply to Deft Monsanto Company New Matter.pdf | | |
| **Docket Entry:** | REPLY TO NEW MATTER OF MONSANTO COMPANY FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 19-AUG-2021 11:23 AM | AMENDED COMPLAINT FILED | BALDWIN, KILA B | |
| **Documents:** | Amended Complaint .pdf | | |
| **Docket Entry:** | AMENDED COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY(20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 23-AUG-2021 10:40 AM | PRELIM OBJECTIONS-MARKED MOOT | | |
| **Docket Entry:** | 07-21076807 AMENDED COMPLAINT FILED 08/19/21 | | |
| | | | |
| 23-AUG-2021 02:50 PM | DEFERRED - BANKRUPTCY | KURTZMAN, JEFFREY | |
| **Documents:** | SH Hardware - Suggestion of Bankruptcy - Caranci copy.pdf | | |
| **Docket Entry:** | PRAECIPE TO DEFER CASE DUE TO PENDING BANKRUPTCY ACTION UNDER CASE NUMBER: NONE (FILED ON BEHALF OF S&H HARDWARE & SUPPLY COMPANY) | | |
| | | | |
| 26-AUG-2021 08:38 AM | PRAECIPE TO REINSTATE CMPLT | BALDWIN, KILA B | |
| **Documents:** | Praecipe to Reinstate Complaint 8.25.21 w-attachment.pdf | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 26-AUG-2021 08:41 AM | PRAECIPE TO REINSTATE CMPLT | BALDWIN, KILA B | |
| **Documents:** | Praecipe to Reinstate Amended CP w-attachment.pdf | | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | AMENDED COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 07-SEP-2021 03:01 PM | ENTRY OF APPEARANCE | BLUM, JOSEPH H | |
| **Documents:** | Blum Appearance.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF JOSEPH H BLUM FILED. (FILED ON BEHALF OF PENN HARDWARE TWO INC) | | |
| | | | |
| 07-SEP-2021 03:07 PM | ENTRY OF APPEARANCE | LEFFLER, ERIN L | |
| **Documents:** | Leffler Appearance.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF ERIN L LEFFLER FILED. (FILED ON BEHALF OF PENN HARDWARE TWO INC) | | |
| | | | |
| 07-SEP-2021 03:10 PM | ENTRY OF APPEARANCE | ROGIERS, KASANDRA N | |
| **Documents:** | Rogiers Appearance.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF KASANDRA N ROGIERS FILED. (FILED ON BEHALF OF PENN HARDWARE TWO INC) | | |
| | | | |
| 28-OCT-2021 04:42 PM | STIPULATION FILED | BLUM, JOSEPH H | |
| **Documents:** | Joint Stipulation.pdf | | |
| **Docket Entry:** | 88-21105288 STIPULATION TO ENTER THREE PROPOSED ORDERS FILED. AWAITING JUDICIAL APPROVAL (FILED ON BEHALF OF PENN HARDWARE TWO INC AND MONSANTO COMPANY) | | |
| | | | |
| 29-OCT-2021 10:14 AM | ENTRY OF APPEARANCE | REMICK, BRADLEY D | |
| **Documents:** | Caranci Entry of Appearance.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF BRADLEY D REMICK FILED. (FILED ON BEHALF OF PENN HARDWARE TWO INC) | | |
| | | | |
| 29-OCT-2021 10:14 AM | JURY TRIAL PERFECTED | REMICK, BRADLEY D | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | |
| | | | |
| 29-OCT-2021 02:06 PM | STIPULATION ASSIGNED | | |
| **Docket Entry:** | 88-21105288 STIPULATION FILED ASSIGNED TO JUDGE: ANDERS, DANIEL J. ON DATE: OCTOBER 29, 2021 | | |
| | | | |
| 08-NOV-2021 06:30 AM | STIPULATION APPROVED | ANDERS, DANIEL J | |
| **Documents:** | STPAP_34.pdf | | |
| **Docket Entry:** | 88-21105288 THE STIPUATION AS TO CONFIDENTIALITY AND PROTECTIVE ORDER, ORDER GOVENING PRIVILEGE LOGS, AND ORDER GOVERNING PROTOCOLS FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION, IS APPROVED AS SET FORTH IN STIPULATION. SEE STIPULATION FOR FURTHER DETAILS. ...BY THE COURT; ANDERS, J. 10-29-21 | | |
| | | | |
| 08-NOV-2021 06:30 AM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 12-NOV-2021 OF STIPULATION APPROVED ENTERED ON 08-NOV-2021. | | |
| | | | |
| 19-NOV-2021 08:29 AM | PRAECIPE TO REINSTATE CMPLT | BALDWIN, KILA B | |
| **Documents:** | Praecipe to Reinstate Complaint - 11.19.21.pdf | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 18-FEB-2022 03:44 PM | PRAECIPE TO REINSTATE CMPLT | BALDWIN, KILA B | |
| **Documents:** | Praecipe to Reinstate CP 2.18.22.pdf | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 09-MAR-2022 07:59 AM | ENTRY OF APPEARANCE-CO COUNSEL | DONNELLY, LORRAINE | |
| **Documents:** | Caranci - Praecipe to Enter Appearance as Co-Counsel for Plts (Lorraine Donnelly).pdf | | |

