# EXHIBIT E

**IN THE COURT OF COMMON PLEAS**
**PHILADELPHIA COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| ERNEST CARANCI  and | ) | |
| CARMELA CARANCI, | ) | |
| | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| v. | ) | CIVIL ACION NO.  210602213 |
| | ) | |
| MONSANTO COMPANY et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S FACT SHEET**

You are required to provide the following information regarding yourself, or for each individual on whose behalf you are asserting legal claims in the above lawsuit. Each question must be answered in full.  If you do not know or cannot recall the information needed to answer a question, please indicate in response to the question. Please do not leave any questions unanswered or blank, and use additional sheets as needed to fully respond.

**I. - REPRESENTATIVE CAPACITY**

    A.    If you are completing this Fact Sheet **on behalf of someone else** (*e.g.*, a deceased person, incapacitated person, minor), please complete the following:

        1.    N/A
             Your Name

        2.    N/A
             Home Address

        3.    What is your relationship to the person upon whose behalf you have completed this Fact Sheet? (*e.g.*, parent, guardian, Estate Administrator)

             N/A

**[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions on <u>behalf</u> of the person who used or was exposed to Roundup® or other glyphosate-based herbicides.]**

1

## II. - PERSONAL INFORMATION

A.    Name: <u>Ernest Caranci</u>

Other Names by Which You Have Been Known (from prior marriages or otherwise, if any): <u>N/A</u>

B.    Sex:   Male<u>  X  </u>  Female <u>    </u>

C.    Social Security Number: <u>        </u>

D.    Driver's License Number: <u>        </u>

State of Issuance: <u>Pennsylvania</u>

E.    Date and Place of Birth (City, State, Country):

<u>  ; Longano, Italy</u>

F.    Educational History

1.    Identify each high school, college, university and other educational institution (including vocational schools or programs) you have attended; the dates of attendance; courses of study pursued and diplomas or degrees awarded; and when awarded:

<u>*I moved to the United States from Italy in 1953 when I was 13 years old. I began working immediately and do not have any educational experiences.</u>

G.    For each home address where you have lived for the past twenty-five (25) years, provide the following information:

| Prior Address | Dates You Lived at Address | Persons If Any, Who Lived With You. Please List Each Individual's Full Name and Relationship to You. |
|---|---|---|
| | 1992 – Present | Carmela Caranci (Wife) |
| | 1967 – 1992 | Carmela Caranci (Wife) |

H.      List each employer for the past twenty-five (25) years, including: (1) name of employer; (2) work address; (3) dates of employment; (4) occupation; and (5) job duties. Account for each year of the past 25 years, including periods of unemployment and/or retirement.

*Retired in 2020 due to health issues (weakened condition as a result of going through cancer treatments).

House of Kosher Pizza
9806 Bustleton Ave.
Philadelphia, PA 19115
2018 – 2020
Manager
Helped open this pizza shop and performed various tasks to get the pizza shop "up and running."

Unable to Work
2010 – 2018
Forced to sell Ernie's Pizza in July 2010. Started to experience fatigue as well as mental and physical aches and pains in 2009 and 2010. Diagnosed with Non-Hodgkin's Lymphoma in 2012.

Ernie's Pizza
1618 Cottman Ave.
Philadelphia, PA 19111
1978 – 2010
Owner and Operator
Various tasks in running the shop, managed employees, and facilitated all restaurant operations.

Ernie's Painting (Self-Employed)
8744 Marsden Street
Philadelphia, PA 19136
1972 – 1978
Owner and Painter
Various painting projects in homes around Philadelphia.

Budd Company
2450 W Hunting Park Ave.
Philadelphia, PA 19129
1964 – 1972
Die Setter
Worked with specialty parts for automobiles.

I.      If you have served in any branch of the military, state

3

1.       Branch and dates of service:

N/A _____

J.       Workplace Checklist

**Please indicate whether you have ever worked in any of the following occupations or workplaces listed below, and provide the requested information:**

| Industry | Yes | No | Dates | Location (City/State) | Job Title | Employer |
|---|---|---|---|---|---|---|
| Car Mechanic | | X | | | | |
| Cleaning/Maid Service | | X | | | | |
| Electrician | | X | | | | |
| Farming/agricultural | | X | | | | |
| Hairdressing | | X | | | | |
| Handled fission products | | X | | | | |
| Handled jet propellant | | X | | | | |
| Handled solvents | | X | | | | |
| Horticultural | | X | | | | |
| Hospitals and Clinics | | X | | | | |
| Landscaping | | X | | | | |
| Metal Working | X | | 1964- 1972 | Huntington Park, PA | Die Setter | Budd Company |
| Painting | X | | 1972-1978 | Philadelphia, PA | Owner and Painter | Self Employed- Ernie's Painting |
| Pest Exterminator | | X | | | | |
| Pesticide use | | X | | | | |
| Petroleum Refinery | | X | | | | |
| Rubber Factory | | X | | | | |
| Schoolteacher | | X | | | | |
| Textile | | X | | | | |
| Woodworking | | X | | | | |
| X-radiation or gamma-radiation (regular exposure) | | X | | | | |

