# EXHIBIT F

**KLINE & SPECTER, P.C.**
ATTORNEYS AT LAW
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA
19102

_____

215-772-1000
800-597-9585
FAX: 215-735-0937

Kila B. Baldwin, Esquire                                      Kila.Baldwin@klinespecter.com

February 11, 2022

*Via Electronic Mail*
Joseph H. Blum, Esquire
Erin L. Leffler, Esquire
KaSandra N. Rogiers, Esquire
SHOOK, HARDY & BACON L.L.P.
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Jblum@shb.com; Eleffler@shb.com;
Krogiers@shb.com

Re:    Round Up Litigation – PA Cases

Dear Mr. Blum:

Supplementing Plaintiff Fact Sheets previously served, enclosed please find medical records for the following Round Up plaintiffs:

1. Ernest Caranci
2. Linda Coltelli
3. Stephen Deichman
4. Michael DiGiacomo
5. John Dornish, Dec'd
6. Robert Engels
7. Jeffrey Hamsher
8. Randy Horvath
9. Sean McGowan
10. Mark Medway
11. William Melissen
12. Lambert Purnell, Dec'd
13. Kevin Sterling
14. Eugene Tapper

15. David Taylor
16. William Vojtasek
17. David Walter

Please note that with regard to Michael DiGiacomo record at P000089-P000094, Office Visit Note, we redacted an attorney-client communication found on the top of page P000089.

We will continue to supplement Plaintiff Fact Sheets as additional records are received. Please feel free to contact me with any questions or concerns.

Very truly yours,

*/s/ Kila B. Baldwin*
KILA B. BALDWIN

KBB/bac
Enclosures