# EXHIBIT G

## PHILADELPHIA COURT OF COMMON PLEAS
# PETITION/MOTION COVER SHEET

| CONTROL NUMBER: |
|---|
| 22022902 |
| (RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS) |

**FOR COURT USE ONLY**

ASSIGNED TO JUDGE:

ANSWER/RESPONSE DATE: 03/03/2022

*Do not send Judge courtesy copy of Petition/Motion/Answer/Response. Status may be obtained online at http://courts.phila.gov*

Month: June      Term, Year: 2021
No. 02347

PURNELL VS MONSANTO COMPANY ETAL

Name of Filing Party:
DEBRA PURNELL-PDTX

**INDICATE NATURE OF DOCUMENT FILED:**
☐ Petition *(Attach Rule to Show Cause)*   ☒ Motion
☐ Answer to Petition   ☐ Response to Motion

Has another petition/motion been decided in this case?   ☐ Yes   ☒ No
Is another petition/motion pending?   ☐ Yes   ☒ No

*If the answer to either question is yes, you must identify the judge(s):*

TYPE OF PETITION/MOTION (see list on reverse side):
MISCELLANEOUS MOTION/PETITION

PETITION/MOTION CODE (see list on reverse side):
MTMIS

ANSWER / RESPONSE FILED TO (Please insert the title of the corresponding petition/motion to which you are responding):

**I. CASE PROGRAM**

DAY FORWARD/MAJOR JURY PROGRAM

Name of Judicial Team Leader: JUDGE DENIS COHEN
Applicable Petition/Motion Deadline: N/A
Has deadline been previously extended by the Court: N/A

**II. PARTIES** *(required for proof of service)*
(Name, address and **telephone number** of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

BENJAMIN O PRESENT
  KLINE & SPECTER PC 1525 LOCUST STREET 19TH FLOOR , PHILADELPHIA PA 19102
BAYER AG
  100 BAYER BLVD. , WHIPPANY NJ 07981
JOSEPH H BLUM
  TWO COMMERCE SQUARE 2001 MARKET STREET SUITE 3000 , PHILADELPHIA PA 19103
JAMES H HELLER
  1650 MARKET STREET ONE LIBERTY PLACE , PHILADELPHIA PA 19103

**III. OTHER**

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

_____   February 10, 2022   THOMAS R. KLINE   _____
*(Attorney Signature/Unrepresented Party)*   *(Date)*   *(Print Name)*   *(Attorney I.D. No.)*

**The Petition, Motion and Answer or Response, if any, will be forwarded to the Court after the Answer/Response Date.**
**No extension of the Answer/Response Date will be granted even if the parties so stipulate.**

30-1061B E-File# 2202023474
11-FEB-22 09:12:42

FILED
10 FEB 2022 07:48 pm
Civil Administration
J. YOUNGE

**KLINE & SPECTER, P.C.**
By:   THOMAS R. KLINE, ESQUIRE
       PRISCILLA E. JIMENEZ, ESQUIRE
       JAMES WALDENBERGER, ESQUIRE
       LORRAINE H. DONNELLY, ESQUIRE
       BENJAMIN O. PRESENT, ESQUIRE
Attorney I.D. Nos. 28895 / 83837 / 93352 / 322682/ 312402   *Attorneys for Plaintiff*
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000

| | |
|---|---|
| **DEBRA PURNELL,** *Individually and as Administratrix of the Estate of* **LAMBERT PURNELL** | **COURT OF COMMON PLEAS PHILADELPHIA, PA** |
| *Plaintiff*, | **JUNE TERM, 2021** |
| v. | **NO. 02347** |
| **MONSANTO COMPANY, ET AL.** | **JURY TRIAL DEMANDED** |
| *Defendants*. | **CIVIL ACTION – PRODUCT LIABILITY ACTION** |

> **Plaintiffs' Petition to Coordinate Roundup Products Liability Cases Currently Pending in the Philadelphia Court of Common Pleas and for Mass Tort Designation**

Case ID: 210602347
Control No.: 22022902



February 10, 2022

**VIA FAX 215 686-7049**
The Honorable Lisette Shirdan-Harris
Administrative Judge
Court of Common Pleas, Trial Division
City Hall, Room 692
Philadelphia, PA, 19107

     Re:   *In Re: Roundup Litigation (Proposed)*

> **Plaintiffs' Petition to Coordinate Roundup Products
> Liability Cases Currently Pending in the
> Philadelphia Court of Common Pleas and for Mass
> Tort Designation**

Dear Judge Shirdan-Harris:

     We write regarding the dozens of product liability cases pending in the Philadelphia Court of Common Pleas concerning the herbicide Roundup. We respectfully request that these pending cases, and the large number of future Roundup cases that it is anticipated will be filed with this Court, be coordinated within this Court through the formation of a Round-Up Mass Tort Program.

