# EXHIBIT H

## PHILADELPHIA COURT OF COMMON PLEAS
# PETITION/MOTION COVER SHEET

| CONTROL NUMBER: |
| --- |
| 22022902 |
| **(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)** |

### FOR COURT USE ONLY

| ASSIGNED TO JUDGE: | ANSWER/RESPONSE DATE: |
| --- | --- |

*Do not send Judge courtesy copy of Petition/Motion/Answer/Response. Status may be obtained online at http://courts.phila.gov*

June                    Term, 2021
*Month*                                      *Year*
No. _____ 02347 _____

PURNELL VS MONSANTO COMPANY ETAL

Name of Filing Party:
MONSANTO COMPANY-DFT

---

**INDICATE NATURE OF DOCUMENT FILED:**

☐ Petition *(Attach Rule to Show Cause)*   ☐ Motion
☒ Answer to Petition   ☐ Response to Motion

Has another petition/motion been decided in this case?   ☐ Yes ☐ No
Is another petition/motion pending?   ☐ Yes ☐ No

*If the answer to either question is yes, you must identify the judge(s):*

_____

| TYPE OF PETITION/MOTION (see list on reverse side) | PETITION/MOTION CODE (see list on reverse side) |
| --- | --- |
| ANSWER (MOTION/PETITION) FILED | MTANS |

ANSWER / RESPONSE FILED TO (Please insert the title of the corresponding petition/motion to which you are responding):
MTMIS - MISCELLANEOUS MOTION/PETITION

---

**I.  CASE PROGRAM**

DAY FORWARD/MAJOR JURY PROGRAM

Court Type: JUDGE DENIS COHEN
Applicable Petition/Motion Deadline: N/A
Has deadline been previously extended by the Court: N/A

**II.  PARTIES** *(required for proof of service)*
(Name, address and **telephone number** of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

BENJAMIN O PRESENT
    KLINE & SPECTER PC 1525 LOCUST STREET
    19TH FLOOR , PHILADELPHIA PA 19102
BAYER AG
    100 BAYER BLVD. , WHIPPANY NJ 07981
JOSEPH H BLUM
    TWO COMMERCE SQUARE 2001 MARKET
    STREET SUITE 3000 , PHILADELPHIA PA
    19103
JAMES H HELLER
    1650 MARKET STREET ONE LIBERTY PLACE
    , PHILADELPHIA PA 19103

---

**III.  OTHER**

---

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

_____     March 3, 2022     JOSEPH H. BLUM
*(Attorney Signature/Unrepresented Party)*          *(Date)*          *(Print Name)*          *(Attorney I.D. No.)*

**The Petition, Motion and Answer or Response, if any, will be forwarded to the Court after the Answer/Response Date.**
**No extension of the Answer/Response Date will be granted even if the parties so stipulate.**

FILED

03 MAR 2022 03:57 pm

Civil Administration

M. RUSSO

| | | |
|---|---|---|
| DEBRA PURNELL, *Individually and as Administratrix of the Estate of* LAMBERT PURNELL, | : : : : : | COURT OF COMMON PLEAS PHILADLEPHIA COUNTY |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO.  02347 |
| MONSANTO COMPANY, *et al.,* | : : : | |
| Defendants. | : : | |

## <u>ORDER</u>

AND  NOW,  this  _____  day  of  _____,  2022,  upon  consideration  of
Plaintiff's  Petition  to  Coordinate  Roundup  Products  Liability  Cases  Currently  Pending  in  the
Philadelphia Court of Common Pleas and for Mass Tort Designation ("Petition"), and Defendants'
response  in  opposition  thereto,  it  is  hereby  **ORDERED and DECREED**  that  said  Petition  is
**DENIED.**

BY THE COURT:

_____

, **J.**

Case ID: 210602347
Control No.: 22022902

**SHOOK HARDY & BACON L.L.P.**
By:     Joseph H. Blum (Attorney I.D. No. 36874)
         Erin L. Leffler (Attorney I.D. No. 204507)
         Nicolai A. Schurko (Attorney I.D. No. 309548)
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA  19103
(215) 278-2555
Jblum@shb.com
Eleffler@shb.com
Nschurko@shb.com

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
By:     Albert G. Bixler
Two Liberty Place, 22nd Floor
50 South 16th Street
Philadelphia, PA 19102
(215) 851-8400
abixler@eckertseamans.com

*Attorneys for Defendants Monsanto Company, Nouryon Surface*
*Chemistry LLC, Nouryon Chemicals LLC, and Nouryon USA LLC*

| | |
|---|---|
| **DEBRA PURNELL,** *Individually and as Administratrix of the Estate of* **LAMBERT PURNELL,** | **COURT OF COMMON PLEAS PHILADELPHIA, PA** |
| *Plaintiff,* | **JUNE TERM, 2021** |
| | **No. 02347** |
| v. | **JURY TRIAL DEMANDED** |
| **MONSANTO COMPANY,** *et al.,* | |
| *Defendants.* | **CIVIL ACTION – PRODUCT LIABILITY ACTION** |

**DEFENDANT MONSANTO COMPANY AND NOURYON SURFACE CHEMISTRY LLC, NOURYON CHEMICALS LLC AND NOURYON USA LLC'S OPPOSITION TO PLAINTIFFS' PETITION TO COORDINATE ROUNDUP PRODUCTS LIABILITY CASES CURRENTLY PENDING IN THE PHILADELPHIA COURT OF COMMON PLEAS AND FOR MASS TORT DESIGNATION**

Defendants Monsanto Company ("Monsanto") and Nouryon Surface Chemistry LLC,

Nouryon Chemicals LLC, and Nouryon USA LLC (collectively, "Nouryon") hereby oppose the

Letter Form Petition to Coordinate Roundup Products Liability Cases Currently Pending in the

Philadelphia Court of Common Pleas and for Mass Tort Designation ("Petition").  In support of

this Opposition, Monsanto and Nouryon incorporate by reference the attached letter response.

<div style="margin-left: 40%;">

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

</div>

Dated:  March 3, 2022          By: ___*/s/ Joseph H. Blum*_____

<div style="margin-left: 45%;">

Joseph H. Blum, Esq. (PA ID 36874)
Erin L. Leffler, Esq. (PA ID 204507)
Nicolai A. Schurko (PA ID No. 309548)
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone:  215-278-2555
jblum@shb.com
eleffler@shb.com
nschurko@shb.com

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Albert G. Bixler
Two Liberty Place, 22nd Floor
50 South 16th Street
Philadelphia, PA 19102
(215) 851-8400
abixler@eckertseamans.com

*Attorneys for Defendants Monsanto Company, Nouryon Surface Chemistry LLC, Nouryon Chemicals LLC, and Nouryon USA LLC*

</div>

Case ID: 210602347
Control No.: 22022902

**SHOOK, HARDY & BACON L.L.P.**
By:     Joseph H. Blum (Attorney I.D. No. 36874)
        Erin L. Leffler (Attorney I.D. No. 204507)
        Nicolai A. Schurko (Attorney I.D. No. 309548)
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA  19103
(215) 278-2555
Jblum@shb.com
Eleffler@shb.com
Nschurko@shb.com

