# EXHIBIT I

## IN THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
## PHILADELPHIA COURT OF COMMON PLEAS
## TRIAL DIVISION – CIVIL

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION

: May ___ TERM 2022
:
:
: No. 550

Complex Litigation
Center

MAY 1 1 2022

J Stewart

### ORDER

**AND NOW**, this 10th day of May, 2022, upon consideration of the Petition to Coordinate Roundup Products Liability Cases (Control No. 22022902; filed under Debra Purnell, et al., v. Monsanto Company, et al., June Term 2021 No. 2347), and any response, the Petition is **GRANTED**.

Accordingly, all currently filed Roundup matters, including those appearing on the attached list of cases, shall be transferred to the Complex Litigation and coordinated under the above-captioned Master Docket.  Counsel shall have twenty (20) days in which to submit an agreed-upon Case Management Order No. 1 to the Court.  Upon failure to agree, counsel shall notify the Court, and the Court will issue Case Management Order No. 1.

It is further **ORDERED** that all responsive pleading obligations are stayed until responsive pleading deadlines are established under Case Management Order No. 1.

ORDER-In Re: Roundup Products Litigation

22050055000002

Lisette Shirdan-Harris, J.
**Administrative Judge, Trial Division**

# EXHIBIT 1

| | Case Name | Court Term and Number | Plaintiffs' Counsel |
|---|---|---|---|
| 1 | Brought, Susan | 210900079 | Feldman Pinto LLC |
| 2 | Cole, Stacey F. | 210900081 | Feldman Pinto LLC |
| 3 | Dougherty, William | 210900083 | Feldman Pinto LLC |
| 4 | Martel, Kelly J. | 210900084 | Feldman Pinto LLC |
| 5 | Schandler, Albert F., Jr. | 210900085 | Feldman Pinto LLC |
| 6 | Valente, Stephen | 210900086 | Feldman Pinto LLC |
| 7 | Benn, Maurice | 210900923 | Feldman Pinto LLC |
| 8 | Donatelli, Mark S. | 210900924 | Feldman Pinto LLC |
| 9 | Ford, John | 210900926 | Feldman Pinto LLC |
| 10 | Mattioli, Joseph | 210900925 | Feldman Pinto LLC |
| 11 | Murphy, Daniel | 210900928 | Feldman Pinto LLC |
| 12 | Phillips, Mark S. | 210900930 | Feldman Pinto LLC |
| 13 | Smith, Thomas E. | 210900931 | Feldman Pinto LLC |
| 14 | Stewart, William B. | 210900932 | Feldman Pinto LLC |
| 15 | Taylor, Ronald K. | 210900933 | Feldman Pinto LLC |
| 16 | Wagner, William | 210900935 | Feldman Pinto LLC |
| 17 | Brooks, Holly | 210902140 | Feldman Pinto LLC |
| 18 | Cowden, Lawrence M. | 210902141 | Feldman Pinto LLC |
| 19 | Daywalt, Bernadette | 210902142 | Feldman Pinto LLC |
| 20 | dePrimo, Joseph | 210902143 | Feldman Pinto LLC |
| 21 | Glancy, George, H., Jr. | 210902144 | Feldman Pinto LLC |
| 22 | Goff, Joseph C. | 210902145 | Feldman Pinto LLC |
| 23 | Hample, Michael | 210902146 | Feldman Pinto LLC |
| 24 | Jones, Michael | 210902147 | Feldman Pinto LLC |
| 25 | Lenox, Ronald | 210902148 | Feldman Pinto LLC |
| 26 | May, Marvin | 210902165 | Feldman Pinto LLC |
| 27 | McGlone, Gerard | 210902154 | Feldman Pinto LLC |
| 28 | Miechur, Josephine | 210902155 | Feldman Pinto LLC |
| 29 | Shaffer, William H, Sr. | 210902156 | Feldman Pinto LLC |
| 30 | Sinemus, Lon | 210902157 | Feldman Pinto LLC |
| 31 | Weiss, Elliott | 210902158 | Feldman Pinto LLC |
| 32 | Beckley, Karen | 211000081 | Feldman Pinto LLC |
| 33 | Cipollone, Susan M. | 211000082 | Feldman Pinto LLC |
| 34 | Gavarone, Deborah | 211000083 | Feldman Pinto LLC |
| 35 | Gennett, John | 211000084 | Feldman Pinto LLC |
| 36 | Houk, Terry | 211000085 | Feldman Pinto LLC |
| 37 | Miller, Allison, M | 211000086 | Feldman Pinto LLC |
| 38 | Patton, Gregory | 211000088 | Feldman Pinto LLC |
| 39 | Stitt, Alan | 211000089 | Feldman Pinto LLC |

