# EXHIBIT J

Complex Litigation Center

JUN 7 2022

J Stewart

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA COURT OF COMMON PLEAS
TRIAL DIVISION - DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATON | § § § § § § § § § § | |
|---|---|---|
| *This Document Relates to All Actions* | | MAY TERM, 2022<br><br>No: 00550 |

ORDER-In Re: Roundup Products Litigation



22050055000003

## CASE MANAGEMENT ORDER NO: 1

By Order dated May 10, 2022, the above-referenced Mass Tort Program was established. In order to secure the just, speedy and inexpensive determination of each Roundup case pending or hereafter filed in the Court of Common Pleas, Philadelphia County, Pennsylvania and, to the extent reasonable, to eliminate duplication of effort, prevent unnecessary paperwork and promote judicial economy, the following Case Management Order No. 1 is entered this 6th day of June, 2022.

This Order shall govern each Roundup case now pending or hereafter filed in the Court of Common Pleas, Philadelphia County, Pennsylvania.

I. **ROUNDUP MASTER DOCKET**

1. A master docket (In re Roundup Products Liability Litigation; May Term, 2022, No: 00550) has been established as a depository for filing of pleadings, motions, orders and other documents common to Roundup Coordinated Proceedings. Once a pleading, motion, order, or other document is filed on this docket and copies are provided to all other interested counsel involved in these Roundup Coordinated Proceedings, the pleading, motion, order, or other

document may be incorporated by reference, either orally before the Court, or within another properly filed pleading, motion, order, or other document.

II. **TEMPORARY STAY ON RESPONSIVE PLEADING OBLIGATIONS, ON FILING DISPOSITIVE MOTIONS AND DISCOVERY**

2. All responsive pleading obligations are stayed until further order of the Court. All parties in these cases are directed to refrain from filing any potentially dispositive motions temporarily until further Order.

3. All discovery is stayed pending further order of the Court.

III. **APPOINTMENT OF LIAISON COUNSEL**

4. The following attorneys have been appointed as liaison counsel:

*Defendants' Liaison Counsel:*

**SHOOK, HARDY & BACON L.L.P.**
Joseph H. Blum, Esquire
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Telephone: 215.278.2555
Facsimile: 215.278.2594
Jblum@shb.com

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Albert G. Bixler, Esquire
Two Liberty Place, 22nd Floor
50 South 16th Street
Philadelphia, PA 19102
Telephone: 215.851.8400
Facsimile: 215.851.8383
Abixler@eckertseamans.com

*Plaintiffs' Liaison Counsel:*

**KLINE & SPECTER, P.C.**
Thomas R. Kline, Esquire
1525 Locust Street
Philadelphia, PA 19103
Telephone: 215.772.1000
Facsimile: 215.772.1359
tom.kline@klinespecter.com

**FELDMAN PINTO LLC**
Rosemary Pinto, Esquire
30 South 15th Street, 15th Floor
Philadelphia, PA 19102
Telephone: 215.546.2604
Facsimile 267.744.4475
rpinto@feldmanpinto.com

5. **Privileges Preserved** – No communication among Plaintiffs' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled. No communication among Defendants' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled.

## IV.  SERVICE OF PAPERS AND PLEADINGS ON LIAISON COUNSEL

6. Service other than original process in the Roundup Coordinated Actions shall be made by email to counsel of record as provided in the pleadings or fact sheets, except where rule of Court specifies some other form of service.

7. All documents served on liaison counsel shall be served at counsel's Philadelphia offices in accordance with the Pennsylvania Rules of Civil Procedure and the Mass Tort Program and Complex Litigation Center rules.

8. All case-specific documents shall be served on proper individual counsel in a manner consisted with the Pennsylvania Rules of Civil Procedure and the Mass Tort Program and Complex Litigation Center rules.

3

## V. **FURTHER ORDERS**

9. Liaison counsel shall meet and confer and submit within 30 days of this Order a proposed CMO-2 addressing Master and Short-form pleadings and practice.

10. Liaison counsel shall confer and prepare for review and approval by the Court such other Case Management Orders as may be required, including, without limitation, orders governing service of original process, discovery procedures, pretrial proceedings, and trial proceedings.

BY THE COURT:

_____
J.

4