# EXHIBIT M

THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA COURT OF COMMON PLEAS
TRIAL DIVISION – CIVIL

| | |
|---|---|
| *This Document Relates to*: <br><br> ERNEST CARANCI and CARMELA CARANCI, <br>       Plaintiffs <br><br> v. <br><br> MONSANTO COMPANY, <br> PENN HARDWARE, INC., and <br> PENN HARDWARE TWO, INC., <br>       Defendants | JUNE TERM 2021 NO. 2213 |

**PHILADELPHIA COURT OF COMMON PLEAS**
**MASS TORT PLAINTIFF FACT SHEET**

You are required to provide the following information regarding yourself, or for each individual on whose behalf you are asserting legal claims in the above lawsuit. Each question must be answered in full, but you may approximate where specified below. If you do not know or cannot recall the information needed to answer a question, please explain that in response to the question. <u>Please do not leave any questions unanswered or blank. If you are filling out this Fact Sheet in hard copy, use additional sheets as needed to fully respond.</u>

**I.      REPRESENTATIVE CAPACITY**

   A.     If you are completing this Fact Sheet **on behalf of someone else** (*e.g.*, a deceased person, an incapacitated person, or a minor), please complete the following:

      1.      <u>N/A                                                           </u>
              Your Name

      2.      <u>N/A                                                           </u>
              Your Home Address

              <u>N/A                                                           </u>

      3.      What is your relationship to the person upon whose behalf you have completed this Fact Sheet? (*e.g.*, parent, guardian, Estate Administrator)

**[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions on <u>behalf</u> of the person who used or was exposed to Roundup® or other glyphosate-based herbicides.]**

- 1 -

- 2 -

II. **PERSONAL INFORMATION**

    A.    Name: Ernest Caranci

           Other Names by which you have been known (from prior marriages or otherwise, if any): N/A

    B.    Sex: Male

    C.    Social Security Number:

    D.    Date and Place of Birth (City, State, Country):

           ; Longano, Italy

    E.    For each different city where you have lived for the past twenty-five (25) years, provide the following information:

| Physical Address (include Country if outside the United States) | Approximate Dates You Lived There (Month/Year to Month/Year) |
|---|---|
|  | 1992 to ☒ Present |
|  | 1967 to 1992 |

F.  Please complete the chart below detailing your employment history for the past twenty-five (25) years. If there were periods of retirement, unemployment, or student status during the past 25 years, include those as well.

*Retired in 2020 due to health issues (weakened condition as a result of going through cancer treatments)

| No. | Name of Employer | City and State Where You Worked | Approximate Dates of Employment (Month/Year to Month/Year) | Occupation or Job Title | Job Duties |
|---|---|---|---|---|---|
| 1 | House of Kosher Pizza | Philadelphia, PA | 2018 to 2020 | Manager | Helped open this pizza shop and performed various tasks to get the pizza shop up and running. |
| 2 | Unemployed | N/A | 2010 to 2018 | N/A | Forced to stop working and sell Ernie's Pizza because of cancer diagnosis and treatments. |
| 3 | Ernie's Pizza | Philadelphia, PA | 1978 to 2010 | Owner and Operator | Various tasks in running the shop, managed employees, and facilitated all restaurant operations. |
| 4 | Ernie's Painting | Philadelphia, PA | 1972 to 1978 | Owner and Painter | Various painting projects in homes around Philadelphia. |
| 5 | Budd Company | Philadelphia, PA | 1964 to 1972 | Die Setter | Worked with specialty parts for automobiles. |

G. Workplace Checklist: Have you ever worked in any of the occupations or workplaces listed below? If so, please check "yes" and then list the number(s) in the chart in section II(F) above that corresponds to that occupation.

| Industry | Yes | No | Number in Chart in Section II(F) |
|---|---|---|---|
| Car Mechanic | | X | |
| Cleaning/Maid Service | | X | |
| Electrician | | X | |
| Farming/agricultural | | X | |
| Hairdressing | | X | |
| Handled fission products | | X | |
| Handled jet propellant | | X | |
| Handled solvents | | X | |
| Horticultural | | X | |
| Hospitals and Clinics | | X | |
| Landscaping | | X | |
| Metal Working | X | | 5 ( Budd Company) |
| Painting | X | | 4 (Ernie's Painting) |
| Pest Exterminator | | X | |
| Pesticide use | | X | |
| Petroleum Refinery | | X | |
| Rubber Factory | | X | |
| Schoolteacher | | X | |
| Textile | | X | |
| Woodworking | | X | |
| X-radiation or gamma-radiation (regular exposure) | | X | |

- 4 -

III. **FAMILY INFORMATION**

    A.    For any grandparent, parent, sibling, or child who has been diagnosed with cancer or who has died, please provide the following information. Please include any adopted or step-children or siblings.

