1 **Garmer & Prather, PLLC**
Jerome P. Prather, Esq. (*pro hac vice*)
2 141 North Broadway
Lexington, Kentucky 40507
3 Telephone: (859) 254-9351
Facsimile: (859) 233-9769
4 Email: jprather@garmerprather.com

5           UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
6              ***ELECTRONICALLY FILED***

7

8 IN RE: ROUNDUP PRODUCTS           MDL NO. 2741
  LIABILITY LITIGATION
                                    Case No. 3:16-md-02741-VC
9 This document relates to:

10 *Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock,
   Adm'r, Kyle A. Murdock, individually, and Mandi L.*
11 *Murdock v. Monsanto Co.,*
   Case No. 3:20-cv-01363-VC

12

13        **PLAINTIFFS' SUGGESTION OF DEATH AND
          MOTION TO SUBSTITUTE PROPER PARTY**

14        COME the Plaintiffs, the Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock,

15 Administrator; Kyle A. Murdock, individually, and Mandi L. Murdock, by counsel, pursuant to

16 Fed. R. Civ. P. 25(a), hereby suggest the death of Plaintiff Mandi L. Murdock and move the

17 Court to substitute Kyle A. Murdock, as Executor of the Estate of Mandi Leigh Murdock, as a

18 proper party to this action. As grounds for this motion, Plaintiffs state as follows.

19        1.    This is a products liability action that alleges that Kenzie Elizabeth Murdock was

20 diagnosed at age seventeen with a rare and aggressive form of non-Hodgkins Lymphoma, from

21 which she later died, as a result of her exposure to Roundup manufactured and marketed by

22 Defendant.

23

24

2. On January 31, 2020, Plaintiffs filed their original complaint and jury demand against Defendant in the United States District Court for the Western District of Kentucky. The Complaint alleges negligence, strict products liability, breach of warranties, fraud, and wrongful death. The Complaint also alleges individual claims for loss of consortium and negligent infliction of emotional distress for both of Kenzie's parents, Plaintiffs Mandi L. Murdock and Kyle A. Murdock.

3. On February 21, 2020, the United States Judicial Panel on Multidistrict Litigation transferred the subject case from the Western District of Kentucky to MDL No. 2741, pending in this Court, pursuant to Conditional Transfer Order CTO – 188.

4. Kenzie Elizabeth Murdock died on July 28, 2019. Her father, Kyle A. Murdock, was appointed Administrator of the Estate of Kenzie Elizabeth Murdock by order of the Calloway District Court.

5. Kenzie Elizabeth Murdock's mother, Mandi L. Murdock, died on January 3, 2023. A copy of Mrs. Murdock's death certificate is attached hereto as Exhibit A. Kyle A. Murdock was appointed Executor of the Estate of Mandi Leigh Murdock by order of the Calloway District Court on March 20, 2023. A copy of the court's order is attached as Exhibit B.

6. Fed. R. Civ. P. 25(a) provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by . . . the decedent's successor or representative." When any personal representative commences an action or is sued, and then dies, is removed, or is superseded by another before the termination of the action, his successor may, by order of court, be substituted for the original plaintiff or defendant. Ky. Rev. Stat. Ann. § 395.280. Accordingly, Kyle A. Murdock, Executor

Plaintiff's Suggestion of Death and Motion to Substitute Proper Party
MDL No. 3:16-Md-02741 and Case No. 3:20-Cv-01363-VC

Page 2 of 3

of the Estate of Mandi Leigh Murdock, should and hereby moves to be substituted as the proper party to pursue the claims of Plaintiff Mandi L. Murdock.

**CONCLUSION**

For all of the foregoing reasons, Kyle A. Murdock respectfully requests that the Court substitute Kyle A. Murdock, as Executor of the Estate of Mandi Leigh Murdock, to pursue Mandi L. Murdock's individual claims in this case and for such other relief as to which the Estate of Mandi Leigh Murdock may be entitled.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

BY: __/s/ Jerome P. Prather__
Jerome P. Prather, Esq. (*pro hac vice*)
141 North Broadway
Lexington, Kentucky 40507
Telephone: (859) 254-9352
Facsimile: (859) 233-9769
Email: jprather@garmerprather.com

Plaintiff's Suggestion of Death and Motion to Substitute Proper Party
MDL No. 3:16-Md-02741 and Case No. 3:20-Cv-01363-VC

Page 3 of 3