1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
***ELECTRONICALLY FILED***

2

3

IN RE: ROUNDUP PRODUCTS                    MDL NO. 2741
LIABILITY LITIGATION

4

Case No. 3:16-md-02741-VC

5

This document relates to:

6

*Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock,*
*Adm'r, Kyle A. Murdock, individually, and Mandi L.*
*Murdock v. Monsanto Co.,*
Case No. 3:20-cv-01363-VC

7

8

**PROPOSED ORDER**

9

The Plaintiffs having filed a suggestion of death pursuant to Fed. R. Civ. P. 25(a), and a

10

motion to substitute proper party, the Court having considered the matter herein and otherwise

11

being sufficiently advised,

12

IT IS NOW THEREFORE ORDERED AND ADJUDGED that Plaintiffs' motion is

13

hereby GRANTED and Kyle A. Murdock, as Executor of the Estate of Mandi Leigh Murdock, is

14

hereby substituted in this action for Plaintiff Mandi L. Murdock.

15

16

_____

17

HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

18

19

20

21

22

23

24