# COMMONWEALTH OF KENTUCKY

## REGISTRAR OF VITAL STATISTICS
### CERTIFIED COPY

**7064372**

**KENTUCKY CERTIFICATE OF DEATH**

116  202300263
Case #: E202301100089

| Field | Value |
|---|---|
| 1a. Decedent's Legal Name | MANDI MURDOCK |
| 1b. If Female, Decedent's Last Name Prior to First Marriage | DARNALL |
| 2. Sex | FEMALE |
| 3. Actual or Presumed Date of Death | January 03, 2023 |
| 4. Social Security Number | 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 |
| 5a. Age-Last Birthday (Years) | 43 |
| 6. Date of Birth | 02/21/1979 |
| 7. County of Death | JEFFERSON |
| 8. Place of Death | Hospital: Inpatient |
| 9. Facility Name | UNIVERSITY OF LOUISVILLE HOSPITAL |
| 10. City or Town, State and Zip Code | LOUISVILLE, KY 40202 |
| 11. Birthplace | PADUCAH, KENTUCKY |
| 12. Marital Status | Married |
| 13. Surviving Spouse | KYLE MURDOCK |
| 14. Decedent's Usual Occupation | GUIDANCE COUNSELOR |
| 15. Kind of Business/Industry | SOUTHWEST ELEMENTARY SCHOOL |
| 16. Was Decedent Ever in U.S. Armed Forces? | No |
| 17a. Residence - State | KENTUCKY |
| 17b. County | CALLOWAY |
| 17c. City or Town | MURRAY |
| 17d. Street and Number | 1965 RAYBURN ROAD |
| 17e. Zip Code | 42071 |
| 17f. Inside City Limits? | No |
| 18. Decedent's Education | Bachelor's Degree |
| 19. Decedent of Hispanic Origin? | No, not Spanish/Hispanic/Latino |
| 20. Decedent's Race | White |
| 21. Father's Name | JACKIE DARNALL |
| 22. Mother's Name Prior to First Marriage | BRENDA WALKER |
| 23a. Informant's Name | KYLE MURDOCK |
| 23b. Relationship to Decedent | SPOUSE |
| 23c. Mailing Address | 1965 RAYBURN ROAD, MURRAY, KY 42071 |
| 24. Method of Disposition | Burial |
| 25. Place of Disposition | SALEM CEMETERY |
| 26. Location | CALLOWAY COUNTY, KY |
| 27. Signature of Funeral Service Licensee | ADAM NANCE |
| Date Signed | 01/10/2023 |
| 28. KY License Number | 6104 |
| 29. Name and Complete Address of Funeral Facility | J. H. CHURCHILL FUNERAL HOME, 201 SOUTH 3RD ST, MURRAY, KY 42071 |
| 30. Date Pronounced Dead | 01/03/2023 |
| 31. Actual or Presumed Time of Death | 1024 |
| 32. Was Medical Examiner or Coroner Contacted? | No |

**33. PART I. CAUSE OF DEATH**

a. IMMEDIATE CAUSE: ACUTE KIDNEY INJURY
   DUE TO (OR AS A CONSEQUENCE OF):
b. SHOCK
   DUE TO (OR AS A CONSEQUENCE OF):
c. UNDERLYING CAUSE: ALLERGIC REACTION
   DUE TO (OR AS A CONSEQUENCE OF):
d.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I:

| Field | Value |
|---|---|
| 34. Manner of Death | Natural |
| 35. Was an Autopsy Performed? | No |
| 36. Were Autopsy Findings Available to Complete the Cause of Death? | — |
| 37. Did Tobacco Use Contribute to Death? | Unknown |
| 38. If Female | Not pregnant within past year |
| 39. Date of Injury | — |
| 40. Time of Injury | — |
| 41. Injury at Work? | — |
| 42. Place of Injury | — |
| 43. If Transportation Injury, Specify | — |
| 44. Describe How Injury Occurred | — |
| 45. Location of Injury | — |
| 46. To Be Completed by Certifier | To the best of my knowledge, death occurred at the time, date, and place, and due to cause(s) and manner stated. |
| Signature | RODRIGO CAVALLAZZI |
| 47. Date Certified | 01/11/2023 |
| 48. License Number | 43532 |
| 49. Title of Certifier | PHYSICIAN |
| 50. Name, Address, and Zip Code of Person Completing Cause of Death | RODRIGO CAVALLAZZI, UNIVERSITY OF LOUISVILLE HOSPITAL, 530 S JACKSON ST, LOUISVILLE, KY 40202 |
| 51. Registrar's Signature | Christina S. Stewart |
| 52. Date Filed | 01/11/2023 |

This is to certify that this is a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered at the Kentucky Office of Vital Statistics under the file number shown.

DATE ISSUED  01/11/2023

Christina S. Stewart
State Registrar

FORM VS NO. 1-A (REVISED 06/2015)

DOCUMENT CONTAINS A WATERMARK – HOLD UP TO LIGHT TO VIEW