**EXHIBIT B**

IN THE CALLOWAY DISTRICT COURT
Case No. 23-P-__79__

IN RE: ESTATE OF MANDI LEIGH MURDOCK (F/K/A MANDI L. DARNALL)
DATE OF DEATH: JANUARY 3, 2023

ENTERED THIS __3-22-__, 20__23__
CALLOWAY CIRCUIT/DISTRICT
BY: __KAS__ D.C.

**ORDER**

The Petition of Kyle Andrew Murdock having been filed in open Court on the __20th__ day of March, 2023, together with the Will of the decedent Mandi Leigh Murdock. Upon a hearing, the self-proving Will offered is hereby ordered probated as the Last Will and Testament of decedent and the Court appoints Kyle Andrew Murdock as Executor of said estate and fixes bond in the sum of $__31,000.00__.

K. Bryan Ernstberger, whose address is 204 S. Sixth Street, Murray, Kentucky 42071, shall act as agent for service of process for the estate of Mandi Leigh Murdock.

Approved for entry this the __20__ day of __March__, 2023.

_____
JUDGE, CALLOWAY DISTRICT COURT

I, Linda Avery, Clerk of the Calloway Circuit Court hereby certify that the above __Order__ is a true and correct copy as found of record in my office __Calloway__ this the __22__ day of __March__, 20__23__
_____ CLERK
BY: __Linda Avery__ D.C.