**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Romeil Laury v. Monsanto Co.*,<br>Case No. 3:23-cv-01361-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

1

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:23-cv-01361-VC

1

DATED:  May 2, 2023

Respectfully submitted,

2

SHOOK, HARDY & BACON L.L.P.

3

BY: */s/ Jennise W. Stubbs*

4

Jennise W. Stubbs
600 Travis Street, Suite 3400

5

Houston, TX 77002-2926
Telephone:   (713) 227-8008

6

Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

7

8

*Attorneys for Defendant*
*MONSANTO COMPANY*

9

10

11

12

**CERTIFICATE OF SERVICE**

13

14

I certify that on the 2nd day of May, 2023, I electronically transmitted the foregoing

15

**MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk

16

of the court using the ECF system for filing and transmittal, and a true and correct copy of the

17

foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

18

19

*/s/Jennise W. Stubbs*

20

Jennise W. Stubbs

21

22

23

24

25

26

27

28

2

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:23-cv-01361-VC