Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Paul A. Dagostino (SBN 301498)
pdagostino@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>CASE NO.: 3:16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *James Burris v. Monsanto Company*<br>Case No. 3:21-cv-01337-VC | **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |

Plaintiffs' Unopposed Motion to move the above-cited case from Wave VI, Sub-Wave D, to Wave VII, Sub-Wave D is hereby granted.

**IT IS SO ORDERED.**

Dated:_____, 2023.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT