```
 1  Brian D. Chase (SBN 164109)
    bchase@bisnarchase.com
 2  Paul A. Dagostino (SBN 301498)
    pdagostino@bisnarchase.com
 3  BISNAR | CHASE LLP
    1301 Dove Street, Suite 120
 4  Newport Beach, CA 92660
    Tel: (949) 752-2999
 5  Fax: (949) 752-2777
 6
 7  Attorneys for Plaintiff
 8
 9                      UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11
```

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>CASE NO.: 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Alyne Griffiths v. Monsanto Company*<br>Case No. 3:20-cv-07736-VC | Honorable Vince Chhabria<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE C** |

    Plaintiffs' Unopposed Motion to move the above-cited case from Wave VI, Sub-Wave A, to Wave VII, Sub-Wave C is hereby granted.

    **IT IS SO ORDERED.**


    Dated:_____, 2023.



                                            _____
                                            HONORABLE VINCE CHHABRIA
                                            UNITED STATES DISTRICT COURT

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO MOVE CASE TO WAVE VII, SUB-WAVE C