Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Paul A. Dagostino (SBN 301498)
pdagostino@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>CASE NO.: 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Sami Khal v. Monsanto Company*<br>Case No. 3:20-cv-09292-VC | Honorable Vince Chhabria<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE B** |

Plaintiff *Sami Khal* – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VI, Sub-Wave B to Wave VII, Sub-Wave B:

1. Sami Khal's case is currently part of Wave VI, Sub-Wave B.
2. The undersigned law firm filed a Consent Order Granting Substitution of Attorney in Plaintiff's case on March 29, 2023.
2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.
3. The parties completed Plaintiff's deposition on April 19, 2023. Other depositions, including Plaintiff's treating oncologist's deposition and his primary care physician's deposition have not yet been scheduled.

4. Defendant just served its first round of interrogatories, requests for production, requests for inspection of tangible goods, and requests to permit entry upon land on May 1, 2023. Plaintiff intends to propound written discovery and serve third-party discovery.

5. Counsel for the Plaintiff, Sami Khal, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-Wave B, and Monsanto does not oppose this request.

Therefore, Plaintiff Sami Khal, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI, Sub-Wave B to Wave VII, Sub-Wave B.

Dated: May 3, 2023                                               **BISNAR | CHASE LLP**

By: */s/ Paul Dagostino*
Brian D. Chase
Paul Dagostino
*Counsel for Sami Khal*

**PROOF OF SERVICE**
*Sami Khal v. Monsanto Company*
**UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
Case No. 3:20-cv-09292-VC | MDL Case No. 3:16-md-02741-VC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1301 Dove Street, Suite 120, Newport Beach, CA 92660. On **May 3, 2023**, I served true copies of the following document(s) described as:

- **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE B**

on the interested parties in this action as follows:

(X)   **VIA CM/ECF ELECTRONIC FILING SYSTEM**: I transmitted via the Internet a true copy(s) of the above-entitled documents(s) to the CM/ECF system of the United States District Court for the Central District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 3, 2023**, at Newport Beach, California.

*/s/ Anthony Scotto*
ANTHONY SCOTTO