UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Documents Relates to:<br><br>*Helen and Charles Bourgeois v. Monsanto Co., et al*<br>Docket No: 3:19-cv-03325-VC | MDL No. 2741<br><br>Case No: 3:16-md-02741-VC |

## **MOTION TO SUBSTITUTE PARTY**

Counsel for Plaintiffs, Helen Bourgeois and Charles Bourgeois, respectfully moves this Court to substitute Charleen B. Nelthropp, Andrea Hardin and Jeanne Bourgeois individually as heirs for the estate of Helen Bourgeois and Charles Bourgeois, both deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Helen Bourgeois passed away on February 9, 2022 (*see* Exhibit A)

2. Charles Bourgeois passed away on June 19, 2021 (*see* Exhibit B)

3. Charleen B. Nelthropp, Andrea Hardin and Jeanne Bourgeois are the proper parties to make this suggestion because they are the Bourgeois' surviving children and only heirs to both estates. (*see* Exhibit C)

4. Charleen B. Nelthropp, Andrea Hardin and Jeanne Bourgeois seek to exercise their right under Louisiana law to pursue a wrongful death action against Defendant for the death of their mother. La Civil Code 2315.2.

5. Charleen B. Nelthropp, Andrea Hardin and Jeanne Bourgeois' action against Defendants survives their death and is not extinguished. La Civil Code 2315.1.

6. Charleen B. Nelthropp, Andrea Hardin and Jeanne Bourgeois were placed into possession of this claim pursuant to a Judgment of Possession dated September 8, 2022 by the Honorable Tarvald A. Smith, Judge, 19th Judicial District Court. (*see* Exhibit C.)

WHEREFORE, Counsel for Plaintiffs, Helen and Charles Bourgeois, requests the Court grant Plaintiffs Motion to Substitute Charleen B. Nelthropp, Andrea Hardin and Jeanne Bourgeois, individually for the estate of Helen and Charles Bourgeois.

Respectfully submitted,

By: /s/ D. Blayne Honeycutt
D. Blayne Honeycutt (La Bar Roll No. 18264)
**FAYARD & HONEYCUTT, APC**
519 Florida Avenue, SW
Denham Springs, LA 70726
Office Phone: (225) 664-4193
Email: dbhoneycutt@fayardlaw.com
*Counsel for Helen and Charles Bourgeois*

## CERTIFICATE OF SERVICE

I hereby certify that on 4th day of May, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ D. Blayne Honeycutt
D. BLAYNE HONEYCUTT