# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER: 8813002

STATE FILE NUMBER: 2022-008-00317

**DECEDENT**

| Field | Value |
|---|---|
| DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | BOURGEOIS, HELEN MAREE |
| DATE OF BIRTH | 03/14/1941 |
| DATE OF DEATH | 02/09/2022 |
| TIME OF DEATH | 11:18 AM |
| PLACE OF BIRTH (CITY, STATE, COUNTRY) | ATLANTA, GA UNITED STATES |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE | 80 YEARS |
| DECEDENT'S ALIAS NAME(S) (LAST, FIRST, MIDDLE, SUFFIX) | |
| RESIDENCE OF DECEDENT (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 333 LEE DR - APT/STE 378, BATON ROUGE, LA 70808 UNITED STATES |
| WITHIN CITY LIMITS? | YES |
| PARISH/COUNTY | EAST BATON ROUGE |

**PERSONAL**

| Field | Value |
|---|---|
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | BOOKKEEPER |
| INDUSTRY OF OCCUPATION | ACCOUNTING |
| MARITAL STATUS | WIDOWED |
| NAME OF SURVIVING SPOUSE | |
| FATHER/PARENT NAME | VALENTINE, HAROLD GRAY |
| FATHER/PARENT PLACE OF BIRTH | ATLANTA, GA UNITED STATES |
| MOTHER/PARENT NAME | LACAZE, LILLIAN MARIAN |
| MOTHER/PARENT PLACE OF BIRTH | DERIDDER, LA UNITED STATES |
| INFORMANT'S NAME | BOURGEOIS, JEANNE |
| RELATIONSHIP TO DECEDENT | DAUGHTER |
| INFORMANT'S ADDRESS | 3115 HUDSON PARK DR., BATON ROUGE, LA 70810 UNITED STATES |
| EDUCATION | SOME COLLEGE CREDIT, BUT NO DEGREE |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | WHITE |

**DEATH INFO**

| Field | Value |
|---|---|
| PLACE OF DEATH | DECEDENT'S HOME |
| FACILITY NAME | |
| FACILITY ADDRESS | 333 LEE DR - APT/STE 378, BATON ROUGE, LA 70808 UNITED STATES |
| PARISH/COUNTY | EAST BATON ROUGE |

**DISPOSITION**

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | EVERGREEN CREMATORY |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | DENHAM SPRINGS, LA UNITED STATES |
| DATE OF DISPOSITION | 02/17/2022 |

**FUNERAL FACILITY**

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | SEALE FUNERAL SERVICE, INC. - DENHAM SPRINGS |
| ADDRESS OF FUNERAL FACILITY | 1720 S. RANGE AVE., DENHAM SPRINGS, LA 70726 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | SCHEXNAYDRE, TRACY |
| LICENSE NUMBER | U1457 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 2/23/2022 |

**MEDICAL INFO**

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

**CAUSE OF DEATH**

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE | a. SEVERE PROTEIN CALORIE MALNUTRITION | UNK |
| Sequentially list conditions | b. | |
| UNDERLYING CAUSE | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

**INJURY INFORMATION**

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|---|---|
| | | | | |

LOCATION OF INJURY: 
PARISH/COUNTY: 
DESCRIBE HOW INJURY OCCURRED:

**CERTIFIER**

I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | *e-sign* |
| DATE | 2/21/2022 |
| CERTIFIER NAME | CLARK JR, WILLIAM ROGER |
| CERTIFIER TITLE | CORONER |
| CERTIFIER ADDRESS | 4030 T. B. HERNDON ST., BATON ROUGE, LA 70807 UNITED STATES |
| BURIAL TRANSIT PERMIT | 466852 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 02/11/2022 |
| DATE FILED WITH REGISTRAR | 2/23/2022 |

**REGISTRAR**

SIGNATURE OF REGISTRAR: DEVIN GEORGE *e-sign*

ISSUED BY: Sibley, Emily

Issued On: 2/25/2022 10:18:51 AM



008813002

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

DEVIN GEORGE
STATE REGISTRAR

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



**EXHIBIT A**