# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATION OF DEATH

BIRTH NUMBER:

STATE FILE NUMBER: 2021-024-00975

**8186153**

### DECEDENT

| Field | Value |
|---|---|
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | BOURGEOIS JR., CHARLES ARISTIDE |
| DATE OF BIRTH | 12/08/1931 |
| DATE OF DEATH | 06/19/2021 |
| TIME OF DEATH | 06:05 AM |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | NEW ORLEANS, LA UNITED STATES |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE | 89 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX) | |

### PERSONAL

| Field | Value |
|---|---|
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 333 LEE DR. - APT/STE E378, BATON ROUGE, LA 70808 UNITED STATES |
| WITHIN CITY LIMITS? | YES |
| PARISH/COUNTY | EAST BATON ROUGE |
| EVER IN U.S. ARMED FORCES? | YES |
| OCCUPATION | DIRECTOR OF STATE RESOURCES |
| INDUSTRY OF OCCUPATION | STATE GOVERNMENT |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | VALENTINE, HELEN MAREE |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | BOURGEOIS SR., CHARLES ARISTIDE |
| FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | NEW ORLEANS, LA UNITED STATES |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | WALSDORF, GERTRUDE VIVIAN |
| MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | NEW ORLEANS, LA UNITED STATES |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | BOURGEOIS, HELEN MAREE |
| RELATIONSHIP TO DECEDENT | WIFE |
| INFORMANT'S ADDRESS | 333 LEE DR. - APT/STE E378, BATON ROUGE, LA 70808 UNITED STATES |
| EDUCATION: BACHELOR'S DEGREE (E.G. BS, AB, BA) | |
| OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | |
| RACE: WHITE | |

### DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | DECEDENT'S HOME |
| FACILITY NAME | |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 333 LEE DR. - APT/STE E378, BATON ROUGE, LA 70808 UNITED STATES |
| PARISH/COUNTY | EAST BATON ROUGE |

### DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | EVERGREEN CREMATORY |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | DENHAM SPRINGS, LA UNITED STATES |
| DATE OF DISPOSITION | 06/23/2021 |

### FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | SEALE FUNERAL SERVICE, INC. - DENHAM SPRINGS |
| ADDRESS OF FUNERAL FACILITY | 1720 S. RANGE AVE., DENHAM SPRINGS, LA 70726 UNITED STATES |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | SCHEXNAYDRE, TRACY |
| LICENSE NUMBER | U1457 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | "e-sign" |
| DATE | 6/29/2021 |

### MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

### CAUSE OF DEATH

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. CONGESTIVE HEART FAILURE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

### INJURY INFORMATION

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |

LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY)

PARISH/COUNTY

DESCRIBE HOW INJURY OCCURED

### CERTIFIER

I CERTIFY THIS CORONER CASE BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER: | "e-sign" |
| DATE | 6/25/2021 |
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | CLARK JR., WILLIAM ROGER |
| CERTIFIER TITLE: CORONER | |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 4030 T. E. HERNDON ST., BATON ROUGE, LA 70807 UNITED STATES |
| BURIAL TRANSIT PERMIT | 427091 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 06/18/2021 |
| DATE FILED WITH REGISTRAR | 6/29/2021 |

### REGISTRAR

| Field | Value |
|---|---|
| SIGNATURE OF REGISTRAR | DEVIN GEORGE "e-sign" |
| ISSUED BY: Hts, Shantan Felunda | Issued On: 6/29/2021 1:53:52 PM |



008186153

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID
DO NOT ACCEPT

DEVIN GEORGE
STATE REGISTRAR



EXHIBIT B