UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES** |
| Scheideman v. Monsanto Co., Case No. 20-cv-1674-VC | Re: Dkt. Nos. 16422, 16541, 16542, 16546, 16572, 16574, 16575, 16576, 16579, 16585–91 |
| Sullivan v. Monsanto Co., Case No. 20-cv-3549-VC | |
| Katz v. Monsanto Co., Case No. 20-cv-1825-VC | |
| Rodriguez-Sanchez v. Monsanto Co., Case No. 22-cv-2301-VC | |
| Plaza-Gonzalez v. Monsanto Co. Case No. 22-cv-2303-VC | |
| Velez Rios v. Monsanto Co., Case No. 20-cv-8552-VC | |
| Berrios-Sampler v. Monsanto Co., Case No. 22-cv-2310-VC | |
| Kay v. Monsanto Co., Case No. 21-cv-175-VC | |
| Burris v. Monsanto Co., Case No. 21-cv-1337-VC | |
| Griffiths v. Monsanto Co., Case No. 20-cv-7736-VC | |

Hill v. Monsanto Co.,
Case No. 21-cv-01335-VC

Khal v. Monsanto Co.,
Case No. 20-cv-09292-VC

Kimble v. Monsanto Co.,
Case No. 21-cv-01334-VC

Porter v. Monsanto Co.,
Case No. 20-cv-05371-VC

Zanelli v. Monsanto Co.,
Case No. 20-cv-05373-VC

The above-listed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: May 4, 2023

VINCE CHHABRIA
United States District Judge