W. Wylie Blair, Esq.
**ONDER LAW, LLC**
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-MD-02741-VC |
| This document relates to: | |
| James Aultman v. Monsanto Company, No. 3:19-CV-05236 | UNOPPOSED MOTION TO MOVE CASES TO WAVE 7D |
| Jay Borum v. Monsanto Company, No. 3:19-CV-05242 | |
| Estel Butterfield v. Monsanto Company, No. 3:19-CV-05243 | |
| Spirit Connell v. Monsanto Company, No. 3:19-CV-05244 | |
| Melvin Costa v. Monsanto Company, No. 3:19-CV-05245 | |
| Stan Gerlach v. Monsanto Company, No. 3:19-CV-05246 | |
| Alan Gniadek v. Monsanto Company, No. 3:19-CV-05249 | |
| Andrew Gordon v. Monsanto Company, No. 3:19-CV-05252 | |
| Robert Hoffman v. Monsanto Company, No. 3:19-CV-05253 | |

Joseph Johnson v. Monsanto Company,
No. 3:19-CV-05255

Bobby Jones v. Monsanto Company,
No. 3:19-CV-05256

Christopher Luetcke v. Monsanto Company,
No. 3:22-CV-03963

Patrick Martin v. Monsanto Company,
No. 3:22-CV-03966

Douglas Moss v. Monsanto Company,
No. 3:22-CV-04012

Suzanne Norgren v. Monsanto Company,
No. 3:22-CV-03967

Marty Pinkard v. Monsanto Company,
No. 3:22-CV-04011

John Schoonover v. Monsanto Company,
No. 3:22-CV-03969

James Sheldon v. Monsanto Company,
No. 3:17-CV-02142

Carol Sorensen v. Monsanto Company,
No. 3:22-CV-03971

Jack Watson v. Monsanto Company,
No. 3:22-CV-03972

Tracie Weeder v. Monsanto Company,
No. 3:19-CV-05378

Robert Whitford, et al v. Monsanto Company,
No. 3:22-CV-04014

## UNOPPOSED MOTION TO MOVE CASES TO WAVE 7D

The twenty-two above-captioned Plaintiffs – without opposition from Defendant Monsanto Company – respectfully request the Court move their cases from Wave 6 to Wave 7D.

1. Each above captioned Plaintiff is currently situated in Wave 6.

2. All parties to this action have diligently pursued discovery, taken and defended depositions, engaged in written discovery and prepared these cases for trial.

3. Therefore, the impending deadlines, as per the current scheduling order for Wave 6, present challenges to all parties to properly complete discovery.

4. When consulting with one another regarding these challenges Plaintiffs' Counsel and Defendant's Counsel believe transferring these cases to Wave 7D would be in the best interests of justice and allow the parties to complete discovery without causing undue delay, if the settlement negotiations do not bear fruit.

THEREFORE, the twenty-two above-captioned Plaintiffs, without opposition from Defendant Monsanto Company, respectfully request the Court to move their cases from Wave 6 to Wave 7D.

Dated: May 5, 2023

**ONDER LAW, LLC**

By: */s/ W. Wylie Blair*

W. Wylie Blair
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

**CERTIFICATE OF SERVICE**

I, W. Wylie Blair, hereby certify that, on May 5th, 2023, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ W. Wylie Blair*