GERALD SINGLETON (SBN 208783)
KRISTEN D. MILLER (SBN 273030)
SINGLETON SCHREIBER, LLP
591 Camino de la Reina Suite #1025
San Diego, CA 92108
Tel: (619) 771-3473
Fax: (619) 255-1515
Email: gsingleton@singletonschreiber.com
       kmiller@singletonschreiber.com

TIMOTHY A. SCOTT (SBN 215074)
NICOLAS O. JIMENEZ (SBN 295057)
MCKENZIE SCOTT PC
1350 Columbia Street, Suite 600
San Diego, CA 92101
Tel: (619) 794-0451
Fax: (619) 652-9964
Email: TScott@mckenziescott.com
       NJimenez@mckenziescott.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Caitlin Jones-Basler v. Monsanto Company*<br>Case No. 3:19-CV-03536-vc | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE BE ADVISED, that effective immediately, attorneys Timothy A. Scott and Nicolas O. Jimenez hereby disassociate as counsel of record for Plaintiff CAITLIN JONES-BASLER.  Gerald Singleton of the law offices of Singleton Schreiber, LLP remains counsel of record.

Please remove McKenzie Scott PC and Scott Trial Lawyers from all service lists.

Dated: May 5, 2023                           MCKENZIE SCOTT PC

                                             By:   */s/ Timothy A. Scott*
                                                   TIMOTHY A. SCOTT
                                                   NICOLAS O. JIMENEZ

## **CERTIFICATE OF SERVICE**

I, Timothy A. Scott, hereby certify that, on May 5, 2023, I electronically filed NOTICE OF DISASSOCIATION OF COUNSEL with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Dated: May 5, 2023                              Respectfully submitted,

                                              MCKENZIE SCOTT PC

By: */s/ Timothy A. Scott*
    Timothy A. Scott
    MCKENZIE SCOTT PC
    1350 Columbia Street, Suite 600
    San Diego, CA 92101
    T: (619) 794-0451
    Tscott@mckenziescott.com