| | |
|---|---|
| GERALD SINGLETON (SBN 208783) | TIMOTHY A. SCOTT (SBN 215074) |
| KRISTEN D. MILLER (SBN 273030) | NICOLAS O. JIMENEZ (SBN 295057) |
| SINGLETON SCHREIBER, LLP | MCKENZIE SCOTT PC |
| 591 Camino de la Reina Suite #1025 | 1350 Columbia Street, Suite 600 |
| San Diego, CA 92108 | San Diego, CA 92101 |
| Tel: (619) 771-3473 | Tel: (619) 794-0451 |
| Fax: (619) 255-1515 | Fax: (619) 652-9964 |
| Email: gsingleton@singletonschreiber.com | Email: TScott@mckenziescott.com |
| kmiller@singletonschreiber.com | NJimenez@mckenziescott.com |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Joseph Mignone v. Monsanto Company*<br>Case No. 3:21-cv-00501-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

   PLEASE BE ADVISED, that effective immediately, attorneys Timothy A. Scott and Nicolas O. Jimenez hereby disassociate as counsel of record for Plaintiff JOSEPH MIGNONE. Gerald Singleton of the law offices of Singleton Schreiber, LLP remains counsel of record.

   Please remove McKenzie Scott PC and Scott Trial Lawyers from all service lists.


Dated: May 5, 2023                         MCKENZIE SCOTT PC


                                           By:    /s/ Timothy A. Scott
                                                  TIMOTHY A. SCOTT
                                                  NICOLAS O. JIMENEZ

**CERTIFICATE OF SERVICE**

I, Timothy A. Scott, hereby certify that, on May 5, 2023, I electronically filed NOTICE OF DISASSOCIATION OF COUNSEL with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Dated: May 5, 2023                    Respectfully submitted,

                                      MCKENZIE SCOTT PC


                                      By: /s/ Timothy A. Scott
                                          Timothy A. Scott
                                          MCKENZIE SCOTT PC
                                          1350 Columbia Street, Suite 600
                                          San Diego, CA 92101
                                          T: (619) 794-0451
                                          Tscott@mckenziescott.com