| | |
|---|---|
| GERALD SINGLETON (SBN 208783) | TIMOTHY A. SCOTT (SBN 215074) |
| KRISTEN D. MILLER (SBN 273030) | NICOLAS O. JIMENEZ (SBN 295057) |
| SINGLETON SCHREIBER, LLP | MCKENZIE SCOTT PC |
| 591 Camino de la Reina Suite #1025 | 1350 Columbia Street, Suite 600 |
| San Diego, CA 92108 | San Diego, CA 92101 |
| Tel: (619) 771-3473 | Tel: (619) 794-0451 |
| Fax: (619) 255-1515 | Fax: (619) 652-9964 |
| Email: gsingleton@singletonschreiber.com | Email: TScott@mckenziescott.com |
| kmiller@singletonschreiber.com | NJimenez@mckenziescott.com |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Kenneth Hong v. Monsanto Company*<br>Case No. 3:19-cv-02895-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

    PLEASE BE ADVISED, that effective immediately, attorneys Timothy A. Scott and Nicolas O. Jimenez hereby disassociate as counsel of record for Plaintiff KENNETH HONG. Gerald Singleton of the law offices of Singleton Schreiber, LLP remains counsel of record.

    Please remove McKenzie Scott PC and Scott Trial Lawyers from all service lists.

Dated: May 5, 2023                MCKENZIE SCOTT PC

                            By:   */s/ Timothy A. Scott*
                                   TIMOTHY A. SCOTT
                                   NICOLAS O. JIMENEZ

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I, Timothy A. Scott, hereby certify that, on May 5, 2023, I electronically filed NOTICE
3 OF DISASSOCIATION OF COUNSEL with the Clerk for the United States District Court for
4 the Northern District of California using the CM/ECF system, which shall send electronic
5 notification to counsel of record.

6 Dated: May 5, 2023                           Respectfully submitted,

7                                              MCKENZIE SCOTT PC

9                                              By: */s/ Timothy A. Scott*
10                                                 Timothy A. Scott
                                                   MCKENZIE SCOTT PC
11                                                 1350 Columbia Street, Suite 600
                                                   San Diego, CA 92101
12                                                 T: (619) 794-0451
                                                   Tscott@mckenziescott.com