UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | )  MDL NO. 2741 )  **Case No.  3:16-md-02741-VC** ) |
| This document relates to: *David Ayres and Karen Ayres v. Monsanto Co.*, Case No.: 3:17-cv-05716-VC | ) ) ) ) |

**PLAINTIFFS' MOTION TO SUBSTITUTE and
MEMORANDUM IN SUPPORT THEREOF**

Comes now Plaintiffs and pursuant to Rule 25(a) and timely moves to substitute the Karen Ayres as Successor to David Ayres in place of David Ayres, deceased, and in support of this motion states the following:

1. David Ayres died on February 15, 2022 from a stroke.  Plaintiffs have filed a suggestion of death announcing his death. **[Doc. 14678 and 14578-1].**  Mr. Ayres was married to Karen Ayres, who is and has been a named Plaintiff in this action.

2. David Ayres died intestate.  Karen Ayres is David Ayres' only heir.

3. Karen Ayres filed a Petition to open the estate of David Ayres and was appointed Administrator of his estate on August 4, 2022. **[See Exhibit 1]**.

4. Substitution of the Estate in place of a deceased is a recognized procedure.  FRCP Rule 25(a).  The Suggestion of Death has been timely filed and served on all Defendants.  Karen Ayres is a "successor" to the survivor claim of her husband David Ayres.  Id.; Torres v Bayer Corp. (In re Baycol Products Litigation), 616 F.3d 778, 783-85 (8th Cir. 2010).  The

Probate Court of Chatham County, Georgia has established David Ayres' estate. Karen Ayres may now be substituted as the successor for her husband's survival claim. Id.

Wherefore, Plaintiff requests that this motion be granted adding Karen Ayres as Administrator of the Estate of David Ayres to this action, allowing the survival action to proceed without interruption.

Respectfully submitted this 8th day of May, 2023.

                                              **BROOKS LAW OFFICE**

                                              */s/ Eugene C. Brooks, IV*
                                              EUGENE C. BROOKS, IV
                                              Georgia State Bar No. 084750
                                              Attorney for Plaintiffs

P.O. Box 9545
Savannah, Georgia 31412
313 West York Street
Savannah, Georgia 31401
T: (912) 233-9696; F: (912) 232-8620
gbrooks@brooks-law.com

X:\USERS\Active\Product Liability\Non-Hodgkins Lymphoma\1 Ayres, David\MOTIONS\2023.05.08  Mot to Substitute.wpd

## CERTIFICATE OF SERVICE

This certificate certifies that on this day the undersigned served PLAINTIFFS' MOTION TO SUBSTITUTE and MEMORANDUM IN SUPPORT THEREOF via the U.S.D.C. Electronic Filing System to all counsel registered to receive automatic e-file notifications on the above-captioned matter.

Submitted this 8th day of May, 2023.

**BROOKS LAW OFFICE**

*/s/ Eugene C. Brooks, IV*
EUGENE C. BROOKS, IV
Georgia State Bar No. 084750
Attorney for Plaintiffs

BROOKS LAW OFFICE
P.O. Box 9545
Savannah, Georgia 31412
313 West York Street
Savannah, Georgia 31401
T: (912) 233-9696; F: (912) 232-8620
gbrooks@brooks-law.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION _____ | ) ) ) | MDL NO. 2741 **Case No.  3:16-md-02741-VC** |
| This document relates to: *David Ayres and Karen Ayres v. Monsanto Co.*, Case No.: 3:17-cv-05716-VC _____ | ) ) ) ) | |

### ORDER GRANTING MOTION TO SUBSTITUTE

PURSUANT TO Plaintiffs' Motion to Substitute Karen Ayres as Successor to David Ayres in place of David Ayres, deceased, IT IS SO ORDERED that the Plaintiffs' Motion is hereby Granted.

This _____ day of _____, 2023.


 _____
 Hon. Vince Chhabria
 Judge, U.S. District Court
 Northern District of California