1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
2  600 Travis Street, Suite 3400
Houston, TX 77002-2026
3  Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
4  Email:        jstubbs@shb.com

5  *Attorneys for Defendant*
*MONSANTO COMPANY*

6  UNITED STATES DISTRICT COURT

7  NORTHERN DISTRICT OF CALIFORNIA

8  IN RE: ROUNDUP PRODUCTS          | MDL No. 2741
LIABILITY LITIGATION
9                                   | Case No. 3:16-md-02741-VC

10  This document relates to:

11  *Steven Coppess, et al. v. Monsanto Co.,*
Case No. 3:22-cv-07530-VC
12

13  **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

14  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

15  ("Monsanto") makes the following disclosures:

16      1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

17      2.    Bayer AG is a publicly held corporation.

18

19

20

21

22

23

24

25

26

27

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:23-cv-01564-VC

DATED:  May 8, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 8th day of May, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs