IN THE PROBATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
DAVID WAYNE AYRES, ) ESTATE NO: P22-00328-PB
)
DECEASED )

## LETTERS OF ADMINISTRATION
*(Bond Waived and/or Certain Powers Granted)*

At a regular term of Probate Court, this Court granted an order allowing **KAREN M. AYRES** to qualify as Administrator(s) of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, and that upon so doing, Letters of Administration be issued to such Personal Representative(s).

THEREFORE, the said Administrator(s), **KAREN M. AYRES**, having taken the oath of office and complied with all necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of Personal Representative(s), according to Georgia law. In addition this Court:

*[Initial all which apply]*

*___ (a) **POWERS GRANTED**: Grants to the Administrator(s) all of the powers contained in O.C.G.A. § 53-12-261, except the Administrator(s) shall not be authorized to bind the estate by any warranty in any conveyance or contract in violation of O.C.G.A. § 53-8-14 (a).

*___ (b) **REPORTS WAIVED**: Grants to the Administrator(s) the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court.

*___ (c) **BOND WAIVED**: Waives the specific requirement to post bond.

___ (d) **STATEMENTS WAIVED**: Grants to the Administrator(s) the specific power to serve without furnishing to the heirs statements of receipts and disbursements.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this **4th** day of **August**, 20**22**.

THOMAS C. BORDEAUX, JR.
Judge of the Probate Court

*NOTE: The following must be signed if the Judge does not sign the original of this document:*

Issued by:

Clerk of the Probate Court

