**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@getgomez.com*
Jessica S. Williams (SBN 314762)
*jwilliams@getgomez.com*
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile:  (619) 237-3496

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Document Relates to:<br><br>*Gisela Sparkman, Surviving Spouse of George Sparkman v. Monsanto Co., et al*<br>Docket No.: 3:21-cv-01336-TWR-BLM | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |

## PLAINTIFF'S UNOPPOSED MOTION TO ADD CASE TO WAVE VII

Plaintiff, Gisela Sparkman, surviving spouse of George Sparkman, by and through her undersigned counsel and without opposition from Defendant, Monsanto Company, respectfully requests the Court add her case to Wave VII.

1. The case of Gisela Sparkman, the surviving spouse of George Sparkman, on behalf of George Sparkman was originally part of Wave Order VI.  However, it appears the case was inadvertently removed from the most recent Wave Order and is currently not part of the Wave Order list.

2. Counsel for Plaintiff, Gisela Sparkman, met and conferred with counsel for Defendant, Monsanto Company. Plaintiff believes the best course of action is to add this case to Wave

1     VII. Monsanto has informed us that it does not oppose this request.

2     Therefore, Plaintiff, Gisela Sparkman, surviving spouse of George Sparkman, without
3 opposition from Defendant, Monsanto Company, respectfully requests the Court add this case to Wave
4 VII.

6 Dated: May 8, 2023                                     Respectfully submitted,

By: _/s/ Jessica S. Williams_____
John H. Gomez, Esq.
Jessica S. Williams, Esq.
**GOMEZ TRIAL ATTORNEYS**
john@getgomez.com
jwilliams@getgomez.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 8th day of May 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                     _/s/ Jessica S. Williams_
                     Jessica S. Williams, Esq.