# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | ) ) ) MDL No. 2741 ) |
| This Document Relates to: | ) Master Docket Case No.: 3:16-md-02741-VC ) |
| *Gisela Sparkman, Surviving Spouse of George Sparkman v. Monsanto Co., et al* <br> Docket No.: 3:21-cv-01336-TWR-BLM | ) **ORDER GRANTING MOTION TO ADD CASE** ) **TO WAVE VII** ) ) |

## ORDER GRANTING MOTION TO ADD CASE TO WAVE VII

Plaintiff's motion to add the case to Wave VII is granted.

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Judge

-1-