UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *Sharlyn Carroll v. Monsanto Co. and John Does 1-100,* Case No.: 3:20-cv-08516-VC | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D |

Plaintiff Sharlyn Carroll – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave V with no assigned Sub-Wave to Wave VII, Sub-Wave D:

1. Sharlyn Carroll's case is part of Wave V.

2. Mindful of the deadlines pertaining to Wave V cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition on August 15, 2022. The deposition of Plaintiff's treating oncologist was completed February 7, 2023. However, Plaintiff's primary physician deposition has yet to be completed.

4. Plaintiff served her first round of written discovery responses and document productions as of November 29, 2022. Plaintiff intends to propound written discovery.

5. Counsel for the Plaintiff, Sharlyn Carroll, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave, and Monsanto does not oppose this request.

Therefore, Plaintiff Sharlyn Carroll, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave V with no assigned Sub-Wave to Wave VII, Sub-Wave D.

Date: May 10, 2023                                         Respectfully Submitted,

By: _____
C. Moze Cowper
**Cowper Law LLP**
12301 Wilshire Blvd., Suite 303
Los Angeles, CA 90025
Tel: 877-529-3707

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
C. Moze Cowper