```
John H. Gomez (CA Bar # 171485) T.A
Jessica S. Williams (CA Bar #314762)
Cristina Murillo (CA Bar # 345769)
```
**GOMEZ TRIAL ATTORNEYS**
```
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
jwilliams@getgomez.com
cristina@getgomez.com
```

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD SORRELL, an Individual, and CHRISTINE SORRELL, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY and DOES 1-50,<br><br>Defendants. | MDL Case No.: 3:16-md-02741-VC<br><br>Case No.: 3:22-cv-05287<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Complaint filed: May 6, 2022<br><br>Trial Date: None. |

**TO THE CLERK OF THIS COURT:**

PLEASE TAKE NOTICE THAT Jessica S. Williams and Cristina Murillo of Gomez Trial Attorneys, hereby file this Notice of Substitution of Counsel for Chad Sorrell and Christine Sorrell, "Plaintiffs" instead of Lindsay R. Stevens of Gomez Trial Attorneys and Ann C. Ochsner of Whitely Law Firm. Plaintiffs respectfully request that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

///

Plaintiffs further request that Lindsay R. Stevens of Gomez Trial Attorneys and Ann C. Ochsner of Whitely Law Firm be removed from the ECF service list.

Dated: May 10, 2023

Respectfully submitted,

BY: */s/ Jessica S. Williams*
Jessica S. Williams, Esq.

*/s/ Cristina Murillo*
Cristina Murillo, Esq.

**GOMEZ TRIAL ATTORNEYS**
755 Front Street
San Diego, CA 92101
jwilliams@getgomez.com
cristina@getgomez.com
Tel.: (619) 237-3490
Fax: (619) 237-3496

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

Dated: May 10, 2023                    Respectfully Submitted,


By: */s/ Jessica S. Williams*
    Jessica S. Williams, Esq.
    **GOMEZ TRIAL ATTORNEYS**