**PODHURST ORSECK, P.A.**
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Paul Schrag v. Monsanto Company, et al.*<br>Case No. 3:22-cv-08888-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**AS TO CLAIMS AGAINST HOME DEPOT U.S.A., INC. AND WALMART INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Paul Schrag hereby dismisses all of his claims against Defendants Home Depot U.S.A., Inc. and Walmart Inc. without prejudice, with each party to bear its own attorneys' fees and costs.

For the avoidance of doubt, this filing dismisses only Plaintiff's claims against Home Depot U.S.A., Inc. and Walmart Inc., so Plaintiff's other claims and this lawsuit remain pending.

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Steven C. Marks*
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on May 11, 2023, I electronically filed the foregoing document with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

By: */s/ Steven C. Marks*
STEVEN C. MARKS
*Counsel for the Plaintiff*

2

NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO CLAIMS AGAINST HOME DEPOT U.S.A., INC. AND WALMART INC.
3:16-md-02741 & 3:22-cv-08888-VC