Ernest W. Boyd
BUTCH BOYD LAW FIRM
butchboyd@butchboydlawfirm.com
2905 Sackett Street
Houston, TX 77098
713-589-8477 (Phone)
713-589-8563 (Fax)

*Attorney for Plaintiffs.*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LUBY, JOHN JR., et al, | |
| Plaintiffs, | MDL No. 4:20-cv-2717 |
| v. | Case No. 3:22-cv-03830-VC |
| NAYLOR'S FARM & RANCH SUPPLY, INC., et al. | |
| Defendants. | |

### PLAINTIFFS' UNOPPOSED MOTION TO ADD CASE TO WAVE 7

Plaintiffs John Luby, Jr. and Berry Peterson file this motion without opposition from Defendants Monsanto Company and Naylor's Farm & Ranch Supply Inc. and respectfully request that the Court Assign and Move their member case to Wave 7.

1. Plaintiffs are not currently situated in a Wave.

2. A necessity exists to assign this case to a Wave.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3.      Plaintiffs' counsel believes that assigning this case to Wave 7 would be in the best interests of Justice and allow the parties to complete discovery and ready their case for trial without causing undue delay.  Counsel for Defendant Monsanto Company has indicated that they are unopposed to assigning this member case to Wave 7.

4.      THEREFORE, the two above-captioned Plaintiffs, without opposition from Defendants Monsanto Company and Naylor's Farm & Ranch Supply, Inc., respectfully request that the Court assign and move the above-referenced member case to Wave 7.

Dated: May 11, 2023.

**BUTCH BOYD LAW FIRM**

*/s/ Ernest W. "Butch" Boyd*
Ernest W. Boyd (Lead Attorney)
State Bar No. 00783694
butchboyd@butchboydlawfirm.com
2905 Sackett Street
Houston, TX 77098
713-589-8477 (Phone)
713-589-8563 (Fax)

***Attorney for Plaintiff John Luby Jr. and Berry Peterson***

## CERTIFICATE OF CONFERENCE

I, Ernest W. Boyd, hereby certify that, on  April 4, 2023, I corresponded via email with Ryan S. Killian, Counsel for Defendants in the above-entitled cause of action who advised that Defendants are unopposed as to the granting of the foregoing motion.

*/s/ Ernest W. "Butch" Boyd*
ERNEST W. "BUTCH" BOYD

## CERTIFICATE OF SERVICE

I, Ernest W. Boyd, hereby certify that, on  May 11, 2023, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Ernest W. "Butch" Boyd*
ERNEST W. "BUTCH" BOYD