UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LUBY, JOHN JR., et al, <br><br> Plaintiffs, <br><br> v. <br><br> NAYLOR'S FARM & RANCH SUPPLY, INC., et al. <br><br> Defendants. | MDL No. 4:20-cv-2717 <br> Case No. 3:22-cv-03830-VC <br><br> **ORDER GRANTING MOTION TO AD CASE TO WAVE 7** |

### ORDER GRANTING MOTION TO ADD CASE TO WAVE 7

Plaintiff's motion to add the above referenced member case to Wave 7 is granted.

IT IS SO ORDERED.

Dated:_____.

                                        HONORABLE JUDGE VINCE CHHABRIA
                                        UNITED STATES DISTRICT JUDGE