UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) | MDL NO. 2741<br>**Case No. 3:16-md-02741-VC** |
| This document relates to: )<br>)<br>*David Ayres and Karen Ayres v. Monsanto Co.*, )<br>Case No.: 3:17-cv-05716-VC ) | |

## ORDER GRANTING MOTION TO SUBSTITUTE

PURSUANT TO Plaintiffs' Amended Motion to Substitute Karen Ayres as Successor to David Ayres in place of David Ayres, deceased, IT IS SO ORDERED that the Plaintiffs' Amended Motion is hereby Granted.

This 11th day of May, 2023.

_____
Hon. Vince Chhabria
Judge, U.S. District Court
Northern District of California