**MWCN**
**STEVEN M. BURRIS, ESQ.**
Nevada Bar No. 000603
sb@steveburrislaw.com
**BURRIS & THOMAS, LLC**
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
(702) 258-6238 - Telephone
(702) 258-8280 - Facsimile

*Attorneys for Plaintiff BEN EMBAAN*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:21-cv-01336-VC |
| This Document relates to: | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |
| *Ben Embaan v. Monsanto Company, et al.* Case No. 3:21-cv-01336-VC | |

Pursuant to Local Rule 11-5, Burris & Thomas, LLC, by and through the undersigned attorney, Steven M. Burris, Esq., of the Law Offices of Burris & Thomas, LLC, moves the Honorable Court to grant leave to withdraw as attorney of record on behalf of Plaintiff Ben Embaan in the above-captioned case. The grounds for this Motion, are as follows:

1. Irreconcilable differences have arisen between Burris & Thomas and Plaintiff Ben Embaan that make it impossible for Burris & Thomas to continue to represent his interests in this matter.

. . .

. . .

. . .

. . .

. . .

2. This motion is not accompanied by a simultaneous appearance of substitute counsel or agreement of Plaintiff Ben Embaan to appear *pro se.* Therefore, counsel request that papers continue to be served on counsel for forwarding purposes, unless and until Plaintiff Ben Embaan appears by other counsel or pro se.

BURRIS & THOMAS, LLC

By: */s/Steven M. Burris*
Steven M. Burris, Esq.
Nevada Bar No. 000603
sb@steveburrislaw.com
2810 W. Charleston Blvd., Suite F-58
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*
*BEN EMBAAN*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **MOTION TO WITHDRAW** was filed electronically via the United States District Court for the Northern District of California via the Court's electronic filing system (CM/ECF), which will automatically serve and send email notification of such filing to all registered attorneys of record.

AND

Pursuant to Federal Rules of Civil Procedure 5(b) and LR5-1, I hereby certify that service of the foregoing **MOTION TO WITHDRAW** was made this date by faxing and by depositing a true and correct copy of the same for mailing, in a sealed envelope, postage fully prepaid, first class mail, at Las Vegas, Nevada, addressed to the following:

Ben Embaan
10091 Bonham Court
Las Vegas, Nevada 89148

DATED this 30th day of March, 2023.

      /s/Sherry Rainey
An Employee of Law Offices of Steven M. Burris

Page 3 of 3



BURRIS & THOMAS, LLC
LAW OFFICES
2810 W. Charleston Blvd., Suite F58, Las Vegas, Nevada 89102

Ben Embaew
10091 Bonham Court
Las Vegas, NV 89148