Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: (415) 986-1400
Fax Number: (415) 986-1474

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Saul Cohen v. Monsanto Company, et al.*,<br>Case No.: 3:19-cv-03632-VC | **UNOPPOSED MOTION TO MOVE CASES TO WAVE VII** |
| *Ray Jenks v. Monsanto Company, et al.*,<br>Case No.: 3:19-cv-03591-VC | |
| *Kevin Kearns v. Monsanto Company, et al.*,<br>Case No.: 3:19-cv-06709-VC | |
| *Gary Lindeblad v. Monsanto Company, et al.*,<br>Case No.: 3:20-cv-06781-VC | |
| *Darin Polsley v. Monsanto Company, et al.*,<br>Case No.: 3:20-cv-07107-VC | |
| *Dean McWilliams v. Monsanto Company, et al.*,<br>Case No.: 3:20-cv-07104-VC | |

Plaintiffs Saul Cohen, Ray Jenks, Kevin Kearns, Gary Lindeblad, Darin Polsley, and Dean McWilliams – without opposition from Defendant Monsanto Company – respectfully

request the Court to move their cases from Wave VI to Wave VII:

1. Plaintiffs' cases are presently assigned to Wave VI.
2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in these matters.
3. Plaintiffs have served their Plaintiff Fact Sheets and produced their medical records.
4. Plaintiff Gary Lindeblad's deposition still needs to be conducted.  All of Plaintiffs' treating physicians' depositions still need to be conducted.  Plaintiffs' Counsel and Defendant's Counsel have been cooperating in attempting to schedule depositions.
5. The difficulties in completing fact discovery are now impacting the deadlines applicable to Wave VI.
6. Plaintiffs believe the best course of action would be to move their cases to a later Wave. Counsel for Monsanto has informed us that it does not oppose this request.

Therefore, Plaintiffs Saul Cohen, Ray Jenks, Kevin Kearns, Gary Lindeblad, Darin Polsley, and Dean McWilliams, with the consent of Defendant Monsanto Company, respectfully requests the Court to move their cases from Wave VI to Wave VII.

Date: May 11, 2023

Respectfully Submitted,

By: _____

Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: (415) 986-1400
Fax Number: (415) 986-1474

*Attorneys for Plaintiff*