**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *William Boone, on behalf of the estate of Charles Toomer v. Monsanto Company,*<br>*3:20-cv-07884-VC* | **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>**Hearing:**<br>Date:  June 22, 2023<br>Time:  1:00 p.m.<br>Place:  Courtroom 4 (Via Zoom) |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion for Summary Judgment on Causation Grounds. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. This Court ordered that all Wave 5D plaintiffs, which includes Plaintiff William Boone, must submit expert reports no later than March 29, 2023. (MDL ECF #15506.)

3. Plaintiff did not submit an expert report regarding specific causation by March 29, 2023. Specifically, Plaintiff has not served any expert report containing case-specific evidence of a causal link between Roundup and Charles Toomer's cancer.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 11, 2023, at Santa Monica, California.

_____
Jed P. White