# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Sep 08 2021

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-21-173294

1. LEGAL NAME OF DECEASED: LAZARO MOLINA SR.
2. DATE OF DEATH: AUGUST 25, 2021
3. SEX: MALE
4. DATE OF BIRTH: NOVEMBER 21, 1945
5. AGE-Last Birthday: 75
6. BIRTHPLACE: LA CASITA, TX
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS: Married
9. SURVIVING SPOUSE'S NAME: CORINA NARANJO
10a. RESIDENCE STREET ADDRESS: 324 W. LITTLEFIELD ST.
10c. CITY OR TOWN: FALFURRIAS
10d. COUNTY: BROOKS
10e. STATE: TEXAS
10f. ZIP CODE: 78355
10g. INSIDE CITY LIMITS: Yes
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: YSABEL YANEZ MOLINA
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: MERECEDES RAMOS
13. PLACE OF DEATH: Inpatient
14. COUNTY OF DEATH: NUECES
15. CITY/TOWN, ZIP: CORPUS CHRISTI, 78412
16. FACILITY NAME: BAY AREA MEDICAL CENTER
17. INFORMANT'S NAME & RELATIONSHIP: LISA MOLINA-MONTALVO - DAUGHTER
18. MAILING ADDRESS OF INFORMANT: P.O. BOX 202, FALFURRIAS, TX 78355
19. METHOD OF DISPOSITION: Burial
20. SIGNATURE OF FUNERAL DIRECTOR: PATRICK A. ALANIZ, BY ELECTRONIC SIGNATURE - 10898
21. Unknown
22. PLACE OF DISPOSITION: SACRED HEART CEMETERY
23. LOCATION: FALFURRIAS, TX
24. NAME OF FUNERAL FACILITY: ALANIZ FUNERAL HOME
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 516 N ST MARY ST., FALFURRIAS, TX 78355
26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: AFTAB MAHMOOD, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: SEPTEMBER 7, 2021
29. LICENSE NUMBER: M1217
30. TIME OF DEATH: 05:25 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: AFTAB MAHMOOD  902 FROSTWOOD, HOUSTON, TX 77024
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:
   a. IMMEDIATE CAUSE: COVID-19 — Approximate interval: UNKNOWN

34. WAS AN AUTOPSY PERFORMED? No
35. WERE AUTOPSY FINDINGS AVAILABLE? —
36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? No

42a. REGISTRAR FILE NO: 02002940
42b. DATE RECEIVED BY LOCAL REGISTRAR: SEPTEMBER 8, 2021

EDR NUMBER 000044445120605

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Sep 15 2021

TARA DAS
STATE REGISTRAR

**PLAINTIFF'S EXHIBIT B**