# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

JOSEPH   EDWARD   GALLO , Bar # JG1662

was duly admitted to practice in the Court on

July 08, 2016

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.          On          May 15, 2023
New York, New York

Ruby J. Krajick          By          s/ D. Shaw
Clerk of Court                       Deputy Clerk