UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. MDL No. 3:16-md-02741-VC ) ) Hon. Vince Chhabria ) |
| This document relates to:<br><br>*Leslie Hutchison v. Monsanto Co.*,<br>Case No. 3:20-cv-03444-VC | ) **UNOPPOSED MOTION TO MOVE** ) **CASE TO WAVE VII-A** ) ) ) |

Plaintiff Leslie Hutchison – without opposition from Defendant Monsanto Company – respectfully requests the Court move this case from Wave VI-A to Wave VII-A:

1. Dr. Hutchison's case is part of Wave VI-A.

2. The deposition of the Plaintiff has been completed, and Plaintiff has responded to Defendant's Requests for Inspection of Tangible Goods, Requests to Permit Entry Upon Land, Exposure Interrogatories, and Exposure Requests for Production.

3. Plaintiff's counsel is currently engaged in fact and expert discovery.

4. Counsel for Plaintiff met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later wave and Monsanto does not oppose this request.

Therefore, Plaintiff Leslie Hutchison, without opposition from Defendant Monsanto Company, respectfully requests that the Court move this case from Wave VI-A to Wave VII-A.

//

//

//

//

DATED: May 15, 2023

Respectfully submitted,

/s/ Carl J. Lumley

Carl J. Lumley
Bar number 32869(MO)
Curtis, Heinz, Garrett, & O'Keefe P.C.
130 S Bemiston, Suite 200
St. Louis, MO 63105-1913
Tel: (314) 725-8788
CLumley@chgolaw.com
*Counsel for Leslie Hutchison*

OF COUNSEL:

Joseph Gallo
Wendy Dickieson
Withers Bergman LLP
430 Park Avenue
New York, New York 10022
Tel: (212) 848-9800
Joseph.Gallo@withersworldwide.com
Wendy.Dickieson@withersworldwide.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

/s/ Carl J. Lumley

Carl J. Lumley
Bar number 32869(MO)
Curtis, Heinz, Garrett, & O'Keefe P.C.
CLumley@chgolaw.com

*Counsel for Leslie Hutchison*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. MDL No. 3:16-md-02741-VC <br> Hon. Vince Chhabria |
| This document relates to: <br><br> *Leslie Hutchison v. Monsanto Co.*, <br> Case No. 3:20-cv-03444-VC | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII-A** |

Plaintiff's motion to move the case from Wave VI-A to Wave VII-A is granted.

**IT IS SO ORDERED.**

Dated: _____        _____