# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____WENDY    JAMES   DICKIESON_____, Bar # _____5659289_____

was duly admitted to practice in the Court on

_____March 22, 2022_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.              On      _____May 15, 2023_____
            New York, New York

                                        By      s/ D. Shaw
_____Ruby J. Krajick_____             _____
        Clerk of Court                                Deputy Clerk