UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Documents Relates to:<br><br>*Marilyn Woolfolk, surviving spouse of Martin Y. Woolfolk v. Monsanto Co., et al*<br>Docket No: 3:20-cv-04760-VC | MDL No. 2741<br><br>Case No: 3:16-md-02741-VC |

## "PROPOSED" ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII

Plaintiff, Marilyn Woolfolk, surviving spouse of Martin Y. Woolfolk's, motion to move case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
DISTRICT JUDGE VINCE CHHABRIA
Us District Court
California Northern District