Arati C. Furness
CA Bar No 225435
**FORESTER HAYNIE PLLC**
400 N. Saint Paul Street, Suite 700
Dallas, TX 75201
(214) 210-2100
afurness@foresterhaynie.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL 2741** |
| This document relates to: | **UNOPPOSED MOTION TO MOVE CASES TO WAVE VII** |
| Eric Beisner, *3:20-cv-00056*<br>John Bodie, *3:20-cv-00057*<br>John Calloway, *3:20-cv-00059*<br>LaTonya Dotson (Estate of Judy Dotson), *3:20-cv-02414*<br>Patrick Finnell  *3:20-cv-2419*<br>Thomas Howe,  *3:20-cv-00036*<br>Sandra Katte, *3:20-cv-00039*<br>Glenn Moore, *3:20-cv-00041*<br>LeAnnah Jessop (Estate of George Jessop); *3:20-cv-00042*<br>Izora Poteet (Estate of J.P. Stewart), *3:20-cv-02415*<br>Reginald Sayles, *3:20-cv-2417*<br>Larry Williams, *3:20-cv-02416* | |

### CORRECTED UNOPPOSED MOTION TO MOVE CASE TO WAVE VI

Plaintiffs' counsel, without opposition from Defendant Monsanto Company, respectfully

requests the Court move the following twelve (12) cases from Wave VI to Wave VII based on

the declaration of Arati C. Furness, attached hereto as Exhibit 1.

Eric Beisner, *3:20-cv-00056*

John Bodie, *3:20-cv-00057*

John Calloway, *3:20-cv-00059*

LaTonya Dotson (Estate of Judy Dotson), *3:20-cv-02414*

Patrick Finnell  *3:20-cv-2419*

Thomas Howe,  *3:20-cv-00036*

Sandra Katte, *3:20-cv-00039*

Glenn Moore, *3:20-cv-00041*

LeAnnah Jessop (Estate of George Jessop); *3:20-cv-00042*

Izora Poteet (Estate of J.P. Stewart), *3:20-cv-02415*

Reginald Sayles, *3:20-cv-2417*

Larry Williams, *3:20-cv-02416*

Thus, based on Ms. Furness's declaration and without opposition of Defendant Monsanto

Company, Plaintiffs' counsel respectfully requests the Court move the above cases from Wave

VI to Wave VII.

Dated: May 15, 2023

Respectfully submitted,

Arati C. Furness,
CA State Bar No. 225435
**FORESTER HAYNIE PLLC**
400 N. Saint Paul Street, Suite 700
Dallas, TX 75201
(214) 210-2100
afurness@foresterhaynie.com

# EXHIBIT 1

Arati C. Furness
**FORESTER HAYNIE PLLC**
400 N. Saint Paul Street, Suite 700
Dallas, TX 75201
(214) 210-2100
afurness@foresterhaynie.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL 2741** |
| This document relates to: | **DECLARATION OF ARATI C. FURNESS** |
| Eric Beisner, *3:20-cv-00056*<br>John Bodie, *3:20-cv-00057*<br>John Calloway, *3:20-cv-00059*<br>LaTonya Dotson (Estate of Judy Dotson), *3:20-cv-02414*<br>Patrick Finnell  *3:20-cv-2419*<br>Thomas Howe,  *3:20-cv-00036*<br>Sandra Katte, *3:20-cv-00039*<br>Glenn Moore, *3:20-cv-00041*<br>LeAnnah Jessop (Estate of George Jessop); *3:20-cv-00042*<br>Izora Poteet (Estate of J.P. Stewart), *3:20-cv-02415*<br>Reginald Sayles, *3:20-cv-2417*<br>Larry Williams, *3:20-cv-02416* | |

## <u>DECLARATION OF ATTORNEY ARATI C. FURNESS</u>

I, ARATI C. FURNESS, declare under penalty of perjury, as follows:

1. My name is Arati Chauhan Furness. I am over the age of 18.  The statements set forth in this declaration are made of my own personal knowledge and if called as a witness, I could and would testify competently to the matters stated below.

2. I am the managing attorney for the Roundup cases at Forester Haynie.

3. I represent the above plaintiffs, currently assigned to Wave VI.

4. Forester Haynie is working with Wagstaff Law Group, defense counsel and special master to attempt to resolve the above qualifying cases.  Accordingly, we would request the Court to move the above cases to the next discovery wave, so that we can continue to work through this process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of May, 2023.

*A. Ces*

_____
Arati C. Furness, Declarant