UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> This document relates to: <br><br> Eric Beisner, *3:20-cv-00056* <br> John Bodie, *3:20-cv-00057* <br> John Calloway, *3:20-cv-00059* <br> LaTonya Dotson (Estate of Judy Dotson), *3:20-cv-02414* <br> Patrick Finnell *3:20-cv-2419* <br> Thomas Howe, *3:20-cv-00036* <br> Sandra Katte, *3:20-cv-00039* <br> Glenn Moore, *3:20-cv-00041* <br> LeAnnah Jessop (Estate of George Jessop); *3:20-cv-00042* <br> Izora Poteet (Estate of J.P. Stewart), *3:20-cv-02415* <br> Reginald Sayles, *3:20-cv-2417* <br> Larry Williams, *3:20-cv-02416* | MDL 2741 <br><br> [Proposed] **ORDER** |

    Plaintiff's motion to move the referenced case from Wave VI to Wave VII is granted.

    **IT IS SO ORDERED.**


Dated:                                                                                                      _____
                                                                                            Honorable Judge Vince Chhabria
                                                                                            United States District Judge