Corrie J. Yackulic
**CORRIE YACKULIC LAW FIRM PLLC**
110 Prefontaine Pl. S., #300
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

Darrin E. Bailey
**BAILEY ONSAGER, P.C.**
600 University St. Ste. 1020
Seattle, Washington 98101
Tel. 206.623.9900
Fax. 206.624.6885
dbailey@baileyonsager.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Patrick Leonard Tierney et al. v. Monsanto Company et al.*, Case No. 3:19-cv-01937-VC | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**AS TO CLAIMS AGAINST BAYER CORPORATION AND BAYER AG**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Patrick Leonard Tierney and Christy Anna Tierney hereby dismiss all of their claims against Bayer Corporation and Bayer AG without prejudice. Bayer Corporation and Bayer AG have not yet answered or moved for summary judgment, and this notice of dismissal is, therefore, "effective on filing." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

- 1 -

NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO CLAIMS AGAINST BAYER CORPORATION AND BAYER AG
3:16-md-02741-VC & 3:19-cv-01937-VC

For the avoidance of doubt, this filing dismisses only Plaintiffs' claims against Bayer Corporation and Bayer AG, so Plaintiffs' other claims and this lawsuit remain pending.

Respectfully submitted,

**Corrie Yackulic Law Firm PLLC**

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic
110 Prefontaine Pl. S., #300
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

**BAILEY ONSAGER, P.C.**

Darrin E. Bailey
600 University St. Ste. 1020
Seattle, Washington 98101
Tel. 206.623.9900
Fax. 206.624.6885
dbailey@baileyonsager.com

*Attorneys for Plaintiffs*