**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550 ext. 2001
Email: amartinez@shb.com

*Attorneys for Defendant MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to<br>*Robert V. Boucher v. Monsanto Company*<br>Case No.: 3:21-cv-07475-VC | SUGGESTION OF DEATH OF PLAINTIFF ROBERT V. BOUCHER |

### SUGGESTION OF DEATH OF PLAINTIFF ROBERT BOUCHER

In accordance with the Federal Rule of Civil Procedure 25(a)(1), Defendant Monsanto Company suggests upon the record the death of Plaintiff Robert V. Boucher during the pendency of this action.

DATED:  May 16, 2023                               Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Anthony R. Martinez*
    Anthony R. Martinez
    2555 Grand Blvd
    Kansas City, MO 64108
    Telephone: (816) 474-6550 ext. 2001
    Email: amartinez@shb.com

*Attorney for Defendant MONSANTO COMPANY*