UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

LUBY, JOHN JR., et al,

    Plaintiffs,

    v.

NAYLOR'S FARM & RANCH SUPPLY, INC., et al.

    Defendants.

MDL No. 4:20-cv-2717
Case No. 3:22-cv-03830-VC

**ORDER GRANTING MOTION TO AD CASE TO WAVE 7**

**ORDER GRANTING MOTION TO ADD CASE TO WAVE 7**

Plaintiff's motion to add the above referenced member case to Wave 7 is granted.

IT IS SO ORDERED.

Dated: May 16, 2023  .

          HONORABLE JUDGE VINCE CHHABRIA
          UNITED STATES DISTRICT JUDGE