UNITED STATES DISTRICT COURT

NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Saul Cohen v. Monsanto Company, et al.*, Case No.: 3:19-cv-03632-VC | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASES TO WAVE VII** |
| *Ray Jenks v. Monsanto Company, et al.*, Case No.: 3:19-cv-03591-VC | |
| *Kevin Kearns v. Monsanto Company, et al.*, Case No.: 3:19-cv-06709-VC | |
| *Gary Lindeblad v. Monsanto Company, et al.*, Case No.: 3:20-cv-06781-VC | |

*Darin Polsley v. Monsanto Company, et al.,*
Case No.: 3:20-cv-07107-VC

*Dean McWilliams v. Monsanto Company, et al.*,
Case No.: 3:20-cv-07104-VC

Plaintiffs' unopposed motion to move the above captioned cases from Wave VI to Wave VII is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated:   May 16, 2023

Honorable Vince G. Chhabria
United States District Court

---

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASES TO WAVE VII