UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Eric Beisner, *3:20-cv-00056*<br>John Bodie, *3:20-cv-00057*<br>John Calloway, *3:20-cv-00059*<br>LaTonya Dotson (Estate of Judy Dotson), *3:20-cv-02414*<br>Patrick Finnell  *3:20-cv-2419*<br>Thomas Howe,  *3:20-cv-00036*<br>Sandra Katte, *3:20-cv-00039*<br>Glenn Moore, *3:20-cv-00041*<br>LeAnnah Jessop (Estate of George Jessop); *3:20-cv-00042*<br>Izora Poteet (Estate of J.P. Stewart), *3:20-cv-02415*<br>Reginald Sayles, *3:20-cv-2417*<br>Larry Williams, *3:20-cv-02416* | MDL 2741<br><br>[Proposed] ORDER |

Plaintiff's motion to move the referenced case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**

Dated:   May 16, 2023

_____
Honorable Judge Vince Chhabria
United States District Judge