UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>Miller v. Monsanto Co., Case No. 20-cv-8523<br><br>Carroll v. Monsanto Co., Case No. 20-cv-8516<br><br>Hutchison v. Monsanto Co., Case No. 20-cv-3444<br><br>Woolfolk v. Monsanto Co., Case No. 20-cv-4760 | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES**<br><br>Re:  16634, 16635, 16665, 16668 |

The above-listed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: May 16, 2023

VINCE CHHABRIA
United States District Judge