## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC <br><br> MDL No. 2741 |
| This document relates to: <br><br> *Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock, Adm'r, Kyle A. Murdock, individually, and Mandi L. Murdock v. Monsanto Co.,* <br> Case No. 3:16-md-02741-VC | **NOTICE OF APPEARANCE OF BARRY J. KOOPMANN ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Barry J. Koopmann, of the firm Nelson Mullins Riley & Scarborough LLP, hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: May 17, 2023,   By: */s/ Barry J. Koopmann*
Barry J. Koopmann
NELSON MULLINS
RILEY & SCARBOROUGH LLP
1600 Utica Ave. S., Suite 750
Minneapolis, MN 55416
Telephone: (612) 464-7603
barry.koopmann@nelsonmullins.com

Aaron J. Levine
ARNOLD & PORTER
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-7586
Aaron.levine@arnoldporter.com

*Counsel for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court for the Northern District of California using the M/ECF system, which shall send electronic notification to all counsel of record.

                                                          */s/ Barry J. Koopmann*
                                                          Barry J. Koopmann