# Exhibit A

1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3

4    * * * * * * * * * * * * * *    MDL NO. 2741

5    IN RE:  ROUNDUP PRODUCTS    *    Case No. MDL No.
     LIABILITY LITIGATION        *
6                                     3:16-MD-02741-VC
     * * * * * * * * * * * * * *

7

     This document relates to:
8

     Estate of Kenzie Elizabeth Murdock, et al.,
9

     vs.
10

     Monsanto Company.
11

     Case No. 5:20-cv-00023
12

13

                              * * * * *
14

15

16

17              The video deposition of RON D. SCHIFF, M.D.,

18              PH.D., taken via Zoom videoconference on the

19              3rd day of March, 2023, commencing at

20              approximately 10:00 a.m., EST.

21

22

23

24

25

Page 2

```
                A P P E A R A N C E S
 1
 2   FOR THE PLAINTIFF:
 3       GARMER & PRATHER, PLLC
         141 North Broadway
 4       Lexington, Kentucky  40507
         BY:  Jerome Prather, Esquire
 5           Jprather@garmerprather.com
 6
     FOR THE DEFENDANT:
 7
         NELSON MULLINS
 8       1600 Utica Avenue South, Suite 750
         Minneapolis, Minnesota  55416.
 9       BY:  Barry J. Koopmann, Esquire
             Barry.koopmann@nelsonmullins.com
10
11
12
13   VIDEOGRAPHER:
14       James Vonwiegen
15
16
17
18       Jillian Doctor, RPR, CRR
         Court Reporter
19
20
21
22
23
24
25
```

Page 3

```
                 I N D E X
 1
 2   EXAMINATION                        PAGE
 3   By Mr. Koopmann                      5
 4   By Mr. Prather                     150
 5   By Mr. Koopmann                    154
 6   By Mr. Prather                     155
 7   By Mr. Koopmann                    157
 8
 9              * * * * * *
10   EXHIBITS                          PAGE
11   Deposition Exhibit Number 1         11
12     Notice of Deposition
13   Deposition Exhibit Number 2         14
14     Invoices and Time Notes
15   Deposition Exhibit Number 3         18
16     Curriculum Vitae
17   Deposition Exhibit Number 4         20
18     Ron D. Schiff MD, PA Fees
19   Deposition Exhibit Number 5         21
20     Testimony List
21   Deposition Exhibit Number 6         28
22     Murdock Chemicals List
23   Deposition Exhibit Number 7         29
24     Other File Materials
25
```

Page 4

```
 1   EXHIBITS                  PAGE
 2   Deposition Exhibit Number 8          30
 3     Dr. Schiff Report with page numbers
 4   Deposition Exhibit Number 9       35 and 55
 5     Sawyer Preliminary Report
 6   Deposition Exhibit Number 10         91
 7     Patient Medical Records
 8   Deposition Exhibit Number 11        108
 9     Murdock Chemicals List
10   Deposition Exhibit Number 12        110
11     Safety Data Sheets
12   Deposition Exhibit Number 13        148
13     T-Cell Lymphomas and Epstein-Barr Virus - Jones
14   Deposition Exhibit Number 14        148
15     Parental Occupation and Other Environmental Factors - Magnani
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1   THE VIDEOGRAPHER:
 2        We're now on the record.  My name is
 3   James Vonwiegen.  I'm a videographer for Golkow
 4   Litigation Services.  Today's date is March 3rd,
 5   2023 and the time is 10:00 a.m.
 6        This remote video deposition is being
 7   held in the matter of Roundup.  Estate of Kenzie
 8   Elizabeth Murdock, et al versus Monsanto Company,
 9   et al.  The deponent is Ron D. Schiff.
10        All parties to the deposition are
11   appearing remotely and have agreed to the witness
12   being sworn in remotely.  Due to the nature of
13   remote reporting, please pause briefly before
14   speaking to ensure all parties are heard
15   completely.
16        Counsel will be noted on the
17   stenographic record.  The court reporter is Jill
18   Doctor and will now swear in the witness.
19        RON D. SCHIFF, M.D.,
20        having been first duly sworn,
21      was examined and testified as follows:
22        EXAMINATION
23   BY MR. KOOPMANN:
24   Q     Good morning, Dr. Schiff.  My name is
25   Barry Koopmann and I represent Monsanto in this
```

Page 6

1 case. Would you please state your full name and
2 spell your last name for the record.
3 A My name is Ron D. Schiff. The last
4 name is S, like Sam, C-H-I, double F, like Frank.
5 Q If you don't understand one of my
6 questions today, will you please ask me to repeat
7 it or rephrase it?
8 A Yes, sir.
9 Q And if you answer a question, I will
10 assume that you understood it. Is that fair?
11 A No. It might mean that I did not
12 understand it at the time I answered it. And if
13 I can figure it out later, I would like to
14 reserve the right to return to the question. For
15 the most part, I don't anticipate any difficulty
16 understanding your questions.
17 Q Okay. But if you don't understand it
18 at the time I ask it, you'll let me know that?
19 A I will try.
20 Q If you refer to anything in the course
21 of answering one of my questions, will you please
22 let me know that?
23 A Yes.
24 Q I would ask that you refrain from
25 texting or e-mailing or anything like that while

Page 7

1 we are on the record today. Is that fair?
2 A Yes.
3 Q And for ease of reference during
4 today's deposition, I'll refer to non-Hodgkin's
5 lymphoma as NHL. Okay?
6 A That's okay.
7 Q My job today here, sir, is to ask you
8 questions about your opinions in the Murdock
9 case, and I need you to provide answers to the
10 best of your recollection and memory. Are you
11 prepared to do that today?
12 A I will do that.
13 Q Are you taking any medications that
14 would impact your ability to provide truthful and
15 accurate answers today?
16 A I am not.
17 Q Dr. Schiff, what did you do to prepare
18 for your deposition today?
19 A I reviewed the -- actually most of the
20 effort was spent in reviewing the report that I
21 wrote that I submitted last August. I reviewed
22 selected references from within that report, and,
23 you know, a few references that I have considered
24 but not relied upon in this case. I can't think
25 of anything else that I reviewed for that, but I

Page 8

1 have everything with me.
2 The only qualification is that the
3 medical records and some other materials are so
4 voluminous that they are on a table perhaps
5 15 feet away in the kitchen. And at some point
6 if you ask me about them, I may need to retrieve
7 them. Everything else is on a table right to my
8 left.
9 Q Did you have any meetings with counsel
10 in preparation for today's deposition?
11 A There was a telephone conference
12 yesterday afternoon.
13 Q How long did that last approximately?
14 A Almost 90 minutes.
15 Q Who was present for that telephone
16 conference?
17 A Only Mr. Prather and myself.
18 Q Was that the only telephone conference
19 or video conference that you had in preparation
20 for the deposition?
21 A Well, you know, I've had one -- at
22 least one prior telephone conference with
23 Mr. Prather, which was a month ago. And whether
24 one wants to classify that as deposition prep or
25 not, I don't know. I will disclose it, but, you

Page 9

1 know, I don't -- I don't know how it would be
2 regarded.
3 Q Who was present for that conference?
4 A The same. Only Mr. Prather and myself.
5 Q Approximately how long was that
6 meeting?
7 A I'd have to look that up, but I have
8 that right here. That was one hour.
9 Q How much time would you estimate that
10 you've spent preparing for today's deposition?
11 A I can estimate that from my handwritten
12 billing records, but it will take me a minute to
13 add that up.
14 That would be 14 hours including the
15 telephone conference yesterday with Mr. Prather.
16 And you do have those records by now. So my
17 quick addition may be inaccurate, but I'm usually
18 pretty good at doing that.
19 Q But when you say, "I have those
20 records," you mean the handwritten notes that you
21 used to prepare your invoices?
22 A Correct.
23 Q You mentioned that you have the
24 voluminous medical records in this case to your
25 left on the kitchen table. Do you have any other

Page 10

1    hard copy documents with you today?
2    A    Yes.  I have quite a few on a table
3    closer to me as well as some additional expert
4    material.  And everything that -- that, you know, that
5    strikes me as being relevant to what you're
6    likely to ask me about is at hand on the table
7    immediately to my left.
8    Q    Okay.  And what does that include
9    generally speaking?  You don't have to go
10   document by document.  But is it your report and
11   selected articles?
12   A    Yes.  That's -- yeah.  In a nutshell
13   that's what it is, yes.
14   Q    Sharing on the screen now a copy of the
15   notice for today's deposition.  Can you see that
16   on your screen, Doctor?
17   A    Yes.
18   Q    Okay.  Were you provided with a copy of
19   this before the deposition?
20   A    I received it on Tuesday, yes, sir.
21   Q    All right.  And did you make an effort
22   to go through the various requests for production
23   and gather any documents that are responsive to
24   those requests?
25   A    I reviewed the request for production,

Page 11

1    and I have already provided those documents that
2    I believe I should be providing.
3    Q    Okay.  And Mr. Prather provided some
4    documents electronically to me today.  We'll go
5    through and mark some of those as we go along
6    today.  Is there anything that's been removed
7    from your file at any point since it was added?
8    A    I'm sorry.  What file are you referring
9    to?
10   Q    Your file materials that you keep for
11   purposes of this Murdock case.
12   A    Oh, for the Murdock case?  No.
13   Everything is present and in one place in my
14   kitchen.
15   MR. KOOPMANN:
16        I'll mark the deposition notice as
17   Exhibit 1 to the deposition.
18        (DEPOSITION EXHIBIT NUMBER 1
19        WAS MARKED FOR IDENTIFICATION.)
20   Q    I received two invoices from
21   Mr. Prather today.  One is on the screen here.
22   It shows entries for work done between May 29th,
23   2021 and September 24th, 2021 totalling $22,350.
24   Do you see that on your screen, Doctor?
25   A    I do.

Page 12

1    Q    Okay.  And that's an invoice that you
2    prepared?
3    A    Well, my wife prepared it off my
4    handwritten billing records, yes.  That's
5    correct.
6    Q    And then the second invoice we've
7    received is -- appears to be for work done by you
8    between June 6th, 2022 and August 15th, 2022
9    totalling $22,200.  Do you see that on your
10   screen?
11   A    Also correct.
12   Q    Okay.  And this is your second invoice
13   that you've prepared for this case or your wife
14   has prepared?
15   A    That's correct.
16   Q    Okay.  Are there any other invoices
17   that have been prepared that reflect your work
18   performed in this case?
19   A    No.  The only other billing record of
20   my work is the handwritten one covering the
21   period from January 29 through yesterday.  And
22   that also was provided.  That has not been
23   invoiced yet.
24   Q    And am I showing that on the screen
25   now?

Page 13

1    A    No.  That's the 2021 billing records.
2    Q    Okay.  This document titled Time
3    Records that I'm showing on the screen with
4    handwriting, that's your handwritten notes that
5    your wife used to prepare your invoice?
6    A    Yes.  Except that at the time each
7    invoice was provided, she wrote the total amount
8    and the calculation.  For example, that's her
9    handwriting right there, which is very distinct
10   from mine.
11   Q    Okay.
12   A    Now you're in the 2022 billing records.
13   And my wife's notation about the amount that was
14   invoiced there.  And at the bottom of that page
15   now you're getting into what has not yet been
16   invoiced over a period of the last, I don't know,
17   five weeks.
18   Q    Okay.  What is the -- where it says 15
19   and then a superscript 1, what does that signify?
20   A    Yeah.  That's actually not a one.
21   That's medical notation.  The superscript circle
22   is ours.  The superscript line is minutes.  You
23   see that in handwritten medical records.  And
24   I've been recording that way for a million years.
25   Q    Okay.  Thank you.  Learn something

Page 14

1  every day.
2  MR. KOOPMANN:
3      All right.  I will mark the two
4  invoices and this time record collectively as
5  Exhibit 2 to the deposition.
6      (DEPOSITION EXHIBIT NUMBER 2
7      WAS MARKED FOR IDENTIFICATION.)
8  Q      Is it fair to say, sir, that the total
9  amount of time you've spent on this case to date
10  is -- well, the total amount of time invoiced was
11  74 hours so far?
12  A      Yes.  Yes.  That's correct.  74 and a
13  quarter, if I'm adding it up correctly from my
14  wife's notations.
15  Q      And then we can add to those 74 hours
16  the time noted in this time record from January
17  and February of 2023 and March?
18  A      Yes, sir.  I did not enter the time
19  spent for independent preparation of deposition
20  yesterday because I did not complete that until
21  after the -- this document was e-mailed to
22  Mr. Prather.  So that would be, as I recall,
23  another 45 minutes.
24  Q      Okay.  Did you take any notes during
25  your review of materials for purposes of this

Page 15

1  case?
2  A      No, sir.
3  Q      Have you had any communications between
4  you and either of Kenzie Murdock's parents?
5  A      Yes.  That is cited in my report.  I
6  interviewed Mr. Kyle Murdock by telephone
7  concerning Ms. Murdock's exposure last summer.  I
8  can get you the exact date on that.  But that's
9  in Section 6 under my opinions.
10  Q      Okay.  If I remember correctly, it was
11  from --
12  A      Let me get you that date.  Let me get
13  you that date.  That took place on July 15th,
14  2022.  And I'm prepared to tell you how I
15  integrated what he said into my report because I
16  did not take handwritten notes during that
17  conversation.  I had already completed a draft
18  exposure section.  And I sat at the computer in
19  front of that.
20      I went with him systematically through
21  all of the material that I had compiled from
22  other sources and asked him for any additions or
23  corrections and I input that into my report at
24  that time.  So there is no separate handwritten
25  record.

Page 16

1  Q      Okay.  And that interview was on
2  July 15th of 2021?
3  A      No.  2022.
4  Q      Did you also interview Mrs. Mandi
5  Murdock?
6  A      No, I've had no communication with her
7  at any time.
8  Q      How long did your interview with
9  Mr. Murdock last?
10  A      Well, what I wrote in my billing
11  records was that that lasted one hour and
12  15 minutes but included a portion of the
13  completion of the remaining report.
14      And, you know, I'm sure that you can
15  see how I itemized that on the invoice billing
16  records and on my handwritten billing records.
17  So the heading is Telephone Conference with
18  Mr. Kyle Murdock and Mr. Prather and Completion
19  of Report, one hour 15 minutes on July 15th,
20  2022.
21  Q      Did anyone participate in that call
22  besides you, Mr. Prather, and Mr. Murdock?
23  A      No, sir.
24  Q      Okay.  Is that the only time you've
25  spoken to Mr. Murdock?

Page 17

1  A      Yes, sir.
2  Q      Have you spoken to anybody else in the
3  Murdock family besides Mr. Murdock?
4  A      I have not.
5  Q      Have you had any communications between
6  you and any of Kenzie Murdock's physicians or
7  other medical providers?
8  A      No.
9  Q      Have you had any communications with
10  any of the plaintiff's other expert witnesses in
11  this case?
12  A      Are you referring to Item Number 7 in
13  the notice of deposition?
14  Q      I'm just asking that question
15  generally.  It might correspond to Item Number 7,
16  but I'm wondering if you've spoken to or
17  corresponded with Dr. Sawyer?
18  A      No.  I mean, I have his preliminary and
19  revised reports as you know, but I've never had
20  any direct communication with him.
21  Q      Any communications with Dr. William
22  Baldwin?
23  A      I've never heard of Dr. Baldwin.  So
24  that's -- that's a no.
25  Q      I'm sharing on the screen now the

Page 18

1  curriculum vitae that we received this morning
2  from Mr. Prather.  Does this appear to be a
3  current copy of your CV, Dr. Schiff?
4  A      Yes.  It's dated May 26, 2015, which is
5  12 days after I retired from medical practice.
6  In that interim, I revised the CV to reflect my
7  retirement, and there have been no modifications
8  in the nearly eight years since then.
9  MR. KOOPMANN:
10        I'll mark this as Deposition Exhibit
11  Number 3.
12        (DEPOSITION EXHIBIT NUMBER 3
13        WAS MARKED FOR IDENTIFICATION.)
14  Q      I'm now sharing on the screen the
15  document that we received today titled Schiff Fee
16  Schedule at Time of Retention.  Do you see that
17  on your screen, sir?
18  A      I do.
19  Q      And are those actually the rates that
20  are currently in effect as well or were those
21  only in effect at the time of your retention in
22  this case?
23  A      They remain in effect.
24  Q      Okay.  So your time for records
25  reviewed and telephone conferences and deposition

Page 19

1  time in this case is $600 per hour?
2  A      Yes.  That amount also applies to
3  preparation of any reports.  I don't know why
4  that's not on the fee schedule, but that's
5  exactly the same.  All aspects of my
6  participation in a medical legal case are
7  invoiced at that rate.
8  Q      If you testify at trial, it will be at
9  $600 per hour?
10  A      That's correct.  With regard to travel,
11  I expect my travel expenses to be reimbursed.
12  And assuming that I'm continuing my prep en route
13  to the trial, I will bill for that time as well.
14  My time on the way home, I will not.
15  Q      What if you spend time driving or
16  walking through an airport.  Is that time billed?
17  A      No.  I no longer do that.  I did that
18  when I was still in practice.  And I would then
19  bill door to door locally because that was
20  additional time taken away from my practice.
21  Once I retired, I suspended that provision.
22  Q      And did you charge a retainer of $1,200
23  in this case?
24  A      I did.
25  Q      And then do you draw that retainer down

Page 20

1  as work is performed?
2  A      Correct.
3  Q      Do you know what the current total
4  amount that you've been paid for your work on
5  behalf of plaintiffs in the Roundup litigation
6  is?
7  A      Oh, I have no idea.
8  Q      Are you still retired from clinical
9  practice?
10  A      Yes.
11  MR. KOOPMANN:
12        I'll mark this fee schedule as
13  Exhibit 4.
14        (DEPOSITION EXHIBIT NUMBER 4
15        WAS MARKED FOR IDENTIFICATION.)
16  Q      Sir, I'm now sharing on the screen a
17  list of depositions and trial testimony that we
18  received this morning.  Is this an up-to-date
19  copy of your list of depositions and trial
20  testimony?
21  A      It is.  The most recent prior
22  deposition is the one on the bottom of this
23  three-page list that took place in December.
24  That is December '22.  You're looking at it right
25  now.  So that is current, yes, sir.

