# Exhibit C

**TCAS**

**Toxicology Consultants & Assessment Specialists, LLC**
6450 Pine Avenue, Sanibel, FL 33957
29 Fennell Street, Skaneateles, NY  13152
(239) 472-2436 [FL]  (315) 685-2345 [NY]  (800) 308-0080 U.S./CA
E-mail: drsawyer@experttoxicologist.com & Website: experttoxicologist.com

Toxic Exposures · Environmental Testing · Risk Assessment · Forensic Toxicology · Causation Evaluation

EXHIBIT C

November 21, 2022

Jerome P. Prather, Esq.
Garmer and Prather, PLLC
141 North Broadway
Lexington, Kentucky 40507

**Re: Estate of Murdock et al. v. Monsanto**

Dear Attorney Prather:

Per your request regarding this matter, I have reviewed the complete list of pertinent documents as compiled in Appendix A. Based upon the information provided and the application of generally accepted toxicological methodology and referenced sources as cited herein, I have stated my opinions in this matter to reasonable toxicological certainty.

Throughout this report, I am relying on the medical diagnostic specific causation opinions of physicians. Although I have provided a brief summary of information regarding Ms. Kenzie Murdock's medical history and diagnoses as reported in his available medical records, I am limiting my opinions specifically to dose and dose-response (based on systemic dose and duration) as compared to the human epidemiological studies of glyphosate applicators. With respect to additional opinions, I have evaluated glyphosate/Roundup constituent formulations, absorption, distribution, metabolism, and excretion (ADME) and Roundup's mechanism of action regarding genotoxicity and promotion. Additionally, I have identified other toxicological exposures that could potentially serve as confounding factors.

Estate of Murdock v. Monsanto
November 21, 2022

## Table of Contents

**1. Introduction** ..................................................................................................................1

Overview of Toxicological Methodology .............................................................................1

Objectives .........................................................................................................................4

**2. Plaintiff Background Summary** ...................................................................................5

Past Medical/Surgical History ...........................................................................................5

NHL Diagnosis and Pathology............................................................................................7

Family Medical History .......................................................................................................8

History of Tobacco, Alcohol, and Drug Use .......................................................................8

Residential History ............................................................................................................8

Employment History ..........................................................................................................9

Roundup Exposure ............................................................................................................9

    Residential Exposure History .......................................................................................9

    Roundup Exposure on the Family Farm .......................................................................12

    Roundup Product Used and Method of Application ......................................................18

    Personal Protective Equipment (PPE) .........................................................................21

    Other Exposure Factors ..............................................................................................22

    Potential Confounding Exposures and Factors............................................................22

NHL Latency Interval ........................................................................................................24

Summary of Roundup Exposures......................................................................................24

**3. Scope of Exposures**.................................................................................................27

Exposure Dose According to the Methodology of Glyphosate Applicator Studies .............27

    Exposure-Day Calculations ........................................................................................29

Systemic Dose According to the Methodology of Glyphosate Applicator Studies.............30

    Dose Analysis using the Machado-Neto et al. (2000) Knapsack Sprayer Study .............31

        Underestimations of Exposure .............................................................................35

        Conclusions Regarding Ms. Murdock's Systemic Dosage .........................................35

**4. Glyphosate Human NHL Studies** ..............................................................................37

Summary of Epidemiological Studies.................................................................................38

    Multifactorial Consideration of Interference from other Pesticides ...............................46

Comparisons of *Exposure-Days* to Human Epidemiological Studies ................................48

Unreliable Meta-Analysis of Glyphosate and NHL Risk ....................................................48

Inserm Collective Expert Report........................................................................................52

    Carcinogenic and Mutagenic Findings ........................................................................53

    New NHL Data ............................................................................................................53

**5. Personal Protective Equipment (PPE) and Measured Dermal Exposure Levels** ...........54

Penetration of Glyphosate through Clothing ......................................................................54

    Lack of Personal Protective Equipment (PPE) ............................................................55

    Acquavella et al. (2004) ..............................................................................................55

    Wumbei et al. (2019) ..................................................................................................56

    Dosemeci et al. (2002) ...............................................................................................57

Estate of Murdock v. Monsanto
November 21, 2022

Machado-Neto et al. (2000) Knapsack Sprayer Study.................................................................57
Feldman & Musolin (2017) Applicator Exposures in U.S. National Parks ..........................58
Example of Exposure to 1,4-dioxane from Roundup (no gloves, short sleeves)..............59
Monsanto (2139) Sprayer Exposure Assessment ..................................................................61
Key Points Pertaining to Exposed Body Parts .................................................................62
Monsanto's Omission of PPE Recommendations ...........................................................63

**6. Glyphosate (Roundup) History and Use**........................................................................**65**
Glyphosate (Roundup) Formulations: Chemical and Physical Information ......................65
Contaminants within Roundup (Surfactants, Adjuvants, and Co-formulants)................70

**7. N-Nitroso Glyphosate in Roundup QuikPRO** .................................................................**74**
N-Nitroso Glyphosate Composition .......................................................................................74
NNG Regulatory Guidance .....................................................................................................74
NNG Absorption, Distribution, Metabolism, and Excretion ..............................................74
Absorption of NNG ...............................................................................................................75
NNG Excretion .......................................................................................................................75
NNG Distribution ...................................................................................................................76
Half-life of NNG in the Environment .....................................................................................76
Carcinogenicity of NNG in Animals or Humans ..................................................................77
Mechanism of Action (N-Nitroso Compounds).................................................................78
NNG Mutagenicity/Genotoxicity ........................................................................................78
Monsanto Studies with respect to NNG's Carcinogenic Potential ...............................79
N-Nitroso Glyphosate and Roundup QuikPRO ....................................................................81
N-Nitroso Glyphosate Exposure via Dust and the Impact of Diquat on Absorption.......82
Flawed NNG Risk Assessment by Monsanto........................................................................83

**8. Glyphosate Pharmacokinetics** .......................................................................................**84**
Reliability of Monsanto's Understanding of Glyphosate ADME .......................................84
Human Urinary Biomonitoring and Glyphosate Exposure .................................................86
Human Glyphosate Excretion in Urine - Lower than Found in Animal Studies ..............86
Risk Characterization Using New 1% Urinary Glyphosate Excretion in Humans ..........87
Curwin et al. (2016) Comparing pesticide exposures - farm vs. non-farm families .........89
Controlled Dermal vs. Inhalation Residential Applicator Urine Glyphosate Levels ..........89
Glyphosate Elimination in Bone and Bone Marrow per Monsanto....................................93
Half-Life Elimination Phases ...............................................................................................94
Study Findings.......................................................................................................................95
Glyphosate Elimination Rate in Bone Marrow vs. Plasma ..............................................97
Summary .................................................................................................................................99
Brewster Rat Study Characterizing Glyphosate Bone Distribution & Elimination ......................100

**9. Roundup and Glyphosate Toxicity** ...............................................................................**103**
Glyphosate's Promotion of Carcinogenic Tumors ............................................................103
Promotion Studies ..............................................................................................................104
George et al. (2010) -- Tumor Promotion.......................................................................104

Estate of Murdock v. Monsanto
November 21, 2022

Wang et al. (2019) -- Carcinogenetic Promotion ........................................................... 109
Genotoxicity of Roundup, Glyphosate and Polyoxyethylene Amines (POEAs) ......................... 110
Genotoxicity Methodology ............................................................................................. 112
Comet Assay validity .................................................................................................... 112
Human in Vivo Genotoxicity Studies of Glyphosate and GBHs ...................................... 113
1.   Bolognesi et al. (2009) – Occupational exposure to glyphosate ........................... 115
2.   Hutter et al. (2018) -- Genotoxic Damage in Pesticide-Exposed Farm Workers ..... 115
3.   Kupske et al. (2021) -- Micronucleus and other cellular alterations from glyphosate .......... 116
4.   Leite et al. (2019) -- Genotoxic Effects in Pesticide-Exposed Children ................. 119
5.   Lucia et al. (2022) -- DNA Methylation ................................................................ 121
6.   Makris et al (2022) -- Oxidative Stress of Glyphosate and AMPA in Children ..................... 123
7.   Paz-y-Mino et al. (2007) – Aerial spraying of glyphosate and POEA with adjuvant ............. 124
Human in vivo Genotoxicity Studies of GBHs and Mixed Pesticides .............................. 125
8.   Aiassa et al. (2019)  -- Genotoxic Study of Pesticide Applicators ......................... 125
9.   Benedetti et al. (2013)  -- Genotoxic Damage in Pesticide-Exposed Farm Workers .......... 126
Oxidative Stress Studies ............................................................................................... 127
10.  Eaton et al (2022) -- Oxidative Stress of Glyphosate and AMPA ........................... 127
11.  Intayoung et al. (2020) -- Oxidative Stress in Farmers Using Herbicides & PPE Protection 127
12.  Sidthilaw et al. (2022) -- Effects of Exposure to Glyphosate on Oxidative Stress ............... 129
Human in vitro Genotoxicity Studies ............................................................................. 131
13.  Bolognesi et al. (1997) -- Cytogenetic Damage from Glyphosate and Roundup ................ 131
14.  Wozniak et al. (2018) -- Greater DNA Damage in Human Cells from Roundup Formulation
      than Glyphosate Alone ....................................................................................... 132
15.  Wozniak et al.  (2020) ....................................................................................... 132
Comparison of Doses in the Wozniak et al. Studies to Actual Human Exposures .................... 133
16.  Wozniak et al. (2020) -- Epigenetic Effects of AMPA ........................................... 135
17.  Kwiatkowska et al. (2017) -- DNA Damage from Glyphosate Exposure .......................... 135
      Study Design .................................................................................................... 135
      Study Findings ................................................................................................. 136
18.  Suarez-Larios et al. (2017) ................................................................................ 138
19.  Duforestel M., et al. (2019) – DNA hypomethylation .......................................... 139
20.  Stur et al. (2019) – Effects of Roundup and AMPA on gene expression ............................ 140
21.  De Almeida et al. (2018) – DNA damage at low concentrations and short exposures .......... 141
22.  Hao et al. (2019) -- Toxicity to human lung tissue .............................................. 141
      Study Design .................................................................................................... 142
      Study Findings ................................................................................................. 142
23.  Kang et al. (2008) -- Mutagenic Effect on Bone Marrow Cells and Damage to Reproductive
      Cells and Organs ............................................................................................... 144
24.  Lioi et al. (1998)  -- Genotoxic Activity Of Glyphosate ........................................ 145
25.  Mesnage et al. (2021A) ...................................................................................... 146
26.  Mesnage et al. (2021B) ...................................................................................... 150
27.  Prasad et al. -- Chromosomal aberrations and micronuclei in bone marrow cells ............... 151
28.  Peixoto, F. (2005) ............................................................................................. 153

29. Navarro and Martinez (2014) -- Genotoxicity of Roundup, glyphosate, and
POEA/Tallowamine (POEA) in fish ................................................................ 154
30. Ingaramo et al. (2020) ........................................................................................ 156
31. Serra et al. (2021) ............................................................................................... 158

**10. Routes of Exposure** ........................................................................................ **168**
Ingestion .......................................................................................................... 168
Inhalation ......................................................................................................... 168
Respirable Dust and Atmospheric Glyphosate Exposure .................................. 168
Dermal Absorption ............................................................................................ 170

**11. Dermal Absorption of Glyphosate** .................................................................. **172**
The Dermal Barrier ........................................................................................... 172
Percutaneous Absorption of Glyphosate ........................................................... 173
Percutaneous Absorption Models ...................................................................... 174
Dermal Absorption in Vivo Measurement Methods ........................................... 175
Dermal Absorption in Vitro Measurement Methods ........................................... 176
Dosing Techniques and Measurement Considerations ...................................... 177
In Vitro Dermal Absorption of Herbicides through Rat versus Human Skin ........ 178
"Triple Pack" Methodology ................................................................................ 179
Monsanto Dermal Absorption Correspondence ................................................. 180
DTL Laboratory ................................................................................................. 180
DTL Laboratory Human Epidermis Preparation Methods .................................. 181
Dermal Absorption and Pharmacokinetic Studies of Glyphosate ...................... 182
Models Used to Measure Glyphosate Dermal Absorption .................................. 182
Maibach Study (1983) ....................................................................................... 182
Wester et al. Study (1991) ................................................................................ 185
Concern of Cross-Contamination in the Wester et al. Study (1991) ................... 188
Review of Monsanto Studies ............................................................................. 190
Monsanto in vitro Absorption Study of Glyphosate by DTL (2010) - (MON 79545) 450 g/L
Glyphosate SL Formulation (MON 79545) ........................................................ 190
Tape Stripping ................................................................................................... 192
Monsanto in Vitro Absorption Study of Glyphosate by DTL (2010) - (MON 52276) ................... 194
Monsanto in Vitro Absorption Study of Glyphosate by DTL (2010) - (MON 79351) ................... 194
Monsanto in Vitro Absorption Study of Glyphosate by DTL (2015) - (MON 76829) 72 g/L
Glyphosate Gel Formulation ............................................................................. 195
Monsanto in Vitro Absorption Study of Glyphosate by DTL (2015) - (MON 76258) 7.2g/L
Glyphosate Gel Formulation ............................................................................. 196
Monsanto in vitro Absorption Study of Glyphosate by DTL (2016) - (MON 76952) 500 g/L
Glyphosate SL Formulation .............................................................................. 198
Monsanto in vitro Absorption Study of Glyphosate by DTL (2015) - (MON 76879) 360 g/L
Glyphosate SL Formulation .............................................................................. 200
Effects of Temperature on Skin Used in Laboratory Experiments ...................... 202
Summary of Monsanto Studies .......................................................................... 203
Studies, Reviews, and Articles Impacted by the Wester and Maibach Studies ............. 208
Regulatory Guidance on Dermal Absorption and Recovery ............................... 212

Estate of Murdock v. Monsanto
November 21, 2022

Monsanto Communications with Respect to Pharmacokinetics ...................................................213
Factors Intensifying Dermal Absorption of Glyphosate...............................................................217
    Co-Formulants ........................................................................................................................218
    Surfactants ..............................................................................................................................219
    Humectants .............................................................................................................................221
    Adjuvants ................................................................................................................................221
    Enhanced Absorption Due to Skin Damage ...........................................................................222
    Glyphosate's Role in Skin Damage ........................................................................................223
Indirect Disclosures of Surfactant and Co-Formulant Toxicity ....................................................223
Examples of Surfactant and Co-Formulant Toxicity....................................................................224
Regulatory Considerations Based on Surfactant and Co-Formulant Toxicity ..............................225
Monsanto TNO Dermal Penetration Study with Co-Formulant Cocoamine..................................226
Other Factors Increasing Dermal Absorption .............................................................................230

**12. Toxicological Assessment of Additional Exposure Factors .......................................232**
Non-Hodgkin's Lymphoma Latency Estimates.............................................................................232
Assessment of Additional Potential NHL Risk Factors ................................................................233
    Benzene as Potential NHL Risk Factor...................................................................................234
    Smoking as Potential NHL Risk Factor ..................................................................................240
    Smokeless Tobacco................................................................................................................243
    Obesity and BMI as Potential NHL Risk Factors ...................................................................244
    Alcohol Consumption is not a Potential NHL Risk Factor .......................................................245
    Carcinogenicity of Other Herbicides & Pesticides According to Monsanto................................245
Summary of Objective Toxicological Factors ..............................................................................246
    Evidential Considerations........................................................................................................248
Summary and Conclusions.........................................................................................................254

**Appendix A: Documents and References ........................................................................256**
Previously Disclosed Reports .....................................................................................................256
Previously Disclosed References ................................................................................................256
New Documents and References .................................................................................................284
Materials Reviewed Specific to Kenzie Murdock ........................................................................284

Murdock  v. Monsanto
November 21, 2022
Page i

## List of Figures

Figure 1.  Aerial view of the Murdock home at 1965 Rayburn Rd, Murray, KY ........................................... 9
Figure 2.  Young Kenzie Murdock and brother on a John Deere 4020 open-cab tractor ......................... 10
Figure 3.  Early photograph of Kenzie Murdock with brother and grandfather on tractor. ......................... 11
Figure 4.  Aerial view of Murdock property .............................................................................................. 12
Figure 5.  Aerial view of land farmed by Murdocks shown relative to 1965 Rayburn Rd. residence ........ 13
Figure 6.  Large supply tank on the Murdock farm ................................................................................. 16
Figure 7.  Photograph of Ms. Murdock in the hospital in 2018 ................................................................ 17
Figure 8.  Spra-Coupe 4640 (similar to model 4650 in which Ms. Murdock rode with her father) ............ 18
Figure 9.  John Deere Sprayer 4630 ....................................................................................................... 19
Figure 10. John Deere Sprayer 4730 ....................................................................................................... 20
Figure 11. Sprayer arm (boom) of the John Deere Sprayer 4730 ............................................................ 20
Figure 12. Portable 25-gallon sprayer used by Ms. Murdock (boom detached for spot spraying). ........... 21
Figure 13. Ms. Murdock's systemic glyphosate dose compared to doses among glyphosate applicators (adapted from Solomon study) ............................................................................................... 37
Figure 14. Data discrepancies between Donato et al. meta-analysis, replicated meta-analysis, and Zhang et al. meta-analysis ................................................................................................ 50
Figure 15. "Table 7" from Monsanto MON 2139 Study Showing Results of Exposure Tests ................... 62
Figure 16. Urinary glyphosate concentrations for (a) inhalation group and (b) dermal group ................... 91
Figure 17. Monsanto Study No. 86139 "Table 13" ................................................................................. 96
Figure 18. "Figure 1" from the 1983 Monsanto glyphosate metabolism study ......................................... 97
Figure 19. "Figure 2" from the 1983 Monsanto glyphosate metabolism study ......................................... 98
Figure 20. "Table 3" from Monsanto-sponsored Brewster study (1991) .................................................. 102
Figure 25. Profile of glyphosate (µg/m$^3$) over 4 months in Limoeiro do Norte, Brazil (2014) ................. 169
Figure 26. Glyphosate and AMPA content in aggregate fractions of field soil. ........................................ 170
Figure 27. Epidermal Layers of Human Skin ........................................................................................... 172
Figure 28. Layers of the epidermis, basal cell layer, stratum spinosum, stratum granulosum  and the stratum corneum showing dermal penetration ........................................................................ 173
Figure 29. DTL Laboratory Epidermis Preparation Procedure  (2010 Reports Only) .............................. 181
Figure 30. DTL Laboratory Epidermis Preparation Procedure  (Post-2010 Reports Only) ..................... 181
Figure 31. Metabolic chairs for primates ................................................................................................. 189
Figure 32. Primate chairs used in study testing ....................................................................................... 189
Figure 33. Historical Dermal Absorption Factors by Study ...................................................................... 207
Figure 34. "Table 3" from Taborelli et al. study results as published (2017). ........................................... 242

Murdock v. Monsanto
November 21, 2022
Page 1

## List of Tables

Table 1   Review of Potential Causative Factors for Kenzie Murdock ........................................................ 23

Table 2   Summary of Kenzie Murdock's Roundup Exposures ................................................................ 26

Table 3   Calculation of Kenzie Murdock's Total *Exposure-Days* ........................................................... 30

Table 4   Distribution of PDEs in Body Regions of Glyphosate Applicators ............................................. 33

Table 5   Potential Dermal Absorption (without PPE) and Not Controlled Dermal Exposure (NCDE) with Personal Protective Equipment ................................................................................................... 34

Table 6   Demographics of "Agricultural Health Study" Cohort (applicators n = 54,251) .......................... 40

Table 7   Exposure Parameters for Nine (9) Referenced Epidemiological Studies ................................... 45

Table 8   Median Values for Combined Dermal and Inhalation Exposure ................................................. 60

Table 9   Mean Values: Combined Dermal and Inhalation Exposure for "Worst Case Scenario" ............ 61

Table 10  Summary of MON 2139 Scientific Recommendations and Resulting PPE Inclusions ............... 63

Table 11  Properties of Glyphosate and Common Salts of Glyphosate in Roundup ................................. 68

Table 12  List of 22 Chemicals Known to be Present in Roundup Based on Product Labels  and Potentially Used by Plaintiff Based on Product and Year ........................................................ 71

Table 13  Roundup Formulations (Glyphosate with Surfactants, Adjuvants, and Co-formulants) ............ 72

Table 14  Summary of NNG-Contaminated Roundup QuikPRO Stored at Monsanto Facilities ............... 81

Table 17  Disposition of Glyphosate Following Topical Administration to Rhesus Monkeys ................... 186

Table 18  Glyphosate Dermal Absorption Studies .............................................................................. 203

Table 19  Formulations and Doses Tested in TNO Dermal Absorption Studies ..................................... 227

Table 20  Percent Absorption of Glyphosate (percent of dose) ........................................................... 228

Table 21  Compilation of Peer-Reviewed NHL Latency Estimates ....................................................... 232

Murdock v. Monsanto
November 21, 2022
Page 1

# 1. Introduction

This report is a toxicological assessment of the historical exposures sustained by the plaintiff in the current matter, Ms. Kenzie Murdock (deceased), to Monsanto's Roundup® product.[1] Ms. Murdock was diagnosed with aggressive T-lymphoblastic lymphoma, a type of non-Hodgkin's lymphoma (NHL). This was allegedly due to repeated exposures to Monsanto's Roundup product.

Ms. Murdock's exposures have been assessed based on historical information received through review of personal fact sheets, photographs, and direct interview of Kyle Murdock (Kenzie Murdock's father) pertaining to her exposure events, circumstances, and details, pertaining to his daughter's exposure events, circumstances, and details. From this information, a cumulative glyphosate exposure dose for Ms. Murdock has been calculated using the same simple additive mathematical methodology employed within the generally accepted human epidemiological glyphosate applicator studies. Additionally, Ms. Murdock's systemic glyphosate dose has been determined according to the generally accepted peer-reviewed passive dosimeter methodology.

This report also identifies and reviews potential toxicological confounding etiological factors including medical history, familial first-generation malignancies, and histories of tobacco, alcohol, and drugs of abuse. Chemical, pharmaceutical, and radiological potential confounding factors have also been identified.

Ms. Murdock's NHL diagnosis and pathology records have been referenced with respect to subtype and various other toxicological findings. Supporting toxicological studies, literature citations, footnote references to testimony, and other references relied upon are itemized in Appendix A and footnoted throughout as appropriate.

**Overview of Toxicological Methodology**

Throughout this assessment, I have applied the generally accepted Bradford Hill and weight-of-evidence (WOE) methodology using peer-reviewed toxicological studies. Frequency and duration of exposure, circumstances of application, personal protective equipment (PPE), environmental considerations and other pertinent factors have been compiled and referenced to human toxicological studies of applicators. Potential exposures to other chemical and/or radiological substances (including use of pesticides, paint, paint solvents, petroleum products, benzene, other home gardening and landscape

---

[1] Hereinafter referred to as Roundup.

Murdock v. Monsanto
November 21, 2022
Page 2

chemicals, occupational exposures, etc.) have also been identified as potential toxicological confounding factors with respect to NHL and assessed accordingly.

Smoking history (pack-years and cessation duration, if any), family medical history, alcohol consumption, drugs of abuse, prior diagnoses with respect to any immuno-suppressive pharmaceuticals, prior malignancies (if any), and any prior pharmacological intervention that may present increased toxicological risks of NHL (such as cyclophosphamide, Prograf, cyclosporin, etc.) have also been identified (if present).

The methodology used to determine Ms. Murdock's glyphosate exposure dose is the same as that employed within the generally accepted human epidemiological glyphosate applicator studies, which employed *ever/never-use* and *exposure-day* metrics. Ms. Murdock's exposure dose is based on the units of measure applied in the six (6) human epidemiological studies that included dose-metrics or *ever/never-use* comparisons for glyphosate applicators along with adjustments for potential confounding exposures from other pesticides. Ms. Murdock's exposure dose measured in *exposure-days* per year and *total exposure-days* (including *ever/never exposure*) is consistent with the metrics in the Andreotti et al. (2015),[2] De Roos (2003),[3] De Roos (2022),[4] Leon et al. (2019),[5] Zhang et al. (2019),[6] and Pahwa et al. (2019)[7] studies, each of which identified at least a limited multivariable analysis for interference from other potentially confounding pesticides.

Ms. Murdock's exposure dose is compared to the threshold values in the human epidemiological studies of applicators that provide *exposure-day* and *ever/never-use*

---

[2] Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233. Note that quartiles of exposure in the study were indexed as "lifetime days of glyphosate use." Since the AHS study is a null study, there is no reason to compute the algorithm, "intensity-weighted lifetime days of glyphosate use."

[3] Based on a study population including 870 cases and 2569 controls coded as an indicator variable for exposed (1) or not exposed (0). De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol. 60.

[4] De Roos A., et al., "Herbicide use in farming and other jobs in relation to non-Hodgkin's lymphoma (NHL) risk," 2022, Occup Environ Med Epub, http://dx.doi. org/10.1136/oemed-2022- 108371

[5] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

[6] Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

[7] Pahwa, M. et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project," 2019 Jun 27, Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830

Murdock v. Monsanto
November 21, 2022
Page 3

analyses and corresponding statistically measured odds ratios (ORs) at the 95% confidence interval.

Similarly, Ms. Murdock's systemically absorbed dose was ascertained according to the passive dosimetry methodology published by Machado-Neto (2000)[8] in which applicators used protective personal equipment (PPE). Ms. Murdock's systemic dose, using the Machado-Neto methodology, was then compared to that of glyphosate applicators reported in the peer-reviewed studies. I have fully assessed Ms. Murdock's exposures, spray practices, clothing worn during spraying, and PPE (if any) for comparisons to those of glyphosate applicators who wore full PPE, as in the Machado-Neto study.

The "predicted operator exposure model" or POEM methodology is also used to determine systemic dose (mg/kg-BW/day), as it has been peer reviewed, generally accepted, used internationally, and tested with a known rate of error as published within the seven studies footnoted below.[9] Systemic dose assessments using the POEM methodology are of limited use as they are gauged against the "acceptable operator exposure limit" (AOEL), which is designed for protection against **non-cancer endpoints** (e.g., reproductive toxicity among rodents). Thus, the AOEL does not assess human cancer risk. The POEM is useful, however, for evaluating dose with respect to exposure factor intensity (e.g., use with gloves vs. no gloves, type of nozzle [aerosol vs. CDA[10]], professional applicator exposures vs. home users, etc.). In this matter, however, POEM

---

[8] Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

[9] Abukari, Wumbei, "Pesticides Applicator Exposure Assessment: A Comparison between Modeling and Actual Measurement," 2015, Journal of Environment and Earth Science ISSN 2224-3216 (Paper) ISSN 2225-0948 (Online) Vol.5, No.11.

 U.K. Health and Safety Executive, HSE, "Operator Exposure," 2016, Data requirements handbook, Retrieved from: http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides-registration/data-requirements-handbook/operator-exposure.htm

 "Operator exposure assessment for MON 2139 UK – Case" MONGLY06509236

 "UK POEM calculations in preparation of meeting Spanish competent authorities." MONGLY01275627

 Lawson, A., et al., "Three Methods to Assess Levels of Farmers' Exposure to Pesticides in the Urban and Peri-urban Areas of Northern Benin," 2017, Tunisian Plant Protection Journal, Vol.12, pp. 91–108.

 Illyassou, K., et al., "Risk Assessment for Small Farmers Exposed to Plant Protection Products in the Niger River Valley," 2017, Comm. Appl. Biol. Sci.

 EPA, "Risk Assessment Methodology for Hazardous Substances: How to assess the risk, cost and benefit of new hazardous substances for use in New Zealand," 2018, Environmental Protection Authority.

[10] Controlled droplet application.

Murdock v. Monsanto
November 21, 2022
Page 4

calculations could not be used to assess Ms. Murdock's systemic dose since some of the required variables were not well defined.

## Objectives

The primary objective of this toxicological assessment is to arrive at a scientifically accurate and reliable total exposure frequency as well as a glyphosate systemic dose for Ms. Murdock. I have determined her exposure dose in terms of *exposure-days* per year and total cumulative *exposure-days* prior to her NHL diagnosis (which encompasses *ever/never use*) and calculated her systemic dose in units of mg/kg-BW/day. Based on the available objective evidence and state-of-the-art scientific literature, I will opine whether Ms. Murdock's alleged cumulative Roundup dosage exceeds the statistically significant thresholds identified within the human epidemiological studies with respect to statistically significant increased risk levels of developing NHL. My toxicological assessment is also designed to identify any other potential contributing toxicological factors and to measure the latency period from initial exposure to the time of Ms. Murdock's diagnosis.

Hence, this toxicological assessment has four fundamental objectives:

1. to arrive at a scientifically reliable exposure dose estimation for Ms. Murdock based upon the available objective evidence,

2. to identify any potential of confounding toxicological risk factors contributing to her NHL onset and risk level,

3. to provide a general causation assessment of personal protective equipment (PPE), product formulation, and toxicological factors such as absorption, distribution, metabolism, and excretion (ADME) as well as Roundup's mechanism of action, and

4. to render a scientifically supportable and reliable opinion as to whether Ms. Murdock's Roundup exposures (dose) were sufficiently above the thresholds identified within the peer-reviewed studies that established a statistically and significantly increased risk of development of NHL.

Murdock v. Monsanto
November 21, 2022
Page 5

## 2. Plaintiff Background Summary

Kenzie Elizabeth Murdock was born on June 3, 2001, and passed away on July 28, 2019, shortly after turning 18 years old. She lived with her parents and her younger brother on the family's farm in Murray, Kentucky. Ms. Murdock had been episodically exposed to Roundup since infancy. She frequently rode on the boom sprayers from which Roundup was being sprayed on the up-to-4,000-acre farm. She was also a bystander when Roundup was sprayed around the house's perimeter and yard to control weeds and grass, and she may have occasionally sprayed those areas as well. Additionally, Ms. Murdock was exposed to Roundup during spot spraying of the fields when she rode on the vehicles towing the sprayers, and she often participated in the spraying.

Ms. Murdock spent much of her childhood outdoors on the farm playing and helping with farm tasks. She also played volleyball for her high school and for a travelling team. She first experienced symptoms of NHL in September 2018 when she was a senior in high school and was diagnosed with T-cell NHL, an aggressive T-lymphoblastic lymphoma, in October 2018 at the age of 17.

### Past Medical/Surgical History

Ms. Murdock's medical records show a pediatric history of sore throat, fever, cough, watery eyes, congestion, and stomach pain. She was also noted for a history of depression, anxiety, and exercise-induced asthma.[11] On November 1, 2007, at age 6, chest X-rays revealed left lower lobe pneumonia. Later, on January 27, 2008, medical records note that her mother was concerned that Ms. Murdock had been on four different antibiotics and wondered if allergies could be the problem.

In January 2017, Ms. Murdock was diagnosed with acute bronchitis due to rhinovirus. She was given a Ventolin aerosol inhaler and started on the antibiotic, Zithromax. At that time, a chest X-ray was negative.

A month later, on February 28, 2017, she presented to Dr. Kathryn Lalor of Vanderbilt University Medical Center for a neurology consult regarding her headaches. At this time, her medications included Ibuprofen, Proair, Compazine, Benadryl and Imitrex for treatment of her headaches. A prescription for methylprednisolone, 4 mg tablets, in a dose pack was also noted. Medical records indicate that she received another prescription for methylprednisolone on March 2, 2017.

---

[11] SJ Vandy medical records, p. 2/12.

Murdock v. Monsanto
November 21, 2022
Page 6

In July 2017, Ms. Murdock again presented to Dr. Lalor for migraines without aura. Her medications of Proair, Compazine, Benadryl and Imitrex remained the same.  Other medications noted at this time were Valacyclovir HCL (an antiviral drug), Sertraline (an antidepressant), and Vienva (for birth control).

In September 2018, Ms. Murdock was prescribed Valtrex for a HSV rash on her eye lid.[12] She stopped the medication after experiencing nausea and over the next week; she developed epigastric abdominal pain associated with eating, dry cough, and shortness of breath with exertion.[13]

At an urgent care visit she was started on omeprazole and an antibiotic (WBC 13). Her regular prescribed medications at this time were sertraline, Singulair, oral contraception, and Qvar (beclomethasone) inhaler as needed.[14] In September 2018, her height and weight were reported as 65" and 164 pounds, respectively, with a BMI of 27.[15]

Ms. Murdock's pain persisted, and she presented to the Jackson Purchase Medical Center (JMPC) emergency department on September 23, 2018, with severe abdominal pain. A CT of the chest and abdomen revealed bilateral pleural effusions.[16] The following day, her primary care physician ordered an ultrasound of her gallbladder which showed no gallstones, and she was started on dicyclomine.[17]

At JPMC on October 2, 2018, she underwent a nuclear medicine cholecystokinin hepatobiliary scan which revealed a decreased gallbladder ejection fraction of 28% (below the lower limits of normal ejection fraction of 35%).[18] The same day, she experienced worsening shortness of breath, nausea and dizziness, warranting a visit to Murry-Calloway County Hospital emergency department. A CT angiography revealed pericardial and pleural effusions. The report stated, "a large amount of abnormal soft

---

[12] SJ admit; p. 13/29.

[13] SJ Vandy medical records, p. 3/12.

[14] Id.

[15] Dale Jones; p. 4/50.

[16] Jackson Purchase medical records, p. 17/29.

[17] SJ admit; p. 13/29.

[18]  Dale Jones, p. 46/50.

Murdock v. Monsanto
November 21, 2022
Page 7

tissue density is seen within the mediastinum, encasing the vessels, most suspicious for the sequelae of lymphoma."[19] Her WBC was elevated to 27.6.[20]

She was transferred to Vanderbilt Children's Hospital in Nashville on October 3, 2018, where she had an interventional radiology biopsy of the mass in her chest. At that time, medical records note that "she has not taken oral steroids recently to parents' knowledge."[21] Her family also noted fever, chills, night sweats, weight loss of approximately 8 pounds over three weeks, headache, cough, dyspnea with exertion and palpitations.[22] A PICC line was placed before she was transferred to St. Jude Children's Hospital on October 4, 2018.

**NHL Diagnosis and Pathology**

The abnormal immature thymocyte proliferation seen in the mass biopsy collected on October 3, 2018, was most consistent with T-lymphoblastic leukemia/lymphoma.[23] H&E staining revealed needle-shaped fragments of tissue involved by a diffuse proliferation of intermediate to large sized immature cells with oval to irregularly shaped nuclei, dispersed chromatin, variably prominent nucleoli and scant cytoplasm.[24]

Immunohistochemical stains showed that the proliferation was composed of CD3+ cells that were partially positive for TdT. Flow cytometric analysis showed a small population of thymic T-cells with evidence of maturation, as well as a predominant population of CD4+/CD8+ T-cells that were uniformly positive for surface CD3, CD45 (bright), and CD1, and negative for CD34.[25]

Flow cytometric studies on a pericardial fluid specimen collected October 5, 2018, at St. Jude also identified a predominant CD4+/CD8+dim T-cell population with uniform surface CD3 that was positive for a CD1a and subset/dim positive for CD10. Overall, the morphologic findings combined with the immunophenotypic features supported the diagnosis of T-lymphoblastic lymphoma.[26] The bone marrow bilateral aspirates revealed trilineage hematopoiesis with no morphologic evidence of leukemia. Flow cytometric

---

[19] Murry Calloway; p. 22/28.

[20] Id., p. 6/28.

[21] 2-21-22 Sawyer-Murdock medical record documents-RX.pdf, p. 5 of 5.

[22] Id.

[23] Vandy Pathology; p. 3/7.

[24] Id., p. 5/7.

[25] Id.

[26] SJ Mediastinal, p. 5/6.

Murdock v. Monsanto
November 21, 2022
Page 8

studies were negative for the presence of T-lymphoblasts.[27] Serology testing on blood collected on 10-5-2018 revealed a positive result for cytomegalovirus IgG antibody, Epstein-Barr Nuclear Ag IgG Ab and Epstein-Barr Viral Capsid Ag IgG Ab.[28] She had pharmacogenetic testing performed on a sample collected on October 28, 2018 to determine the best course of treatment.[29]

### Family Medical History

Ms. Murdock had no family history of pediatric cancer, leukemia, or lymphoma.[30]

### History of Tobacco, Alcohol, and Drug Use

Ms. Murdock had no history of illegal drug use. She was a lifetime non-smoker and was not known to have consumed alcohol.

### Residential History

When Ms. Murdock was born in 2001, the Murdock family lived in a house about a half-mile away from their current home. Her parents, Kyle and Mandy Murdock, then built the house at 1965 Rayburn Road when Ms. Murdock was approximately 4 years old. She lived the remainder of her life in this family home, as pictured in **Figure 1**. Ms. Murdock's parents and younger brother still reside there.

The Murdock home resides in an agricultural community with widespread use of Roundup by both the Murdocks and neighboring farmers in the fields surrounding the family's residential property, in which Ms. Murdock played and roamed as a young child.

**Note:** Episodic dermal contact with Roundup as a consequence of anecdotal childhood exposures are *not included in exposure calculations* (refer to ***Summary of Roundup Exposures*** and to **Section 3** (***Scope of Exposures***) for toxicological assessment of exposure events).

---

[27] SJ Bone Marrow, p. 2/13.

[28] SJ Serology, p. 6/21.

[29] SJ Pharm.

[30] SJ Vandy, p. 3/12.

Murdock v. Monsanto
November 21, 2022
Page 9



**Figure 1. Aerial view of the Murdock home at 1965 Rayburn Rd, Murray, KY**

(Google Earth image taken 10/21/2019)

## Employment History

Kenzie Murdock was a minor when she was diagnosed with NHL and had no history of employment.

## Roundup Exposure

Mr. Kyle Murdock, Kenzie's father, was interviewed by telephone on July 8 and December 9, 2021, regarding specific aspects of Ms. Murdock's Roundup exposure, medical history, and exposure to other chemicals. Mr. Murdock's detailed responses are presented in this section along with information obtained from the plaintiff fact sheet and complaint. Photographs, provided by the plaintiff, are also included.

### *Residential Exposure History*

Ms. Murdock was exposed to Roundup when her father sprayed it to control weeds and grasses around the yard and the house perimeter. From a young age, she was often with her dad when he sprayed around the residential property and, therefore, was exposed as a bystander.

Murdock v. Monsanto
November 21, 2022
Page 10

As Ms. Murdock grew up on the family farm, she spent a great deal of time outdoors. She began riding go-karts at four years old and continued to ride various four-wheelers throughout the property until she became ill in 2018. Ms. Murdock rode the various utility vehicles throughout the property including into areas that were treated with Roundup (see **Figures 1 & 4**).[31]

**Figure 2** and **Figure 3** show Ms. Murdock riding with her younger brother and grandfather on two of the family's open-cab tractors.



**Figure  2.  Young Kenzie Murdock and brother on a John Deere 4020 open-cab tractor**[32]

---

[31] Per interview of Mr. Murdock.

[32] Kenzie Murdock Photos (PDF), p. 8.

Murdock v. Monsanto
November 21, 2022
Page 11



**Figure 3.  Early photograph of Kenzie Murdock with brother and grandfather on tractor.**
(Note that both of Ms. Murdock's hands are in direct contact with tire guards)[33]

**Figure 4** provides an aerial view of the house, the Murdock farm buildings, and the surrounding areas where Ms. Murdock lived, played and sprayed Roundup.

---

[33] Kenzie Murdock Photos (PDF), p. 1.

Murdock v. Monsanto
November 21, 2022
Page 12



**Figure  4.  Aerial view of Murdock property[34]**

### *Roundup Exposure on the Family Farm*

The Murdock family's farming operation currently consists of approximately 4,000 acres of owned and rented land. A large percentage of the farmland is located in close proximity to the family's home in Calloway County, Kentucky, as shown in **Figure 5**.

Ms. Murdock frequently rode on the tractors and in the farm sprayers with her dad from the age of three years until she became ill in the summer of 2018.[35]

---

[34] Google Earth image taken 10/21/2019

[35] Ms. Murdock also rode with her grandfather as he sprayed Roundup from the ATV.

Murdock v. Monsanto
November 21, 2022
Page 13



**Figure 5.  Aerial view of land farmed by Murdocks shown relative to 1965 Rayburn Rd. residence**

The other fields surrounding the family's residential property were farmed by the neighboring farmers who also used Roundup. Ms. Murdock drove and rode on the various utility vehicles and tractors throughout the property and the rented land.[36]

---

[36] Per interview of Mr. Murdock.

Murdock v. Monsanto
November 21, 2022
Page 14

Beginning in 2004 when Ms. Murdock was about three years old, Ms. Murdock rode with her dad[37] in the large boom sprayers (Spra-Coupe, John Deere) while he sprayed Roundup on the fields. The fields were generally sprayed each year between March and July or August.

Ms. Murdock rode in the enclosed cab of the large sprayers 2-3 times a week during the five-month spraying season until she entered kindergarten in the fall of 2006 at age 5. Mr. Murdock estimated that his daughter rode in the sprayers a total of 15 to 20 times per year during this time period.[38]

Beginning in 2007 after Ms. Murdock had started school, she rode in the large sprayers with her dad about once per week or 3-4 times per month for an average of 4.5 hours each time during the spraying season.[39]

As she became involved in more activities in high school (fall 2016 to 2018) such as volleyball, her time in the sprayer decreased to 3-4 times per season.

Mr. Murdock estimated that his daughter rode in the larger sprayers about 8-12 times per year, on average, from age 5 1/2 to 17 years.[40] He further clarified that, depending on the year, it could have been from 3 or 4 times per year to between 15 and 18 times per year. She rode in the 4650 Spra-Coupe and John Deere sprayers (see section titled *Roundup Product Used and Method of Application* for photographs of these sprayers) all of which had an enclosed cab with air conditioning.[41] The sprayers had 60-foot booms until 2011 when he switched to 100-foot booms.[42]

Mr. Murdock typically did the Roundup spraying from mid-morning to mid-afternoon. He reported that Ms. Murdock was sometimes in the sprayer for approximately 2 hours and at other times all afternoon. Mr. Murdock estimated that she was in the sprayer an average of 4.5 hours each time over her lifetime.[43]

---

[37] Beginning at age 4 or 5, she also occasionally rode with her grandfather in the large sprayers.

[38] Telephone Interview 12/9/21

[39] Id.

[40] Telephone interview, 7/8/21.

[41] Id.

[42] Id.

[43] Telephone interview 12/9/21.

Murdock v. Monsanto
November 21, 2022
Page 15

Ms. Murdock frequently rode with her grandfather on utility vehicles as he spot-sprayed Roundup throughout the farm property. She was approximately 4 years old when she started riding with her grandfather, and beginning when she was about 7 years old, she participated in the spraying as well.

Ms. Murdock sprayed Roundup with a hand-held pressure wand attached to a 25-gallon sprayer on the back of a 4-wheel ATV. Depending on the area being treated, Ms. Murdock sprayed Roundup while riding along on the utility vehicle or while standing alongside the stopped vehicle. She sprayed using a mist or a stream as appropriate for the situation. She was exposed to the drift and mist on the open vehicle both when actively spraying and when riding along with her grandfather while he sprayed. Mr. Murdock estimated that Ms. Murdock was engaged in the spot-spraying about 10-12 times per year for 1-2 hours each time over a period of ten years.[44]

Between the ages of 14 and 16 years, Ms. Murdock pressure-washed the large boom sprayers about four times per year for two years. She did not wear gloves or any other protective clothing. It generally required most of the day to wash just one of the boom sprayers. She was also tasked with washing the utility vehicles and the 4-wheelers (Kubota, Gator, etc.).

---

[44] Telephone interview, 12/9/21.

Murdock v. Monsanto
November 21, 2022
Page 16



**Figure 6.  Large supply tank on the Murdock farm**

Ms. Murdock often climbed up the ladder onto the flatbed trailer that held the supply tank
(see **Figure 6**). She came into regular contact with the Roundup chemical residue from
various equipment as she did not wear gloves.

Ms. Murdock ceased her spray activities in 2018, the year she was diagnosed with NHL.
As the T-lymphoblastic leukemia/lymphoma subtype is known to be aggressive, her
physicians recommended a rapid course of care which was scheduled shortly after her
diagnosis. **Figure 7** shows her in-hospital for treatment.

Murdock v. Monsanto
November 21, 2022
Page 17



**Figure  7.  Photograph of Ms. Murdock in the hospital in 2018**
(from family memorial page).[45]

---

[45] "Prayers for Kenzie Murdock," https://www.facebook.com/groups/1225593817639908/

Murdock v. Monsanto
November 21, 2022
Page 18

### *Roundup Product Used and Method of Application*

Kyle Murdock used Roundup for burndown on his crop fields once per year (to prepare for planting). This was done over corn once per year and over soybeans 2 or 3 times per year, but the process required many days to complete in each crop area. Kyle Murdock preferred to use Roundup brand glyphosate over other brands because it came with a guarantee that it would work. He felt it was worth the extra cost for the guarantee that it would be effective.

From 2000-2006, Mr. Murdock farmed approximately 1,500 acres. He sprayed Roundup (concentrate formulation at 360 g of glyphosate acid /L or 3 lb. of glyphosate acid /gallon), 4 times per year at a rate of 1 quart concentrate product per acre. This can be compared to the agricultural standard for burndown: a sufficient rate ranges from 0.75 lb. to 1.5 lb. glyphosate acid per acre. Mr. Murdock's use of 1 quart (0.25 gallon) of Roundup per acre equates to approximately (0.25 gallon) x (3 lb./gallon) or 0.75 lb. glyphosate acid per acre which is at the low end of the sufficient rate range.



**Figure  8.  Spra-Coupe 4640 (similar to model 4650 in which Ms. Murdock rode with her father)[46]**

---

[46] From Spra Coupe 3430 self-propelled sprayer.pdf

Murdock v. Monsanto
November 21, 2022
Page 19

From 2007-2010, Mr. Murdock was farming 2,000 acres. He reported that the concentration of Roundup had increased so the rate per acre dropped to 20 ounces of concentrate per acre. During 2011 and 2012, Mr. Murdock rented more land and farmed 3,000 acres, then increased to 4,000 acres in 2013.[47]



**Figure  9.  John Deere Sprayer 4630**

---

[47] Telephone interview, 7/8/21.

Murdock v. Monsanto
November 21, 2022
Page 20



**Figure 10. John Deere Sprayer 4730**



**Figure 11. Sprayer arm (boom) of the John Deere Sprayer 4730**

Murdock v. Monsanto
November 21, 2022
Page 21

**Figure 12** shows one of the smaller tank sprayers used by Ms. Murdock and her grandfather. She sprayed Roundup with a hand-held pressure wand attached to the 25-gallon sprayer on the back of a 4-wheel ATV or tractor. A diaphragm pump provided the pressure for the sprayer which was powered by a 12-volt battery. Depending on the area being treated, Ms. Murdock sprayed Roundup while riding along on the utility vehicle or while standing alongside the stopped vehicle. She sprayed using a mist or a stream as appropriate for the situation. She was exposed to the drift and mist on the open vehicle both when actively spraying and when riding along with her grandfather while he sprayed.[48]



Figure 12. Portable 25-gallon sprayer used by Ms. Murdock (boom detached for spot spraying).

### Personal Protective Equipment (PPE)

Ms. Murdock typically wore shorts and a t-shirt with Crocs or sandals during the spraying season. If it was cooler, she wore sweatpants. She typically showered when she went inside for the day which was usually between 4 pm and 8 pm. (They typically sprayed mid-morning to mid-afternoon.[49])

---

[48] Telephone interview, 12/9/21.

[49] Id., 12/9/2021.

Murdock v. Monsanto
November 21, 2022
Page 22

Kenzie Murdock wore no personal protective equipment of any kind at any time that she rode on the sprayers and other farm equipment.

### Other Exposure Factors

Mr. Murdock reported that his daughter rode a 4-wheel ATV throughout much of the property on a regular basis.

The Spra-Coupe had a 20" nozzle spacing, and the John Deere had 15" spacing. Both were aerosol sprayers. Mr. Murdock experienced clogging of the nozzles at which time he would have to cease spraying and clear the nozzle. He contacted Roundup mixture on his shirt and pants as well as on his arms and hands when he cleared the nozzles. The John Deere sprayer had a handrail on the glass door that Mr. Murdock used to re-enter the cab after he finished clearing of the spray nozzles. Ms. Murdock held on to the handrail while she rode in the cab; thus, contacting the Roundup residue left there by her father.

### Potential Confounding Exposures and Factors

During his telephone interviews, Mr. Murdock reported that his daughter was healthy and very fit. She played volleyball for her high school team as well as with a travelling team. She had asthma for which she had been prescribed an inhaler, but she only used it occasionally when playing volleyball. She was never treated with systemic prednisone for her asthma. She was never prescribed any long-term oral pharmaceuticals. She was never obese. Her grandparents are all living and healthy with no cancer. Ms. Murdock sprained her ankle a couple of times, but he doesn't recall her having had any CT scans prior to her cancer diagnosis.[50]

Ms. Murdock may have used a canned wasp spray to kill wasps around their pool which the family had for approximately 3-4 years, but Mr. Murdock normally took care of this task.[51] It is also possible that she may have sprayed 2,4-D, but only when mixed with the Roundup.[52]

**Table 1** summarizes toxicological findings pertaining to potential confounding exposures. Mr. Murdock also provided lists of chemicals purchased via his accounts from 2012-2020.

---

[50] Telephone interview, 7/8/21.

[51] Id.

[52] Telephone interview, 12/9/21.

Murdock v. Monsanto
November 21, 2022
Page 23

**Table  1**
**Review of Potential Causative Factors for Kenzie Murdock**

| Potential Causative Factor | Yes/No |
|---|---|
| Family medical history[53] | No |
| Significant alcohol consumption history | No |
| Smoking history and pack-year calculations | No |
| Drugs-of-abuse | No |
| Any history of obesity? | No |
| Prior significant pharmacological regimens | No |
| Any history of hematopoietic malignancies or other cancers? | No |
| Ever been prescribed long-term immune-suppressive pharmaceuticals such as prednisone? | No |
| Ever prescribed cyclophosphamide or any other drugs to treat cancer prior to NHL treatment? | No |
| History of organ transplant? | No |
| Ever been diagnosed with HIV, AIDS? | No |
| Ever been diagnosed with Hepatitis B or C? | No |
| Ever been diagnosed with Crohn's disease? | No |
| Ever been diagnosed with rheumatoid arthritis? | No |
| Ever been diagnosed with ulcerative colitis? | No |
| Significant radiological exposures or CT scans prior to NHL treatment? | No |
| Ever lived near or adjacent to a Superfund site? | No |
| Paint and/or paint solvent exposure? | No |
| Significant exposures to benzene? | No |
| Exposure to petroleum products? | No |
| Any unusual or chronic gasoline exposures? | No |
| Use of solder for pipe welding? | No |
| Ever welded pipes? | No |
| Frequent use of plumbing PVC glue? | No |
| Use of a wasp killer or other insecticide/pesticide? | No |
| Use of herbicide other than Roundup? | Yes, minimal |
| Use of Miracle-Gro? | No |
| Use of AMDRO? | No |
| Ever used 2,4-D? | No |

---

[53] Medical genetics deferred to oncologist.

Murdock v. Monsanto
November 21, 2022
Page 24

**Table 1 (continued)**

| Potential Causative Factor | Yes/No |
|---|---|
| Ever used Weed & Feed? | No |
| Ever used Snake-A-Way? | No |
| Ever used Sevin? | No |
| Use of any other home gardening/landscape chemicals? | No |
| Use of latex paint? | No |
| Ever farmed or been exposed to livestock? | No |
| Other underlying chemical exposures? | No |

## NHL Latency Interval

Based on her first reported exposure to Roundup, Ms. Murdock's latency interval to date of diagnosis was approximately **14 years** (2004-2018). However, it should be noted that she sustained exposures to Roundup throughout this period.

## Summary of Roundup Exposures

The following exposure factors emerged as a result of Mr. Murdock's interviews. Events included or not included in the *exposure day* calculations are so noted.

- **(2004-2006) Riding in Sprayers:** Beginning in 2004 when she was about three years old, Ms. Murdock rode with her dad in the large boom sprayers (Spra-Coupe, John Deere) while he sprayed Roundup on the fields each year from March through July or August. Ms. Murdock rode in the enclosed cab of the large sprayers 15 to 20 times per year for an average duration of 4.5 hours per event, until she entered kindergarten in the fall of 2006. *[Included]*

- **(2005-2008) Passenger Exposures:** Mr. Murdock reported that his daughter was 4 or 5 years old when she started riding the tractors and ATVs with her grandfather. She was episodically exposed to Roundup while her grandfather sprayed. However, this was occasional, and Mr. Murdock did not specify exposure duration(s). *[Not Included]*

- **(2007-2018) Riding in Sprayers:** Mr. Murdock provided an overall, conservative estimate of about 8-12 times per year on average (ranging from 3-4 to 15-18 times per season), that she rode in the larger sprayers from age 5 1/2 to 17 years (2007-

Murdock v. Monsanto
November 21, 2022
Page 25

2018).[54] Mr. Murdock estimated that she was in the sprayer an average of 4.5 hours each time throughout her lifetime.[55] *[Included]*

- **(2008-2017) Area and Spot Spraying:** Ms. Murdock personally sprayed Roundup with a handheld wand attached to a 25-gallon sprayer pulled by a 4-wheel ATV. She sprayed Roundup while riding on the utility vehicle and/or standing next to the vehicle. She applied both wide and stream sprays and was exposed to spray and mist. Mr. Murdock estimated that his daughter engaged in spot-spraying about 10-12 times per year for 1-2 hours per spray event over 10 years (2008-2017).[56] *[Included]*

- **Episodic Dermal Contact:** The John Deere aerosol sprayer experienced frequent nozzle clogging. Mr. Murdock cleared the nozzles and regularly contacted Roundup mixture on his shirt, pants, arms, and hands. Thus, cross-contamination of grab handles and other surfaces occurred. Ms. Murdock came into contact with incidental liquid Roundup adhering to the handrail and other surfaces from her father's wet hands and clothing. *[Not Included]*

- Additionally, between the ages of 14-16, Ms. Murdock pressure-washed the large boom sprayers about 4 times per year for 2 years. She wore no gloves or other protective clothing. These activities required most of the day to wash just a single boom sprayer. She was also tasked with washing utility vehicles and 4-wheelers. She often climbed the ladder onto the supply tank flatbed trailer coming into contact with Roundup residue from various equipment as she did not wear gloves. *[Not Included]*

**Table 2** is a summary of Ms. Murdock's Roundup exposure included for quantitative assessment. The information compiled in **Table 2** is used to calculate her Roundup exposure according to the methodology used in the human epidemiological applicator exposure studies (see **Table 3** and **Table 4**). This will permit valid comparison of Ms. Murdock's Roundup exposure to the exposure metrics that were found to be associated with an increased risk of NHL in these human studies. This compilation is also used to determine Ms. Murdock's absorbed systemic dose using the methodology in the Machado-Neto et al. (2000)[57] study for comparison to applicator systemic doses in the peer-reviewed literature.

---

[54] Telephone interview, 7/8/21.

[55] Telephone interview 12/9/21.

[56] Id.

[57] Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate

Murdock v. Monsanto
November 21, 2022
Page 26

**Table 2**
**Summary of Kenzie Murdock's Roundup Exposures**

| Application Method | Time Period | Number of Seasons | Events per Season | Duration of Exposure |
|---|---|---|---|---|
| Riding in large tractor sprayers while Mr. Murdock sprayed | 2004-2006 | 3 | 15-20 | 4.5 hours (average) |
| | 2007-2018 | 11.5[58] | 8-12 | |
| Area and Spot spraying with 25-gallon sprayer | 2008-2017 | 10 | 10-12 | 1-2 hours |

**Lack of Personal Protective Equipment:** Ms. Murdock wore no personal protective equipment of any kind at any time that she rode on sprayers or other farm equipment. She typically wore shorts and a t-shirt with crocks or sandals during the spraying season. If it was cooler, she wore sweatpants. She typically showered when she went inside for the day which was usually between 4 pm and 8 pm (they typically sprayed mid-morning to mid-afternoon).[59]

**Other Chemicals and Substances:** Ms. Murdock was not reported to have been exposed to any other potentially causative chemicals or substances except for minor events previously cited in the ***Potential Confounding Exposures*** section.

---

applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

[58] Only ½ the 2018 season is included as she became ill that summer.

[59] Id.

Murdock v. Monsanto
November 21, 2022
Page 27

## 3. Scope of Exposures

In assessing human exposure to a chemical, toxicologists examine the amount of a chemical with which a person comes into contact, the amount of the chemical that enters the body, the subsequent distribution throughout the body as a result of contact, and how these parameters change over time (pharmacokinetics). When a person is exposed to a chemical such as glyphosate, the amount of chemical physically contacting the body is referred to as the "exposure dose." This is different from the "systemic dose" which is the amount of chemical that is absorbed into the body, enters into the bloodstream, and reaches various organs within the body (for example, the bone marrow, where stem cells associated with the development of NHL are located).

Toxicologists use an objectively established dose to quantify a chemical's risk of toxicity. With respect to human glyphosate <u>exposure doses</u> associated with NHL, the epidemiological studies of glyphosate applicators employed either an *ever/never use* threshold or a frequency of exposure expressed as *exposure-days* as the exposure dose metric. Therefore, Ms. Murdock's Roundup exposure is calculated in terms of *exposure-days* to allow for comparison to the human epidemiological studies.

With respect to human glyphosate <u>systemic doses</u> associated with NHL, epidemiological studies have used urinary measurements to establish a systemic glyphosate dose in units of mg of glyphosate per kg of body weight per day (mg/kg-BW/day). Ms. Murdock's Roundup systemic exposure is also calculated in units of mg/kg-BW/day using the methodology in the Machado-Neto et al. passive dosimetry study as described in the following section. This allows for Ms. Murdock's systemic dose to be compared to the glyphosate applicator doses in the review studies of Solomon (2016, 2019).[60]

**Exposure Dose According to the Methodology of Glyphosate Applicator Studies**

In this report, I have assessed nine (9) peer-reviewed human epidemiological studies that report statistically measured outcomes of NHL associated with frequency of use. Roundup exposure doses within these studies are measured as frequency and/or duration of applications and are quantified in units of total *exposure-days*, *exposure-days* per year, or *ever/never use*. The *exposure-day* methodology provides an objective basis

---

[60] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678

Solomon, K., "Estimated exposure to glyphosate in humans via environmental, occupational, and dietary pathways: an updated review of the scientific literature," 2019, Pest Management Science, 76(9), pp. 2878–2885. https://doi.org/10.1002/ps.5717

Murdock v. Monsanto
November 21, 2022
Page 28

for comparison of Ms. Murdock's calculated exposure dose in units of *exposure-days* to the human epidemiological study data at the 95% level of certainty.

It is important to note how an *exposure-day* is defined in each of the studies when comparing an individual's exposure to the exposures in the studies that revealed an increased risk of developing NHL. For example, one of the studies (Eriksson et al., 2008)[61] defined one *exposure-day* as an 8-hour day of exposure consistent with the Swedish working day of 8 hours. Other epidemiological Roundup studies did not stipulate a full 8-hour day of glyphosate mixing and application. Rather, they considered either *ever/never use* or included all days where exposure occurred.

Of the nine (9) primary epidemiological studies noted within my report, I have relied on six (6) of these studies to assess the dose-metric aspects of general causation. These studies are Andreotti et al. (2018),[62] Leon et al. (2019),[63] Zhang et al. (2019),[64] Pahwa et al. (2019),[65] De Roos et al. (2003)[66], and De Roos et al. (2022).[67] These studies were selected without bias as they simply represent the only group of human epidemiological studies that address toxicological dose using the same generally recognized dose metric while also assessing potential interference from pesticides other than glyphosate.

Ms. Murdock's exposure dose was ascertained using the *exposure-day* and *ever/never use* methodology applied within these six peer-reviewed human epidemiological studies. The exposure dose calculations in the Eriksson et al. (2008), McDuffie et al. (2001), and Meloni et al. (2021) studies were considered with respect to the general causation of NHL by glyphosate; however, they were not relied upon for the dose-response assessment

---

[61] Eriksson, M., et al., "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis," 2008, International Journal Cancer, Vol.123, pp. 1657 – 1663.

[62] Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233

[63] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

[64] Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma:  A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

[65] Pahwa, M. et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project," 2019 Jun 27, Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830

[66] De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol. 60.

[67] De Roos A., et al., "Herbicide use in farming and other jobs in relation to non-Hodgkin's lymphoma (NHL) risk," 2022, Occup Environ Med Epub, http://dx.doi. org/10.1136/oemed-2022- 108371

Murdock v. Monsanto
November 21, 2022
Page 29

due to their lack of multifactorial (multivariable) analysis of potentially confounding pesticides/herbicides.

As previously noted, the prescribed methodology published in these studies expresses exposure dose in units of cumulative *exposure-days*, *exposure-days* per year, and/or *ever/never use*. I have, therefore, employed the generally accepted *exposure-day* methodology to evaluate whether Ms. Murdock's exposures exceeded the maximum thresholds within the epidemiological studies at the 95% upper confidence interval. This form of exposure metric is also used to assess cancer risk in other chemical analyses. For example, benzene exposure assessments with respect to leukemia causation are based on benzene "*ppm-years*." Similarly, "*pack-years*" assesses smoking dosage.

Roundup spray application conditions are subject to a range of variables including, but not limited to, frequencies, durations, weather, terrain, condition of skin, concentration of the products and surfactants, level of PPE (if worn), and many other considerations. I have assessed these various parameters with respect to Ms. Murdock's systemic dose and *exposure-day* metrics. This information is used in tandem with the *exposure-day*, *ever/never use* calculations, and Ms. Murdock's systemic dose calculation as compared to applicators wearing full PPE in the passive diffusion study (Machado-Neto, 2000).

### *Exposure-Day Calculations*

The Andreotti et al. (2018), Leon et al. (2019), Zhang et al. (2019), Pahwa et al. (2019), De Roos et al. (2003) and De Roos et al. (2022) studies all employed the same dose-metric methodology. Glyphosate exposure is expressed as a total number of *exposure-days* sustained by an individual, based on either a lifetime total or an average number of days per year. In all these studies, the exposure is non-time-weighted, i.e., there is no required minimum number of hours of use per day.

Murdock v. Monsanto
November 21, 2022
Page 30

**Table 3** shows Ms. Murdock's exposure dose ascertained using the same methodology as that applied in the Andreotti et al. (2018),[68] Leon et al. (2019),[69] Zhang et al. (2019),[70] Pahwa et al. (2019),[71] De Roos et al. (2003)[72] and De Roos et al. (2022)[73] dose-metric studies.

**Table 3**
**Calculation of Kenzie Murdock's Total *Exposure-Days***

| Event | Dates (inclusive) | Total Years | Events Per Year | Total Exposure-Days | | |
|---|---|---|---|---|---|---|
| | | | | Min | Mid | Max |
| Riding in sprayers | 2004-2006 | 3 | 15-20 | 45 | 52.5 | 60 |
| | 2007-2018 | 11.5 | 8-12 | 92 | 115 | 138 |
| Spot-spraying | 2008-2017 | 10 | 10-12 | 100 | 110 | 120 |
| | | | Totals | 237 | 278 | 318 |

**Table 3** reveals that Ms. Murdock sustained a midpoint of **278 *exposure-days*** on her family's property and farm prior to her NHL diagnosis. Over fourteen years, this yields an average of **20 *exposure-days*** per year.

### Systemic Dose According to the Methodology of Glyphosate Applicator Studies

Systemic dose is typically only a portion of the exposure dose and is identified through pharmacokinetic (PK) or chemical disposition studies to trace the fate of a chemical after it enters the body. Pharmacokinetic studies investigate the amount of chemical absorbed by the body, how the chemical is distributed throughout the body to specific tissues, how

---

[68] Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233.

[69] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

[70] Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

[71] Pahwa, M. et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project," 2019 Jun 27, Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830

[72] De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol. 60.

[73] De Roos A., et al., "Herbicide use in farming and other jobs in relation to non-Hodgkin's lymphoma (NHL) risk," 2022, Occup Environ Med Epub, http://dx.doi. org/10.1136/oemed-2022- 108371.

Murdock v. Monsanto
November 21, 2022
Page 31

the chemical is metabolized and finally, how a compound is excreted from the body. This is commonly known as ADME (absorption, distribution, metabolism, and excretion).

Ms. Murdock's absorbed systemic dose was calculated in units of mg/kg-BW/day for comparison to the absorbed systemic doses of glyphosate applicators compiled in the peer reviewed literature as reviewed by Solomon (2016, 2019).[74] Thus, the systemic dose calculation will determine if Ms. Murdock's absorbed systemic dose was in the low, middle, or high range of glyphosate applicator doses within the generally accepted studies.

### Dose Analysis using the Machado-Neto et al. (2000) Knapsack Sprayer Study

A controlled study of glyphosate applicators was carried out by Machado-Neto et al. (2000)[75] through the Department of Crop Protection, School of Agricultural and Veterinary Sciences of Jaboticabal, Sao Paulo State University, Brazil, and the Aracruz Celulose Company which employed glyphosate applicators.[76] The purpose of the study was to measure workers' exposure to glyphosate over an application interval less than 70 minutes and then to adjust the exposure to a seven hour work day to assess the safety of working conditions.

Lever-operated knapsack application of 0.48% glyphosate in the spray solution was measured using 20 female sanitary pads (*Carefree*) placed on each applicator's body in eight defined areas. Each applicator was fitted with drill overalls with long sleeves and hood, disposable semi-facial mask, and leather shoes. The twenty pads were affixed to the applicators' various body areas, summarized as follows:

- Head + face + neck
- Arms + forearms

---

[74] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678

Solomon, K., "Estimated exposure to glyphosate in humans via environmental, occupational and dietary pathways: an updated review of the scientific literature," 2019, Pest Management Science, 76(9), pp. 2878–2885. https://doi.org/10.1002/ps.5717

[75] Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

[76] Aracruz Celulose S.A. was a Brazilian manufacturer of pulp and paper and a supplier of bleached Eucalyptus pulp. In 2009, the company merged with VCP and was renamed Fibria with headquarters in Sao Paulo.

Murdock v. Monsanto
November 21, 2022
Page 32

- Hands
- Thorax front
- Thorax back
- Legs + thigh front
- Legs + thigh back
- Feet


Following application by sprayers for less than 70 minutes, the pads were removed and tested for the surrogate chemical (copper oxychloride 252g/100L of water) which had been added to the spraying solution of Roundup (packaged at 480 g/L glyphosate). The copper oxychloride within the pads was then analyzed by the laboratory using atomic absorption spectrophotometer with glyphosate concentrations quantified for the various areas of the body. All evaluations were performed with eight replications. The accepted statistical variation in values of dermal exposures among repetitions of each body part was equal to the mean ± two times the calculated standard deviation.

Potential dermal exposure (PDE) in hands was directly assayed in the cotton gloves used by workers. (PDE is defined as the amount of glyphosate measured in the pad.) This provided a measurement of how much glyphosate impacted the clothing with potential to contact the skin whereas the non-controlled dermal exposure (NCDE) is the amount of glyphosate that impacted the skin. The NCDE was significantly decreased by personal protective equipment (PPE) that workers used in this study. By subtracting the PDE value from the NCDE value, the remaining amount is a measure of the quantities that could be retained by the equipment. The study used 80% for overalls and hoods, 95% for boots, 99% for rubber gloves and 99% for facial masks as reported by Kieczka (1993).[77]

Results of the study revealed that knapsack sprayers with wands were heavily exposed to two primary body regions with 85.7% of the PDE on the frontal part of thighs/legs and feet. It should be noted, however, that mixing was not included in these measurements; thus, underestimating dermal impact to the hands when non-permeable gloves were not worn.

---

[77] Kieczka, H, "Requirements for safe-guarding the health of applicators of plant protection products – an overview," 1993, International Symposium on Pesticides Application Techniques, 2°, Strasbourg, Annals, 2/2, pp. 455 – 462.

Murdock v. Monsanto
November 21, 2022
Page 33

**Table 4** shows the proportion (%) of potential dermal exposure (PDE) for various body regions for glyphosate applicators using a lever-operated knapsack sprayer as published in the 2000 Machado-Neto study.[78]

**Table  4**
**Distribution of PDEs in Body Regions of Glyphosate Applicators**

| Type of Sprayer | Glyphosate Concentration | % of Body Regions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H |
| Lever-operated Knapsack | 0.48% | 0.1% | 0.5% | 4.3% | 1.6% | 0.1% | 44.6% | 7.7% | 41.1% |

| | |
|---|---|
| A = head + face + neck | E = thorax back |
| B = arms + forearms | F = legs + front thigh |
| C = hands | G = legs + back thigh |
| D = thorax front | H = feet |

As shown in **Table 4**, when using the knapsack sprayer, the two body regions that receive the greatest percentage of total dermal exposure are (1) legs + front thigh and (2) feet. This is highly significant in the current matter since Ms. Murdock typically wore shorts and Crocs or sandals during spray season. It should be noted that Ms. Murdock used a hand-held pressure wand attached to a 25-gallon sprayer on the back of a 4-wheel ATV or tractor. The sprayer she used was powered by a battery, which produced a higher volume of spray than did the backpack sprayers in the study.

The potential dermal exposure (PDE) and the non-controlled dermal exposure (NCDE) measured for lever-operated knapsack application over seven hours are shown below:

- Percent glyphosate in spray:                    0.48%
- Potential Dermal Exposure (PDE):           1,945.83 mg
- Non-controlled dermal exposure (NCDE):     253.90 mg

It should be noted that the overall average penetration in the Machado-Neto, et al. study was 13.0% (253.9 mg/1,945.83 mg). The Lavy, et al. penetration study reported clothing penetration levels with an average for all paired patches of 22.9%[79]

**Table 5** shows the published 2000 Machado-Neto study results of glyphosate dermal exposure (in mg/day) expressed as "Potential" exposure and as "NCDE" (not controlled

---

[78] Id.

[79] Lavy, T. et al., "Conifer Seedling Nursery Worker Exposure to Glyphosate," 1992, Arch. Environ. Contamin. Toxicolo. Vol.22, pp. 6-13.

dermal exposure). This table is significant in the current matter as it clearly demonstrates the potential difference in exposure between sprayers wearing personal protective equipment and those not wearing such equipment. Sprayers who did not wear PPE received **7.6 times higher** dermal exposure than those who wore PPE. Ms. Murdock did not wear any type of protective equipment and typically wore shorts with Crocs or sandals when applying Roundup.

**Table  5**
**Potential Dermal Absorption (without PPE) and Not Controlled Dermal Exposure (NCDE) with Personal Protective Equipment**

| Type of Sprayer | Glyphosate Concentration | Dermal Exposure (mg/day) | |
|---|---|---|---|
| | | Total Dermal Exposure | Exposure with PPE |
| Lever-operated Knapsack | 0.48% | 1,945.83 | 253.90 |

Using the **253.9 mg/7 hour-day** exposure from the Machado-Neto et al. (2000) study, which is clearly an underestimation due to Ms. Murdock's lack of PPE, and pro-rating it for her maximum 2 hours of application per day will yield a conservative estimate of her absorbed dose.

Multiplying the NCDE exposure by (2 hrs / 7 hrs) to adjust for the 7-hr workday in the Machado-Neto study gives Ms. Murdock's exposure:

$$\text{Dermal Exposure} = (253.9 \text{ mg/day}) \times (2/7) = \textbf{72.5 mg/day}$$

Adjusting for Ms. Murdock's body weight of 74.4 kg and converting the dermal exposure to a systemic dose by multiplying by the 2% dermal absorption factor (as in the Machado-Neto study) provides the following:

$$\text{Systemic Dose} = (72.5 \text{ mg/day}) \times (2\% \text{ dermal absorption})/(74.4\text{kg}) = \textbf{0.020 mg/kg/day}$$

This systemic dose does not consider the exposures experienced when riding on the sprayers with her father for 4.5 hours/day (as previously documented), which accounts for additional systemic exposures. Thus, the Machado-Neto methodology underestimates Ms. Murdock's actual systemic exposure dose in units of mg/kg/day.

The Machado-Neto methodology is peer-reviewed and certainly not novel (even Monsanto has used the same methodology in their "*Monsanto MON 2139 Study*" of backpack sprayers wearing extensive PPE). The dose calculation is from a reliable study methodology that has never been disputed in the scientific literature. Additionally, the

Murdock v. Monsanto
November 21, 2022
Page 35

study has the quality of being a "*real world*" measurement of exposure that was run eight times with 20 sample locations of the body at each run with an error rate reported as $\pm$ 2 standard deviations. Results are based on objective laboratory analyses and provide a reasonably reliable and accurate surrogate analysis.

**Underestimations of Exposure**

It is important to know that limitations in modeling do not account for non-standard events that are unique to Ms. Murdock and would increase her exposure. For example:

- Ms. Murdock did not wear non-permeable gloves while mixing or applying Roundup. The Machado-Neto studies included gloves which revealed 99% protection of the hands. Her fingers and hands regularly became wet from the Roundup.

- Her usual attire during these activities consisted of shorts and short-sleeved shirts with Crocs or sandals. Thus, Ms. Murdock 's systemic exposure dose is significantly underestimated as the Machado workers used PPE including drill overalls with long sleeves and hood, disposable semi-facial mask, and leather shoes.

- Mr. Murdock reported that his daughter was 4 or 5 years old when she started riding the tractors and ATVs with her grandfather. She was episodically exposed to Roundup while her grandfather sprayed.

- From age 14-16, Ms. Murdock pressure-washed large-boom sprayers about 4 times per year. She wore no gloves or other protective clothing. These activities required most of the day to wash just a single boom sprayer. She was also tasked with washing utility vehicles and 4-wheelers. She often climbed a ladder onto a supply tank flatbed trailer, coming into contact with Roundup residue from various equipment.

**Conclusions Regarding Ms. Murdock's Systemic Dosage**

Ms. Murdock typically wore shorts and a t-shirt with crocs or sandals during the spraying season. If it was cooler, she wore sweatpants. She also used a 12-volt electric pump and an aerosol nozzle. Backpack sprayers also use hydraulic nozzles; however, they operate at a lower volume than that of motorized electric pumps. The applicators in the Machado-Neto study wore drill coveralls, leather boots, long sleeved shirt, face shield and gloves.

Thus, the use of the Machado-Neto study is a conservative model which underestimates Ms. Murdock's systemic glyphosate dosage, but the estimation of her dose at **0.020 mg/kg/day** can be compared to that of other applicators.

Murdock v. Monsanto
November 21, 2022
Page 36

The 2016 and 2019 Solomon review studies[80] examined glyphosate exposure data with respect to applicators and other populations. In particular, the study assessed exposure doses as "estimated from information in the open literature and unpublished reports provided by Monsanto Company." (The study author previously served as an independent consultant for the Monsanto Company.) A portion of the data used in the review originated with unpublished reports created by Monsanto Company. It is not known what information these reports contained as the link to some of the documents referenced in the report no longer function. It is reasonable to assume that the exposure levels contained within this peer-reviewed study, published in Critical Reviews in Toxicology, are accurate. Review of the literature does not reveal that the results have been disavowed or withdrawn.

The graphic in **Figure 13** was adapted from the Solomon (2016) study to illustrate Ms. Murdock's systemic dose compared to other applicators. According to Solomon's review, the systemic dose for applicators (as determined by passive dosimetry) ranged from 0.000001 to 0.064 mg/kg/day. The dose values lying between the 10th and 90th percentiles are represented by the blue box in the figure. Solomon determined that the 90th percentile systemic dose for passive dosimetry results of applicators was **0.021** mg/kg/day.[81]

---

[80] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol. 46, No. S1, 21-27.

Solomon, K., "Estimated exposure to glyphosate in humans via environmental, occupational and dietary pathways: an updated review of the scientific literature," 2019, Pest Management Science, 76(9), pp. 2878–2885. https://doi.org/10.1002/ps.5717

[81] This was the 90th percentile dose in both the 2016 and 2019 reviews although after removing an outlier in the 2019 study, the range of doses was decreased.

Murdock v. Monsanto
November 21, 2022
Page 37



**Figure 13. Ms. Murdock's systemic glyphosate dose compared to doses among glyphosate applicators (adapted from Solomon study[82])**

Ms. Murdock's systemic glyphosate dosage over a two-hour spraying day based on the Machado-Neto study was **0.020 mg/kg/day**. As shown in **Figure 13,** this level is at the high-end of the applicator results reported in the peer-reviewed literature. It is just slightly below the 90th percentile applicator systemic dose finding of **0.021 mg/kg/day.**

## 4. Glyphosate Human NHL Studies

There are no epidemiological studies in which humans were purposefully dosed with glyphosate and then had their actual glyphosate blood levels measured. None of the human epidemiological studies that evaluated NHL risk ratios included either urine or blood measurements. Therefore, no direct glyphosate blood levels or systemic concentrations can be cited for reference with respect to NHL. However, the above passive diffusion methodology of Machado-Neto et al. can be directly compared to systemic doses reported among glyphosate applicators.

---

[82] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678

Murdock v. Monsanto
November 21, 2022
Page 38

Similarly, the available animal studies are highly useful qualitative surrogates, but their findings are insufficient alone to determine what human dose results in a statistically significant (95% CI) increased risk ratio for NHL.

My toxicological opinions are grounded in animal experimental evidence and in vitro and in vivo human studies as well as human epidemiological studies as summarized within this report and previously provided by Dr. Portier et al. in the Federal Daubert motion proceedings and subsequent deposition testimony.

Specifically, I have assessed glyphosate's dose response, temporality, latency period, biological plausibility (toxicological mechanisms), coherence (demonstrated by molecular-based studies and animal studies), as well as the strength of association and consistency with the toxicological mechanisms of Roundup formulation ingredients.

In this report, I have assessed the nine (9) peer-reviewed human epidemiological studies that report statistically measured outcomes of NHL associated with frequency of use. However, my toxicological opinions with respect to dose metrics are based, in part, on the only six (6) primary epidemiological studies that provide objective dosage data via multifactorial methodology to assess interference from other pesticides/herbicides. I have also provided a calculated systemic dosage based on the Machado-Neto study in which the systemic dose is calculated by passive dosimetry.

My toxicological focus on these studies is on study design, statistical power, and exposure thresholds at different odds ratios, etc. I am using these study results in my toxicological assessment in conjunction with generally accepted, peer-reviewed studies on genotoxicity (including direct human studies), mechanisms of action (promotion, etc.), absorption, distribution, metabolism, and excretion (ADME), genotoxicity, etc.

In general, I have relied on studies that have documented the various aspects of the Bradford Hill criteria at or greater than the 95% confidence threshold. However, I am deferring to the epidemiologist with respect to the internal statistical designs and meta-analysis bio-statistical methodologies employed within each study.

**Summary of Epidemiological Studies**

A brief summary of each of the nine studies is provided below. These studies include several different "*exposure-day*" thresholds including *ever/never* exposed, more than 2 days of exposure per year, between one and 10 days of exposure, more than 10 days of exposure, etc.

Murdock v. Monsanto
November 21, 2022
Page 39

1. **Eriksson, M., et al. (2008):**[83]   This is a peer-reviewed, case-control study of exposure to pesticides as a risk factor for non-Hodgkin lymphoma (NHL) in cases in Sweden between 1999 and 2002. Different exposure levels were classified according to 8-hour, time-weighted days of exposure. In this study, the association of glyphosate exposure with non-Hodgkin's lymphoma followed a dose response pattern with an odds ratio (OR) of 1.69 for 10 days of exposure or less, and 2.36 for greater than 10 days of exposure.

   The authors examined the association of NHL with exposure to several pesticides and pesticide combinations, and while they presented results for glyphosate alone, they did not use a multifactorial analysis to rule out the potential confounding factors of other pesticides. Therefore, I am using this study in my general causation assessment but not for direct dose comparisons due to the lack of complete multifactorial analyses.

2. **McDuffie, H., et al. (2001):**[84]  This is a Canadian case-control study that investigated the associations of specific pesticides with non-Hodgkin's lymphoma, creating dose-response levels based on days/year of personally mixing or applying herbicides. (In their pilot study, the authors determined that a cumulative total of 10 hours per year to any combination of pesticides discriminated between cases and controls.) The study revealed that glyphosate exposures of less than or equal to 2 days per year had an NHL odds ratio (OR) of 1.0, while exposures greater than 2 days per year had an NHL odds ratio of 2.12 ($p<0.05$).

   The published McDuffie et al. study presented a table in which glyphosate exposure was stratified according to "unexposed," ">0 and $\leq$2 days," and ">2 days" per year exposure. The study documented statistically significant dose-responses: an odds ratio of **2.12** (1.20–3.73) for the ">2 days" per year group which was statistically significant. However, due to the lack of a multifactorial analysis to rule out potential interference from other pesticides, I am using this study in my general causation assessment, but not for direct dose comparisons.

---

[83] Eriksson, M., et al., "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis," 2008, International Journal Cancer, Vol.123, pp. 1657 – 1663.

[84] McDuffie H., et al., "Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticides and health," 2001, Cancer Epidemiology, Biomarkers & Prevention, Vol.10, pp. 1155 – 1163.

Murdock v. Monsanto
November 21, 2022
Page 40

3. **Andreotti, G., et al. (2018):**[85] The "Agricultural Health Study" (AHS) is an ongoing cohort study which includes 54,251 licensed pesticide applicators from Iowa and North Carolina with 82.8% reporting use of glyphosate. The study is funded by the National Cancer Institute and the National Institute of Environmental Health. Andreotti et al. updated the 2005 De Roos et al. AHS evaluation of glyphosate and cancer risk to include cancer incidences through 2012 in North Carolina and 2013 in Iowa. The reported lifetime days' frequency of pesticide application is shown in **Table 6**.

**Table 6**
**Demographics of "Agricultural Health Study" Cohort[86] (applicators n = 54,251)**

| Lifetime days of glyphosate use (Quartiles) | Lifetime days of glyphosate use (Tertiles) |
|---|---|
| 1 – 13.74 | 1 – 19.9 |
| 13.75 – 38.74 | 20 – 61.9 |
| 38.75 – 108.4 | ≥ 62.0 |
| ≥ 108.5 | |

The Andreotti et al. evaluation using the Agricultural Health Study did not find a statistically elevated risk of NHL,[87] but it provides a comparison of lifetime *exposure-days* compared to other epidemiological studies. Ms. Murdock's *exposure-days* can be compared to **Table 6** with the corresponding quartiles or tertiles of the Andreotti et al. study to determine if her exposure was consistent with that of these applicators.

4. **Leon et al. (2019):**[88] In this analysis combining data from >300,000 farmers or agricultural workers from France, Norway, and the USA and accruing more than 3.5 million person-years under risk, the possible association between pesticide use and the risk of lymphoid malignancies was investigated. Specifically, the authors investigated the relationship of the <u>ever-use</u> of 14 selected pesticide chemical groups and 33 individual active chemical ingredients with non-Hodgkin lymphoid malignancies (NHL). Pesticide use was derived from self-reported history of crops cultivated combined with crop-exposure matrices (France and Norway) or self-

---

[85] Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233. Note that quartiles of exposure in the study were indexed as "lifetime days of glyphosate use." Since the AHS study is largely a null study, there is no reason to compute the algorithm, "intensity-weighted lifetime days of glyphosate use."

[86] Id.

[87] Id.

[88] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

Murdock v. Monsanto
November 21, 2022
Page 41

reported lifetime use of active ingredients (USA). Cox regression models were used to estimate cohort specific hazard ratios (HRs) and 95% confidence intervals (CIs) which were combined using random effects meta-analysis to calculate meta-hrs.

During follow-up, 2,430 NHL cases were diagnosed in 316,270 farmers accruing 3,574,815 person-years under risk. Moderately elevated meta-HRs were seen for NHL overall or certain subtypes with use of specific pesticides compared with "never" use of the same pesticides. In particular, elevated hazard ratios of diffuse large B-cell lymphoma (DLBCL) were seen with glyphosate use (1.36, CI: 1.00–1.85). It is noteworthy that although this study found no association between risk of *all types of NHL overall* and *ever-use* of glyphosate, there was a statistically elevated risk of borderline significance for DLBCL (the most common type of NHL).

5. **Zhang, L., et al. (2019)**:[89] The Zhang et al. study is a meta-analysis design that included the most recent update of the Agricultural Health Study (AHS) cohort published in 2018 along with five case-control studies. The study reported that glyphosate-based herbicide (GBH) exposure is associated with increased risk of NHL in humans. Using the highest exposure groups when available in each study, they further reported that the overall meta-relative risk (meta-RR) of NHL in glyphosate-based herbicide exposed individuals was increased by 41% (meta-RR = 1.41, 95% CI, confidence interval: 1.13‒1.75). For comparison, a secondary meta-analysis using high-exposure groups with the earlier AHS (2005) determined a meta-RR for NHL of 1.45 (95% CI: 1.11‒1.91), which was higher than the meta-RRs previously reported.

6. **Pahwa, M. et al. (2019)**:[90] In a 2019 study, the associations between glyphosate use and NHL incidence, overall, and by histological sub-type, were evaluated in a pooled analysis of case-control studies. NHL cases were recruited from cancer registries and hospitals in four states between 1991 and 1994, as well as six Canadian provinces. This analysis included 5,131 controls and 1,690 cases of NHL: 647 diffuse large B-cell lymphoma, 468 follicular lymphoma, 171 small lymphocytic lymphoma and 404 other sub-types. The authors found that subjects who had ever used glyphosate had an excess of NHL overall (OR 1.43, 95% CI 1.11-1.83). After adjustment for other

---

[89] Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

[90] Pahwa, M. et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project," 2019 Jun 27, Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830

Murdock v. Monsanto
November 21, 2022
Page 42

pesticides, the OR for NHL overall with *ever-use* was 1.13 (95% CI 0.84-1.51) with a statistically significant association for handling glyphosate more than two days per year (OR 1.73, 95% CI 1.02-2.94, P-trend=0.2). In pesticide-adjusted NHL sub-type analyses, the ordinal measure of lifetime-days was statistically significant (P=0.03) for small lymphocytic lymphoma (SLL) and associations were elevated, but not statistically significant, for "ever years" or "days/year" of use. The authors also showed that subjects handling glyphosate more than two days per year had an excess of DLBCL (OR 2.14, 95% CI 1.07-4.28).

7. **De Roos et al., (2003):**[91] This study applied pooled data produced by the National Cancer Institute (NCI), which conducted three case-control studies of NHL in the midwestern United States. The study design permitted analysis of 47 pesticides simultaneously (including glyphosate) while controlling for potential confounding by other pesticides in the model and adjusting the estimates based on a pre-specified variance to introduce stability. The modeling strategy assumed that there was no *a priori* reason to believe that any specific pesticide or herbicide was more likely to be associated with NHL incidence than any other. Results were based on logistical regressions involving the removal of individual pesticides/herbicides to determine the effect on odds ratios (ORs). The study findings showed a statistically significant logistic regression OR of 2.1 (95% CI of 1.1-4.0) specific to glyphosate. Removal of glyphosate from the count resulted in a correspondingly significant decrease of trend for increasing number of "potentially carcinogenic" pesticides.

8. **De Roos et al., (2022):**[92] This study applied pooled data from the French Network of Cancer Registries (FRANCIM) to study the relationship between occupational herbicide use and risk of non-Hodgkin's lymphoma (NHL). The authors pooled data from 10 case-control studies participating in the International Lymphoma Epidemiology Consortium, including 9,229 cases and 9,626 controls from North America, the European Union, and Australia. Reliance was placed upon available animal bioassays and mechanistic data for evidential conclusions.

The study findings revealed multiple epidemiological studies showing positive relationships between exposure to the herbicide active ingredients and risk of non-Hodgkin's lymphoma (NHL). Durations of exposure were coded as four indicator

---

[91] De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol.60.

[92] De Roos A., et al., "Herbicide use in farming and other jobs in relation to non-Hodgkin's lymphoma (NHL) risk," 2022, Occup Environ Med Epub, http://dx.doi. org/10.1136/oemed-2022- 108371

Murdock v. Monsanto
November 21, 2022
Page 43

variables (>0–5 years, >5–10 years, >10–20 years, >20 years). Cases were more likely than controls to have ever used any type of pesticide. Out of all controls who ever worked in farming, 28.2% had used herbicides. In particular, the study revealed an association between glyphosate and follicular lymphoma (lagged 10 years: OR=1.48, 95% CI: 0.98 to 2.25), which was relatively consistent across analyses. Associations with glyphosate lagged use were considerably stronger with exclusion of the Mayo study, for all NHL (OR=1.40, 95%CI: 0.93 to 2.13), follicular lymphoma (OR=2.16, 95%CI: 1.10 to 4.24) and other B-cell lymphomas (OR=1.92, 95%CI: 0.95 to 3.89). Additionally, among analyses of NHL subtypes, the authors found an association between glyphosate use and follicular lymphoma that was somewhat stronger when lagged by 10 years. The association with follicular lymphoma was also stronger with shorter duration exposures, which is contrary to the general hypothesis of increasing risk with longer duration of exposure to carcinogens. Note that the study authors accounted appropriately for covariates to adjust for other pesticide uses.

9. **Meloni et al. (2021):**[93]  This study reviewed occupational exposure to glyphosate and risk of lymphoma subtypes in a multi-center, case-control study conducted in Italy. The Italian Gene-Environment Interactions in Lymphoma Etiology ("ItGxE") study took place from 2011 to 2017 in six Italian centers. Overall, 867 incident lymphoma cases and 774 controls participated in the study. Only 2.2% of subjects were classified as *ever-exposed* to glyphosate.

The study used an exposure matrix based upon semi-quantitative exposure estimates as outlined in the "EUROPOEM spreadsheet".[94] Exposure factors such as type of treatment, PPE, etc. as well as frequency (low frequency = ≤5 days/year; medium frequency = 5–10 days/year; high frequency = ≥11 days/year) were used to define the ever/never exposure frequency thresholds.

The study found that risk of follicular lymphoma was elevated **7-fold** in subjects classified as *ever-exposed* to glyphosate with medium-high confidence, **4.5-fold** in association with medium-high cumulative exposure level, **12-fold** with medium-high exposure intensity, and **6-fold** with exposure for 10 days or more per year. Significant upward trends were detected with all exposure metrics with the exception of duration.

---

[93] Meloni et al., "Occupational exposure to glyphosate and risk of lymphoma:results of an Italian multicenter case-control study," Environmental Health (2021) 20:49 https://doi.org/10.1186/s12940-021-00729-8

[94] https://english.ctgb.nl/documents/assessment-framework-ppp/2016/10/27/calculation-model-europoem-ii

Murdock v. Monsanto
November 21, 2022
Page 44

The overall *p-value* for an upward trend with four independent metrics was $1.88 \times 10^{-4}$ (<p=0.0001)

Due to the small number of *ever-exposed* subjects, there was no statistically significant association with risk of lymphoma (any subtype), non-Hodgkin lymphoma, B-cell lymphoma, or the major lymphoma subtypes. Only follicular lymphoma showed statistically significant risk increases consistently at the 95% confidence level. It should be noted that non-Hodgkin's lymphoma, B-cell lymphoma, and B-cell lymphoma otherwise specified revealed elevated but non-significant increased ORs of 1.4 (0.62-2.94), 1.6 (0.73-3.66), and 1.2 (0.26-5.92), respectively. In the medium-high exposed confidence group, lymphoma (any subtype), non-Hodgkin's lymphoma, and B-cell lymphoma, revealed non-significant increased ORs of 1.2 (0.4-3.6), 1.2 (0.35-4.21), and 1.6 (0.48-5.44), respectively. This study only assessed glyphosate exposure and did not assess other pesticides.

Of the nine generally accepted human epidemiological studies that report statistically measured outcomes of NHL associated with frequency of glyphosate use, eight have demonstrated statistically significant (or borderline 95% CI) increased rates of NHL associated with glyphosate exposure.[95]

It is important to understand that animal study evidence, ADME characteristics, and genotoxicity evidence supports the association between glyphosate exposure and increased risk of NHL in humans. Mechanistic studies of glyphosate-induced immunosuppression/inflammation, endocrine disruption, genetic alterations (genotoxicity), and oxidative stress indicate clinically plausible links between GBH[96] exposure and NHL development. The overall evidence from human, animal, and mechanistic studies presented here supports a compelling link between exposures to GBHs and increased risk for NHL.

**Table 7** shows exposure parameters and assessment metrics for all nine human epidemiological studies relied on for general causation. Details from the Eriksson et al., McDuffie et al., and Meloni et al. studies were included in the table with respect to general causation; however, these three studies were not relied upon for dose comparisons since they did not use multifactorial analyses to rule out potentially confounding pesticides.

---

[95] Six of the nine were used for exposure frequency comparisons.

[96] Glyphosate-based herbicides.

Murdock v. Monsanto
November 21, 2022
Page 45

**Table 7**
**Exposure Parameters for Nine (9) Referenced Epidemiological Studies**

| Study Authors | Type of study | Exposure Parameters | |
|---|---|---|---|
| | | Metrics (dose intervals) | Cut-off between Cases and Controls |
| McDuffie, H. et al., 2001 (*not relied on for dose-comparison*) | Case-control study of men in six Canadian provinces. | Unexposed >0 days and ≤2 days/yr >2 days/year | Cases were diagnosed with STS, HD, NHL, or MM between 9/1/1991 and 12/31/1994. Controls did not have NHL diagnoses. Cases had ≥10 hrs of exposure to any combination of pesticides in one year. |
| Eriksson, M., et al., 2008 (*not relied on for dose-comparison*) | Case-control study of men and women in Sweden | (8-hour *exposure-days*) ≥1 day and ≤ 10 days >10 days | Cases were newly diagnosed NHL patients aged 18-74 years. Controls were randomly selected from the population registry. |
| Andreotti, G., et al., 2018[97] | Prospective cohort study of pesticide applicators | Never use Quartiles ranging from 1 day to ≥ 108.5 days Tertiles ranging from 1 day to ≥ 62.0 days | Cases reported *ever-use* of glyphosate. Reference subjects may have used any other pesticides. Note that quartiles of exposure in the study were indexed as "lifetime days of glyphosate use." Since the AHS study is largely a null study, there is no reason to compute the algorithm, "intensity-weighted lifetime days of glyphosate use." |
| Leon et al., 2019[98] | Pooled analysis of three agricultural worker cohorts | Ever use | Cases reported *ever-use* of glyphosate. Reference subjects may have used any other pesticides. |
| Zhang et al., 2019 | Meta-analysis | Ever use | 6 studies included in primary analysis: one cohort and five case-control. |
| Pahwa, M. et al., 2019 | Case-control study | 2 days/year | Subjects handling glyphosate more than two days/year had an excess of DLBCL (OR 2.14, 95% CI 1.07-4.28. |
| De Roos et al., 2003 | NCI pooled data multivariable analyses | Ever use | Multifactorial analyses revealed statistically significant logistic regression OR of 2.1 (95% CI of 1.1-4.0) for glyphosate. Removal of glyphosate from the count resulted in a correspondingly significant decrease of trend for increasing number of "potentially carcinogenic" pesticides. |

---

[97] All studies in the table revealed statistically significant increased rates of some type of NHL except Andreotti et al., 2018. However, Andreotti et al. did observe a statistically significant increase of RR 2.97 (1.20 to 7.31) for T-cell lymphoma (NHL sub-type) with a 20 year lag in the lower exposure group.

[98] Leon et al., reported a borderline statistic of 1.36, CI: 1.00–1.85.

Murdock v. Monsanto
November 21, 2022
Page 46

**Table 7 Continued**

| Study Authors | Type of study | Exposure Parameters | |
|---|---|---|---|
| | | **Metrics (dose intervals)** | **Cut-off between Cases and Controls** |
| De Roos 2022 | FRANCIM pooled data, multifactorial study | >0–5 yrs., >5–10 yrs., >10–20 yrs., >20 yrs. | Study revealed association between glyphosate and follicular lymphoma (lagged 10 years: OR=1.48, 95% CI: 0.98 to 2.25) relatively consistent across analyses |
| Meloni 2021 *(not relied on for dose-comparison)* | Multi-center, case-control study | Ever use | Study found that risk of follicular lymphoma was elevated 7-fold in subjects classified as *ever-exposed* (OR 7.1, 95% CI for 3/6, range 1.57 to 31.9) |

De Roos et al. (2003) found that the data demonstrated dose-responses with complete multivariable analyses ruling out other pesticides (and herbicides). The study found a statistically significant logistic regression OR of 2.1 (95% CI of 1.1-4.0) specific to glyphosate. De Roos et al. found that "these suggested effects occurred in both the logistic and hierarchical regression analyses."[99]

The De Roos et al. study also found that the results for "potentially carcinogenic" pesticides were highly sensitive to removal of certain pesticides from the count including dieldrin, atrazine, and glyphosate. Significantly, removal of glyphosate from the count resulted in a correspondingly significant decrease of trend for increasing number of "potentially carcinogenic" pesticides (1 pesticide: OR = 1.2; 2–4 pesticides: OR = 1.2; >5 pesticides: OR = 1.1).

***Multifactorial Consideration of Interference from other Pesticides***

Eriksson et al. (2008) provided only partial double comparison methods with respect to interference from other pesticides. Note that Eriksson et al. actually carried out a limited

---

[99] A logistic regression is a common statistical analysis method to predict a binary outcome relying on results of the full data set. Thus, the logistic regression model predicts a measure of variability within the full set of data by analyzing the relationship between one or more existing independent variables.

The hierarchical regression analysis is designed to measure the relationship between multiple independent variables compared to the dependent variable; to examine other pesticides that may have significant influence on the likelihood of NHL. De Roos et al. stated, "Hierarchical regression models, also known as multilevel or multistage models, allow the researcher to specify prior distributions for multiple effect parameters of interest (for example, pesticide effects), and to adjust the observed likelihood estimates towards these prior distributions with the objective of obtaining increased precision and accuracy for the ensemble of estimates."

Murdock v. Monsanto
November 21, 2022
Page 47

confounding pesticide analysis for potential phenoxy herbicide interference. Page 1,658 of the study (under "Herbicides") noted that:

> "Exposure to other herbicides, regardless if they also had been exposed to phenoxyacetic acids or not, also gave a statistically significant OR 1.82 (95% CI 1.08–3.06). In this category, the dominating agent was glyphosate which was reported by 29 cases and 18 controls which produced an OR 2.02 (95% CI 1.10–3.71). If both phenoxyacetic acids and glyphosate were excluded, exposure to other herbicides (37 different agents reported, but not one by more than 6 subjects, at most) gave a nonsignificant OR of 1.22 (95 % CI 0.63–2.39)."

Thus, by process of elimination, glyphosate was reasonably isolated with statistically significant findings of NHL *which disappeared when glyphosate was removed from the analysis.*

The McDuffie et al. (2001) study did not employ multifactorial analysis to eliminate interference from other pesticide use.

However, the Pahwa et al. (2019) study reported that among pesticide-adjusted sub-type analyses, the ordinal measure of more than two (2) lifetime-days was statistically significant (P=0.03). The Pahwa study found that the *ever-use* or >2 days/year of glyphosate use had a statistically significant excess of DLBCL (OR 2.14, 95% CI 1.07–4.28, P-trend=0.2) and several other statistically significant results.

Additionally, De Roos et al. (2003)[100] performed multivariable analyses and reported a statistically significant logistic regression NHL OR of 2.1 (95% CI of 1.1-4.0) specific to glyphosate exposure without interference from other pesticides. De Roos 2022 reported "an association between glyphosate and follicular lymphoma (lagged 10 years: OR=1.48, 95% CI: 0.98 to 2.25) was fairly consistent across analyses." With a shorter lag of $\leq 8$ years, the follicular lymphoma OR measured 1.66 (1.12 to 2.45). Furthermore, covariates were also included to adjust for other pesticide evidence of confounding by other pesticides use.

Leon et al. (2019), reported a borderline statistical finding at the 95% confidence interval. This elevated hazard ratio for diffuse large B-cell lymphoma (DLBCL) with glyphosate use (1.36, CI: 1.00–1.85) cannot be ignored and simply classified as a disposable "negative study" since the weight of evidence methodology includes consideration of such results

---

[100] De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol. 60.

Murdock v. Monsanto
November 21, 2022
Page 48

with respect to the 95% level of confidence, specificity, coherence, and dose-response. It is noteworthy that although this study found no association between risk of *all types of NHL overall* and *ever-use* of glyphosate, there was a statistically elevated risk of borderline significance for DLBCL (the most common type of NHL seen in conjunction with glyphosate exposures).

A secondary meta-analysis using high-exposure groups was carried out by Zhang et al. (2019) using the earlier Agricultural Health Study (2005). Results revealed a meta-RR for NHL of 1.45 (95% CI: 1.11‑1.91) which was higher than the meta-RRs reported previously. The Agricultural Health Study evaluated potential interference from other pesticides.

**Comparisons of *Exposure-Days* to Human Epidemiological Studies**

Ms. Murdock's cumulative midpoint of **278 non-time-weighted *exposure-days*** lies within the highest tertile and quartile of applicator "lifetime day" exposures as defined in the Andreotti et al. study and exceeds the *exposure-day* threshold in the Pahwa (2019) study, and the *ever-use* threshold of the Leon et al. (2019), Zhang et al. (2019), and De Roos et al. (2003) studies. Ms. Murdock's frequency of exposure (*ever-use* threshold) and exposure lag time are consistent with those in the De Roos et al. (2022) study.

Ms. Murdock sustained an average of **20 non-time-weighted *exposure-days* per year**, which exceeds the 2 days per year threshold of the Pahwa et al. (2019) study.

Ms. Murdock's calculated exposure is within the range of exposure metrics for applicators as cited within the human epidemiological studies that revealed *statistically significant increased NHL cases among glyphosate applicators*.

**Unreliable Meta-Analysis of Glyphosate and NHL Risk**

Most recently, Donato et al. (2020)[101,102] conducted a meta-analysis systematic review of epidemiological studies on the association between occupational exposure to glyphosate and risk of NHL and multiple myeloma (MM). The results of their study showed no evidence of increased risk of NHL and MM in subjects occupationally exposed to

---

[101] Donato, F., et al., "Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis," 2020, Medicina del Lavoro, Vol. 111(1), pp. 63-73.

[102] One of the co-authors, Paolo Boffetta, served as a consultant for glyphosate producers on matters not related to glyphosate.

Murdock v. Monsanto
November 21, 2022
Page 49

glyphosate. A secondary analysis detected a <u>small increase in risk</u> for the category with the highest level of exposure as well as for <u>DLBCL</u>.

The Donato et al. meta-analysis has been shown to be flawed and unreliable as well as of novel design, the findings of which were *unable to be replicated*.[103] Their methodology appears to discredit all previous studies that demonstrate a statistically significant association between glyphosate and NHL. Rana et al,[104] re-calculated the Donato et al. meta-risk ratios using the same data they used. Donato et al. reported a meta-relative risk (RR) of 1.03 for never-ever exposure to glyphosate and NHL risk. When replicated, the Rana et al. study design produced a meta-RR of 1.14 (95% CI = 0.94-1.39).

Another source of discrepancy was the weighting of original studies selected. Donato et al. reported the most highly weighted study (Leon et al.) was at 74.11%, but according to Rana et al. calculations was only 48.03%. The Leon et al. study was removed, and Donato et al. reported a mean RR of 1.27, but when Rana et al. removed this study, they found meta-RR was both increased and statistically significant (meta-RR 1.34). This shows that further sensitivity analyses should have been conducted to determine sources of heterogeneity. Overall (and most significantly), <u>none</u> of the Donato meta-analysis results were able to be replicated. Additionally, Rana's group previously conducted a meta-analysis (Zhang et al., 2019) which was inexplicably absent in the Donato et al. meta-analysis.

The Donato et al. findings <u>substantially deviated</u> from Zhang et al. The discrepancies are reflected in **Figure 14** (*"Table 1"* from Rana et al.). This table is highly significant in that it shows not only the study discrepancies previously noted but also reveals strong consistency in statistical findings between analysis groups.

---

[103] Rana, I., Taioli, E., and Zhang, L., "Weeding out inaccurate information on glyphosate-based herbicides and risk for non-Hodgkin lymphoma," 2020, Environmental Research, Vol. 191.

[104] Id.

Murdock v. Monsanto
November 21, 2022
Page 50

**Table 1.** Replicated major findings from the Donato 2020 meta-analysis of glyphosate exposure and non-Hodgkin lymphoma (NHL) model and comparison with Zhang 2019 using random-effects model.

| Meta-Analysis | Donato 2020 | | | | Replicated Meta-Analysis | | | Zhang 2019 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Exposure category** | | meta- | | | meta- | | | | meta- | | |
| | N | RR | $CI_L$ | $CI_U$ | RR | $CI_L$ | $CI_U$ | N | RR | $CI_L$ | $CI_U$ |
| Ever exposure (main analysis) | 7 | 1.03 | 0.86 | 1.21 | 1.14 | 0.94 | 1.39 | 6 | 1.3 | 1.03 | 1.64 |
| Highest (if available)[a] | - | - | - | - | - | - | - | 6 | 1.56 | 1.12 | 2.16 |
| Highest only[b] | 3 | 1.49 | 0.37 | 2.61 | 1.49 | 0.67 | 3.34 | 3 | 1.63 | 0.97 | 2.76 |
| Remove Leon 2019 (all case-control studies)[c] | 6 | 1.27[d] | 0.92 | 1.61 | 1.34[d] | 1.04 | 1.73 | 5[d,e] | 1.84 | 1.33 | 2.48 |
| **Cell-type specific** | | | | | | | | | | | |
| DLBCL (ever) | 3 | 1.31[d] | 0.93 | 1.7 | 1.32[d] | 0.99 | 1.76 | - | - | - | - |
| MM (ever) | 3 | 1.04 | 0.67 | 1.41 | 1.15 | 0.76 | 1.74 | - | - | - | - |

ABBREVIATIONS

CLL, chronic lymphocytic leukemia; CI, confidence interval; DLBCL, diffuse large b-cell lymphoma; N, number of studies; meta-RR, meta-analysis relative risk.

NOTES

a  Zhang 2019 used high exposure category when reported and ever-exposure for all other studies.

b  Only three studies that reported high exposure categories were used. For Andreotti 2018, Zhang 2019 selected highest intensity weighted lifetime days lagged by 20 years or more whereas Donato 2020 selected highest days per lifetime.

c  The remaining studies are all case-control. In their analysis of all case-control studies, Zhang 2019 follows the *a priori* selection criteria and has (N=6) because Cocco, 2013, was not included in the analysis.

d  Fixed-effects model was used because between-study heterogeneity, defined as the $X^2$-test statistic for heterogeneity being greater than its degrees of freedom (number of studies minus one), was not detected. Use of fixed-effects model was <u>not reported</u> in Donato 2020.

e  Leon 2019 was not used in Zhang 2019 although it included data from Andreotti 2018. Thus, Andreotti 2018 was removed to conduct an analysis of only case-control studies.

**Figure 14. Data discrepancies between Donato et al. meta-analysis, replicated meta-analysis, and Zhang et al. meta-analysis[105]**

Study differences between Donato et al. and Zhang et al. included study selection, statistical analysis model, and exposure category selection. Zhang et al. used Andreotti et al., which reported exposure estimates stratified by level whereas Donato et al. used recently published pooled analysis by Leon et al., which reported only never-ever exposures. Donato et al. used hierarchical regression model whereas Zhang et al. used logistical regression.

Overall, fundamental errors or differences in methodological reasoning (study selection, statistical modeling, and imprecise definitions of categories) contributed to the flawed conclusions reported in Donato et al. When Zhang et al. conducted a sensitivity analysis

---

[105] Id.

using a hierarchical regression model in their study, they found the meta-RR to be **1.46**. Zhang et al. reported both fixed-effects and random-effects models whereas Donato et al. indicated that they reported only random-effects model. Zhang et al. followed *a priori* criteria to select the highest exposure category when it was available whereas Donato et al. used "never-ever" exposures. When dose-response analyses were attempted, Donato et al. failed to describe exact criteria of how their highest exposure category was selected.

It appeared that exposure frequency was prioritized but it remains unclear why this metric was selected as it does not factor in exposure intensity. Conversely, Zhang et al. clearly listed the order of selection of the most highly exposed category based on the *a priori* hypothesis and current scientific understanding of NHL risk.

If the *a priori* hypothesis was followed, the meta-RR from the same three studies used in Donato et al. would increase to **1.63**. Rana et al. also compared risks for never-ever exposures to the highest exposure groups and found the meta-RR increased by 35% in their replicated analysis of Donato et al. and 33% in Zhang et al., indicating the presence of an exposure-response relationship in both analyses.

Furthermore, the Rana et al. study clearly defines a "high" exposure group at a level relatively greater than other exposed categories. The greater than two days of exposure per year (>2d/y) group contains individuals exposed to glyphosate-based herbicide (GBH) at routinely used agricultural spray concentrations and not at high levels. In fact, Rana et al. believe that the 41% increased RR of NHL reported in Zhang et al. <u>still underestimates the true risk</u>. Thus, due to timing of GBH exposures and study subjections recruited in original individual studies as well as the potential latency of NHL, the meta-RR in Zhang et al. may have been underestimated.

Most studies included in their meta-analysis were conducted prior to the exponential increase in glyphosate use and evaluated cancers that developed prior to 2013. The Eriksson et al. study captured exposures well before the exponential increase in glyphosate use. Despite this fact, the study still detected a positive dose-response relationship. Even in the most recent Leon et al. study, the follow-up period of each of the cohorts was still limited to about 10 years ago, indicating that the current, true NHL risk has yet to be uncovered especially with the significant increase in exposures in recent years.

Murdock v. Monsanto
November 21, 2022
Page 52

Another emerging finding that the DLBCL subtype may be more strongly associated with GBH exposure could further underestimate the Zhang et al. meta-RR of NHL. Analyzing NHL as a whole would attenuate potential associations that were reported in Leon et al.

In summary, Rana et al. concluded that the findings of their re-analyses **do not support the conclusions drawn by Donato et al.** Almost none of the calculations were reproducible with the exception of a funnel plot. This demonstrable lack of transparency regarding details and definitions of high-exposure categories raises serious concerns about the reliability of this study.[106]

**Inserm Collective Expert Report**

Inserm is the *National Institute of Health and Medical Research* in France.[107] Its stated goal is to improve the health of all by advancing knowledge of life and disease, innovation in treatment and public health research. Inserm is a public scientific and technological institute which operates under the joint authority of the French Ministries of Health and Research. It is conceptually similar to the U.S. National Institute of Health (NIH).

In June 2021, Inserm published a detailed report on glyphosate. The complete report presents the work of a group of experts brought together by Inserm at the request of five Directorates General of the French government to update a collective expert report entitled *"The effects of pesticides on health"* published by the Institute in 2013. Inserm's pivotal glyphosate report[108] is primarily based on data from the published scientific literature available as of the last quarter of 2019. Inserm compiled more than 400 documents via searches of various bibliographic databases and through complementary literature searches carried out by the experts. The group of experts chose to present an analysis of the literature on exposure and epidemiology data published since 2013 and on the toxicology and mechanisms of action of glyphosate.

---

[106] Id.

[107] Inserm web site https://www.inserm.fr/en/home/

[108] Inserm, "Glyphosate and glyphosate-based herbicides." Extract from "Pesticides and health effects: New data." Collection Expertise collective. 2021. http://www.inserm.fr/thematiques/sante-publique/expertises-collectives

Murdock v. Monsanto
November 21, 2022
Page 53

### *Carcinogenic and Mutagenic Findings*

The Inserm report offered conclusions with respect to carcinogenicity and mutagenicity:[109]

In recent years, glyphosate has been thrust into the spotlight by a debate regarding its carcinogenicity. This stemmed from the divergence between the conclusions of IARC and the other national and international agencies responsible for the classification and regulation of chemicals. These divergent conclusions are largely due to the different approaches and criteria used.

For carcinogenicity testing in laboratory animals as well as mutagenicity studies, the level of evidence is relatively limited. However, many studies show **genotoxic damage** (DNA breaks or structural changes). These changes, if not faithfully repaired, can lead to the development of **mutations and trigger carcinogenesis**. Such effects are consistent with the direct or indirect induction of oxidative stress by glyphosate, observed in various species and cell systems, sometimes at exposure levels compatible with those that may be experienced by <u>human populations</u>.

### *New NHL Data*

Regarding new data associated with non-Hodgkin's lymphoma, the Inserm report offered the following findings:[110]

A systematic literature review accompanied by a meta-analysis based on 44 original research articles evaluated the associations between NHL and exposure to 21 pesticide chemical groups and 80 active ingredients including glyphosate (Schinasi and Leon, 2014). **The risk of NHL was positively associated with occupational exposure to glyphosate** (mRR[111] = 1.5; 95% CI [1.1-2.0]), a result observed from previously published studies already taken into account in the previous collective expert report (five case-control studies and the AHS cohort via the analysis published in 2005).The association was stronger when the link between exposure to glyphosate and B-cell lymphoma was considered (mRR = 2.0; 95% CI [1.1-3.6]) with no between-study heterogeneity.

In the collective expert report of pesticides carried out by Inserm in 2013 (Inserm, 2013), **glyphosate was associated with a significant excess risk of NHL** with a low or moderate presumption of a link depending on the populations exposed (farmers, occupational exposure encompassing any category of use: applicators, livestock farmers).

---

[109] Id. p. 67.

[110] Id. p. 22.

[111] meta-relative risk

Murdock v. Monsanto
November 21, 2022
Page 54

## 5. Personal Protective Equipment (PPE) and Measured Dermal Exposure Levels

It is generally recognized that personal protective equipment (PPE) constitutes an essential part of safe preparation, application, and handling of potentially hazardous substances. Except for eye exposure warnings, the Roundup label has not provided sufficient toxicological warning information or PPE requirements. The WHO established a protocol for field surveys of exposed applicators to "*organophosphorus pesticides*" as well as a summary of the "*protective measures needed to be implemented to ensure safe use*" in 1981.[112] Liquid aerosol from an herbicide such as Roundup can be absorbed by exposed skin and/or by penetrating through clothing which comes into prolonged contact with skin. Such dermal absorption routes have been previously assessed in toxicological dose assessment studies (including studies by Monsanto).

Quantification of these routes of exposure must be based on objective facts to determine the dose contributed by each defined route. For example, early studies (as cited by Machado-Neto et al.) of knapsack sprayers reveal that hands presented only 10 to 25% and legs 25 to 85% of the total dermal exposure route.[113]

**Penetration of Glyphosate through Clothing**

Studies using gauze patches on the inside and outside of garments (paired patches) such as pants, shirts, etc., have been conducted to determine the penetration of glyphosate through clothing. Such studies use laboratory analyses to measure glyphosate or surrogate markers on each side of the fabric to determine the percent penetration.

A study of highly protected glyphosate applicators concluded, "*Nevertheless, average values for all paired patches showed an average of 22.9% of the glyphosate deposited on worker clothing might be expected to penetrate through it.*"[114]

The applicators in this study wore protective clothing that consisted of a protective suit, rubber gloves and boots. Spraying was performed by placing a metal, cylindrical shield on the end of the wand (a spray chamber) around each weed and then releasing only about 0.5 ml per spray which targeted the weeds <u>without drift;</u> thus, protecting nearby

---

[112] World Health Organization, "Field Surveys of Exposure to Pesticides", VBC/82 .1.

[113] Van Hemmen, 1992 *in* Machado-Neto, et al., "Safety of Working Conditions of Glyphosate Applicators on Eucalyptus Forests Using Knapsack and Tractor Powered Sprayers," 2000, Bull. Environ. Contam. Toxicol., Vol. 64, pp. 309-315.

[114] Lavy, T. et al., "Conifer Seedling Nursery Worker Exposure to Glyphosate," 1992, Arch. Environ. Contamin. Toxicolo. Vol.22, pp. 6-13.

Murdock v. Monsanto
November 21, 2022
Page 55

seedlings. Glyphosate deposition was analyzed from paired glyphosate collection patches on the outside and inside of the clothing worn by workers.

A recent study by Spaan et al.,[115] investigated exposure data, including actual dermal exposure (ADE) and potential dermal exposure (PDE), from three field study databases (BROWSE, ECPA, and BfR agricultural operator exposure model databases) which were analyzed to determine migration of pesticides through protective clothing for a more realistic assessment of occupational exposure to pesticides rather than just based on laboratory tests (which may overestimate the protective factor of garments). Migration was calculated by dividing the ADE and PDE then multiplying by 100 to obtain a migration value (percent). Estimation of migration was based on data from individual body parts and combining PDE and ADE values for all body parts in order to assess performance of garments for individual body parts and whole garments. For individual body parts, it was found that large variability in migration occurred, up to 99%, but in general, a limited level of 2.3% mean migration was observed with 75% of distribution below 9.3%. A higher percent of migration of pesticides was observed in garments that protected the body as compared to gloves. Mean migration through whole garments was 2.6% with 75% of distribution below 7.2%, with variability up to 71%. The results of this study indicate that laboratory tests may overestimate the protective factors of garments compared to field studies (real conditions). In both individual body parts and whole garment, more migration occurred during mixing/loading operator tasks as compared to mixing/loading and application together and application alone.

### *Lack of Personal Protective Equipment (PPE)*

The presence of systemic glyphosate in humans has been well documented and previously reported. The correlation between lack of PPE and increased systemic glyphosate is evidenced in the following studies.

### *Acquavella et al. (2004)[116]*

Acquavella et al. performed biomonitoring of 48 farmers, their spouses and 79 children (4-18 years) for glyphosate in urine the day before as well as one and three days after glyphosate application (tractor and boom). They reported detectable levels of glyphosate

---

[115] Spaan, S., et al., "Performance of a Single Layer of Clothing or Gloves to Prevent Dermal Exposure to Pesticides," 2020, Annals of Work Exposure and Health, pp. 1-20.

[116] Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, et al., "Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study," 2004, Environ Health Perspect 112, pp. 321-326.

Murdock v. Monsanto
November 21, 2022
Page 56

in urine on the day of application in sixty percent of the farmers (geometric mean was 3 ppb; the maximum value was 233 ppb, and the highest estimated systemic dose was 0.004 mg/kg). The maximum value of 233 µg/L was from a farmer whose teenage son also had the highest urinary concentration of 29 µg/L among children. Farmers who did not use rubber gloves had five times more glyphosate in their urine than those wearing protective gloves.

Various glyphosate-based formulas were used with various surfactants and/or salts. The proportions of participants with detectable urinary glyphosate differed between the two states: 87% detection rate in South Carolina; 36% in Minnesota. The urine concentrations were similarly different: 7.9 µg/L on day of application in South Carolina; 1.4 µg/L on day of application in Minnesota. The proportion of applicators wearing rubber gloves in Minnesota (96%) was much greater than that in South Carolina (43%) suggesting that the use of gloves is responsible for the differences seen. It is interesting to note that a similar proportion of glove-wearing applicators was reported by Alavanja et al. in 1999: 39% in North Carolina; 76% in Iowa.

### Wumbei et al. (2019)[117]

A study of farmers' application of pesticides (mostly glyphosate-based formulations) in the Nanumba area by Wumbei et al. (2019) documented that a typical farmer's usage of pesticides did not follow safe practices. Of 100 farmers, only 55% indicated that they checked pesticide label information while 42% indicated that they used pesticides without checking labels. Modeled farmer exposure to glyphosate was noted to be 0.3 mg/kg/BW/day on average (0.7 mg/kg-BW/day 95th percentile) when full personal protective equipment (PPE) was used and an average of **4.2 (8.1 – 95th percentile) mg/kg-BW/day when PPE was not used**. It is noteworthy that 90% of the farmers reported to have never used masks, face shields, goggles, or full respirators; less than 30% of the farmers reported using impermeable clothing. In terms of pesticide sprayed, farmers' dosing ranged widely including 9% of the farmers applying high doses between 7 and 12 L/ha and 3% of the farmers applying doses as high as 13 - 15 L/ha. These extremely high doses of herbicide were reported by those who use it for both land clearing and weeding.

According to Wumbei et al., human exposure to herbicides can occur due to accidents while mixing, loading, or applying pesticides or contact with treated crops during field re-

---

[117] Wumbei, A., et al., "Pesticides use and exposure among yam farmers in the Nanumba traditional area of Ghana," 2019, Environmental Monitoring Assessment, 191:307, DOI: 10.1007/s10661-019-7449-5

Murdock v. Monsanto
November 21, 2022
Page 57

entry. The study notes that the risk of harm to the farmer is greater during mixing than during application. A farmer is quoted as stating, "*Some of us do not care about how close they spray to water bodies. Some of us who farm along streams sometimes spray directly into the streams and still drink from these streams, especially the rice farmers. In fact, people are joking with the pesticides over here. Some people in the process of preparing the spray solution will even put their finger into the solution and put it at the tip of their tongue to know if the solution is strong enough to kill the weeds very well.*"

### Dosemeci et al. (2002)[118]

developed two algorithms to estimate long-term pesticide exposures by utilizing an enrollment questionnaire and a take-home questionnaire in the Agricultural Health Study Cohort of 58,000 pesticide applicators. Intensity level was determined based on applicators' exposure factors. In both algorithms, PPE was a major factor. In the detailed algorithm, additional factors were included such as washing pesticide equipment, replacing old gloves, personal hygiene and changing clothes. A total quantitative exposure score was determined by a formula based on intensity level, duration of exposure and frequency of exposure. The take-home questionnaire population (sub-cohort of applicators) represented the enrollment population (entire cohort of applicators) in terms of evaluation of health risk as they both showed similar intensity of exposure and distribution of exposure levels by demographic variables. With PPE being a major exposure factor, reduced or no PPE made a significant difference in the intensity level. Intensity was greater for no or little PPE which reflects more residential users versus occupational users in which PPE is typically used.

### Machado-Neto et al. (2000) Knapsack Sprayer Study[119]

This controlled study was described earlier in this report (see Section 3. Scope Of Exposures) as it was used to calculate Ms. Murdock's systemic dose. The Machado-Neto et al. (2000) study clearly demonstrates the potential difference in exposure between sprayers wearing personal protective equipment and those not wearing such equipment. Sprayers who did not wear PPE received **7.6 times higher** dermal exposure than those who wore PPE.

---

[118] Dosemeci, M., et al., "A Quantitative Approach for Estimating Exposure to Pesticides in the Agricultural Health Study," 2002, Ann. Occ. Hyg., Vol. 26 (2), pp. 245-260.

[119] Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

Murdock v. Monsanto
November 21, 2022
Page 58

***Feldman & Musolin (2017) Applicator Exposures in U.S. National Parks[120]***

The Health Hazards Evaluation (HHE) Program operated by the Center for Disease Control (CDC) evaluated employee exposures when mixing and applying herbicides in a national park. They observed the employees in July 2016 while they mixed and applied herbicides and observed work practices and the use of PPE. Workers were also interviewed regarding their work, use of PPE, exposure history, symptoms and health and safety concerns.

Employees were observed while creating a general-purpose herbicide mixture containing 3% Aquaneat (active ingredient <u>glyphosate</u>), Target Pro-Spreader/Activator and/or Kinetic® (a surfactant/adjuvant), Blazon® (blue dye) and water.

Study observers noticed that several employees had evidence of contamination (blue dye stains) on their boots, gloves, and uniforms at the end of their work shift. The dye, which is intended to identify areas sprayed, aided in identifying leaks from equipment and showed up on contaminated clothing or skin.

All employees reported occasionally noticing blue dye stains on their clothes, especially their boots and pants, or on their body during or at the end of their work shift. They reported that one employee noted that the newer backpack 0-rings appeared not to leak as frequently as the old style of sprayer. One employee reported that, while performing the new glove-in-glove application technique, blue dye stains were noticed on the hand; this was attributed to a torn glove.

The authors found that, although dermal exposure was the primary route, employees also could be exposed via inhalation of spray mists during applications. The potential for inhalation exposure appeared to be greater with motorized spraying than backpack spraying because of higher nozzle pressure and increased likelihood of generating a mist composed of smaller droplets. Two of eight employees reported an occasional unpleasant smell and/or taste in mouth and/or nasal mucous turning light blue at the end of the work shift after backpack spraying.

From observations and employee interviews, the HHE report concluded that skin contact was the main route of employee exposure to herbicides; however, inhalation of spray

---

[120] Feldman K and Musolin K., "Evaluation of Occupational Glyphosate Exposures among Employees Applying Herbicides at a National Park," HHE Report No. 2016-0157-3286. August 2017. Health Hazard Evaluation Program.

Murdock v. Monsanto
November 21, 2022
Page 59

mists is a potential route of exposure. Inconsistent use and inappropriate reuse of gloves as well as inconsistent hand washing methods were observed during the HHE visit.

### *Example of Exposure to 1,4-dioxane from Roundup (no gloves, short sleeves)*

*Authored by Dr. William Heydens, Monsanto Senior Toxicologist, (Mon# MONGLY00154342 (Volume 1) and MONGLY00154381 (Volume 2)*

In 1990, Monsanto submitted two reports (risk assessments)[121] in support of glyphosate registration in Canada and the U.S. These assessments were prepared to address concerns that arose when 1,4-dioxane (a contaminant in Roundup which is a substance characterized by IARC as "possibly carcinogenic to humans") was detected in Canada's Roundup (Vision Herbicide) in 1989.

Volume 1 of their assessment, *"Cancer Risk Assessment for Agricultural and Forestry Applications of Herbicide Surfactant Containing 1,4-Dioxane,"* was prepared for and submitted to Health and Welfare Canada and Agriculture Canada. Volume 2 of their assessment, *"Cancer Risk Assessment for Agricultural and Roadside Applications of Herbicide Surfactant Containing 1,4-Dioxane,"* was prepared "to address concerns more specific to California"[122] and was submitted to CDFA.[123]

To determine exposure, Monsanto examined 28 studies in the U.S. Environmental Protection Agency's generic data base for base exposure data (*i.e.*, pesticide active ingredient, dermal deposition, and inhalation exposure rates). Monsanto utilized the reported **median** values for their assessments in Volume 1 claiming they were more reliable estimates of exposure than **mean** values and, therefore, yielded more realistic assessments of risk. Monsanto found that the *mean* exposure value was 2.8 times higher than the *median* for workers with gloves and long sleeves and 2.2 times higher for workers without gloves and long sleeves. Monsanto characterized the *mean* value results as a "*worst-case*" risk assessment for the U.S. (Volume 2).[124]

---

[121] Authored by Dr. William Heydens, Monsanto Senior Toxicologist, (Mon# MONGLY00154342 (Volume 1) and MONGLY00154381 (Volume 2).

[122] Page 004 of 0029.

[123] California Department of Food and Agriculture.

[124] Monsanto noted this to be a "*worst case approach*" although they used a lower dose (23 ppm vs. 300 ppm) of 1,4-dioxane in this assessment.

Murdock v. Monsanto
November 21, 2022
Page 60

The *median* exposure values Monsanto published in their Volume 1 assessment for tractor boom application in both an open cab and closed cab are presented in **Table 8.**

**Table 8**
**Median Values for Combined Dermal and Inhalation Exposure**

| Protective Clothing Worn | Exposure (Open Loading/Mixing) (µg/pound of active ingredient applied) | Exposure (Closed Loading/Mixing) (µg/pound of active ingredient applied) |
|---|---|---|
| Long sleeves, gloves, long pants | 19.3 | 1.9 |
| Short sleeves, no gloves, and <u>long pants</u> | 75.6 | 7.6 |

As shown in **Table 8**, the exposure for workers wearing short-sleeved shirts without gloves is approximately **four times greater** than that for workers wearing long sleeves and gloves, in both open and closed loading/mixing situations.

Monsanto's Volume 2 risk assessment results for tractor boom application in an open cab using an open transfer system, shown in **Table 9**, were based on *mean* exposure values, and were reported as a *"worst-case"* exposure scenario.

It is notable that in Monsanto's *"worst-case"* scenario for the Volume 2 California submission, the maximum concentration of dioxane in the formulation was only 23 ppm. In stark comparison, however, Monsanto reported in the Canadian assessment that after conducting extensive analyses on retained product samples located at various Monsanto manufacturing and research technology locations, the mean 1,4-dioxane concentration was **160** ± 56 ppm with a range of 56 - 307 ppm. So, although Monsanto noted this to be a "worst case approach" they actually used a lower dose (23 ppm vs. 300 ppm) of 1,4-dioxane in this assessment.

The reason for this seeming disparity is that just prior to their assessments,[125] Monsanto <u>changed</u> their formulation requirements such that no more than 23 ppm 1,4-dioxane would be contained in the herbicide concentrate.

---

[125] The time of the requirement change in Canada and/or US is not reported.

Murdock v. Monsanto
November 21, 2022
Page 61

**Table  9**
**Mean Values: Combined Dermal and Inhalation Exposure for "Worst Case Scenario"[126]**

| Protective Clothing Worn | Exposure (µg/pound of active ingredient applied) | Exposure (µg/kg/year) |
|---|---|---|
| Short sleeves, no gloves | 165.7 | 7.79 |
| Long sleeves and gloves | 54.47 | 2.56 |

The exposure for applicators wearing short sleeves and no gloves is <u>three times greater</u> than the exposure for applicators wearing long sleeves <u>with</u> gloves. Again, these factors illustrate the profound difference in exposure between sprayers who wore protective equipment and those who did not.

### *Monsanto (2139) Sprayer Exposure Assessment*

Monsanto conducted a formal operator exposure assessment (MON 2139) and evaluated exposure when spraying Roundup under United Kingdom conditions. A series of spray volume and dose combinations were presented and assessed. Because of the results, a series of specific PPE recommendations were set forth in the Monsanto report.

The Roundup test applications were conducted outdoors in Florida. Results were only for hand-pumped, backpack-type sprayers. Sampling techniques were designed to establish exposure on the basis of inhalation, aerosol deposited on exposed skin and the amount that may deposit on covered skin. Deposition on skin was estimated by attaching eleven 10x10 cm surgical pads at strategic locations on the applicator's body as follows:

| **Exposed Surfaces** | | **Under Clothing** |
|---|---|---|
| Top of head | Back | Right forearm |
| Forehead | Right bicep | Left bicep |
| Chest | Left forearm | Ankle |
| Shoulder | Thigh | |

Additionally, estimations were made for the <u>amount</u> of glyphosate that may contaminate the operator's hands when wearing cotton gloves. It was presumed this technique would yield maximum exposure levels as the gloves would absorb any spills which could be wiped or washed off the hand. The published results are shown in **Figure 15**.

---

[126] Tractor boom application with an open cab and open loading/mixing conditions.

Murdock v. Monsanto
November 21, 2022
Page 62

- _Potential exposure (Glyphosate found on operator clothing – unprotected skin)_

Measured exposure ($\mu g/cm^2$) is given for each body part in table 7.

Table 7: MSL-0288 exposure ($\mu g/cm^2$)

| Clothing type | Quantity of Glyphosate found ($\mu g/cm^2$) | | |
|---|---|---|---|
| | Test 1 | Test 2 | Test 3 |
| Gloves | | | |
|   Left | 0.014 | 1.98 | 6.56 |
|   Right | 0.006 | 2.00 | 3.22 |
| Exposed Gauze pads | | | |
|   Head | -- | -- | -- |
|   Forehead | -- | 0.033 | 0.012 |
|   Shoulder | 0.033 | 0.116 | 0.235 |
|   Chest | 0.017 | 0.083 | 0.245 |
|   Back * | 6.38 | 5.96 | 3.99 |
|   Thigh | 0.96 | 0.18 | 1.39 |
|   Right bicep | 0.090 | 0.058 | 0.253 |
|   Left forearm | 0.051 | 0.098 | 0.377 |

\* Highest exposure values were observed on this pad. This was expected as the sprayer is resting on this pad allowing pickup of any spillage.

**Figure 15. "Table 7" from Monsanto MON 2139 Study Showing Results of Exposure Tests**

**Key Points Pertaining to Exposed Body Parts**

- The ug/cm$^2$ exposure to glyphosate reveals significant exposure to nearly all body areas (except forehead and head which were not consistently exposed).

- POEM model includes stated exposure percentages for different parts of the body in peer-reviewed literature for applicators and in Monsanto's own in-house studies.

- Monsanto employees were _protected_ with PPE in all exposed body areas during their tests, but consumers are _not protected_ because of no such instructions (despite the fact that Monsanto's own report recommended specific warnings).

- In earlier reports submitted in the Monsanto litigation matters, Dr. Sullivan (an expert retained by Monsanto) has _only calculated leg and hand exposures_. More recently, Monsanto's expert Dr. LeBeau (report dated 9-3-2019) also failed to include other body areas. All other exposed areas were ignored. This represents a gross deviation from accepted assessment methodology.

- Failing to include measurements from all body areas would lead to an underestimation of exposure.

Murdock v. Monsanto
November 21, 2022
Page 63

**Monsanto's Omission of PPE Recommendations**

Monsanto published recommendations for product PPE from the results of the Monsanto MON 2139 exposure study. These recommendations are presented in **Table 10** along with the warning provided to Ms. Murdock from Monsanto as compared to the warning from internal Monsanto scientists.

**Table 10**
**Summary of MON 2139 Scientific Recommendations and Resulting PPE Inclusions**

| Condition | Recommended PPE by Monsanto Scientists | Included in warnings? | Notes |
|---|---|---|---|
| "When handling or applying the concentrate" | Protective gloves | Yes | *"When mixing"* |
| | Face protection (face shield) | **NO** | |
| *"When spraying through ultra-low volume application and mist blower equipment"* | Coveralls | **NO** | |
| | Protective gloves | Yes | *"When mixing"* |
| | Rubber boots | **NO** | |
| | Face protection (face shield and dust mask) | **NO** | |
| *"When using low volume nozzles in knapsack sprayer, handheld rotary CDA sprayers and handheld weed wiper equipment"* | Water-proof jacket | **NO** | |
| | Water-proof trousers | **NO** | |
| | Protective gloves | Yes | *"When mixing"* |
| | Rubber boots | **NO** | |

Clearly, the warnings issued for actual Roundup products are in grave contrast to the recommendations put forth by the Monsanto study scientists.

Another example of Monsanto's omission of warnings and recommendations is evidenced in the minutes of the Manufacturing Chemists Association meetings of "Precautionary Information Committee" held on October 27, 1976, and January 6, 1977.[127] The minutes of the meetings noted that the results of a study conducted by Dow concerned the criteria used by federal courts to determine product liability in cases where the issue involved the duty of a manufacturer to warn of a risk of harm in using their product. The fact or premise on which this study was based is as follows:

---

[127] Meetings of Manufacturing Chemists Association, Labels and Precautionary Information Committee, October 27, 1976 and January 6, 1977.

Murdock v. Monsanto
November 21, 2022
Page 64

"A manufacturer produces a product which is listed as a **suspect cancer agent**. The manufacturer may or may not know of its product being on such a list. The reliability of the data used to list the product as a suspect cancer agent is **not known**."

The Dow findings led to the formation of a subcommittee. Mr. G. Robert Sido of Monsanto Corporation was appointed chairman of the *Subcommittee on Labeling of Chronic Hazards*. Mr. Sido presented a report during the follow-up meeting on January 6, 1977, which stated:

"In connection with this subject was considered the present state of **determining carcinogens**. With respect to materials that are not regulated cancer suspect agents, the status of test methodology is inconclusive. The field is highly active at the moment in industry, government and academia. There is a critical need to arrive at a collective opinion in the scientific community. Until there is unified acceptance of protocols and definitions, individual companies should consider responses based on the data they have for potential animal carcinogens or other chronic hazards. **A simple statement of fact such as 'causes cancer in laboratory animals' with a reference to further details in separate literature may be considered.** The LAPIC should keep up to date and be fully informed in order to be ready to develop appropriate precautionary labeling."

Subsequently, Mr. Sido's report further stated:

"Emphasis was given to the fact that precautionary labeling (detailed in Table 1 of the subject Standard) is directed primarily to the avoidance of injury from single accidental exposures to a chemical. **Some chemicals, however, produced delayed cumulative or chronic long-term effects.** Hazards other than those dealt with in Table I such as those presented by compounds which may be explosive, **carcinogenic**, teratogenic, mutagenic or which present other recognized safety or health hazards are emphasized in Section 4 of the subject Standard under the section entitled 'Selection of Precautionary Label Texts.'"

Based upon the collective archives of Roundup labels produced and applied from 1977 to the present (some 45 years), the available evidence indicates that Mr. Sido's labeling recommendations were not implemented by Monsanto in any manner or form.

Murdock v. Monsanto
November 21, 2022
Page 65

## 6. Glyphosate (Roundup) History and Use

Glyphosate is the active ingredient in various Roundup herbicide formulations. The Monsanto Company discovered the herbicide activity of glyphosate in 1970 and initiated sales and distribution for weed control in 1974. Glyphosate is not selective and is used on food and non-food crops. Over the subsequent four decades, glyphosate use as an herbicide has greatly expanded. It is used in agriculture, forestry, industrial rights-of-way, and in residential applications worldwide.

Glyphosate's use in agriculture has been further expanded by the development of genetically modified plants that are tolerant to glyphosate treatment (Roundup-Ready®).[128] This has significantly increased the use of glyphosate on these crops for weed control without concern for crop injury.[129] As a result, genetically modified crops contain far more glyphosate residue than conventional crops do.

The introduction of glyphosate-resistant (GR) crops in 1996 and the expiration of the glyphosate patent have resulted in its ubiquitous use today characterized by a 15-fold global increase since the mid-1990s.[130]

According to U.S. EPA documents for glyphosate pesticide registration, in 1993, approximately 13 to 20 million acres of land had been treated with 18.7 million pounds of glyphosate and used mostly on hay/pasture, soybeans, and corn.[131] According to the U.S. Geological Survey, in 2014, 300 million pounds of glyphosate were used on agricultural land in the U.S. Since 1974, over 3.5 billion pounds of glyphosate have been applied in the U.S.[132]

### Glyphosate (Roundup) Formulations: Chemical and Physical Information

Glyphosate is the declared active ingredient (DAI) in Monsanto's Roundup herbicide products; however, it is only one ingredient in the formulation and *is almost never applied in isolated form*. Other substances (referred to as co-formulants) are added in order to

---

[128] Williams, G. et al.,  Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000,  Regulatory Toxicology and Pharmacology, Vol.31, pp. 117-165.

[129] Duke, S. S., "Encyclopedia of Agrochemicals," 2003, John Wiley & Sons.

[130] Benbrook, C.M., "Trends in glyphosate herbicide use in the United States and globally," 2016 Environmental Sciences Europe. 28:3.

[131] U.S. EPA, "Registration eligibility decision-facts: Glyphosate," 1993 United States Environmental Protection Agency, Prevention, Pesticides and Toxic Substances (7508W), EPA-738-F-93-011.

[132] Benbrook, C.M., "Trends in glyphosate herbicide use in the United States and globally," 2016, Environmental Sciences Europe. 28:3.

Murdock v. Monsanto
November 21, 2022
Page 66

modify the physicochemical properties, thereby improving the efficacy of the glyphosate-based formulation.[133,134,135] Examples of co-formulants are spreaders, compatibility agents, anti-foaming agents, drift retardants, and surfactants.

The specific identities and amounts of co-formulants in the herbicide formulations have largely been kept confidential because they are considered by Monsanto as proprietary data. Often, co-formulants are declared as "inert" as they do not act directly on the intended target, i.e., the weed. Moreover, they historically have not been included in either toxicity tests of pesticides on mammals for the establishment of their acceptable daily intake (ADI) or in animal carcinogenicity studies.

Most glyphosate-based formulations (GBFs) contain the same three primary ingredients: (1) glyphosate salt, (2) co-formulants (e.g., surfactants) and (3) inert ingredients (e.g., "water").[136] Formulations differ from one another by the specific salt included in the formulation and the amount and type of surfactants, other co-formulants, and inert ingredients. Glyphosate-based formulation ingredients can be examined individually; however, one must be mindful that the sum of these ingredients may have very different properties than the individual ingredients alone.

The salt of glyphosate in a GBF is comprised of an organic base combined with glyphosate. Glyphosate [N-(phosphonomethyl) glycine] is amphoteric (can act as either an acid or a base) and is practically insoluble in organic solvents.[137] Glyphosate as a weak acid has a hydrogen ion held to a phosphorous group by a weak electrostatic charge. By replacing this hydrogen ion with a different cation (organic base), herbicide manufacturers are able to make a more water-soluble glyphosate salt. Isopropylamine (IPA) is the organic base that is most commonly used in Roundup-formulated products.[138]

---

[133] Defarge, N. E., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2013, Int J Environ Res Public Health. 13(3), pp. 264.

[134] Nobels, I. et al., "Toxicity ranking and toxic mode of action evaluation of commonly used agricultural adjuvants on the basis of bacterial gene expression profiles," 2013, PLoS ONE 6, p. 264.

[135] Haefs R. et al., "Studies on a new group of biodegradable surfactants for glyphosate," 2002, Pest Manag. Sci. 58, pp. 825–833.

[136] Christophe Gustin, Confidential draft. "Clustering glyphosate formulations with regard to the testing for dermal uptake," 2001. (Tab 15; see also MONGLY01839476 for draft of this document.)

[137] Williams, G. et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pp. 117 - 165.

[138] Christophe Gustin, Confidential draft. "Clustering glyphosate formulations with regard to the testing for dermal uptake," 2001. (Tab 15; see also MONGLY01839476 for draft of this document.)

Murdock v. Monsanto
November 21, 2022
Page 67

This cation is also bound by a weak electrostatic charge and may not stay with the glyphosate acid; once it is added to water by the applicator, it can be easily replaced by other positively charged ions from the water.[139] Thus, the glyphosate that is working in the plant is usually not associated with the original salt.[140] The specific salt used in the formulation may not significantly impact herbicide performance. The glyphosate concentration in the final formulation will depend on the salt used as each salt has a different molecular weight. A lighter salt will result in a higher glyphosate concentration.[141] Several salt types have been used to formulate glyphosate products including isopropylamine (IPA), ammonium, sodium, and potassium glyphosate salts[142] (see **Table 11**). Glyphosate isopropylamine salt is the one most commonly used in Roundup-formulated products[143] and used in all glyphosate-based products.[144]

---

[139] Interactions between glyphosate and calcium salts found in water are the primary reason for adding AMS to the spray tank. (http://www.weeds.iastate.edu/mgmt/2001/glyphosateformulations.htm)

[140] Christophe Gustin, Confidential draft. "Clustering glyphosate formulations with regard to the testing for dermal uptake," 2001. (Tab 15; see also MONGLY01839476 for draft of this document.)

[141] The active ingredient concentration in a GBF is specified as a glyphosate equivalent or an acid equivalent (a.e.) referring to the free form of the acid. This allows for comparability between formulations.

[142] Christophe Gustin, Confidential draft. "Clustering glyphosate formulations with regard to the testing for dermal uptake." 2001. (Tab 15; see also MONGLY01839476 for draft of this document.)

[143] Giesey, J. P., Dobson, S., & Solomon, K. R., "Ecotoxicological risk assessment for Roundup herbicide," 2000, Rev. Environ. Contam. Toxicol. 167, pp. 35-120.

[144] U.S. EPA, "Registration eligibility decision-Facts: Glyphosate," 1993, United States Environmental Protection Agency, Prevention, Pesticides and Toxic Substances (7508W), EPA-738-F-93-011.

Murdock v. Monsanto
November 21, 2022
Page 68

**Table 11**
**Properties of Glyphosate and Common Salts of Glyphosate in Roundup[145]**

| Herbicidal Agent | Solubility in water (g/L) | MW (g/mol) | Molecular Formula |
|---|---|---|---|
| Glyphosate acid | **pH 1.9:** 10.5<br>**pH 7.0:** 157 | 169.07 | $C_3H_8NO_5P$ or $HOOCCH_2NHCH_2PO(OH)_2$ |
| Glyphosate Potassium salt | 900[a] | 207.16 | $C_3H_7KNO_5P$ |
| Glyphosate Ammonium salt | 300[a] | 186.11 | $C_3H_{11}N_2O_5P$ |
| Glyphosate Sodium salt | 500[a] | 191.06 | $C_3H_7NNaO_5P$ |
| Glyphosate Isopropylamine salt (IPA) | **pH 7.0:** 900<br>**pH 4.1:** 786 | 228.19 | $C_6H_{17}N_2O_5P$ or $C_3H_9N \cdot C_3H_8NO_5P$ |

[a] From "Managing Glyphosate. Performance of different salts and adjuvants." Grants Research and Development Corporation. GRDC Project code ICN00016.

Aside from the organic base and the salt used, the other major difference between glyphosate-based formulations is the inclusion of <u>co-formulants</u>. Some co-formulants are "pre-loaded" or included by Monsanto in the GBF while others, called adjuvants, are added by the end user to modify the herbicide to the particular situation in which it is being used.[146]

Adjuvants are not added to the GBF by the manufacturer mainly because different types of crops may require different types of adjuvants, e.g., certain crops are sensitive to oils, some are difficult to wet, etc. Thus, herbicide manufacturers avoid limiting the application of a given herbicide to only one crop or situation.

As an example of adjuvant use, the addition of ammonium sulfate (AMS) and water conditioners have been shown to significantly improve weed control with glyphosate. Water in some regions contains excessive amounts of salts including calcium, magnesium, iron, and sodium, and these salts bind to glyphosate and reduce its absorption and solubility. The sulfate component of AMS is negatively charged and will bind to positively charged salts so that they cannot reduce the activity of glyphosate.

---

[145] http://npic.orst.edu/factsheets/archive/glyphotech.html

[146] The terms "co-formulants" and "adjuvants" are sometimes used interchangeably in the literature. A fact sheet form Cornell University states, "A pesticide adjuvant is broadly defined as any substance added to the spray tank, separate from the pesticide formulation that will improve the performance of the pesticide. Sometimes adjuvants are more narrowly defined as a substance added to a pesticide mixture to improve its physical qualities and, hence, its effectiveness." http://psep.cce.cornell.edu/facts-slides-self/facts/gen-peapp-adjuvants.aspx

Murdock v. Monsanto
November 21, 2022
Page 69

Other commonly used adjuvants include emulsifiers, dispersants, stabilizing agents, compatibility agents, buffering agents, anti-foam agents, spreader-stickers, drift retardants, and surfactants.

Some GBFs may contain a greater percentage of co-formulants than glyphosate salt. These are listed simply as "Other Ingredients" on the label. For example, the label on Roundup Original Max herbicide, which contains a proprietary surfactant, reads:

| |
|---|
| **ACTIVE INGREDIENT** |
| Glyphosate N (phosphonomethyl) glycine, in the form of its potassium salt ................................................................ 48.7% |
| OTHER INGREDIENTS ......................................................................... 51.3% |
| 100% |

The most commonly pre-loaded co-formulants used in herbicides are surfactants. Surfactants are complex chemicals that facilitate and accentuate the emulsifying, dispersing, spreading, wetting, or other surface-modifying properties of aqueous solutions. For example, waxes on plant leaves are lipophilic and chemically non-polar and thus repel water while herbicides such as glyphosate are highly hydrophilic and chemically polar.

Adding surfactants will significantly increase how well glyphosate spreads on and enters leaf surfaces. A surfactant can also reduce the amount of glyphosate washed off plants by rain. Surfactants in herbicides vary greatly in their nature and concentration and are added to increase the absorption rate of the acid into the plant's leaf and stem tissue. Sometimes a combination of surfactants is used in one glyphosate formulation. The most prevalently used surfactants in herbicides contain POEA (Polyoxyethylene alkylamine).

The co-formulants in a GBF (individually or in combination with one another) can have a profound toxicological effect on a non-target organism. Some of these co-formulants may synergistically attenuate the negative effects of glyphosate or, as in the case of surfactants which can increase dermal absorption, may simply increase glyphosate's systemic exposure. Surfactants, as well as other co-formulants, are particularly important with respect to a risk assessment and are, therefore, discussed in detail later in this report.

Roundup is offered in dry or aqueous formulations at various concentrations. Glyphosate is commonly formulated with water at 2.13 M (356 g/L free acid) or as an isopropylamine

Murdock v. Monsanto
November 21, 2022
Page 70

salt 480 g/L.[147] The ethoxylated tallowamine (POEA) surfactant in Roundup Classic is designated by Monsanto as MON 0818[148] with a concentration that is typically reported as approximately 15% of the formulation weight to volume or 150 g/L.[149,150,151,152]

### Contaminants within Roundup (Surfactants, Adjuvants, and Co-formulants)

A 2017 toxicological study by Tarazona et al.[153] reviewed the scientific basis of glyphosate's carcinogenic classification and offered the following guidance with respect to contaminants in glyphosate and Roundup surfactants, adjuvants and co-formulants:

> "Surfactants are frequently used in herbicide formulations including glyphosate. Polyethoxylated tallowamines are several orders of magnitude more cytotoxic than glyphosate (Mesnage et al., 2013); the mode of action is cell death with inhibition of the mitochondrial succinate dehydrogenase activity and membrane damage leading to necrosis. This mode of action is different from glyphosate while similar to that observed for glyphosate-based formulations (Benachour and Seralini, 2009). These tallowamines also produce oxidative and DNA damage (Nobels et al., 2011), and increase the apoptotic potential of glyphosate (Kim et al., 2013). Other surfactants as well as solvents used in pesticides formulations are cytotoxic and possibly genotoxic (Nobels et al., 2011)."

It will be seen in the following data tables that a variety of substances have been added to the product to increase or enhance absorption. Unfortunately, it has not been possible to assess the actual constituent components of Roundup surfactants because (in the U.S.) such mixtures are protected as "proprietary" formulations. For example, the label on Roundup Original Max herbicide (which contains a proprietary surfactant) merely

---

[147] Williams, G. et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pp. 117 - 165.

[148] Monsanto response to the concern of the Slovenian authorities on the composition of the Plant Protection Product MON 79376 (360 g/ 1 glyphosate) and the surfactant MON 59117 (CAS n ° 68478-96-6). MONGLY02817577.

[149] Id.

[150] Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[151] Giesey, J. P., Dobson, S., & Solomon, K. R., "Ecotoxicological risk assessment for Roundup herbicide," 2000, Rev. Environ. Contam. Toxicol. 167, pp. 35-120.

[152] Defarge, N. E., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2016, Int J Environ Res Public Health, Vol. 13(3), p. 264.

[153] Tarazona, et al., "Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC," National Institutes of Health, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5515989/

Murdock v. Monsanto
November 21, 2022
Page 71

states "Other Ingredients: 51.3%." In other words, more than half of the volume of the product consists of water and unknown substances.

Without good information, substance toxicity cannot be scientifically or toxicologically evaluated with reliance and accuracy. It should be further noted that individual chemical assessment is the recommended worldwide method for carcinogenic substances as highlighted in the Tarazona et al. study:

> The UN and EU guidance recommends carcinogenicity and genotoxicity studies to be conducted on individual chemicals, limiting testing of mixtures/formulations to cases where synergistic effects are expected (United Nations 2015).154

**Table 12** lists the various substances in Roundup formulations depending on years of exposure and type of Roundup product used.

**Table 12**
**List of 22 Chemicals Known to be Present in Roundup Based on Product Labels and Potentially Used by Plaintiff Based on Product and Year**

| Compound/Substance | Years Used in Roundup per Labels |
|---|---|
| 1-dodecanamine (surfactant) | 1999 |
| Ammonium Sulfate | 2002 |
| Antifoam ("A," "AF," "C") | 1999 |
| Antimicrobial Agent | 1992, 1995, 1998, 2002 |
| Dimethyl polysiloxane | 1995 |
| Dipropylene glycol | 1998, 2002 |
| Glyphosate | 1992, 1995, 1996, 1998, 2002 |
| MON 013962 Technical Solution | 1999 |
| Nonanoic acid | 1998, 2002 |
| Pelargonic acid | 1992, 1995, 2002 |
| Polyoxyethylene alkyl amine | 2002 |
| Polyoxyethylene alkyl phosphate ester (surfactant) | 1999 |
| Polyoxyethylene alkylamine (surfactant) | 1992, 1995, 1999 |
| Potassium hydroxide | 1992, 1995, 1998, 2002 |
| Propylene glycol (co-solvent) | 1999 |

---

154 Id.

Murdock v. Monsanto
November 21, 2022
Page 72

**Table 12 Continued**

| Compound/Substance | Years Used in Roundup per Labels |
|---|---|
| SAG 10 | 1999 |
| SAG 30 | 1999 |
| Silicone emulsion | 1999 |
| Silicone emulsion (dimethylpolysiloxane) | 1998, 2002 |
| Surfactant Blend (tallowamine, glycerin) | 2002 |
| Surfactant Mon 59112 | 1996, 1998, 1999, 2002 |
| Water | 1992, 1995, 1996, 1998, 2002 |

There are several critical points to note with respect to this formulation chronology:

- The basic product formulation <u>has not changed significantly</u> over the years.

- Although every product contains surfactants in various forms, the word "surfactant" only appears in selected years. Labels often substituted different POEAs as a specific surfactant. Sometimes a proprietary mixture is presented in abbreviated form.

**Table 13** presents a detailed breakdown of the various Roundup formulations available based on product labels available for assessment.

**Table 13**
**Roundup Formulations (Glyphosate with Surfactants, Adjuvants, and Co-formulants)**

| Product Brand Name | Formulation(s) |
|---|---|
| Roundup Ready-To-Use Weed & Grass Killer<br>EPA Reg: 71995-08 (7/13/1992) | Glyphosate - 1%; Polyoxyethylene alkylamine 0.36%; Water - 97.129%; pelargonic acid 1%; Potassium hydroxide 0.45%; Antimicrobial Agent; 0.1%; |
| Roundup Super Concentrate Weed & Grass Killer 2 (12-3-1999) | MON 013962%Technical Solution<br>(N-phosphonomethylgtycine, IPA salt)<br>CAS# 38641-94-0<br>Polyoxyethylene alkylamine (surfactant)<br>Polyoxyethylene alkyl phosphate ester (surfactant)<br>Propylene glycol (co-solvent)<br>1-dodecanamine (surfactant) |
| Roundup Ready-To-Use Weed & Grass Killer [1]<br>EPA Reg: 71995-12 (8/16/1995) | Glyphosate - 1.55%; Polyoxyethylene alkylamine 0.36%; Water - 95.99%; pelargonic acid 1%; Potassium hydroxide 1.0%; Antimicrobial Agent; 0.1%; Dimethyl polysiloxane - 0.001% |
| Roundup Ready-To-Use Weed & Grass Killer [2]<br>EPA Reg: 71995-13 (11/6/1995) | Glyphosate - 1.55%; Polyoxyethylene alkylamine 0.36%; Water - 97.99%; Antimicrobial Agent; 0.1%; |

Murdock v. Monsanto
November 21, 2022
Page 73

**Table 13 Continued**

| Product Brand Name | Formulation(s) |
|---|---|
| Roundup Weed & Grass Killer [1] Super Concentrate EPA Reg: 71995-18 (10/17/1996) | Glyphosate - 66.31%; Mon 59112 - 14.5% (TAM 7.25%, Phos Ester 2.93%, PEG 1.49%, DPG 1.38%, Water 1.45%); Water 19.36%; SAG - 0.01% |
| Roundup Weed & Grass Killer [1] Ready- To-Use EPA Reg: 71995-23 (5/20/1998) | Glyphosate 3.1%; Mon 59112 (polyoxethylene alkyl amine 0.25%, polyoxethylene alkyl phosphate ester 0.1%, Polyethylene glycol, 0.05%, dipropylene glycol 0.05%); Nonanoic acid 2%; Potassium Hydroxide 2.3%; Biocide 0.10%; silicone emulsion (dimethylpolysiloxane) 0.03%; Water 92.02%; |
| Isopropylamine Salt of Glyphosate (MON 0139, 62%) CAS# 38641-94-0 (July 17, 1999) | Silicone Emulsion |
|  | SAG 10 SAG 30 |
|  | Antifoam A Antifoam C Antifoam AF |
|  | MON 59112 Surfactant |
| Roundup Weed & Grass Killer Ready-To-Use EPA Reg: 71995-32 (9/9/2002) (multiple formulations) | Glyphosate 3.23%; Mon 59112 0.5% (polyoxethylene alkyl amine 0.25%, polyoxyethylene alkyl phosphate ester 0.1%, propylene glycol 0.05%, dipropylene glycol 0.05%, water 0.05%); dipropylene glycol 0.05%; Nonanoic acid 2%; Potassium Hydroxide 2.3%; antimicrobial agent 0.10%; silicone emulsion (dimethylpolysiloxane) 0.03%; Water 91.89%; |
| Roundup Ready-to-Use Weed & Grass Killer III EPA Reg: 71995-33 (9/9/2002) (multiple formulations) | Glyphosate 3.23%; Mon 59112 0.5% (polyoxethylene alkyl amine 0.25%, polyoxyethylene alkyl phosphate ester 0.1%, propylene glycol 0.05%, dipropylene glycol 0.05%, water 0.05%); dipropylene glycol 0.05%; Potassium Hydroxide 1.94%; Ammonium Sulfate 2%; antimicrobial agent 0.10%; silicone emulsion (dimethylpolysiloxane) 0.03%; Water 90.22%; |
|  | Glyphosate 3.23%; Polyoxyethylene alkyl amine 0.75%; antimicrobial agent 0.10%; water 95.92% |
|  | Glyphosate 3.23%; Surfactant Blend 0.5% (Ethoxylated tallowamine 70%, glycerin 20%); Pelargonic Acid 2.0%; Potassium Hydroxide 2.3%; Ammonium Sulfate 2%; antimicrobial agent 0.10%; silicone emulsion (dimethylpolysiloxane) 0.03%; Water 89.86%; |

Murdock v. Monsanto
November 21, 2022
Page 74

## 7. N-Nitroso Glyphosate in Roundup QuikPRO

Based on newly received Monsanto documentation as cited herein, a brief general causation assessment of N-nitroso glyphosate has been included in this report.

**N-Nitroso Glyphosate Composition**

N-Nitroso glyphosate (NNG) is a nitrosamine degradation product of glyphosate found in the Roundup QuikPRO product. NNG is a synthetic impurity and is a compound belonging to a larger group of known mutagenic/genotoxic chemical carcinogens.

Various forms of N-nitroso compounds occur in the environment, human diet, and other exposure media. Low levels of N-nitroso compounds can be found in air, water, and food products treated with nitrites, generally measured in parts per billion (PPB) at trace levels. Some N-nitroso compounds form in the stomach after digesting foods that have been treated with nitrites. Other sources include toiletry and cosmetic products such as shampoos and cleansers and household products such as detergents and cleaners.[155] However, most of these impurities are present only at extremely low levels in the natural environment and are generally measured at concentrations below levels of concern.

**NNG Regulatory Guidance**

The N-nitroso compounds studied to date by the U.S. EPA are classified as *"probable human carcinogens."* There are no peer-reviewed studies specific to only N-nitroso glyphosate. The U.S. EPA has limited the allowable N-nitroso glyphosate impurity in glyphosate-formulated products to **1 ppm.**

**NNG Absorption, Distribution, Metabolism, and Excretion**

Glyphosate itself readily forms the N-nitroso derivative, and its concentration increases the longer the product is stored in warehouses or on store shelves. The N-nitroso impurity in Roundup has also been observed to induce formation of N-nitroso glyphosate in soils.[156]

---

[155] "N-nitroso Compounds," Delaware Health and Social Services. https://dhss.delaware.gov/dph/files/nnitrosofaq.pdf

[156] Khan, 1981, "N-Nitrosamine Formation in Soil from the Herbicide Glyphosate and its Uptake by Plants," N-Nitroso Compounds. ACS Symposium Series. Vol. 174. American Chemical Society. pp. 275–287, https://datapdf.com/queue/nitrosamine-formation-in-soil-from-the-herbicide-glyphosate-.html

Murdock v. Monsanto
November 21, 2022
Page 75

Among the impurities of commercial glyphosate, N-nitroso glyphosate (NNG) is of great concern due to its potential toxicity[157] *which includes probable human carcinogenicity.* This concern is magnified by the fact that NNG can enter applicator's bodies in several ways.

Hence, there are significant concerns regarding NNG's probable human carcinogenicity as a consequence of both direct and indirect NNG exposures. The following sections attempt to address the available peer-reviewed toxicological studies and information contained in Monsanto's own internal studies (both published and unpublished), deposition testimony, and employee correspondence.

### *Absorption of NNG*

In the case of Roundup spray applications, NNG can enter the body through three generally accepted toxicological exposure pathways (inhalation, dust ingestion, and dermal absorption). NNG in QuikPRO most frequently enters the body through direct dermal absorption via physical contact with QuikPRO dust and spray. It can also enter the body via ingestion or inhalation of aerosol or contaminated fugitive dust during mixing. Additionally, NNG can react with nitrates in soil and can produce airborne N-Nitroso which can also enter the body through inhalation, dermal contact with contaminated surfaces, and contaminated dust ingestion.

### *NNG Excretion*

It is noteworthy that in a 1982 Monsanto study of rats given doses of NNG,[158] the average C-14 excretion of N-nitroso glyphosate per day per animal was 62% via the urine and 31% via the feces with a total C-14 accountability of 93%. The C-14 content in the organs and tissues was measurable; the C-14 concentration ranged from 0.02 ppm in the muscle to 0.90 ppm in the lung. The study author(s) noted that NNG was excreted essentially unchanged in the urine and feces.

---

[157] "Analysis of N-Nitroso Glyphosate in Glyphosate Samples,"
https://www.chromatographyonline.com/view/analysis-N-nitroso-glyphosate-glyphosate-samples

[158] Street, R.W., "Toxicology and Safety Report for N-Nitroso Glyphosate," Monsanto Agricultural Products Company, Special Report MSL-2227 R.D. #418, May 20, 1982.

Murdock v. Monsanto
November 21, 2022
Page 76

A subsequent 1997 study[159] by Tricker et al. reported that excretion of total N-nitroso compounds in healthy adults is estimated to be 1.30 ± 1.05 μmol/day in urine and between 1.56 ± 1.56 and 3.17 ± 2.58 μmol/day in feces.

### *NNG Distribution*

The 1982 Monsanto study previously noted[160] reported that lack of tissue retention suggests that NNG will not bioaccumulate. The study provided some limited information regarding distribution in the body as follows:

> "In the mouse study (IRD-77-222), NNG was administered by intubation for 90 days at dosages of 0, 50, 150, and 500 milligrams per kilogram per day." … "There was a slight increase in the incidence of inflammatory cell infiltrates in the liver, kidney, lung, and salivary gland of high dose group males and females and in the uteri of high dose group females. In the same group, the incidence of peri-bronchial **lymphocytic accumulation** and uterine endometrial fibroplasia were increased compared to the controls."

The ATSDR reported in its 2022 Toxicological Profile for NDMA[161] (a N-nitroso compound with a similar mechanism of action) that:

> "In mice, hamsters, and pigs, unmetabolized NDMA was widely distributed throughout the body after i.v. injection, <u>passing freely between blood and tissues.</u> (Gombar et al. 1988, 1990; Streeter et al. 1990b) In these species, the steady-state volume of distribution ($V_{ss}$) was approximately equal to total body water, suggesting little to no accumulation in tissues."

### Half-life of NNG in the Environment

No specific findings concerning NNG's half-life in humans are presently available. However, the U.S. Forest Service reported in its study of glyphosate[162] that:

---

[159] Tricker, AR, 1997, "N-nitroso compounds and man: sources of exposure, endogenous formation and occurrence in body fluids," European Journal of Cancer Prevention, Vol. 6, No. 3 (June 1997), pp. 226-268, https://www.jstor.org/stable/45074270

[160] Street, R.W., "Toxicology and Safety Report for N-Nitroso Glyphosate," Monsanto Agricultural Products Company, Special Report MSL-2227 R.D. #418, May 20, 1982.

[161] ATSDR, "Toxicological Profile for N-Nitrosodimethylamine," https://www.atsdr.cdc.gov/toxprofiles/tp141.pdf

[162] "Glyphosate Herbicide Information Profile," U.S. Department of Agriculture, Forest Service, February 1997, p. 3, https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fsbdev2_025810.pdf

Murdock v. Monsanto
November 21, 2022
Page 77

> "N-nitroso glyphosate (or NNG) has been detected in test soils after applying glyphosate at five times the normal use rate." ... " Glyphosate and the surfactant used in Roundup are both strongly adsorbed by the soil." Glyphosate remains unchanged in the soil for varying lengths of time depending on soil texture and organic matter content. The half-life of glyphosate in soil can range from 3 to 249 days. Soil microorganisms break down glyphosate. The surfactant in Roundup® has a soil half-life of less than 1 week."

NNG reacts differently in different mediums. In water, for example, NNG breaks down rapidly. However, when produced in soil, the deterioration interval can be much longer.

It was noted in a 1981 study entitled "N-Nitrosamine Formation in Soil from the Herbicide Glyphosate and its Uptake by Plants"[163] that NNG can be assimilated by the roots of plants and translocated to the shoots. Such translocation is highly consistent with a reasonably long, biologically stable and significant half-life.

## Carcinogenicity of NNG in Animals or Humans

The peer-reviewed toxicological literature has recognized for decades that N-nitroso products and other nitrosamines are capable of inducing cancer in both animals and humans. In a 1991 study by Tricker and Preussmann (published in *Mutation Research*),[164] the following was noted:

> "N-Nitroso compounds can induce cancer in experimental animals. Some representative compounds of this class underline induce cancer in at least 40 different animal species including higher primates. Tumors induced in experimental animals resemble their human counterparts with respect to both morphological and biochemical properties. Extensive experimental and some epidemiological data suggest that humans are susceptible to carcinogenesis by N-nitroso compounds..."

A large human epidemiological study has assessed exposures to various N-nitroso compounds in the historic rubber industry. The Hidajat study[165] found that lifetime cumulative exposures (LCEs) to the n-nitrosamine sums were associated with increased

---

[163] Khan, 1981, "N-Nitrosamine Formation in Soil from the Herbicide Glyphosate and its Uptake by Plants," N-Nitroso Compounds. ACS Symposium Series. Vol. 174. American Chemical Society. pp. 275–287, https://datapdf.com/queue/nitrosamine-formation-in-soil-from-the-herbicide-glyphosate-.html

[164] Tricker AR, Preussmann R., "Carcinogenic N-nitrosamines in the diet: occurrence, formation, mechanisms and carcinogenic potential," Mutat Res. 1991 Mar-Apr, Vol. 259(3-4), pp. 277-89. doi: 10.1016/0165-1218(91)90123-4. PMID: 2017213.

[165] Hidajat et.al., "Lifetime exposure to rubber dusts, fumes and N-nitrosamines and cancer mortality in a cohort of British rubber workers with 49 years follow-up," 16 February, 2019, Occup. Environ Med:10.1136/oemed-2018-105181

Murdock v. Monsanto
November 21, 2022
Page 78

risks for all cancers (standardized hazard ratio = 1.89, 95% CI 1.78 to 2.01) and cancers of the lung, <u>non-Hodgkin's lymphoma</u>, and cancers of the brain.[166]

U.S. EPA has not specifically evaluated N-nitroso glyphosate and thus only the more general EPA assessment of N-nitroso compounds applies, this being that N-nitroso compounds studied to date by the U.S. EPA are classified as *"probable human carcinogens."* The allowable limit of N-nitroso compounds (including NNG) in commercial products is 1 PPM.

### Mechanism of Action (N-Nitroso Compounds)

A 1989 peer-reviewed study by M.C. Archer[167] presented the following findings with regard to the carcinogenic properties and mechanism of action of N-nitroso compounds:

> There is ample evidence from studies in experimental animals that N-nitroso compounds are **carcinogenic** because in the body they form potent electrophilic alkylating agents. These reactive intermediates are formed by spontaneous decomposition in the case of nitrosoureas and related compounds, or by metabolic activation in the case of N-nitrosamines. The electrophiles subsequently react with DNA of target tissues to form altered bases which leads to the initiation of carcinogenesis. There is now convincing evidence that the biological activity of N-nitroso compounds in humans does not differ substantially from that in experimental animals. We can therefore predict with a **high degree of confidence** that N-nitroso compounds including nitrosamines are carcinogenic in man.

### NNG Mutagenicity/Genotoxicity

Originally, NNG was believed to not possess mutagenic qualities. The original U.S. EPA Fact Sheet published in 1986 specifically states that NNG is *not mutagenic*.[168] However, additional studies have shown that many n-nitroso compounds possess mutagenic properties.

In 1976, Montesano et al. published a study[169] that tested and assessed the mutagenic and carcinogenic properties of a wide range of N-nitroso compounds. Their findings were:

---

[166] Id.

[167] Archer MC. "Mechanisms of action of N-nitroso compounds," 1989, Cancer Surv., Vol. 8(2), pp. 241-50. https://pubmed.ncbi.nlm.nih.gov/2696579/

[168] "N-Nitroso Glyphosate," EPA Fact Sheet 91024L3C, June 1986.

[169] Montesano et al., "Mutagenic and carcinogenic N-nitroso compounds: possible environmental hazards," 1976, Mutation Research, Vol. 32, pp. 179--228, https://d1wqtxts1xzle7.cloudfront.net/73957122/0165-1110_2876_2990001-420211031-26266-fn1fx4-with-cover-page-v2.pdf

Murdock v. Monsanto
November 21, 2022
Page 79

> "It has now been established that small amounts of N-nitroso compounds are present in the human environment and that these <u>carcinogens</u> may be formed in the body from nitrosatable substances and nitrites. The relevance of these traces of N-nitroso compounds to a possible risk to man has yet to be established." ... "the **mutagenic** effects of N-nitrosamides observed in almost all the cellular systems examined, <u>underlines the possible hazard of this class of compound to man</u>. The exceedingly difficult question of whether some human cancer or transmissible genetic damage could be attributed to these groups of carcinogens has not so far been answered although some studies have examined the possible role of N-nitrosamine intake in the etiology of a number of human cancers."

In 1980, the U.S. Federal Register[170] summarized new U.S. EPA requirements for N-nitroso. These were predicated on an understanding of the problem as stated below:

> "Some pesticides are contaminated with N-nitroso contaminants. These substances are not intentional additives of the pesticide product but are rather chemical compounds formed during synthesis of the active ingredient or during formulation or storage. Approximately 80 N-nitrosamines and 23 N-nitrosamides, not necessarily components of pesticides, have been tested for carcinogenicity. Of these, **80 percent** of the nitrosamines and nearly all the nitrosamides were carcinogenic in a variety of species. Carcinogenicity and mutagenicity data for 47 N-nitroso compounds revealed that **38 were both carcinogens and mutagens**. Five were carcinogens but not mutagens. Three were non-carcinogens and non-mutagens and one was a mutagen but not a carcinogen.' Such compounds, therefore, present a **potential risk to the public health**."

In 1987, IARC[171] classified N-Nitrosodiethylamine, N-Nitrosodimethylamine, and other N-N-nitroso compounds as Group 2A, *probable human carcinogens,* on the basis of studies demonstrating mutagenicity and carcinogenicity.

### *Monsanto Studies with respect to NNG's Carcinogenic Potential*

Monsanto has been aware of the potential dangers of NNG as early as 1978 when they conducted a study as part of the product's U.S. EPA registration process.[172] Monsanto was repeatedly reprimanded in a formal U.S. EPA memo for what the U.S. EPA called *"major flaws"* in its study methodology and conclusions. However, the U.S. EPA nonetheless approved Monsanto's product registration.

---

[170] U.S Library of Congress, Federal Register Volume 45, Number 124, June 25, 1980, p. 42854, https://tile.loc.gov/storage-services/service/ll/fedreg/fr045/fr045124/fr045124.pdf

[171] IARC Monographs, https://monographs.iarc.who.int/agents-classified-by-the-iarc/

[172] U.S. EPA-Pesticides; "Glyphosate Review and Evaluation of Tox Data," 1978, https://www3.epa.gov/pesticides/chem_search/cleared_reviews/csr_PC-103601_26-Sep-78_067.pdf

Murdock v. Monsanto
November 21, 2022
Page 80

In a 2010 internal toxicological report, Monsanto stated the following:[173]

> "Nitrosamines (N-nitroso amines) are readily formed when secondary amines come in contact with nitrite ion or related "nitrosating" agents. Members of this chemical class are known to be present in many foodstuffs, tobacco smoke, and many other natural and industrial sources. Studies in the 1950's demonstrated that dimethyl-nitrosamine caused liver tumors in rats and subsequent research has established that hundreds of other nitrosamines were also mutagenic and carcinogenic in standard assays. Today, **it is generally assumed that any nitrosamine may have carcinogenic potential due to this preponderance of evidence**."

Monsanto stated that it applies in-house methods to comply with the U.S. EPA's 1 ppm limit. However, the conclusion of the _same_ NNG section states:

> "No toxicological testing or evaluation of NNG is needed to address safety concerns for consumers or applicators."

It was noted in several Monsanto documents that no further testing was needed because the U.S. EPA's limit was well above the concentration of NNG that Monsanto attempts to limit in the manufacturing of the Roundup product itself. However, only vague statements were offered regarding concentration increases due to reaction with soil nitrates, product storage, humidity, etc. In the April 21, 2022 deposition testimony taken from Monsanto toxicologist William Reeves, Ph.D., the following exchange was noted:[174]

> **Q.** What is Monsanto's understanding of the true proportion of the population of nitrosamines that are carcinogenic?
>
> **A.** That, I don't know. Nitrosamines are not something that we study, you know, outside of the ones that are relevant for our products so you'd have to talk to a nitrosamine chemist.
>
> **Q.** Does Monsanto have any reason to dispute that 80 percent of nitrosamines are carcinogenic?
>
> **A.** Of the ones that have been looked at, I mean, I think that's the key statement there.

---

[173] Monsanto Corporation, "A Review and Discussion of Glyphosate Toxicology Test Materials," November 17, 2010, MSL0023134, p. 40

[174] Deposition of William Reeves, Ph.D., April 21, 2022, p. 41.

Murdock v. Monsanto
November 21, 2022
Page 81

## N-Nitroso Glyphosate and Roundup QuikPRO

In a 2004 confidential internal report,[175] Monsanto disclosed that a batch of Roundup QuikPRO (dry glyphosate plus diquat mixture, MON14420) contained many times the permitted U.S. EPA limit of 1 ppm. Nitrite contamination was traced to $NO_2$ gases from combustion sources (such as gas forklifts). In other words, the atmosphere itself interacted with the granular Roundup product to produce unacceptably high NNG levels. **Table 14** lists NNG levels found in contaminated Roundup at two (2) Monsanto facilities.

**Table 14**
**Summary of NNG-Contaminated Roundup QuikPRO Stored at Monsanto Facilities**

| Lot number | Bag no. sampled | St. Louis NNG (ppm) | Muscatine NNG (ppm) | Lot number | Bag no. sampled | St. Louis NNG (ppm) | Muscatine NNG (ppm) |
|---|---|---|---|---|---|---|---|
| FKPN04-26 | 50 | 3 | | FKPN09-16 | 18 | | |
| FKPN04-26 | 2 | | 26 | FKPN09-19 | 18 | | |
| FKPN04-26 | | 2.9 | | F}.GN09-20 | | | |
| FKPN07-24 | 4 | 3 | | FKPN09-21 | 23 | 2.1 | |
| FKPN07-24 | | 0.8 | | FKPN09-23 | 5 | 0.2 | 0.186 |
| FKPN08-18 | 26 | >6 | | FKPN09-23 | | 1.6 | |
| FKPN08-18 | | 0.7 | | FKPN09-24 | | 1.7 | |
| FKPN08-i9 | 7 | 0.5 | 0.46 | FKPN09-28 | 16 | | |
| FKPN08,19 | 10 | 0.6 | | PJPN09-04 | 4 | 1.8 | |
| FKPN09-07 | 14 | 0.67 | | PJPN09-04 | 1 | 1.1 | |
| FKPN09-08 | 39 | 3.9 | 4.79 | PJPN09-07 | 2 | | |
| FKPN09-08 | 23 | | | PJPN09-08 | 3 | | |
| FKPN09-08 | | 1.9 | | PJPN09-10 | 4 | | |
| FKPN09-09 | 24 | 2.7 | | PJPN09-12 | 4 | 1.4 | |
| FKPN09-09 | | 8.8 | 9.6 | PJPN04-26 | 4 | 1.5 | |

Highest Concentration: **26.0 ppm**  Lowest Concentration: **0.19 ppm**  Average Concentration: **3.38 ppm**

The Monsanto test data clearly demonstrates that the potential exists to produce excessive NNG in any environment in which fugitive gases or physical nitrates are allowed to interact chemically with the Roundup product. This validates the 1981 Khan study[176] that found N-nitrosamine formation as a result of the Roundup product reacting

---

[175] Andrew D. Dysziewski and Richard M, Kramer, Monsanto Corporation, Report - Confidential - Produced Subject to Protective Order MONGLY00666983, dated October 5, 2004.

[176] Khan, 1981, "N-Nitrosamine Formation in Soil from the Herbicide Glyphosate and its Uptake by Plants," N-Nitroso Compounds. ACS Symposium Series. Vol. 174. American Chemical Society. pp. 275–287, https://datapdf.com/queue/nitrosamine-formation-in-soil-from-the-herbicide-glyphosate-.html

Murdock v. Monsanto
November 21, 2022
Page 82

with nitrogen in soil. (The study noted that this would normally be expected under concentrated glyphosate application conditions.)

**N-Nitroso Glyphosate Exposure via Dust and the Impact of Diquat on Absorption**

In a 2001 message to other Monsanto staff, Monsanto employee Terry A. Kaempfe outlined concerns with regard to manufacturing a glyphosate product mixed with diquat (a different commercial herbicide manufactured by Syngenta). In the message, he said:

> "On Friday, I got a call from Walt and he declined to want to proceed with a test or the production of this product due to the tox nature of Diquat. He was looking at the MSDS for Reward and its toxicity as a skin absorber. He said this is not a product that they would want to do. **As in the production of dry, there is airborne dust created that, with the tox concern on skin absorption, they just are not interested in accepting the risk**."
>
> "I said we would look at what data and information we had on this. So **unless we can come up with a clean (or acceptable) inhalation and absorption tox profile** on the finished product, I don't think van Diest will be willing to test or make product."

Nonetheless, Monsanto subsequently elected to implement this formulation using the brand name QuikPRO (also containing diquat). This product is still manufactured today.

According to the MSDS for diquat, it is rated as a Category 1 corrosive substance and can even damage metal.[177] Diquat is a Category 2 skin irritant and can produce a variety of adverse health effects. Of particular relevance, however, are diquat's human skin irritation properties.

When diquat irritates skin, the result is a condition called erythema which is an excess of blood vessel dilation in the skin surface vessels. This is characterized by redness of the skin or mucous membranes caused by hyperemia of superficial capillaries. Inflammation can also occur which merely serves to further degrade protection and compromise the ability of the normal dermal skin layers to resist absorption of external liquids or mists.

Thus, direct exposure to diquat increases dermal absorption by irritation and increases capillary perfusion. These factors permit increased and more rapid absorption of QuikPRO dust (on moistened skin) and other substances, such as NNG. It is therefore both toxicologically noteworthy and highly relevant that contact with the QuikPRO product can induce a type of skin irritation that can *enhance dermal absorption of the entire*

---

[177] SDS, "NuFarm Diquat SPC 2L," https://labelsds.com/images/user_uploads/Nufarm%20Diquat%20SPC%202%20L%20SDS%2011-20-19.pdf

Murdock v. Monsanto
November 21, 2022
Page 83

*formulation* including NNG as well as glyphosate. Thus, based on these facts, Ms. Murdock was potentially exposed to NNG at concentrations above 1 PPM (see **Table 14**).

**Flawed NNG Risk Assessment by Monsanto**

Monsanto conducted a 2004 internal study[178] of exposure to diquat from the QuikPRO product. The study was designed to establish risk levels associated with wearing minimal or no personal protective equipment. The primary study focus was on dermal exposure. The study findings are based on a set of assumptions about how the QuikPRO product is applied, how frequently, by what methods, etc. The terms "nitroso" and "NNG" never appear anywhere in the study, and the impact of diquat's propensity to induce skin irritation and thus accelerate dermal absorption of the full product (glyphosate and NNG) is ignored entirely.

As previously outlined, diquat further enhances dermal absorption by skin irritation. The methods used in the Monsanto study are stated as "conservative." For example:[179]

> "…the intermediate term risk assessment should be considered conservative because the actual exposure pattern of a professional licensed commercial operator that uses the product from spring through fall or even year-round will be a chain of consecutive short-term exposure events." … "the intermediate term risk assessment is typically based on average (more typical) use rates."

Thus, the Monsanto study further stated:

> "The toxicological endpoint for the short term dermal exposure duration [for diquat] (1 day to 1 month) is based on a NOAEL of 1 mg/kg/day from a developmental toxicity study in rabbits (MRID 41198901). The effect observed was a maternal body weight loss and decreased food consumption during dosing [gestation days 7-10] at the LOAEL of 3 mg/kg/day."

Unfortunately, this toxicological endpoint completely fails to assess the degree of dermal exposure irritation of the skin and the increased dermal absorption that invariably results as a consequence of the QuikPRO formulation. Such methodology (developmental toxicity and animal weight loss) tells nothing about whether the dermal dose is sufficient enough to induce skin irritation and thus enhance dermal absorption of glyphosate and NNG.

---

[178] Monsanto Internal Toxicological Study, "Residential applicator exposure assessment for diquat dibromide as formulated and used in QuikPRO herbicide," MSL 19290, Final Report, April 23, 2004, St. Louis, Environmental Sciences Technology Center, MONGLY01291545, C. Gustin, author.

[179] Id. p. 7.

Murdock v. Monsanto
November 21, 2022
Page 84

## 8. Glyphosate Pharmacokinetics

In the last 20 years, exposure models have been developed and used to estimate the exposure dose of professional operators to biocides during application. The ability of these models to accurately assess actual exposure is primarily determined by the pharmacokinetic (PK) studies and assumptions used in developing the model (such as dermal absorption rate and other variables).

PK models (pharmacokinetic models) simulate the absorption, distribution, metabolism, and excretion (ADME) within a living system. ADME data is applied in conjunction with epidemiological and occupational exposure studies that have included biomonitoring and dosimetry for use in the human health risk assessment process. Thus, pharmacokinetic studies provide a necessary link between estimates of exposure, toxicity studies and estimates of human risk. It is, therefore, imperative that these studies are designed, conducted, and interpreted accurately.

### Reliability of Monsanto's Understanding of Glyphosate ADME

Monsanto has officially postured its glyphosate formulations as *"trade secrets"* (and thus the ingredients remain unpublished). Consequently, the general scientific community has had minimal opportunity to assess the toxicity of the various glyphosate product formulations, many of which contain surfactants and other substances.

This is perhaps a peculiar position in which to find the world's most ubiquitous herbicide, but it is nevertheless a fact. It is also a substantial limitation for toxicological assessment.

Because of the non-disclosures, there are discrepancies and differences of opinion as to the pharmacokinetics (or ADME) of glyphosate which have not been entirely assessed in the peer-reviewed literature.

However, Monsanto has conducted some limited in-house studies and internal Monsanto communications recognize the limitations of these studies. As Richard Garnett, the head of Monsanto's Regulatory Affairs Unit, wrote:

> "ADME has always been the weak link in our argument…we have not got rid of that problem."[180]

---

[180] MONGLY02221147.

Murdock v. Monsanto
November 21, 2022
Page 85

When the assumptions in a critical, Monsanto-contracted pharmacokinetics study were questioned by Spanish regulators, Monsanto corporate employee, Christophe Gustin, wrote:

> "Even though we can absorb additional 'uncertainty factors' in our risk assessment based on our biomonitoring results, I feel uncomfortable with this discussion. This approach by Spain sets a precedent and contradicts the fact that we always claimed to fully understand the glyphosate pharmacokinetics."[181]

Additional information is contained within an unpublished Monsanto study in which the percentage of dermal absorption was shown to be <u>as high as 10%</u> (TNO rat skin study). Since dermal exposure is the most significant route of exposure, a small change in the percentage of dermal exposure can have a great effect on the overall exposure. Monsanto acknowledges this fact directly in a July 2001 draft:

> "One of the product specific parameters that can make a big difference in the exposure assessment is the dermal uptake factor which is the fraction of the amount of active ingredient on the skin surface that is absorbed by the skin tissue."[182]

Illustrating the importance of the value "*assigned*" to the dermal absorption of glyphosate, Monsanto's Maurice De Billot, in an August 16, 2011, email wrote:

> "In Europe, we are getting prepared to submit MON 79991 (720 g/kg) for approval under the new Reg 1107/2009. We ran the UKPOEM model using a dermal penetration value of 3% and do not pass when applying 3.6 kg/ha for the tractor-mounted sprayer. I am aware of the set of studies that you ran on dermal absorption using pure K-salt and IPA-salt and also MON 52276 and MON 79351 which showed dermal absorption values of 1%. Putting 1% in the model, we get a good result, so will need to show that the 1% dermal absorption numbers are equally valid for the MON 79991 formulation."[183]

Understanding the pharmacokinetics (ADME) of glyphosate is a critical element in determining applicator safety standards for use. Monsanto's admission that *"ADME has always been the weak link …"* together with other internal communications and studies reveal that not only did Monsanto **not** have an accurate understanding of glyphosate's ADME, but they also recognized (and ignored) that an increase in dermal absorption from

---

[181] MONGLY02155829.

[182] Christophe Gustin, July 2001, Confidential draft, "Clustering glyphosate formulations with regard to the testing for dermal uptake."

[183] MONGLY04107779.

Murdock v. Monsanto
November 21, 2022
Page 86

1% to 3% would negate the safety of their product. This is particularly egregious considering their TNO study wherein they found dermal absorption rates as high as 10%.

## Human Urinary Biomonitoring and Glyphosate Exposure

Owing to a paucity of relevant scientific data and ethical considerations, most toxicological assessments of human glyphosate exposure are necessarily based upon dermal contact of applicators. Indeed, most studies are restricted to this circumstance. Thus, other exposure routes conducted using human experimental studies of inhalation and direct ingestion do not exist. This section briefly reviews alternate routes of exposure, recent studies exploring these conditions and the results of different types of biomonitoring as well as potential NHL impacts.

### *Human Glyphosate Excretion in Urine - Lower than Found in Animal Studies*

Zoller et al.[184] conducted a study to determine the fraction of glyphosate and AMPA excretion in urine after consuming regular food with glyphosate residue to estimate dietary glyphosate exposure. The study was designed by administering glyphosate via a test meal to 12 participants (6 male, 6 female) after a two-day wash-out period followed by a two-day urine sampling period.

The study methodology was scientifically pragmatic. An initial urine sample was collected shortly before the test meal, then participants were instructed to urinate regularly once every 1.5 hours to obtain enough data points during the first 6-hour post-glyphosate consumption. The test meal was a homemade falafel dish; the serving contained 196.8 µg of glyphosate and 1.67 µg of AMPA. The food was not spiked with glyphosate or AMPA. Both substances were present as residues in the chickpea flour used.

Glyphosate concentration prior to the meal administration was below 0.1 ng/ml for all participants. Half-life was approximately 9 hours for male and female participants. Mean sampling duration was 43.5 hours.

The results revealed median urinary excretion at 0.91% (mean 0.95%) of administered glyphosate dose for all participants. The study authors concluded that it is reasonable to assume that urine levels indicate approximately 1% of dietary glyphosate exposure. Thus, the mean 0.91% urinary excretion was <u>22 times lower than reported in animal studies</u> which showed 20% excretion. However, animal studies were administered a dose by

---

[184] Zoller, O., et al., "Urine glyphosate level as a quantitative biomarker of oral exposure," 2020, Int. J. Hyg. Environ. Health, Vol. 228, 113526.

Murdock v. Monsanto
November 21, 2022
Page 87

gavage and not by feeding; thus, absorption might be lower. It is important to note that the animal studies received much higher doses per kg body weight which could alter the pharmacokinetics. Furthermore, the low urinary excretion level determined in this study suggests that intake estimations calculated from human urine data systematically underestimate exposure.

In a separate study/Ph.D. thesis, Faniband[185] conducted human experimental exposures to pesticides to validate the exposure biomarkers in urine via LC-MS/MS quantification. Subjects observed a fasting period of two hours before and two hours after oral dose. A pre-exposure urine sample was collected from subjects before all experiments. Subjects were administered a single oral dose of glyphosate, equivalent to 50% of the ADI 0.5 mg/kg/body weight per day for glyphosate, in the form of spiked organic juice.

The results of this study showed dose recovery of between 1-6% in urine excreted as parent glyphosate; half-life estimation was between 6-9-hours. Thus, dose excretion in urine was much lower compared to prior animal studies (10-30%).

Note: This study only had 2-3 subjects so results may vary for a larger sample size. Additionally, inhalation exposure to pesticides was not controlled. However, this vastly lower recovery of urinary glyphosate is highly consistent with Zoller et al. findings.

### Risk Characterization Using New 1% Urinary Glyphosate Excretion in Humans

Connolly et al. (2020)[186] evaluated glyphosate exposure using human biomonitoring data (urine samples) to relate internal glyphosate concentrations to health-based guidance values. However as noted herein, recent studies suggest human glyphosate excretion fraction in urine (unchanged) could be as low as 1% as outlined in preceding section(s). These are <u>significant findings</u> with direct outcomes impacting quantitative significance of urinary glyphosate and AMPA as established exposure biomarkers for glyphosate and exposure as well as risk extrapolations based upon human biomarkers.

It is important to note that prior animal-derived excretion rates suggested that there were no health concerns in relation to glyphosate exposure when compared with the European Food Safety Authority's acceptable daily intake (ADI). However, as noted above, recent

---

[185] Faniband, M., "Human Exposure Biomarker of Some Commonly Used Pesticides," Ph.D. Thesis, Lund University, Faculty of Medicine, Lund, Skaner, Sweden, 2020.

[186] Connolly, A., et al., "Human Biomonitoring of Glyphosate Exposures: State-of-the-Art and Future Research Challenges," 2020, Toxics, Vol. 8(6), pp. 1-18.

Murdock v. Monsanto
November 21, 2022
Page 88

human metabolism data reports a urinary glyphosate excretion rate of 1% or less. <u>What happened to the other 99%</u>? This is a serious toxicological concern.

Hence, the study authors' objective was to outline gaps in current scientific knowledge. Given glyphosate's current ubiquitous presence in our culture, it is highly appropriate to propose recommendations for sampling strategies to inform future studies investigating population exposures to glyphosate.

From review of the toxicological literature, average urinary glyphosate concentrations reported for <u>farmers and horticulturists</u> ranged from 1.35 µg/L to 3.20 µg/L with maximum values ranging from 10 µg/L to 233 µg/L. Therefore, occupational exposures in some settings may be as much as <u>100 times higher</u> than previously assumed.

Utilizing the most recent 1% urinary excretion mean urinary glyphosate concentration in workers in pesticide manufacturing would indicate systemic dose of approximately 10% of the AOEL with maximum urinary glyphosate concentrations 5.5 times the AOEL limit. This represents a <u>significant excess</u>. Non-occupational glyphosate exposure types varied in the study.

- In the Mills et al. study of an older adult population (more than 50 years old), the mean urinary glyphosate concentration was 0.314 µg/L.

- The McGuire et al. study of lactating women found a mean urinary glyphosate concentration of 0.28 µg/L; maximum concentration was 1.93 µg/L.

- The Curwin et al. (2005) study of farm and 'non-farm' families investigating take-home pesticide exposure found mean (geometric mean) urinary concentrations of 1.4 µg/L, 1.2 µg/L and 2.7 µg/L, respectively for father, mother, and child with a maximum concentration of 9.4 µg/L.

- Faniband and Zoller et al. both reported urinary excretion of ingested glyphosate as low as 1% instead of 20% as observed from animal studies.

The lower excretion findings have <u>numerous and significant</u> impacts on all HBM-based (human biomonitoring) dose extrapolations. For example, the finding suggests a <u>20-fold higher</u> glyphosate intake for human populations than previously assumed based on urinary glyphosate data of animals. When recalculating exposure, upper-bound urinary glyphosate concentrations in several non-occupational populations indicate intakes that could represent 5%, 6%, 53% and 87% of the ADI.

Murdock v. Monsanto
November 21, 2022
Page 89

It is important to note that these low urinary excretion levels considerably diminish the established margin of safety for glyphosate exposure in the general population (as well as potentially exposed sub-populations).

### Curwin et al. (2016) Comparing pesticide exposures - farm vs. non-farm families

The authors reported that, in general, farm families had greater pesticide exposure than non-farm families.[187] When a farm father applied a pesticide, his children's urinary levels for that pesticide were often higher than those from farm children whose fathers did not apply the pesticide. This suggests the possibility of a take-away pesticide exposure pathway.

Among the children in the study, urinary glyphosate levels were actually higher in the non-farm children. Glyphosate is used residentially as well as agriculturally. Therefore, it is possible that glyphosate had been applied residentially to the non-farm properties. This would explain why non-farm families had similar glyphosate exposures to farm families.

### Controlled Dermal vs. Inhalation Residential Applicator Urine Glyphosate Levels

Dermal contact is not the only route of glyphosate exposure. Pierce et al. (2020)[188] conducted a study evaluating inhalation and dermal exposures in non-occupational individuals exposed to Roundup mixtures (used concentrate containing 50.2% glyphosate) and urinary glyphosate levels following heavy residential consumer application of GBH. Sampling was done while Roundup® concentrate was mixed by the applicator and subsequently sprayed using commercially available backpack sprayers made by the same manufacturer in a manner consistent with product instructions.

Participants were divided into two groups: one for dermal exposure, the other for inhalation exposure. The dermal group applicators wore their own shorts, t-shirts, socks, and athletic shoes, which was believed to be consistent with typical apparel worn by a residential consumer applicator on a warm day. (Study was conducted in July 2019 in Monee, IL). The dermal group also wore half-face respirators equipped with OV/AG/P100 cartridges. The inhalation exposure group applicators wore hooded Tyvek coveralls, but shoes were not covered. Chemically resistant gloves were provided but no respirators.

---

[187] https://www.researchgate.net/publication/46676608_Bringing_work_home_Take-Home_pesticide_exposure_among_farm_families

[188] Pierce, J.S., et al. "Pilot study evaluation inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup", 2020, Inhalation Toxicology, International Forum for Respiratory Research.

Murdock v. Monsanto
November 21, 2022
Page 90

The duration of exposure simulation was 100 minutes to conform with the minimum air sampling duration specified within OSHA Method PV2067 (which is expected to be longer than typical residential consumer-use duration). When the backpack was empty, it was refilled and mixed and the process was repeated for a total of four mixing and spraying events per applicator in the 100-minute sampling period. Following exposure simulation, applicators washed their hands with soap and water. Urine samples were collected from participants 30 minutes prior to application and again at 3-, 6-, 12- and 24 hours after completion of application. An additional urine sample was collected 36 hours post-application for the dermal exposure group due to possible delays in absorption.

The study findings were highly revealing. Generally, urinary glyphosate levels were highest in samples collected 3 hours post-application except for two subjects with peak urinary levels at  6 hours post-application (one in the inhalation exposure group and one in the dermal exposure group) and one subject in the dermal exposure group who peaked at 24 hours post-application. **Figure 16** presents graphs of urinary glyphosate concentrations for inhalation (a) and dermal (b) groups over the sampling period.

Murdock v. Monsanto
November 21, 2022
Page 91



**Figure 16. Urinary glyphosate concentrations for (a) inhalation group and (b) dermal group**

Regarding peak urinary glyphosate results, concentrations ranged from 3.79-17.23 ng/mL for the inhalation exposure group and 5.55-310.91 ng/ml for the dermal exposure group. Excluding the 310.91 ng/ml as an outlier, the highest urinary glyphosate level measured in the dermal exposure group was 57.36 ng/mL.

Murdock v. Monsanto
November 21, 2022
Page 92

For both exposure groups combined, urinary glyphosate levels were significantly elevated relative to baseline until 24 hours post-application. This held true when the model was run separately for the dermal group. However, for the inhalation group, urinary glyphosate levels were significantly elevated relative to baseline until 12 hours post-application. Overall, geometric mean urinary glyphosate levels were higher in the dermal exposure group but not statistically significant. Airborne glyphosate concentrations ranged from 0.0030 mg/m$^3$ to 0.0075 mg/m$^3$ with an overall mean of 0.0047 mg/m$^3$. The mean concentration of glyphosate for each applicator's four dermal patch samples ranged from 0.04 μg/mm$^2$ to 0.25 μg/mm$^2$. Generally, the highest concentrations were measured on the right shin followed by the left shin.

The strengths of this study include well-defined mixing and application protocol that simplifies interpretation of the toxicokinetics of glyphosate. The standardized mixing and application procedures with continuous application over a fixed duration and fixed volume of a single type of GBH with a known concentration was used; no other studies have controlled for all these variables. The lack of statistical significance in glyphosate concentration between the two exposure groups is likely due to small sample size as well as the fact that the inhalation exposure group did not have their shoes covered. Many applicators of both exposure groups reported their shoes were wet following application. So, individuals in the inhalation group may have been incidentally dermally exposed through their feet.

Overall, the results of this study were consistent with previous studies showing that glyphosate is quickly eliminated from the urine within 24 hours following application. The charts shown in **Figure 16** reveal well-ordered results demonstrating glyphosate urinary concentrations over the time period sampled at baseline and time points post-application.

It is also significant to note that dermal glyphosate absorption does continue beyond 24 hours. However, even at **36 hours post-application**, glyphosate concentrations **remained elevated** (mean 2.68 ng/mL) compared to the baseline (mean 0.94 ng/mL). Whereas in the inhalation exposure group at 24 hours post-application, urinary glyphosate concentrations had returned to baseline and only remained statistically significantly elevated for 12 hours post-application.

Murdock v. Monsanto
November 21, 2022
Page 93

## Glyphosate Elimination in Bone and Bone Marrow per Monsanto

In 1983 Monsanto conducted a glyphosate study[189] in which nine male and nine female Sprague-Dawley rats were dosed by intraperitoneal injection with C-14 glyphosate [N-(phosphonomethyl) glycine] in a buffered aqueous solution. Both males and females received an average dose of 1,150 mg of glyphosate per kg body weight. Following dosing, the rats were housed for ten hours in stainless steel metabolism cages and blood samples were collected from three to six rats by orbital sinus puncture at approximately 0.25, 0.50, 1, 2, 4, 6, and 10 hours. At approximately 0.5, 4, and 10 hours after dosing, three male and three female rats were sacrificed, and the femoral bone marrow was isolated. The plasma and bone marrow samples were then analyzed for radioactivity.

Peak levels of radioactivity were observed in both the plasma and bone marrow at 0.5 hours after dosing. The observed peak plasma levels were 1,867 ppm (micrograms of glyphosate equivalents per gram of tissue) and 2,019 ppm for the males and females, respectively, while the males contained 267 ppm and the females contained 413 ppm in the bone marrow. The concentration of glyphosate equivalents was shown to decrease in the tissues examined over the time frame of this study with the rate of elimination from the plasma far exceeding the elimination rate from the bone marrow.

The study results clearly demonstrated that there was *significant retention of glyphosate in bone marrow versus plasma*. This is a highly significant finding as bone marrow can play a fundamentally important role in the early development of NHL.

Within nearly every bone in the human body lies a spongy core filled with marrow, which contains a special cellular type known as stem cells. The mechanistic aspects of NHL development are highly impacted by stem cells which, if damaged by genotoxic agents, can adversely affect development of many other types of cells in the body. In fact, if the bone marrow itself has been compromised or contaminated, a stem cell transplant is sometimes chosen by clinicians to treat NHL by replacing damaged stem cells with healthy cells. [190]

---

[189] William P. Ridley, Monsanto Company Environmental Health Laboratory, "A Study of the Plasma and Bone Marrow Levels of Glyphosate Following Intraperitoneal Administration in the Rat, " Study No.*-+ 830109, October 24, 1983,

[190] "Stem cell transplant for non-Hodgkin lymphoma," Canadian Cancer Society, 2022, https://cancer.ca/en/cancer-information/cancer-types/non-hodgkin-lymphoma/treatment/stem-cell-transplant#:~"What is a stem cell or bone marrow transplant?" Cancer Research UK, 2022, https://www.cancerresearchuk.org/about-cancer/non-hodgkin-lymphoma/treatment/transplants/what-is-a-stem-cell-or-bone-marrow-transplant.

Murdock v. Monsanto
November 21, 2022
Page 94

Following the 1983 study, Monsanto conducted a second study in 1988[191] to investigate the excretion and tissue distribution of glyphosate and its metabolites. The 1988 study essentially confirmed the findings of the 1988 study. It is important to note that neither of these two studies were ever *published by Monsanto* and are currently marked, "Confidential – Produced Subject to Protective Order." The studies are also stamped:

> **CONTAINS TRADE SECRETS OR**
> **OTHERWISE CONFIDENTIAL**
> **INFORMATION OF**
> **MONSANTO COMPANY**

However, neither of these studies appear to reveal any formulation trade secrets; but they do reveal underline important pharmacokinetic data that would have been of great value to the scientific community as well as regulatory agencies such as the US EPA.

### Half-Life Elimination Phases

Different parts of the body and its internal organs eliminate foreign substances at different rates following absorption. A small portion of the glyphosate is metabolized primarily through hepatic microsomes using glyphosate dehydrogenase to form AMPA with predominant excretion through the urine and feces. This elimination occurs in "phases," each of which represents a specific quantitative *half-life.*

A half-life is the time it takes for the body to redistribute, reduce, or metabolize half of a foreign substance. The initial rapid "Alpha" half-life is the rate of decline in plasma blood level that occurs because of redistribution from the central blood flow to certain organs and peripheral portions of the body. The "Beta" half-life is the secondary, slower rate of decline in plasma blood that occurs due to metabolism limiting elimination of the substance. Metabolic rates vary widely and are therefore significant factors with respect to actual elimination rates over time.

The 1988 Monsanto study noted that the half-life of the glyphosate Alpha elimination phase varied between 2.11 and 7.52 hours and approximated that the Beta elimination phase varied between 69 and 337 hours (mid-point approximately 8 weeks). The half-life of the high-dose males was found to be significantly longer than the low-dose males.

---

[191] "Metabolism of Glyphosate in Sprague Dawley Rats - Part I. Excretion and Tissue Distribution of Glyphosate and Its Metabolites Following Intravenous and Oral Administration," Monsanto unpublished study, March 28, 1988.

Murdock v. Monsanto
November 21, 2022
Page 95

### *Study Findings*

With respect to glyphosate absorption and distribution, Monsanto documented the various elimination rates for different parts of the body and compiled the study findings in the form of data tables. **Figure 17** shows a reproduction of Monsanto 1988 study *"Table 13,"* which reveals the levels (in PPM) of residual C-14 glyphosate markers in a study rat population. With regard to these results, the Monsanto study authors reported the following:

> The highest radiochemical concentration of glyphosate equivalents was found in the **bone**. For the males, 1.48 ± 0.078 ppm of glyphosate equivalents were found in the bone and 1.59 ± 0.11 ppm was found in the bone for the females. The males contained significantly higher levels of radioactivity than the females for the blood and highly perfused tissues as shown in Table 13.

Murdock v. Monsanto
November 21, 2022
Page 96

**Monsanto Study Table 13**
**Distribution of Radioactivity in Tissues and Organs of Rats in Group 3 (a) [192]**

mean ppm ± SEM (standard error of the mean)

| | MALE | | FEMALE | |
|---|---|---|---|---|
| WHOLE BLOOD | 0.0185 ± 0.0012 | | 0.00996 ± 0.00099 | (c) |
| BLOOD PLASMA | 0.00337 ± 0.00036 | | 0.00264 ± 0.00024 | |
| RED CELLS | 0.0319 ± 0.0013 | | 0.0141 ± 0.00048 | (c) |
| LIVER | 0.104 ± 0.013 | | 0.0498 ± 0.0045 | (c) |
| EYE | 0.0160 ± 0.0023 | | 0.00984 ± 0.0014 | |
| BRAIN | 0.0414 ± 0.0032 | | 0.0360 ± 0.0056 | |
| KIDNEY | 0.106 ± 0.010 | | 0.0714 ± 0.0077 | (b) |
| SPLEEN | 0.0439 ± 0.0042 | | 0.0320 ± 0.0027 | (b) |
| LUNG | 0.103 ± 0.010 | | 0.0785 ± 0.012 | |
| HEART | 0.0263 ± 0.0028 | | 0.0170 ± 0.0022 | (b) |
| THYROID | 0.0223 ± 0.0061 | | 0.0232 ± 0.0044 | |
| TESTES/OVARIES | 0.0182  0.0 | | 0.0223 ± 0.0017 | |
| UTERUS | --- | | 0.0376 ± 0.0067 | |
| NASAL MUCOSA | 0.0742 ± 0087 | (b) | 0.0399 ± 0.0060 | |
| STOMACH | 0.0237 ± 0.0027 | | 0.0182 ± 0.0026 | |
| SMALL INTESTINE | 0.0262 ± 0.0023 | | 0.0164 ± 0.0024 | (b) |
| COLON | 0.0348 ± 0.0046 | | 0.0178 ± 0.0037 | (b) |
| BONE | 1.48 ± 0.078 | | 1.59 ± 0.11 | |
| BONE MARROW | 0.0692 ± 0.013 | | 0.0303 ± 0.0044 | (b) |
| ABDOMINAL MUSCLE | 0.00766 ± 0.0010 | | 0.00605 ± 0.0019 | |
| SHOULDER MUSCLE | 0.0106 ± 0.0025 | | 0.0327 ± 0.01l | |
| ABDOMINAL FAT | 0.00535 ± 0.00032 | | 0.00366 ± 0.00054 | (b) |
| TESTICULAR/OVARIAN FAT | 0.00754 ± 0.0014 | (b) | 0.00468 ± 0.00053 | |
| TAIL | 0.699 ± 0.14 | | 0.611 ± 0.12 | |
| RESIDUAL CARCASS | 0.344 ± 0.017 | | 0.337 ± 0.016 | |

(a) Group 3 - 10 mg/kg intravenous dose.
(b) Significantly different from the males, < 0.05 by Student's t-test.
(c) Significantly different from the males, < 0.01 by Student's t-test

**Figure 17. Monsanto Study No. 86139 *Table 13***

---

[192] Id.

Murdock v. Monsanto
November 21, 2022
Page 97

The highlighted study results in the table for males for bone (1.48 ± 0.078) and bone marrow (0.0692 ± 0.013) are the highest levels of any part of the animal's body with the exception of the tail, which has highly variable perfusion depending on temperature[193] and the residual carcass composed of the skin (largest organ) and various connective tissues. It is unclear whether all bones, spinal column and other organs listed in Monsanto study *Table 13* were completely removed from each carcass.

### *Glyphosate Elimination Rate in Bone Marrow vs. Plasma*

The 1983 Monsanto study demonstrates glyphosate maintaining a high level over time compared to blood plasma, which drops off rapidly, i.e., the bone marrow elimination rate is much slower than plasma. **Figure 18** shows the 1983 study chart showing glyphosate's *relatively flat line* concentration reduction over time in the bone marrow of male rats compared to blood plasma.



Figure 18. *"Figure 1"* from the 1983 Monsanto glyphosate metabolism study[194]

---

[193] The rat's tail has a thermoregulatory function with no fur and a large surface to volume ratio, (Yulong *et al.* 1995). The tail comprises only 5% of the rat's surface area, but it can dissipate about 17% of the rat's body heat (Monson and Oyama 1984). Rats control their body temperature through their tails by dilating or constricting their tail blood vessels. (Vanhoutte *et al.* 2002). References in http://www.ratbehavior.org/RatTails.htm

[194] William P. Ridley, Monsanto Company Environmental Health Laboratory, "A Study of the Plasma and Bone Marrow Levels of Glyphosate Following Intraperitoneal Administration in the Rat, " Study No.*-+ 830109, October 24, 1983.**

Murdock v. Monsanto
November 21, 2022
Page 98

Monsanto's 1983 study also included a similar chart illustrating the concentration reduction of glyphosate over time in the bone marrow of female rats. **Figure 19** shows the chart from the 1983 Monsanto study revealing a steeper slope for female rats than for male rats.



Figure 19. *"Figure 2"* from the 1983 Monsanto glyphosate metabolism study[195]

These findings are of toxicological significance. A Roundup spray applicator may be exposed on a monthly, weekly, or even daily basis. Indeed, there have been many exposure assessments that I have carried out in which the applicator (Plaintiff) sprayed weekly with significant chronic glyphosate absorption though Roundup-soaked clothing, permeable gloves, etc.

The key implication of the 1983 and 1988 studies is that such exposures can rapidly raise the bone marrow glyphosate level; however, these elevated bone marrow levels *remain elevated for extended periods of time to fully eliminate the glyphosate*. Given the slow rate at which bone marrow eliminates glyphosate, it is highly likely that for weekly applicators, the glyphosate *never completely clears their bone marrow* between regular episodic exposures.

---

[195] William P. Ridley, Monsanto Company Environmental Health Laboratory, "A Study of the Plasma and Bone Marrow Levels of Glyphosate Following Intraperitoneal Administration in the Rat, " Study No.*-+ 830109, October 24, 1983,

Murdock v. Monsanto
November 21, 2022
Page 99

*Summary*

Dr. Richard C. Dirks, Ph.D., Monsanto's Senior Toxicologist within their "Department of Medicine and Environmental Health," summarized the 1983 Monsanto study[196] as follows:

Significant amounts of radioactivity were found in both the blood plasma and bone marrow following the intraperitoneal administration of labeled glyphosate. Peak levels were observed in both plasma and both marrow at approximately 0.5 hours after dosing. When expressed as micrograms of glyphosate equivalents per gram of tissue (PPM), the peak values for bone marrow and plasma in males and females combined were approximately 340 PPM and 1,940 PPM, respectively. *The concentration of radioactive material in the plasma decreased relatively rapidly, while the concentration in the bone marrow remained more constant over the full 10 hour experimental period.*

The present study demonstrated that glyphosate, when administered intraperitoneally, reaches the bone marrow in *significant concentrations within a short period of time.*

These results **confirm the validity of using the *in vivo* cytogenetics** essay for the assessment of potential chromosomal effects in the intact mammal.

Similarly, the 1998 Monsanto study author(s) summarized their findings as follows:

Following intravenous dosing at 10 mg/kg, the rats of Group 3 excreted 74.5-79.0 % of the dose in the urine and 4.65-8.30 % in the feces. Less than 0.1 % of the dose was found in the organs taken at necropsy with approximately one percent of the dose remaining in the residual carcass. For the orally dosed groups (Groups 4-5), a majority of the dose was eliminated in the feces at both 1000 mg/kg (68.9-69.4%) and 10 mg/kg (62.4-69.4%) with the urine accounting for 14.3-17.8% and 22.5-28.6% of the dose at the high and low dose levels, respectively. … Radiochemical analysis of individual tissues demonstrated that **bone contained the highest relative concentration of C-14 glyphosate equivalents** (0.3-31 ppm). It was estimated that only 0.2-0.6% of the dose was associated with this site after oral dosing and approximately one percent following intravenous dosing. The remaining tissues contained between 0.0003 and 11 ppm of glyphosate equivalents. For the bone and some highly perfused tissues the males contained statistically higher levels than the females.

In view of the analyses, charts and tables presented in the unpublished 1983 and 1988 Monsanto studies, and in view of the fundamental importance of bone marrow stem cells in the carcinogenesis of NHL, the preferential distribution and retention of glyphosate in bone marrow represent an <u>important ADME property</u>. For example, at 10 hours post intraperitoneal dosing of male rats, the blood plasma concentration had decreased to only

---

[196]  William P. Ridley, Monsanto Company Environmental Health Laboratory, "A Study of the Plasma and Bone Marrow Levels of Glyphosate Following Intraperitoneal Administration in the Rat, " Study No.*-+ 830109, October 24, 1983,

Murdock v. Monsanto
November 21, 2022
Page 100

3.4 $\pm$ 0.6 PPM while the bone marrow had maintained a level of 108 $\pm$ 34 PPM (approximately 32 times higher than blood plasma). Newer studies by Brewster et al. have documented 1.06% $\pm$ 0.04% of the total 10 mg oral C-14 glyphosate dose, persisting in bone at 168 hours (1-week post-exposure).[197] Bone marrow specifically was not reported in the Brewster study. However, *the bone results are highly consistent with the earlier Monsanto studies.*

### Brewster Rat Study Characterizing Glyphosate Bone Distribution & Elimination

Brewster et al. (1991)[198] (a Monsanto company study) investigated the tissue distribution of glyphosate in Sprague-Dawley rats. A single oral dose of radiolabeled glyphosate (test material synthesized by Monsanto) was administered via oral intubation. Animals were administered 10.44 $\pm$ 0.09 mg glyphosate/kg body weight containing 1.42 $\pm$ 0.04 x 10$^8$ disintegrations per minute as determined by aliquots of dosing solution at the time of dosing.

Pharmacokinetic studies were performed on rat blood and tissue collected at various time points. Urine and feces were collected at 2 and 6.3 hours and at 24-hour intervals up to 168 hours post-administration. Tissue, urine, fecal and whole-body elimination were then analyzed.

The analysis results indicated that 36% and 51% of the administered dose was eliminated in urine and feces, respectively, over the seven-day observation period. Hence, the results indicate a minimum of 36% of the oral dose was absorbed from the GI tract (under the assumption that 100% of systemic glyphosate is only eliminated through the urine). Fecal elimination had greater impact on whole-body elimination than in urine; whole-body half-life was 2 days. The only tissues containing greater than 1% of the administered dose at any time period were small intestine, <u>bone</u>, colon, and kidney. The major tissue depot for glyphosate-derived radioactivity was the small intestine which contained greater than 34% of administered dose 2 hours after administration.

Bone contained significant amounts of radioactivity and about **5%** of the dose was associated with <u>bone</u> 6.3 hours post-administration. The small intestine, kidney, bone, and colon were found to have the highest tissue-to-blood ratios. Glyphosate reached maximal tissue levels at 6.3 hours post-administration. Tissue levels declined rapidly with

---

[197] Brewster, D.W., et al., "Metabolism of Glyphosate in Sprague-Dawley Rats: Tissue Distribution, Identification and Quantitation of Glyphosate-Derived Material following a Single Oral dose," 1991, Fundamental and Applied Toxicology, Vol. 17, pp. 43-51.

[198] Id.

Murdock v. Monsanto
November 21, 2022
Page 101

time in all tissues except bone. Metabolite characterization indicated more than 94% of extractable body burden was parent glyphosate. The only metabolite observed was detected in the colon 2 hours post-administration and was most likely AMPA which is known to be a microbial metabolic product of glyphosate.

The other Monsanto studies demonstrated that, at high levels, glyphosate produces a moderate inhibition of microsomal monooxygenases, and it has little effect on peroxisomal β oxidation and GSH activity. Both urinary and fecal pathways thus provide important clearance mechanisms for glyphosate since little metabolism occurs therein.

Less than 1.1% of administered dose remained associated with the bone and previous studies indicated no evidence of adverse effects to bone structure or function after prolonged exposures to glyphosate. Tissue-to-blood ratios significantly greater than unity indicate tissue deposition.

Furthermore, the Brewster study found that urine and feces were equally important routes of administration and after 7 days, the total body burden (about 1%) of the dose administered was mostly in bone. At 168 hours (7 days) bone revealed a value of 1.06 + 0.04%.

Since dermal glyphosate exposure is the primary route of exposure contributing to systemic exposure in agricultural users, the assumption that distribution, metabolism, and excretion are identical by IV and dermal routes of exposure leads to egregious errors in systemic dose calculations. **Figure 20** shows the results of tissue distribution from the Brewster et al. study as published in *"Table 3."*

Murdock v. Monsanto
November 21, 2022
Page 102

TABLE 3

TISSUE DISTRIBUTION (% ADMINISTERED DOSE) OF GLYPHOSATE DERIVED RADIOACTIVITY AT SELECTED TIME INTERVALS AFTER ORAL ADMINISTRATION OF 10 mg [$^{14}$C]GLYPHOSATE/kg BODY WEIGHT[a]

| Tissue/organ[b] | Hours after administration | | | | |
|---|---|---|---|---|---|
| | 2 | 6.3 | 28 | 96 | 168 |
| Abdominal fat[c] | $0.15 \pm 0.07$ | $0.16 \pm 0.02$ | $0.15 \pm 0.13$ | <0.02 | <0.02 |
| Blood[c] | $0.38 \pm 0.04$ | $0.33 \pm 0.00$ | $0.06 \pm 0.03$ | <0.02 | <0.02 |
| Bone[c] | $2.03 \pm 0.13$ | $4.69 \pm 0.22$ | $2.72 \pm 0.49$ | $1.69 \pm 0.04$ | $1.06 \pm 0.04$ |
| GI contents | $51.33 \pm 1.70$ | $49.23 \pm 0.15$ | $7.03 \pm 0.33$ | $0.09 \pm 0.02$ | $0.06 \pm 0.05$ |
| Colon | $0.73 \pm 0.45^{d}$ | $1.29 \pm 0.40$ | $0.20 \pm 0.03$ | $0.02 \pm 0.00$ | <0.02 |
| Carcass | $3.30 \pm 0.10$ | $5.94 \pm 1.16$ | $2.40 \pm 0.21$ | $1.12 \pm 0.19$ | $0.91 \pm 0.13$ |
| Kidney | $0.73 \pm 0.07$ | $1.29 \pm 0.08$ | $0.13 \pm 0.01$ | <0.02 | <0.02 |
| Liver | $0.12 \pm 0.05$ | $0.17 \pm 0.01$ | $0.12 \pm 0.01$ | $0.06 \pm 0.02$ | $0.02 \pm 0.00$ |
| Sm. intestine[e] | $34.34 \pm 2.30$ | $18.48 \pm 1.10$ | $0.51 \pm 0.01$ | $0.05 \pm 0.02$ | $0.02 \pm 0.01$ |
| Stomach | $0.11 \pm 0.03$ | $0.13 \pm 0.02$ | <0.02 | <0.02 | <0.02 |
| Testicular fat[c] | $0.39 \pm 0.25$ | $0.27 \pm 0.11$ | $0.02 \pm 0.03$ | <0.02 | <0.02 |
| Total body burden | 91.21 | 76.04 | 10.94 | 1.91 | 1.16 |

[a] Mean $\pm$ SEM of three to four animals.
[b] Less than 0.02% of the applied dose was found in the brain, heart, lungs, spleen, and testes at each time point.
[c] Abdominal fat, blood, bone, and testicular fat were estimated to be 5.5, 8, 8, and 5.5% of the body weight, respectively.
[d] The colon of one animal contained less than 1% of the administered dose.
[e] Tissue washed with saline. Data represent that activity associated with tissue and not intestinal contents.

**Figure 20. "Table 3" from Monsanto-sponsored Brewster study (1991)**

Murdock v. Monsanto
November 21, 2022
Page 103

## 9.   Roundup and Glyphosate Toxicity

The toxicity of glyphosate based herbicides has been demonstrated throughout the peer-reviewed literature. There are multiple mechanisms by which GBHs have been shown to induced oxidative stress, genotoxicity, tumor promotion, endocrine disruption, cytotoxicity, reproductive toxicity, etc. The published literature includes in vivo human studies, in vivo mammalian models, in vitro mammalian studies (including human), and in vivo and in vitro studies of fish, amphibians, etc.

**Glyphosate's Promotion of Carcinogenic Tumors**

Tumor promotion is a process in which DNA damage from carcinogenesis by various substances positively impacts the progeny of a single initiated cell to survive and expand in number by resisting the process of normal cellular aging and death (known as apoptosis). The cells then undergo clonal malignant growth, known as tumor progression (see **Figure 9**.)



**Figure 19.  Illustrative representation of tumor progression**

Murdock v. Monsanto
November 21, 2022
Page 104

### *Promotion Studies*

### George et al. (2010)[199] -- Tumor Promotion

In the George et al. (2010) carcinogenicity study, glyphosate was demonstrated to have strong tumor-promoting activity. The study documented carcinogenic effects of glyphosate using a 2-stage mouse skin carcinogenesis model and proteomic (protein) analysis. The commercial formulation of Roundup Original (glyphosate 41%, POEA = 5%, Monsanto Company, St. Louis, MO, USA) was topically applied to the skin of mice with a body weight of 12-15 g. The glyphosate dose was 25 mg/kg body weight and was applied either two or three times per week.[200]

Proteomic analysis showed that 22 spots were differentially expressed (>2-fold) on glyphosate, 7,12-dimethylbrenz[a]anthracene (DMBA) and 12-O-tetradecanoyl-phorbol-1,3-acetate (TPA) applications over untreated control. These results suggest that glyphosate has tumor-promoting potential in skin carcinogenesis and its mechanism seems to be similar to TPA.

Comparing the dosing in these mice to a hypothetical applicator at the AOEL of 0.1 mg/kg/day requires the consideration of body surface area, pharmacokinetics, and physiological time.

Interspecies allometric scaling for dose conversion from animal-to-human is a method wherein the exchange of drug dose is based on normalization of dose to body surface area. This approach assumes that there are some unique characteristics of the anatomical, physiological, and biochemical processes among species. The possible difference in pharmacokinetics/physiological time is accounted for by allometric scaling. This method is frequently used in research for experimental purposes to predict an approximate dose based on data from other species (see **Table 13**).

Applying the HED with 3% dermal absorption results in a reasonably similar dose to that sustained by a hypothetical applicator at the AOEL level of 0.1 mg/kg/day.

"Table 1" in the George et al. (2010) study reveals that the animals dosed only with the carcinogen 7,12-dimethybenz[a]anthracene (DMBA) at 52 µg/mouse, none of the 20

---

[199] George, J., et al., "Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach," 2010, Journal of Proteomics 73, pp. 951 – 64.

[200] Somewhat similar to that of exposed sprayers mixing Roundup 2-3 times per week with dermal contact.

Murdock v. Monsanto
November 21, 2022
Page 105

animals developed tumors. It should be noted that DMBA is a powerful carcinogen also found in cigarette smoke.[201] When also combined with glyphosate and applied to the skin (a single topical application of 50 mg/kg body weight per mouse), 40% of the mice developed tumors with an average of 2.8 tumors per mouse. The study demonstrated, to within 95% certainty, the carcinogenic potential of glyphosate as a powerful promoter in a 2-stage promotion model. The authors concluded in their results section that *"These results clearly indicate significant tumor promoting potential of glyphosate in mouse skin model of carcinogenesis."*[202] It should also be noted that when the dose is factored by applying the human equivalent dose (HED) factor of 0.081 and a 3% dermal absorption factor, the glyphosate dose of 25 mg/kg body weight used in this study decreases to only 0.06 mg/kg human body weight which is less than the current "acceptable operator exposure level" (AOEL) for glyphosate (0.1 mg/kg body weight).

Monsanto has previously purported that the George study has been *"universally discredited"* and that my opinions are based on *"data that has been universally rejected as unreliable"* and that any demonstration of Roundup as a cancer "promoter" is inconsistent with the *"conclusions of all scientific panels and regulators that have reviewed it."*

These are misleading characterizations. As shown below, even Monsanto's own Dr. Heydens (a top Monsanto toxicologist) stated that "… the surfactant in the formulation will come up in the tumor promotion skin study because we think it played a role there."[203]

It is critically important to understand why the George study was not used by IARC, EFSA or EPA in formulating their published findings. The simple reason is that the George study was not a carcinogenesis bioassay. In other words, *the study was appropriately designed to determine whether Roundup promoted tumors*

Defendant's assertion that the study has been *"universally discredited"* is a distortion and a fallacy. Nowhere in the peer-reviewed toxicological literature has this study been criticized on its merits. The George study was specifically designed using a well-known and established tumor promotion study design and it adhered faithfully to the boundaries

---

[201] Lee, et al., "Polycyclic aromatic hydrocarbons present in cigarette smoke cause bone loss in an ovariectomized rat model," 2002, Bone, Vol. 30(6), pp. 917-23.

[202] George, J., et al., "Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach," 2010, Journal of Proteomics 73, pp. 951 – 64.

[203] Deposition of Dr. William F. Heydens, pages 150-151. Monsanto memos; MONGLY00997830 - MONGLY00997832.

Murdock v. Monsanto
November 21, 2022
Page 106

of its objectives. As a tumor promotion study, it followed the generally accepted study methodology without any deviations or errors.

The National Toxicology Program (NTP) recognizes the methodology as used in the George et al. study as a well-known and generally accepted procedure. The NTP states:

> "Since the B6C3F1 mouse is commonly used in NTP carcinogenesis studies and much is known of its biology and response to chemical carcinogens, known initiators and promoters were used to compare the tumor response sensitivity of B6C3F1 mouse skin to that of two often-used responsive strains, Swiss (CD-1(R)) and SENCAR mice. The combination of 7,12- dimethyl-benz(a)anthracene (DMBA) initiation and 12-O-tetra-decanoylphorbol-13-acetate (TPA) promotion was selected because this pair is <u>routinely used</u> to study tumorigenesis." [204]

Even Monsanto's own toxicologists discern and differentiate the purpose of a "tumor promotion study" versus a "carcinogenic potential of glyphosate" study. In a memo[205] dated August 6, 2015, Dr. Heydens responded to a memo from Dr. Ashley Roberts (a consultant from Intertek). Dr. Roberts asked Dr. Heydens:

> "He [Dr. Keith Solomon][206] has asked if we need to give any consideration to exposures of formulants in the commercial product, at least in applicators? I was under the impression these were inert but reading a response this morning in the Ecologist makes it sound like it is the combination that is toxic!!!"

Dr. Heydens (Monsanto) responded:

> "I think the short answer is no. The focus of this is what is the carcinogenic potential of glyphosate. That said, the surfactant in the formulation will come up in the tumor promotion skin study **because we think it played a role there."**

The statement by IARC is consistent with the fact that the George et al. study was not the appropriate methodology as used in the standard carcinogenesis animal bioassay methodology for carcinogenesis determination; rather, the methodology was that of

---

[204] National Toxicology Program, "NTP Comparative Initiation/Promotion Skin Paint Studies of B6C3F1 Mice, Swiss (CD-1(R)) Mice, and SENCAR Mice", 1996, Natl Toxicology Program Tech Rep Ser. 1996 Feb;441: pp.1-201.

[205] Monsanto memos; MONGLY00997830 - MONGLY00997832.

[206] Dr. Keith Solomon is "He" as per the video deposition of Dr. William Heydens (1-23-2017 at 12:06:17)

Murdock v. Monsanto
November 21, 2022
Page 107

generally accepted tumor promotion methodology using a very low dose of a known carcinogen (DMBA) with and without glyphosate.[207]

The study was also criticized for its short duration of treatment (32 weeks). This is not consistent with standard animal bioassay methods which include dosing and observation for a longer duration. Thus, the shorter study design decreases the ability to detect tumor promotion. However, this criticism does not weaken the positive findings of the study.

The study was also criticized for "no solvent control animals." While it is standard practice to include a solvent-only treatment group in experimental design, the ethanol/acetone was the solvent and was present in five other treatment groups (100 mice). Those five groups did not show any papillomas. Ethanol/acetone compounds are well studied and commonly and generally used in similar study designs and have not been demonstrated to induce papillomas. Upon careful review of the study design:

- ❖ Zero of 20 mice in the glyphosate group developed papillomas (the glyphosate in this group was applied using the carrier solvent).

- ❖ Zero of 20 mice in the glyphosate (s) single application group developed papillomas (the glyphosate (s) in this group was applied using the carrier solvent).

- ❖ Zero of 20 mice in the glyphosate (t) three times per week application group developed papillomas (the glyphosate (t) in this group was applied using the carrier solvent).

- ❖ Zero of 20 mice in the DMBA (s) single application group developed papillomas (the DMBA in this group was applied using the carrier solvent).

- ❖ Zero of 20 mice in the t-phorbol acetate (TPA) group developed papillomas (the t-phorbol acetate (TPA) in this group was applied using the carrier solvent).

---

[207] "For more than 60 years, the chemical induction of tumors in mouse skin has been used to study mechanisms of epithelial carcinogenesis and evaluate modifying factors. In the traditional two-stage skin carcinogenesis model, initiation is accomplished by the application of a subcarcinogenic dose of a carcinogen. Subsequently, tumor development is elicited by repeated treatment with a tumor promoting agent." DMBA is typically used in such studies. DMBA produces "highly reproducible papilloma burden [which] is expected within 10–20 weeks with progression of a portion of the tumors to squamous cell carcinomas within 20–50 weeks." Abel, et al., "Multi-stage chemical carcinogenesis in mouse skin: Fundamentals and applications", 2009, Nature Protocols, Vol. 4(9): pp. 1350–1362.

Murdock v. Monsanto
November 21, 2022
Page 108

Thus, in total, **100 mice** that received solvent (ethanol/acetone) - groups II, IV, V, VI, VII - were without any evidence of papillomas. Therefore, the reliability of this study with respect to the "*so called*" missing control group is not at issue.

The George study revealed that the Roundup product (41% glyphosate, POEA 15%) increased the incidence of tumors when combined with DBMA. The study demonstrated that glyphosate could promote tumors induced by an initiating chemical (DBMA). It is certain that Roundup, at a dose reasonably equivalent to that received by applicators, is a tumor promoter. In the George study, the well-known Group 1 carcinogen DMBA was administered to the mice.

To be clear: the George study was not designed to determine whether or not glyphosate itself is a carcinogen. This was not the objective of the study design. The George et al. study was designed to determine whether Roundup promoted tumors.

The George study has been cited in at least 86 related scientific, peer-reviewed articles. There are no editorials or adverse criticisms within the peer-reviewed literature that I have found that are critical of this study as being "unreliable." Defendant's assertions in this regard are not supported by factual evidence.

The George study revealed that when glyphosate was combined with DMBA (a powerful carcinogen found in cigarette smoke[208]) and applied to the skin, 40% of the mice developed tumors with an average of 2.8 tumors per mouse. Conversely, when the mice were dosed only with DMBA, none developed tumors. The study demonstrated, *to 95% statistical certainty*, the carcinogenic potential of glyphosate as a powerful tumor promoter in a 2-stage promotion model.

Thus, Defendant's attempt to criticize this study and my reliance upon it by asserting that determining whether glyphosate is a carcinogen was the focal point of the study is not accurate. Also, the criticism that the study was "flawed" due to no solvent group is not accurate and is misleading. There were actually 100 solvent carrier animals without a single papilloma.

Further, my report shows the transformation of the George study mouse dosage to a human equivalent dose (using the generally recognized and accepted HDE methodology) is reasonable. The HED transformation shows that the dose in the George study was both

---

[208] Lee, et al., "Polycyclic aromatic hydrocarbons present in cigarette smoke cause bone loss in an ovariectomized rat model," 2002, Bone, Jun.30(6): pp. 917-923.

Murdock v. Monsanto
November 21, 2022
Page 109

reasonable and consistent with the documented dosage range of glyphosate applicators (AOEL). The animals received patch coverage of only 2 cm$^2$. Human applicators receive a substantially larger percentage of dermal impact than that of the mice in the George study. It should be noted that this is not the only promotion study upon which I relied.

**Wang et al. (2019)[209] -- Carcinogenetic Promotion**

Another peer-reviewed promotion study was published by Wang et al. (2019). The study data reveals that glyphosate elicits a B-cell-specific mutational mechanism of action in promoting carcinogenesis. The experimental evidence supports the epidemiologic finding regarding glyphosate's tissue specificity in carcinogenesis, i.e., only increasing the risk for multiple myeloma (MM) and NHL.

The Wang et al. (2019) study provides the first in vivo evidence to support that glyphosate induces and promotes the disease progression to MM. The authors also revealed a B cell-specific mutational mechanism for glyphosate exposure that increases multiple myeloma (MM) and NHL risk, providing a molecular basis for human epidemiological findings (Sawyer 10-31-2019 report).

Epidemiological studies have implicated glyphosate in the induction of multiple myeloma[210] (MM) via positive and statistically significant associations with glyphosate exposures. The Wang et al. (2019) study examined the impact of glyphosate in the pathogenesis of multiple myeloma. A distinctive characteristic of MM is that it is consistently preceded by MGUS,[211] which is the increased production of the damaging Myeloma protein. The authors used specially bred mice[212] that are predisposed to developing a mouse equivalent to human MGUS, which then progresses to MM. This specially bred mouse model recapitulates many biological and clinical features of human

---

[209] Wang, L., et al., "Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice," 2019, Journal of Hematology & Oncology, Vol. 12, p. 70.

[210] Multiple myeloma is a type of blood cancer, wherein malignant plasma cells accumulate in the bone marrow. These malignant plasma cells then produce an abnormal antibody called M protein, which offers no benefit to the body and may cause tumors, kidney damage, bone destruction and impaired immune function. A defining characteristic of multiple myeloma is a high level of M protein in the blood (M spike).

[211] Monoclonal gammopathy of undetermined significance (MGUS) is a condition in which an abnormal protein, known as monoclonal protein or M protein, is formed within your bone marrow and secreted into the blood.

[212] Bergsagel and colleagues generated a mouse model of MM (Vk*MYC) under the C57bl/6 genetic background with sporadic c-Myc activation in germinal center B cells, resulting in the development of benign monoclonal gammopathy, a mouse equivalent to MGUS, which then progresses to MM.

Murdock v. Monsanto
November 21, 2022
Page 110

MM, including increased serum immunoglobulin G (IgG), bone lesions and kidney damage.

The authors dosed the specially bred mice and normal wild-type mice with 1,000 mg/L glyphosate (~ 15 times the current ADI[213] allowed in the USA) in drinking water.  Following glyphosate dosing, the specially bred mice developed progressive hematological abnormalities and plasma cell neoplasms such as splenomegaly, anemia, and high serum IgG[214]. Moreover, glyphosate caused multiple organ dysfunction, including lytic bone lesions and renal damage in these predisposed mice. Glyphosate-treated normal wild mice also developed some of the adverse conditions including benign monoclonal gammopathy with increased serum IgG, anemia and plasma cell presence in the spleen and bone marrow.

As a B-cell genome mutator, the substance called AICD[215] is known as a key pathogenic player in both MM and B-cell NHL. In the current study, glyphosate was found to increase the production of AICD in the spleen and bone marrow of both normal wild mice and the specially bred mice. Thus, the glyphosate-induced damage occurred not only in the mice predisposed to MM but also in normal wild mice.

Most importantly, the study data reveals that glyphosate elicits a B-cell-specific mutational mechanism of action in promoting carcinogenesis. The experimental evidence supports the epidemiologic finding regarding glyphosate's tissue specificity in carcinogenesis, *i.e.,* only increasing the risk for MM and NHL.

The Wang et al. (2019) study provides the first in vivo evidence to support that glyphosate induces and promotes the disease progression to MM. The authors also revealed a B-cell-specific mutational mechanism for glyphosate exposure that increases MM and NHL risk, providing a molecular basis for human epidemiological findings.

**Genotoxicity of Roundup, Glyphosate and Polyoxyethylene Amines (POEAs)**

Genotoxicity is the ability of a chemical to cause damage to genetic information, i.e., the DNA in cells, thereby causing genetic mutations that may lead to cancer. The genotoxicity of GBHs such as Roundup is due only in part to "technical glyphosate," so to assess the

---

[213] Authors based this on U.S. EPA chronic reference dose for an average adult weighing roughly 80 kg.

[214] The type of MGUS that most commonly leads to myeloma.

[215] Activation-induced cytidine deaminase (AICD)

Murdock v. Monsanto
November 21, 2022
Page 111

genotoxic risk to humans, the entire GBH formulation must be considered. Humans use GBHs that always contain glyphosate in combination with other chemicals.

Summaries of available studies are presented below, grouped according to human, mammalian or non-mammalian analyses. More weight was given to results of human in vivo studies, as opposed to vitro human studies. Mammalian in vivo animal studies were weighed heavier than mammalian in vitro studies; least weight were applied to amphibian, fish or bacterial models.

Throughout the published literature, there are numerous studies of the genotoxicity of technical glyphosate, GBHs, and adjuvants, such as polyoxyethylene amine (POEA), including bioassays, epidemiological studies in exposed populations, and genotoxicity studies regarding plausible mechanism(s) through which exposure might lead to genotoxic results.

Both glyphosate and POEAs have been evaluated for potential genotoxicity. The European Food Safety statement[216] regarding POE-tallowamine causing positive carcinogenic findings in a number of test systems should be noted. It is noteworthy that POEA compounds are banned in Europe and other countries outside the US.

Inserm is the *National Institute of Health and Medical Research* in France[217] and is similar in concept to the National Institute of Health here in the US. Inserm's June 2021 detailed report[218] on glyphosate (which sought to update a collective expert report entitled "The effects of pesticides on health" as published by the Institute in 2013) is primarily based on data from the published scientific literature available as of the last quarter of 2019. It is based on more than 400 documents from various bibliographic databases and through complementary literature searches carried out by the experts. The experts chose to present an analysis of the literature on exposure and epidemiology data published since 2013 and on the toxicology and mechanisms of action of glyphosate.

---

[216] "Request for the evaluation of the toxicological assessment of the co-formulant POE-tallowamine," European Food Safety Administration, November 2015.

[217] Inserm web site https://www.inserm.fr/en/home/

[218] Inserm, "Glyphosate and glyphosate-based herbicides," Extract from "Pesticides and health effects: New data," Collection Expertise collective. 2021. http://www.inserm.fr/thematiques/sante-publique/expertises-collectives

Murdock v. Monsanto
November 21, 2022
Page 112

### Genotoxicity Methodology

In June 2019, the French Agency for Food, Environmental and Occupational Health & Safety (ANSES) drew up specifications for further studies of the genotoxic potential of glyphosate using the in vivo comet assay. Subsequently, the agencies applied a battery of in vitro and in vivo tests in accordance with OECD guidelines to characterize a genotoxic effect, i.e., one that results in one or more types of DNA damage such as breaks (assessed by the comet assay), chromosomal aberrations (micronucleus test, sister chromatid exchange assay and chromosomal aberration test) and formation of DNA adducts (unscheduled DNA synthesis test; UDS).

The Inserm report (above) notes that these DNA changes may lead to mutations in the form of point mutations or chromosomal rearrangements. The report provides multiple recent study examples _demonstrating glyphosate induction of DNA breaks_.[219]

### Comet Assay validity[220]

The in vivo mammalian alkaline comet (single cell gel electrophoresis) assay is one of the more recent genotoxicity methodologies employed in assessing potential genotoxicity. This comet assay has been reviewed and the OECD adopted comet assay testing guidelines (OECD: 489) for DNA strand breaks in 2014 and updated them in 2016. A formal validation trial of the in vivo rodent comet assay was performed in 2006-2012 and coordinated by the JaCVAM[221] in conjunction with the ECVAM,[222] the ICCVAM[223] and the NICEATM.[224] The OECD 489 Test Guideline includes the recommended use and limitations of the comet assay and is based on the final protocol used in the validation trial as well as on additional relevant published and unpublished (laboratory proprietary) data.[225]

---

[219] Id. p. 41.

[220] ANSI Z129.1 American National Standard for Hazardous Industrial Chemicals--Precautionary Labeling (Directive 67/548/EEC) labelling, etc. directive EU. In vivo alkaline single-cell gel electrophoresis assay for DNA strand breaks (comet assay), OECD: 489.

[221] The Japanese Center for the Validation of Alternative Methods.

[222] European Centre for the Validation of Alternative Methods.

[223] Interagency Coordinating Committee on the Validation of Alternative Methods.

[224] NTP Interagency Center for the Evaluation of Alternative Toxicological Methods.

[225] Møller, P., Azqueta, A., Boutet-Robinet, E., et al., "Minimum Information for Reporting on the Comet Assay (MIRCA): recommendations for describing comet assay procedures and results," 2020, Nat Protoc 15, pp. 3817–3826. https://doi.org/10.1038/s41596-020-0398-1

Murdock v. Monsanto
November 21, 2022
Page 113

### *Human in Vivo Genotoxicity Studies of Glyphosate and GBHs*

There are seven published peer-reviewed in vivo studies of human exposure to glyphosate or GBHs available to date. As shown in Table 12, all of these seven human in vivo studies revealed positive genotoxic effects with exposure to GBHs. All demonstrated an association between GBH exposures and genotoxicity.

**Table 12
Human in Vivo Studies**

| Author & Date | Study Design | Methodology | Reported Results | Result |
|---|---|---|---|---|
| Bolognesi et al., 2009 | Before v. after exposure | MN* frequency in peripheral leukocytes<br><br>Biomonitoring methodology | There were significant increases in MN frequency after glyphosate exposure. | Positive |
| Hutter 2018 | Exposed v. unexposed pesticide workers | Buccal micronucleus cytome assay<br><br>(MN frequency and nuclear anomalies) | There were statistically significant nuclear anomalies in pesticide-exposed (primarily glyphosate) workers. | Positive |
| Kupske 2021 | Before v. after exposure | MN frequency and other cellular alterations in buccal cells | There were significant increases in MN frequency, brokenegg cells, binucleation, and karyolysis after glyphosate exposure. | Positive |
| Leite 2019 | Exposed v. unexposed children | Buccal micronucleus<br>Comet assay | The study found higher frequency of all damages analyzed (MN, binucleation, brokenegg, karyorrhexis, karyolysis, pyknosis, and condensed chromatin). | Positive |
| Lucia 2022 | Post-menopausal women | Differentially methylated probes (DNA methylation was measured at over 850,000 CpG sites)<br><br>Biomonitoring methodology | The study identified 17 CpG sites (probes) at which a decrease in methylation was associated with increasing levels of urinary glyphosate. Four genomic regions, all located within gene promoters, were significantly associated with glyphosate levels in >90% of subsamples. | Positive |
| Makris 2020 | Children 10-11 years old | Oxidative stress was assessed with immunoassay measurements of marker 8-iso-PGF2a for lipid damage and 8-OHdG as a DNA | The DNA oxidative damage marker (8-OHdG) was positively associated with AMPA (beta = 0.17; 95% CI: 0.02, 0.31, p = 0.03 cr2, and beta = 0.12; 95% | Positive |

Murdock v. Monsanto
November 21, 2022
Page 114

**Table 12 Continued**

| Author & Date | Study Design | Methodology | Reported Results | Result |
|---|---|---|---|---|
| | | oxidative damage marker.  Biomonitoring methodology | CI: 0.0,0.24, p = 0.06, cr1), but not with GLY (p > 0.05). | |
| Paz-y-Mino 2007 | Exposed v. unexposed | Comet assay | The results showed a higher degree of DNA damage in the exposed group (comet length = 35.5 pm) compared to the control group ( comet length = 25 .9 4 pm),  suggesting that in the formulation used during aerial spraying glyphosate had a genotoxic effect on the exposed individuals. | Positive |

[*] Micronucleus

The table above shows that all of the published in vivo human studies to date have demonstrated positive associations between glyphosate or GBHs and genotoxicity. Several different study designs and methodologies, each with their own limitations, were employed in the seven studies. So, although some of these studies did not account for confounding pesticide exposures, for example, these studies warrant close consideration as it is unlikely that all 7 statistically significant studies were positive by chance or due to confounding exposures.

Despite any potential shortcomings in any of these individual studies, all together they provide reasonable human in vivo evidence of genotoxicity at real world exposure levels.

It is important to note that I am relying on not one individual study, but on the totality of the studies in Table 12. It is compelling that all seven studies show associations between glyphosate exposure and genotoxicity consistent and coherent with the mammalian studies in vivo and in vitro studies.

The seven studies are summarized below.

Murdock v. Monsanto
November 21, 2022
Page 115

### 1.  Bolognesi et al. (2009)[226] – Occupational exposure to glyphosate

The authors studied 274 people in five Colombian regions with different potential exposure to glyphosate and other pesticides. Blood samples were taken prior to spraying (indicative of baseline exposure), 5 days after spraying, and 4 months after spraying. No association between aerial spraying of glyphosate and cytogenetic alterations (evaluated as frequency of MN in peripheral leukocytes) was found. There was some indication of an association between BNMN and exposure to pesticides in general. Results showed significant increases in MN frequency after glyphosate exposure, mainly when it was applied for maturation of sugar cane.

### 2.  Hutter et al. (2018)[227] -- Genotoxic Damage in Pesticide-Exposed Farm Workers

A study by Hutter et al. has provided evidence to support genotoxicity effects in humans from spraying and application of pesticides, "primarily glyphosate." In this study, pesticide-exposed workers not only sprayed pesticides but prepared and mixed the pesticides themselves and handled its disposal. Most of the participants did not use PPE and lacked proper hand hygiene during eating and drinking. Buccal cells were analyzed via buccal micronucleus cytome assay (BMCA) which reflects genotoxic effects including micronuclei, nuclear buds, broken eggs and binucleated cells as well as cytotoxic effects including condensed chromatin, karyorrhexis, karyolysis and pyknosis (**Figure 10**). All biomarkers from BMCA revealed statistically significant increased rates of nuclear anomalies in the pesticide-exposed group compared to the non-exposed group.[228] At 95% confidence interval, odds ratio for micronucleated cells was 3.1 (1.3-7.4) and odds ratio for pyknotic cells was 4.5 (2.5-8.2). The study concludes, "*Our results of the micronucleus cytome assays demonstrate impressively that the exposure to a mixture of agrochemicals may lead to long-term health consequences and suggests that pesticide users might have a higher risk of developing cancer.*"

---

[226] Bolognesi C, Carrasquilla G, Volpi S, Solomon KR, Marshall EJ (2009). "Biomonitoring of genotoxic risk in agricultural workers from five colombian regions: association to occupational exposure to glyphosate." J Toxicol Environ Health A 72:986–997.

[227] Hutter, H-P., et al., "Cytotoxic and Genotoxic Effects of Pesticide Exposure in Male coffee Farmworkers of the Jarabacoa Region, Dominican Republic," 2018, International Journal of Environmental Research and Public Health, Vol 15, doi:10.3390/ijerph15081641

[228] Id.

Murdock v. Monsanto
November 21, 2022
Page 116

| Endpoints | OR | 95% CI | $p$-Value |
|---|---|---|---|
| MN cells | 3.098 | 1.297–7.404 | 0.011 |
| Total MNi | 2.524 | 1.219–5.226 | 0.013 |
| Nuclear buds & broken eggs (BUD) | 1.916 | 1.448–2.536 | <0.001 |
| Binucleated cells (BN) | 1.412 | 1.207–1.650 | <0.001 |
| Condensed chromatin (CC) | 1.306 | 1.054–1.618 | 0.015 |
| Karyorrhexis (KR) | 1.212 | 1.030–1.426 | 0.021 |
| Karyolysis (KL) | 1.286 | 1.132–1.462 | <0.001 |
| Pyknosis (PY) | 4.536 | 2.517–8.173 | <0.001 |
| Basal cells | 1.526 | 1.263–1.844 | <0.001 |

**Figure 10.  Odds Ratio and 95% Confidence Intervals for Nuclear Anomalies in Pesticide-Exposed Workers (all statistically significant)**

**3.   Kupske et al. (2021)[229] -- Micronucleus and other cellular alterations from glyphosate**

Kupske et al. evaluated cellular changes in human buccal mucosa from farmers exposed to glyphosate. In this study, the relationship between glyphosate exposure and chromosomal damage in oral mucosa epithelium cells through micronucleus (MN) testing and nuclear alteration (NA) analysis in family farmers in Cerro Largo, RS, Brazil was evaluated. Human oral mucosa cells were used in this study because they are sensitive to substances that interact with DNA in the mitosis phase.

The MN test is the most well established and commonly used standardized test to evaluate cytotoxicity and DNA damage caused by a wide spectrum of substances. A micronucleus is a small mass of chromatin found outside the nucleus that originated from chromosome breakdown in the mitosis phase. Although there is a baseline level of spontaneous MN formation in most species, exposure of organisms to clastogenic substances, such as some pesticides, has been shown to increase the frequency of MN in laboratory tests.

---

[229] Kupske C et al., "Cellular Changes in Buccal Mucosa from Farmers Exposed to Glyphosate. Brazilian Journal of Development," Nov. 2021, Curitiba, Vol.7(11), pp. 105242-105257. DOI:10.34117/bjdv7n11-242.

Murdock v. Monsanto
November 21, 2022
Page 117

Also, the nuclear alterations (NA), karyolysis (necrosis), cariorhexis (final and early stages of apoptosis), brokenegg and binucleation were analyzed in the cells in this study. An increase in NA is indicative of damage to the processes of cell division and degeneration.

One-hundred twenty individuals were selected from an agricultural region (which produces predominately soybeans along with wheat and corn) for social data collection through interviews. The authors noted that this region uses a large quantity of agrochemicals and has a high rate of cancer cases. According to the interviews summarized in Table 1 of the study, the 76 farmers who used glyphosate accumulated a mean number of 5.5 *exposure-days* (8-hour, time-weighted *exposure-days*).

The study consisted of ten test subjects (farmers who used glyphosate) and ten control subjects, all non-smokers, non-alcohol drinkers, and were males and females between 25 and 50 years of age. The control subjects had not used glyphosate within the previous six months.

Buccal mucosa cells were collected from each individual in October and November 2017 which corresponds to the time of year where glyphosate herbicide applications occur. A total of 6,000 cells per individual were analyzed. The frequency of MN for the ten controls (C1, C2, etc.) and the ten test subjects (T1, T2, etc.) is shown in **Figure 11**.



**Figure 12.  The number of MN (micronuclei) per 6,000 cells  in the control (C) and test (T) subjects. (Adapted from Kupska et al.)**

Murdock v. Monsanto
November 21, 2022
Page 118

The data in **Figure 12** shows that the number of micronuclei in the cells was significantly higher in the test subjects than in the controls The greatest number of MN in the test subjects was 13 while the highest in the controls was 4 (which was the lowest in the test group). The authors reported that these results are concerning since normally only one or, at most, two MN would emerge in every 2,000 cells.

The Kruskal Wallis test result (with a 5% significance level) showed that the test group and the control group showed significant differences (P = 0.0002) regarding the frequency of MN.

The authors reported that these findings are in line with several other studies such as Dutra (2002),[230] which found that when evaluating farmers from Ijuí and São Luiz Gonzaga, RS, the group exposed to pesticides (including glyphosate) had a greater frequency of MN in oral mucosa epithelial cells than did the control group.

When comparing the glyphosate-exposed group with the control group, the frequency of cellular alterations (brokenegg, binucleation, karyolysis and cariorhexis) is clearly higher in the exposed group than in the control group, and this difference is statistically significant for changes for brokenegg cells, binucleation and karyolysis (p = 0.001, p = 0.0001 and p = 0.0004, respectively) and not significant for cariorrex cell alteration (p = 0.13).

The results of this study showed that glyphosate exposure increased the frequency of MN in the test group (p = 0.0002) as well as the frequency of other cellular alterations such as brokenegg (p = 0.001), binucleation (p = 0.0001) and karyolysis (p = 0.0004). Based on these findings, the use of glyphosate may be causing damage to the oral mucosa epithelium.

The authors concluded that, during the period in which the samples were collected, the individuals who were exposed to glyphosate presented higher cellular instability in the oral mucosa than did the controls. They also considered that glyphosate actually has the potential to alter the efficiency of mitoses and induce errors in the anaphase process and DNA damage with potential for malignancy.[231]

---

[230] As cited in Kupske et al. (2021).

[231] Kupske C et al., "Cellular Changes in Buccal Mucosa from Farmers Exposed to Glyphosate. Brazilian Journal of Development," Nov. 2021, Curitiba, Vol.7(11), pp. 105242-105257. DOI:10.34117/bjdv7n11-242.

Murdock v. Monsanto
November 21, 2022
Page 119

### 4.  Leite et al. (2019)[232] -- Genotoxic Effects in Pesticide-Exposed Children

A recent study published in 2019 by Leite et al. has provided further evidence to support the genotoxic effect of glyphosate (exposure via aerial spraying) by evaluating human biomarkers within (1) a community surrounded by transgenic soybean crops (such crops are generally bioengineered to allow for glyphosate spraying) and (2) the control group (group of children born and living in a community dedicated to family agriculture with biological control of pests).

The biomarker buccal micronucleus (with other nuclear abnormalities) was measured along with a comet assay analysis in the exposed and unexposed group to determine frequency of genetic (DNA) and cellular damage. The study showed significant differences between exposed and unexposed groups. All the following damages that were analyzed resulted in higher frequency in the exposed groups: micronucleus, increased binucleated, brokenegg, karyorrhexis, karyolysis, pyknosis, and condensed chromatin.

---

[232] Leite, S.N., et al., "DNA Damage Induced by Exposure to Pesticides in Children of Rural Areas in Paraguay," 2019, Indian Journal of Medical Research, Vol 150, pp. 290-296. DOI: 10.4103/ijmr.IJMR_1497_17

Murdock v. Monsanto
November 21, 2022
Page 120



Fig. 1. Anomaly rate in oral cells per 1000 cells of exposed (E) (n=43) and not exposed (NE) (n=41). P25, 25th percentile; P75, 75th percentile. [green] (shows difference between 75th percentile and max).

**Figure 13.** Comparison of anomaly rate in oral cells between exposed and not exposed groups[233]

Genotoxic anomalies from exposure to pesticides may indicate the potential for cancer as these damages can induce mutations as well as other dangerous effects. **Figure 13** (from Leite et al.) shows the increased frequency of cellular and DNA damage in the

---

[233] Leite, S.N., et al., "DNA Damage Induced by Exposure to Pesticides in Children of Rural Areas in Paraguay," 2019, Indian Journal of Medical Research, Vol 150, pp. 290-296. DOI: 10.4103/ijmr.IJMR_1497_17

Murdock v. Monsanto
November 21, 2022
Page 121

exposed group compared to the unexposed group.[234] The green highlight indicates exposed and unexposed groups.

The study concluded that a greater and significant genotoxic and cytotoxic effect was observed in children exposed to pesticides compared to children unexposed to pesticides as evidenced by greater DNA damage to the exposed children. This is consistent with results from an earlier study done in Brazil which evaluated human exposure to pesticides in a similar manner in soybean farm workers.[235,236]

## 5.  Lucia et al. (2022)[237] -- DNA Methylation

Lucia et al. recently published their investigation of the association between glyphosate exposure and blood DNA methylation. The authors conducted an epigenome-wide association study to identify DNA methylation sites and regions associated with urinary glyphosate and AMPA (glyphosate metabolite aminomethylphosphonic acid) levels.

The study population consisted of 392 postmenopausal women residing in southern California (recruited from 2017 to 2019) between the ages of 45 and 66 years.[238] Glyphosate and AMPA levels were measured from self-collected urine samples using LC-MS/MS, and DNA was extracted from the buffy coat of peripheral blood. DNA methylation at over 850,000 CpG sites was measured using the Illumina Infinium MethylationEPIC BeadChip at the University of Southern California Molecular Genomics Core.[239]

Ninety-six percent of study participants had detectable glyphosate levels in at least one of the two urine samples collected and 82% had detectable AMPA, highlighting near-ubiquitous exposure to these compounds. The reported concentrations were stratified by

---

[234] Leite, S.N., et al., "DNA Damage Induced by Exposure to Pesticides in Children of Rural Areas in Paraguay," 2019, Indian Journal of Medical Research, Vol 150, pp. 290-296. DOI: 10.4103/ijmr.IJMR_1497_17

[235] Id.

[236] Benedetti, D., et al., "Genetic Damage in Soybean Workers Exposed to Pesticides: Evaluation with the Comet and Buccal Micronucleus Cytome Assays," 2013, Mutation Research- Genetic Toxicity and Environmental Mutagenesis, Vol 752, pp. 28-33. https://doi.org/10.1016/j.mrgentox.2013.01.001

[237] Lucia, Rachel M et al. "Association of glyphosate exposure with blood DNA methylation in a cross-sectional study of postmenopausal women," 2022, Environmental Health Perspectives, Vol. 130(4): 47001. doi:10.1289/EHP10174

[238] Women with a personal history of breast cancer or mastectomy were excluded.

[239] "The Illumina Infinium R MethylationEPIC BeadChip system (hereafter EPIC array) is considered to be the current gold standard detection method for assessing DNA methylation at the genome-wide level." Nobel, et al., "A validation of Illumina EPIC array system with bisulfite-based amplicon sequencing," PeerJ, DOI 10.7717/peerj.10762.

Murdock v. Monsanto
November 21, 2022
Page 122

various demographic, dietary, and lifestyle factors. Of noted interest, women who reported "often or always" eating organic food had lower urinary glyphosate compared with those who reported "seldom or never" eating organic food [median interquartile range (IRQ) 0.10 (0.06,0.20) ng/mL compared with 0.14 (0.07,0.23) ng/mL, p=0:05]. AMPA showed a similar association [median (IQR) 0.04 (0.01,0.11) ng/mL for "often or always" compared with 0.07 (0.03,0.13) ng/mL for "seldom or never," p=0:01].

The authors identified twenty-four CpG sites (probes) at which methylation was associated with urinary glyphosate concentration in >90% of 1,000 subsamples (n=299). Seventeen of these 24 CpG sites, or differentially methylated probes (DMPs), showed a decrease in methylation with increasing levels of urinary glyphosate. There were two CpG sites associated with urinary AMPA, and both AMPA-associated probes showed hypermethylation with greater AMPA levels.

All glyphosate-associated DMPs were statistically significant, and the probes with the smallest median p-values were located within the *PEX26, SF3B2*, and *CHMP1A* genes. (The *SF3B2* gene is involved in RNA splicing and DNA repair and associated with various types of cancer.) The largest methylation differences between glyphosate tertiles were observed in probes within the *VMO1, KCP*, and *QARS1* genes. The DMPs in both the *VMO1* and *KCP* genes were located within the promoter region of the genes.

Also, using the 24 CpG sites, the authors developed a methylation index that accurately predicted urinary glyphosate concentration in an internal validation set (n=60; training set n=332).

The authors found four genomic regions to be significantly associated with glyphosate levels in >90% of subsamples. These four differentially methylated regions (DMRs) were all located within gene promoters. The DMRs on genes *MSH4, KCNA6,* and *ABAT* were hypomethylated with greater glyphosate while the DMR on the *NDUFAF2/ERCC8* genes were hypermethylated. (*ERCC8* is involved in DNA repair via transcription-coupled nucleotide excision repair and double-strand break repair.)

While no AMPA-associated regions were significant in >90% of subsamples, three regions were significantly associated with AMPA at a relaxed threshold of >60%. All three of these AMPA-associated DMRs were hypomethylated; two were located within gene bodies (*RNF39, TRIM31*) and one within a gene promoter (*ESR1*). The hypomethylation at *TRIM31* is significant since it has been shown to promote progression in a variety of tumor types. The hypomethylation at the *ESR1* promoter is significant given the potential

Murdock v. Monsanto
November 21, 2022
Page 123

link between AMPA and breast cancer risk and the potential for glyphosate-induced endocrine disruption. In vitro studies of breast cancer cells have demonstrated a perturbed expression of the ESR1 product ERα in response to glyphosate exposure. Rat studies have also demonstrated altered ERα expression accompanying changes in ERα promoter methylation.

The authors found that AMPA was associated with epigenetic age acceleration (biological age greater than chronological age) using the Hannum, Horvath, and Levine epigenetic clocks. Epigenetic age acceleration has been linked to increased risk of many diseases including breast cancer, B-cell lymphoma, and lung cancer as well as all-cause mortality.

This study demonstrated glyphosate- and AMPA-associated methylation occurring near genes associated with cancer (SF3B2, MSH4, and TRIM31) and endocrine disruption (ESR1132). In addition, AMPA was associated with greater epigenetic age acceleration. These results suggest that exposure to the glyphosate in Roundup affects the epigenome, and glyphosate and/or AMPA exposure might elevate the risk for disease, including cancer.

**6.  Makris et al (2022) -- Oxidative Stress of Glyphosate and AMPA in Children**

In their biomonitoring study, Makris et al.[240] examined the association between urinary pesticide levels (e.g., glyphosate and its primary metabolite AMPA) and the biomarkers of DNA and lipid oxidative damage in 177 children, aged 10-11 years.

Oxidative stress was assessed with immunoassay measurements of marker 8-iso-PGF2a for lipid damage and 8-OHdG as a DNA oxidative damage marker.

The study found that the median urinary level for glyphosate (GLY) was below the limit of quantification (< 0.10 μg/L) [<LOQ, 0.19 μg/L] and the median urinary level for AMPA was 0.18 [0.10, 0.29] μg/L, respectively. There was a moderate correlation between GLY and AMPA (r = 0.45).

The DNA oxidative damage marker (8-OHdG) was positively associated with AMPA (beta = 0.17; 95% CI: 0.02, 0.31, p = 0.03 cr2, and beta = 0.12; 95% CI: 0.0,0.24, p = 0.06,

---

[240] Makris, Konstantinos C., Nikolaos Efthymiou, Corina Konstantinou, Elena Anastasi, Greet Schoeters, Marike Kolossa-Gehring, Andromachi Katsonouri, Oxidative stress of glyphosate, AMPA and metabolites of pyrethroids and chlorpyrifos pesticides among primary school children in Cyprus, Environmental Research, Volume 212, Part B, 2022, 113316, ISSN 0013-9351, https://doi.org/10.1016/j.envres.2022.113316.

Murdock v. Monsanto
November 21, 2022
Page 124

cr1), but not with GLY (p > 0.05). Neither GLY nor AMPA showed significant association with 8-iso-PGF2α in the lipid oxidation models.

The authors speculated that the lack of association between glyphosate and oxidative damage could be partially attributed to the rapid degradation of glyphosate relative to AMPA in the environment. Their study found a higher proportion of urinary GLY below the limit of quantification than urinary AMPA; 54% for GLY vs. 25% for AMPA. The higher probability of detecting AMPA in the environment due to its longer persistence may be responsible for the higher children's body burden of urinary AMPA than that of urinary glyphosate. There is also the inherent difficulty in discriminating between the AMPA originating from glyphosate and the AMPA from other sources. However, the moderate correlation (ρ = 0.43) between GLY and AMPA levels indicates that at least some of the AMPA source was likely ascribed to glyphosate.

The significantly positive association that this study found between AMPA, and the DNA oxidative damage marker indicates that oxidative stress occurs at real-life exposure levels in children. Also, the lack of significant associations between AMPA and/or glyphosate and lipid damage may suggest a biological mechanism of DNA damage for AMPA.

### 7.  Paz-y-Mino et al. (2007)[241] – Aerial spraying of glyphosate and POEA with adjuvant

At the time of this study, the Colombian Government had been aerial spraying the northern area of Ecuador since January 2001 with a glyphosate-based herbicide formulation to eradicate illicit crops grown in this area. The GBH consisted of Roundup-Ultra (glyphosate & POEA) and the adjuvant Cosmoflux 411F, which is a propriety Colombian component.

The authors investigated DNA damage from exposure to this aerial spraying in a total of 24 exposed and 21 unexposed control individuals. The comet assay was used to assess damage; specifically the head-to-tail comet length was measured, and the cells were visually allocated to one of five categories according to the amount of DNA in the comet's tail (reflecting the number of DNA breaks).

The results showed a higher degree of DNA damage in the exposed group (mean comet length 35.5 ± 6.4 μm) compared to the control group (mean comet length 25.94 ± 0.6 μm),

---

[241] Paz-y-Mino, et al. (2007) .Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate. Genetics and Molecular Biology, 30, 2, 456-460.

Murdock v. Monsanto
November 21, 2022
Page 125

suggesting that in the formulation used during aerial spraying glyphosate had a genotoxic effect on the exposed individuals.

The study found a higher degree of DNA damage in the exposed group compared to the control group. The authors attributed the significant increase in DNA damage levels to "a general response to the formulation used during aerial spraying," since none of the individuals in the exposed group smoked tobacco or drank alcohol or had been exposed to other pesticides when the samples were taken.

### *Human in vivo Genotoxicity Studies of GBHs and Mixed Pesticides*

**8.   Aiassa et al. (2019)[242] -- Genotoxic Study of Pesticide Applicators**

The authors conducted a descriptive-correlational study to determine if occupational exposure to pesticides constitutes a factor of genotoxic damage. From the results of the many research studies from around the world that have provided scientific evidence of a positive correlation between exposure time, doses and high frequencies of these biomarkers, the authors found that the most common biomarkers used to evaluate the genotoxic effect in human populations occupationally exposed to pesticides are chromosomal aberrations (CAs), micronuclei (MN), sister chromatid exchanges (SCEs) and DNA fragmentation.

This study consisted of 52 individuals: 30 pesticide applicators and 22 male referents, with no significant differences in lifestyle or diet between the two groups.[243] Exposures were noted to occur during the mixing and loading as well as the spraying of pesticide.

The active ingredients of the most used pesticides were glyphosate,[244] cypermethrin and chlorpyrifos. It was not possible to determine the damage caused by each individual pesticide because applicators were exposed to complex mixtures of agrochemicals. All applicators used ground-spraying machines. 23% of pesticide applicators did not wear

---

[242] Aiassa, D. et al., "Evaluation of genetic damage in pesticides applicators from the province of Cordoba, Argentina," 2019, Environmental Science and Pollution Research, Vol. 26(20), pp. 20981-20988. doi: 10.1007/s11356-019-05344-2. Epub 2019 May 21.

[243] Of the six smokers in the exposed group, three smoked 10 cigarettes per day, one smoked 15 per day and two smoked 20 per day. Control group was non-smoking.

[244] It was noted that while applicators are known to work with a wide variety of chemicals in different formulations, glyphosate, in Argentine toxicological classification, is considered category IV; the lowest. Glyphosate can, therefore, be sprayed at less than 500 meters from homes and is cleared to be handled by applicators with minimal health protective measures.

Murdock v. Monsanto
November 21, 2022
Page 126

any personal protection equipment during spraying and mixing; 17% wore gloves, glasses, and masks; 23% wore gloves only; 37% wore gloves and masks.

The genotoxicity tests performed in the pesticide applicators showed a <u>significant increase</u> in the mean of CAs, MN and DNA fragmentation relative to the reference group. The mean values for fragmentation of the DNA in the group of applicators was more than <u>10 times higher</u> than those in the reference group (3,206 vs. 269). CAs, both with and without gaps, exhibited a statistically significant increase in the exposed group compared with the control group. Chromatid breaks and end reduplications were the two aberrations that showed statistically significant differences between the two groups.

The WHO's International Agency for Research on Cancer has re-reviewed glyphosate in their most recently published report and have not changed their opinion on the genotoxicity of glyphosate. They state: [245]

"The classification of glyphosate was supported by strong evidence that (i) glyphosate or glyphosate-based formulations are genotoxic based on studies in human cells in vitro and studies in experimental animals and (ii) glyphosate, glyphosate-based formulations, and major metabolite aminomethylphosphonic acid (AMPA) induce oxidative stress based on studies in experimental animals and studies in human cells in vitro."

Mechanistic evidence relevant to key characteristics of carcinogens are supported by new studies with experimental animals and in human cells (e.g., Ghisi et al., 2016; Santovito et al., 2018; Wozniak et al., 2018).[246]

### 9. Benedetti et al. (2013) [247] -- Genotoxic Damage in Pesticide-Exposed Farm Workers

Benedetti et al. assessed genotoxic effects of pesticide exposure in soybean farm workers by evaluating human biomarkers buccal cells and peripheral leukocytes in the exposed and unexposed groups. Though this study did not exclusively examine effects of glyphosate alone, organophosphates were among the primary pesticides that workers were exposed to, and which included exposures to the organophosphate, glyphosate.

---

[245] International Agency for Research on Cancer. (2019). *Report of the Advisory Group to Recommend Priorities for the IARC Monographs during 2020-2024.* Retrieved from IARC WHO: https://monographs.iarc.fr/wp-content/uploads/2019/10/IARCMonographs-AGReport-Priorities_2020-2024.pdf

[246] Id.

[247] Benedetti, D., et al., "Genetic Damage in Soybean Workers Exposed to Pesticides: Evaluation with the Comet and Buccal Micronucleus Cytome Assays," 2013, Mutation Research- Genetic Toxicity and Environmental Mutagenesis, Vol 752, pp. 28-33. https://doi.org/10.1016/j.mrgentox.2013.01.001

Murdock v. Monsanto
November 21, 2022
Page 127

The results of the study revealed that in exposed farm workers, there was resulting DNA damage (increased micronuclei, nuclear buds and binucleated cells) and cell death (condensed chromatin, karyorrhectic and karyolitic cells). Only 20% of the exposed farm workers group wore PPE; however, there was no difference in cell damage and cell death between exposed workers who wore PPE and those who did not wear PPE.

### *Oxidative Stress Studies*

**10. Eaton et al (2022)[248] -- Oxidative Stress of Glyphosate and AMPA**

Eaton et al., "The association between urinary glyphosate and aminomethyl phosphonic acid with biomarkers of oxidative stress among pregnant women in the PROTECT birth cohort study," (2022). Using 347 urine samples from the PROTECT birth cohort, the authors measured glyphosate and AMPA urinary levels along with levels of urinary biomarkers of oxidative stress 8-iso-PGF2α, 8-isoprostane metabolite, and PGF2α. They found that urinary concentrations of the main environmental degradant of glyphosate, AMPA, were associated with higher levels of certain oxidative stress biomarkers. Associations with glyphosate reflected similar trends, although findings were not as strong.

**11. Intayoung et al. (2020)[249] -- Oxidative Stress in Farmers Using Herbicides & PPE Protection**

Herbicides such as glyphosate, paraquat, and 2,4-dichlorophenoxyacetic acid (2,4-D) have been reported to cause adverse side effects through production of reactive oxygen species. To determine the scope of such reports, Intayoung et al. (2020) investigated the effects of herbicide mixtures containing glyphosate, paraquat, and 2,4-D in Thailand. The underlying hypothesis was that farmers who used these mixtures could induce oxidative stress leading to release of malondialdehyde (MDA, an oxidative stress biomarker) and glutathione (GSH). This prevents reduction of reactive oxidative species (ROS) to nontoxic substances in urine more than in a single-product use. The objective was to

---

[248] Jarrod L. Eaton, Amber L. Cathey, Jennifer A. Fernandez, Deborah J. Watkins, Monica K. Silver, Ginger L. Milne, Carmen Velez-Vega, Zaira Rosario, Jose Cordero, Akram Alshawabkeh, John D. Meeker, "The association between urinary glyphosate and aminomethyl phosphonic acid with biomarkers of oxidative stress among pregnant women in the PROTECT birth cohort study, Ecotoxicology and Environmental Safety, Volume 233, 2022.

[249] Intayoung, U., et al., "Effect of Occupational Exposure to Herbicide on Oxidative Stress in Sprayers," 2020, Safety and Health at Work.

Murdock v. Monsanto
November 21, 2022
Page 128

determine urinary MDA and GSH levels pre-work and post-work in Thai farmers using glyphosate, paraquat, or 2,4-D in agricultural activity.

Ninety-three agricultural participants were randomly selected, the majority of whom were male. Most participants worked for at least 20-40 years. Fifty-six percent of participants used only glyphosate, 36.5% of participants used glyphosate with 2,4-D and 7.5% of participants used glyphosate and paraquat during their agricultural work.

Most farmers (42.9%) sprayed 4-6 tanks of herbicide per day and usually prepared herbicide dilution in water at a ratio of 200:1. Sixty-three percent of farmers worked on a farm for 1-5 hours per day. The interval time to collect urine sample before and after work was 21.84 ± 3.66 hours. Almost every participant wore masks, gloves and boots while working.

For urinary MDA level determination, participants were divided into three groups based on herbicide use: glyphosate, combined glyphosate and paraquat, and combined glyphosate and 2,4-D. Results of urinary MDA levels showed pre-work urinary MDA levels were significantly higher in participants that used glyphosate and 2,4-D compared to those using only glyphosate. Post-work urinary MDA levels in participants using a combination of glyphosate and paraquat were significantly higher than those who work with only glyphosate, but there were no significant differences of urinary MDA levels between the pre-work and post-work sample among the three groups.

Although no significant differences were found in pre-work and post-work GSH content in each group of herbicide usage, GSH content in the urine of workers who used a combination of glyphosate and paraquat tended to decrease when compared with the other two herbicide groups. Linear regression was used to study the association between independent variables with results showing the MDA level in post-work urine samples significantly positively associated with herbicide exposure intensity index and cumulative index.

Additionally, the authors found that wearing gloves during work can reduce the MDA level. Urinary GSH levels in post-work samples were not associated with all independent variables.

Overall, this study found a significant difference in urinary MDA level pre-work between farmers using glyphosate and those using combined glyphosate and 2,4-D. Farmers with

Murdock v. Monsanto
November 21, 2022
Page 129

a working history of prolonged use of many pesticides have been shown to have a significant increase in MDA level.

**12. Sidthilaw et al. (2022) -- Effects of Exposure to Glyphosate on Oxidative Stress**

A human longitudinal pre-post study of maize farmer glyphosate applicators in Thailand was carried out by Sidthilaw et al. to assess the effect of glyphosate exposure on oxidative stress and lung function. The study participants were assessed via questionnaire for potential confounding factors and qualified participants provided urine and blood samples, along with lung function measurements collected in the mornings a day before and a day after glyphosate application. The urine samples were analyzed using liquid chromatography-tandem mass spectrometry to detect glyphosate levels. Serum samples were analyzed to detect the markers malondialdehyde (MDA) and glutathione (GHS) as indicators of oxidative stress and the C-reactive protein levels as an indicator of inflammation. Lung function was measured using spirometry.

The study was conducted in May and June 2020; the farmers had not used and hence were not exposed to any pesticides during March and April. Any farmers who used pesticides for one month before the study and used other pesticides throughout the study were excluded. During data collection, the individuals were interviewed face-to-face by public health officials trained by the researchers. The collected data included: (1) demographic data (age, gender, education, body mass index (BMI), smoking status, alcohol consumption status, and chronic disease); and (2) agricultural information (distance between the house and the maize farm, spraying equipment, quantities of chemicals used, equipment used in application, role, and personal protective equipment use). Urine samples were collected from all participants throughout the 24-h period before and after the application of glyphosate. Ten mL blood samples were collected in the mornings, on the day before and the day after glyphosate application.

Oxidative stress is an imbalance between the production and elimination of oxygen-reactive species in cells. This imbalance between oxidants and antioxidants can impact the human body by damaging cells and tissues, leading to inflammation. The authors hypothesized that exposure to glyphosate induces oxidative stress, inflammation, and abnormalities of lung function.

Murdock v. Monsanto
November 21, 2022
Page 130

Oxidative stress was determined by modifying the method described by Leelarugrayub et al;[250] the levels of two markers, MDA (an intermediate compound of lipid peroxidation) and GHS, were measured in the serum. The analysis of CRP was measured by nephelometry using the Atellica® NEPH 630 at Chiang Mai University. Each participant's lung function was assessed with a spirometer on the day before and the day after glyphosate application.

The results from 180 subjects revealed that that there was a statistically significant increase in urinary glyphosate levels ($p < 0.001$) after the one-day application of glyphosate. The authors found that the type of spray equipment and spray handle (high vs. normal pressure) had the greatest effect on the increase ($\beta=0.115$ 95% CI -0.204, 0.434 and $\beta=-0.143$ 95%CI -0.652, 0.365, respectively).

Oxidative damage occurs when oxygen-derived free radicals attack the double bonds in unsaturated fatty acids found in membrane lipids, producing various lipid peroxidation products. MDA is a secondary product formed during lipid peroxidation and as such, is a marker for oxidative stress. In this study, an increase in serum oxidative stress following glyphosate exposure was evidenced by the statistically significant increase in serum MDA ($\beta = 0.024$, 95% CI = 0.000, 0.047). The authors state that this is consistent with other study findings.

The statistically significant decrease in serum GHS levels ($\beta = -0.022$, 95% CI = -0.037, -0.007) is also consistent with the findings of other studies. GHS is an antioxidant compound, released by cells as a defense mechanism to destroy excess free radicals. As glyphosate decreases the amount of GHS, the cell has less protection against the damage of oxidative stress.

There was a statistically significant increase in inflammation as indicated by the increase in CRP ($p < 0.001$), but the authors found no correlation between urinary glyphosate levels and CRP levels.

Lung function of the farmers decreased statistically significantly ($p < 0.001$) after the one-day application of glyphosate as shown by the following results:  FEV1 ($\beta = -0.134$, 95%

---

[250] Leelarungrayub N, Ketsuwan N, Pothongsunun P, Klaphajone J, Bloomer RJ., "Effects of N-acetylcysteine on oxidative stress, interleukin-2, and running time in sedentary men," 2011, Gazz Medica Ital Arch per le Sci Mediche, Vol. 170, pp. 239–50.

Murdock v. Monsanto
November 21, 2022
Page 131

CI = - 0.168, -0.100), FEV1/FVC (β = - 0.062, 95% CI = - 0.082, -0.042) and PEF (β = - 0.952, 95% CI = -1.169, -0.735).

In conclusion, the one-day exposure to glyphosate had a significant impact on oxidative stress and lung function in farmers who applied glyphosate, as shown by an increase in serum malondialdehyde, a decrease in serum glutathione, and a decrease in lung function ($FEV_1$, $FEV_1$/FVC, and peak expiratory flow). While glyphosate's effects on MDA and GHS are well known, this study is the first to show that the effects occur at real-world glyphosate concentrations.

### Human in vitro Genotoxicity Studies

### 13. Bolognesi et al. (1997) [251] -- Cytogenetic Damage from Glyphosate and Roundup

In the Bolognesi et al. (1997) study, analytical grade glyphosate (99.9%) and a Roundup formulation containing various surfactants and 30.4% glyphosate were tested in the same battery of assays to investigate and compare genotoxicity measurements. DNA damage was evaluated in terms of single-strand breaks and 8-hydroxydeoxyguanosine (8-OHdG) quantification in the liver and kidney. The chromosomal damage of the two pesticide preparations were evaluated in vivo in bone marrow of mice as micronuclei frequency and in vitro in human lymphocyte culture as SCE[252] frequency.

The study found significant oxidative damage of DNA. Glyphosate induced "large and significant" increases of 8-OHdG in the liver at 24 hours, but not in the kidney. Conversely, treatment with Roundup resulted in a significant increase of 8-OHdG over the control in the kidney but a nonsignificant increase in the liver.

A dose-dependent increase of cytogenetic damage, measured as SCE frequencies, was found in human lymphocytes treated with glyphosate over the control. Furthermore, a significant increment of the cytogenetic damage was evident in Roundup-treated lymphocytes compared to the glyphosate alone. The higher toxicity of Roundup resulted in the absence of mitotic cells above 0.33 mg/mL (333 PPM) and prevented the testing of higher doses. At the highest concentration of Roundup tested, the SCE/cell ratio was comparable to that obtained with a dose of glyphosate 10 times higher.

---

[251] Bolognesi, Claudia, et al., "Genotoxic activity of glyphosate and its technical formulation," 1997, J. Agric. Food Chem. 45, pp. 1957-1962.

[252] Sister chromatid exchange.

Murdock v. Monsanto
November 21, 2022
Page 132

The in vivo bone marrow testing revealed an increase in micronuclei frequencies in all groups of treated mice. In addition, a significant reduction in the PCE/NCE ratio was evident in Roundup-treated mice showing target organ toxicity of the formulation.

The higher activity of Roundup in inducing toxic and genotoxic damage suggests that the co-formulants and/or surface-active agents play a role in the potentiation of the effects of glyphosate.

### 14. Wozniak et al. (2018)[253] – Greater DNA Damage in Human Cells from Roundup Formulation than Glyphosate Alone

A recent study by Wozniak et al. published in 2018, incubated human peripheral blood mononuclear cells (PBMCs) for 24 hours in Roundup formulation 360 PLUS, glyphosate, and its metabolite aminomethylphosphonic acid (AMPA). The study assessed the impact on DNA damage at concentrations of the tested chemicals ranging from 1 to 1,000 μM. The Roundup formulation caused DNA damage (single strand breaks, double strand breaks, ALS formation, DNA lesions) even at concentrations as low as 5 μM while glyphosate and AMPA caused DNA lesions at concentrations of 250 μM and 500 μM, respectively. The amount of DNA damage caused by the chemicals increased from AMPA to glyphosate to Roundup 360 PLUS with Roundup causing DNA damage at concentrations 50 times lower than glyphosate.  The DNA strand breaks induced at 10 μM application of Roundup were not repaired after incubation with PBMCs (incubation with PBMCs were shown to significantly repair DNA damage at 5 μM [**853 μg/L**] Roundup, 250 μM glyphosate and 500 μM AMPA). This underlines the point that glyphosate formulations are more toxic than glyphosate itself. The study also proposed that the damage occurred through oxidative reactions.

### 15. Wozniak et al.  (2020)[254]

Published in 2020, Wozniak et al. further investigated the impact of DNA damage from glyphosate on DNA methylation levels within selected gene promotors involved in proliferation, tumorigenesis, and apoptosis. They incubated PBMCs for 24 hours in glyphosate at 5 μM (**853 μg/L**), 10 μM and 100 μM. Results revealed a significant

[253] Wozniak, E., et al., "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells – genotoxic risk assessment," 2018, Food and Chemical Toxicology, doi: 10.1016/j.fct.2018.07.035

[254] Wozniak, E., et al., "Glyphosate affects methylation in the promoter regions of selected tumor suppressors as well as expression of major cell cycle and apoptosis drivers in PBMCs (*in vitro* study)," 2020, Toxicology in Vitro, Vol. 63.

Murdock v. Monsanto
November 21, 2022
Page 133

decrease of global DNA methylation with all glyphosate concentrations. Significant changes of methylation were found within the P21 gene promotor and TP53 tumor suppressor gene at the lowest glyphosate concentration. Significant gene expressions were revealed: decrease of P16 at all glyphosate concentrations, decrease of TP53 and increase of BCL2 at the highest concentration of glyphosate.

**Comparison of Doses in the Wozniak et al. Studies to Actual Human Exposures**

As described above, there were decreased 5-mC levels in PBMCs at all glyphosate concentrations, which are comparable to environmental or occupational exposure levels (at the lowest 5 μM [**853 μg/L**] concentration). For example, Roundup 360 PLUS contains 360 g/L glyphosate and can be diluted up to 1 part per 100 parts with water yielding a final concentration of **3,600 μg/L**. For comparison to the Wozniak study, glyphosate levels as low as and 5 μM (**853 μg/L**) were found to induce significant DNA damage. Thus, test solutions in the Wozniak study were 4.2 times lower than that of real-world Roundup 360 PLUS exposures under its most diluted form in the field. With respect to human exposures, for example, Roundup Ready-to-Use Weed & Grass Killer III contains 2% glyphosate or **5,436 μg/L** which is considerably stronger than diluted Roundup 360 PLUS. Thus, humans may be exposed to glyphosate at **5,436 μg/L** which is 6.4 times stronger than the concentrations of **853 μg/L (853 parts per billion**) that were demonstrated in the Wozniak studies to cause DNA damage.

Studies by Anadón et al.[255] have evaluated the toxicokinetics of glyphosate and its metabolite, aminomethyl phosphonic acid, in rats. After IV administration, plasma concentration–time curves were best described by a two-compartment open model. For glyphosate, the elimination half-live ($T_{1/2}$) from plasma was 9.99 hours after IV administration. The total plasma clearance was not influenced by dose concentration. After IV administration, the apparent volume of distribution in the second compartment ($V_2$) and volume of distribution at steady state ($V_{ss}$) were 2.39 and 2.99 L/kg, respectively, suggesting a considerable diffusion of the herbicide into tissues.

A human daily dose over a period of two hours at 70 kg body weight at the AOEL of 0.1 mg/kg is exemplified below. A peak blood level based on an approximate volume of distribution at 2.39 L/kg =

---

[255] Anadón, et al., "Toxicokinetics of glyphosate and its metabolite, aminomethyl phosphonic acid, in rats," 2009, Toxicology Letters 190, pp. 91–95.

Murdock v. Monsanto
November 21, 2022
Page 134

$$\text{Blood Level} = \frac{\text{Dose}}{\text{Volume of distribution } (V_d)}$$

(0.1 mg/kg)/2.39 L/kg = **0.041 mg/L**

or

**41 µg/L**

Thus, a human peak blood level of 41 µg/L is within a reasonable range of the lowest dose used in the Wozniak study (853 µg/L) – a factor of 21x. However, it should be noted that:

1. Studies conducted by Monsanto[256] have shown that at 10 hours post intraperitoneal glyphosate dosing of male rats, bone marrow had maintained a level approximately 32 times higher than blood plasma.

2. Studies conducted by Brewster et al. have shown an affinity in bone for glyphosate. Thus, the blood level in bone marrow would likely be elevated above 41 µg/L.

3. Studies by Brewster and Monsanto[257] have also demonstrated longer residency of glyphosate in the bone (up to seven days),

4. Studies by Brewster et al. have demonstrated that <u>bone</u> contained significant amounts of radioactivity; about **5%** of the dose under experimental animal studies at 6.3 hours post-administration. The small intestine, kidney, bone, and colon were found to have the highest tissue-to-blood ratios. Glyphosate reached maximal tissue levels at 6.3 hours post-administration. Tissue levels declined rapidly with time in all tissues <u>except bone</u>. The Brewster study found that under experimental animal studies, after seven days, the total body burden (~1%) of the dose administered was mostly in bone. The results agreed with their previous findings in the 2018 study.[258]

---

[256] William P. Ridley, Monsanto Company Environmental Health Laboratory, "A Study of the Plasma and Bone Marrow Levels of Glyphosate Following Intraperitoneal Administration in the Rat, " Study No.*-+ 830109, October 24, 1983.

[257] Id.

[258] Brewster, D.W., Warren, J., and Hopkins, W.E., "Metabolism of glyphosate in Sprague-Dawley rats: Tissue distribution, identification and quantitation of glyphosate-derived materials following a single oral dose," July 1991, Fundamental and Applied Toxicology, Volume 17, Issue 1, pp. 43-51.

Murdock v. Monsanto
November 21, 2022
Page 135

### 16. Wozniak et al. (2020) [259] -- Epigenetic Effects of AMPA

Continuing their investigation, Wozniak et al. (2020), further assessed the effects of aminomethylphosphonic acid (AMPA) alone on DNA damage. They incubated PBMCs for 24 hours in AMPA at 0.5, 10, and 250 µM to assess global DNA methylation, methylation in promoter regions of selected tumor suppressor genes and proto-oncogenes and expression profile of the indicated genes. Results revealed statistically significant reduction of global DNA methylation at AMPA concentrations of 10 µM (**1,706 µg/L**) and 250 µM (**3,412 µg/L**). They demonstrated that, as with glyphosate, AMPA significantly reduces global DNA methylation levels in human PBMCs; however, it does not significantly alter the same gene expressions involved in regulation of cell cycle and apoptosis that glyphosate does. This demonstrates that glyphosate produces more damage than AMPA alone.

### 17. Kwiatkowska et al. (2017)[260] -- DNA Damage from Glyphosate Exposure

Kwiatkowska et al. conducted a human cell study (in vitro) to assess the effects of glyphosate on DNA damage and methylation in peripheral blood mononuclear cells (PBMCs). The study objective was to reveal whether glyphosate (at high concentrations from 0.5 to 10 mM) might induce DNA damage in leucocytes such as PBMCs and cause DNA methylation in human cells

### *Study Design*

Blood was collected from nine healthy volunteers (ages 18-55). PBMCs were isolated from leucocyte-buffy coat. For each parameter studied, three leucocyte-buffy coats were used from three different blood donors. The final PBMCs' density used in experiments was $1 \times 10^6$ cells/ml. PBMCs were diluted to a density of $5 \times 10^4$ cells/ml after incubation for comet assay and condensed to a density of $5 \times 10^6$ cells/ml for epigenetic methods.

For the cell treatment method, glyphosate was dissolved in PBS. Final concentrations of glyphosate used in the comet assay ranged from 0.25-10 mM, and epigenetic changes were assessed after exposure of cells to glyphosate at 0.25 mM and 0.5 mM. Cells were

---

[259] Wozniak, E., et al., "The selected epigenetic effects of aminomethylphosphonic acid, a primary metabolite of glyphosate, on human peripheral blood mononuclear cells (*in vitro*)," 2020, Toxicology in Vitro, Vol. 66.

[260] Kwiatkowska, M., et al., "DNA damage and methylation induced by glyphosate in peripheral blood mononuclear cells (*in vitro* study), 2017, Food and Chemical Toxicology, pp. 1-25.

Murdock v. Monsanto
November 21, 2022
Page 136

incubated for 24 hours with glyphosate. The lowest concentration of glyphosate for comet assay was 0.25 mM.

Epigenetic changes were assessed at two concentrations of glyphosate: 0.25 mM (which did not induce DNA damage) and 0.5 mM (which induced statistically significant DNA damage). It was expected that a glyphosate concentration of 0.25 mM would likely be present in human blood after glyphosate intoxication. Additionally, cell viability was assessed after 26 hours incubation (time which was necessary to incubate PBMCs to analyze DNA damage and repair). Cell viability was 90.0%, 90.2%, 90.4%, 88.5% and 87.8% for control, 0.5 mM, 5 mM, 7.5 mM, and 10 mM, respectively.

Each DNA experiment included a positive control. DNA strand breaks (SSBs and DSBs) were assessed by single cell gel electrophoresis (comet assay) under alkaline conditions. Fifty comets were randomly selected from each sample and the mean value of DNA in comet tail was taken as an index of DNA damage (%). Four hundred fifty comets were recorded to calculate mean ±SEM.

To assess DNA repair, control samples and PBMCs treated with glyphosate at the different concentrations were washed and resuspended in fresh PRMI 1640 medium with L-glutamate then aliquots of suspension were taken immediately (time 0) and 120 minutes later. Samples were placed in ice bath to stop DNA repair. DNA repair was assessed by the extent of residual DNA damage detection at each time point using an alkaline version of the comet assay. Genomic DNA from human PBMCs was isolated. Chemical modification of 500 ng of genomic DNA was performed.

Methylation analysis was performed via quantitative, methylation-specific, real-time PCR assay (qMSP) in three independent experiments. Global DNA methylation was determined by means of DNA quantification using 5-mC monoclonal antibodies in ELISA-like reaction. For statistical analysis, the mean value was obtained for three independent experiments whereas for each blood donor, an experimental point was a mean value of at least two (methylation analysis) or three replications (DNA damage analysis).[261]

### Study Findings

Results showed that glyphosate increased DNA damage (SSBs, DSBs and alkali-labile sites formation) at a concentration of 0.5 mM exposed for 24 hours. Glyphosate

---

[261] Kwiatkowska, M., et al., "DNA damage and methylation induced by glyphosate in peripheral blood mononuclear cells (*in vitro* study)," 2017, Food and Chemical Toxicology, pp. 1-25.

Murdock v. Monsanto
November 21, 2022
Page 137

concentration at 10 mM caused significant increases (exceeded 13 times the initial value) in the parameter studied. PBMCs after 120 minutes of incubation significantly repaired DNA lesions induced by glyphosate at concentrations of 0.5 mM, 5 mM, 7.5 mM, and 10 mM glyphosate. 5-mC percentage and p53 promotor methylation in PBMCs treated with glyphosate resulted in statistically significant changes. The percentage of global DNA methylation level was significantly decreased by glyphosate at 0.25 (p=0.017) and 0.5 mM (borderline significant, p=0.084) as compared to control cells. Conversely, the percentage of p53 promotor methylation was significantly increased by glyphosate at 0.25 (p=0.013) and 0.5 mM (p=0.011) as compared to control cells. P16 gene promotor methylation increased after cells were treated with glyphosate but was not statistically significant.

Overall result showed that glyphosate affected parameters studied in human PBMCs in high concentrations (0.25 and 0.5 mM) that reflected moderate poisoning in humans. Glyphosate-induced DNA damage occurred in this study in PBMCs in concentrations ranging from 0.5 to 10 mM. PBMCs significantly repaired glyphosate-induced DNA damage but were unable to repair complete DNA strand breaks after 120 minutes post-incubation when compared with control (2.23% control vs. 2.93% at 0.5 mM, 5.07% at 5 mM, 7.76% at 7.5 mM and 11.05% at 10 mM, respectively). Unrepaired DNA damage could lead to mutations and subsequently to genetic instability and tumor growth.

Hypermethylation of promotor region usually was associated with a decrease 5-mC level of global genomic DNA which would indicate distinctive cancer features. The results of methylation in this study showed glyphosate significantly decreased global DNA methylation at concentrations of 0.25 mM. This effect of glyphosate at the concentration 0.5 mM was only borderline statistically significant, but this may be attributable to the fact that the number of blood donors was small. Results showed a statistically significant increase of methylation of p53 promotor at glyphosate concentrations 0.25 and 0.5 mM. Note that this metric was frequently observed in human cancer.

Together, these results strongly suggested that glyphosate was genotoxic at high concentrations (0.25 mM) and could cause down-regulation of p53 gene expression and activate proto-oncogenes.[262] Proto-oncogene activation is important because these genes are directly involved in normal cell growth. Mutations (changes) in a proto-

---

[262] Id.

Murdock v. Monsanto
November 21, 2022
Page 138

oncogene may cause it to become an oncogene which can induce the growth of cancerous cells.

**18. Suarez-Larios et al. (2017)[263]**

Another recent study by Suarez-Larios et al. (2017) reveals a genotoxic mode of action for glyphosate pesticides. The investigation was undertaken to determine whether exposure to pesticides would induce double-strand breaks (DSB) in cells (a lesion related to the formation of chromosomal rearrangements and increased leukemia risk).

Concentrations of glyphosate used in the study were generally at much lower levels than that which occur in humans at the AOEL. DNA damage was assessed at glyphosate concentrations ranging from 0.4 to 50 µM (**68 µg/L to 8500 µg/L**). Statistically significant adverse effects were measured within the low 1 to 5 µM range (**193 µg/L** to **967 µg/L**). Thus, exposure levels sustained by human applicators are **6 to 28 times** above the concentrations used within the Suarez-Larios et al. studies. Peak blood levels reach approximately 41 µg/L at the AOEL.

Of the eight pesticides tested (endosulfan, glyphosate, pentachlorophenol, permethrin, propoxur, AMPA, endosulfan lactone and paraoxon), four showed a significant effect on the number of cells with double-strand breaks. However, glyphosate and paraoxon (both organo-phosphoric structures) showed the greatest increase in the number of cells with double-strand breaks.  Further, it was determined that glyphosate and endosulfan lactone caused cytotoxic effects that reduced the number of viable cells (for glyphosate 100% to 70%) in a statistically significant dose-response (P<0.0047). Not only did these two pesticides induce greater breakage, but they also induced the phosphorylation[264] of KU80, a protein that participates in the c-NHEJ recombinational repair pathway which is responsible for repair of cells when double-strand breaks occur.

It was further noted in the study that these effects occurred at low concentrations in an acute treatment to cells in the laboratory setting. "Effects over longer exposure in actual environmental settings are expected to produce cumulative damage if repeated events of recombination take place over time."  In other words, the more often a cell is damaged by glyphosate-induced breakage, the less likely the c-NHEJ recombinational repair pathway will be able to repair it.  Thus, the linear approach required by the U.S. EPA methodology

---

[263] Suarez-Larios, K., et al., "Screening of pesticides with the potential of inducing DSB and successive recombinational repair," 2017, Journal of Toxicology.

[264] Phosphorylation plays a critical role in the regulation of cellular processes.

Murdock v. Monsanto
November 21, 2022
Page 139

is appropriate as the mode of action proposed by Suarez-Larios et al. is <u>not a threshold-based genotoxic mechanism</u>. Other studies indicate that glyphosate can act as an endocrine disruptor[265] and has tumor-promoting activity.[266]

In vivo observations of human populations exposed to Roundup have revealed statistically significant outcomes demonstrating genotoxicity at low exposure levels[267] as well as in vivo studies of laboratory animals fed Roundup.[268] These studies challenge both animal and human systems providing in vivo doses of Roundup with resulting genotoxicity.

Furthermore, the exposures were to the Roundup product itself, not merely the chemical glyphosate. Additionally, these human cell studies present conditions with low dosing and concentrations and are, therefore, in no way extreme cases or otherwise inapplicable.

### 19. Duforestel M., et al. (2019)[269] – DNA hypomethylation

Duforestel et al. stated that cancer rarely occurs in response to one risk factor. However, the known influence of glyphosate on the estrogen-regulated pathway makes it a logical target of investigation in breast cancer research.  The authors reference Thongprakaisang et al. (2013), who reported that glyphosate induced the proliferation of human breast cancer cells via an impact on estrogen receptors. This observation is supported by several other studies demonstrating that glyphosate can affect the activity of estrogen

---

[265] Gasnier, C., et al., "Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines," 2009, Toxicology, Vol. 262, pp. 184 -191.

Thongprakaisang, S., et al., "Glyphosate induces human breast cancer cells growth via estrogen receptors," 2013, Food and Chemical Toxicology, doi: http://dx.doi.org/10.1016/j.fct.2013.05.057

[266] George, J., et al., "Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach," 2010, Journal of Proteomics, Vol. 73, pp. 951 – 964.

[267] Paz-y-Miño, C., et al., "Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate," 2007, Genetics and Molecular Biology, 30(2).

Bolognesi, C., et al., "Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: Association to occupational exposure to glyphosate," 2009, Journal of Toxicology and Environmental Health, Part A, Vol. 72, pp. 986 -997.

[268] Peluso, M., et al, "32P-postlabeling detection of DNA adducts in mice treated with herbicide roundup," 1998, Environmental and Molecular Mutagenesis. Vol. 31(1), pp. 55 -59. DOI: 10.1002/(SICI)1098-2280(1998)31:1<55:AID-EM8>3.0.CO;2-A

[269] Duforestel M., et al., "Glyphosate Primes Mammary Cells for Tumorigenesis by Reprogramming the Epigenome in a TET3-Dependent Manner," 2019, Front. Genet. 10:885. doi:10.3389/fgene.2019.00885

Murdock v. Monsanto
November 21, 2022
Page 140

receptor alpha (ERa) and certain phenotypes of ERa positive cells within breast cancer cell populations (Mesnage et al., 2017; De Almeida et al., 2018; Sritana et al., 2018).

Duforestel et al. also presents evidence that glyphosate induces global DNA hypomethylation (i.e., overall decrease of 5-methylCytosine [5mC] in the epigenome) in non-neoplastic mammary epithelial MCF10A cells and contributes to tumorigenesis in a "*two-hit oncogenic model.*" Their data also uncovers a specific DNA hypomethylation signature of genes (i.e., local DNA hypomethylation) related to the TET3 pathway that might be used as an epigenetic marker of glyphosate exposure.

Glyphosate also triggered a significant reduction in DNA methylation as shown by the level of 5-methylcytosine DNA. Glyphosate triggered increased activity of ten-eleven translocation (TET). Combining glyphosate with enhanced expression of microRNA (miR) 182-5p associated with breast cancer induced tumor development in 50% of mice.

Culture of primary cells from resected tumors revealed a luminal B (ER+/PR-/HER2-) phenotype in response to glyphosate-miR182-5p exposure with sensitivity to tamoxifen and invasive and migratory potentials. Tumor development could be prevented either by specifically inhibiting miR 182-5p or by treating glyphosate-miR 182-5p-cells with dimethyloxallyl glycine, an inhibitor of TET pathway. Looking for potential epigenetic marks of TET-mediated gene regulation under glyphosate exposure, they identified *MTRNR2L2* and *DUX4* genes, the hypomethylation of which was sustained even after stopping glyphosate exposure for six weeks.

The low pressure but sustained DNA hypomethylation occurring via the TET pathway primes cells for oncogenic response in the presence of another potential risk factor such as glyphosate. These results warrant further investigation of glyphosate-mediated breast cancer risk.

**20. Stur et al. (2019)[270] – Effects of Roundup and AMPA on gene expression**

This study by Stur et al. analyzed the effects of Roundup and AMPA[271] on gene expression in triple negative breast cancer (BC) cells. The authors identified gene expression changes in MCF-7 and MDA-MB-468 BC cells after a short exposure time to

---

[270]Stur, E., et al., "Glyphosate-based herbicides at low doses affect canonical pathways in estrogen positive and negative breast cancer cell lines," 2019, PLoS One. Vol. 14(7): e0219610. Published online 2019 Jul 11. doi: 10.1371/journal.pone.0219610

[271] AMPA is a metabolite of glyphosate.

Murdock v. Monsanto
November 21, 2022
Page 141

low concentrations of Roundup Original and AMPA. The results showed that at low concentration (0.05% Roundup) and short exposure (48 hours), both cell lines suffered deregulation of 11 canonical pathways, the most important being cell cycle and DNA damage repair pathways. Enrichment analysis showed similar results except that MDA-MB-468 altered mainly metabolic processes. In contrast, 48-hour 10mM AMPA showed fewer differentially expressed genes but mainly related with metabolic processes indicating that AMPA is less toxic than Roundup. Their findings suggest that Roundup affects survival due to cell cycle deregulation and metabolism changes that may alter mitochondrial oxygen consumption, increase ROS levels, induce hypoxia, damage DNA repair, cause mutation accumulation and ultimately, cell death. They concluded that both compounds can cause cellular damage at low doses in a relatively short period of time in these two models mainly affecting cell cycle and DNA repair.

"…we can conclude that Roundup, at much lower doses than the ones used in agriculture, was able to deregulate important intracellular pathways in ER+ and triple negative BC cell lines showing that glyphosate's effect on cells is not exclusive to the ER pathway."

### 21. De Almeida et al. (2018)[272] – DNA damage at low concentrations and short exposures

This study by De Almeida et al. explored the effects of glyphosate, Roundup, and another glyphosate-based herbicide in ER+ and ER- breast cancer cell lines. Their results showed that these compounds can cause DNA damage at low concentrations and short exposures.

### 22. Hao et al. (2019)[273] -- Toxicity to human lung tissue

Hao et al. conducted a human cellular study to investigate Roundup toxicity on lung tissue and the potential risk of inhalation toxicity to humans. Human alveolar carcinoma A549 cells served as models of alveolar Type II pulmonary epithelium in this study. Roundup concentrations of 0, 50, 75, 100 and 125 µg/ml were used (calculated based on the active ingredient, glyphosate).

---

[272] De Almeida et al., "Moderate levels of glyphosate and its formulations vary in their cytotoxicity and genotoxicity in a whole blood model and in human cell lines with different estrogen receptor status," October 2018, Biotech, Vol. 8(10).

[273] Hao, Y., et al., "Roundup confers cytotoxicity through DNA damage and Mitochondria-Associated apoptosis induction," 2019, Environmental Pollution, Vol. 252, pp. 917-923.

Murdock v. Monsanto
November 21, 2022
Page 142

### Study Design

The following antibodies were used in this study: caspase-9 (35, 37, and 47 kDa), Bax (20 kDa), Bcl-2 (26 kDa), caspase-3 (35, 37, and 47 kDa), cytochrome c (14 kDa), PARP (89 and 116 kDa), γ-H2AX (14 kDa) and β-actin (43 kDa). After A549 cells were incubated with Roundup for two hours, cells were harvested and washed once with PBS then Western blotting was performed. Alkaline comet assay, immunofluorescence assay and flow cytometric analysis assay were used to detect DNA damage and apoptosis of A549 cells. Cell proliferation assay was conducted to evaluate inhibitory effects of Roundup on proliferation of A549 cells. The annexin V fluorescein isothiocyanate apoptosis detection kit was used to determine apoptosis-associated changes of A549 cells.

Hoechst 33258 staining was used to investigate changes in nuclear morphology of apoptotic cells. Mitochondrial transmembrane injury was detected by Rh-123. Caspase-3 activity assay kit was used to examine enzymatic activity. DNA-single strand breaks (SSBs) in individual cells were evaluated by alkaline single-cell gel electrophoresis. γ-H2AX foci formation was used to identify the presence of Roundup-induced DNA-double strand breaks (DSBs).

### Study Findings

Statistical analyses were conducted, and each assay was performed in three independent experiments. The least significant difference (LSD) test was used to determine significance between groups (P ≤0.05 indicated statistical significance). The results of a cell proliferation assay revealed a significant concentration-dependent decrease in the number of colony unit formations of A549 cells after exposure to Roundup for two hours. Colony-forming activity was considerably decreased (P<0.01) at concentrations of 125 µg/ml. Results from flow cytometry showed percentage of apoptotic cells increased from 2.82% in control to 7.83%, 13.41%, 35.87% and 65.20% in 50, 75, 100 and 125 µg/ml Roundup treatments, respectively. This result suggested a dose-dependent increase of apoptosis of A549 cells from Roundup. Changes in nuclei of apoptosis cells were observed after cells were treated with Roundup for two hours indicating DNA-DSBs. Increasing Roundup concentration caused reduction of mitochondrial transmembrane potential.

At concentrations of 50, 75, 100 and 125 µg/ml, mitochondrial transmembrane potential was reduced by 4.87%, 10.97%, 21.33%, and 32.3%, respectively. Results of western blot showed increase in Bax expression, decrease in Bcl-2 expression and release of cytochrome c in dose-dependent manner. Results further showed that Roundup triggered

Murdock v. Monsanto
November 21, 2022
Page 143

mitochondria-mediated pathway. Activation of caspase-9, caspase-3 and cleavage of PARP in Roundup-treated A549 cells was also examined by western blot or colorimetric enzymatic experiment. Results showed an increase in caspase-9 and caspase-3 activation, a decrease in procaspase-9 and procaspase-3 expression and an increase in full-length PARP cleavage in a dose-dependent manner.

Results from single cell gel electrophoresis assay showed that Roundup caused DNA migration (comet formation) in A549 cells. Concentration, tail length, tail DNA percentage and tail moment of comets were all significantly increased. The ratio of comet-positive cells significantly increased after exposure to Roundup in a dose-dependent manner. As the concentration of Roundup increased, DNA damage became more serious.

An additional marker, H2XA, also confirmed DNA damage. Roundup induced a reaction of γ-H2AX foci and led to an increase of γ-H2AX foci in nuclei in a dose-dependent manner. This study was important as it showed damage induced by Roundup to human cells. The authors used a relevant concentration of Roundup (2,044-8,200 μg/ml or standard unit application rate 0.92-3.69 kg a.i./ha) which would typically be used by applicators. Based on this application rate and result of the pre-test, the study authors selected the group of Roundup concentrations (0, 50, 75, 100, and 125 μg/ml which were below farmers' occupational exposure levels) to reflect toxic effects of Roundup on a cellular level in the experiments conducted.

Findings revealed that Roundup inhibited proliferation of A549 cells in a dose-dependent manner <u>clearly demonstrating Roundup cytotoxicity</u>. Roundup induced A549 cell apoptosis as indicated by a significant increase of apoptotic cell ratios in a dose-dependent manner.  Markers specifically for intrinsic pathway of apoptosis were observed. Roundup also induced mitochondrial transmembrane potential collapse in a dose-dependent manner as demonstrated by flow cytometry.

This collapse can be regulated by proteins encoded by the Bcl-2 family of anti-apoptotic genes. The expression of Bax/Bcl-2 (molecular switch for apoptosis) in the cells was up-regulated by treatment of Roundup. Additionally, caspase-9 and caspase-3 were both initiated providing evidence that cells were undergoing mitochondria-associated apoptosis. Roundup caused significantly reduced head size with rise in dimension of comet tails which provides an illustration of DNA-SSBs induced by Roundup.

Additionally, Roundup also induced γ-H2AX foci in the A549 cells resulting in DNA-DSBs. This is suggestive that Roundup is a potential genotoxic molecule due to leading non-

Murdock v. Monsanto
November 21, 2022
Page 144

target human cell DNA damages. Permanent heritable damages could be passed to future generations. Cleavage of PARP occurred in the Roundup-treated group which indicated repair of Roundup-induced DNA damage was inhibited in A549 cells. Damaged cells were cleared by mitochondria-associated apoptosis.

The study authors concluded that Roundup would cause DNA damage and mitochondria-associated apoptosis in human lung cells. Thus, there was a potential inhalation occupational exposure risk associated with Roundup use. Roundup-induced DNA-SSBs and DNA-DSBs as well as repair of Roundup-induced DNA damage was inhibited by cleavage of PARP. The study results provided further insight into Roundup's mechanism of toxicity to humans and further evidence of specific markers of damage and inhibition of repair.[274]

### *Mammalian Glyphosate and GBH Genotoxicity Studies*

### 23. Kang et al. (2008)[275] -- Mutagenic Effect on Bone Marrow Cells and Damage to Reproductive Cells and Organs

Kang et al. (2008) found that in certain doses, glyphosate increases the micronucleus rate in the bone marrow cells of mice and causes sperm abnormalities and deformations in the heads of sperm. Roundup (41% glyphosate isopropylamine salt aqueous solution) was orally administered in doses that were determined by the $LD_{50}$:[276] low (1/8 $LD_{50}$= 580 mg//kg), medium (1/4 $LD_{50}$= 1,160 mg//kg) and high (1/2 $LD_{50}$= 2,320 mg//kg).

Using micronucleus testing,[277] Kang et al. found that a 2,320 mg/kg dose of <u>Roundup</u> induced a marked increase in the bone marrow micronucleus rate in mice and exhibited a dose-dependent relationship. This shows that glyphosate has a significant mutagenic effect on the production of bone marrow cells in mice.

---

[274] Hao, Y., et al., "Roundup confers cytotoxicity through DNA damage and Mitochondria-Associated apoptosis induction," 2019, Environmental Pollution, Vol. 252, pp. 917-923.

[275] Kang, JF, et al., "Study on mutagenesis induced by glyphosate in mice," 2008, Carcinogenesis, Teratogenesis & Mutagenesis, Vol. 20(3), pp. 227-320.

[276] LD stands for "Lethal Dose." LD50 is the amount of a material, given all at once, which causes the death of 50% (one half) of a group of test animals.

[277] Micronucleus testing of polychromatic erythrocytes in the bone marrow of mammals is a method of detecting chromosome damage and mutations in the body and chemical toxicity interfering with cellular mitosis.

Murdock v. Monsanto
November 21, 2022
Page 145

Also, the sperm abnormality rates in the glyphosate 1,160 and 580 mg/kg dose groups were significantly higher than in the negative control group (P<0.01 , P<0.05). There was a dose-dependent relationship between exposure doses and sperm abnormality rates.

The authors conclude that glyphosate had a <u>definite effect</u> on both sperm counts and on the reproductive organs suggesting that <u>glyphosate is mutagenic</u> to the cells in mammals, damages sperm in mice, and has the potential to cause mutations in male reproductive cells.

### 24. Lioi et al. (1998) [278] -- Genotoxic Activity Of Glyphosate

In Lioi, M.B. et al. (1998)[279] the authors studied the genotoxic activity of glyphosate in in vivo cultures of bovine lymphocytes using chromosome aberration (CA) and sister chromosome exchange (SCE) frequencies as genetic endpoints and a variation of the G6PD[280] enzyme activity as a marker of changes in the normal cell redox state. The study found a statistically significant increase of CAs, SCEs and G6PD activity in glyphosate-exposed cultures when compared to controls.

Glyphosate produced a significant increase in the percentage and frequency of aberrant cells (chromatid and iso-chromatid breaks). This clastogenic effect[281] was accompanied by a dose-dependent decreasing trend in cell proliferation.

In the cytotoxicity study by Lioi et al. the authors analyzed CAs, SCEs, mitotic index (MI) and G6PD enzyme activity in <u>human peripheral lymphocytes</u> exposed to glyphosate in vitro.[282] Glyphosate induced a significant dose-related increase in the percentage and frequency of CAs; an increase of SCE frequency was also observed. A significant enhancement of G6PD enzyme activity was observed in the range of 8.5-51 µM glyphosate concentration. The study reported that the increase in the G6PD activity in the glyphosate-exposed lymphocytic cultures strongly indicated the induction of a pro-oxidant state of the cells as an initial response to exposure.

---

[278] Vinclozolin and DPX-E9636 were also included in this study.

[279] Lioi, M.B., et al., "Genotoxicity and oxidative stress induced by pesticide exposure in bovine lymphocyte cultures *in vitro*," 1998, Mutation Research, Vol. 403, pp. 13–20.

[280] Glucose 6-phosphate dehydrogenase.

[281] Causing breaks in chromosomes which result in sections of a chromosome being deleted or rearranged.

[282] Vinclozolin, atrazine and DPX-E9636 were also included in this study.

Murdock v. Monsanto
November 21, 2022
Page 146

## 25. Mesnage et al. (2021A)[283]

Mesnage et al. conducted a study comparing toxicogenomic evaluation of glyphosate and a typical European Union (EU) Roundup formulation by determining alterations in transcriptome and epigenome profiles by performing a sub-chronic 90-day animal toxicity study. Authors focused on the liver, a major target organ of injury by oxidative stress and inflammation. They also used a mammalian stem cell-based genotoxicity experimental system to discriminate a chemical's ability to induce DNA damage, oxidative stress, and protein misfolding to provide insight into mechanisms of glyphosate and Roundup toxicity.

### Study Design

Groups of 12 young adult female Sprague-Dawley rats (eight weeks of age) were administrated glyphosate and MON 52276 Roundup BioFlow (Italy) via drinking water for 90 days at the same glyphosate equivalent dose of 0.5 mg, 50 mg, and 175 mg/kg body weight per day (mg/kg-BW/day), which represents the EU acceptable daily intake (ADI), EU no-observed adverse effect level (NOAEL) and U.S. NOAEL, respectively. For the group treated with the highest dose of Roundup, the concentration of MON 52276 had to be reduced starting from the sixth week of treatment because of lower solution consumption of animals. Mean daily intake of glyphosate in animals of this group during the entire period of treatment was 130 mg/kg-BW/day instead of the 175 mg/kg-BW/day. Sacrificed animals were subjected to complete necropsy. Prior to sacrifice, animals were anesthetized and approximately 7.5 ml of blood was collected from the vena cava. Serum biochemistry was performed. DNA and RNA were extracted from tissues (liver and kidneys) taken at sacrifice. Liver and kidneys were exposed to a dose of 50 mg/kg-BW/day of glyphosate or to MON 52276 at the same glyphosate-equivalent dose.

Library preparation was performed for transcriptomics using 100 ng total RNA. A total of 455,308,427 reads were generated for the 36 liver samples. DNA damage was measured in rat livers using DNA damage assay kits. Five genes were selected for indication of oxidative damage to DNA from transcriptomics of the liver. Their expression was measured in kidney samples from rats exposed to a dose of 50 mg/kg-BW/day of glyphosate or to MON 52276 at the same equivalent dose. ToxTracker assay was performed to identify biological reactivity and potential carcinogenic properties.

---

[283] Mesnage, R., et al., "In-depth comparative toxicogenomics of glyphosate and Roundup herbicides: histopathology, transcriptome and epigenome signatures, and DNA damage," 2021, bioRxiv preprint, pp. 1-35.

Murdock v. Monsanto
November 21, 2022
Page 147

A response was considered positive when a compound induced at least a two-fold increase of green fluorescent protein (GFP) reporter gene expression in any of the six cell assay systems. Incidence of non-neoplastic lesions was evaluated with a Fisher's extract test. Analysis of linear trend, for incidence of pathological lesions, was obtained using Cochran-Armitage trend test.[284]

### Study Findings

Results showed that Roundup MON 52276 caused more serious liver lesions compared to glyphosate. A dose-dependent and statistically significant increase in incidence of liver lesions was observed in rats treated with MON 52276. An increase in liver and kidney lesions was detected in rats treated with glyphosate but failed to reach statistical significance. Blood chemistry revealed increased creatinine levels in rats treated with glyphosate but not with MON 52276. Analysis of liver transcriptomics was focused on the liver samples from rats exposed to the EU NOAEL (50 mg/kg-BW/day).

Results further showed that 20 genes had their expression altered by glyphosate; however, the exposure to MON 52276 at the same glyphosate equivalent dose altered expression of 98 genes. This correlated well with histopathology analysis findings. Histopathology revealed MON 52276 was more toxic than glyphosate. Further, MON 52276 was found to affect expression of genes associated with 173 biological processes with the most significant being response to steroid hormones (p=0.0001) and radiation (p=0.002).

Pathway analysis showed that TP53 signaling and regulation of circadian rhythms were over-represented among genes having their expression altered by MON 52276. Fold changes in gene expression of having their expression altered by MON 52276 correlated well to those affected by glyphosate alone suggesting that glyphosate affected the same pathways as MON 52276 even if only effects of MON 52276 reached statistical significance.

Study authors were able to derive a list of genes whose expression was similarly altered by both glyphosate and MON 52276 which could constitute a transcriptome signature for exposure to this herbicide class. Results from transcriptome test revealed that three of five genes measured for oxidative DNA damage transcripts (Nr1d2, Clec2g and

---

[284] Mesnage, R., et al., "In-depth comparative toxicogenomics of glyphosate and Roundup herbicides: histopathology, transcriptome and epigenome signatures, and DNA damage," 2021, bioRxiv preprint, pp. 1-35.

Murdock v. Monsanto
November 21, 2022
Page 148

Gadd45g) were detectable in kidney samples with differential expression between these genes found to be comparable to that observed in liver samples. This result suggests that kidneys and potentially other tissues may have been damaged by exposure to glyphosate and MON 52276.

There was no difference in percentage of methylated cytosines in CpG islands in glyphosate or MON 52276 exposed rats. Percentage methylation changes were very well correlated between glyphosate and MON 52276 treatment groups suggesting they were not due to random variations. Rate of apurinic/apyrimidinic alterations was increased by exposure to glyphosate which confirmed oxidative stress caused by glyphosate exposure resulted in direct DNA damage. ToxTracker assay results showed that Roundup herbicides activated oxidative stress and unfolded/misfolded protein responses, but glyphosate did not which corroborates the comparative toxicogenomic evaluation in the rats indicating that MON 52276 was more toxic than glyphosate.[285]

This study provided insight on the differences in toxicity between glyphosate alone and Roundup. Overall results confirmed increased incidence of liver lesions in rat livers treated with MON 52276. Histopathology and serum biochemistry showed MON 52276, but not glyphosate treatment, was associated with statistically significant increases in hepatic steatosis and necrosis. Findings of liver steatosis from exposure to MON 52276 agreed with the authors' prior observation that an ultra-low dose of Roundup Grand Travaux Plus administered to the same strain of rats over a two-year period resulted in non-alcoholic fatty liver disease.

***Study Limitations***

In the current study, even though glyphosate alone resulted in non-statistically significant histological and molecular liver changes, longer term studies would be necessary to understand if the increased signs of toxicity could lead to adverse health effects with prolonged exposure. Glyphosate did cause oxidative damage to DNA by increasing the rate of formation of apurinic/apyrimidinic DNA sites. Markers of oxidative DNA damage in genes indicated specifically that glyphosate and MON 52276 caused the damage rather than random variation.

Alterations in liver transcriptome and caecum metabolome were correlated with effects from glyphosate. The most affected biological functions from MON 52276 were TP53 activation by DNA damage and oxidative stress and regulation of circadian rhythms. The

---

[285] Id.

Murdock v. Monsanto
November 21, 2022
Page 149

genes that had expression consistently altered by both glyphosate and Roundup MON 52276 could serve as biomarkers of early events leading to carcinogenesis.

Importantly, the disturbance of circadian genes, as found in this study, were known to be involved in the etiology of NHL and provides a molecular mechanistic explanation for observations from epidemiological studies that showed night-time work predisposed workers to NHL. There was discrepancy from toxicogenomic evaluation which suggested rats exposed to MON 52276 resulted in direct oxidative DNA damage but none of the GFP-reporters from ToxTracker assay scored positive for activation of a DNA-damage response or p53-mediated cellular stress.

Study authors noted it is plausible that DNA damage was only detectable in vivo because of the role the gut microbiome plays, redox balance or the DNA damage repair system. It was also possible that DNA damage was consequential to activation of another type of toxicity process not detectable by ToxTracker assay. For example, DNA damage could be secondary to liver inflammation. Overall, results from the study suggested that Roundup was more toxic than previously assumed. DNA methylation profiling of rat livers revealed 5,727 and 4,496 differentially methylated CpG sites between the control group and the group of rats exposed to glyphosate and MON 52276, respectively.

The authors stressed the need for long-term toxicity evaluations for formulated products. Residues of co-formulants were not monitored in humans or the environment, and their health risks remained a major unknown quantity. This is an important consideration as there were no regulatory requirements to assess chronic toxicity. Roundup herbicides were found to be more toxic than glyphosate activating mechanisms involved in cellular carcinogenesis and causing gene expression changes reflecting DNA damage.

The authors also noted that the use of high throughput 'omics' methods could detect metabolic changes that would be missed by solely conventional biochemical and histopathological measurements. The authors argued that adoption by regulatory agencies of multi-omics analysis would result in a more accurate evaluation of a chemical's toxicity and ultimately, better serve and protect public health.[286]

---

[286] Mesnage, R., et al., "In-depth comparative toxicogenomics of glyphosate and Roundup herbicides: histopathology, transcriptome and epigenome signatures and DNA damage," 2021, bioRxiv preprint, pp. 1-35.

Murdock v. Monsanto
November 21, 2022
Page 150

**26. Mesnage et al. (2021B)**

Mesnage presented an evaluation of the carcinogenic potential of the herbicides glyphosate, 2,4-D and dicamba, either alone or in combination, using the ToxTracker assay system. The ToxTracker assay system was used to assess if glyphosate, dicamba, 2,4-D or their combination activated key cellular mechanisms characteristic of carcinogens. Glyphosate and dicamba were tested up to 5 mM, but no cytotoxicity was observed.

The authors profiled these herbicides for their ability to activate DNA damage, oxidative stress and unfolded protein response, key cellular biochemical mechanisms of carcinogenicity.

The authors reported that some studies (Bailey et al. 2018; Gomes and Juneau, 2016) established a link between mitochondrial dysfunction caused by glyphosate and an increased production of reactive oxygen species. This suggested that DNA damage from glyphosate exposure is the result of oxidative stress and inflammatory processes occurring because of organ damage. This would explain why glyphosate does not provide a positive response in the ToxTracker reporter gene assays.

The induction of chronic inflammation is a mechanism of action which is known to be characteristic of carcinogens (Smith et al. 2016). Other studies (Docea et al., 2018, 2019; Mesnage et al., 2021c) have found that mixtures of glyphosate with common xenobiotics can induce non-monotonic effects and adaptive responses in rat liver suggesting that studies in reporter cell lines can complement but not fully as yet replace studies in laboratory animals with real-life exposure scenarios.[287] "Effects of glyphosate alone are described in more detail in their recent in-depth toxicogenomic evaluation of glyphosate and Roundup herbicides (Mesnage et al., 2021A).

---

[287] Mesnage R, et al. Genotoxicity evaluation of 2,4-D, dicamba and glyphosate alone or in combination with cell reporter assays for DNA damage, oxidative stress and unfolded protein response. Food and Chemical Toxicology 157 (2021) 112601

Murdock v. Monsanto
November 21, 2022
Page 151

### 27. Prasad et al.[288] -- Chromosomal aberrations and micronuclei in bone marrow cells

Studies by Prasad et al. examined the genotoxic effects of glyphosate as formulated in Roundup which contains the active ingredient, glyphosate (>41) SL (IPA salt) as purchased from Monsanto India, Ltd.

Chromosomal aberrations and micronuclei in bone marrow cells of Swiss albino mice were measured following a single intraperitoneal (IP) dose of Roundup™ with glyphosate doses levels at 25 and 50 mg/kg body weight. A positive control group received a single dose of the mutagenic carcinogen benzo(a)pyrene ((B(a)P) at 100 mg/kg body weight in a 0.2 ml dimethyl sulfoxide (DMSO) vehicle. Control and experimental animals received the same DMSO (IP) vehicle dosage.

Sixty (60) animals were divided into four groups of 15 animals each in two sets. The animals in Group I were used as a control group with DMSO only. The animals of Group II served as the positive control receiving the B(a)P. Animals in Groups III and IV received a single IP dose of glyphosate (diluted appropriately in DMSO) at either 25 or 50 mg/kg body weight, respectively.

Animals from all the groups were sacrificed at sampling times of 24, 48, and 72 hours, and their bone marrow was analyzed for cytogenetic and chromosomal damage.

Glyphosate treatment significantly increased ($p<0.05$) chromosomal aberrations and micronuclei in bone marrow cells. Both treatments and time were compared with the vehicle control and were significantly different ($P<.05$). The cytotoxic effects of glyphosate were also evident as observed by a significant decrease in mitotic index (MI).

Review of Table 1 /Figure 2 reveals a consistent dose-response relationship among both the 25 and 50 mg/kg body weight doses at each time interval. It is also noteworthy that in the low (25 mg/kg body weight) dose group 72 hours after dosing, the rate of chromosomal aberrations was increased by a factor of 4.3 (7.76/1.8 = 4.3).

The authors concluded that the results indicate that glyphosate is clastogenic (a mutagenic agent) and cytotoxic to mouse bone marrow. The authors also state, "*For instance, the induction of DNA damage can potentially lead to adverse reproductive outcomes, the induction of cance*r..." With respect to reliability, the study also states

---

[288] Prasad, et al., "Clastogenic Effects of Glyphosate in Bone Marrow Cells of Swiss Albino Mice," 2009, Journal of Toxicology, Volume 2009, Article ID 308985, doiaO.l 155/2009/308985.

Murdock v. Monsanto
November 21, 2022
Page 152

*"Arguably, the most reliable genotoxicity evaluation for human health risk is conducted in mammals by the induction of chromosomal aberrations and micronuclei. In this regard, particular attention is focused on chromosomal aberrations because these are considered as early warning signals for neoplastic development."*[289]

A comparison of the dosing in the mice in the above study by Prasad et al. (2009) to that of Roundup applicators exposed at the AOEL of 0.1 mg/kg body weight can be carried out using the generally accepted Human Equivalent Dose (HED) methodology. This calculation is important in understanding the range of exposure dose in the animal as compared to a reasonable range of what a human may be exposed to. For example, some animal studies employ doses thousands of times higher than that experienced by actual human applicators of glyphosate.

Interspecies allometric scaling for dose conversion from animal-to-human is a method wherein the exchange of drug dose is based on normalization of dose to body surface area. The methodology requires the consideration of body surface area, pharmaco-kinetics, and physiological time.

This approach assumes that there are some unique characteristics of the anatomical, physiological, and biochemical processes among species. The possible difference in pharmacokinetics/physiological time is accounted for by allometric scaling.

This method is frequently used in research for experimental purposes to predict an approximate dose based on data existing in other species. **Table 13** contains an excerpt from Nair and Jacob, 2016, which uses data from U.S. FDA guidelines.[290,291]

---

[289] Bonassi, et al., "Are chromosome aberrations in circulating lymphocytes predictive of future cancer onset in humans? Preliminary results of an Italian cohort study," 1995, Cancer Genetics and Cytogenetics, Vol. 79, No. 2, pp. 133-135; Hagmar, et al., "Chromosomal aberrations in lymphocytes predict human cancer: a report from the European study group on cytogenetic biomarkers and health (ESCH)," 1998, Cancer Research, Vol. 58, No. 18, pp. 4117-4121 **in** Prasad, et al., "Clastogenic Effects of Glyphosate in Bone Marrow Cells of Swiss Albino Mice," 2009, Journal of Toxicology, Volume 2009, Article ID 308985, doiaO.I 155/2009/308985.

[290] U.S. FDA, "Guidance for Industry: Estimating the Maximum Safe Starting Dose in Adult Healthy Volunteers," 2005, Rockville, MD: US Food and Drug Administration.

[291] Nair AB, Jacob S., "A simple practice guide for dose conversion between animals and humans," 2016, J Basic Clin Pharma, Vol. 7, pp. 27-31.

Murdock v. Monsanto
November 21, 2022
Page 153

**Table 13**
**Human Equivalent Dose Calculation Based on Body Surface Area**

| Species | Reference Body Weight (kg) | Working weight range (kg) | Body surface area (m²) | To convert dose from mg/kg to mg/m², multiply by $K_m$ | To convert dose in mg/kg to HED* in mg/kg, either Divide animal dose by 12.3 or multiply dose by 0.081 | |
|---|---|---|---|---|---|---|
| Human | 60 | | 1.62 | 37 | | |
| Mouse | 0.02 | 0.011-0.034 | 0.007 | 3 | 12.3 | **0.081** |

*HED: human equivalent dose

Applying the HED results in a dose of 2.0 mg/kg/body weight that is in a reasonable range of human dermal exposure compared to the AOEL of 0.1 mg/kg/body weight.

In the Prasad et al. (2009) study, animals dosed at only 25 mg/kg body weight revealed a 4.3-fold increase in chromosomal aberrations at the 95% level of confidence ($p<0.05$).

It should also be noted that the test animals in this study underwent nearly 100% systemic absorption using the IP route of administration; thus, the application of the HED provides a reasonably accurate human dose estimate.

The current acceptable operator exposure level (AOEL) for glyphosate is 0.1 mg/kg body weight. Thus, the Prasad et al. (2009) study was not conducted at extreme (high) dose levels but rather, at dose levels not too far off from that encountered by glyphosate applicators.

### 28. Peixoto, F. (2005)[292]

In Peixoto's study, the potential toxicities of glyphosate and Roundup were tested in isolated rat liver mitochondria. The author determined the effects of Roundup and glyphosate on succinate-dependent respiratory indexes RCR and ADP/O of rat liver mitochondria. The data obtained clearly demonstrates the ability of Roundup to impair mitochondrial bio-energetic reactions. It was found that Roundup not only decreases the depolarization and repolarization amplitude induced by ATP, but also lengthens the *lag phase* prior to repolarization. Conversely, glyphosate alone does not show any relevant effect on the mitochondrial bioenergetics. Peixoto concluded that the observed alterations

---

[292] Peixoto, Francisco. "Comparative Effects of the Roundup and Glyphosate on Mitochondrial Oxidative Phosphorylation." Chemosphere, vol. 61, no. 8, 2005, pp. 1115–1122.
doi:10.1016/j.chemosphere.2005.03.044.

Murdock v. Monsanto
November 21, 2022
Page 154

in mitochondrial bioenergetics caused by Roundup cannot be exclusively attributed to the active ingredient but may be the result of other chemicals (i.e., POEA) or due to the possible synergy between glyphosate and Roundup formulation products.

### Non-Mammalian Genotoxicity Studies

**29. Navarro and Martinez (2014)[293] -- Genotoxicity of Roundup, glyphosate, and POEA/Tallowamine (POEA) in fish**

In a study done on the effects of Polyoxyethylene Amine (POEA) on genotoxic, biochemical, and physiological parameters of the freshwater teleost *Prochilodus lineatus*, a comet assay was used to analyze DNA damage in blood cells, indicating the genotoxicity of POEA at all concentration tested. The results of their study showed that POEA can cause effects such as hemolysis, DNA damage and lipid peroxidation, which are directly related to an imbalance in the redox state of the fish. Studies of acute exposure of P. lineatus to Roundup also found liver catalase activity inhibition. This suggests that both formulated Roundup and POEA interfere with the antioxidant defenses in fish. This study concluded that some of the effects observed after the fish were exposed to glyphosate-based herbicides may be related to the addition of POEA. The following damages occurred: hemolysis, DNA damage, lipid peroxidation. They concluded exposure to POEA generates a condition of oxidative stress in fish.

Most formulations of GBHs contain surfactants of various polyoxyethylene amine (POEA) compounds. The primary mechanism described associated with the endocrine-disrupting effect of GBHs is the modulation of estrogen receptors and molecules involved in the estrogenic pathways. Ingaramo, et al.[294] has documented the endocrine disrupting effects of exposure to glyphosate and GBHs at low or "environmentally relevant" doses in the female reproductive tissues.

In a study by Marques et al. titled "*Progression of DNA damage induced by a glyphosate-based herbicide in fish (Anguilla anguilla) upon exposure and post-exposure periods — Insights into the mechanisms of genotoxicity and DNA repair*" the authors aimed to

---

[293] Navarro, Claudia D.C., and Claudia B.R. Martinez. "Effects of the Surfactant Polyoxyethylene Amine (POEA) on Genotoxic, Biochemical and Physiological Parameters of the Freshwater Teleost Prochilodus Lineatus." *Comparative Biochemistry and Physiology Part C: Toxicology & Pharmacology*, vol. 165, June 2014, pp. 83–90., doi:10.1016/j.cbpc.2014.06.003.

[294] Ingaramo, P; Alarcon, R; Munoz-de-Toro, M; Luque, E; Are glyphosate and glyphosate-based herbicides endocrine disruptors that alter female fertility?, Molecular and Cellular Endocrinology, Volume 518, 1 December 2020, 110934

Murdock v. Monsanto
November 21, 2022
Page 155

improve the knowledge on the progression of DNA damage upon short-term exposure and post-exposure to Roundup. The study evaluated DNA damage in hepatic cells via comet assays. The authors reported that the liver cells of fish exposed to the lowest concentration of Roundup displayed significantly lower DNA breaks corresponding specifically to net enzyme-sensitive sites (NSS) compared to the control. After absorbing the herbicide, the fish cells responded by enhancing its DNA repair capacity and/or mobilizing the antioxidant system as a response to ROS over-generation, reducing the cell vulnerability towards oxidative damage that was induced by the glyphosate. The results are evidence of a pro-oxidant status induced by Roundup and its potential to oxidatively damage DNA. In conclusion, the study found "DNA repair machinery showed to be susceptible to inhibitory actions during the exposure period, disclosing another facet of the risk associated with the tested agrochemical".[295]

In a study conducted on the toxicity ranking and toxic mode of action for commonly used agricultural adjuvants, Ethoxylated tallow alkylamine was the most toxic compound tested.[296] A high toxicity after exposure to POEA had already been reported for several species such as tadpoles and green algae. The results of this study showed membrane damage after exposure to POEA and illustrates severe effects of DNA damage with the induction of bacterial SOS responses indicating possible genotoxicity for POEA.[297]

In a report done on the effects of surfactants on the toxicity of glyphosate, with specific reference to RODEO, possible mechanisms by which Roundup surfactants might exert biological effects or alter the toxicity of glyphosate included: decreasing surface tension, perturbing membrane permeability or transport function of membranes or other diffusion barriers and interacting directly with glyphosate to alter its disposition. The authors reference a study analyzing human poisoning cases by Sawanda et al. (1998). This study indicated that the acute $LD_{50}$ of POEA was "less than one-third that of roundup and its active ingredient." Martinez and Brown (1991) indicated that POEA by itself had a $LD_{50}$ of 1-2 g/kg. POEA is more toxic in alkaline water than in acidic water, thus the relative potency of POEA with respect to glyphosate is pH dependent. In conclusion, POEA is

---

[295] Marques, A., et al., Progression of DNA Damage Induced by a Glyphosate-Based Herbicide in Fish (Anguilla anguilla) Upon Exposure and Post-exposure Periods--Insights into the Mechanisms of Genotoxicity and DNA Repair. Comp Biochem Physiol C Toxicol Pharmacol. 2014 Nov; 166:126-33. doi: 10.1016/j.cbpc.2014.07.009. Epub 2014 Aug 9.

[296] Other compounds tested include AE, tri-EO, EO FA and EO NP, and gamma-butyrolactone.

[297] Nobels, Ingrid, et al. "Toxicity Ranking and Toxic Mode of Action Evaluation of Commonly Used Agricultural Adjuvants on the Basis of Bacterial Gene Expression Profiles." *PLoS ONE*, vol. 6, no. 11, 18 Nov. 2011, doi:10.1371/journal.pone.0024139. https://journals.plos.org/plosone/article/file?id=10.1371/journal.pone.0024139&type=printable

Murdock v. Monsanto
November 21, 2022
Page 156

substantially more toxic than glyphosate, and there is a lack of evidence on specific mechanisms of interactions between glyphosate and the surfactants.[298]

### *Endocrine Disrupting Effects of Glyphosate Studies*

**30. Ingaramo et al. (2020)[299]**

A review by Ingaramo et al. summarized the available literature that had evaluated the endocrine-disrupting effect of glyphosate and glyphosate-based herbicides (GBHs) at low or environmentally relevant doses in female reproductive tissues. Data suggests that at low doses, GBHs may have toxicologically adverse effects on the development of the female reproductive tract and fertility.

In the context of this study review, it is important to recognize that some formulas of GBHs contain surfactants which contain generally recognized endocrine-disrupting chemicals (EDCs) at levels well above admissible levels in water. In vitro studies using human whole blood and estrogen-responsive cancer cell lines have found that exposure to GBHs induced proliferative effects and DNA damage with glyphosate impurities also contributing to toxicity. A genotoxicity study using HepG2 cells (best characterized human liver cell line used to study xenobiotic toxicity) found that, at sub-agricultural doses, anti-androgen effects and androgen to estrogen conversion by aromatase activity and mRNA were disrupted with all formulations of glyphosate within 24 hours.

Animal cell studies have shown that glyphosate and/or GBHs may affect the female reproductive system via direct action on ovarian function. A recent study using breast cancer cell lines demonstrated that GBHs affects several pathways related to DNA damage repair, base excision repair, nucleotide excision repair and mismatch repair. In vivo fish studies have demonstrated a significant increase in the diameter of oocytes as well as developmental, reproductive, and epigenetic effects.

Mammals are also susceptible. In female rats, sub-chronic doses of GBHs resulted in impaired folliculogenesis, altered ovary development, decreased estrogen secretion, oxidative stress and altered ovarian morphology suggesting that GBHs can induce

---

[298] Diamond, G. et al., "Effects of Surfactants on the Toxicity of Glyphosate, with Specific Reference to RODEO," United States Department of Agriculture, 1997. https://www.fs.fed.us/foresthealth/pesticide/pdfs/Surfactants.pdf

[299] Ingaramo P, Alarcón R, Muñoz-de-Toro M, Luque EH, "Are glyphosate and glyphosate-based herbicides endocrine disruptors that alter female fertility?" 2020 Dec., Mol Cell Endocrinol. 1;518:110934. doi: 10.1016/j.mce.2020.110934. Epub 2020 Jul 10. PMID: 32659439.

Murdock v. Monsanto
November 21, 2022
Page 157

endocrine-disrupting effects. Ewe lambs exposed to low doses of GBH from birth to postnatal day 15 demonstrated an increase in the number of atretic follicles and decrease in mRNA in both FSHR and growth/differentiation factor 9 suggestive of the promotion of growth arrest in developing follicles.

Previous studies have shown glyphosate and GBHs cause endocrine-disrupting effects on male reproduction at low doses. Both in vitro and in vivo studies have suggested that glyphosate and GBHs act on xenoestrogens through ERE activation. Animal models have demonstrated neonatal exposure to glyphosate and/or GBHs show altered ovarian and uterus development. These effects in turn can alter tissue morphology and function suggesting adverse effects on future fertility. Studies have shown glyphosate is able to cause underlineendocrine disruption alone or in its formulations depending on dose, duration, and frequency of exposure in males and females.

Endocrine disruption was also investigated by Munoz et al. (2020)[300] who conducted a comprehensive review. The study produced important findings on glyphosate effects in the endocrine system and assessed mechanistic evidence to classify glyphosate as an EDC. Glyphosate has been shown via in vitro and in vivo studies to alter levels of estrogen receptor expression. There are also findings that glyphosate alters signaling pathways in hormone responsive cells. Even low concentrations of glyphosate can induce ER/ERK1/2 signaling pathways on ER positive cholangiocarcinoma cells altering expression levels of several proteins.

The study revealed that in breast cancer cell lines, exposure GBH with 1.1 mM glyphosate (0.05%) showed deregulation of eleven canonical pathways and induced expression of proliferative signaling-related proteins. There is evidence to suggest that glyphosate may be associated with epigenetic modifications in hormone-producing cells. These epigenetic changes were reported by direct exposure and through trans-generational assays.

Roundup (but not pure glyphosate) has been found to alter biosynthesis of steroid hormone production. The mechanisms might be via effect on different proteins involved in biosynthesis including StAR, CYP aromatase and P450scc. GBHs have been shown in animal models to modify hormone concentration. Glyphosate exposure has shown direct effects on hormone-producing or hormone-responsive cells mainly on cell

---

[300] Munoz, J.P., et al., "Glyphosate and the key characteristics of an endocrine disruptor: a review," 2020, Chemosphere.

Murdock v. Monsanto
November 21, 2022
Page 158

proliferation and apoptosis. Several animal models show that exposure to glyphosate or GBHs at different stages of development is associated with physiological changes including mammary gland, reproductive system and skeletal bone formation. These suggest an active role of glyphosate in <u>altering hormone-producing cell fate</u>.

Epidemiological evidence has shown that women exposed to glyphosate demonstrate an increased risk of late miscarriages and decrease in fecundability. Overall, mechanistic data showed that glyphosate exhibited eight of the ten key characteristics of an EDC: 1) can favor hormonal receptors activity, 2) disrupts levels of $ER_\alpha$ and $ER_\beta$, 3) induces deregulation of eleven canonical pathways in cancer breast cell lines, 4) induces epigenetic modifications in normal breast cell lines, 5) has adverse effects on steroid hormone production including estrogen and testosterone, 6) alters thyroid hormones transport across cell membrane, 7) modifies hormone concentration such as estrogen and testosterone in animal models, and 8) alters the proliferation rate of breast cell lines.

Li et al. demonstrated that in human ovarian and prostate cancer cells, glyphosate and AMPA can inhibit proliferation and promote apoptosis.[301]

### 31. Serra et al. (2021)

Serra et al. conducted a research review of the mechanistic actions of glyphosate and glyphosate-based herbicides in male and female fertility in humans and animal models. They reported that glyphosate-based herbicides (GBHs) altered regulators (such as estradiol, testosterone, FSH, LH, GPR54, GnRH) at the hypothalamic, pituitary, gonadal, uterine, placental, and embryonic development levels. Furthermore, the alterations can be transmitted to the next generation through epigenetics effects.[302]

The authors found that glyphosate acts as an endocrine-disrupting compound (EDC) because it alters GnRH, LH, FSH, E2 and Pg secretions and the activity of steroidogenic enzymes. Additionally, glyphosate has a negative impact on oxidative balance and increases ROS levels and lipid peroxidation and decreases mitochondrial respiration.[303]

---

[301] Li, Q, Lambrechts ,MJ, Zhang, Q, et al., "Glyphosate and AMPA inhibit cancer cell growth through inhibiting intracellular glycine synthesis," 2013, July 24, Drug Des Devel Ther. Vol. 7, pp. 635-643. doi:10.2147/DDDT.S49197

[302] Serra, L.; Estienne, A.; Vasseur, C.; Froment, P.; Dupont, J., "Review: Mechanisms of Glyphosate and Glyphosate-Based Herbicides Action in Female and Male Fertility in Humans and Animal Models," 2021, Cells, 10, 3079. https://doi.org/10.3390/cells10113079

[303] Id.

Murdock v. Monsanto
November 21, 2022
Page 159

***Toxicity of Glyphosate Formulated Products versus Glyphosate Alone***

The toxicity of formulations of glyphosate-based herbicides (GBHs), such as Roundup, compared to the toxicity of technical glyphosate (by itself) has been assessed in the generally accepted, peer-reviewed studies (human in vivo/in vitro studies and animal in vitro). As discussed previously, GBHs contain ingredients in addition to glyphosate including POEAs and other adjuvants. Some of these ingredients are significantly more toxic than glyphosate alone compared to the fully formulated GBH product. The following studies have reported greatly increased toxicity from GBH mixtures when compared to glyphosate alone.

**Studies Comparing GBHs with Glyphosate Alone**

All studies presented in the Serra et al. (2021) review (summarized previously) show the higher impact of GBHs that contain formulants, such as polyoxyethylene tallow amine (POEA), as compared to glyphosate alone.

**Table 14** is a compilation of peer-reviewed studies, grouped according to the mode of action of toxicity, showing the difference in toxicity between pure glyphosate and GBH formulations or POEA.

**Table 14**
**Examples of the Differential Toxicity of Technical Glyphosate Compared to Formulated Glyphosate-Based Herbicides in Human and Mammalian Bioassays**

| Source | Comments/Findings | Marker | Technical Glyphosate Concentration | Formulated GBH or POEA Concentration | Differential |
|---|---|---|---|---|---|
| **Probable mitochondrial dysfunction** | | | | | |
| Rice et al. (2018) | Glyphosate formulations altered mitochondrial membrane potential. Authors also measured reactive oxygen species (ROS) production and found ROS induction by glyphosate formulations was most likely a result of significant cell death and not the cause of cell death.[304] | $EC_{50}$ in human HepaRG cells | 2 mg/mL | GBH 0.04-0.1 mg/mL | **20-50** |

---

[304] Technical glyphosate decreased cell viability and altered mitochondrial membrane potential (MMP) at ≥ 10 mM but did not affect reactive oxygen species (ROS) production. The GBH formulations were more toxic than glyphosate alone. Cell viability and MMP were significantly altered at 1 h by the formulations. Based on glyphosate concentrations, these mixtures were over **1000x more toxic** than

Murdock v. Monsanto
November 21, 2022
Page 160

**Table 14 Continued**

| Source | Comments/Findings | Marker | Technical Glyphosate Concentration | Formulated GBH or POEA Concentration | Differential |
|--------|-------------------|--------|-----------------------------------|--------------------------------------|--------------|
| **Cytotoxicity** | | | | | |
| Chaufan et al. (2014) | Authors identified potential mechanisms of glyphosate formulation induced cytotoxicity as ROS production and modified intracellular redox balance.[305] | LC$_{50}$ in human HepaG2 cells | > 1000 mg/L | 35 mg/L "Roundup UltraMax" | **29** |
| Martinez et al. (2007) | The authors found that the cytotoxic effects of Roundup formulation on human peripheral blood mononuclear cells were greater than those of technical grade glyphosate for all exposure periods tested. | Cytotoxicity was assayed by trypan blue dye exclusion and TOX-2. Lethal concentration 50% (LC$_{50}$) of human peripheral blood mononuclear cells was measured. | 1,640 µg/mL | 56.4 µg/mL | **29** |
| Mesnage et al. (2013) | Adjuvants mode of action (MOA) was cell membrane disruption and severe mitochondrial alterations. Technical glyphosate MOA was cytotoxicity via apoptosis. Ethoxylated adjuvants appeared to be active principles for human cell toxicity.[306] | LC$_{50}$ in human embryonic HEK293 cells (ppm) | 19,323 µg/mL | 62 µg/mL "Roundup GT" | **312** |
| | | | 19,323 µg/mL | 6395 "MON 52276" | **3** |
| | | LC$_{50}$ in human placental JEG3 cells (ppm) | 1,192 µg/mL | 32 µg/mL "Roundup GT" | **37** |
| | | | 1,192 ppm | 4477 ppm "MON 52276" | **0.2** |

---

glyphosate alone. In contrast to the robust induction of ROS by positive controls at both time points, formulations had no effect on ROS at 1 h and showed a marginal increase in ROS at 24 h. These data suggest that glyphosate does not induce oxidative stress. In addition, the formulations marginally increased oxidative stress only after significant loss of cell viability. The authors concluded that glyphosate formulations decreased cell viability by >90% at glyphosate equivalents approximately 20-50-fold lower than glyphosate.

[305] The authors concluded, "Therefore, the present observation of induction of DNA damage under conditions that are relevant for humans in epithelial cells derived from the oral cavity should be taken as an indication for potential adverse effects."

[306] The authors concluded, "Altogether, these results challenge the establishment of guidance values such as the acceptable daily intake of glyphosate when these are mostly based on a long-term in vivo test of glyphosate alone. Since pesticides are always used with adjuvants that could change their toxicity, the necessity to assess their whole formulations as mixtures becomes obvious."

Murdock v. Monsanto
November 21, 2022
Page 161

**Table 14 Continued**

| Source | Comments/Findings | Marker | Technical Glyphosate Concentration | Formulated GBH or POEA Concentration | Differential |
|---|---|---|---|---|---|
| Mesnage et al. (2021) | RangerPro and POEA caused cell membrane disruption and cell necrotic effect but did not induce oxidative stress.[307] | $LC_{50}$ in human epithelial cell line (Caco-2). This is a human epithelial cell line Caco-2, a human intestinal epithelium, would first to be exposed from the human glyphosate residue diet. | 17,200 μg/mL | 125 μg/mL "RangerPro" | 138 |
| | | | 17,200 μg/mL | 5.7 μg/mL [POEA] | 3000 |
| Defarge et al. (2016) | GBHs formulations and co-formulations induced inhibition of mitochondrial respiration and disruption of the cell membrane. Authors also measured endocrine disruption and found that co-formulants inhibited aromatase (as a measure of endocrine disruption) 800 times below agricultural dilution rates. Glyphosate exerted an effect only at 1/3 of the agricultural field dilution.[308] | Cytotoxicity at $LC_{50}$ levels in human placental JEG3 cells (ppm) [glyphosate IPA-salt]. Endocrine disruption was measured also. | 7878 ppm | 89 ppm "Roundup Classic™" | 88 |
| | | | | POEA | 1,200 |
| Nagy et al. (2019) | GBHs caused stronger cytotoxic effect compared to glyphosate, which may be attributed to the effect of various surfactants added to the formulations or their interaction with other components of GBHs.[309] | DNA damage to human mononuclear white blood cells. | > 1000 μM | 250 μM "Glyfos" | >4 |
| | | | > 1000 μM | 500 μM "Roundup Mega" | >2 |

---

[307] European Union recently banned the co-formulant polyoxyethylene tallow amine (POEA). Necrosis was measured using the ToxiLight cell necrosis assay. ROS-Glo detection reagent was used with negative and positive controls using a luminescence read with a Glo-max plate reader at excitation 485nM and emission 520nM settings. LC-MS/MS was used to test formulation samples for the surfactant formulation and concentration of "Ranger Pro™".

[308] The cytotoxic effects of co-formulants and formulations in comparison to the declared active ingredient, glyphosate, were measured by determining mitochondrial respiration and, for the first time, the comparative endocrine disrupting effects of these compounds through aromatase activity inhibition.

[309] GBHs induced DNA damage by non-genotoxic mechanism based on the limited methodology used and cannot indicate direct DNA damaging effects of GBH formulations. The study points out that future application of extended exposure durations and/or other test systems, such as the cytokinesis-block micronucleus cytome assay, would allow for the discrimination between the cyto- and genotoxic effects.

Murdock v. Monsanto
November 21, 2022
Page 162

**Table 14 Continued**

| Source | Comments/Findings | Marker | Technical Glyphosate Concentration | Formulated GBH or POEA Concentration | Differential |
|--------|-------------------|--------|-----------------------------------|--------------------------------------|--------------|
| **Genotoxicity and Cytogenotoxicity** | | | | | |
| Koller et al. (2012) | "Roundup UltraMax" MOA induced membrane damage and impairment of mitochondrial functions and nuclear abnormalities, increase of nuclear aberrations that reflect DNA damage including chromosomal damage.[310] | Cytotoxicity in human buccal epithelial TR146 cell line | 80 µg/mL | 10 µg/mL "Roundup Ultra Max" | **8** |
| Wozniak et al. (2018) via ROS | Glyphosate, Roundup and AMPA induced indirect oxidative DNA damage. Authors also observed indirect DNA damage via single strand breaks, double strand breaks, and alkali labile sites.[311] | DNA damage to peripheral blood mononuclear cells | 250 µM | 5 µM "Roundup 360 PLUS" | **50** |
| Olaʼh et al. (2022) | POE-15[312] and "*Roundup Classic*" caused enhanced cytogenotoxic effects. Measurements us flow cytometry and compared by enzymatic-assay and the alkaline single cell gel electrophoresis (Comet) assay. Authors state that the order of the inhibitory potency of the target substances has unequivocally been POE-15 > Roundup Classic > > glyphosate IPA salt. | DNA Damage in murine neuroectodermal stem cells (NE-4C) | 126 µg/mL | 0.09 µg/mL "Roundup Classic" | 1400 |
| | | | 126 µg/mL | 0.043 µg/mL [POEA] | 2930 |
| | | DNA Damage in high alkaline phosphatase osteoblastic cell line (MC3T3-E1) | 405.97 µg/mL | 10.9 µg/mL "Roundup Classic" | **36** |
| | | | 405.97 µg/mL | 4.38 µg/mL [POEA] | **93** |

---

[310] The authors conclude, "Our results show that Roundup, but not its active principal glyphosate, causes pronounced cytotoxic effects in human-derived buccal epithelial cells. Furthermore, the genotoxicity tests show that the herbicide, as well as its formulation, induces strand breaks that lead to formation of comets as well as nuclear anomalies that reflect DNA instability including chromosomal damage."

[311] The authors concluded that, "observed changes were not associated with direct interaction of xenobiotics studied with DNA, but most probably, they occurred through ROS–mediated effects."

[312] POE-15 is the formulating surfactant polyethoxylated tallowamine used in "Roundup Classic." The authors stated, "The results observed in the present study clearly established that enhanced cytogenotoxic effects are exerted by Roundup Classic and POE-15."

Murdock v. Monsanto
November 21, 2022
Page 163

**Table 14 Continued**

| Source | Comments/Findings | Marker | Technical Glyphosate Concentration | Formulated GBH or POEA Concentration | Differential |
|---|---|---|---|---|---|
| Nagy et al. (2021) | Authors attributed the more potent MN-inducing ability of "Glyfos" (product) to POEA content of this formulation, which causes direct DNA damage.[313] | DNA damage to peripheral blood mononuclear cells | 100 µM | 10 µM "Glyfos" | **10** |
| Mesnage et al. (2022) | Roundup GBHs MOA was oxidative stress and unfolded protein response.[314] | Oxidative stress in mouse embryonic cells and unfolded protein response | > 5000 µM | 1250 µM [MON 52276] | **> 4** |
| **Reproductive toxicity** | | | | | |
| Spinaci et al. (2022) | Roundup decreased sperm motility likely MOA at membrane and mitochondrial level but unclear. Roundup may increase sperm oxidative stress but not as the primary MOA.[315] | Stallion spermatozoa viability and quality | > 720 µg/mL | 360 µg/mL "Roundup Bioflow" | **2** |
| Nerozzi et al. (2020) | Authors identified potential MOA to be exerted through impairment of electron transport chain function via inhibition of Complex II (succinate dehydrogenase) but remains unclear.[316] | Pig sperm motility | 360 µg/mL | 5 µg/m "Roundup Bioflow" | **72** |

---

[313] Glyphosate had no notable cytotoxic activity over the tested concentration range (0–10,000 µM) whereas all the selected GBHs induced significant cell death from 1,000 µM regardless of metabolic activation (S9). The formulated product ingredients, other than glyphosate, can have biologic activity on their own and may interact with the glyphosate in "synergistic toxicity."

[314] The hypothesis that GBHs are more cytotoxic than glyphosate was tested by comparing the effects of glyphosate with Roundup GBHs both in vitro and in vivo using the mammalian stem cell based ToxTracker system. MON 52276 (EU formula) and MON 76473 (UK formula), but not glyphosate and MON 76207 (U.S.), activated oxidative stress and unfolded protein responses. Additional liver toxicity comparisons were reported. Altogether, the authors reported that Roundup formulations cause more biological changes linked with carcinogenesis than glyphosate alone.

[315] Glyphosate, at all the concentrations tested, did not induce any detrimental impact on the sperm quality parameters evaluated. Conversely, Roundup starting from 360 mg/mL (Glyphosate-equivalent dose) significantly ($P < 0.05$) decreased total and progressive motility, viability, acrosome integrity, mitochondrial activity, and the percentage of live spermatozoa with intact mitochondria not producing ROS.

[316] Fresh commercial semen doses were incubated with different concentrations (0–360 µg/mL) of glyphosate or Roundup at the equivalent glyphosate concentration. Glyphosate at 360 µg/mL. significantly ($P < 0.05$) decreased sperm motility, viability, mitochondrial activity, and acrosome integrity but had no detrimental effect at lower doses. Roundup did significantly ($P < 0.05$) reduce sperm motility at only ≥ 5 µg/mL glyphosate-equivalent concentration; mitochondrial activity at ≥ 25 µg/mL; and sperm viability and acrosome integrity at ≥ 100 µg/mL as early as 1 h of incubation. The

Murdock v. Monsanto
November 21, 2022
Page 164

**Table 14 Continued**

| Source | Comments/Findings | Marker | Technical Glyphosate Concentration | Formulated GBH or POEA Concentration | Differential |
|--------|-------------------|--------|-----------------------------------|--------------------------------------|--------------|
| Torres-Badia et al. (2021) | Authors suggested inhibition of sperm motility was due in part by altered sperm plasma membrane lipid organization induced by POEA. Full MOA is uncertain.[317] | Pig sperm functional parameters | 164 mM | 164 µM "Roundup® Ultra Plus" | **1000** |

## Modes of Action and Safety Considerations

Glyphosate can be applied both as a ground spray (e.g., peanuts) and as an aerial spray (e.g., sugarcane).  It is used to control weeds, modify plant growth, speed up the ripening of fruit, and to "desiccate" or dry some crops (wheat, oats, beans, etc.) just prior to harvest. Glyphosate is sprayed directly over genetically modified crops that can resist the effects of exposure.

Glyphosate is absorbed by the leaves and stems of the plant and readily translocated throughout. Specifically, glyphosate disrupts the shikimate acid pathway[318] by inhibiting the activity of a key enzyme (EPSP synthase) that is needed to form the essential amino acids.[319,320,321] The shikimate acid pathway is a crucial process in all higher-order plants. Thus, glyphosate will kill most plants. Glyphosate-resistant crops use an alternative EPSP

---

authors concluded that "taken together, these data indicate that, while both glyphosate and Roundup exert a negative impact on male gametes, Roundup is more toxic than its main component, glyphosate."

[317] Pig spermatozoa were incubated in Tyrode's basal medium or complete medium (1 h at 38.5 C) with several Roundup Ultra Plus™ dilutions or equivalent concentrations of glyphosate or POEA. Roundup Ultra Plus treatment caused a significant dilution-dependent decrease in sperm motility, a significant increase in plasma membrane disorganization, and reduction in GSK3b phosphorylation. In summary, low concentrations RUP herbicide cause sperm motility impairment without affecting sperm viability. This adverse effect could likely be due to a detrimental effect in the plasma membrane lipid organization and to inhibition of phosphorylation of both.

[318] Williams, G. et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pp. 117 - 165.

[319] Boocock, M. R., "Kinetics of 5-enolpyruvylshikimate-3-phosphate synthase inhibition by glyphosate," 1983, FEBS Letters 154, pp. 127-133.

[320] Hollander, H., & Amrhein, N., "The site of the inhibition of the shikimate pathway by glyphosate," 1980, Plant Physiol 66(5), pp. 823-829.

[321] Schönbrunn, E. et al., "Interaction of the herbicide glyphosate with its target enzyme 5-enolpyruvylshikimate 3-phosphate synthase in atomic detail," 2001, Proc Natl Acad Sci USA Feb 13; 98(4), pp. 1376–1380.

Murdock v. Monsanto
November 21, 2022
Page 165

enzyme and are, therefore, <u>specifically genetically engineered</u> to withstand extremely high levels of glyphosate without perishing. This metabolic process is also a crucial one in many microorganisms, but it is not utilized directly by animals or humans.

Throughout the years, Monsanto has advertised and promoted the safety of their Roundup products by claiming that the active ingredient, glyphosate, works by targeting an enzyme found in plants but not in people or pets.

However, recent evidence suggests that glyphosate may disrupt the essential shikimate process in bacteria, particularly the beneficial bacteria of the human intestinal tract. Additionally, glyphosate has been shown to sporadically cause potent inhibitions in the xenobiotic-metabolizing enzyme CYP2C9[322] which is responsible for biotransformation, metabolism, and elimination of various toxic compounds from the body.[323]

A recent review by Samsel and Seneff (2013) hypothesized that glyphosate's known ability to disrupt the intestinal bacteria flora and to suppress a family of enzymes that play an important role in detoxifying harmful chemicals could be contributing to a rise in modern human diseases worldwide.[324] Glyphosate has also been demonstrated to be genotoxic and carcinogenic as discussed in detail.

### Adverse Effects of Glyphosate on Human Gastrointestinal (GI) Microbiome

As the most common broad-spectrum herbicide, glyphosate targets the key enzyme of the shikimate pathway, EPSPS (5-enolpyruvylshikimate-3-phosphate synthase). This enzyme synthesizes three essential aromatic amino acids (phenylalanine, tyrosine, and tryptophan) in plants. However, the shikimate pathway is also found in many prokaryotes <u>and</u> in fungi. Thus, the widespread use of glyphosate may have unsuspected impacts on microbial communities – including the human GI microbiome.

---

[322] Abass, K., Turpeinen, M., and Pelkonen, O. "An evaluation of the cytochrome P450 inhibition potential of selected pesticides in human hepatic microsomes," 2009, Journal of Environmental Science and Health Part B, 44(6).

[323] Gueguen, Y. et al., "Cytochromes P450: xenobiotic metabolism, regulation and clinical importance," 2006, Ann Biol Clin (Paris) 64, pp. 535-548.

[324] Samsel, A. and Seneff, S., "Glyphosate's suppression of cytochrome P450 enzymes and amino acid biosynthesis by the gut microbiome: Pathways to modern diseases," 2013, Entropy (15), pp. 1416-1463.

Murdock v. Monsanto
November 21, 2022
Page 166

Leino et al. (2020)[325] proposed a bioinformatic method to predict the glyphosate sensitivity/resistance of organisms based on the type of EPSPS which is the biochemical target enzyme for glyphosate. The article offered a conservative estimate from results showing that 54% of species in the core human GI microbiome are sensitive to glyphosate.

The EPSPS enzyme synthesizes three essential amino acids in prokaryotes, plants, and fungi. Although this pathway is absent in vertebrates, the shikimate pathway is important in microbes contained within the human GI microbiome. This methodology classifies EPSPS enzymes into four different classes with differential sensitivities to glyphosate based on presence and absence of amino known acid markers in the active site. This is useful to assess species that are putatively sensitive or resistant to glyphosate.

The dataset includes 890 sequences from species in the core human GI microbiome of which 54% are putatively sensitive to glyphosate (the study author's conservative estimate). It is also worth noting that this segment of the human microbiome represents approximately 20% of the total number of bacterial species in the GI.

Species containing class II EPSPS sequence are sensitive to glyphosate. A large portion of EPSPS proteins do not belong to any of the four known classes and are termed "unclassified EPSPS." Further studies are needed to identify suitable amino acid markers that determine potential sensitivity of the unclassified EPSPS proteins to glyphosate.

EPSPS sequences of 890 strains from 101 common bacterial species in the human GI were analyzed. Results suggest that EPSPS sensitivity is conserved within bacterial species in the human GI such that 12-26% of bacterial species in the human microbiome might be sensitive and affected by glyphosate while 28.71% of species in the core microbiome are likely to be resistant to glyphosate. Meanwhile, 15.84% are unclassified or contain unclassified strains. Of the ten most frequent bacterial species in the core human GI microbiome, four species are resistant to glyphosate, four species are sensitive and two are unclassified.

Hence, a large portion of bacteria in the human GI microbiome are susceptible to glyphosate. Glyphosate intake may severely affect human GI microbiome composition. This may lead to a competitive advantage of bacteria resistant to glyphosate over

---

[325] Leino L, et al., "Classification of the glyphosate target enzyme (5-enolpyruvylshikimate-3-phosphate synthase) for assessing sensitivity of organisms to the herbicide," 2020, Journal of Hazardous Materials.

Murdock v. Monsanto
November 21, 2022
Page 167

sensitive bacteria which over time may lead to decreased bacterial diversity and modulate bacterial species composition in the GI. The assumption is that long-term exposure to glyphosate residues leads to dominance of resistant strains in the bacterial community while sensitive strains may become resistant to glyphosate via mutations in the EPSPS domain or acquisition of resistance gene via horizontal gene transfer.

Of toxicological significance is the fact that alteration of the metabolic pathways of glyphosate-resistant species can lead to subsequent toxic effects. More studies are needed to determine the impact of glyphosate on human GI microbiota including glyphosate residues in food, determination of effects of pure glyphosate and commercial formulations (surfactants) on microbiomes, and assessment of the extent to which the EPSPS amino acid markers predict bacterial susceptibility to glyphosate in vitro and real-world scenarios.

As more studies become available, clearly the potentially adverse effects of glyphosate on the human GI microbiome can lead to decreased pathogen defense, increased inflammation in the intestine, and systemically contribute to adverse health effects.[326]

### Altered DNA Expression from Glyphosate Exposure - De Castilo et al. (2022)[327]

De Castilo et al. investigated the effects of lifelong exposure to low doses of Roundup on the gut environment, including morphological and microbiome changes. Mice were exposed to Roundup in drinking water from pregnancy to adulthood to determine whether exposure to Roundup could harm the developing brain and lead to behavioral changes in adult mice. Significant changes in microbiota composition were observed even at the phyla level.

In addition, Roundup induced significant morphological changes in the gut of mice including increased area of mucus-producing cells  and an increased differentiation of lymphocytes into plasma cells. The altered expression of several adhesion molecules is suggestive of an altered gut permeability. The authors concluded that their results suggest that GBH can directly affect B-cell maturation/differentiation into plasma cells,

---

[326] Rueda-Ruzafa, L., et al., "Gut microbiota and neurological effects of glyphosate," 2019, Neurotoxicology, Vol. 75, pp. 1-8.

[327] Del Castilo I, Neumann AS, Lemos FS, De Bastiani MA, Oliveira FL, Zimmer ER, Rêgo AM, Hardoim CCP, Antunes LCM, Lara FA, Figueiredo CP, Clarke JR. Lifelong Exposure to a Low-Dose of the Glyphosate-Based Herbicide RoundUp® Causes Intestinal Damage, Gut Dysbiosis, and Behavioral Changes in Mice. Int J Mol Sci. 2022 May 17;23(10):5583. doi: 10.3390/ijms23105583. PMID: 35628394; PMCID: PMC9146949.

Murdock v. Monsanto
November 21, 2022
Page 168

which correlates with the increased risk of multiple myeloma and lymphoma, which was previously reported following glyphosate exposure.

## 10. Routes of Exposure

The route of exposure controls how a chemical is absorbed into the body. The primary routes by which potential toxins become absorbed into a person's system are (a) ingestion, (b) inhalation and (c) dermal absorption.

### Ingestion

Ingestion of herbicides may be intentional (as in suicides and poisonings) or unintentional through the consumption of residue-laden foods. In the current matter of assessing exposure in operator use, intentional ingestion is not considered since it will contribute negligibly to the overall exposure.

### Inhalation

Since the vapor pressure of glyphosate is very low ($9.8 \times 10^{-8}$ mm Hg or $1.31 \times 10^{-2}$ mPa at $25°C$),[328] inhalation during mixing and preparation of an herbicide is typically not a significant contributor to exposure <u>unless</u> an aerosol is produced. Thus, inhalation during spray application of the herbicide can be a factor. Such exposure depends mainly on droplet size of the spray and the equipment used for spraying. Different nozzle types (often modified by farmers to increase discharge) will generate different volumetric droplet size distributions. Lesmes-Fabian et al. found that for the standard discharge nozzle as used in their study, approximately 5% of the total volume of droplets was smaller than 100 μm.[329]  In dry climates, droplets less than 100 μm are subject to evaporation and are respirable.

### *Respirable Dust and Atmospheric Glyphosate Exposure*

Sousa et al. (2019)[330] conducted a study evaluating atmospheric pollution caused by use of glyphosate herbicide. The authors evaluated contamination by glyphosate in the atmosphere and association with total suspended particulate in urban and rural zones in Limoeiro do Norte, Brazil. They performed air sampling over a period of four months.

---

[328] National Toxicology Program, U.S. Department of Health and Human Services.

[329] Lesmes-Fabian, C., Garcia-Santos, G., Leuenberger, F., Nuyttens, D., & Binder, C. R, "Dermal exposure assessment of pesticide use: The case of sprayers in potato farms in the Colombian highlands," 2012, Science of the Total Environment, 430, pp. 202-208.

[330] Sousa, M.G. de F., et al., "Evaluation of atmospheric contamination level for the use of herbicide glyphosate in the northeast region of Brazil," 2019, Environ Monit Assess, Vol. 191(10).

Murdock v. Monsanto
November 21, 2022
Page 169

Concentrations of the total suspended particle level (TSP) and glyphosate were estimated by gravimetric and liquid chromatography methods, respectively.

TSP levels found in urban and rural zones varied between 3.87 and 97.9 µg/m$^3$ and 10.8 and 137.4 µg/m$^3$, respectively. Concentrations of glyphosate in particulate matter in urban and rural zones varied between 0.009 and 2.576 µg/m$^3$ and 0.002 and 0.144 µg/m$^3$, respectively. The median concentration of glyphosate in the rural zone (where glyphosate is used) is 0.055 µg/m$^3$. The highest levels in the urban zone can be attributed to dispersion of pollutants through drift of wind. **Figure 25** illustrates the study findings.



**Figure 25. Profile of glyphosate (µg/m$^3$) over 4 months in Limoeiro do Norte, Brazil (2014)**

It is highly noteworthy that both urban and rural glyphosate concentrations were found to be <u>tens of thousands of times higher</u> than those reported in literature of other countries; thus, revealing concerning levels of atmospheric glyphosate contamination.

In an unrelated but relevant study, Haberkon et al. (2020)[331] analyzed glyphosate and aminomethylphosphonic acid (AMPA) respirable dust (RD) concentrations in Argentina shortly after herbicide applications. A positive relationship was determined between

---

[331] Haberkon, N.B.R., et al., "Glyphosate and AMPA concentrations in the respirable dust emitted experimentally by soil aggregates shortly after herbicide application," 2020, Geoderma, Vol. 369, 114334.

Murdock v. Monsanto
November 21, 2022
Page 170

glyphosate in aggregates and glyphosate in RD ($p < 0.05$) indicating that aggregates with higher glyphosate concentration emitted a more glyphosate-enriched RD.

The RD emitted by the finest aggregates showed the highest glyphosate concentrations. The higher glyphosate and AMPA concentration in RD suggest that soils with high contents of both compounds could emit RD with higher glyphosate and AMPA contents. Concentrations of glyphosate vary between 35 and 1,502 µg/kg and AMPA concentrations vary between 299 and 2,256 µg/kg in soils of Argentina. **Figure 26** from the published study reveals the study findings and respective concentration levels.



**Figure 26. Glyphosate and AMPA content in aggregate fractions of field soil.**
**Significant $p < 0.01$

The study revealed that RD emitted by soils in which transgenic crops are produced has a potential risk of environmental contamination by transporting particulate matter containing high levels of glyphosate and AMPA.

**Dermal Absorption**

Farmers, forestry workers, home gardeners, and landscapers are primarily exposed to herbicide chemicals through dermal contact during mixing, loading, or application of the glyphosate formulation as well as through re-entry (i.e., handling stems, leaves or soil after herbicide treatment). The skin is the predominant route by which glyphosate enters

Murdock v. Monsanto
November 21, 2022
Page 171

the human body. A key determinant of a person's exposure is how the herbicide is handled and/or applied.[332]

Studies have found that workers performing the common farm task of "thinning" are more exposed to pesticides than, for example, workers who are harvesting or pruning.[333,334] One study[335] found a higher level of pesticides in the house and vehicle dust of the thinning workers. Additionally, their children revealed higher urinary pesticide metabolite concentrations which showed evidence of a "take-home pesticide pathway."[336] The same study showed that workers in apple or pear crops had higher pesticide metabolite concentrations than those who worked in peach, cherry, or grape crops.[337]

A 1995 Caltrans study[338] set out to verify that worker protection measures were effective in minimizing exposure to herbicides. The study evaluated exposure estimates in Caltrans VCP application employee activities (herbicide mixing, loading and application) by measuring dermal exposure for 18-worker days. The data was then compared to surrogate data produced by the Environmental Impact Report. This study revealed that higher, daily absorbed doses of glyphosate occurred from hand-wand application (1.4 mg/kg/day difference) versus a boom application using handgun despite that hand wand application resulted in significantly less handling of material compared to the boom application. The study staff observed that hand wand applicators were less careful about keeping the nozzle close to the ground and often raised the nozzle for difficult to reach areas which exposed the applicator to significant spray drift.

---

[332] Curwin, B.D. et al., "Urinary and hand wipe pesticide levels among farmers and non-farmers in Iowa," 2005, Journal of Exposure Analysis and Environmental Epidemiology, Vol. 15, pp. 500–508.

[333] de Cock, J. et al., "Determinants of exposure to captan in fruit growing," 1998, Am Ind Hyg Assoc J 59, 1998a, pp. 166–172 and 1998b, pp. 158-165.

[334] Simcox, N.J. et al., "Farmworker exposure to organophosphorus pesticide residues during apple thinning in central Washington State," 1999, Am Ind Hyg Assoc J 60, pp. 752–761.

[335] Coronado, GD, Thompson, B, Strong, L, Griffith, WC, and Islas, I., "Agricultural task and exposure to organophosphate pesticides among farm workers," 2004, Environ Health Perspect 112, pp.142–147.

[336] The take-home pesticide pathway is the pathway that children and spouses of agricultural workers are exposed through. (Hyland, C. and Ouahiba Laribi, Q., "Review of take-home pesticide exposure pathway in children living in agricultural areas," 2017, Environmental Research. Volume 156, pp. 559–570.)

[337] Coronado, GD, et al., "Organophosphate pesticide exposure and work in pome fruit: Evidence for the take-home pesticide pathway," 2006, Environ Health Perspect 114 (7), pp. 999-1006.

[338] Edmiston, S., et al., "Exposure of Herbicide Handlers in the Caltrans Vegetation Control Program 1993-1994," 1995, California EPA, California Department of Transportation

Murdock v. Monsanto
November 21, 2022
Page 172

# 11. Dermal Absorption of Glyphosate

## The Dermal Barrier

Human skin is a complex organ consisting essentially of two layers: a thin, outermost layer called the epidermis, and a much thicker under-layer called the dermis. It is the outer layer of the epidermis, known as the stratum corneum (SC), that provides the primary protective barrier function of the skin. This barrier is largely responsible for resisting the entry of foreign agents into the human body.

The stratum corneum is primarily composed of non-living cells, or corneocytes, in a brick-and-mortar type system of lipid matrix. Corneocytes are terminally differentiated keratinocytes that have migrated from the epidermis to the skin's surface.

The composition of the stratum corneum lipid matrix is dominated by three lipid classes: (1) cholesterol, (2) free fatty acids and (3) ceramides which are waxy lipid molecules.

These lipids adopt a highly ordered, three-dimensional structure of stacked, densely packed lipid layers[339] as shown in **Figures 27** and **28**.



**Figure 27. Epidermal Layers of Human Skin**
Image courtesy of Wiki Journal of Medicine

---

[339] Van Smeden, J. and Bouwstra, J.A., "Stratum corneum lipids: Their role for the skin barrier function in healthy subjects and atopic dermatitis patients," 2016, Curr Prob. Dermatol 49, pp. 8-26.

Murdock v. Monsanto
November 21, 2022
Page 173



**Figure 28. Layers of the epidermis, basal cell layer, stratum spinosum, stratum granulosum and the stratum corneum showing dermal penetration[340]**

## Percutaneous Absorption of Glyphosate

A chemical can enter the stratum corneum directly through the corneocyte cells, through channels between the cells or through follicles, pores, and glands. Due to its structure, the stratum corneum is highly lipophilic (lipid loving) and hydrophobic (tending to repel water). Thus, lipid-soluble chemicals can penetrate this layer into the circulatory system much more efficiently than water-soluble chemicals.

Since glyphosate is a small hydrophilic molecule, it travels easily through the channels and follicles; however, it cannot easily pass through lipid layers. The stratum corneum is, therefore, the rate-limiting barrier in the absorption of a hydrophilic agent such as glyphosate. The rate at which glyphosate passes through this outer layer determines the overall absorption rate of the chemical into the body.

---

[340] Abd, et al., "Skin models for testing of transdermal drugs," 2016, Clin Pharmacol, pp. 163–176.

Murdock v. Monsanto
November 21, 2022
Page 174

Once glyphosate has been absorbed into the stratum corneum, it may pass through into the viable epidermis and then into the dermis where it is transported systemically by the dermal blood supply or lymphatics and circulated to other areas of the body. This passive diffusion process is governed by Fick's law which states that the rate of absorption or flux (J) of any substance across a barrier is proportional to its concentration difference across that barrier.

The stratum corneum is resistant to penetration of weak acids but is much less effective against organic acids and some inorganic chemicals. Organic and alkaline chemicals can soften the keratin cells in the skin and pass through this layer to the dermis where they are able to enter systemic circulation.

The thickness of the skin, as well as its lipophilicity, varies with location on the body. Areas of the body such as the forearms, which may be particularly hairy, are most easily penetrated by chemicals since they can enter the small ducts containing the hair shafts. Chemicals can also enter through cuts, punctures, or scrapes of the skin since these are breaks in the protective layer. Due to the nature of their occupation, the skin of farmers (particularly their hands) typically has a higher percentage of fine cracks and breaks than that of the average person.

### *Percutaneous Absorption Models*

The term "percutaneous" refers to any action involving penetration of the skin. Accurate determination of the rate at which agents penetrate the skin is critical for assessing the dose and potential risk from exposure. Dermal penetration is generally considered to occur by passive diffusion (Fick's law); however, in living organisms, biotransformation of a substance within the deeper viable regions of the skin (via metabolism) can also occur prior to systemic absorption.

The amount of a chemical that is absorbed through the skin is dependent on the properties of both the chemical and the skin. The most significant properties impacting the absorption of a chemical are its water and lipid solubility, molecular weight, degree of ionization and polarity.[341] The most important properties of the skin are the number (density) of follicles, the thickness of the stratum corneum and the sebum composition as well as the distance of capillaries to the surface of the skin.

---

[341] Van Ravenzwaay, B. and Leibold, E., "A comparison between in vitro rat and human and in vivo rat skin absorption studies," 2004, Toxicol. In Vitro. Vol. 18(2), pp. 219-25.

Murdock v. Monsanto
November 21, 2022
Page 175

Dermal penetration studies are conducted to measure the absorption or penetration of a substance through the skin barrier and into the skin and determine whether it has the potential to be absorbed into the systemic circulation. A wide range of experimental protocols exist for the determination of percutaneous absorption; the protocol used in any particular experiment will depend on the penetrant being studied.

Penetration studies may be conducted in vivo (in whole living animals) or in vitro (outside of a living organism). In assessing the risk of human exposure to glyphosate, the aim of a dermal absorption study is to measure the amount of glyphosate that passes into and through human skin and into systemic circulation.

Due to greater differences between rodents and humans versus primates and humans, in vivo human studies would provide the most accurate dermal penetration models. However, inasmuch as such studies would be both impractical and unethical, animals such as rats, mice, and monkeys are used for in vivo studies of the absorption of glyphosate.

**Dermal Absorption in Vivo Measurement Methods**

In vivo dermal absorption measurement methods include two methods: (1) the indirect method of surface disappearance and surface recovery whereby the dermal absorption is inferred and (2) direct methods of determining dermal absorption, which includes measuring glyphosate in the blood, excreta (urine or feces) or stratum corneum or by estimating through biological or pharmacological responses.[342]

Zendzian (2000)[343] published a method for measuring glyphosate in excreta and in carcasses as well as the quantity remaining in the skin after washing. The Zendzian study states that the U.S. EPA's Office of Pesticide Programs (OPP) has developed a standard protocol for evaluating the dermal penetration of pesticides in the rat. This protocol was formalized in 1994 as a guideline for dermal absorption studies of pesticides.

As of the year 2000, in excess of 263 studies on the dermal absorption of over 160 pesticide chemicals had been submitted to OPP as part of the pesticide registration and risk assessment processes. From this standard protocol, it is possible to describe quantitatively (via dose and time) the entrance of a chemical into and penetration through

---

[342] U.S. EPA, "Dermal exposure assessment: A summary of EPA approaches," September 2007. United States Environmental Protection Agency, National Center for Environmental Assessment Office of Research and Development, EPA/600/R-07/040F

[343] Zendzian, R.P., "Dermal absorption of pesticides in the rat," 2000, AIHAJ, Vol. 61(4), pp. 473-83.

Murdock v. Monsanto
November 21, 2022
Page 176

the mammalian epidermis into the systemic circulation as well as the chemical's concentration in blood, the body and its excretion in urine and feces.

**Dermal Absorption in Vitro Measurement Methods**

Since in vivo studies are complex and expensive, in vitro methods are more widely used as a screening method for dermal penetration estimates. In vitro experiments involve the use of a diffusion cell wherein two chambers, donor and receptor, are separated by a membrane (human or animal skin). There are many variations, but all diffusion cells involve the penetrant passively diffusing from the donor chamber into the receptor chamber where it can be measured.

In 2007, the U.S. EPA published "Dermal Exposure Assessment: A Summary of EPA Approaches" which provides a dermal exposure assessment methodology for treated surfaces.[344] The U.S. EPA and other regulatory agencies accept a wide diversity of in vitro protocols, but they caution comparing these studies due to differences in study conditions. These include cell type (*i.e.,* static or flow through), the membrane selected, composition of the receptor fluid and the dosing method (infinite or finite).

In a static diffusion cell, also known as a Franz cell,[345] the penetrant diffuses from the donor chamber through the membrane into a "static" receptor chamber of a fixed volume which is continually stirred. In a flow through cell or Bronaugh[346] cell, in vivo conditions are simulated by using a constantly flowing receptor fluid that mimics in vivo blood flow beneath the skin membrane. The skin membrane is bathed below by a flowing solution maintained at 37 degrees C.

When studying the absorption of glyphosate, the membrane separating the chambers is typically human (from cadavers), rat or monkey skin and may be full thickness or dermatomed (sliced). Dermatomed skin, wherein only the epidermis is used after it has been separated from the dermis, is commonly used because full-thickness skin can be cumbersome in the diffusion apparatus. Since glyphosate is hydrophilic, the main barrier

---

[344] U.S. EPA, "Dermal exposure assessment: A summary of EPA approaches," September 2007. United States Environmental Protection Agency, National Center for Environmental Assessment Office of Research and Development, EPA/600/R-07/040F

[345] Franz TJ., "Percutaneous absorption. On the relevance of *in vitro* data," 1975, J Invest Dermatol. Vol. 64, pp. 190–5.

[346] Bronaugh, R., H. Hood, M. Kraeling, and J. Yourick, "Determination of percutaneous absorption by *In Vitro* techniques," 1999, pp. 229-233 <u>in</u> Percutaneous Absorption, 3rd ed., R.L. Bronaugh and H.I. Maibach, eds. New York: Marcel Dekker, Inc.

Murdock v. Monsanto
November 21, 2022
Page 177

to its diffusion across the skin resides in the stratum corneum and, therefore, the absence of the dermal tissue is generally not of concern.[347] Ideally, when fresh skin is used, the receptor fluid should allow skin metabolic activity.

Franz cautioned that, for compounds with slow absorption rates, in vivo methods may significantly underestimate total absorption value.[348] Thus, it is important to consider a compound's absorption rate along with the measurement method, i.e., in vitro or in vivo, as the total absorption value may be considerably affected/underestimated.

### Dosing Techniques and Measurement Considerations

The loading (or dosing) of the donor chamber in all diffusion cells is accomplished in one of two ways: (1) infinite dosing or (2) finite dosing.

In the infinite dosing, or flux, technique, a high concentration of glyphosate is installed into the donor chamber (so its concentration does not decrease) while the concentration is measured in the receptor chamber over time until steady state is reached. This allows for the calculation of a permeability coefficient. The finite dose technique allows the herbicide to be tested under conditions similar to those found in vivo. The donor chamber is loaded with a known amount of herbicide which is depleted due to penetration during the course of the experiment. The concentration of the herbicide in the receptor fluid is measured to determine the percent of the original dose that penetrated the skin per unit area of skin over a period of time.

Loading conditions can greatly impact calculation of percent absorption. As the applied dose becomes <u>greater than the absorbable amount</u>, the excess does not contribute to absorption, <u>but it does diminish the observed percent of dose that is absorbed</u>.[349] Therefore, when comparing in vitro results of percent absorption, all the dosing conditions should be maintained as finite dose applications rather than flux (Organization for Economic Co-operation and Development).[350]

---

[347] Williams, A.., "Transdermal and dermal drug delivery: From theory to clinical practice," 2003, London, Pharmaceutical Press.

[348] Franz TJ., "Percutaneous absorption. On the relevance of in vitro data," 1975, J Invest Dermatol. Vol. 64, pp. 190–5

[349] Frasch, H.F. et al., "Analysis of finite dose dermal absorption data: Implications for dermal exposure assessment," 2014, J Expo Sci Environ Epidemiol, 24(1), pp. 65–73.

[350] "Guidance Notes on Dermal Absorption," OECD Environment, Health and Safety Publications, Series on Testing and Assessment No. 156. ENV/JM/MONO(2011)36.

Murdock v. Monsanto
November 21, 2022
Page 178

Rat skin is generally (but not always) more permeable than human skin. In a review of 79 studies which measured absorption of 110 chemicals, four chemicals were found that are less permeable through rat skin than human skin.[351] Van Ravenzwaay also found that in comparing human in vitro skin with in vivo rat skin, the penetration of 3 of 12 chemicals was greater through human skin than through rat skin. This held true at 4, 8 and 10 hours after dosing.[352]

A recent study has also questioned the reliability of converting percutaneous absorption data from rats to humans due to the differences in species as the absorption of hazardous substances was studied.[353]

**In Vitro Dermal Absorption of Herbicides through Rat versus Human Skin**

The use of rat skin in percutaneous absorption models is premised on the theory that rat skin is generally more permeable than human skin; however, there have been some cases which have reported that rat skin is less permeable.[354]

Monsanto attempted to demonstrate (and failed) that the dermal penetration of Propachlor® (2-chloro-N-isopropyl-N-phenylacetamide) through human skin was lower than in rat skin. Instead, the study revealed:

- Concentrate formulation: The percent penetration with human skin **is equal to** the percent penetration with rat skin.

- Spray dilution: The percent penetration with human skin **is greater than** the percent dermal penetration with rat skin ($p < 0.05$).

- Microautoradiographies clearly revealed **stores** of Propachlor in the epidermis of human skin.[355]

---

[351] Jung, E, and Maibach, H., "Animal models for percutaneous absorption," 2014, in Shah, V., Maibach, H., and Jenner, J. eds. Topical Drug Bioavailability, Bioequivalence, and Penetration, 2nd ed. New York: Springer, pp. 21-40.

[352] Van Ravenzwaay, B. and Leibold, E., "A comparison between in vitro rat and human and in vivo rat skin absorption studies," 2004, Toxicol In Vitro., Vol. 18(2), pp. 219-25.

[353] Korinth G, et al., "Discrepancies between different rat models for the assessment of percutaneous penetration of hazardous substances," 2007a, Archives of Toxicology 81, pp. 833-840.

[354] Hotchkiss, SA, et al., "Percutaneous absorption of 4,4'-methylene-bis (2-chloroaniline) and 4,4'-methylenedianiline through rate and human skin in vitro," March 1993, Toxicology In Vitro, Volume 7(2), pp. 141-148.

[355] Monsanto email (Tab 21) from Broeckaert, Fabrice on 3/29/2002 to C. Gustin, et al.

Murdock v. Monsanto
November 21, 2022
Page 179

### "Triple Pack" Methodology

The term "Triple Pack" refers to the use of three types of dermal absorption data from: 1) in vivo rat; 2) in vitro rat and 3) in vitro human dermal absorption studies.[356] This approach is used to refine the estimation of dermal absorption by correcting for differences between in vitro and in vivo absorption rates in rats as well as for species differences between rats and humans.[357] The "Triple Pack" approach is based on the premise that the absorption difference between humans and rats will show in the same proportion in both in vitro and in vivo test (which may not be true). It should also be noted that the "Triple Pack" approach should be used to estimate a dermal absorption value <u>only</u> when the three studies are conducted under the same experimental conditions.[358]

Monsanto has recently (2010 – 2017) contracted with Dermal Technology Laboratories (DTL), Ltd. However, only in vitro **human cadaver skin** has been used (although potentially removed from living subjects through surgical reduction procedures). Most importantly, the DTL studies **fail to include** the "Triple Pack" methodology.

It was found by Wester et al.,[359] that the common practices of freezing skin for storage or heat treatment to separate epidermis from dermis, can destroy skin viability.[360] The authors found that storing dermatomed skin human cadaver skin in a sustaining media[361] can maintain energy viability for up to eight days. They recommend not using skin that has been heat separated or frozen in absorption studies where skin viability and metabolism might be contributing factors to the study.

More <u>accurate</u> measurement models generally include animal or primate in vivo measurements since in vitro human cadaver skin does not have an intact physiologic and metabolic system present to accommodate active blood capillary transport gradients or metabolism as do the in vivo models. This is especially true when skin is first heated to

---

[356] U.S. EPA OPP Memorandum June 2, 2010. "Review of Triple Pack dermal absorption studies for Maxim Quattro."

[357] Id.

[358] "Guidance notes on dermal absorption," OECD Environment, Health and Safety Publications, Series on Testing and Assessment No. 156. ENV/JM/MONO(2011) 36.

[359] Ronald C. Wester, Julie Christoffel, Tracy Hartway, Nicholas Poblete, and Howard I. Maibach, James Forsell, "Human Cadaver Skin Viability for In Vitro Percutaneous Absorption: Storage and Detrimental Effects of Heat-Separation and Freezing," Percutaneous Absorption, Drugs-Cosmetics-Mechanisms-Methodology, 4th Edition, Vol. 155, pp. 311-316.

[360] As measured by lactate production from glucose.

[361] Earles minimum essential media with Earles balanced salt solution

Murdock v. Monsanto
November 21, 2022
Page 180

60ºC (140ºF), dermatomed and then frozen at -20ºC as has been done by DTL. Studies have shown there are species differences in the absorption of different chemicals; measurements in rats, rabbits or pigs may or may not reflect human absorption.[362] A more accurate model includes dermal absorption across primate (monkey) skin. Often, although not always, in vivo monkey skin most accurately resembles percutaneous absorption across human skin.

## Monsanto Dermal Absorption Correspondence

### *DTL Laboratory*

DTL's Managing Director, David Fox, was head of the in vitro percutaneous absorption group at Syngenta Central Toxicology Laboratory.[363] DTL was formed by former Syngenta employees in 2007. Email[364] from Simon Hill at Syngenta to David Saltmiras at Monsanto on January 20, 2009, reveals a discussion concerning dermal absorption as follows:

> "DTL uses different methods to prepare the skin samples." … "I believe that an in vitro dermal absorption study conducted on human epidermis with the concentrate formulation and at least one dilution (Syngenta would normally do 2) would be adequate to meet the EU criteria. With these studies, the amount of dermal absorption is dependent upon the level of surfactants in the formulation. I believe it is in everyone's best interested [sic] *to get as lower a dermal absorption value as possible for the representative use*..."

The message then goes on to say:

> "…so, I have a couple of suggestions regarding dermal absorption The TWG discussed the fact that Monsanto had a biomonitoring study that the Spanish dismissed because of a non-human primate study that showed higher excretion in the feces than in the urine following a dermal exposure. I suggest that the TWG use a metabolism/dermal absorption consultant by the name of Brian Jones who could critically review the non-human primate dermal study and the likely metabolism (or lack of) of glyphosate following dermal exposure. Hopefully, he could **put a position together on the non-relevance of the findings** in the old non-human primate study. In addition, perhaps a package of dermal absorption studies (rat in vivo and human and rat in vitro) on the representative formulation may provide more detailed results and the in vivo study could be used to show that glyphosate is not metabolized and is mainly excreted in the urine (and the studies could also be used in the U.S. in the future)."

---

[362] Rozman, KK and Klaassen CD., "Absorption, distribution and excretion of toxicants," in Cassarett & Doull's Toxicology, The Basic Science of Poisons. 5th edition. 1996. McGraw-Hill.

[363] "A Wealth of Expertise," DTL Laboratory, http://www.dermaltechnology.com/about/

[364] Email from Simon Hill, Syngenta Ltd., January 20, 2009, CC: Christophe Gustin, Monsanto

Murdock v. Monsanto
November 21, 2022
Page 181

In fact, DTL did use *"a different skin preparation method,"* as described in the following section.

**DTL Laboratory Human Epidermis Preparation Methods**

It is generally accepted and required laboratory practice to report the procedures used to prepare the epidermis for use in dermal absorption studies. A group of laboratory reports on various glyphosate formulations (in vitro absorption through human dermatomed skin) were issued to Monsanto by Dermal Technology Laboratory, Ltd., from 2010 – 2017.

**Figure 29** describes the epidermis preparation procedure as stated in each *"Materials and Methods"* section in the four laboratory reports dated 2010:

| |
|---|
| **3.5.7        Human epidermis preparation**<br><br>Human skin samples were obtained from a tissue bank.  The skin samples were immersed in water at 60 ºC for 40-45 seconds and the epidermis teased away from the dermis.<br><br>Each membrane was given an identifying number and stored frozen, at approximately -20 ºC, on aluminum foil until required for use. |

**Figure 29. DTL Laboratory Epidermis Preparation Procedure
(2010 Reports Only)**

However, in the four subsequent reports (two dated 2015 and two dated 2017), this information was removed, and a new (incomplete) preparation method description was included under "Experimental Procedures" as described in **Figure 30**:

| |
|---|
| **4.4        Skin preparation**<br>**4.4.1        Human dermatomed skin**<br><br>Human skin samples were obtained from the National Disease Research Interchange (NDRI, Philadelphia, Pennsylvania, U.S.A.). Skin sections were cut at a thickness setting of 400 µm using an electric dermatome. Individual donor details are presented in Appendix 12.<br><br>Each skin sample was given an identifying number and stored frozen, at approximately -20 ºC, on aluminum foil until required for use. |

**Figure 30. DTL Laboratory Epidermis Preparation Procedure
(Post-2010 Reports Only)**

Murdock v. Monsanto
November 21, 2022
Page 182

Following 2010, no further mention was made in the reports of immersing ("cooking") the skin in water at 140° F (60 degrees C) for 40-45 seconds followed by freezing the skin at -20ºC prior to the subsequent dermal absorption analyses.

Numerous studies have been published using skin from different animal models. However, the knowledge that there is a significant difference in absorption when it comes to different animal species and humans has led to the necessity of a thorough interpretation when adapting data from animal studies that are to be used in relation to humans. Interpretation of the data to refine dermal absorption values can vary between regulatory authorities.[365,366]

## Dermal Absorption and Pharmacokinetic Studies of Glyphosate

### Models Used to Measure Glyphosate Dermal Absorption

There are four primary models which have been used to measure glyphosate dermal absorption: (1) the Maibach studies of 1983, (2) the Wester et al., studies of 1991, (3) Franz (1983) and (4) TNO (2002). All these studies were funded by Monsanto. This section reviews these studies and assesses the findings in light of present-day objective science.

### Maibach Study (1983)

Full Title: Maibach, H.I. (1983) "(a) Elimination of $^{14}$C-glyphosate in Rhesus monkeys following a single parenteral dose, (b) Percutaneous absorption of 14C-glyphosate in Roundup formulation in Rhesus monkeys following a single topical dose." Unpublished report No. MA-81-349, dated 1 April 1983, from University of California, School of Medicine; San Francisco, California, USA. Submitted to WHO by Monsanto Int. Services SA, Brussels, Belgium.

This Monsanto-funded study included human in vitro testing as well as an in vivo primate (monkey) testing. The test material was a Roundup formulation supplied by Monsanto; the formulation used was the mono isopropylamine salt of glyphosate. No surfactants or other adjuvants were listed as ingredients.

- Part (a): $^{14}$C-Glyphosate (MON 0139; isopropylamine salt) was administered to four Rhesus monkeys through intramuscular (IM) injection. Maibach found that, on

---

[365] "Guidance notes on dermal absorption," OECD Environment, Health and Safety Publications, Series on Testing and Assessment No. 156. ENV/JM/MONO(2011)36.

[366] U.S. EPA OPP Memorandum June 2, 2010. "Review of Triple Pack dermal absorption studies for Maxim Quattro."

Murdock v. Monsanto
November 21, 2022
Page 183

average, 89.9% of the injected dose was excreted in the urine. He <u>did not</u>, however, measure the amount of glyphosate eliminated in the feces. Maibach reported two distinct phases of urinary excretion: (1) 0-24 hours $t_{1/2}$ = 6.9 hrs. and (2) 1-7 days $t_{1/2}$ = 35.1 hrs., concluding that "systemic doses of glyphosate in MON 039 are rapidly eliminated in monkeys, predominantly via the urine."

- Part (b): $^{14}$C-Glyphosate (MON 0139; isopropylamine salt) was dermally applied to Rhesus monkeys at a concentration of 1.13 mg/cm$^2$. The IM data from Part (a) was used to quantify the dermal penetration obtained in this part of the experiment.

There are problems with the findings of this study. Since the majority of $^{14}$C-Glyphosate administered by IM injection was excreted rapidly through the urine, Maibach erroneously assumed that 89.9% of the dermal dose would be eliminated in the urine as well. He used this correction factor for incomplete urinary excretion (89.9%) to determine that 1.8% of the applied dermal dose penetrated the skin. <u>This conclusion was errant for several reasons</u>:

1) Two different routes of exposure (IM versus dermal),

2) Two different paths of excretion (urinary and fecal), and

3) Failure to measure the $^{14}$C-Glyphosate excreted in the feces.

Additionally, a further error was made by assuming the unrecovered glyphosate was permanently bound in the skin. The skin-washing procedure removed 14.2% (standard deviation of 3.5%) of the applied $^{14}$C-label on the glyphosate. Therefore, only 16% (14.2 + 1.8) of the dermally applied glyphosate was recovered. The total percent recovery was low (*i.e.,* 16.0%). Although a definitive explanation cannot be offered for the low recovery, previous experience suggests that much of the test material may in some way bind to or in the skin and cannot be removed by washing. This bound material is not apparently available for systemic absorption."[367]

The key point is that this explanation is inconsistent with generally accepted guidelines. For example, OECD guidelines[368] cite that an adequate mean recovery is in the range of

---

[367] Maibach, H.I., "(a) Elimination of 14C-glyphosate in Rhesus monkeys following a single parenteral dose, (b) Percutaneous absorption of 14C-glyphosate in Roundup formulation in Rhesus monkeys following a single topical dose," 1983, Unpublished report No. MA-81-349, from University of California, School of Medicine, San Francisco, California, USA. Submitted to WHO by Monsanto Int. Services SA, Brussels, Belgium.

[368] Guidelines require that at least 90% of the dose be accounted for compared to just 16% in the Maibach study.

Murdock v. Monsanto
November 21, 2022
Page 184

100 ± 10% (OECD, 2004). If the test material did indeed bind to or in the skin, then it could have been available for absorption and, according to guidelines given by OECD, would have to be included in the amount absorbed.[369]

In 1985, the U.S. EPA classified the Maibach, 1983, study as <u>unacceptable</u> since the majority of the dose could not be accounted for. Currently, most authorized agencies calculate by "*absorbed amount + amount remaining in the treated area tissue + (when necessary) amount remaining in the skin tissue after a washing process*" when calculating the absorption amount.[370]

In communications regarding the Maibach study, Richard Dirks, Ph.D., Senior Product Toxicologist at Monsanto, wrote (April 11, 1983):

> "The total percent recovery (percent label removed by washing plus total percent label contained in urine) was low, i.e., 16.0%. A definitive explanation for the low recovery is not provided in the report, but the author does state that previous experience would suggest that much of the test material may in some way bind to or in the skin and cannot be removed by washing. In support of this, it has been reported (Vickers, 1963) that a "chemical reservoir" is formed in the skin after drug application which is eventually shed without penetration. Thus, it is concluded that the bound material is not apparently available for systemic absorption." [371]

It is critical to note that the OECD guidelines state that the amount of substance not found in the donor chamber must be considered absorbed and, therefore, potentially available in the systemic circulation. This also accounts for the amount of substance deposited in the skin.[372]

Subsequent experiments have demonstrated that absorption of chemicals temporarily deposited in the skin can continue for up to <u>24 hours</u> or more after exposure has ended.

---

[369] OECD/OCDE 427, "Guidelines for the testing of chemicals. Skin absorption in vivo Method," Adopted: (Organization for Economic Co-operation and Development) 13 April 2004.

[370] Jaehwan, S., "Comparison of international guidelines of dermal absorption tests used in Pesticides Exposure Assessment for Operators," 2014, Toxicol Res 4, pp. 251-260.

[371] MONGLY01330783

[372] Organization for Economic Co-operation and Development (OECD), "Guidance document for the conduct of skin absorption studies," 2004a, Paris. 28, pp.1-31.

Murdock v. Monsanto
November 21, 2022
Page 185

Thus, temporary skin deposition will potentially underestimate the true absorption if assessed in blood or urine immediately following exposure (within 24 hours).[373]

**Wester et al. Study (1991)**

Full Title: Wester, R. et al., "Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination," 1991, Fundamental and Applied Toxicology 16, pp. 725-732.

This Monsanto-funded study included human in vitro testing as well as in vivo primate (monkey) testing. The test material was a Roundup formulation supplied by Monsanto; it is not stated what glyphosate salt was used in the formulation. The exact formulation was not disclosed, but no surfactants or other adjuvants were listed as ingredients.

<u>In vitro human skin absorption</u>: A finite dose technique was used with human plasma as the receptor fluid in a flow-through diffusion cell. Dosing concentrations ranged from 2.6 $\mu g/cm^2$ to 154.0 $\mu g/cm^2$ with exposure times of 30 minutes, 4 hours, 8 hours and 16 hours. The greatest absorption (2.2 ± 0.5%) occurred at the lowest glyphosate dose concentration (2.6 $\mu g/cm^2$) after 8 hours of exposure. This was more than twice that which was absorbed at any of the other dose concentrations <u>after</u> 8 hours.

The data in this study is highly variable, *i.e.,* it shows no discernable pattern with respect to the dose and time of exposure other than that the highest percentage of absorption occurred at the lowest dermal dose. The standard deviation of the mean was greater than the mean for 12 of the 20 means reported. No overall accountability (mass balance) was provided for this part of the study; no data was provided with respect to how much glyphosate was lost. Thus, it was not possible to compare the percentage lost to that of the in vivo dermal study.

<u>In vivo rhesus monkeys' IV doses</u>: Three Rhesus monkeys were intravenously dosed with 93 $\mu g$ glyphosate and three were dosed with 9 $\mu g$ glyphosate. The study found that in the six monkeys, 95% - 99% of the IV administered dose was recovered in the urine. Overall accountability was greater than 96% of the administered doses. Wester et al. used these results to make the assumption that all dermally absorbed glyphosate would similarly be

---

[373] "Dermal absorption of pesticides – evaluation of variability and prevention," 2009, Danish Environmental Protection Agency. Pesticides Research No. 124, 13.1.

Murdock v. Monsanto
November 21, 2022
Page 186

excreted in the urine. This assumption is invalid according to their data reported in the next part of the study.

<u>In vivo rhesus monkeys' dermal dosing</u>: Eight monkeys were dermally dosed with one of two doses as summarized in **Table 17**.

**Table 17**
**Disposition of Glyphosate Following Topical Administration to Rhesus Monkeys[374]**

| Disposition Site | Percentage of applied dose* | |
|---|---|---|
| | Dose C = 5400 µg/20 cm2 | Dose D = 500 µg/20 cm2 |
| Urine | 2.2 ± 1.5 | 0.8 ± 0.6 |
| Feces | 0.7 ± 0.5 | 3.6 ± 1.6 |
| **Urine + Feces** | **2.9 ± 2.0** | **4.4 ± 2.2** |
| Surface Washes | 73.5 ± 6.0 | 77.1 ± 9.2 |
| Contaminated Solids | 0.05 ± 0.1 | 0.3 ± 0.1 |
| **Total** | **76.5 ± 6.7** | **81.8 ± 6.9** |

*Topical administration in four Rhesus monkeys per dose: *Each value is the mean ± SD for 4 monkeys."

The above data reveals several critical findings:

1) The low topical dose was excreted primarily in the feces. In the monkeys administered Dose D, 3.6% of the dermally applied dose was recovered in the feces whereas only 0.8% was recovered in the urine (**total dermal absorption of 4.4%).** From this data, it is apparent that **urine recovery does not accurately represent the amount of glyphosate that was dermally absorbed**. In this case, 4.5 times more glyphosate was found in the feces than in the urine.

2) This study finding is deeply troubling since epidemiology studies rely on urine concentrations to quantify the systemic dose of glyphosate exposure through dermal absorption. The lower dose (Dose D) at 500 µg/20 cm$^2$ corresponds to real world exposures in farmers and applicators. Thus, the exposure studies prepared by Monsanto that have relied on urinary excretion are <u>in error by a factor of 4.5 times the</u>

---

[374] Wester, R. et al., "Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination, 1991, Fundamental and Applied Toxicology 16, pp. 725-732.

Murdock v. Monsanto
November 21, 2022
Page 187

current calculated values. From the data in this study, the total systemic dose from dermal exposure can be calculated:

$$\text{GLY}_{\text{systemic}} = \text{GLY}_{\text{urine}} + \text{GLY}_{\text{feces}}$$

$$= \text{GLY}_{\text{urine}} + 4.5 \times \text{GLY}_{\text{urine}}$$

$$\text{GLY}_{\text{systemic}} = 5.5 \times \text{GLY}_{\text{urine}}$$

The actual systemic dose in the human epidemiological exposure studies could have been accurately quantified by including the relative amount of glyphosate that would have been excreted in the feces, but which was not measured.

3) The dose of 5,400 µg/20 cm$^2$ is too large to accurately represent the dose/absorption relationship. As previously explained, dosing conditions can have enormous effects on percent absorption. The excessive dosing in this case is approaching infinite dosing and the excess does not contribute to absorption, but it does diminish the calculated percent of dose absorbed.[375] U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process.[376] The resulting error herein is an artificially reduced percent absorption; this high saturation dose resulting in 2.9% absorption is not relevant when looking at percent absorption.

4) The effect of glyphosate on skin has been shown to depend on the relative concentration of glyphosate. Dermal cells exposed to low levels of glyphosate have been shown to induce a stiffening of the cytoskeleton (the cell's internal structural support) while higher levels of glyphosate cause gross changes in cell shape.[377] As realistic exposure levels were not used; the findings are automatically suspect.

5) Only 81.8% of the applied "Dose D" was recovered. The authors claimed that the remaining 18.2% was "lost" since it was not detected. If any of the missing 18.2% remained in the monkey in tissue or fluid that was not tested, the amount absorbed would have been underestimated. The lost material is beyond the acceptable limit according to OECD guidelines of mass balance. If all the missing 18.2% is assumed to have remained in the monkey and is included the amount absorbed, the total% of

[375] Frasch, H.F. et al., "Analysis of finite dose dermal absorption data: Implications for dermal exposure assessment," 2014, J Expo Sci Environ Epidemiol, Vol. 24(1), pp. 65–73.

[376] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, pg. 4.

[377] Heu, C. et al., "Glyphosate-induced stiffening of HaCaT keratinocytes, a peak force tapping study on living cells," 2012, Journal of Structural Biology, 178, pp. 1-7.

Murdock v. Monsanto
November 21, 2022
Page 188

applied dose absorbed becomes 22.6%. Either way, a casual and unverifiable "claim" that 18.2% of the dose was "lost" can scarcely be regarded as objective and should be added to the amount absorbed (4.4%) to provide an upper limit value of 22.6%.

6) The impact of surfactants on absorption is still not considered in this study.

From Wester et al. it is reasonable to conclude that dermal absorption at "Dose D" reasonably estimates a dermal absorption dose ranging from **4.4% to 22.6%**. More importantly, the epidemiological exposure studies underestimate the systemic dose from dermal absorption by a factor of 4.5 due to the failure to consider hepato/fecal elimination at the lower dose levels.

### *Concern of Cross-Contamination in the Wester et al. Study (1991)*

The rhesus monkeys were placed in metabolic chairs for the dosage period (12 hours) of the study, then housed individually in metabolic cages. A belly plate and apron were positioned on the metabolism chair under the skin-dosing site. A pan collected urine, feces and other solids such as residual food and hair. Surface washes collected the residual dose left on the skin.

Only 75-80% of the dermally applied dose was recovered in all the collections. Wester noted that the missing 20-25% dose was "lost" during the procedure, and he considered this not to be unusual as similar losses had occurred in previous studies. He attributed the loss to exfoliation of skin which "will scatter microscopic tissue and bound chemical to the atmosphere, making total accountability impossible to achieve."

Wester did not mention any other mechanisms of loss, such as monkeys touching the dosing sites, which would have easily explained the unacceptable 20-25% loss of the dose amount. Therefore, it is reasonable to conclude that such losses did not occur.

Metabolic chairs come in various configurations as shown in the following images as different types of research will require different restraining needs. These "chairs" allow for the isolation of body parts with the use of belly plates, restraints, etc. (see **Figures 31** and **32**.)

Murdock v. Monsanto
November 21, 2022
Page 189



**Figure 31. Metabolic chairs for primates[378]**



**Figure 32. Primate chairs used in study testing**

---

[378]  Images retrieved from http://www.oipa.org/international/photo/vivisection_primates.htm and from https://www.thomasrecording.com/solutions/solution-primate.html

Murdock v. Monsanto
November 21, 2022
Page 190

### *Review of Monsanto Studies*

**Monsanto in vitro Absorption Study of Glyphosate by DTL (2010) - (MON 79545) 450 g/L Glyphosate SL Formulation (MON 79545)**

In February 2010, the United Kingdom's Dermal Technology Laboratory, Ltd., (DTL) completed their Monsanto-commissioned laboratory study entitled "In vitro absorption of glyphosate through human epidermis" (MON 79545) wherein they investigated the absorption and distribution of glyphosate in three different herbicide formulations. For all three formulations, they concluded that the dermal absorption of glyphosate from exposure to the herbicide would be minimal and <u>far less than 1%</u>. The study specifically concluded that, for the high undiluted dose, "the mean total amount of absorbed glyphosate was 0.0573 ug/cm$^2$ (**0.012%** of applied dose)." For the 1 to 15.6 (28.8 g/L) dilution and 1 to 188 (2.4 g/L) dilution (consistent with spray applications), "the mean total amounts of absorbed glyphosate were 0.379 and 0.021 ug/cm$^2$ (**0.129%** and **0.082%** of applied dose), respectively." In this study, glyphosate was removed from the surface of the epidermis by washing and then tape stripping. The amount of glyphosate on the epidermis after tape stripping, including that absorbed, was termed "potentially biologically available" and was determined to be 0.**049%, 0.796% and 0.245%** in order of increasing glyphosate formulation concentration.

However, there are serious problems with this study (as well as with other DTL studies) that contribute to inconsistency and, consequently, warrant the study's exclusion.

The design of the study included finite dosing of 10 µL/cm$^2$ which was used on a surface of 2.54 cm$^2$; this was left un-occluded for an exposure period of 24 hours with no interim wash. A static-type glass diffusion cell was used with dermatomed human skin. Each formulation was applied in three doses: one concentrated dose and two diluted doses. Thus, the amount of glyphosate in the 25.4 µL volume applied depended on the dilution. The absorption process was followed by taking samples of the receptor fluid (physiological saline) at recorded intervals throughout the exposure period.

Assessment of the DTL methodology reveals that 4,589 µg glyphosate acid/cm$^2$ was used in the formulation concentrate study and 293 µg glyphosate acid/cm$^2$ was used in the 1 to 15.6 dilution and 25 µg glyphosate acid/cm$^2$ was used in the 1 to 188 dilution study.

Murdock v. Monsanto
November 21, 2022
Page 191

U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process.[379] Thus, the formulation's concentration dose used *was not in compliance* and exceeded the threshold for maximum practical dose by a factor of 4.6.

DTL failed to properly follow OECD GD 28 (OECD, 2004c) regulations with respect to the definition and methodology that defines absorbed dose:

- The laboratory **did not always include** the glyphosate recovered from the tape stripping as they claimed that it was not biologically available.

- They also **did not always include** the amount of glyphosate recovered from stratum corneum (available for eventual absorption).

The "In vitro absorption of glyphosate through human epidermis" study presents itself as a pre-destined design failure. It is completely inconsistent with other previous Monsanto in vitro and in vivo studies and should be excluded as DTL violated OECD test regulations

Under "OECD guidelines for the testing of chemicals, Skin Absorption: in vitro Method 428," adopted April 13, 2004, "*The test substance remaining in the skin should be considered as absorbed unless it can be demonstrated that absorption can be determined from receptor fluid values alone.*" Analysis of the other components (material washed off the skin and remaining within the skin layers) allows for further data evaluation including total test substance disposition and percentage recovery.

OECD GD 28 (OECD, 2004c) notes that, under certain circumstances, in vivo skin levels of the test compound need not be considered to be percutaneously absorbed.[380] This is appropriate where it can be demonstrated that test compound in the layers of skin at the end of a study will ultimately remain in the skin or be removed by the surface shedding of the stratum corneum.

However, for in vitro studies, OECD GD 28 notes that microcirculation is obliterated and the terminal stratum corneum levels may be elevated compared with in vivo levels. For these studies, Organization for Economic Co-operation and Development (OECD) GD 28 states "…it is therefore necessary that skin levels of test compound measured at the end of a study be included with the receptor fluid levels to determine total percutaneous

---

[379] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, p. 4.
[380] OECD "Guidance notes on dermal absorption," Draft, October 22, 2010.

Murdock v. Monsanto
November 21, 2022
Page 192

absorption. Skin absorption may be expressed using receptor fluid alone provided that this can be justified."

The current approach taken by nearly all regulatory agencies is to determine the dermal absorption value by adding the absorbed dose and the chemical remaining in the application site and surrounding skin following washing. This is appropriate for both in vivo and in vitro studies <u>unless compelling evidence</u> is presented that demonstrates that at least some portion of the residue in the skin is unlikely to be absorbed. However, there is currently some international disagreement about whether part or all the test substance should be included in the dermal absorption value that is retained in the stratum corneum and can be removed by tape stripping.

For <u>in vivo studies</u>, it is widely accepted that, if absorption can be demonstrated as complete, then all or part of the chemical remaining in the skin may be considered as unavailable for absorption.

For <u>in vitro</u> studies, some regulatory authorities have a similar approach as for in vivo studies in that some of the amount retained in the skin may be considered as unavailable for systemic absorption.

Others would include all the test substance retained in the skin following in vitro exposure. The following sections provide guidance to assist in the consideration of whether to exclude some portion of the residue in the skin.

### *Tape Stripping*

OECD GD 28 states that skin fractionation may be conducted following exposure either in vitro or in vivo and notes that tape stripping can be difficult in vitro with epidermal membranes, rodent skin, study durations of more than 24 hours or where the test preparation alters the stratum corneum.

Test substance retained in the top few layers of the stratum corneum (*i.e.,* contained in the first few tape strips) may be removed by desquamation and therefore may not be absorbed. This includes substances retained in the top few layers of the stratum corneum as well as material that has not penetrated the stratum corneum but is protected from wash-off (for example, in hair follicles or sweat ducts).

Murdock v. Monsanto
November 21, 2022
Page 193

In the European Union and some other countries, it is the general practice to exclude the amount that was found in the first (upper) <u>two tape strips</u> at study completion both in vitro and in vivo.

Test substance in lower layers of the stratum corneum may penetrate the dermis or may be removed by desquamation. Determination of the potential bioavailability of this test substance should be made on a case-by-case basis.

Dermal absorption is primarily a diffusion-driven process and therefore test substances in the lower layers of the stratum corneum should be assumed to form a reservoir that may become systemically available <u>unless it can be demonstrated in vivo</u> that absorption is complete, and this test substance will remain in the stratum corneum until exfoliated.

Deviations or lack of documentation within the DTL (2010) studies include:

- Failure to include glyphosate remaining in the stratum corneum

- No documentation as to how the split-thickness skin measurement (typically 200-400 µm thick) is prepared.

- Although tape striping was performed, all the layers were excluded from the "mean total amounts of absorbed glyphosate" at **0.012%**, **0.129%** and **0.082%** as reported.

- Tape stripping has only been discussed in the "Draft" 2010 OECD regulations and is limited to the first two tape strip extractions. Even if it were the official regulation, DTL deviated from the proposed methodology.

In summary, *"The current approach taken by nearly all regulatory agencies is to determine the dermal absorption value by adding the absorbed dose and the chemical remaining in the application site and surrounding skin following washing. This is appropriate for both in vivo and in vitro studies unless compelling evidence is presented that demonstrates that at least some portion of the residue in the skin is unlikely to be absorbed."* (OECD, "Guidance Notes on Dermal Absorption [draft]," October 22, 2010)

It is also critical to note that results of the 1 to 188 spray dilution MON 79545 dermal absorption study (0.082% absorbed) fall approximately 35 times below the prior 3% dermal absorption value established by the U.S. EPA and 54 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester et al. study (1991).

Murdock v. Monsanto
November 21, 2022
Page 194

**Monsanto in Vitro Absorption Study of Glyphosate by DTL (2010) - (MON 52276)**

In February 2010, Dermal Technology Laboratory, Ltd., also completed their Monsanto-commissioned lab study entitled "In vitro absorption of glyphosate through human epidermis." For MON 52276 concentrate (undiluted dose), "the mean total amount of absorbed glyphosate was 0.332 ug/cm$^2$ (0.009% of applied dose)." For the 1 to 12.5 and the 1 to 150 dilutions (consistent with spray applications), "the mean total amounts of absorbed glyphosate were 0.086 and 0.023 ug/cm$^2$ (0.029% and **0.092%** of applied dose), respectively." Thus, compared to earlier (non-DTL) studies, results of the above MON 52276 high dose dermal absorption study fell approximately 103 times below the prior 3% dermal absorption value established by the U.S. EPA and 151 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester et al. study (1991). The MON 52276 diluted dose dermal absorption study fell approximately 33 times below the prior 3% dermal absorption value established by the U.S. EPA and 48 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester et al. study (1991).

**Monsanto in Vitro Absorption Study of Glyphosate by DTL (2010) - (MON 79351)**

Studies on MON 79351, also completed in February 2010, reported for the high undiluted dose that "the mean total amount of absorbed glyphosate was 0.342 ug/cm$^2$ (**0.007%** of applied dose)." For the 1 to 16.7 dilution (consistent with spray applications), "the mean total amount of absorbed glyphosate was 0.553 ug/cm$^2$ (**0.182%** of applied dose)." Thus, compared to earlier (non-DTL) studies, results of the above MON 79351 high undiluted dose dermal absorption study fell approximately 16 times below the prior 3% dermal absorption value established by the U.S. EPA and 24 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester et al. study (1991).

The above studies were carried out under the direction of R.J. Ward. DTL is managed by Dave Fox who was previously the head of the in vitro percutaneous absorption group at Syngenta Central Toxicology Laboratory. (Syngenta is also a producer of glyphosate and seeds.)

The above DTL studies are vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories. The inexplicable differences in dermal absorption bioavailability unquestionably renders the study credibility as suspect and, consequently, warrants its exclusion.

Murdock v. Monsanto
November 21, 2022
Page 195

**Monsanto in Vitro Absorption Study of Glyphosate by DTL (2015) - (MON 76829) 72 g/L Glyphosate Gel Formulation**

In April 2015, Dermal Technology Laboratory, Ltd., completed their Monsanto-commissioned lab study entitled "72 g/L Glyphosate Gel Formulation (MON 76829) - In vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate."

Human skin samples were obtained from the National Disease Research Interchange (NDRI, Philadelphia, Pennsylvania). Skin sections were cut at a thickness setting of 400 μm using an electric dermatome. It is not stated in the methodology whether tissues were also separated by heat.

The type of static glass diffusion cell used in this study had an exposed skin surface area of 2.54 cm$^2$ and a receptor volume of approximately 4.5 mL. Discs of approximately 3.3 cm diameter of prepared skin were mounted, dermal side down, in diffusion cells held together with individually numbered clamps and placed in a water bath maintained at 32°C ± 1°C. A nominal application rate of 10 μL/cm$^2$ or 720 μg glyphosate acid/cm$^2$ was reported.

DTL concluded that the highly concentrated gel formulation had a dermal absorption rate of glyphosate from exposure to the herbicide gel at 6, 8 and 10 hours of 0.013 μg/cm$^2$, 0.018 μg/cm$^2$ and 0.014 μg/cm$^2$, respectively. These respective amounts expressed as percentages of the applied dose were 0.002%, 0.003% and 0.002%. The mean amount penetrated over the entire 24-hour experimental period was 0.018 μg/cm$^2$ corresponding to **0.003%** of the applied dose. "Practically all of the applied glyphosate acid (105%) was washed off the surface of the skin following the six-hour exposure with a further 0.048% being removed at the 24-hour wash." The proportions of the dose applied that were recovered from the donor chamber, stratum corneum (tape strips 1-5), and remaining skin were 0.042%, 0.003% and 0.009%, respectively. The proportions of the dose applied that were recovered from the donor chamber, stratum corneum (tape strips 1-5), and remaining skin were 0.042%, 0.003% and 0.009%, respectively. The bioavailability of glyphosate acid from this gel formulation was reported to be **0.011%** of the applied dose.

Assessment of the DTL methodology reveals that 720 μg glyphosate acid/cm$^2$ was used in this study. The U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption

Murdock v. Monsanto
November 21, 2022
Page 196

process.[381] Thus, the dose was in compliance, but at the upper range (72% of the threshold).

It is not stated in the methodology whether tissues were also separated by heat and if so, what temperature or duration. Results of the MON 76829 gel dermal absorption study fall approximately 272 times below the prior 3% dermal absorption value established by the U.S. EPA and 400 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester et al. study (1991).

Most importantly, this study tested a glyphosate gel and did not include any surfactants which are typically a major component of Roundup formulations and allow for penetration of the formulation.

The study was carried out under the direction of Diane J. Davis who worked for Syngenta until 2007. As mentioned earlier, DTL is managed by Dave Fox who was previously the head of the in vitro percutaneous absorption group at Syngenta Central Toxicology Laboratory. (Syngenta is also a producer of glyphosate and seeds.) This DTL study is vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories. The inexplicable differences in dermal absorption bioavailability renders the credibility of this study of questionable merit and, consequently, warrants its exclusion.

**Monsanto in Vitro Absorption Study of Glyphosate by DTL (2015) - (MON 76258) 7.2g/L Glyphosate Gel Formulation**

In April 2015, Dermal Technology Laboratory, Ltd., also completed their Monsanto-commissioned lab study entitled "7.2 g/L Glyphosate Gel Formulation (MON 76258) - In vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate"

Human skin samples were obtained from the National Disease Research Interchange (NDRI, Philadelphia, Pennsylvania). Skin sections were cut at a thickness setting of 400 µm using an electric dermatome. It is not stated in the methodology whether tissues were also separated by heat.

The type of static glass diffusion cell used in this study had an exposed skin surface area of 2.54 cm$^2$ and a receptor volume of approximately 4.5 mL. Discs of approximately 3.3 cm diameter of prepared skin were mounted, dermal side down, in

---

[381] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, p. 4.

Murdock v. Monsanto
November 21, 2022
Page 197

diffusion cells held together with individually numbered clamps and placed in a water bath maintained at 32°C ± 1°C. A nominal application rate of 10 μL/cm$^2$ or 720 μg glyphosate acid/cm$^2$ was reported.

DTL concluded that the gel formulation had a dermal absorption rate of glyphosate from exposure to the herbicide at 6, 8 and 10 hours of 0.005 μg/cm$^2$. These respective time points can be expressed as percentages of the applied dose, *i.e.,* 0.002%, 0.003% and 0.002%. The mean amount penetrated over the entire 24-hour experimental period was 0.006 μg/cm$^2$ corresponding to **0.008%** of the applied dose. "Practically all of the applied glyphosate acid (103%) was washed off the surface of the skin following the six-hour exposure with a further 0.211% being removed at the 24-hour wash." The proportions of the dose applied that were recovered from the donor chamber, stratum corneum (tape strips 1-5), and remaining skin were 0.035%, 0.017% and 0.023%, respectively. The bioavailability of glyphosate acid from this gel formulation was **0.040%** of the applied dose.

Assessment of the DTL methodology reveals that 7.2 μg glyphosate acid/cm$^2$ was used in this study. The U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process.[382] Thus, the dose was in compliance at the upper range (7.2% of the threshold).

It is not stated in the methodology whether tissues were also separated by heat and if so, what temperature or duration. Results of the MON 76258 gel dermal absorption study fall approximately 75 times below the prior 3% dermal absorption value established by the U.S. EPA and 110 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester et al. study (1991).

Most importantly, this study tested a glyphosate gel and did not include any surfactants which are typically a major component of Roundup formulations and allow for penetration of the formulation.

As above, the study was carried out under the direction of Diane J. Davis who worked for Syngenta up to 2007. DTL is managed by Dave Fox who was previously the head of the in vitro percutaneous absorption group at Syngenta Central Toxicology Laboratory. This DTL study is vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories. The

---

[382] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, p. 4.

Murdock v. Monsanto
November 21, 2022
Page 198

inexplicable differences in dermal absorption bioavailability renders the credibility of this study of questionable merit and, consequently, warrants its exclusion.

**Monsanto in vitro Absorption Study of Glyphosate by DTL (2016) - (MON 76952) 500 g/L Glyphosate SL Formulation**

During August 2016, Dermal Technology Laboratory, Ltd., also completed their Monsanto-commissioned lab study entitled "500 g/L Glyphosate SL Formulation (MON 76952) - In vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate"

Human skin samples were obtained from the National Disease Research Interchange (NDRI, Philadelphia, Pennsylvania). Skin sections were cut at a thickness setting of 400 µm using an electric dermatome. It is not stated in the methodology whether tissues were also separated by heat.

The type of static glass diffusion cell used in this study had an exposed skin surface area of 2.54 cm$^2$ and a receptor volume of approximately 4.5 mL. Discs of approximately 3.3 cm diameter of prepared skin were mounted, dermal side down, in diffusion cells held together with individually numbered clamps and placed in a water bath maintained at 32°C ± 1°C. A nominal application rate of 10 µL/cm$^2$ or 720 µg glyphosate acid/cm$^2$ was reported.

DTL concluded that the 500 g/L formulation concentrate had a dermal absorption rate of glyphosate with the mean amount penetrated over the entire 24-hour experimental period of 0.022 µg/cm$^2$ corresponding to 0.022% of the applied dose. The mean amount penetrated over the entire 24-hour experimental period was 0.512 µg/cm$^2$ corresponding to **0.010%** of the applied dose. Bioavailable dose was determined to be 0.088%.

With respect to the 1/500 w/v aqueous spray dilution after a small lag phase of 1 hour, *"practically no glyphosate was absorbed (0.0006 µg/cm$^2$/hour)."* The mean absorption rate of glyphosate acid through human dermatomed skin increased to 0.002 µg/cm$^2$/hour between 1-2 hours. This reduced to 0.0003 µg/cm$^2$/hour between 4-12 hours and 0.0001 µg/cm$^2$/hour between 12-24 hours. Over the 24-hour experimental period the mean absorption rate was 0.0003 µg/cm$^2$/hour.

The amounts of glyphosate acid that were absorbed through human skin at 6, 8 and 10 hours were 0.005 µg/cm$^2$, 0.006 µg/cm$^2$ and 0.006 µg/cm$^2$, respectively. These amounts expressed as percentages of the applied dose were 0.052%, 0.058% and 0.063%. The mean amount penetrated over the entire 24-hour experimental period

Murdock v. Monsanto
November 21, 2022
Page 199

was 0.008 µg/cm$^2$ corresponding to **0.081%** of the applied dose. Bioavailable dose was determined to be 0.200%.

Assessment of the DTL methodology reveals that 5,000 µg glyphosate acid/cm$^2$ and 10 µg glyphosate acid/cm$^2$ was used in this study. The U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process.[383] Thus, the high dose used exceeded the threshold by five-fold.

It is not stated in the methodology whether tissues were also separated by heat and if so, what temperature or duration.

Results of the 500 g/L MON 76952 concentrate dermal absorption study fell approximately 300 times below the prior 3% dermal absorption value established by the U.S. EPA and 440 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester et al. study (1991).

Results of the spray dilution MON 76952 dermal absorption study fell approximately 37 times below the prior 3% dermal absorption value established by the U.S. EPA and 54 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester et al. study (1991).

There is no indication that surfactants are present in this glyphosate formulation.

As before, the study was carried out under the direction of Diane J. Davis who worked for Syngenta up to 2007. DTL is managed by Dave Fox who was previously the Head of the in vitro percutaneous absorption group at Syngenta Central Toxicology Laboratory. This DTL study is vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories. The inexplicable differences in dermal absorption bioavailability renders the credibility of this study of questionable merit and, consequently, warrants its exclusion.

---

[383] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, p. 4.

Murdock v. Monsanto
November 21, 2022
Page 200

**Monsanto in vitro Absorption Study of Glyphosate by DTL (2015) - (MON 76879) 360 g/L Glyphosate SL Formulation**

During August 2017, Dermal Technology Laboratory, Ltd., also completed their Monsanto-commissioned lab study entitled "360 g/L Glyphosate SL Formulation (MON 76879) - In vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate"

Human skin samples were obtained from the National Disease Research Interchange (NDRI, Philadelphia, Pennsylvania). Skin sections were cut at a thickness setting of 400 µm using an electric dermatome. It is not stated in the methodology whether tissues were also separated by heat.

The type of static glass diffusion cell used in this study had an exposed skin surface area of 2.54 cm$^2$ and a receptor volume of approximately 4.5 ml. Discs of approximately 3.3 cm diameter of prepared skin were mounted, dermal side down, in diffusion cells held together with individually numbered clamps and placed in a water bath maintained at 32°C ± 1°C. A nominal application rate of 10 µL/cm$^2$ or 720 µg glyphosate acid/cm$^2$ was reported.

DTL concluded that the 360 g/L formulation concentrate had a dermal absorption rate of glyphosate from exposure to the herbicide with the mean amount of 0.791 µg/cm$^2$ penetrated over the entire 24-hour experimental period and corresponding to 0.022% of the applied dose.

A 1/267 w/v aqueous spray dilution had a dermal absorption rate of glyphosate absorbed through human skin at 6, 8, 10 and 12 hours at 0.004 µg/cm$^2$, 0.004 µg/cm$^2$, 0.005 µg/cm$^2$ and 0.005 µg/cm$^2$, respectively. These amounts expressed as percentages of the applied dose were 0.029%, 0.033%, 0.035% and 0.037%. The mean amount penetrated over the entire 24-hour experimental period was 0.006 µg/cm$^2$ corresponding to **0.042%** of the applied dose.

"*Practically all of the applied glyphosate acid (102%) was washed off the surface of the skin following the six-hour exposure with a further 0.375% being removed at the 24-hour wash.*" The proportions of applied dose recovered from donor chamber, stratum corneum and remaining skin were 0.080%, 0.032% and 0.111%,respectively. The bioavailability of glyphosate acid from the spray dilution is the sum of the receptor fluid dose at 24 hours plus the amount remaining in the skin following tape stripping and tape strips 3-5. This was **0.162%** of the applied dose.

Murdock v. Monsanto
November 21, 2022
Page 201

Assessment of the DTL methodology reveals that 3,600 µg Glyphosate acid/cm$^2$ and 13.5 µg glyphosate acid/cm$^2$ was used in this study. The U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process.[384] Thus, the high dose used exceeded the threshold by 3.6-fold. It is not stated in the methodology whether tissues were also separated by heat and if so, what temperature or duration.

Results of the spray dilution MON 76859 dermal absorption study fall approximately 18.5 times below the prior 3% dermal absorption value established by the U.S. EPA and 27.5 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester et al. study (1991).

This MON 76879 commercial formulation is noted to contain a surfactant called Synergen GD2 at a volume of 4.78% w/w while glyphosate (pure acid and salt) was 60.63% w/w. For comparison, the ethoxylated tallowamine (POEA) surfactant in Roundup Classic is designated by Monsanto as MON 0818[385] and is a concentration that is typically reported as approximately 15% of the formulation weight to volume or 150 g/L.[386,387,388,389] Per Johan van Burgsteden's "In vitro percutaneous absorption study with [14C]-glyphosate using viable rat skin membranes," June 14, 2002, **Unaudited draft report** V4478 (TNO Dermal Penetration Study), MON 35012 is known to constitute glyphosate isopropylamine salt (46% w/w) and surfactant cocoamine (18% w/w), water and minor ingredients (35.5% w/w). In that study, penetration of glyphosate was found to range from 2.6% to 10.3%.

The DTL 2015 (MON 76879) study was carried out under the direction of Diane J. Davis who worked for Syngenta up to 2007. DTL is managed by Dave Fox who was previously the Head of the in vitro percutaneous absorption group at Syngenta Central Toxicology

---

[384] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, pg. 4.

[385] Monsanto response to the concern of the Slovenian authorities on the composition of the Plant Protection Product MON 79376 (360 g/ 1 glyphosate) and the surfactant MON 59117 (CAS n ° 68478-96-6). MONGLY02817577

[386] Id.

[387] Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[388] Giesey, J. P., Dobson, S., & Solomon, K. R., "Ecotoxicological risk assessment for Roundup herbicide," 2000, Rev. Environ. Contam. Toxicol. 167, pp. 35-120.

[389] Defarge, N. E., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels, 2016, Int J Environ Res Public Health, Vol. 13(3), p. 264.

Murdock v. Monsanto
November 21, 2022
Page 202

Laboratory. This DTL study is vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories.

The **_inexplicable differences_** in dermal absorption bioavailability render the credibility of this study of any questionable merit and, consequently, warrants its exclusion.

**Effects of Temperature on Skin Used in Laboratory Experiments**

A 1998 study[390] by Wester et al. concluded that:

> "...human skin will sustain viability for 8 days following donor death in this system. Heat-treated (60°C water for one minute) and heat-separated epidermis and dermis **lose viability**.
>
> **Conclusions:** Human skin viability can be maintained for absorption studies. **It is recommended that** … **heat separation and skin freezing not be used** in absorption studies where skin viability and metabolism might be contributing factors to the study.
>
> "Dermatomed skin was heat-treated at 60°C for one minute to simulate the heat-separation procedure to produce epidermis separated from dermis (but no separation was performed) (Table 2). Lactate production decreased significantly (p<0.000; p<0.04) for both heat-treated skin samples. Therefore, **heating to separate epidermis from dermis damages viability**.
>
> "In another study [Table 3] lactate production was determined in heat-separated epidermis and dermis. The cumulative lactate production was much less than intact dermatomed skin, again showing the **detrimental effect of heat-separation on skin viability**."

These study citations clearly reveal that the outcomes of skin absorption tests can be influenced merely by choosing a particular skin preparation procedure. The profound differences in DTL results provide objective evidence that the laboratory may have engaged in such practices. It is further noteworthy that regarding changes that occur in skin when subjected to low temperatures, Messager et al. noted in a 2003 article[391] that:

> "Skin is complex and may display variable structural and metabolic change '_ex vivo_'. … Frozen samples showed some sign of stratum corneum fragmentation although this was not obvious. LDH activity measured in fresh samples kept at 4 °C was low, but it was stable up to 7 days. Fresh samples kept at 32 °C had a comparable LDH activity to the ones kept in the fridge up to 4 days. Frozen samples, thawed and then kept at 4 °C, showed a stable LDH activity after 24 h of incubation. However, frozen samples incubated at 32 °C demonstrated a high variability in results with up to 800 U/L of LDH activity after 5 days of incubation. … Although the measurement of enzyme activity was easy to perform and gave reproducible results, the use of single-enzyme activity (measuring only one pathway among the many metabolic pathways occurring within a cell) _can be criticized when used on its own_."

---

[390] Wester, et al., "Human Cadaver Skin Viability for _In Vitro_ Percutaneous Absorption: Storage and Detrimental Effects of Heat-Separation and Freezing," 1998, Pharmaceutical Research, Vol. 15, No. 1.

[391] Messager, et al., "Assessment of skin viability: Is it necessary to use different methodologies?" Skin Research and Technology, December 2003, Vol. 9, pp. 321–330.

Murdock v. Monsanto
November 21, 2022
Page 203

### *Summary of Monsanto Studies*

A summary of the available glyphosate dermal absorption studies is presented below in **Table 18**.

**Table 18**
**Glyphosate Dermal Absorption Studies**

| Name/Author | Study Sponsor | Date | Species | Design | Full Skin | Derma-tomed Skin | Stated% Dermal Absorption | % Absorption Including Unaccounted |
|---|---|---|---|---|---|---|---|---|
| Franz, *"Evaluation of the percutaneous absorption of three formulations of glyphosate"* | Monsanto | 1983 | Human | in vitro | Yes | Yes | 0.028% MON0139  0.063% Roundup  0.152% Spray Mix | 0.152% (fluid) plus 4.02% ("in epidermis") = 4.17% absorption |
| **Study Notes:** Study used unfrozen abdominal human skin obtained at autopsy; used radioactive glyphosate as labeled recovery target; failed to include unaccounted dose per OECD regulations; POEA of Roundup caused dermal absorption to increase by a factor of 2.25 due to the formulants in Roundup | | | | | | | | |
| Maibach, "*Elimination of 14C-glyphosate in Rhesus monkeys…*" | Monsanto | 1983 | Primate | in vivo | Yes | No | 1.80% | >1.8% |
| **Study Notes:** U.S. EPA guidelines require *that* at least 90% of dose be accounted for as compared to 16% in the Maibach study. U.S. EPA classified the study as <u>unacceptable</u> since the majority of dose was not correctly accounted for. | | | | | | | | |
| Wester, *"Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination."* | Monsanto | 1991 | Human, Primate | in vitro in vivo | Yes | No | 4.4% (low dose)  2.9% (high dose) | 22.6% (if bound and unaccounted amount added per OECP regulations) |
| **Study Notes:** Inappropriately large dose exceeded saturation; caused <u>artificial reduction</u> of percentage absorbed in test subjects. Additionally, study underestimates systemic dose from dermal absorption by a factor of 4.5 due to omission of fecal elimination. Authors state 18.2% was "lost." OECD regulations require bound or unaccounted dose to be added. Thus, 4.4% + 18.2% = 22.6%. | | | | | | | | |
| Wester, "*In vitro human skin absorption.*" | Monsanto | 1991 | Human | in vitro | - | - | 2.2% (± 0.5%) | - |
| **Study Notes:** Internal documents record fact that Monsanto considered study results *"too risky"* to submit. Study discontinued by Monsanto prior to regulatory review; *results were never published.* | | | | | | | | |

Murdock v. Monsanto
November 21, 2022
Page 204

**Table 18 Continued**

| Name/Author | Study Sponsor | Date | Species | Design | Full Skin | Derma-tomed Skin | Stated% Dermal Absorption | % Absorption Including Unaccounted |
|---|---|---|---|---|---|---|---|---|
| TNO Study: van Burgsteden, *"In vitro percutaneous absorption study [14C]-glyphosate using viable rat skin membranes"* (MON 35012) | Monsanto | 2002 | Rat | in vitro | - | - | 2.6% ± 1.4% (low dose) <br><br> 10.3% ± 4.2% (high dose) | Variable recovery <br><br> Up to 18% absorption |
| **Study Notes:** Maximum penetration of 10.3% occurred with the higher dose of MON 35012 concentrate which contained the surfactant Cocoamine; one test membrane absorbed approximately 18% of the applied dose. | | | | | | | | |
| TNO Study (MON 0319) (70%) | Monsanto | 2002 | Rat | in vitro | - | - | 1.4% ± 2.2% (low dose) <br><br> 1.3% ± 1.9% (high dose) | Variable recovery |
| **Study Notes:** IPA salt of glyphosate only; no surfactant in test formulation. Wide range of statistical variability reported (more than 100%) | | | | | | | | |
| DTL, *"450 g/L glyphosate in vitro absorption of glyphosate through human epidermis."* (MON79545) | Monsanto | Feb 2010 | Human | in vitro | No | Yes | 0.012% (high dose) 0.129% (med dose) 0.082% (low dose) | 0.049% (high dose) 0.796% (med dose) 0.245% (low dose) |
| **Study Notes:** Bioavailability (i.e. (absorbed + epidermis after tape striping) was 0.049%, 0.796% and 0.245% in order of increasing glyphosate concentration applied. This would have been higher, but the study excluded all glyphosate recovered from the stratum corneum. Study did not state tissue thickness. Manually teased away dermis following 60° emersion for 40-45 seconds. Failed to include stratum corneum quantities in total absorbed dose. | | | | | | | | |

Murdock v. Monsanto
November 21, 2022
Page 205

**Table 18 Continued**

| Name/Author | Study Sponsor | Date | Species | Design | Full Skin | Derma-tomed Skin | Stated% Dermal Absorption | % Absorption Including Unaccounted |
|---|---|---|---|---|---|---|---|---|
| DTL, *"360 g/L glyphosate in vitro absorption of glyphosate through human epidermis."* (MON 52276)" | Monsanto | Feb 2010 | Human | in vitro | No | Yes | 0.009% (high dose) 0.029% (med dose) 0.092% (low dose) | 0.064% (high dose) 0.134% (med dose) 0.277% (low dose) |

**Study Notes:** Bioavailable percentage would have been higher, but the study excluded all glyphosate recovered from the stratum corneum. When compared to earlier (non-DTL studies) high undiluted dose dermal absorption study this fell 333.33 times below the prior 3% dermal absorption value established by the U.S. EPA and 488.89 times less than that of the 4.4% dermal absorption rate measured in primates by Wester et al. (1991). These inexplicable findings of <u>vastly lower absorption values</u> fail to note that the glyphosate formulation is essentially *unchanged* since earlier studies were conducted.

| DTL, *"480 g/L glyphosate in vitro absorption of glyphosate through human epidermis"* (MON79351)" | Monsanto | Feb 2010 | Human | in vitro | No | Yes | 0.007% (high dose) 0.182% (med dose) 0.048% (low dose) | 0.123% (high dose) 0.262% (med dose) 0.799% (low dose) |

**Study Notes:** The bioavailable amount in the low dose dilution was 0.8%, this amount excludes all glyphosate in the stratum corneum, and would have been higher. When compared to earlier (non-DTL studies), high undiluted dose dermal absorption study fell ~16 times below the prior 3% dermal absorption value established by the US EPA and ~24 times less than that of the 4.4% dermal absorption rate measured in primates by Wester et al. (1991). These inexplicable findings of vastly lower absorption findings fail to note that the glyphosate formulation is essentially unchanged since earlier studies were conducted.

| DTL, *"72 g/L Glyphosate Gel Formulation - In vitro Absorption through Human Dermatomed Skin using [¹⁴C]- Glyphosate"* (MON 76829) | Monsanto | Apr 2015 | Human | in vitro | No | Yes | 0.003% ("applied dose") | 0.011% |

**Study Notes:** No surfactants were used in this study which is a typical component that helps with absorption in Roundup formulations. Study fails to state whether tissues were separated by heat and if so what temperature or duration. Results fall approximately 272 times below the prior 3% dermal absorption value established by the US EPA and 400 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester study (1991). Study is vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories

Murdock v. Monsanto
November 21, 2022
Page 206

**Table 18 Continued**

| Name/Author | Study Sponsor | Date | Species | Design | Full Skin | Derma-tomed Skin | Stated% Dermal Absorption | % Absorption Including Unaccounted |
|---|---|---|---|---|---|---|---|---|
| DTL, *"72 g/L Glyphosate Gel Formulation (MON 76258) - In vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate"* | Monsanto | Apr 2015 | Human | in vitro | No | Yes | 0.008% ("applied dose") | 0.04% |
| **Study Notes:** | No surfactants were used in this study which is a typical component that helps with absorption in Roundup formulations. Tissue cut @ 400 µm thickness via electrical dermatome; no implication whether tissue was heated; tissue was stored frozen at -20 ˚C. Complete amounts of recovered glyphosate in stratum corneum were not included. | | | | | | | |
| DTL, *"500 g/L Glyphose SL Formulation - In vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate,"* (MON 76952) | Monsanto | Aug 2016 | Human | in vitro | No | Yes | 0.010% (high dose) 0.081% (diluted dose) | 0.088% (High dose) 0.200% (diluted dose) |
| **Study Notes:** 5,000 µg glyphosate acid/cm$^2$ and 10 µg glyphosate acid/cm$^2$ used. U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process. Thus, the high dose used exceeded the threshold by a factor of 5. Tissue cut @ 400 µm thickness via electrical dermatome; no implication whether tissue was heated; tissue was stored frozen at -20 ˚C. There is no indication that surfactants are present in this glyphosate formulation. | | | | | | | | |
| DTL, *"360 g/L Glyphosate SL Formulation (MON 76258) - In vitro Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate"* | Monsanto | Aug 2017 | Human | in vitro | No | Yes | 0.022% (high dose) 0.042% (diluted dose) | 0.277% (high dose) 0162% (diluted dose) |
| **Study Notes:** Study results fall approximately **18.5 times below** the prior 3% dermal absorption value established by the US EPA and **27.5 times less** than that of the 4.4% dermal absorption rate measured in primates in the Wester study (1991). Tissue cut @ 400 µm thickness via electrical dermatome; no implication whether tissue was heated; tissue was stored frozen at -20˚C. Surfactants use is at a percentage lower that typical/classic glyphosate formulations. | | | | | | | | |

Murdock v. Monsanto
November 21, 2022
Page 207

The study compilation presented in **Table 18** reveals a <u>remarkable finding</u>. As shown in **Figure 33**, something "unexplained" appears to have happened in 2010. Monsanto made no significant alterations in product formulations, yet glyphosate dermal absorption inexplicably **dropped** – *by more than two orders of magnitude.*



**Blue = Total% absorbed if unaccounted glyphosate added per OECP regulations**
**Red = Stated Low dose% absorbed**
**Yellow = Stated High dose% absorbed**

**Figure 33. Historical Dermal Absorption Factors by Study[392]**

This extraordinary event may be explained by the fact that the results for each year (2010, 2015, 2016, 2017) were produced by the same laboratory ("DTL"). As no other evident changes in product formulation occurred, it is evident that procedures and methodology at DTL have impacted the results and as previously noted, DTL failed to apply "Triple Pack" methods to validate their in vitro laboratory tests.

---

[392] Wester used Roundup which contained surfactants; Maibach's dermal absorption was radio labeled glyphosate dissolved in Roundup which contained surfactants and water; TNO study formulation also contained surfactants.

Murdock v. Monsanto
November 21, 2022
Page 208

The DTL establishment was contracted by Monsanto and managed by a gentleman who was previously in charge of the in vitro percutaneous absorption group at Syngenta Central Toxicology Laboratory – who is also a producer of glyphosate and seeds.

### Studies, Reviews, and Articles Impacted by the Wester and Maibach Studies

Inasmuch as there are numerous, highly significant flaws in the two Monsanto-sponsored studies, it is important to understand the impact these have had on other studies, reviews, and published articles (some of which were authored by Monsanto consultants).

1. Williams, GM, Kroes, R., and Munro, IC, "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology. Vol. 31, pp. 117–165.

   The Williams et al. risk assessment article opined that the dermal penetration of glyphosate is very low based on results from studies in Rhesus monkeys and in vitro studies with human cadaver samples. With respect to the Wester studies, Williams failed to acknowledge the documented fecal elimination route and only relied on urinary excretion. Additionally, Williams et al. failed to note the difference in fecal versus urinary excretion dependent upon dose level including the extraordinarily high dose level of pure product on the skin of primates within the Wester studies.

   The Williams et al. review stated,[393] "Maibach (1983) studied the in vivo dermal absorption of glyphosate when undiluted Roundup herbicide was applied to the skin of monkeys. Penetration was slow as only 0.4 and 1.8% of the applied dose was absorbed over 24 hours and 7 days, respectively. A second study in Rhesus monkeys investigated the absorption of diluted glyphosate (1:29) to simulate a spray solution (Wester et al., 1991). Dermal penetration was found to be 0.8 and 2.2% at low and high dose (500 or 5,400 mg/cm$^2$, respectively). Wester et al. (1991) also reported that the in vitro percutaneous absorption of glyphosate through human skin was no more than 2% when applied for up to 16 hours either as concentrated Roundup or as a diluted spray solution."

2. Niemann, Lars et al. "A critical review of glyphosate findings in human urine samples and comparison with the exposure of operators and consumers," 2015, Journal für Verbraucherschutz und Lebensmittelsicherheit, Vol 10, Issue 1, pp. 3-12.

---

[393] Williams, pp. 123-124.

Murdock v. Monsanto
November 21, 2022
Page 209

The basic assumption in Niemann et al. is that dermally absorbed glyphosate is eliminated nearly entirely through urine and that "*measuring of urine levels could be a powerful tool for human biomonitoring.*" The study fails to reference or acknowledge the Wester and Maibach studies and does not consider dermally absorbed glyphosate at low, steady state rates of absorption being metabolized and excreted primarily through the feces.

Niemann et al. states "For active substances in plant protection products (PPP) with <u>well-defined urinary elimination</u>, no potential for accumulation and virtually no metabolism, measuring of urine levels could be a powerful tool for human biomonitoring. Such data may provide reliable estimates of actual internal human exposure that can be compared to appropriate reference values such as the 'acceptable daily intake (ADI)' or the 'acceptable operator exposure level (AOEL)'."

Based on the Wester (1991) study, the evidence of *well-defined urinary elimination* has been compromised. Such an assumption is misleading and potentially dangerous with respect to the human health risk assessment and comparisons to current ADI or the AOEL regulatory levels. Studies cited by Niemann et al. include non-dermal dose assessments such as male SD rats receiving oral dosing (Brewster et al., 1991),[394] oral dosing in feed (Chan & Mahler, 1992)[395] and IV and oral doses in rats (Anadon et al., 2009).[396] None of the cited studies involve dermal dosing and **do not** establish *well-defined urinary elimination,* which is simply assumed. Furthermore, the Brewster study found that urine and feces were equally important routes of elimination and after 7 days, the total body burden (~1%) of the dose administered was mostly in bone. Since dermal glyphosate exposure is the primary route of exposure contributing to systemic exposure in agricultural users, the assumption that distribution, metabolism, and excretion are identical by IV and dermal routes of exposure leads to **egregious errors** in systemic dose calculations.

---

[394] Brewster, D.W., Warren, J., and Hopkins, W.E., "Metabolism of glyphosate in Sprague-Dawley rats: Tissue distribution, identification, and quantitation of glyphosate-derived materials following a single oral dose," July 1991, Fundamental and Applied Toxicology, Volume 17, Issue 1, pp. 43-51.

[395] Chan, P. and Mahler, J., "Glyphosate (CAS No. 1071-83-6) administered in dosed feed to F344/N rats and B6C3F1 mice," 1992, U.S. Department of Health and Human Services. NTP Technical Reports Series No. 16. NIH Publication 92-3135.

[396] Anadón, A. et al., "Toxicokinetics of glyphosate and its metabolite aminomethyl phosphonic acid in rats," 2009, Toxicol Lett 190(1), pp. 91-95.

Murdock v. Monsanto
November 21, 2022
Page 210

3.   Acquavella, J., et al., "Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study," 2004, Env. Health Perspect. Vol. 112, pp. 321–326.

In an internal Monsanto document entitled, "Glyphosate Stewardship, Epidemiology and the Farm Family Exposure Study," Monsanto scientists report the study impetus:

> "We have been working to maintain glyphosate's favorable reputation through a strategy that anticipates challenges and puts appropriate initiatives in place. One of those initiatives is a unique research program called the Farm Family Exposure Study (FFES)." [397]

The report further states:

> "The FFES was developed to fill two data gaps. First, there is (PPE) information about applicator pesticide exposure under "real world" conditions. Second, there is little empirical exposure information for farm children although children's health is a driving force in environmental regulation and a focus of epidemiologic research." [398]

The "FFES" is a biomonitoring study which evaluated urinary glyphosate concentrations for forty-eight farm families (farmers, spouses, and their children) the day before, the day of and three days after a glyphosate application. The authors used the urinary concentrations to estimate systemic doses which they then compared to the U.S. EPA reference dose of 2 mg/kg-BW/day.

The main assumption in their analytic method is *"*pharmacokinetic research indicates that absorbed glyphosate is excreted unchanged, predominantly in urine (Williams 2000)."[399] Unfortunately, glyphosate is <u>not</u> excreted predominately through the urine in primates, especially at low doses, as demonstrated by the Wester, 1991, study.

The authors used the 95% urinary recovery that Wester reported using IV dosing to correct their data for complete pharmacokinetic recovery. This correction factor is not applicable to this data since the farmers and their family members were presumably exposed *dermally* and not through IV dosing.

---

[397] "Glyphosate Stewardship, Epidemiology and the Farm Family Exposure Study," MONGLY00905651.

[398] Id, MONGLY00905652.

[399] Acquavella, J., et al., "Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study," 2004, Environ Health Perspect, 112, pp. 321–326.

Murdock v. Monsanto
November 21, 2022
Page 211

Monsanto also points out the limited degree of accuracy of their urinary glyphosate measurements in the Acquavella et al. (2004) biomonitoring study:

"Monsanto's analytic chemistry expertise was essential to the FFES. However, **our current method is outdated**. It requires relatively large volumes of urine (100 ml, versus 5 ml for the 2,4-D and chlorpyrifos methods) and produces less precise results than methods for other FFES chemicals. Given the likelihood that human health allegations will continue to surface for glyphosate, it seems advisable to invest in modernizing the analytic method to increase analytic flexibility and precision."[400]

4.  Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposure," 2016, Critical Reviews in Toxicology, 46(1), pp. 21-27.

    In the Solomon 2016 review, it is again assumed that "the systemic dose of glyphosate can be estimated from the total amount of glyphosate excreted in the urine over the four or five days following and including the day of application." A "correction for incomplete excretion" of 95% is made "based on observations in TK[401] studies in monkeys which showed that 95% of total systemic dose was excreted via urine (Wester et al., 1991), divided by 0.95."[402] Solomon does not consider dermally absorbed glyphosate at low, steady state rates of absorption being metabolized and excreted primarily through the feces.

5.  Monsanto's Spanish "OPEX" biomonitoring study entitled "MON 78294: An Applicator Exposure Study Conducted in Spain," Autumn 2005.

    This study was conducted in order to estimate a systemic dose for occupational users of glyphosate and determine whether certain uses of the product resulted in unacceptable levels of dermal penetration. Monsanto submitted results of the studies to Spanish regulatory authorities as part of the herbicide registration process. A report was prepared for submission to the U.S. EPA, but it is unclear if it was ever submitted. In their determination of the systemic dose, they extrapolated the Wester et al., 1991, study results to their biomonitoring data. As in the other examples cited above, doing so invalidates their values of the estimated systemic dose.

---

[400] "Glyphosate Stewardship, Epidemiology and the Farm Family Exposure Study", MONGLY00905655.

[401] TK is an abbreviation for toxicokinetic and is used here as a synonym for pharmacokinetic.

[402] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, 46(1), pp. 21-27.

Murdock v. Monsanto
November 21, 2022
Page 212

***Regulatory Guidance on Dermal Absorption and Recovery***

Either knowingly or unknowingly, Monsanto regularly misstates or understates glyphosate dermal absorption recovery and factors in its communications. It is not the purpose of this toxicological risk assessment to draw conclusions about the intent of such misstatements. However, it is helpful to understand the position of regulatory agencies on these points and to briefly review some key guidelines pertinent to this issue.

---

**OECD: 18-Aug-2011 GUIDANCE NOTES ON DERMAL ABSORPTION Series on Testing and Assessment No. 156**

The current default approach taken by nearly all regulatory agencies is to determine the dermal absorption value by adding the absorbed dose and the chemical remaining in the skin, following washing. This is appropriate for both in vivo and in vitro studies unless compelling evidence demonstrates that some portion of the residue in the skin is unlikely to be absorbed. OECD TG 427 and 428 (OECD 2004a and 2004b) require a mean mass balance recovery of the test substance of between 90–110%. The OECD GD28 (OECD 2004c) contains the same recommendation with a caveat that for volatile test substances and unlabeled test substances, a range of 80–120% is acceptable. However, with the in vivo study design, recoveries outside this range may be acceptable but must be justified.

The criteria to justify mean mass balance recovery values outside the acceptance range can be summarized by the following examples:

1. **Recovery values exceed the recommended range**: If the recoveries exceed the accepted maximum range, the data generated should not be normalized because that would result in potentially underestimated absorption values. If these absorption values are not acceptable when a risk assessment is conducted, then the study should be repeated to address any bias resulting from excessive recoveries.

2. **Recovery values below the recommended range**: Low recoveries raise the concern that the value for absorbed dose could be lower than that which would be achieved from a study where the recoveries were within the guideline range. The reason for low recovery may be attributable to the following factors: (a) incomplete application of dose, (b) loss to the experimental equipment, (c) incomplete extraction from matrices (or incomplete collection of exhaled $CO_2$), (d) evaporation, (e) unlabeled test preparations, metabolism or degradation or (f) insufficiently high analytical LODs/LOQs, in particular where non-labelling analytical methods are applied.

---

Murdock v. Monsanto
November 21, 2022
Page 213

***Monsanto Communications with Respect to Pharmacokinetics***

During the glyphosate registration process in Spain, the Spanish Ministry of Health advised Monsanto of errors in their "OPEX" study. Faced with denial of Spanish product registration, Monsanto employees communicated concerns regarding pharmacokinetics of glyphosate. The following excerpts summarize some of the Monsanto communications.

A. Communication of Christophe Gustin (11-4-2008): Subject: Pk (Pharmacokinetics) recovery, Wester et al.

> "The IV data gives in vivo disposition of a systemic available dose. This dose could be the result of aggregate systemic exposure (meaning a systemic dose after combined oral, dermal, inhalation exposure). The total accountability of this experiment is high >96% - ~100% and we know exactly the amount that was systemically available. The recovery factor for urine is therefore relevant and reliable." [403]

Notably, the dose was not an *aggregate systemic exposure* as stated, but the result of an IV *push* injection. This is clearly stated in the study. Thus, one cannot conclude that the recovery factor from IV dosing is "relevant and reliable" to dermal dosing. It is critical to note that IV administration presents a **tremendously high acute dose** to the liver. Saturation of the liver as an elimination pathway to the feces would result in spill over to the urinary excretion elimination pathway. Giving the same (IV) dose quantity over a slow drip period of 24 hours would not expose the liver to potential saturation. The email conversation further states:

> "The in vivo dermal absorption experiment yielded variable results and much lower total accountability 77-82% which is normal for this kind of experiment. The authors take the outcome of the IV experiment to justify the use of the urinary excretion results from the topical experiment **only** as an estimate for dermal uptake. 'Since all of the IV administered doses were excreted in urine, the percutaneous absorption of glyphosate is estimated to be 0.8-2.2% of the applied dose' (p 728-729). They did not take the feces into account based on the IV study."[404]

Monsanto employee Christophe Gustin did not take hepatic excretion through the feces into account and relied solely on the IV study. This omission produced **acutely high blood levels** not comparable to those achieved through slow, steady-state dermal absorption. Additionally, the erroneous urinary recovery assumption that Monsanto used

---

[403] MONGLY02155831.

[404] Id.

Murdock v. Monsanto
November 21, 2022
Page 214

to correct the systemic dose is in grave error by a factor of 4.5 and, therefore, is in no way a *"good estimate."*

B. Communication of Jaime Costa (11-4-2008, response to Gustin): Subject: Pk recovery, Wester et al.

> "Many thanks for your help which I will try to defend as Monsanto position, but the authorities will decide next week. That means they are now doing the homework- if our proposed safety evaluation for CAYENNE formulation is compatible with the Acceptable Operating Exposure Level (AOEL) for glyphosate. I imagine we do not have other studies on the urine/feces excretion after topical applications of glyphosate to support our position. **As it is critical that we have our product accepted in this coming meeting**, I would like to complete my defense with a paragraph like this one:
>
> "Although we believe that the intravenous dose is accepted by toxicology peer reviewers as the best indicator to simulate the systemic presence of glyphosate, in case the Spanish authorities consider that the excretion through the urine should be taken from the **variable data** reported in the topical administration (urine/urine + feces = 75.86% or 18.18%), the average excretion in the urine of 47.02% would mean that our final exposure values should be multiplied by 2.13 resulting in exposure levels which are well below the AOEL of 0.2 mg/kg-BW/day." [405]

Several documents and in-house Monsanto studies report that the IV model is the best indicator as to how systemically administered glyphosate is metabolized and excreted. This statement is <u>inaccurate</u> since it is the dermal systemic dose that is of primary interest to both toxicologists and regulatory authorities.

There are no reports of applicators intravenously injecting themselves with glyphosate. In the absence of actual primate dermal absorption data, the IV model should have been compared to animal models with urinary and fecal measurements conducted.

However, *it is not an acceptable practice in toxicology* to replace real in vivo data with a "model" unless the actual dermal dosing data was faulty. <u>There is no evidence to support this</u>. Monsanto's "variable data" problem was used *to avoid disclosure of the fecal elimination pathway finding*. The "high variability" issue has been mis-applied in order to dismiss the primate dermal absorption test results. Monsanto dismissed the primate data by failing to disclose <u>why</u> the "variable data" was excessive.

---

[405] MONGLY02155830.

Murdock v. Monsanto
November 21, 2022
Page 215

The variability of the data (i.e., the percentage of urinary versus fecal elimination) was due to absorption saturation at the high dose as described previously and, therefore, only the low dose is relevant since it is closer to real-world exposure scenarios. Thus, the exposure values should be multiplied by **5.50**, <u>not</u> 2.13.

C. Communication of Christophe Gustin (11-5-2008, response to All): Subject: Pk recovery, Wester et al.

> "Even though we can absorb additional 'uncertainty factors' in our risk assessment based on our biomonitoring results, I feel uncomfortable with this discussion. This approach by Spain sets a precedent and **contradicts the fact that we always claimed to fully understand the glyphosate pharmacokinetics**. The Wester IV experiment suggests that almost the entire 'systemically' available dose was excreted in urine. The low dose topical in vivo experiment suggests that almost the entire dose (82%) that was absorbed through the skin was excreted in feces (3.6% feces versus 0.8% in urine). We should have a robust and well-documented explanation for this and stick to our original risk assessment or develop additional data to fully understand this matter and adjust our systemic dose calculations accordingly." [406]

D. Communication of David Saltmiras (11-4-2008, response to Costa): Subject: Pk recovery, Wester et al.

> "Joel, Donna & I have discussed your approach and you are correct. How much below the AOEL are your calculations? Christophe - by our rough calculations, Jaime's approach is approximately 50x below the AOEL of 0.2 mg/kg-BW/day, Even if we applied the 90th percentile for the passive dosimetry numbers, we would be below the AOEL." [407]

The pharmacokinetics assumed to be correct using the IV methodology are contradicted by the primate dermal absorption studies. Christophe Gustin states *"This approach by Spain sets a precedent and* <u>*contradicts the fact that we always claimed to fully understand the glyphosate pharmacokinetics.*</u>*"* He cites the discrepancy in the Wester study and the need to further investigate in order to fully understand the pharmacokinetics (and thereby "adjust" systemic dose calculations).

E. Response communication of Joel Kronenberg (11-10-2008, response to All): Subject: Pk recovery, Wester et al.

---

[406] Id.

[407] MONGLY02155829.

Murdock v. Monsanto
November 21, 2022
Page 216

> "To fully address this issue would likely require a repeat of the monkey dermal and intravenous studies. We no longer own the custom-designed monkey chairs that prevented exfoliated abdominal skin from contaminating the excreta. Additionally, it is not clear whether similar chairs are used anymore by any researcher or if they would even be allowed. Thus, conducting a new series of monkey studies may not be easy nor inexpensive. Furthermore, it is not clear to me that such a study is necessary and would be **totally without risk**. Should we arrange a conference call to discuss this?"[408]

F.  Communication of Richard Garnett (11-10-2008, response to team): Subject: Pk recovery, Wester et al.

> "To me, all this discussion continues to show that we still need solid data for ADME (Absorption, Distribution, Metabolism and Excretion) arising from dermal exposure.
>
> 1.  Our dermal absorption endpoint is based on the literature and, as I recall, we failed to get the original data to support the results.
>
> 2.  The movement of glyphosate in the blood flow from dermal contact is different to that through oral or intravenous exposure. The little data we have suggests that the excretion is significantly more through the feces than the urine.
>
> 3.  Dermal exposure is the greatest risk of exposure for operators. Therefore, we need to be secure on the ADME of such exposure.
>
> 4.  The WHO and EU reviews focus on the IV and oral but not the dermal. My position is, therefore, unchanged. We need to address this properly in the Annex II dossier and, therefore, should be considering a study.[409]

As stated by Mr. Garnett, the movement of glyphosate in the blood flow from dermal contact is different to that through oral or intravenous exposure. It is precisely because such differences exist that clinical researchers (and toxicologists) apply published study findings according to the guidance provided.

Mr. Garnett also notes that the study evidence has documented that glyphosate excretion is significantly more through the feces than the urine. This finding is highly significant as it directly contradicts a key assertion found in many of Monsanto's

---

[408] MONGLY02155826.

[409] MONGLY02155827.

published study results that elimination through urine alone accounts for the majority of recovery. Thus, this assumption can impact the results and accuracy of dermal absorption studies and biomonitoring studies of workers who have their urine tested.

G. Communication of Christophe Gustin (11-12-2008, response to Joel Kronenberg): Subject: Pk recovery, Wester et al.

> "Monsanto is a company with recurring discussions (which is good!)... You will remember that we discussed this in length with a lot of people before we initiated the Spanish OPEX study... (please see attached). The outcome was that (1) other animal data confirmed the Wester findings; (2) such a study would **be too risky** (potential for finding another mammalian metabolite); and (3) we would wait for the evaluation of Spain. Looking forward to this discussion on the 24th of November. I also recall that David has asked 2 external pharmacologists for an opinion on the Wester study. Would that opinion be available by that time?"[410]

The charge and responsibility of the toxicologist is to determine the ADME (absorption, distribution, metabolism and excretion) as ADME are critical components in the risk assessment process.

It is always of great importance to identify all metabolites since certain chemicals have been known to produce toxic metabolites under high dose levels (such as Tylenol) or carcinogenic metabolites (such as metabolites of benzene). Failing to perform a needed study due to the risk of finding an adverse result that could negatively impact unrelated agendas represents an unacceptable practice in the field of toxicology.

### *Factors Intensifying Dermal Absorption of Glyphosate*

Beyond the underestimation of dermal absorption by Monsanto, there are additives within Roundup formulations that further increase dermal absorption of glyphosate and also enhance genotoxicity (for example, POEA derivatives).

There are numerous factors governing the rate and degree of dermal absorption, both intrinsically and potentially. In glyphosate, these include (a) "co-formulants" (ingredients other than the active ingredient such as detergents or anti-foam agents), (b) surfactants (compounds which lower surface tension), (c) humectants (to inhibit moisture loss), (d) adjuvants (chemicals which modify the effect of other agents), (e) absorption enhancement due to skin damage, lesions, cracks and other irregularities, (f) lack of

---

[410] MONGLY02155826.

Murdock v. Monsanto
November 21, 2022
Page 218

personal protective gear and (g) other factors such as penetration enhancers and skin creams. This section reviews and assesses these factors as toxicological considerations.

Generally speaking, with the exception of substances of a proprietary nature or which have not been disclosed by Monsanto, most of the considerations mentioned above tend to <u>intensify</u> absorption rather than reduce it. The following sections review each factor individually given the limited information available at this time.

**Co-Formulants**

The exact identities and amounts of the co-formulants in GBF herbicides are usually unknown as they are kept as confidential trade secrets. In many countries (including the U.S.), manufacturers are only required to identify the declared active ingredient (DCI), i.e., glyphosate. The co-formulants (i.e., all ingredients other than the DCI) have rarely been identified and have often been declared as "inert ingredients."[411]

Herbicide manufacturers frequently take advantage of regulatory agency definitions of "inert ingredients." Despite their name, inert ingredients may be biologically or chemically active and are labeled inert only because of their function in the formulated product. For example, an herbicide ingredient can be considered "inert" if it has no direct effect on the intended target, *i.e.,* the weed. In herbicides, the ingredients added to enhance absorption, increase ionization, prevent foaming or reduce drifting are characterized by the manufacturer as "inert ingredients" since they do not directly kill the weeds. However, they are not necessarily without toxicity to animals or humans.

Independent studies of complete herbicide formulations are not generally possible as specific herbicide formulations are protected. Manufacturers of co-formulants have been historically unwilling to provide them to scientists who wish to assess toxicity. Consequently, most co-formulants have evaded scientific scrutiny and regulation.

In a confidential draft report dated July 2001, entitled, "Clustering glyphosate formulations with regard to the testing for dermal uptake," Monsanto scientist Christophe Gustin stated:

---

[411] Defarge, N. et al., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2016, Int J Environ Res Public Health, Vol. 26;13(3), pii: E264.

Murdock v. Monsanto
November 21, 2022
Page 219

> "Glyphosate has a whole series of different formulations. The differences between those formulations are based on:
>
> - The different salt types used to formulate the active ingredient
> - The use of different surfactants
> - The active ingredient/surfactant ratio
> - The concentrations of active ingredient and surfactants
> - The presence or absence of other inert ingredients such as anti-foam agents."

He also added:

> "Until today, Monsanto has conducted formulation specific dermal uptake research only on the formulation Roundup (MON2139). It is clear that because of the compositional differences, the dermal uptake data for Roundup can't be extrapolated as such towards the wide range of formulations. Every ingredient in a formulation can have a specific influence of dermal uptake. **Scientific experimental evidence is necessary**."

Detergents in herbicides act as mediators which change the absorption by increasing bioavailability[412] or by affecting the skin barrier function.[413,414] Brand and Mueller (2002) showed dermal penetration of commercially formulated compounds was significantly greater ($p < 0.05$) than that of pure compounds at the same concentration.[415]

**Surfactants**

Like co-formulants, the exact identities and amounts of surfactants in GBF herbicides are usually unknown as they are kept as confidential trade secrets. The most predominately used surfactants in GBFs are polyoxyethylene alkylamine (POEA) surfactants.[416,417]

POEA is an acronym, not a specific chemical, which encompasses a wide range of alkyl-amine ethoxylate compounds. Within the group of POEA surfactants, the chemistry is

---

[412]Sartorelli, et al, 1997.

[413]Treffel, P. & Gabrad, B., "Skin penetration and sun protection factor of ultraviolet filters from two vehicle," 1996, Pharmaceut Res, Vol. 13, pp. 770-774.

[414]Tupker, R. et al., "Susceptibility to irritants: role of barrier function, skin dryness and history of atopic dermatitis," 1990, *BJD.* Volume 123, Issue 2, pp. 199–205.

[415] Brand, R.M. & Mueller, C., "Transdermal penetration of atrazine, alachlor, and trifluralin: effect of formulation," 2002, Toxicol Sci., Vol. 68(1), pp. 18-23.

[416] Williams, G., et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pp. 117 - 165.

[417] Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

Murdock v. Monsanto
November 21, 2022
Page 220

complex and varied. Ethoxylated tallowamine has been the traditional surfactant component and the most well-known 'inert' ingredient contained in the original Roundup formulation and many others. It is a POEA non-ionic surfactant consisting of beef tallow fatty acid-derived alkyl chains converted to primary amines and ethoxylated with between 10 to 20 ethylene oxide (EO) units.[418] It is often mixed with polyethylene glycol or other surfactants plus other materials to facilitate manufacturing and formulation stability.[419] Roundup's surfactants include 1,4-dioxane (a probable human carcinogen) as an impurity at about 0.03%.[420]

POEA significantly increases penetration in plant cells as well as in animal cells. Richard et al. found that the addition of surfactants "greatly facilitated" the penetration of glyphosate through animal cell membranes.[421]

It is helpful to understand that, due to corporate secrecy and proprietary concealment, POEA was first recognized as a common ingredient in herbicides in the 1980's when physicians in Japan reported that morbidity and deaths of patients who drank Roundup were due to POEA, not glyphosate.[422]

POEA is an eye irritant, toxic to aquatic organisms, penetrates cell membranes and disrupts their structure and function. Diamond and Durkin made the following observations regarding surfactants in glyphosate-based formulations:

1. **Multiple Formulations**: The formulations are chemical mixtures and must be considered as mixtures in toxicity assessments. In this context, an assessment of the specific surfactants in any of the formulations or generalizations about the toxicology of surfactants as a group may not apply to the formulations. This consideration places extreme importance on data regarding the toxicity of the

---

[418] From an internal Monsanto report, Surfactant Issue Analysis, Issue: Increasing public attention to the POEA (Polyoxyethlene alkylamine) surfactant component of glyphosate formulations in connection with claims of adverse impact to aquatic life (recently, amphibians) and human health (*in vitro* cell culture toxicity tests). MONGLY01700591.

[419] Id.

[420] Monsanto, 1990 in Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[421] Richard, S., et al., "Differential effects of glyphosate and Roundup on human placental cells and aromatase," 2005, Environmental Health Perspectives.

[422] Sawada, Y., Nagai, Y., Ueyama, M., and Yamarnoto, I., "Probable toxicity of surface active agent in commercial herbicide containing glyphosate," 1988, Lancet 1 (8580), p. 29.

Murdock v. Monsanto
November 21, 2022
Page 221

formulations themselves. *The lack of such data will render any predictions about the effects of the formulations on glyphosate highly uncertain.*[423]

2. **Unknown Interactions:** Surfactants can be expected to interact with and perturb the structure, physical properties and function of membranes.[424]

3. **Objective Evidence is Lacking:** For specific mechanisms of interactions between glyphosate and surfactants.[425]

4. **Multiplicity of Potential Reactions:** The structural characteristics of extreme hydrophilicity and hydrophobicity of surfactants may result in very different interactions with hydrophobic and hydrophilic herbicides. Thus, the relatively water-soluble isopropylamine salt of glyphosate may interact differently with surfactants than the less water-soluble parent compound or other more insoluble herbicides.[426]

**Humectants**

In addition to surfactants, Roundup formulations also contain humectants which reduce the loss of moisture. As Monsanto notes,[427]

> "**Certain co-formulants like humectants that will make it <u>highly likely</u> we will get large amounts penetrating the skin.**"

Humectants include chemicals such as ethylene glycol (anti-freeze). Ethylene glycol is included in most Roundup formulations. In addition to increasing dermal absorption, ethylene glycol is a toxic chemical in and of itself.[428] It is uncertain whether Monsanto ever studied the effect of ethylene glycol on glyphosate dermal absorption.[429]

**Adjuvants**

Adjuvants may be added to glyphosate formulations prior to use to improve their efficacy against weeds by enhancing penetration of glyphosate into the target plant. However,

---

[423] Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[424] Id.

[425] Id.

[426] Id.

[427] MONGLY06653096.

[428] MONGLY01832749. (Toxic to children at 70 cc of Roundup with 5% ethylene glycol.)

[429] MONGLY01745304.

Murdock v. Monsanto
November 21, 2022
Page 222

many of these may also increase the toxicity of glyphosate to other species. For example, organosilicon surfactants, described as the most potent of adjuvants and commonly added to glyphosate formulations, are now linked to a decline in honeybees in the U.S.[430] The common adjuvant surfactant TN-20 used in glyphosate formulations caused cell death and mitochondrial damage in rat cells which disrupts the integrity of the cellular barrier to glyphosate and promotes its toxicity.[431] Martini et al. (2016) demonstrated that adjuvants other than POEA inhibited proliferation and differentiation of mammalian 3T3-L1 fibroblasts to adipocytes.[432]

**Enhanced Absorption Due to Skin Damage**

Skin, by its nature, is often compromised due to cracking and fissures, by cuts, scrapes, chemical damage, water-submersion, burns, sensitivity reactions, eczema and infections. This is particularly true for outdoor workers. Breaks in the protective lipophilic barrier of the stratum corneum significantly increase absorption of hydrophilic compounds. A compromised protective lipid barrier will allow the hydrophilic glyphosate to pass through into the hydrophilic dermis, thus avoiding slow diffusion through the lipid layer. Percutaneous absorption studies have demonstrated that glyphosate deposition in damaged skin is five times that of healthy skin and penetration through damaged skin is increased 20-fold.[433] The integrity of the skin also effects the distribution of chemicals within the skin compartments which will have implications in the efficacy of handwashing after herbicide exposure.[434]

With respect to applicators, the acute quantity of glyphosate entering the skin is low. However, with repeated doses, especially coupled with a failure to wash the skin before it can be absorbed, the cumulative dose increases. Studies have documented that

---

[430] Mullin CA, Fine JD, Reynolds RD, Frazier MT, "Toxicological risks of agrochemical spray adjuvants: organosilicone surfactants may not be safe," 2016, Front Public Health, 4:92.

[431] Kim YH, Hong JR, Gil HW, Song HY, Hong SY, "Mixtures of glyphosate and surfactant TN20 accelerate cell death via mitochondrial damage-induced apoptosis and necrosis," 2013, Toxicol In Vitro 27(1), pp.191-197.

[432] Martini, C. et al., "Glyphosate-based herbicides with different adjuvants are more potent inhibitors of 3T3-L1 fibroblast proliferation and differentiation to adipocytes than glyphosate alone," 2016, Comparative Clinical Pathology, Volume 25, Issue 3, pp. 607–613.

[433] Nielsen, J. et al., "Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin," 2007, Arch Dermatol Res, Vol. 299, pp. 423-431.

[434] Id.

Murdock v. Monsanto
November 21, 2022
Page 223

glyphosate penetration of skin increases linearly with time. Thus, if the worker is unaware of the exposures, absorption continues.[435]

**Glyphosate's Role in Skin Damage**

Evidence of glyphosate interference with mitochondrial function is increasingly emerging in the scientific literature. Mitochondria are the powerhouse bodies within cells which are necessary in the programmed cell death needed to form skin. Impairment of mitochondrial function reduces the transition of dermal to epidermal cells leading to a decrease in the protective epidermis.[436]

Additional studies by Heu et al. have demonstrated glyphosate-induced structural changes.[437] In these studies, the control cells show Young's modulus values respectively increasing approximately 4-fold for 6 hours and 3-fold for 18 hours. These increases reflect a significant rise in cell stiffness. Heu et al. reported that after a gentle cytotoxic treatment (6 h, 15 mm-glyphosate), the topography profile changes. The cells exhibit a flattened membrane and a different distribution of native protrusions. They also show a complex subcellular filamentous network with numerous membrane junction points.[438] Thus, glyphosate itself has an intrinsic propensity to damage skin.

*Indirect Disclosures of Surfactant and Co-Formulant Toxicity*

In 2013, Mesnage et al. published their study of nine herbicides containing glyphosate including five different formulations of Roundup. After studying the chemicals' patterns using mass spectrometry, Mesnage and his colleagues determined the identity of co-formulants in Roundup and performed toxicity analyses. They deduced the chemical structure of additives in six of the nine formulations and showed that each of these supposedly inert ingredients was more toxic than glyphosate alone.[439]

Subsequently, other studies have examined the toxicity of these co-formulants and measured significant enhancement of toxicity. While there occasionally may be

---

[435] Kezic, S. & Nielsen, J.B, "Absorption of chemicals through compromised skin," 2009, International Archives of Occupational and Environmental Health, Vol. 82(6), pp. 677-88.

[436] Heu, C., et al., "A step further toward glyphosate-induced epidermal cell death: Involvement of mitochondrial and oxidative mechanisms," 2012, Environmental Toxicology and Pharmacology 34.

[437] Heu C, Berquand A, Elie-Caille C, Nicod L., "Glyphosate induced stiffening of HaCat keratinocytes, a Peak Force Tapping study in living cells," 2012, J Struc Biol 178, pp. 1-7.

[438] Id.

[439] Mesnage, R., Bernay, B., and Séralini, G.E., "Ethoxylated adjuvants of glyphosate-based herbicides are active principles of human cell toxicity," 2013, Toxicology 313(2-3), pp. 122-8.

Murdock v. Monsanto
November 21, 2022
Page 224

performance differences between glyphosate products, these differences are more likely to be caused by the differences in surfactants formulated with the product.

Defarge et al. (2016) showed that each of the five co-formulants affected the function of both the mitochondria in human placental cells and aromatase, an enzyme that affects sexual development. Not only did these chemicals, which are not named on herbicide labels, affect biological functions, they did so at levels far below the concentrations used in commercially available products. In fact, POEA, an "inert" ingredient, was between 1,200 and 2,000 times more toxic to cells than glyphosate, the "active" ingredient. They also reported that six glyphosate formulations similarly decreased aromatase activity in human placental cells at concentrations much lower than glyphosate alone. [440]

In a memorandum regarding risk assessment of "inert ingredients" in pesticide formulations, the U.S. EPA stated that although there are no dermal absorption data on the AAAPD and AAASD surfactants, the agency would expect the dermal absorption to be very low for these compounds. They base their conclusion on the physicochemical properties of these inert ingredients including their relatively high molecular weights and water solubility and on the fact that they are large, crosslinked molecules. This conclusion leads them to using 5% dermal absorption as a "likely upper bound, conservative value" in their risk assessment.[441]

The U.S. EPA also noted in this memorandum that there is no evidence that these surfactants are carcinogenic. This finding was based solely on a qualitative structural activity relationship (SAR) database (DEREK Version 11) which found no structural alerts. They also stated that there was little concern about any of the postulated metabolites having greater toxicity than the parent compounds.

### Examples of Surfactant and Co-Formulant Toxicity

There is a general agreement and consensus that co-formulants can be more toxic for animals than glyphosate itself.[442] For example, cytotoxicity of the commercial

---

[440] Defarge, N. et al., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2016, Int. J. Environ. Res. Public Health 13, p. 264.

[441] "Alkyl Alcohol Alkoxylate Phosphate and Sulfate derivatives (AAAPDs and AAASDs – JITF CST Inert Ingredients). Human health risk assessment to support proposed exemption from the requirement of a tolerance when used as inert ingredients in pesticide formulations." Memorandum from Office of Prevention, Pesticides, and Toxic Substances, US EPA, Washington, D.C. June 8, 2009.

[442] Defarge, N. et al., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2016, Int. J. Environ. Res. Public Health 13, p. 264.

Murdock v. Monsanto
November 21, 2022
Page 225

formulation Roundup to human peripheral mononuclear cells was 30-fold higher ($LC_{50}$ = 56 mg/L) than for the active ingredient ($LC_{50}$=1640 mg/L). Several in vitro and in vivo studies with parallel testing of glyphosate active ingredient and Roundup showed that only the commercial formulation was genotoxic.[443]

New Zealand registration data revealed Roundup contained POEA.[444] Other formulations may contain much higher levels, even as high as 60-80% as in the Genamin formulation.[445]  In studies using hepatic (HepG2), embryonic (HEK293) and placental (JEG3) cell lines to compare ten formulations of glyphosate, the most toxic were those that contained POEA. This surfactant induced necrosis and disrupted the structure and function of cell membranes with negative dose-dependent effects on cellular respiration and membrane integrity between 1 and 3 mg/L.[446]

POEA potentiates the effect of glyphosate facilitating its penetration of cell membranes and bioaccumulation in cells.[447] The bio-concentration factor for glyphosate is also increased in the presence of POEA in the aquatic environment.[448]

### *Regulatory Considerations Based on Surfactant and Co-Formulant Toxicity*

In the absence of clear, unambiguous information pertaining to a commercial product's chemical composition, some countries take a hardline approach to regulation. For example, due to toxicity concerns, Germany removed glyphosate products containing POEA from their market in 2014[449] and the European Union banned them in 2016.[450] The New Zealand Environmental Protection Agency (NZ EPA) has current approvals for 91 formulations of glyphosate of which 69 contain POEA. The New Zealand EPA

---

[443] Bolognesi, et al., "Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: Association to occupational exposure to glyphosate," 2009, Journal of Toxicology and Environmental Health Part A, 72, pp. 986—997.

[444] Watts MA, "The poisoning of New Zealand,"1994, AIT Press, Auckland. From Pesticide Action Network (PAN). http://pan-international.org/wp-content/uploads/Glyphosate-monograph.pdf

[445] Mesnage, R. et al., "Ethoxylated adjuvants of glyphosate-based herbicides are active principles of human cell toxicity," 2013.

[446] Id.

[447] Richard, S. et al., "Differential effects of glyphosate and Roundup on human placental cells and aromatase," 2005, Environ Health Perspect 113(6), pp. 716-20.

[448] Annett R, Habibi HR, Hontela A., "Impact of glyphosate and glyphosate-based herbicides on the freshwater environment," 2014, J Appl Toxicol 34(5), pp. 458-479.

[449] Farrer P, & Falck M., "Toxic glyphosate herbicides fly under the EU's regulatory radar," 2014, Pesticides News 96, pp. 1-4.

[450] EC. 2016. Glyphosate. European Commission - Fact Sheet FAQs: Glyphosate. Brussels. June 29th. http://europa.eu/rapid/pressrelease_MEMO-16-2012_en.htm

Murdock v. Monsanto
November 21, 2022
Page 226

refuses to name them "*because the composition of the formulations is commercial-in-confidence information.*"[451]

This situation is typical of many countries. The decree banning the use of formulations containing POEA in Italy named 55 formulations including well-known names such as Roundup, Rodeo® and Touchdown® and brands from Cheminova, Syngenta, Nufarm, Dow AgroSciences and Arysta as well as Monsanto and some Italian companies.[452]

The key point here is that experimental studies suggest that the toxicity of POEA is greater than the toxicity of glyphosate alone and commercial formulations alone. However, safety evaluations performed by Monsanto have largely been performed on pure glyphosate or without identification of all ingredients. There is also evidence that glyphosate preparations containing POEA are more toxic than those containing alternative surfactants. Since surfactants contribute to the toxicity of glyphosate formulations, adverse health consequences are not necessarily caused by glyphosate alone, but by complex and variable mixtures. Even Monsanto has recognized this in correspondence (as cited in this assessment).

### *Monsanto TNO Dermal Penetration Study with Co-Formulant Cocoamine*

Monsanto's previously reported dermal absorption studies did not include surfactant co-formulants. Monsanto did find evidence of the effects of one surfactant**,** cocoamine, on dermal absorption in their TNO dermal penetration studies. These studies were not submitted to the U.S. EPA or to any European regulatory agency.

TNO Study: Johan van Burgsteden, "In vitro percutaneous absorption study with [14C]-glyphosate using viable rat skin membranes," June 14, 2002, Unaudited draft report V4478 (Tab 24). Glyphosate in formulations MON 35012 and MON 0139 (70%) was examined for in vitro percutaneous absorption through viable rat skin membranes. Both contain the IPA salt of glyphosate, but MON 35012 also contains the surfactant cocoamine. Both the concentrated formulation and the field dilution were tested as shown

---

[451] NZ Parliament. 2016. Written questions 10151, 10153, 10154. Steffan Browning to the Minister for the Environment. New Zealand Parliament Paremata Aotearoa, Wellington. https://www.parliament.nz/en/pb/order-paper-questions/written-questions/?criteria.Keyword=glyphosate

[452] Pesticide Action Network (PAN). http://pan-international.org/wp-content/uploads/Glyphosate-monograph.pdf

Murdock v. Monsanto
November 21, 2022
Page 227

in **Table 19.** After eight hours of exposure, the test substance was removed from the application site and samples of the receptor fluid were collected for an additional 40 hours.

**Table 19**
**Formulations and Doses Tested in TNO Dermal Absorption Studies**

| Formulation | Ingredients | Dose (mg gly/cm$^2$) | |
|---|---|---|---|
| | | Concentrate | Field dilution |
| MON 35012 | Glyphosate Isopropylamine salt (46% w/w) Surfactant Cocoamine (18% w/w) Water & minor ingredients (35.5% w/w) | 6.249 | 0.080 |
| MON 0139 70% | Isopropylamine salt (62% w/w) Inert ingredients (38% w/w) | 6.343 | 0.080 |

The investigators in this study used doses outside the range recommendations of the U.S. EPA's 1998 "Health Effects Test Guidelines" for dermal penetration as follows:

The maximum practical dose is on the order of 1 mg/cm$^2$—larger doses tend to fall off the skin or exceed saturation of the absorption process. When only three doses are given, the highest dose should be on the order of 0.1 mg/cm$^2$.[453]

There are two doses in this study - the higher dose being 6.2 times larger than the recommended maximum dose. Furthermore, the U.S. EPA guidelines state that:

The maximum dose volume should not exceed 10 µL/cm$^2$. Larger volumes of liquid have been found to flow on the skin and produce uneven distribution on the dosed area.[454]

In this study, 10 µL of the test samples was applied on a 0.64 cm$^2$ skin surface area. This is the equivalent of 15.6 µL/cm$^2$ which is more than one- and one-half times greater than the recommended maximum (liquid) dose. Results of the eight-hour exposures are shown in **Table 20.**

The excess in both the concentration and the volume of the concentrated doses will contribute to absorption saturation as described by the U.S. EPA:

---

[453] U.S. EPA OPPTS 870.7600, "Health Effects Test Guidelines Dermal Penetration," August 1998, p. 4.
[454] Id.

Murdock v. Monsanto
November 21, 2022
Page 228

> The amount of chemical coverage on the skin surface can influence the amount of dermal absorption. Chemical coverage of the skin surface may be incomplete where only part of the surface is covered, or it may be complete where the entire skin surface is covered. In both cases, only the amount of chemical in contact with the skin surface is available for absorption such that the capacity of the skin to absorb the chemical may be exceeded.[455]

**Table 20**
**Percent Absorption of Glyphosate (percent of dose)**

| Dose | MON 35012 (containing surfactant) | | MON 0319 (70%) (no surfactant) | |
|---|---|---|---|---|
| | Penetration within 48 hrs | Mass balance | Penetration within 48 hrs | Mass balance |
| | % of dose | | % of dose | |
| Low dose | 2.6 ± 1.4% (2.10 µg/cm²) | 73.4% | 1.4 ± 2.2% (1.13 µg/cm²) | 82 .6% |
| High dose | 10.3 ± 4.2% (646.3 µg/cm²) | 132.4% | 1.3 ± 1.9% (80.8 µg/cm²) | 128 .2% |

The following key points emerged from the exposure/absorption tests:

- The maximum penetration of **10.3%** occurred with the higher dose of MON 35012 concentrate which contained the surfactant, Cocoamine.

- Even at the lower glyphosate dose of 0.080 mg/cm² of MON 35012, the penetration was 2.6% of the dose which is greater than Monsanto had previously reported.

- The mass balance was found to range from 73% to 132%. This variability is very high as guidelines cite an adequate mean recovery is in the range of 100 ± 10%. (OECD, 2004). This suggests variability in the amount of absorption among the rat skin membrane samples at each dosing.

- In fact, while the mean penetration of the higher dose in MON 35012 was 646.3 µg/cm², one membrane absorbed approximately 1,100 µg/cm², or about **18%** of the applied dose. The mean penetration of the lower dose of MON 35012 was 2.10 µg/cm² while the maximum penetration was about 3.5 µg/cm² or approximately **4.4%** of the applied dose.

---

[455] Id., p. 3.

Murdock v. Monsanto
November 21, 2022
Page 229

- At the lower dose, the missing 27% of the dose should be included in the amount absorbed and, therefore, the amount of absorbed glyphosate would be 30% of the applied dose. The measured 10.3% dermal absorption of glyphosate through rat skin in the presence of a surfactant was not received well by Monsanto.

In a message from Fabrice Broeckaert (3-29-02) to Christophe Gustin, et al: Subject: "TNO dermal penetration studies: new issues and topics for the conference call of Tuesday, 2 April (8 A.M STL time)," the following was noted:

> "As of today we received preliminary surprising results on in vitro dermal penetration of propachlor and glyphosate through rat skin; it is imperative that we work closely together and communicate well on the conduct, the practical difficulties and the results associated with these studies.
>
> Glyphosate:
>
> - The EU rapporteur for glyphosate used a dermal penetration factor of 3% based on several published in vitro/in vivo dermal penetration studies
>
> - We launched human and rat in vitro dermal penetration studies with MON 35012 with and without surfactant
>
> - Preliminary results with rat skin are not acceptable (see fax); due to very bad reproducibility (sic) that TNO cannot explain, they proposed to repeat the study in parallel with the human skin study. However, we can already conclude that:
>
> a. For the concentrate MON 35012, the% in vitro dermal penetration of glyphosate through rat skin is between 5 and 10%
>
> b. For the spray dilution of MON 35012, the% in vitro dermal penetration of glyphosate through rat skin will be around 2%
>
> c. The dermal penetration of glyphosate itself in the absence of surfactant is lower than 1.5%."

A follow-up communication from Mr. William Heydens (4-2-02, to Charles Healy): Subject: "TNO dermal penetration studies: new issues and topics for the conf call of Tuesday, 2 April (8 A.M STL time)."

> "… My primary concern is with the glyphosate in terms of the potential for this work to blow Roundup risk evaluations (getting a much higher dermal penetration than we've ever seen before)."

Murdock v. Monsanto
November 21, 2022
Page 230

*Monsanto did not share this study with the public or the scientific community.* Additionally, Monsanto decided <u>not to have it repeated</u>. Some incidental communications on this subject are available for consideration:

Fabrice Broeckaert (4-4-02):

> "Although we agreed to repeat the in vitro dermal penetration study with rat skins as proposed by TNO, we came to the conclusion that the penetration of glyphosate would have been [probably] greater than the 3% already imposed by the German authorities. We decided thus to STOP the study (effective today morning)."

With further explanation, Richard Garnett (4-5-02):

> "…we initiated the studies from a regulatory angle to help meet the requirements for operator exposure, given that the Annex I endpoint for dermal absorption for glyphosate was set at 3%, …the results of the rat skin studies show levels of absorption for glyphosate of a similar order to the Annex I endpoint; also confirm our expectation that surfactant concentration affects the dermal absorption… therefore, from the regulatory angle, there is no point in pursuing the studies further."

### Other Factors Increasing Dermal Absorption

Various skin cream compounds applied to the skin prior to handling pesticides have been demonstrated to alter percutaneous absorption as reported in a study by Brand et al. (2007).[456] In these studies, four commercially available moisturizing creams were tested with respect to their capacity as transdermal penetration enhancers using the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) as a model compound. Their data demonstrated that pre-treatment with three of the four creams increased the absorption of 2,4-D as evidenced by either an increased cumulative penetration or shorter lag-times.

Korinth et al. (2003) reported that skin barrier creams have been demonstrated to enhance the penetration rates of different industrial solvents. The creams significantly enhanced the penetration rates of solvents from complex mixtures compared with the single solvents.[457]

---

[456] Brand, R. et al., "Transdermal absorption of the herbicide 2,4-dichlorophenoxyacetic acid is enhanced by both ethanol consumption and sunscreen application," 2007, Food and Chemical Toxicology, Volume 45, Issue 1, pp. 93-97.

[457] Korinth G, Geh S, Schaller KH, Drexler H., "In vitro evaluation of the efficacy of skin barrier creams and protective gloves on percutaneous absorption of industrial solvents," 2003, Int Arch Occup Environ Health, Vol. 76(5), pp. 382-6.

Murdock v. Monsanto
November 21, 2022
Page 231

Water-in-oil emulsions, such as oily creams, retard water loss from the skin thereby increasing hydration but also increasing the permeability of the skin.[458] Oil-in-water emulsions (water-based creams) may donate water to the skin thereby increasing hydration and slightly increasing the skin's permeability.[459]

Wester and Maibach (2015)[460] reported on the absorption of a 1% glyphosate solution from cotton cloth into and through human skin. Cotton cloth was dosed with a 1% glyphosate solution and applied to the skin. It was found that 0.7 ± 0.3% was absorbed compared to 1.4 ± 0.2% dose absorbed when the solution was dosed directly on the skin. Allowing the cotton cloth to air dry for one day further reduced the absorption to 0.08 ± 0.01%.

However, after adding water to the dried cotton-glyphosate cloth, the absorption increased to 0.4 ± 0.1% indicating that water "activated" the glyphosate. The water was acting as an external solvent and as such, increased the percutaneous absorption.

Ethanol is also well known as a topical penetration enhancer as it is frequently used in transdermal drug delivery systems (patches). Bommannan et al. (1991)[461] found that, during in vivo studies with human skin, ethanol enters the skin and removes measurable quantities of the lipid barrier material from the stratum corneum. This lipid extraction may lower the skin barrier function and render the membrane more permeable which is the most likely explanation for the effect of ethanol as a skin penetration enhancer.

The mechanism by which ethanol facilitates permeation of a solute, such as glyphosate, is referred to as the "'pull' (or "drag") effect.[462] Hand sanitizer use has become widespread in the U.S. and typical hand sanitizers contain on average of 62% ethanol.

Thus, the use of creams and lotions to treat dry, cracking skin as well as the use of hand sanitizers potentiate dermal absorption of glyphosate among occupational applicators.

---

[458] Smith, Eric and Maibach, Howard, eds., Percutaneous Penetration Enhancers (Boca Raton, FL:  CRC Press, 2015.

[459] Id.

[460] Wester, R. and Maibach, H. (2015). 'Penetration enhancement by Skin Hydration', in Smith, E. and Maibach, H. (eds.) Percutaneous Penetration Enhancers (Boca Raton, FL) CRC Press, 2015.

[461] Bommannan D, Potts RO, Guy RH, "Examination of the effect of ethanol on human stratum-corneum in vivo using infrared-spectroscopy," 1991, J Control Release, Vol. 16, pp. 299–304.

[462] Heard CM, Kung D, Thomas CP, "Skin penetration enhancement of mefenamic acid by ethanol and 1,8-cineole can be explained by the "pull" effect," 2006, Int J Pharm., Vol. 321, pp. 167–170.

Murdock v. Monsanto
November 21, 2022
Page 232

# 12. Toxicological Assessment of Additional Exposure Factors

**Non-Hodgkin's Lymphoma Latency Estimates**

The term "latency" refers to the interval between initial exposure to a cancer-causing chemical and when a physician initially diagnoses the cancer based on objective clinical evidence.

A chemical's genotoxicity may lead to cancer-inducing mutations in cells; however, a period of time elapses during which mutations and DNA damage accumulate in cells before cancer becomes clinically evident. Additionally, a sufficient number of doubling times is required. Latency refers to the minimum time between initial exposure to a cancer-causing chemical and when a physician initially diagnoses the cancer.

There is no single peer-reviewed, generally recognized latency "threshold" for the more than 60 subtypes of lymphoma (Morton et al., 2014).[463] Various sources cite latency intervals ranging as high as 25 years or more. However, there are pharmaceuticals such as Prograf, cyclosporin, etc., that can induce NHL in only one year or less.

From the compilation of peer-reviewed latency estimates in **Table 21**, a surmised latency interval of <u>2 to 25 years</u> falls within the general estimates of the studies cited therein.

**Table 21**
**Compilation of Peer-Reviewed NHL Latency Estimates**

| Study/Source | Summary of Findings | Latency |
|---|---|---|
| USEPA Glyphosate Issue Paper: 57, 2016[464] | "Some have argued that the follow-up period (median=7 years) De Roos et al. (2005) is not sufficiently long to account for the latency of NHL (Portier et al. 2016); however, the latency period for NHL following environmental exposures is relatively unknown and estimates have ranged from 1-25 years (Fontana et al., 1998; Kato et al., 2005; Weisenburger, 1992)." *All of the preceding references are in USEPA Glyphosate Issue Paper as cited.* | 1 to 25 yrs. |

---

[463] Morton, et al., "Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the Inter-Lymph Non-Hodgkin Lymphoma Subtypes Project," August 2014, J Natl Cancer Inst Monogr. (48), pp. 130-44.

[464] USEPA, "Glyphosate Issue Paper: Evaluation of Carcinogenic Potential," USEPA's Office of Pesticide Programs, September 12, 2016, https://www.epa.gov/sites/production/files/2016-09/documents/glyphosate_issue_paper_evaluation_of_carcincogenic_potential.pdf

Murdock v. Monsanto
November 21, 2022
Page 233

**Table 21 Continued**

| Study/Source | Summary of Findings | Latency |
|---|---|---|
| USEPA Glyphosate Issue Paper: Sept. 2016 | "Eriksson et al., (2008) evaluated the impact of time since first exposure. This study found an increased effect estimate for subjects with more than 10 years of glyphosate exposure prior to diagnosis of NHL. This finding suggests a potential for a longer latency for NHL than the follow-up period in De Roos et al. (2005)." *All of the preceding references are in USEPA Glyphosate Issue Paper as cited.* | 10 yrs. |
| USEPA Glyphosate Issue Paper: September, 2016 | "Two case-control studies evaluating the risk of NHL (Eriksson et al., 2008 and McDuffie et al., 2001) observed increased effect estimates in the highest exposure categories analyzed. Eriksson et al. (2008) found a greater effect estimate for subjects with >10 days (based on the median days of exposure among controls) and >10 years of exposure (for latency analysis) when compared to subjects with = 10 days and 1-10 years of exposure, respectively; … however, given the latency analysis of NHL was limited to Eriksson et al. (2008) and lack of NHL latency understanding in general, further studies are needed to determine the true latency of NHL. McDuffie et al. (2001), stratifying based on the average number of days per year of exposure, observed similar effect estimates in the lower exposure category (>0 and = 2 days/year) while a greater effect estimate was observed in the highest exposure category (>2 days/year)." | 10 yrs. |
| 9-11 Monitoring and Treatment, World Trade Center Health Program[465] | "The reported minimum latency estimate using statistical modeling in epidemiologic studies for … lymphoproliferative and hematopoietic malignancies resulting from formaldehyde exposure is 2 years [Latency Method 4A] (Beane Freeman et al. 2009)." "A minimum latency period of 2 years has been reported for non-Hodgkin lymphoma (Bennett et al. 1991) following treatment of Hodgkin disease with chemotherapy and radiotherapy which is similar to the latency for secondary acute leukemia (Nadler and Zurbenko 2013; Tucker et al. 1988)." *All of the preceding references are in 9-11 Monitoring report as cited.* | 2 yrs. (min) |

## Assessment of Additional Potential NHL Risk Factors

An objective toxicological assessment requires review of both known and potential risk factors. Exposure circumstances thus play key roles in the toxicological investigation. For example, if exposure to a certain substance is generally recognized to increase the individual risk for diagnosis of a clinical condition (such as NHL), then exposure dose becomes a *primary line of toxicological inquiry*. Exploration of exposure circumstances inevitably leads to frequencies, durations and dose(s).

---

[465] "Minimum Latency & Types or Categories of Cancer," World Trade Center Health Program, Revised: January 6, 2015, https://www.cdc.gov/wtc/pdfs/policies/WTCHP-Minimum-Cancer-Latency-PP-01062015-508.pdf

Murdock v. Monsanto
November 21, 2022
Page 234

In the present matter, other substances are potentially capable of inducing some of the toxicological effects noted (such as NHL). The following sections review several of these substances and the dose (for example, benzene ppm-years or cigarette smoking pack-years) is required to document a measurable statistically significant impact. It is not acceptable in the field of toxicology to simply <u>speculate</u> that chemical causation occurred solely on the knowledge that a substance is known to cause a specific toxicological target endpoint. The dose metric must be determined and assessed to determine if the exposures/dose was above the statistically significant increased odds ratio (OR) threshold at the 95% confidence interval.

### Benzene as Potential NHL Risk Factor

The US EPA has classified benzene as a known human carcinogen through all routes of exposure.[466] Generally, studies gauge benzene exposure based on exposure dose per time interval at a given air level expressed as cumulative "parts per million-years" (ppm-years). For example, a worker exposed to 1 ppm of benzene for eight hours per day, five days per week, 50 weeks per year, for 40 years would have a total cumulative exposure of 40 ppm-years.

There has been a considerable number of occupational toxicological assessments of benzene published over the past 34 years. Many studies have assessed the carcinogenicity of benzene using the Pliofilm rubber-worker cohort, the most intensely studied group of workers chronically exposed to benzene. The production of Pliofilm, a strong, thin, flexible material similar to plastic wrap, resulted in the production of especially high airborne concentrations of benzene, thereby exposing workers. The Pliofilm was produced at three facilities in Ohio over a period of 40 years (1936-1976) with exposure data and work history data available for individual workers. This was the largest cohort to be studied in risk assessment with recorded exposures to benzene. Risk assessments based on this cohort have played a major role in setting the current occupational exposure limits for benzene.

Rinsky et al.[467] assessed the association between benzene exposure, leukemia and mortality rate in this occupational cohort of rubber workers. Estimates of exposures were based on the air-monitoring data collected by industrial hygienists in the plant and the job

---

[466] "Benzene: Hazard Summary," U.S. EPA, January 2012,
https://www.epa.gov/sites/production/files/2016-09/documents/benzene.pdf

[467] Rinsky, et al., "Benzene and leukemia," 1987, New England Journal of Medicine, Vol. 316(17), pp. 1044-1050.

Murdock v. Monsanto
November 21, 2022
Page 235

title/positions of participants. This data was used to determine the cumulative exposure for each participant in the cohort.

The authors divided the exposure strata into four categories: *1 ppm-day to 40 ppm-years*, *40-199.9 ppm-years*, *200-399.99 ppm-years* and *>400 ppm-years*. There was a total of 1,165 men with at least a 1 ppm-day of cumulative exposure included in the cohort. There was a statistically significant increase in deaths from all lymphatic and hematopoietic neoplasms (15 observed vs. 6.6 expected; SMR, 2.27; 95% CI, 127-376). This was mainly due to the increased number of deaths from leukemia and multiple myeloma. The standardized mortality ratio (SMR) for leukemia, which is a ratio between the observed number of deaths from leukemia in a study population and the number of leukemia deaths that would be expected, was presented in the results. SMRs for leukemia over the four exposure strata displayed significant progressive increases with increasing cumulative exposure to benzene (SMRs for the four exposure strata were 1.09, 3.22, 11.86 and 66.37, respectively). Seven of the nine persons with leukemia had a latency of less than 20 years. SMRs for multiple myeloma did not display an increase over the four exposure strata with increasing exposure.

The authors found that cumulative exposure (ppm-years) was the strongest single predictor of deaths from leukemia when examined separately with two other exposure variables (duration of exposure and average exposure rate). When these three variables were examined simultaneously, only cumulative exposure was found to contribute to risk of death from leukemia. Exposure-response was also evaluated using several models. An untransformed model provided the best representation for an exposure-response relationship. The authors presented the equation $SMR = \exp(0.0126 \times ppm\text{-}years)$ to describe the odds ratio for leukemia in relation to cumulative exposure to benzene. From this equation, the average cumulative exposure of cases and controls (69 ppm-years) was found to produce an odds ratio relative to the unexposed workers of 2.4. The authors concluded that with an average exposure lowered to 1 ppm (from 10 ppm at the time), the excess risk would decrease to 1.7. Additionally, at 0.1 ppm (or 0.1 ppm x 40 years = 4 ppm-years), the risk for cancer would be virtually **equivalent to the background risk** (**OR 1.05; 95% CI 1.01-1.09**).[468]

---

[468] Id.

Murdock v. Monsanto
November 21, 2022
Page 236

A reassessment of the Pliofilm cohort by Paxton[469] showed that additional information updating the cohort with data through 1981 did not negate the leukemia risk from occupational benzene exposure. The standardized mortality ratios for leukemia in Pliofilm workers by cumulative exposure are as follows (from different Pliofilm studies):

- The Rinsky et al. assessment resulted in a SMR of 6.93 for >50-500 ppm-years of benzene exposure,

- The Crump assessment resulted in a SMR of 4.87 for >50-500 ppm-years of benzene exposure and a SMR of 10.34 for >500 ppm-years of exposure,

- The Paustenbach study resulted in a SMR of 11.86 for >500 ppm-years of exposure.[470]

A more recent meta-analysis was conducted by Khalade et al. (2010) [471] to determine the relationship between benzene exposure and cancer risk (effect size). Summary effect size estimate for any leukemia was 1.64, 1.90 and 2.62, respectively, for low (> 0 and < 40 ppm-years), medium (> 40 and ≤ 99.9 ppm-years) and high (> 100 ppm-years) exposures. The risk of acute myeloid leukemia (AML) was estimated to be two-fold for cumulative exposure below 40 ppm-years, 2.3-fold for exposure from 40 ppm-years to below 100 ppm-years, and over three-fold for exposures 100 ppm-years and above. A significant risk for developing AML from benzene exposure occurs by excessive cumulative exposure of greater than 250 ppm-years or a peak benzene exposure of 20 ppm.

While a high and significant risk of AML has been widely reported across studies, results on chronic lymphocytic leukemia (CLL, a subtype of NHL) remain controversial. In this meta-analysis, the highest exposure category for CLL was based on only one study. Additionally, there was a lack of consistent association between benzene exposure and risk of chronic myelogenous leukemia (CML) and insufficient evidence to make any connection with respect to a causal association with acute lymphoblastic leukemia (ALL).

---

[469] Paxton, M.B., "Leukemia Risk Associated with Benzene Exposure in the Pliofilm Cohort," 1996, Environmental Health Perspectives, Vol. 104(6), pp. 1431-1436.

[470] Id.

[471] Khalade, A., et al., "Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis," 2010, Environmental Health, Vol. 9(31).

Murdock v. Monsanto
November 21, 2022
Page 237

Glass et al.[472] conducted a case-control study to assess the association between lympho-hematopoietic cancers and occupational exposure to benzene among men in Australia. Exposure-response relationships including subtypes of leukemia with benzene exposure were also assessed. Benzene exposure was calculated using a task-based algorithm involving a subject's occupational history, previously measured exposure of particular tasks in the Australian petroleum industry and task- and period-specific data. This provided an estimate of cumulative exposure to benzene in parts per million-years (ppm-years). Results of the study showed significant increased risk of leukemia for three of the five exposure groups compared with the lowest (≤ 1 ppm-year). For the two highest exposure categories combined (>8 ppm-years cumulative exposure), the OR was 11.3 (95% CI= 2.85-45.1). The OR associated with cumulative exposure as a continuous measure was 1.65 (95% CI= 1.25-2.17) which is consistent with an increase of 65% for each doubling of mean cumulative exposure. This study showed increased risk of leukemia at all cumulative exposures above 1 ppm-year (statistically significant at >2-4 ppm-years, >8-16 ppm-years and >16 ppm-years) with ORs of 6.1, 5.9, and 98.2, respectively, at 95% CIs. There was also a strong dose-response relationship. The results of this study showed considerably higher risk of leukemia at lower cumulative benzene exposures.[473]

Guenel et al.[474] conducted a case-control study within a cohort of 170,000 men employed at Electricite de France-Gaz de France (EDF-GDF) which is a nationally operating gas and electricity utility company in France. The authors investigated associations of benzene exposure and leukemia subtypes as well as temporal patterns between exposure and disease. Assessment of occupational exposure was characterized by job exposure matrix (JEM) which uses a standardized procedure. Specifically for benzene exposures, an index of exposure intensity was defined for each work task in addition to exposure frequency and duration. These three exposure indices provided an estimation of the time-weighted average (TWA) exposure per job. Intensity indices were used for ranking work tasks and work periods on a relative exposure scale but not for estimating absolute exposure levels, so the TWA benzene exposure included in the JEM was expressed in an arbitrary "unit" of benzene concentration. Since the assessment of

---

[472] Glass, D.C., et al, "Leukemia Risk Associated with Low-Level Benzene Exposure," 2003, Epidemiology, Vol. 14(5), pp. 569-577.

[473] Id.

[474] Guenel, P., et al., "Leukemia in Relation to Occupational Exposures to Benzene and Other Agents: A Case-Control Study Nested in a Cohort of Gas and Electric Utility Workers," 2002, American Journal of Industrial Medicine, Vol. 42, pp. 87-97.

Murdock v. Monsanto
November 21, 2022
Page 238

exposure to chemicals was based on expert judgment and because <u>no exposure monitoring data</u> was available, it was difficult to estimate exposure intensity (e.g., air concentration) but the exposure duration and exposure frequency were based on the observation of actual work tasks. The authors approximated a converted exposure of "units" of benzene into ppm in order to compare results with other published literature. Under the authors' assumption of 1 U = 1 ppm, the median TWA exposure to benzene among <u>exposed controls</u> at EDF-GDF would <u>be 0.16 ppm</u> with 90% of workers having exposure below 2 ppm. The median cumulative exposure would be 1.1 ppm-years with 90% of exposed workers having cumulative exposure below 16.8 ppm-years. Results of the study revealed a <u>statistically significant</u> increased risk of leukemia; OR 3.6 with cumulative exposure in the highest exposure group (<u>>16.8 ppm-years</u>). The incidence of leukemia increased for exposure duration of 10 or more years and reached statistical significance with OR 3.73 for exposure duration greater than 20 years. Odds ratio of 4.6 was observed for all acute leukemia in the highest category of benzene exposure. The results also suggest that leukemia is more strongly associated with exposure to benzene after allowing for a 10–20-year latency period (i.e., with distant past exposures).[475]

Hayes, et al.[476] conducted a cohort study to assess the risk of developing hematologic neoplasms and related disorders in relation to quantitative estimates of occupational benzene exposure. Study subjects were identified through factory administrative records. Average occupational exposure to benzene (in ranges of <1 ppm, 1-<5 ppm, 5-<10 ppm, 10-<25 ppm, 25-<50 ppm and ≥50 ppm) was estimated by local industrial hygienists using available <u>ambient benzene exposure measurements</u> and detailed production and related process information for seven calendar periods for study-specific job titles in each factory. Work histories were linked to benzene exposure data to provide individual, time-specific benzene-exposure estimates.

On average, benzene-exposed and unexposed subjects were followed for 10.5 years and 11.7 years, respectively. Results of the study show benzene-exposed subjects experienced significantly increased risks for hematologic neoplasms at average benzene exposure of < 10 ppm (RR 2.2; 95% CI=1.1-4.2) and cumulative exposures of < 40 ppm-years (RR= 2.2; 95% CI= 1.1-4.5) compared to unexposed. Acute mixed lineage leukemia (AMLL) and myelodysplastic syndromes [MDS] both showed patterns of increasing risk with increasing average exposure to benzene with more consistent dose-response

---

[475] Id.

[476] Hayes, R.B., et al., "Benzene and Dose-Related Incidence of Hematologic Neoplasms in China," 1997, Journal of the National Cancer Institute, Vol. 89(14), pp. 1065-1071.

Murdock v. Monsanto
November 21, 2022
Page 239

patterns for AMLL/MDS than AMLL alone. For AMLL/MDS, RR rose from 3.2 for those with constant low-level exposure (<10 ppm) to 7.1 for those with constant high-level exposures (≥25 ppm). Risk for AMLL/MDS <u>did not increase for duration of exposure to benzene</u>. As far as temporal assessment, workers with ten or more years of benzene exposure had an increased RR of 4.2 for developing NHL. This was most strongly linked to exposure that occurred at least ten years before diagnosis (i.e., distant exposure). But for risk of AMLL/MDS, a significant increase was observed for those with more recent benzene exposure.[477]

Collins et al.[478] conducted a cohort study in Illinois assessing lymphohematopoietic cancers to determine effects of low, cumulative benzene exposure and short-term exposure peaks. Exposure assessment was based on some area sampling levels, individual level exposures and the plant's industrial hygienists' judgment to estimate exposures. Continuous exposures were estimated as eight-hour, time-weighted averages (TWA) using categories <1, 1-10, and 11-50 ppm. Cumulative, individual, daily exposure was divided into three groups of exposure categories: <1 ppm-year, 1-6 ppm-years, and >6 ppm-years. Cumulative exposures ranged from <u>0.1 ppm-years to 632 ppm-years</u> with a <u>median of 3 ppm-years</u>. Cumulative number of days with peaks were categorized as no day over 100 ppm, <7 days, 7-40 days and more than 40 days.

Results of the study showed SMRs for all leukemias for 1-6 ppm-years were <u>not significant</u> at 1.4 (95% CI 0.4-3.6) and for >6 ppm-years, SMR was 1.7 (95% CI 0.6-3.8). Acute non-lymphocytic leukemias (ANL) SMRs showed a similar trend by exposure category with SMR of 2.7 (95% CI 0.3-9.9) and 2.2 (95% CI 0.3-8.1) for 1 to 6 ppm-years and >6 ppm-years, respectively. <u>Chronic leukemia</u> did <u>not</u> show a similar trend. The SMRs for multiple myeloma (MM) increased with cumulative exposure category but <u>neither Hodgkin's disease nor non-Hodgkin lymphoma displayed a similar trend</u>. Results of short-term peak benzene exposure categories showed SMRs >40 days with peak exposures over 100 ppm were 4.0 for MM, 2.7 for all leukemias, 4.1 for ANL, 1.8 for non-Hodgkin lymphoma and 1.6 for lung cancer. The results of this study showed little evidence of increasing leukemia or ANL risk with increasing cumulative exposure to benzene; however, there are lower cumulative exposures than the Pliofilm worker cohort. The Collins et al. study did provide evidence that a high number of peak exposures to benzene appeared to be a better predictor of ANL risk than cumulative exposure. Since

---

[477] Id.

[478] Collins, J.J., et al., "Lymphohematopoietic cancer mortality among workers with benzene exposure," 2003, Occup Environ Med, Vol. 60, pp. 676-679.

Murdock v. Monsanto
November 21, 2022
Page 240

the Pliofilm worker study did not estimate exposure peaks, it cannot be directly compared. The results of the Pliofilm worker cohort assessments and this study do agree that increased leukemia risk occurs with a **minimum concentration of between 20 and 60 ppm** of benzene, arguing for a threshold of exposure.[479]

Although Ms. Murdock may have been exposed to solvents, there is no evidence that she was exposed to significant levels of benzene as discussed in the preceding studies.

### Smoking as Potential NHL Risk Factor

Morton et al. (2003)[480] conducted a study among women to evaluate smoking as an NHL risk factor. The results suggested that smoking does not alter the risk of all NHL subtypes combined but strongly demonstrated an increased risk of follicular lymphoma. This appears to be associated with increased intensity and duration of smoking and cumulative lifetime exposure to smoking. Compared with nonsmokers, women with a cumulative lifetime exposure of 16-33 pack-years and 34 pack-years or greater experienced a 50% increased risk (OR=1.5, 95% CI 0.9-2.5) and 80% increased risk (OR=1.8, 95% CI 1.1-3.2), respectively, of follicular lymphoma (*P* for linear trend= 0.05).

Similarly, studies by Herrinton et al. (1998)[481] observed a positive association between smoking and the risk of follicular lymphoma as compared with nonsmokers (former smokers, relative risk=1.9, 95% CI 1.2-2.9: current smokers, relative risk=1.4, 95% CI 0.9-2.2). The strength of association did not increase consistently with increasing duration and intensity of smoking. The authors observed no relationship between smoking status and risks of small cell lymphocytic, diffuse or high-grade lymphoma nor was smoking related to the risk of all histological types of NHL combined. These results give limited evidence for a relationship between smoking and the risk of follicular lymphoma. Bracci et al. (2005)[482] conducted a population-based, case-control study of NHL and tobacco use. For men, an increased risk for follicular lymphoma was observed for cigarette smokers and other tobacco (OR=1.5, 95% CI 1.0-2.2), cigars alone (OR=2.8, 95% CI 1.1-7.2) and snuff or chewing tobacco alone (OR=7.3, 95% CI 1.9-28) while there was no

---

[479] Id.

[480] Morton, LM., et al., "Cigarette smoking and risk of non-Hodgkin's lymphoma subtypes among women," British Journal of Cancer, Vol. 28, pp. 2087-2092.

[481] Herrinton, LJ, et al., "Cigarette smoking and risk of non-Hodgkin's lymphoma subtypes," January 1998, Cancer Epidemiology, Biomarkers & Prevention, Vol. 7, pp 25-28.

[482] Bracci, P.M. & Holly, E.A., "Tobacco use and non-Hodgkin lymphoma: results from a population-based case-control study in San Francisco Bay Area, California," 2005, Cancer Causes and Control, Vol. 16, pp. 333-346.

Murdock v. Monsanto
November 21, 2022
Page 241

association with tobacco use and follicular lymphoma among women. The results did not support an association between overall tobacco use and all NHL in men or women. Risk estimates for follicular lymphoma in men related to smoking characteristics were increased but not linear and <u>not different from unity</u>.

A single study found a nearly four-fold increased OR for diffuse large-cell lymphoma associated with use of non-cigarette tobacco in men only (OR=3.9, 95% CI 1.6-9.6). ORs were increased for NHL among men who used any non-cigarette tobacco alone (OR=1.7) or non-cigarette tobacco and cigarettes (OR=1.4).

Besson et al. (2003)[483] conducted a hospital-based, case-control study to determine the relationship between smoking and NHL. The results of this study suggested a three-fold increase in the risk of follicular NHL among current smokers (OR=3.20, 95% CI 0.79-12.97), but the result was not statistically significant perhaps due to small sample size. Risk of NHL was more than two-fold higher for women who currently smoke compared to women who have never smoked (OR=2.40, 95% CI 1.19-4.84). Among ever smokers, a significant increased risk of NHL was observed for women who have smoked for more than 30 years compared with women who have never smoked (OR=5.04, 95%CI 1.40-18.12). There was an association between smoking duration and follicular lymphoma although a smaller number limited the ability to find a statistical significance.

Parker et al. (2000)[484] conducted a population-based, cohort study of older women (aged 55-69) and observed an increased risk with smoking and follicular lymphoma in former and current smokers after multivariate adjustment (RR=1.6, 95% CI 0.7-3.4 and RR=2.3, 95% CI 1.0-5.0, respectively) as compared to never smokers. After multivariate adjustment, current smokers had a significant increased risk of developing follicular lymphoma compared to never smokers.

Taborelli et al. (2017)[485] conducted a hospital-based, case-control study to determine the relationship between tobacco smoking and risk of NHL and Hodgkin's lymphoma (HL) through logistic regression spline models. There was significant increased risks of both NHL and HL in smokers (≥ 15 cigarettes/day) compared to never smokers; the risk was

[483] Besson, H., et al., "Smoking and non-Hodgkin's lymphoma- a case control study in the Rhone-Alpes region of France," 2003, Cancer Causes Control, Vol. 14(4), pp. 381-398.

[484] Parker, A.S., et al., "Smoking and Risk of Non-Hodgkin Lymphoma Subtypes in a Cohort of Older Women," 2000, Leukemia and Lymphoma, Vol. 37(3-4), pp. 341-349.

[485] Taborelli, M., et al., "The dose-response relationship between tobacco smoking and the risk of lymphomas: a case-control study," 2017, BMC Cancer, Vol. 17:421.

Murdock v. Monsanto
November 21, 2022
Page 242

more elevated for follicular lymphoma (OR=2.43, 95% CI 1.31-4.51). The Taborelli study, "Table 3," (see **Figure 34**) shows the results for risk of NHL subtypes and smoking highlighting follicular lymphoma. <u>No excess risk was observed for former smokers or people smoking <15 cigarettes/day</u>. This study demonstrated a positive dose response relationship with significant increases in NHL starting from 15 cigarettes/day with more evident effects for follicular lymphoma starting from 7 cigarettes/day.

**Table 3** Risk of non-Hodgkin and Hodgkin lymphoma subtypes according to smoking habits

| | Smoking habits[a] | | | | | |
| | Never[b] | Current | | | | $\chi^2$ for trend |
| | | <15 cig/day | | ≥15 cig/day | | |
| | No. | No. | OR (95% CI) | No. | OR (95% CI) | |
|---|---|---|---|---|---|---|
| Non-Hodgkin lymphoma | | | | | | |
| Mature B-cell lymphomas | 219 | 67 | 0.95 (0.67–1.34) | 95 | 1.37 (0.97–1.92) | p = 0.09 |
| DLBCL | 133 | 33 | 0.76 (0.49–1.18) | 49 | 1.09 (0.72–1.66) | p = 0.88 |
| Burkitt | 5 | 4 | 3.07 (0.74–12.81) | 4 | 3.30 (0.71–15.28) | p = 0.16 |
| Follicular | 39 | 18 | 1.31 (0.69–2.47) | 25 | 2.43 (1.31–4.51) | p < 0.01 |
| Mantle cell | 4 | 1 | 0.66 (0.07–6.41) | 2 | 1.04 (0.17–6.50) | p = 0.99 |
| Marginal zone | 16 | 3 | 0.66 (0.18–2.44) | 4 | 1.09 (0.33–3.66) | p = 0.80 |
| Lymphoplasmacytic | 8 | 3 | 1.56 (0.38–6.48) | 2 | 0.87 (0.16–4.86) | p = 0.99 |
| SLL/CLL | 8 | 4 | 1.41 (0.40–4.93) | 7 | 2.47 (0.81–7.59) | p = 0.06 |
| Other B-cell lymphomas | 6 | 1 | 0.45 (0.05–4.15) | 2 | 2.87 (0.41–20.02) | p = 0.46 |
| Mature T-cell lymphomas | 14 | 8 | 1.83 (0.72–4.62) | 6 | 1.72 (0.58–5.03) | p = 0.15 |
| Other or NOS | 6 | 3 | 1.20 (0.75–1.91) | 7 | 2.30 (1.40–3.77) | p < 0.01 |
| Hodgkin lymphoma | | | | | | |
| Nodular sclerosis | 61 | 28 | 1.14 (0.61–2.12) | 18 | 1.76 (0.78–3.98) | p = 0.23 |
| Mixed cellularity | 6 | 2 | 1.02 (0.16–6.66) | 10 | 5.60 (1.31–23.97) | p = 0.03 |
| Other or NOS | 18 | 6 | 0.78 (0.27–2.21) | 15 | 3.22 (1.15–9.04) | p = 0.06 |

Odds ratios (OR) and 95% confidence intervals (CI) were estimated using unconditional logistic regression model adjusted for gender, age, study center, years of education, and place of birth
*CLL* Chronic lymphocytic leukemia, *DLBCL* Diffuse large B-cell lymphoma, *NOS* Not otherwise specified, *SLL* Small lymphocytic lymphoma
[a]Former smokers excluded. [b]Reference category

**Figure 34. "Table 3" from Taborelli et al. study results as published (2017).** [486]

Overall, the human epidemiological studies are consistent with a positive association of smoking tobacco and the risk of follicular NHL. Cumulative lifetime exposures of 16-33 pack/years in women smokers have shown a 50% increased risk for follicular lymphoma.

---

[486] Id.

Murdock v. Monsanto
November 21, 2022
Page 243

Of significance, cessation of smoking (former smokers) reduces the risk of NHL to baseline.

Ms. Murdock was a child and lifetime non-smoker (as defined by the CDC) with no increased risk of NHL related to smoking.

### Smokeless Tobacco

With respect to smokeless ("chewing") tobacco, studies show statistically significant increased risks of oropharyngeal cancer with chewing tobacco; however, NHL evidence is insufficient. Key studies include:

- Brown et al., 1992:[487] Smokeless tobacco revealed a non-significant OR of 1.3 (CI: 0.7-2.5). Additionally, non-significant ORs of 1.7, 0.8, 1.7, 1.3, and 1.5 were measured for follicular, diffuse, small lymphocytic, high grade, and unclassified lymphoma, respectively.

- Hardell et al., 1994:[488] Non-significant OR **1.50** (0.90–2.50) 95% CI (specific to NHL). Note: Use of tobacco products was suggested as a risk factor for NHL. *Not confirmed in study.* The study stated, "...smoking and oral snuff were not associated with an increased risk for NHL.*"

- Schroeder et al., 2002: [489] Among smokers, a non-significant OR of 1.7 (CI 0.9-3.3) was reported. Chewing tobacco was marginally associated with t(14;18)-positive NHL particularly when used before age 18 (OR 2.5, CI 1.0–6.0, 13 exposed cases). Initiating chewing after age 18 was not associated.

- Bracci and Holly, 2005:[490] NHL was not associated with overall tobacco use. However, snuff or chewing tobacco resulted in an apparent significant increased OR of 4.00 (95% CI:1.30–12.00) specific to NHL. This finding was based only on

---

[487] Morris Brown L, Everett GD, Gibson R, Burmeister LF, Schuman LM and Blair A, "Smoking and risk of non-Hodgkin's lymphoma and multiple myeloma," 1992, Cancer Causes Control, Vol. 3, pp. 49–55.

[488] Hardell L, Eriksson M and Degerman A, "Exposure to phenoxyacetic acids, chlorophenols, or organic solvents in relation to histopathology, stage, and anatomical localization of non-Hodgkin's lymphoma," 1994, Cancer Res, Vol. 54, pp. 2386–2389.

[489] Schroeder JC, Olshan AF, Baric R, Dent GA, Weinberg CR, Yount B, Cerhan JR, Lynch CF, Schuman LM, Tolbert PE, Rothman N, Cantor KP and Blair A, "A case-control study of tobacco use and other non-occupational risk factors for t(14;18) subtypes of non-Hodgkin's lymphoma (United States)," 2002, Cancer Causes Control, Vol. 13, pp. 59–168.

[490] Bracci, P.M. & Holly, E.A., "Tobacco use and non-Hodgkin's lymphoma: Results from a population-based case-control study in San Francisco Bay Area, California," 2005, Cancer Causes and Control, Vol. 16, pp. 333-346.

Murdock v. Monsanto
November 21, 2022
Page 244

> 7 cases and 6 controls. The study stated "Conclusion: Our data do not support an association between overall tobacco use and all NHL in women or men. Further analyses are warranted in larger studies to evaluate non-cigarette tobacco use, tobacco-related biologic markers, and genetic factors in the development of NHL."

A large meta-analysis by Lee et al., 2009,[491] concluded that "an increased risk of oropharyngeal cancer is evident most clearly for past smokeless tobacco use in the USA but not for Scandinavian snuff. Effects of smokeless tobacco use on other cancers are not clearly demonstrated."

Furthermore, the review of all available published studies revealed that the only report of a significant association was the OR of 4.0 (1.3–12.0) for non-Hodgkin's lymphoma in the case-control study of Bracci and Holly (above study). However, the combined evidence from the five studies for non-Hodgkin's lymphoma shows no significant relationship (1.20, 0.83–1.75).

Overall, the human epidemiological studies are consistent with a positive association of smoking tobacco and the risk of follicular NHL. Cumulative lifetime exposures of 16-33 pack/years in women smokers showed a 50% increased risk for follicular lymphoma. Of significance, cessation of smoking (former smokers) reduces the risk of NHL to baseline.

In the current matter, Ms. Murdock did not partake of chewing tobacco.[492]

### Obesity and BMI as Potential NHL Risk Factors

Larsson & Wolk (2011)[493] conducted a meta-analysis investigating the relationship between body mass index (BMI) and NHL (and subtype) incidence and mortality. A slight increased risk (7%) of NHL was observed with a 5 $kg/m^2$ increment in BMI (RR= 1.07, 85% CI 1.04-1.10) over 16 studies. The relative risk of NHL mortality associated with a 5 $kg/m^2$ increase in BMI was 1.14 (95% CI, 1.04-1.26) over five studies; however, there was also notable diversity (e.g., heterogeneity) among studies.

There were no statistically significant positive associations of BMI with risk of subtypes of NHL except for diffuse large B-cell (RR=1.13, 95% CI 1.02-1.26). There was only a small

---

[491] Lee et. al., "Systematic review of the relation between smokeless tobacco and cancer in Europe and North America," August 2009 BMC Medicine 7(1):36

[492] Per his interview and medical history.

[493] Larsson, S.C. & Wolk, A., "Body mass index and risk of non-Hodgkin's and Hodgkin's lymphoma: A meta-analysis of prospective studies," 2011, European Journal of Cancer, Vol. 47, pp. 2422-2430.

Murdock v. Monsanto
November 21, 2022
Page 245

increase in risk of NHL associated with excess body weight which is very low compared to more than a two-fold risk of NHL due to glyphosate exposure.

The study findings demonstrate BMI to be a low but measurable risk consideration with respect to NHL and excess weight in the obese range. The findings also suggest slightly increased NHL risk among high-BMI women versus men.

Ms. Murdock's weight reveals a maximal BMI of approximately 27 which is not obese.[494] Additionally, her BMI was at that level for a relatively short period of time. Ms. Murdock's risk of NHL was not significantly and substantially increased by her BMI.

### *Alcohol Consumption is not a Potential NHL Risk Factor*

Excessive alcohol consumption has not been associated with NHL. In fact, studies have shown that moderate alcohol drinkers have a lower death rate (protective effect) for all causes. Alcohol drinking has also been associated with a reduced risk of NHL.[495,496]

Ms. Murdock reportedly did not drink alcohol.

### *Carcinogenicity of Other Herbicides & Pesticides According to Monsanto*

On June 17, 2019, in the matter of Adams v. Monsanto, the company submitted *"Amended Responses to Plaintiff's First Set of Requests for Admission."* This 70 page document presents a series of formal denials regarding carcinogenicity of Monsanto's non-glyphosate herbicides and pesticides. Applicable substances noted therein include 2,4-D, alachlor, atrazine, carbaryl and DDT as follows:

- Monsanto underlines denies that 2,4-D is carcinogenic.[497] Monsanto states, *"the scientific evidence does not demonstrate that 2,4-D is carcinogenic in humans."*[498]

- Monsanto underlines denies that alachlor is carcinogenic. Monsanto states, *"the scientific evidence does not demonstrate that alachlor is carcinogenic in humans."*[499]

---

[494] NIH is the National Institute of Health.

[495] Han, et al., "Alcohol consumption and non-Hodgkin lymphoma survival," June 2010, J. Cancer Surviv., Vol. 4(2), pp. 101-109.

[496] Psaltopoulou, T., et al., "Alcohol consumption and risk of hematological malignancies: A meta-analysis of prospective studies," August 2018, Int. J. Cancer, Vol 143(3), pp. 486-495.

[497] Monsanto Company's Amended Responses to Plaintiff's First Set of Requests for Admission, James Adams, et al., Plaintiffs, v. Monsanto Company, Defendant., Case No. 17SL-CC02721, pp. 4-5, 9.

[498] Id.

[499] Id., p. 19.

Murdock v. Monsanto
November 21, 2022
Page 246

- Monsanto <u>denies</u> that atrazine is carcinogenic. Monsanto states, *"the scientific evidence does not demonstrate that atrazine is carcinogenic in humans."*[500]

- Monsanto <u>objects</u> to the request to admit that the commercial carbaryl formulations are carcinogenic as this calls for an expert opinion which is "not a proper inquiry" for the Request for Admission.[501] Monsanto states, *"it does not have requisite scientific knowledge to affirm or deny that carbaryl is carcinogenic in humans."*[502]

- Monsanto <u>objects</u> to the request to admit that commercial DDT formulations are carcinogenic as this calls for an expert opinion which is "not a proper inquiry" for the Request for Admission.[503] Monsanto states, *"it does not have requisite scientific knowledge to affirm or deny that DDT is carcinogenic to humans."*[504]

Ms. Murdock was not known to have been significantly exposed to pesticides or herbicides other than Roundup.

**Summary of Objective Toxicological Factors**

The generally accepted, peer-reviewed toxicological literature is not based on subjective opinions or unsubstantiated speculation but rather upon statistically significant data at the 95% level of confidence. However, the "weighing instrument" for "weighing evidence" is always human cognition based, in part, on training and experience. A scientifically credible weight-of-evidence (WOE) approach to evidential assessment must do more than merely use the Daubert standard as a checklist. Rational interpretation of evidence is based upon evidential significance, not a simple laundry list of factors.

Bradford Hill himself was keen to point this out in a 1965 address in which he reviewed his nine evidential prongs:

> "What I do not believe - and this has been suggested - is that we can usefully lay down some hard-and-fast rules of evidence that must be obeyed before we accept cause and effect. None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*."[505]

---

[500] Id., p. 22.

[501] Id., p. 33.

[502] Id., pp. 32-33.

[503] Id., p. 43.

[504] Id.

[505] Sir Austin Bradford Hill, "The Environment and Disease: Association or Causation?" Jan 14, 1965, Proc R Soc Med. 1965 May; 58(5): 295–300, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1898525/

Murdock v. Monsanto
November 21, 2022
Page 247

Thus, satisfying a "preponderance of evidence" criteria is not merely a matter of satisfying every evidential prong. The various evidential prongs of the well-established Bradford Hill criteria have been evaluated in my assessment by considering the strength of various associations within exposure duration, absorption, genotoxicity, and other mechanistic studies and the specificity of the documented adverse effect(s) as well as their consistencies among different studies.

Additionally, ADME dose-responsiveness has been evaluated for genotoxicity and other mechanistic studies as referenced within this report (in some cases in humans or using human-equivalent dosing [HED] methodology). Also, coherence of studies among different study designs has been considered along with latency (temporality) and experimental studies in which animal dose equivalency comparisons to human dosage were assessed.

A scientifically reliable opinion must always be based on objective evidence without deviation from the generally accepted assessment methodology. Thus, I have applied the weight-of-evidence methodology of significant findings within the toxicological and human epidemiological studies as referenced. I have relied on studies that employ dose-metrics coupled with a scientific understanding of the bone distribution/ADME and the genotoxic mechanisms in which Roundup mixtures impact DNA in both animal and human experimental studies.

The evidence of glyphosate potency when applied alone or as a chemical mixture has also been evaluated from both mechanistic findings and dose-response evidence. Ms. Murdock's exposure history was compared to the dose-metrics in six (6) human epidemiological studies with respect to determining whether or not her exposure exceeded the *exposure-day* thresholds (they were far exceeded). The three (3) remaining studies (Eriksson et al., 2008, Meloni et al., 2021 and McDuffie et al., 2001) were not used for dose-metric comparisons as they did not adequately adjust for interference from co-exposure to other pesticides.

Murdock v. Monsanto
November 21, 2022
Page 248

### *Evidential Considerations*

The following evidential factors are useful in formulating an objective toxicological assessment of Ms. Murdock regarding her Roundup exposures and subsequent NHL diagnosis:

- **Diagnosis:** Ms. Kenzie Murdock's pathology report presented a final clinical diagnosis of T-lymphoblastic lymphoma. It is important to recognize that such patients have a poor prognosis even if treated with the most appropriate therapy.

- **Prolonged Acute Exposure and Absorption:** Ms. Murdock directly sprayed Roundup with a hand-held pressure wand attached to a 25-gallon sprayer on the back of a 4-wheel ATV. She sprayed Roundup while riding along on the ATV utility vehicle and while standing alongside the stopped vehicle. She sprayed 1-2 hours, 10-12 times per year over ten years[506] using a mist or a stream as appropriate for the situation. She was exposed to the drift and mist on the open vehicle and on foot. Ms. Murdock was also exposed to Roundup spray and drift while riding along with her grandfather while he sprayed using the open tractor. Her most significant exposures occurred while spraying from the ATV or while walking and spraying wearing shorts, and a t-shirt with crocs or sandals during the spraying season.

  Ms. Murdock was in the sprayer cab on numerous episodic trips with her father. She did not spray Roundup during such excursions. However, she was exposed in the same manner as her father within the cab. She also periodically washed the equipment with a high-pressure sprayer (twice per year). Each time it would take her most of the day. Ms. Murdock sustained considerable dermal absorption from the time of spraying until showering with soap which occurred between 4-8 pm (spraying typically occurred mid-morning to mid-afternoon.)[507]

  Additionally, Ms. Murdock was exposed up to four times a month or more which resulted in insufficient time for clearance of glyphosate from the bone/bone marrow. The previously referenced studies by Monsanto[508,509] and by Brewster et al.

---

[506] Telephone interview, 12/9/21.

[507] Id.

[508] William P. Ridley, Monsanto Company Environmental Health Laboratory, "A Study of the Plasma and Bone Marrow Levels of Glyphosate Following Intraperitoneal Administration in the Rat, " Study No.*-+ 830109, October 24, 1983.

[509] "Metabolism of Glyphosate in Sprague Dawley Rats - Part I. Excretion and Tissue Distribution of Glyphosate and Its Metabolites Following Intravenous and Oral Administration," Monsanto unpublished study, March 28, 1988.

Murdock v. Monsanto
November 21, 2022
Page 249

demonstrated longer residency of glyphosate in the bone and bone marrow than any other area in the body (up to seven days).[510]

- **Chronic Glyphosate Exposure:** Ms. Murdock grew up on the family farm riding the 4-wheeler, tractor and in the sprayer with her father. She rode in the sprayers until the spring of 2018. Dose calculations totaled **278 *exposure-days***. Additionally, her calculated systemic dose of **0.020 mg/kgBW/day** places her slightly below the 90th percentile of dosimeter metrics for glyphosate applicators, as per the Solomon et al. studies.[511]

- **Early-age Exposures to Carcinogens**: Childhood exposures result in higher risk levels compared to adult exposures of similar dosage. The mean estimates for the 0 to 2-year and 2 to 15-year periods are about 35–55% larger than the 10 and 3-fold sensitivity factor adjustments recently proposed by the U.S. Environmental Protection Agency.[512]

- **Dermal Absorption Rates Higher than Presented by Monsanto**: As previously discussed in great detail, the correct dermal absorption rate for glyphosate ranges between 3% or more (as opposed to the defective values recently issued by Monsanto's contractor, DTL Laboratory). Additionally, numerous other factors are known to increase skin absorption of glyphosate including (but not limited to) elevated temperatures, continuing to wear herbicide-soaked clothing and gloves, sweating (which contributes to increased skin absorption), and cracked skin as well as the various surfactants formulated in the actual Roundup products (as most of the dermal absorption studies were performed on pure glyphosate without the additives).

- **Lack of Personal Protective Equipment (PPE):**  Ms. Murdock did not wear any personal protective equipment (PPE) or protective clothing when exposed to Roundup. Ms. Murdock typically wore shorts and a t-shirt with crocs or sandals during the spraying season. If it was cooler, she wore sweatpants. Notably, Monsanto employees (in the previously referenced study) were protected with PPE on all exposed body areas during their own dermal exposure testing procedures, but

---

[510] Brewster, D., Warren, J., Hopkins, W., "Metabolism of glyphosate in Sprague Dawley rats:  Tissue distribution, identification and quantitation of glyphosate-derived materials following a single oral dose," 1991, Fundamental and Applied Toxicology, Vol. 17, pg. 43-51.

[511] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27

[512] Hattis, et al., "Age-Related Differences in Susceptibility to Carcinogenesis. II. Approaches for Application and Uncertainty Analyses for Individual Genetically Acting Carcinogens", Environmental Health Perspectives • VOLUME 113 | NUMBER 4 | April 2005.

Murdock v. Monsanto
November 21, 2022
Page 250

consumers are not protected as the studies and recommendations carried out by Monsanto scientists were not provided to Mr. Kyle Murdock, Kenzie's father. (Even though the Monsanto research study and report recommended multiple warnings with respect to PPE).

- **Mechanism of Carcinogenicity:** Ms. Murdock's exposures were to the full chemical spectrum of the Roundup product, not to glyphosate alone. Roundup and glyphosate have been demonstrated in several studies to repeatedly cause DNA damage with promotion by Roundup being more damaging than glyphosate alone. Genotoxicity is the <u>first stage</u> in cancer formation. Wozniak et al.,[513] and other studies as referenced in this report further demonstrated that Roundup, at a higher dose, was even able to impede the natural repair of damaged DNA.

The George et al., study[514] documented cancer promotion at relatively low dermal doses in mice. These dose levels, when converted to human doses, are reasonably similar to those sustained by applicators (when applying the HED factor and dermal absorption rate of 3%). More importantly, the test model employed DMBA (as found in cigarette smoke/tar). This primary carcinogen was dermally applied at low doses on the shaved skin of mice with no tumors produced unless glyphosate was also applied to the skin in which case 40% of the animals developed tumors (*2.8 tumors per animal*). The mechanism of glyphosate carcinogenesis is important with respect to tumor promotion among smokers prior to NHL onset. The George study reveals substantial promotion (40% of the mice with tumors) with realistic concentrations of glyphosate as compared to that of applicators using HED methodology.

Wozniak et al.[515]  published in 2018, incubated human peripheral blood mononuclear cells (PBMCs) for 24 hours in Roundup formulation 360 PLUS, glyphosate, and its metabolite, aminomethylphosphonic acid (AMPA). The Roundup formulation caused DNA damage (single strand breaks, double strand breaks, ALS formation, DNA lesions) even at concentrations as low as 5 µM while glyphosate and AMPA caused DNA lesions at concentrations of 250 µM and 500 µM, respectively.

---

[513] Wozniak, E., et al., "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells – genotoxic risk assessment," 2018, Food and Chemical Toxicology, doi: 10.1016/j.fct.2018.07.035

[514] George, J., et al., "Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach," 2010, Journal of Proteomics, Vol. 73, pp. 951 – 964.

[515] Wozniak, E., et al., "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells – genotoxic risk assessment," 2018, Food and Chemical Toxicology, doi: 10.1016/j.fct.2018.07.035

Murdock v. Monsanto
November 21, 2022
Page 251

**Table 16** reveals compelling evidence of greatly enhanced cytogenotoxicity and genotoxicity by glyphosate formulated products containing POEA surfactant.

In a study published in 2020, Wozniak et al.[516] further investigated the impact of DNA damage from glyphosate on DNA methylation levels within selected gene promotors involved in proliferation, tumorigenesis, and apoptosis. They incubated PBMCs for 24 hours in glyphosate at 5 μM (**853 μg/L**), 10 μM and 100 μM. Results revealed a significant decrease of global DNA methylation with each of the glyphosate concentrations. Significant changes of methylation were found within the P21 gene promotor and TP53 tumor suppressor gene at the lowest glyphosate concentration.

Most recently, Lucia et al. (2022)[517] recently published their investigation of the association between glyphosate exposure and blood DNA methylation. The authors conducted an epigenome-wide association study on 392 women between the ages 45 and 66 years to identify DNA methylation sites and regions associated with urinary glyphosate and AMPA (glyphosate metabolite aminomethylphosphonic acid) levels.[518] The study found 96% of the participants had detectable glyphosate levels in at least one of the two urine samples collected and 82% had detectable AMPA. The authors found that AMPA was associated with epigenetic age acceleration (biological age greater than chronological age). The authors found four genomic regions to be significantly associated with glyphosate levels in >90% of subsamples. These four differentially methylated regions (DMRs) were all located within gene promoters. Epigenetic age acceleration has been linked to increased risk of many diseases including breast cancer, B-cell lymphoma, and lung cancer and all-cause mortality.

- **Latency of non-Hodgkin's Lymphoma**: The compilation of peer-reviewed latency estimates presented herein (see **Table 21**) demonstrates latency intervals within a typical range of 2 to 25 years. Based upon the study findings, the weight of available evidence indicates that a minimum latency interval of 2 to 25 years is required and is

---

[516] Wozniak, E., et al., "Glyphosate affects methylation in the promoter regions of selected tumor suppressors as well as expression of major cell cycle and apoptosis drivers in PBMCs (*in vitro* study)," 2020, Toxicology in Vitro, Vol. 63.

[517] Lucia, Rachel M et al. "Association of Glyphosate Exposure with Blood DNA Methylation in a Cross-Sectional Study of Postmenopausal Women." Environmental health perspectives vol. 130,4 (2022): 47001. doi:10.1289/EHP10174

[518] Women with a personal history of breast cancer or mastectomy were excluded.

Murdock v. Monsanto
November 21, 2022
Page 252

scientifically reliable. Ms. Murdock's clinical diagnosis and latency of 14 years is within the generally-accepted NHL latency range .

- **Scope of Exposure in Comparison to Epidemiological Studies:** Ms. Murdock's exposure dose, quantified as frequency of use, was compared to reference doses in the six epidemiological studies that applied multivariable analyses to report pesticide-adjusted sub-type results at statistically significant increased risk (OR, HR). These six studies were Leon et al. (2019),[519] Andreotti et al. (2018),[520] Pahwa et al. (2019),[521] Zhang et al. (2019), [522]  De Roos et al. (2003),[523] and De Roos et al. (2022).[524]

I have relied on De Roos et al. (2003) with respect to the statistically significant logistic regression OR of 2.1 (95% CI of 1.1-4.0) specific to glyphosate exposure without interference from other pesticides. Note that although Andreotti et al. (2018) did adjust for potential pesticide interference, the study results were largely null.

Of the six studies based on total *exposure-days* or *ever/never use* that applied multifactorial analysis to eliminate potentially confounding pesticide exposures, five

---

[519] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

Within the Leon, et al. study, Analyses of the Cancer in the Norwegian Agricultural Population (CNAP), the authors state that adjusting the CNAP value for ever use of other pesticides (linuron, aldicarb, mancozeb, DDT, lindane, and deltamethrin) generated a fully adjusted HR of *ever-use* of glyphosate of 1.67 (95% CI: 1.05, 2.65). Additionally, within the study, the International Consortium of Agricultural Cohort (AGRICOH) studies formed in October of 2010 to encourage and support data pooling to study disease-exposure associations that individual cohorts do not have sufficient statistical power to study. The AGRICOH study did not adjust for cigarette smoking, alcohol intake, or family history of cancer but did adjust for animal production and for different pesticide active ingredients from those adjusted for and published in the US AHS study.

[520] Note that quartiles of exposure in the study were indexed as "lifetime days of glyphosate use". Since the AHS study is a null study, there is no reason to compute the algorithm, "intensity-weighted lifetime days of glyphosate use".

[521] Pahwa, M., et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project, 2019 Jun 27. Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830

[522] Zhang et al., "Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta- Analysis and Supporting Evidence," 2019, Mutation Research-Reviews in Mutation Research https://doi.org/10.1016/j.mrrev.2019.02.001

[523] De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol. 60.

[524] De Roos A., et al., "Herbicide use in farming and other jobs in relation to non-Hodgkin's lymphoma (NHL) risk," 2022, Occup Environ Med Epub, http://dx.doi. org/10.1136/oemed-2022- 108371

Murdock v. Monsanto
November 21, 2022
Page 253

studies revealed statistically significant increased rates of NHL.[525] Ms. Murdock's accumulated midpoint of **278 total *exposure-days*** exceeds the thresholds in all of these studies. Her absorbed systemic dose according to the Machado-Neto methodology (**0.020 mg/kg/day**) is in the upper range of applicator doses in the Solomon studies, just below the 90th percentile.

Thus, Ms. Murdock's episodic Roundup exposures served to measurably increase her dose above NHL risk level thresholds as identified within the human epidemiological studies.

---

[525] Andreotti, et al. observed a statistically significant increase of 2.97 (1.20 to 7.31)  for T-cell lymphoma with a 20 year lag in the lower exposure group. The Leon et al. study was of borderline statistical significance @ 95% confidence interval, but not exceeding it.

Murdock v. Monsanto
November 21, 2022
Page 254

## Summary and Conclusions

My toxicological assessment of the current matter relies on human epidemiological studies including the dose/response (biological gradient), strength of association, consistency, and coherence of the seven primary studies previously cited as well as the studies of various chemical formulants and additives found in the Roundup product in addition to experimental evidence including absorption, distribution (i.e., measurement in bone marrow), metabolism, and excretion (ADME) and the various mechanisms of carcinogenesis (including genotoxicity, impairment of DNA repair mechanisms, tumor promotion, and progression).

Additionally, I have focused on dermal absorption, the manner and degree to which Roundup penetrates the skin, the lack of adequate PPE, the additive toxicological effects of POEA and POEA-derivatives used in the product, and the mechanisms of action of glyphosate.

I have carefully examined Ms. Murdock's history for confounding pharmaceutical, chemical, and other potentially significant toxicological factors. No such factors were identified, and all other potential contributory considerations were accounted for.

Ms. Murdock's absorbed dose of glyphosate falls at the high-end of glyphosate applicators (just below the **90th percentile**) and her and cumulative exposure exceeds the thresholds documented in the referenced peer-reviewed studies,[526] the findings of which demonstrate unequivocal NHL risk level increases. I have relied on the cited human epidemiological studies as documented in my report for dose-response[527] as well as the

---

[526] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol. 46, No. S1, 21-27.

Solomon, K., "Estimated exposure to glyphosate in humans via environmental, occupational and dietary pathways: an updated review of the scientific literature," 2019, Pest Management Science, 76(9), pp. 2878–2885. https://doi.org/10.1002/ps.5717.

[527] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233. Note that quartiles of exposure in this study were indexed as "lifetime days of glyphosate use." Since the Agricultural Health Study (AHS) is a null study, there is no reason to compute from the algorithm "intensity-weighted lifetime days of glyphosate use."

Pahwa, M. et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project, 2019 Jun 27. Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830

Zhang et al., "Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A

Murdock v. Monsanto
November 21, 2022
Page 255

Machado-Neto et al. passive diffusion study for systemic dose.[528]

Thus, based on multiple, applicable, peer-reviewed and generally accepted studies, Ms. Murdock's episodic exposures, dermal doses, distribution to the bone marrow (primary site of lymphocyte production) on a continuous basis, and reported extended contact durations to the Monsanto Roundup product, it is clear that these exposures were above threshold levels identified in the epidemiological studies previously cited. Additionally, Ms. Murdock's cumulative exposure dose was above the referenced exposure thresholds and her systemic dose was just below the 90th percentile of glyphosate applicator doses.

Therefore, based upon the collective evidence cited herein, it is my opinion, to reasonable toxicological certainty, that these exposure factors significantly and substantially increased Ms. Murdock's risk of developing T-lymphoblastic lymphoma.

_____

William R. Sawyer, Ph.D.
Chief Toxicologist

---

Meta- Analysis and Supporting Evidence," 2019, Mutation Research-Reviews in Mutation Research https://doi.org/10.1016/j.mrrev.2019.02.001

[528] Machado-Neto, et al., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

Murdock v. Monsanto
November 21, 2022
Page 256

# Appendix A: Documents and References

## Previously Disclosed Reports

All previous deposition testimony, trial testimony and reports given by Dr. Sawyer in Johnson v. Monsanto, Hall v. Monsanto, Stevick v. Monsanto, Pilliod v. Monsanto, Cazier v. Monsanto, Lamb/Cohen et al. v. Monsanto, Adams, et al. v. Monsanto, Winston, et al. v. Monsanto, Gordon v. Monsanto, Giglio v. Monsanto, Caballero v. Monsanto, Dickey, et al. v. Monsanto, Harris/Hernandez v. Monsanto, Wade, et al. v. Monsanto, Alvarez v. Monsanto, Priest v. Monsanto, Bognar, et al. v. Monsanto, Kane, et al. v. Monsanto, Seitz, et al. v. Monsanto, Hardy, et al. v. Monsanto, Whitby, et al. v. Monsanto, Seidl, et al. v. Monsanto, Dublino v Monsanto, Miller v. Monsanto, Turner v. Monsanto, Schafer v. Monsanto, Peterson v. Monsanto, Cervantes v. Monsanto, Pecorelli v. Monsanto, Karman v. Monsanto, Evans v. Monsanto, Knox v. Monsanto, Chapman v. Monsanto, Bailey v. Monsanto, Vosper v. Monsanto, Clark v. Monsanto, Stephens v. Monsanto, Jimenez v. Monsanto. Jenkins v. Monsanto, Martin v. Monsanto, Hedges v. Monsanto, Mares v. Monsanto, Shelton v. Monsanto, Coburn v. Monsanto, Frank v. Monsanto, Neal, et al. v. Monsanto, Constantine v. Monsanto, Pied v. Monsanto, Alesi, et al., v. Monsanto, Buttry v. Monsanto, Evard, et al., v. Monsanto, Wyzik v. Monsanto, Larry Johnson v. Monsanto, Colton v. Monsanto, Cotter v. Monsanto, Salas v. Monsanto, Knox v. Monsanto, Frank Johnson v. Monsanto, Carlos Membreno v. Monsanto, Evans v Monsanto, Langford v. Monsanto and Cody v Monsanto.

## Previously Disclosed References

1.  Abass, K., Turpeinen, M., and Pelkonen, O. "An evaluation of the cytochrome P450 inhibition potential of selected pesticides in human hepatic microsomes," 2009, Journal of Environmental Science and Health Part B, 44(6).

2.  Abd, et al., "Skin models for testing of transdermal drugs," 2016, Clin Pharmacol. 2016; Vol. 8, pp. 163-176.

3.  Abel, et al., "Multi-stage chemical carcinogenesis in mouse skin: Fundamentals and applications", 2009, Nature Protocols, Vol. 4(9): 1350–1362.

4.  Abstracts of the 55th Congress of the European Societies of Toxicology (EUROTOX 2019) Toxicology – Science Providing Solutions. Helsinki, Finland, 8th – 11th of September 2019

5.  Abukari and Wumbei, "Pesticides Applicator Exposure Assessment: A Comparison between Modeling and Actual Measurement," 2015, Journal of Environment and Earth Science, Vol.5, No.11.

6.  Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, et al., "Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study," 2004, Environ Health Perspect 112, pp. 321-326.

7.  Acquavella, et al. "Glyphosate epidemiology expert panel review: a weight of evidence systematic review of the relationship between glyphosate exposure and non-Hodgkin's lymphoma or multiple myeloma," September 2016, Critical Rev. Toxicology, Vol. 46 (1), pp. 28-43.

Murdock v. Monsanto
November 21, 2022
Page 257

8.   Acquavella, J., & Farmer, D., "Review of Hardell L, Eriksson M., A Case-control Study of non-Hodgkin's Lymphoma and Exposure to Pesticides," 1999, Cancer, Vol. 85, pp.1353-1360," April 14, 1999, Monsanto Company, pp. 1-13.

9.   Aiassa, D. et al., "Evaluation of genetic damage in pesticides applicators from the province of Cordoba, Argentina," 2019, Environmental Science and Pollution Research, Vol. 26(20), pp. 20981-20988. doi: 10.1007/s11356-019-05344-2. Epub 2019 May 21.

10.  Alavanja, M., et al., "The Agricultural Health Study," 1996, Environmental Health Perspectives, Vol. 104 (4), pp. 362 - 369. Retrieved from: https://aghealth.nih.gov/

11.  Alballa N, et al., "Hodgkin's Lymphoma in a Patient on Adalimumab Treatment for Psoriasis." 2018, AME Case Rep, 2:49.

12.  Alkyl Alcohol Alkoxylate Phosphate and Sulfate derivatives (AAAPDs and AAASDs - JITF CST Inert Ingredients). Human health risk assessment to support proposed exemption from the requirement of a tolerance when used as inert ingredients in pesticide formulations." Memorandum from Office of Prevention, Pesticides, and Toxic Substances, US EPA, Washington, D.C. June 8, 2009.

13.  Anadón, A. et al., "Toxicokinetics of glyphosate and its metabolite aminomethyl phosphonic acid in rats," 2009, Toxicol Lett 190(1), pp. 91-95.

14.  Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol. 110(5), doi: 10.1093/jnci/djx233.

15.  Annett R, Habibi HR, Hontela A., "Impact of glyphosate and glyphosate-based herbicides on the freshwater environment," 2014, J Appl Toxicol 34(5), pp. 458-479.

16.  Barton, H., et al., "Supplemental Guidance for Assessing Susceptibility from Early-Life Exposure to Carcinogens." U.S. Environmental Protection Agency, 2005.

17.  Benbrook C. "How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?" Environ Sci Eur (2019) Vol. 31(2).

18.  Benbrook, C.M., "Trends in glyphosate herbicide use in the United States and globally," 2016 Environmental Sciences Europe. Vol. 28(3).

19.  Benedetti, D., et al., "Genetic Damage in Soybean Workers Exposed to Pesticides: Evaluation with the Comet and Buccal Micronucleus Cytome Assays," 2013, Mutation Research- Genetic Toxicity and Environmental Mutagenesis, Vol 752, pp. 28-33. https://doi.org/10.1016/j.mrgentox.2013.01.001

20.  Benzene: Hazard Summary, U.S. EPA, January 2012, https://www.epa.gov/sites/production/files/2016-09/documents/benzene.pdf

21.  Besson, H., et al., "Smoking and non-Hodgkin's lymphoma - a case control study in the Rhone-Alpes region of France," 2003, Cancer Causes Control, Vol. 14(4), pages 381-398 in Morton, LM, et al., "Cigarette smoking and risk of non-Hodgkin's lymphoma subtypes among women," British Journal of Cancer, Vol. 28, pages 2087-2092.

22.  Bifenthrin. WHO Specifications and Evaluations for Public Health Pesticides, World Health Organization, www.who.int/whopes/quality/Bifenthrin_WHO_specs_eval_Apr_2015.pdf.

23.  Birnbaum, L., Fenton, S., "Cancer and Developmental Exposure to Endocrine Disruptors." Environmental Health Perspectives, Vol. 111, 2003.

Murdock v. Monsanto
November 21, 2022
Page 258

24. Bleeke, M., "MON 78294: An Applicator Exposure Study Conducted in Spain (Autumn 2005) Using Biomonitoring," 2007. Monsanto Company, Charles River Laboratories.

25. Bolognesi, "The use of lymphocyte cytokinesis-block micronucleus assay for monitoring pesticide-exposed populations," Mutation research 770 (2016) pp. 183-203.

26. Bolognesi, C., et al., "Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: Association to occupational exposure to glyphosate," 2009, Journal of Toxicology and Environmental Health, Part A, Vol. 72, pp. 986 -997.

27. Bolognesi, Claudia, et al., "Genotoxic activity of glyphosate and its technical formulation," 1997, J. Agric. Food Chem. 45, pp. 1957-1962.

28. Bommannan D, Potts RO, Guy RH, "Examination of the effect of ethanol on human stratum-corneum in vivo using infrared-spectroscopy," 1991, J Control Release, Vol. 16, pp. 299-304.

29. Bonassi, et al., "Are chromosome aberrations in circulating lymphocytes predictive of future cancer onset in humans? Preliminary results of an Italian cohort study," 1995, Cancer Genetics and Cytogenetics, Vol. 79, No. 2, pp. 133-135; Hagmar, et al., "Chromosomal aberrations in lymphocytes predict human cancer: a report from the European study group on cytogenetic biomarkers and health (ESCH)," 1998, Cancer Research, Vol. 58, No. 18, pp. 4117-4121 in Prasad, et al., "Clastogenic Effects of Glyphosate in Bone Marrow Cells of Swiss Albino Mice," 2009, Journal of Toxicology, Volume 2009, Article ID 308985, doiaO.l 155/2009/308985.

30. Boocock, M. R., "Kinetics of 5-enolpyruvylshikimate-3-phosphate synthase inhibition by glyphosate," 1983, FEBS Letters 154, pg. 127-133.

31. Bracci, P.M. & Holly, E.A., "Tobacco use and non-Hodgkin lymphoma: results from a population-based case-control study in San Francisco Bay Area, California," 2005, Cancer Causes and Control, Vol. 16, pp. 333-346.

32. Brand, R. et al., "Transdermal absorption of the herbicide 2,4-dichlorophenoxyacetic acid is enhanced by both ethanol consumption and sunscreen application," 2007, Food and Chemical Toxicology, Volume 45, Issue 1, pg. 93-97.

33. Brand, R.M. & Mueller, C., "Transdermal penetration of atrazine, alachlor, and trifluralin: effect of formulation," 2002, Toxicol Sci., Vol. 68(1), pg. 18-23.

34. Brewster, D., Warren, J., Hopkins, W., "Metabolism of glyphosate in Sprague Dawley rats: Tissue distribution, identification and quantitation of glyphosate-derived materials following a single oral dose," 1991, Fundamental and Applied Toxicology, Vol. 17, pg. 43-51.

35. Briefing Note for IARC Scientific and Governing Council members, Prepared by the IARC Director, January 2018.

36. Bronaugh, R., H. Hood, M. Kraeling, and J. Yourick, "Determination of percutaneous absorption by In Vitro techniques," 1999, pg. 229-233 in Percutaneous Absorption, 3rd ed., R.L. Bronaugh and H.I. Maibach, eds. New York: Marcel Dekker, Inc.

37. Bucks, Daniel, Defendant Expert's Exhibit 2, "Clustering Exercise," memo dated October 3, 2001.

Murdock v. Monsanto
November 21, 2022
Page 259

38. Burnett, P., Borders, J., Kush, J., "Report to Monsanto Company: Two year chronic oral toxicity study with CP-76100 in albino rats: IBT No. 8560-08924," (Unpublished study sent to the U.S. EPA on June 24, 1982, under 524-308); prepared by Industrial Bio-Test Laboratories Inc.

39. Bus, J., "The dose makes the poison: Key implications for mode of action (mechanistic) research in a 21st century toxicology paradigm," 2017, Current Opinion in Toxicology, 10.1016/j.cotox.2017.06.013

40. Cai, W., et al., "Correlation between CYP1A1 polymorphisms and susceptibility to glyphosate-induced reduction of serum cholinesterase: A case-control study of a Chinese population."

41. Cao, L., et al., 2015, "Assessment of potential dermal and inhalation exposure of workers to the insecticide imidacloprid using whole-body dosimetry in China," Journal of Environmental Sciences 27(2015)139-146.

42. Chan, P. and Mahler, J., "Glyphosate (CAS No. 1071¬83¬6) administered in dosed feed to F344/N rats and B6C3F1 mice," 1992, U.S. Department of Health and Human Services. NTP Technical Reports Series No. 16. NIH Publication 92¬3135.

43. Chaufan et al., "Glyphosate Commercial Formulation Causes Cytotoxicity, Oxidative Effects, and Apoptosis on Human Cells: Differences With its Active Ingredient," 2014, International Journal of Toxicology, Vol. 33(1) 29-38, https://journals.sagepub.com/doi/pdf/10.1177/1091581813517906

44. Chevret, S., "Maximum Tolerable Dose," 2008, Wiley Stats Ref: Statistics Reference Online, DOI: 10.1002/9781118445112.stat07089

45. Christophe Gustin, Confidential draft. "Clustering glyphosate formulations with regard to the testing for dermal uptake," 2001, (Tab 15; see also MONGLY01839476 for draft of this document.)

46. Chruscielska, K., et al., "Glyphosate - Evaluation of chronic activity and possible far-reaching effects Pt. 1. Studies on chronic toxicity," 2000, Pesticide, Vol. 3-4, pp .11-20.

47. Cigarette smoking and risk of non-Hodgkin lymphoma subtypes among women, British Journal of Cancer (2003) 89, 2087-2092.

48. Clements, C., Ralph, S., and Petras, M., "Genotoxicity of select herbicides in Rana catesbeiana tadpoles using the alkaline single-cell gel DNA electrophoresis (Comet) assay," 1997, Environmental and Molecular Mutagenesis, Vol. 29(3), pp. 277-288.

49. Collins, J.J., et al., "Lymphohematopoietic cancer mortality among workers with benzene exposure," 2003, Occup Environ Med, Vol. 60, pp. 676-679.

50. Connolly, A. et al., Evaluating Glyphosate Exposure Routes and Their Contribution to Total Body Burden: A Study Among Amenity Horticulturalists, Annals of Work Exposures and Health wxy104 (2019).

51. Connolly, A. et al., Exposure Assessment Using Human Biomonitoring for Glyphosate and Fluroxypyr Users in Amenity Horticulture, 220 Int'l J. Hygiene & Envtl. Health 1064 (2017).

52. Connolly, A., et al., "Human Biomonitoring of Glyphosate Exposures: State-of-the-Art and Future Research Challenges," 2020, Toxics, Vol. 8(6), pp. 1-18.

53. Continued deposition of Dr. Graham, April 9, 2021

Murdock v. Monsanto
November 21, 2022
Page 260

54.  Coronado, GD, et al., "Organophosphate pesticide exposure and work in pome fruit: Evidence for the take-home pesticide pathway," 2006, Environ Health Perspect 114 (7), pg. 999-1006.

55.  Coronado, GD, Thompson, B, Strong, L, Griffith, WC, and Islas, I., "Agricultural task and exposure to organophosphate pesticides among farm workers," 2004, Environ Health Perspect 112, pg.142-147.

56.  Crump, K., "The linearized multi-stage model and the future of quantitative risk assessment," 1996, Hum Exp. Tox, Vol. 15(10), pg. 787 - 798.

57.  Curwin, B.D. et al., "Urinary and hand wipe pesticide levels among farmers and non-farmers in Iowa," 2005, Journal of Exposure Analysis and Environmental Epidemiology, Vol. 15, pg. 500-508.

58.  Curwin, B.D. et al., "Urinary Pesticide Concentrations Among Children, Mothers and Fathers Living in Farm and Non-Farm Households in Iowa," 2006. Annals of Occupational Hygiene, pg. 1-13.

59.  Daruich, J., Zirxitnik, F., and Gimenez, M., "Effect of the herbicide glyphosate on enzymatic activity in pregnant rats and their fetuses," 2001, Environmental Research, Vol. 85 (3), pp. 226-231.

60.  De Almeida et al., "Moderate levels of glyphosate and its formulations vary in their cytotoxicity and genotoxicity in a whole blood model and in human cell lines with different estrogen receptor status," October 2018, Biotech, Vol. 8(10).

61.  De Cock, J. et al., "Determinants of exposure to captan in fruit growing," 1998, Am Ind Hyg Assoc J 59, 1998a, pg. 166-172 and 1998b, pg. 158-165.

62.  De Roos, A., et al., "Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study," 2005. Environmental Health Perspectives, Vol. 113(1), pg. 49 - 54.

63.  De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol. 60.

64.  Defarge, N. E., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels, 2016, Int J Environ Res Public Health, Vol. 13(3, pg. 264.

65.  Defense expert depositions (Boyd, Gates, Phalen, Duncavage, Hanson, Mahnken, Monsanto's Disclosure of Expert Testimony that is not Case Specific, Monsanto's Supplemental Disclosure of Expert Testimony, Monsanto's Amended Disclosure of Expert Testimony)

66.  DEFRA UK Amateur use study 2002 available at http://randd.defra.gov.uk/Default.aspx?Menu=Menu&Module=More&Location=None&Completed=0&ProjectID=9499#Description

67.  Deposition of Ann Mohrbacher with Exhibits.pdf

68.  Deposition of Dr. Graham

69.  Deposition of Dr. William F. Heydens, pages 150-151. Monsanto memos; MONGLY00997830 - MONGLY00997832.

70.  Deposition of Robert Fisher, M.D., Ph.D., dated December 17, 2018

Murdock v. Monsanto
November 21, 2022
Page 261

71. Deposition Of Tawakol With Exhibits.pdf p. 118/152

72. Dermal absorption of pesticides - evaluation of variability and prevention, 2009, Danish Environmental Protection Agency. Pesticides Research No. 124, 13.1.

73. Dermal Absorption: Position Papers from the North American Free Trade Agreement (NAFTA) Technical Working Group (TWG)

74. Diamond, G. et al., "Effects of Surfactants on the Toxicity of Glyphosate, with Specific Reference to RODEO." United States Department of Agriculture, 1997. https://www.fs.fed.us/foresthealth/pesticide/pdfs/Surfactants.pdf

75. Dommasch, E., Gelfand, J., "Is There Truly a Risk of Lymphoma from Biologic Therapies?" 2009, Dermatol Ther, Vol. 22(5), pp. 418-430.

76. Donato, et al., "Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis", Med Lav 2020; 111, 1: 63-73.

77. Dosemeci, M., et al., "A Quantitative Approach for Estimating Exposure to Pesticides in the Agricultural Health Study," 2002, Ann. Occ. Hyg., Vol. 26 (2), pp. 245-260.

78. Dose-Response Assessment," n.d., Tox Tutor, U.S. National Library of Medicine, National Institute of Health, Retrieved from: https://toxtutor.nlm.nih.gov/06-003.html

79. Dr. Keith Solomon is "He" as per the video deposition of Dr. William Heydens (1-23-2017 at 12:06:17).

80. Drexler, Skin protection and percutaneous absorption of chemical hazards. Received: 15 January 2002 / Accepted: 21 August 2002 / Published online: 22 May 2003.

81. Drotman, Robert B. "The absorption, distribution, and excretion of alkylpolyethoxylates by rats and humans,"Toxicology and Applied Pharmacology, Volume 52, Issue 1, January 1980, pp. 38-44, https://doi.org/10.1016/0041-008X(80)90245-8.

82. DTL, "360 g/L glyphosate in vitro absorption of glyphosate through human epidermis." (MON 52276)"

83. DTL, "360 g/L Glyphosate SL Formulation (MON 76258) - In vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate"

84. DTL, "450 g/L glyphosate in vitro absorption of glyphosate through human epidermis." (MON79545)

85. DTL, "480 g/L glyphosate in vitro absorption of glyphosate through human epidermis" (MON79351)"Petition, Missouri Circuit Court, 21st Judicial Circuit, St. Louis Co.

86. DTL, "500 g/L Glyphosate SL Formulation - In vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate," (MON 76952)

87. DTL, "72 g/L Glyphosate Gel Formulation - In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate" (MON 76829)

88. DTL, "72 g/L Glyphosate Gel Formulation (MON 76258) - In vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate"

89. Duforestel, M., et al., "Glyphosate primes mammary cells for tumorigenesis by reprogramming the epigenome in a TET3-dependent manner," 2019, Front. Genet., Vol. 10, pg. 885.

Murdock v. Monsanto
November 21, 2022
Page 262

90.  Duke, S. S., "Encyclopedia of Agrochemicals," 2003, John Wiley & Sons.

91.  Eaton, J. et al., "The association between urinary glyphosate and aminomethyl phosphonic acid with biomarkers of oxidative stress among pregnant women in the PROTECT birth cohort study," Ecotoxicology and Environmental Safety, 2022, p. 233.

92.  EC. 2016. Glyphosate. European Commission - Fact Sheet FAQs: Glyphosate. Brussels. June 29th. http://europa.eu/rapid/pressrelease_MEMO-16-2012_en.htm

93.  Edmiston, S., et al., "Exposure of Herbicide Handlers in the Caltrans Vegetation Control Program 1993-1994," 1995, California EPA, California Department of Transportation

94.  Email from Simon Hill, Syngenta Ltd., January 20, 2009, CC: Christophe Gustin, Monsanto

95.  Environmental Health Criteria, 242 Dermal Exposure IOMC Inter-Organization Programme for the Sound Management of Chemicals, EPA-HQ-2016-01043?_0000255-257

96.  Eriksson, M., et al., "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis," 2008, International Journal Cancer, Vol.123, pp. 1657 - 1663.

97.  Evaluation of Glyphosate Use And The Risks Of Non-Hodgkin Lymphoma Major Histological Sub-Types In The North American Pooled Project (Napp).

98.  Exhibits 1-20 [FOR EXPERTS ONLY].pdf

99.  Expression of Concern, Critical Reviews in Toxicology, 2018: DOI: 10.1080/10408444.2018.1522786

100. Faniband, M., "Human Exposure Biomarker of Some Commonly Used Pesticides," Ph.D. Thesis, Lund University, Faculty of Medicine, Lund, Skaner, Sweden, 2020. https://portal.research.lu.se/portal/files/73137110/PhD_thesis_Moosa_Faniband_e_nailing.pdf

101. Farrer P, & Falck M., "Toxic glyphosate herbicides fly under the EU's regulatory radar," 2014, Pesticides News 96, pg. 1-4.

102. Feldman K and Musolin K., "Evaluation of Occupational Glyphosate Exposures among Employees Applying Herbicides at a National Park," HHE Report No. 2016-0157-3286. August 2017. Health Hazard Evaluation Program.

103. Feldmann, Robert J., Howard I. Maibach, "Percutaneous Penetration of Some Pesticides and Herbicides in Man," 1974, Toxicology and Applied Pharmacology, Vol. 28(1), pp. 126-132, doi:10.1016/0041-008x(74)90137-9.

104. FIFRA SAP, "A Set of scientific issues being considered by the Environmental Protection Agency regarding EPA's evaluation of the carcinogenic potential of glyphosate," 2016, FIFRA Scientific Advisory Panel Meeting Minutes and Final Report No. 2017-01.

105. Final Statement of Reasons Title 27, California Code of Regulations Section 25705(B) Specific Regulatory Levels Posing No Significant Risk No Significant Risk Level: Glyphosate

106. Franke, A.C., et al., "Spray drift from knapsack sprayers," January 2010, Plant Research International B.V., Wageningen, Note 658.

107. Franz TJ., "Percutaneous absorption. On the relevance of in vitro data," 1975, J Invest Dermatol. 64, pg. 190-5.

Murdock v. Monsanto
November 21, 2022
Page 263

108. Frasch, H.F. et al., "Analysis of finite dose dermal absorption data: Implications for dermal exposure assessment," 2014, J Expo Sci Environ Epidemiol, 24(1), pg. 65-73.

109. From an internal Monsanto report, Surfactant Issue Analysis, Issue: Increasing public attention to the POEA (Polyoxyethlene alkylamine) surfactant component of glyphosate formulations in connection with claims of adverse impact to aquatic life (recently, amphibians) and human health (in vitro (cell culture) toxicity tests). MONGLY01700591

110. Gasnier, C., et al., "Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines," 2009, Toxicology, Vol. 262, pg. 184 -191.

111. George, J., et al., "Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach," 2010, Journal of Proteomics, Vol. 73, pg. 951 - 964.

112. Georgia Institute of Technology, "Forest Worker Exposures to glyphosate during directed foliar applications of Roundup herbicide," Draft January 3, 1992, MONGLY00400603.

113. Giesey, J. P., Dobson, S., & Solomon, K. R., "Ecotoxicological risk assessment for Roundup herbicide," 2000, Rev. Environ. Contam. Toxicol. 167, pg. 35-120.

114. Ginsberg, G., "Assessing Cancer Risks from Short-Term Exposures in Children." Risk Analysis, Vol. 23, 2003.

115. Glass, D.C., et al, "Leukemia Risk Associated with Low-Level Benzene Exposure," 2003, Epidemiology, Vol. 14(5), pp. 569-577

116. Glusczak, L., et al., "Effect of Glyphosate Herbicide on Acetylcholinesterase Activity and Metabolic and Hematological Parameters in Piava (Leporinus obtusidens)," 2005, Ecotoxicology and Environmental Safety, Vol. 65, pg. 237-241.

117. Glyphosate in German adults - Time trend (2001 to 2015) of human exposure to a widely used herbicide; Conrad, International Journal of Hygiene and Environmental Health 220 (2017) S-16

118. Glyphosate Stewardship, Epidemiology and the Farm Family Exposure Study, MONGLY00905651.

119. Glyphosate Stewardship, Epidemiology and the Farm Family Exposure Study, MONGLY00905655.

120. Glyphosate Technical Fact Sheet, National Pesticide Information Center, http://npic.orst.edu/factsheets/archive/glyphotech.html

121. Greim, H., Saltmiras, D., Mostert, V., Strupp, C., "Evaluation of carcinogenic potential of the herbicide glyphosate drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies, et al.," 2015, Critical Reviews in Toxicology, Vol. 45(3), pg. 185 - 208.

122. Gueguen, Y. et al., "Cytochromes P450: xenobiotic metabolism, regulation and clinical importance," 2006, Ann Biol Clin (Paris) 64, pg. 535-548.

123. Guenel, P., et al., "Leukemia in Relation to Occupational Exposures to Benzene and Other Agents: A Case-Control Study Nested in a Cohort of Gas and Electric Utility Workers," 2002, American Journal of Industrial Medicine, Vol. 42, pp. 87-97

124. Guidance document on work-sharing in the northern zone in the authorization of plant protection products, May 2017 available at https://eng.mst.dk/media/186988/northern-zone-guidance-document-version-6-may-2017_links-updated.pdf

Murdock v. Monsanto
November 21, 2022
Page 264

125. Guidance notes on dermal absorption, OECD Environment, Health and Safety Publications, Series on Testing and Assessment No. 156. ENV/JM/MONO(2011) 36.

126. Guidance on the assessment of exposure of operators, workers, residents and bystanders in risk assessment for plant protection products2014

127. Gupta, R. et al., 2013, "Agricultural Chemicals", Haschek and Rousseaux's Handbook of Toxicologic Pathology, Third Edition. http://dx.doi.org/10.1016/B978-0-12-415759-0.00042-X

128. Haberkon, N.B.R., et al., "Glyphosate and AMPA concentrations in the respirable dust emitted experimentally by soil aggregates shortly after herbicide application," 2020, Geoderma, Vol. 369, 114334.

129. Haefs R. et al., "Studies on a new group of biodegradable surfactants for glyphosate," 2002, Pest Manag. Sci. 58, pg. 825-833.

130. Hagmar, Lars, et al., "Chromosomal aberrations in lymphocytes predict human cancer:  A report from the European study group on cytogenetic biomarkers and health (ESCH)," September 15, 1998, Cancer Research Vol. 58, pp. 4117-4121.

131. Han, et al., "Alcohol consumption and non-Hodgkin lymphoma survival," June 2010, J. Cancer Surviv., Vol. 4(2), pp. 101-109.

132. Hao, Y., et al., "Roundup confers cytotoxicity through DNA damage and Mitochondria-Associated apoptosis induction," 2019, Environmental Pollution, Vol. 252, pp. 917-923

133. Hardell, L., & Eriksson, M., "A Case-Control Study of Non-Hodgkin's Lymphoma and Exposure to Pesticides," 1999, Cancer, Vol. 85(6), pp. 1353-1360.

134. Hardell, L., & Eriksson, M., "A Case-Control Study of Non-Hodgkin's Lymphoma and Exposure to Pesticides," 1999, Cancer, Vol. 85(6), pp. 1353-1360.

135. Hardell, L., et al., "Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two Swedish Case-control Studies," 2002, Leukemia and Lymphoma, Vol. 43(5), pp. 1043 - 1049.

136. Hayes, R.B., et al., "Benzene and Dose-Related Incidence of Hematologic Neoplasms in China," 1997, Journal of the National Cancer Institute, Vol. 89(14), pp. 1065-1071

137. Heard CM, Kung D, Thomas CP, "Skin penetration enhancement of mefenamic acid by ethanol and 1,8-cineole can be explained by the "pull" effect," 2006, Int J Pharm., Vol. 321, pg. 167-170.

138. Herrinton, LJ, et al., "Cigarette smoking and risk of non-Hodgkin's lymphoma subtypes," January 1998, Cancer Epidemiology, Biomarkers & Prevention, Vol. 7, pp 25-28.

139. Heu, C. et al., "Glyphosate-induced stiffening of HaCaT keratinocytes, a peak force tapping study on living cells," 2012, Journal of Structural Biology, 178, pp. 1-7.

140. Heydens, William F. Deposition, pages 150-151. Monsanto memos; MONGLY00997830 - MONGLY00997832

141. Hietanen, E., Linnainmaa, K., and Vainio, H., "Effects of phenoxyherbicides and glyphosate on the hepatic and intestinal biotransformation activities in the rat," 1983,  Acta Pharmacologica et Toxicologica, vol. 53, no. 2, pp. 103-112.

Murdock v. Monsanto
November 21, 2022
Page 265

142. Hollander, H., & Amrhein, N., "The site of the inhibition of the shikimate pathway by glyphosate," 1980,   Plant Physiol 66(5), pp. 823-829.

143. Holmgaard, R., Nielsen, JB, "Dermal absorption of pesticides – evaluation of variability and prevention," 2008, Environmental Medicine Institute of Public Health, University of Southern Denmark. No. 124-2009.

144. Hotchkiss, SA, et al., "Percutaneous absorption of 4,4'-methylene-bis (2-chloroaniline) and 4,4'-methylenedianiline through rate and human skin in vitro," March 1993, Toxicology In Vitro, Volume 7(2), pp. 141-148.

145. http://npic.orst.edu/factsheets/archive/glyphotech.html

146. https://images.homedepot-static.com/catalog/pdfImages/80/800eda3b-a5b8-4b4b-a557-217cf3ae103a.pdf

147. https://www.trc-canada.com/prod-img/MSDS/B675405MSDS.pdf"

148. Hu, et al., "Comparison of the Inhibition Mechanisms of Adalimumab and Infliximab in Treating Tumor Necrosis Factor a-Associated Disease from a Molecular View." 2013, Journal of Biological Chemistry, Vol. 288, pp. 27059-27067.

149. Hua, et al., Study of the effect of occupational exposure to glyphosate on hepatorenal function. 2017 Jul 6, Vol. 51 (7):615-620. doi: 10.3760/cma.j.issn.0253-9624.2017.07.008.

150. Hutter, H-P., et al., "Cytotoxic and Genotoxic Effects of Pesticide Exposure in Male coffee Farmworkers of the Jarabacoa Region, Dominican Republic," 2018, International Journal of Environmental Research and Public Health, Vol 15, doi:10.3390/ijerph15081641

151. Hyland, C. and Ouahiba Laribi, Q., "Review of take-home pesticide exposure pathway in children living in agricultural areas," 2017, Environmental Research. Volume 156, pg. 559-570.)

152. IARC, "IARC Monographs Volume 112: Evaluation of five organophosphate insecticides and herbicides," 2015, International Agency for research on cancer, World Health organization Retrieved from: https://www.iarc.fr/en/media-centre/iarcnews/pdf/MonographVolume112.pdf

153. Illyassou, K., et al., "Risk Assessment for Small Farmers Exposed to Plant Protection Products in the Niger River Valley," 2017, Comm. Appl. Biol. Sci.

154. Images retrieved from http://www.oipa.org/international/photo/vivisection_primates.htm and from https://www.thomasrecording.com/solutions/solution-primate.html

155. Ingaramo, P, et al., "Are glyphosate and glyphosate-based herbicides endocrine disruptors that alter female fertility?" 2020, Molecular and Cellular Endocrinology, 110934.

156. Ingaramo, P., et al. "Acute uterine effects and long-term reproductive alterations in postnatally exposed female rats to a mixture of commercial formulations of endosulfan and glyphosate," 2019, Food and Chemical Toxicology, Vol. 134 110832.

157. Initial Statement of Reasons Title 27, California Code of Regulations Proposed Amendment To: Section 25705(B) Specific Regulatory Levels Posing No Significant Risk Glyphosate Safe Drinking Water and Toxic Enforcement Act of 1986 Proposition 65.

158. Intayoung, U., et al., "Effect of Occupational Exposure to Herbicide on Oxidative Stress in Sprayers," 2020, Safety and Health at Work.

Murdock v. Monsanto
November 21, 2022
Page 266

159. "Interactions between glyphosate and calcium salts found in water are the primary reason for adding AMS to the spray tank."
(http://www.weeds.iastate.edu/mgmt/2001/glyphosateformulations.htm)

160. International Agency for Research on Cancer. (2019). Report of the Advisory Group to Recommend Priorities for the IARC Monographs during 2020-2024. Retrieved from IARC WHO: https://monographs.iarc.fr/wp-content/uploads/2019/10/IARCMonographs-AGReport-Priorities_2020-2024.pdf

161. Jaehwan, S., "Comparison of international guidelines of dermal absorption tests used in Pesticides Exposure Assessment for Operators," 2014, Toxicol Res 4, pg. 251-260.

162. Jaworski, E. G., "Mode of action of N-phosphonomethylglycine. Inhibition of aromatic amino acid biosynthesis," 1972, J. Agric. Food Chem. 20 (6), pg. 1195-1198.

163. Johnson, et al., Operator exposure when applying Amenity herbicides, Ann. Occup. Hyg., Vol. 49, No. 1, pp. 25-32, 2005

164. Jung, E, and Maibach, H., "Animal models for percutaneous absorption," 2014, in Shah, V., Maibach, H., and Jenner, J. eds. Topical Drug Bioavailability, Bioequivalence, and Penetration, 2nd ed. New York: Springer, pg. 21-40.

165. Kale, P., Petty Jr., B., S. Walker, et al., "Mutagenicity testing of nine herbicides and pesticides currently used in agriculture," 1995, Environmental and Molecular Mutagenesis, Vol. 25(2), pp. 148-153.

166. Kang, JF, et al., "Study on mutagenesis induced by glyphosate in mice," 2008, Carcinogenesis, Teratogenesis & Mutagenesis, Vol. 20(3), pp. 227-320.

167. Karzi, V., et al., "In vivo evaluation of glyphosate genotoxicity," 2019, Toxicology Letters.

168. Kezic, S. & Nielsen, J.B, "Absorption of chemicals through compromised skin," 2009, International Archives of Occupational and Environmental Health, Vol. 82(6), pg. 677-88.

169. Khalade, A., et al., "Exposure to benzene at work and the risk of leukemia: a systematic review and meta-analysis," 2010, Environmental Health, Vol. 9(31).

170. Kieczka, H, "Requirements for safe-guarding the health of applicators of plant protection products - an overview," 1993, International Symposium on Pesticides Application Techniques, 2°, Strasbourg, Annals, 2/2, pp. 455 - 462.

171. Kim YH, Hong JR, Gil HW, Song HY, Hong SY, "Mixtures of glyphosate and surfactant TN20 accelerate cell death via mitochondrial damage-induced apoptosis and necrosis," 2013, Toxicol In Vitro 27(1), pg.191-197.

172. Kladt, C., et al., "Evaluation on the reliability of the permeability coefficient (Kp) to assess the percutaneous penetration property of chemicals on the basis of Flynn's dataset," 2018, International Archives of Occupational and Environmental Health.
https://doi.org/10.1007/s00420-018-1296-5.

173. Koller et al., "Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells," 2012 May, Arch Toxicol.;86(5):805-13, https://pubmed.ncbi.nlm.nih.gov/22331240/

174. Korinth G, Geh S, Schaller KH, Drexler H., "In vitro evaluation of the efficacy of skin barrier creams and protective gloves on percutaneous absorption of industrial solvents," 2003, Int Arch Occup Environ Health, Vol. 76(5), pg. 382-6.

Murdock v. Monsanto
November 21, 2022
Page 267

175. Korinth G, Goen T, Schaller KH, & Drexler H., "Discrepancies between different rat models for the assessment of percutaneous penetration of hazardous substances," 2007a, Archives of Toxicology 81, pg. 833-840.

176. Kupske, C., et al., "Cellular Changes in Buccal Mucosa from Farmers Exposed to Glyphosate," Brazilian Journal of Development. Curitiba, Vol. 7(11), pp. 105242-105257 Nov. 2021. DOI:10.34117/bjdv7n11-242.

177. Kwiatkowska, M., et al., "The effect of glyphosate, its metabolites and impurities on erythrocyte acetylcholinesterase activity,"2014, Environmental Toxicology and Pharmacology, Vol. 37(3), pp. 1101 -1108. doi: 10.1016/j.etap.2014.04.008

178. Kwiatkowska, M., et al., "DNA damage and methylation induced by glyphosate in peripheral blood mononuclear cells (in vitro study), 2017, Food and Chemical Toxicology, pp. 1-25

179. Laib, R., et al., "Increased Alkylation of Liver DNA and Cell Turnover in Young Versus Old Rats Exposed to Vinyl Chloride Correlates with Cancer Susceptibility." Toxicology Letters, Vol. 45, pp. 231-239, 1989.

180. Landrigan, P., et al., "Children's Health and the Environment: Public Health Issues and Challenges for Risk Assessment." Environmental Health Perspectives, Vol. 112, 2004.

181. Lankas, G., "A lifetime study of glyphosate in rats," 1981, Report No. 77-2062 prepared by Bio Dynamics, Inc. in U.S. EPA, "Glyphosate issue paper," 2016 and reported in Greim, et al., 2015.

182. Larsen, KE, et al., "The herbicide glyphosate is a weak inhibitor of acetylcholinesterase in rats," 2016, Environmental Toxicology and Pharmacology, doi.org/10.1016/j.etap.2016.05.012.

183. Larsson, S.C. & Wolk, A., "Body mass index and risk of non-Hodgkin's and Hodgkin's lymphoma: A meta-analysis of prospective studies," 2011, European Journal of Cancer, Vol. 47, pp. 2422-2430.

184. Lavy, T. et al., "Conifer Seedling Nursery Worker Exposure to Glyphosate," 1992, Arch. Environ. Contamin. Toxicolo. Vol.22, pp. 6-13.

185. Lawson, A., et al., "Three Methods to Assess Levels of Farmers' Exposure to Pesticides in the Urban and Peri-urban Areas of Northern Benin," 2017, Tunisian Plant Protection Journal, Vol.12, pp. 91-108.

186. Lebailly, P, et al., "Urine mutagenicity and lymphocyte DNA damage in fruit growers occupationally exposed to the fungicide captan," 2003, Occup Environ Med, Vol. 60, pp.910-917.

187. Lee, et al., "Polycyclic aromatic hydrocarbons present in cigarette smoke cause bone loss in an ovariectomized rat model," 2002, Bone, Vol. 30(6), pp. 917-23.

188. Leino L, et al., "Classification of the glyphosate target enzyme (5-enolpyruvylshikimate-3-phosphate synthase) for assessing sensitivity of organisms to the herbicide," 2020, Journal of Hazardous Materials.

189. Leite, S.N., et al., "DNA Damage Induced by Exposure to Pesticides in Children of Rural Areas in Paraguay," 2019, Indian Journal of Medical Research, Vol 150, pp. 290-296. DOI: 10.4103/ijmr.IJMR_1497_17

Murdock v. Monsanto
November 21, 2022
Page 268

190. Leon et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium," International Journal of Epidemiology, 2019, 1-17

191. Lesmes-Fabian, C., Garcia-Santos, G., Leuenberger, F., Nuyttens, D., & Binder, C. R, "Dermal exposure assessment of pesticide use: The case of sprayers in potato farms in the Colombian highlands," 2012, Science of the Total Environment, 430, pg. 202-208.

192. Letter dated December 10, 2019, to Attorney Jerry Kristal regarding Domina, et al., v. Monsanto Company.

193. Li, Q., et al., "Glyphosate and AMPA inhibit cancer cell growth through inhibiting intracellular glycine synthesis," 2013, Drug design, development and therapy, Vol. 7, pp. 635-643.

194. Lioi, M.B., et al., "Cytogenetic Damage and Induction of Pro-Oxidant State in Human Lymphocytes Exposed In Vitro to Glyphosate, Vinclozolin, Atrazine and DPX-E9636," 1998, Environmental and Molecular Mutagenesis, Vol. 32, pg. 39–46.

195. Lioi, M.B., et al., "Genotoxicity and oxidative stress induced by pesticide exposure in bovine lymphocyte cultures in vitro," 1998, Mutation Research, Vol. 403, pp. 13-20.

196. Long-term animal studies at or near the maximum tolerated dose level (MTD) are used to ensure an adequate power for the detection of carcinogenic activity, in U.S. EPA, "Guidelines for carcinogen risk assessment," EPA/630/R-00/004, September 1986, pp. 5.

197. Lucia, Rachel M. et al., "Association of glyphosate exposure with blood DNA methylation in a cross-sectional study of postmenopausal women," 2022, Environmental Health Perspectives, Vol. 130(4): 47001. doi:10.1289/EHP10174.

198. Lymphoma incidence patterns by WHO subtype in the United States, 1992-2001 Lindsay. M. Morton. From the Division of Cancer Epidemiology and Genetics, National Cancer Institute, National Institutes of Health (NIH), Department of Health and Human Services (DHHS), Rockville, MD; and Department of Pathology and Microbiology, University of Nebraska Medical Center, Omaha.

199. Lymphoma Research Foundation, https://lymphoma.org/aboutlymphoma/nhl/dlbcl/

200. M.J. Malachowski, "Health Effects of Toxic Substances," 1999, Second Edition, 0-86587-649-5.

201. Machado-Neto, et al., "Safety of Working Conditions of Glyphosate Applicators on Eucalyptus Forests Using Knapsack and Tractor Powered Sprayers," 2000, Bull. Environ. Contam. Toxicol. Vol. 64, pp. 309-315.

202. Maibach, H.I., "(a) Elimination of 14C-glyphosate in Rhesus monkeys following a single parenteral dose, (b) Percutaneous absorption of 14C-glyphosate in Roundup formulation in Rhesus monkeys following a single topical dose," 1983, Unpublished report No. MA-81-349, from University of California, School of Medicine, San Francisco, California, USA. Submitted to WHO by Monsanto Int. Services SA, Brussels, Belgium.

203. Makris, Konstantinos C., Nikolaos Efthymiou, Corina Konstantinou, Elena Anastasi, Greet Schoeters, Marike Kolossa-Gehring, Andromachi Katsonouri, "Oxidative stress of glyphosate, AMPA and metabolites of pyrethroids and chlorpyrifos pesticides among primary school children in Cyprus," 2022, Environmental Research, Volume 212, Part B, 113316, ISSN 0013-9351, https://doi.org/10.1016/j.envres.2022.113316.

Murdock v. Monsanto
November 21, 2022
Page 269

204. Malachowski, MJ, "Health Effects of Toxic Substances," 1999, Second Edition, 0-86587-649-5.

205. Marino, B.S., Fine, K.S., "Blueprints of Pediatrics," 2013, Oncology, p. 205.

206. Marques, A., et al., Progression of DNA Damage Induced by a Glyphosate-Based Herbicide in Fish (Anguilla anguilla) Upon Exposure and Post-exposure Periods--Insights into the Mechanisms of Genotoxicity and DNA Repair. Comp Biochem Physiol C Toxicol Pharmacol. 2014 Nov; 166:126-33. doi: 10.1016/j.cbpc.2014.07.009. Epub 2014 Aug 9.

207. Martinez et al., "Differential effects of glyphosate and Roundup in gene expression of human peripheral blood mononuclear cells: Implications for hematological carcinogenesis," Carcinogenesis, May 01 2007 https://aacrjournals.org/cancerres/article/67/9_Supplement/5017/537899/Differential-effects-of-glyphosate-and-Roundup-in.

208. Martini, C. et al., "Glyphosate-based herbicides with different adjuvants are more potent inhibitors of 3T3-L1 fibroblast proliferation and differentiation to adipocytes than glyphosate alone," 2016, Comparative Clinical Pathology, Volume 25, Issue 3, pp. 607-613.

209. MASTER LABEL FOR EPA REG. NO. 524-343, p. 67 of 170.

210. MASTER LABEL FOR EPA REG. NO. 71995-33, p. 2 of 26:

211. Material Safety Data Sheet: Scott's Liquid Turf Builder Lawn Food. The Scotts Company, 2015. https://www.scottsmsds.com/?product_name=turf+builder&upc=&sku=&regulation_number=&search_submit=Search

212. McDuffie H., et al., "Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health," 2001, Cancer Epidemiology, Biomarkers & Prevention, Vol.10, 1155 - 1163.

213. McGregor, et al., "Beyond the 2008 World Health Organization classification: the role of the hematopathology laboratory in the diagnosis and management of acute lymphoblastic leukemia," Semin Diagn Pathol., 2012 February, 29(1), pp. 2–11.

214. Meetings of Manufacturing Chemists Association, Labels and Precautionary Information Committee, October 27, 1976 and January 6, 1977.

215. Menendez-Helman, R. et al., "Glyphosate as an Acetylcholinesterase Inhibitor in Cnesterodon decemmaculatus," 2011, Bull Environ Contam Toxicol, Volume 88, pp. 6-9.

216. Menon, et al., "Histological and Biological Spectrum of Diffuse Large B-cell Lymphoma in the WHO Classification," Cancer J. 2012 Sep; 18(5): 411-420, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3458515/

217. Mesnage R, et al., "Comparative toxicogenomics of glyphosate and roundup herbicides by mammalian stem cell-based genotoxicity assays and molecular profiling in Sprauge-Dawley rats," 2022, Toxicological Sciences, 186(1), pp. 83–101.

218. Mesnage R, Ferguson S, Mazzacuva F, et al. "Cytotoxicity mechanisms and composition of the glyphosate formulated herbicide RangerPro," bioRxiv; 2021. DOI: 10.1101/2021.11.18.469091.

219. Mesnage, et al., "Insight into the confusion over surfactant co-formulants in glyphosate-based herbicides," 2019, Food and Chemical Toxicology, Vol. 128, pp. 137-145

Murdock v. Monsanto
November 21, 2022
Page 270

220. Mesnage, R, et al., "Genotoxicity evaluation of 2,4-D, dicamba and glyphosate alone or in combination with cell reporter assays for DNA damage, oxidative stress and unfolded protein response," 2021, Food and Chemical Toxicology 157.

221. Mesnage, R., Bernay, B., and Séralini, G.E., "Ethoxylated adjuvants of glyphosate-based herbicides are active principles of human cell toxicity," 2013, Toxicology 313(2-3), pp. 122-128.

222. Mesnage, R., et al., "Glyphosate Exposure in a Farmer's Family," Journal of Environmental Protection, 2012, Vol. 3, pp. 1001-1003.

223. Mesnage, R., et al., "In-depth comparative toxicogenomics of glyphosate and Roundup herbicides: histopathology, transcriptome and epigenome signatures, and DNA damage," 2021, bioRxiv preprint, pp. 1-35

224. Messager, et al., "Assessment of skin viability: Is it necessary to use different methodologies?" Skin Research and Technology, December 2003, Vol. 9, pp. 321-330.

225. "Metabolism of Glyphosate in Sprague Dawley Rats - Part I. Excretion and Tissue Distribution of Glyphosate and Its Metabolites Following Intravenous and Oral Administration," Monsanto unpublished study, March 28, 1988.

226. Michel, S., Busato, F., Genuneit, J., Pekkanen, J., Dalphin, J.C., Riedler, J., et al. (2013). Farm exposure and time trends in early childhood may influence DNA methylation in genes related to asthma and allergy. Allergy 68, pp. 355–364.

227. Milic, M., et al., "Oxidative stress, cholinesterase activity and DNA damage in the liver, whole blood, and plasma of Wistar rats following a 28-day exposure to glyphosate," 2018, Arh Hig Rada Toksikol, Vol. 69, pp. 154 – 168.

228. Miller, M., et al., "Differences Between Children and Adults: Implications for Risk Assessment at California EPA." International Journal of Toxicology, Vol. 21, pp. 403-418, 2002.

229. Minimum Latency & Types or Categories of Cancer, World Trade Center Health Program, Revised: January 6, 2015, https://www.cdc.gov/wtc/pdfs/WTCHP-Minimum-Cancer-Latency-PP-01062015.pdf

230. Modesto, K., Martinez, C., et al., "Effects of Roundup Transorb on Fish: Hematology, Antioxidant Defenses and Acetylcholinesterase Activity," 2010, Chemosphere, pg. 781-787.

231. Monsanto Agricultural Department report No. MSL-0288, April 1978 in U.S. EPA Archived Document, September 26, 1978, from Mary L. Quaife, Ph.D. to Mr. Robert Taylor, Product Manager, RD (Reg. No. 524-308), Monsanto Company, St. Louis, Missouri. https://archive.epa.gov/pesticides/chemicalsearch/chemical/foia/web/pdf/103601/103601-067.pdf

232. Monsanto Company's Amended Responses to Plaintiff's First Set of Requests for Admission, James Adams, et al., Plaintiffs, v. Monsanto Company, Defendant., Case No. 17SL-CC02721, pp. 4-5, 9/65.

233. Monsanto correspondence dated January 28, 2015, from Heydens, W. to Saltmiras, D. discussing impurities in glyphosate products.

234. Monsanto Document MONGLY00029022.

Murdock v. Monsanto
November 21, 2022
Page 271

235. Monsanto Document MONGLY00052410

236. Monsanto Document MONGLY00052410-13

237. Monsanto Document MONGLY00223577

238. Monsanto Document MONGLY00301671

239. Monsanto Document MONGLY00302620

240. Monsanto Document MONGLY00302676

241. Monsanto Document MONGLY00303109

242. Monsanto Document MONGLY00324238

243. Monsanto Document MONGLY00329945

244. Monsanto Document MONGLY00358401

245. Monsanto Document MONGLY00360482

246. Monsanto Document MONGLY00407261

247. Monsanto Document MONGLY00407266

248. Monsanto Document MONGLY00430366

249. Monsanto Document MONGLY00519009

250. Monsanto Document MONGLY00582206

251. Monsanto Document MONGLY00813893

252. Monsanto Document MONGLY00888353

253. Monsanto Document MONGLY00888421

254. Monsanto Document MONGLY00922458

255. Monsanto Document MONGLY00982099

256. Monsanto Document MONGLY00982100

257. Monsanto Document MONGLY00990361

258. Monsanto Document MONGLY00997830 Memo regarding Surfactant promotion (Intertek).

259. Monsanto Document MONGLY01051709

260. Monsanto Document MONGLY01075506 Glyphosate MON 76473 Document MIII - Tier II, Summary and hazard assessment, Section 3," 2010, Toxicological studies (annex III, Point 7), Monsanto Company.

261. Monsanto Document MONGLY01131945

262. Monsanto Document MONGLY01160109

263. Monsanto Document MONGLY01275627

264. Monsanto Document MONGLY01284534

265. Monsanto Document MONGLY01320467

266. Monsanto Document MONGLY01330783

Murdock v. Monsanto
November 21, 2022
Page 272

267. Monsanto Document MONGLY01343387

268. Monsanto Document MONGLY01377220

269. Monsanto Document MONGLY01526082

270. Monsanto Document MONGLY01526625

271. Monsanto Document MONGLY01700591

272. Monsanto Document MONGLY01742771

273. Monsanto Document MONGLY01745304

274. Monsanto Document MONGLY01832749

275. Monsanto Document MONGLY01851796

276. Monsanto Document MONGLY01851797

277. Monsanto Document MONGLY02062440

278. Monsanto Document MONGLY02136009

279. Monsanto Document MONGLY02136019

280. Monsanto Document MONGLY02142251

281. Monsanto Document MONGLY02155826

282. Monsanto Document MONGLY02155827

283. Monsanto Document MONGLY02155829

284. Monsanto Document MONGLY02155830

285. Monsanto Document MONGLY02155831

286. Monsanto Document MONGLY02159396

287. Monsanto Document MONGLY02221147

288. Monsanto Document MONGLY02221147

289. Monsanto Document MONGLY02246760

290. Monsanto Document MONGLY02285700

291. Monsanto Document MONGLY02343101

292. Monsanto Document MONGLY02431080

293. Monsanto Document MONGLY02590292

294. Monsanto Document MONGLY02802216

295. Monsanto Document MONGLY02804480

296. Monsanto Document MONGLY02817577

297. Monsanto Document MONGLY02908721

298. Monsanto Document MONGLY03133015

299. Monsanto Document MONGLY03498538

300. Monsanto Document MONGLY03577254

Murdock v. Monsanto
November 21, 2022
Page 273

301. Monsanto Document MONGLY03664157

302. Monsanto Document MONGLY03735338

303. Monsanto Document MONGLY03737014

304. Monsanto Document MONGLY03738295

305. Monsanto Document MONGLY03909609

306. Monsanto Document MONGLY04107779

307. Monsanto Document MONGLY04267028-33

308. Monsanto Document MONGLY04268319

309. Monsanto Document MONGLY04272196

310. Monsanto Document MONGLY04275275

311. Monsanto Document MONGLY04275303

312. Monsanto Document MONGLY05508247

313. Monsanto Document MONGLY05744041

314. Monsanto Document MONGLY05744080

315. Monsanto Document MONGLY05744120

316. Monsanto Document MONGLY05795088

317. Monsanto Document MONGLY06293737

318. Monsanto Document MONGLY06388557

319. Monsanto Document MONGLY06390127

320. Monsanto Document MONGLY06398326

321. Monsanto Document MONGLY06401072

322. Monsanto Document MONGLY06403283

323. Monsanto Document MONGLY06409924

324. Monsanto Document MONGLY06424476

325. Monsanto Document MONGLY06509236 "Operator exposure assessment for MON 2139 UK - Case"

326. Monsanto Document MONGLY06513290

327. Monsanto Document MONGLY06653096

328. Monsanto Document MONGLY06653096.

329. Monsanto Document MONGLY06722561

330. Monsanto Document MONGLY06722565

331. Monsanto Document MONGLY06731019

332. Monsanto Document MONGLY06758730

333. Monsanto Document MONGLY06878230

Murdock v. Monsanto
November 21, 2022
Page 274

334. Monsanto Document MONGLY07080361

335. Monsanto Document MONGLY07617889

336. Monsanto Document MONGLY08857831

337. Monsanto email (Tab 21) from Broeckaert, Fabrice on 3/29/2002 to C. Gustin, et al.

338. Monsanto email correspondence from Sarah Driessen retrieved from Case 3:16-md-Document 192-26. Filed 03/15/17; Page 7 of 8; MONGLY05359551.

339. Monsanto Internal Toxicological Study, "Residential applicator exposure assessment for diquat dibromide as formulated and used in QuikPRO in herbicide," MSL 19290, Final Report, April 23, 2004, St. Louis, Environmental Sciences Technology Center, MONGLY01291545, C. Gustin, author.

340. Monsanto memos; MONGLY00997830 - MONGLY00997832.

341. Monsanto response to the concern of the Slovenian authorities on the composition of the Plant Protection Product MON 79376 (360 g/ 1 glyphosate) and the surfactant MON 59117 (CAS n ° 68478- 96-6). MONGLY02817577.

342. Monsanto, 1990 in Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

343. Morton, et al., "Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the Inter-Lymph Non-Hodgkin Lymphoma Subtypes Project," August 2014, J Natl Cancer Inst Monogr. (48), pg. 130-44.

344. Morton, LM, et al., "Cigarette smoking and risk of non-Hodgkin's lymphoma subtypes among women," British Journal of Cancer, Vol. 28, pages 2087-2092.

345. Mullin CA, Fine JD, Reynolds RD, Frazier MT, "Toxicological risks of agrochemical spray adjuvants: organosilicone surfactants may not be safe," 2016, Front Public Health, 4:92.

346. Munoz, J.P., et al., "Glyphosate and the key characteristics of an endocrine disruptor: a review," 2020, Chemosphere.

347. Mužinic, V. & D. Želježic, "Effect of glyphosate at low concentrations on chromosome mis-segregation and aneuploidy induction in human peripheral blood lymphocytes in vitro," Poster 06-072, 55th Congress of the European Societies of Toxicology, September 8-11, 2019, Helsinki, Finland.

348. Myers, et al. Concerns over use of glyphosate-based herbicides and risks associated with exposures: a consensus statement. Myers et al. Environmental Health (2016) 1 5:19  Nagy et al., "Comparative cyto- and genotoxicity assessment of glyphosate and glyphosate-based herbicides in human peripheral white blood cells," December 2019, Environmental Research, Volume 179, Part B, 108851, https://www.sciencedirect.com/science/article/abs/pii/S0013935119306486

349. Nagy et al., "Comparative cyto- and genotoxicity assessment of glyphosate and glyphosate-based herbicides in human peripheral white blood cells," December 2019, Environmental Research, Volume 179, Part B, 108851, https://www.sciencedirect.com/science/article/abs/pii/S0013935119306486

Murdock v. Monsanto
November 21, 2022
Page 275

350. Nagy et al., "Micronucleus formation induced by glyphosate and glyphosate-based herbicides in human peripheral white blood cells." Front. Public Health 9:639143. doi: 10.3389/fpubh.2021.639143, https://www.frontiersin.org/articles/10.3389/fpubh.2021.639143/full

351. Nair AB, Jacob S., "A simple practice guide for dose conversion between animals and humans," 2016, J Basic Clin Pharma, Vol. 7, pp. 27-31.

352. National Toxicology Program, "Listing criteria," 2016, Report on Carcinogens, Public Health, U.S. Department of Health and Human Services, Retrieved from: https://ntp.niehs.nih.gov/pubhealth/roc/criteria/index.html

353. National Toxicology Program, "NTP Comparative Initiation/Promotion Skin Paint Studies of B6C3F1 Mice, Swiss (CD-1(R)) Mice, and SENCAR Mice", 1996, Natl Toxicology Program Tech Rep Ser. 1996 Feb;441: pp.1-201.

354. National Toxicology Program, U.S. Department of Health and Human Services.

355. Navarro, Claudia D.C. and Claudia B.R. Martinez, "Effects of the Surfactant Polyoxyethylene Amine (POEA) on Genotoxic, Biochemical and Physiological Parameters of the Freshwater Teleost Prochilodus Lineatus." Comparative Biochemistry and Physiology Part C: Toxicology & Pharmacology, vol. 165, June 2014, pp. 83–90., doi:10.1016/j.cbpc.2014.06.003.

356. NCI, "Maximum Tolerated Dose," n.d., NCI Dictionary of Cancer Terms, National Cancer Institute, National Institute of Health. Retrieved July 6, 2017, from: https://www.cancer.gov/publications/dictionaries/cancer-terms?cdrid=546597

357. Nerozzi et al., "Effects of Roundup and its main component, glyphosate, upon mammalian sperm function and survival," Sci Rep 10, 11026 (2020). https://doi.org/10.1038/s41598-020-67538-w

358. Nielsen, J. et al., "Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin," 2007, Arch Dermatol Res, Vol. 299, pg. 423-431.

359. Nielsen, J., et al., The Usual Suspects - Influence of Physicochemical Properties on Lag Time, Skin Deposition, and Percutaneous Penetration of Nine Model Compounds, 72 Journal of Toxicology and Environmental Health, Part A 315 (2009).

360. Niemann, Lars, et al., "A critical review of glyphosate findings in human urine samples and comparison with the exposure of operators and consumers," 2015, Journal für Verbraucherschutz und Lebensmittelsicherheit, Vol 10, Issue 1, pp 3-12.

361. NIH Surveillance, Epidemiology, and End Result Program (SEER) Surveillance Research Program (SRP) in NCI's Division of Cancer Control and Population Sciences (DCCPS). https://seer.cancer.gov/seertools/hemelymph/51f6cf59e3e27c3994bd5468/

362. Nobel, AJ, et al., "A validation of Illumina EPIC array system with bisulfite-based amplicon sequencing," PeerJ, DOI 10.7717/peerj.10762.

363. Nobels, I., et al., "Toxicity ranking and toxic mode of action evaluation of commonly used agricultural adjuvants on the basis of bacterial gene expression profiles," November 2011, PLos One, Vol. 6(11); e24139. doi:10.1371/journal.pone. 0024139.

364. NZ Parliament. 2016. Written questions 10151, 10153, 10154. Steffan Browning to the Minister for the Environment. New Zealand Parliament Paremata Aotearoa, Wellington. https://www.parliament.nz/en/pb/order-paper-questions/ written-questions/?criteria.Keyword=glyphosate&criteria. Timeframe=&criteria.DateFrom=&criteria.DateTo=&criteria. ParliamentNumber=-1&criteria.ParliamentNumber=-1&criteria. MemberOfParliament=&criteria.Portfolio=Environment

365. OECD "Guidance notes on dermal absorption," Draft, October 22, 2010.

366. OECD in Bus, J., "The dose makes the poison: Key implications for mode of action (mechanistic) research in a 21st century toxicology paradigm," 2017, Current Opinion in Toxicology, 10.1016/j.cotox.2017.06.013.

367. OECD, "Guidance document for the conduct of skin absorption studies," 2004a, Paris. 28, pg.1-31.

368. OECD/OCDE 427, "Guidelines for the testing of chemicals. Skin absorption in vivo Method," Adopted: 13 April 2004.

369. OEHHA - Glyphosate General Fact Sheet - https://www.p65warnings.ca.gov/fact-sheets/glyphosate

370. Ola´h et al., "Cytotoxic effects of Roundup Classic and its components on NE-4C and MC3T3-E1 cell lines determined by biochemical and flow cytometric assays," Toxicology Reports, Volume 9, 2022, pp. 914-926, ISSN 2214-7500, https://www.sciencedirect.com/science/article/pii/S221475002200097X

371. Operator exposure assessment for MON 2139 UK - Case" MONGLY06509236

372. Operator Exposure Guidance for Amateur (Home Garden) Pesticides, available at http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides-registration/data-requirements-handbook/operator-exposure.htm

373. Oregon OSHA Technical Manual (circa 1996) unless otherwise stated within the "Chapter Revision Information," located at the beginning of each chapter.

374. Ortho Home Defense Max Insect Killer For Indoor & Perimeter 1 English | US EPA Reg #279-9534-239, https://www.scottsmsds.com

375. OSHA, "Sampling and Analytical Methods for Benzene Monitoring and Measurement Procedures," Standard Number 1910.1028 App D., https://www.osha.gov/lawsregs/regulations/standardnumber/1910/1910.1028AppD

376. Pahwa, M. et al. "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project," Scand J Work Environ Health, 2019 Jun 27. pii: 3830. doi:10.5271/sjweh.3830

377. Parker, A.S., et al., "Smoking and Risk of Non-Hodgkin Lymphoma Subtypes in a Cohort of Older Women," 2000, Leukemia and Lymphoma, Vol. 37(3-4), pp. 341-349.

378. Pavkov, K., Wyand, "Two year chronic toxicity and oncogenicity dietary study with SC-0224 in mice," 1987, Stauffer Chemical Company.

379. Paxton, M.B., "Leukemia Risk Associated with Benzene Exposure in the Pliofilm Cohort," 1996, Environmental Health Perspectives, Vol. 104(6), pp. 1431-1436

Murdock v. Monsanto
November 21, 2022
Page 277

380. Paz-y-Miño, C., et al., "Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate," 2007, Genetics and Molecular Biology, 30(2).

381. Peixoto, Francisco. "Comparative Effects of the Roundup and Glyphosate on Mitochondrial Oxidative Phosphorylation." Chemosphere, vol. 61, no. 8, 2005, pp. 1115-1122., doi:10.1016/j.chemosphere.2005.03.044.

382. Peluso, M., et al, "32P-postlabeling detection of DNA adducts in mice treated with herbicide roundup," 1998, Environmental and Molecular Mutagenesis. Vol. 31(1), pp. 55 - 59. DOI: 10.1002/(SICI)1098-2280(1998)31:1-55: AID-EM8>3.0.CO;2-A

383. Pesticide Action Network (PAN). http://pan-international.org/wp-content/uploads/Glyphosate-monograph.pdf

384. Pesticide container guidance on operator exposure considerations, 2015.

385. Pesticide Safety Education Program, "Agricultural Spray Adjuvants," http://psep.cce.cornell.edu/facts-slides-self/facts/gen-peapp-adjuvants.aspx

386. Pierce, J.S., et al. "Pilot study evaluation inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®," 2020, Inhalation Toxicology, International Forum for Respiratory Research.

387. PM and Holly, EA, "Tobacco use and non-Hodgkin's lymphoma:  results from a population-based case control study in the San Francisco Bay area, California," 2005, Cancer Causes and Control, Vol. 16, pp. 333-346.

388. Prasad, et al., "Clastogenic Effects of Glyphosate in Bone Marrow Cells of Swiss Albino Mice," 2009, Journal of Toxicology, Volume 2009, Article ID 308985, doiaO.l 155/2009/308985.

389. Product formulation data provided by Monsanto in response to Interrogatory demand; only selected years were received; no product formulation data was provided for EPA registration years 1993, 1994, 1997, 1999, 2001, 2003-2008 or 2010-to present. In re: Roundup Products Liability Litigation, Case No. 16-MD-02741: Defendant Monsanto Company's November 9, 2018, Response to Plaintiffs' Request for Formulation Information for Group One Plaintiffs (Updated November 13, 2018)

390. Psaltopoulou, T., et al., "Alcohol consumption and risk of hematological malignancies: A meta-analysis of prospective studies," August 2018, Int. J. Cancer, Vol 143(3), pp. 486-495.

391. R. Belle, J. Marc, J. Morales, P. Cormier & 0. Mulner-Lorillon (2012): Letter to the Editor: Toxicity of Roundup and Glyphosate, Journal of Toxicology and Environmental Health, Part B: Critical Reviews, 15:4, 233-237

392. Rana, I., Taioli, E., and Zhang, L., "Weeding out inaccurate information on glyphosate-based herbicides and risk for non-Hodgkin lymphoma," 2020, Environmental Research, Vol. 191.

393. Rationale and Determination of an Acceptable Baseline Residue Level Following Aerial Pesticide Applications, North Carolina Administrative Code Subchapter 9L, Pesticide Section - 1005 Restricted Areas, Curt Lunchick, Aventis CropScience, Research Triangle Park, NC.

394. Report of Dr. Phalen

Murdock v. Monsanto
November 21, 2022
Page 278

395. Report of Earl W. (Woody) Montier, CIH, EWM Consulting.

396. Request for the evaluation of the toxicological assessment of the co-formulant POE-tallowamine," European Food Safety Administration, November 2015.

397. Rice et al., "Effects of glyphosate and its formulations on markers of oxidative stress and cell viability in HepaRG and HaCaT cell lines," Society of Toxicology Conference. https://usrtk.org/wp-content/uploads/2018/05/NTP_GBF-paper.pdf

398. Richard, S. et al., "Differential effects of glyphosate and Roundup on human placental cells and aromatase," 2005, Environ Health Perspect 113(6), pp. 716-20.

399. Ridley, William P., Monsanto Company Environmental Health Laboratory, "A Study of the Plasma and Bone Marrow Levels of Glyphosate Following Intraperitoneal Administration in the Rat, " Study No.*-+ 830109, October 24, 1983.

400. Rinsky, et al., "Benzene and leukemia," 1987, New England Journal of Medicine, Vol. 316(17), pp. 1044-1050

401. Risk Assessment Methodology for Hazardous Substances, New Zealand UK POEM Model 2018-Draft for consultation

402. Roberts, MS et al, "Factors affecting the formation of a skin reservoir for topically applied solutes," 2004, Skin Pharmacol Physiol, Vol. 17, pp. 3-16.

403. Ronald C. Wester, Julie Christoffel, Tracy Hartway, Nicholas Poblete, and Howard I. Maibach, James Forsell, "Human Cadaver Skin Viability for In Vitro Percutaneous Absorption: Storage and Detrimental Effects of Heat-Separation and Freezing," Percutaneous Absorption, Drugs-Cosmetics-Mechanisms-Methodology, 4th Edition, Vol. 155, pp. 311-316.

404. Roundup Pro Concentrate product label, 2006.

405. Roundup® Manufacturer Safety Data Sheet (MSDS)

406. Rozman, KK and Klaassen CD., "Absorption, distribution and excretion of toxicants," in Cassarett & Doull's Toxicology, The Basic Science of Poisons. 5th edition. 1996. McGraw-Hill.

407. Rueda-Ruzafa, L., et al., "Gut microbiota and neurological effects of glyphosate," 2019, Neurotoxicology, Vol. 75, pp. 1-8.

408. Safety Data Sheet, Dow Agrosciences LLC, TORDON RTU Herbicide, 5/14/2015.

409. Safety Data Sheet: Bayer Advanced Home Pest Control Indoor & Outdoor Insect Killer, Bayer Environmental Science, 2015.

410. Safety Data Sheet: Bio-advanced 24-Hour Grub Killer Plus. SBM Life Science Corp, 2017.

411. Safety Data Sheet: Roundup PRO Concentrate Herbicide, Monsanto Company, 2015.

412. Safety Data Sheet: Roundup Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer II. Monsanto Company, 2015. https://images.homedepot-static.com/catalog/pdfImages/d4/d4a9d465-5ffe-4833-89ff-c14740061f36.pdf

413. Safety Data Sheet: Roundup Ready-to-Use Weed & Grass Killer III. Monsanto Company, 2015. https://images.homedepot-static.com/catalog/pdfImages/57/57329e78-932a-405e-9fde-526f73dec714.pdf

Murdock v. Monsanto
November 21, 2022
Page 279

414. Samsel, A. and Seneff, S., "Glyphosate's suppression of cytochrome P450 enzymes and amino acid biosynthesis by the gut microbiome: Pathways to modern diseases," 2013, Entropy (15), pg. 1416-1463.

415. Sandrini, J., et al., "Effects of glyphosate on cholinesterase activity of the mussel Perna and the fish Danio rerio and Jenynsia multidentata: In vitro studies," 2013, Aquatic Toxicology, pp. 171-173.

416. Sartorelli, et al, 1997.

417. Sawada, Y., Nagai, Y., Ueyama, M., and Yamarnoto, I., "Probable toxicity of surface active agent in commercial herbicide containing glyphosate," 1988, Lancet 1 (8580), p. 29.

418. Schiff, M., et al., "Safety Analyses of Adalimumab (HUMIRA) in Global Clinical Trials and US Post marketing Surveillance of Patients with Rheumatoid Arthritis." 2006, Ann Rheum Dis, Vol. 65, pp. 889-894.

419. Schönbrunn, E. et al., "Interaction of the herbicide glyphosate with its target enzyme 5-enolpyruvylshikimate 3-phosphate synthase in atomic detail," 2001, Proc Natl Acad Sci USA Feb 13; 98(4), pp. 1376-1380.

420. Serra, L.; Estienne, A.; Vasseur, C.; Froment, P.; Dupont, J. "Review: Mechanisms of Glyphosate and Glyphosate-Based Herbicides Action in Female and Male Fertility in Humans and Animal Models," Cells 2021, 10, 3079. https://doi.org/10.3390/cells10113079

421. Shpadaruk, V., et al., "Methotrexate-induced B-cell Lymphoma." 2018, Journal of the American Academy of Dermatology, Vol. 73, pg. AB192.

422. Sidthilaw, S., Sapbamrer, R., Pothirat, C. et al. Effects of exposure to glyphosate on oxidative stress, inflammation, and lung function in maize farmers, Northern Thailand. BMC Public Health 22, 1343 (2022). https://doi.org/10.1186/s12889-022-13696-7

423. Simcox, N.J. et al., "Farmworker exposure to organophosphorus pesticide residues during apple thinning in central Washington State," 1999, Am Ind Hyg Assoc J 60, pp. 752-761.

424. Smith et al., "Benzene exposure and risk of non-Hodgkin lymphoma," Cancer Epidemiol Biomarkers Prev. 2007 March, Vol. 16(3), pp. 385-91.

425. Smith, Eric and Maibach, Howard, eds., "Percutaneous Penetration Enhancers," Boca Raton, FL:  CRC Press, 2015.

426. Solomon, K., "Estimated exposure to glyphosate in humans via environmental, occupational and dietary pathways: an updated review of the scientific literature," 2019, Pest Management Science, 76(9), pp. 2878-2885. https://doi.org/10.1002/ps.5717

427. Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, 46(1), pg. 21-27.

428. Soosten, "Excretion pathways and ruminal disappearance of glyphosate and its degradation product aminomethylphosphonic acid in dairy cows," J. Dairy Sco. 99:5318-5324

429. Sousa, M.G. de F., et al., "Evaluation of atmospheric contamination level for the use of herbicide glyphosate in the northeast region of Brazil," 2019, Environ Monit Assess, Vol. 191(10).

430. Spaan, S., et al., "Performance of a Single Layer of Clothing or Gloves to Prevent Dermal Exposure to Pesticides," 2020, Annals of Work Exposure and Health, pp. 1-20

Murdock v. Monsanto
November 21, 2022
Page 280

431. Spinaci et al., "Impact of glyphosate and its formulation Roundup® on stallion spermatozoa," 2022, Theriogenology, Volume 179, pp.197-203, ISSN 0093-691X, https://www.sciencedirect.com/science/article/pii/S0093691X21004465

432. Sritana, N., Suriyo, T., Kanitwithayanun, J., Somgvasin, B.H., Thiantanawat, A., Satayavivad, J., "Glyphosate induces growth of estrogen receptor alpha positive cholangiocarcinoma cells via non-genomic estrogen receptor/ERK1/2 signaling pathway," Food and Chemical Toxicology (2018), doi: 10.1016/j.fct.2018.06.014.

433. Stagnaro, E., et al., "NHL and type of tobacco smoke," 2004, Cancer Epidemiology, Biomarkers & Prevention, Vol. 13(3), pp. 431-437.

434. "Stem cell transplant for non-Hodgkin lymphoma," Canadian Cancer Society, 2022, https://cancer.ca/en/cancer-information/cancer-types/non-hodgkin-lymphoma/treatment/stem-cell-transplant#:~

435. Stout, L., Ruecker, P., "Chronic study of glyphosate administered in feed to albino rats," 1990.

436. Stur, E., et al., "Glyphosate-based herbicides at low doses affect canonical pathways in estrogen positive and negative breast cancer cell lines," 2019, PLoS One, Vol. 14(7): e0219610. Published online 2019 Jul 11. doi: 10.1371/journal.pone.0219610

437. Suarez-Larios, K., et al., "Screening of pesticides with the potential of inducing DSB and successive recombinational repair," 2017, Journal of Toxicology.

438. Sugimoto, K., "Eighteen month oral oncogenicity study in mice," 1997, The Institute of Environmental Toxicology, Tokyo, Japan in "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015," as Arysta Life Sciences, 1997a.

439. Summary and written calculations (PDF) regarding Prasad, S., et al., "Clastogenic effects of glyphosate in bone marrow cells of Swiss albino mice," 2009.

440. Surfactant Toxicology, Mark A. Martens Toxicology, Europe/Africa

441. Sweden KEMI Pesticide and Biotechnical Products Department report, "Registration report – Part B, Section 4: Toxicology, Roundup E (MON 79346)," MONGLY14603841.

442. Sweden's Working Hours Act (1982:673) Sweden Working Hours Act link: https://www.government.se/49d4f9/contentassets/1b29fd35b2544f13875137beab80911a/1982673-working-hours-act.pdf

443. Taborelli, M., et al., "The dose response relationship between tobacco smoking and the risk of lymphomas:  a case control study," 2017, BMC Cancer, Vol. 17, p. 421.

444. Tarazona, et al., "Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC," National Institutes of Health, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5515989/

445. Thongprakaisang, S., et al., "Glyphosate induces human breast cancer cells growth via estrogen receptors," 2013, Food and Chemical Toxicology, doi: http://dx.doi.org/10.1016/j.fct.2013.05.057

446. Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015 paper, Unpublished data.

447. TNO Study (MON 0319)

Murdock v. Monsanto
November 21, 2022
Page 281

448. TNO Study: van Burgsteden, "In vitro percutaneous absorption study [14C]-glyphosate using viable rat skin membranes" (MON 35012)

449. Torres-Badia et al., "Impaired mammalian sperm function and lower phosphorylation signaling caused by the herbicide Roundup® Ultra Plus are due to its surfactant component," 2021,Theriogenology, Volume 172, pp. 55-66, ISSN 0093-691X, https://www.sciencedirect.com/science/article/pii/S0093691X21001928

450. Trainor, Risk assessment for acute toxicity from sheep ectoparasite treatments, including organophosphates (OPs) used in plunge dipping, 2002 available at http://www.hse.gov.uk/research/hsl_pdf/2002/hsl02-26.pdf

451. Treffel, P. & Gabrad, B., "Skin penetration and sun protection factor of ultraviolet filters from two vehicle," 1996, Pharmaceut Res, Vol. 13, pg. 770-774.

452. Tupker, R. et al., "Susceptibility to irritants: role of barrier function, skin dryness and history of atopic dermatitis," 1990, BJD. Volume 123, Issue 2, pg. 199-205.

453. U.K. Health and Safety Executive, HSE, "Operator Exposure," 2016, Data requirements handbook, Retrieved from: http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides-registration/data-requirements-handbook/operator-exposure.htm

454. U.S. Centers for Disease Control, "2000 CDC Growth Charts for the United States," www.cdc.gov/nchs/data/series/sr_11/sr11_246.pdf

455. U.S. EPA OPP Memorandum June 2, 2010. "Review of Triple Pack dermal absorption studies for Maxim Quattro."

456. U.S. EPA OPPTS 870.7600, "Health Effects Test Guidelines Dermal Penetration," August 1998

457. U.S. EPA, "40 CFR Ch. I" (7–1–11 Edition), § 170.240 "Personal protective equipment."

458. U.S. EPA, "Application for Pesticide: MON 65005 Herbicide." Monsanto Company, 1995. https://assets.greenbook.net/M65304.pdf

459. U.S. EPA, "Dermal exposure assessment: A summary of EPA approaches," September 2007. United States Environmental Protection Agency, National Center for Environmental Assessment Office of Research and Development, EPA/600/R-07/040F

460. U.S. EPA, "Exposures Factors Handbook: Chapter 8 - Body Weight Studies," 2011, U.S. Environmental Protection Agency.

461. U.S. EPA, "Glyphosate Issue Paper: Evaluation of Carcinogenic Potential," USEPA's Office of Pesticide Programs, September 12, 2016, https://www.epa.gov/sites/production/files/2016-09/documents/glyphosate_issue_paper_evaluation_of_carcincogenic_potential.pdf

462. U.S. EPA, "Guidelines for Carcinogen Risk Assessment," 2005, EPA/630/P-03/001F, Risk Assessment Forum, US Environmental Protection Agency, Washington, DC.

463. U.S. EPA, "Quick Acting Weed Killer Concentrate Registration." 2017.

464. U.S. EPA, "Recommended use of body weight 3/4 as the default method in derivation of the oral reference dose," 2011, (EPA/100/R11/0001), Office of the Science Advisor, Risk Assessment Forum, US Environmental Protection Agency, Washington, DC.

Murdock v. Monsanto
November 21, 2022
Page 282

465. U.S. EPA, "Registration eligibility decision-facts: Glyphosate," 1993 United States Environmental Protection Agency, Prevention, Pesticides and Toxic Substances (7508W), EPA-738-F-93-011.

466. U.S. EPA, "Risk Assessment Methodology for Hazardous Substances: How to assess the risk, cost and benefit of new hazardous substances for use in New Zealand," 2018, Environmental Protection Authority.

467. U.S. EPA, "Standard Operating Procedures for Residential Pesticide Exposure," October 2012, Health Effects Division, Office of Pesticide Programs, Office of Chemical Safety and Pollution Prevention, U.S. Environmental Protection Agency, Washington, DC., D.6.1 Turf, pp. D-47 – D-48.

468. U.S. EPA, Office of Pesticide Programs, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, United States Environmental Protection Agency.

469. U.S. EPA, OPP Memorandum June 2, 2010. "Review of Triple Pack dermal absorption studies for Maxim Quattro."

470. U.S. EPA, OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, pg. 4.

471. U.S. FDA, "Guidance for Industry: Estimating the Maximum Safe Starting Dose in Adult Healthy Volunteers," 2005, Rockville, MD: US Food and Drug Administration.

472. UK POEM calculations in preparation of meeting Spanish competent authorities." MONGLY01275627

473. Van Hemmen, 1992 in Machado-Neto, et al., "Safety of Working Conditions of Glyphosate Applicators on Eucalyptus Forests Using Knapsack and Tractor Powered Sprayers," 2000, Bull. Environ. Contam. Toxicol. , Vol. 64, pp. 309-315.

474. Van Ravenzwaay, B. and Leibold, E., "A comparison between in vitro rat and human and in vivo rat skin absorption studies," 2004, Toxicol In Vitro., Vol. 18(2), pg. 219-25.

475. Van Smeden, J. and Bouwstra, J.A., "Stratum corneum lipids: Their role for the skin barrier function in healthy subjects and atopic dermatitis patients," 2016, Curr Prob. Dermatol 49, pg. 8-26.

476. Vazquez, M, et al., "Association between Cancer and Environmental Exposure to Glyphosate," 2017, International Journal of Clinical Medicine, Vol. 8, pp. 73-85.

477. Vigfusson, N., Vyse, E., "The effect of the pesticides, Dexon, Captan and Roundup on sister-chromatid exchanges in human lymphocytes in vitro," 1980, Mutat Res, 79, pp. 53–57.

478. Walsh, L., et al., "Roundup Inhibits Steroidogenesis by Disrupting Steroidogenic Acute Regulatory (StAR) Protein Expression," 2000, Environmental Health Perspectives, Vol. 108(8), pp. 769-776.

479. Wang, et al., "Occupational Exposure to Solvents and Risk of Non-Hodgkin Lymphoma in Connecticut Women," American Journal of Epidemiology, 2009 Jan 15; 169(2): 176–185.

480. Wang, L., et al., "Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma   progression in mice," 2019, Journal of Hematology & Oncology, Vol. 12, p. 70.

Murdock v. Monsanto
November 21, 2022
Page 283

481. Watts MA, "The poisoning of New Zealand,"1994, AIT Press, Auckland. From Pesticide Action Network (PAN). http://pan-international.org/wp-content/uploads/Glyphosate-monograph.pdf

482. Wester, et al., "Human Cadaver Skin Viability for In Vitro Percutaneous Absorption: Storage and Detrimental Effects of Heat-Separation and Freezing," 1998, Pharmaceutical Research, Vol. 15, No. 1.

483. Wester, R. and Maibach, H. (2015). 'Penetration enhancement by Skin Hydration', in Smith, E. and Maibach, H. (eds.) Percutaneous Penetration Enhancers (Boca Raton, FL) CRC Press, 2015.

484. Wester, R. et al., "Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination, 1991, Fundamental and Applied Toxicology 16, pg. 725-732.

485. Wester, R., et al., "In Vitro Percutaneous Absorption of Model Compounds Glyphosate and Malathion from Cotton Fabric into and through Human Skin," 34 Food and Chemical Toxicology 731 (1996)

486. "What is a stem cell or bone marrow transplant?" Cancer Research UK, 2022, https://www.cancerresearchuk.org/about-cancer/non-hodgkin-lymphoma/treatment/transplants/what-is-a-stem-cell-or-bone-marrow-transplant.

487. Wild, P., Kleinjans, J., "Children and Increased Susceptibility to Environmental Carcinogens: Evidence or Empathy?" 2003, Cancer Epidemiology, Biomarkers & Prevention, Vol. 12, pp. 1389-1394.

488. Williams, A.., "Transdermal and dermal drug delivery: From theory to clinical practice," 2003, London, Pharmaceutical Press.

489. Williams, et al. (2012): "Developmental and Reproductive Outcomes in Humans and Animals After Glyphosate Exposure: A Critical Analysis," Journal of Toxicology and Environmental Health, Part B: Critical Reviews, 15:1, 39-96.

490. Williams, G. et al.,  Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000,  Regulatory Toxicology and Pharmacology, Vol.31, pp. 117-165.

491. Wood, E., Dunster, J., Watson, P., and Brooks, P., (2009a) "Glyphosate technical: Dietary combined chronic toxicity/Carcinogenicity study in the rat," 2009a, Harlan Laboratories Limited, Page 156 of 227 Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-012. April 23, 2009. MRID 49957404. From "Glyphosate issue paper: Evaluation of carcinogenic potential," U.S. EPA's Office of Pesticide Programs, September 12, 2016.

492.  WHO, "Field Surveys of Exposure to Pesticides," 1975, Pesticide Development and Safe Use Unit, Division of Vector Biology and Control, WHO Headquarters, Geneva.

493. Wozniak, E., et al., "Glyphosate affects methylation in the promoter regions of selected tumor suppressors as well as expression of major cell cycle and apoptosis drivers in PBMCs (in vitro study)," 2020, Toxicology in Vitro, Vol. 63

494. Wozniak, E., et al., "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessment," 2018, Food and Chemical Toxicology, doi: 10.1016/j.fct.2018.07.035

Murdock v. Monsanto
November 21, 2022
Page 284

495. Wozniak, E., et al., "The selected epigenetic effects of aminomethylphosphonic acid, a primary metabolite of glyphosate on human peripheral blood mononuclear cells (in vitro)," 2020, Toxicology in Vitro, Vol. 66

496. Wumbei, A., et al., "Pesticides use and exposure among yam farmers in the Nanumba traditional area of Ghana," 2019, Environmental Monitoring Assessment, 191:307, DOI: 10.1007/s10661-019-7449-5

497. www3.epa.gov/pesticides/chem_search/ppls/071995-00033-20160531.pdf

498. Zendzian, R.P., "Dermal absorption of pesticides in the rat," 2000, AIHAJ, Vol. 61(4), pg. 473-83.

499. Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma:  A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

500. Zimmer et al., "Post-chemotherapy cognitive impairment in patients with B-cell non-Hodgkin lymphoma," 2015 Feb., National Library of Medicine, Leuk. Lymphoma, Vol. 56(2), pp. 347-352.

501. Zoller, O., et al., "Urine glyphosate level as a quantitative biomarker of oral exposure," 2020, Int. J. Hyg. Environ. Health, Vol. 228, article 113526.

**New Documents and References**

502. De Roos A., et al., "Herbicide use in farming and other jobs in relation to non-Hodgkin's lymphoma (NHL) risk," 2022, Occup Environ Med Epub, http://dx.doi. org/10.1136/oemed-2022- 108371

503. Meloni et al., "Occupational exposure to glyphosate and risk of lymphoma:results of an Italian multicenter case-control study," Environmental Health (2021) 20:49 https://doi.org/10.1186/s12940-021-00729-8

**Materials Reviewed Specific to Kenzie Murdock**

1. Murdock Complaint

2. Plaintiff fact sheet

3. Google Earth views (2)

4. Kenzie Murdock photos

5. Medical records (15 files)

6. Equipment photos (17)

7. Murdock AG Chemical lists (5)