**STEVEN M. BURRIS, ESQ.**
Nevada Bar No. 000603
sb@steveburrislaw.com
**BURRIS & THOMAS, LLC**
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
(702) 258-6238 - Telephone
(702) 258-8280 - Facsimile

*Attorneys for Plaintiff BEN EMBAAN*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:21-cv-01336-VC |
| This Document relates to: | Honorable Vince Chhabria |
| *Ben Embaan v. Monsanto Company, et al.* Case No. 3:21-cv-01336-VC | **PLAINTIFF'S UNOPPSED MOTION TO MOVE CASE TO WAVE VII** |

Plaintiff *Ben Embaan* - without opposition from Defendant Monsanto Company respectfully requests the Court move his case from wave VI, Sub-Wave C to Wave VII:

1. Ben Embaan's case is currently part of Wave VI, Sub-Wave C.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The deposition of the Plaintiff have not yet been scheduled.

. . .

. . .

. . .

. . .

. . .

Page 1 of 3

4.   Plaintiff's attorney have filed a Motion to Withdraw as Attorney and the Proposed Order is pending with the Judge for signature.

Dated:   May 18, 2023

                                   BURRIS & THOMAS, LLC

                              By: */s/Steven M. Burris*
                                Steven M. Burris, Esq.
                                Nevada Bar No.  000603
                                sb@steveburrislaw.com
                                2810 W. Charleston Blvd., Suite F-58
                                Las Vegas, Nevada 89102
                                *Attorneys for Plaintiff*
                                *BEN EMBAAN*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **PLAINTIFF'S UNOPPSED MOTION TO MOVE CASE TO WAVE VII** was filed electronically via the United States District Court for the Northern District of California via the Court's electronic filing system (CM/ECF), which will automatically serve and send email notification of such filing to all registered attorneys of record.

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550
Fax: (816) 421-5547
Counsel for Monsanto Company

AND

Pursuant to Federal Rules of Civil Procedure 5(b) and LR5-1, I hereby certify that service of the foregoing **PLAINTIFF'S UNOPPSED MOTION TO MOVE CASE TO WAVE VII** was made this date by faxing and by depositing a true and correct copy of the same for mailing, in a sealed envelope, postage fully prepaid, first class mail, at Las Vegas, Nevada, addressed to the following:

Ben Embaan
10091 Bonham Court
Las Vegas, Nevada 89148

DATED this 18th day of May, 2023.

      /s/Sherry Rainey
An Employee of Law Offices of Steven M. Burris