**STEVEN M. BURRIS, ESQ.**
Nevada Bar No. 000603
sb@steveburrislaw.com
**BURRIS & THOMAS, LLC**
2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
(702) 258-6238 - Telephone
(702) 258-8280 - Facsimile

*Attorneys for Plaintiff BEN EMBAAN*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:21-cv-01336-VC |
| | Honorable Vince Chhabria |
| This Document relates to: | **"PROPOSED" ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII** |
| *Ben Embaan v. Monsanto Company, et al.* Case No. 3:21-cv-01336-VC | |

Plaintiff *Ben Embaan's* motion to move case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED**

Dated: _____, 2023

_____
DISTRICT JUDGE VINCE CHHABRIA
US District Court
California Northern District