UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*ALL ACTIONS* | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**CONSENT OF SPECIAL MASTER AND AFFIDAVIT** |

    1.    My name is William A. Foster, and I am counsel at Akin, Gump, Strauss, Hauer and Feld LLP. I consent to appointment as special master in the above-captioned case, and I file this affidavit pursuant to Rule 53(b)(3)(A).

    2.    I have read and reviewed the grounds for disqualification under 28 U.S.C. § 455 and declare as follows:

    a.    I have no personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding.

    b.    I have not served as a lawyer in the matter in controversy, nor has any lawyer with whom I previously practiced law served such association as a lawyer concerning the matter, nor as a judge or lawyer have I been a material witness concerning it.

    c.    I have not served in government employment wherein I would have participated as counsel, adviser or material witness concerning the proceeding, nor have I expressed an opinion concerning the merits of the case herein.

      d.      I know that neither I, individually or as a fiduciary, has a financial interest in the subject matter in controversy, nor in a party to the proceeding, nor any other interest that could be substantially affected by the outcome of the proceeding.

      e.      I state that neither I nor my partner nor any of our immediate family:

    i. is a party to the proceeding, nor an officer, director, nor trustee of a party;

    ii. is acting as a lawyer in the proceeding;

    iii. is known by me to have an interest that could be substantially affected by the outcome of the proceeding;

    iv. is to my knowledge likely to be a material witness in the proceeding.

I declare under penalty of perjury that the proceeding facts are true as known to me or those matters not directly known to me are true on information and belief.

Dated: May 18, 2023

                                                      William A. Foster