Honorable Vince Chhabria

Marshall Casey, WSBA# 42552
Sweetser Law Office, PLLC
1020 N. Washington Street
Spokane, WA 99201
(509) 328-0678
Email: mcasey@sweetserlawoffice.com

AND

Chris Hogue, WSBA#
Hogue Law Firm
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
Tele: 509-315-8390
Email: chris@spokaneadvocate.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION.<br><br>This document related to<br>*Jason Gannon v. Monsanto Company*<br>**Case No. 3:19-cv-08064-VC** | MDL No 2741<br><br>Case# 3:16-md-02741-VC<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7B** |

Plaintiff Jason Gannon, without opposition from Defendant Monsanto Company, requests the court move his case from Wave 6D to Wave 7B.

I. **Facts**

1. Jason Gannon's case is currently part of Wave 6, Sub Wave D.

2. The parties have diligently pursued discovery in this matter and been mindful of the deadlines in Wave 6D.

3. Plaintiff gave a deposition on December 13, 2022. Defendant Monsanto Company requested a continuation of the deposition because of the Plaintiff's health issues. This has not yet been set.

4. Jason Gannon's second deposition, Jason Gannon's son, and Jason Gannon's oncologist, Dr. Chaudhry are in the process of being scheduled, but have not yet been scheduled.

5. Jason Gannon has received Defendant Monsanto's first discovery requests but not responded yet.

6. Counsel for the Plaintiff met and conferred with counsel for Defendant Monsanto Company. Plaintiffs believe the best course of action would be to move this case to Wave 7B, Defendant Monsanto Company does not oppose this request.

Therefore, Plaintiff Jason Gannon, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave 6D to Wave 7B.

DATED this 18th day of May, 2023, at Spokane, Washington.

s/*Marshall Casey*
Marshall Casey, WSBA# 42552
Attorney for Plaintiff Gannon

**Unopposed Motion to Move Case to Wave 7B pg.-2**

SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
509-328-0678

1020 N. Washington
Spokane, WA 99201
Tele: 509-328-0678
Fax# 509-326-2932

**Unopposed Motion to Move Case to Wave 7B pg.-3**

SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
509-328-0678

## CERTIFICATE OF SERVICE

I hereby certify that on May 18th, 2023, I filed a true copy of the above document VIA CM/ECF Electronic Filing System in the United States District Court, Northern District of California under MDL Case# 3:16-md-02741-VC and concurrently caused the above-entitled document to be sent to the recipients listed in the database for Case# 3:16-md-02741-VC. This will constitute service of the above document.

*s/ Kizzie Johnson*
Kizzie Johnson
Paralegal
Sweetser Law Office, PLLC

**Unopposed Motion to Move Case to Wave 7B pg.-4**

**SWEETSER LAW OFFICE, PLLC**
1020 N. Washington
Spokane, WA 99201
509-328-0678