Honorable Vince Chhabria

Marshall Casey, WSBA# 42552
Sweetser Law Office, PLLC
1020 N. Washington Street
Spokane, WA 99201
(509) 328-0678
Email: mcasey@sweetserlawoffice.com

AND

Chris Hogue, WSBA#
Hogue Law Firm
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
Tele: 509-315-8390
Email: chris@spokaneadvocate.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION.<br><br>This document related to<br>*Jason Gannon v. Monsanto Company*<br>**Case# 3:19-cv-08064-VC** | MDL No 2741<br><br>Case# 3:16-md-02741-VC<br><br>**[PROPOSED]ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7B** |

Plaintiff Jason Gannon's Unopposed Motion to move the above cited case from Wave 6D to Wave 7B is hereby granted.

DATED this _____ day of _____, 2023.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that on May 18th, 2023, I filed a true copy of the above document VIA CM/ECF Electronic Filing System in the United States District Court, Northern District of California under MDL Case# 3:16-md-02741-VC and concurrently caused the above-entitled document to be sent to the recipients listed in the database for Case# 3:16-md-02741-VC. This will constitute service of the above document.

>*s/ Kizzie Johnson*
>Kizzie Johnson
>Paralegal
>Sweetser Law Office, PLLC