Kristy M. Arevalo (SBN 216308)
**MCCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Facsimile: (909) 557-1275
kma@mccunewright.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jerry Neff v. Monsanto Co., et al.*<br>Case No.: 3:19-cv-05294-VC | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**MOTION TO SUBSTITUTE SHARI L. NEFF IN PLACE OF JERRY NEFF**<br><br>Judge Assigned: Hon. Vince Chhabria |

Counsel for Plaintiff, Jerry Neff, respectfully moves this Court to substitute Shari L. Neff, as the surviving daughter of Jerry Neff, deceased, pursuant to Rule 25 of the Federal Rules of Civil Procedure and California Civil Procedure Code section 377.31.

1. On July 19, 2019, Plaintiff Jerry Neff filed a products liability lawsuit in the Eastern District Missouri, Case No. 4:19-cv-02041. Thereafter, the matter was transferred into the multi-district litigation in this Court on August 15, 2019.
2. Jerry Neff passed away on November 19, 2022.
3. Shari L. Neff is the proper party to make this suggestion because she is Jerry Neff's surviving daughter, who has a right to pursue a wrongful death action against Defendants. CCPC § 377.31.
4. Shari L. Neff, the surviving daughter of Jerry Neff, moves to be substituted as the sole Plaintiff in the present action, individually and on behalf of the wrongful death beneficiaries of Jerry Neff.

5. No party will be prejudiced by this amendment, and it serves the needs of justice.

6. Therefore, Plaintiff requests that this Court enter an Order substituting Shari L. Neff in place of Jerry Neff. The Plaintiff caption is requested to be amended as follows: "Shari L. Neff, individually and on behalf of the wrongful death beneficiaries of Jerry Neff, deceased."

WHEREFORE, Counsel for Plaintiff, Jerry Neff, requests the Court grant Plaintiff's Motion to Substitute Shari L. Neff in place of Jerry Neff.

Date: May 18, 2023

**MCCUNE LAW GROUP**

By: /s/ K. Arevalo
Kristy M. Arevalo
*Attorney for Plaintiff*