Kristy M. Arevalo (SBN 216308)
**MCCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Facsimile: (909) 557-1275
kma@mccunewright.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jerry Neff v. Monsanto Co., et al.*<br>Case No.: 3:19-cv-05294-VC | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE SHARI L. NEFF IN PLACE OF JERRY NEFF** |

## [PROPOSED] ORDER

1. Counsel for Plaintiff's Motion to Substitute Shari L. Neff in Place of Jerry Neff is Granted.
2. Shari L. Neff is hereby substituted in place of Jerry Neff.
3. Accordingly, the Plaintiff caption shall be amended as follows: "Shari L. Neff, individually and on behalf of the wrongful death beneficiaries of Jerry Neff."

Date: _____

_____
Hon. VINCE CHHABRIA
United States District Court Judge