VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

# 4294499 COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF HEALTH – OFFICE OF VITAL RECORDS

## COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
### DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

DATE RECORD FILED: **NOVEMBER 28, 2022**

STATE FILE NUMBER: **22-071762**

1. FULL NAME OF DECEDENT (first) (middle) (last) (suffix):
**JERRY** **EUGENE** **NEFF**

2. SEX: MALE ☑ / FEMALE ☐ / NOT DETERMINED ☐

3. DATE OF DEATH: **NOVEMBER 19, 2022** — ACTUAL ☑ / APPROXIMATE ☐ / PRESUMED ☐ / FOUND ☐

4. DATE OF BIRTH: **DECEMBER 6, 1936**

5. AGE: **85** Years

IF UNDER 1 YEAR: Months __ Days __ / IF UNDER 1 DAY: Hours __ Minutes __

6. WAS DECEDENT EVER IN U.S. ARMED FORCES? YES ☐ / NO ☑ / UNKNOWN ☐

7. BIRTHPLACE (U.S. STATE OR FOREIGN COUNTRY): **VIRGINIA**

8. SOCIAL SECURITY NUMBER: **228 - 48 - 6921**
IF NO SSN, CHECK APPROPRIATE BOX: NONE ☐ / NOT OBTAINABLE ☐ / UNKNOWN ☐

9. STREET ADDRESS (INCLUDE HOUSE AND/OR APT. # OR ROUTE NO.): **2913 EARMANS LOOP**

10. CITY OR TOWN OF RESIDENCE: **ROCKINGHAM**

INSIDE CITY OR TOWN LIMITS? YES ☐ / NO ☑

11. COUNTY OF DECEDENT'S RESIDENCE (if independent city, leave blank): **ROCKINGHAM COUNTY**

12. U.S. STATE (OR FOREIGN COUNTRY) OF DECEDENT'S RESIDENCE: **VIRGINIA**

12a. ZIP CODE: **22802**

13. RACE OF DECEDENT (CHECK ONE OR MORE):
WHITE ☑ / BLACK OR AFRICAN AMERICAN ☐ / FILIPINO ☐ / KOREAN ☐ / AMERICAN INDIAN OR ALASKAN NATIVE (SPECIFY) ☐ / ASIAN INDIAN ☐ / CHINESE ☐ / SAMOAN ☐ / VIETNAMESE ☐ / OTHER PACIFIC ISLANDER (SPECIFY) ☐ / NATIVE HAWAIIAN ☐ / GUAMANIAN OR CHAMORRO ☐ / JAPANESE ☐ / UNKNOWN ☐ / OTHER ASIAN (SPECIFY) ☐ / OTHER (SPECIFY) ☐

14. DECEDENT OF HISPANIC ORIGIN?
NON-HISPANIC ☑ / CENTRAL OR SOUTH AMERICAN ☐ / CUBAN ☐ / MEXICAN ☐ / PUERTO RICAN ☐ / OTHER (SPECIFY) ☐ / UNKNOWN ☐

15. EDUCATION (HIGHEST GRADE COMPLETED):
ELEMENTARY/SECONDARY (0-12) ☐ / HIGH SCHOOL DIPLOMA ☐ / GED ☐ / YEARS OF COLLEGE ☑ **3** / ASSOCIATE DEGREE ☐ / BACHELOR'S DEGREE ☐ / MASTER'S DEGREE ☐ / DOCTORATE/PROFESSIONAL DEGREE ☐ / UNKNOWN ☐

