Kristy M. Arevalo (SBN 216308)
**MCCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Facsimile: (909) 557-1275
kma@mccunewright.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jerry Neff v. Monsanto Co., et al.*<br>Case No.: 3:19-cv-05294-VC | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**SUGGESTION OF PLAINTIFF JERRY NEFF'S DEATH**<br><br>Judge Assigned: Hon. Vince Chhabria |

Pursuant to Federal Rule of Civil Procedure 25(a)(1) and Federal Rule of Civil Procedure 25(a)(2), Counsel for Plaintiff Jerry Neff files this Suggestion of Death upon the Record. Plaintiff Jerry Neff passed away due to his battle with Diffuse Large B-Cell Lymphoma. Jerry Neff's death certificate is attached to this Suggestion of Death as Exhibit A. A Motion for Substitution of Parties is being filed concurrently for Jerry Neff's surviving daughter, Shari L. Neff, to take the place of Jerry Neff, individually and on behalf of the wrongful death beneficiaries of Jerry Neff.

Date: May 18, 2023                              **MCCUNE LAW GROUP**

                                                By: _____
                                                    Kristy M. Arevalo
                                                    *Attorney for Plaintiff*