VERIFY PRESENCE OF WATERMARK     HOLD TO LIGHT TO VIEW

# 4294499 COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF HEALTH — OFFICE OF VITAL RECORDS

## COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
### DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**DATE RECORD FILED:** NOVEMBER 28, 2022
**STATE FILE NUMBER:** 22-071762

**1. FULL NAME OF DECEDENT** (first) / (middle) / (last) / (suffix)
JERRY   EUGENE   NEFF

**2. SEX:** MALE ☒   FEMALE ☐   NOT DETERMINED ☐

**3. DATE OF DEATH:** NOVEMBER 19, 2022   ☒ ACTUAL   ☐ PRESUMED   ☐ APPROXIMATE   ☐ FOUND

**4. DATE OF BIRTH:** DECEMBER 6, 1936

**5. AGE:** 85   IF UNDER 1 YEAR: Months / Days   IF UNDER 1 DAY: Hours / Minutes

**6. WAS DECEDENT EVER IN U.S. ARMED FORCES?** YES ☐   NO ☒   UNKNOWN ☐

**7. BIRTHPLACE (U.S. STATE OR FOREIGN COUNTRY):** VIRGINIA

**8. SOCIAL SECURITY NUMBER:** 228 - 48 - 6921   IF NO SSN, CHECK APPROPRIATE BOX: NONE ☐   NOT OBTAINABLE ☐   UNKNOWN ☐

**9. STREET ADDRESS (INCLUDE HOUSE AND/OR APT. # OR ROUTE NO.):** 2913 EARMANS LOOP

**10. CITY OR TOWN OF RESIDENCE:** ROCKINGHAM

**INSIDE CITY OR TOWN LIMITS?** YES ☐   NO ☒

**11. COUNTY OF DECEDENT'S RESIDENCE (if independent city, leave blank):** ROCKINGHAM COUNTY

**12. U.S. STATE (OR FOREIGN COUNTRY) OF DECEDENT'S RESIDENCE:** VIRGINIA

**12a. ZIP CODE:** 22802

**13. RACE OF DECEDENT (CHECK ONE OR MORE):**
☒ WHITE   ☐ BLACK OR AFRICAN AMERICAN   ☐ FILIPINO   ☐ KOREAN   ☐ AMERICAN INDIAN OR ALASKAN NATIVE(SPECIFY)
☐ ASIAN INDIAN   ☐ CHINESE   ☐ SAMOAN   ☐ VIETNAMESE   ☐ OTHER PACIFIC ISLANDER (SPECIFY)
☐ NATIVE HAWAIIAN   ☐ GUAMANIAN OR CHAMORRO   ☐ JAPANESE   ☐ UNKNOWN   ☐ OTHER ASIAN (SPECIFY)   ☐ OTHER (SPECIFY)

**14. DECEDENT OF HISPANIC ORIGIN?**
☒ NON-HISPANIC   ☐ CENTRAL OR SOUTH AMERICAN   ☐ CUBAN   ☐ MEXICAN   ☐ PUERTO RICAN   ☐ OTHER (SPECIFY)   ☐ UNKNOWN

**15. EDUCATION (HIGHEST GRADE COMPLETED):**
☐ ASSOCIATE DEGREE   ☐ BACHELOR'S DEGREE   ☐ ELEMENTARY/SECONDARY (0-12)   ☐ MASTER'S DEGREE   ☐ HIGH SCHOOL DIPLOMA   ☐ DOCTORATE/PROFESSIONAL DEGREE   ☐ GED   ☒ YEARS OF COLLEGE 3   ☐ UNKNOWN

**16. CITIZEN OF WHAT COUNTRY:** UNITED STATES OF AMERICA

**17. USUAL (OR LAST) OCCUPATION:** MASONRY

**18. KIND OF BUSINESS OR INDUSTRY:** CONSTRUCTION

**19. MARITAL STATUS:** ☐ NEVER MARRIED   ☒ MARRIED   ☐ WIDOWED   ☐ DIVORCED   ☐ SEPARATED   ☐ UNKNOWN

**20. IF MARRIED, SEPARATED OR WIDOWED, NAME OF SPOUSE (if divorced leave blank):** CAROL JOAN NEFF

**21. FULL NAME OF DECEDENT'S FATHER OR PARENT I (first,middle,last,suffix)(maiden name if any):** SAMUEL GARLAND NEFF

**21a. GENDER:** MALE

**22. FULL NAME OF DECEDENT'S MOTHER OR PARENT II(first,middle,last,suffix)(maiden name if any):** PAULINE AGNES NISWANDER

**22a. GENDER:** FEMALE

**23. INFORMANT'S RELATIONSHIP OR SOURCE OF INFORMATION:** DAUGHTER

**24. FULL NAME OF INFORMANT OR NAME OF SOURCE:** LORI NEFF BENSON

**25. NAME OF HOSPITAL OR INSTITUTION OF DEATH (if none, so state):** NONE

**25a. SELECT ONE IF DEATH OCCURRED IN HOSPITAL:** DOA ☐   OUT PAT. EMER. RM ☐   INPATIENT ☐

**26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:**
☐ HOSPICE FACILITY   ☐ NURSING HOME   ☐ LONG TERM CARE FACILITY   ☒ DECEDENT'S HOME   ☐ CORRECTIONAL FACILITY   ☐ OTHER (SPECIFY)

**27. CITY OR TOWN OF DEATH:** ROCKINGHAM

**28. STREET ADDRESS OR RT. NO OF PLACE OF DEATH:** 2913 EARMANS LOOP

**28a. ZIP CODE:** 22802

**28b. COUNTY OF DEATH (if independent city, leave blank):** ROCKINGHAM COUNTY

**29. METHOD OF DISPOSITION:**
☐ BURIAL   ☐ ENTOMBMENT / MAUSOLEUM   ☒ CREMATION / INCINERATION   ☐ CREMATION WITH BURIAL   ☐ CREMATION WITH ENTOMBMENT / MAUSOLEUM
☐ BURIAL AT SEA   ☐ DONATION   ☐ OTHER (SPECIFY)
☐ REMOVAL FROM STATE (IF KNOWN, PLEASE ALSO CHECK FINAL METHOD OF DISPOSITION WHEN REMOVING FROM STATE, FROM OPTIONS SHOWN)

**30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY:** HARRISONBURG CREMATION SERVICE

**31. PLACE OF DISPOSITION - STREET ADDRESS OF CEMETERY OR CREMATORY:** 3173 SPOTSWOOD TRAIL

**31a. CITY / COUNTY:** HARRISONBURG   **31b. STATE:** VIRGINIA   **31c. ZIP CODE:** 22801   **31d. COUNTRY:**

**32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE, VSAP OR NEXT OF KIN (ACTUAL SIGNATURE):** /S/ BARRY K MORRIS

**32a. LICENSE #:** 0502830021

**32b. NAME OF FUNERAL HOME OR FACILITY:** KYGER FUNERAL HOME, INC.

**33. NAME OF FUNERAL DIRECTOR / LICENSEE, VSAP OR NEXT OF KIN:** BARRY K MORRIS

**33a. STREET ADDRESS OF FUNERAL HOME / FACILITY, VSAP OR NEXT OF KIN (include street address, city, state and zip code):** 3173 SPOTSWOOD TRL ROCKINGHAM VIRGINIA 22801

**34. TIME OF DEATH:** To the best of my knowledge, death occurred at 11:34   ☒ A.M.   ☐ P.M.   ☒ ACTUAL   ☐ APPROXIMATE   ☐ PRESUMED   ☐ FOUND

**35. PART I.** Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure.

**IMMEDIATE CAUSE OF DEATH** (Final disease or condition resulting in death) (A) DIFFUSE LARGE B-CELL LYMPHOMA

Sequentially list conditions, if any, leading to immediate cause. Enter **UNDERLYING CAUSE** (Disease or injury that initiated events resulting in death) LAST

(B) DUE TO (OR AS A CONSEQUENCE OF)

(C) DUE TO (OR AS A CONSEQUENCE OF)

(D) DUE TO (OR AS A CONSEQUENCE OF)

**INTERVAL BETWEEN ONSET AND DEATH:**

**PART II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

**36. WAS THE MEDICAL EXAMINER CONTACTED?** ☐ YES   ☒ NO

**36a. AUTOPSY?** ☐ YES   ☒ NO

**36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?** ☐ YES   ☐ NO

**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** ☐ YES   ☒ NO   ☐ POSSIBLY   ☐ UNKNOWN

**38. IF FEMALE:**
☐ PREGNANT AT TIME OF DEATH   ☐ UNKNOWN IF PREGNANT WITHIN THE PAST YEAR   ☐ NOT PREGNANT, BUT PREGNANT WITHIN 42 DAYS OF DEATH
☐ NOT PREGNANT WITHIN PAST YEAR   ☐ NOT PREGNANT, BUT PREGNANT WITHIN 43 DAYS TO 1 YEAR BEFORE DEATH   ☐ NOT APPLICABLE (if decedent's age is 0-5 or 75 years)

**39. IF EXTERNAL, TO WHAT EXTENT IT CONTRIBUTED TO CAUSE OF DEATH?** ☐ PRIMARY   ☐ CONTRIBUTING

**40. WAS THIS A MILITARY DEATH?** ☐ YES   ☒ NO

**40a. IF MILITARY DEATH, SELECT MANNER OF DEATH:** NATURAL ☐   ACCIDENT ☐   SUICIDE ☐   HOMICIDE ☐   UNDETERMINED ☐   PENDING ☐

**ITEMS 41 TO 47 IN THIS SECTION SHOULD ONLY BE COMPLETED FOR MILITARY DEATHS**

**41. DATE OF INJURY:**   **42. TIME OF INJURY:** ☐ A.M. ☐ P.M   **43. INJURY AT WORK?** ☐ YES ☐ NO ☐ UNKNOWN   **44. PLACE OF INJURY (home, farm, factory, street, office, bldg, etc.):**

**45. LOCATION OF INJURY-STREET ADDRESS (include house address, apt. # or route no.):**   **45a. CITY/COUNTY:**   **45b. STATE:**   **45c. ZIP CODE:**   **45d. COUNTRY:**

**46. IF TRANSPORTATION INJURY, SPECIFY:** ☐ DRIVER/OPERATOR   ☐ PASSENGER   ☐ PEDESTRIAN   ☐ OTHER (SPECIFY)

**47. DESCRIBE HOW INJURY RELATING TO DEATH OCCURRED:**

**48. SIGNATURE OF PERSON COMPLETING THE CAUSE OF DEATH:** /S/ CHRISTOPHER BURRI

**48a. TITLE:** ☒ MEDICAL DOCTOR   ☐ PHYSICIAN ASSISTANT   ☐ DOCTOR OF OSTEOPATHY (D.O.)   ☐ NURSE PRACTITIONER   ☐ OTHER

**48b. DATE SIGNED:** NOVEMBER 23, 2022

**49. NAME OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH:** CHRISTOPHER BURRI

**49a. ADDRESS OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH:** 2000 BEERY ROAD HARRISONBURG VIRGINIA 22801

**49b. MEDICAL LICENSE NO:** 0101243245

**50. ARE YOU A DESIGNEE?** ☐ YES   ☒ NO

**51. IF YES, PLEASE PROVIDE THE NAME OF AUTHORIZING OR ABSENT PHYSICIAN:**

**51a. ADDRESS OF AUTHORIZING PHYSICIAN:**

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED: November 28, 2022

*Janet M. Rainey*
Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Virginia State Registrar.
Section 32.1-272, Code of Virginia, as amended.

VS 15C

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED