**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Glassman et al. v. Monsanto Company*<br>Case No. 3:20-cv-00024<br><br>*Iona v. Monsanto Company*<br>Case No. 3:20-cv-02404 | MDL No. 2741<br><br>MDL Case No. 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**UNOPPOSED MOTION TO MOVE CASES TO WAVE VII, SUB-WAVE A** |

Plaintiffs, Philip Glassman, Barbara Glassman and Deborah Iona - without opposition from Defendant Monsanto Company - respectfully requests the Court move their cases from Wave VI to Wave VII, Sub-Wave A:

1. Plaintiff's cases are presently assigned to Wave VI.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in these matters.

3. Plaintiffs have served their Plaintiff Fact Sheets and produced their medical records.

4. The difficulties in completing fact discovery are now impacting the deadlines applicable to Wave VI.

5. Counsel for Plaintiffs met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs, Philip Glassman, Barbara Glassman and Deborah Iona, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave VI to Wave VII, Sub-Wave A.

DATED:  May 18, 2023                                Respectfully submitted,

/s/ Jeffrey L. Haberman
Jeffrey L. Haberman, Esq. (FL 98522)
Sarah J. Schultz, Esq.
SCHLESINGER LAW OFFICES, P.A.
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Tel (954) 467-8800
Fax (954) 320-9509
JHaberman@schlesingerlaw.com
*Attorneys for Plaintiffs*

/s/ Anthony Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: /s/ Jeffrey L. Haberman
Jeffrey L. Haberman