# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| *Belfleur et al. v. Monsanto Company* Case No. 3:20-cv-00621 | |
| *Gilberg et al. v. Monsanto Company* Case No. 3:20-cv-07735 | **ORDER GRANTING MOTION TO MOVE CASES TO WAVE VII, SUB-WAVE C** |
| *Thompson et al. v. Monsanto Company* Case No. 3:20-cv-08851 | |

Plaintiffs' motion to move the above-listed cases to a later wave is granted.

**IT IS SO ORDERED.**

Dated: May ___, 2023

_____
VINCE CHHABRIA
United States District Judge