**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| *Proctor et al. v. Monsanto Company* Case No. 3:21-cv-00172 | **ORDER GRANTING MOTION TO MOVE CASES TO WAVE VII, SUB-WAVE B** |
| *Berenfeld v. Monsanto Company* Case No. 3:18-cv-01428 | |
| *Lundy v. Monsanto Company* Case No. 3:20-cv-09289 | |

Plaintiffs' motion to move the above-listed cases to a later wave is granted.

**IT IS SO ORDERED.**

Dated: May ___, 2023

_____
VINCE CHHABRIA
United States District Judge