UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Holmes v. Monsanto Company*<br>Case No. 3:20-cv-03363<br><br>*Levy et al. v. Monsanto Company*<br>Case No. 3:21-cv-07643<br><br>*Perez. v. Monsanto Company*<br>Case No. 3:22-cv-00089 | MDL No. 2741<br><br>MDL Case No. 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**UNOPPOSED MOTION TO MOVE CASES TO WAVE VII, SUB-WAVE D** |

Plaintiffs, Christopher Holmes, Robert Levy, Susan Levy and Michael Perez - without opposition from Defendant Monsanto Company - respectfully requests the Court move their cases from Wave VII to Wave VII, Sub-Wave D:

1. Plaintiff's cases are a part of Wave VII with no assigned Sub-Wave.

2. Mindful of the deadlines pertaining to Wave VII cases, the parties have diligently pursued discovery in these matters.

3. The parties have not yet completed Plaintiff's deposition. Plaintiff's treating oncologist's deposition and his primary care physician's deposition have not yet been scheduled.

4. Defendant has not served its first round of written discovery and document requests. Plaintiff intends to propound written discovery.

5. Plaintiffs have served their Plaintiff Fact Sheets.

6. Counsel for Plaintiffs met and conferred with counsel for Monsanto.  Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs, Christopher Holmes, Robert Levy, Susan Levy and Michael Perez, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave VII to Wave VII, Sub-Wave D.

DATED: May 19, 2023                                   Respectfully submitted,

/s/ Jeffrey L. Haberman
Jeffrey L. Haberman, Esq. (FL 98522)
Sarah J. Schultz, Esq.
SCHLESINGER LAW OFFICES, P.A.
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Tel (954) 467-8800
Fax (954) 320-9509
JHaberman@schlesingerlaw.com
*Attorneys for Plaintiffs*

/s/ Anthony Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2023, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman