UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*ALL ACTIONS* | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 284: ORDER APPOINTING SPECIAL MASTER REGARDING COMMON BENEFIT FUND DISBURSEMENTS** |

On April 7, 2023, the Court gave the parties notice and opportunity to be heard regarding its intent to appoint William A. Foster of the law firm Akin Gump Strauss Hauer & Feld LLP as special master to make recommendations to the Court regarding disbursement of common benefit funds. Having received no objections from the parties, the Court appoints Mr. Foster as special master pursuant to Rule 53(a)(1)(C).

1. Mr. Foster shall proceed with all reasonable diligence. Mr. Foster's duties include issuing an order setting forth a process and schedule for attorneys to apply for disbursement of common benefit funds, reviewing all applications for disbursement of common benefit funds and any objections thereto, and preparing a report and recommendation to the Court regarding the disbursement of common benefit funds. The Court envisions this work being completed by the end of 2023.

1

2. Mr. Foster may confer with the Court *ex parte* subject to Mr. Foster's and the Court's discretion. Mr. Foster may also confer with a party or a fee applicant *ex parte* subject to his discretion.

3. In connection with the disbursement of common benefit funds, the following documents shall be filed to the main docket in this action: (1) orders regarding the process or schedule for applying for disbursements from the common benefit fund, (2) applications from attorneys for disbursements from the common benefit fund and objections thereto, and (3) reports and recommendations regarding the disbursement of common benefit funds.

4. After Mr. Foster files a report and recommendation regarding disbursement of common benefit funds, a party may file objections to the report and recommendation with the Court no later than 14 days after the report and recommendation is filed. The Court will review any objections pursuant to Rule 53(f).

5. Aileen M. McGrath is the Akin Gump partner assigned to the matter and will oversee Mr. Foster in performing his duties under this Order. The firm will charge a blended rate of $910 per hour for their time, not to exceed 4% of the common benefit fund. The firm's billings shall be paid out of the common benefit fund, managed by the fund administrator, Postlethwaite & Netterville, 8550 United Plaza Blvd, Suite 1001, Baton Rouge, LA 70809.

6. No billings for work performed in connection with Mr. Foster's appointment shall be submitted to the fund administrator until the Court, after receiving Mr. Foster's report and recommendation, enters an order regarding the disbursement of common benefit funds. At that point, Mr. Foster shall file to the docket a billing invoice of the work performed in connection with the appointment. Any party to the case may file an objection to the reasonableness of the billing invoice within 7 days. The Court will independently review any objection to the reasonableness of the invoice. If no objection is received or following the resolution of any objection, the Court will order the fund administrator to pay the billing invoice, subject to any adjustments the Court may make.

**IT IS SO ORDERED.**

Dated: May 19, 2023

_____
VINCE CHHABRIA
United States District Judge