# EXHIBIT C

```
 1              IN THE COURT OF COMMON PLEAS

 2           PHILADELPHIA COUNTY, PENNSYLVANIA

 3                      - - -

 4   ERNEST CARANCI and        : JUNE TERM, 2021
     CARMELA CARANCI,          :
 5        Plaintiffs,          :
              -vs.-            :
 6   MONSANTO COMPANY,         :
     PENN HARDWARE, INC.,      :
 7   PENN HARDWARE TWO, INC.,  :
          Defendants.          : NO. 02213
 8                      - - -

 9              Friday, March 3, 2023

10                      - - -

11              In-person videotaped oral deposition of

12   ERNEST CARANCI, taken pursuant to notice, was held at

13   the law offices of Kline and Specter, 1525 Locust

14   Street, 12th Floor, Philadelphia, Pennsylvania 19102,

15   at 10:00 a.m., on the above date, before Lisa

16   DePascale, a Court Reporter and Notary Public of the

17   Commonwealth of Pennsylvania and Delaware.

18

19

20

21

22

23
                 GOLKOW LITIGATION SERVICES
24           877.370.3377 ph / 917.591.5672 fax
                    deps@golkow.com
```

```
 1    APPEARANCES:

 2        KLINE & SPECTER, P.C.
          BY:  TOBI MILLROOD, ESQUIRE
 3        1525 Locust Street
          19th Floor
 4        Philadelphia, Pennsylvania 19102
          215.772.1000
 5        tobi.millrood@klinespecter.com
          Representing Plaintiffs

 6

 7        SHOOK, HARDY & BACON, LLP
          BY:  JOSEPH H. BLUM, ESQUIRE
 8            DALTON MOTT, ESQUIRE
          2001 Market Street
 9        Two Commerce Square, Suite 3000
          Philadelphia, Pennsylvania 19103
10        215.278.2555
          jblum@shb.com;dmott@shb.com
11        Representing Defendants

12
    ALSO PRESENT: CHRIS CLEE, Videographer
13
                  ROSANNA GILIBERTI, Interpreter
14
                  CARMELA CARANCI, Plaintiff
15

16

17

18

19

20

21

22

23

24
```

Ernest Caranci

```
 1                        INDEX

 2   WITNESS:

 3   ERNEST CARANCI

 4                                         PAGE NO.
     BY:
 5        MR. BLUM ...............................7

 6        MR. MILLROOD .........................275

 7

 8                       EXHIBITS

 9   NUMBER              DESCRIPTION           PAGE NO.

10   E. Caranci-1   Notice of Videotaped        14
                    Deposition of Ernest Caranci,
11                  6 pages

12   E. Caranci-2   Color Photographs, 3 pages  119

13   E. Caranci-3   Color Photographs, 4 pages  140

14   E. Caranci-4   Color Photographs, Bates    147
                    stamped
15                  Confidential-Caranci-ECaranci
                    -PPR-001200 through
16                  Confidential-Caranci-ECaranci
                    -PPR-001231
17
     E. Caranci-5   Color Photographs, 11 pages 181
18
     E. Caranci-6   Color Photographs, 13 pages 184
19
     E. Caranci-7   Color Photographs, 7 pages  187
20
     E. Caranci-8   Color Photographs, Bates    253
21                  stamped
                    Confidential-Caranci-ECaranci
22                  -PPR-001232 through
                    Confidential-Caranci-ECaranci
23                  -PPR-001260

24
```

Ernest Caranci

```
 1   E. Caranci-9   Plaintiff's Fact Sheet, Bates   264
                    Stamped
 2                  Confidential-Caranci-ECaranci
                    -PFS-000001 through
 3                  Confidential-Caranci-ECaranci
                    -PFS-000015
 4
     E. Caranci-10  Philadelphia Court of Common   268
 5                  Pleas, Mass Tort Plaintiff
                    Fact Sheet, Bates stamped
 6                  Confidential-Caranci-ECaranci
                    -PFS-000016 through
 7                  Confidential-Caranci-ECaranci
                    -PFS-000033
 8
     E. Caranci-11  Notice of Service of Process;   270
 9                  Notice to Plead, Complaint,
                    66 pages
10
     E. Caranci-12  Notice to Defend; Short Form   272
11                  Complaint, 13 pages

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Ernest Carafice

```
 1                         - - -

 2              DEPOSITION SUPPORT INDEX

 3                         - - -

 4

 5                         - - -

 6         WITNESS INSTRUCTED NOT TO ANSWER

 7   PAGE   LINE           PAGE   LINE        PAGE   LINE

 8    244    13

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    THE VIDEOGRAPHER:  Good morning.  We

 2          are now on the record.  My name is Chris Clee.

 3          I'm a videographer for Golkow Litigation

 4          Services.  Today's date is March 3, 2023 and

 5          the time is 10:03 a.m., Eastern Standard time.

 6                    This video deposition is being held in

 7          the matter of Ernest and Carmela Caranci versus

 8          Monsanto Company, et al.

 9                    The Deponent is Ernest Caranci.

10                    Will counsel please introduce

11          themselves.

12                    MR. MILLROOD:  Tobi Millrood for the

13          Plaintiff.

14                    MR. BLUM:  Joseph Blum and Dalton Mott

15          on behalf of Monsanto and Penn Hardware Two.

16                    THE VIDEOGRAPHER:  The Court Reporter

17          is Lisa DePascale and will now swear in the

18          witness.

19                              -  -  -

20                    ERNEST CARANCI, after having been first

21           duly sworn, was examined and testified as

22           follows:

23                              -  -  -

24                    MR. BLUM:  Can we swear in the
```

```
 1          Interpreter.

 2                          - - -

 3             ROSANNA GILIBERTI, INTERPRETER, after

 4          having been duly sworn, truly and accurately

 5          translated ENGLISH to ITALIAN and ITALIAN to

 6          ENGLISH as follows:

 7                          - - -

 8              E X A M I N A T I O N

 9                          - - -

10   BY MR. BLUM:

11   Q.    Mr. Caranci, could you state your full name for

12   the record please.

13   A.    Yes, Ernest Caranci.

14   Q.    And, Mr. Caranci, it's my understanding that

15   English is your second language, is that correct?

16   A.    Correct.

17   Q.    So we have an interpreter here today, if at any

18   time you have any problem with translation or there is

19   a word or words you don't understand, the Interpreter

20   is here to assist us so you don't have to worry

21   stumbling over that.

22              All right?

23   A.    Okay.

24   Q.    So we're going to rely on you to tell us if at
```

Ernest Carafics

```
 1   some point you don't understand anything that's
 2   happening.
 3               All right?
 4   A.    Yes.
 5   Q.    So I'm just going to go through some rules
 6   about today in terms of how the deposition is going to
 7   operate.
 8               I'm going to ask you a series of
 9   questions.  I'm going to ask you to keep all of your
10   responses verbal.  Even though the Court Reporter --
11   even though the videographer is taking all of this
12   down, the Court Reporter cannot take down a nod of
13   your head or a shrug of your shoulder.
14               All right?
15   A.    Yes.
16   Q.    I'm also going to try to ask you to not speak
17   over me when I speak and I'll do my best not to speak
18   over you, because the Court Reporter, again, can only
19   take down one of us at a time.
20               All right?
21   A.    Yes.
22   Q.    If at any time today you don't understand my
23   question, it seems confusing to you, please tell me
24   immediately.  Either I will repeat the question for
```

1   you or we can have the Court Reporter read it back to

2   you.

3               All right?

4   A.     Yes.

5   Q.     If at any time today you need a break, please

6   tell me.  We can take a break at any time other than

7   when there is actually a question pending.

8               All right?

9   A.     Yes.

10  Q.     We're going to ask you a lot of questions today

11  going back in time and a lot of it is going to be

12  about dates and distances.  We don't want you to guess

13  or speculate at any of those things, however, if you

14  are going to tell me something that's to the best of

15  your recollection or something that's an estimate,

16  please tell us that.  Because we would like to know

17  that.  But don't give me an answer that sound exact

18  when it's just an estimate.

19              All right?

20  A.     Yes.

21  Q.     So is there anything that you believe would

22  keep you from hearing and understanding my questions

23  today?

24  A.     Right now, no, I can hear you.

Ernest Caranci

1   Q.     Okay.  And you're -- have no problem

2   understanding me as well?

3   A.     Yeah.  I understand you now.

4   Q.     Okay.  Have you taken any medications in the

5   last 48 hours that would affect your ability in any

6   way to hear my questions and understand them?

7   A.     No.

8   Q.     Have you consumed any alcohol in the last 24

9   hours?

10  A.     No.

11  Q.     All right.  And you understand that we're here

12  today, this is actually part of the Court proceedings

13  and that you're testifying under oath?

14  A.     Yes.

15  Q.     All right.  Is there any reason why you think

16  you cannot go ahead with today's deposition?

17  A.     No reason, no.

18  Q.     All right.  And if at any time today you feel

19  fatigued, you feel like anything is wrong, I want you

20  to tell us and we will stop and give you a break.

21             Okay?

22  A.     Yes.

23  Q.     All right.  Can you tell us your date of birth,

24  please.

Ernesto Caranci

```
1   A.      June 7, 1940.

2   Q.      And where were you born?

3   A.      In Italy, Abruzzo.

4   Q.      All right.  And when did you come here to the

5   United States?

6   A.      1953.

7   Q.      So you were 13 when you came here?

8   A.      Yes.

9   Q.      All right.  And how old are you today?

10  A.      I'm 83 years old.

11  Q.      Okay.  And when you were in Italy, did you

12  attend any schooling there?

13  A.      Yes.  Second grade.

14  Q.      Okay.  And then when you came here to the

15  United States, did you attend any type of formal

16  schooling?

17  A.      They put me in the fourth grade.  I had to

18  repeat fourth grade.  And sixth grade, I left school.

19  Q.      Okay.  And where was that that you went like

20  fourth through sixth?

21  A.      Mater Dolorosa School.

22  Q.      All right.  Where is that located?

23  A.      That's located on Paul Street, between Church

24  Street and Unity Street.
```

Ernest Caranci

```
1   Q.      And that's here in the City of Philadelphia?

2   A.      City of Philadelphia.

3   Q.      Okay.  And so after you left the sixth grade,

4   like about how old were you at that point?

5   A.      Sixth grade, I was 16.

6   Q.      Okay.  And at 16 years old then what did you do

7   after that?  Did you go on to any kind of trade school

8   or schooling or did you go to work?

9   A.      No.  I went straight to work in a factory.

10  Q.      Okay.  And what factory did you go work in?

11  A.      I don't recall the name.  But it was a leather,

12  they made the shoes -- leather for shoes.

13  Q.      Okay.  All right.  Before I ask you about that

14  is there any, since you left the sixth grade, have you

15  had any other formal education or training of any

16  type?

17  A.      No.

18  Q.      And did you teach yourself English?

19  A.      Yes.

20  Q.      Okay.  So you went to work at the leather

21  factory.  Do you remember what that was called?

22  A.      I don't remember the name.

23  Q.      Okay.  Is this the first time you've ever been

24  deposed?
```

Ernest Caranci

```
 1   A.      (No response.)

 2   Q.      Have you ever been deposed like this but in a

 3   deposition before?

 4   A.      I was in the deposition before, yes.

 5   Q.      Okay.  And in what context was that?

 6   A.      It was a context for a will.

 7   Q.      Okay.  And whose will was it over?

 8   A.      My uncle.

 9   Q.      All right.  Any other times where your

10   deposition has been taken?

11   A.      No.

12   Q.      Have you ever been a plaintiff or a defendant

13   before in a lawsuit?

14   A.      Defendant?

15   Q.      Have you been involved in a lawsuit before

16   where you were a party on either side?

17   A.      I had, a few years back, we had an automobile

18   accident.  I was, you know, I was in court for that

19   hearing, but insurance took care of everything.

20   Q.      Okay.  So you weren't making a claim, someone

21   made a claim against you?

22   A.      Yes.

23   Q.      Okay.  Any other time that you were involved in

24   a lawsuit other than the auto accident?
```

Ernest Caranci

```
 1   A.     Not that I recall, no.

 2   Q.     Okay.  Have you ever filed for bankruptcy?

 3   A.     No.

 4   Q.     Have you been arrested?

 5   A.     No.

 6   Q.     Okay.  I'm going to mark today as Exhibit-1 to

 7   your deposition, a copy of the deposition notice that

 8   brought us all here.

 9                        - - -

10              (Exhibit E. Caranci-1, Notice of

11            Videotaped Deposition of Ernest Caranci, 6

12            pages, was marked for identification.)

13                        - - -

14   BY MR. BLUM:

15   Q.     Mr. Caranci, I'm just going to ask you if you

16   can identify that document.  But I should have asked

17   you earlier, and I did not.  Are you comfortable

18   reading English?

19   A.     Yes.

20   Q.     Okay.

21   A.     (Reviewing document.)

22                  Yes.

23   Q.     Okay.  You have seen that before?

24   A.     Yes.
```

Ernest Caranci

```
1   Q.      All right.  And at the back of that document

2   there is a request for you to search for documents.

3   Did you search for documents?

4   A.      Whatever -- I searched for documents.  What

5   document are you referring for?  For doctors,

6   documents?

7   Q.      Well, so when you got this notice, did you use

8   this to help you search and find different documents?

9   A.      Yes and no.  I searched for one doctor, Dr.

10  Terzian, and the rest of them my attorney they

11  searched for other things.

12  Q.      Okay.  So let me -- I'm just going to ask you

13  some questions about documents that you personally

14  have at home?

15          Okay.

16  A.      No.  I don't have no really documents at home.

17  Q.      Okay.  Do you have any documents at home about

18  your medical care?

19  A.      No, no documents.

20  Q.      Okay.  Do you have a computer you use at home?

21  A.      Yes.

22  Q.      All right.  And do you keep any copies of like

23  medical records or anything about your medical care on

24  your computer?
```

Ernest Caranci

```
 1   A.      No.

 2   Q.      And do you have any documents at home where,

 3   like a calendar that you maintain about your medical

 4   appointments or anything like that?

 5   A.      Only the short appointments, like I have

 6   appointment and then after a while I don't need -- I

 7   don't have way back appointments, no.

 8   Q.      Okay.  So do you -- like, for this year do you

 9   have a calendar where you mark down appointments in

10   it?

11   A.      Yes.  I have appointments coming up.  I have a

12   calendar appointment.

13   Q.      Okay.  And do you have those calendars for

14   prior years?

15   A.      I just put it on my phone.

16   Q.      Okay.  So you maintain your calendar on your

17   phone?

18   A.      Yes.

19   Q.      And do you use any form of social media, like

20   Facebook?

21   A.      No.

22   Q.      Okay.  And do you maintain any kind of a diary

23   or a journal or anything like that?

24   A.      No.
```

Ernest Caranci

```
 1   Q.     All right.  Do you -- did you go back and look

 2   for photographs that were either about you and your

 3   health or the properties where you used Roundup?

 4   A.     Yes.

 5   Q.     Okay.  Where did you find those photographs?

 6   A.     Well, I had some photographs that I had

 7   occasionally I took, you know.  And other photographs

 8   that I supplied to them where they...

 9   Q.     Okay.  So -- but here's my question.  Where did

10   you find those photographs?  Where were they?

11   A.     I had -- they were in my possession.  We took

12   some of them, you know, not regular.  I had like a

13   photograph.

14   Q.     Okay.  And so those were printed out versus

15   like looking at your phone, they were on your phone?

16   A.     Some I put on my phone, yes.

17   Q.     Okay.  And were some of them printed out, like

18   hard copies of photographs?

19   A.     Yes.

20   Q.     Okay.  Those hard copy photographs, who took

21   them?

22   A.     Somebody else took them, I took them.  I don't

23   recall now who took them.  It's been a while.

24   Q.     And do you maintain them in some, like, a photo
```

Ernest Caranci

```
1    album or someplace where you store them?

2    A.     Not -- not too much.  They're around.  You

3    know, it's not really organized in about -- in a photo

4    album, but I have them in just places, places.

5    Q.     All right.  And did you, like after this

6    lawsuit started, go out and take photographs of the

7    various places where you used Roundup specifically for

8    this -- use in this lawsuit?

9    A.     My attorney took a lot of the photographs.  I

10   showed them, you know, where I used it.  And some of

11   the photographs I had, I gave to them.  So they have

12   everything you need to know.

13   Q.     Okay.  So some of the photographs were taken by

14   you and some were taken by the attorneys or someone

15   working on their behalf?

16   A.     Yes.

17   Q.     Okay.  And when you were there with the

18   attorney, was it Mr. Millrood who was there with you?

19   A.     He came over and took photographs, yes.

20   Q.     Okay.  Do you have any documents that relate to

21   your pizza shop when you operated it?

22   A.     Photographs?

23   Q.     Any type of documents about the pizza shop?

24   A.     All depends what kind of document you're
```

Ernest Caranci

1   asking.

2   Q.    Like, financial records about the pizza shop?

3   A.    Well, financial I have -- I make income tax at

4   the end of the year, the accountant I keep income tax

5   things or I keep -- I kept some of the bills I paid or

6   supplies or some like that.

7   Q.    Right.  Okay.  And those records, are they

8   stored at your home, like, by year?

9   A.    Well, they were stored at my home, but now it's

10  been years, I don't have them no more.

11  Q.    Okay.  So the answer at the moment is you don't

12  have any of the records -- you had them at one point

13  --

14  A.    Yes.

15  Q.    -- but you currently don't have them?

16  A.    No.

17  Q.    And when was it that you got rid of those

18  records?

19  A.    Well, I don't remember exactly when, but it's

20  been since -- we sold the place 2010, it's been a

21  while, so in between there I don't remember exactly

22  the date.

23  Q.    Okay.  And did you have an accountant who kept

24  your, like, who helped you with your tax returns and

Ernest Caranci

```
 1   everything?

 2   A.      I had an accountant.

 3   Q.      And what was his or her name?

 4   A.      Gerald Barr.

 5   Q.      B-A-R-R.

 6   A.      Yes.

 7   Q.      And where is Mr. Barr located?

 8   A.      Cheltenham.

 9   Q.      All right.  And do you still use him today for

10   personal taxes?

11   A.      Not now.  Not now.  I changed it.

12   Q.      All right.  And when was the last time that you

13   worked with Mr. Barr?

14   A.      That was 2000 -- the last one was 2009, 2010

15   something like that.

16   Q.      Okay.  And when you sold the business, were you

17   represented by an attorney?

18   A.      Yes.

19   Q.      And who was your attorney when you sold the

20   business?

21   A.      Victor Lipsky.

22   Q.      Lipsky?

23   A.      Yes.

24   Q.      And where is Mr. Lipsky located?
```

1    A.     He's located at Market, 12th and Market.  I'm

2    not positive to remember exactly (INAUDIBLE).

3    Q.     It's okay.

4               And Mr. Lipsky is he someone who you

5    continue to maintain a relationship with?

6    A.     Yes.

7               MR. MILLROOD:  Objection to form.

8    BY MR. BLUM:

9    Q.     Okay.  And who was the person or persons that

10   you sold the business to?

11   A.     Conrad, his last name and Tom is his first

12   name.

13   Q.     Okay.  And was Mr. Conrad someone who worked

14   with you at the pizza shop beforehand?

15   A.     No.

16   Q.     Okay.  Was he someone you knew?

17   A.     I knew him, not very well, well, but he's

18   related to my brother-in-law.

19   Q.     Okay.

20   A.     It would be my sister's husband.

21   Q.     He's related to your sister's husband?

22   A.     Yes.

23   Q.     Okay.  But he's not your sister's husband?

24   A.     No.

Ernest Caranci

```
 1   Q.      I just want to make sure I understood that.

 2                  So do you have at home any containers

 3   of Roundup?

 4   A.      No.

 5   Q.      Okay.  Do you have at home spraying equipment

 6   that you used to spray Roundup?

 7   A.      Yeah.

 8   Q.      Okay.  What do you have at home?

 9   A.      A pump.

10   Q.      A hand carried pump?

11   A.      Yes.

12   Q.      Okay.  And do you have any receipts at home for

13   when you purchased Roundup?

14   A.      No.  I don't know.  Once you buy something,

15   it's hard to keep receipts, no, I don't have.

16   Q.      Okay.

17   A.      Can I refer -- when you asked me if I still use

18   Lipsky as a lawyer.  After I sold the business, Lipsky

19   retired.  His son represented me on an accident that I

20   had where I mentioned before.  That's the only time I

21   used him.

22   Q.      Okay.  And you --

23   A.      I haven't used him since.

24   Q.      Okay.  Thank you for clarifying that.
```

Ernest Caranci

```
 1                 And what is -- do you remember what his
 2   son's name is?
 3   A.     Louis.
 4   Q.     And when you had that accident, was it you and
 5   your wife together?
 6   A.     Yes.
 7   Q.     And did you have, you personally have injuries
 8   as a result of that?
 9   A.     A little bit, but my wife did.
10   Q.     Okay.
11   A.     My wife claimed it.
12   Q.     Okay.  And did that case go to trial or did it
13   settle?
14   A.     It went to trial.  That's when I said...
15   Q.     Okay.  And what were the results of that trial?
16   A.     Pardon me.
17   Q.     What was the result of that trial?
18   A.     Well, it was the result that I was at fault
19   they said, so.  And I got -- the insurance --
20   Q.     Okay.
21   A.     -- represented me and they paid whatever they
22   had to pay.
23   Q.     All right.  And what, if anything, did you do
24   to prepare to come here for your deposition today?
```

Ernest Caranci

```
1   A.      What is this?

2   Q.      What, if anything, did you do to prepare for

3   your deposition here today?

4   A.      Well, I just read whatever this here was.

5   Q.      All right.  Did you have an opportunity to meet

6   with Mr. Millrood?

7   A.      Only with the phones.  The only time I met with

8   him and we took picture.

9   Q.      Okay.  And before the deposition today, did

10  you, you said -- you kind of pointed at the deposition

11  notice, did you review any -- you reviewed some

12  documents before you came here?

13  A.      Not really, no.

14  Q.      Okay.  Well, was there any documents you looked

15  at to help like refresh your recollection before you

16  came here?

17  A.      Whatever I read here and that's it.  I didn't

18  go over it this morning, is that what you're saying?

19  Q.      Right.  So was there -- like, there was a

20  complaint filed in this case.  There was different

21  forms filled out, did you read any of them?

22  A.      No.

23  Q.      Did you meet with anyone other than your

24  attorney to prepare for the deposition?
```

Ernest Caranci

```
1    A.     No.

2    Q.     Did you --

3    A.     Only on the phone to answer questions.

4    Q.     Okay.  But that was Mr. Millrood or somebody

5    from his office, right?

6    A.     Right.

7    Q.     So I'm asking anyone other than Mr. Millrood?

8    A.     No.

9    Q.     Okay.  And did you reach out to any of your

10   doctors or anything to talk to them about the

11   deposition?

12   A.     No.

13   Q.     Is there any -- at any time have you had an

14   opportunity to read a transcript from a deposition

15   that was taken in another Roundup case?

16   A.     Repeat please.

17   Q.     Sure.

18              Have you ever read a transcript from a

19   deposition like this in another Roundup case?

20   A.     No.

21   Q.     All right.  Have you ever seen any video of a

22   deposition in a Roundup case?

23   A.     No.

24   Q.     Have you ever had an opportunity to review any
```

Ernest Caranci

```
 1   trial transcripts from a Roundup case?

 2   A.     No.

 3   Q.     Have you met with anyone who you understood to

 4   be an expert who was going to testify on your behalf

 5   in this cases?

 6   A.     No.

 7   Q.     Okay.  So tell me where you currently live.

 8   A.     Pardon me.

 9   Q.     Tell me where you currently live.

10   A.     I live at 1235 Serota Place.

11   Q.     And that's in Philadelphia?

12   A.     Philadelphia, PA.

13   Q.     What section of Philadelphia is that?

14   A.     In the Northeast.

15   Q.     All right.  And how long have you lived there

16   at 1235?

17   A.     Since 1992.

18   Q.     All right.  Was that new construction when you

19   moved in there?

20   A.     Yes.

21   Q.     Who lives with you, if anybody, at 1235 Serota?

22   A.     Just me and my wife.

23   Q.     From 1992 to the present is that accurate, that

24   you're the only people who lived there?
```

Ernest Caranci

```
1    A.      Yes.

2    Q.      And before you lived at 1235 Serota, where did

3    you live?

4    A.      8744 Marsden.

5    Q.      M-A-R-V-I-N?

6    A.      M-A-R-S-D-E-N.

7    Q.      Okay.  Also in the Northeast?

8    A.      Yes.

9    Q.      How long did you live there?

10   A.      Since 1967 to 1992.

11   Q.      And before you lived there, where did you live?

12   A.      2126 Orthodox Street, Frankford, Philadelphia.

13   Q.      How long did you live there on Orthodox Street?

14   A.      From 1958 to 1967, when we bought this house.

15   Q.      Okay.  And where were you living before

16   Orthodox?

17   A.      I was living with my uncles at 1300 Seller

18   Street.

19   Q.      C-E-L-L?

20   A.      S-E-L-L-E-R, Seller Street, Philadelphia.

21   Q.      Right.  And before that you were living in

22   Italy?

23   A.      Yes.

24   Q.      Okay.  So when you came over here, did you come
```

Ernest Caranci

```
 1   over with your parents or other relatives or by

 2   yourself?

 3   A.     I came with my mom.

 4   Q.     Okay.  And did you have any siblings that came

 5   over with you?

 6   A.     Any what?

 7   Q.     Any siblings, brothers or sisters?

 8   A.     No.  No.

 9   Q.     Okay.  All right.  I want to go back to your

10   employment history again for a minute.  So you talked

11   about right after you left sixth grade you went to

12   work in, like, a leather plant?

13   A.     Correct.

14   Q.     All right.  And is it accurate that they were

15   making the leather, they weren't really making the

16   shoes?

17   A.     No.  They were making the leather, but I was on

18   the -- on where they -- they're small sole leathers

19   and I would stamp it on it and that's it.

20   Q.     Okay.  So tell me where that plant was located.

21   A.     On the Boulevard near old Sears, if you

22   remember.

23   Q.     Sure.

24   A.     Back there.  Yeah.
```

1   Q.    Okay.  And was Sears there back then or was it

2   just all open up there?

3   A.    It was what?

4   Q.    Where when you worked there, was Sears actually

5   there at that point?

6   A.    Yeah, Sears was there.  Yeah.

7   Q.    Okay.  And how big was the plant?  Like, how

8   many people worked there?

9   A.    I don't have an idea, but maybe 50 to 75.  I

10  don't know.

11  Q.    Okay.

12  A.    I don't know.

13  Q.    But it wasn't just like you and three or four

14  other people, right, it was a bigger place than that?

15  A.    Well, there were two floors.  I don't remember

16  exactly how many people.  It's been a while, you know.

17  In my area there were maybe 20 people where I was

18  working.

19  Q.    Okay.  So tell me the process of, like, other

20  people working around you, were they, like, actually

21  making the leather -- I don't know what the right

22  words are, but producing the leather?

23            MR. MILLROOD:  Objection.

24            THE WITNESS:  No.  The leather was

Ernest Caranci

```
 1            already made from somewhere else, you know.

 2            They just cut it to pieces whatever they need.

 3    BY MR. BLUM:

 4    Q.    Okay.  So tell me what you -- how did you do

 5    your job there, what did you do there?

 6    A.    My job was to stamp it, on the machine, come

 7    down with the die and stamp it.

 8    Q.    Okay.  And when it stamped it out, what was the

 9    product that you produced, what did it look like?

10    A.    It was just the name of the company stamp,

11    that's all.

12    Q.    Okay.  So what was the product you were putting

13    the stamp on then?

14    A.    The leather.

15    Q.    Okay.  And was that leather cut as that --

16    A.    It was cut about this size (Indicating), like

17    a -- bigger than a shoe.

18    Q.    All right.  So but was that piece of leather

19    designed to end up being part of a shoe?

20    A.    No.  It was by itself.  But I mean, it just a

21    regular piece of leather.

22    Q.    And you put the name on it, right?

23    A.    Right.

24    Q.    And then where did it go, what happened to it?
```

Ernest Caranci

```
1    A.     I don't know.  Somebody else took it.  I was

2    put the stamp, then it went to some other department.

3    I don't know.

4    Q.     All right.  And in the area where you were

5    working were they also like making the leather?

6    A.     No.

7    Q.     No.

8             So there's not like a tannery there,

9    like?

10   A.     No.

11   Q.     Okay.  And the end products that that company

12   sold, what were they?  What did they look like when

13   they left the factory?

14             MR. MILLROOD:  Objection.

15             THE WITNESS:  I don't have no idea

16        what.

17   BY MR. BLUM:

18   Q.     Okay.

19   A.     My job was that.  I don't have no idea.

20   Q.     All right.  How long did you have that job?

21   A.     I had that job until 1958, I believe.

22   Q.     Okay.  And I'm sorry, tell me again.  I know

23   you did it but I apologize, what year did you start

24   there?
```

Ernest Caranci

```
 1   A.      I started when I was 16.

 2   Q.      Okay.  So it would have been from '56 to '58.

 3   Right.  Okay.

 4   A.      Maybe a little longer.  I don't remember.  It's

 5   a long time.

 6   Q.      I totally appreciate that.

 7   A.      Around that area, you know.

 8   Q.      Okay.  And when you worked there, how long was

 9   each day you worked?

10   A.      40 hours a week.

11   Q.      Okay.  And the machine that you operated, were

12   you responsible for maintaining that machine or did

13   somebody else do that?

14   A.      No.

15   Q.      Okay.  And in a day, how many of those would

16   you stamp out?

17   A.      Well, it's hard to tell, but quite a few, you

18   know.  It's an eight-hour shift, you stamp quite a

19   few.  I don't have approximately a number.

20   Q.      Okay.  And was it physically demanding that

21   work?

22   A.      What do you mean?

23   Q.      Was it hard to do?  Was it physically hard to

24   do?
```

```
1    A.      No.

2    Q.      Okay.  You basically pushed the button on the

3    machine and the machine stamped?

4    A.      Correct.

5    Q.      Okay.  Did you wear any type of face protection

6    or anything else there?

7    A.      No.

8    Q.      So after you left the, I'm just going to call

9    it the leather factory.

10              All right?

11   A.      Yes.

12   Q.      After you left the leather factory, where did

13   you go to work?

14   A.      After I left the leather factory, I went to

15   work to -- I was at the leather factory, then I was

16   U.S. Pipe in Burlington, New Jersey.

17   Q.      U.S. Pipe?

18   A.      Yeah.

19   Q.      Okay.  So you were crossing over the river to

20   get to work there?

21   A.      Yeah.

22   Q.      Okay.  And how long were you at U.S. Pipe?

23   A.      I was there until 1965.

24   Q.      Okay.  So from '58 to '65 about?
```

1   A.     I might have been a little longer at the

2   leather factory.

3   Q.     Okay.

4   A.     I'm not precise.  I don't remember.

5   Q.     I appreciate that it's an estimate.

6   A.     But I remember that '65 I was still -- I was at

7   U.S. Pipe.

8   Q.     Okay.  What was the business of U.S. Pipe?

9   What were they doing there?

10                  MR. MILLROOD:  Objection.

11                  Go ahead.

12                  THE WITNESS:  They make pipe for --

13          long pipe for gas, gas pipe, water pipe,

14          regular large pipe.

15   BY MR. BLUM:

16   Q.     Okay.  And were those pipes made of a

17   particular material?

18                  MR. MILLROOD:  Objection.

19                  THE WITNESS:  I don't know what they

20          made of.

21   BY MR. BLUM:

22   Q.     Okay.  Were they made of metals or plastic?

23   A.     Metal.

24   Q.     Okay.  What was your, when you first started

Ernesto Caranci

```
 1   there, what was your job?  What did you do?

 2   A.     They put me outside, where they came out.  And

 3   put me in the area where they needed to be shipped.

 4   Q.     So, like, the finished pipe was coming out?

 5   A.     Yeah, all finished, yeah.

 6   Q.     All right.  And how --

 7   A.     Mostly outside area.

 8   Q.     Okay.  And how did you move those pipes around?

 9   A.     They rolled from one area to a train carrier,

10   you know, carrier.  And we rolled from one place to

11   another and they go -- and they put them on a skids,

12   long skids to pack them and they go out.  So me just

13   move one area to another area.

14   Q.     So you were physically rolling or carrying --

15   A.     Rolling, yeah.

16   Q.     -- you were operating any equipment there?

17   A.     No.

18   Q.     Did you wear any type of protective equipment

19   when you worked there?

20   A.     You need a helmet.

21   Q.     Okay.  And in the area where you worked, were

22   they cutting any of those pipes?

23   A.     No.

24   Q.     Were they welding any sections of those pipes?
```

Ernest Caranci

```
 1   A.      No.

 2   Q.      And is that the only job you had there at U.S.

 3   Pipe or did you move to another position?

 4   A.      That's the only job.

 5   Q.      All right.  So for whatever years you were

 6   there you worked outside --

 7   A.      Outside.

 8   Q.      -- moving the pipes?

 9   A.      Right.

10   Q.      All right.  And what hours did you work there

11   at U.S. Pipe?

12   A.      My hours?  First, I started day shift --

13   Q.      Mm-hmm.

14   A.      -- and then I got referred to night shift from

15   4:00 -- or it was, either 4:00 to 12:00 or 4:00 to

16   11:00, something like that.

17   Q.      All right.  So you started on day and then they

18   switched you to what I'll call the evening?

19   A.      Yeah.  And then a very short time on night

20   shift.

21   Q.      Okay.  And did you ever have any injuries when

22   you worked there at U.S. Pipe?

23   A.      No.

24   Q.      Any injuries when you worked at the leather
```

Ernest Caranci

```
1    factory?

2    A.      No.

3    Q.      Okay.

4    A.      Yeah.  I'm sorry.  I did have an injury at the

5    leather factory.

6    Q.      What happened?

7    A.      I was shutting the machine.  By accident I

8    slipped and I got caught where the machine pushes the

9    thing and I got my finger caught there. (Indicating)

10   Q.      Okay.  And did you end up with a permanent

11   injury to your finger from then?

12   A.      Yeah.  That's the only injury I had.  So I was

13   out until my finger got well and then I went back to

14   work.

15   Q.      Okay.  And is your finger okay today?

16   A.      Yes.  It's a little short, but it's okay.

17   Q.      So after you worked at U.S. Pipe, where did you

18   go to work?

19   A.      Then I went to work for Budd Company.

20   Q.      Okay.

21   A.      At Huntington Park, Philadelphia.

22   Q.      Okay.  So that would have been around 1965?

23   A.      Yes.

24   Q.      Okay.  And how long did you work at the Budd
```

Ernest Caranci

```
1   Company?

2   A.      Well, the Budd Company, I worked, let's see,

3   about '65, about three years something like that.

4   Q.      Okay.  And what did you personally do at the

5   Budd Company?

6   A.      I was working on, it was called the specialty

7   department.  And made small pieces of metal for

8   automobiles.

9   Q.      Okay.  And what did --

10  A.      It's a press, I was working as a die setter.

11  Q.      Okay.  So tell me what that means, to be a die

12  setter?

13  A.      A die setter is a press, maybe, not real, real

14  large, but you get a die that forms the piece.  I

15  would set it up.  Make the first piece.  Bring it to

16  inspection.  Get an okay to run and I would turn it

17  over to a person to, you know, run the press.  And

18  actually I was just -- if something went wrong, I

19  would fix it, you know, that's all I did.

20  Q.      Okay.  So I just want to make sure I

21  understand.  All right.  So you didn't stand there all

22  day and operate that press?

23  A.      No.

24  Q.      Okay.
```

Ernest Caranci

```
 1    A.      Just set up.

 2    Q.      So you got the die and it was your job to make

 3    sure it got set properly in the machine?

 4    A.      Correct.

 5    Q.      You produced a sample?

 6    A.      Right.

 7    Q.      And then after that it was somebody else's

 8    responsibility?

 9    A.      Somebody else problem.

10    Q.      Okay.  And that -- being that die setter is

11    what you did the whole, let's say, three years that

12    you were there?

13    A.      Yes.

14    Q.      Okay.  So you said you had to take care of that

15    machine, did you --

16    A.      What do you mean take care of?

17    Q.      Okay.  That's what I was going to ask you.  I

18    think those are the words you used, but you tell me

19    what you meant by that?

20                  MR. MILLROOD:  Objection.

21                  THE WITNESS:  No, I didn't have to take

22           care only for if a piece broke, you know,

23           didn't come out right, I would have to, you

24           know, reset it and make it run again.  That's
```

Ernest Caranci

```
 1        all.

 2   BY MR. BLUM:

 3   Q.    Okay.  So you weren't responsible for -- well,

 4   let me ask you this.

 5              Were you responsible for the

 6   maintenance of that machine?

 7   A.    No.  No.

 8   Q.    Okay.  Like did you like clean it?

 9   A.    No.

10   Q.    No.

11              And how many of those presses were,

12   like, operating within the area where you worked?

13   A.    Quite a few.  I don't know.

14   Q.    And tell me, like, was it a big open shop where

15   you worked?

16   A.    A big area.  Yeah.

17   Q.    Okay.  And did they also cut metal in that

18   area?

19   A.    In a certain cut area, not where I was --

20   Q.    Okay.

21   A.    -- but a certain area, yes.

22   Q.    Okay.  And did they also do welding in that

23   area?

24   A.    Was not the department, welding, not my area.
```

Ernesto Caranci

```
 1    Q.      Okay.  How many coating?  Like, did those

 2    metals get painted or coated or anything?

 3    A.      No.

 4    Q.      And the parts, you said they were all auto

 5    parts?

 6    A.      I don't know exactly what they were.

 7    Q.      Okay.

 8    A.      But I mean, they were mostly for automobile

 9    parts, you know.  So I don't know if they had other

10    things, but my area they was small pieces and supposed

11    to be for automotive.

12    Q.      Right.  And what was the -- was it pieces of

13    sheet metal that were getting stamped?  Or was it die

14    stamping?

15    A.      They were pieces, like all depends different

16    size like this (indicating) or like this (indicating).

17    And you had to form all different, you know, form

18    whatever the piece belong to it.

19    Q.      Okay.  But was it like sheet metal that they

20    were stamping?

21    A.      Yeah, sheet metal, yeah.

22    Q.      Okay.  And do you know what type of metal it

23    was?

24    A.      It was more like stainless steel metal,
```

Ernest Caranci

1    something like that, you know.

2    Q.    Okay.  And had it been painted when you got it?

3    A.    No, no, it was not painted.

4    Q.    All right.  So after you left the Budd Company,

5    what did you do?

6    A.    Well, I got laid off.

7    Q.    Okay.

8    A.    Because they start cut down the production, so

9    then, so they got away with the department, so I got

10   laid off.  I was collecting a little bit, you know.  I

11   don't know how months I collected.  And then the

12   employment office found me the same kind of work at

13   Heintz, it was called Heintz Company.  It was on Front

14   and Olney.

15   Q.    Like H-E-I-N-Z?

16   A.    Something like that.

17   Q.    Okay.  And what was the business of the Heintz

18   Company?

19   A.    Same thing, press.

20   Q.    Okay.

21   A.    And I was working as a die setter.

22   Q.    And how many years did you work at Heintz?

23   A.    Let's see.  Heintz, I worked about, I'm not

24   sure, three years, four years, five years.  I'm not

Ernest Caranci

1    sure.

2    Q.    All right.  And so the Heintz Company, do you

3    know were they produce -- what kind of parts were they

4    producing there?

5    A.    They were making fenders for automobiles and

6    stuff.

7    Q.    Okay.  And was your job responsibility the same

8    in a sense that all you were doing was setting the

9    die?

10   A.    Setting the die.

11   Q.    Okay.  And where you worked, were there a lot

12   of presses in that area?

13   A.    Yes.

14   Q.    Okay.  And other than doing the stamping and

15   pressing was there other operations in that area?

16              MR. MILLROOD:  Objection.

17              THE WITNESS:  What do you mean,

18        operation?

19   BY MR. BLUM:

20   Q.    Sure.  So were they also cutting metal close by

21   where you worked?

22   A.    No.

23              MR. MILLROOD:  Objection.

24

Ernest Caranci

1    BY MR. BLUM:

2    Q.      And were they -- was there any painting

3    operations there?

4    A.      No.

5                    MR. MILLROOD:  Objection.

6    BY MR. BLUM:

7    Q.      And did you wear any type of protective

8    equipment?

9    A.      No.

10   Q.      All right.  And I apologize, I don't think I

11   asked you that.  With the Budd Company, did you wear

12   any protective equipment there?

13   A.      Helmet.

14   Q.      So after you left the Heintz Company, where did

15   you go to work?

16   A.      Then I was doing, at Heintz I was working night

17   shift, 4:00 to 12:00.

18   Q.      Okay.  40 hours?

19   A.      Huh?

20   Q.      40 hours also?

21   A.      Yeah.

22   Q.      Okay.

23   A.      And then I start doing painting and paper

24   hanging on the side.  And I would work a few hours

Ernest Caranci

```
 1   in -- before I went to work at Heintz doing that.  And

 2   then after a while I got pretty busy at doing the

 3   painting and paper hanging.  And Heintz change shift

 4   to me from 12:00 midnight to 8:00 in the morning, so I

 5   couldn't do the job that I was, so I left Heintz.

 6   Q.    Okay.  So I want to make sure I understand.  So

 7   you started working 4:00 to 12:00 and at some point

 8   they switched you to midnight to 8:00?

 9   A.    Yeah.

10   Q.    All right.  And then that's when you quit?

11   A.    Right.

12   Q.    And for how long of a period of time had you

13   been doing that painting on the side?

14   A.    Well, whenever I got a little job here, a

15   little job there.  Not really, you know, ever day, but

16   whenever I -- occasionally I got a job.

17   Q.    Right.  I just want to -- I guess I'm not

18   asking it clearly.  When was the first that you

19   remember starting to take on those little jobs as a

20   part-time business?

21   A.    '68, '69.

22   Q.    Okay.

23   A.    Something like that.

24   Q.    Okay.  And how did -- I mean, how did that
```

Ernest Caranci

```
 1   happen?  How did you get started in the --

 2   A.     Well, I had a friend --

 3   Q.     Okay.

 4   A.     -- and he was doing it and I helped him out

 5   once in a while, you know, this and that.  And then I

 6   seen that he was making good at it, so I thought -- I

 7   said, well, maybe, you know, I make a little extra

 8   dollars and I started putting -- advertise on the

 9   newspaper.  And then from one job recommendation to

10   another job, another job, another job.

11   Q.     Right.  And what was your friend's name that

12   you started working with?

13   A.     He passed away.  It was John Dietrich (ph).

14   Q.     Okay.  And how long of a period of time did you

15   work with John?

16   A.     Maybe, I knew him for a long time, we were

17   friends.  I worked with him maybe less than a year.

18   Q.     Okay.  What type -- what types of paint jobs

19   were you doing with him?

20   A.     Mostly outside.

21   Q.     Outside homes?

22   A.     Yes.

23   Q.     Okay.  And were you using like an oil based

24   paint to paint the outside of homes?
```

1   A.     Not all the time, sometimes, yeah.

2   Q.     So back like late '60s, were there latex paints

3   that you could use outside?

4   A.     No later than that was water paint that came

5   out.

6   Q.     Right.

7   A.     But, yeah, before it was oil paint, yeah.

8   Q.     Okay.  And was it mostly wood you were painting

9   or were you painting also like brick surfaces or, I

10  mean, what kind of stuff were you painting outside?

11  A.     Mostly wood, but whatever, you know.  Sometimes

12  cement, side of the house, you know, the foundation

13  stuff, whatever, you know, a house need to get paint.

14  Q.     And were you putting all that paint -- when you

15  worked with John, were you putting all that paint on

16  by hand paint like with a roller or a brush or did you

17  spray sometimes?

18  A.     No spray, no.

19  Q.     Okay.  So after you left the Heintz Company,

20  you then basically started operating your own painting

21  business?

22  A.     Correct.

23  Q.     How long did you operate your own painting

24  business?

Ernesto Caranci

```
1    A.      Nine years, 10 years, something like that.

2    Q.      Okay.  And when you did that, did you do it by

3    yourself or did you have anyone who worked with you?

4    A.      I did myself -- I did -- first, I did by myself

5    and then when I got a little busier, I had my dad work

6    with me help me out, you know, and then my brother too

7    after a while.

8    Q.      All right.  And what types of jobs were you

9    mainly doing when you were doing that work?

10   A.      We did whatever came up.  Sometimes outside,

11   sometimes inside.  And I start to do a lot of paper

12   work.  And then I got so busy doing wallpaper, so not

13   much paint.

14   Q.      So in the beginning were those jobs like all

15   residential?

16   A.      All residential mostly.  I had recommendation

17   from one job to another mostly.

18   Q.      Okay.  And was it mostly operating up in

19   Northeast, Philadelphia.

20   A.      Mostly Northeast yes.  Some out of the City,

21   you know, but Jenkintown or, you know, whatever came

22   up.

23   Q.      All right.  And like in an average week, how

24   many days a week were you working?  When that painting
```

Ernest Caranci

```
1    business was going good, how hard were you working?

2    A.     Well, I worked five days a week, sometimes six.

3    And sometimes bad weather, rainy weather if that's,

4    you know, or occasionally the job wasn't -- if the

5    person that I had to start wasn't ready that time or

6    they would have to postpone.  So it's whatever the

7    time was available.

8    Q.     Okay.  And I don't want to put word in your

9    mouth, but at times you were working more than 40

10   hours a week I take it?

11   A.     Yes.

12   Q.     And when you first started out, were you

13   painting mostly oil paints on the outside of houses?

14   A.     Outside?  Sometimes.  Before latex came, it was

15   oil.

16   Q.     Right.

17   A.     Then latex came, I went to latex.

18   Q.     All right.  When is the best, to your

19   recollection, when that conversion happened?

20   A.     Latex?

21   Q.     Mm-hmm.

22   A.     I don't know.  In the '70s maybe.  I don't

23   recall.

24   Q.     All right.  And did you have -- did you have a
```

Ernest Caranci

1  personal favorite brand that you liked to use to

2  paint?

3  A.    What do you mean?

4  Q.    Where did you buy your paint?

5  A.    I bought it at MAB, Sherwin Williams.

6  Q.    And pretty much most of the time did you use

7  MAB paints?

8  A.    Yes.

9  Q.    All right.  And in the beginning when you

10  started doing the painting work, was there also oil

11  based paints that you used for the trim inside houses?

12  A.    Yeah.

13  Q.    Okay.  And how long -- like, that trend lasted

14  a little bit longer, didn't it, in terms of before

15  that converted to latex, the trim?

16  A.    For the oil paint?

17  Q.    Yeah.

18  A.    Yes.

19  Q.    And did you use oil based paints for that trim,

20  like, all the way through the time you were doing your

21  painting work?

22  A.    Well, after they come out with latex opposed to

23  the oil paint, it has the same texture, shiny, so it

24  was easier because people don't really want the smell

Ernest Caranci

1   in the house, like that odor, so mostly the oil --

2   latex paint.

3   Q.     Okay.  And so when you were doing those outside

4   painting jobs, were you also doing like the prep work

5   on that wood for before you started to paint?

6   A.     Prep work?  Sometimes you have to sand it, you

7   have to prepare it.  Yes.

8   Q.     And did you use, I don't know what the right

9   words are, did you use propane, like heat to burn some

10  of that off, did you do that?

11  A.     No.

12  Q.     How did you get it off?

13  A.     I scraped it the best I could.

14  Q.     Okay.  And did you use any type of electronic

15  sander or anything like that?

16  A.     Maybe a couple times, a few times.  All

17  depends, you know.  I don't remember exactly how many

18  times I used it, but sometimes I did.

19  Q.     Okay.  And there were also products, like MAB

20  would have sold products that you could put on wood to

21  help you strip it off, right?

22  A.     I don't use that.  No, I didn't use that, no.

23  Q.     Okay.  When you were taking care of your

24  brushes, what kind of product did you use to take care

Ernest-Caranci

1   of those brushes when you were doing oil painting?

2   A.    Well, when I used the oil paint, I would use a

3   little thinner.

4   Q.    Okay.  And did you ever use like naphtha or

5   naphtha oil?

6   A.    No.  No.

7   Q.    Okay.  And any other type of product that you

8   would use to try to help maintain or clean those

9   brushes?

10  A.    No.

11  Q.    All right.

12  A.    Just a little bit of thinner.  And then water

13  paint, you wash it with water and soap, you know.

14  Q.    Okay.  Like, there is methyl chloride that you

15  can use to clean brushes.  Do you ever remember using

16  that?

17  A.    No, never used it.

18  Q.    All right.  And any types of solvent that you

19  would use to either remove paint or to help you clean

20  those brushes?

21  A.    No.  If it comes to the brush was too bad, I

22  just threw it away.  But I don't...

23  Q.    Okay.  And, like, did you have a, like, a truck

24  that you -- how did you do that business?

Ernesto Caranci

```
 1   A.      Yes, I had a truck.

 2   Q.      All right.  And tell me what kind of truck it

 3   was.

 4                   MR. MILLROOD:  Objection.

 5                   Go ahead.

 6                   THE WITNESS:  It was a van.

 7   BY MR. BLUM:

 8   Q.      Okay.  And did you, like, store products, like,

 9   the stuff that you used, did you store it in the van?

10                   MR. MILLROOD:  Objection.

11                   THE WITNESS:  If there was some paint

12         left over, I had to, you know.  Yeah.

13   BY MR. BLUM:

14   Q.      Right.  How about like the paint solvent and

15   all that kind of stuff?

16   A.      No.  Never used it.

17   Q.      Okay.  How about the cleaner you used for the

18   brush?

19   A.      Just the thinner, regular thinner.

20   Q.      All right.

21   A.      I didn't use that much, only a small towel.

22   Q.      Right.  And did you store that in the truck?

23   A.      Yes.

24   Q.      Okay.  Now, you said at some point you switched
```

Ernest Caranci

1    to doing more paperhanging, is that?

2    A.     Yes.

3    Q.     Okay.  About like how far into the process did

4    you start to switch to that?

5    A.     Well, what do you mean how far in the process?

6    Q.     I apologize.  That was not clear.

7             So, like, for how many years were you

8    doing mainly painting and then you said it started to

9    build into more paperhanging.  How long did that take

10   for you to make that change to more paperhanging?

11   A.     Well, I got very good from doing painting --

12   paper and I got more jobs doing paperhanging than

13   doing paint, but sometimes you had to do a little

14   baseboard painting.  And that's where my brother or my

15   father would do that and I would do the paperhanging.

16   Q.     Okay.  And I guess I'm not being clear.  I

17   apologize.  I understand you made that transition.

18   How long did it take you to build up where you were

19   doing more paperhanging?  Was it a year?  Six months?

20             MR. MILLROOD:  Objection.

21             THE WITNESS:  About a year and a half.

22       I pick up fast.  I do more paper.

23   BY MR. BLUM:

24   Q.     All right.  So back when you started doing that

Ernest Caranci

1  paperhanging, were you personally -- like, did you put

2  the glue on the wall or does the paper already have

3  glue on it?  How did that work when you started?

4  A.    Some paper is pre-glued, you just put water and

5  some paper you have to put with the brush, the glue.

6  Q.    And where did you get that glue?  Where did it

7  come from?

8  A.    I got it where I bought the paper.

9  Q.    All right.  And did you buy the paper at MAB or

10  someplace else?

11  A.    They had -- before they had Castle Wallpaper

12  and they sold paper only.

13  Q.    Okay.

14  A.    All kinds of paper.

15  Q.    Right.  And you --

16  A.    And I bought paper and glue there.

17  Q.    All right.  And what kind of glue was it?  Do

18  you know what it was made of?

19  A.    Well, you mix it with water, you know, so I

20  don't know what -- how it's made, but I know I mixed

21  it with water, I diluted it with water.

22  Q.    And before you did those paper hanging jobs,

23  were you often removing old wallpaper?

24  A.    No.

1    Q.      Okay.  Didn't like to do that?

2    A.      Didn't like to do it.  I had somebody else do

3    it.

4    Q.      Okay.  That was a smart move.

5                    And when the other -- when they were

6    done removing that paper, did you do anything to clean

7    those walls before you started your work?

8    A.      They did pretty good job, the walls were very

9    clean.

10   Q.      Okay.

11   A.      The only thing I did, I put a coat of paint on

12   it to seal it, to make sure nothing, you know, affect

13   the paper, or I would line the walls with plain paper,

14   you know, line the walls so it wouldn't show no

15   defection outside.  And then I throw the paper on top

16   of the lining.

17   Q.      Okay.  And what was that lining made of?

18   A.      Made out of regular paper.  It was regular

19   brown paper.

20   Q.      Okay.  And did you get that from the --

21   A.      The same where I bought the paper.

22   Q.      All right.  So about what year was it that you

23   decided to wind down or stop that painting business?

24   A.      It was, I think I left 1979.

```
1   Q.     Okay.  And why was it?  Why did you stop?

2   A.     I stopped because I was thinking to myself, if

3   I'm getting a little older, it's a lot of up and down,

4   up and down, you know, I might not be able to, you

5   know, do this for a long time.  And beside the

6   business, if I would -- nothing to sell, you know.

7   And I had a passion with food.  So as -- in between I

8   had friends that had a pizza shop and I learned a

9   little bit watching or helping them out.  And I

10  learned how to make pizza.  And I decide, well, I

11  found a spot at Aramingo and Cambria and I bought a

12  corner store and I turned into a pizza shop.

13  Q.     Okay.  So what year was that that the pizza

14  shop opened?

15  A.     It was 1979.

16  Q.     Okay.  All right.  So let's go back just to the

17  painting for a minute.

18             Did you sell the painting business or

19  did you stop it?

20  A.     No.  I said to my brother, you want take it

21  over?  He said, I'll try.  But then nothing happened,

22  so we just, you know, stop.  I just told my customer

23  whoever called, I said I'm not in the business no

24  more.
```

Ernest Caranci

```
1    Q.    All right.  And what was your brother's name?

2    A.    Angelo.

3    Q.    And you said that, you know, you got tired of

4    going up and down the ladder.  Had your knees started

5    to bother you or anything by that point?

6              MR. MILLROOD:  Objection.

7              THE WITNESS:  Well, not that my knees

8         were bothering me.  The thing is I'm thinking

9         of the future, later in time, maybe it's going

10        to affect me.  So I'm figuring to open a pizza

11        shop, it's a little different and at the end I

12        have something to sell, you know.

13   BY MR. BLUM:

14   Q.    Okay.  And you said that you had worked with a

15   friend in his pizza shop?

16   A.    Yeah.

17   Q.    What was the name of that shop?

18   A.    It was called Father and Son Pizza .

19   Q.    And where was that located?

20   A.    It was Kensington and Allegheny.

21   Q.    Okay.

22   A.    Around that area.

23   Q.    Yeah.  And --

24   A.    And they had another one on Frankford Avenue.
```

Ernest Caranci

```
1    I worked one on Cambria, but there were other, two or
2    three places.  So sometimes when they need me, I would
3    go one place or another, or they call me in emergency
4    or something.
5    Q.    Right.  So I guess how did that -- how did you
6    really get started working for him?  Did you, like,
7    ask him to work there or did he ask you for help?
8              MR. MILLROOD:  Objection.
9              Go ahead.
10             THE WITNESS:  Actually, I had another
11        brother, he passed away last year, and he was
12        working there.  And since he was working there
13        I got -- through him, I got in there.
14   BY MR. BLUM:
15   Q.    And did you -- while you still had the painting
16   business were you working part-time?
17   A.    At nighttime, yeah, I would go there -- after
18   the painting, I would go, you know, wherever they need
19   me, I would go there.
20   Q.    Okay.  And when you are working part-time in
21   that shop, how many hours a week or days a week?
22   A.    Oh, maybe, not weeks, but maybe a couple nights
23   or weekends, like, in the busiest time, whenever they
24   were busy.  But not really steady hours or whatever,
```

Ernest Caranci

1   you know, whatever was needed, you know.  Maybe one,

2   two times a week, maybe not.

3   Q.    Okay.  And when you started working with that

4   other pizza shop, what type of work did they have you

5   doing?

6   A.    Where?  At the pizza shop?

7   Q.    Yeah?

8   A.    Making pizza or making dough.

9   Q.    Okay.

10  A.    Like open cans of sauce, whatever it's needed.

11  I don't know.

12              MR. BLUM:  We'll take a break for five

13        minutes.

14              MR. MILLROOD:  Okay.

15              THE VIDEOGRAPHER:  Going off the

16        record, the time is 10:58 a.m.

17              (A short break was taken.)

18              THE VIDEOGRAPHER:  We are now back on

19        the record, the time is 11:12 a.m.

20  BY MR. BLUM:

21  Q.    Mr. Caranci, I just have a couple follow-up

22  questions I want to ask you about the painting

23  business.

24              So did you ever switch to applying

Ernest Caranci

1    paint by spraying it when you had that business?

2    A.    No, I never used sprayer, no.

3    Q.    Okay.  And when you were working, either on the

4    painting or use or working on the paper, did you wear

5    any kind of protection on your face?

6    A.    No.

7    Q.    You never wore, like, any kind of respirator or

8    protection?

9    A.    No.

10   Q.    And did you wear any kind of goggles or

11   anything to protect your eyes?

12   A.    No.  I don't need.  It's paper, you know.

13   Q.    Okay.  All right.  So at some point you made

14   the decision --

15              THE VIDEOGRAPHER:  I'm sorry to

16         interrupt.  I'm getting a bunch of static

17         noise, so I just want to take us off the record

18         real fast.

19              Time is the 11:12 a.m., we're going off

20         the record.

21              (A short break was taken.)

22              THE VIDEOGRAPHER:  We are back on the

23         record, the time is 11:13 a.m.

24

Ernest Caranci

```
 1   BY MR. BLUM:

 2   Q.    All right.  Mr. Caranci, at some point, I think

 3   you said you decided to buy the shop, was it Cambria

 4   Street?

 5   A.    The shop?

 6   Q.    The shop.

 7   A.    The pizza shop?

 8   Q.    Yeah.

 9   A.    2900 Aramingo Avenue.

10   Q.    Aramingo Avenue.  Okay.

11   A.    At the corner of Aramingo and Cambria.

12   Q.    Okay.

13   A.    Philadelphia.

14   Q.    Okay.  And did you decide a name for that

15   business?

16   A.    A name?

17   Q.    Mm-hmm.

18   A.    Yeah.  I put Ernie's Pizza.

19   Q.    All right.  And did you incorporate that

20   business or was it like a sole proprietor?

21   A.    I believe I incorporated.  The lawyer did.

22   Q.    Yeah.

23   A.    I believe so.  I'm don't -- I'm not a hundred

24   percent sure.
```

Ernest Caranci

```
 1   Q.    Okay.  Do you know, did the pizza shop and you

 2   personally file different tax returns?

 3   A.    Pizza shop and what?

 4   Q.    So did the pizza shop file a tax return and you

 5   and Mrs. Caranci file a separate tax return?

 6   A.    No.  No.

 7   Q.    Just one tax return?

 8   A.    Yeah.

 9   Q.    Okay.  All right.  So when you opened Ernie's,

10   other than working with your friend as his pizza

11   place, had you had any formal training in running a

12   restaurant or cooking or anything?

13   A.    No.  I just by working over there and, you

14   know, they taught me how to do things.  And I'm a fast

15   learner.  I pick up right away.  So it didn't take me

16   long, you know.

17   Q.    Okay.  And when you first opened there at 2900,

18   how many days a week was the place open?

19   A.    Seven days a week.

20   Q.    Okay.  And did you personally -- were you there

21   ever day?

22   A.    Yeah.

23   Q.    Okay.  And what time did it open?

24   A.    10 o'clock in the morning.
```

Ernest Caranci

1   Q.    Okay.  And what time did it close?

2   A.    During the week, Monday to Thursday, at 12:00,

3   weekends at 1:00.

4   Q.    12:00, midnight?

5   A.    Midnight.

6   Q.    Okay.

7   A.    I'm sorry.  Sunday at 12:30, just Friday and

8   Saturday at 1:00.

9   Q.    Okay.  And so I can't imagine how many hours

10  you had to be putting in there?

11  A.    I don't want to think about it.

12  Q.    You might have been worse than a lawyer.

13  A.    I was ready to go back to painting.

14  Q.    Now seriously, so how early did you have to get

15  there in the morning in order to, like, get everything

16  ready?

17  A.    Well, I was living cl- -- Marsden Street and 95

18  it's only across there, not far.  So it took me half

19  hour to get there.

20  Q.    Okay.  But when you did -- how early did you

21  have to be there though to start getting things ready

22  to go?

23  A.    Oh, I had to be there at least 8:30, quarter to

24  9:00.

Ernesto Caranci

1   Q.     Right.  And then did you personally like make

2   all the dough and everything for the pizza?

3   A.     Yes, at the beginning.

4   Q.     Okay.  And how long did it take you before you

5   hired anybody to work with you?

6   A.     At first I had relatives helping me out.

7   Q.     Okay.

8   A.     My brother.  I had another friend.  He passed

9   away too.  And I had my niece, her sister, her

10  brother, you know.  And then eventually we start pick

11  up and I started hiring more help.

12  Q.     Okay.  And how long did it take for you to get

13  to the point where you had to actually hire some

14  people?

15  A.     About four or five months.

16  Q.     Okay.  And how long did you operate there at

17  2900 Aramingo?

18  A.     How years, you say?

19  Q.     Mm-hmm.

20  A.     We bought it '79 and we sold it '85, I believe.

21  Q.     All right.  And when you say sold it, you mean

22  you sold the building, not the business?

23  A.     Sold everything.

24  Q.     Okay.  So did the business ever move from 2900

Ernesto Caranci

```
 1    Aramingo?

 2    A.     Well, the guy that bought it, he continued to,

 3    you know, with my name, you know.

 4    Q.     So in '85 what did you do?

 5    A.     '85, after I sold it?

 6    Q.     Mm-hmm.

 7    A.     I rested almost a year.  I didn't do nothing.

 8    Q.     So after that one year, what did you do?

 9    A.     Nothing, stayed home.  You know, I worked too

10    many hours before, so I just shop around, if I find

11    another place, look around and just didn't do no work.

12    Q.     All right.  And when did you start working

13    again?

14    A.     When we bought Cottman Avenue.

15    Q.     Okay.  So tell me what year you bought Cottman

16    Avenue?

17    A.     That was '85, '86, something like that, '86.

18    Q.     Okay.  So I just want to make sure I

19    understand.  So 2900 Aramingo, you sold the whole

20    business to somebody?

21    A.     Yeah, property and all.

22    Q.     Okay.  And who was that you sold it to?

23    A.     It was a Greek guy.  His name was Gus.  I don't

24    remember his last name.
```

Ernest Caranci

1   Q.     Okay.  Is it still there today?

2   A.     No.

3   Q.     No.  Okay.  How long did Gus last?

4   A.     We stayed with him for six months, my wife and

5   I, and we taught him everything.  And we worked during

6   the days.  And then he decide that he want -- he was

7   ready to go and take over himself, you know, without

8   us.  So we left.  And after maybe a year or two years,

9   I'm not positive, but he sold it.  And then somebody

10  else bought it.  And then eventually it went down and

11  they shut it down.

12  Q.     Okay.  And did it keep your name on it the

13  whole time?

14  A.     Yes.

15  Q.     Okay.  All right.  So that whole time that you

16  operated it from like '79 to '85, were you there seven

17  days a week?

18  A.     Yes.

19  Q.     Did it ever get to point where there was, like,

20  some kind of assistant manager or something that like

21  that that could give you some relief from the time you

22  were spending there?

23  A.     Occasionally my brother would give me a little

24  bit of time off.

Ernest Caranci

1    Q.     Okay.

2    A.     Not a whole day, but some time off.

3    Q.     And your wife, did she spend a lot of time

4    there with you?

5    A.     Yes.  If it wasn't for her, the business

6    wouldn't grow as much.

7    Q.     Okay.

8    A.     Yeah.  She stayed with me.  But she -- she --

9    shorter hours 6 o'clock I would let her go home, you

10   know.

11   Q.     Okay.  And, like, how did you guys divide up

12   the labor?  What were you doing?  What was your wife

13   doing?

14   A.     She worked on making hoagies, sandwiches.

15   Q.     Okay.

16   A.     On the grill, making steak sandwiches.

17   Q.     Okay.  How good were your steak sandwiches?

18   A.     They were very good.

19   Q.     All right.  And then did you take care of the

20   pizza?

21   A.     I would take care of everything else for the

22   pizza.

23   Q.     All right.  So in, tell me, in 1986, what

24   happens, like you end up purchasing a property on

Ernest Caranci

```
1    Cottman Avenue?

2    A.     Yes.  Well, we sold the business.  My wife and

3    I rest a little bit.  We start, you know, do the

4    things that we couldn't do before, so.  Then we

5    decide, I passed by Northeast High School one day and

6    I seen a sign.  And I said to myself, that's a good

7    spot.  The school right in front and it was for sale.

8    So I asked her -- my brother-in-law, would be her

9    sister's husband, if he would go partner with me

10   because this was -- the hours are so long.  So he did.

11   So we went in partner and bought it.

12   Q.     Okay.  And that was 1986?

13   A.     Yeah.

14   Q.     And what was that address?

15   A.     1618 Cottman Avenue, Philadelphia.

16   Q.     And the building when you bought it, was it set

17   up as a pizza shop or you had to...?

18   A.     As a matter of fact, it was.  It was called --

19   it was a pizza shop before, it was called My Brother's

20   Place.

21   Q.     Okay.

22   A.     And apparently the product wasn't that great

23   and they closed it down.  They shut it down.  So

24   fortunately I passed by, I seen the sign and I said I
```

1   don't know why, you know, they didn't make out here.

2   It's a good spot, so we bought it --

3   Q.    Okay.  And what is your brother-in-law's name?

4   A.    Fran.

5   Q.    And what is his last name?

6   A.    DeFrancesco (ph).

7   Q.    And when you closed down 2900 Aramingo, what

8   made you -- why did you decide to get rid of that?

9   A.    Well, I couldn't go back to paperhanging --

10  painting because I lost all customer contact.  So I

11  said, well, since I have my brother-in-law giving me

12  some slack, so I seen the spot, I said I went back,

13  you know.

14  Q.    Okay.  I apologize.

15  A.    Went back to same business because this was my

16  passion from a long time, you know, pizza.

17  Q.    All right.  So what made you want to get rid of

18  Aramingo, though, why did you decide to sell it?

19  A.    The neighborhood changed.

20  Q.    Okay.

21  A.    We got broke in quite a few times.

22  Q.    Okay.

23  A.    I got held up by gun one time.  They locked us

24  in the basement, I thought we were gone, you know,

Ernest Caranci

```
1   shot guns and all.  I thought this is the end, you

2   know, what I mean?  So I said, this is not too

3   healthy.  And she was very upset and worried.  So I

4   said, maybe time we get out of this neighborhood.

5   Q.    Okay.  And so between when you sold Aramingo

6   and before you did Cottman, tell me, like, some of the

7   things you and your wife did?  Did you take a

8   vacation?  Did you go anywhere?

9   A.    I think --

10               MRS. CARANCI:  We go cruise.

11               MR. MILLROOD:  You can't answer,

12        Carmela.

13               MRS. CARANCI:  I'm sorry.

14               MR. MILLROOD:  It's okay.

15               THE WITNESS:  Yeah, we did go to a

16        cruise.  Yes.

17   BY MR. BLUM:

18   Q.    Okay.  So where did you go on a cruise?

19   A.    The Bahamas, I think.  Because it was the first

20   cruise.  It was Costa Riviera, the name of the boat.

21   Q.    Okay.  Anything else that you remember that you

22   did during that period?

23   A.    Not really.  That's a long time, you know.

24   Q.    Okay.
```

Ernest Caranci

```
 1   A.      And but I know that was cruise we did, yes.

 2   Q.      Okay.  So you purchased the property on Cottman

 3   Avenue.  How long did it take you to get it, like, in

 4   the condition that you could open it?

 5   A.      Well, it took us maybe four or five months to

 6   put it together.  I had to rearrange things.  And I

 7   put my name, instead of Ernie's, because I couldn't

 8   use Ernie's, I had to put the Original Ernie's on it.

 9   Q.      Okay.

10   A.      So most of the customers that I had, a lot of

11   them moved out of the area, come Northeast, so I

12   picked up fast, so, on account of the name.  In a

13   matter of a year or two I was in good shape.

14   Q.      All right.  And did you personally do all the

15   work in the store, like the painting or papering or

16   anything to get it ready to go?

17   A.      No, not all of it, no.  I had somebody do the

18   popcorn ceiling.  I had to do carpentry and stuff here

19   and there.

20   Q.      Okay.

21   A.      I did most of the rearrange which section I'm

22   going to put the pizza table, the ovens and this and

23   that.  That's what most of the stuff like that.

24   Q.      Okay.
```

Ernest Caranci

```
 1    A.      Buy this, buy that.

 2    Q.      Okay.  Do you remember the date when Original

 3    Ernie's opened?

 4    A.      We bought it '86.  About, we open before seven

 5    months, before a year.

 6    Q.      Okay.  So before '87 it was probably open?

 7    A.      Oh, yeah, it was open in '87.

 8    Q.      And when you opened up, what were the hours of

 9    operation for Original Ernie's?

10    A.      In the beginning?

11    Q.      Mm-hmm.

12    A.      We were -- for four months, five months, maybe

13    more, open to close.  I had, actually, my

14    brother-in-law and I had my brother that would help

15    me.  And so I would -- they were working, too, her and

16    her sister, and they would go home earlier and I

17    stayed later.  Sometimes I stayed until closing and

18    sometimes my brother-in-law would close.

19    Q.      Okay.  So tell me what were the opening and

20    closing hours for that?

21    A.      Same hours.  It would be from 10 o'clock to

22    12:00, Sunday to Thursday.  Friday to Saturday would

23    be 1 o'clock in the morning.

24    Q.      Okay.  So, I think what you said to me and I
```

```
 1   want to make sure, is like for the first four or five

 2   months you were there all the time?

 3   A.    Yes.

 4   Q.    Right.  And so if --

 5   A.    I mean, I could take a break during the days --

 6              MR. MILLROOD:  Just wait for --

 7              THE WITNESS:  -- you know, a break

 8         during the -- today I would rest up and then

 9         busy hours I would, you know.

10   BY MR. BLUM:

11   Q.    So but at some point --

12   A.    At some point --

13              MR. MILLROOD:  Ernie, just wait for the

14         question before you give an answer.

15              THE WITNESS:  Okay.

16   BY MR. BLUM:

17   Q.    So at some point when you get to that like

18   five, six month mark, did you -- were you able then to

19   cut back the hours you were working?

20   A.    A little bit, yes.

21   Q.    Okay.  So tell us when you did that, how much

22   were you able to cut back your hours?

23   A.    Well, weekends I would work until 10 o'clock, 8

24   o'clock, 9 o'clock, from the morning.  And during the
```

Ernesto Caranci

1  week, sometimes I would go home 8:30, 9:00.

2  Q.    Okay.  And then other people were responsible

3  for the close on those days?

4  A.    Yeah.  My brother-in-law would close or my

5  brother.

6  Q.    Okay.  And were you -- what were your job

7  responsibilities when you were there, what were you

8  mainly doing?

9  A.    I would do all the dough, the sauce, all the

10  scheduling of, you know, the buying, whatever we

11  needed to come in.  Do whatever I need to do to run

12  the business.

13  Q.    Okay.  And do you remember was that business

14  set up as a corporation also?

15  A.    Yeah, it was a corporation.

16  Q.    Okay.  And who were the official owners and the

17  percentages, if you know, if you remember?

18  A.    Well, we -- on the papers was 50/50 between my

19  brother-in-law and me.  And then I did more work, so I

20  took a little more money.

21  Q.    Okay.  And so how did you guys pay yourself?

22  Did you pay yourself by the hour or did you, like,

23  divide up profits somehow?  How did you do that?

24  A.    Well, we got paid so much a week.

Ernest Caranci

```
 1   Q.      Mm-hmm.

 2   A.      I got paid more than he did.

 3   Q.      Okay.

 4   A.      And the profit, whatever the profit, we would

 5   split it.

 6   Q.      All right.  And so I just want to make sure I

 7   understand, I don't want to put words in your mouth.

 8   Like, at the end of every week did you and your

 9   brother take a certain amount of money, your

10   brother-in-law --

11   A.      At the beginning, no because we weren't

12   established.  But then, yes, I took a little more than

13   he did.

14   Q.      Okay.  And what did you personally take per

15   week?

16   A.      I would take --

17                   MR. MILLROOD:  Objection.

18                   When?

19   BY MR. BLUM:

20   Q.      Okay.  So let's be clear.  Let me be clear.

21                   Okay?

22   A.      I would take around --

23                   MR. MILLROOD:  Wait -- Ernie, wait for

24           the question because there is a broad range.
```

```
 1                    THE WITNESS:  I'm sorry.

 2                    MR. MILLROOD:  I just want to clarify,

 3          Joe.

 4                    MR. BLUM:  No, it's perfectly diligent.

 5   BY MR. BLUM:

 6   Q.    So there was a period of time where you took no

 7   money out, right?

 8   A.    Period of time at the beginning, it start?  No.

 9   Q.    So let's say was it like in '87 that you

10   started to pay yourself?

11   A.    For a year we were taking hardly any money.

12   Q.    Okay.  So when was it that you started to take

13   a regular like, pay per week from there?

14   A.    Then we started taking a little more as the

15   business grew.

16   Q.    Okay.  So let's just start, when you first

17   started to pay yourself, right, what were you taking

18   out per week?

19   A.    Maybe 5, $600.

20   Q.    Okay.  And did you actually -- did you guys

21   take cash out or did you write yourselves checks?  How

22   did you do that?

23   A.    Well, we would write a check for -- mostly

24   check, very little cash.
```

Ernesto Caranci

```
 1   Q.    Okay.  And then over time did you increase the

 2   amount that you took from that 500 up to another

 3   number?

 4   A.    Yes.

 5   Q.    What was the maximum you were taking per week?

 6   A.    Around 1,200.

 7   Q.    Okay.  And do you know when you got to that

 8   1,200 number?

 9   A.    After '87, about around three or four years,

10   '90, '92, '91?

11   Q.    Okay.  And did you take 1,200 plus some cash or

12   the 1,200 included cash?

13   A.    1,200.

14   Q.    Okay.  And then you also mentioned that you

15   divided up some profits; is that right?

16   A.    Very little profit.  It was before, you know

17   what I mean, so.

18   Q.    Right.  And when would you do that, like, was

19   it monthly?  Quarterly?  Yearly?

20   A.    Mostly at the end of the year.

21   Q.    Okay.  And did you use the same accountant for

22   this business as you --

23   A.    Yes.

24   Q.    And did you file a sep- -- you personally or
```

Ernesto Caranci

1  you and your wife, file a tax return separately from

2  the company?

3  A.    Well, personally, no.  Income, we filed it

4  together, my wife.

5  Q.    Right.

6  A.    And then the corporation filed, you know, the

7  tax that we made.  It was incorporated, you know.

8  Q.    Right.  Okay.  And to the best of your

9  knowledge, were all those tax returns accurate when

10  they got filed?

11  A.    Yes.

12  Q.    Okay.  And when at what point in time was the

13  business sold?

14  A.    It was sold 2010.

15  Q.    And so from let's say 1987 through 2010, did

16  your job responsibilities and the time you were

17  spending there at the store stay pretty consistent?

18  A.    Yes.

19  Q.    Okay.  So let's say 2019, were you still going

20  there every day?

21  A.    2019?

22  Q.    Yeah.  Like -- I'm sorry, so -- 2009.  I

23  apologize.

24  A.    2009, there was a problem.

Ernest Caranci

```
 1    Q.      Okay.

 2    A.      Around 2008, I didn't have too much energy.  My

 3    mind was a little not there, you know, tired.  In

 4    2009, it gets worse and worse.  I would go downstairs

 5    and lay in the office and in an emergency they would

 6    call me up and I would go up.  But mostly I couldn't

 7    function.  And so I was approached -- I was talking

 8    with my brother-in-law and says I can't handle no

 9    more.

10    Q.      All right.  And did you go see a doctor or

11    anything in 2009?

12    A.      Yes.  I went to the doctors, the family

13    doctors.  They didn't do much of anything, you know.

14    And so we sold the business.

15    Q.      Who did you sell it to?

16    A.      Tom Conrad.

17    Q.      Okay.  I'm sorry.  I did ask you that before.

18    I apologize.

19                    Is it still operating today?

20    A.      Huh?

21    Q.      Is the business still --

22    A.      Yeah.  Still operating.

23    Q.      Okay.  How much did you sell it to Mr. Conrad

24    for?
```

Ernest Caranci

```
 1   A.      We sold the business for 600,000.

 2   Q.      All right.  And did that include the physical

 3   property?

 4   A.      Not the property.

 5   Q.      Okay.  So you sold him the business, you and

 6   your brother-in-law maintained ownership of the

 7   property?

 8   A.      Right.

 9   Q.      And are you and your brother-in-law obtaining

10   rental payments from that property?

11   A.      Not now.  After five years, it was in the

12   contract that I had to sell it.

13   Q.      Okay.

14   A.      So five years came up and he bought the

15   property.

16   Q.      Okay.  And what did he buy the property for?

17   A.      450.

18   Q.      And did you and your brother-in-law split that?

19   A.      Yeah, sure, everything, you know, was a

20   partnership.

21   Q.      Okay.  And how much was the rent during the

22   five years that he was paying it to you?

23   A.      If I recall I think about 2,800, around that

24   area.
```

Ernest Caranci

```
1   Q.     Okay.  2,800 per month?

2   A.     Yes.

3   Q.     And did you and your brother-in-law split that?

4   A.     Pardon me.

5   Q.     Did you and your brother-in-law split that

6   money?

7   A.     We split, yeah.

8   Q.     Okay.  And were -- was the -- Mr. Conrad, the

9   new owner, paying all the taxes on the property?

10  A.     No.  We paid the real estate tax.

11  Q.     Do you recall how much the real estate taxes

12  were?

13  A.     I don't recall.  I can give you an estimate.

14  Around, a little over 2,000.  I'm not sure.

15  Q.     Okay.  I'll check it.

16  A.     It's easy to find out --

17  Q.     Okay.

18  A.     -- because there is records of it.

19  Q.     And so tell me do you have your personal tax

20  returns going back a number of years?

21  A.     Yes.

22  Q.     Okay.  And how far back do you have your

23  personal tax returns?

24  A.     Way back to 2007, 2006, I don't know.
```

Ernest Caranci

1    Q.      Okay.

2    A.      I turned everything to my attorneys.

3    Q.      Okay.  And what was the name of the corporation

4    that owned and operated?

5    A.      The Original Ernie's Pizza.

6    Q.      Okay.  Do you have any of the tax returns from

7    the Original Ernie's Pizza?

8    A.      Yes.

9    Q.      Okay.

10   A.      That's what I just told you.

11   Q.      All right.  Well, I want to make sure.  I was

12   asking you about your personal return.

13   A.      It's personal return, same thing.  I turn to

14   them.

15   Q.      Okay.  So it was given to Mr. Millrood; is that

16   right?

17                   MR. MILLROOD:  Or our office.

18   BY MR. BLUM:

19   Q.      Mr. Millrood or someone who works with him, you

20   gave it to them?

21   A.      I gave -- yeah, I gave it.

22   Q.      All right.  So at some point was there a fire

23   at Original Ernie's?

24   A.      Yes.

Ernest Caranci

```
 1   Q.     Okay.  When did the fire occur?

 2   A.     The fire was 2007 or '8, something like that.

 3   Q.     Okay.  And tell me what happened just from your

 4   own version of it.

 5   A.     Well, I got a call -- they closed the store up

 6   and -- at the close of midnight.  And we were home and

 7   I got a call from the Fire Department that the place

 8   was on fire.  So we rushed over there.  Couldn't get

 9   in nowhere because all the Fire Department was there.

10   And from their investigation, the Fire Department, it

11   came from electric malfunction somewhere near the

12   grill.

13   Q.     Okay.  And was there like an insurance claim?

14   Did you get it rebuilt?

15   A.     Yes.  I had good insurance, so they paid for

16   all the...

17   Q.     All right.  And who represented you during

18   that?

19   A.     I think it was a company called Young.

20   Q.     Oh, yeah okay.  Young Adjustment?

21   A.     Yeah.  I guess you know them?

22   Q.     Yeah.

23   A.     They did a good job for me.

24   Q.     Okay.  So they're not an attorney, they're a
```

1    Public Adjustor, right?

2    A.    Not an attorney, no --

3    Q.    Public Adjustor?

4    A.    -- just a Public Adjustor.

5    Q.    Right.

6              How long did it take you to get

7    Original Ernie's back open?

8    A.    About a year.

9    Q.    Okay.  And when -- during that year, did you

10   get paid any how -- any way through, like, the

11   insurance, like income?

12   A.    They paid some lost income.  But I don't recall

13   how much it was.

14   Q.    Okay.  All right.  And so it would have been

15   around 2007 or '8 when it --

16   A.    Around that area.  Don't hold me to it because

17   I don't remember exactly the date.

18   Q.    Okay.  All right.  So tell me between the store

19   gets open, I assume it's really nice when it gets

20   reopen, it's all new?

21   A.    Yes.

22   Q.    How long after it reopens before you start to

23   not feel very well?

24   A.    Right after 2009 -- 2009 I was feeling very,

Ernest Caranci

```
 1    very weak, very weak.

 2    Q.    Okay.  And so you went to your brother-in-law

 3    and said, I want to sell?

 4    A.    Well, yes.  I said -- they seen the way I was

 5    moving around, you know, and he said, you know, best

 6    we do sell.

 7    Q.    Okay.  And you said you had gone to your

 8    doctor, which doctor was it you went to?

 9    A.    My family doctor, Dr. Hahn.

10    Q.    H-A-N?

11    A.    Yeah.

12    Q.    So the pizza shop got sold in 2010?

13    A.    Right.

14    Q.    All right.  And so what did you do after that,

15    just in terms of work or anything?

16    A.    Nothing.

17    Q.    Okay.  Did you claim -- were you able to claim

18    Social Security at that point?

19    A.    Yeah, I believe so, yeah.

20    Q.    Okay.  And other than claiming Social Security

21    did you have any other source of income --

22    A.    The rent from the store.

23    Q.    Other -- just let me finish.  That would have

24    been my question.
```

Ernest Caranci

```
 1                    So other than the rent from the store,
 2    the proceeds from the store, did you have any other
 3    source of income after 2010?
 4    A.      No.
 5    Q.      Okay.  At any point after 2010, did you decide
 6    to go back to work?
 7    A.      No, because I was -- at 2010, 2011 -- 2011, I
 8    started to feel worse and worse.  And, of course, I
 9    was depressed now because I had to sell the store
10    which I built from scratch, you know.  And that was my
11    love for the store, was the pizza.
12                    And then after that, in 2011, I started
13    getting lumps in my groin and underneath my arm.  And
14    as it got later in time, towards the 2012 they start
15    popping underneath here (indicating) in my ears.  And
16    then I really was so scared.  And she almost panic,
17    you know, figured what's going on with us, with you.
18    And so I wind up to see Dr. Terzian.  How do I got to
19    him, I don't know if it was my family doctor.  I don't
20    recall.  And by then he seen all this and this and
21    that and we start taking tests.  Taking tests here,
22    biopsy, MRIs, and see what I had inside me.
23                    And she said, it was a feeling that you
24    think you don't know what it was and you think if
```

1    you're going to live or not live, especially for her,

2    that, to be left all alone.  And we been together all

3    these years, you know.  And she don't speak that well

4    English.  Even though you have brother and sister,

5    that's not the same like me, you know.  And it was

6    very panic time.

7    Q.    I'm going to interrupt you for a minute.  I

8    promise you I'm going to ask you a lot of questions

9    about like how you got sick and diagnosed and

10   everything.  I'm going to ask you so many questions,

11   you're going to be sick of me asking them.  Okay.  But

12   what I was to stick with for a moment is just your

13   work history.

14              Okay?

15   A.    No, I didn't work.

16   Q.    Okay.  So in 2010, you stopped working.  And

17   correct me if I'm wrong, but I thought that I had read

18   at some point you went back to work?

19   A.    It was 2018.

20   Q.    Okay.  2018.  So tell me what you did in 2018?

21   A.    2018, we were -- we were getting a cup of

22   coffee at Dunkin Donuts on President -- Presidential

23   Shopping Center on Bustleton and Haldeman, before Red

24   Lion, Norwalk.  And there was a store open called

Ernest Caranci

1  House of Kosher.  And let's go see, you know,

2  investigate what kind of store, what they have, you

3  know.  So we went in, and I seen they had two ovens

4  over there, the same ones I had in my pizza shop.  And

5  a lady approached me and says -- I said, that looks

6  nice, I said to her.  I said, the same -- I had the

7  same ovens I had in my pizza shop.  She said, yeah.  I

8  said, yeah, I had the business so many years, you

9  know.  Oh, she says, we're looking for somebody, help.

10  You know, can you help us open up.  We don't know

11  nothing about pizza.  We want to put pizza.  You know,

12  I said I don't know.  And I don't feel too good, you

13  know, I'm sick, but I can give you little help, a

14  little bit of help.  And I did, you know.  I start to

15  open, you know, from the scratch, taught her how to

16  make pizza and stuff like that.  But I work very short

17  hours at House of Kosher.  They opened, they have the

18  different religion, hours of opening and hours of

19  closing and stuff.  So my hours were short.

20  Q.     Okay.  So when you said we were at the Dunkin'

21  Donuts, you and your wife?

22  A.     Me, my wife and my sister-in-law went.

23  Q.     And then when you started working at the House

24  of Kosher, were you like a paid employee?  Like, were

Ernest Caranci

1   you getting a paycheck there?

2   A.      Yes.  He put me on -- what you call?  Not

3   hourly, but he gave me -- give you so much every week.

4   Whatever hours I worked it was the same amount of

5   money.

6   Q.    Okay.  And what was that amount of money per

7   week that you were getting?

8   A.      Around 1,500 gross.  I would clear 1,000.

9   Q.    Okay.  And for how long a period of time did

10  you do that at the House of Kosher?

11  A.      '18, '19, '20, '19 -- '20 I had to leave.

12  Q.    Okay.  And why did you leave in '20?

13  A.      Then in '15 I had chemo.  And then after the

14  chemo I had felt a little more, you know, better.  Not

15  better, better, but I felt a little more energy.  And

16  '20 chemo come back -- lymphoma came back again and I

17  had to leave.  I couldn't.

18  Q.    So I asked you a million questions today about

19  work.  Okay.

20  A.      Yeah.

21  Q.    Can you think of any place that you have worked

22  that we did not discuss today?

23  A.      Not that I remember now.

24  Q.    Okay.  At any of those -- I asked you about

Ernest Caranci

1    injuries at those jobs, you told me about your finger

2    that was injured --

3    A.    Yes.

4    Q.    -- did you have any other injuries at work ever

5    that we didn't talk about today?

6    A.    I don't remember.

7    Q.    Have you ever filed a workers' compensation

8    claim?

9    A.    No.

10   Q.    Did you ever file for Social Security

11   Disability, not Social Security?

12   A.    No.

13   Q.    Okay.  Have you ever been denied life

14   insurance?

15   A.    No.

16   Q.    Okay.  I think I know the answer to this, but I

17   want to ask you anyway.  At any time did you ever

18   serve in the United States military in anyway?

19   A.    No, I didn't.

20   Q.    So this is a difficult question for you, did

21   you ever have any time for any hobbies or things that

22   you liked to do outside of all those hours you were

23   working?

24   A.    I like to take care of my house.  I like nice

Ernesto Caranci

1   plant flowers, make sure, you know, I have nice

2   landscape.

3   Q.     All right.  Anything else?

4   A.     I didn't have no time for sport.

5   Q.     Okay.  And we talked about you and your wife

6   took a -- the cruise between the two stores.  Did you

7   and your wife ever take any other vacations?

8   A.     Yes.  We did other cruises, yes.

9   Q.     Okay.  Tell me when.

10  A.     The dates I don't remember.  But we went to

11  Bermuda on a cruise.  We went to Mexico.

12  Q.     On a cruise also, in Mexico?

13  A.     Well, it stopped there, you know what I mean?

14  Q.     Okay.  Yeah.

15  A.     I think we went about three cruises over the...

16  Q.     Okay.  And do you have any idea when --

17  where -- when those took place?  Like can you place it

18  by where you were working, you weren't working?

19  A.     Well, for vacation we closed the store.

20  Q.     Okay.

21  A.     And so we, me and my wife, took a cruise.

22  Q.     Like what period of the year would you --

23  A.     In July we close, it's slow time.

24  Q.     Okay.  So you closed the store for a week?

```
 1   A.      For a week, yeah.

 2   Q.      So did you do that every year, you closed it?

 3   A.      Whenever we went on a cruise, yeah.

 4   Q.      Okay.  And do you remember any other trips that

 5   you and your wife took, other than the cruises?

 6   A.      I don't recall right now, no.

 7   Q.      Okay.  Are you or you and your wife members of

 8   a church?

 9   A.      Yes.

10   Q.      Okay.  What church do you belong to?

11   A.      BVM, Blessed Mother, Maternity.

12   Q.      Okay.  And where is that located?

13   A.      Old Bustleton and Welsh Road.

14   Q.      Okay.  And how long have you been members of

15   that church?

16   A.      1992.

17   Q.      Since 1992.  Okay.

18                   Were you a member of a different church

19   before that?

20   A.      Yeah.  Saint Dominic on Marsden Street.

21   Q.      Are you, other than going to mass on Sunday,

22   are you active in the church in any way?

23   A.      Well, I mean, working like we doing things or

24   donation?
```

Ernest Caranci

```
1    Q.    Well, anything, like any type of activities at

2    the church, other than like going to an actual mass?

3    A.    Mass or nothing that I could, you know, donate

4    yeah, but not work.

5    Q.    Right.  So no --

6    A.    I don't have the time.

7    Q.    Yeah.  Okay.

8          Any other organizations that you or

9    your wife are a member of?

10   A.    No.

11   Q.    Okay.  And is there any charities that you

12   support other than the church?

13         MR. MILLROOD:  Objection.

14         You can answer.

15         THE WITNESS:  Well, we support a lot of

16   charities.  They send all these brochures like

17   Children's --

18   BY MR. BLUM:

19   Q.    Okay.

20   A.    -- you know, a lot of them, Saint Anthony's.  A

21   lot of these we donate, yes.

22   Q.    Okay.  But other than making donations, you

23   don't -- you're not, like, active with any of those

24   organizations?
```

Ernesto Caranci

```
 1   A.     No.

 2              MR. MILLROOD:  Objection.

 3   BY MR. BLUM:

 4   Q.     All right.  So at home, who took care of the

 5   cooking at home?

 6   A.     My wife, she's a good cook.

 7   Q.     All right.

 8   A.     We work together as a team.

 9   Q.     Okay.  And that was both at the store and at

10   home?

11   A.     Yes.

12   Q.     Okay.  And how about, like, the other chores

13   inside the house?

14   A.     Same thing, she would do one thing, I would do

15   another thing.

16   Q.     Okay.  And tell me what that division was,

17   like, what did you do and what did she do?

18   A.     Well, I would do the carpet.  I wash the

19   dishes, whatever need to be clean or fix, I usually

20   did all that.

21   Q.     And --

22   A.     I make the bed, you know.

23   Q.     Any pets at home?

24   A.     Any what?
```

Ernest Caranci

```
 1   Q.      Pets?

 2   A.      No pets.

 3   Q.      And you guys like to watch movies?

 4   A.      We watch the movies together.  Sure.

 5   Q.      Any other things that you like to do together,

 6   you and your wife?

 7   A.      We do a lot of things together, she likes to go

 8   shopping, you know, I take her wherever she wants to

 9   go.  She likes good clothes, so, you know, that's her

10   main thing that she loves most.

11   Q.      All right.  So your wife, tell us when you were

12   married?

13   A.      Huh.

14   Q.      Tell us when you were married?

15   A.      We were married in April 26, 1964.

16   Q.      And I take, it is the only marriage that you

17   have ever had?

18   A.      Yes.

19   Q.      Okay.  And you have no children; is that

20   correct?

21   A.      No children.

22   Q.      And when you go to your medical appointments,

23   does your wife go with you?

24   A.      Most of the time, yeah.  With the chemo she is
```

1    with me all the time, but with the family doctor,

2    sometimes she goes too, yeah.

3    Q.    Okay.  So sometimes yes, sometimes no with the

4    family doctor?

5                    MR. MILLROOD:  Objection.

6                    THE WITNESS:  99 percent she was with

7         me.

8    BY MR. BLUM:

9    Q.    All right.  Great.

10                    And I think I just gathered from the

11   way you answered questions earlier today that you're

12   close with, like, other members of your family and

13   also your wife's family?

14   A.    Very close, yeah.

15   Q.    So tell me your -- how many brothers and

16   sisters you have?

17   A.    I have -- we were six in the family.  There is

18   four brothers and two sisters.

19   Q.    Okay.

20   A.    Four, with me.

21   Q.    Right.  Okay.  So let's stick with you for a

22   minute.  So your four brothers and sisters, how many

23   of them are still alive?

24                    MR. MILLROOD:  Correct that.

Ernest Caranci

```
 1                    MR. BLUM:  Six.  I apologize.

 2                    MR. MILLROOD:  Yes.  Four boys, two

 3        girls.

 4                    MR. BLUM:  Four boys, two girls.

 5                    MR. MILLROOD:  Not four brothers.  He

 6        corrected that to say four boys.

 7   BY MR. BLUM:

 8   Q.    Okay.

 9   A.    Five of us are still alive.

10   Q.    Okay.

11   A.    One just passed away last year in February.

12   Q.    And how many of them are physically close to

13   where you live?

14   A.    They're all close.  One lives Somerton.  Three

15   lives -- two lives in Somerton, one lives in Justa

16   Farm and -- Angelo -- and I got three in Somerton and

17   one in just around County Line Road.

18   Q.    All right.  And I -- it was a little unclear to

19   me.  Your parents, had your father come here to the

20   United States first and then you and your mother came

21   over?

22   A.    No.

23   Q.    Okay.

24   A.    Me and my mother came over.
```

```
1   Q.     Okay.

2   A.     My uncles were here.  And my mother left my

3   father and my sister and my brother and another sister

4   16 months old.  And we came here.  And she didn't want

5   to go, but my father somehow talked her in to get --

6   we were very poor, didn't have nothing, barely had any

7   shoes, no bathrooms, nothing there.  At that time it

8   was in bad shape.  And he decide to raise his kids,

9   make a move.  Since my mom was a citizen here, she was

10  born at a providence, her father took her back when

11  she was two years old, so she was -- the citizenship

12  that she could come here.

13  Q.     Okay.

14  A.     So my father decided me and my mom would come

15  here first.  And then when she comes here, establish a

16  little bit and call the rest.

17  Q.     Okay.

18  A.     But didn't happen.  We got here.  My mom found

19  a little job near where we were living and she -- her

20  mind was in Italy because of the babies she left

21  behind and she got very sick.  So my uncles, we were

22  living with them, they said what are we gonna do,

23  she's not going make it here and pass away, better to

24  send her back, both of us back.  But with me, when I
```

1  came in the United States and what I had and what I

2  seen here, I don't want to go back.  So I start to

3  make beg my uncle to keep me with them.  They seen me

4  how desperate I was, crying.  And so they decide to

5  keep me here.  She went back.

6  Q.     And at some point they came back, the rest of

7  the family came over?

8  A.     Yes.  Then -- and I went to school.  I worked a

9  little here, a little there in a drugstore after

10 school.  It was a little money so I didn't have to

11 depend on my uncles to give me little here and there

12 to live, so I was supporting myself actually at 14,

13 15.  And then at 16 I had to go to work at leather

14 place, factory.  But I saved some money.  As a matter

15 of fact I saved $2,000.  And plus I had some savings

16 bonds taken out of my pay.  And with the savings bonds

17 I cashed in I think it was around 4 or $500 and I

18 bought a 52 Ford at 18 years old.

19              They came over and we lived in the

20 house for a month, a friends.  And then we found a

21 house on Orthodox, 2126 Orthodox.  I got my money that

22 I had save, I put it on a house.  And we bought that

23 house.  So for two months my father couldn't find a

24 job, so I was paying all the bills, whatever I made.

Ernest Caranci

1   And finally he got the job, so, you know, we

2   succeeded.  The family grew up a little bit.  And in

3   19 -- in the '60s, a little bit, the house paid off

4   and we were in a better position.

5   Q.    And what was your --

6                 MR. MILLROOD:  Can I take a break for

7          the restroom.

8                 MR. BLUM:  Let me just finish.

9                 MR. MILLROOD:  Sure.  Sure.

10  BY MR. BLUM:

11  Q.    And what was your mother's name?

12  A.    Carmella.

13  Q.    And when did Carmella die?

14  A.    She died 1991.

15  Q.    And your father's name?

16  A.    Antimo.

17  Q.    And when did he die?

18  A.    '87, I believe.

19                MR. BLUM:  Okay.  Let's take a break.

20                MR. MILLROOD:  Thank you.

21                THE VIDEOGRAPHER:  Going off the

22         record, the time is 12:00 p.m.

23                (A short break was taken.)

24                THE VIDEOGRAPHER:  We are back on the

Ernest Caranci

1        record, the time is 12:12 p.m.

2   BY MR. BLUM:

3   Q.    Mr. Caranci, I was asking you some questions

4   about your family.  And maybe I should have caught

5   this and I might have missed it, so I apologize if I'm

6   asking you something again.  But which of your

7   brothers worked with you at either of the pizza shops?

8   A.    Angelo and the one that just passed away,

9   Emilio.

10  Q.    Okay.  And when did Emilio pass away.

11  A.    February 3rd, I believe, 2022.

12  Q.    All right.  And I think you mentioned that

13  there was some nieces and nephews that also worked at

14  the pizza shop?

15  A.    Yeah.

16  Q.    Okay.  Were they your nieces and nephews or

17  your wife's or was there some combination?

18  A.    My wife's side.

19  Q.    Okay.  Let me get to that separately.

20              Okay?

21  A.    And on my side too.

22  Q.    Oh, okay.  So tell me the nieces and nephews

23  that worked at the pizza shop on your side first?

24  A.    Dana (ph).

Ernest Caranci

```
1   Q.     Okay.  And what is Dana's last name?

2   A.     Caranci, you know, my brother.

3   Q.     Okay.  And any other nieces or nephews that

4   worked with you?

5   A.     Her brother, John.

6   Q.     Anyone else?

7   A.     On my side?

8   Q.     Yes, on your side?

9   A.     Yeah.  No, my side that's it.

10  Q.     Okay.  All right.  So I'm going to switch to

11  your wife's family for a moment.  So tell me how many

12  siblings your wife has?

13  A.     How much what?

14  Q.     Brothers and sisters?

15  A.     She has one brother.

16  Q.     Okay.  And --

17  A.     And one sister.

18  Q.     Okay.  What is her brother's name?

19  A.     Libro (ph).

20  Q.     Okay.  And his last name?

21  A.     Cantalira (ph).

22  Q.     Okay.  And her sister?

23  A.     Nancy.

24  Q.     All right.  Did either of them work at the
```

Ernese Caranci

```
 1   pizza shop?

 2   A.     Libro worked maybe a week or two weeks, but no.

 3   Q.     Okay.  And how about Nancy?

 4   A.     Nancy, yes, she was a partner in the business.

 5   Q.     Okay.  Nancy or her husband?

 6   A.     Both of them.  She worked both of them.

 7   Q.     Okay.  And I know you told me, what was her

 8   husband's name?

 9   A.     Fran.

10   Q.     Right.  So were -- in that corporation, was it

11   just you and Fran or you and your wife and your

12   sister-in-law?

13   A.     Just me and Fran, but they were working too.

14   Q.     Okay.  But you saw it as a family partnership?

15   A.     Yes.

16   Q.     And on your wife's side, were there nieces and

17   nephews who worked with you?

18   A.     Yes.

19   Q.     What were their names?

20   A.     Romina (ph).

21   Q.     Okay.  And what is Romina's last name?

22   A.     Her last name now is McMann (ph).

23   Q.     Okay.  Is that her married name?

24   A.     Yes.
```

Ernest Caranci

```
1   Q.      Okay.  What was her maiden name?

2   A.      DeFrancesco.

3   Q.      Okay.  Anyone else on your wife's said?

4   A.      Emily.

5   Q.      Okay.

6   A.      DeFrancesco.

7   Q.      Okay.  Anyone else?

8   A.      And her brother's son, John Cantalira.

9   Q.      Okay.

10  A.      And Josephine Cantalira, the sister.

11  Q.      Okay.  Anyone else you remember, family-wise,

12  that worked with you?

13  A.      Let's see, John, Emily.  That's it, I guess.

14  Q.      Okay.  And the first Ernie's pizza on Aramingo,

15  were there any long standing employees who worked with

16  you that were nonfamily members?

17  A.      Yeah.  I had -- no, no long.  Here and there.

18  Here and there.  We didn't keep them.

19  Q.      All right.  And then how about when you got to

20  Cottman Avenue, were there any long-standing employees

21  that were not family members?

22  A.      Yeah.  One girl, yeah.

23  Q.      And what was her name?

24  A.      Her name is Patricia.  I don't recall her last
```

1    name now.

2    Q.    Okay.

3    A.    Davis.

4    Q.    And when the company, when you sold the company

5    to the new owner did she stay on there?

6    A.    Yeah.

7    Q.    Okay.  So in terms of shopping for things at

8    home, did you do, like, the grocery shopping or did

9    your wife or how did you handle that?

10   A.    Well, we go together, shop together.  Sometimes

11   I go by myself.

12   Q.    Okay.  And where would you do the shopping?

13   A.    We have an Acme close by.

14   Q.    Okay.

15   A.    We have Giant store.  We have small stores like

16   Aldi, Aldi store.

17   Q.    Yeah.

18   A.    We have small other store, like fruit store,

19   stuff like that.

20   Q.    And in terms of things like more like hardware

21   or use outside --

22   A.    I did those.

23   Q.    You did that shopping okay.

24              And where would you do that shopping?

Ernest Caranci

```
 1    A.      What things are you referring to?

 2    Q.      Anything that you would use for yardwork, where

 3    would you buy that at?

 4    A.      Well, I would buy at before at Penn and then S

 5    and H, I bought at Home Depot.

 6    Q.      Okay.  You mentioned Penn, is that Penn

 7    Hardware?

 8    A.      Yes.

 9    Q.      Okay.  Where was Penn Hardware located?

10    A.      It's located on Frankford Avenue, Frankford and

11    Bleigh, around 70-some hundred.

12    Q.      Okay.  How often did you go in there?

13    A.      Well, I lived real close there on Marsden

14    Street, it was comfortable for me to go there.  Quite

15    a few times.

16    Q.      Okay.  And after you moved to your current

17    home, did you stop going there?

18    A.      And then whatever it was, I was at the time

19    closer, I would stop at S and H or the Home Depot.

20    Q.      Okay.  So I just want to make sure I

21    understand.  So when you moved from Marsden, did you

22    stop shopping at Penn Hardware?

23    A.      Yes.

24    Q.      Okay.  And the -- like, the owner of Penn
```

Ernest Caranci

1    Hardware, did you, like, know the guy or the woman?

2    A.    No.

3    Q.    No.

4              It wasn't like a --

5    A.    No.

6    Q.    -- like a local place where you knew the

7    people?

8    A.    No.

9    Q.    Okay.  And I'm sorry.  Tell me again the year

10   you moved from Marsden?

11   A.    When I move?

12   Q.    Yeah.  When you moved out of that house?

13   A.    '92.

14   Q.    Okay.  So after '92, you would not have gone

15   back to Penn Hardware?

16              MR. MILLROOD:  Objection.

17              THE WITNESS:  Oh, no.

18   BY MR. BLUM:

19   Q.    Okay.  So do you remember any time where, like,

20   the ownership of Penn changed or anything like that,

21   the people you saw in there?

22   A.    No.

23   Q.    All right.  And did they have any kind of, what

24   I'll call, a loyalty program or anything like that

Ernest Caranci

```
 1   where, you know, you got points for buying things?
 2   A.      No.
 3   Q.      And was that affiliated with anything?  You
 4   know, there's like Ace Hardware, and those kinds of
 5   things, was that in any way affiliated with one of
 6   those?
 7   A.      I don't know.
 8   Q.      And then you mentioned S and H?
 9   A.      Yes.
10   Q.      Where was S and H located?
11   A.      On Castor Avenue.  I don't remember, the 60
12   hundred or 70 hundred, I don't remember exactly what
13   the number is, the address.
14   Q.      All right.
15   A.      That was close to my pizza shop.
16   Q.      To which pizza shop?
17   A.      On Cottman Avenue, 1618.
18   Q.      Okay.  And so when did you start going into S
19   and H?
20   A.      Well, when from '88, '89, '90, you know, and
21   up.
22   Q.      Okay.  So like when the new pizza shop opened,
23   that's when you started going to S and H?
24   A.      Well, after we opened '87, I started to go to S
```

Ernest Caranci

1    and H in the '90s.

2    Q.    All right.  And is S and H still open today, do

3    you know?

4    A.    I don't know.  I haven't been in that area for

5    a while.

6    Q.    Okay.  And was S and H one of those, like a mom

7    and pop store or was it affiliated with some company

8    like Ace or something like that?

9              MR. MILLROOD:  Objection.

10             THE WITNESS:  I don't know.

11   BY MR. BLUM:

12   Q.    Okay.  And how often would you go into S and H?

13   A.    Well, I would go maybe twice a month, maybe.

14   Q.    Okay.  And you said you also shop at Home

15   Depot.  Is there a particular Home Depot you like to

16   go to?

17   A.    Yeah, there is one near where I live, on

18   Bustleton, before Byberry Road.

19   Q.    And does Home Depot have any kind of a loyalty

20   program, like, where you get points or anything?

21   A.    No.

22   Q.    Okay.  And did S and H, did they have any kind

23   of a loyalty program?

24   A.    No.

Ernest Caranci

1    Q.      And do you ever do any shopping online.  Do you

2    order things like from Amazon?

3    A.      Not -- recently I did.  Not before, no.

4    Q.      Okay.  And did you ever buy anything for use

5    like in the yard or anything from Amazon or any online

6    service?

7    A.      No.

8    Q.      Okay.  So at some point you made a decision to

9    purchase the Roundup product?

10   A.      Yeah.

11   Q.      What made you buy Roundup the first time?

12   A.      Well, I had a piece of land in Bensalem.  I was

13   making a garden and a lot of weeds, so I stopped over

14   the -- at the Penn and I asked the guy, I have a lot

15   of weeds, what do you recommend?  And he gave me that,

16   he said this is good stuff.

17   Q.      Okay.

18   A.      So I been using that ever since.

19   Q.      Right.  So the person at Penn, do you remember,

20   like, who it was, what his name was?

21   A.      It was a gentleman.  I don't know.  I mean, you

22   go in the store, you ask a question, how do you know?

23   Q.      And did he say anything else about the product,

24   the Roundup product?

Ernese Caranci

1    A.      No.  He just said it's good stuff.  And it

2    works.

3    Q.      And the first time he sold it to you, do you

4    remember what it looked, like what size it was or

5    anything like?

6    A.      A plastic container.  I don't know exactly the

7    color.  You know, I'm not sure about the color, white,

8    blue something like that.

9    Q.      Okay.  And do you remember anything else about

10   the person?  Was it a Caucasian man who waited on you

11   at Penn?

12   A.      It was a white man.

13   Q.      All right.  And --

14   A.      I don't recall him.  It's so many years.

15   Q.      Did he give you any explanation about how to

16   use the product or apply it?

17   A.      No.  Well, he said this is good.  Use this.  So

18   I don't know how to structure that.

19   Q.      Okay.  And you lost me there in the very

20   beginning.  I think you said you had a place in

21   Bensalem, is that what you said?

22   A.      Yeah.

23   Q.      Okay.  And you bought it to work on the garden

24   there?

```
 1   A.      Yes.

 2   Q.      Okay.  Have you ever used Roundup at work other

 3   than at your own business, like at the pizza shop?

 4   A.      What do you mean?

 5                 MR. MILLROOD:  Objection.

 6   BY MR. BLUM:

 7   Q.      So wherever you -- other than when you -- at

 8   your pizza shops, did you ever apply Roundup as part

 9   of your work anywhere?

10                 MR. MILLROOD:  Objection.

11                 I don't understand the question.

12                 THE WITNESS:  I don't understand the

13         question.

14   BY MR. BLUM:

15   Q.      Okay.  So I'll do it the other way.

16                 So you worked at the leather place for

17   a long time.  Did anybody ever ask you to apply any

18   kind of --

19   A.      No.

20   Q.      Okay.  Let me finish the question.

21                 Okay?

22   A.      Yeah.

23   Q.      Did anybody there ever ask you to apply any

24   kind of pesticide, herbicide, anything like that?
```

Ernese Caranci

1   A.      No.

2   Q.      Okay.  So then you worked at two places where

3   you were the die setter, right?

4   A.      Right.

5   Q.      Did anybody at any of those jobs ever ask you

6   to apply an herbicide or a pest killer or anything

7   like that?

8   A.      No.

9   Q.      All right.  Then when you were working as -- in

10  your painting business, okay, did you ever use any

11  type of pesticides, herbicides, or anything as part of

12  the painting business?

13  A.      No.

14  Q.      Now, when you first bought that Roundup product

15  at Penn Hardware, do you remember was it like a

16  handheld bottle, like a Windex bottle?

17  A.      No, a regular, like a regular plastic container

18  or something like that, you know.

19  Q.      And did it have a hose that came off of it with

20  a handle on it?

21  A.      Yes, I think so, yes.

22  Q.      Okay.  And did you buy just one container that

23  first time?

24  A.      No, I bought two.

Ernese Carañel

1   Q.      Okay.  And why did you buy two?

2   A.      Because the area, you know, the area is quite a

3   big garden.

4   Q.      All right.  And do you remember, like, how much

5   you paid for it at the time?

6   A.      No, I don't remember.

7   Q.      Okay.  So then other than when you went to,

8   like, Penn Hardware or S and H, did you use a credit

9   card there or did you pay with cash?

10  A.      Cash.

11  Q.      And how about at Home Depot when you shopped

12  there, did you use a credit card?

13  A.      Cash.

14  Q.      So when you purchased that first bottle of

15  Roundup, did you read the label?

16  A.      No.  No, it recommended to me, I just -- I

17  don't read no label, no.

18  Q.      But did you have an understanding at that time

19  like how to use it?  I mean, how did you know how to

20  use that product?

21  A.      Well, what I did is, I got the gallons and they

22  said you spray it, so I bought a pump from them and I

23  transferred it to a pump, because how you gonna spray

24  it.  That had the little thing there didn't do

Ernest Caranci

```
 1    nothing.

 2    Q.    Okay.  So now I'm really confused.  Let's talk

 3    about the first time when you bought it from Penn

 4    Hardware, right, did you buy the pump that time or did

 5    you buy the pump later?

 6    A.    I bought at that time.

 7    Q.    Okay.  So when you bought that pump, tell me

 8    how big it was, the pump you bought?

 9    A.    About this big (indicating), like that.

10    Q.    It was like a gallon?

11    A.    Yes.

12    Q.    Okay.  And was it one where you had to pump it

13    with your hand?

14    A.    Yes.

15    Q.    Put the pressure in it?

16    A.    Yes.

17    Q.    And did you take the Roundup that he gave you

18    and pour it into that?

19    A.    Right.

20    Q.    And did you mix it with something else?

21    A.    No.

22    Q.    And you never bought a -- you didn't buy a

23    concentrate from him that you had to put water in?

24    A.    No.  No.
```

Ernese Caranci

```
1   Q.     And when you put it in there the first time,

2   did you do anything to read the label about

3   application or how it should be put on?

4   A.     No.  I just used the way it is.

5   Q.     All right.  And did you understand that that

6   product when you first bought it, would kill weeds and

7   grass or would it just kill the weeds?

8   A.     Weeds and grass.

9   Q.     Okay.

10              MR. BLUM:  Why don't we take a break.

11        Is that a good spot?

12              MR. MILLROOD:  Yeah.  That's fine.

13              THE VIDEOGRAPHER:  Going off the

14        record, the time is 12:28 p.m.

15              (A short break was taken.)

16              THE VIDEOGRAPHER:  We are back on the

17        record, the time is 1:14 p.m.

18   BY MR. BLUM:

19   Q.     Mr. Caranci, before we took the break, you had

20   mentioned you had, like, a lot in Bensalem; is that

21   right?

22   A.     Yes.

23   Q.     So tell me, was that a vacant lot.  There is

24   nothing on it?
```

Ernese Caranci

1    A.      Vacant lot.

2    Q.      Okay.  And when was it that you purchased that

3    lot?

4    A.      1976.

5    Q.      Okay.  And how long did you have that lot?

6    1970 --

7    A.      We sold in 1999.

8    Q.      Okay.  And at some point you had a garden on

9    that lot?

10   A.      Yeah.  We had a well, you know, like a pump

11   that pumps water and we had a shed, storage.

12   Q.      Okay.

13   A.      I bought it like that.  And we made a -- quite

14   a large garden, growing tomatoes, all kinds of

15   vegetables, corn, peppers and stuff like that.

16   Q.      Okay.  And how big was that lot, the whole lot?

17   A.      Oh, the lot, the whole area?

18   Q.      Yes.

19   A.      The whole area was almost two acres.

20   Q.      And how much of that two acres did you make

21   into a garden?

22   A.      Maybe 50 by 50 or 75 area.

23   Q.      Okay.  All right.  I want to show you a

24   document, which we're going to mark as Exhibit Number

Ernest Caranci

```
 1   2.

 2                          - - -

 3              (Exhibit E. Caranci-2, Color

 4         Photographs, 3 pages, was marked for

 5         identification.)

 6                          - - -

 7   BY MR. BLUM:

 8   Q.    You told us at one point, I saw in the

 9   documentation, it was like near Kings and Galloway

10   Road; is that right?

11   A.    Yes.

12   Q.    Okay.  I have an aerial photograph here.

13   Obviously it's a new photograph.  And the question is,

14   can you tell me on page one, this is Kings and

15   Galloway, can you tell me where the property was?

16              MR. MILLROOD:  Excuse me, Joe, just for

17         the record, it's at least captioned Knights

18         Road.

19              MR. BLUM:  I'm sorry.

20              MR. MILLROOD:  Okay.

21              MR. BLUM:  Totally right.  You're

22         totally right.

23              THE WITNESS:  There is houses over

24         there now.
```

Ernest Caranci

```
 1                    MR. MILLROOD:  Wait one second.  Let's

 2        just clean up the record.

 3   BY MR. BLUM:

 4   Q.    I'm going to go back and maybe I made a

 5   mistake.  It's at Knights and Galloway?

 6   A.    Knights and Galloway.

 7   Q.    Okay.  I think I said Kings, so I apologize.

 8   A.    Right.

 9   Q.    So at Knights Road and Galloway Road in

10   Bensalem, that's the picture of the intersection.  Are

11   you able to identify where your lot was in reference

12   to that intersection?

13   A.    (Reviewing document.)

14                    MR. MILLROOD:  I'm sorry.  Did we

15        explain to the witness when this photo is from?

16                    THE WITNESS:  It's been there for a

17        while.  But this is Galloway (indicating)?

18   BY MR. BLUM:

19   Q.    That is correct.

20                    And this is a picture that is --

21   A.    And this is Knights Road?

22   Q.    Correct.

23   A.    So it would be around this area here then

24   (indicating).
```

Ernest Caranci

```
 1   Q.    Okay.  You're indicating that -- if you're

 2   looking at it from the bottom of the picture, it's on

 3   the right hand side, just past Galloway?

 4   A.    If I go north, it would be on the right hand

 5   side.

 6   Q.    The right hand side.  Okay.

 7               And this photograph is a recent ariel

 8   photograph that we took off the internet.

 9               So when you had your property there,

10   were all the --

11   A.    All empty.

12   Q.    All empty?

13   A.    Yeah.

14   Q.    Okay.  So it would have been --

15   A.    There was a house way, way down and there is a

16   house and a house near me here (indicating), but the

17   other one was way, way out and mine was all open.

18   Q.    And it appears to me that if we look at the

19   bottom of the photograph on Knights Road, there is

20   like some type of commercial property there.  Was that

21   there when you owned the lot?

22   A.    Commercial property?

23   Q.    Like, if you look here (indicating), do you see

24   that big building that has a parking lot around it?
```

Ernest Caranci

1    A.    Yes.  There was where -- the other side, on the

2    other side of the home, on Galloway.

3    Q.    Okay.  And so you were up here (indicating),

4    above Galloway?

5    A.    Yes.

6    Q.    Okay.  Thank you.

7             Now, you said that you purchased

8    Roundup to use at that location was the first time?

9    A.    Yes.

10   Q.    Okay.  And do you remember the approximate year

11   it was when you made that purchase?

12   A.    I used there around '92, '93.

13   Q.    Okay.

14   A.    '94, you know.

15   Q.    So in the early '90s?

16   A.    In the early '90s.

17   Q.    Okay.  And so you -- where was Penn Hardware in

18   reference to that property in Bensalem, was it close?

19   A.    No.  That was close to my house --

20   Q.    House --

21   A.    -- not there.

22   Q.    -- not there.  Okay.

23             And do you -- can you tell me the cross

24   streets again of where Penn Hardware was?

Ernest Caranci

1   A.    It right on Frankford Avenue, about two or

2   three stores from Bleigh Street, I think.

3   Q.    Okay.  What did the front of it look like?

4   A.    I don't remember.  It was a store, open store,

5   with, window --

6   Q.    Okay.

7   A.    -- you know, glass, door.

8   Q.    Nothing that stuck out at you?

9   A.    No.

10  Q.    No.

11        And you don't know whether it's still

12  there at the same spot today?

13  A.    I haven't passed by there for a long time, but

14  I don't know if it's there or not.

15  Q.    All right.  And when you purchased that time,

16  you purchased it to -- the Roundup, to use at the

17  Bensalem lot?

18  A.    Yes.

19  Q.    And tell us what you were going to do there?

20  A.    Well, kill weeds.  Like, I told the guy what I

21  had to do and he suggested that I use Roundup.

22  Q.    Okay.

23  A.    And he gave me that product.  And I said, I

24  have a large place to spray.  And he said, maybe you

Ernest Caranci

1   need a pump, so I bought the pump and the spray.

2   Q.      And did you keep the spray at your home or did

3   you keep it out there in Bensalem?

4   A.      Sometimes I kept it there.  If I had to do

5   another job, I would bring it with me.  But most of

6   the time I kept it there.

7   Q.      Okay.  So when you first bought it and you went

8   to the Bensalem lot, the garden was already

9   established, right, you already had the garden?

10  A.      We made the garden.

11  Q.      Right.  But so when you went to use the

12  Roundup, what were you going to do, kill weeds in

13  between the plants?

14  A.      Yes.  You know, whatever grew around there, you

15  know, I didn't want them to come up too high and kill

16  the, you know, the tomatoes and stuff, you know, make

17  sure the tomatoes were free from weeds.

18  Q.      Okay.  So I guess that's my question, I'm

19  trying to make sure I understand is.  You were using

20  the Roundup on weeds in between the plants you wanted

21  to keep?

22  A.      Yes.

23  Q.      Okay.

24  A.      You know.

Ernest Caranci

1    Q.      Right.  So in other words, you were trying to

2    kill the weeds to keep the tomatoes safe?

3    A.      Right.

4    Q.      And when you used that pump sprayer, was there

5    like an adjustment on the end of the nozzle that would

6    allow you to make the spray come out wide or skinny?

7    A.      Yeah.  You could control it.

8    Q.      Right.  And did you have a preference on how

9    you used it?

10   A.      Yes.  When it was too close to the plant, I

11   would make it -- adjust it where it squirt right on

12   the weeds, you know, on the grass.

13   Q.      Right.

14   A.      And in an area where there is no plant around,

15   I would adjust to spray a little wider.

16   Q.      Okay.  And how effective was the Roundup, did

17   it work?

18   A.      Yes, it worked.

19   Q.      Okay.  And in the garden there in Bensalem,

20   like if you sprayed a weed and it came back, how long

21   did it take for it to die?

22   A.      Well, it all depends on the rain, all depends,

23   you know, sometimes a couple weeks, sometimes more,

24   sometimes less, you never -- you know, all depends

Ernesc Caranci

```
 1  how -- usually when it rains they grow faster.

 2  Q.     And did you leave the dead weeds in place or

 3  did you pull them out?

 4  A.     No, they died there.

 5  Q.     Right.  And you just left them there, you

 6  didn't pull out the remnants?

 7  A.     Yeah.  They just died there.

 8  Q.     Okay.  And did you ever experience where you

 9  got Roundup on any of your good vegetables and killed

10  them?

11  A.     No.  I made sure that I got right on top of

12  them.

13  Q.     Okay.  And so that pump sprayer you bought, the

14  gallon one, how long did you own that or do you still

15  own it?

16  A.     No.  I don't -- I bought more.  It last me a

17  long time, but then I bought, you know, I bought

18  another one.

19  Q.     You replaced it?

20  A.     Yes.

21  Q.     And when you replaced it, did you replace it

22  with the same size?

23  A.     Same size.

24  Q.     Yeah.  Okay.  So when you were working there in
```

Ernest Caranci

```
 1   Bensalem on the garden, how many years did you -- you

 2   said you bought it someplace in the early '90s and

 3   then you got rid of the property in the end of the

 4   '90s; is that right?

 5                 MR. MILLROOD:  Objection.

 6                 THE WITNESS:  '99 we sold it.

 7   BY MR. BLUM:

 8   Q.    Okay.  So you would have used it there through

 9   the 90s?

10                 MR. MILLROOD:  Objection.

11                 THE WITNESS:  Yes.  We started making a

12         garden in '93, '92, around that area and then

13         we stop -- I stop using it -- I stopped the

14         garden over there '98.

15   BY MR. BLUM:

16   Q.    Okay.  And when you used the Roundup there, how

17   often did you have to go back and, like, reapply it or

18   use it?

19   A.    Every couple of weeks or so, you know.

20   Q.    All right.  So, like, every other week?  Every

21   third week?

22                 MR. MILLROOD:  Objection; asked and

23         answered.

24                 THE WITNESS:  Every couple weeks
```

1        probably.

2    BY MR. BLUM:

3    Q.      And when you were --

4    A.      I didn't want to make it too high, you know.

5    Q.      And when you were there applying the Roundup,

6    like how long would it take you to do each

7    application?

8    A.      Over there?  It took me over an hour and a

9    half, an hour, an hour and a half, two hours.  It all

10   depends.  I don't remember exactly.  I don't time

11   myself.

12   Q.      Okay.  So if you were there at the garden, you

13   would have spent 90 minutes to go through the garden

14   and spray the Roundup?

15   A.      Well, at least an hour or more, you know.

16   Q.      And in, like, the period between one week where

17   you sprayed it and coming back to the next, had that

18   many weeds come up that would take you 90 minutes to

19   do it?

20   A.      Well, sometimes the weeds grew up, you know,

21   pretty quick.  And I don't want it to get real big, so

22   as soon as they come up, I would spray it, you know,

23   so I wouldn't hurt the plant.

24   Q.      Okay.  And how often did you have to refill

Ernest Caranci

```
 1   that -- the spray -- I don't know what to call it, the

 2   compressed sprayer, how long would that last you, one

 3   continuous filling?

 4   A.     How long?

 5   Q.     Yeah.

 6   A.     One of them containers --

 7   Q.     Yeah.

 8   A.     -- I would put in the pump.

 9   Q.     Right.

10   A.     That would last me the whole -- the whole

11   gallon would last me, the whole container.

12   Q.     I'm sorry.  But I -- that's what I'm asking

13   you.  How often did you have to refill that container?

14   A.     Maybe once, twice.  Twice.

15   Q.     Per what?  Once, twice per what?

16   A.     Every time I filled it halfway because I left a

17   little room for the air of the pump.

18   Q.     Sure.

19   A.     So twice probably.

20   Q.     Okay.  If you went out there and you didn't put

21   the whole gallon in, you put a portion of it in,

22   right?

23   A.     Yes.

24   Q.     Okay.  How many applications came from one
```

1    container?  That's what I'm trying to get to?

2    A.     How many application?

3    Q.     Right.

4    A.     One container would do almost the whole thing,

5    you know.  I mean, one application would do -- cover

6    the area that I had the garden.

7    Q.     Okay.  So one container gave you one

8    application?

9    A.     Right.

10   Q.     Right.  So how often were you going back to

11   Penn Hardware to buy other containers?

12   A.     I bought -- like, when I used to go there,

13   after I used to buy two, two gallons at a time.  And

14   sometimes I bought three, it all depends.  And I --

15   when I need it, I had extra.  If I didn't need it, I

16   would go back, you know.

17   Q.     So how long, if you bought three containers,

18   how long would that last you?

19   A.     Well, a month, a little over a month, a month.

20   Q.     All right.  So at least at Bensalem, you

21   remember going through two or three containers per

22   month?

23   A.     Right.

24   Q.     Okay.  So when did you work on the garden?

Ernest Caranci

1    When did you go there?

2    A.     This was when I had a little time in the

3    weekends, in between, you know, other things, we go

4    there.  But my father-in-law and all my relatives,

5    they're expert on tomatoes, and so they would do that,

6    I would just to clean the weeds.

7    Q.     Okay.  So other people were taking care of it

8    for you?

9    A.     Yeah.  They would plant for me tomatoes, my

10   father-in-law especially.

11   Q.     Okay.

12   A.     And I was more expert in taking care of weeds.

13   They were expert in more planting things.

14   Q.     Okay.  And when you went out there and worked

15   on the garden, did you go by yourself or did your wife

16   go with you or anybody else?

17   A.     Sometimes I went by myself, sometimes my

18   father-in-law went with me.  And occasionally, not

19   often my wife came, you know.

20   Q.     Okay.  And were you concerned about the weather

21   conditions when you sprayed?  Did it matter to you?

22   A.     Well, I sprayed when it was nice days, you

23   know, not when it was bad weather.

24   Q.     And did you spray when it was windy conditions?

```
1    A.      No.  No.  Normal days.  Sometimes -- the wind

2    is always blowing a bit, but not to the effect that it

3    would blow my stuff away, you know.

4    Q.      Okay.  And do you ever remember getting Roundup

5    on your skin when you were spraying it there in

6    Bensalem?

7    A.      Sometimes, in the summer times I did, yeah.

8    Q.      And where did you get it on your skin?

9    A.      On my legs, sometimes I had shorts, you know,

10   my legs.  And my hands sometimes.

11   Q.      How did you get it on your hands?

12   A.      Well, by pouring sometimes it spills, you know

13   I would get it on my hands.  But most of it on the

14   legs because when you spray, it usually bounce back,

15   you know.

16   Q.      No, I don't.  Tell me what you mean by that.

17   Bounce back from what?

18   A.      Well, when you stray, if you hit something on

19   the ground, usually it spills it back towards you a

20   little bit.  But it didn't happen all the time, but it

21   did happen.

22   Q.      Okay.  Do you remember how often it happened

23   when you were working there in Bensalem?

24   A.      No.  How can I tell you that?  It's hard to
```

Ernest Caranci

```
 1   remember all these dates.  I don't remember how often.

 2   Q.    And when you got it on your skin, do you

 3   remember how it felt?

 4   A.    Well, it felt wet and a little annoying, you

 5   know.  I don't remember how actually.

 6   Q.    Do you remember if it had any odor?

 7   A.    No, I don't remember.

 8   Q.    Okay.  So when you worked out there in

 9   Bensalem, you did have running water there from a

10   well?

11   A.    I had a well there I had to pump, yeah.

12   Q.    All right.  And when you finished working, did

13   you wash your hands?

14   A.    Sometimes.  Sometimes I was a hurry to leave, I

15   just left.

16   Q.    All right.  And did you, if you got it on your

17   legs, did you rinse it off?

18   A.    No.

19   Q.    And when you worked out there in Bensalem, what

20   did you typically wear when you went out there to

21   work?

22   A.    Sometimes I had shorts, most of the time, it

23   was hot.  Sometimes I had long pants.  It all depends

24   the day.
```

Ernest Caranci

```
1   Q.      Okay.  And did you wear any type of gloves when

2   you worked --

3   A.      Wear what?

4   Q.      Gloves.  When you sprayed out in Bensalem?

5   A.      No.

6   Q.      Okay.  And did you wear any kind of protective

7   equipment on your face when you sprayed in Bensalem?

8   A.      No.

9   Q.      Okay.  So when -- you mentioned that when you

10  sprayed there was bounce back.  Did you ever have any

11  bounce back where it hit, like, the tomatoes or other

12  vegetables and killed them?

13  A.      No.  Because the tomato they tied up on the

14  stick they're high, they were high.  So the plant is

15  lower, and the weeds grows close to the plant, so it

16  didn't hit the produce.

17  Q.      Right.  But you said there was bounce back,

18  right, there was --

19  A.      Well, because I'm laying down and my legs are

20  very close to the sprayer.  And it would accidentally

21  a lot of times it would, you know, splash.

22  Q.      Okay.  But to the best of your recollection,

23  you never damaged any of your good vegetables you were

24  trying to protect?
```

Ernest Caranci

```
 1                    MR. MILLROOD:  Objection; asked and

 2          answered?

 3                    THE WITNESS:  No.

 4     BY MR. BLUM:

 5     Q.    So what type of footwear did you wear when you

 6     were out there?

 7     A.    Sneakers.

 8     Q.    And did you wear socks with this sneakers?

 9     A.    Short socks.

10     Q.    Short socks, did you say?

11     A.    Yeah.  They were socks that were like up to

12     here (indicating).  Yeah.

13     Q.    I call them crew socks, right, like not -- they

14     didn't pull all the way up?

15                    MR. MILLROOD:  Objection.

16                    THE WITNESS:  Yes.  Small sock --

17          small, short sock.

18     BY MR. BLUM:

19     Q.    Okay.  And the shoes that you wore out there,

20     what were they made of?

21     A.    Sneakers.

22     Q.    All right.  Do you ever remember getting any of

23     the Roundup on your sneakers?

24     A.    Probably would, you know probably they did, but
```

1    you don't feel it with sneakers.

2    Q.     Okay.  And was there ever anyone there with you

3    who watched you spraying that you recall, in Bensalem?

4    A.     Well, my father-in-law was around, you know.

5    He would do other things, I would do the spray.  But

6    you know, he would tie the plant, I guess, the stake.

7    He would pick the tomatoes, and pick this, and pick

8    that, and I would do the spray, you know, we had, you

9    know, everybody did something.

10   Q.     Okay.  And what time of the year would you go

11   out there to work on the garden, like what months?

12   A.     Well, to spray most was done in late May, in

13   the beginning of June, July, August.

14   Q.     And why was that?  Why would it be in that

15   period?

16   A.     Because then the tomatoes you plant around May.

17   Around May.  They grow up around certain produce,

18   tomatoes and peppers, around June, July.

19   Q.     And was it mainly tomatoes and peppers that you

20   grew there?

21   A.     Some corn.

22   Q.     Okay.

23   A.     I don't remember a lot of the things that -- my

24   father-in-law used to plant a lot of stuff.  I don't

Ernest Caranci

```
 1   remember exactly all the stuff that he plant, you

 2   know.

 3   Q.     And were you and your wife the owners of that

 4   lot?

 5   A.     Pardon me.

 6   Q.     Who were the owners of the lot?

 7   A.     I was and my wife.  It was under both names.

 8   Q.     Okay.  And you don't remember, like, an address

 9   or anything for it?

10   A.     There was no address.  There was just a lot, an

11   empty lot, you know, they go by lot numbers.  So now

12   there is a house, they got a number, you know

13   probably.  But before there was just, I know where my

14   lines were from one end to another and that's all I

15   know.

16   Q.     All right.  And so other than Bensalem where

17   was the next place you recall applying Roundup?

18   A.     Even at my 8744 Marsden.

19   Q.     Okay.  When was you think the first time you

20   applied it on Marsden?

21   A.     In Marsden, I applied same way, around the

22   '90s.

23   Q.     Okay.  And when you were applying it on

24   Marsden, did it also come from Penn Hardware?
```

1    A.      Yeah.

2    Q.      And when you applied it at Marsden, did you use

3    it directly from the Roundup container or did you use

4    the pump bottle?

5    A.      It's a short spray, it's not a big place to

6    spray, so I used it by the can, when the pump worked.

7    Sometimes the pumps, they're not that great, they

8    don't come out, so I would have to -- you know, if I

9    had the other pump, I would use that one.  If not,

10   when I go back another time, spray there, I bring the

11   pump with me and do my house at the same time.

12   Q.      You lost me there a little bit.

13           So when you were spraying at your house

14   on Marsden, did you typically use the pump bottle that

15   was out at Penn or out at Bensalem or did you --

16   A.      No.  The pump that was already with the

17   container, what I bought.

18   Q.      Right.  So you used the one that the ready made

19   came in?

20   A.      Right.

21   Q.      Okay.  Tell me what that looked like.

22   A.      It's a long thing with a trigger underneath and

23   then you gotta keep pulling and pulling so it comes

24   out, you know, so that's very tiring to keep, you

Ernest Caranci

1   know, pulling it out.

2   Q.    Right.  And the -- it had a hose that went from

3   the --

4   A.    Right.  From there to there, yeah.

5   Q.    Okay.  And --

6   A.    There was from the top of the --

7   Q.    Right.

8   A.    -- thing.

9   Q.    And I apologize.  I should have asked this

10  before.  The hand pump you had, that had like a long

11  wand on it, right?

12  A.    Yeah.

13  Q.    How long do you think that wand was?

14  A.    The hose?

15  Q.    Not the hose, the wand piece.  In other words,

16  the hand pumper had a metal wand on the end, right?

17  A.    It had a pump.

18  Q.    It has a pump?

19  A.    Yeah.

20  Q.    Tell me what was on the other end, the end

21  where you're spraying, what's on that?

22  A.    It's a hose that comes out.

23  Q.    And what's on the end of that hose?

24  A.    It's a sprayer.

Ernest Caranci

```
 1   Q.     And how long is that sprayer?

 2   A.     How long it takes?

 3   Q.     No.  Physically how long is the sprayer?

 4   A.     Oh, it's about this long (indicating).

 5   Q.     So it's maybe two feet?

 6   A.     Yeah, around that area, more.

 7   Q.     Okay.  All right.  So Marsden, did you start

 8   spraying at that location as soon as you moved in?

 9   A.     No.  '92, '93, '94.

10   Q.     All right.  I'm going to show you a document

11   which we're going to mark as Exhibit Number 3 to your

12   deposition, which is an aerial, a current aerial

13   photograph of Marsden.  And I'm going to ask you if

14   you can rec- -- do you recognize that as your old

15   neighborhood?

16                         - - -

17              (Exhibit E. Caranci-3, Color

18          Photographs, 4 pages, was marked for

19          identification.)

20                         - - -

21              THE WITNESS:  (Reviewing document.)

22              My eyes are not that great.  And all

23          these things.

24   BY MR. BLUM:
```

Ernest Caranci

1   Q.      Okay.  So this shows here as 8744 Marsden,

2   right here where the red is.

3   A.      (Reviewing document.)

4                   Well, I had a yard in the front.

5   Q.      Okay.  So this is the yard out front?

6   A.      This is (indicating)?

7   Q.      Mm-hmm.

8   A.      Okay.  This is it.  So I would spray all the

9   way around.  There's a little wall here.  I had to

10  spray all here.  And I had a few plants of tomatoes

11  and around the edge here (indicating), quite a few

12  here (indicating) and I would spray there.

13  Q.      All right.  So let me just stop you for a

14  minute.

15                  So are you able to recognize that as

16  being your neighborhood?

17  A.      You know, my eyes are not that good.  You know,

18  I got one eye that's bad, I can hardly see.  And in

19  that photograph, it's hard for me to...

20  Q.      All right.  So I'm going to show you now what's

21  page three of Exhibit-3 and see if you're able to

22  identify any of those, just looking right at them.

23  A.      (Reviewing document.)

24                  Yeah.  8744.  They're all the same, so.

Ernest Caranci

```
 1                   This is not my house, so who would be

 2   8744?

 3   Q.     I believe that it is this one right here

 4   (indicating), which is the second house from the left.

 5   So did your house have a sidewalk that came down to

 6   the street?

 7   A.     Yes.

 8                   MR. MILLROOD:  Objection.  Note my

 9           objection.

10                   THE WITNESS:  Yeah, this could be my

11           house, but you took this recently.  I didn't

12           have all this stuff in there, you know.

13   BY MR. BLUM:

14   Q.     Okay.  So did your house have a little brick

15   wall?

16   A.     Yes.

17   Q.     Okay.  So --

18   A.     See, I would spray all the way around here

19   (indicating).  See all the weeds coming out here, I

20   would spray around here (indicating), around this

21   edge.  And I would spray where I had the tomatoes and

22   stuff.  And the rest was a little grass.

23   Q.     Okay.  So let me just back up.  So your house

24   had a similar brick wall to one that appears on page
```

Ernest Caranci

1   three?

2   A.      Yeah.

3                 MR. MILLROOD:  Objection.

4   BY MR. BLUM:

5   Q.      And was there any place you sprayed on Marsden

6   at the back of the house?

7   A.      At the back of the house was a -- all driveway

8   with a garage.  Sometimes the weeds come up through

9   the cement and between party walls and wherever the

10  cracks, I would do that, yeah, too.

11  Q.      Okay.  So if you were spraying out front on

12  Marsden, how long would it take you to do the

13  application?

14  A.      Well, that wouldn't take that long, maybe 20

15  minutes to half hour, about 20 minutes.

16  Q.      Okay.  And how often did you have to do that on

17  the front yard at Marsden?

18  A.      Well, whenever the weeds came up, you know,

19  maybe two weeks, three weeks, something like that.

20  Q.      All right.  And how often did you have to spray

21  in the back of Marsden?

22  A.      Well, very little in the back, because whatever

23  comes out through the concrete, you know.

24  Q.      And when you sprayed here on Marsden, did the

Ernese Caranci

1   Roundup work?

2   A.     Yeah, it always worked, that's why I been using

3   it all the time.

4   Q.     And when you sprayed here on Marsden, did you

5   ever have any incidents where the Roundup went on

6   grass or someplace where you didn't want it to?

7   A.     Yeah, sometimes it slip on the grass, it killed

8   the grass, yeah.

9   Q.     Okay.  What did you typically wear when you

10  were working on the yard here at Marsden?

11  A.     It's hot weather, I always wear shorts, you

12  know.

13  Q.     Okay.  And do you ever remember getting Roundup

14  on your skin here at Marsden?

15  A.     I don't remember.  I don't remember if I did or

16  not.  I know I did it over there in Bensalem, but here

17  I don't remember.

18  Q.     Okay.  And when you were here on Marsden, did

19  you -- were you conscious of the weather when you

20  sprayed?

21  A.     I always did it when the weather was nice and

22  warm, you know, not rainy.  I don't want to go outside

23  and spray on a rainy day.  And I'm not going to go

24  outside if it's a very windy day, you know.

Ernest Caranci

1   Q.    All right.  So when you worked on Marsden, did

2   your wear any gloves?

3   A.    No.

4   Q.    Did you wear any other type of protective

5   equipment, like on your face or anything?

6   A.    No.

7   Q.    And where did you store the Roundup here on

8   Marsden?

9   A.    Usually on Marsden, I kept it in the car in the

10  trunk of my car because I might need it at -- I didn't

11  store in the house, no.

12  Q.    And so did you ever read any of the

13  instructions about how to store that liquid in the

14  bottle?

15  A.    No.  Because when the guy recommends it, why I

16  read the instructions?  I'm figuring if this thing

17  were a danger, they wouldn't put it on the market.  So

18  I'm not going to read the instructions, I just use it

19  the way they told me to use it and I use it.

20  Q.    Okay.  And did you ever think about whether it

21  could be stored -- could or should be stored at

22  different temperatures?

23  A.    No.  I don't know.  Nobody told me that.

24  Q.    All right.  And so did you use Roundup the

Ernest Caranci

```
 1   entire time you lived here on Marsden, like, until you

 2   sold it?

 3   A.     Yes.

 4   Q.     And how, like, during a summer time, how often

 5   do you think you had to go out there and use it on

 6   Marsden?

 7   A.     Whenever the weeds come up, you know, I

 8   don't -- can't tell you exactly the numbers of the,

 9   you know, whenever the weeds come up, I would go out

10   there and do it, you know.

11   Q.     Okay.  And so the original pizza shop on

12   Aramingo, did you ever use Roundup?

13   A.     No.  I didn't have no weeds there.

14   Q.     Let me just finish my question.

15   A.     Okay.

16   Q.     Just so it's clear on the record.

17   A.     I'm sorry.

18   Q.     That's all right.

19          So on -- at the original pizza shop on

20   Aramingo, did you ever have occasion to apply Roundup

21   there?

22   A.     No.

23   Q.     All right.  So after Marsden, you moved to your

24   current home; is that right?
```

Ernest Caranci

```
 1   A.     Yes.

 2   Q.     Okay.  And have you applied Roundup ever at

 3   your current home?

 4   A.     Oh, yes.

 5   Q.     Okay.

 6                            - - -

 7                (Exhibit E. Caranci-4, Color

 8            Photographs, Bates stamped

 9            Confidential-Caranci-ECaranci-PPR-001200

10            through

11            Confidential-Caranci-ECaranci-PPR-001231, was

12            marked for identification.)

13                            - - -

14   BY MR. BLUM:

15   Q.     All right.  Mr. Caranci, I'm marking as Exhibit

16   Number-4 a whole group of photographs.

17                All right?

18   A.     Yeah.

19   Q.     And we're going to talk about these

20   photographs.  They've had numbers added at the bottom

21   so we can keep the pages straight.

22                Okay?

23   A.     Mm-hmm.

24   Q.     So I'm going to represent to you that these are
```

Ernest Caranci

1   photographs that your attorney provided to us.  So why

2   don't we -- do you want to move your drink --

3   A.     Yes.

4   Q.     -- if you don't mind a little bit.  Why don't

5   we just start with page 1200.

6   A.     Okay.

7   Q.     And tell me what is that a picture of?

8   A.     This is my house.

9   Q.     Okay.  All right.  So tell me -- and is that

10  the way the houses looked essentially the whole time

11  you lived there?

12  A.     Yes.

13  Q.     Okay.  And that's a picture of the front yard,

14  right?

15  A.     That's the front of the house.

16  Q.     Right.  Where in that picture, if anywhere,

17  would you have applied Roundup?

18  A.     See all those stones (indicating), underneath

19  this tree.  You can still see the weeds and it comes

20  all over here (indicating) and then there is another

21  line of stone that goes all the way over here

22  (indicating) and then there is dirt with landscape

23  here (indicating), they all -- the weeds come all

24  inside there, we spray there.

1    Q.    All right.  Just take a minute and go through

2    that a little more slowly.  All right.

3              So along the sidewalk that leads up to

4    the house there are --

5    A.    There is more stones on this side.

6    Q.    So along the sidewalk that goes up to the house

7    there are loose stones; is that right?

8    A.    Yes.  Landscape stone.

9    Q.    Right.  So what you're saying is, at times you

10   sprayed Roundup on weeds in those loose stones?

11   A.    Yes.

12   Q.    All right.  And you said also there was dirt

13   somewhere.  Where were you meaning there was dirt?

14   A.    Here (indicating), right here, near the window

15   here (indicating) and then alongside here

16   (indicating).

17   Q.    So there was areas where --

18   A.    Yeah.  That's -- the stones only cover this

19   part of the area on this side (indicating).  The rest

20   is dirt.

21   Q.    Right.  And when you say the rest is dirt, what

22   you mean is areas where there is shrubbery or that are

23   against the house, because the rest of the lawn is

24   grass, right?

1   A.      The rest is grass.

2   Q.      Right.

3   A.      What do you mean?  You said strawberry?

4   Q.      No.  Dirt.  So in other words you said there is

5   areas that are dirt.  And what I'm talking about is,

6   that's just underneath the bushes right, the dirt?

7               MR. MILLROOD:  Objection.

8               THE WITNESS:  Yes.  Underneath the

9          bush, underneath the trees.  This one

10         (indicating), this one (indicating), this one,

11         around here is dirt.

12  BY MR. BLUM:

13  Q.      All right.  And is it accurate that you sprayed

14  Roundup on weeds in the dirt under the shrubs?

15  A.      Yes.  Under the shrubs, yeah, yes.

16  Q.      Okay.  And is there anyplace else in the front

17  of that house where you remember spraying Roundup?

18               MR. MILLROOD:  Objection.

19               THE WITNESS:  Well, there is another

20         area here (indicating).

21  BY MR. BLUM:

22  Q.      Okay.  To the right?

23  A.      Yes.

24  Q.      All right.  So let's --

Ernest Caranci

1    A.      And there is another area here (indicating).

2    Q.      So let's just stick with this picture and then

3    we're going to go with another one.

4    A.      Another one.

5    Q.      Okay.  So let's go now to page 1201.  Okay.

6    A.      Yeah.

7    Q.      That's essentially --

8    A.      The same thing, yeah.

9    Q.      How about 1202?

10   A.      Okay.  Here is another bush.  And all weeds

11   come through here (indicating).

12   Q.      All right.  Let me just stop you for one

13   minute.  So what is it that we're looking at now?

14   Just tell me the view.

15   A.      This is to the right of the house.

16   Q.      Right.  So in order words, this is your house

17   on the left side of the picture?

18   A.      Yeah.

19   Q.      And now we're looking at the yard to the right?

20   A.      On the right, yeah.

21   Q.      So tell me where in this picture you would have

22   sprayed Roundup?

23   A.      Here (indicating) over here (indicating).

24   Q.      All right.  Just stop one second, because when

Ernest Caranci

```
1   you say here, on the record --

2   A.      Okay.

3   Q.      -- nobody know what you're talking about.

4   A.      Okay.  I'm sorry.

5   Q.      That's okay.

6               So what you're talking about is there's

7   a stone area on the bottom left of the picture under

8   the bushes, you would spray it there?

9   A.      Yes.

10  Q.      Anywhere else?

11  A.      Here (indicating).  You see the weeds --

12  Q.      Okay.  So there's --

13  A.      -- you see all these weeds here (indicating).

14  That.  I would spray here (indicating).  All this here

15  (indicating).  Here, along the side here (indicating).

16  Q.      Okay.  Let me stop you one minute.

17              So you're talking about, there is a big

18  tree in the middle of the picture, right?

19  A.      Right.

20  Q.      Underneath that big tree, there is a dirt area?

21  A.      Yes.

22  Q.      That's where you're saying you would spray

23  those weeds that appear in that dirt area?

24  A.      Right.
```

Ernest Caranci

```
 1   Q.      And you would spray all the way to the right if

 2   necessary, where --

 3   A.      All around, yeah.  This one (indicating) is

 4   another one like this one (indicating) and this one

 5   (indicating) on the side.

 6   Q.      All right.  So there is, like that big tree in

 7   the middle, there is another one to the right?

 8   A.      Another big tree like this, the same as this.

 9   Q.      To the right of it?

10   A.      Yeah.

11   Q.      Okay.  Anyplace else in that picture, 1202,

12   that you spray?

13   A.      Yeah.  All the way back here (indicating).

14   See?  The fence, I would spray all along the fence

15   because all the grass they keep coming up between the

16   fence.  And I don't want -- I don't want, you know,

17   the lawn mower won't catch it, so I would have to kill

18   it with the sprayer.

19   Q.      All right.  So if we look straight forward in

20   this picture, between the two houses, all the way at

21   the back, there is a fence line, right?

22   A.      Right.

23   Q.      And that's what you're saying you sprayed along

24   the fence line?
```

Ernest Caranci

1   A.     All the way up.  All the way up, going up.

2   Q.     All right.  So how long would it take you to

3   spray along that fence line?

4   A.     Well, I sprayed three houses, you know, it

5   would take me a little over an hour and a half.

6   Q.     An hour and a half just to spray the fence

7   line?

8   A.     No, the whole thing, between three house

9   together.

10  Q.     Okay.  So let's stop because we didn't make

11  that clear, right, so we were talking about your house

12  only which is appearing right here?

13  A.     Well, yeah, but I didn't do just one house at

14  one time, you know, I did all three at one time.

15  Q.     So I'm going to give you a chance to explain

16  that.

17                So to the right of your house, who

18  lived there?

19  A.     My sister-in-law and my brother-in-law.

20  Q.     Which sister-in-law?

21  A.     DeFrancesco.

22  Q.     And when you cut your grass, did you cut their

23  grass?

24  A.     I -- I didn't cut my grass too much.  My

Ernest Caranci

```
 1   brother-in-law did the grass cutting, cut the grass.

 2   Q.    Okay.  I apologize for making that assumption.

 3   A.    Yeah.

 4   Q.    So your brother-in-law did the grass cutting --

 5   A.    Yeah.  And I did all the weed killing.

 6   Q.    Okay.  All right.  And so your brother -- it

 7   was your house, your brother-in-law --

 8   A.    Right.

 9   Q.    -- and who lived to the right of there?

10   A.    My other brother-in-law.

11   Q.    And what is his name?

12   A.    Cantalira, Libro.

13   Q.    Okay.  And did you do the spraying there as

14   well?

15   A.    Yeah.

16   Q.    Okay.  And so is it accurate, then, to do all

17   three of those properties --

18   A.    Right.

19   Q.    -- you would spend an hour and a half?

20   A.    About that.

21   Q.    How often did you do that?

22   A.    Every couple weeks.

23   Q.    Okay.  All right.  So I'm going to move ahead

24   now.  That was page 1202.  Let's look at 1203.
```

1   A.      (Reviewing document.)

2              Which one?

3   Q.      This looks like it 1237.

4   A.      Yeah, that's my -- DeFrancesco's house.

5   Q.      Okay.

6   A.      See?  Now, this you could see a little better

7   on here on my house the way the picture was taken, but

8   that's what it was around my house, the same way.  We

9   all have the same kind of houses, and the same

10  landscape.

11  Q.      Okay.  So what you're saying is the same, is

12  the area where there is the dirt and the stone and

13  what you're pointing out --

14  A.      Weeds.  You can see weeds.  You see it right

15  here now (indicating).  You can see it here

16  (indicating) it would kill it, I would spray along

17  there, right on the side.

18  Q.      All right.  And so what you're pointing out is

19  that there is a dirt and stone area at the front and

20  one that runs across the front of the house?

21  A.      Yeah.

22  Q.      Right here (indicting).

23  A.      Yeah.  On the side here and on the front of the

24  window here, yeah.

Ernest Caranci

```
 1   Q.    All right.  Let's take a look now at 1204.

 2   A.    (Reviewing document.)

 3             Okay.  This is my other

     brother-in-law's house, Libro.

 4

 5   Q.    And did you do the same type of spraying here?

 6   A.    Yeah.

 7   Q.    Okay.  1205, what is that a picture of?

 8   A.    This is my house.

 9   Q.    Okay.  But it's the back of your house, right?

10   A.    The back.

11   Q.    Okay.  So in the back of your house is there a

12   deck?

13   A.    Yeah.

14   Q.    And was that there the whole time you lived

15   there?

16   A.    Yes.

17   Q.    Okay.

18   A.    We bought -- it was built when we bought the

19   house.

20   Q.    Okay.  And did you do any spraying anywhere

21   around that deck?

22   A.    Yes.  Inside here (indicating) there is stones.

23   And inside here (indicating), so I would kill the

24   weeds from spraying in -- underneath there.
```

Ernest Caranci

1    Q.     Okay.  So when you say inside here, we have to

2    make sure we're clear so everybody understands what

3    that means.

4    A.     Yeah.

5    Q.     So what you were talking is underneath the deck

6    where the lattice is?

7    A.     Yes.

8    Q.     So did you remove that lattice or how did you

9    do it?

10   A.     There is a gate here (indicating) on the side.

11   On the side there is a gate.  I would go through the

12   gate and do the spraying.

13   Q.     So you -- there is a gate where you could get

14   underneath the deck?

15   A.     Yes.

16   Q.     Okay.  How long would it take you to spray

17   under that deck?

18   A.     It all depends, you know, how much weeds were

19   growing.  Maybe 15 minutes, 10 minutes.

20   Q.     Okay.  And what was underneath there?  Was

21   there stone or was it just --

22   A.     Stone.

23   Q.     Okay.  Anything else where you would have

24   sprayed --

Ernest Caranci

```
 1   A.      And I sprayed on this deck (indicating).

 2   Q.      Okay.  So that deck to the left there is which

 3   house?

 4   A.      DeFrancesco.

 5   Q.      Okay.  And so you would have done the same

 6   thing at his house?

 7   A.      Here, it's hard to get in, I would have to

 8   stick the nozzle in through the lattice holes there

 9   and spray from far away, which that sprayer had enough

10   power to go -- do the distance.

11   Q.      All right.  And when you say that sprayer, is

12   that the pump one or the --

13   A.      The pump.  I always use the pump here because

14   there is too much ground.

15   Q.      Okay.  1206, can you tell us what that is a

16   picture of?

17   A.      This is my little garage in the back.  And this

18   is all mine (indicating).  This is my deck.  And this

19   is my DeFrancesco.  And this is Libro.  And this fence

20   around is from this side of the (indicating) the

21   garage, all the way across to the end of this line

22   over here (indicating) would be this little shack here

23   (indicating).

24   Q.      Okay.  So let's make sure we're clear.  So if
```

Ernest Caranci

1    we're looking at this picture on the extreme left hand

2    side, there's a piece of a building there, right?

3    A.      Yeah.

4    Q.      That's your garage?  Like --

5    A.      Yes.

6    Q.      -- is it a garage you can put a car in or just

7    a storage?

8    A.      No.  Storage.

9    Q.      Okay.  And if we look to the right, to this

10   picture, you can see the fence line we talked about

11   before, right?

12   A.      Yes.

13   Q.      It goes all the way down until, it looks like

14   there is another little white building there; is that

15   right?

16   A.      Yeah.  That belongs to another neighbor.

17   Q.      All right.  So is that the beginning of the

18   other neighbor's property?

19   A.      Yes.

20   Q.      All right.  So --

21   A.      Maybe a little, four or five feet before.

22   Q.      Okay.  And what you did is you sprayed along

23   the base of that fence line?

24   A.      Along the side of the fence, all the way up.

Ernest Caranci

1    Yeah.

2                    And see these plants here (indicating),

3    these are fig plants.  There is another one here

4    (indicating).  And before I had more because I had to

5    cut down, it died.  There is another one here

6    (indicating) that died, I had to cut it down.  Before

7    I had more.  And these are persimmons, which I sprayed

8    all around the circle over there.

9    Q.    Okay.  You lost me there for a minute.

10                   Did you say this was a fake plant?

11   A.    Yes.  It's a little fig plant.

12   Q.    Okay.  And so you sprayed around the base of

13   it?

14   A.    Yeah.

15                   MR. MILLROOD:  I'm sorry.  Is it fig or

16          --

17                   MR. BLUM:  Fake.  That's what I'm --

18                   THE WITNESS:  Figs.

19                   MR. MILLROOD:  F-I-G.

20                   MR. BLUM:  F-I-G.  Okay.  It threw me

21          for a loop there for a minute.

22                   MR. MILLROOD:  All of us.

23                   MR. BLUM:  Fig.

24                   MR. MILLROOD:  Real figs.

Ernest Caranci

```
 1                    MR. BLUM:  Yeah.  Real figs.

 2   BY MR. BLUM:

 3   Q.      And then there was a taller bush, was that

 4   something else?

 5   A.      Which one?  The big one?

 6   Q.      Yeah.

 7   A.      There was an apple tree.

 8   Q.      Okay.

 9   A.      And in a matter of years it died too.  It's

10   dead.  So this one was another apple tree, I had to

11   cut it down, it died, you know.

12   Q.      So what's on the other side of that fence?

13   A.      That's more, it's like electric, you can see

14   the electric going through in the back here.

15   Q.      Oh, so there is like an electric right of way

16   there?

17   A.      Yeah.  There's electric, high power electric on

18   the other side.  And there is a railroad track on the

19   other side.

20   Q.      Okay.  And does -- do you know who owns the

21   fence?

22   A.      The electric company.

23   Q.      Okay.  You don't own the fence?

24   A.      No.
```

Ernest Caranci

1                    Oh, the fence?

2    Q.    The fence?

3    A.    I own the fence.

4    Q.    Okay.

5    A.    I put up the fence, when the house was built.

6    Q.    Okay.

7    A.    But they own the ground.

8    Q.    Got it.

9                    Okay.  All right.  1207.

10   A.    (Reviewing document.)

11                   This is my house.

12   Q.    And again, it shows the patio?

13   A.    Yeah, I think these are figs.

14   Q.    Okay.  1208.

15   A.    Okay.  Now, I explained it to you before.  You

16   only see one tree before.  Now you see the blessed

17   mother here and then you see the other tree.  So

18   this -- our party line is from here (indicating).  But

19   we don't have no party line, it's one big family all

20   of us, so we kept it the way it is now.

21   Q.    Okay.  1209.

22   A.    All right.  This is the front of the house.

23   Q.    And is this the base of those big trees, is

24   that what we're looking at?

Ernest Caranci

```
 1    A.      Yes.

 2    Q.      Okay.  And this --

 3    A.      These are the weeds.

 4    Q.      Okay.  And, like, the area that's cut out, like

 5    the landscaping piece?

 6    A.      That's a circle.

 7    Q.      Right.

 8    A.      The grass and the between.

 9    Q.      All right.  And had that circle, that cutout

10    circle been consistent the whole time you lived there,

11    like the size of it?

12    A.      Well, we had to fix it once in a while, you

13    know?

14    Q.      You didn't make it any bigger, though, or

15    smaller?

16    A.      No.  Same size.  Same size.

17    Q.      Okay.

18    A.      That's the pump I use, yeah.

19    Q.      All right.  1210.  Okay.  Shows a Craftsman

20    pump.  Okay.  And do you still own that pump?

21    A.      Yeah.

22    Q.      And where is it now?

23    A.      I have it in my house.

24    Q.      And how long have you had that pump?
```

Ernest Caranci

1    A.    Quite a few years.

2    Q.    All right.  And is it one that you actually did

3    use to spray Roundup at some time?

4    A.    Yeah, before I got sick, yeah.

5    Q.    Okay.  And it says on here, it's one gallon,

6    right?

7    A.    Yeah.

8    Q.    All right.  So if you bought a one gallon jug

9    of Roundup, it would fit in there?

10   A.    It would fit, if I squeezed it in.

11   Q.    If you squeezed it in.  Right.  Okay.

12              And if we look at this one, you can see

13   this is what I was trying to ask you that question

14   about, about the wand.  Right.  So it goes from the

15   handle --

16   A.    Yeah.

17   Q.    -- down, right?

18   A.    Yeah.

19   Q.    Is that pretty much the same kind of sprayer

20   you used all through the years?

21   A.    Yeah, pretty well.  I'm not a hundred percent,

22   but pretty -- the same, looks the same.  Yeah.

23   Q.    All right.  And how long do you think that hose

24   is that goes from --

Ernese Caranci

```
1    A.      I never measured --

2                    MR. MILLROOD:  Objection.

3                    THE WITNESS:  -- but it's quite a --

4         it's pretty big, three feet, maybe more.

5    BY MR. BLUM:

6    Q.      Okay.  So photograph 1211, what is that of?

7    A.      This is my father-in-law's house on Norwalk

8    Street.

9    Q.      Okay.

10   A.      1207, that's where we made the garden here.

11   Q.      Okay.  Let's just stop for a minute.

12                    So 1207 Norwalk.

13   A.      Yeah.

14   Q.      Okay.  So when did you first start spraying at

15   1207 Norwalk?

16   A.      Same time.  He moved over there the same time

17   we moved, in the '90s, '92, '93.

18   Q.      Okay.  And for how many years did you spray

19   there?

20   A.      Until 2009, 2010.  He passed away.

21   Q.      Okay.  How far is that from your house?

22   A.      Well, it's about four, five blocks maybe.

23   Q.      And did you drive over there or did you walk

24   over there to work on his house?
```

Ernest Caranci

```
 1   A.      In the summertime, sometimes during the day, a
 2   nice day I took a walk, sometimes I put it in the back
 3   of the truck, the car and I would go drive there.
 4   Q.      Okay.  And when you came over here to Norwalk,
 5   did you use the pump spray bottle that we just talked
 6   about?
 7   A.      Yeah.
 8   Q.      Okay.  And when you came over here, tell us
 9   where you sprayed on Norwalk?
10   A.      I spray alongside the wall here (indicating),
11   because a lot of grass grows and weeds, outside and
12   the inside.  And I sprayed that all where the garden
13   is, around here (indicating), and between wherever the
14   grass grew.
15   Q.      So let me just make sure I understand this
16   picture.  So is this on the right hand side, is that
17   the back of his house?
18   A.      This is the back of the house.
19   Q.      Okay.  And so there is a --
20   A.      But there is a wall here.
21   Q.      Right.
22   A.      We can walk.  It's attached to the house.
23   Q.      Right.  And is there like a patio on the other
24   side of that --
```

```
 1   A.      There is a patio there.

 2   Q.      So there is a brick wall along the patio?

 3   A.      Right.

 4   Q.      And you sprayed along that brick wall?

 5   A.      Yeah, whenever the grass come out, on both

 6   sides.

 7   Q.      And then there is like a white wall.  So like

 8   the garden he had, was that like an elevated garden?

 9   Was it like a -- is the garden inside the white wall?

10   A.      Yeah, inside the wall.

11   Q.      And did you spray in the garden or along the

12   wall or both?

13   A.      Both, wherever the weeds are.  But I did inside

14   and outside.

15   Q.      All right.  And what kind of things was your

16   father-in-law growing in the garden?

17   A.      Tomatoes, peppers, squash.  He was an expert

18   in -- that's all he did, his life, cultivating farmer.

19   Q.      Okay.

20   A.      So he grew a lot of stuff, you know.

21   Q.      And when you sprayed here, did you wear any

22   gloves or anything?

23   A.      No.  I never wear gloves any time.

24   Q.      Okay.
```

Ernest Caramel

```
 1                  (Flipping through pictures.)

 2   A.    This is the same garden.  You can see squash.

 3   Q.    Give me a second.

 4              So now we're looking at page 1212.

 5   Okay.  And it looks to me like there is a couple

 6   different photographs put together here.  So let's

 7   talk about the bottom right hand corner.

 8              Who is that?

 9   A.    That's my father-in-law.

10   Q.    Okay.  And who is the person with the blue

11   shirt?

12   A.    This is Libro.

13   Q.    Okay.  And where is Libro?  Where is he at in

14   that picture?

15   A.    He's here. (Indicating)

16   Q.    I know that.  But where is that picture taken?

17   Like, where -- like, what are we looking at?

18   A.    We're looking at my father-in-law's garden.

19   Q.    Okay.  So this is the back of your

20   father-in-law's house?

21   A.    Yes.  This one (indicating), yeah.

22   Q.    All right.  And is this the garden that we just

23   talked about with the white wall?

24   A.    Yes.
```

Ernest Caranci

1   Q.    All right.  Is there in anything else when you

2   look at this picture of where you would have sprayed

3   Roundup, other than what you've already told me?

4   A.    In this picture, it would be mostly where the

5   peppers, tomatoes and stuff.  Not too much in here

6   (indicating), because you kill the squash.  They lay

7   on the ground, I don't want to hurt them, so here

8   (indicating), I didn't touch.

9   Q.    Okay.

10  A.    The wall, this is my father-in-law too.

11  Q.    Okay.

12  A.    And all this (indicating).

13  Q.    All right.  So all, like in the upper right

14  hand corner, there's taller green plants, that's like

15  the tomatoes and the peppers?

16  A.    Yeah, tomatoes and peppers.  And there is

17  another wall.  The wall that you seen before is on the

18  other side now.

19  Q.    All right.  Okay.

20         All right.  1213, can you tell me what

21  that's a picture of?

22  A.    This is Libro's house.

23  Q.    Okay.  Where at his house?

24  A.    That's in the back of his house, where he --

Ernest Caranci

1    his address is 1239.

2    Q.    Okay.  So is this back along the fence line at

3    the back of the property?

4    A.    Yeah.

5    Q.    All right.  And what is this area?  I mean, to

6    me it looks like a dog kennel almost in there.

7    A.    These are -- I don't spray in here, I didn't do

8    this.  These are basil, some peppers, some tomatoes,

9    too, maybe.  He uses -- sometimes if he has extra, he

10   puts it in the container of a vase, you know.

11   Q.    Okay.  And where if anywhere in this picture,

12   1213, did you spray Roundup?

13   A.    Well, I sprayed sometimes in the middle of

14   these blocks that are on the bottom.

15   Q.    How often would you have to do that?

16   A.    At the same time I did the rest of them.  I did

17   it all in one shot.

18   Q.    (Flipping through pictures.)

19   A.    And this is the continuation.

20   Q.    All right.  I'm sorry.  It's 1214.  And tell me

21   again what it is?

22   A.    This is the fence that you see, but it on this

23   end (indicating), and this is the garden.

24   Q.    Okay.  And what is --

Ernest Caranci

1   A.     Oh, no.  No.  This is the fence that's over

2   here (indicating)?

3   Q.     Right.

4   A.     This is the opposite way.

5   Q.     All right.  So this fence up here at the top is

6   the fence we just saw in the prior picture?

7   A.     Right.  Yeah.

8   Q.     And how about all these, is looks like --

9   A.     These are trees between the fence.  He's got a

10  fence, the fence that I just comes along here, goes

11  behind these trees.

12  Q.     Okay.  So when you sprayed along the fence

13  line, did you ignore the back piece of that?

14  A.     Yeah, sometimes.  Sometimes I -- there is a

15  gate right in here (indicating) and I would go behind

16  the gate and spray behind the trees where the grass

17  was growing.

18  Q.     Okay.  1215, are you able to recognize that?

19  A.     (Reviewing document.)

20          I don't know which house this is.

21  Q.     It looks like the wall of the house, right?

22  A.     Yeah.  I don't remember.  I don't remember.  I

23  don't recognize good.

24  Q.     All right.

Ernest Caranci

```
 1   A.     See I killed all this grass (indicating).

 2   Q.     All right.  Stop one second.

 3                  So this is 1216, right?

 4   A.     Okay.

 5   Q.     Is this the fence line we've been talking

 6   about?

 7   A.     It is.

 8   Q.     Do you know when this picture was taken?

 9   A.     This picture here?

10   Q.     Mm-hmm.

11   A.     I think my attorney took these picture.

12   Q.     Right.  And about when was it he took them?

13   A.     I don't remember exactly when.  He would know

14   better than I do.

15   Q.     Okay.  All right.  And again, this is the fence

16   line that you would have sprayed along?

17   A.     Yes.

18   Q.     1217, is along the fence line, right?

19   A.     Yeah.

20   Q.     Okay.  1218, what is that a picture of?

21   A.     That's my house, on the side.

22   Q.     Okay.  On if we were standing at front of the

23   house, which side is it on?

24   A.     It would be on the right.
```

Ernest Caranci

1   Q.      Okay.  And that's a door that comes out?

2   A.      It's a side door, yeah.

3   Q.      Where, if anywhere, in photograph 1218 would

4   you have sprayed Roundup?

5   A.      I would have to spray -- see here (indicating),

6   you can see all these weeds.  I would spray all along

7   here (indicating), the wall, in here (indicating),

8   sometimes in here (indicating).

9   Q.      Okay.  So in -- in this picture there is like a

10  little semicircle, right?

11  A.      Yeah.

12  Q.      You sprayed inside that or outside that?

13  A.      Right against the wall I don't want to, you

14  know --

15  Q.      Okay.

16  A.      And I sprayed sometimes inside, which I put

17  flowers here (indicating), you know the roses.

18  Q.      All right.  You know what, I want to go back

19  for a minute to like 1217.

20              So this is what I would call a cyclone

21  fence; is that right, like it's a metal fence?

22  A.      Yes.  It's a chain.

23  Q.      Chain, okay.  Chain link.  Okay.

24  A.      Yeah.

Ernest Caranci

1    Q.     And it looks like there is like a lot of -- are

2    those vines that were inter, like, wrapped in the

3    fence or is that something behind?

4    A.     They were on the other side of the fence.

5    Q.     Okay.

6    A.     And, they, you know I can't kill them.  I don't

7    want to do nothing to them.  So I'm interested not to

8    come out on my side.

9    Q.     Got it.

10            Okay.  And were there ever vines that

11   grew up on your side?

12   A.     Huh?

13   Q.     Were there ever vines?

14   A.     Like these (indicating)?

15   Q.     Yes.

16   A.     No. I didn't give them a chance, you know, I

17   sprayed.

18   Q.     So whatever was there on your side, the Roundup

19   killed?

20   A.     Yes.

21   Q.     All right.  1219, this is the front of your

22   house again, right?

23   A.     Correct.

24   Q.     Okay.  This is the one big tree on the left?

Ernest Caranci

```
1   A.      Right.

2   Q.      Okay.  And again, this just shows the area

3   where you would have sprayed in front?

4   A.      Yeah.  In here (indicating).

5   Q.      Okay.  1220, that's the same picture just taken

6   a little back?

7   A.      Yes.

8   Q.      1221.

9   A.      That's my house.

10  Q.      That's your house again?

11  A.      Yeah.

12  Q.      Okay.  What is your driveway made of?

13  A.      It's made of asphalt.

14  Q.      Okay.  1222, is that your mailbox?

15  A.      That's my mail -- yeah, between the street.

16  And I would spray here.  See?  The street?  The curb?

17  It grew a lot of weeds and I would spray there.

18  Q.      Okay.

19              1223.

20  A.      That's front of my house.

21  Q.      Okay.

22              1224.

23  A.      Look like my house, yeah.

24  Q.      Okay.  So this is the --
```

Ernest Caranci

1    A.     That's the weeds.

2    Q.     But this is like an elevated --

3    A.     It's a wall.

4    Q.     Wall?

5    A.     A circle.

6    Q.     And is it right against the house?

7    A.     Yes.  It's attached to the house on the side.

8    And it goes around, then it goes the other way.

9    Q.     And which, if we were standing at the front of

10   the house, which side of the house are we looking at?

11   A.     It would be on the left.

12   Q.     (Flipping through pictures.)

13   A.     That's Libro's.

14   Q.     All right.  1225, that's the same fence

15   scenario we looked at the back before?

16   A.     Yes.

17   Q.     1226.

18   A.     Same one.

19   Q.     Same one.

20                  1227.

21   A.     Yeah, that's Libro house.  That's before

22   plants, you know.

23   Q.     Right.  So that's the garden area we saw before

24   --

Ernest Caranci

```
 1  A.      Yeah.

 2  Q.      -- had it plants in it, and now this is

 3  without?

 4  A.      Right.

 5  Q.      1228 is the same garden area?

 6  A.      Same one, yeah.

 7  Q.      1229.

 8  A.      That's the garden, Libro's garden.

 9  Q.      Right.  And those --

10  A.      Those are pine trees.

11  Q.      At the back of the garden.  Okay.

12                  (Flipping through pictures.)

13  A.      Same one.

14  Q.      Okay.  So 1235 is the same garden again?

15  A.      Correct.

16  Q.      Okay.  So some of these pictures showed the

17  garden like in full bloom and some not.  So were these

18  taken like --

19  A.      These are in the end of the year of the

20  produce, you leave it like this, you know, what are

21  you going to do with it, you know, there's no plants.

22  Q.      I totally agree with you.  The question is,

23  were -- did someone take these pictures at different

24  times of the year?
```

Ernese Caranci

```
 1   A.      I don't know.

 2   Q.      Do you remember somebody other than

 3   Mr. Millrood taking pictures?

 4   A.      I don't remember.  I think somebody else,

 5   another -- not somebody from another office, another

 6   person came took them before too.  I don't know.

 7   Q.      Okay.  All right.

 8                  MR. BLUM:  Let's take a break for just

 9          two minutes.  All right?

10                  MR. MILLROOD:  Okay.

11                  THE VIDEOGRAPHER:  Going off the

12          record, the time is 2:10 p.m.

13                  (A short break was taken.)

14                  THE VIDEOGRAPHER:  Standby.

15                  We are back on the record, the time is

16          2:24 p.m.

17   BY MR. BLUM:

18   Q.      Mr. Caranci, I'm sorry, a couple questions I

19   want to go back on.

20                  Serota Place, at your house, where did

21   you buy the Roundup that you used on Serota Place?

22   A.      Mostly after I used Home Depot.

23   Q.      Okay.  And S and H, where did you -- at what

24   period of time would you have bought at S and H?
```

Ernest Caranci

```
1    A.      I'm sorry?

2    Q.      S and H Hardware, when would you have gone

3    there?

4    A.      When I was near there was the pizza shop, it

5    was close by there.

6    Q.      All right.  So most of the time for the house

7    would have been at Home Depot?

8    A.      Wherever I was at most, not most of it.

9    Whatever I was comfortable the area.

10   Q.      All right.  So after you stopped using Roundup,

11   did you try some other product?

12   A.      No.

13   Q.      Okay.  So I just want to go back to Caranci-4

14   and look at page number 1218.  Okay.  So in this

15   photograph, it looks to me like along the wall, the

16   garden wall and the house wall, that the weeds have

17   been sprayed with something or they're dead.  Can you

18   tell me --

19   A.      Yeah.  Roundup.

20   Q.      Okay.  So whenever this photograph was taken,

21   1218, you were using Roundup at that time?

22   A.      No.  No.  This one here, they are dead that's

23   because the winter time is when these kind of stuff

24   dies, you know what I mean.  This -- I haven't used
```

Ernest Caranci

1   Roundup for a long time since 2014, I think is the

2   last time I used Roundup.

3   Q.    So as far as you know there was no products

4   sprayed along that wall --

5   A.    No.

6   Q.    Let me just finish my question.

7   A.    No.

8   Q.    As far as you know, there was no products

9   sprayed along the stone wall or along the wall of the

10  house?

11  A.    No.

12  Q.    Have you employed or asked someone else to come

13  in and spray at the house for you?

14  A.    I don't employee nobody, no.  No.

15  Q.    Okay.  All right.  Let me mark as Exhibit-5 a

16  different set of photographs of Serota Place.

17                      - - -

18              (Exhibit E. Caranci-5, Color

19          Photographs, 11 pages, was marked for

20          identification.)

21                      - - -

22  BY MR. BLUM:

23  Q.    Mr. Caranci, I'm just going to show you this.

24  This is like a recent aerial photograph.  And do you

Ernest Caramel

```
1    recognize that to be -- like your house is on the

2    left, right?

3    A.     Right.

4    Q.     And then this house in the middle is?

5    A.     DeFrancesco.

6    Q.     All right.  And then on the right is?

7    A.     Is Cantalira.

8    Q.     All right.  So let's take a look at page, skip

9    ahead to page number four.  Okay.

10                 If we're looking at this one, can you

11   tell me which -- the house right --

12   A.     That's Cantalira.

13   Q.     And your house would be to the left of there,

14   right?

15   A.     Yeah.

16   Q.     Okay.  And on page five?  That's the same shot,

17   right?

18   A.     Right.

19   Q.     Okay.  And on page six, can we see all three

20   houses on that one, all the way down to your house?

21   A.     Right.

22   Q.     Yes, that's correct, we can?

23   A.     Yes.  This is my house -- no, no, this is

24   Cantalira's house.
```

Ernesto Caranci

```
1    Q.     Right.

2    A.     And this is DeFrancesco's house.

3    Q.     Right.

4    A.     And that's my house.

5    Q.     All right.  So on page six, we can see all

6    three of them?

7    A.     Yeah.

8    Q.     Okay.  I'm going to turn to page nine, if we

9    could.  And that kind of -- that's your house on the

10   left, right?

11   A.     Yeah.

12   Q.     So that gives us the full view of the whole

13   front yard with the --

14   A.     Right.

15   Q.     And on page 10, can you tell me whose house is

16   in the middle there?

17   A.     This house here, it was -- this is my house.

18   Q.     Okay.

19   A.     And this is DeFrancesco's house.

20   Q.     All right.

21   A.     That's Libro Cantalira.

22   Q.     Okay.  And on page 11.

23   A.     Page 11?  This is my house.

24   Q.     Right.  Okay.
```

Ernesc Caranci

```
 1   A.      This is DeFrancesco's house.

 2   Q.      Great.  Thank you.

 3                       - - -

 4               (Exhibit E. Caranci-6, Color

 5          Photographs, 13 pages, was marked for

 6          identification.)

 7                       - - -

 8   BY MR. BLUM:

 9   Q.      All right.  I'm going to show you some

10   photographs of what I believe is your father-in-law's

11   house.  We're going to mark these as Exhibit Number 6.

12               So your father-in-law was at 1207

13   Norwalk, right?

14   A.      Yes.

15   Q.      Okay.  You know what, I forgot to ask you this.

16   So if we were standing on the street at Norwalk and

17   looking at that house, is it accurate that that's like

18   a, what I'll call, a duplex or a twin?

19   A.      Twin.

20   Q.      Okay.  And your father-in-law lived, if we were

21   on the street, he lived on the left side?

22   A.      Right.

23   Q.      Okay.  Did he own both sides or just the left?

24   A.      No.  He owned just the left.
```

Ernest Caranci

1    Q.     The left.  Okay.  All right.

2              And do you recognize in Exhibit Number

3    6, photograph number 1, like, an overhead view of his

4    house on Norwalk?

5    A.     What do you mean an overhead view?

6    Q.     So in other words, this is like, taken

7    satellite view of his house in the middle of Norwalk,

8    do you recognize that?

9    A.     Yeah.  This is his house (indicating), on this

10   side.

11   Q.     Right.  So on the left-hand side of the

12   property where the red dot is --

13   A.     Yeah, the roof starts here (indicating).

14   Q.     Right.  Okay.

15             And when I look at this photograph --

16   all right.  I'm going to skip ahead to page six if we

17   could.

18             Okay?

19   A.     Mm-hmm.

20   Q.     Do you recognize that to be the front of the

21   house?

22   A.     Yeah.  This is the front of the house.

23   Q.     All right.  So the house -- obviously, not his

24   tractor-trailer, right, whoever parked that.  But on

Ernest Caranci

1  the left-hand side of page six is his house; is that

2  right?

3  A.     Right.

4  Q.     Okay.  And it looks to me like there is a

5  concrete driveway here.  Is that the way it was when

6  you --

7  A.     Yeah.  This is wall here (indicating) retaining

8  wall.  And this is a driveway (indicating).  And there

9  is flower area here where he plant flowers and stuff

10 like that.

11 Q.     Okay.  All right.  And I'll show you a picture

12 on page eight, if you can.

13 A.     Okay.

14 Q.     And this is from the back.  And his house was

15 over here (indicating) on the right-hand side, right?

16 A.     Right.

17 Q.     Okay.  Skip ahead to page 11.  And is that the

18 view from his house looking back?

19 A.     Yes.

20 Q.     Okay.  And on page 12, is that a view looking

21 from the back towards his patio?

22 A.     Yes.

23 Q.     Okay.  Thank you.

24                And so was there ever any time where

Ernest Caranci

1   you sprayed Roundup at the Cottman Avenue property?

2   A.     Cottman Avenue was very little.  Occasionally,

3   if they pop up through the concrete or the side walls

4   on the back.  But that's like not a big area.

5   Q.     Okay.  All right.  I'm going to mark as Exhibit

6   Number 7, I think is a series of photographs of the

7   Cottman Avenue property.

8                          - - -

9                    (Exhibit E. Caranci-7, Color

10              Photographs, 7 pages, was marked for

11              identification.)

12                         - - -

13  BY MR. BLUM:

14  Q.     And if you look at page one of Exhibit Number

15  7, is this the Cottman Avenue property here at the

16  top?

17  A.     (Reviewing document.)

18                   Yeah.  It's hard to look at eyes on

19  here, but, yeah, that's 1618, that's what it is.

20  Yeah.

21  Q.     So is this Cottman out here (indicating)?

22  A.     Yeah.

23  Q.     Okay.  All right.  Let's see if we can find one

24  that's a little better.

Ernest Caranci

1                    How about page two, is that a little

2    bit clearer?

3    A.    That's Cottman Avenue, yeah.  This would be the

4    front of the house, right?

5    Q.    Yes.

6    A.    Yeah.  There's a little wall here (indicating),

7    a flower -- flower -- used to plant a lot of flowers

8    to make it look more presentable.  And I used to spray

9    along the wall, inside there, you know, where the

10   flowers were.

11   Q.    All right.  And at the back of the property

12   there is some parking back there; is that right?

13   A.    Yeah.  There is a fence here (indicating),

14   going along with steps going down.  Usually the weeds

15   come through the fence, I would spray there, or the

16   driveway in between the cracks of the cement

17   separation that pop up.

18   Q.    All right.  So is this like at the back of the

19   property, like an alley way or driveway?

20   A.    This is a driveway.

21   Q.    Okay.

22   A.    It's a driveway.  It goes to -- all down to

23   Summerdale.

24   Q.    All right.  And then there is the -- there is

1   no grass break from the street to the front of the

2   building, right, it's all sidewalk?

3   A.     That's all sidewalk.  And this is where you

4   come in to, it would be just a regular ramp.

5   Q.     All right.  So if you decided to spray Roundup

6   here on Cottman Avenue, how long would it take you to

7   do it?

8   A.     Well, that's very little stuff, like 10

9   minutes, 10-15 minutes.

10  Q.     And where do you bring the Roundup from?  Or

11  where do you --

12  A.     I usually, when I had to do this, I had brought

13  with me in the car and I used it and then I took it

14  back home.

15  Q.     Okay.  And I apologize, I should have asked

16  this.  At Serota, did you store -- where did you store

17  the Roundup there?

18  A.     When I did Serota, I had a big container from

19  Bensalem.  And when I do Serota a lot of time I would

20  bring with me, if I had -- all depends what I had

21  left.  And now I would have a gallon and keep it with

22  me, just spray it without the pump.

23  Q.     Okay.  So you sold Bensalem, though, right?

24  After you sold Bensalem, where would you keep the

1    Roundup?

2    A.      When I sold Bensalem.  I sold Bensalem '99.

3    Q.      So after '99, right?

4    A.      Right.

5    Q.      Where -- and you were going to spray here -- or

6    you were going to spray at Serota --

7    A.      Right.

8    Q.      -- where would you keep the Roundup?

9    A.      I would keep it with me at my house.

10   Q.      Okay.  And where at the house?

11   A.      92 -- I mean, 1235 Serota Place.

12   Q.      And where at the house, where would you store

13   it at the house?

14   A.      Sometimes in my garage, sometimes in the shed.

15   Q.      Okay.  That little white shed that we saw in

16   the back?

17   A.      Yeah.

18   Q.      So is there anything place else that you

19   sprayed Roundup, other than what we've talked about?

20   A.      That's all I remember right now.  Yeah.

21   Q.      Okay.  All right.  And your father-in-law's

22   when -- how often did you go there?  I don't think I

23   asked you that question.  I apologize if I did.

24   A.      When I did our houses, our three houses, I

Ernest Caranci

1  would go there and do all at one time.

2  Q.     Okay.

3  A.     Every time, no use doing one time, another

4  time, I'm already on the same job, so I would do all

5  four of them.

6  Q.     Okay.  All right.  And so how long would it

7  take to do the whole four?

8  A.     It all depends how, you know, sometimes -- I

9  never timed myself.  You lose time between, you know,

10 other things you got in your way, but usually it takes

11 an hour and a half to two hours, you know.

12 Q.     All right.  And you were buying the Roundup

13 mostly at Home Depot at that point?

14 A.     Yes.  Home Depot, S and H, whatever I had, the

15 closest I had at the time.

16 Q.     All right.  And how often were you going --

17 like in the summer, how often would you go to Home

18 Depot to buy Roundup?

19 A.     Once a month maybe, maybe less than once a

20 month or more than once a month.  I would buy other

21 place, I wouldn't go to Home Depot, you know.

22 Q.     And when you bought at Home Depot, how much did

23 you buy typically?

24 A.     Usually always bought two gallons at the time,

Ernest Caranci

1    two gallons.

2    Q.    I'm sorry.  That tank sprayer that was in the

3    picture, where is that right now?  Is it in, like,

4    your shed or your garage?

5    A.    It's in my garage.

6    Q.    And I apologize, I didn't ask you this.  When

7    you did the spraying at home, did you typically wash

8    your hands after you sprayed?

9    A.    I do -- did other things outside, you know what

10   I mean.  Sometimes at the end I wash my hands, you

11   know, but when I'm spraying, I'm not going to stop and

12   go inside and wash my hands I just do whatever I was

13   doing, you know.

14   Q.    Right.  But my question though is not during

15   the spraying, but, like, when you were done.  Like,

16   I'm done working in the yard today, did you typically

17   wash your hands?

18   A.    When I remembered, yeah.

19   Q.    Okay.  And did you typically take a shower

20   after you worked on the garden?

21   A.    Not all the time, no.

22   Q.    Okay.  And did you have a pattern of whether

23   you would do that spraying like before you went to the

24   pizza shop or after?  When did you do that when you

1  lived on Serota?

2  A.    Usually I would do sometimes a little later,

3  after when I come home or I, in the morning I never do

4  it in the morning because I was always in a rush to go

5  to the pizza shop.  But in between, sometimes I had a

6  break during the day, I run home a couple hours, three

7  hours and then I go back when it's busier time, I did

8  then.

9  Q.    Okay.  And I don't remember if I asked you this

10  or not.  Did you ever remember when you were, like, on

11  Serota actually getting Roundup on your skin?

12  A.    On Serota?

13  Q.    Yeah.

14  A.    When I do -- was doing the fence, probably a

15  couple times, it was I got it on my legs, you know,

16  shorts, I'd wear shorts, so...

17  Q.    And do you remember any times on Serota where

18  you accidently killed like part of the lawn or

19  something that you didn't --

20  A.    Something, yeah.  A lot of times, you know, I

21  was too close to the lawn and I hit the lawn a little

22  bit a lot of times.

23  Q.    So I just want to make sure I understand.

24              So you, Bensal- -- when you were in

Ernest Caranci

1    Bensalem, you had that property, you were living on

2    Marsden, right?

3    A.    Yeah.

4    Q.    Okay.  And then after you left Marsden, you

5    moved to Serota, you had already sold the Bensalem

6    property at that point when you moved to Serota,

7    right?

8    A.    Well, when I move to Serota in 1992, Bensalem I

9    sold in '99.

10   Q.    Okay.

11   A.    So I still had it, yeah.

12   Q.    All right.  So from the time, from '92 to '99

13   were you storing the Roundup in Bensalem or at home or

14   both?

15              MR. MILLROOD:  Objection; asked and

16         answered.

17              THE WITNESS:  Well, I don't --

18         sometimes I left it there.  If, you know,

19         sometimes I'd put it in the back -- most of the

20         time I put it in the back of my trunk and take

21         it with me, you know, in case I need it some

22         other place.

23   BY MR. BLUM:

24   Q.    Okay.  All right.  So other than using Roundup,

Ernest Caranci

1    did you ever use any other weed killer?

2    A.     No.

3    Q.     Why not?

4    A.     Because the Roundup was recommended.  And when

5    somebody recommended something I use it.  And it

6    worked, you know, it killed the weeds.  So why would I

7    spend money on another product which I'm happy the

8    result of the Roundup, you know what I mean.

9    Q.     And did you ever apply any kind of a pesticide

10   at any of these properties?

11   A.     No.

12   Q.     Haw about at the pizza shops, did you use a

13   pesticide or a rodent protection at those places?

14   A.     No.

15   Q.     And did you ever use any kind of a rodent

16   protection at your house?

17   A.     No.

18   Q.     All right.  At any of your homes have you ever

19   done any remodeling inside the houses?

20   A.     Not remodel, no.  We still have the same thing

21   we had, you know, when it was built.  We told them

22   what need built, we need done.  And we all did the

23   same thing, but.  My brother-in-law and sister-in-law

24   we did the same exact, the same thing.

Ernest Caranci

1  Q.    All right.  And did you do any painting

2  projects, you yourself, do any painting projects in

3  the house?

4  A.    Yeah.  Every once in a while I did a bedroom or

5  a living room, you know.  Occasionally I did paint.  I

6  did the house.  Sure.  I mean, everybody paint the

7  house, I mean, you know.

8  Q.    Okay.  And did you ever do any woodworking in

9  the houses at all?

10  A.    Yes, I did woodworking.

11  Q.    What kind of woodworking did you do?

12  A.    Huh?

13  Q.    What kind?  Tell me what you did.

14  A.    Baseboards, you know, baseboards.

15  Q.    Okay.  So in your current home, you did the

16  baseboards there?

17  A.    In my?

18  Q.    In your current home, did you put in the

19  baseboards?

20  A.    No.  They were there, you know, I just repaint

21  it.

22  Q.    Okay.  So when you said you did woodworking,

23  you did painting of the woodworking, not the actual

24  work?

Ernese Caranci

1    A.     No.  No.  I just painted wood.

2    Q.     All right.  Okay.  Did you ever, at any time,

3    were you somebody who was handy in terms of working

4    with wood and like cutting wood or carpentry kind of

5    thing?

6              MR. MILLROOD:  Objection.

7              THE WITNESS:  Cutting wood?

8    BY MR. BLUM:

9    Q.     Mm-hmm.

10   A.     Well, I cut a board here and there, you know, a

11   stake or something like that.

12   Q.     Okay.

13   A.     No major work, you know.

14   Q.     All right.  And do you do any work on your

15   automobile?

16   A.     No.  I'm not too good with the automobile.  I'm

17   good with pizza.

18   Q.     All right.  And have you ever worked on your

19   automobile at all?

20   A.     When I was a kid, maybe.  When I was in the

21   20s, I had a car, you know, I played around with the

22   carburetor or a spark plug or something like that, but

23   not major things, you know, I'm not mechanical.

24   Q.     Okay.  Ever any time when you known you were

1   exposed to benzene?

2   A.    I don't know even know what benzene is.

3   Q.    Okay.  All right.  How about lead, have you

4   ever been expose to lead that you're aware of?

5   A.    No.

6   Q.    So you did a lot of refinishing or working on

7   old houses, are you aware of any exposure to lead

8   paint here in Philadelphia?

9              MR. MILLROOD:  Objection.

10             THE WITNESS:  Well, no, because there

11         is no lead in the walls.  There is no lead

12         paint on the baseboards.

13  BY MR. BLUM:

14  Q.    Okay.  And is there any time that you were ever

15  known that you were exposed to asbestos?

16  A.    No.

17  Q.    What kind of cleaning products do you --

18  A.    What.

19  Q.    What kind of cleaning products do you use at

20  home?

21  A.    I use Mr. Clean.  I use Pine Oil.  Windex.

22  Hand soap.

23  Q.    All right.  And in terms of the, like, the

24  ovens where the pizza was made, are they -- how are

Ernest Caranci

```
1    they fueled?

2    A.      Gas.

3    Q.      Okay.  So before you were diagnosed with

4    cancer, had you had any medical issues or problems?

5    A.      No, I was healthy.  I was a healthy guy.  I

6    mean, you know, I worked a lot of hours, but I didn't

7    have no illness.  A cold, maybe, or sometimes a flu,

8    you know, but no major illness.

9    Q.      Okay.

10   A.      No, I was very healthy.

11   Q.      All right.  And have you been diagnosed with

12   diabetes?

13   A.      Yes.

14   Q.      When were you diagnosed with diabetes?

15   A.      Around that area.  I'm not sure of the dates

16   now, but around 2010, '9, '11, something like that.

17   Q.      Okay.  And were you diagnosed with Type 1 or

18   Type 2, do you know?

19   A.      I'm not too sure now.

20   Q.      Okay.  All right.  I'll ask a different

21   question.

22              Do you take an oral medication to help

23   you with that?

24   A.      Diabetes?
```

Ernest Caramel

1    Q.      Yes.

2    A.      Yeah.  I take metformin, 500 milligram every --

3    Sometimes I forget I didn't take them and my blood

4    stays pretty, you know, sometimes it goes a little

5    higher, sometimes a little low.

6    Q.      All right.  And who was it that diagnosed you

7    with diabetes?

8    A.      Dr. Hahn, Dr. Stotz.

9    Q.      All right.  And Dr. Hahn, like, did you go to

10   him for a particular reason that it lead to that

11   diagnosis?

12   A.      Well, usually when you go there, they take your

13   blood.  And he found out that I had a little bit of

14   diabetic.

15   Q.      All right.  And was that before you sold the

16   pizza shop?

17   A.      No, it was around that area.  Around 2010.  I'm

18   not sure of the dates now.  I don't think it was 2009.

19   I think it was 2010 or more.

20   Q.      Okay.  And have you ever been diagnosed with

21   arthritis?

22   A.      What is that?

23   Q.      Arthritis?

24   A.      Everybody has a little arthritis.  I have a

Ernese Caramer

```
1   little arthritis in my fingers, you know, from -- who

2   knows where it comes from.  You know what I mean.  I

3   did.  All the arthritis came all after my illness.

4   Q.     Okay.  And how about in your knees, have you

5   ever had any problems with your knees?

6   A.     My knees, everything, after 2011, my knees, my

7   nerves on the back of my legs, my shoulders,

8   everything came then.  My -- I got colon -- check out

9   with colonoscopy and I had tissue removed.  And then

10  came up my -- one day I went to take her to the

11  doctor, I check the doctor to check me and he rushed

12  me to Saint Mary's Hospital, I had -- they had to put

13  three stents in my heart, you know, things.

14              And then my knee gets all swelled up,

15  up here (indicating).  It was like this (indicating).

16  They took about three bottles of fluid out of it.  The

17  other thing, my eye, glaucoma, it, now I'm starting to

18  lose it.  You can see how bad it is.  And every little

19  thing.

20              Not long ago my hand was all swelled

21  up.  I went to the doctor and he gave me some

22  antibiotic and stuff and it went down.  I got an

23  injection in one of this thumb, I couldn't move it.

24  And this finger here (indicating), I can't feel it.  I
```

Ernese Caraneo

```
 1   can't button my shirt.  It's numb.  So everything came

 2   after this disease.  So I'm not in good shape.

 3   Q.    So before you were diagnosed with cancer, had

 4   you had any major infections ever?

 5   A.    No.

 6   Q.    Did you ever have mononucleosis?

 7   A.    No.

 8   Q.    Did you ever -- anyone ever tell you you had

 9   Epstein-Barr virus?

10   A.    No.

11   Q.    Okay.  And have you had any form of like celiac

12   disease?

13   A.    No.

14   Q.    Any form of psoriasis or problems with your

15   skin?

16   A.    No.

17   Q.    Ever have any issues with hepatitis?

18   A.    No.

19   Q.    Inflammatory bowel disease?

20   A.    What was that?  I'm sorry.

21   Q.    Inflammatory bowel disease?

22   A.    No.

23   Q.    No.

24              Have you ever had any exposure to
```

1    radiation that you're aware of?

2    A.    To what?

3    Q.    Radiation.

4    A.    No.  I had chemo, but not radiation.

5    Q.    Okay.  And have you ever had an adverse

6    reaction to any kind of medication?

7    A.    Well, I had a reaction with chemo, you know

8    what I mean.  They were giving me -- at first I

9    started with chemo, like three hours, three or four

10   hours, underneath -- all the stuff they were shooting

11   me with.  And I get the shakes.  I couldn't stop

12   shaking for an hour or two hours.  Then they put

13   another flush and then I start to get my nerves was,

14   you know, relaxed a little bit.  But this, for a while

15   they give me -- I suffered a lot.

16   Q.    All right.  Any adverse reaction ever to a

17   vaccine?

18   A.    No.

19   Q.    All right.  Before you were diagnosed with

20   cancer, had you ever been hospitalized?

21   A.    Hospitalized?  I had appendix taken out when I

22   first got to the United States.  I was 13 years old.

23   Not even two months I was here, I was diagnosed with

24   appendix, I had to remove.

Ernese Caranci

```
1    Q.      Okay.

2    A.      I don't recall any other time.

3    Q.      All right.  And before you were diagnosed with

4    cancer, did you ever do any kind of, like, exercise,

5    like, organized exercise, bike, run?

6    A.      Exercise, me working all these hours, walking

7    all over the store, that's exercise, up and down

8    stairs, it's a lot of exercise.  I didn't go to the

9    gym or anything like that.  No.

10   Q.      All right. Did you ever like walk or anything

11   like?  And, you know, I get you worked, but outside of

12   working, did you walk?

13   A.      I walked my house to my father-in-law, you

14   know, sometimes occasionally I went to the store in

15   the back of us.  Not really jogging or anything, no.

16   Q.      Okay.  And before you were diagnosed with

17   cancer, did you have any specific type of a diet that

18   you liked to follow?

19   A.      Before?

20   Q.      Before.

21   A.      No.

22   Q.      And tell me, like, on a typical day what type

23   of food you would eat, before you were diagnosed with

24   cancer?
```

Ernest Caranci

```
 1   A.      Before?

 2   Q.      Before.

 3   A.      Well, my wife she watches over me a lot, what I

 4   eat.  So I always ate good.  I had pasta.  I had

 5   steak.  I had a vegetable.  Pizza, you know, and

 6   whatever...

 7   Q.      All right.  How about breakfast, did you eat

 8   breakfast?

 9   A.      Breakfast?  Yeah.  Eggs.

10   Q.      All right.  And have you ever smoked?

11   A.      No.

12   Q.      Never in your life?

13   A.      Never smoked.

14   Q.      All right.  And have you ever consumed alcohol?

15   A.      Glass of wine here and there, dinner or we go

16   out I have a beer.  But not more than two beers.

17   Q.      Okay.  Have you ever used any other form of

18   tobacco product, like chewing tobacco or anything?

19   A.      No.

20   Q.      Ever use any illicit drugs?

21   A.      No.

22   Q.      Okay.  Before you were diagnosed with cancer,

23   were you taking any prescription medications?

24   A.      No.  The only thing once in a while I get a
```

1    Tylenol or an aspirin or something like that for

2    headache, you know, too much pressure I get a

3    headache.

4    Q.    But before you were diagnosed with cancer, you

5    were not taking -- like, no daily medication that a

6    doctor had prescribed you?

7    A.    No.  No.  Only if I had a cold they prescribe

8    some antibiotic or something.

9    Q.    You mother, tell me about her health.

10   A.    My mother, she raised six kids and one, at

11   seven one passed away at birth.  She worked very, very

12   hard, she had a rough life.  Them days, no washing

13   machine, everything by hands.  And the water, you had

14   to go in a little river, a mile away, and wash the

15   clothes and put them on your head and bring them over

16   to the house.  And she had a rough life and her

17   health, it, when she got old, it wasn't too -- she had

18   diabetes.

19   Q.    Okay.  And what was the cause of her death, if

20   you know?

21   A.    Pardon me.

22   Q.    What was the cause of her death, if you know?

23   A.    Well, she got very sick with diabetes.  And I

24   think that might have caused her...

Ernest Caranci

1  Q.    All right.  And how about your father, do you

2  know his cause of death?

3  A.    My father had a lot -- had an accident where he

4  was working, he got caught underneath of a press while

5  he was trying taking a piece.  He almost got killed

6  with the press, but somehow, somebody pushed the

7  button, emergency button and stopped just in time.

8  Since then all he was complaining about his head, his

9  head, his head.  And later on in time they found out

10  he had a tumor.  So I don't know if it caused

11  naturally.  I don't know if it caused with the

12  accident, so we don't know, so he died.

13  Q.    But the tumor, whatever it's cause, was the

14  cause of his death?

15  A.    I'm not an expert.  I don't know.

16  Q.    All right.  And your brother who passed away,

17  what was the cause of his death?

18  A.    That we don't know it either.  He went to -- he

19  was in -- this COVID thing, he never got the

20  injection.  He was a person that didn't like doctors

21  too much to go.  And one night, he was -- he went to

22  the bathroom and he never come out.  And then his son

23  said what's wrong with him, you know, it's been a long

24  time.  And they found him dead in the bathroom.  We

Ernese Caramel

1    don't know the cause.

2    Q.    And your mother's parents, do you know what was

3    the cause of their...?

4    A.    My mom's parents, her mom, which would have

5    been my grandmom, died.  I never met her.  She died

6    when my mom was maybe a teenager.  I don't know.  And

7    my grandfather married again, another woman.  And my

8    grandfather died at 96, 94 years old.  Her father.

9    And the stepmother, she was also in her 90ss.  But

10   she's a stepmother, so we don't count her, right?

11   Q.    Right.

12   A.    And.

13   Q.    And what was the cause of your grandfather's

14   death, if you know?

15   A.    My mother's father?

16   Q.    Mm-hmm.

17   A.    I'm not sure.  He was 96 years old.

18   Q.    And how about your father's parents, do you

19   know?

20   A.    My father parents, my grandmom died also in her

21   90s, 92, 93.  And my grandfather died in 84, 83 years

22   old.

23   Q.    And do you have any idea what the cause of

24   either of their deaths were?

Ernest Caranci

```
1    A.     I'm not sure of that, I don't know, you know.

2    They were in Italy and we're here.

3    Q.     Right.

4    A.     So, you know.

5    Q.     I believe you said you had some uncles that

6    were here that you --

7    A.     Two uncles.

8    Q.     Okay.  And were they your mother's brothers or

9    your father's?

10   A.     Yes.  My mother.

11   Q.     Okay.  And do you know anything about their

12   health, how was their health?

13   A.     They all died, Uncle Carmen died he was 84, 85

14   years old.  We found him dead in his -- I made them

15   move near me where we were closer, on Norwalk.

16   Q.     Okay.

17   A.     There is a unit -- units of condos there.  I

18   made them buy one of them.  And they lived together.

19   They were never married, they were always together.

20   And one morning I went to check up and he was, found

21   him dead right there on the sofa.

22               And my other uncle, Angelo, he got the

23   Alzheimer.  And he was 86, 87.  He died six months

24   after Uncle Carmen.
```

Ernese Caranci

1    Q.    All right.  And Uncle Carmen, you have no idea

2    what the cause of his death was?

3    A.    No.

4    Q.    And all of your nieces and nephews on your side

5    of the family, do any of them have any health issues?

6    A.    No.

7    Q.    And how about your other, your surviving

8    brothers and sisters, have any of them ever been

9    diagnosed with any form of cancer?

10   A.    No.  They're all well.  They're all in good

11   shape, as far as I know.

12   Q.    Okay.  And any of them diagnosed with diabetes,

13   if you know?

14   A.    My brother Angelo, he has a little bit of

15   diabetic.  Yeah.

16   Q.    So we talked earlier about when you were

17   working at the pizza shop you started to feel

18   fatigued.  Right.  And you went to your family doctor

19   first, right?

20   A.    Yeah.

21   Q.    Tell me what he did for you when you went to

22   the family doctor?

23   A.    Well, he didn't know what it was.  For a while

24   it took a lot of figuring things out, you know,

Ernest Caranci

1    from -- they sent me to another doctor, which I don't

2    remember who it was, and they didn't know nothing

3    about it.

4    Q.    Okay.  And when you went to your family doctor,

5    did he draw blood for you and check your blood?

6    A.    I think he did.

7    Q.    Okay.  All right.  And the other doctor he sent

8    you to, do you remember what kind of a doctor he was?

9    A.    I don't remember.  I don't even remember his

10   name, that doctor at that time.

11   Q.    Okay.

12   A.    It was always a short visit, one visit, one

13   time.

14   Q.    All right.  And did you go back to your family

15   doctor multiple --

16   A.    I went -- yeah, my family doctor is always,

17   until now, you know, I'm still under him.  I don't

18   know how -- who recommended me, 2011 I went to

19   Dr. Terzian.

20   Q.    Okay.  And what was the cause of you going to

21   Dr. Terzian?

22   A.    Cause?  I had lumps coming out of me.

23   Q.    All right.  So before you had those lumps, had

24   anyone ever told you that you were diagnosed with any

Ernest Caranci

```
1    form of cancer at all?

2    A.     No.

3    Q.     Anyone ever tell you, you had chronic

4    lymphocytic leukemia?

5    A.     No.

6    Q.     You never heard those words before?

7    A.     No.

8    Q.     CLL, anyone ever tell you you had CLL?

9    A.     Well, CLL, I'm not a -- I don't really know

10   what CLL means, but doctor has all -- he's the expert

11   on this, so I don't know.

12   Q.     Right.  But I want to know your understanding.

13   So did you ever have an understanding that one of the

14   doctors diagnosed you with a disease called CLL?

15   A.     I heard CLL before, but what CLL means, I don't

16   know.

17   Q.     Okay.  That's perfectly fine.

18                 Who did you hear that from, this CLL?

19   A.     Well, I don't remember now where it came from,

20   but Dr. Terzian knows all -- he has all the -- my

21   medical.  He's the one this be able to explain what I

22   had, you know, what I don't have.

23   Q.     All right.  And did Dr. --

24   A.     I'm not educated with this stuff.
```

1   Q.     That's all right.  Alls I want is your

2   understanding, that's all I need.

3                Dr. Hahn, did he ever tell you you had

4   CLL?

5   A.     No.

6   Q.     And so before you had that swelling in your

7   neck, no one had ever talked to you about having any

8   form of cancer?

9   A.     No.

10  Q.     All right.  And did you go to Dr. Hahn first

11  about the swelling in your neck?

12  A.     I went to Dr. Hahn because I was feeling very

13  weak, no strength, couldn't function.  I need maybe he

14  recommend some vitamins or something, you know.  And

15  he didn't know like, you know, couldn't give me an

16  answer.  And so things went by.  And then when they

17  start coming out, then I got scared.  I went to Dr.

18  Hahn and he said, this is not good.  So somehow I

19  wound up he send me to Dr. Terzian.

20  Q.     Okay.

21  A.     And he's the one that found everything I had.

22  Q.     All right.  So how long before you went to

23  Dr. Terzian had you noticed that you had that swelling

24  in different parts of your body?

Ernest Caranci

```
 1   A.      This was the end of 2009, maybe, it started.

 2   Q.      And where did it start?

 3   A.      In my groin.

 4   Q.      Okay.  And --

 5   A.      And a little bit under my arm, under my --

 6   Q.      Your armpits there?

 7   A.      Yeah.

 8   Q.      Okay.  And when you went to Dr. Hahn, did you

 9   tell him about that?

10   A.      Yeah.  He felt me.  Yeah.  That's why I wound

11   up with Dr. Terzian.

12   Q.      Okay.  So but that started in 2009, and you

13   went to Dr. Terzian in 2011?

14   A.      Well, no.  I went to Dr. -- to another.  But

15   in between that time we couldn't figure out what it

16   was, maybe we figure it goes away.  And then things

17   went by, you know.  But then when it got worse and

18   worse, then I went to Dr. Terzian.

19   Q.      Okay.  What was your understanding about what

20   kind of a doctor Dr. Terzian was?

21   A.      Well, he specialize for these kind of stuff,

22   you know.  He's a cancer doctor.

23   Q.      All right.  And what did Dr. Terzian tell you

24   the first time you went there?
```

1    A.      First, he said, well, we have to take tests.

2    He took a lot of tests, MRI, took pieces out of my

3    thing here (indicating), I don't know what it is.  And

4    then he said, we have to wait a little bit to do the

5    chemo.  So it went by from Dr. -- from 2011, 2012

6    to 2013, he was ready to do the chemo.

7    Q.      Okay.  And did he tell you why he was waiting

8    between 2011 and 2013?

9    A.      I don't know.

10   Q.      Okay.  And what, if anything, changed in 2013,

11   as far as you know, that led him to do the chemo?

12   A.      Because I look like a monster.  You see the

13   picture.  Everything was coming out here (indicating),

14   here, (indicating), all over the place, so.

15   Q.      All right.  Again, I just want to make sure

16   we're clear on the record.  When you say here and

17   here, that doesn't tell us.  Right.  So your neck?

18   A.      Underneath my chin, here (indicating), here

19   (indicating), all blow up here?

20   Q.      By your ears?

21   A.      By my ears, yeah.

22   Q.      Okay.

23   A.      And underneath here (indicating).  And here it

24   got worse (indicating,) couldn't even walk right.

Ernest Caranci

1   Q.     And so when you're saying here, like it got bad

2   in your groin?

3   A.     Yes.

4   Q.     All right.  So between 2011 and 2013, did you

5   have all that swelling and then it --

6   A.     No.  It came gradual.  I mean, it didn't come

7   up all at one time.  It came out gradually.  We figure

8   maybe it go away, you know what I mean, so that

9   between -- that it start a little bit, I was

10  feeling -- taking a shower I was feeling there a

11  little bump, but I don't take too much, maybe it's

12  something that comes out like this and go away.  So it

13  took time before it developed high.

14  Q.     So when you first went to Dr. Terzian in 2011,

15  was he aware that you had those swellings?

16  A.     Yeah.  That's why I went to him, yeah.

17  Q.     And did you go back to him periodically between

18  2011 and 2013?

19  A.     Well, I stayed under him, whatever he did, the

20  dates he gave me to see me, I went.

21  Q.     Do you remember how often it was you were going

22  frequently to see him?

23  A.     He's got all the dates.  I don't know.  You can

24  get the dates from my attorney or the doctor.

Ernest Caranci

```
 1              MR. MILLROOD:  He has it all.

 2  BY MR. BLUM:

 3  Q.    And so in 2013, did he -- did the doctor tell

 4  you something had changed?

 5  A.    In 2013, he give me chemo.  That's when he said

 6  now we gotta treat it.

 7  Q.    Right.  And did he tell you why in 2013 it had

 8  to be treated.

 9  A.    Well, he said it's lymphoma.  That's all I know

10  about it.  He's the expert.  I don't know.  So he

11  started chemo.

12  Q.    All right.  And when you started -- before you

13  started the chemo, did he talk to you about what --

14  the potential side effects of that chemo?

15  A.    Well, he said it's going to be -- you're going

16  to get sick for a little bit and it might bother you.

17  And, you know, which he was right.  I got the shakes,

18  weak.  That's all I felt like laying down, laying

19  down.  I couldn't do nothing.  And it did a lot effect

20  me you know what I mean?  So he finally finished the

21  chemo.  And I could see my drainage from here

22  (indicating) were going down.  And my groin was going

23  down.  And it worked, but it was still there.  He

24  still felt in my stomach, inside my stomach, he
```

Ernest Caranci

1   said -- he was feeling there and he said I don't feel

2   as much as it was.  Another MRI, do this, do that, a

3   lot of, you know, do test.

4   Q.    So where did he send you to go for the

5   chemotherapy?

6   A.    They had there, it was called Aria Hospital, he

7   had his own clinic right there.

8   Q.    And so you would go there, outpatient to do it,

9   right?

10  A.    Well, he's in the hospital.

11  Q.    Right.

12  A.    I guess, if it's outpatient, yeah.  I wouldn't

13  stay overnight, no.

14  Q.    Okay.  So the first time you go for that

15  chemotherapy, do you remember whether you had any

16  reaction on the first time you were there?

17  A.    Yeah.  Like I said, I had the reaction, my

18  stomach and my -- shakes, weakness.

19  Q.    But I'm talking about the day, when you're

20  having it, like as you were having that, is that what

21  occurred?

22            MR. MILLROOD:  Objection; asked and

23       answered.

24            THE WITNESS:  Yeah.

Ernest Caranci

```
 1    BY MR. BLUM:

 2    Q.     And did they give you -- did they stop the

 3    treatment?

 4    A.     No.  No.  No.  They kept going for three hours.

 5    Q.     And so how many of those treatments did you do?

 6    A.     How many what?

 7    Q.     How many of the chemo sessions did you have?

 8    A.     I don't remember exactly, but it was quite a

 9    few.

10    Q.     Okay.  And do you remember how much time there

11    was between --

12    A.     Almost two to three hours.  Almost close to

13    three hours.

14    Q.     Right.  And how about the time -- you have your

15    chemo today, when would be the next time?

16    A.     Distance?  Maybe, right now I don't remember if

17    it was three days straight or if it was every other

18    day.  I don't remember.  But they have it.

19              MR. MILLROOD:  He has it too.

20    BY MR. BLUM:

21    Q.     And so tell me, after you had the chemo, like

22    the first session, you would, the next day, were you

23    sick?

24    A.     Yes, I was sick.  Yeah.
```

Ernest Caranci

1   Q.     Okay.  Tell me how you felt at that point?

2   A.     I felt, my -- especially my inside.  My

3   stomach.  And I felt, I couldn't do nothing, weak,

4   very weak.  I couldn't even make the steps.

5   Q.     And did you have nausea?

6   A.     Nausea, yeah, vomit, nothing came out, but I

7   had that.

8   Q.     And did they give you any medication for that?

9   A.     Not really, no.

10  Q.     All right.  Did the swelling in your neck, like

11  all those glands that are -- that were swollen, did

12  they go down right away when you started the chemo?

13  A.     Not right away.  It took a little bit of while.

14  It takes time for the, you know, the chemo to work,

15  you know.  But eventually they went away.  Not all --

16  you can still feel it a little but when I, you know, I

17  went to him, visit to visit.  He says, there is a

18  little here, a little there, but not as it was before.

19  Q.     Right.  Do you remember what time of the year

20  it was in 2013 when you started those treatments?

21  A.     I don't remember.

22  Q.     So at end of the chemotherapy, what did

23  Dr. Terzian tell you?

24  A.     At the end, when I finish?

Ernest Caranci

1  Q.     Right.  When you were finished, what did he

2  tell you about your status or your health at that

3  point?

4  A.     He said, you know, we got them down, doesn't

5  mean you're out of the woods.  It could come back

6  again.  And it did come back, every three years it

7  comes back.

8  Q.     All right.  At the -- let's deal with at the

9  end of the 2013 session, did he tell you you had to

10  take any medication or come back for visits?

11  A.     No.  No medication, because the only thing that

12  would work is the chemo.

13  Q.     Right.  And how did you feel, let's say a month

14  after the chemo was done, how did you feel?

15  A.     I still feel run down and weak, lost weight.

16  You know, I was much heavier before.  I lost quite a

17  bit of weight, no appetite.  And I couldn't function

18  too much at home, I couldn't do much of anything for a

19  long time.  And still now I can't do nothing, you

20  know.

21  Q.     And you say you couldn't do anything for a long

22  time.  How long?

23  A.     Well.  I don't know how long.  I still can't do

24  nothing too much like I used to do before I got sick.

Ernest Caranci

1  But I don't remember how long, but I still --

2  understanding to do the things I used to do, I can't.

3  You know, I do very little.

4  Q.    And so let's say in 2014, through that year,

5  how did you feel?

6  A.    2014?  I mean, I don't have no lumps, but I

7  didn't have no strength either.  I don't know.  You

8  know, that thing draw a lot out of my body, you know.

9  So I lost a lot of strength.  And she had to put up

10  with a lot of things in the house, which I used to do

11  I couldn't do.  She still now, you know.

12  Q.    So in, let's say from 2011 through 2015, did

13  you continue to go see Dr. Hahn your family doctor?

14  A.    I always, yeah, you know, I see Dr. Hahn every

15  three or four months.

16  Q.    All right.  And when you go there to see

17  Dr. Hahn, does somebody like check you in, one of the

18  nurses?

19  A.    Oh, yeah, there's all the nurses.

20  Q.    Okay.  And when they check you in at

21  Dr. Hahn's, do they ask you how you're doing, like to

22  check on your well-being?

23            MR. MILLROOD:  Objection.

24            THE WITNESS:  Well, if he asks me how

1          you doing?

2     BY MR. BLUM:

3     Q.     Yeah.

4     A.     Well, sure.  They all, everybody that you talk

5     to, first thing they stay, how you doing.

6     Q.     Right.  And did you --

7     A.     So I say, I'm here.

8     Q.     And did you give them accurate information when

9     they asked you those questions?

10    A.     What do you mean?

11    Q.     The answers you gave the people at Dr. Hahn's

12    office, were they accurate?

13    A.     Well, I tell them -- they don't -- wasn't too

14    much interested how I felt.  They were interested just

15    to be polite and get me into the doctor.  So I explain

16    to the doctor how I felt.  I didn't explain to the

17    front counter.

18    Q.     So were the answers you gave the people, were

19    they accurate?

20               MR. MILLROOD:  Objection.

21               THE WITNESS:  I said to them -- I

22         didn't tell them I'm feeling good, I didn't

23         tell them I feel -- I'm here.  It's -- I'm

24         alive.

Ernest Caranci

```
 1                    MR. MILLROOD:  What's the question that

 2          they posed to him?

 3                    MR. BLUM:  I don't remember exactly.

 4    BY MR. BLUM:

 5    Q.     But so going back, then, you said at some point

 6    you had a recurrence of your cancer?

 7    A.     2015, came back.

 8    Q.     And what were the signs and symptoms that you

 9    had?

10    A.     Same thing, lumps (indicating).

11    Q.     Lumps in your -- you pointed to your jaw line,

12    so --

13    A.     Yeah.  Here (indicating).  Where it before,

14    wherever they were before.  Here (Indicating.)  Here

15    (indicating), here (indicating), underneath my arms.

16    Q.     So we have to be careful when you say here and

17    here, it doesn't really come out really well on the

18    record.

19                    So it's around your jawline and around

20    your ears again?

21    A.     Yes.

22    Q.     And did you notice that or was it something

23    that the doctor noticed when you went to see him?

24    A.     I noticed and he felt it when I went back to
```

Ernese Caranci

1    him, you know.

2    Q.    And did he -- in 2015, it was Dr. Terzian

3    again?

4    A.    Yes.

5    Q.    Okay.  And when you went back to him in 2015,

6    did he run any other tests at that point?

7    A.    Same thing, same thing, another session of

8    chemo.

9    Q.    Okay.  But before you did chemo, did he do

10   tests, like a biopsy or anything like that?

11              MR. MILLROOD:  Objection.

12              THE WITNESS:  I don't remember if it

13        was a biopsy or -- he did a couple times MRIs.

14        He wanted to see if I had any lumps in my

15        belly.  He did that.  The rest of them, I don't

16        know.  He got the records over here.  My

17        attorney has the records.

18   BY MR. BLUM:

19   Q.    Okay.  And so in 2015, did you go have the

20   chemotherapy at the same place you did before?

21   A.    It was the same.

22   Q.    And was it -- did the doctor tell you, was it

23   the same chemotherapy or something different?

24   A.    Same thing.

Ernest Caranci

1  Q.      And did you have that same type of the

2  reactions at all to this --

3  A.      Yes.

4  Q.      How many sessions did you go for in 2015?

5  A.      I don't remember that.

6  Q.      And at the end of 2015, at the end of those

7  sessions, how did you feel?

8  A.      Same thing.  Weakness, you know, tired.  My eye

9  started to get worse and worse.  I could hardly -- it

10  gets all watery and blurry.  My nerves, in the back of

11  my legs here (indicating), the nerves sometimes I get

12  up in the morning I can't straighten them out.  It

13  affects all my body.

14  Q.      So when you say the nerves in the back of your

15  leg, has anyone told you, like, what's causing that or

16  what that is?

17  A.      I don't know.

18  Q.      Have you talked to the doctor about it?

19  A.      Yeah, I talk to him.  No explanation.

20  Q.      All right.  And when you say the nerves in the

21  back of your leg, is it pain or numbness or?

22  A.      It's like you can't stretch them, you know,

23  they stiff.

24  Q.      Okay.  So at the end of the chemotherapy in

Ernest Caranci

1  2015, did Dr. Terzian tell you, like, what your

2  condition was at that point?

3  A.     After the chemo?

4  Q.     Correct.

5  A.     After the chemo, the things went down again,

6  you know, I felt a little bit better.  Little bit more

7  strength.  And I couldn't do the things I used to do

8  before this, you know.  But I felt a little better.

9  Q.     All right.  And after you finished that

10  chemotherapy, did he have you on some routine

11  maintenance where you're coming back to see him?

12  A.     I had always a schedule, certain dates he would

13  give me.  I see him two months, three months, two

14  months, three months, something like that.

15  Q.     All right.  And when you went back, at some

16  point did you notice symptoms again that led to it?

17  A.     The what?  I'm sorry.

18  Q.     Did you have symptoms that lead you again to

19  believe the cancer came back?

20  A.     Yeah, same thing.  Lumps started coming back.

21  Q.     Okay.

22  A.     Underneath, (indicating), down (indicating).

23  Not as big, but they were there.  They started popping

24  up.  And 2020, I had to go back to chemo again.

Ernest Caranci

1    Q.    All right.  So it was 2013, then 2015, then it

2    went to 2020?

3    A.    I believe 2020.  I'm not that sure.

4    Q.    Okay.

5    A.    In 2020, then we start -- he moved from Aria

6    Hospital, they build a brand new facility in Bensalem,

7    Andalusia, and he has everything there.  So he decide

8    instead of to give to me to my arms, he give me an

9    injection to my belly now.

10   Q.    Okay.

11   A.    So I got quite a few of them in my belly.  The

12   last one was 29th of November, some -- 29, I think

13   November 29, 1920-21.  That was my last injection.

14   And the belly, it's not easy either.  It's a long

15   thing and they shoot all the juice -- that stuff in

16   you.  And it's -- the needle keeps moving and it

17   hurts, so I wasn't too happy with that either.

18                 So after that, from then, from '21

19   until now, so far it didn't come up over here.  But I

20   went to see him the 28th.  And he says you look, I

21   don't feel nothing, but it's about that time.  I'm

22   pretty sure they're going to come back.  So that's

23   where we at.

24   Q.    So the drug that they gave you when they put it

Ernest Caranci

1    in your stomach, was if a different medication or the

2    same?

3    A.    I don't know.  I don't know.  They know.

4    Q.    And what has the doctor said to you, if

5    anything, about your long-term prognosis with this

6    cancer?

7              MR. MILLROOD:  Objection; asked and

8         answered.

9              THE WITNESS:  I don't know.  He didn't

10        say nothing long term.

11   BY MR. BLUM:

12   Q.    So you talked earlier about your eye, your left

13   eye.  Okay.  Tell me what the doctors told you is

14   wrong with your left eye?

15   A.    Yeah.  He said that -- he gave me a lot of

16   medicine for the development, then they found out that

17   I have a form of glaucoma.

18   Q.    And has anyone ever told -- any doctor or

19   medical provider ever told you that your glaucoma was

20   caused by either the cancer or treatment?

21   A.    They didn't say that, no.

22   Q.    Okay.  And who treats you for your glaucoma?

23   A.    Dr. Kauffman on 8100 Bustleton.

24   Q.    All right.  You mentioned earlier that you have

Ernest Caranci

```
1    pain in your legs or you can't stretch them out.  Has

2    any doctor ever told you that that discomfort, that

3    problem, was caused by your cancer or by the

4    treatment?

5              MR. MILLROOD:  Objection.

6              THE WITNESS:  No, they don't -- no,

7         they didn't say that.

8    BY MR. BLUM:

9    Q.    All right.  You mentioned earlier too, that you

10   had had several stents put in your heart?

11   A.    Yeah.

12   Q.    Tell me when that happened?

13   A.    That was 2014, I believe.

14   Q.    And were you experiencing some symptoms?  Like,

15   that was a little unclear, you said that happened but

16   what lead to that?

17   A.    Well, it could be because I'm so depressed and

18   so stressed out and all this stuff, it probably affect

19   my heart.  And I felt a little pressure here

20   (indicating).  She had an appointment with Dr. Hahn

21   and I said, you know, to her, I said, I have a little

22   pressure here.  I don't know what the hell it is.  I

23   never had it before.  So I mean, he was checking her

24   out.  I said Dr. Hahn, would you be able to, I have a
```

Ernest Caranci

1    little, you know, pressure here in my arm and stuff,

2    would you be able to check me out?  He said, sure,

3    come on in this room.  He checked me out.  He took an

4    EKG.  And he says, I have to call an ambulance.  I

5    have to send you to the hospital.

6                    I said are you kidding me?  I said, you

7    know.  And he was with me.  And she was scared to

8    death.  So I don't have no choice.  He says, you're

9    not getting out of here, you gotta go to the hospital.

10   So we got an ambulance and we, both of us, we went

11   they took us to Saint Mary's Hospital in Newtown, I

12   believe it is.

13                   And there they checked me out.  And

14   they need -- your heart is some of it not right, so

15   they knew -- they had to do the stents so they did the

16   stents.

17   Q.    And do you have a cardiologist you see now all

18   the time?

19   A.    Yeah.

20   Q.    Who is your cardiologist?

21   A.    Dr. Hymans.

22   Q.    All right.  And where is he located?

23   A.    Newtown.

24   Q.    And has Dr. Hymans ever told you that your

Ernest Caranci

1   cardiac condition was caused either by your cancer or

2   by the treatment?

3                    MR. MILLROOD:  Objection.

4                    THE WITNESS:  No.  He never said that.

5           But I'm putting everything together.  I'm well,

6           in a good shape, 2008, 2009, go all the way

7           back -- I mean, 2007, '6, all back of my life.

8           I never had this problem.  Now everything

9           happens after, you know, I got diagnosed with

10          this stuff.

11  BY MR. BLUM:

12  Q.    And are you right-handed or left-handed?

13  A.    Right-hand.

14  Q.    And have you developed problems with your

15  rotator cuff or your portions of your shoulder on your

16  right side?

17  A.    Rotator cuff?  Well, it hurts.  I don't know.

18  It hurts over here (indicating).  I can't comb my

19  hair.  I have to go like this (indicating) with my

20  hair.

21  Q.    And have you spoken to any of your doctors

22  about that?

23  A.    He said you need surgery.

24  Q.    Okay.  And which doctor told you you need

Ernest Caranci

```
1    surgery?

2    A.     Which doctor?  Who was it?  I forget.  These

3    doctor they do, orthopedic doctors.  Roth, I went to

4    Roth.  I went to quite a few.  They all said you need

5    surgery.  And the surgery says it's not a hundred

6    percent guaranteed, so I never did the surgery.

7    Q.     Okay.

8    A.     But the pain is there.  At nighttime I have to

9    sleep on this side, or can't sleep on this side too

10   much.  I can't comb my hair, I have to use both hands.

11   So that's where I am now.

12   Q.     Okay.  And when did you first start

13   experiencing these symptoms with your right shoulder?

14   A.     This all happened in -- after the -- this

15   disease, 2015, '16, '17.

16   Q.     All right.  And where is the orthopedic doctor

17   at that you go to see?

18   A.     Orthopedic doctors?  It was one at Grant

19   Avenue.  And then he moved to Roth.  And I went to see

20   him at Roth couple times.  And recently I been seeing

21   a doctor in Morristown, New Jersey now.

22   Q.     Do you remember his name?

23   A.     I don't remember offhand, but it's easy to -- I

24   will be able to get it to you -- furnish to you the
```

Ernese Caranci

```
 1    information.

 2    Q.    And other than your shoulders, are there any

 3    other orthopedic issues that you have?

 4                  MR. MILLROOD:  Objection.

 5                  THE WITNESS:  My legs, you know, my

 6           legs, you know, they are not strong.

 7    BY MR. BLUM:

 8    Q.    And what had the orthopedic doctor told you, if

 9    anything, about what's the cause of the problems with

10    your legs?

11    A.    He didn't say nothing --

12                  MR. MILLROOD:  Objection.

13                  THE WITNESS:  -- they don't know.  They

14           won't give to you -- they won't tell you

15           because they know I don't -- they give you

16           cortisone shot.  And then a cortisone shot it

17           brings my sugar up and it stays about three

18           days, two or three days and then you're in the

19           same position as you were before.

20    BY MR. BLUM:

21    Q.    All right.  And the cortisone shot, where are

22    they giving you that at?

23    A.    I got it over here (indicating).

24    Q.    In your shoulder?
```

Ernest Caranci

```
1    A.      In the shoulder.

2    Q.      Okay.

3    A.      I got it in my legs.  And the last one, I got

4    it in here (indicating).

5    Q.      Right.  When you said, in here, you're

6    indicating your left?

7    A.      Yeah, I couldn't move this (indicating).

8    Q.      Your left thumb?

9    A.      My left thumb.  I couldn't move it.

10           Before it was this hand, all swelled up

11   and then, this one (indicating).  So they couldn't

12   give me no shots here (indicating), so they had to

13   give me antibiotic.  But then this one (indicating)

14   and I went back, and he says, well, here I can give

15   you a cortisone shot.  So that cortisone shot helped

16   me out and I -- it's been pretty good now.

17   Q.      All right.  And have you had any issues with

18   your back at all?

19   A.      Not too much with my back, no.

20   Q.      Any issue with your back?

21   A.      No.

22   Q.      Okay.  You told us earlier that they removed a

23   lot of fluid from your knee?

24   A.      Yeah.  This knee here (indicating), it got all
```

Ernese Caramel

```
 1   swelled up like this (indicating).  And I -- and I ran
 2   to -- I called the office, the Dr. Terzian, I'm
 3   figuring the lymphoma is affecting me this way now.
 4   He was out.  So she was desperate and said, maybe
 5   you -- we go there and some of his assistant or
 6   whoever is there be able to see what the heck it is,
 7   you know.
 8                   So we wasting time between me, no,
 9   yes -- she say, yes, she forced me to go there.  We go
10   there and check in and see if anybody could see me.
11   She touched me on my shoulder and here is Dr. Terzian.
12   He wasn't supposed to be work today and he was there.
13                   And I said to him, this, look, this is,
14   this is what I got.  So he wasn't working, so but he
15   says come with me.  He took me to his room there, one
16   of the room.  He look at it.  He says, I need you to
17   go to this orthopedic doctor, which was near the
18   airport in Northeast, Northeast airport and Grant
19   Avenue.  He called him up.  He took me right away.  I
20   went over there, he looked at it and he drew three
21   bottles of fluid, yellow fluid.
22   Q.    And did he tell you what the cause of that was?
23   A.    No.
24   Q.    And did he tell you it was related to your
```

Ernest Caranci

1    cancer in any way?

2    A.    No.

3    Q.    Did he tell you it was related to your

4    treatment of your cancer?

5    A.    No, he didn't say that to me.

6                MR. BLUM:  All right.  We'll take a

7          break for five minutes.

8                THE VIDEOGRAPHER:  Going off the

9          record, the time is 3:29 p.m.

10               (A short break was taken.)

11               THE VIDEOGRAPHER:  Standby.

12               We are back on the record, the time is

13         3:41 p.m.

14   BY MR. BLUM:

15   Q.    So earlier, Mr. Caranci, you mentioned to me

16   that, I think you said you had like a colonoscopy and

17   they found cancers; is that correct?

18               MR. MILLROOD:  Objection;

19         mischaracterizes the testimony.

20               THE WITNESS:  Yes.

21   BY MR. BLUM:

22   Q.    And tell me what the doctor told you you had?

23               MR. MILLROOD:  Objection.

24               THE WITNESS:  What I had?

```
 1   BY MR. BLUM:

 2   Q.     Mm-hmm.

 3   A.     Well, he checked me out and he removed a

 4   tissue.  And this was -- he removed a tissue, but he

 5   didn't say exactly what it was to me.  So Dr. Bleier,

 6   he has all the information, whatever you want to get.

 7   Q.     All right.  So that's the doctor who did that,

 8   Dr. Bleier?

 9   A.     Yeah.

10   Q.     Okay.  And did Dr. Bleier recommend any other

11   treatment for that, other than --

12   A.     No.

13   Q.     Okay.  And did Dr. Bleier ever tell you what

14   the cause of that cancer was?

15   A.     No.

16   Q.     And what year was it that that occurred?

17   A.     This was between 2015, '16, around there.  I

18   don't know.  You have the dates.

19   Q.     Okay.  So at any time has any of your treating

20   doctors ever told you that Roundup or glyphosate

21   caused your cancer?

22   A.     No.

23   Q.     Have you ever asked any of the doctors that

24   question?
```

Ernest Caranci

```
1   A.      I don't know anything about it.

2   Q.      Okay.

3   A.      Not my doctor -- with cancer at that time.

4   Q.      And so when was the last time you used Roundup?

5   A.      2014, maybe around that area, '13, '14.

6   Q.      Okay.  And why did you stop?

7   A.      Because I was too weak to do anything.

8   Q.      Okay.  And did you ask someone else to spray

9   Roundup?

10  A.      We got a landscaper to cut the grass and

11  everything.  And he did most of it.

12  Q.      And does that landscaper spray Roundup?

13  A.      Some part of it.  And my brother-in-law

14  occasionally in the stone, in the front of the house,

15  maybe he did it.

16  Q.      And does he still do it, your brother-in-law?

17  A.      Yes.  Occasionally, but, you know, he hasn't

18  done it.  And you can see all the weeds are all over

19  the place.  So whenever, you know, he has the time.

20  Q.      And when was the first time in your mind you

21  made any kind of connection or relationship between

22  the use of Roundup and your cancer?

23  A.      I don't understand.

24  Q.      Sure.
```

```
1                    So when was the first time you

2    personally made a connection between your use of

3    Roundup and the fact that you had cancer?

4    A.    Use the Roundup?

5                    MR. MILLROOD:  When did you think

6         Roundup caused your cancer?

7                    THE WITNESS:  Oh.  I didn't know that

8         Roundup caused cancer until my niece from New

9         Jersey, it would be Romina, she called me one

10        day and said, Uncle Ernie, I just seen on the

11        advertise -- on the news here that Roundup

12        causes cancer and I know that you used it and

13        you were spraying.  So that's when I found out.

14        That was 2021, I think.

15   BY MR. BLUM:

16   Q.    All right.  And which niece was that again?

17   I'm sorry.

18   A.    Romina.  Now she's McMann, Romina McMann.

19   Q.    And after you saw that advertisement, what did

20   you do?

21                    MR. MILLROOD:  Objection;

22        mischaracterizes the testimony.

23                    THE WITNESS:  After she told me about?

24
```

1   BY MR. BLUM:

2   Q.    I apologize.  So after --

3   A.    Then I said, well --

4             MR. MILLROOD:  Wait.  Hold on.  Wait

5        for the question.  He mischaracterized your

6        testimony.  You've not testified that you saw

7        an advertisement.

8             Go ahead.

9   BY MR. BLUM:

10  Q.    So after your niece told you that, what, if

11  anything, did you do?

12  A.    Well, then I start thinking.  And than I start

13  searching the news myself and I heard that Roundup

14  causes cancer.  So I said, this product they put on

15  the market, it does this kind of work and it shouldn't

16  be on the market.  And then I got a little aggravated

17  and I said, maybe I'm going to have to see if I can

18  get a lawyer to find out what it is.

19             So my niece's husband would be Dave, he

20  had a good lawyer and -- but he wasn't in this field.

21  So he -- one recommend another.  So Dave found this

22  lawyer, Matthew Trapani (ph) and he said, I'm not in

23  this field, so I got to Kline and Specter.

24  Q.    Okay.  So have you -- like, we talked about

Ernest Caranci

1   your brother-in-law using Roundup, have you told him

2   to not use Roundup?

3                    MR. MILLROOD:  Objection;

4        mischaracterizes testimony.

5                    Go ahead.

6                    THE WITNESS:  I didn't say nothing.

7   BY MR. BLUM:

8   Q.    Okay.  The Roundup product that you bought, do

9   you remember the exact name of it that was on the

10  bottle?

11  A.     It says Roundup on the thing.  It's a

12  white-blue container.  I don't too much labels, you

13  know, because I think it's safe.

14  Q.    Okay.  And when you used that over the years,

15  did that container pretty much stay the same or was

16  there different variations?

17  A.     I don't know, after 2014, '13, I never -- I had

18  too many other things in my mind to worry about the

19  Roundup.  I never used it no more, so.  Now I have in

20  my mind the Roundup.  My mind, you know, the way I

21  feel.

22  Q.    Okay.  And did you ever look at any of the

23  containers to see if they were concentrated Roundup?

24  Did you ever remember see that word concentrate?

Ernest Caranci

```
1    A.      No.

2    Q.      Did you ever make a -- did you ever try to

3    evaluate whether you should use the concentrate?

4    A.      No.

5    Q.      Okay.  So it was always the same and you poured

6    it into your sprayer to use?

7                    MR. MILLROOD:  Objection; asked and

8           answered; mischaracterizes the testimony.

9                    Let's move on.

10                   THE WITNESS:  Yes.  Occasionally I

11          sprayed the -- with the 5thing.  Occasionally,

12          but not much.  Most of the larger stuff is, I'm

13          not going to waste time doing with the

14          container, I do it with the pump.

15                   MR. MILLROOD:  Joe, I'm not going to do

16          90 minutes of the same questions from before.

17          I'm just telling you that right now.

18                   MR. BLUM:  Okay.

19                   MR. MILLROOD:  If it's been asked and

20          answered, we're going to move on.

21                   MR. BLUM:  Okay.

22                   MR. MILLROOD:  And I'm not going to let

23          him answer questions.  We're not going to stay

24          so you can go through a script and then repeat
```

Ernest Caranci

```
 1          the script.

 2                    MR. BLUM:  I'm not using a script, so.

 3                    MR. MILLROOD:  Okay.  Well, you've been

 4          through about 78 pages of a script, so let's

 5          keep it moving until you get to the end of it.

 6  BY MR. BLUM:

 7  Q.    You mentioned earlier today that you sprayed

 8  around the tomatoes but not around the squash, why is

 9  that?

10                    MR. MILLROOD:  Objection; asked and

11          answered.

12                    MR. BLUM:  No, it wasn't.

13                    MR. MILLROOD:  Don't answer that.

14                    He did.  He said because the squash was

15          low to the ground and he didn't want to kill

16          the plant.  We can go back and read it again.

17          But you take the chance, if you'd like, to go

18          to Judge Fletman and see if you want that same

19          question asked again.  I'm not doing this.

20                    MR. BLUM:  Okay.  I'll take that risk.

21                    MR. MILLROOD:  Good.  You're badgering

22          the witness at this point.

23                    If Dalton didn't hear it right and

24          wrote down a note, such that he makes you ask a
```

1          question again, I'm not doing that.  So move on

2          in your script.

3                    MR. BLUM:  I don't have a script.

4                    MR. MILLROOD:  Okay.  Don't badger the

5          witness with the same questions over and over

6          again.  It's deliberate.

7                    MR. BLUM:  I am not badgering the

8          witness.

9    BY MR. BLUM:

10   Q.    We talked about earlier, did you shower and

11   wash after you used the Roundup.  Did you change your

12   clothes after you sprayed Roundup?

13                   MR. MILLROOD:  Objection.

14                   You can answer.

15                   THE WITNESS:  I can answer?

16                   MR. MILLROOD:  Yes.

17                   THE WITNESS:  Well, when you do take a

18          shower, you usually don't put the same clothes

19          on.  I usually put fresh, clean clothes, you

20          know.  It's common sense.

21   BY MR. BLUM:

22   Q.    Okay.  And is there anything that you

23   personally are doing at this point for weed control or

24   are you relying on the landscaper to do that?

Ernest Caranci

```
 1   A.      I'm sorry?

 2   Q.      Is there anything that you personally are using

 3   right now to control weeds at your house?

 4   A.      No, I didn't -- I haven't touched it, no, no

 5   more stuff.

 6   Q.      And before you got sick, did you ever use a

 7   weed whacker to control any weeds?

 8   A.      Weed whacker?

 9   Q.      Yes.  Like a mechanical machine?

10   A.      No.  My job was just to spray stuff.

11   Q.      Okay.  The -- when you purchased the Roundup at

12   like Home Depot, did you use -- did you have like an

13   account from work, like for the pizza shop, like a

14   business account with them or anything?

15   A.      No.

16   Q.      Okay.  And what was your mother's maiden name?

17   A.      It happened to be the same name, Caranci.  Not

18   related, but coincidence.

19   Q.      Okay.  And is there anyone, other than I think

20   you said your brother-in-law, who would have witnessed

21   you applying Roundup?

22   A.      I can't answer that.  I'm doing my job, they're

23   doing other jobs, so.

24   Q.      But is there anybody that you recall, like, who
```

1   would have been with you or who could say yes --

2   A.     Well --

3              MR. MILLROOD:  Objection;

4        mischaracterizes prior testimony.

5              THE WITNESS:  -- they were there, but I

6        can't -- I don't know what they seen.  I don't

7        know what they didn't see.  They were too busy

8        doing the other jobs, you know, their own

9        things.

10  BY MR. BLUM:

11  Q.     Okay.  So there is no one at this moment that

12  you could tell me who witnessed you doing that?

13             MR. MILLROOD:  Objection; asked and

14       answered?

15             THE WITNESS:  No.

16  BY MR. BLUM:

17  Q.     Okay.  Do you have medical bills that you had

18  to pay personally out of your own pocket?

19  A.     I don't have the bills, receipts nothing, but

20  I'm sure they can find out.

21  Q.     Okay.  So to the best of your knowledge --

22  A.     I don't have no receipts.  I'm very bad for

23  keeping these kind of receipts, unless there is a real

24  estate tax, water bills or stuff like that, I write

Ernest Caranci

1    them a check.  The other things, I don't keep receipt.

2    Q.    Okay.  I don't want to ask you if you have any

3    receipts.  I just want to ask you, to the best of your

4    knowledge, did you have to, like, write checks or pay

5    cash or use a credit card for any of your medical

6    treatment?

7    A.    Always paid cash.  I might have paid a check to

8    treatment for lymphoma.  But that you can get the

9    records out of it.

10   Q.    And during that time when you were being

11   treated for your lymphoma, did you have medical

12   insurance that was paying most of the bills?

13   A.    I had Medicare and, you know, that only covers

14   so much.  You know that.

15   Q.    Right.  And did you have any, other than your

16   Medicare, did you have supplemental insurance?

17   A.    No.

18   Q.    And I take it from what you said is you don't

19   have receipts for those medical bills?

20   A.    No.

21   Q.    All right.  Do you have any other out-of-pocket

22   expenses that you know of from your treatment or your

23   cancer, anything where you had to pay money?

24            MR. MILLROOD:  Objection.

Ernese Caranci

```
1                      Go ahead, you can answer.
2                      THE WITNESS:  Sure.  Every time you go
3            to the doctor, you're going to have to pay
4            copays.  Copays here.  Copays there.  An MRI.
5            They don't give you an MRI unless you give them
6            some -- a couple hundred bucks.  So all these
7            things, but I don't keep receipts.
8    BY MR. BLUM:
9    Q.     Okay.  And I'm asking you, other than medical,
10   is there any like thing for transportation, anything
11   like that?  Any expenses, other than your medical?
12   A.     No.  I don't have no receipts.
13   Q.     Okay.  Again, I'm not asking about receipts.
14   Just you remember spending money --
15   A.     Spending money for what though?
16   Q.     Anything else other than your medical?
17   A.     Well, you always spend money.  I mean, you go
18   shopping, you spend money.  You go -- wherever you go,
19   it cost money today.
20   Q.     Right.
21                      And so the question is, do you remember
22   any expenses related to your cancer or your treatment
23   other than actually paying, like, the doctor or the
24   medical provider?
```

Ernest Caranci

```
 1   A.     Just the doctors, copays, whatever the expense.

 2   Q.     All right.  And it is my understanding that

 3   you're making a claim for your, like, lost wages from

 4   when the pizza shop was sold; is that correct?

 5                  MR. MILLROOD:  Objection.

 6                  You can answer to the best of your

 7          ability.

 8                  THE WITNESS:  I lost -- if it wasn't

 9          for this, I would have still had my pizza shop,

10          which is something that I build, you know, long

11          memories.  And if it wasn't for my health, I

12          would have still probably be working today.  So

13          sure, I lost a lot of money, which I could have

14          made money, and this way I spend money now.

15          You know, I gotta spend money with my health.

16   BY MR. BLUM:

17   Q.     Okay.  And have you personally done anything to

18   try to put together a calculation of how much you

19   lost?

20                  MR. MILLROOD:  Objection.

21                  THE WITNESS:  No.  I don't need to

22          calculate or anything, no.

23   BY MR. BLUM:

24   Q.     Okay.  And I take it from something you said
```

1   earlier, you have gathered together your income tax

2   returns and you've given them all to Mr. Millrood; is

3   that right?

4   A.     Yes.  They had -- whatever I had, they got it.

5   Q.     Okay.  And in addition to the tax returns, was

6   there other documentation in there about, like, the

7   expense of operating the pizza shop or anything like

8   that?

9   A.     I don't know what's in there.  The accountant

10  knows.  They have it.  They look it up.  Whatever you

11  need, they got it.

12  Q.     Okay.  So is there any other financial loss

13  that you can think of that you have as a result of

14  your cancer or treatment?

15  A.     Well, financial loss, all the account that I

16  lost, the bills that I paid, all the odds and ends,

17  doctor here, doctor there.  That's all my loss that I

18  got, you know, I don't recall anything else.

19  Q.     Okay.  Earlier today you talked about having,

20  like, stress and anxiety from your diagnosis and

21  treatment.  Have you talked to Dr. Hahn about that?

22  A.     Well, not really.  My wife knew it.  Some --

23  maybe, I showed some of our family that we -- her

24  sister, my brother-in-law, something like that.  But,

Ernest Caranci

1    no, I didn't consult with a doctor for that, no.

2    Q.    So then he hasn't -- no one has recommended to

3    you any, like, psychological treatment or anything

4    like that?

5    A.    No.  Because I didn't tell him.

6    Q.    Okay.  So tell me what impact you think that

7    this has had on your relationship with your wife?

8    A.    A lot.

9    Q.    Okay.  Tell me how.

10   A.    Well, the things I used to do together, we

11   can't do.  Relationship went away with man and wife,

12   you know.  It's a lot of things that what I used to do

13   before, after this illness everything went down the

14   drain.

15   Q.    Tell me some examples.

16   A.    Well, what can I tell you?  I mean, the sexual

17   relationship it was gone, you know what I mean?  Work,

18   things that I helped help her at home, I couldn't do

19   it.  I can't do it.  I do very little.  So if I do the

20   carpet, I have to do a little bit and sit down.  It

21   take me maybe hours before I finish up, you know,

22   that's the best I can describe it to you.  What else

23   can I say?

24   Q.    All right.  And your -- the impact on your

Ernest Caranci

1   sexual life, have you talked to either your family

2   physician or your treating doctor about it?

3   A.    Too embarrassed really to talk to anybody, all

4   the doctors, so we kept it private to ourself.

5   Q.    Right.  But have you thought about asking

6   either of your doctors what the cause could be or

7   whether it was related to your treatment?

8                  MR. MILLROOD:  Objection.

9                  THE WITNESS:  No.

10  BY MR. BLUM:

11  Q.    Is there anything else you can tell me about

12  how it's impacted your relationship with your wife?

13  A.    Well, I mean, we been married, it will be 59

14  years, April 22nd.  She put up with me all this time.

15  I guess she must have loved me and I love her, so

16  whatever comes up, we take it, you know what I mean?

17  So we get along fine.  You know, she does the best she

18  can and I do the best I can and we go on.

19  Q.    Okay.  All right.  I'm going to mark as Exhibit

20  Number-8 some photographs that you produced.

21                         - - -

22                  (Exhibit E. Caranci-8, Color

23            Photographs, Bates stamped

24            Confidential-Caranci-ECaranci-PPR-001232

1          through

2          Confidential-Caranci-ECaranci-PPR-001260, was

3          marked for identification.)

4                              - - -

5    BY MR. BLUM:

6    Q.    So again, these photographs are marked as --

7    they have the numbers at the bottom and I'm going to

8    talk about the numbers.

9                    So if you take a look at this one, it's

10   Exhibit-8, page 1232.

11   A.    Yeah.

12   Q.    And I wonder if you can tell me who the people

13   are in that picture and if you know when it was taken?

14   A.    I don't remember exactly when it was taken.

15   But this is my wife (indicating).  This is my niece

16   (indicating).  She worked at the store.

17   Q.    And which niece is that?

18   A.    That would be DeFrancesco's daughter.

19   Q.    Okay.

20   A.    And this is me (indicating).  You can see I'm

21   much heavier then.

22   Q.    All right.  And there is handwriting on the

23   picture.  Do you know whose handwriting that is?

24   A.    That's my handwriting.

Ernest Caranci

1   Q.    Okay.  And if we go to the next page, which is

2   1233.

3   A.    This is way the beginning, when we first -- in

4   the '90s maybe.  It's an early picture.  That's me and

5   my wife.

6   Q.    And this is, like, way back at the original

7   pizza shop?

8   A.    Yeah.

9   Q.    Okay.

10              1234.

11  A.    Yeah.  That's the same thing.  You can see

12  we're much younger there, my wife, her niece and her

13  sister.

14  Q.    And can you tell me where that -- do you

15  recognize where that physically is, like where that

16  picture is taken?

17  A.    At the pizza shop.

18  Q.    Okay.  At the original pizza shop?

19  A.    Correct.  Cottman Avenue.

20              MR. MILLROOD:  On Cottman, did you say?

21              THE WITNESS:  Cottman Avenue, yeah.

22              MR. BLUM:  Okay.  Wait a minute. that

23        confuses me.

24              MR. MILLROOD:  Yeah, I think actually

1        Joe you confused it because the second one is

2        called Ernie's original.

3                MR. BLUM:  Got you.  Yes.

4                MR. MILLROOD:  So you might want to say

5        Aramingo versus Cottman.

6                MR. BLUM:  Right.

7   BY MR. BLUM:

8   Q.    So this --

9   A.    Aramingo is Ernie's pizza.

10  Q.    I see.

11  A.    Cottman Avenue is Ernie's original.

12  Q.    Okay.  So which one was this picture taken at?

13  A.    This was her sister, her niece and my wife, me.

14  Q.    At which shop, Cottman or Aramingo?

15  A.    Cottman Avenue.

16  Q.    Okay.  Great.

17                1235, where is that picture taken?

18  A.    Same thing, Cottman Avenue.

19  Q.    All right.  And who is in the picture?

20  A.    Her sister and my wife.

21  Q.    1236, this is -- it looks to me like it's a

22  picture of a plaque, maybe?

23  A.    They wrote a story on me, the newspaper and

24  they took pictures of me.  The dates might be here.  I

Ernese Caranci

1    don't remember what date it was.  And I can't even see

2    with this eye no more today.  And so that's Cottman

3    Avenue.

4    Q.     Okay.  And is this a -- is it a plaque, like

5    somebody put that newspaper on a plaque?

6    A.     They put it on a newspaper and then he made

7    this thing for me to, you know, for me to --

8    Q.     To keep?

9    A.     To keep, yeah, for, you know.

10   Q.     Okay.  And do you still have it?

11   A.     Yes.

12   Q.     Okay.

13              All right.  1237, a picture of you?

14   A.     Yeah.  That was '90s, maybe.

15   Q.     Okay.  1238, do you recognize where that's at?

16   A.     Yeah.  Same thing.  These are Cottman Avenue.

17   I can hardly see this.  These are workers.  This is a

18   worker (indicating).  This is workers (indicating).

19   This might be her sister.  And these are workers,

20   drivers.

21   Q.     Okay.  1239, it's turned sideways?

22   A.     This one here is after the fire.

23   Q.     Okay.  So this is the Cottman Avenue after it's

24   been redone?

Ernest Caramel

```
1    A.      Yeah, it's redone.

2    Q.      1240, also the redone -- the new ovens?

3    A.      Yes.  After the fire, 2008.  You can see the

4    dates here.  I don't even remember.

5    Q.      Again, is that your handwriting?

6    A.      Yes.

7    Q.      Okay.

8                    1241.

9    A.      This is my brother (indicating).  And this is

10   Romina's husband Dave, which we were talking earlier,

11   his mom.  She used to work for me too.

12   Q.      Okay.  And which store are we at in that

13   picture?

14   A.      Cottman Avenue.

15   Q.      (Flipping through pages.)

16   A.      This is also Cottman Avenue.  Tony Danza was

17   teaching at Northeast High School, right in front of

18   us.  And he came at the store almost every day.  And

19   we got really close friends.  And we took pictures

20   together.

21   Q.      Great.

22                    1243.

23   A.      That's Cottman Avenue.

24   Q.      Right.  And it's Cottman avenue after it's been
```

Ernest Caramel

```
 1  redone, right?

 2  A.     Yeah.  It's redone.

 3  Q.     1244.

 4  A.     That's same thing, Cottman Avenue after redone.

 5  Q.     Okay.  All right.  So the next it looks like,

 6  one, two, three, four pages, look to me like copies of

 7  a menu; is that right?

 8  A.     Right.

 9  Q.     Okay.  And do you still have these copies,

10  copies?

11  A.     Yeah.  I still have the menus left over, yeah.

12  Q.     Okay.

13             1249.

14  A.     This is Cottman Avenue, after the fire.  And

15  also somebody came over from newspaper and they put us

16  in the paper and wrote a story.

17  Q.     Okay.  And it's a story about the rebuilding of

18  the restaurant after the fire?

19  A.     Correct.  What's it say, rising from the ashes,

20  Ernie's Pizza restaurant.

21  Q.     Okay.

22             1250.

23  A.     That's nothing there.

24  Q.     Okay.  So it says on here, fire is in 2006
```

Ernese Carancl

```
1    reopen in 2007, so is that --

2    A.    Yeah, that's the right date because I, you

3    know, I don't remember the dates.

4    Q.    Okay.  All right.  So 1251, okay, can you tell

5    us what that is?

6    A.    This is when I went to House of Kosher, I start

7    to do the pizza there.  And one day they send me to

8    the school where all the young kids are because they

9    used to come in a lot and eat the pizza there and if I

10   would go there -- oh, no, no.  This is just a picture

11   that -- advertise picture.

12   Q.    Okay.  It's like something that was on the wall

13   at --

14   A.    Yeah.  They put it on the paper, I think.  I

15   don't know.

16   Q.    And there is handwriting here, 2018 to 2020?

17   A.    Yeah, right.

18   Q.    Is that your handwriting?

19   A.    Right.

20   Q.    (Flipping through pictures.)

21   A.    This is the one I was talking about.

22   Q.    Okay.  So it's --

23   A.    They sent me to a school and show the kids how

24   to make pizza.
```

Ernest Caramel

```
 1   Q.    Okay.  And this is page 1252.  And there is a

 2   whole series of photographs there.  Do you know who

 3   took those photos?

 4   A.    They're videos.  I don't know who took them,

 5   but then they send it to me.

 6   Q.    Okay.  And do you remember what the school was?

 7   A.    Huh?

 8   Q.    Do you remember what the school was?

 9   A.    No.  I don't remember.  It's a Jewish school

10   right on old Welsh Road.  The name I forgot.

11   Q.    All right.

12              1253.  Can you tell me what that's a

13   picture of?

14   A.    That's -- it's the same place, House of Kosher.

15   Q.    Okay.

16   A.    And made a batch of dough.

17   Q.    Okay.

18              1254.

19   A.    Same thing, House of Kosher.

20   Q.    All right.  And is that a picture of you

21   actually working there?

22   A.    Yeah.  Decorating the pizza, yeah.

23   Q.    Okay.

24              1255.
```

Ernest Caranci

1    A.     Same thing.

2    Q.     So that's a pizza from the House of Kosher?

3    A.     Correct.

4    Q.     Okay.

5                 (Flipping through pictures.)

6    A.     Same thing, House of Kosher.

7    Q.     All right.  Let's make sure the record is

8    clear.  1256, that's another pizza at the House of

9    Kosher?

10   A.     Correct.

11   Q.     1257, what is that?

12   A.     House of Kosher.

13   Q.     Okay.  And it looks like it's pretzels that you

14   made?

15   A.     Pretzels.

16   Q.     All right.

17                 1258.

18   A.     Now you can see all the bumps.

19   Q.     Okay.  So this is a picture of you and your

20   wife?

21   A.     Yes.

22   Q.     And do you know when that was taken?

23   A.     This was a wedding, which I don't supposed to

24   go, but since it was a close relative, we went.  And

Ernest Caranci

1    this was 2013, I believe.

2    Q.    All right.  And was this after -- do you know

3    where this was in relative to your --

4    A.    To the bride.

5    Q.    -- to the chemo?

6    A.    This was year '13.  That's when we were in the

7    process of doing the chemo, not started yet.  I don't

8    think it was started.

9    Q.    Okay.

10                   1259.

11   A.    Same picture.

12   Q.    Same picture, but a close up, right?

13   A.    Yes.

14   Q.    All right.  So this is 1260, it looks like that

15   gives the date of the wedding; is that right?

16   A.    Yes.

17   Q.    Okay.

18                   MR. MOTT:  And there is some medical

19          records that accidentally got at the back of

20          that stack.

21                   MR. MILLROOD:  Is that going to be part

22          of Exhibit-8 or no?

23                   MR. MOTT:  No.

24                   MR. MILLROOD:  Okay.

Ernest Caranci

```
1    BY MR. BLUM:

2    Q.    Other than your attorney, is there anyone who

3    has told you that Roundup caused your cancer?

4              MR. MILLROOD:  Objection.

5              THE WITNESS:  Only what I -- my niece

6         found out on the news that Roundup cause

7         cancer.  That's the only time I found out.

8              MR. MILLROOD:  Objection to the

9         question that his attorney told him that

10        Roundup caused cancer.

11   BY MR. BLUM:

12   Q.    Mr. Caranci, I'm going to show you a document

13   which is entitled the Plaintiff Fact Sheet.  And I'm

14   just going to ask you -- the first question, I just

15   want you to look at and tell me if you remember ever

16   seeing this before?

17             MR. MILLROOD:  Is this Exhibit-9?

18             MR. BLUM:  Exhibit-9.

19             THE WITNESS:  (Reviewing document.)

20             Yes.

21                       - - -

22             (Exhibit E. Caranci-9, Plaintiff's Fact

23        Sheet, Bates Stamped

24        Confidential-Caranci-ECaranci-PFS-000001
```

Ernest Caranci

```
1          through

2          Confidential-Caranci-ECaranci-PFS-000015, was

3          marked for identification.)

4                          - - -

5   BY MR. BLUM:

6   Q.    At some point did you read this and fill this

7   out?

8   A.    I read it, but I didn't fill it out.  I was on

9   the phone, asked me question, I would answer and they

10  would fill it out.

11  Q.    Okay.  And then did they send you a copy of it

12  to read and sign?

13  A.    Yes, I think they did, yes.

14  Q.    Okay.  Why don't you take a look at the last

15  page for me, please.

16  A.    (Reviewing document.)

17              The last page would be this one?

18  Q.    No, that's the first page actually.

19  A.    (Reviewing document.)

20              Yes.  That's my signature, yes.

21  Q.    Okay.  And when you read that and signed it,

22  did you realize that you were swearing under oath,

23  just like you did here today, that everything

24  contained therein in that document was correct?
```

1   A.      Yes.

2   Q.      All right.  I want you to turn, if we could, to

3   at the very bottom, there is page numbers like 12,

4   it's page 12.

5   A.      (Reviewing document.)

6                   12?

7   Q.      Page 12.

8                   You're on 7, so a little further.

9   A.      Yeah.

10  Q.      Okay.  So if you look at question G, which is

11  in the middle of the page --

12  A.      Yeah.

13  Q.      -- it says, "Did you use protective clothing

14  when handling and using the product?"  And it's X'd

15  yes.  And the next question says, "If yes, list

16  whether gloves, respirator, mask or other protective

17  clothing" --

18  A.      Yeah.  Somehow on the phone got misunderstood,

19  but I never -- that's a mistake there.

20  Q.      Okay.  So your testimony today is that you did

21  not wear gloves?

22  A.      No.

23  Q.      Okay.  Then, if you look at B, okay, it says

24  "For the products identified above, do you have the

Ernest Caranci

1    receipts, proof of purchase or store of purchase for

2    each product?"  And it's checked yes.

3                    Do you see that?

4    A.    Yes.  But I had the receipts but I -- at the

5    time, but then I threw it away.  I don't have no

6    receipts now.

7    Q.    Okay, so at the --

8    A.    So I should have said no here, because after a

9    while you don't hold receipts.  I throw it out, so I

10   don't have -- misunderstand that question.

11   Q.    Okay.  So as we sit here today, you do not have

12   receipts?

13   A.    No, I don't have no receipts whatsoever.

14   Q.    Okay.  So the rest of that question underneath,

15   it talks about places where you purchased the Roundup,

16   right?

17   A.    Correct.

18   Q.    And you did not include here Home Depot?

19   A.    At some point I did.  Here, I probably...

20                    (Reviewing document.)

21                    I think at some point I said, I did but

22   I don't know why this is not here.  But I did use Home

23   Depot.

24   Q.    Okay.  And then it lists two places there, Penn

Ernest Caranci

```
 1   Hardware, Inc. and Penn Hardware Two, Inc.

 2              Do you see that?

 3   A.    (Reviewing document.)

 4              74 -- yes.

 5   Q.    Do you personally have any understanding of the

 6   distinction between those two companies at all?

 7   A.    No.

 8   Q.    But was there ever, like, a hardware store or

 9   anything on Frankford Avenue that you went to other

10   than Penn Hardware, like --

11   A.    No.  It's the only one there.

12   Q.    Okay.  So, like, in that general vicinity --

13   A.    In that area, yeah.

14   Q.    Okay.

15                        - - -

16              (Exhibit E. Caranci-10, Philadelphia

17         Court of Common Pleas, Mass Tort Plaintiff

18         Fact Sheet, Bates stamped

19         Confidential-Caranci-ECaranci-PFS-000016

20         through

21         Confidential-Caranci-ECaranci-PFS-000033, was

22         marked for identification.)

23                        - - -

24
```

Ernest Caranci

1    BY MR. BLUM:

2    Q.    All right.  Mr. Caranci, I'm going to show you

3    another document, which is a later version of the fact

4    sheet that was filled out.  And I just want you to

5    take a look at this and see if you recognize it.

6                    MR. MILLROOD:  Did you mark this as

7           Exhibit-10?

8                    MR. BLUM:  Yes.  I'm sorry Exhibit-10.

9                    THE WITNESS:  (Reviewing document.)

10                   Yeah.

11   BY MR. BLUM:

12   Q.    Okay.  All right.  I just want you to go to the

13   last page again.  Okay.  And I want you to tell me if,

14   in fact, that is your signature which appears there?

15   A.    Yes.

16   Q.    All right.  And when you signed that on

17   Exhibit-10, did you also realize that you were

18   verifying that all the information contained in that

19   was true to the best of your knowledge?

20   A.    Yes.  Whatever I understood.

21   Q.    Okay.

22   A.    You know, what I understood.  Sometimes I have

23   to repeat it to you too, you know.

24   Q.    Sure?

Ernest Caranci

```
1   A.     I had to make sure that I -- sometimes on the

2   phone, you -- it's not the same when we're talking.

3   Q.     All right.  Okay.

4   A.     So, you know, can't understand.

5              It affected my ears too.  I had good

6   ears before, now I got to wear hearing aids.  I can

7   hardly hear.

8   Q.     So when did you start wearing a hearing aid?

9   A.     '14, '15, '16, around that area, '14.

10  Q.     And do you have like an audiologist or a doctor

11  you go to about your ears?

12  A.     Yes.  I went Miracle Ears one time at Willow

13  Grove.  Then I went another place.  They broke.  Went

14  to another place at Neshaminy Mall, another company

15  Sol something.  And these recent ones they are new.  I

16  went to Miracle Ear on Grant Avenue.

17  Q.     All right.  And has anyone told you that either

18  the cancer or the chemotherapy caused damage to your

19  ears?

20  A.     No.

21              MR. MILLROOD:  Objection.

22                        - - -

23              (Exhibit E. Caranci-11, Notice of

24        Service of Process; Notice to Plead,
```

Ernest Caranci

```
 1          Complaint, 66 pages, was marked for

 2          identification.)

 3                         - - -

 4   BY MR. BLUM:

 5   Q.    Mr. Caranci, I'm going to show you a document

 6   we've marked as Exhibit Number-11.  And this is the

 7   original complaint that started this case.  And I just

 8   want you to, again, take a look at it and tell me if

 9   you recognize that document.

10   A.    (Reviewing document.)

11              Looks familiar.  I think I did.  I'm

12   not sure.

13   Q.    Okay.  I want to direct your attention to the

14   last page, again, if we could.

15   A.    (Reviewing document.)

16              Yeah.

17   Q.    All right.  And is that your signature which

18   appears there?

19   A.    Yeah.

20   Q.    Okay.  And when you signed that, had you read

21   the complaint beforehand?

22   A.    Well, I read what I could understand.  Some I

23   don't -- you know, I read it, yes.

24   Q.    Okay.  And did you understand that you were not
```

Ernest Caranci

```
 1   suing Home Depot at that point, even though you had

 2   purchased product there?

 3                   MR. MILLROOD:  Objection.

 4                   Just whatever you understand.

 5                   THE WITNESS:  Whatever I understood.

 6           Whatever -- I talked to my attorney and they

 7           know best who to sue.

 8   BY MR. BLUM:

 9   Q.    Okay.  And that was -- my question was, did you

10   understand that, that you're not suing Home Depot?

11                   MR. MILLROOD:  Objection.

12                   You can answer.

13                   THE WITNESS:  Can I answer.

14                   MR. MILLROOD:  Yes, you can.

15                   THE WITNESS:  I wasn't aware that I had

16           to sue Home Depot, you know.  I don't know.  I

17           can't answer that question.

18   BY MR. BLUM:

19   Q.    All right.  I have one more.  This is going to

20   be the last one.

21                             - - -

22                   (Exhibit E. Caranci-12, Notice to

23            Defend; Short Form Complaint, 13 pages, was

24            marked for identification.)
```

Ernest Caranci

1                          - - -

2    BY MR. BLUM:

3    Q.    I'm going to show you a document which we

4    marked as Exhibit Number 12.  It's just called a short

5    form complaint.  I just want you to take a look at

6    that if you could.

7    A.    (Reviewing document.)

8              Yes.

9    Q.    All right.  Do you remember seeing that

10   recently?

11   A.    I seen this when I signed through the phone.

12   Q.    Okay.  So then I want you to look at the next

13   to the last page.

14              Okay?

15   A.    (Reviewing document.)

16              This one?

17   Q.    Yes.

18   A.    That's my signature over the phone.

19   Q.    Okay.  So that -- it does look different, so

20   this one you signed electronically --

21   A.    Electronic, yeah.

22   Q.    -- versus like ink on paper?

23   A.    Yes.

24   Q.    Okay.  And did you also realize that you were,

Ernest Caranci

1    again, verifying that everything that was in the short

2    form complaint was true and correct to the best of

3    your knowledge?

4    A.    Yes.

5    Q.    Okay.

6              MR. BLUM:  I just want to take a five

7         minute break.  I want to go through and see

8         what else I have.

9              MR. MILLROOD:  Okay.  As a courtesy to

10        the clients, plaintiffs, if you know that when

11        you're about an hour out, give or take, that

12        would be helpful to arrange for their

13        transportation.  And I'm saying including

14        Carmela, and then et cetera, et cetera.

15             MR. BLUM:  Okay.

16             MR. MILLROOD:  When you think that

17        you're about an hour, I would appreciate that.

18             MR. BLUM:  Yeah.

19             THE VIDEOGRAPHER:  Going off the

20        record, the time is 4:24 p.m.

21             (A short break was taken.)

22             THE VIDEOGRAPHER:  Standby.

23             We are back on the record, the time is

24        4:30 p.m.

Ernest Caranci

```
1              MR. BLUM:  I have no further questions.
2                     -  -  -
3               E X A M I N A T I O N
4                     -  -  -
5  BY MR. MILLROOD:
6  Q.    Good afternoon, Mr. Caranci.
7  A.    Hi.
8  Q.    I'm Tobi Millrood, as you know, your counsel,
9  and I have a couple of questions and follow-up.  I
10 know you've had a lot today, but I just have a couple.
11              Mr. Blum asked you a question after you
12 stopped using Roundup, you testified that you were too
13 weak to do it anymore.  And then you testified that
14 the landscaper cut the grass do you remember that --
15 A.    Yeah.
16 Q.    -- that question?
17 A.    Yes.
18 Q.    And then Mr. Blum asked you if the landscaper
19 sprayed Roundup.  My question is, do you know whether
20 or not what product the landscaper used to kill weeds
21 at your property?
22 A.    No.  No.  No.
23 Q.    Okay.  And, likewise, Mr. Blum asked you about
24 your brother-in-law and whether or not he sprayed
```

Ernest Caranci

```
 1   Roundup in the stone and in front of your house.

 2              Do you know what product your

 3   brother-in-law used to treat the weeds in the stone

 4   and in front of your house?

 5   A.    No, I don't know what kind of weed killer he

 6   used.

 7   Q.    Okay.  Both the landscaper and your

 8   brother-in-law did treat weeds, but you don't know

 9   what product they used --

10   A.    No.

11   Q.    -- is that right?

12   A.    Right.

13              MR. MILLROOD:  Okay.  Thanks.

14              I have no questions.

15              MR. BLUM:  All right.

16              No follow-up.

17              THE VIDEOGRAPHER:  This marks the end

18         of today's deposition.  The time is 4:31 p.m.

19         We're off the record.

20         (Deposition concluded at 4:31 p.m.)

21

22

23

24
```

Ernest Caranci

```
 1                     CERTIFICATE

 2

 3          I HEREBY CERTIFY that the witness was duly

 4   sworn by me and that the deposition is a true record

 5   of the testimony given by the witness.

 6          It was requested before completion of the

 7   deposition that the witness, ERNEST CARANCI, have the

 8   opportunity to read and sign the deposition

 9   transcript.

10

11

12   _____
     LISA DEPASCALE
13   Court Reporter and
     Notary Public for the
14   Commonwealth of Pennsylvania and Delaware

15

16

17

18          (The foregoing certification of this

19   transcript does not apply to any reproduction of the

20   same by any means, unless under the direct control

21   and/or supervision of the certifying reporter.)

22

23

24
```

Ernest Caranci

```
 1                    INSTRUCTIONS TO WITNESS

 2

 3        Please read your deposition over carefully and

 4   make any necessary corrections.  You should state the

 5   reason in the appropriate space on the errata sheet

 6   for any corrections that are made.

 7        After doing so, please sign the errata sheet and

 8   date it.

 9        You are signing same subject to the changes you

10   have noted on the errata sheet, which will be attached

11   to your deposition.

12        It is imperative that you return the original

13   errata sheet to the deposing attorney within thirty

14   (30) days of receipt of the deposition transcript by

15   you.  If you fail to do so, the deposition transcript

16   may be deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24
```

Ernest Caranci

```
 1                    E R R A T A   S H E E T

 2                        - - - - - -

 3

 4     PAGE    LINE      CHANGE

 5     _____   _____     _____

 6             REASON:   _____

 7     _____   _____     _____

 8             REASON:   _____

 9     _____   _____     _____

10             REASON:   _____

11     _____   _____     _____

12             REASON:   _____

13     _____   _____     _____

14             REASON:   _____

15     _____   _____     _____

16             REASON:   _____

17     _____   _____     _____

18             REASON:   _____

19     _____   _____     _____

20             REASON:   _____

21     _____   _____     _____

22             REASON:   _____

23     _____   _____     _____

24             REASON:   _____
```

```
 1                ACKNOWLEDGMENT OF DEPONENT

 2

 3              I, ERNEST CARANCI, do hereby certify that I

 4    have read the foregoing pages, 1-279, and that the

 5    same is a correct transcription of the answers given

 6    by me to the questions therein propounded, except for

 7    the corrections or changes in form or substance, if

 8    any, noted in the attached Errata Sheet.

 9

10

11    _____        _____

      ERNEST CARANCI                DATE
12

13

14

15
      Subscribed and sworn
16    to before me this
      _____ day of _____, 2023
17
      My commission expires:_____
18

19    _____
      Notary Public
20

21

22

23

24
```

Ernest Caranci

```
  1                        LAWYER'S NOTES

  2    PAGE  LINE

  3    _____ _____  _____

  4    _____ _____  _____

  5    _____ _____  _____

  6    _____ _____  _____

  7    _____ _____  _____

  8    _____ _____  _____

  9    _____ _____  _____

 10    _____ _____  _____

 11    _____ _____  _____

 12    _____ _____  _____

 13    _____ _____  _____

 14    _____ _____  _____

 15    _____ _____  _____

 16    _____ _____  _____

 17    _____ _____  _____

 18    _____ _____  _____

 19    _____ _____  _____

 20    _____ _____  _____

 21    _____ _____  _____

 22    _____ _____  _____

 23    _____ _____  _____

 24    _____ _____  _____
```