# EXHIBIT D

Ernest Caranci

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3          I, ERNEST CARANCI, do hereby certify that I

 4     have read the foregoing pages, 1-279, and that the

 5     same is a correct transcription of the answers given

 6     by me to the questions therein propounded, except for

 7     the corrections or changes in form or substance, if

 8     any, noted in the attached Errata Sheet.

 9

10

11     ERNEST CARANCI                  DATE

12

13

14

15
       Subscribed and sworn
16     to before me this
       _____ day of _____, 2023
17
       My commission expires:_____
18

19     _____
       Notary Public
20

21

22

23

24
```

Ernest Caranci

| 1 | | | LAWYER'S NOTES |
|---|---|---|---|
| 2 | PAGE | LINE | |
| 3 | 16 | 4 | NO CALENDER |
| 4 | 103 | 21 | CANCELLIERE |
| 5 | 105 | 8 | CANCELLIERE |
| 6 | 105 | 10 | CANCELLIERE |
| 7 | 155 | 12 | CANCELLIERE |
| 8 | 179 | 22 | PENN HARDWARE - HOMEDEP. SH |
| 9 | 182 | 7 | CANCELLIERE |
| 10 | 182 | 12 | CANCELLIERE |
| 11 | 182 | 24 | CANCELLIERE |
| 12 | 183 | 21 | CANCELLIERE |
| 13 | 239 | 13+15 | NO DON'T KNOW |
| 14 | 239 | 17+19 | NO DON'T KNOW |
| 15 | 253 | 14 | APRIL 26 - 1964 |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |