**CHRISTIAN P. LABLETTA, ESQUIRE**
**LABLETTA & WALTERS LLC**
**NJ State Bar #00625-2003**
**200 Barr Harbor Drive, Suite 200**
**Conshohocken, PA 19428**
**(610) 828-3339**
**clabletta@lablettawalters.com**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : <br> : <br> : |
| **THIS DOCUMENTS RELATES TO:** | : MDL No. 2741 <br> : |
| J.C., a minor by and through his parents and Guardians, Jarrod Cofrancesco and Rosemarie Cofrancesco <br>    Plaintiff, <br><br>   v. <br><br> MONSANTO COMPANY <br><br>    Defendant | : Master Docket Case No. 3:16-md-02741 <br> : <br> : Honorable Vince Chhabria <br> : <br> : Case No.: 3:20-cv-01961-VC <br> : <br> : **ADMINISTRATIVE MOTION** <br> : **TO FILE UNDER SEAL** <br> : <br> : |

  Pursuant to LR Civ. R. 79-5 and 7-11 of the Northern District of California and this Court's Standing Order for Civil Cases, ¶¶ 27-29, Plaintiff hereby files this Administrative Motion to File Under Seal.

**I. Action Requested**

  A ruling on whether the Uncontested Petition for Approval of Compromise of Minor's Settlement can be filed with the proposed redactions and whether the accompanying unredacted exhibit may be filed under seal.

**II. Reasons Supporting the Request**

  Pursuant to LR 79-5 and the Confidentiality Order in place for MDL 2741, any party wishing to use a document designated "confidential," in support of a motion must file an

Administrative Motion such as this, to determine whether filing under seal is appropriate. This action was originally filed in the District of New Jersey, Case No. 2:20-cv-02063. On July 13, 2021, LaBletta & Walters LLC on behalf of the minor, entered into a Confidential Settlement and Release of All Claims with Monsanto Company (the "Release"). N.J.S.A. Section 3B:15-16 directs that where proceeds of a judgment are recovered in favor of the minor in any court of the State of New Jersey proceeds from a Settlement may be deposited to the credit of the court in an interest-bearing account in a responsible bank, or savings bank or trust company. Likewise, New Jersey's Uniform Transfer to Minors Act, N.J.S.A. Section 46:38A-19 sets forth protective and/or restrictive language for designating a transfer to a minor under a gift, will, or trust.

In the instant matter, the monies received as part of the minor's settlement are proceeds of a judgment, as set forth in N.J.S.A. Section 3B:15-16, however, they are recovered outside a Court of the State of New Jersey. For this reason, while the approval of this Court is sought, it is requested that the monies recovered be placed in an account to the credit of the minor, rather than the credit of the State Court in New Jersey, with protective and/or restrictive language as designated by New Jersey's Uniform Transfer to Minors Act. A true and correct copy of documentation showing the opening of this account is attached hereto as Exhibit "A".

The Release contains a confidentiality clause prohibiting the disclosure of the terms of the settlement including the amount, and thus, filing the proposed redacted Uncontested Petition for Approval of Compromise of Minor Settlement is appropriate. Plaintiff requests the exhibit to the Petition be sealed entirely as it contains information revealing the identity of J.C., a minor, and because it may contain sensitive and confidential financial information that should not be part of the public record. Pursuant to *Center for Auto Safety v. Chrysler Group, LLC*, the good cause standard should apply here given that the parties have agreed to a confidentiality clause as part of

J.C.'s settlement, and further, the public is not presumed to have "regular access" to information concerning the amount and details of the settlement of a minor, nor sensitive financial information. 809 F.3d 1092, 1099 (9th Cir. 2016).

### III. Conclusion

For the foregoing reasons, Plaintiff seeks permission to file the redacted Uncontested Petition for Approval of Compromise of Minor Settlement with the unredacted accompanying exhibit under seal for the purpose of obtaining Court approval of the minor's settlement.

Respectfully submitted,

**LABLETTA & WALTERS LLC**

*/s/ Christian P. LaBletta*
**CHRISTIAN P. LABLETTA, ESQ.**
Attorneys for Plaintiff
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
(610) 828-3339

Dated: May 24, 2023