**CHRISTIAN P. LABLETTA, ESQUIRE**
**LABLETTA & WALTERS LLC**
State Bar #00625-2003
200 Barr Harbor Drive, Suite 200
Conshohocken, PA 19428
(610) 828-3339
clabletta@lablettawalters.com

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : <br> : <br> : |
| **THIS DOCUMENTS RELATES TO:** | : MDL No. 2741 <br> : |
| J.C., a minor by and through his parents and Guardians, Jarrod Cofrancesco and Rosemarie Cofrancesco | : Master Docket Case No. 3:16-md-02741 <br> : <br> : Honorable Vince Chhabria |
| Plaintiff, | : <br> : Case No.: 3:20-cv-01961-VC |
| v. | : <br> : **STIPUATION OF THE PARTIES** |
| MONSANTO COMPANY | : <br> : |
| Defendant | : |

Undersigned counsel on behalf of their respective clients hereby agree that the Plaintiff's Uncontested Petition for Approval of Compromise of Minor Settlement should be redacted as to all monetary details of the settlement and that the exhibit thereto should be filed entirely under seal in order to obtain court approval of the settlement for J.C., a minor.

Dated: May 24, 2023    */s/ Christian P. LaBletta*
Christian P. LaBletta, Esquire
LaBletta & Walters LLC
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428

Dated: May 24, 2023    */s/ Julie B. du Pont*
Julie B. du Pont, Esquire
Arnold & Porter LLP
250 West 55th Street
New York, NY 10019-9710