**CHRISTIAN P. LABLETTA, ESQUIRE**
**LABLETTA & WALTERS LLC**
**State Bar #00625-2003**
**200 Barr Harbor Drive, Suite 200**
**Conshohocken, PA 19428**
**(610) 828-3339**
**clabletta@lablettawalters.com**

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : : : |
| **THIS DOCUMENTS RELATES TO:** | : MDL No. 2741 : |
| J.C., a minor by and through his parents and Guardians, Jarrod Cofrancesco and Rosemarie Cofrancesco | : Master Docket Case No. 3:16-md-02741 : : Honorable Vince Chhabria |
| Plaintiff, | : |
| | : Case No.: 3:20-cv-01961-VC |
| v. | : : |
| MONSANTO COMPANY | : : |
| Defendant | : |

### UNCONTESTED PETITION FOR MINOR'S COMPROMISE

Jarrod Cofrancesco and Rosemarie Cofrancesco, as parents and guardians of minor Plaintiff, J.C., by and through undersigned counsel, respectfully requests approval of the minor's proposed settlement, and the distribution of settlement, as detailed below.[1] After payment of attorneys' fees, the MDL Common Benefit Holdback,[2] case expenses, health insurance liens if

---

[1] Defendant is not contesting the Petition.

[2] Pursuant to this Court's Orders [DE 13190; DE 13322], Plaintiff is holding back 8% of the gross recovery for a common benefit holdback. If there is a motion to assess the case for a percentage of the gross recovery, Plaintiff respectfully reserves the right to object.

applicable, the net proceeds will be placed in an interest bearing savings account, obtained and titled as follows:

**Jarrod Cofrancesco and Rosemarie Cofrancesco, as custodians for J.C., a minor, under the New Jersey Uniform Transfers to Minors Act.**

The following is a proposed distribution of the minor's settlement proceeds:

Total settlement: ███

Attorney's Fees[3]: ███

MDL Common Benefit Holdback (8%): ███

Case Expenses[4]: ███

Health Insurance Lien[5]: ███

Net recovery to be paid to minor ███

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c) to safeguard the interests of litigants who are minors." *Robidoux v. Rosengrem*, 638 F.3d 1177, 1181 (9th Cir. 2011). In the context of a proposed settlement in suits involving minors, the Court must "independently investigate and evaluate any compromise or settlement of a minor's claims to assure itself that the minor's interests are protected….even if the settlement has been recommended or negotiated by the minor's parent or Guardian Ad Litem. *Salmeron v. U.S.*, 724 F.2d 1357, 1363 (9th Cir. 1983). Courts should consider "whether the net amount distributed to each minor plaintiff in the settlement is fair and reasonable in light of the facts of the case, the minor's specific claim, and recovery in similar cases." *Robidoux*, 638 F.3d at 1182.

---

[3] Counsel for the Plaintiff, a minor, is not taking any fee on the case.

[4] Counsel is not charging Plaintiff for any costs associated with the case.

[5] To date, counsel has not been placed on notice of any healthcare lien.

In evaluating a settlement, the district court "should evaluate the fairness of each minor plaintiffs' net recovery without regard to the proportion of the total settlement value designated for adult co-plaintiffs or plaintiffs' counsel-whose interests the district court has no special duty to safeguard." *Id*. at 1182 (*citing Dacany v. Mendoza*, 573 F.2d 1075, 1078 (9th Cir. 1978))."So long as the net recovery to each minor plaintiff is fair and reasonable in light of their claims and average recovery in similar cases, the district court should approve the settlement as proposed by the parties." *Id.*

Based upon the terms of the settlement, the facts of the case, and settlements in similar cases, it is respectfully submitted that the total settlement, costs incurred and fees incurred are fair and reasonable under the circumstances.

In conclusion, it is respectfully requested that the Court order as follows:

1. The minor's settlement as described is approved.

2. Counsel's fees and costs to which none are claimed above are not an issue and will not be approved.

3. The sum of ████████████████████████████████████ the amount of the minor's settlement will be placed in a Wells Fargo Advisors Account, titled as follows: Rosemarie Cofrancesco C/F J.C., a minor, UTMA NJ. A true and correct copy of the documentation showing the opening of the account is attached hereto as Exhibit "A".

4. Any withdraws to the Account titled as set forth in paragraph 3 above, other than for the payment of state or federal income taxes, shall not be made without prior approval of this Court.

                    Respectfully submitted,

                    **LABLETTA & WALTERS LLC**

                    */s/ Christian P. LaBletta*
                    **CHRISTIAN P. LABLETTA, ESQ.**
                    Attorneys for Plaintiff
                    200 Barr Harbor Drive, Suite 400
                    Conshohocken, PA 19428
                    (610) 828-3339

Dated:  May 24, 2023