1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs

2   600 Travis Street, Suite 3400
Houston, TX 77002-2026

3   Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508

4   Email:      jstubbs@shb.com

5   *Attorneys for Defendant*
*MONSANTO COMPANY*

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8   | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
9   |  | Case No. 3:16-md-02741-VC |

10  | This document relates to: |
11  | *Sami Bati v. Monsanto Co., and John Does 1-50,* Case No. 3:23-cv-01915-VC |
12

13

14          <u>**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**</u>

15          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16  ("Monsanto") makes the following disclosures:

17          1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18          2.      Bayer AG is a publicly held corporation.

19

20

21

22

23

24

25

26

27

28

DATED:  May 24, 2023                    Respectfully submitted,

                                        SHOOK, HARDY & BACON L.L.P.

                                        BY: */s/ Jennise W. Stubbs*
                                            Jennise W. Stubbs
                                            600 Travis Street, Suite 3400
                                            Houston, TX 77002-2926
                                            Telephone:  (713) 227-8008
                                            Facsimile:   (713) 227-9508
                                            Email:       jstubbs@shb.com

                                        *Attorneys for Defendant*
                                        *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 24th day of May, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                        */s/Jennise W. Stubbs*
                                        Jennise W. Stubbs

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:23-cv-01915-VC