UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jerry Neff v. Monsanto Co. and John Does 1-100 inclusive,*<br>Case No.: 3:19-cv-05294-VC | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |

Plaintiff Jerry Neff – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave D:

1. Jerry Neff's case is part of Wave VI with no assigned Sub-Wave.

2. Jerry Neff passed away on November 19, 2022.

3. On May 18, 2023, Plaintiff's Counsel recently filed a Motion to Substitute Shari L. Neff in place of Jerry Neff, [Proposed] Order Granting Plaintiff's Motion to Substitute Shari L. Neff in Place of Jerry Neff, and Suggestion of Plaintiff Jerry Neff's Death. This Court has not yet ruled on Plaintiff's Motion to Substitute Party.

4. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

5. The parties completed Plaintiff's deposition on May 5, 2022; May 18, 2022; and May 24, 2022. The parties also completed Plaintiff's treating oncologist's deposition on December 1, 2022. However, his primary care physician's deposition has not yet been scheduled.

6. Defendant has served its first round of written discovery and document requests, and Plaintiff responded on November 17, 2022. Plaintiff intends to propound written discovery.

7. Plaintiff produced his Plaintiff Fact Sheet and subsequent amendments via MDL Centrality on January 10, 2020; March 11, 2020; and May 4, 2022.

8. Counsel for the Plaintiff, Jerry Neff, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-Wave D, and Monsanto does not oppose this request.

Therefore, Plaintiff Jerry Neff, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave D.

Date: May 24, 2023

Respectfully Submitted,

By: *Kristy M Arevalo*

Kristy M. Arevalo
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _/s/ Kristy M. Arevalo_
Kristy M. Arevalo
McCUNE LAW GROUP