UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | [PROPOSED] ORDER GRANTING MOTION |
| *Jerry Neff v. Monsanto Co. and* | TO MOVE CASE TO WAVE VII, |
| *John Does 1-100 inclusive,* | SUB-WAVE D |
| Case No.: 3:19-cv-05294-VC | |

     Plaintiff's motion to move the case from Wave VI with no assigned Sub-Wave to Wave VII, Sub-Wave D is granted.

     **IT IS SO ORDERED.**

Dated: _____, 2023

                                                                                                 HONORABLE VINCE CHHABRIA
                                                                             UNITED STATES DISTRICT COURT