UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Jeremy Hutchings and Jessica Hutchings v. Monsanto Co. and John Does 1-100,* Case No.: 3:22-cv-04636 | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE A |

Plaintiffs – without opposition from Defendant Monsanto Company – respectfully request the Court move their case from Wave VII with no assigned Sub-Wave to Wave VII, Sub-Wave A:

1. Jeremy Hutchings' and Jessica Hutchings' case is part of Wave VII.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties have not yet completed Plaintiffs' depositions. Plaintiff's treating oncologist and primary physician depositions have yet to be scheduled.

4. Defendant has not made written discovery and document production requests. Plaintiffs intend to propound written discovery.

5. Plaintiffs produced their Third Amended Plaintiff Fact Sheet via MDL Centrality on April 5, 2023.

6. Counsel for the Plaintiffs, Jeremy Hutchings and Jessica Hutchings, met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave, and Monsanto does not oppose this request.

Therefore, Plaintiffs Jeremy Hutchings and Jessica Hutchings, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave VII with no assigned Sub-Wave to Wave VII, Sub-Wave A.

Date:  May 24, 2023

Respectfully Submitted,

By: *Kristy M Arevalo*
Kristy M. Arevalo
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo