UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 <br> \| Master Docket Case No. 16-md-02741-VC <br> \| <br> \| **[PROPOSED] ORDER GRANTING MOTION** <br> \| **TO MOVE CASE TO WAVE VII,** <br> \| **SUB-WAVE A** |
| This document relates to: | |
| *Jeremy Hutchings and Jessica Hutchings v. Monsanto Co. and John Does 1-100,* Case No.: 3:22-cv-04636 | \| <br> \| <br> \| |

    Plaintiffs' motion to move the case from Wave VII with no assigned Sub-Wave to Wave VII, Sub-Wave A is granted.

    **IT IS SO ORDERED.**


Dated: _____, 2023        _____

                                                                              HONORABLE VINCE CHHABRIA

                                                                              UNITED STATES DISTRICT COURT