UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D |
| *Juliana Fuller v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:21-cv-09588 | |

Plaintiff Juliana Fuller – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave VII with no assigned Sub-Wave to Wave VII, Sub-Wave D:

1. Juliana Fuller's case is part of Wave VII with no assigned Sub-Wave.

2. Mindful of the deadlines pertaining to Wave VII cases, the parties have diligently pursued discovery in this matter.

3. The parties have not yet completed Plaintiff's deposition. Plaintiff's treating oncologist's deposition and her primary care physician's deposition have not yet been scheduled.

4. Defendant has not served its first round of written discovery and document requests. Plaintiff intends to propound written discovery.

5. Plaintiff produced her Plaintiff Fact Sheet via MDL Centrality on June 7, 2022.

6. Counsel for the Plaintiff, Juliana Fuller, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-Wave D, and Monsanto does not oppose this request.

Therefore, Plaintiff Juliana Fuller, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave VII with no assigned Sub-Wave to Wave VII, Sub-Wave D.

Date: May 24, 2023                                   Respectfully Submitted,

                                                    By: *Kristy M Arevalo*
                                                    Kristy M. Arevalo
                                                    **McCune Law Group**
                                                    3281 East Guasti Road, Suite 100
                                                    Ontario, CA 91761
                                                    Tel: 909-557-1250

                                                    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo
McCUNE LAW GROUP