UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Juliana Fuller v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:21-cv-09588 | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |

    Plaintiff's motion to move the case from Wave VII with no assigned Sub-Wave to Wave VII, Sub-Wave D is granted.

    **IT IS SO ORDERED.**

Dated: _____, 2023

                                                                                                 _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT