# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO:

LELAND ADAMS                                    Plaintiff(s)

v.

MONSANTO COMPANY

                                                Defendant(s)

CASE NUMBER
MDL No. 2741
Master Docket Case No. 16-md-02741-VC
3:22-CV-07590

**(PROPOSED)** ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

The Court hereby orders that the request of:

Leland Adams    [x] Plaintiff   [ ] Defendant   [ ] Other
*Name of Party*

to substitute   Kristy M. Arevalo, Esq.   who is

[X] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

3281 E. Guasti Road, Suite 100
*Street Address*

Ontario, CA  91761                              kma@mccunewright.com
*City, State, Zip*                              *E-Mail Address*

(909) 557-1250          (909) 557-1275          216308
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record instead of   Joseph R. Finnerty
List **all** attorneys from same firm or agency who are withdrawing.

is hereby   [X] GRANTED   [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   May 25, 2023

U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (09/17)          **(PROPOSED)** ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY