**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br><br>SADIE HUNTER         Plaintiff(s)<br><br>v.<br><br>MONSANTO COMPANY<br><br>Defendant(s) | CASE NUMBER<br>MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br>3:21-cv-09947<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Sadie Hunter  [x] Plaintiff  [ ] Defendant  [ ] Other
*Name of Party*

to substitute  Kristy M. Arevalo, Esq.  who is

[x] Retained Counsel  [ ] Counsel appointed by the Court (Criminal cases only)  [ ] Pro Se

3281 E. Guasti Road, Suite 100
*Street Address*

Ontario, CA  91761                                kma@mccunewright.com
*City, State, Zip*                                *E-Mail Address*

(909) 557-1250         (909) 557-1275         216308
*Telephone Number*     *Fax Number*            *State Bar Number*

as attorney of record instead of  Joseph R. Finnerty
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby  [x] GRANTED   [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  May 25, 2023

*[signature]*
U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (09/17)   ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY