UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES** |
| Embaan v. Monsanto Company, Case No. 3:21-cv-01336 | Re:   16686, 16688, 16692–95, 16727–29 |
| Gannon v. Monsanto Company, Case No. 3:19-cv-08064 | |
| Glassman v. Monsanto Company, Case No. 3:20-cv-00024 | |
| Iona v. Monsanto Company, Case No. 3:20-cv-02404 | |
| Belfleur v. Monsanto Company, Case No. 3:20-cv-00621 | |
| Gilberg v. Monsanto Company, Case No. 3:20-cv-07735 | |
| Thompson v. Monsanto Company, Case No. 3:20-cv-08851 | |
| Proctor v. Monsanto Company, Case No. 3:21-cv-00172 | |
| Berenfeld v. Monsanto Company, Case No. 3:18-cv-01428 | |
| Lundy v. Monsanto Company, Case No. 3:20-cv-09289 | |

Holmes v. Monsanto Company,
Case No. 3:20-cv-03363

Levy v. Monsanto Company,
Case No. 3:21-cv-07643

Perez v. Monsanto Company,
Case No. 3:22-cv-00089

Neff v. Monsanto Company,
Case No.: 3:19-cv-05294

Hutchings v. Monsanto Company,
Case No.: 3:22-cv-04636

Fuller v. Monsanto Company,
Case No.: 3:21-cv-09588

The above-listed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: May 25, 2023

_____

VINCE CHHABRIA
United States District Judge