UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Craig Wade, individually, and obo the Estate of Houston Franklin Wade v. Monsanto Co.* Case No.: 3:20-cv-08178-VC | |

## Unopposed Motion to Move Case to Wave VII

**COMES NOW,** Plaintiff Craig Wade (hereinafter "Plaintiff"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VI to Wave VII:

1. The case of Craig Wade is part of Wave VI.

2. The deposition of Plaintiff has been taken.

3. Plaintiff has served a Plaintiff Fact Sheet and medical records and is in the process of executing the appropriate documents so that all medical records may be obtained.

4. Despite their efforts, the Parties have not been able to complete the discovery in this case.

5. Plaintiff believes the best course of action is to move this case to Wave VII in order to complete the outstanding discovery.

6. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

7. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VII.

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VII.

Dated: May 17, 2023

Respectfully submitted,

By:_____
**Law Office of Darren Wolf, P.C.**
Darren Wolf
Texas Bar No.  24072430
darren@darrenwolf.com
Christianne Edlund
Texas Bar No. 24072083
christianne@darrenwolf.com
1701 N. Market Street, Suite 210
Dallas, Texas  75202
Phone (214) 346 5355
Fax. (214) 346 5909