BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS        MDL No. 2741
LIABILITY LITIGATION

### <u>NOTICE OF POTENTIAL TAG-ALONG ACTIONS</u>

In accordance with Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, undersigned counsel writes to notify you of the potential tag-along actions

listed on the attached Schedule of Action.  The docket sheets and complaints are attached.

           **VARNUM, LLP**
           Attorneys for Plaintiff Patricia Bergstresser, as
           Personal Representative of the Estate of Allen R.
           Seedorff, deceased


Dated:  June 1, 2023            By:  /s/*Brion B. Doyle*
                    Adam J. Brody (P62035)
                    Brion B. Doyle (P67870)
           Business Address, Telephone, and E-mail:
                    Bridgewater Place, P.O. Box 352
                    Grand Rapids, MI 49501-0352
                    (616) 336-6000
                    ajbrody@varnumlaw.com
                    bbdoyle@varnumlaw.com


15972731_1.docx