BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Patricia Bergstresser, as Personal Representative of the Estate of Allen R. Seedorff, deceased | Monsanto Company | Western District of Michigan—Southern Division | 1:23-cv-00413 | Paul L. Maloney |

**VARNUM, LLP**
Attorneys for Plaintiff, Patricia Bergstresser, as Personal Representative of the Estate of Allen R. Seedorff, deceased

Dated:  June 1, 2023

By:  /s/*Brion B. Doyle*
   Adam J. Brody (P62035)
   Brion B. Doyle (P67870)
   Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
   Bridgewater Place, P.O. Box 352
   Grand Rapids, MI 49501-0352
   (616) 336-6000
   ajbrody@varnumlaw.com
   bbdoyle@varnumlaw.com
   sbarthur@varnumlaw.com

15972735_1.docx