**Query**     **Reports**     **Utilities**     **Help**     **Log Out**

# United States District Court
# Western District of Michigan (Southern Division (1))
# CIVIL DOCKET FOR CASE #: 1:23-cv-00413-PLM-SJB

| | |
|---|---|
| Bergstresser v. Monsanto Company | Date Filed: 04/21/2023 |
| Assigned to: District Judge Paul L. Maloney | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Sally J. Berens (events as ordered) | Nature of Suit: 245 Tort Product Liability |
| Related Case: 1:22-cv-00188-PLM-SJB | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Personal Injury-Product Liability | |

### plaintiff

| | | |
|---|---|---|
| **Patricia Bergstresser**<br>*Personal Representative of the Estate of Allen R. Seedorff, deceased*<br>estate of<br>Allen R. Seedorff | represented by | **Brion Bannon Doyle**<br>Varnum Riddering Schmidt & Howlett LLP (Grand Rapids)<br>Bridgewater Place<br>333 Bridge St., NW<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>Email: bbdoyle@varnumlaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

### defendant

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2023 | 1 | COMPLAINT with jury demand against Monsanto Company filed by Patricia Bergstresser (Attachments: # 1 Proposed Summons) (Doyle, Brion) Modified text on 4/21/2023 (pjw). (Entered: 04/21/2023) |
| 04/21/2023 | | FILING FEE PAID re 1 by plaintiff Patricia Bergstresser in the amount of $402, receipt number AMIWDC-7037637 (Doyle, Brion) (Entered: 04/21/2023) |
| 04/24/2023 | 2 | CASE ASSIGNMENT REVIEW indicating the cases are related; signed by Magistrate Judge Sally J. Berens (jal) (Entered: 04/24/2023) |
| 04/24/2023 | 3 | NOTICE that this case has been assigned to Paul L. Maloney (pjw) (Entered: 04/24/2023) |
| 04/24/2023 | 4 | |

| | | |
|---|---|---|
| | | SUMMONS ISSUED as to defendant Monsanto Company (pjw) (Entered: 04/24/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/01/2023 16:20:11 | | | |
| **PACER Login:** | sjmurray | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-00413-PLM-SJB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |