# EXHIBIT B

# Table of Contents

**Subject Information:** ................................................................................................................................... 2

**Locate Report Summary** ............................................................................................................................ 2

**Possible Employers** .................................................................................................................................... 2

**Best Addresses to mail:** ............................................................................................................................. 2

**Possible Email Addresses:** ........................................................................................................................ 3

**Best Numbers to call for subject:** ............................................................................................................. 3

**Commercial Numbers found at subject's addresses:** ............................................................................... 3

**Best Relatives Phone Numbers:** ................................................................................................................ 3

**Best 1st Degree Relatives Phone Numbers:** ............................................................................................. 3

**Best 2nd Degree Relatives Phone Numbers:** ............................................................................................ 3

**Best 3rd Degree Relatives Phone Numbers:** ............................................................................................. 3

**Likely Associates Phone Numbers:** .......................................................................................................... 3

**Possible Associates Listed Land Line Phone Numbers:** .......................................................................... 3

**Neighbors Listed Land Line Phone Numbers:** .......................................................................................... 3

**Current Vehicles:** ....................................................................................................................................... 3

**Past Vehicles:** ............................................................................................................................................ 4

**Current Property Deeds:** ........................................................................................................................... 4

**Past Property Deeds:** ................................................................................................................................ 4

**Business Associations:** ............................................................................................................................. 4

**Corporations:** ............................................................................................................................................ 4

**Liens:** ......................................................................................................................................................... 4

**Judgments:** ................................................................................................................................................ 4

**Bankruptcy Records (2 Found)** ................................................................................................................. 4

**Important:**                                                                                          **ONLINE REPORT**

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

**Locate Report**

**Locate Report**
**Date:** 11/30/2021
Reference ID: **242199**

## Subject Information:

Name: **MARTIN GONZALEZ**

Date of Birth: **XX/XX/1954** Born **66** Years Ago

**D**       Date of Death: **09/06/2020**, Died at **65 years old**

Gender: **Male**
SSN: **XXX-XX-1463**, issued in **FLORIDA** in **1968-1969**

## Locate Report Summary

Bankruptcies: **2 found**
Possible Phones: **3 found**
Driver's License: **1 found**
Address(es) found: **2 found**
Possible Criminal Records: **None found**

## Possible Employers

**None Found**

## Best Addresses to mail:

PO BOX 474, TASLEY, VA 23441-0474 (ACCOMACK COUNTY) (07/21/2007 to 11/30/2021)
PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY) (06/01/1999 to 11/03/2021)

## Possible Email Addresses:

**None Found**

## Best Numbers to call for subject:

**(757) 710-3457** (ET) Mobile (86%)
**(757) 787-9467** (ET) Land Line (86%)
**(757) 787-3795** (ET) Land Line (3%)

## Commercial Numbers found at subject's addresses:

**None Found**

## Best Relatives Phone Numbers:

**None Found**
## Best 1st Degree Relatives Phone Numbers:

**None Found**

## Best 2nd Degree Relatives Phone Numbers:

**None Found**

## Best 3rd Degree Relatives Phone Numbers:

**None Found**

## Likely Associates Phone Numbers:

**None Found**

## Possible Associates Listed Land Line Phone Numbers:

**WILSON SEWARD GLENN** Age: 76  **[ View Person Record ]**
**(757) 824-5574**  (ET) (86%)

## Neighbors Listed Land Line Phone Numbers:

Neighbors of **PO BOX 474, TASLEY, VA 23441-0474 (ACCOMACK COUNTY)**
     **None Found**

Neighbors of **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**
     **None Found**

## Current Vehicles:

**None Found**

## Past Vehicles:

**None Found**

## Current Property Deeds:

**None Found**

## Past Property Deeds:

**None Found**

## Business Associations:

**None Found**

## Corporations:

**None Found**

## Liens:

**None Found**

## Judgments:

**MARTIN GONZALEZ** [ View Person Record ]
Address: **PO BOX 60, QUINBY, VA 23423-0060 (ACCOMACK COUNTY)**
Filing Type: **CIVIL JUDGMENT**
Action: **CIVIL JUDGMENT**
Plaintiff: **NAM HOSPITAL**
Court Case Number: **53531**
Total Judgment Amount: **$379**
Filing Date: **08/01/1994**

## Bankruptcy Records (2 Found)

Debtor Details

Name: **MARTIN GONZALEZ**
SSN: **XXX-XX-1463**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**
Name: **SUSANNE M GONZALEZ**
SSN: **XXX-XX-8874**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**

Bankruptcy Details

Chapter: **7**
Case Number: **0020333**
Filing Date: **01/27/2000**
Discharge Date: **05/11/2000**
Closed Date: **05/24/2000**
Assets Available: **N**
Notice Type: **DISCHARGE**
Law Firm: **JEFFREY C FLAX ATT AT LAW**
Attorney Address: **533 NEWTOWN RD STE 101**
Attorney Phone: **(757) 499-9601**
Trustee Name: **SMITH, JR.**
Trustee Address: **BOX1506 PO**
Trustee Phone: **(757) 428-3481**
Judge Name: **ST. JOHN**
Court ID: **VAE**
Court District: **VA - NORFOLK**
Court Division: **8**
Court Address: **600 GRANBY ST #400, NORFOLK, VA 23510 (NORFOLK CITY COUNTY)**
Court Phone: **(757) 222-7500**

#### Match Indicators

First Name: **Full Match**
Middle Name: **No Match**
Last Name: **Full Match**
Address: **Full Match**
SSN: **Full Match**

Debtor Details

Name: **MARTIN GONZALEZ**
SSN: **XXX-XX-1463**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**
Name: **SUSANNE M GONZALEZ**
SSN: **XXX-XX-8874**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**

Bankruptcy Details

Chapter: **7**
Case Number: **00020333**
Filing Date: **01/27/2000**
Discharge Date: **05/11/2000**
Notice Type: **FILING**
Attorney Name: **LAW JEFFREY C FLAX**
Attorney Address: **533 NEWTOWN RD STE 101, VIRGINIA BEACH, VA 23462-5600 (VIRGINIA BEACH CITY COUNTY)**
Court ID: **VANOFF1**

#### Match Indicators

First Name: **Full Match**
Middle Name: **No Match**
Last Name: **Full Match**
Address: **Full Match**
SSN: **Full Match**

# Table of Contents

Subject Information: ........................................................................................................................... 2

Locate Report Summary ..................................................................................................................... 2

Possible Employers ............................................................................................................................ 2

Best Addresses to mail: ..................................................................................................................... 3

Possible Email Addresses: ................................................................................................................. 3

Best Numbers to call for subject: ....................................................................................................... 3

Commercial Numbers found at subject's addresses: ......................................................................... 3

Best Relatives Phone Numbers: ........................................................................................................ 3

Best 1st Degree Relatives Phone Numbers: ...................................................................................... 3

Best 2nd Degree Relatives Phone Numbers: ..................................................................................... 3

Best 3rd Degree Relatives Phone Numbers: ...................................................................................... 3

Likely Associates Phone Numbers: .................................................................................................... 3

Possible Associates Listed Land Line Phone Numbers: .................................................................... 3

Neighbors Listed Land Line Phone Numbers: .................................................................................... 3

Current Vehicles: ................................................................................................................................ 4

Past Vehicles: ..................................................................................................................................... 4

Current Property Deeds: ..................................................................................................................... 4

Past Property Deeds: ......................................................................................................................... 4

Business Associations: ....................................................................................................................... 4

Corporations: ...................................................................................................................................... 4

Liens: .................................................................................................................................................. 4

Judgments: ......................................................................................................................................... 4

Bankruptcy Records (2 Found) ........................................................................................................... 4

**Important:**                                                             **ONLINE REPORT**

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

**Locate Report**

**Locate Report**
**Date:** 12/13/2021
Reference ID: **242199-1**

## Subject Information:

Name: **SUSANNE MATYAS GONZALEZ**
Name: **SUSANNE MATYAS GEORGE**
Name: **SUE MATYAS GONZALEZ**
Name: **SUE GONZAOEZ**
Name: **SUSANNE MATYAS ALE**

Date of Birth: **XX/XX/1945** Born **76** Years Ago

**D** Date of Death: **06/24/2011**, Died at **65 years old**

Gender: **Female**
SSN: **XXX-XX-8874**, issued in **VIRGINIA** in **1963**

## Locate Report Summary

Bankruptcies: **2 found**
Possible Phones: **2 found**
Driver's License: **1 found**
Address(es) found: **1 found**
Possible Criminal Records: **None found**

## Possible Employers

**None Found**

## Best Addresses to mail:

**PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)** (04/1983 to 12/13/2021)

## Possible Email Addresses:

**None Found**

## Best Numbers to call for subject:

**(757) 787-9467** (ET) Land Line (86%)
**(757) 787-3795** (ET) Land Line (3%)

## Commercial Numbers found at subject's addresses:

**None Found**

## Best Relatives Phone Numbers:

**None Found**
## Best 1st Degree Relatives Phone Numbers:

**None Found**

## Best 2nd Degree Relatives Phone Numbers:

**None Found**

## Best 3rd Degree Relatives Phone Numbers:

**None Found**

## Likely Associates Phone Numbers:

**None Found**

## Possible Associates Listed Land Line Phone Numbers:

**CONNIE YVETTE FINLEY** Age: 63  **[ View Person Record ]**
**(757) 968-5410**  (ET) (66%)

**SAMUEL FLOYD NOTTINGHAM** Age: 59  **[ View Person Record ]**
**(410) 761-1789**  (ET) (72%)

**WILSON SEWARD GLENN** Age: 76  **[ View Person Record ]**
**(757) 824-5574**  (ET) (86%)

## Neighbors Listed Land Line Phone Numbers:

Neighbors of **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**
   **None Found**

## Current Vehicles:

**None Found**

## Past Vehicles:

**None Found**

## Current Property Deeds:

**None Found**

## Past Property Deeds:

**None Found**

## Business Associations:

**None Found**

## Corporations:

**None Found**

## Liens:

**None Found**

## Judgments:

**None Found**

## Bankruptcy Records (2 Found)

Debtor Details

Name: **SUSANNE M GONZALEZ**
SSN: **XXX-XX-8874**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**
Name: **MARTIN GONZALEZ**
SSN: **XXX-XX-1463**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**

Bankruptcy Details

Chapter: **7**
Case Number: **0020333**
Filing Date: **01/27/2000**
Discharge Date: **05/11/2000**
Closed Date: **05/24/2000**
Assets Available: **N**
Notice Type: **DISCHARGE**
Law Firm: **JEFFREY C FLAX ATT AT LAW**
Attorney Address: **533 NEWTOWN RD STE 101**
Attorney Phone: **(757) 499-9601**
Trustee Name: **SMITH, JR.**
Trustee Address: **BOX1506 PO**
Trustee Phone: **(757) 428-3481**
Judge Name: **ST. JOHN**
Court ID: **VAE**
Court District: **VA - NORFOLK**
Court Division: **8**
Court Address: **600 GRANBY ST #400, NORFOLK, VA 23510 (NORFOLK CITY COUNTY)**
Court Phone: **(757) 222-7500**

**Match Indicators**

First Name: **Full Match**
Middle Name: **Partial Match**
Last Name: **Full Match**
Address: **Full Match**
SSN: **Full Match**

Debtor Details

Name: **SUSANNE M GONZALEZ**
SSN: **XXX-XX-8874**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**
Name: **MARTIN GONZALEZ**
SSN: **XXX-XX-1463**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**

Bankruptcy Details

Chapter: **7**
Case Number: **00020333**
Filing Date: **01/27/2000**
Discharge Date: **05/11/2000**
Notice Type: **FILING**
Attorney Name: **LAW JEFFREY C FLAX**
Attorney Address: **533 NEWTOWN RD STE 101, VIRGINIA BEACH, VA 23462-5600 (VIRGINIA BEACH CITY COUNTY)**
Court ID: **VANOFF1**

**Match Indicators**

First Name: **Full Match**
Middle Name: **Partial Match**
Last Name: **Full Match**
Address: **Full Match**
SSN: **Full Match**

 **Deceased**    MARTIN GONZALEZ, Died at 65 - Born 67 Years Ago (Accomack County, VA)

**MARTIN GONZALEZ (10/01/1992 to 12/18/2021)**

SSN: ▮▮▮-1463
Issued: **FLORIDA 1968-1969**

Other People who have used this SSN. This does not usually indicate fraud.
**MARK BARDEN [ View Person Record ]**
**SUSANNE MATYAS GONZALEZ [ View Person Record ]**

**Date of Birth**
DOB: ▮▮▮/1954
Age: **67**

SSN:  reported deceased:
Name: **Martin Gonzalez**
DOB: ▮▮▮/1954, Born **67** years ago
DOD:**09/06/2020**, Died at **65**
SSN:
Last Residence:  **TASLEY, VA 23441
(ACCOMACK COUNTY)**

Gender: **Male**

 Driver's License Detail:
DL#: ▮▮▮▮
DL State: **VA**
Reported Date: **07/13/2001**

**MARTIN GONZALEZ
PO BOX 60, QUINBY, VA 23423-0060
(ACCOMACK COUNTY)**
DOB: ▮▮▮/1954

**Possible Relatives**
Susanne Matyas Gonzalez **1945** Age: **76** Died at **65**

**Indicators**
Bankruptcies: **2 Found, Latest in 2000**
Liens: **None Found**
Judgments: **1 Found, Latest in 1994**

**Cities**
Melfa, VA (06/01/1999 to 01/04/2022)
Quinby, VA (10/01/1992 to 01/24/2003)
Tasley, VA (07/21/2007 to 02/04/2022)

**Possible Phones**
**(757) 710-3457** (ET) (Mobile)(86%)
**(757) 787-9467** (ET) (LandLine)(86%)
**(757) 787-3795** (ET) (LandLine)(3%)

**Counties**
Accomack County, VA (10/01/1992 to 02/04/2022)

**People-Search-202202041648**

**Possible Email Addresses**
None found


**Address History (4)**
**PO BOX 474, TASLEY, VA 23441-0474 (ACCOMACK COUNTY)** (07/21/2007 to 02/04/2022)

**PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)** (06/01/1999 to 01/04/2022)

**PO BOX 60, QUINBY, VA 23423-0060 (ACCOMACK COUNTY)** (10/01/1992 to 01/24/2003)

**20437 MAPP RD, MELFA, VA 23410-2703 (ACCOMACK COUNTY)** (08/24/1999 to 08/24/1999)

# Table of Contents

Subject Information: ........................................................................................................................................ 2

Locate Report Summary ................................................................................................................................. 2

Possible Employers ........................................................................................................................................ 2

Best Addresses to mail: ................................................................................................................................. 2

Possible Email Addresses: ............................................................................................................................ 2

Best Numbers to call for subject: .................................................................................................................. 3

Commercial Numbers found at subject's addresses: .................................................................................... 3

Best Relatives Phone Numbers: .................................................................................................................... 3

Best 1st Degree Relatives Phone Numbers: ................................................................................................. 3

Best 2nd Degree Relatives Phone Numbers: ................................................................................................ 3

Best 3rd Degree Relatives Phone Numbers: ................................................................................................. 3

Likely Associates Phone Numbers: ............................................................................................................... 3

Possible Associates Listed Land Line Phone Numbers: ............................................................................... 3

Neighbors Listed Land Line Phone Numbers: ............................................................................................... 3

Current Vehicles: ........................................................................................................................................... 3

Past Vehicles: ................................................................................................................................................ 4

Current Property Deeds: ................................................................................................................................ 4

Past Property Deeds: ..................................................................................................................................... 4

Business Associations: .................................................................................................................................. 4

Corporations: ................................................................................................................................................. 4

Liens: ............................................................................................................................................................. 4

Judgments: .................................................................................................................................................... 4

Bankruptcy Records (2 Found) ...................................................................................................................... 4

FOR ATTORNEY / LAW FIRM PURPOSES ONLY SUSANNE MATYAS GONZALEZ-Locate-Report-202202041654

**Important:**                                                              **ONLINE REPORT**

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Locate Report

**Locate Report**
**Date:** 02/04/2022
Reference ID: **242199**

### Subject Information:

Name: **SUSANNE MATYAS GONZALEZ**
Name: **SUSANNE MATYAS GEORGE**
Name: **SUE MATYAS GONZALEZ**
Name: **SUE GONZAOEZ**
Name: **SUSANNE MATYAS ALE**

Date of Birth: ▮▮▮▮/**1945** Born **76** Years Ago

**D**   Date of Death: **06/24/2011**, Died at **65 years old**

Gender: **Female**
SSN: ▮▮▮▮-**8874**, issued in **VIRGINIA** in **1963**

### Locate Report Summary

Bankruptcies: **2 found**
Possible Phones: **3 found**
Driver's License: **1 found**
Address(es) found: **2 found**
Possible Criminal Records: **None found**

### Possible Employers

**None Found**

### Best Addresses to mail:

**PO BOX 474, TASLEY, VA 23441-0474 (ACCOMACK COUNTY)** (04/04/2007 to 02/04/2022)

### Possible Email Addresses:

**None Found**

**PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)** (04/1983 to 01/04/2022)

## Best Numbers to call for subject:

**(757) 787-9467** (ET) Land Line (86%)
**(757) 710-3457** (ET) Mobile (86%)
**(757) 787-3795** (ET) Land Line (3%)

## Commercial Numbers found at subject's addresses:

**None Found**

## Best Relatives Phone Numbers:

**None Found**
## Best 1st Degree Relatives Phone Numbers:

**None Found**

## Best 2nd Degree Relatives Phone Numbers:

**None Found**

## Best 3rd Degree Relatives Phone Numbers:

**None Found**

## Likely Associates Phone Numbers:

**None Found**

## Possible Associates Listed Land Line Phone Numbers:

**CONNIE YVETTE FINLEY** Age: 64 **[ View Person Record ]**
**(757) 968-5410** (ET) (66%)

**SAMUEL FLOYD NOTTINGHAM** Age: 59 **[ View Person Record ]**
**(410) 761-1789** (ET) (68%)

**WILSON SEWARD GLENN** Age: 76 **[ View Person Record ]**
**(757) 824-5574** (ET) (86%)

## Neighbors Listed Land Line Phone Numbers:

Neighbors of **PO BOX 474, TASLEY, VA 23441-0474 (ACCOMACK COUNTY)**
   **None Found**

Neighbors of **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**
   **None Found**

## Current Vehicles:

**None Found**

## Past Vehicles:

**None Found**

## Current Property Deeds:

**None Found**

## Past Property Deeds:

**None Found**

## Business Associations:

**None Found**

## Corporations:

**None Found**

| Liens: | Judgments: |
|---|---|
| **None Found** | **None Found** |

## Bankruptcy Records (2 Found)

| Debtor Details | Match Indicators | |
|---|---|---|
| **Name: SUSANNE M GONZALEZ** | First Name: | **O Full Match** |
| SSN: **-8874** | Middle Name: | O **Partial Match** |
| Debtor Address: **PO BOX 607, MELFA, VA 23410-0607** | Last Name: | **O Full Match** |
| **(ACCOMACK COUNTY)** | Address: | **O Full Match** |
| **Name: MARTIN GONZALEZ** | SSN: | **O Full Match** |
| SSN: **-1463** | | |
| Debtor Address: **PO BOX 607, MELFA, VA 23410-0607** | | |
| **(ACCOMACK COUNTY)** | | |
| | | |
| Bankruptcy Details | | |
| | | |
| Chapter: **7** | | |
| Case Number: **0020333** | | |
| Filing Date: **01/27/2000** | | |
| Discharge Date: **05/11/2000** | | |
| Closed Date: **05/24/2000** | | |
| Assets Available: **N** | | |

Notice Type: **DISCHARGE**
Law Firm: **JEFFREY C FLAX ATT AT LAW**
Attorney Address: **533 NEWTOWN RD STE 101**
Attorney Phone: **(757) 499-9601**
Trustee Name: **SMITH, JR.**
Trustee Address: **BOX1506 PO**
Trustee Phone: **(757) 428-3481**
Judge Name: **ST. JOHN**
Court ID: **VAE**
Court District: **VA - NORFOLK**
Court Division: **8**
Court Address: **600 GRANBY ST #400, NORFOLK, VA 23510
(NORFOLK CITY COUNTY)**
Court Phone: **(757) 222-7500**

Debtor Details

Name: **SUSANNE M GONZALEZ**
SSN: **-8874**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607
(ACCOMACK COUNTY)**
Name: **MARTIN GONZALEZ**
SSN: **-1463**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607
(ACCOMACK COUNTY)**

Bankruptcy Details

Chapter: **7**
Case Number: **00020333**
Filing Date: **01/27/2000**
Discharge Date: **05/11/2000**
Notice Type: **FILING**
Attorney Name: **LAW JEFFREY C FLAX**
Attorney Address: **533 NEWTOWN RD STE 101, VIRGINIA
BEACH, VA 23462-5600 (VIRGINIA BEACH CITY COUNTY)**
Court ID: **VANOFF1**

**Match Indicators**

| | | |
|---|---|---|
| First Name: | O | **Full Match** |
| Middle Name: | ○ | **Partial Match** |
| Last Name: | O | **Full Match** |
| Address: | O | **Full Match** |
| SSN: | O | **Full Match** |

 **Deceased**                    SUSANNE MATYAS GONZALEZ, Died at 65 - Born 76 Years Ago (Accomack County, VA)        PO BOX 607, MELFA, VA (04/1983 to 01/04/2022)

**SUSANNE MATYAS GONZALEZ (01/01/1993 to 12/18/2021)**
**SUSANNE MATYAS GEORGE (01/01/1993 to 05/14/2010)**
**SUE MATYAS GONZALEZ (01/01/1993 to 05/14/2010)**
**SUSANNE MATYAS ALE (03/07/1994 to 01/24/2003)**

Other Observed Names
**SUE GONZAOEZ (01/01/1993 to 05/14/2010)**

SSN:    **-8874**
Issued: **VIRGINIA 1963**

Other SSNs this person has used. This does not usually indicate fraud.
**-8874**
**-8824**
**-1463**

**Dates of Birth**
DOB:   **/1945**
Age: **76**

Other DOB:  **/1945**
Age: **76**

SSN: **XXX-XX-8874** reported deceased:
Name: **Susanne M Gonzalez**
DOB:  **/1945**, Born **76** years ago
DOD:**06/24/2011**, Died at **65**
SSN:   **-8874**
Issued: **VIRGINIA 1963**
Last Residence: **TASLEY, VA 23441**
**(ACCOMACK COUNTY)**

**Possible Relatives**
Martin Gonzalez **1954** Age: **67** Died at **65**

**Indicators**
Bankruptcies: **2 Found, Latest in 2000**
Liens: **None Found**
Judgments: **None Found**

**Cities**
Melfa, VA (04/1983 to 01/04/2022)
Quinby, VA (01/01/1993 to 01/24/2003)
Tasley, VA (04/04/2007 to 02/04/2022)

**Possible Phones**
**(757) 787-9467** (ET) (LandLine)(86%)
**(757) 710-3457** (ET) (Mobile)(86%)
**(757) 787-3795** (ET) (LandLine)(3%)

**Counties**
Accomack County, VA (04/1983 to 02/04/2022)

Gender: **Female**
Dates at Searched Location: **04/1983 to 01/04/2022**

Driver's License Detail:
DL#:
DL State: **VA**
Reported Date: **07/13/2001**

**SUSANNE M GONZALEZ**
**PO BOX 607, MELFA, VA 23410-0607**
**(ACCOMACK COUNTY)**
DOB:      /1945

**Professional License**
**SUSANNE M GONZALEZ**
**PO BOX 607, MELFA, VA 23410-0607**
**(ACCOMACK COUNTY)**
**NURSE AIDE**
**Virginia**
First Issued: **09/07/2000**
Expiration: **09/30/2008**

**Possible Email Addresses**
None found

**Address History (5)**
**PO BOX 474, TASLEY, VA 23441-0474 (ACCOMACK COUNTY)** (04/04/2007 to 02/04/2022)

**PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)** (04/1983 to 01/04/2022)

**23751 MARRY BRANCH RD, TASLEY, VA 23441 (ACCOMACK COUNTY)** (11/15/2007 to 11/15/2007)

**20437 MAPP RD, MELFA, VA 23410-2703 (ACCOMACK COUNTY)** (08/24/1999 to 01/24/2003)

**PO BOX 60, QUINBY, VA 23423-0060 (ACCOMACK COUNTY)** (01/01/1993 to 01/24/2003)

# Table of Contents

**Subject Information:** ............................................................................................................................... 2

**Locate Report Summary** ......................................................................................................................... 2

**Possible Employers** ................................................................................................................................. 2

**Best Addresses to mail:** ........................................................................................................................... 2

**Possible Email Addresses:** ...................................................................................................................... 2

**Best Numbers to call for subject:** ........................................................................................................... 3

**Commercial Numbers found at subject's addresses:** ............................................................................. 3

**Best Relatives Phone Numbers:** ............................................................................................................. 3

**Best 1st Degree Relatives Phone Numbers:** ........................................................................................... 3

**Best 2nd Degree Relatives Phone Numbers:** .......................................................................................... 3

**Best 3rd Degree Relatives Phone Numbers:** ........................................................................................... 3

**Likely Associates Phone Numbers:** ........................................................................................................ 3

**Possible Associates Listed Land Line Phone Numbers:** ......................................................................... 3

**Neighbors Listed Land Line Phone Numbers:** ........................................................................................ 3

**Current Vehicles:** .................................................................................................................................... 3

**Past Vehicles:** ......................................................................................................................................... 3

**Current Property Deeds:** ......................................................................................................................... 3

**Past Property Deeds:** .............................................................................................................................. 4

**Business Associations:** ........................................................................................................................... 4

**Corporations:** .......................................................................................................................................... 4

**Liens:** ...................................................................................................................................................... 4

**Judgments:** ............................................................................................................................................. 4

**Bankruptcy Records (2 Found)** ............................................................................................................... 4

**Important:**                                                                      **ONLINE REPORT**

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Locate Report

**Locate Report**
**Date:** 03/14/2022
Reference ID: **242199**

---

### Subject Information:

Name: **MARTIN GONZALEZ**

Date of Birth: **XX/XX/1954** Born **67** Years Ago

**D**          Date of Death: **09/06/2020**, Died at **65 years old**

Gender: **Male**
SSN: **XXX-XX-1463**, issued in **FLORIDA** in **1968-1969**

### Locate Report Summary

Bankruptcies: **2 found**
Possible Phones: **3 found**
Driver's License: **1 found**
Address(es) found: **2 found**
Possible Criminal Records: **None found**

---

### Possible Employers

**None Found**

---

### Best Addresses to mail:

**PO BOX 474, TASLEY, VA 23441-0474 (ACCOMACK COUNTY)** (07/21/2007 to 03/14/2022)
**PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)** (06/01/1999 to 03/02/2022)

### Possible Email Addresses:

**None Found**

---

## Best Numbers to call for subject:

**(757) 787-9467** (ET) Land Line (86%)
**(757) 710-3457** (ET) Mobile (86%)
**(757) 787-3795** (ET) Land Line (3%)

## Commercial Numbers found at subject's addresses:

**None Found**

## Best Relatives Phone Numbers:

**None Found**
## Best 1st Degree Relatives Phone Numbers:

**None Found**

## Best 2nd Degree Relatives Phone Numbers:

**None Found**

## Best 3rd Degree Relatives Phone Numbers:

**None Found**

## Likely Associates Phone Numbers:

**None Found**

## Possible Associates Listed Land Line Phone Numbers:

**SAMUEL FLOYD NOTTINGHAM** Age: 60  **[ View Person Record ]**
**(410) 761-1789**  (ET) (68%)

**WILSON SEWARD GLENN** Age: 76  **[ View Person Record ]**
**(757) 824-5574**  (ET) (86%)

## Neighbors Listed Land Line Phone Numbers:

Neighbors of **PO BOX 474, TASLEY, VA 23441-0474 (ACCOMACK COUNTY)**
   **None Found**

Neighbors of **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**
   **None Found**

## Current Vehicles:

**None Found**

## Past Vehicles:

**None Found**

## Current Property Deeds:

**None Found**

## Past Property Deeds:

**None Found**

## Business Associations:

**None Found**

## Corporations:

**None Found**

| Liens: | Judgments: |
|---|---|
| **None Found** | **MARTIN GONZALEZ** [ View Person Record ]<br>Address: **PO BOX 60, QUINBY, VA 23423-0060**<br>**(ACCOMACK COUNTY)**<br>Filing Type: **CIVIL JUDGMENT**<br>Action: **CIVIL JUDGMENT**<br>Plaintiff: **NAM HOSPITAL**<br>Court Case Number: **53531**<br>Total Judgment Amount: **$379**<br>Filing Date: **08/01/1994** |

## Bankruptcy Records (2 Found)

| Debtor Details | Match Indicators | |
|---|---|---|
| Name: **MARTIN GONZALEZ**<br>SSN: ▓▓▓ **-1463**<br>Debtor Address: **PO BOX 607, MELFA, VA 23410-0607**<br>**(ACCOMACK COUNTY)**<br>Name: **SUSANNE M GONZALEZ**<br>SSN: ▓▓▓ **-8874**<br>Debtor Address: **PO BOX 607, MELFA, VA 23410-0607**<br>**(ACCOMACK COUNTY)** | First Name:<br>Middle Name:<br>Last Name:<br>Address:<br>SSN: | O **Full Match**<br>O **No Match**<br>O **Full Match**<br>O **Full Match**<br>O **Full Match** |
| **Bankruptcy Details**<br><br>Chapter: **7**<br>Case Number: **0020333**<br>Filing Date: **01/27/2000**<br>Discharge Date: **05/11/2000** | | |

Closed Date: **05/24/2000**
Assets Available: **N**
Notice Type: **DISCHARGE**
Law Firm: **JEFFREY C FLAX ATT AT LAW**
Attorney Address: **533 NEWTOWN RD STE 101**
Attorney Phone: **(757) 499-9601**
Trustee Name: **SMITH, JR.**
Trustee Address: **BOX1506 PO**
Trustee Phone: **(757) 428-3481**
Judge Name: **ST. JOHN**
Court ID: **VAE**
Court District: **VA - NORFOLK**
Court Division: **8**
Court Address: **600 GRANBY ST #400, NORFOLK, VA 23510**
**(NORFOLK CITY COUNTY)**
Court Phone: **(757) 222-7500**

Debtor Details

Name: **MARTIN GONZALEZ**
SSN: ▓▓▓▓▓**-1463**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607**
**(ACCOMACK COUNTY)**
Name: **SUSANNE M GONZALEZ**
SSN: ▓▓▓▓▓**-8874**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607**
**(ACCOMACK COUNTY)**

Bankruptcy Details

Chapter: **7**
Case Number: **00020333**
Filing Date: **01/27/2000**
Discharge Date: **05/11/2000**
Notice Type: **FILING**
Attorney Name: **LAW JEFFREY C FLAX**
Attorney Address: **533 NEWTOWN RD STE 101, VIRGINIA**
**BEACH, VA 23462-5600 (VIRGINIA BEACH CITY COUNTY)**
Court ID: **VANOFF1**

**Match Indicators**

| | | |
|---|---|---|
| First Name: | O | **Full Match** |
| Middle Name: | | **No Match** |
| Last Name: | O | **Full Match** |
| Address: | O | **Full Match** |
| SSN: | O | **Full Match** |

# Table of Contents

**Subject Information:** ............................................................................................................................... 2

**Locate Report Summary** ........................................................................................................................ 2

**Possible Employers** ............................................................................................................................... 2

**Best Addresses to mail:** ......................................................................................................................... 2

**Possible Email Addresses:** .................................................................................................................... 2

**Best Numbers to call for subject:** .......................................................................................................... 3

**Commercial Numbers found at subject's addresses:** ............................................................................ 3

**Best Relatives Phone Numbers:** ........................................................................................................... 3

**Best 1st Degree Relatives Phone Numbers:** ......................................................................................... 3

**Best 2nd Degree Relatives Phone Numbers:** ........................................................................................ 3

**Best 3rd Degree Relatives Phone Numbers:** ........................................................................................ 3

**Likely Associates Phone Numbers:** ...................................................................................................... 3

**Possible Associates Listed Land Line Phone Numbers:** ....................................................................... 3

**Neighbors Listed Land Line Phone Numbers:** ...................................................................................... 3

**Current Vehicles:** .................................................................................................................................. 3

**Past Vehicles:** ....................................................................................................................................... 4

**Current Property Deeds:** ....................................................................................................................... 4

**Past Property Deeds:** ............................................................................................................................ 4

**Business Associations:** ......................................................................................................................... 4

**Corporations:** ........................................................................................................................................ 4

**Liens:** .................................................................................................................................................... 4

**Judgments:** ............................................................................................................................................ 4

**Bankruptcy Records (2 Found)** .............................................................................................................. 4

**Important:**                                                                        **ONLINE REPORT**

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Locate Report

### Locate Report
**Date:** 03/14/2022
Reference ID: **242199**

## Subject Information:

Name: **SUSANNE MATYAS GONZALEZ**
Name: **SUSANNE MATYAS GEORGE**
Name: **SUE MATYAS GONZALEZ**
Name: **SUE GONZAOEZ**
Name: **SUSANNE MATYAS ALE**

Date of Birth: **XX/XX/1945** Born **76** Years Ago

**D**   Date of Death: **06/24/2011**, Died at **65 years old**

Gender: **Female**
SSN: **XXX-XX-8874**, issued in **VIRGINIA** in **1963**

## Locate Report Summary

Bankruptcies: **2 found**
Possible Phones: **3 found**
Driver's License: **1 found**
Address(es) found: **2 found**
Possible Criminal Records: **None found**

## Possible Employers

**None Found**

## Best Addresses to mail:

**PO BOX 474, TASLEY, VA 23441-0474 (ACCOMACK COUNTY)** (04/04/2007 to 03/14/2022)

## Possible Email Addresses:

**None Found**

**PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)** (04/1983 to 03/02/2022)

## Best Numbers to call for subject:

**(757) 787-9467** (ET) Land Line (86%)
**(757) 710-3457** (ET) Mobile (72%)
**(757) 787-3795** (ET) Land Line (3%)

## Commercial Numbers found at subject's addresses:

**None Found**

## Best Relatives Phone Numbers:

**None Found**
## Best 1st Degree Relatives Phone Numbers:

**None Found**

## Best 2nd Degree Relatives Phone Numbers:

**None Found**

## Best 3rd Degree Relatives Phone Numbers:

**None Found**

## Likely Associates Phone Numbers:

**None Found**

## Possible Associates Listed Land Line Phone Numbers:

**CONNIE YVETTE FINLEY** Age: 64 **[ View Person Record ]**
**(757) 968-5410** (ET) (66%)

**SAMUEL FLOYD NOTTINGHAM** Age: 60 **[ View Person Record ]**
**(410) 761-1789** (ET) (68%)

**WILSON SEWARD GLENN** Age: 76 **[ View Person Record ]**
**(757) 824-5574** (ET) (86%)

## Neighbors Listed Land Line Phone Numbers:

Neighbors of **PO BOX 474, TASLEY, VA 23441-0474 (ACCOMACK COUNTY)**
   **None Found**

Neighbors of **PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)**
   **None Found**

## Current Vehicles:

**None Found**

## Past Vehicles:

**None Found**

## Current Property Deeds:

**None Found**

## Past Property Deeds:

**None Found**

## Business Associations:

**None Found**

## Corporations:

**None Found**

| Liens: | Judgments: |
|---|---|
| **None Found** | **None Found** |

## Bankruptcy Records (2 Found)

| Debtor Details | Match Indicators | | |
|---|---|---|---|
| Name: **SUSANNE M GONZALEZ** | First Name: | O **Full Match** | |
| SSN: **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** | Middle Name: | ○ **Partial Match** | |
| Debtor Address: **PO BOX 607, MELFA, VA 23410-0607** | Last Name: | O **Full Match** | |
| **(ACCOMACK COUNTY)** | Address: | O **Full Match** | |
| Name: **MARTIN GONZALEZ** | SSN: | O **Full Match** | |
| SSN: **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** | | | |
| Debtor Address: **PO BOX 607, MELFA, VA 23410-0607** | | | |
| **(ACCOMACK COUNTY)** | | | |
| | | | |
| Bankruptcy Details | | | |
| | | | |
| Chapter: **7** | | | |
| Case Number: **0020333** | | | |
| Filing Date: **01/27/2000** | | | |
| Discharge Date: **05/11/2000** | | | |
| Closed Date: **05/24/2000** | | | |
| Assets Available: **N** | | | |

Notice Type: **DISCHARGE**
Law Firm: **JEFFREY C FLAX ATT AT LAW**
Attorney Address: **533 NEWTOWN RD STE 101**
Attorney Phone: **(757) 499-9601**
Trustee Name: **SMITH, JR.**
Trustee Address: **BOX1506 PO**
Trustee Phone: **(757) 428-3481**
Judge Name: **ST. JOHN**
Court ID: **VAE**
Court District: **VA - NORFOLK**
Court Division: **8**
Court Address: **600 GRANBY ST #400, NORFOLK, VA 23510**
**(NORFOLK CITY COUNTY)**
Court Phone: **(757) 222-7500**

Debtor Details

Name: **SUSANNE M GONZALEZ**
SSN: **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**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607**
**(ACCOMACK COUNTY)**
Name: **MARTIN GONZALEZ**
SSN: **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**
Debtor Address: **PO BOX 607, MELFA, VA 23410-0607**
**(ACCOMACK COUNTY)**

Bankruptcy Details

Chapter: **7**
Case Number: **00020333**
Filing Date: **01/27/2000**
Discharge Date: **05/11/2000**
Notice Type: **FILING**
Attorney Name: **LAW JEFFREY C FLAX**
Attorney Address: **533 NEWTOWN RD STE 101, VIRGINIA**
**BEACH, VA 23462-5600 (VIRGINIA BEACH CITY COUNTY)**
Court ID: **VANOFF1**

Match Indicators

| | | |
|---|---|---|
| First Name: | O | **Full Match** |
| Middle Name: | O | **Partial Match** |
| Last Name: | O | **Full Match** |
| Address: | O | **Full Match** |
| SSN: | O | **Full Match** |

**1 Result Found**  for people named **MARTIN GONZALEZ** who have used SSN: **XXX-XX-1463** in the United States.

**D** **Deceased**    MARTIN GONZALEZ , Died at 65 - Born 68 Years Ago  (Accomack County, VA)

**MARTIN GONZALEZ (10/01/1992 to 03/02/2023)**

SSN: **XXX-XX-1463**
Issued: **FLORIDA 1968-1969**

Other People who have used this SSN. This does not usually indicate fraud.
**MARK BARDEN [ View Person Record ]**
**SUSANNE MATYAS GONZALEZ [ View Person Record ]**

**Date of Birth**
DOB: **XX/XX/1954**
Age: **68**

SSN:  reported deceased:
Name: **Martin Gonzalez**
DOB: **XX/XX/1954**, Born **68** years ago
DOD: **09/06/2020**, Died at **65**
SSN:
Last Residence:  **TASLEY, VA 23441**
**(ACCOMACK COUNTY)**

Gender: **Male**

Driver's License Detail:
DL#: **XXXX-XXX-XX-XXX-X**
DL State: **VA**
Reported Date: **07/13/2001**

**MARTIN GONZALEZ**
**PO BOX 60, QUINBY, VA 23423-0060**
**(ACCOMACK COUNTY)**
DOB: **XX/XX/1954**

**Possible Relatives**
Susanne Matyas Gonzalez **1945** Age: **77** Died at **65**

**Indicators**
Bankruptcies: **2 Found , Latest in 2000**
 Liens:  **None Found**
Judgments: **1 Found , Latest in 1994**

**Cities**
Melfa, VA (06/01/1999 to 05/01/2023)
Quinby, VA (10/01/1992 to 01/24/2003)
Tasley, VA (07/21/2007)

**Possible Phones**
**(757) 787-9467** (ET) (LandLine) (100%)
**(757) 710-3457** (ET) (Mobile) (86%)
**(757) 787-3795** (ET) (LandLine) (3%)

**Counties**
Accomack County, VA (10/01/1992 to 05/01/2023)

**Possible Email Addresses**
None found


**Address History (4)**
**PO BOX 607, MELFA, VA 23410-0607 (ACCOMACK COUNTY)** (06/01/1999 to 05/01/2023)

**PO BOX 474, TASLEY, VA 23441-0474 (ACCOMACK COUNTY)** (07/21/2007 to 07/21/2007)

**PO BOX 60, QUINBY, VA 23423-0060 (ACCOMACK COUNTY)** (10/01/1992 to 01/24/2003)

**20437 MAPP RD, MELFA, VA 23410-2703 (ACCOMACK COUNTY)** (08/24/1999 to 08/24/1999)



TransUnion TLOxp

Search | Settings | History | Favorites

Logged in as, alanclos (Logout)

$ Cost | ? Help | Messages

My Top Searches: Advanced Person | Personal Bankruptcies | Personal Judgments ✿⁹

People | Business Plus | Criminal Records | Courts | Assets | California

Advanced | Expert Plus | Expanded Expert | Deceased | Licenses | Phones | Emails | Global Watch Lists

Advanced Search People ⓘ Information & Coverage



Last Name
DALILA
Last Name Sounds Like ☐

First Name
MORELIA
Exact First ☐

Middle Name
[One Line Entry]

DOB
12/27/1987 or 12/27 or 1987

Age Range
-

SSN
Full, First 5 digits, or Last 4 digits

Address (or just str...

DL, Email, Domain, or IP

## No Results Found

We're sorry, there were no Results found for people named **MORELIA DALILA** located in **TASLEY, VIRGINIA**.

Zip, Zip 9, City, C...
TASLEY, VA

Date Range See...
 to

Radius (from loc...

Expand Search if Subject not Found
☑

Your Reference ID: 242199     ⓘ   50 ▾   Results Per Page

SEARCH   Clear

Your Current Reference ID: **242199**

PRINT or EXPORT SEARCH RESULTS

FEEDBACK