# EXHIBIT C



Funeral arrangement under the care of
**Williams Onancock Funeral Home**

Like 0    Share

# Martin Gonzalez

▭▭▭▭▭▭▭▭ - September 6, 2020 (65 years old)

Tasley, Virginia

## Martin Gonzalez Obituary

Here is Martin Gonzalez's obituary. Please accept Echovita's sincere condolences.

With heavy hearts, we announce the death of Martin Gonzalez of Tasley, Virginia, born in West Palm Beach, Florida, who passed away on September 6, 2020 at the age of 65. Family and friends are welcome to **send flowers** or leave their condolences on this memorial page and share them with the family.

He was predeceased by : his parents, ▭▭▭▭▭▭ ▭▭ ▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭; and his former wife ▭▭▭▭▭▭ ▭▭▭▭▭▭. He is survived by : his wife ▭▭▭▭▭▭▭; and his siblings, ▭▭▭▭▭▭, ▭▭▭▭▭▭▭, ▭▭▭▭▭▭▭▭, ▭▭▭▭▭▭▭▭▭▭, ▭▭▭▭▭▭▭, ▭▭▭▭▭▭▭▭ and ▭▭▭▭▭▭.



## 📅 Events

| Sun<br>Sep 13 | **Visitation**<br>Williams-Parkskey Funeral Home<br>25046 Parksley Rd, Parksley, VA 23421 |

| Sun<br>Sep 13 | **Visitation**<br>28061 Nelsonia Rd, Bloxom, VA 23308 |

  
Obituary    Plant a tree    Photos

| Sun<br>Sep 13 | **Burial**<br>Parksley Cemetery<br>18670 County Rd, Parksley, VA 23421 |

| Sun<br>Sep 13 | **Graveside service**<br>Parksley Cemetery<br>18670 County Rd, Parksley, VA 23421 |



## 📖 Authorize the original obituary

Authorize the publication of the original written obituary with the accompanying photo.

- ✓ Allow Martin Gonzalez to be recognized more easily
- ✓ Increase the accessibility of loved ones to show you their sympathy