# EXHIBIT D

5473 Blair Road
Dallas, TX 75231
www.fnlawfirm.com

**FEARS NACHAWATI**
— L A W  F I R M —

866-979-1599 // Phone
214-890-0712 // Fax
roundup@fnlawfirm.com // Email

December 14, 2021

*<u>Via Federal Express</u>*
Hector Santiago-Montes
12014 Jefferson St.
Exmore, VA 23350

**RE:  Pending Product Liability Claim for Mr. Martin Gonzalez**

Mr. Santiago-Montes:

 We are reaching out to you today as the alternative contact for Mr. Marin Gonzalez. We are aware of his passing and would like to express our deepest condolences to you and his family for the loss. We are trying to reach the appropriate representative for Mr. Gonzalez's estate and are reaching out to you for assistance.

 It is important that we speak with the representative for Mr. Gonzalez's estate regarding a pending product liability claim as soon as possible. If you would please relay a message to the appropriate party or let us know how we can get in contact with them, we would greatly appreciate it. There are time sensitive deadlines on this matter.

 Thank you in advance for your attention to this urgent matter. Please do not hesitate to reach out to our offices at 866-979-1599.

Yours Very Truly,

**Fears Nachawati Law Firm**

Danae N. Benton
Attorney at Law

DNB/kr

From: SHORE TAX AND INSURANCE <shoretaxinsurance@gmail.com>
Sent: Saturday, January 8, 2022 9:32 AM
To: Maria Theurer <mtheurer@fnlawfirm.com>
Subject: Re: RoundUp LawSuit - Martin Gonzalez - Fears Nachawati Law Firm

This message originated from outside your organization
_____
Hello Maria. I apologize for the late response. I have not heard from Mr Gonzales ever since that one time came to my office. I have no updated contact information for him. I will still try to get in contact and let you know if I'm able to. Thank you.

On Mon, Dec 13, 2021 at 3:43 PM Maria Theurer <mtheurer@fnlawfirm.com> wrote:
Mr. Santiago-Montes:

We are trying to get in contact with either you or Mr. Gonzales regarding his case against Monsanto for the exposure to RoundUp Weed Killer. None of the phone numbers we have work and we have mailed Mr. Gonzalez the documents and have yet to hear back from him. Please kindly provide a status update so that we can continue to move forward with his litigation.

We will be overnighting the documents to you via FedEx.

Best regards,


Maria L. Theurer, CP
Senior Paralegal
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com