UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| | \|Case No. 3:16-md-02741-VC |
| This document relates to: | \|UNOPPOSED MOTION TO MOVE CASE TO \|WAVE VII |
| *Karl Kimura, et al. v. Monsanto Co.* Case No.: 3:19-cv-00190-VC | |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

**COMES NOW,** Plaintiff Karl Kimura (hereinafter "Plaintiff"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VI to Wave VII:

1. The case of Karl Kimura is part of Wave VI.

2. The deposition of Plaintiff has been taken.

3. Plaintiff has served a Plaintiff Fact Sheet, medical records and authorizations to obtain medical records.

4. Despite their efforts, the Parties have not been able to complete the discovery in this case.

5. Plaintiff believes the best course of action is to move this case to Wave VII in order to complete the outstanding discovery.

6. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

7. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VII.

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VII.

Dated: May 22, 2023

        Respectfully submitted,

        /S/ MICHAEL JAY GREEN
        MICHAEL JAY GREEN
        841 Bishop Street, Ste. 2201
        Honolulu, HI 96813
        Tel: (808) 521-3336

        MARIA F. PENN
        DENISE M. HEVICON
        841 Bishop Street, Ste. 2210
        Honolulu, HI 96813

        Attorneys for Plaintiffs
        KARL KIMURA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2023, a true and correct copy of the foregoing was served upon the parties below via CM/ECF:

ANTHONY R. MARTINEZ
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108
Tel:  (816) 559-2683
Fax:  (816) 421-5547
Email: amartinez@shb.com

Attorney for Defendant

Dated: June 2, 2023

By: /S/ MICHAEL JAY GREEN
MICHAEL JAY GREEN
MARIA F. PENN
DENISE M. HEVICON

Attorneys for Plaintiff
KARL KIMURA