UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII** |
| *Karl Kimura, et al. v. Monsanto Co.*<br>Case No.: 3:19-cv-00190-VC | |

Plaintiff's motion to move the case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**

Dated:

_____
VINCE CHHABRIA
United States District Judge