UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII |
| *Howard Pullen, et al. v. Monsanto Co.* Case No.: 3:19-cv-07462-VC | |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

**COMES NOW,** Plaintiff Howard Pullen (hereinafter "Plaintiff"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VI to Wave VII:

1. The case of Howard Pullen is part of Wave VI.

2. The deposition of Plaintiff has been taken.

3. Plaintiff has served a Plaintiff Fact Sheet, medical records and authorizations to obtain medical records.

4. Despite their efforts, the Parties have not been able to complete the discovery in this case.

5. Plaintiff believes the best course of action is to move this case to Wave VII in order to complete the outstanding discovery.

6. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

7. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VII.

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VII.

Dated: June 2, 2023

By: /S/ MICHAEL JAY GREEN
MICHAEL JAY GREEN
841 Bishop Street, Suite 2201
Honolulu, HI 96813
Tel: (808) 521-3336

MARIA F. PENN
DENISE M. HEVICON
841 Bishop Street, Ste. 2210
Honolulu, HI 96813
Tel: (808) 524-1730

Attorneys for Plaintiff
HOWARD PULLEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2023, a true and correct copy of the foregoing was served upon the parties below via CM/ECF:

ANTHONY R. MARTINEZ
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108
Tel:  (816) 559-2683
Fax:  (816) 421-5547
Email: amartinez@shb.com

Attorney for Defendant

Dated: June 2, 2023

By: /S/ MICHAEL JAY GREEN
MICHAEL JAY GREEN
MARIA F. PENN
DENISE M. HEVICON

Attorneys for Plaintiff
HOWARD PULLEN