UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VI, SUB-WAVE D** |
| *Catherine Lincourt v. Monsanto Co.*, Case No. 3:21-cv-05317-VC | |

Plaintiff, Catherine Lincourt, without opposition from Defendant Monsanto Company, respectfully request that the Court move her case from Wave VI-A to Wave VI-D.

1. Plaintiff's case has been assigned to Wave VI-A pursuant to the Court's November 10, 2022 Order.

2. The parties have been diligently pursuing discovery.

3. Plaintiff Catherine Lincourt was deposed on December 6, 2022. Plaintiff's husband, William Lincourt, was deposed on February 9, 2023.

4. Defendant served written discovery demands on or about April 18, 2023, to which plaintiff and her counsel are in the process of responding.

5.  Counsel for Plaintiff Lincourt met and conferred with counsel for Monsanto.  Plaintiff believes the best course of action would be to move this case to a later sub-wave within Wave VI, and Monsanto does not oppose this request.

Therefore, Plaintiff, Catherine Lincourt, without opposition from Defendant, Monsanto Company, respectfully requests that the Court move her case from Wave VI-A to Wave VI-D.

DATED:  June 2, 2023

                                        Respectfully submitted,

                                        */s/ Kelsey W. Shannon*
                                        Kelsey W. Shannon (*pro hac vice*)
                                        (kshannon@lynnlaw.com)
                                        LYNN LAW FIRM LLP
                                        333 W. Washington St., Suite 100
                                        Syracuse, NY  13202
                                        Tel: (315) 474-1267

                                        *Attorneys for Plaintiff*
                                        *CATHERINE LINCOURT*

## CERTIFICATE OF SERVICE

I hereby certify that, on this May 22, 2023, I served a copy of the forgoing by CM/ECF, which will provide automatic notifications to all parties and counsel of record.

/s/Kelsey W. Shannon

Kelsey W. Shannon