UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **[PROPOSED] ORDER GRANTING MOTION TO CONTINUE TO WAVE VI-D** |
| *Catherine Lincourt v. Monsanto Co.*, Case No. 3:21-cv-05317-VC | |

Plaintiff's motion to continue the above-listed matter to Wave VI-D is granted.

**IT IS SO ORDERED.**

DATED: June __, 2023

_____

VINCE CHHABRIA

United States District Judge