**HENDLER FLORES LAW, PLLC**
Scott M. Hendler (*pro hac vice*)(TX Bar No. 09445500)
(shendler@hendlerlaw.com)
Stephen D. Demik (CA Bar No. 221167)
(sdemik@hendlerlaw.com)
901 S. MoPac Expresswy
Building 1, Suite 300
Austin, TX 78746
Tel: (512) 439-3216
Fax: (512) 439-3201

*Attorneys for Plaintiff*
*LAKEISHA LAY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *LaKeisha Lay v. Monsanto Co.*, Case No. 3:19-cv-02582-VC | |

**PLAINTIFF LAKEISHA LAY'S STIPULATION OF DISMISSAL**

COMES NOW Plaintiff Lakeshia Lay, (hereinafter "Plaintiff") and respectfully files this agreed Stipulation of Dismissal of her action in its entirety without prejudice pursuant to Fed.R.Civ.P. 41(a)(ii).

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Court dismiss her action in its entirety without prejudice, and for such other and further relief including sanctions and costs as this Court deems appropriate.

**DATED: June 5, 2023**

Respectfully submitted,

/s/ Scott M. Hendler

Scott M. Hendler (*pro hac vice*) (TX Bar No. 09445500)
(shendler@hendlerlaw.com)
Stephen D. Demik (CA Bar No. 221167)
(sdemik@hendlerlaw.com)
901 S. MoPac Expressway
Building 1, Suite 300
Austin, TX 78746
Tel: (512) 439-3216
Fax: (512) 439-3201

*Attorneys for Plaintiff*
*LAKEISHA LAY*

*Agreed to:*

/s/ Gregory S. Chernack

Gregory S. Chernack, Esq. (*pro hac vice*)
(gchernack@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5815
Fax: (202) 682-1639

/s/ Anthony Martinez
Anthony Martinez, Esq. (*pro hac vice*)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

**CERTIFICATE OF SERVICE**

I hereby certify that, on this **5th day of June 2023**, the foregoing ***PLAINTIFF LAKEISHA LAY'S STIPULATION OF DISMISSAL*** was served by electronic mail upon the following counsel for defendant:

Gregory S. Chernack, Esq. (*pro hac vice*)
(gchernack@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5815
Fax: (202) 682-1639

Brian L. Stekloff, Esq. (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru, Esq. (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Daniel Pariser, Esq.
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

Anthony Martinez, Esq. (*pro hac vice*)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

DATED: June 5, 2023

Respectfully submitted,

*/s/ Scott M. Hendler*___________

Scott M. Hendler (*pro hac vice*) (TX Bar No. 09445500)
(shendler@hendlerlaw.com)
Stephen D. Demik (CA Bar No. 221167)
(sdemik@hendlerlaw.com)
901 S. MoPac Expressway
Building 1, Suite 300
Austin, TX 78746
Tel: (512) 439-3216
Fax: (512) 439-3201

*Attorneys for Plaintiff*
*LAKEISHA LAY*

**HENDLER FLORES LAW, PLLC**
Scott M. Hendler (*pro hac vice*)(TX Bar No. 09445500)
(shendler@hendlerlaw.com)
Stephen D. Demik (CA Bar No. 221167)
(sdemik@hendlerlaw.com)
901 S. MoPac Expresswy
Building 1, Suite 300
Austin, TX 78746
Tel: (512) 439-3216
Fax: (512) 439-3201

*Attorneys for Plaintiff*
*LAKEISHA LAY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*LaKeisha Lay v. Monsanto Co.*, Case No. 3:19-cv-02582-VC | |

**ORDER**

After considering Plaintiff's *Stipulation of Dismissal*, the Court **GRANTS** Plaintiff's Stipulation.

**SO ORDERED** this ________ day of June, 2023

______________________________________
HONORABLE JUDGE PRESIDING