Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: *Mosely v. Monsanto Co.,* Case No. 19-cv-5088-VC | |

### MONSANTO COMPANY'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE

Defendant Monsanto Company ("Monsanto") files this motion to dismiss for failure to prosecute or, in the alternative, for an order to show cause. On March 10, 2023, counsel for Plaintiff, Darrel Mosely, filed a motion to withdraw as attorney. (Dkt. No. 16314.) On April 28, 2023, this Court granted the motion "subject to the requirement that counsel transmit this order to the plaintiff." (Dkt. No. 16554.) The Order further required that, "[w]ithin 28 days of this Order, the plaintiff shall notify the Court whether he intends to represent himself or hire new counsel for this case." (*See id.*)

On May 5, 2023, Kristy M. Arevalo of the McCune Law Group sent correspondence to Plaintiff via certified, US Postal Mail and by electronic mail, enclosing the April 28, 2023 Order of Court. (*See* Exhibit A.) To date, Plaintiff has failed to notify the Court whether he intends to represent himself or hire new counsel for this case, as required by this Court's April 28, 2023, Order of Court.

A court may dismiss a case for failure to prosecute pursuant to Rule 41(b), which provides:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Dismissal is authorized by Rule 41(b) and warranted under the April 28, 2023, Order because Plaintiff has failed to prosecute his case.

If the Court is not presently inclined to dismiss this case, Monsanto requests, in the alternative, an order requiring Plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute. Monsanto further requests that the Court indicate that the case will be dismissed pursuant to Fed. R. Civ. P. 41(b) if no response is filed within 21 days of the order's entry. In the event the Court issues an order to show cause, Monsanto will, within seven days of its issuance, transmit said order to Plaintiff at the address reflected in Exhibit A and in the same manner that Plaintiff's former counsel transmitted the April 28, 2023 letter.

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case without prejudice for failure to prosecute or, in the alternative, an order to show cause.

Dated: June 6, 2023

        Respectfully submitted,

        SHOOK, HARDY & BACON L.L.P.

        By: */s/ Anthony R. Martinez*
            Anthony R. Martinez
            2555 Grand Blvd.
            Kansas City, MO 64108
            Telephone: (816) 474-6550
            Fax: (816) 421-5547
            amartinez@shb.com

        ***Attorney for Defendant,***
        ***MONSANTO COMPANY***

Defendant's Motion to Dismiss for Failure to Prosecute
or, in the Alternative, for an Order to Show Cause

## CERTIFICATE OF SERVICE

I, Anthony Martinez, hereby certify that on June 6, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record. Additionally, service of the forgoing document was made via certified mail to Plaintiff: Darrel Mosely, 9 Trentridge Court, Columbia, SC 29229 and via email: darrelmosely4@gmail.com.

/s/ Anthony Martinez
Anthony Martinez