**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Mosely v. Monsanto Co.,*<br>Case No. 19-cv-5088-VC | |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

The motion to dismiss for failure to prosecute is granted. Plaintiff's claims against Defendant Monsanto Co. are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____        _____
                                VINCE CHHABRIA
                                United States District Judge