# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Mosely v. Monsanto Co.,*<br>Case No. 19-cv-5088-VC | |

## [PROPOSED] ORDER TO SHOW CAUSE

The motion for order to show cause is granted. Within 21 days of this Order, the plaintiff

must show cause why this case should not be dismissed pursuant to Federal Rule of Civil

Procedure 41(b) for failure to prosecute. If no response is filed, this case will be dismissed

without prejudice.

**IT IS SO ORDERED.**


Dated: _____                        _____

                                                 VINCE CHHABRIA
                                                 United States District Judge