Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Paul A. Dagostino (SBN 301498)
pdagostino@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Elpidia Martinez, Individually and on Behalf of Carlos Celedon v. Monsanto Company*<br>Case No. 3:21-cv-01508-VC | MDL No. 2741<br>CASE NO.: 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE A** |

Plaintiff *Elpidia Martinez* – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave A:

1. Elpidia Martinez's case is currently part of Wave VI, Sub-Wave D.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff Elpidia Martinez's deposition on December 13, 2022. Other depositions, including decedent's treating oncologist's deposition, his primary care physician's deposition, and his employer's deposition have not yet been scheduled. Counsel for Defendant has advised Plaintiff of their intention to take the deposition of Plaintiff's employer.

4. Defendant propounded its first round of written discovery and Plaintiff has provided responses to Defendant's discovery requests.

5. Both Plaintiff and Defendant have served multiple subpoenas for documents to third parties. While Plaintiff has been diligently following up on the subpoenas issued by her counsel, a number of the subpoenas, including those served by Defendant, remain unanswered. Plaintiff intends on serving additional subpoenas for deposition testimony. Plaintiff may also need to serve written discovery on Defendant.

6. Counsel for the Plaintiff, Elpidia Martinez, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-Wave A, and Monsanto does not oppose this request.

Therefore, Plaintiff Elpidia Martinez, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave A.

Dated: June 6, 2023                                         **BISNAR | CHASE LLP**

By: /s/ Paul Dagostino
Brian D. Chase
Paul Dagostino
*Counsel for Elpidia Martinez*

# PROOF OF SERVICE
*Sami Khal v. Monsanto Company*
**UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
Case No. 3:20-cv-09292-VC | MDL Case No. 3:16-md-02741-VC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1301 Dove Street, Suite 120, Newport Beach, CA 92660. On **June 6, 2023**, I served true copies of the following document(s) described as:

- **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE A**

on the interested parties in this action as follows:

Anthony R. Martinez, Esq.
amartinez@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547

*Attorney for Defendant*
MONSANTO COMPANY

(X)   **VIA CM/ECF ELECTRONIC FILING SYSTEM**: I transmitted via the Internet a true copy(s) of the above-entitled documents(s) to the CM/ECF system of the United States District Court for the Central District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

(X)   **BY EMAIL**, pursuant to agreement by the parties the above referenced document was emailed to: amartinez@shb.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 6, 2023**, at Newport Beach, California.

*/s/ Anthony Scotto*
ANTHONY SCOTTO