```
1  Brian D. Chase (SBN 164109)
   bchase@bisnarchase.com
2  Paul A. Dagostino (SBN 301498)
   pdagostino@bisnarchase.com
3  BISNAR | CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, CA 92660
   Tel: (949) 752-2999
5  Fax: (949) 752-2777
6
7  Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>CASE NO.: 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Elpidia Martinez, Individually and on Behalf of Carlos Celedon v. Monsanto Company*<br>Case No. 3:21-cv-01508-VC | Honorable Vince Chhabria<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE A** |

Plaintiffs' Unopposed Motion to move the above-cited case from Wave VI, Sub-Wave D, to Wave VII, Sub-Wave A is hereby granted.

**IT IS SO ORDERED.**

Dated:_____, 2023.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT