# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *David Culp and Tina Culp v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:20-cv-03439-VC | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE A** |

    Plaintiff's motion to move the case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave A is granted.

    **IT IS SO ORDERED.**


Dated: _____, 2022         _____
                                                                                   HONORABLE VINCE CHHABRIA
                                                                                  UNITED STATES DISTRICT COURT