**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| | \| Master Docket Case No. 3:16-md-02741-VC |
| | \| |
| | \| Honorable Vince Chhabria |
| This document relates to: | \| |
| | \| **UNOPPOSED MOTION TO MOVE CASE TO** |
| *Deborah Miller, et al. v. Monsanto Co. and John Does 1-100 inclusive,* | \| **WAVE VII, SUB-WAVE A** |
| Case No.: 3:19-cv-04946-VC | \| |

Plaintiff Deborah Miller, individually and on behalf of her deceased husband Gideon Miller – without opposition from Defendant Monsanto Company – respectfully requests that the Court move her case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave A:

1. Deborah Miller's case is part of Wave VI, Sub-Wave D.

2. On January 29, 2011, Gideon Miller passed away.

3. Gideon Miller died intestate, and Deborah Miller was his surviving heir.

4. On August 16, 2019, Deborah Miller filed a Short Form Complaint to pursue her individual claims against Defendant, as well as Gideon Miller's actions against Defendant pursuant to Rule 25 of the Federal Rules of Civil Procedure.

5. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

6. The parties completed Plaintiff's deposition on December 28, 2022. Gideon Miller's treating oncologist's deposition and his primary physician's deposition have yet to be scheduled.

7.  Plaintiff has not yet received written discovery and/ or document productions requests.

Plaintiff intends to propound written discovery.

8.  Counsel for the Plaintiff, Deborah Miller, met and conferred with counsel for Monsanto.

Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-

Wave A, and Monsanto does not oppose this request.

Therefore, Plaintiff Deborah Miller, individually and on behalf of Gideon Miller,

deceased, without opposition from Defendant Monsanto Company, respectfully requests that the

Court move her case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave A.

Date:  June 6, 2023                              Respectfully Submitted,


                                           By: _Kristy M Arevalo_____
                                                Kristy M. Arevalo
                                                **McCune Law Group**
                                                3281 East Guasti Road, Suite 100
                                                Ontario, CA 91761
                                                Tel: 909-557-1250

                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By:    Kristy M. Arevalo
        Kristy M. Arevalo
        McCUNE LAW GROUP