Kevin M. Fitzgerald, Esq.
**FITZGERALD LAW GROUP, LLC**
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Facsimile: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Plaintiffs Christine and Alton Mank*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Christine Mank and Alton Mank v. Monsanto Co.*, Case No. 3:19-cv-08035-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>Hon. Vince Chhabria |

### UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

1. The above-captioned action is currently within Wave 6C.

2. The parties have diligently pursued discovery in this matter and continue to engage in fact and expert discovery.

3. Plaintiff Christine Mank has served her responses to the Plaintiff Fact Sheet and produced voluminous medical and other records to Defendant.

4. Plaintiff Christine Mank has further served responses to Defendant's First Set of Interrogatories, First Requests for Production, First Request for Inspection of Tangible Goods, and First Requests to permit Entry on Land or Other Property.

5. Both Plaintiffs Christine Mank and Alton Mank have had their depositions taken and completed.

6. Additionally, the parties have commenced deposing Plaintiff Christine Mank's relevant treating physicians. The parties envision additional treating physician and other fact witness depositions being scheduled in the near future.

7. With fact and expert discovery still ongoing, the parties met and conferred regarding moving this case to a later discovery wave. Defendant's counsel agrees to this course of action and, therefore, does not oppose this motion.

8. Under the circumstances, the parties believe transferring this case to Wave 7C would best serve the interests of justice.

9. Therefore, Plaintiffs Christine Mank and Alton Mank, without opposition from Defendant, respectfully request that this Honorable Court move this case from Wave 6C to Wave 7C.

DATED: June 8, 2023                                     Respectfully submitted,

                                        /s/ Kevin M. Fitzgerald
                                        Kevin M. Fitzgerald
                                        FITZGERALD LAW GROUP, LLC
                                        120 Exchange Street, Suite 200
                                        Portland, ME 04101
                                        Phone: (207) 874-7407
                                        Facsimile: (207) 850-2120
                                        Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Plaintiffs Christine and Alton Mank*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 8, 2023, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE VII was filed via the Court's CM/ECF electronic case filing system which will send notice of such filing to all counsel of record who are registered users.

DATED: June 8, 2023                              /s/ *Kevin M. Fitzgerald*