UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC <br> Hon. Vince Chhabria |
| This document relates to: <br><br> *Christine Mank and Alton Mank v. Monsanto Co.*, Case No. 3:19-cv-08035-VC | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Having reviewed the Unopposed Motion to Move Case to Wave VII, the Court hereby GRANTS the requested relief and transfers this case to Wave 7C.

IT IS SO ORDERED.

DATED: June __, 2023

_____
HON. VINCE G. CHHABRIA
UNITED STATES DISTRICT COURT