Kevin M. Fitzgerald, Esq.
**FITZGERALD LAW GROUP, LLC**
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Facsimile: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Plaintiff Raymond Anderson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | Hon. Vince Chhabria |
| *Raymond Anderson v. Monsanto Co.*, Case No. 3:19-cv-08034-VC | |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

1. The above-captioned action is currently within Wave 6D.

2. The parties have diligently pursued discovery in this matter and continue to engage in fact and expert discovery.

3. Plaintiff Anderson has served his responses to the Plaintiff Fact Sheet and produced voluminous medical and other records to Defendant.

4. Plaintiff Anderson has further served responses to Defendant's First Set of Interrogatories, First Requests for Production, First Request for Inspection of Tangible Goods, and First Requests to permit Entry on Land or Other Property.

5. Plaintiff Anderson's deposition has also been taken and completed.

6. Additionally, the parties have commenced deposing Plaintiff Anderson's relevant treating physicians. The parties envision additional treating physician and other fact witness depositions being scheduled in the near future.

7. With fact and expert discovery still ongoing, the parties met and conferred regarding moving this case to a later discovery wave. Defendant's counsel agrees to this course of action and, therefore, does not oppose this motion.

8. Under the circumstances, the parties believe transferring this case to Wave 7D would best serve the interests of justice.

9. Therefore, Plaintiff Anderson, without opposition from Defendant, respectfully requests that this Honorable Court move this case from Wave 6D to Wave 7D.

DATED:  June 8, 2023                                  Respectfully submitted,

*/s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald
FITZGERALD LAW GROUP, LLC
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Facsimile: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Plaintiff Raymond Anderson*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on June 8, 2023, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE VII was filed via the Court's CM/ECF electronic case filing system which will send notice of such filing to all counsel of record who are registered users.

DATED:  June 8, 2023       /s/ *Kevin M. Fitzgerald*