UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Raymond Anderson v. Monsanto Co.*, Case No. 3:19-cv-08034-VC | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> Hon. Vince Chhabria |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

Having reviewed the Unopposed Motion to Move Case to Wave VII, the Court hereby GRANTS the requested relief and transfers this case to Wave 7D.

IT IS SO ORDERED.

DATED: June __, 2023

_____
HON. VINCE G. CHHABRIA

UNITED STATES DISTRICT COURT