# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Cathryn J. Bjorklund, trustee for the heirs and next-of-kin of Keith Bjorklund v. Monsanto Company*<br>Case No. 3:19-cv-04681-VC | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE 7** |

The Unopposed Motion to move this case to Wave 7 is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:

                                              Honorable Vince G. Chhabria
                                              United State District Court