UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Charles W. Larsen and Connie Larsen v. Monsanto Company* <br> Case No. 3:19-cv-00004-VC | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE 7** |

The Unopposed Motion to move this case to Wave 7 is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

Honorable Vince G. Chhabria
United State District Court