| | | | |
|---|---|---|---|
| **Docket Entry** | ENTRY OF APPEARANCE OF LORRAINE DONNELLY AS CO-COUNSEL FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 22-MAR-2022 03:59 PM | ENTRY OF APPEARANCE-CO COUNSEL | LAWLESS, HELEN A | |
| **Documents:** | [Carancini Praecipe to Enter Appearance as Co Counsel for Pltf - HAL.pdf](#) | | |
| **Docket Entry** | ENTRY OF APPEARANCE OF HELEN A LAWLESS AS CO-COUNSEL FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 20-APR-2022 10:36 AM | ENTRY OF APPEARANCE-CO COUNSEL | MILLROOD, TOBIAS L | |
| **Documents:** | [Praecipe to Enter Appearance as Co Counsel for Plaintiff - Caranci.pdf](#) | | |
| **Docket Entry** | ENTRY OF APPEARANCE OF TOBIAS L MILLROOD AS CO-COUNSEL FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 20-APR-2022 02:54 PM | STIPULATION FILED | BLUM, JOSEPH H | |
| **Documents:** | [Ernest Caranci - Stip to Discontinue Bayer AG (wo prej).pdf](#) | | |
| **Docket Entry** | STIPULATION TO DISCONTINUE CLAIMS AGAINST DEFENDANT BAYER AG, WITHOUT PREJUDICE FILED. (FILED ON BEHALF OF MONSANTO COMPANY) | | |
| | | | |
| 20-APR-2022 02:57 PM | STIPULATION FILED | BLUM, JOSEPH H | |
| **Documents:** | [Ernest Caranci - Stip to Discontinue SH Hardware (w prej).pdf](#) | | |
| **Docket Entry** | STIPULATION TO DISCONTINUE CLAIMS AGAINST DEFENDANT S&H HARDWARE & SUPPLY CO., WITH PREJUDICE FILED. (FILED ON BEHALF OF MONSANTO COMPANY) | | |
| | | | |
| 11-MAY-2022 11:53 AM | REMOVED FROM DEFERRED STATUS | | |
| **Docket Entry** | CASE REMOVED FROM DEFERRED STATUS. CASE DISCONTINUED AS TO BANKRUPT DEFT. SEE STIPULATION FILED 4/20/22 (JNS/COMPLEX LIT CENTER) | | |
| | | | |
| 11-MAY-2022 11:53 AM | TRANSFERRED TO MASS TORT | | |
| **Docket Entry** | CASE TRANSFERRED TO MASS TORT. SEE COORDINATION ORDER UNDER MASTER DOCKET, CASE #220500550 (JNS/COMPLEX LIT CENTER) | | |

| 11-MAY-2022 11:53 AM | WAITING FOR LISTING MASS TORT | | |
|---|---|---|---|
| **Docket Entry:** | *none.* | | |

| 02-AUG-2022 04:34 PM | WITHDRAWAL OF APPEARANCE | BALDWIN, KILA B | |
|---|---|---|---|
| **Documents:** | Caranci - Withdrawal of Appearance as Co-Counsel for Pltf - Kila Baldwin.pdf | | |
| **Docket Entry:** | WITHDRAWAL OF APPEARANCE OF KILA B. BALDWIN FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |

| 02-DEC-2022 10:49 AM | ENTRY OF APPEARANCE | SCHURKO ESQUIRE, NICOLAI A | |
|---|---|---|---|
| **Documents:** | Caranci-Appearances OBO Defendants.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF KATELYN A ROMEO AND NICOLAI A SCHURKO FILED. (FILED ON BEHALF OF PENN HARDWARE TWO INC AND MONSANTO COMPANY) | | |

| 02-DEC-2022 10:49 AM | JURY TRIAL PERFECTED | SCHURKO ESQUIRE, NICOLAI A | |
|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | |

| 31-JAN-2023 01:05 PM | COMPLAINT - SHORT FORM | DONNELLY, LORRAINE | |
|---|---|---|---|
| **Documents:** | Caranci - Roundup PCCP Short Form Complaint - final filed.pdf | | |
| **Docket Entry:** | COMPLAINT - SHORT FORM FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |

| 15-FEB-2023 03:36 PM | ENTRY OF APPEARANCE | SULLIVAN ESQ, THOMAS J | |
|---|---|---|---|
| **Documents:** | Caranci-Sullivan Appearance OBO Defendants.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF THOMAS J SULLIVAN ESQ FILED. (FILED ON BEHALF OF PENN HARDWARE TWO INC AND MONSANTO COMPANY) | | |

| 17-FEB-2023 03:34 PM | MOT-FOR ADMISSION PRO HAC VICE | SULLIVAN ESQ, THOMAS J | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Documents:** | 4-Sullivan-Mott-Caranci.pdf<br>Motion CoverSheet Form | | |
| **Docket Entry:** | 72-23023872 RESPONSE DATE 03/09/2023. (FILED ON BEHALF OF PENN HARDWARE TWO INC AND MONSANTO COMPANY) | | |
| | | | |
| 02-MAR-2023 02:16 PM | MOTION ASSIGNED | | |
| **Docket Entry:** | 72-23023872 MOT-FOR ADMISSION PRO HAC VICE ASSIGNED TO JUDGE: FLETMAN, ABBE F. ON DATE: MARCH 02, 2023 | | |
| | | | |
| 02-MAR-2023 03:06 PM | ORDER ENTERED/236 NOTICE GIVEN | FLETMAN, ABBE F | |
| **Documents:** | ORDER_53.pdf | | |
| **Docket Entry:** | 72-23023872 IT IS HEREBY ORDERED THAT THE MOTION FOR PRO HAC VICE IS GRANTED AND DALTON R. MOTT, ESQUIRE IS HEREBY ADMITTED PRO HAC VICE AS CO-COUNSEL FOR PURPOSES OF THIS MATTER AFTER OBTAINING THE APPROPRIATE CITY OF PHILADELPHIA BUSINESS PRIVILEGE TAX LICENSE, COUNSEL SHALL PAY ALL CITY BUSINESS AND WAGE TAX AS REQUIRED. ...BY THE COURT: FLETMAN, J. 3/2/2023 | | |
| | | | |
| 02-MAR-2023 03:06 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 03-MAR-2023 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 02-MAR-2023. | | |
| | | | |
| 03-MAR-2023 11:41 AM | ENTRY OF APPEARANCE-CO COUNSEL | GOMEZ, CHRISTOPHER A | |
| **Documents:** | Praecipe to Enter Appearance as Co Counsel for Plaintiff - Caranci - CAG.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF CHRISTOPHER A GOMEZ AS CO-COUNSEL FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 03-MAR-2023 11:49 AM | ENTRY OF APPEARANCE-CO COUNSEL | MERK, MELISSA A | |
| **Documents:** | Praecipe to Enter Appearance as Co Counsel for Plaintiff - Caranci - Melissa Merk.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF MELISSA A MERK AS CO-COUNSEL FILED. (FILED ON BEHALF OF CARMELA CARANCI AND ERNEST CARANCI) | | |
| | | | |
| 10-MAR-2023 05:02 PM | MOT-FOR ADMISSION PRO HAC VICE | BLUM, JOSEPH H | |

| Documents: | Joseph Piorkowski PHV-Caranci (Blum).pdf<br>Motion CoverSheet Form | | |
|---|---|---|---|
| Docket Entry: | 09-23032609 RESPONSE DATE 04/03/2023. (FILED ON BEHALF OF PENN HARDWARE TWO INC AND MONSANTO COMPANY) | | |
| | | | |
| 30-MAR-2023 03:34 PM | NOT OF REMOVAL TO US DIST CT | BLUM, JOSEPH H | |
| Documents: | Philadelphia County Notice of Removal.pdf<br>2023-03-30 Monsanto Notice of Removal.pdf<br>Exhibit A-Part 1a.pdf<br>Exhibit A-Part 1b.pdf<br>Exhibit A-Part 2.pdf<br>Exhibit A-Part 3.pdf<br>Exhibit B to end.pdf | | |
| Docket Entry: | NOTICE OF REMOVAL TO THE U.S. (EASTERN) DISTRICT COURT UNDER 2023-CV-01234. (FILED ON BEHALF OF MONSANTO COMPANY) | | |
| | | | |
| 06-APR-2023 03:09 PM | RECORD MAILED/TRANSMITTED | | |
| Docket Entry: | RECORD MAILED TO U.S. DISTRICT COURT, SENT UNDER UPS# 1Z 5E3 003 03 3262 3160. | | |

Case Description   Related Cases   Event Schedule   Case Parties   Docket Entries

[E-Filing System]   [Search Home]