## III. - FAMILY INFORMATION

A.       Have you ever been married?

Yes__X__       No _____

B.       **If yes**, for each spouse/former spouse state:

1.       Spouse's name: Carmela Caranci _____

4

2. Date of marriage: _____

3. Spouse's date of birth: _____

4. Spouse's occupation: <u>Full-Time Homemaker</u>

5. Spouse's address and phone number: _____

_____

6. If applicable, why did the marriage end (*e.g.,* divorce, death)?

<u>N/A</u>_____

7. If applicable, the date the marriage ended:

<u>N/A</u>_____

C. Please provide the following information for your grandparents, parents, siblings and children (including any adopted or step-children):

*All available information is below

| Name | Relationship | Birthdate | Date of Death | Cause of Death | Diagnosed with cancer? | Date/Type |
|---|---|---|---|---|---|---|
| Unknown | Maternal Grandmother | Unknown | Unknown | Unknown | Unknown | Unknown |
| Unknown | Maternal Grandfather | Unknown | Unknown | Unknown | Unknown | Unknown |
| Unknown | Paternal Grandmother | Unknown | Unknown | Unknown | Unknown | Unknown |
| Unknown | Paternal Grandfather | Unknown | Unknown | Unknown | Unknown | Unknown |
| Caranci, Antimo | Father | | | Brain Tumor | Yes | 1986/Brain Cancer |
| Caranci, Carmela | Mother | | | Diabetes and heart failure | No | N/A |
| Caranci, Pat | Sister | | N/A | N/A | N/A | N/A |
| Caranci, Emilio | Brother | | N/A | N/A | N/A | N/A |
| Denofa, Caranci, Angiolina | Sister | | N/A | N/A | N/A | N/A |

5

| Caranci, Giovanni | Brother | N/A | N/A | N/A | N/A |
|---|---|---|---|---|---|
| Caranci, Angelo | Brother | N/A | N/A | N/A | N/A |

## IV. - PERSONAL MEDICAL HISTORY

A.   **For each healthcare provider (including hospitals, treatment centers, and pharmacies) you have visited in the last 25 years, provide the name and address of each such facility, dates of care, and condition for treatment. Please also execute the medical authorizations included in Exhibit A.**

Dr. Nicholas Phillips
Orthopedic Surgery & Rehabilitation Associates, LLC
888 Fox Chase Road
Philadelphia, PA19046
2021
Treated right arm pain that radiated to fingers

Jefferson Health- Torresdale Campus
10800 Knights Road
Philadelphia, PA 19114
2019
IR Biopsy Inguinal Lymphnode - CLL

Dr. Benjamin Kauffman
8118 Bustleton Avenue
Philadelphia, PA 19152
2015 – Present
Glaucoma

Dr. Joshua Bleier
Penn Hospital
800 Walnut Street, 20th Floor
Philadelphia, PA 19107
2014
Colon and Rectal Surgery

Dr. Richard Hymans
104 Pheasant Run
Newtown, PA 18940
2014 – Present
Cardiologist

St. Mary Medical Center
1201 Langhorne Newtown Road
Langhorne, PA 19047
10/31/2014

6

Heart issues


Dr. Raynard J. Cheung
Gastrointestinal Specialists, Inc
3998 Red Lion Road
Suite 240
Philadelphia, PA 19114
October 2013 – Present
Underwent colonoscopy in October 2013, tissue from colon was collected and Dr. Cheung determined tissue was concerning and had to be removed. Referred to Dr. Bleier to remove tissue in 2014. Continue to visit Dr. Cheung for routine colonoscopies (last colonoscopy was in February 2021).

Dr. Allen E. Lord Terzian
Alliance Cancer Specialists
1311 Bristol Pike, Suite 100
Bensalem, PA 19020
2012 – Present
Oncologist

*Do not remember the name of the doctor and hospital visited in 2011 to run tests prior to being treated by Dr. Terzian in 2012.

Dr. Larry Hahn
Pinnacle Physician Group
339 E. Street Road
Trevose, PA 19053
1992 – Present
Primary Care Physician: Arthritis and Diabetes treatments; Began experiencing aches and pains both mentally and physically in 2009-2010 that were treated with antibiotics.

**Pharmacy:**

Walgreen's Pharmacy
10000 Bustleton Avenue
Philadelphia, PA 19116
1992 – Present

B.    Please indicate whether your medical history includes any of the following conditions, Procedures or medications:

| Condition | Yes | No | Date | Treating Physician |
|---|---|---|---|---|
| Diabetes | X | | 2010 | Dr. Larry Hahn |
| Obesity | | X | | |

| | | | |
|---|---|---|---|
| Auto-immune diseases (including but not limited to Crohn's disease, Ulcerative Colitis, HIV) | | X | |
| Epstein Barr | | X | |
| Lupus | | X | |
| Rheumatoid Arthritis | | X | |
| Organ, stem cell, or other transplant | | X | |
| Immunosuppressive Medications | | X | |

## V. - CANCER HISTORY

A.    Have you ever been diagnosed with cancer?

Yes   X    No &underline;

**If yes**, please answer the following questions for each instance of cancer diagnosis:

1.    What type of cancer was diagnosed (including sub-type, if applicable)?

Non-Hodgkin's Lymphoma

2.    On what date did you first experience any symptoms you believe are related to the cancer diagnosed?

Sometime before my diagnosis I developed lumps on my chin, arms and groin.

B.    Has any physician or healthcare provider ever told you that you have a genetic predisposition for developing non-Hodgkin's lymphoma or other types of cancer?

**If yes,** answer the following:

1.    Name, address, and occupation of person who told you this?

N/A

2.    What were you specifically told about your genetic predisposition?

N/A

3.    When and where were you told this information?

N/A

C.    Diagnosing and Treating Physicians:

1.    What are the name(s) of the physician(s) that first diagnosed you with cancer?

8

Dr. Allen E. Lord Terzian
_____

2.     What are the name(s) of the primary oncologist(s) that treated your cancer?

Dr. Allen E. Lord Terzian
_____

## VI. - PRIOR CLAIMS, LEGAL MATTERS, AND MEDICAL COVERAGE

A.     Have you ever filed a workers' compensation claim for accidents or injuries which occurred in the workplace?

Yes_____     No _X___

**If yes**, please state:

1.     Date the claim was filed with your employer, or date that you notified employer of accident/injury giving rise to workers' compensation claim:

N/A
_____

2.     Nature of injury or accident claimed ("what happened"):

N/A
_____

B.     Have you ever filed a claim for social security disability insurance benefits ("SSDI")?

Yes_____     No _X___

**If yes**, please state:

1.     Date the claim was filed with the Social Security Administration:

N/A
_____

2.     Nature of disability giving rise to claim:

N/A
_____

C.     Have you ever filed any other type of disability claim?

Yes_____     No _X___

**If yes**, please state:

1.     Date claim was filed: N/A_____

2.     Name of insurer/employer/government or other party to whom claim was made and, if applicable, claim number assigned:

N/A

3.     Nature of disability giving rise to claim:

N/A

D.     Have you ever been denied life insurance for reasons relating to your medical, physical, psychiatric or emotional condition?

Yes_____     No _X___

**If yes**, please state when, the name of the company, and reason(s) for denial.

N/A

E.     Have you ever been denied medical insurance?

Yes_____     No _X___

**If yes**, please state when, the name of the company and the reason(s) for denial.

N/A

F.     Have you ever **filed** a lawsuit or claim (**including administrative charges, unemployment claims, and bankruptcy petitions)** against anyone aside from the present lawsuit?

Yes_____     No _X___

**If yes**, for each such lawsuit, state (1) the court in which such lawsuit was filed; (2) the case name; (3) the civil action or docket number assigned to the lawsuit; (4) a description of your claims in the lawsuit; and (5) the final result, outcome, or adjudication of claims (*e.g.*, whether lawsuit was dismissed by parties, dismissed by court, judgment granted in favor of a party).

G.     Have you ever been convicted of a felony?

Yes_____     No _X___

**If yes**, please identify the felony for which you were convicted, when you were convicted, where you were convicted (including name of court), the terms of your sentence (if applicable), including whether you were incarcerated, and if so, the length of incarceration.

H.     Have you ever missed work for more than a thirty (30) day consecutive period for reasons related to your health?

Yes _x____     No _____

**If yes**, please state the dates, employer, and reason for missed work.

10

2010 – 2018; Ernie's Pizza; Forced to sell business due to health issues and cancer diagnosis.

## VII. - ROUNDUP® AND OTHER GLYPHOSATE-BASED HERBICIDES

A.      Identify which of the following products you have used:

1.      Roundup® (any type):

Yes__X__        No ____

2.      Other glyphosate containing products besides Roundup® (not limited to Monsanto products):

Yes __        No _X_        Don't Know _

3.      If you responded "**yes**" to either question above, complete the following information for each product:

a.      Name of Product: Roundup Ready to Use

b.      Dates of Use (range): 1990's – 2000's

c.      Reason for Use (personal, work-related, both, other): Personal

i.      If work-related, list name of employer (and you if self-employed), job title, address of employer, and contact information for employer:

N/A

d.      Frequency and Intensity of Use:

i.      List whether product used daily/weekly/monthly and how often.

Two to three times per week for four to six months each year

e.      Locations where product was used.

i.      List address where product used.  If more than one location, please list all addresses.

1618 Cottman Avenue, Philadelphia, PA 19111 (business)

(personal

residence)

11

<u>(father-in-</u>
<u>law)</u>

<u>(sister-in-law)</u>
<u>(brother-in-law)</u>
<u>(previous</u>
<u>residential address)</u>

    f.      Means of Applying Product

          i.      Identify whether you directly applied the product, or whether you were a bystander where product was sprayed.

          <u>Directly applied</u>

    g.      Did you use protective clothing when handling/using the product?

        Yes<u>  X  </u>      No <u>     </u>

        **If yes**, list whether gloves, respirator masks, or other protective clothing used when spraying/handling product.

        <u>Gloves</u>

    4.      If you responded "**Don't Know**" regarding glyphosate products, list all herbicides (*i.e.* weed killers) that you have used in the past 25 years.

        <u>N/A</u>

B.    For the products identified above, do you have the receipts, proof of purchase, or store of purchase for each product you claim to have used?

    Yes <u>  X  </u>     No <u>     </u>

        **To the extent you have receipts, proof of purchase, or store of purchase for these products, please provide copies of those receipts and other documents.**

        <u>S&H Hardware & Supply Co.</u>
        6700 Castor Ave.
        Philadelphia, PA 19149

        <u>Penn Hardware Inc.</u>
        7404 Frankford Ave.
        Philadelphia, PA 19136

        <u>Penn Hardware Two Inc.</u>
        7404 Frankford Ave.
        Philadelphia, PA 19136

C.      Have you ever undergone any blood, urine, or feces testing to measure the amount (or presence) of glyphosate in your body?

Yes_____        No _X___

>    **If yes**, then identify: (1) when test performed; (2) location of test, including name of hospital, clinic, or other location; (3) name of healthcare provider or person who performed test; and (4) summary of results.
>
>    **To the extent you have any documents relating to this test, please provide copies of those documents.**
>
>    N/A_____

## VIII. - DAMAGES CLAIMS

A.      If you are claiming loss of income due to injuries allegedly caused by Roundup® or other glyphosate-based herbicides, complete the following information with respect to your employment for the ten (10) years prior to your diagnosis of NHL, or other cancer, through the present.

| Employer | Address | Work Schedule Hours/ Week | Dates of Employment | Base Salary Daily/Weekly | Total Overtime Pay Received During Employment | Total Bonuses or Other Compensation Received During Employment |
|---|---|---|---|---|---|---|
| House of Kosher Pizza | 9806 Bustleton Ave. Philadelphia, PA 19115 | 25 hours/week | 2018 – 2020 | ~$1000/week | N/A | N/A |
| Ernie's Pizza | 1618 Cottman Ave. Philadelphia, PA 19111 | 60-hours/week | 1978 – 2010 | ~$1200/week | N/A | N/A |

B.      State the total amount of time which you have lost from work as a result of any medical condition which you claim was caused by use or exposure to Roundup® or other Monsanto glyphosate-based herbicides, and the amount of income which you lost:

1.      Medical Condition: Non-Hodgkin's Lymphoma

2.      Total number of days lost from work due to above medical condition or if

13

forced retirement, date of retirement:

8-years of inability to work due to health issues: 2010 – 2018

3.    Estimated total income lost (to date) from missed work, including explanation as to method used to calculate number:

$1200/week x 52-weeks/year x 8-years = $499,200.

C.    Have you paid or incurred any medical expenses, including amounts billed or paid by insurers and other third party payors, which are related to any condition which you claim or believe was caused by your use/exposure to Roundup® or other Monsanto glyphosate-based products which you seek recovery in this lawsuit?

Yes _X__      No _____

**If yes**, please state the total amount of such expenses at this time:  $ To be determined

D.    If you are making any claims for other out-of-pocket expenses, please complete the following:

1.    For what? Co-Pays

2.    Amount of fees or expenses: $ To be determined

## IX. - DOCUMENTS

Please attach the following documents to this Fact Sheet, making certain that all releases are signed and dated within **30** days of submission:

A.    Medical records release (Ex. A)—execute one per healthcare provider (including mental health, only if you are claiming mental health damages (including emotional distress) in the lawsuit). Plaintiffs' counsel will also obtain 10 blank forms covering past 25 years, and if Monsanto identifies additional health care providers not identified in the PFS or on Exhibit A, Plaintiff will fill in that health care provider and provide to Monsanto within seven days of the request.

B.    Employment history release (Ex. B)—execute one for each employer in past 25 years.

C.    Workers' compensation, social security disability, and insurance claims releases (Ex. C).

D.    Tax records and social security income releases for past 10 years (Ex. D).

E.    If applicable, decedent's death certificate.

14