     To the undersigned counsels' knowledge ninety-one Round-Up cases currently are pending in the Philadelphia County Court of Common Pleas. Fifty-two Roundup cases have been commenced by Pennsylvania residents represented by our firms, Feldman Pinto LLC along with Williams Hart Boundas Easterby, LLP. Thirty additional Roundup cases have been commenced by Pennsylvania residents represented by Kline & Specter PC along with Arnold & Itkin LLP. Another nine cases have been commenced by Pennsylvania residents represented by Tracey, Fox, King & Walters. We identify the currently-filed cases at Exhibit 1. We expect that several hundred more Roundup cases will be filed in Philadelphia County Court of Common Pleas in the near future.

The plaintiffs have sued Monsanto Company ("Monsanto"), Nouryon Surface Chemistry LLC, Nouryon Chemicals LLC, and Nouryon USA LLC.[1] In some of the cases, the plaintiffs have also sued Bayer AG, which is a German corporation. As a result of a 2018 transaction, Monsanto became an indirect, wholly-owned subsidiary of Bayer AG.[2] Plaintiffs allege that the defendants developed cancer—non-Hodgkin's lymphoma—as a result of their using Roundup manufactured and/or sold and distributed by the defendants. The undersigned submit that, given their substantial similarity, these cases involve common factual and legal issues such that coordination through the Mass Tort Program will result in the efficient utilization of judicial resources, avoid duplicative and inconsistent rulings, provide valuable convenience to the parties, witnesses and counsel, and reduce expenses while avoiding delay and prejudice to any party. The undersigned further submit that the currently filed cases as well as those expected to be filed are sufficient to justify the formation of a Mass Tort program.

**I.      Background**

In the early 1970s, Monsanto discovered the herbicidal properties of glyphosate and began marketing it under the brand name Roundup. Roundup is a non-selective herbicide used to kill weeds. In addition to the active ingredient, glyphosate, Roundup contains a chemical compound known as a surfactant that is formulated into Roundup and contributes to Roundup's toxicity. The Nouryon Defendants manufacture surfactants, including polyethoxylated tallow amine (POEA), that are used in Roundup.

Plaintiffs allege, *inter alia*, that Roundup causes cancer but that Monsanto has at all relevant times proclaimed to the world that Roundup is safe and failed to put an appropriate warning on the label, and further that Roundup is a defective product in numerous respects including both as to design and labeling.  Plaintiffs also allege, *inter alia*, that the Nouryon Defendants knew when they sold surfactants to Monsanto that Monsanto was going to combine the surfactants with glyphosate to make Roundup and that the Nouryon Defendants worked with Monsanto to help ensure that Monsanto did not have to put warning labels on Roundup and that together they kept the public in the dark about the dangers of using Roundup. The claims asserted by Plaintiffs in Roundup litigation involve both a variety of legal theories, including both negligence and strict liability sounding both in design defect and failure to warn. Plaintiffs also have sued Monsanto for breach of implied warranty.

Monsanto's principal place of business is in St. Louis, Missouri. However, Defendants Nouryon Surface Chemistry LLC, Nouryon Chemicals LLC and Nouryon USA LLC have their principal place of business in Radnor, Pennsylvania. The plaintiffs in the currently filed Roundup cases are Pennsylvania residents as well.

---

[1] Nouryon Surface Chemistry LLC, Nouryon Chemicals LLC, and Nouryon USA LLC will be referred to collectively, in this letter, as the *Nouryon Defendants*.
[2] It is anticipated the parties will reach an agreement in the near future to voluntarily dismiss Bayer AG without prejudice in the cases currently filed.

II.    **Reasons to establish a Mass Tort Program for Roundup litigation**

The above-mentioned Roundup cases and those that will be filed in the future arise from the identical conduct of the Defendants. The causes of action are substantially the same. The Plaintiffs have similar injuries allegedly caused by Roundup exposure. And they seek similar damages including the full array of economic and non-economic damages, along with punitive damages.

Given these circumstances, the undersigned submit that Roundup litigation meets all of the traditional criteria for formation of Mass Tort Program. The cases share a predominance of common legal and factual issues that are central to Roundup litigation. Coordinated treatment will benefit the parties, witnesses, and counsel by promoting the efficient prosecution and resolution of Roundup cases, especially by preventing duplicative discovery and inconsistent judicial rulings. Coordinated treatment also will benefit the Court by enabling the efficient utilization of judicial resources. At the same time, such coordination will not cause undue delay or prejudice to any party.

III.    **Conclusion**

Based on the foregoing, we respectfully request that the Court establish a Mass Tort Program to provide for the coordinated treatment of all Roundup cases that are currently pending and will be filed in the Philadelphia County Court of Common Pleas. A Mass Tort Program will promote judicial economy and facilitate the efficient resolution of Roundup actions, for the benefit of the parties, counsel, and the Court.

Thank you for your consideration of this request.

Respectfully submitted,


/s/ Rosemary Pinto
Rosemary Pinto and
John Boundas


/s/ Thomas R. Kline
Thomas R. Kline/Tobi Millrood and
Jason Itkin

cc:    **sent via email**

The Honorable Daniel J. Anders
The Honorable Abbe Fletman
Stanley Thompson, Esquire

Case ID: 210602347
Control No.: 22022902

Janae Bradley
Alexandra Sobieski, Esquire
Annette Ferrara, Esquire
Carolina Medina-Alejandro, Esquire
Javier Soler, Esquire
Joseph H. Blum, Esquire
Nicolai Schurko, Esquire
Erin Lefler, Esquire
Albert G. Bixler, Esquire
John Boundas, Esquire
Thomas Kline, Esquire
Tobi Millrood, Esquire
Kila Baldwin, Esquire
Christopher Gomez, Esquire
Jason Itkin, Esquire
Shawn Fox, Esquire
Sean Tracey, Esquire
Walt Cubberly, Esquire
Margaret Lecocke, Esquire

| | |
|---|---|
| **DEBRA PURNELL,** *Individually and as Administratrix of the Estate of* **LAMBERT PURNELL**<br><br>*Plaintiff,*<br><br>v.<br><br>**MONSANTO COMPANY, ET AL.**<br><br>*Defendants*. | **COURT OF COMMON PLEAS PHILADELPHIA, PA**<br><br>**JUNE TERM, 2021**<br><br>**NO. 02347**<br><br>**JURY TRIAL DEMANDED**<br><br>**CIVIL ACTION – PRODUCT LIABILITY ACTION** |

# ORDER

AND NOW this _____ day of _____, 2022, it is hereby Ordered that all Roundup Products Liability cases currently on file or to be filed in the future are hereby consolidated for pre-trial proceeding as a mass tort program known as In Re: Roundup Products Liability Litigation.

BY THE COURT:

_____
J

# EXHIBIT 1

Case ID: 210602347
Control No.: 22022902

# EXHIBIT 1

|   | Case Name | Court Term and Number | Plaintiffs' Counsel |
|---|---|---|---|
| 1 | Brought, Susan | 210900079 | Feldman Pinto LLC |
| 2 | Cole, Stacey F. | 210900081 | Feldman Pinto LLC |
| 3 | Dougherty, William | 210900083 | Feldman Pinto LLC |
| 4 | Martel, Kelly J. | 210900084 | Feldman Pinto LLC |
| 5 | Schandler, Albert F., Jr. | 210900085 | Feldman Pinto LLC |
| 6 | Valente, Stephen | 210900086 | Feldman Pinto LLC |
| 7 | Benn, Maurice | 210900923 | Feldman Pinto LLC |
| 8 | Donatelli, Mark S. | 210900924 | Feldman Pinto LLC |
| 9 | Ford, John | 210900924 | Feldman Pinto LLC |
| 10 | Mattioli, Joseph | 210900925 | Feldman Pinto LLC |
| 11 | Murphy, Daniel | 210900928 | Feldman Pinto LLC |
| 12 | Phillips, Mark S. | 210900930 | Feldman Pinto LLC |
| 13 | Smith, Thomas E. | 210900931 | Feldman Pinto LLC |
| 14 | Stewart, William B. | 210900932 | Feldman Pinto LLC |
| 15 | Taylor, Ronald K. | 210900933 | Feldman Pinto LLC |
| 16 | Wagner, William | 210900935 | Feldman Pinto LLC |
| 17 | Brooks, Holly | 210902140 | Feldman Pinto LLC |
| 18 | Cowden, Lawrence M. | 210902141 | Feldman Pinto LLC |
| 19 | Daywalt, Bernadette | 210902142 | Feldman Pinto LLC |
| 20 | dePrimo, Joseph | 210902143 | Feldman Pinto LLC |
| 21 | Glancy, George, H., Jr. | 210902144 | Feldman Pinto LLC |
| 22 | Goff, Joseph C. | 210902145 | Feldman Pinto LLC |
| 23 | Hample, Michael | 210902146 | Feldman Pinto LLC |
| 24 | Jones, Michael | 210902147 | Feldman Pinto LLC |
| 25 | Lenox, Ronald | 210902148 | Feldman Pinto LLC |
| 26 | May, Marvin | 210902165 | Feldman Pinto LLC |
| 27 | McGlone, Gerard | 210902154 | Feldman Pinto LLC |
| 28 | Miechur, Josephine | 210902155 | Feldman Pinto LLC |
| 29 | Shaffer, William H, Sr. | 210902156 | Feldman Pinto LLC |
| 30 | Sinemus, Lon | 210902157 | Feldman Pinto LLC |
| 31 | Weiss, Elliott | 210902158 | Feldman Pinto LLC |
| 32 | Beckley, Karen | 211000081 | Feldman Pinto LLC |
| 33 | Cipollone, Susan M. | 211000082 | Feldman Pinto LLC |
| 34 | Gavarone, Deborah | 211000083 | Feldman Pinto LLC |
| 35 | Gennett, John | 211000084 | Feldman Pinto LLC |
| 36 | Houk, Terry | 211000085 | Feldman Pinto LLC |
| 37 | Miller, Allison, M | 211000086 | Feldman Pinto LLC |
| 38 | Patton, Gregory | 211000088 | Feldman Pinto LLC |
| 39 | Stitt, Alan | 211000089 | Feldman Pinto LLC |

Case ID: 210602347
Control No.: 22022902

| | | | |
|---|---|---|---|
| 40 | Sullivan, John | 211000091 | Feldman Pinto LLC |
| 41 | White, Barbara | 211000093 | Feldman Pinto LLC |
| 42 | White, Sandra | 211000094 | Feldman Pinto LLC |
| 43 | Wolpert, Michael | 211000085 | Feldman Pinto LLC |
| 44 | Bost, Shirley | 211001571 | Feldman Pinto LLC |
| 45 | Brubaker, Debra | 211001572 | Feldman Pinto LLC |
| 46 | Budd, Thomas, Sr. | 211001573 | Feldman Pinto LLC |
| 47 | Deascenti, Judy | 211001574 | Feldman Pinto LLC |
| 48 | Edwards, Rolin | 211001575 | Feldman Pinto LLC |
| 49 | Hinkle, Jacob | 211001576 | Feldman Pinto LLC |
| 50 | McGee, Joseph | 211001577 | Feldman Pinto LLC |
| 51 | Schechter, Sidney | 211001578 | Feldman Pinto LLC |
| 52 | Sheaffer, Michelle | 211001579 | Feldman Pinto LLC |
| 53 | Irvine, Denise | 220102488 | Feldman Pinto LLC |
| 54 | Federovitch, Francis | 220102489 | Feldman Pinto LLC |
| 55 | Swenson, John | 220102490 | Feldman Pinto LLC |
| 56 | Stoffa, John J. | 220102491 | Feldman Pinto LLC |
| 57 | Rinehart, Martin Grant | 220102493 | Feldman Pinto LLC |
| 58 | Kiehl, Michael Anthony | 220102495 | Feldman Pinto LLC |
| 59 | Perrelli, Michael J. | 220102496 | Feldman Pinto LLC |
| 60 | Boothby, Roger Wayne | 220102497 | Feldman Pinto LLC |
| 61 | Coughlin, Elizabeth on behalf of Patrick Coughlin | 220102499 | Feldman Pinto LLC |
| 62 | Ballantyne, Carl Rigg and Kathleen | 211201357 | Kline & Specter, P.C./Arnold Itkin |
| 63 | Barron, Lucas Lee, Deceased | 220102492 | Kline & Specter, P.C./Arnold Itkin |
| 64 | Brosius, Joyce | 220102498 | Kline & Specter, P.C./Arnold Itkin |
| 65 | Brunskill, Nancy | 220200040 | Kline & Specter, P.C./Arnold Itkin |
| 66 | Caranci, Ernest and Carmela | 210602213 | Kline & Specter, P.C./Arnold Itkin |
| 67 | Deichman, Stephen & Tammy | 220200302 | Kline & Specter, P.C./Arnold Itkin |
| 68 | DiGiacomo, Michael & Jeanne | 220200305 | Kline & Specter, P.C./Arnold Itkin |
| 69 | Garretson, Susan and Thomas | 220200033 | Kline & Specter, P.C./Arnold Itkin |
| 70 | Graham, Dianne | 220102501 | Kline & Specter, P.C./Arnold Itkin |
| 71 | Gunn, Jeffrey | 210700239 | Kline & Specter, P.C./Arnold Itkin |
| 72 | Hamsher, Jeffrey & Shelley | 220200310 | Kline & Specter, P.C./Arnold Itkin |
| 73 | Hodgson, Patricia | 220200037 | Kline & Specter, P.C./Arnold Itkin |
| 74 | Keener, Thomas | 220200041 | Kline & Specter, P.C./Arnold Itkin |
| 75 | Kulp, Benjamin & Tammy | 220200312 | Kline & Specter, P.C./Arnold Itkin |
| 76 | McCrudden, James and Kristina | 220200317 | Kline & Specter, P.C./Arnold Itkin |
| 77 | McGowan, Sean & Brianna | 220200036 | Kline & Specter, P.C./Arnold Itkin |
| 78 | Medway, Marc | 210901933 | Kline & Specter, P.C./Arnold Itkin |
| 79 | Melissen, William | 210602578 | Kline & Specter, P.C./Arnold Itkin |
| 80 | Miller, William and Melissa | 220200425 | Kline & Specter, P.C./Arnold Itkin |
| 81 | Purnell, Lambert (Dec'd) | 210602347 | Kline & Specter, P.C./Arnold Itkin |

Case ID: 210602347
Control No.: 22022902

| 82 | Schank, Lorraine and Michael | 220200034 | Kline & Specter, P.C./Arnold Itkin |
|----|------------------------------|-----------|-------------------------------------|
| 83 | Scott, Tyrone | 220200024 | Kline & Specter, P.C./Arnold Itkin |
| 84 | Shafer, David Lee, Dec'd | 220200327 | Kline & Specter, P.C./Arnold Itkin |
| 85 | Sterling, Kevin & Debra | 220200325 | Kline & Specter, P.C./Arnold Itkin |
| 86 | Tapper, Eugene: & Michele | 220200333 | Kline & Specter, P.C./Arnold Itkin |
| 87 | Varano, Kenneth and Lori | 220200343 | Kline & Specter, P.C./Arnold Itkin |
| 88 | Warwick, Mary and Robert | 220200355 | Kline & Specter, P.C./Arnold Itkin |
| 89 | Wilson, Adia | 220200038 | Kline & Specter, P.C./Arnold Itkin |
| 90 | Wright, Rodney | 220200014 | Kline & Specter, P.C./Arnold Itkin |
| 91 | Zippi, Carlo and Sueann | 220200357 | Kline & Specter, P.C./Arnold Itkin |
|    |                              |           |                                     |

**CERTIFICATE OF SERVICE**

    I Rosemary Pinto, hereby certify that I caused a true and correct copy of the foregoing Plaintiffs' Petition to Consolidate Roundup Products Liability Cases Currently Pending the Philadelphia Court of Common Pleas and for Mass Tort Designation to the served this 10th day of February, 2022 all counsel of record via transmission of Notices of Electronic Filing generated by the Civil Electronic Filing System.

                                             /s/ Rosemary Pinto
                                             Rosemary Pinto