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
By:     Albert G. Bixler
Two Liberty Place, 22nd Floor
50 South 16th Street
Philadelphia, PA 19102
(215) 851-8400
abixler@eckertseamans.com

<div align="center">

**IN THE COURT OF COMMON PLEAS**
**OF PHILADELPHIA COUNTY, PENNSYLVANIA**

</div>

| | |
|---|---|
| **DEBRA PURNELL,** *Individually* *and as Administratrix of the Estate of* **LAMBERT PURNELL,** | **COURT OF COMMON PLEAS PHILADELPHIA, PA** |
| *Plaintiff,* | **JUNE TERM, 2021** |
| v. | **No. 02347** |
| **MONSANTO COMPANY,** *et al.,* | **JURY TRIAL DEMANDED** |
| *Defendants.* | **CIVIL ACTION – PRODUCT LIABILITY ACTION** |

<div align="center">

**Defendant Monsanto Company and Nouryon Surface Chemistry LLC, Nouryon Chemicals LLC and Nouryon USA LLC's Opposition to Plaintiffs' Petition to Coordinate Roundup Products Liability Cases Currently Pending in the Philadelphia Court of Common Pleas and for Mass Tort Designation**

</div>



Joseph H. Blum

Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, Pennsylvania 19103
**t** 215.278.2555
**d** 215.575.3115
**f** 215.278.2594
jblum@shb.com

March 3, 2022

**Via Fax 215-686-7049**
The Honorable Lisette Shirdan-Harris
Administrative Judge
Court of Common Pleas, Trial Division
City Hall, Room 692
Philadelphia, PA  19107

Re:     *In Re: Roundup Litigation (Proposed)*

---

**Defendant Monsanto Company and Nouryon Surface Chemistry
LLC, Nouryon Chemicals LLC and Nouryon USA LLC's
Opposition to Plaintiffs' Petition to Coordinate Roundup Products
Liability Cases Currently Pending in the Philadelphia Court
of Common Pleas and for Mass Tort Designation**

---

Dear Judge Shirdan-Harris:

We write on behalf of Defendants Monsanto Company ("Monsanto") and Nouryan Surface
Chemistry LLC, Nouryon Chemicals LLC, and Nouryon USA LLC (collectively, "Nouryon") to
oppose the Petition to Coordinate Roundup Products Liability Cases Currently Pending in the
Philadelphia Court of Common Pleas and for Mass Tort Designation ("Petition") submitted by
Feldman & Pinto, LLC; Kline & Specter, P.C.; and Arnold & Itkin, LLP (collectively, "Petition
Counsel").

## INTRODUCTION

This Court has worked tirelessly since the initial COVID-19 jury trial suspension to
allocate resources and enact protocols and guidelines allowing civil trials to resume and continue
despite variant surges and other challenges.  Those protocols and guidelines necessarily limit Court

Case ID: 210602347
Control No.: 22022902

resources.   Nonetheless, Petition Counsel requests that this Court commit already depleted resources to forming a Mass Tort Program for a group of cases that are already proceeding in counties across the Commonwealth and have access to coordinated discovery.  Petition Counsel ask this Court to prioritize their cases and favor their clients—nearly all of whom have asserted claims that bear no relation to Philadelphia County—over pending cases brought by Philadelphia counsel and litigants whose claims are related to this county.

As Petition Counsel is fully aware, (1) the overwhelming majority of the cases subject to their request have no relationship to Philadelphia County, (2) any evidence relating to Monsanto is located outside of the Commonwealth, and (3) any evidence relating to Nouryon is outside of Philadelphia.  That is precisely why these cases were filed over the past year in counties where Plaintiffs live, allegedly purchased and used the product(s) at issue, and sought medical treatment. As set forth in more detail below, some of the cases filed by Petition Counsel are already pending and subject to case management orders, discovery deadlines, and trial listings in Plaintiffs' home counties.  Allowing Petition Counsel to re-file those cases in Philadelphia and leverage them in support of a Mass Tort Program is an improper use of the program and a disservice to Philadelphia litigants and counsel with pending cases properly filed in this jurisdiction.

A Mass Tort Program is also unnecessary because Petition Counsel and their clients already have the benefit of coordinated discovery from other proceedings.  Plaintiffs around the country— including plaintiffs represented by Petition Counsel—have filed numerous products liability lawsuits alleging that exposure to Monsanto's Roundup®-branded herbicides caused them to develop non-Hodgkin's lymphoma ("NHL").  The majority of these cases are pending in Missouri (where Monsanto is based) or the United States District for the Northern District of California (where the United States Judicial Panel on Multidistrict Litigation ("JPML") established a Roundup® multidistrict litigation proceeding ("MDL")).  Although Petition Counsel have access to voluminous discovery materials from those proceedings (including over 20 million pages of documents produced by Monsanto), Petition Counsel unnecessarily seek to turn the Philadelphia Court of Common Pleas ("PCCP") into another hub of Roundup® litigation through the establishment of a Mass Tort Program for a subset of cases involving Pennsylvania plaintiffs.[1] The vast majority of these cases do not involve a resident of this county nor do they have any connection to this county at all.

Not only do the pending cases not belong in a Mass Tort Program but granting the relief sought in the Petition will inevitably make the PCCP a magnet for numerous Roundup® cases that do not belong in this Court and should not divert resources from current Philadelphia litigants and their counsel.  The Petition should be denied.

## BACKGROUND

For decades, farmers have used glyphosate-based herbicides like Roundup® to manage weeds, increasing crop yields.  Likewise, home-owners, landscaping companies, and local government agencies have used these herbicides for highly effective weed control.  Glyphosate is one of the most thoroughly studied herbicides in the world, and glyphosate-based herbicides have

---

[1] Of course, in contrast to the procedures of a federal multidistrict litigation proceeding, which is specifically authorized by a federal statute and well-elaborated in federal case law, there is no such statutory basis for the creation of Mass Tort Programs in this court.

Case ID: 210602347
Control No.: 22022902

received regulatory approval in more than 160 countries. Since 1974, when Monsanto first introduced a Roundup®-branded, glyphosate-based herbicide to the marketplace, the United States Environmental Protection Agency ("EPA") repeatedly has approved the sale of such herbicides without cancer warnings and concluded that glyphosate does not cause cancer—including as recently as 2020. In 2019, EPA instructed manufacturers of glyphosate-based herbicides that no request to add a cancer warning would be approved because that warning would be false and misleading. Nevertheless, numerous plaintiffs have filed lawsuits alleging that exposure to Monsanto's glyphosate-based herbicides resulted in the development of NHL.[2]

More than five years ago, on October 3, 2016, the JPML established MDL No. 2741 – *In re: Roundup Products Liability Litigation* in the Northern District of California. There are now 3,984 cases (involving 4,327 plaintiffs) pending in the Roundup® MDL. These cases have progressed and continue to progress: discovery has been completed in some cases and is underway in other cases; settlement discussions have occurred under the auspices of a court-appointed mediator (Kenneth Feinberg); and one case has been tried to verdict (and is pending in the United States Supreme Court, *see supra* note 2).

Because Monsanto is a Delaware corporation with its principal place of business in Missouri, federal courts have jurisdiction over Roundup® cases unless the plaintiffs are citizens of Missouri or Delaware. Nonetheless, various plaintiffs have attempted to defeat federal jurisdiction and prevent removal to federal court by naming Pennsylvania co-defendants. Kline & Specter and Arnold & Itkin originally accomplished this in Pennsylvania by naming local retail stores as defendants. Shortly after Nouryon moved their headquarters to Pennsylvania, however, Feldman & Pinto named them as co-defendants based on allegations that Nouryon manufactured and sold to Monsanto one of the ingredients used by Monsanto when manufacturing formulated Roundup® products. Since then, Kline & Specter and Arnold & Itkin have followed suit—abandoning claims against retailers in favor of claims against Nouryon. By swapping one set of Pennsylvania defendants for another set of Pennsylvania defendants, Petition Counsel have shown that the only reason these defendants have been sued in these lawsuits is to defeat federal jurisdiction and prevent Monsanto from removing these lawsuits to federal court, which would result in the cases being added to the Roundup® MDL proceedings discussed above.

The Petition identifies 91 Roundup® cases pending in the PCCP, but Monsanto is aware of 137 such cases (the "PCCP Roundup® Cases").[3] Each of these cases involve allegations that exposure to Roundup® resulted in the development of NHL (which is the claim asserted in most of the lawsuits that have been added to the Roundup® MDL). Petition Counsel have informed undersigned counsel that they expect to file more Roundup® lawsuits.

None of the defendants named in the lawsuits at issue here are based in Philadelphia County. Monsanto Company is based in St. Louis, Missouri, and Nouryon is based in Radnor,

---

[2] EPA's formal prohibition of cancer warnings on glyphosate-based herbicides means (at a minimum) that state-law failure-to-warn claims are preempted. This question of preemption is currently before the United States Supreme Court. *Monsanto Company v. Hardeman*, U.S. Supreme Court Case No. 21-241 (cert. pet. pending); *see also Monsanto Company v. Hardeman*, 595 U.S. __ at 1 (Dec. 13, 2021) (order inviting the United States Solicitor General to file a brief expressing the view of the United States).

[3] *See* Appendix 1.

Case ID: 210602347
Control No.: 22022902

Pennsylvania.  Out of 137 lawsuits, only *seven* are brought by plaintiffs alleging that they are residents of Philadelphia County.

## DISCUSSION

**I.     Creating a Roundup® Mass Tort Program in the PCCP is inappropriate because the overwhelming majority of the plaintiffs reside in counties far outside of Philadelphia County.**

Petition Counsel seek the establishment of a Roundup® Mass Tort Program in the PCCP based solely on the similarity—at the most general level—of the PCCP Roundup® Cases.  But Petition Counsel have ignored a more basic question: whether the cases even properly belong here.  As noted above, none of the defendants are based in Philadelphia County, and only seven of the 137 cases at issue involve Philadelphia County plaintiffs.  The majority of the plaintiffs in these cases live in excess of 100 miles away (with at least one of them living over 400 miles away).  It stands to reason that evidence supporting Plaintiffs' claims is also located far outside Philadelphia County.  In fact, discovery obtained in cases pending elsewhere in Pennsylvania demonstrates that evidence related to each Plaintiff's purchase and use of the product(s) and medical treatment is located in the counties where the various Plaintiffs reside, not Philadelphia.  Thus, the vast bulk of the cases have no connection to this venue and simply do not belong in this Court.  Accordingly, Monsanto will soon be moving, pursuant to the *forum non conveniens* doctrine, for transfer of the cases at issue.

The Complex Litigation Center uses the Mass Tort Program to coordinate mass litigations properly centered in the PCCP and was intended to "*to handle* . . . an exploding area of tort litigation." *Jessop v. ACF Indus. LLC*, 66 Pa. D. & C.4th 523, 552 (Com. Pl. 2004) (emphasis added), *aff'd*, 2004 PA Super 367, 859 A.2d 801 (2004).  There is a stark difference between handling litigation that belongs here and hosting litigation that does not.  What Petition Counsel contemplate here is not statutory and will needlessly create excessive burdens for a Court that will be required to adjudicate a flood of cases that do not belong here, to the detriment of local litigants and their counsel.  Accordingly, the Court should decline Petition Counsel's invitation to establish a Roundup® Mass Tort Program.

**II.    Creating a Roundup® Mass Tort Program would divert Court resources and attract additional plaintiffs outside of Pennsylvania.**

The PCCP currently maintains eight active mass tort programs and another 18 inactive programs.[4]  "Administrative difficulties follow for courts when litigation is piled up in congested centers instead of being handled at its origin." *Plum v. Tampax, Inc.*, 399 Pa. 553, 561, 160 A.2d 549, 553 (1960) (quoting *Gulf Oil Corp. v. Gilbert*, 330 U.S. 501, 508 (1947)).  As discussed above, rather than serving to coordinate cases properly filed in the PCCP, a Roundup® Mass Tort Program would act as a magnet—attracting cases that have no business in the PCCP and diverting Court resources that are better spent on pending and new cases with claims related to Philadelphia County.  Indeed, Mass Tort Programs have historically resulted in litigation in which the majority—or vast majority—of plaintiffs are not Pennsylvania residents.  In light of the case

---

[4] *See* https://www.courts.phila.gov/common-pleas/trial/civil/ (accessed February 19, 2022).

Case ID: 210602347
Control No.: 22022902

backlog of this Court and the herculean efforts of the Court to address that COVID-created backlog, there is simply no reason to create a program to attract even more cases here—especially when those cases have no connection with Philadelphia.  Why should the Court (and the taxpayers of this City) bear that burden?

The negative consequences of a Roundup® Mass Tort Program are not speculative.  The mere *prospect* of the program has already led to the filing of numerous cases in this Court that should have been filed—and indeed were originally filed—elsewhere.  Specifically, Kline & Specter has begun filing cases in this Court on behalf of plaintiffs who have already filed Roundup® suits in courts around this Commonwealth.[5]  Those cases had already progressed past the pleading stage in those other courts, with the commencement of discovery and—in some cases—the entry of case management orders and trial dates.[6]  Now, Kline & Specter seeks to undo that progress by re-filing those cases in this Court,[7] prior to dismissing the original cases.  Contrary to the conclusory claims made in the Petition, this scheme does not "promot[e] the efficient prosecution and resolution of Roundup cases" or "benefit the Court by enabling the efficient utilization of judicial resources."  Instead, this history confirms that a Roundup® Mass Tort Program would trigger filings of numerous cases in this Court that do not belong here.  The courts of this Commonwealth are all well-equipped to handle Roundup® litigation, and the administrative burden of these cases should be spread among them, according to each case's genuine place of origin.  This Court should reject Petition Counsel's attempt to unjustifiably utilize the PCCP's judicial resources for their own tactical ends.

### III.   The only distinguishing feature between these cases and cases already consolidated in the Roundup® MDL is the inclusion of an in-state defendant named solely for the purpose of defeating diversity jurisdiction (and preventing removal) and against whom Plaintiffs fail to state a claim.

If Petition Counsel were truly interested in centralization and coordination for the sake of efficiency, they would have filed their cases in federal court against Monsanto without adding claims against ancillary, unnecessary Pennsylvania defendants.  The cases would have been transferred to the Roundup® MDL and would have progressed within those coordinated proceedings, as has occurred with numerous other Roundup® cases.  Instead, Petition Counsel have chosen to avoid federal court and open a new front of litigation by naming Pennsylvania defendants.  As shown above, Petition Counsel view these Pennsylvania defendants as interchangeable—as illustrated by the Kline & Specter cases that substitute Nouryon for retailer defendants.  For this reason, the inclusion of Nouryon is plainly no basis to establish a Roundup® Mass Tort Program separate from—and in competition with—the Roundup® MDL.

---

[5] *See* Appendix 2.

[6] *See Tapper v. Monsanto Company et al.*, Lehigh County, Case No. 2021-C-2348 (CMO entered Feb. 11, 2022, attached as Exhibit 1); *Sterling v. Monsanto Company et al.*, Carbon County, Case No. 21-1644 (CMO entered Feb. 24, 2022, attached as Exhibit 2).

[7] Notably, each of these cases originally included local retailers as defendants for the sole purpose of defeating federal jurisdiction.  The iterations filed in this Court omit any claims against retailer defendants while adding claims against Nouryon, thus confirming that the only role of these Pennsylvania defendants is to defeat federal jurisdiction.

Case ID: 210602347
Control No.: 22022902

Further, Petition Plaintiffs who have named Nouryon in these lawsuits fail to even state a claim against them—which further supports the conclusion that the cases do not belong here and that the Petition should be denied. Nouryon did not design, develop, manufacture, or distribute Roundup®. Petition Plaintiffs allege that they are nonetheless liable because they manufactured, and sold to Monsanto, surfactants used by Monsanto when manufacturing formulated Roundup® products. This theory is based on allegations that the surfactants contributed to Petition Plaintiffs' alleged development of NHL due to the surfactants' combination with glyphosate, the active ingredient in Roundup®. This theory fails as a matter of law. Far from alleging (as they must) that the surfactants are "expected to and [do] reach the user or consumer without substantial change in the condition in which [they are] sold," *see Webb v. Zern*, 220 A.2d 853, 854 (Pa. 1966) (quoting Restatement (Second) of Torts § 402A(1)(b)), Petition Plaintiffs allege that the surfactants are rendered dangerous by Monsanto's incorporation of them into a separate finished product. There is, therefore, no basis to hold Nouryon liable as a component manufacturer. Petition Plaintiffs' failure-to-warn claims against these defendants fail because component manufacturers who lack control over the design and final assembly of a finished product—which describes Nouryon's role here—owe no duty to warn end users of any alleged dangers of the finished product. *See Callender v. Brighton Mach. Co., Inc.*, 755 WDA 2013, 2014 WL 10575351, at *5 (Pa. Super. Ct. Sept. 17, 2014)). And the negligence claims against Nouryon fail because Pennsylvania law does not recognize any duty in tort flowing from a component manufacturer (Nouryon) to a plaintiff who claims injury based on an alleged defect in final product manufactured by a separate company (Monsanto). *See Jacobini v. V. & O. Press Co.*, 588 A.2d 476, 477(Pa. 1991).

Although these important legal deficiencies are only summarized here, Nouryon has fully briefed them in preliminary objections filed in every case involving Nouryon where a responsive pleading has become due. Petition Plaintiffs have filed responses in several cases, and briefing will soon conclude. Creating a Roundup® Mass Tort program would undermine the interests of justice and efficiency by putting a halt to this progress and delaying resolution of Nouryon's dispositive preliminary objections. Moreover, there is no good reason to create a Mass Tort Program defined by the inclusion of co-defendants that have been sued solely to defeat federal jurisdiction and prevent removal.

## IV.   Plaintiff's request for coordination is not supported and lacks merit.

Petition Counsel urge coordination in a single conclusory paragraph that simply highlights—at the most general level—certain similarities among Roundup® cases. But Petition Counsel fail to even mention that discovery in these cases has already been streamlined by the voluntary utilization of plaintiff fact sheets and other means of standardizing discovery across Roundup® cases, and Monsanto has shown above that the existing Roundup® MDL offers all of the purported advantages Petition Counsel ostensibly seek. Because a Roundup® MDL already exists, Petition Counsel bear a heavy burden to demonstrate the need for a competing Roundup® Mass Tort Program. The Petition's cursory argument wholly fails to carry this burden and should be rejected.

6

Case ID: 210602347
Control No.: 22022902

**CONCLUSION**

For the foregoing reasons, we respectfully request that this Court deny Petition Counsel's request to establish a Roundup® Mass Tort Program in the Philadelphia County Court of Common Pleas.

Thank you for your consideration.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: ___*/s/ Joseph H. Blum*___
    Joseph H. Blum, Esq. (PA ID 36874)
    Erin L. Leffler, Esq. (PA ID 204507)
    Nicolai A. Schurko (PA ID No. 309548)
    Two Commerce Square
    2001 Market Street, Suite 3000
    Philadelphia, PA 19103
    Phone:  215-278-2555
    jblum@shb.com
    eleffler@shb.com
    nschurko@shb.com

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Albert G. Bixler
Two Liberty Place, 22nd Floor
50 South 16th Street
Philadelphia, PA 19102
(215) 851-8400
abixler@eckertseamans.com

*Attorneys for Defendants Monsanto Company, Nouryon Surface Chemistry LLC, Nouryon Chemicals LLC, and Nouryon USA LLC*

Case ID: 210602347
Control No.: 22022902

cc:     **sent via email**
      The Honorable Daniel J. Anders
      The Honorable Abbe Fletman
      Stanley Thompson, Esquire
      Matthew J. Allen, Esquire
      Janae Bradley
      Raymond Dorizio
      Rosemary Pinto, Esquire
      John Boundas, Esquire
      Alexandra Sobieski, Esquire
      Annette Ferrara, Esquire
      Carolina Medina-Alejandro, Esquire
      Javier Soler, Esquire
      Thomas Kline, Esquire
      Tobi Millrood, Esquire
      Kila Baldwin, Esquire
      Christopher Gomez, Esquire
      Jason Itkin, Esquire
      Kurt B. Arnold
      Noah M. Wexler
      Brittany L. Clark
      J. Benjamin Bireley
      Shawn Fox, Esquire
      Sean Tracey, Esquire
      Rebecca R. King, Esquire
      Walt Cubberly, Esquire
      Margaret Lecocke, Esquire
      Allen M. Stewart, Esquire
      Peter A. Kraus, Esquire
      Leslie C. MacLean, Esquire

Case ID: 210602347
Control No.: 22022902

**CERTIFICATE OF SERVICE**

I, Joseph H. Blum, hereby certify that on March 3, 2022, I served a true and correct copy of the foregoing **OPPOSITION TO PLAINTIFFS' PETITION TO COORDINATE ROUNDUP PRODUCTS LIABILITY CASES CURRENTLY PENDING IN THE PHILADELPHIA COURT OF COMMON PLEAS AND FOR MASS TORT DESIGNATION** on all counsel of record via the Court's e-filing system and on the following via email:

The Honorable Daniel J. Anders
The Honorable Abbe Fletman
Stanley Thompson, Esquire
Matthew J. Allen, Esquire
Janae Bradley
Raymond Dorizio
Rosemary Pinto, Esquire
John Boundas, Esquire
Alexandra Sobieski, Esquire
Annette Ferrara, Esquire
Carolina Medina-Alejandro, Esquire
Javier Soler, Esquire
Thomas Kline, Esquire
Tobi Millrood, Esquire
Kila Baldwin, Esquire
Christopher Gomez, Esquire
Jason Itkin, Esquire
Kurt B. Arnold
Noah M. Wexler
Brittany L. Clark
J. Benjamin Bireley
Shawn Fox, Esquire
Sean Tracey, Esquire
Rebecca R. King, Esquire
Walt Cubberly, Esquire
Margaret Lecocke, Esquire
Allen M. Stewart, Esquire
Peter A. Kraus, Esquire
Leslie C. MacLean, Esquire

/s/ Joseph H. Blum
Joseph H. Blum

*Attorneys for Defendants Monsanto Company, Nouryon Surface Chemistry LLC, Nouryon Chemicals LLC, and Nouryon USA LLC*

Case ID: 210602347
Control No.: 22022902

# APPENDIX 1

Case ID: 210602347
Control No.: 22022902

# Appendix 1

| # | Case Name | Court | Court Cause # | Plaintiff Firm(s) |
|---|-----------|-------|---------------|-------------------|
| 1 | Albert, Phyllis | PA - Philadelphia County Court of Common Pleas | 220200008 | Arnold & Itkin, LLP |
| 2 | Ard, Sherri | PA - Philadelphia County Court of Common Pleas | 220100348 | Arnold & Itkin, LLP |
| 3 | Armetta, Salvatore | PA - Philadelphia County Court of Common Pleas | 220200009 | Arnold & Itkin, LLP |
| 4 | Ballantyne, Jr., Carl Rigg | PA - Philadelphia County Court of Common Pleas | 211201357 | Kline & Specter, P.C. |
| 5 | Barron, Austin L. | PA - Philadelphia County Court of Common Pleas | 220102492 | Kline & Specter, P.C. |
| 6 | Bartlett, Richard | PA - Philadelphia County Court of Common Pleas | 220200010 | Arnold & Itkin, LLP |
| 7 | Basko, Carol | PA - Philadelphia County Court of Common Pleas | 220200013 | Arnold & Itkin, LLP |
| 8 | Beckley, Karen K. | PA - Philadelphia County Court of Common Pleas | 211000081 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 9 | Benn, Maurice | PA - Philadelphia County Court of Common Pleas | 210900923 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 10 | Boothby, Roger Wayne | PA - Philadelphia County Court of Common Pleas | 220102497 | Feldman & Pinto // Tracey Fox King & Walters |
| 11 | Bost, Shirley | PA - Philadelphia County Court of Common Pleas | 211001571 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 12 | Boyd, John | PA - Philadelphia County Court of Common Pleas | 220200021 | Arnold & Itkin, LLP |
| 13 | Brooks, Holly | PA - Philadelphia County Court of Common Pleas | 210902140 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 14 | Brosius, Joyce | PA - Philadelphia County Court of Common Pleas | 220102498 | Kline & Specter, P.C. |
| 15 | Brought, Susan M. | PA - Philadelphia County Court of Common Pleas | 210900079 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 16 | Brubaker, Debra | PA - Philadelphia County Court of Common Pleas | 211001572 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 17 | Brunskill, Nancy | PA - Philadelphia County Court of Common Pleas | 220200040 | Kline & Specter, P.C. |
| 18 | Budd, Sr., Thomas A. | PA - Philadelphia County Court of Common Pleas | 211001573 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 19 | Burke, Debra | PA - Philadelphia County Court of Common Pleas | 220200023 | Arnold & Itkin, LLP |
| 20 | Caranci, Ernest | PA - Philadelphia County Court of Common Pleas | 210602213 | Kline & Specter, P.C. |
| 21 | Cipollone, Susan M. | PA - Philadelphia County Court of Common Pleas | 211000082 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 22 | Clark, Todd | PA - Philadelphia County Court of Common Pleas | 220200025 | Arnold & Itkin, LLP |
| 23 | Clements, Jeffrey | PA - Philadelphia County Court of Common Pleas | 220100343 | Arnold & Itkin, LLP |
| 24 | Cole, Stacey M. | PA - Philadelphia County Court of Common Pleas | 210900081 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |

Case ID: 210602347
Control No.: 22022902

| # | Case Name | Court | Court Cause # | Plaintiff Firm(s) |
|---|---|---|---|---|
| 25 | Coughlin, Elizabeth | PA - Philadelphia County Court of Common Pleas | 220102499 | Feldman & Pinto // Tracey Fox King & Walters |
| 26 | Cowden, Lawrence M. | PA - Philadelphia County Court of Common Pleas | 210902141 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 27 | Davis, Raymond | PA - Philadelphia County Court of Common Pleas | 220200026 | Arnold & Itkin, LLP |
| 28 | Daywalt, Bernadette | PA - Philadelphia County Court of Common Pleas | 210902142 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 29 | De Primo, Joseph | PA - Philadelphia County Court of Common Pleas | 210902143 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 30 | Deascenti, Judy | PA - Philadelphia County Court of Common Pleas | 211001574 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 31 | Deichman, Stephen | PA - Philadelphia County Court of Common Pleas | 220200022 | Kline & Specter, P.C. |
| 32 | Deichman, Stephen | PA - Philadelphia County Court of Common Pleas | 220200302 | Kline & Specter, P.C. |
| 33 | DiGiacomo, Michael | PA - Philadelphia County Court of Common Pleas | 220200019 | Kline & Specter, P.C. |
| 34 | DiGiacomo, Michael | PA - Philadelphia County Court of Common Pleas | 220200305 | Kline & Specter, P.C. |
| 35 | Donatelli, Mark S. | PA - Philadelphia County Court of Common Pleas | 210900924 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 36 | Dougherty, William T. | PA - Philadelphia County Court of Common Pleas | 210900083 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 37 | Edwards, Rolin | PA - Philadelphia County Court of Common Pleas | 211001575 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 38 | Federovitch, Jr., Francis | PA - Philadelphia County Court of Common Pleas | 220102489 | Feldman & Pinto // Tracey Fox King & Walters |
| 39 | Fequa, Teresa | PA - Philadelphia County Court of Common Pleas | 220100334 | Arnold & Itkin, LLP |
| 40 | Fleming, Hope | PA - Philadelphia County Court of Common Pleas | 220201640 | Feldman & Pinto |
| 41 | Ford, John W. | PA - Philadelphia County Court of Common Pleas | 210900926 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 42 | Garretson, Susan | PA - Philadelphia County Court of Common Pleas | 220102478 | Kline & Specter, P.C. |
| 43 | Garretson, Susan | PA - Philadelphia County Court of Common Pleas | 220200033 | Kline & Specter, P.C. |
| 44 | Gavarone, Deborah A. | PA - Philadelphia County Court of Common Pleas | 211000083 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 45 | Gennett, John | PA - Philadelphia County Court of Common Pleas | 211000084 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 46 | Gernerd, Douglas | PA - Philadelphia County Court of Common Pleas | 220200027 | Arnold & Itkin, LLP |
| 47 | Glancy, Jr., George H. | PA - Philadelphia County Court of Common Pleas | 210902144 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 48 | Goff, Joseph C. | PA - Philadelphia County Court of Common Pleas | 210902145 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |

Case ID: 210602347
Control No.: 22022902

| # | Case Name | Court | Court Cause # | Plaintiff Firm(s) |
|---|-----------|-------|---------------|-------------------|
| 49 | Graham, Dianne | PA - Philadelphia County Court of Common Pleas | 220102501 | Kline & Specter, P.C. |
| 50 | Gunn, Jeffrey | PA - Philadelphia County Court of Common Pleas | 210700239 | Kline & Specter, P.C. |
| 51 | Hample, Michael | PA - Philadelphia County Court of Common Pleas | 210902146 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 52 | Hamsher, Jeffrey | PA - Philadelphia County Court of Common Pleas | 220200017 | Kline & Specter, P.C. |
| 53 | Hamsher, Jeffrey | PA - Philadelphia County Court of Common Pleas | 220200310 | Kline & Specter, P.C. |
| 54 | Harris, Kevin | PA - Philadelphia County Court of Common Pleas | 220200029 | Arnold & Itkin, LLP |
| 55 | Hinkle, Jacob | PA - Philadelphia County Court of Common Pleas | 211001576 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 56 | Hodgson, Patricia | PA - Philadelphia County Court of Common Pleas | 220200037 | Kline & Specter, P.C. |
| 57 | Hoover, Robert | PA - Philadelphia County Court of Common Pleas | 220200030 | Arnold & Itkin, LLP |
| 58 | Houk, Terry | PA - Philadelphia County Court of Common Pleas | 211000085 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 59 | Irvine, Denise | PA - Philadelphia County Court of Common Pleas | 220102488 | Feldman & Pinto // Tracey Fox King & Walters |
| 60 | Jones, Michael L. | PA - Philadelphia County Court of Common Pleas | 210902147 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 61 | Keener, Thomas | PA - Philadelphia County Court of Common Pleas | 220200041 | Kline & Specter, P.C. |
| 62 | Kiehl, Michael Anthony | PA - Philadelphia County Court of Common Pleas | 220102495 | Feldman & Pinto // Tracey Fox King & Walters |
| 63 | Kline, Carl | PA - Philadelphia County Court of Common Pleas | 220201641 | Feldman & Pinto |
| 64 | Kulp, Benjamin | PA - Philadelphia County Court of Common Pleas | 220200016 | Kline & Specter, P.C. |
| 65 | Kulp, Benjamin | PA - Philadelphia County Court of Common Pleas | 220200312 | Kline & Specter, P.C. |
| 66 | Lee, Vincent | PA - Philadelphia County Court of Common Pleas | 220100340 | Arnold & Itkin, LLP |
| 67 | Lenox, Ronald | PA - Philadelphia County Court of Common Pleas | 210902148 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 68 | Martel, Kelly J. | PA - Philadelphia County Court of Common Pleas | 210900084 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 69 | Mattioli, Joseph | PA - Philadelphia County Court of Common Pleas | 210900925 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 70 | May, Marvin | PA - Philadelphia County Court of Common Pleas | 210902165 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 71 | McCrudden, James | PA - Philadelphia County Court of Common Pleas | 220200317 | Kline & Specter, P.C. |
| 72 | McCrudden, James | PA - Philadelphia County Court of Common Pleas | 220102508 | Kline & Specter, P.C. |
| 73 | McGee, Jospeh K. | PA - Philadelphia County Court of Common Pleas | 211001577 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |

Case ID: 210602347
Control No.: 22022902

| # | Case Name | Court | Court Cause # | Plaintiff Firm(s) |
|---|-----------|-------|---------------|-------------------|
| 74 | McGlone, Gerard | PA - Philadelphia County Court of Common Pleas | 210902154 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 75 | McGowan, Sean | PA - Philadelphia County Court of Common Pleas | 220200018 | Kline & Specter, P.C. |
| 76 | McGowan, Sean | PA - Philadelphia County Court of Common Pleas | 220200036 | Kline & Specter, P.C. |
| 77 | McKivison, John | PA - Philadelphia County Court of Common Pleas | 220100337 | Arnold & Itkin, LLP |
| 78 | Medway, Marc Jay | PA - Philadelphia County Court of Common Pleas | 210901933 | Kline & Specter, P.C. |
| 79 | Melissen, William | PA - Philadelphia County Court of Common Pleas | 210602578 | Kline & Specter, P.C. |
| 80 | Miechur, Josephine | PA - Philadelphia County Court of Common Pleas | 210902155 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 81 | Miller, Allison M. | PA - Philadelphia County Court of Common Pleas | 211000086 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 82 | Miller, William | PA - Philadelphia County Court of Common Pleas | 220102515 | Kline & Specter, P.C. |
| 83 | Miller, William | PA - Philadelphia County Court of Common Pleas | 220200425 | Kline & Specter, P.C. |
| 84 | Mills, Albert | PA - Philadelphia County Court of Common Pleas | 220200432 | Arnold & Itkin, LLP |
| 85 | Mullray, Daniel | PA - Philadelphia County Court of Common Pleas | 220100349 | Arnold & Itkin, LLP |
| 86 | Murphy, Daniel | PA - Philadelphia County Court of Common Pleas | 210900928 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 87 | Norris, Diane | PA - Philadelphia County Court of Common Pleas | 220200440 | Arnold & Itkin, LLP |
| 88 | Ortiz, Edwin | PA - Philadelphia County Court of Common Pleas | 220100345 | Arnold & Itkin, LLP |
| 89 | Patton, Gregory | PA - Philadelphia County Court of Common Pleas | 211000088 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 90 | Perrelli, Michael | PA - Philadelphia County Court of Common Pleas | 220102496 | Feldman & Pinto // Tracey Fox King & Walters |
| 91 | Phillips, Mark | PA - Philadelphia County Court of Common Pleas | 210900930 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 92 | Pollish, Rosemarie | PA - Philadelphia County Court of Common Pleas | 220200442 | Arnold & Itkin, LLP |
| 93 | Purnell, Debra | PA - Philadelphia County Court of Common Pleas | 210602347 | Kline & Specter, P.C. |
| 94 | Rinehart, Martin Grant | PA - Philadelphia County Court of Common Pleas | 220102493 | Feldman & Pinto // Tracey Fox King & Walters |
| 95 | Roop, Richard | PA - Philadelphia County Court of Common Pleas | 220200444 | Arnold & Itkin, LLP |
| 96 | Santiago, Manuel | PA - Philadelphia County Court of Common Pleas | 220200445 | Arnold & Itkin, LLP |
| 97 | Schandler, Jr., Albert F. | PA - Philadelphia County Court of Common Pleas | 210900085 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 98 | Schank, Lorraine | PA - Philadelphia County Court of Common Pleas | 220200034 | Kline & Specter, P.C. |
| 99 | Schank, Lorraine | PA - Philadelphia County Court of Common Pleas | 220102482 | Kline & Specter, P.C. |

Case ID: 210602347
Control No.: 22022902

| # | Case Name | Court | Court Cause # | Plaintiff Firm(s) |
|---|---|---|---|---|
| 100 | Schechter, Sidney | PA - Philadelphia County Court of Common Pleas | 211001578 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 101 | Scott, Tyrone | PA - Philadelphia County Court of Common Pleas | 220200024 | Kline & Specter, P.C. |
| 102 | Sell, Gary | PA - Philadelphia County Court of Common Pleas | 220200446 | Arnold & Itkin, LLP |
| 103 | Shafer, Alma | PA - Philadelphia County Court of Common Pleas | 220200327 | Kline & Specter, P.C. |
| 104 | Shafer, Alma | PA - Philadelphia County Court of Common Pleas | 220200015 | Kline & Specter, P.C. |
| 105 | Shaffer, Sr., William H. | PA - Philadelphia County Court of Common Pleas | 210902156 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 106 | Sheaffer, Michele | PA - Philadelphia County Court of Common Pleas | 211001579 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 107 | Sinemus, Lon | PA - Philadelphia County Court of Common Pleas | 210902157 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 108 | Smith, Thomas E. | PA - Philadelphia County Court of Common Pleas | 210900931 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 109 | Snyder, Jr., Earl | PA - Philadelphia County Court of Common Pleas | 220200450 | Arnold & Itkin, LLP |
| 110 | Sterling, Kevin | PA - Philadelphia County Court of Common Pleas | 220200035 | Kline & Specter, P.C. |
| 111 | Sterling, Kevin | PA - Philadelphia County Court of Common Pleas | 220102538 | Kline & Specter, P.C. |
| 112 | Stewart, Jr., William B. | PA - Philadelphia County Court of Common Pleas | 210900932 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 113 | Stitt, Alan | PA - Philadelphia County Court of Common Pleas | 211000089 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 114 | Stoffa, John J. | PA - Philadelphia County Court of Common Pleas | 220102491 | Feldman & Pinto // Tracey Fox King & Walters |
| 115 | Sullivan, John | PA - Philadelphia County Court of Common Pleas | 211000091 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 116 | Swenson, John A. | PA - Philadelphia County Court of Common Pleas | 220102490 | Feldman & Pinto // Tracey Fox King & Walters |
| 117 | Tapper, Eugene | PA - Philadelphia County Court of Common Pleas | 220200333 | Kline & Specter, P.C. |
| 118 | Tapper, Eugene | PA - Philadelphia County Court of Common Pleas | 220200020 | Kline & Specter, P.C. |
| 119 | Taylor, Ronald K. | PA - Philadelphia County Court of Common Pleas | 210900933 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 120 | Tupta, Mark | PA - Philadelphia County Court of Common Pleas | 220200454 | Arnold & Itkin, LLP |
| 121 | Valente, Stephen | PA - Philadelphia County Court of Common Pleas | 210900086 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 122 | Varano, Kenneth | PA - Philadelphia County Court of Common Pleas | 220200011 | Kline & Specter, P.C. |
| 123 | Varano, Kenneth | PA - Philadelphia County Court of Common Pleas | 220200343 | Kline & Specter, P.C. |
| 124 | Wagner, William | PA - Philadelphia County Court of Common Pleas | 210900935 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |

Case ID: 210602347
Control No.: 22022902

| # | Case Name | Court | Court Cause # | Plaintiff Firm(s) |
|---|-----------|-------|---------------|-------------------|
| 125 | Warwick, Mary | PA - Philadelphia County Court of Common Pleas | 220200355 | Kline & Specter, P.C. |
| 126 | Warwick, Mary | PA - Philadelphia County Court of Common Pleas | 220102503 | Kline & Specter, P.C. |
| 127 | Weiss, Elliott | PA - Philadelphia County Court of Common Pleas | 210902158 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 128 | White, Barbara | PA - Philadelphia County Court of Common Pleas | 211000093 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 129 | White, Sandra | PA - Philadelphia County Court of Common Pleas | 211000094 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 130 | Wilson, Adia | PA - Philadelphia County Court of Common Pleas | 220200038 | Kline & Specter, P.C. |
| 131 | Wolpert, Michael | PA - Philadelphia County Court of Common Pleas | 211000095 | Allen Stewart, P.C. // Feldman & Pinto // Waters Kraus & Paul // Williams Hart Boundas Easterby, LLP |
| 132 | Womack, Judith | PA - Philadelphia County Court of Common Pleas | 220201642 | Feldman & Pinto |
| 133 | Wright, Rodney A. | PA - Philadelphia County Court of Common Pleas | 220200014 | Kline & Specter, P.C. |
| 134 | Zammuto, Michael | PA - Philadelphia County Court of Common Pleas | 220200455 | Arnold & Itkin, LLP |
| 135 | Zanolini, Carl | PA - Philadelphia County Court of Common Pleas | 220200458 | Arnold & Itkin, LLP |
| 136 | Zippi, Carlo | PA - Philadelphia County Court of Common Pleas | 220200357 | Kline & Specter, P.C. |
| 137 | Zippi, Carlo | PA - Philadelphia County Court of Common Pleas | 220200012 | Kline & Specter, P.C. |

Case ID: 210602347
Control No.: 22022902

# APPENDIX 2

Case ID: 210602347
Control No.: 22022902

**APPENDIX 2**

| Case Name | Court | Court Cause # | Plaintiff Firm(s) |
|---|---|---|---|
| Deichman, Stephen W. | PA - York County Court of Common Pleas | 2021-SU-002110 | Kline & Specter, P.C. |
| Digiacomo, Michael | PA - Berks County Court of Common Pleas | 21-13327 | Kline & Specter, P.C. |
| Hamsher, Jeffrey | PA - Berks County Court of Common Pleas | 21-13333 | Kline & Specter, P.C. |
| McGowan, Sean | PA - Lackawanna County Court of Common Pleas | 2021-03761 | Kline & Specter, P.C. |
| Sterling, Kevin | PA - Carbon County Court of Common Pleas | 21-1644 | Kline & Specter, P.C. |
| Tapper, Eugene | PA - Lehigh County Court of Common Pleas | 2021-C-2348 | Kline & Specter, P.C. |

Case ID: 210602347
Control No.: 22022902

# EXHIBIT 1

Case ID: 210602347
Control No.: 22022902

P-JW

FILED 2/11/2022 1:46 PM, Clerk of Judicial Records, Civil Division, Lehigh County, PA
Case 3.16-md-02741-VC  Document 16978-5  Filed 05/01/23  Page 26 of 31
2021-C-2348      /s/DM

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA
CIVIL DIVISION

| | | |
|---|---|---|
| EUGENE TAPPER and | ) | No. 2021-C-2348 |
| MICHELE TAPPER, | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| vs. | ) | CIVIL |
| | ) | |
| BAYER AG, MONSANTO COMPANY, | ) | |
| BELL ACE HARDWARE, TRACTOR | ) | |
| SUPPLY CO. and PAULS HARDWARE, | ) | ASSIGNED TO: |
| **Defendants** | ) | The Honorable Michele A. Varricchio |

## ORDER

### OF CASE MANAGEMENT AND JURY TRIAL ATTACHMENT

AND NOW, this ___11th___ day of February, 2022;

IT IS HEREBY ORDERED that:

1. All pretrial discovery shall be completed by November 10, 2022;

2. Plaintiff shall identify and submit to all other parties curriculum vitae and expert reports of all expert witnesses intended to testify no later than December 10, 2022;

3. Defendants and any additional Defendants shall identify and submit to all other parties curriculum vitae and expert reports of all expert witnesses intended to testify no later than January 10, 2023;

4. Any summary judgment motions shall be filed by February 10, 2023;[1]

5. On or before February 1, 2023, each party shall submit a Settlement Status Memorandum to the Court via facsimile to: 610-871-2775. The Settlement Status

---

[1] If any party relies on deposition testimony, then the complete deposition, not an excerpt, shall be attached to the motion for summary judgment or response thereto.

1

Case ID: 210602347
Control No.: 22022902

explanation of any impediments to settlement, and a statement of whether alternative dispute resolution is possible. All statements contained within the Settlement Status Memorandum cannot be used for discovery nor can they be entered into the record at trial.

6. A pre-trial conference (PTC) shall be held on <u>June 2, 2023</u>, at <u>2:00 PM</u> in Courtroom 5B, Lehigh County Courthouse, 455 West Hamilton Street, Allentown, Pennsylvania;

   a. The parties or their trial counsel of record shall attend the PTC and shall arrive 15 minutes prior to the above scheduled time. If the parties or their trial counsel fail to attend, the case may be dismissed or the parties or their trial counsel may waive their ability to be heard on important issues;

   b. On or before May 23, 2023, counsel/the parties shall file with the Clerk of Judicial Records–Civil Division, serve on opposing counsel/parties, and deliver a hard copy to Court Administrator for transmittal to the Judge, a Trial Submission consisting of the following documents:

     (1) A Pre-Trial Memorandum that complies with the requirements of Pa.R.C.P. 212.2(a) and also includes the settlement status, the estimated length of trial and the name, address and telephone number of trial counsel. Witnesses and/or exhibits not specifically identified in the Memorandum are precluded from being presented at trial in a party's case-in-chief, subject to applicable law. No reservations to amend are permitted;

     (2) Joint Jury Instructions (counsel shall confer in advance and prepare a set of those jury instructions to which they agree, listing them seriatim only by PA Suggested Standard Jury Instruction title and number) See Leh. R.C.P. 226;

     (3) Additional Requested Jury Instructions, including PA Standard Jury Instruction title and number (any deviations from the exact PA Standard Jury Instruction must appear in italics);

     (4) Any Motions In Limine on complex legal trial issues, each motion filed separately;

     (5) Proposed Voir Dire questions that are in addition to Pa.R.C.P. 220.3;

     (6) Proposed Verdict Slip;

     (7) Joint short statement of the case to be read by the Court during voir dire. The statement shall be approximately one to three sentences in length.

   b. Any Objections to the Additional Requested Jury Instructions and/or Responses to any Motions in Limine shall be filed <u>no later than May 26, 2023</u> with the Clerk of

Case ID: 210602347
Control No.: 22022902

Judicial Records-Civil Division, served on opposing counsel/parties and delivered to Court Administration.

7. A Jury Trial shall commence on <u>June 20, 2023</u>, at <u>9:00 AM</u> in Courtroom 5B, Lehigh County Courthouse, 455 West Hamilton Street, Allentown, Pennsylvania, or as soon thereafter as the schedule of the Court permits within the two weeks following that date (Trial Term);

a. The parties shall create a joint Exhibit Binder(s) that contains all of the exhibits that each party intends to offer during the course of the Trial. The exhibits should be pre-marked with proposed exhibit numbers (e.g., P–1, D–1, or Joint–1) and placed behind tabs bearing the exhibit number. The front of the Exhibit Binder(s) shall contain an index of exhibits and include a notation as to whether the parties stipulate to the admissibility of the exhibit. Two copies of the joint Exhibit Binder(s) shall be provided to the Court at a date to be determined at the pre-trial conference—one copy is for the Judge and one copy is for the Court Reporter. The parties shall bring a third copy of the Exhibit Binder to Trial for use by the witnesses.

b. This Order of Case Management and Jury Trial Attachment shall serve as the formal attachment for Trial.

**BY THE COURT:**

**Michele A. Varricchio, J.**

3

Case ID: 210602347
Control No.: 22022902

IN THE COURT OF COMMON PLEAS OF LEHIGH COUNTY, PENNSYLVANIA

CIVIL COURT DIVISION

Document Distribution List

File No.: 2021-C-2348

2/11/2022

| Kila B Baldwin, Esq | Kline & Specter PC<br>The Nineteenth Floor<br>1525 Locust Street<br>Philadelphia PA  19102 |
|---|---|
| Bayer AG | 100 Bayer Boulevard<br>Whippany NJ  07981 |
| Joseph H Blum, Esq | Shook Hardy & Bacon LLP<br>Two Commerce Square Ste 3000<br>2001 Market St<br>Philadelphia PA  19103 |
| Thomas R Kline, Esq | Kline & Specter PC<br>The Nineteenth Floor<br>1525 Locust Street<br>Philadelphia PA  19102 |

## 236 NOTICE

Pursuant to Pa.R.C.P. § 236, notice is hereby given that an order, decree, or judgment in

the above captioned matter has been entered.

Andrea E. Naugle
Clerk of Judicial Records

CV15b

Case ID: 210602347
Control No.: 22022902

# EXHIBIT 2

Case ID: 210602347
Control No.: 22022902

# IN THE COURT OF COMMON PLEAS OF CARBON COUNTY, PENNSYLVANIA

## CIVIL ACTION

KEVIN STERLING
DEBRA STERLING
VS
MONSANTO COMPANY                     NO. 21-1644
BAYER AG & ET AL

| Counsel: | | Counsel: | |
|---|---|---|---|
| Plaintiff | KLINE, THOMAS R ESQUIRE | Defendant | HELLER, JAMES H ESQ |
| Plaintiff | WALDENBERGER, JAMES J ES | | |
| Plaintiff | JIMENEZ, PRISCILLA E ESQ | | |
| Defendant | BLUM, JOSEPH H ESQUIRE | | |
| Pro Se | BAYER AG | | |

562183
18

## ORDER OF COURT

        AND NOW, this 24th day of February, 2022, after a Management Review,
it is hereby ORDERED and DECREED as follows:

[ X ]   1. This case will be processed on the following track:
            Fast              Standard        X  Complex

[ X ]   2. The following time standards are established:
            Discovery complete by:                    01/18/23
            Plaintiff Expert Reports exchanged by:     02/17/23
            Defendant Expert Reports exchanged by:     03/19/23
            Last day to file Pretrial Motions:         03/19/23
            Pretrial Memo to be filed by:              05/03/23
            Pretrial Conference to be scheduled after: 05/18/23
            Jury Trial to be scheduled after:          07/17/23

**MILESTONES FOR PRETRIAL CONFERENCES & TRIALS REFLECT APPROXIMATE DATES FOR
BOTH EVENTS.  YOU WILL BE NOTIFIED BY COURT ORDER OF THE EXACT DATE & TIME.**

        Any relief from deadlines set forth in this Case Management
Order shall be pursuant to Carbon County Local Rule of Civil Procedure
212.1.

                        BY THE COURT,


                        Roger N. Nanovic, P.J.


***** FILE COPY *****

Case ID: 210602347
Control No.: 22022902