Case ID: 210602347
Control No.: 22022902

| 40 | Sullivan, John | 211000091 | Feldman Pinto LLC |
|---|---|---|---|
| 41 | White, Barbara | 211000093 | Feldman Pinto LLC |
| 42 | White, Sandra | 211000094 | Feldman Pinto LLC |
| 43 | Wolpert, Michael | 211000095 | Feldman Pinto LLC |
| 44 | Bost, Shirley | 211001571 | Feldman Pinto LLC |
| 45 | Brubaker, Debra | 211001572 | Feldman Pinto LLC |
| 46 | Budd, Thomas, Sr. | 211001573 | Feldman Pinto LLC |
| 47 | Deascenti, Judy | 211001574 | Feldman Pinto LLC |
| 48 | Edwards, Rolin | 211001575 | Feldman Pinto LLC |
| 49 | Hinkle, Jacob | 211001576 | Feldman Pinto LLC |
| 50 | McGee, Joseph | 211001577 | Feldman Pinto LLC |
| 51 | Schechter, Sidney | 211001578 | Feldman Pinto LLC |
| 52 | Sheaffer, Michelle | 211001579 | Feldman Pinto LLC |
| 53 | Irvine, Denise | 220102488 | Feldman Pinto LLC |
| 54 | Federovitch, Francis | 220102489 | Feldman Pinto LLC |
| 55 | Swenson, John | 220102490 | Feldman Pinto LLC |
| 56 | Stoffa, John J. | 220102491 | Feldman Pinto LLC |
| 57 | Rinehart, Martin Grant | 220102493 | Feldman Pinto LLC |
| 58 | Kiehl, Michael Anthony | 220102495 | Feldman Pinto LLC |
| 59 | Perrelli, Michael J. | 220102496 | Feldman Pinto LLC |
| 60 | Boothby, Roger Wayne | 220102497 | Feldman Pinto LLC |
| 61 | Coughlin, Elizabeth on behalf of Patrick Coughlin | 220102499 | Feldman Pinto LLC |
| 62 | Ballantyne, Carl Rigg and Kathleen | 211201357 | Kline & Specter, P.C./Arnold Itkin |
| 63 | Barron, Lucas Lee, Deceased | 220102492 | Kline & Specter, P.C./Arnold Itkin |
| 64 | Brosius, Joyce | 220102498 | Kline & Specter, P.C./Arnold Itkin |
| 65 | Brunskill, Nancy | 220200040 | Kline & Specter, P.C./Arnold Itkin |
| 66 | Caranci, Ernest and Carmela | 210602213 | Kline & Specter, P.C./Arnold Itkin |
| 67 | Deichman, Stephen & Tammy | 220200302 | Kline & Specter, P.C./Arnold Itkin |
| 68 | DiGiacomo, Michael & Jeanne | 220200305 | Kline & Specter, P.C./Arnold Itkin |
| 69 | Garretson, Susan and Thomas | 220200033 | Kline & Specter, P.C./Arnold Itkin |
| 70 | Graham, Dianne | 220102501 | Kline & Specter, P.C./Arnold Itkin |
| 71 | Gunn, Jeffrey | 210700239 | Kline & Specter, P.C./Arnold Itkin |
| 72 | Hamsher, Jeffrey & Shelley | 220200310 | Kline & Specter, P.C./Arnold Itkin |
| 73 | Hodgson, Patricia | 220200037 | Kline & Specter, P.C./Arnold Itkin |
| 74 | Keener, Thomas | 220200041 | Kline & Specter, P.C./Arnold Itkin |
| 75 | Kulp, Benjamin & Tammy | 220200312 | Kline & Specter, P.C./Arnold Itkin |
| 76 | McCrudden, James and Kristina | 220200317 | Kline & Specter, P.C./Arnold Itkin |
| 77 | McGowan, Sean & Brianna | 220200036 | Kline & Specter, P.C./Arnold Itkin |
| 78 | Medway, Marc | 210901933 | Kline & Specter, P.C./Arnold Itkin |
| 79 | Melissen, William | 210602578 | Kline & Specter, P.C./Arnold Itkin |
| 80 | Miller, William and Melissa | 220200425 | Kline & Specter, P.C./Arnold Itkin |
| 81 | Purnell, Lambert (Dec'd) | 210602347 | Kline & Specter, P.C./Arnold Itkin |

| 82 | Schank, Lorraine and  Michael | 220200034 | Kline & Specter, P.C./Arnold Itkin |
| 83 | Scott,Tyrone | 220200024 | Kline & Specter, P.C./Arnold Itkin |
| 84 | Shafer, David Lee, Dec'd | 220200327 | Kline & Specter, P.C./Arnold Itkin |
| 85 | Sterling, Kevin & Debra | ~~220200325~~ | Kline & Specter, P.C./Arnold Itkin ← 220200035 |
| 86 | Tapper, Eugene: & Michele | 220200333 | Kline & Specter, P.C./Arnold Itkin |
| 87 | Varano, Kenneth and Lori | 220200343 | Kline & Specter, P.C./Arnold Itkin |
| 88 | Warwick, Mary and Robert | 220200355 | Kline & Specter, P.C./Arnold Itkin |
| 89 | Wilson, Adia | 220200038 | Kline & Specter, P.C./Arnold Itkin |
| 90 | Wright, Rodney | 220200014 | Kline & Specter, P.C./Arnold Itkin |
| 91 | Zippi, Carlo and Sueann | 220200357 | Kline & Specter, P.C./Arnold Itkin |
|  |  |  |  |

Case ID: 210602347
Control No.: 22022902