    *All known information is provided

| Name | Relationship | Approximate Birth Year | Approximate Date of Death | Cause of Death | Diagnosed with cancer? | Date/Type |
|---|---|---|---|---|---|---|
| Unknown | Paternal grandfather | Unknown | Unknown | Unknown | Unknown | Unknown |
| Unknown | Paternal grandmother | Unknown | Unknown | Unknown | Unknown | Unknown |
| Unknown | Maternal grandfather | Unknown | Unknown | Unknown | Unknown | Unknown |
| Unknown | Maternal grandmother | Unknown | Unknown | Unknown | Unknown | Unknown |
| Antimo Caranci | Father | | | Brain Tumor | ☒ Yes ☐ No | 1986; Brain Cancer |
| Carmela Caranci | Mother | | | Diabetes and heart failure | ☐ Yes ☒ No | N/A |
| Pat Caranci | Sister | | N/A | N/A | ☐ Yes ☒ No | N/A |
| Emilio Caranci | Brother | | N/A | N/A | ☐ Yes ☒ No | N/A |
| Angiolina Caranci-Denofa | Sister | | N/A | N/A | ☐ Yes ☒ No | N/A |
| Giovanni Caranci | Brother | | N/A | N/A | ☐ Yes ☒ No | N/A |
| Angelo Caranci | Brother | | N/A | N/A | ☐ Yes ☒ No | N/A |

IV. **PERSONAL MEDICAL HISTORY**

    A. To the best of your ability, please list all primary care healthcare providers (not including pharmacies) where you have received care over the last 25 years. For each, please provide the name, city and state, and approximate dates of care.

| Name of Healthcare Provider | City and State | Approximate Dates of Care |
|---|---|---|
| Dr. Larry Hahn & Stotz Pinnacle Physician Group | Trevose, PA | 1992 to ☒ Present |
| Dr. Nicholas Phillips: Orthopedic Surgery & Rehabilitation Associates, LLC | Philadelphia, PA | 2021 only |
| Dr. Benjamin Kauffman | Philadelphia, PA | 2015 to ☒ Present |
| Dr. Richard Hymans | Newtown, PA | 2014 to ☒ Present |
| Dr. Joshua Bleier | Philadelphia, PA | 2014 only |
| St. Mary Medical Center | Langhorne, PA | 10/31/2014 only |

    B. Please indicate whether your medical history includes any of the following conditions, procedures, or medications:

| Condition, Procedure, or Medication: | Yes | No | Treating Physician |
|---|---|---|---|
| Diabetes | ☒ | ☐ | Dr. Larry Hahn & Stotz |
| Obesity | ☐ | ☒ | |
| Auto-immune diseases (including but not limited to Crohn's disease, Ulcerative Colitis, HIV) | ☐ | ☒ | |
| Epstein Barr | ☐ | ☒ | |
| Ulcers | ☒ | ☐ | Dr. Larry Hahn & Stotz |
| Celiac Disease | ☐ | ☒ | |
| Hepatitis B | ☐ | ☒ | |
| Hepatitis C | ☐ | ☒ | |
| Eczema | ☐ | ☒ | |
| Radiation | ☐ | ☒ | |
| Smoking | ☐ | ☒ | |
| Lupus | ☐ | ☒ | |
| Rheumatoid Arthritis | ☒ | ☐ | Dr. Larry Hahn & Stotz |
| Organ, stem cell, or other transplant | ☐ | ☒ | |
| Immunosuppressive Medications | ☐ | ☒ | |
| H Pylori | ☐ | ☒ | |
| Breast Implants | ☐ | ☒ | |

C. To the best of your ability, please list all healthcare providers (not including pharmacies) where you have received treatment over the last 25 years for any type of cancer (including NHL), **or** for any of the conditions, procedures, or medications listed in the chart directly above. For each, please provide the name, city and state, approximate dates of care, and the reason for your visit. You do not need to repeat healthcare providers listed in question (A). **Please also execute the medical authorizations included in Exhibit A.**

| Name of Healthcare Provider | City and State | Approximate Dates of Care | Reason for Visit |
|---|---|---|---|
| Jefferson Health – Torresdale Campus | Philadelphia, PA | 2019 | Surgery/Pathology |
| Aria Health – Torresdale Campus | Philadelphia, PA | 2012-2016 | Surgery/Pathology |
| Dr. Allen Lord Terzian Alliance Cancer Specialist | Philadelphia, PA Bensalem, PA | 2012 to Present | Oncologist |
| Dr. Allen Lord Terzian Greater Philadelphia Cancer & Hematology Specialists, PC | Philadelphia, PA | 2011 | Oncologist |

V. **CANCER HISTORY**

A. Have you been diagnosed with non-Hodgkin's lymphoma, or "NHL"?

☒ Yes    ☐ No

B. When were you first diagnosed with NHL?

Year 2010, followed by an appointment with Dr. Allen Lord Terzian on January 6, 2011.

C. Approximately when did you first begin experiencing symptoms of NHL?

Year 2008

D. Please list the names of the physician(s) that first diagnosed you with NHL and the city and state in which you were diagnosed.

Dr. Allen Lord Terzian, Philadelphia, PA

E. Please list the names of the primary oncologist(s) who have treated your NHL.

Dr. Allen Lord Terzian

F. What subtype of NHL were you diagnosed with.

Chronic Lymphocytic Leukemia and Follicular Lymphoma

G.     To the best of your ability, describe the treatment(s) you received for your NHL, including the approximate months/year of each treatment and the name of the Healthcare Providers who treated you.

<u>Received chemo from 03/05/2013 to 08/13/2013, chemo and maintenance chemo from 04/07/2015 to 05/17/2017, and chemo from 02/03/2020 to 10/04/2021. Treated by Dr. Allen Lord Terzian.</u>

H.     Has your physician told you that your NHL is currently in remission (if yes, approximately when were you told that by your physician)?

<u>In remission since early 2022</u>

I.     Have you ever had a recurrence of your NHL (if yes, include how many times you have had a recurrence and approximately when each recurrence occurred).

<u>Three recurrences around 2015, 2017, and 2020</u>

J.     Have you been diagnosed with any types of cancer other than NHL?

☐ Yes    ☒ No

K.     **If yes**, please answer the following questions for each type of cancer that you have been diagnosed with other than NHL:

     1. What type of cancer was diagnosed (including sub-type, if applicable)?

     <u>N/A</u>

     2. On approximately what date did you first experience any symptoms that you believe are related to that cancer?

     <u>N/A</u>

     3. Please list the names of the physician(s) that first diagnosed you with that cancer.

     <u>N/A</u>

     4. Please list the names of the primary oncologist(s) who have treated that cancer.

     <u>N/A</u>

L.     Has any physician or healthcare provider ever told you that you have a genetic predisposition for developing NHL or other types of cancer?

     <u>No</u>

**If yes**, answer the following:

1. Name, location (city and state), and occupation of the person who told you this.

   N/A

2. What were you specifically told about your genetic predisposition?

   N/A

3. Approximately when were you told this information?

   N/A

**VI.  PRIOR CLAIMS, LEGAL MATTERS, AND MEDICAL COVERAGE**

A. Have you ever filed a workers' compensation claim for accidents or injuries relating to substance exposure in the workplace? (Answer "no" if you have only filed workers' compensation claims **unrelated to** substance exposure.)

   ☐ Yes   ☒ No

   **If yes**, please state:

   1. Approximate date the claim was filed with your employer, or date that you notified employer of accident/injury giving rise to workers' compensation claim:

      N/A

   2. Nature of injury or accident claimed (what happened):

      N/A

B. Have you ever filed a claim for Social Security disability insurance benefits ("SSDI") for a disability caused by substance exposure in the workplace? (Answer "no" if you have only filed SSDI claims **unrelated to** substance exposure.)

   ☐ Yes   ☒ No

   **If yes**, please state:

   1. Approximate date the claim was filed with the Social Security Administration:

      N/A

   2. Nature of disability giving rise to claim:

      N/A

- 9 -

C.  Have you ever filed any other type of disability claim for a disability caused by substance exposure in the workplace? (Answer "no" if you have only filed other types of disability claims **unrelated to** substance exposure.)

☐ Yes   ☒ No

**If yes**, please state:

1. Approximate date claim was filed: N/A

2. Name of insurer/employer/government or other party to whom claim was made and, if applicable, claim number assigned:

    N/A

3. Nature of disability giving rise to claim:

    N/A

D.  Have you ever been denied life insurance for reasons relating to your medical, physical, psychiatric or emotional condition?

☐ Yes   ☒ No

**If yes**, please state when, the name of the company, and the reason(s) for denial.

E.  Have you ever been denied medical insurance?

☐ Yes   ☒ No

**If yes**, please state when, the name of the company, and the reason(s) for denial.

N/A

F.  Have you ever filed a lawsuit or claim (including administrative charges, unemployment claims, and bankruptcy petitions) against anyone aside from the present lawsuit?

☐ Yes   ☒ No

- 10 -

**If yes**, for each lawsuit, state (1) the court in which the lawsuit was filed; (2) the case name; (3) the civil action or docket number assigned to the lawsuit; (4) a description of your claims in the lawsuit; and (5) the final result, outcome, or adjudication of claims (e.g., whether the lawsuit was dismissed by parties, dismissed by court, judgment granted in favor of a party).

N/A

VII. **ROUNDUP® AND OTHER GLYPHOSATE-BASED HERBICIDES**

    A.    Have you used Roundup® or other glyphosate-based products?

        ☒ Yes   ☐ No

    B.    When did you first begin using Roundup® or other glyphosate-based products?

        Year 1989

    C.    Have you applied Roundup at one or more personal residences?

        ("Residential" use refers to applications of Roundup **at home**. DO NOT include any Roundup exposure events in this section related to *occupational or agricultural exposures*.)

        ☒ Yes   ☐ No

    D.    For all residential use please complete the chart below to detail your exposure to Roundup® and other glyphosate-based products. Use as many rows as necessary to describe different periods of usage.

| | | | | |
|---|---|---|---|---|
| 1. | **Street Address:** | (Ernie's Pizza) | **Months of year you sprayed** | May 1989 to September 2010 |
| | **General Areas Sprayed:** | Would spray small back yard and a wall by the business | **Area (approx total sq ft):** | 20ft by 4 ft back yard |
| | **Approximate Times Per Month:** | Once every two weeks, May to September | **Average Duration per Event (hrs):** | 10 to 15 minutes per application |
| | **Identify Any Protective Clothing Worn During Mixing and/or Spraying:** | N/A | **Product and Equipment Used (e.g., backpack sprayer, handheld pump sprayer:** | Ready to spray Roundup with built in sprayer |

| | | | | |
|---|---|---|---|---|
| 2. | **Street Address:** | (personal residence) | **Months of year you sprayed** | May 1992 to September 2014 |
| | **General Areas Sprayed:** | Would spray flower beds, back fence, and a wall | **Area (approx total sq ft):** | ~500 sq ft: Flower bed 10x18, back fence, and a 3x15 wall |
| | **Approximate Times Per Month:** | Once every two weeks, May to September | **Average Duration per Event (hrs):** | 15 to 20 minutes per application |
| | **Identify Any Protective Clothing Worn During Mixing and/or Spraying:** | N/A | **Product and Equipment Used (e.g., backpack sprayer, handheld pump sprayer:** | Ready to spray Roundup with built in sprayer |
| 3. | **Street Address:** | (father-in-law) | **Months of year you sprayed** | May 1993 to September 2010 |
| | **General Areas Sprayed:** | Would spray Father-in-law's Garden | **Area (approx total sq ft):** | ~ 400 sq ft garden |
| | **Approximate Times Per Month:** | Once every two weeks May to September | **Average Duration per Event (hrs):** | 15 to 20 minutes per application |
| | **Identify Any Protective Clothing Worn During Mixing and/or Spraying:** | N/A | **Product and Equipment Used (e.g., backpack sprayer, handheld pump sprayer:** | Ready to spray Roundup with built in sprayer |
| 4. | **Street Address:** | (sister-in-law) | **Months of year you sprayed** | May 1992 to September 2014 |
| | **General Areas Sprayed:** | Would spray Sister-in law's flower beds, bushes, and weeds | **Area (approx total sq ft):** | ~ 150 sq ft |
| | **Approximate Times Per Month:** | Once every two weeks May to September | **Average Duration per Event (hrs):** | 10 to 15 minutes per application |
| | **Identify Any Protective Clothing Worn During Mixing and/or Spraying:** | N/A | **Product and Equipment Used (e.g., backpack sprayer, handheld pump sprayer:** | Ready to spray Roundup with built in sprayer |
| 5. | **Street Address:** | (brother-in-law) | **Months of year you sprayed** | May 1992 to September 2014 |
| | **General Areas Sprayed:** | Would spray garden | **Area (approx total sq ft):** | ~440 sq ft garden |
| | **Approximate Times Per Month:** | Once every two weeks May to September | **Average Duration per Event (hrs):** | 15 to 20 minutes per application |

| | | | | |
|---|---|---|---|---|
| 6. | **Identify Any Protective Clothing Worn During Mixing and/or Spraying:** | N/A | **Product and Equipment Used (e.g., backpack sprayer, handheld pump sprayer:** | Ready to spray Roundup with built in sprayer |
| | **Street Address:** | (previous residential address) | **Months of year you sprayed** | May 1989 to September 1992 |
| | **General Areas Sprayed:** | Sprayed small front yard | **Area (approx total sq ft):** | ~ 400 sq ft yard |
| | **Approximate Times Per Month:** | Once every two weeks May to September | **Average Duration per Event (hrs):** | 15 to 20 minutes per application |
| | **Identify Any Protective Clothing Worn During Mixing and/or Spraying:** | N/A | **Product and Equipment Used (e.g., backpack sprayer, handheld pump sprayer:** | Ready to spray Roundup with built in sprayer |
| 7. | **Street Address:** | Property on Knights Road and Galloway Road in Bensalem, PA (cannot find exact address) | **Months of year you sprayed** | May 1989 to September 1994 |
| | **General Areas Sprayed:** | Would spray large garden | **Area (approx total sq ft):** | 2-acre lot but would only spray large garden (exact area unknown) |
| | **Approximate Times Per Month:** | Once every two weeks May to September | **Average Duration per Event (hrs):** | 30 minutes to one hour |
| | **Identify Any Protective Clothing Worn During Mixing and/or Spraying:** | N/A | **Product and Equipment Used (e.g., backpack sprayer, handheld pump sprayer:** | Ready to spray Roundup with built in sprayer |

E. For the products identified in the chart above, do you have the receipts, proof of purchase, or store of purchase for each product you claim to have used?

☐ Yes    ☒ No

To the extent you have receipts, proof of purchase, or store of purchase for these products, please provide copies of those receipts and other documents.

F. Have you ever applied Roundup occupationally or agriculturally? (Occupational" or "Agricultural" use refers to applications of Roundup performed on a professional basis. DO NOT include residential Roundup exposure events in this section.)

No_____

1. For all occupational or agriculture use please complete the chart below to detail your exposure to Roundup® and other glyphosate-based products. Use as many rows as necessary to describe different periods of usage.

   Residential includes using the product on your lawn, garden, or place of residence. Industrial, Turf, and Ornamental ("IT&O") includes using the product in areas such as golf courses, nurseries, roadsides, or for turf management or landscaping. Agricultural includes using the product to assist with farming or harvesting crops.

| Dates of Usage | Product Name *(Please specify which products are Roundup® products.)* | Frequency of Exposure | Usage | Type of Usage *(check all that apply):* | Reason for Usage | Location of Exposure (Physical Address) |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A |

G. For all occupational and agricultural use please identify the type(s) of equipment you used to apply Roundup.

   N/A

H. For all agricultural use please identify the type(s) of crops you farmed and what periods of time you farmed those crops.

   N/A

I. Describe any personal protection equipment you wore when mixing and applying the product. If none state "None."

   1. Personal Protective Equipment ("PPE") worn during spray applications:

      None

   2. Protective clothing worn during mixing (unless "Ready-to-Use" product was applied):

      None

J. To the best of your recollection, identify the store(s)/location(s) where you purchased the product and the means of payment (e.g., credit card, cash, check, etc.)

        <u>S&H Hardware & Supply Co.</u>
6700 Castor Ave.
Philadelphia, PA 19149
Would pay cash

<u>Penn Hardware Inc.</u>
7404 Frankford Ave.
Philadelphia, PA 19136
Would pay cash

<u>Penn Hardware Two Inc.</u>
7404 Frankford Ave.
Philadelphia, PA 19136
Would pay cash

For the products identified in the chart above, do you have the receipts, proof of purchase, or store of purchase for each product you claim to have used?

☐ Yes   ☒ No

To the extent you have receipts, proof of purchase, or store of purchase for these products, please provide copies of those receipts and other documents.

K. Please complete the chart below to detail your exposure to other herbicides or pesticides. Use as many rows as necessary to detail different periods of usage.

| Dates of Usage | Type and Brand of Herbicide or Pesticide | Frequency of Exposure | Usage | Reason for Usage |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

**VIII. <u>DAMAGES CLAIMS</u>**

A. If you are claiming loss of income due to injuries allegedly caused by Roundup® or other glyphosate-based herbicides, complete the following for each of your employers, starting ten (10) years prior to your first diagnosis with cancer (whether NHL or another type of cancer) and continuing through today.

| Employer | Location (City and State) | Average Hours per Week | Day or Night Shift | Approximate Dates of Employment | How much money did you make in this job per week? Please specify how much was due to overtime pay or bonuses. |
|---|---|---|---|---|---|
| Ernie's Pizza | Philadelphia, PA | 60 hours per week | Both | 1978 to 2020 | ~$1200 per week |

- 15 -

B. State the total amount of time that you have lost from work as a result of any medical condition that you claim was caused by Roundup® or other Monsanto glyphosate-based herbicides, and the amount of income that you lost:

1. Medical Condition: <u>Chronic Lymphocytic Leukemia and Follicular Lymphoma</u>

2. Total number of days lost from work due to above medical condition or, if forced retirement, date of retirement:

   <u>2,920 Days (8 years of force retirement 2010 to 2018)</u>

   <u>2010</u> Date of Retirement

3. Estimated total income lost (to date) from missed work, including explanation as to method used to calculate number:

   <u>$499,200; $1,200 per week multiplied by 52 weeks per year multiplied by eight years.</u>

C. Have you paid or incurred any out-of-pocket medical expenses (that is, expenses not paid by your insurance company or by a government health program) related to any condition that you claim or believe was caused by Roundup® or other Monsanto glyphosate-based products for which you seek recovery in this lawsuit?

☒ Yes    ☐ No

**If yes**, please state the total amount of such expenses at this time: $

<u>To be provided</u>

D. If you are making any claims for other non-medical out-of-pocket expenses, please complete the following:

1. For what?

   <u>Copays</u>

2. Amount of fees or expenses:

   <u>To be provided</u>

E. Please list the names of all insurers or government health programs who have been billed for or paid medical expenses related to any condition that you claim or believe was caused by Roundup® or other Monsanto glyphosate-based products for which you seek recovery in this lawsuit.

- 16 -

<u>Cigna Healthcare, Medicare (through Health Partners insurance), and Patient Access Network Foundation.</u>

**IX.   DOCUMENTS**

Please attach the following documents to this Fact Sheet, making certain that all releases are signed and dated within 30 days of submission:

A. Medical records release (Ex. A)—execute one per healthcare provider. If you are claiming mental health damages, including emotional distress, in this lawsuit execute one for each mental healthcare provider. In addition, execute 10 blank medical record release forms for records going back 25 years and provide those only to your attorney. If Monsanto identifies a healthcare provider not identified in the PFS or on Exhibit A, Plaintiff's counsel will fill in that healthcare provider information on the blank form and provide it to Monsanto within seven days of the request.

B. Employment history release (Ex. B)—execute one for each employer in the past 25 years.

C. Workers' compensation, social security disability, and insurance claims releases (Ex. C).

D. If you are claiming loss of income due to injuries allegedly caused by Roundup® or other glyphosate-based herbicides, complete the tax records and social security income release for the past 10 years (Ex. D).

E. If applicable, decedent's death certificate.