Page 21

1  MR. KOOPMANN:
2        All right.  I'll mark this as
3  Deposition Exhibit 5.
4        (DEPOSITION EXHIBIT NUMBER 5
5        WAS MARKED FOR IDENTIFICATION.)
6  Q      Sir, do you now work exclusively in
7  medical legal consulting?
8  A      I would have to say that that is
9  correct, yes.  I am, however, trying to slow down
10  with that, too.
11  Q      In 2022, what percentage of your
12  medical legal consulting was done in product
13  liability cases?
14  A      I would have to say that that was
15  100 percent because I don't think I had an open
16  medical liability or patent litigation case in
17  2022.
18  Q      Have you ever served as an expert
19  witness for a defendant in a product liability
20  case?
21  A      I have consulted for defendants in
22  product liability cases, but I have not, as I
23  recall, at least written a report, been deposed,
24  or appeared at trial.  However, in my medical
25  liability consulting, I would say over 90 percent

Page 22

1  of that previous work was done on behalf of
2  defendant physicians and healthcare
3  organizations.
4  Q     Do you recall when the last time was
5  that you consulted with the defendant in a
6  product liability case?
7  A     On a product -- oh, no, I do not recall
8  that.  That would not appear on that list
9  because, as I said, it never reached the stage of
10 deposition or trial.  I suspect that it's been
11 six years.  Maybe a little longer.
12 Q     Do you recall ever testifying in
13 another case involving T lymphoblastic lymphoma?
14 A     I do not.  I have testified in acute
15 lymphoblastic leukemia cases, which are
16 biologically identical.  The case that comes to
17 mind is the first one on that list.  And that was
18 a B-cell acute lymphoblastic leukemia.
19 Q     The Willis v. Shell Oil case?
20 A     Exactly.
21 Q     Dr. Schiff, was it important to you to
22 perform a thorough review of the information in
23 forming your opinions in this case?
24 A     Of course.
25 Q     You were asked to be a witness for the

Page 23

1  plaintiffs in this case; right?
2  A     Yes.
3  Q     And part of your job in this case is to
4  be a witness for the plaintiffs if the case goes
5  to trial; right?
6  A     Also correct.  That's the expectation.
7  Q     Have you been retained by the Garmer &
8  Prather firm in other cases that you can recall?
9  A     I have not.
10 Q     What percentage of your litigation work
11 in 2022 was for plaintiffs?
12 A     Well, in as much as it was product
13 liability only, I would say 100 percent.  But it
14 would help me to verify that, if you could put my
15 list of depositions and trial testimony back on
16 the screen.  But I do believe that it will verify
17 what I just said about the 100 percent
18 proportion.
19        Yes.  That is correct.  There are
20 obviously also some cases that are still in
21 progress that have not reached the deposition or
22 trial state yet.  But I believe that everything I
23 worked on in 2022 in products liability was,
24 indeed, under retention by plaintiff's counsel.
25 Q     So all of the litigation cases that you

Page 24

1  worked on in 2022, you worked on on behalf of
2  plaintiffs?
3  A     I believe that's correct, yes.
4  Q     Is the same true for 2021?
5  A     Well, you know, I have cases that have
6  still not reached deposition that are pending
7  from 2021 or further.  If you could continue
8  going up a little bit, yes, everything that I see
9  listed in 2021 is on -- is on the plaintiff's
10 side.  Correct.
11 Q     You're being paid for your work in this
12 case; right?
13 A     Yes.  But it is not outcome dependent.
14 It's based on my hourly effort.
15 Q     And you're being paid for your time
16 here today; right?
17 A     I anticipate being paid for that, yes,
18 sir.
19 Q     And if this case goes to trial and you
20 testify there, you'll be paid for that, too?
21 A     Yeah.  Exactly under the conditions we
22 discussed before.  That's correct.
23 Q     Have you ever written to the EPA
24 expressing your concerns about Glyphosate?
25 A     I have not.

Page 25

1  Q     As of March 3rd, 2023, have you ever
2  written anything about Glyphosate other than a
3  report prepared as an expert witness for a
4  lawsuit?
5  A     I have not.
6  Q     Are your services as an expert witness
7  still advertised by an organization called SEAK,
8  S-E-A-K?
9  A     No.  I withdrew from that, I believe,
10 at the beginning of 2022 in conjunction with my
11 wish to slow down.  So I don't believe I still
12 have an active listing.  However, I still receive
13 outreach inquiries through SEAK as well as word
14 of mouth, et cetera.
15 Q     When you started working on this case
16 in 2021, at that time were you paying SEAK to
17 advertise your services as an expert witness?
18 A     I believe so.  I believe that I was in
19 the SEAK directory from 2014 through 2021.  The
20 dates on both ends may be off by a year, but I
21 would say with 90 percent certainty that that's
22 an accurate dating.
23 Q     Do you have any current sources of
24 earned income besides litigation work like you're
25 performing in this case?

Page 26

1    A       I do not.
2    Q       Dr. Schiff, I'm sharing on the screen
3    here the folder of materials that we received
4    this morning from Mr. Prather as the production
5    and response to the deposition notice.  We've
6    gone through some of these already such as the
7    time record, your testimony list, your two
8    invoices, your CV, and fee schedule.
9            Are the other documents that appear on
10   the screen there parts of your Murdock file
11   materials?
12   A       No.  But that requires being discussed
13   because some I don't recognize and some I may
14   have seen in other formats.  I have something
15   that I've referred to in my report, Mr. Koopmann,
16   as the Murdock Chemicals document.  Okay.
17   Hopefully that was provided.  But if it was, it
18   was obviously under a different name.  I see that
19   there are several things there that could have
20   fit under that.  But I don't know how well those
21   correspond to the document that I received.  With
22   regard to -- and that's one of them right up
23   there where your cursor is.  James Ray Murdock.
24   And so forth.  I don't think that that's
25   familiar.  If you want, I can dig out the Murdock

Page 27

1    Chemicals document that I do have, and I can hold
2    that up to the camera.  What you have there does
3    not look familiar.
4    Q       Okay.  This is a 19-page document
5    titled James Ray Murdock Purchases.  I'll just
6    keep scrolling for a moment here to see if
7    anything else looks familiar to you.
8    A       Well, I suspect that I have seen some
9    of that information in a different format perhaps
10   prepared by Garmer & Prather.  I have now found
11   my notes on that.  The Murdock Chemicals document
12   which actually is entitled Murdock Chemicals.
13   And that is a document slightly over four pages.
14   And I cannot tell you exactly when that was
15   provided to me except that I believe that that
16   would have been provided sometime in June of 2022
17   prior to my completion of the report.  But I do
18   not know that more accurately.
19   Q       Okay.  I don't see that included in
20   what we received this morning.  So I'll just
21   reserve a spot as Exhibit 6 for that four-page
22   Murdock Chemicals list that you've got there.  If
23   you could just send that to Mr. Prather after the
24   deposition, we can get that to the court reporter
25   and have it included.

Page 28

1            (DEPOSITION EXHIBIT NUMBER 6
2            WAS MARKED FOR IDENTIFICATION.)
3    A       Okay.  Well, that originated with
4    Mr. Prather.  So he would have immediate access
5    to that and be able to do it.  My wife is not
6    here so I cannot send anything right now.  But
7    that document originated with Mr. Prather and,
8    you know, should be immediately accessible.
9    Q       I think you mentioned a few moments ago
10   your notes regarding the Murdock purchases.  Did
11   you make notes on the document?
12   A       I don't remember saying that.  So --
13   Q       Do you know -- did you make notes on
14   the document?
15   A       So the answer to that is there are
16   notes on that document.  And I will tell you what
17   the notes are.
18   Q       No, that's okay.  You can just -- we'll
19   get a copy of it after the deposition.
20   A       Okay.  Yeah.  Although I -- yeah.  I
21   might not be able to provide that until later
22   today.  I had forgotten --
23   Q       That's fine, sir.
24   A       -- I made handwritten notes on it.  And
25   I'm more than happy to explain what the

Page 29

1    handwritten notes were.
2    MR. KOOPMANN:
3            All right.  We'll mark as Exhibit 7 the
4    remaining file materials that were provided to us
5    as your deposition production this morning.
6            (DEPOSITION EXHIBIT NUMBER 7
7            WAS MARKED FOR IDENTIFICATION.)
8    Q       Sir, I'm sharing on the screen here a
9    copy of your August 15th, 2022 report for this
10   case.  Does that appear to be correct?
11   A       It does.
12   Q       Okay.
13   A       May I put away the notice of
14   deposition?
15   Q       Yes, you may.  Thank you.
16   A       And the handwritten billing records?
17   Q       Yes.
18   A       All right.  I'm going to retrieve my
19   report, which is right next to me.
20   Q       Okay.
21   A       I have it now.
22   Q       And, sir, just for ease of reference in
23   today's deposition, I know that your hard copy
24   doesn't have this, but we've included a page
25   number in the bottom right-hand corner.

Ron D. Schiff, M.D., Ph.D.

1   A      That's fine.
2   Q      Just so that it will be easier to
3   reference as we all look at the transcript later.
4         Sir, in preparation for the deposition
5   as you reviewed through the report, did you see
6   anything that you thought needed to be changed?
7   A      I did not.
8   Q      Okay.
9   A      I will point out that it's a lengthy
10  report and if -- you know, even though I'm very
11  careful with editing and proofreading and so on,
12  if typographical errors crept in and they come to
13  light during the deposition, I will be happy to
14  discuss that.  But the parts of the report that I
15  reviewed in advance of today's deposition, I did
16  not see anything that merited revision.
17  MR. KOOPMANN:
18        I will -- if I haven't already said it,
19  I will mark this copy -- this page numbered copy
20  of Dr. Schiff's report as Deposition Exhibit
21  Number 8.
22        (DEPOSITION EXHIBIT NUMBER 8
23        WAS MARKED FOR IDENTIFICATION.)
24  Q      Dr. Schiff, do you stand by all of the
25  statements you've included in your report?

1   A      I do.
2   Q      And does your report contain all of the
3   opinions that you intend to give at trial and the
4   bases for those opinions?
5   A      Unless anything comes up today that is
6   not addressed in my report and about which I'm
7   expected to provide an opinion in the course of
8   this deposition.  But yes.
9   Q      Did you have access to all of the
10  information you needed to formulate your opinions
11  in this case?
12  A      Yes.  I felt that I did.  And that is
13  enumerated very shortly after the Expert
14  Qualification section now on the screen.
15  Q      So there is nothing that you wanted to
16  see but were not able to obtain?
17  A      There may have been things that I did
18  not have in realtime but, if so, I would have
19  requested them.
20  Q      Were there any medical records that you
21  did not have but which you saw referenced in
22  other medical records and you felt that you
23  wanted to see those?
24  A      I felt that the medical records
25  provided a fairly complete documentation.  Where

1   there were things where I did not have primary
2   records, that was so noted in my report.  But
3   they would have been referenced in other parts of
4   the medical record that I did have available.
5   And if I judged those reliable, I was satisfied.
6         You know, there was quite a time
7   commitment in going through what I estimate as, I
8   don't know, 1,500 or more pages of medical
9   records.  So I did the best I could with what I
10  had.  If there was anything that I felt was
11  essential, I would have requested it as I was
12  going through.  But I am satisfied with the
13  materials provided me.
14  Q      Do you have a sense of approximately
15  how many pages of medical records you reviewed
16  for this case?
17  A      I'm looking at the stack right now.
18  And if I -- if I had to estimate it, I would say
19  1,500.  But I did not count them.  And,
20  consequently, I cannot attest to the accuracy of
21  that eyeball estimate.
22  Q      Okay.  Approximately how tall is that
23  stack of medical records?
24  A      Eight inches.
25  Q      And is it a single stack or multiple

1   stacks?
2   A      I have that all in a single stack.  I
3   mean, if you want me to carry it over to the
4   computer in front of the camera, I can do that.
5   Q      That's okay.
6   A      That's up to you.
7   Q      But that eight-inch approximately stack
8   of paper that you're looking at on your kitchen
9   table, those are the medical records that you
10  reviewed for this case?
11  A      Yes, sir.
12  Q      Did you have any assistance with the
13  writing of your report?
14  A      No.
15  Q      How about the editing of your report?
16  A      Also no.
17  Q      Did you review any summaries of medical
18  records that were prepared by plaintiff's
19  counsel?
20  A      I would have to say the answer to that
21  is I have no recollection of doing so.  If I did,
22  they would have been a long time ago such as, you
23  know, summer of 2021.  I could look to see if
24  something like that is included in the medical
25  records, but I never rely on outside prepared

Page 34

1 summaries anyhow. So if I had received some, I
2 would have read it, but I still would have done
3 all the research in the actual medical records.
4 But, again, I'm making the offer that if you want
5 me to look to see if the summary was received, I
6 can do that right now. That would be very quick.
7 Q     That's okay. Your recollection is
8 fine. I understand you received a copy of
9 Dr. William Sawyer's report for purposes of this
10 case?
11 A     Yes. Two different reports. But
12 that's correct.
13 Q     You received his initial report from
14 November of 22nd and then an updated report
15 produced just late last month?
16 A     No. That is actually not correct.
17 The -- the preliminary report that I received, I
18 received in late July 2022. The revised report I
19 received, I believe, on Tuesday of this week. I
20 think it was the same time I got the deposition
21 notice. So it was either Tuesday afternoon or
22 Wednesday morning. I think Tuesday afternoon.
23 But, you know, I could be off a half a day on
24 that.
25 Q     Do you have the report of Dr. Sawyer

Page 35

1 that you received in late July 2022 in front of
2 you there?
3 A     No. That's also on the kitchen table.
4 I mean, I can retrieve that in a matter of
5 seconds. But that's over there, not here.
6 Q     Okay. We'd like a copy of that.
7 MR. KOOPMANN:
8       We'll mark that as deposition Exhibit 8
9 [sic].
10       (DEPOSITION EXHIBIT NUMBER 9
11       WAS MARKED FOR IDENTIFICATION.)
12 MR. PRATHER:
13       Barry, I object to producing that.
14 That's a preliminary report. The draft report is
15 protected from disclosure.
16 MR. KOOPMANN:
17 Q     Dr. Schiff, did you review that Sawyer
18 report from July 2022 in the course of forming
19 your opinions in this case?
20 A     I did.
21 Q     Okay. And is that something that you
22 relied on in forming your opinions?
23 A     Well, really only with regard to what
24 Dr. Sawyer contributed about exposure. The --
25 you know, actually I have to take another look at

Page 36

1 my dates. Okay. Because my conference with
2 Mr. Murdock was July 15th. And as it turns out,
3 I think that I misstated when I received the
4 preliminary report from Dr. Sawyer. I believe
5 that I received that on or prior to June 30th,
6 2022. That is not independently itemized in my
7 invoice. It's only under review of additional
8 submitted materials. However, I can verify that
9 I had that and I reviewed it before my telephone
10 conference with Mr. Murdock, which, again, took
11 place on July 15th, 2022. So I believe I
12 received the preliminary report in June of last
13 year.
14 Q     And this preliminary report of
15 Dr. Sawyer that you received on or before
16 June 30th, 2022, that's something that you
17 reviewed and relied on in forming your opinions
18 in this case?
19 MR. PRATHER:
20       Object to form. Asked and answered.
21 A     Well, again -- sorry. You know, I --
22 I -- I went through it. And I was particularly
23 interested in what Dr. Sawyer had to say about
24 exposure considerations. But, again, those were
25 reviewed in detail and confirmed in my telephone

Page 37

1 conference with Mr. Murdock along with the other
2 sources of exposure information that I detailed
3 in the first paragraph of the Exposure section,
4 Section Number 6, under Opinions in my report.
5 So all of those sources are cited. They did
6 include but were not limited to Dr. Sawyer's
7 preliminary report. And obviously my report was
8 completed long before my receipt just this week
9 of the revised toxicology report.
10 Q     What is the date on that revised
11 toxicology report from Dr. Sawyer that you
12 received?
13 A     Okay. That is a little harder for me
14 to reconstruct because I do not have a hard copy
15 of that. As I recall, it was February 21st or
16 maybe February 23rd of this year. So I reviewed
17 that as an e-mail attachment only.
18 Q     Do you recall whether it was signed by
19 Dr. Sawyer?
20 A     I have no recollection of that.
21 Q     The preliminary Sawyer report, do you
22 have that in front of you?
23 A     That's on the table. I'm happy to get
24 it.
25 Q     Is it signed by Dr. Sawyer?

Ron D. Schiff, M.D., Ph.D.

1  A      I'd have to look at it.

2  Q      Okay.  Please get it.

3  A      Okay.  Okay.  Mr. Koopmann, I have the

4  report.  I'm looking at Page 232 and there is a

5  signature.

6  Q      Okay.  Sir, did you read the deposition

7  of Kyle Murdock?

8  A      No, sir.

9  Q      Did you read the deposition of Mandi

10 Murdock?

11 A      No, sir.  I did not receive either of

12 those.

13 Q      Did you receive the deposition of

14 Dr. Sameer Jauhar?

15 A      No, sir.

16 Q      If you had received those depositions

17 of Mr. And Mrs. Murdock and Dr. Jauhar, would you

18 have read them?

19 A      Time permitting, yes.

20 Q      Why did you elect to not interview

21 Mrs. Murdock?

22 A      The discussion that I had with

23 Mr. Prather, the contents of which I believe is

24 confidential, focused only on the opportunity to

25 interview Mr. Murdock specifically about

1  Ms. Murdock's exposure.  Nothing else was

2  discussed about interview options.

3  Q      Did you ask for the opportunity to

4  interview Mrs. Murdock?

5  A      I did not.

6  Q      Have you talked to anyone else about

7  this case other than Mr. Prather and Kyle

8  Murdock?

9  A      No, sir.  Well, my wife has known about

10 the scheduling and about the billing aspects,

11 but, you know, I have not discussed the substance

12 of the case with her.  Nor does she need any of

13 the relevant materials.

14 Q      You've never talked to Mr. -- sorry.

15 Strike that.

16        You've never talked to Dr. Sawyer about

17 this case?

18 A      No, sir.  I've never had any direct

19 communication with Dr. Sawyer concerning any

20 matter.

21 Q      And Dr. Sawyer was not on the telephone

22 call that you had with Kyle Murdock; correct?

23 A      That is correct.

24 Q      Did you take any notes during your

25 interview of Kyle Murdock?

1  A      I explained about that.  I sat in front

2  of the computer where I had the draft section

3  of -- or the draft version of my Exposure section

4  up on the screen.  And I made any additions or

5  modifications during that conversation.  So there

6  is no separate record.

7  Q      Do you agree that Kenzie Murdock had

8  T-lymphoblastic lymphoma?

9  A      I do.

10 Q      Did you see any medical records that

11 suggested the correct diagnosis might be

12 something other than T-lymphoblastic lymphoma?

13 A      I did not.

14 Q      You mentioned possible but not proven

15 central nervous system involvement on Page 55 of

16 your report.  What's your basis for saying that

17 there was possible central nervous system

18 involvement that was not proven?

19 A      Okay.  Could you please put Page 55 up

20 on the screen so that I can find it more quickly

21 in my notes?  I have separated my notes out by

22 section, but this would be helpful.

23 Q      I sure can.

24 A      Okay.  So this -- okay.  So this is

25 under the Prognosis section of my opinions.  And

1  it's toward the end of it with respect to the

2  long-term disease free survival.

3  Q      Yeah.  Right in the middle of that

4  paragraph.

5  A      Okay.  So in order to find that out, I

6  would have to look at the relevant -- I mean,

7  that's a summary statement.  That's, you know,

8  talking about disease status and prognosis alone.

9  And it makes reference to -- this is going to

10 take me a minute to sort out because, you know,

11 the Prognosis section is not my principal

12 discussion of that point.  So I will -- I will

13 endeavor to find it.

14 Q      All right.  Let me tell you what, let's

15 come back to this.  I'll ask a new question and

16 maybe we'll come back to this.

17        Sir, is there any particular genetic

18 feature of T-lymphoblastic lymphoma that is

19 characteristic of the disease?

20 A      I would answer that as a no.

21 Q      Did you see any tests in Ms. Murdock's

22 case showing what mutations occurred in her

23 T-cells that led to her T-lymphoblastic lymphoma?

24 A      No.  The mutations that were identified

25 were of prognostic significance.  Not that it

Page 42

1  proved to be beneficial to her, but they were not
2  diagnostic. They were obtained as part of the
3  diagnostic evaluation, which is why I listed them
4  in that place. But, nonetheless, they were not
5  necessary to -- well, actually, yeah. That's not
6  true. She did have T-cell receptor gene
7  rearrangements. Those are mutations that
8  demonstrated the clonality of the malignant cell
9  population in her case; and, therefore,
10 substantiated the diagnosis of a T-lymphocyte
11 malignancy.
12       Q       Can you point me to any scientific data
13 showing that Roundup or Glyphosate causes any of
14 the mutations involved in T-lymphoblastic
15 lymphoma specifically?
16       A       I have -- okay. Well, first of all, I
17 do not believe data like that exists. What we
18 have is we have the documented history of Roundup
19 exposure, and we have a firm diagnosis reviewed
20 not only locally but at academic medical centers.
21 So I believe her diagnosis is firm in that
22 regard.
23       Q       But it's true that you do not believe
24 that data showing that Roundup or Glyphosate
25 causes any of the mutations involved in

Page 43

1  T-lymphoblastic lymphoma exists?
2        A       I have never seen specific data
3  investigating that potential connection.
4        Q       Did Ms. Murdock ever have measurements
5  taken that show the presence of Glyphosate in her
6  blood, urine, or body tissues?
7        A       No. Those are generally not available
8  for clinical application.
9        Q       You're not relying on any measurements
10 of Glyphosate in Ms. Murdock's body for any of
11 your opinions in this case then; correct?
12       A       I would defer that to plaintiff's
13 toxicology expert.
14       Q       Okay. But is what I said true? That
15 you, for your opinions, are not relying on any
16 such measurement of Glyphosate in Ms. Murdock's
17 body?
18       A       That's correct.
19       Q       Can you identify any test result,
20 imaging study, pathology report, or physical exam
21 finding that points to Roundup as the cause of
22 Ms. Murdock's T-lymphoblastic lymphoma?
23       A       There is no specific finding associated
24 with the Glyphosate etiology in any form of
25 non-Hodgkin's lymphoma. But there doesn't have

Page 44

1  to be. The diagnosis of a specific non-Hodgkin's
2  lymphoma is firm in her case. And we have the
3  exposure history.
4        Q       But there is no specific finding
5  associated with Glyphosate on any such imaging
6  study, pathology report, physical exam finding,
7  or test result for Ms. Murdock?
8        A       Such a finding has never been
9  identified by research.
10       Q       Is T-lymphoblastic lymphoma a subtype
11 of NHL?
12       A       It is.
13       Q       Is T-lymphoblastic lymphoma most common
14 in teens or young adults?
15       A       Also correct.
16       Q       Is lymphoblastic lymphoma the second
17 most common type of NHL in childhood and
18 adolescence?
19       A       I can't recall if I put that -- a
20 statement about that in my report. That is
21 correct, yes. I have a citation for that. But
22 that's correct.
23       Q       Are the vast majority of lymphoblastic
24 lymphoma cases of T-lymphoblastic origin?
25       A       That is correct.

Page 45

1        Q       The median age of diagnosis of
2  T-lymphoblastic lymphoma is around nine years of
3  age; right?
4        A       I don't recall. I did not look up at
5  that. You know, my statement was specific for
6  children and adolescents. I did not provide
7  greater precision in the assessment of the age of
8  peak risk.
9        Q       What percentage of patients with NHL
10 have T-lymphoblastic lymphoma?
11       A       Overall, it's a very small percentage.
12 I would say less than five percent.
13       Q       When you were in clinical practice, did
14 you treat patients with T-lymphoblastic lymphoma?
15       A       I did.
16       Q       Approximately how many patients with T
17 -lymphoblastic lymphoma did you see in your years
18 of clinical practice?
19       A       That would be a handsful. Again, it's
20 an uncommon form of NHL. There is well over 40
21 types of NHL. Some people would say a lot more
22 than that. So it is one of the rare types.
23       Q       Do you recall seeing a patient with no
24 risk factors develop T-lymphoblastic lymphoma?
25       A       Well, we have to -- we have to make a

Page 46

1 pretty important distinction there. I may not
2 have been able to identify any risk factors in a
3 case like that, but I do not remember details of
4 specific genetic or environmental risks that
5 individual patients may have had.
6      A medical oncologist and hematologist
7 like me would take a personal and social history,
8 which includes an occupational history, and
9 because of the time constraints involved in
10 patient interactions, we would only delve into
11 something if there was an element of that history
12 that was very prominent in terms of potential
13 relevance. Do I remember anything about that in
14 particular? I do not.
15 Q      What do you believe are the risk
16 factors for developing T-lymphoblastic lymphoma?
17 A      Well, you know, I believe -- and I do
18 have a Risk Factor section in my report. And I
19 believe that most of those risk factors are
20 believed to overlap with those of non-Hodgkin's
21 lymphoma in general. For example, I made the
22 point, the more specific point, that male gender
23 is more likely to be associated with the
24 development of a T-lymphoblastic lymphoma than in
25 females. But other than that, the etiologic and

Page 47

1 risk factor assessments are believed to be held
2 in common between T-lymphoblastic lymphoma and
3 other forms of NHL. There might not be so much
4 specific data about rare subtypes like
5 T-lymphoblastic lymphoma because of their very
6 rarity. That is discussed by me also in the, I
7 believe, Lymphoma Caused by Roundup section that
8 immediately follows my discussion of etiology and
9 risk factors. Those are Sections 7 and 8 under
10 Opinions.
11 Q      So on Page 82 of your report, you have
12 a section there titled Etiology, risk factors for
13 the development of non-Hodgkin's lymphomas. And
14 you indicate, "There are recognized risk factors
15 for the development of non-Hodgkin's lymphomas
16 included aging, male gender, (T-cell
17 lymphoblastic lymphoma typically presents with a
18 mediastinal mass in young males) white ethnicity,
19 geographic location, inherited or acquired
20 immunodeficiency, certain autoimmune disorders,
21 specific types of infection, previous treatment
22 for non-Hodgkin's lymphoma, a rather short list
23 of drugs, occupational and environmental
24 exposures, and a family history of malignancies
25 of the blood or bone marrow." Did I read that

Page 48

1 correctly?
2 A      That is correct.
3 Q      And those risk factors for the
4 development of non-Hodgkin's lymphomas overlap
5 with the risk factors for the development of
6 T-lymphoblastic lymphoma?
7 A      To the extent the data and the
8 literature exists about that, I would say yes.
9 The one place where there was something that was
10 relatively specific to T-lymphoblastic lymphoma
11 was recognized by me in this second line of that
12 section.
13 Q      Did you ever tell one of your patients
14 in clinical practice that Roundup or Glyphosate
15 caused their T-lymphoblastic lymphoma?
16 A      I did not. But there is explanations
17 for that.
18 Q      When you were in clinical practice, you
19 never diagnosed a patient with Glyphosate or
20 Roundup induced T-lymphoblastic lymphoma, did
21 you?
22 A      I did not. But there are two factors,
23 which I would like to address. One is the rarity
24 of the condition. And the second is that my
25 retirement from clinical practice took place at

Page 49

1 almost the exact time that the IARC Monograph
2 dealing with Glyphosate was published. The
3 publications before that were mostly in sources
4 that would not routinely be reviewed by medical
5 oncology and hematology clinicians. On top of
6 that, my practice was urban suburban and not
7 really -- not really rural. That's just where
8 the location is relative to the community that I
9 live in.
10 Q      Have you told any of your former
11 patients that they should not use Roundup or
12 Glyphosate?
13 A      I can't remember if I've told former
14 patients that, but I have told people of my
15 acquaintance who have been using Roundup that.
16 And I have made sure that the landscaper who
17 takes care of our yard also does not use Roundup.
18 And we've also verified that our neighbors don't.
19 Q      What risk factors did Kenzie Murdock
20 have for developing T-lymphoblastic lymphoma?
21 A      Well, that is discussed in, I would
22 say, considerable detail in my Differential
23 Etiology section, which is Section 9, and is the
24 next section after the one that you have on
25 there. So looking at that, we indicate that

Page 50

1  other than exposure to Roundup, and to a much
2  lesser extent other Glyphosate containing
3  herbicides not manufactured by Monsanto/Bayer, no
4  risk factors for the development of lymphoma are
5  identified in the medical records or other
6  available documentation. That's that second
7  paragraph currently on the screen.
8  Q       So it's your opinion that the only risk
9  factor that Ms. Murdock had for developing
10 T-lymphoblastic lymphoma was Roundup exposure or
11 to some extent exposure to other non Roundup
12 Glyphosate containing herbicides?
13 A       Yes. Those are the only -- that's the
14 only -- those are the only ones that can be
15 identified. That's correct. If others exist, we
16 may not know of them. But this was a young
17 person and many other things that are associated
18 with an increased risk of developing
19 non-Hodgkin's lymphoma were able to be ruled out
20 in her case. So, I mean, I stand behind that.
21 The only identifiable risk factors had to do with
22 Glyphosate exposure.
23 Q       Was the fact that she is a white or was
24 a white ethnicity a risk factor for her
25 development of T-lymphoblastic lymphoma?

Page 51

1  A       Well, that's not a causative risk
2  factor, Mr. Koopmann. That's something that can
3  be identified as an association. That white
4  people have a higher risk of developing
5  non-Hodgkin's lymphomas than non whites. But in
6  terms of a causative risk factor for developing
7  non-Hodgkin's lymphoma, like some of the other
8  things I've listed there -- specific infections,
9  combined modality treatment for Hodgkin's
10 disease, the answer is no.
11 Q       Are you aware of any studies or data
12 finding an increased risk of developing
13 T-lymphoblastic lymphoma with Glyphosate
14 exposure?
15 A       Well, that is also directly addressed
16 just a few paragraphs before what's on the screen
17 right now. It's in my section on Lymphoma Caused
18 by Roundup. And it's the paragraph, "Some of the
19 studies which have investigated the association."
20 That's it right there. So my conclusion in that
21 paragraph is that the three large studies which
22 presented subtype specific risk data have focused
23 on diffuse large B-cell lymphoma, follicular
24 lymphoma, and chronic lymphocytic leukemia, which
25 is the same disease as small lymphocytic

Page 52

1  lymphoma. Just depends on the tissue in which it
2  presented. And did not even include
3  T-lymphoblastic lymphoma, which was the subtype
4  in Ms. Murdock's case as a separate category.
5          And, you know, I have references for
6  that as well. What's in common among diffuse
7  large B-cell follicular and CLL or SLL is those
8  are relatively common lymphoproliferative
9  malignancies. They're at the top of the list in
10 incidents. And T-lymphoblastic lymphoma is at
11 the lower end of that list.
12 Q       So is it true that the data that you're
13 aware of does not speak specifically to whether
14 there is an increased risk of developing
15 T-lymphoblastic lymphoma with Glyphosate
16 exposure?
17 A       That is correct. But I will also point
18 out that IARC did not condition their designation
19 of Glyphosate as a group to a probable carcinogen
20 on non-Hodgkin's lymphoma subtype. So I'm -- you
21 know, I'm quite confident that they took into
22 account the existing data on subtype and did not
23 feel that that should influence their
24 classification of Roundup carcinogenicity.
25 Q       Are you aware of any studies that show

Page 53

1  a statistically significant association between
2  Glyphosate or Roundup exposure and T-cell
3  lymphomas?
4  A       Well, there are some. But the point is
5  that the reason that I don't want to cite those
6  as evidence of causation in this case is that not
7  every T-cell lymphoma is a T-lymphoblastic
8  lymphoma. More common than those are what I
9  would call low or intermediate grade T-cell
10 lymphomas such as, but not limited to, mycosis
11 fungoides and Sézary, S-E-Z-A-R-Y, syndrome.
12 Those are mentioned in the Diagnosis section of
13 my opinion.
14 Q       You noted in your report that on
15 November 26th, 2018, it was concluded that
16 Ms. Murdock's T-lymphoblastic lymphoma was in
17 remission. Do you have an opinion regarding
18 whether as of that date Ms. Murdock's
19 T-lymphoblastic lymphoma was in remission?
20 A       Yes. I do have an opinion. And I
21 expressed that in at least a couple of different
22 places in my report. Because I cannot support
23 the notion that it was a complete remission.
24 Without reviewing the imaging studies around that
25 period of time, I cannot say for certain. But

Page 54

1  the bottom line is, that -- and I'm going to find
2  it because this is most neatly summarized in my
3  Conclusion section.
4        Yes.  It's in the Conclusion section in
5  the paragraph beginning on November 26th, 2018.
6  It was concluded that Ms. Murdock's
7  T-lymphoblastic lymphoma was in remission,
8  although considerable lymphadenopathy persisted
9  on CT scans of the neck and chest on November 20,
10 2018.  Which, you know, was just six days
11 earlier.  So, you know, I have to believe that
12 the treating physicians were aware of that.  But
13 that's it right there.
14        So while she did have a response to the
15 total 17 multi agent multi phased treatments, I
16 believe that the most likely conclusion by far
17 was that it fell short of a complete response, a
18 complete remission.
19 Q     You noted on Page 51 of your report
20 that we've marked as Deposition Exhibit 8 --
21 MR. KOOPMANN:
22        And by the way, for the record, I do
23 want to mark as Exhibit 9 -- reserve a spot as
24 Exhibit 9 for that preliminary Sawyer report.  I
25 understand you're objecting to the production of

Page 55

1  that, Mr. Prather, but we can discuss that in
2  greater detail after the deposition and you can,
3  you know, consider that objection.  But I want
4  to, just for the record, note that I'm reserving
5  a spot at Exhibit 9 for that deposition -- or
6  that document.
7        (DEPOSITION EXHIBIT NUMBER 9
8         WAS MARKED FOR IDENTIFICATION.)
9  MR. PRATHER:
10        All right.  I understand and I will
11 reserve my objection.
12 MR. KOOPMANN:
13 Q     Dr. Schiff, on Page 51, you note that
14 in this section titled Disease Status and
15 Prognosis that Ms. Murdock's LDH blood test
16 results decreased progressively on October 10th
17 and October 13th, 2018; normalized by
18 October 14th, 2018 and remained normal on
19 October 17th and October 19th, 2018.  Do you see
20 that?
21 A     I do.
22 Q     Okay.  At those points in time when you
23 noted that her LDH levels were normal, was she in
24 complete remission at that time?
25 A     Absolutely not.  I would point out that

Page 56

1  total 17 chemotherapy began on October 6th.  And
2  which, you know, is in the first sentence of this
3  section.  So a rapid decline in the LDH is not
4  surprising.  The fact that it occurred quickly
5  and it occurred with complete normalization.  The
6  problem in Ms. Murdock's case is that while the
7  LDH was normal on October -- on October 19th,
8  just five days later, which is 18 days after the
9  initiation of therapy, it started to increase
10 again.  And over three days after that, it went
11 up progressively twice more.  So the longer term
12 pattern -- I did not put dates in here, although
13 they're in the Medical Facts section of the
14 report.  But I summarized it that it kind of went
15 up and down with treatment and it was cyclical in
16 that regard.
17        But, you know, I mean, just in terms of
18 my conclusion to that paragraph, sustained at
19 normalization of the LDH did not occur.  And
20 that's throughout her entire unfortunate course.
21 Q     On Page 38, sir, you've got a paragraph
22 that starts, "Discussion of Ms. Murdock's
23 diagnostic evaluation."  Do you see that
24 paragraph?
25 A     I do.  I want to find that in my notes.

Page 57

1  I have it right here.
2  Q     You say there, "Discussion of
3  Ms. Murdock's diagnostic evaluation would not be
4  complete without noting that her LDH blood test
5  was elevated at the time of her presentation."
6  A     Correct.
7  Q     Of what significance is that?
8  A     Well, as I indicated at the beginning
9  of my Prognosis section but also elsewhere in the
10 report, and I can't remember if that's under
11 Medical Facts or under Diagnosis and so forth,
12 but the last prior screening was Section 3,
13 Disease Status and Prognosis, the LDH blood test
14 is a marker of tumor burden or disease activity
15 in many hematologic malignancies.  That's not
16 unique to T-lymphoblastic lymphoma.  But it's up
17 in many of them.  Of course, that enzyme is also
18 present under normal circumstances in certain
19 tissues of healthy individuals and so forth.  And
20 there are non malignant diseases that can make it
21 go up.
22        But within the universe of the
23 hematologic malignancy, we do regard it as a
24 marker of tumor burden or disease activity.  So,
25 you know, even though these were just a few days

1  prior to diagnosis, I would say that, you know,
2  it already showed that there was a significant
3  amount of tumor present.  That initial value was
4  nearly twice the upper limit of normal.  If you
5  inquire about why it declined between October 3
6  and October 5, 2018, it's almost certainly
7  because she received intravenous hydration fluids
8  during that interval.  That would dilute out the
9  LDH.  It was still being produced, but the blood
10  cells and the chemical components of the blood
11  serum would be diluted by the IV fluids.
12  Q      On Page 51 of your report marked as
13  Exhibit 8, you note -- in this sentence right
14  before Section 3 on Disease Status and Prognosis,
15  you note that "The treatment approach employed in
16  the supportive care and close clinical laboratory
17  and radiographic monitoring which Ms. Murdock
18  underwent were appropriate, entirely justified,
19  and medically necessary."  Is that your opinion?
20  A      Yeah.  That's my opinion.  If you have
21  one aspect of her care that you take an exception
22  to and want me to comment on, I'm happy to do it.
23  Q      Well, my question is just whether you
24  disagree with anything that Ms. Murdock's
25  treatment providers did for her?

1  A      Well, the answer to that is also found
2  in one paragraph higher than the one that starts
3  with all of the drug combinations.  In other
4  words, it's on this same page and I address that
5  explicitly.  Although none of these treatments
6  produced a beneficial response in Ms. Murdock's
7  case, all were comprised of drugs with known
8  activity in relapsed or refract rhythm for
9  blastic lymphoma and acute lymphoblastic
10  leukemia, and, thus, were entirely appropriate
11  choices once Ms. Murdock's lymphoma was no longer
12  responding to her initial treatment.  By which I
13  mean the total 17.
14  Q      So is it fair for me to understand then
15  that you don't have any disagreements with any of
16  the treatment provided to Ms. Murdock?
17  A      Again, I understand why they did that.
18  Unfortunately, I believe the outcome was
19  predetermined by the time that it was clear that
20  she had not obtained a complete remission to the
21  initial therapy and the rapidity with which her
22  disease progressed.  And I believe it was
23  progression rather than relapse or recurrence
24  because I don't think it went into complete
25  remission at any point.  In other words, what I'm

1  saying is that -- and, you know, you would never
2  tell a patient or the family that, but you would
3  have to have some premonition of futility once
4  you had seen her clinical course beginning with
5  the fact that the LDH was already going up again
6  18 days after she began treatment.  I mean, that
7  right there is -- but, I mean, there are so many
8  aspects of her case that are horrific.  That's
9  only one.  And that's just the one that presented
10  itself first.  There are many, many other
11  extremely discouraging aspects.  And, you know,
12  perhaps we'll get into those because I think they
13  are important.
14  Q      All right.  With the benefit of
15  hindsight sitting here today in 2023, if you were
16  to go back with, you know, the benefit of that
17  hindsight, would you do something differently to
18  treat Kenzie Murdock if you were her oncologist?
19  A      Well, you know, the short answer to
20  that is no because we have to look at the way
21  things progressed in realtime.  By the time that
22  there was incontrovertible evidence of relapse,
23  yes, they talked about the possibility of her
24  going in the direction of a stem cell transplant.
25  But what's one of the requirements for a stem

1  cell transplant?  You have to achieve as good a
2  remission as possible before you start harvesting
3  the cells from the individual or providing
4  preparative chemotherapy for the patient while
5  harvesting cells from another individual for an
6  LHL transplant.  Never in her course did she
7  reach that point.  That renders that
8  consideration moot.
9          You know, she did not receive the
10  universe of potential treatments, but everything
11  that she received was appropriate for what I --
12  you know, under the criteria that I described in
13  those two paragraphs that are currently on the
14  screen.
15          But, you know, I think that one has to
16  be aware that, A, her disease did not have an
17  optimal response and, B, her progression --
18  evidence of her progression began early and
19  continued unimpeded.  And then her entire course
20  was complicated -- and forgive my vocabulary
21  hear.  It was complicated by complications.  And
22  those complications, some resulted from her
23  disease.  Others resulted from her treatment or
24  from a combination.  But the bottom line is that
25  limited the treatment that was delivered to her

Page 62

1  and that could be delivered to her.  And yet
2  that's common, nearly universal, in a high grade
3  lymphoproliferative malignancy like
4  T-lymphoblastic lymphoma.  And that would be on
5  the mind of the treating physicians on a
6  day-to-day basis.
7  Q      Are you critical in any way of any of
8  the treatment decisions made by her medical
9  providers?
10  A      No.  For the reasons that I just gave
11  you.  I mean, I spelled those out in my report
12  and I reiterated them verbally here.  You know,
13  she did not receive any inappropriate treatments.
14  They were designed to try to bring about a more
15  meaningful remission.  Especially after
16  progressive disease became clear.
17         Let me point one other thing out.  In
18  acute lymphoblastic leukemia and lymphoblastic
19  lymphoma, reintroduction of the initial protocol
20  drugs is often used even at the time of relapse
21  for progression.  And, you know, you could argue
22  that that might have something to do with the
23  sense of futility in treating this disease
24  because that's kind of a historical approach.
25  There are newer treatments and she got a number

Page 63

1  of those treatments.  But the bottom line there
2  is that maintaining her on the different phases
3  of total 17 for a while, which allowed the
4  introduction of drugs that she did not receive at
5  the beginning, was also very reasonable.  That's
6  how it was done.
7         I remembered distinctly a patient that
8  I had in her age group who presented with B-cell
9  acute lymphoblastic leukemia.  And I was utterly
10  unable to save the ellis pharasgynase [Phonetic]
11  for his post remission therapy as the protocol he
12  was on wanted and is my preference.  I had to use
13  it sooner because he wasn't going anywhere.  He
14  wasn't getting closer to remission.  I put him on
15  it.  He went into remission.  And then,
16  unfortunately, shortly after that his disease
17  progressed as well.
18         This is the kind of situation that you
19  deal with regularly in young people and even
20  older adults with lymphoblastic lymphoma or acute
21  lymphoblastic leukemia.
22  MR. KOOPMANN:
23         Okay.  Let's take a five-minute break
24  and go off the record.
25

Page 64

1  THE VIDEOGRAPHER:
2         The time is 11:15.  We're off the
3  record.
4         (OFF THE RECORD AT 11:15 a.m.)
5         (ON THE RECORD AT 11:21 a.m.)
6  THE VIDEOGRAPHER:
7         The time is 11:21.  We're back on the
8  record.
9  MR. KOOPMANN:
10  Q      All right.  Dr. Schiff, your conclusion
11  on Page 94 of your report, which I'll share on
12  the screen here.  You say, "It is my conclusion
13  that to a reasonable degree of scientific and
14  medical certainty, exposure to Roundup was a
15  substantial factor in causing or contributing to
16  cause Ms. Murdock's non-Hodgkin's lymphoma."  Is
17  that right?
18  A      That is correct.
19  Q      Were there other causes or things that
20  contributed to cause her non-Hodgkin's lymphoma?
21  A      Well, we've already discussed that.
22  And, you know, that discussion is, I would say,
23  quite complete in my Differential Etiology
24  section.  And the answer to that is, no, there
25  was nothing that I was able to identify that was

Page 65

1  another potential causative risk factor.
2         I do want to interject something if I
3  may, Mr. Koopmann.  During the five-minute break,
4  I located the section of my report where there is
5  an exposition of the business about suspected but
6  never proven central nervous system involvement.
7  If you want to circle back to that, I have that
8  in front of me and I can tell you where it is.
9  Q      Sure.  Where is that?
10  A      It goes on for several pages, but it's
11  there, and I think it's fairly clear.
12  Q      Where is it?
13  A      Okay.  So the place that I prefer to
14  look for this, because everything is spelled out
15  there in the timeline, is toward the end of the
16  Medical Fact section of my report.  There is a
17  paragraph that begins on July 3, 2019.  No.  It's
18  after that.  Okay.  It should be right before
19  that.  There it is.  Okay.  That's the paragraph
20  in question.
21         If you go down towards the bottom of
22  that paragraph, it refers to an MRI scan of the
23  brain and orbits.  It gives the reason why the
24  scan was obtained and it talks about the findings
25  from the scan.  The brain and the orbits, that

Ron D. Schiff, M.D., Ph.D.

Page 66

1  means the eyes and eye sockets, were scanned as
2  part of an evaluation for facial numbness and
3  blurred vision. The scan was normal, but the
4  radiologist noted that the quality of the images
5  was somewhat degraded by motion artifact. That
6  means that Ms. Murdock was moving during the
7  relevant portions of the exam even a little bit.
8  And that raised the possibility of signal
9  enhancement along the cisternal course of the
10  trigeminal nerves. That is a particular segment
11  of cranial nerve 5 on both sides that they
12  thought possibly could have tumor along the
13  meninges.
14        Now, if you work through this, and this
15  is -- you know, this is exactly what I put in the
16  summary at the tail end that you referenced
17  earlier that there was no proof of central
18  nervous system involvement. If you go -- I have
19  to find this. Yeah. If you go along to the
20  paragraph that begins on July 11th, 2019. Okay.
21  Here we're -- yes. Okay. Okay. An MRI scan of
22  the face, again, revealed mild enhancement of the
23  cisternal segments of the trigeminal nerves
24  bilaterally and the previously unreported
25  possible asymmetric mild dural thickening at the

Page 67

1  periphery of the left Meckel's cave. The dura is
2  one of the layers of the meninges, the external
3  covering of the brain and the spinal cord.
4        And people with hematologic
5  malignancies very prominently including acute
6  lymphoblastic leukemia and lymphoblastic lymphoma
7  meningeal involvement by far is the most common
8  form of central nervous system spread.
9        So the fact that they were concerned
10  about possible asymmetric mild dural thickening
11  was because they were wondering about spread to
12  the meninges. At least at this stage of
13  Ms. Murkel's course -- Ms. Murdock's course. But
14  both of those findings were not changed compared
15  with the MRI that we have looked at from just
16  eight days earlier, and were not considered to
17  represent evidence of meningeal spread of her
18  lymphoma.
19        Added to that, of course, are all those
20  numerous negative cerebral spinal fluid analyses.
21  And she received prophylactic chemotherapy
22  directly in the spinal fluid in order to prevent
23  the relatively common complication of central
24  nervous system spread of her lymphoblastic
25  lymphoma.

Page 68

1  Q      Okay. Thank you.
2        Back to this discussion of your
3  differential etiology and the other causes or
4  contributors to the cause of her NHL that you
5  considered, those are spelled out on Pages 85,
6  86, 87, 88, and the very top of 89 of your
7  report. Is that correct?
8  A      That's correct. Yes.
9  Q      Okay. Ms. Murdock had some preexisting
10  anxiety that she was diagnosed with before she --
11  well, before she was diagnosed with cancer;
12  correct?
13  A      Also correct.
14  Q      Okay. And she also had some
15  preexisting depression that she was diagnosed
16  with before being diagnosed with cancer; correct?
17  A      That's correct.
18  Q      Okay. And Roundup did not cause
19  Ms. Murdock's underlying anxiety or depression,
20  did it?
21  A      Not the preexisting. But the point is
22  the fact that she developed a lymphoma. The
23  diagnosis, the treatment, and the prognosis
24  contributed to and exacerbated her preexisting
25  problems of anxiety and depression. Something

Page 69

1  like that is very common. I spell all of that
2  out in the Psychological Effects section, which
3  is Section 5 under Opinions. We talked about all
4  of that, as well as the summary statement that
5  appears in my Conclusion section.
6  Q      Were there any other ingredients
7  besides Glyphosate in the Roundup that Kenzie
8  Murdock used that you considered significant to
9  your analysis in this case?
10  A      Well, you know, the answer to that is
11  there are other presumed carcinogenic and
12  lymphomagenic components in the commercial
13  Roundup formulations. But I will point out that
14  even though some of those, perhaps, surfactants
15  and other co-formulants are considered
16  scientifically, biologically significant -- there
17  is a comma between scientifically and
18  biologically in that statement -- that
19  nonetheless IARC, just like it doesn't restrict
20  its classification of Glyphosate as a Group 2A
21  probable human carcinogen, it also limits its
22  analysis and its conclusion to the active
23  ingredient Glyphosate alone. So there may have
24  been other things in there, and different studies
25  may have looked at chemical grade Glyphosate

Page 70

1    purely -- I'm sorry -- specifically. And, of
2    course, you know, those would be laboratory
3    studies, not epidemiologic studies. Whereas
4    others including the epidemiologic studies would
5    have looked at the commercially available
6    herbicide preparations.
7    Q      But so is it fair for me to understand
8    that your analysis in this case was really
9    focused on the Glyphosate active ingredient in
10   Roundup and its potential connection to
11   Ms. Murdock's cancer?
12   A      Well, again, we have to break that down
13   into two parts. What Ms. Murdock was exposed to
14   was Roundup as well as, to a much lesser extent,
15   other Glyphosate-based herbicides manufactured by
16   companies other than Monsanto or Bayer. But that
17   the literature in terms of epidemiology looks at
18   people who were exposed to commercially available
19   herbicides. And IARC reviewed everything in
20   terms of Glyphosate specifically, and it was on
21   that basis that it -- that it rendered its
22   opinion.
23         So, you know, the point is we're still
24   left with a Group 2A carcinogen with the opinion
25   having been expressed in terms of the active

Page 71

1    ingredient but with full recognition that there
2    may be other components in the commercially
3    available Glyphosate-based formulations including
4    Roundup, perhaps especially Roundup, in terms of
5    Ms. Murdock's exposure history that were also
6    potential causes or contributing factors for her
7    lymphoma.
8          But the bottom line is she was exposed
9    to Glyphosate. She was exposed to Roundup.
10   Those exposures were extensive. And we even
11   compared that to the so-called high exposure
12   groups in the published literature where those
13   were delineated, and she was well in excess of
14   that.
15   Q      So is it fair for me to understand that
16   your analysis in this case was primarily focused
17   on her exposure to the active ingredient
18   Glyphosate in either Roundup or other non Roundup
19   Glyphosate-based herbicides?
20   A      Well, again no. I mean, that's the
21   chemical substance in which IARC made its
22   determination. But I have no reason to believe
23   that Ms. Murdock was exposed to pure -- what do
24   they call it -- chemical grade or research grade
25   Glyphosate. She was always exposed to commercial

Page 72

1    formulations, Roundup, and to a much lesser
2    extent, some of the others.
3          So, you know, just like in the
4    epidemiology studies, the real world exposure is
5    to a commercial product that has Glyphosate and
6    various co-formulants. But, again, IARC did not
7    make that distinction in classifying the
8    carcinogenicity and lymphomagenicity of
9    Glyphosate. They called it Glyphosate.
10   Q      You're not offering an opinion in this
11   case that any ingredient in Roundup other than
12   Glyphosate caused or contributed to Ms. Murdock's
13   non-Hodgkin's lymphoma; right?
14   A      Well, you know, the answer to that is I
15   believe that her Roundup exposure did, which
16   Glyphosate is an active ingredient. The issues
17   that you are raising are addressed in the
18   literature and are addressed in detail in
19   Dr. Sawyer's toxicology expert reports. And I
20   would defer more detailed discussion of that to
21   those other sources.
22   Q      So your opinion in this case is that
23   her Roundup exposure caused or contributed to
24   cause her cancer; right?
25   A      That's correct. Roundup exposure of

Page 73

1    which the main ingredient is indeed Glyphosate.
2    But, yes, what she was exposed to was Roundup and
3    a few closely related other commercially
4    available Glyphosate-based herbicides.
5    Q      Can you point me to any test results,
6    imaging study, pathology report, or physical exam
7    finding that tells you that Roundup caused
8    Ms. Murdock's cancer?
9    A      What I can point to is her exposure
10   history. There are no laboratory tests that make
11   that distinction nor would there be expected to
12   be. A Glyphosate caused lymphoma is going to
13   have similar clinical and laboratory
14   characteristics to a lymphoma caused by risk
15   factors other than Glyphosate until eventually
16   it's proven otherwise. But with all the research
17   that's gone on, no distinguishing features have
18   been identified. Biospecimens are not utilized
19   in this clinical context. And, therefore, we are
20   required to rely on considerations of exposure
21   and correlations of exposure history with the
22   published exposure thresholds for increased risk
23   of developing non-Hodgkin's lymphoma.
24   Q      So is it fair for me to understand that
25   if all you had to evaluate in this case was her

Page 74

1  medical records alone, you would not be able to
2  just look at those medical records alone and say
3  that Roundup caused her cancer?
4  A      I have not seen any medical records
5  that dealt with Roundup specifically.  However,
6  we are aware that in at least one entry, the
7  large size of her family's agricultural property
8  was highlighted.  And if I had been seeing her as
9  a patient and I was focused on Glyphosate and
10  Roundup, that might have led me to ask questions
11  about it.
12        But in point of fact, medical
13  oncologists and hematologists typically do not
14  have the time available in their patient
15  encounters to drill down into a granular exposure
16  history.  Only if something stands out.
17        So even if someone is living on an
18  agricultural property that measured anywhere from
19  1,500 to 4,000 acres during their lifetime, you
20  know, it's not really feasible to go through in
21  the course of a clinic visit or even a hospital
22  visit all the possible exposures that may have
23  occurred in that setting.  If something came up
24  or if a family member brought up, you know, we
25  spray Roundup all the time, then, you know,

Page 75

1  further questioning would no doubt have been
2  undertaken.  But that was recognized
3  retrospectively as is generally the case.
4  Q      But none of her records reference the
5  word Roundup?
6  A      Not that I saw.
7  Q      And none of her records reference the
8  word Glyphosate?
9  A      Also not that I saw.  But I would not
10  really expect them to.
11  Q      Can you point me to anything in
12  Ms. Murdock's initial presentation, work-up,
13  treatment, or response to therapy that tells you
14  that Roundup caused Ms. Murdock's cancer?
15  A      Well, once again, there is no specific
16  diagnostic feature, whether it's under the
17  microscope or cell surface, proteins or
18  chromosomes or electro abnormalities that has
19  been identified as specific for Glyphosate
20  causation in T-lymphoblastic lymphoma or in any
21  other non-Hodgkin's lymphoma subtype.
22        Consequently, we are left with the fact
23  of her diagnosis and the history of her
24  Glyphosate and Roundup exposure.  Both of which I
25  would have to regard as firm and well documented.

Page 76

1  Q      So is it true that as you sit here
2  today, you can't point me to anything in her
3  initial presentation, work-up, treatment, or
4  response to therapy that tells you Roundup caused
5  her cancer?
6  A      It is not necessary to do so.  The fact
7  that there --
8  Q      But that's not what my question is
9  though, sir.  I just want to know a yes or no
10  whether you can do that.
11  A      There is nothing --
12  Q      Let me finish my question.  Can you
13  point me to anything in Ms. Murdock's initial
14  presentation, work-up, treatment, or response to
15  therapy that tells you Roundup caused her cancer?
16  Yes or no?
17  A      Her Glyphosate exposure.  There are no
18  other features, clinical or pathologic, that have
19  been identified to date that distinguish lymphoma
20  cases caused by Glyphosate or Roundup from those
21  that are not.  Maybe one day we'll have that.  So
22  far we don't.
23  Q      So there is nothing in her medical
24  records that enables you to point to Roundup as
25  the cause of her cancer?

Page 77

1  A      No.  But in her personal history there
2  are the years of Glyphosate and Roundup exposure.
3  MR. KOOPMANN:
4        We'll move to strike everything after
5  "No."
6  Q      There is nothing unique about Kenzie
7  Murdock's T-lymphoblastic lymphoma that indicates
8  whether it was caused by Glyphosate; right?
9  A      Once again, no distinguishing features
10  at any of those levels, diagnostic, response to
11  treatment, prognostic has been identified to
12  that.  We know that she had T-lymphoblastic
13  lymphoma.  We know that she had extensive Roundup
14  exposure.  And that is the basis of the
15  conclusions that I have reached.
16  Q      So there is nothing unique about her
17  particular T-lymphoblastic lymphoma that
18  indicates whether it was caused by Roundup?
19  A      Nor would I expect that to be.  That
20  has not been identified in any of the
21  non-Hodgkin's lymphoma cases.
22  Q      Do random or sporadic mutations cause
23  some T-lymphoblastic lymphomas?
24  A      In some cases they -- well, okay.  In
25  T-lymphoblastic lymphoma, there is not much of a

Page 78

1 track record of genetic predisposition mutations.
2 Mutations in other cases in the broader context
3 may imply genetic predisposition and have to do
4 with the pathogenesis of the disease. But in
5 other cases, the emergence of those mutations is
6 actually part of the disease course and is not
7 causative.
8 Q     So is it the case that random or
9 sporadic mutations cause some T-lymphoblastic
10 lymphomas or not or is it unknown?
11 A     At the next break I will consult the
12 listing that I have of that, but I do not, off
13 the top of my head, remember any patho -- any
14 pathogenic mutations that are associated with the
15 causation of T-lymphoblastic lymphoma.
16     What I can tell you with certainty is
17 that none were identified in her case with the
18 previously noted exception of the T-cell receptor
19 gene rearrangements. And, you know, and I think
20 you'd spend a day arguing whether that is a
21 predisposing factor or risk factor or whether
22 it's part of the disease course that emerged as
23 her T lymphocytes were transformed to the
24 malignant state.
25     But, you know, there were no findings.

Page 79

1 No, they're not Glyphosate or Roundup specific.
2 But those do provide strong evidence for the fact
3 that she had a malignant process going on
4 involving the T lymphocytes. I mean, we already
5 knew that from other lines of evidence. But if
6 we're talking about mutations, those gene
7 rearrangements qualify.
8 Q     Hypothetically, if you saw Kenzie
9 Murdock as one of your patients and she never had
10 any exposure to Roundup or other Glyphosate-based
11 herbicides, what would you tell her was the cause
12 of her NHL?
13 MR. PRATHER:
14     Object to form.
15 A     Well, yeah. So the answer to that
16 is -- and, you know, this is addressed in the
17 very first paragraph of my Differential Etiology
18 section. I haven't identified any other positive
19 risk factors for the development of any
20 non-Hodgkin's lymphoma in her case.
21     So if she had no Glyphosate exposure, I
22 would have to tell her that the cause is not
23 known in your case. And more broadly, I would
24 have to say that there are other cases of
25 lymphoma in which the cause is not yet known.

Page 80

1     However, there are two things with
2 that. One is, Glyphosate, Roundup has now been
3 identified as a causative risk factor in certain
4 cases of non-Hodgkin's lymphoma. And we also
5 know that it is pretty nearly ubiquitous in the
6 environment. So that even if she did not have
7 the spraying history, either doing it herself or
8 accompanying family members who sprayed the
9 product over the years, you know, there is still
10 also a lot of exposure from air, soil, water,
11 and, of course, different crops and foods.
12     Nonetheless, that is not what has been
13 evaluated in the epidemiologic studies. And I
14 would not posit to her in the clinic setting that
15 that type of exposure was responsible.
16     But, you know, in her case, she did
17 have the extensive agriculture and residential
18 exposure. And if she did not have that, no other
19 documented risk factor applicable to her has been
20 identified.
21 Q     In the handful of patients that you
22 recall seeing in your clinical practice who had
23 T-lymphoblastic lymphoma, do you have a
24 recollection of telling any of them what the
25 cause of their cancer was?

Page 81

1 A     That I do not remember. I mean, I
2 simply don't remember. I do remember some of
3 those cases but in terms of the risk factor
4 profile for those individuals, I can't come up
5 with anything. I know what kind of work-up I
6 would have ordered for those patients. And --
7 Q     Sir, did you see any indication in
8 Ms. Murdock's medical records that any of her
9 treating physicians claim that Roundup exposure
10 caused her cancer? Yes or no?
11 A     No, I do not.
12 Q     A patient with the exact same medical
13 history as Ms. Murdock but who never used Roundup
14 could still be diagnosed with T-lymphoblastic
15 lymphoma at age 17; right?
16 A     Yes. Of course. But she had the
17 extensive exposure. And the fact that that was
18 not the focus of her treating physicians is not a
19 deviation from standard of care and is not a
20 surprise. They would be focused on making the
21 diagnosis, deciding on a proper course of
22 treatment, and managing Ms. Murdock through her
23 treatment course. That was the focus as it
24 should have been.
25 Q     Sir, you cannot say that Ms. Murdock

Page 82

1 would not have been diagnosed with NHL if she had
2 just avoided using Roundup, can you?
3 A       I can say that to the --
4 Q       Can you say that?
5 A       No, I cannot.  Because that's a
6 probabilistic argument and a probabilistic
7 conclusion.  Her risk of developing non-Hodgkin's
8 lymphoma was increased significantly by her
9 extensive Roundup exposure.  So absent that
10 exposure, she may still have developed it.  But
11 the bottom line is that her Roundup and
12 Glyphosate exposure as detailed, very
13 significantly and substantially increased her
14 risk.
15 Q       Did Ms. Murdock have any genetic
16 testing done that, in your opinion, supports your
17 opinion that her Roundup exposure was a
18 substantial factor in causing or contributing to
19 cause her T-lymphoblastic lymphoma?
20 A       Well, yeah.  The answer to that
21 actually, Mr. Koopmann, is yes.  And this was
22 also addressed in my report.  If we want to find
23 the closest reference to that, it was in the
24 section that you have up on the screen right now.
25 The third paragraph under Differential Etiology.

Page 83

1 She did have a genetic counseling consultation on
2 December 6th.  They constructed a pedigree or
3 family tree.  And they identified and recorded
4 the occurrence of other cancers in Ms. Murdock's
5 relatives.  There was no evidence of leukemia,
6 lymphoma, multiple myeloma, or pediatric cancers
7 among her relatives.  And so the genetic
8 counselor, who is a specialist in this area,
9 concluded that her personal and family histories
10 raised no immediate concern for the presence of a
11 cancer predisposition syndrome; and, therefore,
12 no genetic testing was recommended.
13       So that's the answer right there.  She
14 did go through genetic counseling looking
15 specific -- specifically for genetic
16 predisposition syndrome.  And there was no
17 suspicion of it once the family tree with
18 appropriate disease allocations was completed.
19 Q       And so as a result because no family
20 history concern was noted, it's your opinion that
21 that supports that Roundup was the cause of her
22 cancer?
23 A       Well, it takes genetic predisposition
24 syndromes out of the differential etiology.  This
25 was an assessment that was made again by a

Page 84

1 genetic counseling professional that was not made
2 by me in a retrospective analysis of her medical
3 records that was done in realtime just two months
4 after she began chemotherapy.
5 Q       Do you know when Ms. Murdock had her
6 first malignant cell that appeared in her body?
7 A       No.  But I would suggest that with this
8 particular disease, it would not have been as
9 long before diagnosis as would have been the case
10 with a low or intermediate grade non-Hodgkin's
11 lymphoma.  This is a rapidly growing, very
12 aggressive malignancy.  If I had to estimate, I
13 would say a period of weeks to months.  But you
14 never know that except in the very rare situation
15 of a patient in whom a diagnosis is established,
16 but the patient is either not a candidate to be
17 treated or refuses treatment but does agree to be
18 followed with serial diagnostic studies.  Under
19 those conditions, you can occasionally
20 extrapolate the rate of growth of the malignancy
21 back to when you believe it may have begun.
22 There is all sorts of assumptions and
23 inaccuracies inherent in that type of analysis.
24 But that's the only way that one can even
25 approximate an answer to the question that you've

Page 85

1 just asked.
2 Q       Is it your opinion that there were
3 genetic mutations that occurred that led to
4 Ms. Murdock's T-lymphoblastic lymphoma or no?
5 A       I have no documentation of them.  And,
6 you know, in the Diagnosis section of my opinions
7 as well as in other locations, I do talk about
8 the results of her molecular as well as
9 cytogenetic analysis.  And the focus there is on
10 the so-called Notch1 and CDK and 2A genes,
11 neither of which, as far as I'm concerned, has
12 been shown to be responsible for the development
13 of T-lymphoblastic lymphoma or an increased risk.
14       In her case, those were felt to offer
15 some prognostic insight, in both cases favorable.
16 And, yet, we know that she had anything but a
17 favorable response to treatment and overall
18 course.
19 Q       Do you know whether Ms. Murdock's first
20 cancer cell developed during the months of the
21 year that she was spraying Roundup?
22 A       There is no possible way to know that,
23 Mr. Koopmann.
24 Q       Can you state to a reasonable degree of
25 scientific or medical certainty that there was

Page 86

1  any Glyphosate in Ms. Murdock's body when her
2  first cancerous cells appeared?
3      A       Biospecimens were never obtained. But
4  given her environmental exposure, I would have a
5  high degree of confidence that Glyphosate was
6  present in her body at that time.
7      Q       Because biospecimens were never
8  obtained, is it true that you cannot state to a
9  reasonable degree of medical certainty that there
10 was any Glyphosate in her body when her first
11 cancerous cells appeared?
12     A       Excuse me. The absence of
13 Glyphosate -- the absence of biospecimens among
14 plaintiffs in the Roundup litigation or patients
15 in general indicate that you can never use that
16 type of measurement here. It just is not
17 available. So we have to look at a surrogate
18 measure, which is exposure, for which there are
19 reported thresholds of exposure for increased
20 risk. There are other diseases and other
21 environmental toxins for which biospecimen data
22 are available. The most obvious, at least for
23 me, are the polychlorinated biphenyls, which are
24 also causes of non-Hodgkin's lymphoma and were
25 also in the past manufactured by Monsanto. There

Page 87

1  you have biospecimens --
2      Q       Sir, I'm not asking about
3  polychlorinated biphenyls. I'm not clear on what
4  the answer to my question is. So let me restate
5  it and just get a clean yes, no, or I don't know.
6          Can you state to a reasonable degree of
7  medical certainty that there was any Glyphosate
8  in Ms. Murdock's body when her first cancerous
9  cells appeared?
10 MR. PRATHER:
11         Objection. Asked and answered and
12 explained. You may answer again, Dr. Schiff.
13     A       Yeah. I would say I have a high
14 confidence that there was Glyphosate in her body
15 at the time of the first cancer cell.
16     Q       Is that to a reasonable degree of
17 medical certainty?
18     A       Yes, sir.
19     Q       Okay.
20     A       And I'm happy to repeat the explanation
21 and to elaborate on it if you'd like.
22     Q       That's okay. I just wanted the answer.
23 Is it true that the first malignant cells in
24 Ms. Murdock's body could have appeared during the
25 winter when they weren't spraying Roundup?

Page 88

1      A       Once again, I have no idea when the
2  first malignant cell occurred, the first event of
3  transformation to the malignant state.
4      Q       This is a different question now. I'm
5  not asking when it was. I know that you said you
6  can't know that. I'm asking whether the first
7  malignant cells in her body could have appeared
8  during the winter when they weren't spraying
9  Roundup. Yes, no, or I don't know?
10     A       Well, in as much as I don't know when
11 the first malignant cell appeared, by definition
12 I can't know what season it appeared. I do know
13 that Roundup was sprayed during many months of
14 the year and that it does not disappear
15 immediately from the media which are exposed to
16 it including human tissues. So that underlies my
17 belief that she had it in her system. Even
18 though neither I nor anyone can tell you when
19 that first malignant cell due to the effect of
20 Glyphosate or Roundup appeared.
21     Q       So is it your answer that you don't
22 know whether the first malignant cells could have
23 appeared during the winter?
24     A       There is no possible way to know that
25 about the emergence of the first malignant cell.

Page 89

1  But the equal part of my statement is that that
2  information is not necessary.
3      Q       Do you have an opinion regarding when
4  Ms. Murdock first developed T-lymphoblastic
5  lymphoma?
6      A       That depends on how you define it. You
7  can define it from when the first malignant T
8  lymphocyte emerged in her blood, which is
9  something that we do not know the answer to. We
10 can define it from when she had the first
11 symptoms. We can define it from when she was
12 diagnosed. And we can define it from the
13 unreliable method of extrapolating back from
14 diagnosis to how long it would have taken for a
15 rapidly growing lymphoma to reach the total body
16 tumor burden that it had when she was diagnosed
17 in early October 2018.
18         I mean, you know, certainly by
19 September of 2018, it was clear that the disease
20 process was established. There is no question
21 about that. But if we look at what we can say
22 before that, we don't have a great deal of
23 additional information. If we look at her other
24 encounters from 2018, those on February 6th,
25 February 7, February 22, August 24, and August 31

Page 90

1  seem to have nothing to do with lymphoma.
2       On September 12th, though, she had a
3  sports injury, but at the same time, she
4  complained of fatigue, decreased energy, an
5  episode of nausea, back pain, and dizziness.
6  And, you know, the connections to, I think at
7  least in some cases, it was concluded that some
8  of those symptoms were connected.  And, of
9  course, from September 12th to the firm diagnosis
10 on October 3, was only a period of three weeks.
11 Q      Dr. Schiff, would you please grab the
12 stack of medical records that you referenced
13 earlier that you reviewed in forming your
14 opinions in this case?
15 A      Yes.  I will do that right now.  I'm
16 holding it up to the camera right now so that you
17 can see it before I set it down.
18 Q      Thank you for that, sir.  So those are
19 the medical records that you were sent in this
20 case?
21 A      Yes, sir.
22 Q      And those are the records that you
23 reviewed in forming your opinions in this case?
24 A      Also correct.
25

Page 91

1  MR. KOOPMANN:
2       Okay.  I want to mark those as
3  Deposition Exhibit 10.
4       (DEPOSITION EXHIBIT NUMBER 10
5       WAS MARKED FOR IDENTIFICATION.)
6  Q      We'll make arrangements after the
7  deposition for those to be copied or scanned or
8  whatever to be sent to the court reporter.  Okay?
9  A      I would request that those be provided
10 by Mr. Prather along with the other outstanding
11 materials.  I will get you the Murdock Chemicals
12 document, which I had forgotten I had made notes
13 on and I'd be more than happy to explain about.
14 But that was so long ago, being July of 2022,
15 that I really forgot what I did with that
16 document.
17 Q      Well, I do want to have an exact copy
18 of those records that you just set down in front
19 of you that you reviewed because that's a
20 different subset than what Mr. Prather, I think,
21 could provide because there are approximately
22 40,000 pages of medical records in this case.
23 Many, many bankers boxes full.  And that's what
24 he indicated was sent to you.  So I don't know
25 how else other than making a copy of those

Page 92

1  documents that you have just set down in front of
2  you we could go about getting a copy of those
3  other than making a copy of them.
4  A      Yeah.  I don't have the personal
5  resources to do that.  I can ship these to
6  Mr. Prather or through Mr. Prather to the court
7  reporter.  That will take me some time for me to
8  get that together.
9  Q      That's just fine.
10 A      But I can do that.
11 Q      That's totally fine.  We'll just mark
12 those as Deposition Exhibit 10.
13 A      Can I count on them being returned
14 after that?
15 Q      I'm sure Mr. Prather will get them back
16 to you.
17 A      Okay.
18 MR. PRATHER:
19      And we can discuss the logistics of
20 this after the deposition.  But we would ask
21 Dr. Schiff if he's going to ship them to ship
22 them directly to the court reporter and then
23 expect her to return them to him.
24 MR. KOOPMANN:
25 Q      We can talk about that off the record.

Page 93

1  A      May I put those records away now?
2  Q      Sure.
3       Dr. Schiff, you did not have an
4  opportunity to interview Ms. Murdock; right?
5  A      Correct.
6  Q      You were never one of her treating
7  physicians; correct?
8  A      Also correct.
9  Q      You never examined her; correct?
10 A      Also correct.  I entered this case in
11 May 2021, which would have been three and a half
12 years, almost four years -- no.  That's not
13 correct.  Almost two years after she passed away.
14 Q      You note on Page 80 of your report --
15 I'll pull it up on the screen here.  In the
16 section that starts with the heading Exposure.
17 Do you see that on the screen?
18 A      Yes, I have it.
19 Q      You indicate information about the
20 frequency, duration, and circumstances of
21 Ms. Murdock's Roundup exposure and her non use of
22 personal protective equipment while exposed to
23 Roundup is derived from the first amended
24 complaint; Plaintiff Fact Sheet; Dr. Sawyer's
25 toxicology report; a brief mention in a

Ron D. Schiff, M.D., Ph.D.

1  psychiatry consultation report from October 24th,
2  2018; and the telephone conference with
3  Ms. Murdock's father, Mr. Kyle Murdock, on
4  July 15th, 2022; correct?
5  A     Yes.
6  Q     When you referenced Dr. Sawyer's
7  toxicology report there, that's the preliminary
8  report that you mentioned earlier receiving on or
9  before June 30th, 2021?
10  A     Yes.  That's correct.  That's the only
11  report that I had access to until earlier this
12  week.  The revised report was not complete -- or
13  at least the only revised report that I have seen
14  was not completed until late February of this
15  year.  Obviously, I did not have access to that
16  when I was preparing the report that's on the
17  screen right now.
18  Q     Okay.  And I'm sorry.  I think I
19  misspoke.  I said that you had Dr. Sawyer's
20  toxicology report that's referenced here in this
21  Section 6 on or before June 30th, 2021, but I
22  should have said June 30th, 2022.  Is that right?
23  A     Yes.  If you misspoke, I missed it as
24  well.  But that's correct.  That was just last
25  year.

1  Q     And what was the brief mention in a
2  psychiatry consultation report from October 24th,
3  2018?
4  A     Okay.  I actually pulled that up
5  because that is the one unique reference to
6  anything having to do with agricultural history
7  in Ms. Murdock's report.  That's on the table
8  right here, but I have to find it in those
9  papers.  I have that.
10  Q     Okay.
11  A     Okay.  What I'm looking at here, and
12  I'm happy to hold it up to the screen if you
13  want, is a psychiatry consultation note from
14  October 24th, 2018.  And, unfortunately, it looks
15  like the pages have gotten separated.  So if I
16  could have another moment to look for that.  But
17  I still can tell you what it says in there
18  because it is referenced directly in my report.
19  Q     Well, is there a Bates number on the
20  bottom right-hand corner of the document?
21  A     There is an RR ID number.
22  Q     Okay.  What is that?
23  A     32107593.
24  Q     And that's included in the stack of
25  medical records that we're going to mark as

1  Exhibit 10?
2  A     That is correct.  I cannot find the
3  other sheet that goes with it.  So what I will do
4  instead is I will point out where I dealt with
5  this in the Exposure section.  It's in the large
6  paragraph on the bottom of the screen.  And it's
7  the third sentence from the end where it says,
8  "Continuing acquisition of agricultural property
9  by the Murdock family was documented on
10  October 24, 2018 in an outpatient psychiatry
11  consultation report."  And, in fact, I just found
12  it on the sheet where the Bates number was.  It
13  says, "She reports that Mom had just gotten a new
14  job and Dad had just bought a new farm."  So, you
15  know, I correlated that with all of the other
16  sources of data about Ms. Murdock's exposure and
17  that was how I distilled it into the Exposure
18  section.
19          So, you know, the reference in the
20  psychiatry note is not very detailed, but I put
21  it together compared with the other sources
22  including the Plaintiff Fact Sheet in this case.
23  Q     Is there any other Bates number on the
24  bottom right-hand corner of those documents other
25  than that RR ID?

1  A     How about 010050.  It says, "Kenzie
2  Murdock, St. Jude medical records."  And then
3  010050.
4  Q     All right.  Thank you.
5          During your interview with
6  Mr. Murdock -- well, strike that.
7          Did you ask for an opportunity to
8  interview Mr. Murdock?  Is that how that came
9  about?
10  A     Okay.  I have to tell you, I don't
11  remember how that came up.  I know it was
12  discussed and that Mr. Prather and I agreed that
13  it would be helpful.  I do not recall who
14  suggested it.  It's possible I asked if he wanted
15  me to interview him.  It's equally possible that
16  I asked to interview him or that Mr. Prather
17  asked me to interview him.  I just don't recall.
18  Q     Do you recall there being information
19  that you were hoping to see in Dr. Sawyer's
20  report that you reviewed but that you didn't see
21  in that report that you then wanted to get from
22  Mr. Murdock?
23  A     I don't recall that specifically.  I
24  know that whatever information I had from other
25  sources I wanted to corroborate and see if there

Page 98

1  was anything else that would come up.  That was
2  my motivation in the -- you know, in entering
3  that interview.
4      Q      And Mr. Murdock, in that interview, was
5  providing his recollection of Kenzie Murdock's
6  potential Roundup exposures over time; correct?
7      A      Yes.
8      Q      And in some instances dating back to
9  2007 or earlier?
10     A      Yeah, I believe so.  Yes.  Sure.
11     Q      Is it possible that Ms. Murdock --
12  strike that.
13         Is it possible that Mandi Murdock might
14  have had a different recollection than Kyle
15  Murdock with respect to Kenzie's possible
16  exposures to Roundup or other herbicides or
17  pesticides?
18  MR. PRATHER:
19         Object to form.  Calls for speculation.
20     A      Well, yeah.  I mean, that would be
21  completely speculative.  I know that when
22  Ms. Murdock was out on the agricultural property,
23  it was typically with her father and/or
24  grandfather.  I see no references for her being
25  out there with her mother.  So, you know, I don't

Page 99

1  know.  I mean, I -- I -- I would have to
2  speculate as to the answer -- to the answer of
3  that.  But I don't know that her mother ever
4  witnessed her applying Roundup or being present
5  in the field during the long hours that she spent
6  applying Roundup, being present in proximity
7  while others applied it, or while cleaning the
8  farm equipment that was used to apply Roundup.
9      Q      It's fair to say, though, that people
10  that experience certain events sometimes have a
11  different recollection of those events; fair?
12     A      My impression was that Mr. Murdock was
13  actually very sharp, very accurate, and very
14  consistent.  I did not -- I did not recall any
15  significant discrepancies between what he told me
16  in the interview and what I had read in the other
17  sources that I cited at the beginning of my
18  Exposure section at the top of this page right
19  here.
20  MR. KOOPMANN:
21         Madam Court Reporter, would you please
22  read back my last question?
23         (The court reporter read
24          the requested testimony.)
25     A      The answer to that is in general sense

Page 100

1  yes, but I did not see that as being a concern in
2  this case.
3      Q      Isn't it possible that if you had
4  interviewed Mandi Murdock, she might have
5  remembered other Roundup exposures that her
6  husband didn't remember?
7      A      I would be speculating to answer that
8  question.  Anything is possible, of course.  But
9  I thought that the person who had the greatest
10  degree of direct interaction with Ms. Murdock
11  during her exposure was the gentleman I was
12  talking to on the phone.
13     Q      And why did you think that?
14     A      Because, again, she was out in the
15  fields with her father and/or grandfather.  I
16  have not seen or heard anything that her mother
17  participated in that type of agricultural work.
18     Q      You indicate on Page 94 of your report
19  that it's your opinion that Ms. Murdock's
20  exposure to Roundup was extensive.  What
21  qualifies as extensive as you've used the term in
22  that page of your report?
23     A      Okay.  Okay.  That's very good.  And
24  what qualifies as extensive is present two
25  sentences later.  That it was well above the

Page 101

1  threshold levels reported in the literature to be
2  associated with an increased risk of developing
3  non-Hodgkin's lymphoma.  There, the more complete
4  discussion -- remember, the Conclusion section is
5  exactly that.  It's conclusions.  But at the end
6  of my Section 8, Lymphoma Caused by Roundup, I
7  have quite a few paragraphs.
8      Q      That talk about those threshold levels?
9      A      Exactly.  With specific references to
10  the literature.  That begins with the paragraph
11  where the first words are "Several epidemiologic
12  studies."  And, you know -- and, I mean, I went
13  through that comprehensively and, you know -- and
14  the last paragraph says -- the last paragraph in
15  that section says that, "It must be emphasized
16  that Ms. Murdock's lifetime Glyphosate exposure
17  exceeded the cumulative exposure medians and even
18  the ranges reported by the AHS in its updated
19  publication and greatly exceeded the frequency,
20  duration, and cumulative Glyphosate exposure
21  thresholds for an increased risk of developing
22  non-Hodgkin's lymphoma in the individual case
23  reports cited above and the pooled case control
24  study of the North American pool project."
25         So, you know, I mean, I have dealt with

Page 102

1  that in as much detail as the literature permits
2  chapter and verse.
3      Q      Is it your understanding that some of
4  Ms. Murdock's Roundup exposure came from her spot
5  spraying Roundup from an ATV either on the ATV or
6  standing alongside of it?
7      A      Yeah.  Spot spraying and area spraying
8  as well as her exposure on the boom sprayers.
9  But, yes, all of those different mechanisms of
10  exposure appeared applicable in her case.
11      Q      Okay.  And when you say the boom
12  sprayers, does that mean when she was riding in a
13  tractor with her father?
14      A      Correct.  I don't know what is the
15  correct terminology for that vehicle, because as
16  I've seen, that's been consistently referred to
17  as boom sprayers.  I know she was not out on the
18  booms, but she was inside the vehicle and had
19  exposure to the exterior as well as I detailed in
20  my report.
21      Q      Is it your understanding that when
22  Ms. Murdock was spraying the Roundup herself as
23  opposed to just ride with her grandfather or her
24  father, that she was doing so from either riding
25  on the ATV or standing alongside of it?

Page 103

1      A      Correct.
2      Q      And is it also your understanding that
3  that spraying that she did of Roundup was
4  nonagricultural spraying?
5      A      No.
6      Q      In other words, she wasn't spraying
7  crops?
8      A      No.  I think that -- I do not recall
9  seeing a distinction drawn between residential
10  and agricultural spraying for that.  I thought
11  that the -- and what I put in the paragraph that
12  begins "As noted above," it said area and spot
13  spraying the farm and residential properties.
14  And, you know, two sentences later, it does
15  confirm that Ms. Murdock stood alongside the
16  stationary utility vehicle or rode on it as it
17  moved through the fields along the road or edges
18  of the fields or around buildings or grain bins.
19  That seems to indicate agricultural application
20  as well, perhaps, as residential.  And it
21  confirms that she was either standing outside
22  spraying or that she was inside spraying.
23      Q      You indicated earlier that you received
24  Dr. Sawyer's updated report just, I think, last
25  week sometime.  Is that right?

Page 104

1      A      No.  It was this week, Mr. Koopmann.
2      Q      Okay.  You received it this week and
3  the report was from last week?
4      A      I don't remember the date of the
5  report.  And, again, I had no hard copy of it.
6  But as memory serves, it was dated February 21 or
7  February 23 of this year.
8      Q      Did you read it?
9      A      I paged through it.  I -- you know, it
10  was 309 pages.  I could not read it in detail.
11  If you want to ask me about it, I'll do my best
12  to answer, but there are some things that I
13  probably just do not know.  Did not pick up on.
14      Q      Are you relying on Dr. Sawyer's
15  opinions in any respect in this case?
16      A      Well, you know, I relied on his
17  exposure opinions as one of the sources of
18  exposure information that went into my report
19  when I completed it way back last summer.
20  Obviously, I am not proposing to modify the
21  exposure opinions based on the new report.  And
22  in terms of other reliance, I mean, sure.  The
23  toxicology aspects of this case, I would rely on
24  Dr. Sawyer's written and deposition testimony
25  rather than me presenting myself as an expert on

Page 105

1  that.
2      Q      Are you relying on Dr. Sawyer's
3  calculation of Ms. Murdock's systemic dose in
4  this case?
5      A      I am aware of that calculation and, you
6  know, I'm happy to discuss that with you.  But
7  that is not how the exposure thresholds
8  associated with an increased risk of developing
9  non-Hodgkin's lymphoma are -- are addressed in
10  the published literature.  You know, those things
11  look at, again, cumulative exposure, duration of
12  exposure, frequency of exposure, and so forth.
13  You know, so those were the parameters that would
14  have been of greatest interest to me.
15      Q      You note on Page 81 of your report in
16  this paragraph that starts, "As noted above," in
17  the second to the last sentence you say,
18  "Additionally, photographic documentation is
19  available that shows Ms. Murdock's bare hands in
20  direct contact with a tire guard on one of the
21  tractors."  Do you see that?
22      A      Yes.  I looked at the pictures of
23  Dr. Sawyer's report.  Sure.  I had no access to
24  independent photographs.  Although, in your list
25  of possible reliance materials at the beginning

Page 106

1 of this deposition, which we did not go
2 completely through, there was the representation
3 that I had separately been sent photographs.
4 That wasn't the case.
5 Q    Well, let's look at that then.  So,
6 Dr. Schiff, I'm sharing on the screen a document
7 that we received today from Mr. Prather's office
8 titled Kenzie Murdock Photos.  Can you see the
9 photos on your screen?
10 A    Well, they're all at 90 degrees.  But,
11 yes, I can see them.
12 Q    All right.  Let's do that.
13 A    There is a lot more photos than I had
14 ever seen of her and those were certainly never
15 provided to me separately.  The subset of those
16 may have been in Dr. Sawyer's reports.  Those are
17 the only ones that I have seen.  The only ones
18 that I have been sent.
19 Q    Okay.  I believe this first photo of,
20 it appears to be Kenzie, possibly her younger
21 brother, and an older gentleman on a white Ford
22 tractor, is that the photo that you're
23 referencing on Page 81 when you say that --
24 A    I believe so.
25 Q    -- documentation is available that

Page 107

1 shows Ms. Murdock's bare hands in direct contact
2 with the tire guard?
3 A    I believe so.  And I believe that the
4 gentleman in that picture is her grandfather.
5 Q    Okay.  And of what significance is it
6 that Ms. Murdock's bare hands were in direct
7 contact with this tire guard?
8 A    Transdermal exposure to Glyphosate
9 residue.
10 Q    Okay.  Do you have an understanding
11 that this tractor that's pictured in this photo
12 was used to spray Glyphosate at the farm?
13 A    That is an assumption on my part, but
14 we know that other ATVs and tractors were used
15 for that purpose.  Whether it was that specific
16 one or not, I don't know.  But, you know, then
17 the question comes how many did they own at that
18 time.  How many did they own over the years.  I
19 have no idea.
20       It just shows that she was in a tractor
21 that would have been exposed to property that was
22 Roundup sprayed.  And that she was in contact
23 with the tire guard and, presumably, was at risk
24 for transdermal exposure to Glyphosate residue
25 through that route.

Page 108

1 Q    All right.  Let's go through some of
2 the other file materials that we've marked as
3 Exhibit 7 just to see if you've seen these ever.
4 Kyle Murdock Purchases.  Does this document look
5 familiar?
6 A    I am sure that it overlaps with the
7 compiled document entitled Murdock Chemicals,
8 which I refer to in my report as Murdock
9 Chemicals document.  Again, what I have is a
10 complication.  It is not that.  I do not have
11 that.  I have not seen that.
12 Q    The Murdock Chemicals document that you
13 noted earlier that you would provide, we'll mark
14 that as Deposition Exhibit 11.
15 A    And I'm happy to explain my markings on
16 it so that it doesn't come up later.
17       (DEPOSITION EXHIBIT NUMBER 11
18        WAS MARKED FOR IDENTIFICATION.)
19 Q    Okay.  Go ahead.  What are they?
20 A    All right.  Basically what I had to do
21 is I would have to figure out of all of these
22 innumerable products, what their ingredients
23 were.  So in a case where I didn't know what they
24 were, for example, if they weren't an herbicide,
25 it was an insecticide, I wrote that down.  I

Page 109

1 wrote what the ingredients that were evaluated
2 toxicologically were in there.  And where there
3 was a classification according to either IARC or
4 EPA, I recorded in writing because obviously
5 I couldn't, you know, memorize all of that.  But
6 100 percent of the relevant information from that
7 is incorporated in my Differential Etiology
8 report.  You will not find any surprises on here.
9 The main stuff you want to ask about like some of
10 my notations, but there is nothing on here that
11 anybody would regard as a smoking gun or that
12 anybody would highlight as a contradiction to
13 what made it into my Differential Etiology
14 section.  That wouldn't be in my interest.  I
15 wanted to get it accurate.
16 Q    Where did you obtain the information on
17 the ingredients on the -- in the products on that
18 Murdock Chemicals list that we're marking as
19 Exhibit 11?
20 A    Yeah.  That was a series of extensive,
21 painstaking internet searches where I printed
22 only a relatively small amount of what I had
23 found.  Most of it I just looked at it online and
24 moved on.  There were a few things that I
25 printed, which came under the heading.  And I'm

Ron D. Schiff, M.D., Ph.D.

1  pulling those out right now.  I have -- I'm
2  holding here what they now call SDSs.  No longer
3  MSDS.  Safety data sheets for things that I
4  thought were relevant.  And, you know, it's not
5  comprehensive.  But, you know, for a number of
6  products, I wanted them either for identification
7  of ingredients or for the carcinogenicity
8  classification.  I wanted to be able to hold onto
9  them.  So I have those, too.  If you ask me how
10  much that is, I would say, I don't know, 40, 50
11  pages.
12  MR. KOOPMANN:
13      All right.  We'll mark as Exhibit 12
14  the safety data sheets that Dr. Schiff is
15  referencing.
16      (DEPOSITION EXHIBIT NUMBER 12
17      WAS MARKED FOR IDENTIFICATION.)
18  Q      All right.  Dr. Schiff, back to what
19  I'm sharing on the screen here.  This document
20  that we were sent today as part of your file
21  materials titled Kyle Murdock Purchases.  Just
22  yes or no, do you have a recollection as you sit
23  here right now of reviewing this document in
24  forming your opinions?
25  A      No.  I've never seen that document

1  before today.  The document that I was sent is
2  entitled Murdock Chemicals and is a compilation.
3  Q      How about this Murdock affidavit --
4  well, it's an affidavit.  The file is entitled
5  Murdock Affidavit of Acreage.  Do you recall
6  seeing this document before?
7  A      I can't -- it's very short obviously.
8  I can't say that I have.  But I do not recall it.
9  Q      Okay.  I'm now sharing a document
10  titled Murdock Farms Purchases.  As you sit here
11  right now, do you have a recollection of
12  reviewing this document in forming your opinions?
13  A      No.  I have not seen it.  But, you
14  know, some of the information that's on there
15  likely is also present on the Murdock Chemicals
16  document, which I was sent.  But, you know, I
17  didn't have any information about quantities,
18  dates, or purchase prices.  It was only the names
19  and some other identifying information.
20  Q      All right.  Now I'm sharing on the
21  screen a photo titled Murdock Map 1.  Can you see
22  that?
23  A      I can.
24  Q      And is this a document that you
25  reviewed in forming your opinions in this case?

1  A      If it was in Dr. Sawyer's preliminary
2  or revised report, I would have seen it.  I can
3  tell you that I was not sent any photographic
4  documents separately.
5  Q      Is the same true for this file that I'm
6  sharing now entitled Murdock Map 2 that you were
7  never sent this?
8  A      Not separately.  Again, if it was in
9  Dr. Sawyer's report, then presumably I saw it.
10  But, you know, if it was in there, that's fine.
11  I seem to remember seeing something that showed
12  the Murdock's original residence plus the one
13  that they moved to when Ms. Murdock was a little
14  bit older.  And both were marked on that.  But
15  did I receive any of those presumably drone
16  photographs separately?  The answer is no.
17  Q      This is a document entitled Murdock
18  Musser purchases.  As you sit here today, do you
19  have a recollection of reviewing this document at
20  any point?
21  A      No.  I have not seen that before just
22  now.  And I also don't know who Nathan Musser is.
23  Q      The Plaintiff Fact Sheet was included
24  in your file materials that we were sent this
25  morning.  Did you review this document?

1  A      The answer is yes, but I want to pull
2  it to make sure that we're talking about the same
3  version.
4  Q      The one I'm sharing on the screen is
5  10-pages long, there is a date at the end of May
6  19th, 2020, and it's unsigned.
7  A      So far I have found the complaint but
8  not the Plaintiff Fact Sheet.  My report says
9  that I read it and relied on it.  That doesn't
10  mean that -- oh, I have it right now.  10 pages,
11  dated May 19th, 2020, no signature.
12  Q      Okay.  Another document in your file
13  materials that we were sent this morning is a
14  document entitled Security Seed Product List.
15  It's 45 pages.
16  A      I have never seen that until just now.
17  Q      Okay.
18  A      At the next break, I'm going to recheck
19  my medical records and make sure that there is
20  some things that I -- make sure that there is not
21  some things that I decided were irrelevant and
22  didn't review.  In other words, non curated
23  records that were sent.  If I find anything
24  having to do with these invoices or receipts or,
25  you know, other documentation of agricultural

Page 114

1  chemical purchases, I will let you know.
2  Q      Okay.
3  A      I don't remember how much of what I was
4  sent was relevant for compiling my report and how
5  much wasn't.  But I will check that and I will
6  respond to you at the beginning of our next
7  session if I find anything whatsoever.
8  Q      You mentioned non curated medical
9  records.  What do you mean by that?
10  A      Well, you know, a lot of times -- and I
11  don't even remember.  I got my medical records on
12  Ms. Murdock's case back in late spring of 2021,
13  which is getting close to two years ago.
14  Different attorneys that I worked with will
15  occasionally just send me everything they have in
16  no particular order.  Others will sort it out by
17  date or by source.  I can't remember how
18  Ms. Murdock's records arrived to me.  But if it
19  included medical records or things like billing
20  records or other extraneous materials, I would
21  have weeded those out, pun intended, before I
22  would start my review in preparation of my
23  report.  I didn't discard them.  I still have
24  them.  But I would not have relied on them.
25  Q      All right.  Why don't we take that

Page 115

1  five-minute break.
2  A      I'll check that right now.
3  THE VIDEOGRAPHER:
4         The time is 12:27.  We are off the
5  record.
6         (OFF THE RECORD AT 12:27 p.m.)
7         (ON THE RECORD AT 12:34 p.m.)
8  THE VIDEOGRAPHER:
9         The time is 12:34.  We're back on the
10  record.
11  MR. KOOPMANN:
12  Q      Dr. Schiff, you have a discussion of
13  Epstein-Barr virus on Pages 87 and 88 of your
14  report and cite a few articles there.  References
15  3, 27, 28, 29, and 30.  Did you specifically
16  review any other articles related to Epstein-Barr
17  virus for purposes of forming your opinions in
18  this case?
19  A      Okay.  So I have a couple of things to
20  say.  First, I did this search for agricultural
21  chemicals and business records in the big stack
22  of medical records that I showed you before the
23  break.  I found plenty of duplicated medical
24  records, which are ones that, you know, I was not
25  concerned with when I prepared my report.  But I

Page 116

1  found no evidence of anything having to do with
2  agricultural chemical purchases of the kind that
3  you showed me on your list.  There was nothing
4  like that.  The only document that I ever got
5  with that is the so-called Murdock Chemicals
6  document.
7         Now, with regard to the Epstein-Barr
8  virus discussion, it's admittedly lengthy because
9  Epstein-Barr virus has been associated with the
10  development of certain types of non-Hodgkin's
11  lymphoma as well as other disease.  No, basically
12  I already knew all that stuff, Mr. Koopmann.  I
13  needed to come up with some references that I
14  could put in my report to substantiate what I was
15  saying about it.
16         You know, this has nothing to do with
17  her.  It has nothing to do in particular with the
18  T-lymphoblastic lymphoma.  In the --
19  Q      Let me stop you there and break that
20  down a little bit.  So is it fair for me to
21  understand that if I look at the references at
22  the end of your report, the articles that are
23  listed there that deal with Epstein-Barr virus
24  are not all of the articles you've ever read
25  about Epstein-Barr virus and cancer, but they're

Page 117

1  the articles that you relied on for purposes of
2  this case to support the things you say in your
3  report regarding Epstein-Barr virus and its lack
4  of relation to her cancer?
5  MR. PRATHER:
6         Object to form.  Misstates his
7  testimony.
8  A      Yeah.  I mean, I -- you know, I just
9  wanted to have support from accessible sources
10  about the points I was making.  And, you know,
11  basically it comes down to the current addition
12  of the Cecil Textbook of Medicine.  Nothing, you
13  know, particularly esoteric or obscure about
14  that.  You know, I looked up the relevant
15  chapters in Cecil.
16         I do want to call your attention to the
17  second to the last sentence, which is the only
18  mention of anything having to do with a T-cell
19  lymphoproliferative malignancy.  We talk about
20  extralymphatic, extranotal -- I'm sorry --
21  extranodal NK/T-cell lymphoma.  That's not what
22  Ms. Murdock had.  That's a complete different
23  entity.  Everything else in there is B-cell.
24  Q      So what is the basis for your opinion
25  that her Epstein-Barr virus infection or

Ron D. Schiff, M.D., Ph.D.

Page 118

1 infections are unrelated to her subsequent cancer
2 development?
3 A    Well, there are -- you know, there are
4 several points to that. The first, Epstein-Barr
5 virus infection is very common. I laid that out
6 toward the beginning of the paragraph. And then
7 I went through the relevant disease associations
8 with it including mono, which she had. But even
9 having infectious mononucleosis is not a risk
10 factor for the development of T-lymphoblastic
11 lymphoma or T-cell acute lymphoblastic leukemia.
12     But, you know, because there have been
13 associations with a number of malignancies, most
14 especially lymphoproliferative malignancies, I
15 enumerated all of those just for clarity. None
16 of them has anything to do with her case, though.
17 Q    So is it fair for me to understand that
18 you ruled out Epstein-Barr virus as having
19 anything to do with her cancer because the
20 available literature does not show an association
21 between Epstein-Barr virus infection and
22 T-lymphoblastic lymphoma?
23 A    Yeah. It shows associations with a lot
24 of other lymphoproliferative malignancies
25 including rare ones like X-linked

Page 119

1 lymphoproliferative syndrome. But, you know --
2 or the diffuse large B-cell lymphomas in elderly
3 people. But nothing about the high grade T-cell
4 lymphomas like she had.
5 Q    So although Epstein-Barr virus
6 infection is associated with certain types of
7 NHL, because the literature does not note an
8 association between Epstein-Barr virus infection
9 and T-lymphoblastic lymphoma specifically, you're
10 ruling out EBV infection as a cause or
11 contributing cause of her cancer?
12 A    Yes. There is a couple of more reasons
13 that I want to bring to light of that.
14 Epstein-Barr virus infection has never been
15 alleged to be a cause of non-Hodgkin's lymphoma
16 overall. These are very specific well-defined
17 entities. On top of that, where does
18 Epstein-Barr virus proliferate in the cells in
19 the immune system? It proliferates in the B
20 lymphocytes. Not in the T lymphocytes. So you
21 would expect that virus induced transformation
22 would occur preferentially in the B lymphocytes
23 and would leave the T cells alone.
24     I mean, that's part of how EBV works.
25 That's how it does and how it replicates and that

Page 120

1 explains its disease associations with the B-cell
2 proliferative malignancies.
3 Q    Did you evaluate whether any of
4 Ms. Murdock's cancer cells show the presence of
5 Epstein-Barr virus?
6 A    I don't think that testing was done. I
7 would have to go back and look at my Diagnosis
8 section on that. But I do not believe that there
9 would have been a study done for that. There --
10 you know, there really would have been no reason
11 to because it was not necessary to establish the
12 diagnosis nor was it a consideration in selecting
13 her course of treatment.
14 Q    One of the implicated occupational and
15 environmental exposures you discussed in your
16 report is smoking; right?
17 A    That's correct.
18 Q    And you noted that Kenzie Murdock was
19 not a smoker?
20 A    Also correct.
21 Q    Is secondhand smoke exposure an
22 implicated occupational and environmental
23 exposure?
24 A    Well, it -- you know, it would be an
25 environmental exposure. You know, we don't often

Page 121

1 think about smoking with regard to the
2 development of non-Hodgkin's lymphoma. But I do
3 address that in my Etiology Risk Factors section,
4 which is Section 7. So looking at that, the --
5 the biggest association with smoking, as I
6 recall, actually has to do with women with
7 follicular lymphoma.
8     But, again, there is not enough cases
9 with T-lymphoblastic lymphoma that that may have
10 been identified. In terms of secondhand smoke, I
11 don't recall seeing a whole lot of epidemiology
12 research about that in non-Hodgkin's lymphoma
13 overall. I've certainly never seen some in this
14 particular subtype.
15     But, you know, even so, the InterLymph
16 Project did look at smoking. And they evaluated
17 that very carefully in their 2014 Journal of the
18 National Cancer Institute Monograph. So, you
19 know, which by the way, does not include a
20 section on T-lymphoblastic lymphoma. It has a
21 section on cutaneous T-cell lymphomas, which are
22 lower grade, as I discussed earlier. But nothing
23 about the disease entity that Ms. Murdock had.
24 Q    Are you aware of any secondhand smoke
25 exposure that Kenzie had?

Ron D. Schiff, M.D., Ph.D.

1    A    I didn't look into it. I don't know if
2  she had a family member who smoked or a more
3  distant relative or a friend. I have no idea.
4  But if you look at what it is about smoking that
5  is associated with the elements of non-Hodgkin's
6  lymphoma, most of the interest focuses on the
7  benzene component of tobacco smoke. Ms. Murdock
8  certainly didn't have any other benzene exposure
9  that is known in terms of occupational or
10  environmentals. She didn't live in the city
11  center. I don't know to what extent she was
12  responsible for, you know, pumping the gas for
13  the farm equipment. Those are routes of
14  exposures that, you know, can bleed over into
15  being excessive or extraordinary. I don't know
16  about any of that with her. But, you know, other
17  more conventional causes of benzene exposure do
18  not appear to apply in her case.
19    Q    Does -- well, when you saw patients in
20  clinical practice as an oncologist, did you ask
21  people about regular exposure to secondhand
22  smoke?
23    A    Yes. Sometimes I did. I routinely
24  asked about personal smoking history. But the
25  discussion generally included whether people who

1  lived with my patient smoked and my patient would
2  have been exposed then.
3    Q    Why did you ask about that for your
4  patients?
5    A    Primarily -- excuse me. Primarily from
6  the perspective of other malignancies which have
7  a stronger epidemiologic association with
8  smoking. Like, for example, lung cancer and head
9  and neck cancer. There is a whole long list of
10  malignancies that are associated with smoking or
11  with tobacco smoke exposure. Lymphoma is on the
12  list for sure but only under specific
13  circumstances. And it's not a super strong
14  association.
15    Q    Did you ask Kyle Murdock if he was a
16  smoker?
17    A    No, I did not.
18    Q    Did you ask Kyle Murdock if his wife
19  was a smoker?
20    A    I did not.
21    Q    Does cigarette smoke contain benzene?
22    A    It does.
23    Q    Does it contain many other carcinogens
24  as well?
25    A    More than 70, yes.

1    Q    And if somebody breathes in secondhand
2  smoke, are they breathing in benzene and those
3  other carcinogens?
4    A    In small quantities depending on the
5  degree of exposure. But even if that were the
6  case, that does not take away Ms. Murdock's years
7  of extensive exposure to Glyphosate and Roundup
8  for residential and agricultural applications.
9    Q    Would you agree that you cannot rule
10  out Ms. Murdock's exposure to secondhand smoke as
11  a contributing factor to her lymphoma?
12    A    Can't rule it out. But it certainly
13  doesn't negate the contributory role of her
14  Glyphosate and Roundup exposure, which is very
15  extensive.
16    Q    You note on Page 88 of your report that
17  the InterLymph analysis risk factors for the
18  development of NHL and its subtypes found that a
19  BMI of at least 25, rather than a usual BMI, was
20  a statistically significant risk factor for the
21  development of DLBCL and NHL overall; right?
22    A    That's correct. But most of the other
23  literature having to do with obesity is a risk
24  factor for cancer in general and non-Hodgkin's
25  lymphoma in particular uses the standard cut

1  points instead of 25. I -- you know, I did make
2  that clear in my report. But even if we look at
3  25, Ms. Murdock was borderline in that range.
4    If I had a BMI of 25 and my primary
5  physician told me that as a result of that I was
6  obese, I would complain like nobody's business
7  about that. So it's a question of, you know,
8  where you draw the cutoff. If the epidemiologic
9  data exists here, that's fine. The data are what
10  they are. And we're not saying anything to
11  contradict that. But, you know, if we look at
12  where it comes --
13    Q    Sir, you've answered my question. Let
14  me just start with another one here.
15    You note that Kenzie Murdock's BMI was
16  consistently between 26.8 and 28.6 kilograms per
17  meter squared throughout the period immediately
18  prior to the diagnosis of her lymphoma. Is that
19  right?
20    A    Those are the data points I have.
21  That's correct.
22    Q    And those BMIs put her in the
23  overweight category; right?
24    A    Not in my book, no.
25    Q    How about in the federal government's

Page 126

1  book?
2  A       Well, you know, here we have the 25
3  cutoff which, you know, I dealt with explicitly
4  here, especially with regard to diffuse large
5  B-cell and follicular, especially in women.
6  Using the terminology that correlates with that,
7  Mr. Koopmann, I personally regard that as a value
8  judgment.  So if you want to say that 25 is
9  overweight, 30 is obese, and 35 is morbidly
10  obese, that's fine.  You can compartmentalize
11  those however you want.  I tend not to think of
12  it that way.  But in any event -- in other words,
13  I tend to focus on the data as it relates to
14  specific BMI thresholds.  So, you know, the use
15  of the descriptive terms I tend to stay away
16  from.  And quite frankly, so does IARC with the
17  use of that unique innovative term "excess body
18  fatness."  I mean, I don't know of anybody else
19  using that.  But they also try to stay away from
20  the value judgment in favor of more neutral
21  terminology.  And I don't blame them for that.
22  Q       So you note later on Page 88 of your
23  report that no association between obesity or any
24  range of elevated BMI and T-cell lymphoblastic
25  lymphoma or T-cell acute lymphoblastic leukemia

Page 127

1  has ever been reported; right?
2  A       That's correct.  And I provided two
3  citations --
4  Q       Let me ask a new question.  I just
5  wanted to know if that's correct.
6       As a result, it's your opinion that
7  Kenzie Murdock's weight was not a risk factor for
8  her development of her cancer.  Is that right?
9  A       I agree with that.  Not based on the
10  available data.  That's correct.
11  Q       So when it comes to assessing non
12  Glyphosate risk factors for the development of
13  Kenzie Murdock's cancer, you note the fact that
14  no studies report an association between that
15  risk factor and her particular type of cancer;
16  right?
17  A       Yes.  Especially risk factor in terms
18  of her range of body mass index measurements.
19  So, again, I'm aware of --
20  Q       You've answered --
21  A       There is not a whole lot of subtype
22  specific data.  I get that.  But I have to take
23  the data that exists and apply it to her
24  circumstances.  No?
25  Q       But when it comes to opining that her

Page 128

1  Roundup or Glyphosate exposure caused or
2  contributed to cause her particular type of
3  cancer, you're not bothered by lack of studies
4  noting an association between her particular type
5  of cancer and Roundup or Glyphosate exposure, are
6  you?
7  A       I'm not bothered with that because her
8  Glyphosate exposure, her Roundup exposure is well
9  documented.  And even if you did apply the more
10  extreme value judgment terms to her BMI, that
11  would not take away from her extensive herbicide
12  exposure.  So the answer to that is, no, I don't
13  think her weight or BMI is connected.  But even
14  if it was connected, even if you were to massage
15  the terms that you're using to correspond to the
16  BMI categories for most favorable interpretation,
17  it still doesn't take away from her exposure to
18  Glyphosate and Roundup.
19  Q       The InterLymph analysis that you cited
20  in your report indicates that a BMI of at least
21  25 was a statistically significant risk factor
22  for the development of non-Hodgkin's lymphoma;
23  right?
24  A       That's correct.
25  Q       Okay.  Did you see in Dr. Sawyer's

Page 129

1  report in this case where he discussed the
2  Larsson and Wolk study from 2011?
3  A       I did not notice that.  I have no
4  recollection of that.  Perhaps it's in there.
5  But I just don't recall that.  It's possible that
6  I have that study here.  And --
7  Q       Did -- let me ask a new question.  Did
8  you assess Ms. Murdock's exposure to wood dust?
9  A       No.
10  Q       Did you ask Mr. Murdock about Kenzie's
11  exposure to sawdust?
12  A       No.
13  Q       Is wood dust or sawdust carcinogenic?
14  A       In some circumstances, but I haven't
15  heard of an association with lymphoma.  Any type.
16  Q       Wood dust is classified by IARC as
17  Group 1 carcinogenic to humans; right?
18  A       I don't know the answer to that, but I
19  would like to check my Murdock Chemical --
20  Murdock Chemicals document to see if I considered
21  it in that context.  The answer is I did not.  It
22  was not on that list.  I would not have
23  considered it.  But that is not a known lymphoma
24  carcinogen whether you call it wood dust or
25  sawdust.

Ron D. Schiff, M.D., Ph.D.

Page 130

1  Q       Okay.  And you never read Mandi
2  Murdock's deposition.  So you don't know what she
3  had to say about Kenzie's exposure to wood dust.
4  Is that correct?
5  A       That is correct.
6  Q       Would you agree that you cannot rule
7  out Ms. Murdock's exposure to wood dust as a
8  contributing factor to her lymphoma?
9  A       I can say that I am not aware that she
10 had any significant exposure to wood dust.  And I
11 can say further that wood dust is not a
12 recognized risk factor for lymphoma.
13 Q       You're not aware of any significant
14 exposure to wood dust that Kenzie had because you
15 never asked about it and it wasn't included on
16 the list that you were provided by plaintiff's
17 counsel; right?
18 A       Or in the toxicology report.  That's
19 correct.  I don't remember seeing anything about
20 wood dust there.
21 Q       When you say the toxicology report, you
22 mean the toxicology report from Dr. Sawyer that
23 you had back in -- on or before June 30th, 2022?
24 A       The preliminary and the final.  I only
25 paged through the final, but there was nothing

Page 131

1  about wood dust or sawdust that stuck out.  If
2  it's in there and you want to direct me to it,
3  I'd be happy to look at it.
4  Q       Did you assess Ms. Murdock's exposure
5  to wood smoke?
6  A       No.
7  Q       Is wood smoke carcinogenic?
8  A       It might be, but not -- it's not a
9  known cause of lymphoma.
10 Q       Well, you said it might be.  Do you
11 know if it is or not?
12 A       Carcinogenic?
13 Q       Yes.
14 A       If so, I would imagine it would have
15 something to do with the respiratory passages
16 because smoke is inhaled.  In terms of lymphoma
17 in the immune system, I cannot really come up
18 with a mechanism for that.  So I've never really
19 studied that particular point.
20 Q       Do you think Glyphosate or Roundup is
21 carcinogenic when it's inhaled?
22 A       It can be.  There is also the
23 transdermal route and there is also ingestion.
24 Q       So do you know as you sit here today
25 whether wood smoke is carcinogenic?

Page 132

1  A       I suspect that it is but not for
2  lymphoma.
3  Q       Do you agree that wood smoke has been
4  found to contain benzene?
5  A       I don't know about that.
6  Q       Are you aware of any significant wood
7  smoke exposures that Kenzie Murdock had?
8  A       It has not come up in any of the
9  materials that I read.  It would not take away
10 from her exposure to Glyphosate and Roundup,
11 which was excessive.
12 Q       So it is true then that you are not
13 aware of any significant wood smoke exposures
14 that Ms. Murdock had?
15 A       That's correct.  I don't know if there
16 was a fire in the fireplace every night or if
17 they barbecued outside or not.  I have no idea.
18 I do know she had excessive exposure to
19 Glyphosate and Roundup.
20 Q       Did you ask Mr. Murdock about Kenzie's
21 exposure to wood smoke?
22 A       I would have had no reason to.
23 Q       So that's a no?
24 A       That's a no because I had no reason to
25 ask him that.

Page 133

1  Q       Did you ask Mr. Murdock how often fire
2  curing of their tobacco occurs?
3  A       Also no.
4  Q       Did you assess what's involved in fire
5  curing of tobacco at the Murdock farms?
6  A       I did not.
7  Q       Did you assess how much wood smoke is
8  produced during the process of fire curing of
9  tobacco at the Murdock farms?
10 A       I did not.
11 Q       Would you agree that you cannot rule
12 out Ms. Murdock's exposure to wood smoke as a
13 contributing factor to her lymphoma?
14 A       I would be speculating about that.  But
15 I do know about her Glyphosate and Roundup
16 exposure.  And we do know about its association
17 with the development of non-Hodgkin's lymphoma.
18 I don't know about the association of wood smoke
19 with non-Hodgkin's lymphoma.  I have never read
20 about the existence of such an association.
21 Q       So I asked you whether you would agree
22 that you cannot rule out Ms. Murdock's exposure
23 to wood smoke as a contributing factor to her
24 lymphoma, and you said you'd be speculating about
25 that.  What do you mean by that?

Ron D. Schiff, M.D., Ph.D.

Page 134

1  A        That's correct.  Yes.  I doubt very
2  much that would have been a contributing factor.
3  But even if it was, it does not mitigate the
4  lymphomagenic consequences of her Glyphosate and
5  Roundup exposure.
6  Q        So is it true then that you cannot rule
7  out her exposure to wood smoke as a contributing
8  factor to her lymphoma?
9  A        Again, I would have to speculate about
10 that because I don't know what exposure she may
11 have had or how extensive it was.  But I'm also
12 not aware of an etiologic link between wood smoke
13 and lymphoma.  If you have evidence to the
14 contrary, I'm happy to look at the study.
15 Q        Well, if you don't know whether she was
16 exposed to wood smoke, how can you rule that out
17 as a factor in her lymphoma?
18 A        Because I don't think that wood smoke
19 is a lymphomagenic.
20 Q        Did you attempt to quantify
21 Ms. Murdock's exposure to diesel engine exhaust
22 or gasoline engine exhaust?
23 A        Nope.
24 Q        Every time that Ms. Murdock sprayed
25 Roundup from an ATV, is it fair to assume that

Page 135

1  she was exposed to gasoline engine exhaust?
2  A        Perhaps to some extent, yes.  That's
3  fair to assume.
4  Q        If she had any exposures while riding
5  in a tractor, she would have also had some diesel
6  exhaust exposure?
7  A        That's correct.
8  Q        Is diesel exhaust carcinogenic?
9  A        To the extent that it has benzene in it
10 and perhaps other carcinogens, benzene being the
11 main one, the answer is yes.  But, once again,
12 that would not mitigate her extensive Glyphosate
13 and Roundup exposure.
14 Q        Does diesel exhaust contain benzene?
15 A        I believe it does, yes.
16 Q        Do you agree that growing up on a farm
17 and spending significant amounts of time outside,
18 Ms. Murdock had diesel engine exhaust exposure?
19 A        I have not assessed that in particular
20 with her.  I don't know to what extent she may
21 have had such exposure.  But what I do know
22 chapter and verse is about her Roundup and
23 Glyphosate exposure.
24 Q        Do you agree that gasoline exhaust
25 contains several carcinogens?

Page 136

1  A        I do.
2  Q        Benzene being one of them?
3  A        Yes.
4  Q        Do you agree that when Ms. Murdock was
5  riding her ATV -- strike that.
6           Do you agree that gasoline engine
7  exhaust presents exposures to benzo[a]pyrene and
8  other polyaromatic hydrocarbons?
9  A        That's correct.  I would also point out
10 that the benzene content of gasoline has been
11 reduced over the years due to the efforts of the
12 regulatory agencies.  But, yes, all of the ones
13 that you've mentioned are, indeed, in there.
14 Q        Do you know whether Kenzie Murdock
15 pumped gas into the ATV that she rode on the
16 farm?
17 A        I think I mentioned earlier, I do not
18 know about that.  Gas or diesel fuel.
19 Q        Do you agree that diesel exhaust
20 includes benzene and polyaromatic hydrocarbons?
21 A        I think it does, yes.
22 Q        Do you agree that IARC has classified
23 diesel emissions as a Group 1 carcinogenic to
24 humans?
25 A        Yes.

Page 137

1  Q        Would you agree that you cannot rule
2  out Ms. Murdock's exposure to gasoline exhaust as
3  a contributing factor to her lymphoma?
4  A        I can't.  But that does not mitigate
5  the effects of her Glyphosate and Roundup
6  exposure.
7  Q        Would you agree you cannot rule out
8  Ms. Murdock's exposure to diesel exhaust as a
9  contributing factor to her lymphoma?
10 A        The exact same answer.  I don't know to
11 what extent she was exposed, but I also can tell
12 you that it does not take away from her exposure
13 to Glyphosate-based herbicides.
14 Q        Did you attempt to quantify
15 Ms. Murdock's exposure to benzene?
16 A        I would have no interest in doing that.
17 Q        Why not?
18 A        Because the issue in the current
19 litigation is about Glyphosate or Roundup, which
20 we did quantitate using exposure assessment
21 methodology.  And that is the link that we're
22 looking at.  Finding of other possible causes or
23 contributing factors will never take away from
24 etiological role attributable to Glyphosate or
25 Roundup.

Ron D. Schiff, M.D., Ph.D.

1  Q    Are you aware of any data indicating
2  that benzene exposure is associated with
3  non-Hodgkin's lymphoma?
4  A    According to IARC, there is an
5  association with it that's reported in their
6  reviews of benzene.  The most recent one of which
7  was either -- I can't remember.  2018 or 2019.
8  The difference is that in 2010, IARC said
9  benzene causes acute myeloid leukemia and myeloid
10  dysplastic syndromes.  In the more recent
11  monograph, it speaks of an association with
12  non-Hodgkin's lymphoma.  That's not the basis for
13  the Group 1 classification.  But, yes, indeed
14  IARC does acknowledge that and has for a number
15  of years.
16  Q    So even though IARC has acknowledged
17  that benzene exposure is associated with
18  non-Hodgkin's lymphoma, you didn't have any
19  interest in attempting to quantify Ms. Murdock's
20  exposure to benzene?
21  A    Absolutely not.  Because the issue of
22  interest is about her Glyphosate or Roundup
23  exposure, which is also a known etiologic agent
24  in the causation of non-Hodgkin's lymphoma.  And
25  that's what today's deposition is about.

1  Q    Are you able to tell the jury what the
2  relative contributions of Ms. Murdock's
3  Glyphosate exposure and her diesel exhaust or
4  gasoline exhaust exposure was in causing her
5  lymphoma?
6  A    I will tell the jury that there is no
7  reliable method to estimate such proportionality,
8  but that it doesn't really matter anyhow because
9  of her exposure to Glyphosate and Roundup, which
10  is well-documented and detailed.  And which could
11  not be mitigated by anything else proven or
12  speculative in terms of other exposures or
13  anything else that one would come up with a
14  differential etiology.
15  MR. KOOPMANN:
16      Let's go off the record.
17  THE VIDEOGRAPHER:
18      The time is 1:03.  We're off the
19  record.
20      (OFF THE RECORD AT 1:03 p.m.)
21      (ON THE RECORD AT 1:09 p.m.)
22  THE VIDEOGRAPHER:
23      The time is 1:09.  We're back on the
24  record.
25

1  MR. KOOPMANN:
2  Q    Dr. Schiff, earlier you acknowledged
3  that the InterLymph analysis you cited in the
4  section discussing elevated BMI of at least 25,
5  that that analysis indicated that a BMI of at
6  least 25 was a statistically significant risk
7  factor for the development of NHL overall; right?
8  A    That is correct.
9  Q    And so I'm wondering given that that is
10  the case, how do you rule out Kenzie Murdock's
11  BMI of approximately 27 or 28 as a contributing
12  factor to her cancer?
13  A    Okay.  So I have two comments.  One is
14  related to something that we discussed previously
15  and then the other has to do with obesity.
16  First, during the last break when you were
17  checking your notes, I looked up in
18  Dr. Applebaum's chapter on the acute leukemias in
19  the Cecil Textbook where there is a statement
20  that a Notch1 mutation is seen in 35 percent of
21  cases of T-cell acute lymphoblastic leukemia.
22  It's not clear whether that's caused in part of
23  the disease process.  It's certainly not
24  pathognomonic.  It doesn't mean you have to have
25  that in order to diagnose that disorder.

1      Ms. Murdock did have it.  And it
2  appeared that the prognostic significance was of
3  interest.  The only other mutations that were
4  cited for T-cell acute lymphoblastic leukemia are
5  those that I mentioned earlier, which have to do
6  with the T-cell receptor gene rearrangements.
7      So nothing else was cited and there is
8  nothing in the non-Hodgkin's lymphoma chapter
9  either.
10      With regard to obesity, I cannot take
11  away from the InterLymph findings about that.
12  What I will say in response to that is that IARC
13  looked in approximately 2016 at evidence of
14  excess body fatness as a risk factor for the full
15  range of cancers.  And what they found in that
16  publication was limited to -- and that's my
17  Reference 32, by the way, in my report.  Was
18  limited to diffuse large B-cell.
19      So, you know -- so I would say that
20  even though we cannot take away from the
21  potential significance of the InterLymph finding
22  and conclusion, that, you know, there is not much
23  evidence there, IARC itself did not think too
24  much about that when they published it in the New
25  England Journal a couple of years later.

Ron D. Schiff, M.D., Ph.D.

1  Q      But given the InterLymph findings, is
2  it true that you cannot rule out, to a reasonable
3  degree of scientific and medical certainty, that
4  Kenzie Murdock's elevated BMI put her at
5  increased risk of developing non-Hodgkin's
6  lymphoma?
7  A      Well, you know, I would be doubtful
8  about it within the parameters of the available
9  data that, you know, if they wanted to look at
10 body mass index between age 18 and age 30 --
11 age 18 and age 30.  She died at age 18.  Earlier
12 body mass index assessments are not part of the
13 InterLymph database.  We don't know how long she
14 was in that range.  And even if she was in that
15 range for a while -- probably wasn't very long.
16 But even so, even if you want to include that as
17 another possible risk factor, it still doesn't
18 take away from her extensive exposure to
19 Glyphosate and Roundup.
20 Q      But can you rule out her elevated BMI
21 as a risk factor for her development of NHL?
22 A      I'm not particularly suspicious that it
23 was a risk factor in her case.  But on the
24 strength of the InterLymph study, you can't rule
25 it out.  But, again, it doesn't matter.

1  Q      I think you indicated earlier that
2  infectious mononucleosis is not associated with
3  non-Hodgkin's lymphoma.  Is that correct?
4  A      No.  That misrepresents what I said.  I
5  listed a number of types of non-Hodgkin's
6  lymphoma.  All rare except possibly for African
7  Burkitt lymphoma.  But the deal there is that
8  there is no association reported in
9  T-lymphoblastic or in T-cell acute lymphoblastic
10 leukemia.
11        And we also noted that EBV has been
12 implicated in the development of Hodgkin's
13 disease.  But that, of course, does not apply to
14 Ms. Murdock.
15 Q      I'm sharing on my screen an article
16 titled T-cell Lymphomas Containing Epstein-Barr
17 Viral DNA in Patients with Chronic Epstein-Barr
18 Virus Infections.  The lead author is James F.
19 Jones.  Do you see that on your screen, sir?
20 A      I do.
21 Q      Do you have a recollection of -- well,
22 strike that.
23        In the abstract at the end of the
24 abstract, it indicates, "We conclude that EBV may
25 infect T-cells and contribute to lymphomas in

1  selective patients with severe EBV infections."
2  Do you see that?
3  A      Sure.
4  Q      Do you have a recollection of reading
5  this article in the course of forming your
6  opinions in this case?
7  A      It's 35 years old.  And if there were
8  corroborating articles in the literature, I would
9  suspect that you would show them to me.
10        In addition to that, I don't know what
11 type of T-cell lymphomas these three individuals
12 had.  If you showed me that, I would be happy to
13 comment on that.  It said the helper T-cell
14 phenotype.  Ms. Murdock did not have a helper
15 T-cell lymphoma, which would be a mature T-cell
16 lymphoma.
17 Q      Okay.  So my question was a little
18 simpler than that.  It was just, do you have a
19 recollection of reviewing this paper in the
20 course of forming your opinions in this case?
21 A      I do want to take a moment to read the
22 descriptions of the diagnoses in these cases.
23 Can you go down a little bit for Patient C?  The
24 other way.  The other way, Mr. Koopmann.
25 Q      There you go.

1  A      Okay.  So none of these patients had
2  T-lymphoblastic lymphoma or T-cell acute
3  lymphoblastic lymphoma.  Patient A had large cell
4  pulmonary T-cell lymphoma, which certainly in
5  1988 was considered a peripheral T-cell lymphoma
6  or a mature T-cell lymphoma.
7        Patient B had lymphomatoid
8  granulomatosis, which is in actual fact probably
9  a low grade T-cell lymphoma most closely related
10 to mycosis fungoides.
11        Patient C also had a peripheral T-cell
12 lymphoma like Patient A.  That's an intermediate
13 grade lymphoma.  None of these is T-lymphoblastic
14 lymphoma.  None of these is relevant to
15 Ms. Murdock.  And in 35 years, I have not seen
16 any evidence since this paper was published that
17 EBV is a significant etiologic agent in the
18 development of any T-cell lymphomas, much less
19 hers.
20 Q      All right.  And am I correct in
21 understanding that you're not aware of any data
22 showing a statistically significant association
23 between Glyphosate or Roundup exposure and
24 T-lymphoblastic lymphoma specifically.  Is that
25 right?

Ron D. Schiff, M.D., Ph.D.

Page 146

1 A    In the setting of the Glyphosate
2 epidemiology research, Mr. Koopmann, there are
3 probably not enough cases to even investigate,
4 much less draw conclusions about that
5 association. But, again, IARC was unconcerned
6 about that.
7 Q    So let me ask you a slightly different
8 question. Are you aware of any data showing a
9 statistically significant association between
10 T-cell lymphomas in general and Glyphosate or
11 Roundup exposure?
12 A    The vast majority of T-cell lymphomas,
13 at least in adults, are intermediate or low grade
14 T-cell lymphomas, not the high-grade type that
15 Ms. Murdock was afflicted with. And that's
16 reflected in that New England Journal paper from
17 1988. So, no, I don't have data on that because
18 I don't think it exists.
19 Q    Okay. Sharing on my screen an article
20 entitled Parental Occupation and Other
21 Environmental Factors in Etiology of Leukemias
22 and non-Hodgkin's Lymphomas in Childhood: A Case
23 Control Study. This is from 1990. The lead
24 author is Corrado Magnani, M-A-G-N-A-N-I.
25     In this paper, sir, the author's

Page 147

1 note -- I'll highlight it here so you can spot
2 it -- that the present study consistently
3 indicated a lack of an association between ALL
4 and parental smoking; whereas, a statistically
5 significant association was found between NHL and
6 paternal and maternal cigarette smoking. Do you
7 see that?
8 A    I do see it.
9 Q    Do you have any reason to doubt the
10 accuracy of that statement?
11 A    I don't. InterLymph didn't look at
12 that specifically. But even if one or both of
13 Ms. Murdock's parents smoked, it does not
14 mitigate or neutralize her extensive personal
15 exposure to Glyphosate and/or Roundup.
16     What we're talking with here is
17 multifactorial causation of disease. A principle
18 that has been accepted by pathologists,
19 epidemiologists, clinicians like me for many
20 decades. So the finding of other things that,
21 you know, could or would or should have played a
22 role in her development of lymphoma, even if not
23 brought to light in the medical records or in
24 other available documents, do not diminish the
25 known effect of extensive Glyphosate or Roundup

Page 148

1 exposure on increasing the risk of developing
2 non-Hodgkin's lymphoma.
3 Q    Did you read this article in the course
4 of forming your opinions in this case?
5 A    I did not. I do not -- I have never
6 made a point of reading that Italian Medical
7 Journal. If you wanted me to look at it in more
8 detail, I'd ask you to put up the parts of it on
9 the screen that you were interested in and that I
10 were interested in, including the breakdown of
11 which types of non-Hodgkin's lymphoma were
12 present in the offspring of parents who smoked.
13 MR. KOOPMANN:
14     I'll mark as Exhibit 13 the Jones
15 Article I showed a few moments ago.
16     (DEPOSITION EXHIBIT NUMBER 13
17     WAS MARKED FOR IDENTIFICATION.)
18 MR. KOOPMANN:
19     And then as Exhibit 14 that Magnani
20 Article that I just went through.
21     (DEPOSITION EXHIBIT NUMBER 14
22     WAS MARKED FOR IDENTIFICATION.)
23 A    Please note that I never saw, read or
24 had an opportunity to evaluate either of those
25 articles before today's deposition. They were

Page 149

1 not part of my reliance materials. They're not
2 on my reference list. And this is all under the
3 heading of general causation anyhow.
4 Q    You mentioned they're not on your
5 reliance materials, what are you referring to
6 when you say they're not on your reliance
7 materials?
8 A    The reference list appended to my
9 report.
10 Q    Okay. That is the list of 35 different
11 sources?
12 A    Yes, sir.
13 Q    Dr. Schiff, between what's in your
14 report and what we've discussed today, are all of
15 your opinions in this matter covered?
16 A    There are some omissions in what we
17 have discussed today that I think merit some
18 attention. But, you know, my report is pretty
19 comprehensive. You did discuss, especially under
20 differential etiology, some factors that were not
21 included in my report that are, in my opinion, of
22 negligible relevance in Ms. Murdock's case.
23     But I think you have asked me very
24 little about the complications of her illness and
25 its treatment, which are extremely important and

Ron D. Schiff, M.D., Ph.D.

1  define the horrendous course that she underwent
2  from the time she became ill until her death,
3  which we recorded as being, I believe, less than
4  ten months from the time of her diagnosis.  Those
5  complications are listed in the series of
6  paragraph in my conclusion section.  And which I
7  would expect to be able to discuss before a jury.
8  Longer discussions are throughout the Medical
9  Facts Section of my report.  And there is a whole
10 section under Opinions Section Number 4 devoted
11 to complications.  Those are an essential part of
12 Ms. Murdock's narrative.
13 Q      All right.  And those are in your
14 report; right, sir?
15 A      Correct.
16 Q      So between what we've discussed today
17 and what's in your report, does that cover all of
18 your opinions in the matter?
19 A      I believe so.  Unless there is
20 something further that you want to call my
21 attention to.
22 Q      All right.  Those are all the questions
23 I have for you, sir.  Thank you.
24 A      Thank you, Mr. Koopmann.
25             EXAMINATION

1  BY MR. PRATHER:
2  Q      Dr. Schiff, I have just a couple of
3  questions.
4  MR. PRATHER:
5         But, Barry, before I do that, could you
6  put the Magnani Article back up on the screen for
7  a moment just so I can fully identify it?
8  MR. KOOPMANN:
9         Sure.  One minute.
10 MR. PRATHER:
11        All right.  Thank you.  That's all I
12 need.
13 Q      Dr. Schiff, you were asked about the
14 records that you were sent by my office.  Did my
15 office send you all of the records that you
16 requested that we send you?
17 A      Yes.  There were not any omissions that
18 I felt were left over after I received the
19 records from your office.
20 Q      And were those records that you had
21 available for your review in your opinion
22 sufficient for you to form the opinions you've
23 testified to to a degree of reasonable medical
24 probability?
25 A      Absolutely.  Where there were things

1  that were missing from the available records, I
2  did document those specifically in my report.
3  But there was nothing that was missing that would
4  have affected my opinions.  And there was not
5  much that was missing.
6  Q      Has all of testimony that you've
7  been -- that you have given today been stated in
8  terms of reasonable medical probability?
9  A      All of it.
10 Q      Has all of your testimony today been
11 based upon your education, training, and
12 experience as a physician and an oncologist?
13 A      Yes.
14 Q      As --
15 A      And --
16 Q      I'm sorry.  Go ahead.
17 A      And hematologist.
18 Q      As well as your background as a Ph.D.
19 in cell biology?
20 A      Molecular and cellular biology, yes.
21 MR. PRATHER:
22        I will reserve the remainder of my
23 questions for trial.
24 MR. KOOPMANN:
25        Just for the record, a housekeeping

1  matter.  By my notes, I think Dr. Schiff will be
2  sending to you, Mr. Prather, Exhibit 6, which is
3  the Murdock Chemicals List.
4  A      That should happen before the end of
5  the afternoon today.
6  MR. KOOPMANN:
7         And then I think I might have actually
8  referred to that twice as Exhibit 11.
9         And then the Sawyer preliminary report
10 we marked as Exhibit 9, I understand you have an
11 objection to that, but I'd ask that you take a
12 look at the preliminary report and consider
13 whether you're going to stand by that objection
14 or produce the report to us.  Based on the
15 testimony today --
16 MR. PRATHER:
17        Barry, I'm sorry to -- didn't mean to
18 interrupt you.  I'm familiar with the report and
19 I do stand by the objection.  There is nothing
20 further that I need to look at.  I've reviewed
21 the rule and the report, and I believe my
22 objection is well taken.
23 MR. KOOPMANN:
24        Okay.  And Exhibit 10 is the medical
25 records stack that Dr. Schiff reviewed in the

Ron D. Schiff, M.D., Ph.D.

1 course of forming his opinions.
2         And then the Exhibit 12 was the safety
3 data sheets. And I think that covers that.
4         EXAMINATION.
5 BY MR. KOOPMANN:
6 Q      One last thing here. All right.
7         Dr. Schiff, I'm showing you Page 80 of
8 your report. In this exposure section you
9 indicate that information about the frequency,
10 duration, and circumstances of Ms. Murdock's
11 Roundup exposure and her non-use of personal
12 protective equipment while exposed to Roundup is
13 derived from the First Amended Complaint,
14 Plaintiff's Fact Sheet, Dr. Sawyer's Toxicology
15 Report, and then the other materials mentioned
16 there; right?
17 A      Yeah. I'm trying to clean up my work
18 area a little bit so I can keep track of these
19 documents.
20         But, yes, that is my list of
21 information that I relied on in composing my
22 exposure section.
23 Q      Okay. And that -- when it says
24 Dr. Sawyer's toxicology report, that's the
25 preliminary toxicology report you referenced

1 earlier; correct?
2 A      That's the only one that I had before I
3 had completed my report and it's the only one
4 that I had before this week.
5 Q      Okay. Those are all the questions I
6 have. Thank you.
7 A      Thank you.
8         EXAMINATION
9 BY MR. PRATHER:
10 Q      Just one follow up, Dr. Schiff.
11         Is it true that you independently
12 corroborated through your direct interview with
13 Kyle Murdock any information you would have
14 relied on about exposure, extent of frequency,
15 from Dr. Sawyer's report?
16 A      Yes. Everything that I knew about
17 Ms. Murdock's Glyphosate and Roundup exposure was
18 specifically corroborated in that telephone
19 interview.
20 Q      And to the extent that you would rely
21 on or consider for trial any portion of the
22 opinions of Dr. Sawyer, would you rely on the
23 preliminary report or his final report that was
24 produced at his deposition?
25 A      Yeah. I can't really answer that

1 question. I mean, you know, it -- it is fairly
2 clear from my handwritten billing records that I
3 spent three and a half hours on the revised
4 report. That was three and a half hours that I
5 didn't have. I don't think anybody could --
6 could claim that three and a half hours was
7 sufficient for a comprehensive review of the
8 309-page document.
9         So I cannot really tell you exactly
10 what I would rely on in that report. There are
11 things that I remember about that. I think that,
12 you know, if this case does come to trial, I may
13 need to spend more time on Dr. Sawyer's revised
14 report. But by the same token, I am not a
15 toxicology expert in this litigation. And I
16 would defer to him any kind of detailed or
17 technical questions concerning the toxicological
18 aspects for exposure. I'm satisfied what I wrote
19 in that section. I did not see anything that
20 seemed to deviate very much. Although he did
21 have those exposure metrics towards the end of
22 his report, to which, I referred earlier in my
23 deposition testimony.
24         I do not recall off the top of my head
25 whether he addressed those same metrics in the

1 earlier report. The one about -- the one that I
2 called cumulative Glyphosate exposure, I'm
3 99 percent certain that that was not in his
4 preliminary report. But as I indicated during my
5 deposition testimony, that was not one that I
6 would use to determine how Ms. Murdock's exposure
7 compared with the threshold exposure levels
8 associated in the published literature with an
9 increased risk of developing NHL.
10 Q      Thank you, Dr. Schiff. That's all.
11         EXAMINATION
12 BY MR. KOOPMANN:
13 Q      Dr. Schiff, just a couple of
14 follow-ups. The preliminary Sawyer report that
15 you have there, how many pages is that?
16 A      259 as I recall.
17 Q      And is it dated on the first page?
18 A      I don't see it right now. I'm going to
19 have to look for it. It might be back on the
20 table. I hope it's back on the table. And,
21 nope, I have it. It's dated June 3, 2022.
22 Q      On the first page?
23 A      Cover letter.
24 Q      Okay. Does the report itself --
25 A      This is Page 1. It is considered

Page 158

1 Page 1 in his numbering system.
2 Q      Okay.
3 A      And, again, we're talking about the
4 preliminary report; correct?
5 Q      Yeah.
6 A      Okay. It's dated June 3. I'm happy to
7 hold that page up to the camera if you want.
8 Q      No, that's okay.
9       Does it say on the first page of the
10 report that it's preliminary?
11 A      It says draft. It used the word --
12 tell you what. I'm going to hold this up and
13 you'll see exactly what I'm talking about.
14 MR. PRATHER:
15       Dr. Schiff, don't do that. Just leave
16 it down. I don't think there is anything
17 objectionable.
18 A      It's dated June 3, 2022. And it's
19 marked draft.
20 Q      Okay. All right. Those are all the
21 questions I have for you, sir. Thank you.
22 A      Thank you.
23 MR. PRATHER:
24       Nothing else.
25

Page 159

1 THE VIDEOGRAPHER:
2       The time is 1:36. We are off the
3 record.
4 MR. KOOPMANN:
5       I would like the transcript by March
6 9th, please.
7 MR. PRATHER:
8       Madam Reporter, we will need a physical
9 address for Mr. Schiff to mail those records to
10 for you to scan. And I will take a copy of the
11 transcript at the same time as Mr. Koopmann in
12 PDF format.
13 (Whereupon, the deposition concluded at 1:36
14 p.m., EST.)
15
16
17
18
19
20
21
22
23
24
25

Page 160

1       C E R T I F I C A T E
2
3       I do hereby certify that the above and
4 foregoing transcript of proceedings in the matter
5 aforementioned was taken down by me in machine
6 shorthand, and the questions and answers thereto
7 were reduced to writing under my personal
8 supervision, and that the foregoing represents a
9 true and correct transcript of the proceedings
10 given by said witness upon said hearing.
11       I further certify that I am neither of
12 counsel nor of kin to the parties to the action,
13 nor am I in anywise interested in the result of
14 said cause.
15
16
17
18
19       JILLIAN DOCTOR, RPR
       CERTIFIED REALTIME REPORTER
20
21
22
23
24
25