16. CITIZEN OF WHAT COUNTRY: **UNITED STATES OF AMERICA**

17. USUAL OR LAST OCCUPATION: **MASONRY**

18. KIND OF BUSINESS OR INDUSTRY: **CONSTRUCTION**

19. MARITAL STATUS:
NEVER MARRIED ☐ / MARRIED ☑ / WIDOWED ☐ / DIVORCED ☐ / SEPARATED ☐ / UNKNOWN ☐

20. IF MARRIED, SEPARATED OR WIDOWED, NAME OF SPOUSE (if divorced leave blank): **CAROL JOAN NEFF**

21. FULL NAME OF DECEDENT'S FATHER OR PARENT I (first, middle, last, suffix) (maiden name, if any): **SAMUEL GARLAND NEFF**

21a. GENDER: **MALE**

22. FULL NAME OF DECEDENT'S MOTHER OR PARENT II (first, middle, last, suffix) (maiden name, if any): **PAULINE AGNES NISWANDER**

22a. GENDER: **FEMALE**

23. INFORMANT'S RELATIONSHIP OR SOURCE OF INFORMATION: **DAUGHTER**

24. FULL NAME OF INFORMANT OR NAME OF SOURCE: **LORI NEFF BENSON**

25. NAME OF HOSPITAL OR INSTITUTION OF DEATH (if none, so state): **NONE**

25a. SELECT ONE IF DEATH OCCURRED IN HOSPITAL: DOA ☐ / OUT PAT EMER RM ☐ / INPATIENT ☐

26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:
HOSPICE FACILITY ☐ / NURSING HOME ☐ / LONG TERM CARE FACILITY ☐ / DECEDENT'S HOME ☑ / CORRECTIONAL FACILITY ☐ / OTHER (SPECIFY) ☐

27. CITY OR TOWN OF DEATH: **ROCKINGHAM**

28. STREET ADDRESS OR RT. NO. OF PLACE OF DEATH: **2913 EARMANS LOOP**

28a. ZIP CODE: **22802**

28b. COUNTY OF DEATH (if independent city, leave blank): **ROCKINGHAM COUNTY**

29. METHOD OF DISPOSITION:
BURIAL ☐ / ENTOMBMENT / MAUSOLEUM ☐ / CREMATION / INCINERATION ☑ / CREMATION WITH BURIAL ☐ / CREMATION WITH ENTOMBMENT / MAUSOLEUM ☐ / BURIAL AT SEA ☐ / DONATION ☐ / OTHER (SPECIFY) ☐
REMOVAL FROM STATE (IF KNOWN, PLEASE ALSO CHECK FINAL METHOD OF DISPOSITION WHEN REMOVING FROM STATE, FROM OPTIONS SHOWN) ☐

30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY: **HARRISONBURG CREMATION SERVICE**

31. PLACE OF DISPOSITION - STREET ADDRESS OF CEMETERY OR CREMATORY: **3173 SPOTSWOOD TRAIL**

31a. CITY / COUNTY: **HARRISONBURG**

31b. STATE: **VIRGINIA**

31c. ZIP CODE: **22801**

31d. COUNTRY: 

32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE, VSAP OR NEXT OF KIN (ACTUAL SIGNATURE): **/S/ BARRY K MORRIS**

32a. LICENSE # NO.: **0502830021**

32b. NAME OF FUNERAL HOME OR FACILITY: **KYGER FUNERAL HOME, INC.**

33. NAME OF FUNERAL DIRECTOR / LICENSEE, VSAP OR NEXT OF KIN: **BARRY K MORRIS**

33a. STREET ADDRESS OF FUNERAL HOME / FACILITY, VSAP OR NEXT OF KIN (include street address, city, state and zip code): **3173 SPOTSWOOD TRL ROCKINGHAM VIRGINIA 22801**

34. TIME OF DEATH: To the best of my knowledge, death occurred at **11:34** — A.M. ☑ / P.M. ☐ — ACTUAL ☑ / APPROXIMATE ☐ / PRESUMED ☐ / FOUND ☐

35. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure.

INTERVAL BETWEEN ONSET AND DEATH

IMMEDIATE CAUSE OF DEATH
(Final disease or condition resulting in death) (A) **DIFFUSE LARGE B-CELL LYMPHOMA**

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST
(B) DUE TO (OR AS A CONSEQUENCE OF):

(C) DUE TO (OR AS A CONSEQUENCE OF):

(D) DUE TO (OR AS A CONSEQUENCE OF):

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

36. WAS THE MEDICAL EXAMINER CONTACTED? YES ☐ / NO ☑

36a. AUTOPSY? YES ☐ / NO ☑

36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? YES ☐ / NO ☐

37. DID TOBACCO USE CONTRIBUTE TO DEATH? YES ☐ / NO ☑ / POSSIBLY ☐ / UNKNOWN ☐

38. IF FEMALE:
PREGNANT AT TIME OF DEATH ☐ / UNKNOWN IF PREGNANT WITHIN THE PAST YEAR ☐ / NOT PREGNANT, BUT PREGNANT WITHIN 42 DAYS OF DEATH ☐ / NOT PREGNANT WITHIN PAST YEAR ☐ / NOT PREGNANT, BUT PREGNANT WITHIN 43 DAYS TO 1 YEAR BEFORE DEATH ☐ / NOT APPLICABLE (if decedent's age is 0-5 or 75 years) ☐

39. IF EXTERNAL, TO WHAT EXTENT IT CONTRIBUTED TO CAUSE OF DEATH?
PRIMARY ☐ / CONTRIBUTING ☐

40. WAS THIS A MILITARY DEATH? YES ☐ / NO ☑

40a. IF MILITARY DEATH, SELECT MANNER OF DEATH:
NATURAL ☐ / ACCIDENT ☐ / SUICIDE ☐ / HOMICIDE ☐ / UNDETERMINED ☐ / PENDING ☐

ITEMS 41 TO 47 IN THIS SECTION SHOULD ONLY BE COMPLETED FOR MILITARY DEATHS

41. DATE OF INJURY:

42. TIME OF INJURY: A.M. ☐ / P.M ☐

43. INJURY AT WORK? YES ☐ / NO ☐ / UNKNOWN ☐

44. PLACE OF INJURY (home, farm, factory, street, office, bldg, etc.):

45. LOCATION OF INJURY-STREET ADDRESS (include house address, apt # or route no.):

45a. CITY/COUNTY:

45b. STATE:

45c. ZIP CODE:

45d. COUNTRY:

46. IF TRANSPORTATION INJURY, SPECIFY:
DRIVER/OPERATOR ☐ / PASSENGER ☐ / PEDESTRIAN ☐ / OTHER (SPECIFY) ☐

47. DESCRIBE HOW INJURY RELATING TO DEATH OCCURRED:

48. SIGNATURE OF PERSON COMPLETING THE CAUSE OF DEATH: **/S/ CHRISTOPHER BURRI**

48a. TITLE: MEDICAL DOCTOR ☑ / PHYSICIAN ASSISTANT ☐ / DOCTOR OF OSTEOPATHY (D.O.) ☐ / NURSE PRACTITIONER ☐ / OTHER ☐

48b. DATE SIGNED: **NOVEMBER 23, 2022**

49. NAME OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH: **CHRISTOPHER BURRI**

49a. ADDRESS OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH: **2000 BEERY ROAD HARRISONBURG VIRGINIA 22801**

49b. MEDICAL LICENSE NO.: **0101243245**

50. ARE YOU A DESIGNEE? YES ☐ / NO ☑

51. IF YES, PLEASE PROVIDE THE NAME OF AUTHORIZING OR ABSENT PHYSICIAN:

51a. ADDRESS OF AUTHORIZING PHYSICIAN:

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED: **November 28, 2022**

Janet M. Rainey, State Registrar.

VS 15C

Do not accept unless on security paper with the seal of Virginia Department of Health, Virginia Department of Health, Richmond, Virginia and signature of State Registrar printed in blue and filigreed border.
Section 32.1-272, Code of Virginia, as amended.

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED