**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Cynthia M. Larson, trustee for the heirs and next-of-kin of Michael S. Larson v. Monsanto Company*<br>Case No. 3:19-cv-03815-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>Honorable Vince Chhabria<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE 7** |

Plaintiff Cynthia M. Larson, trustee for the heirs and next-of-kin of Michael S. Larson – without opposition from Defendant Monsanto Company – respectfully requests that the Court move her case from Wave 6C to Wave 7:

1. Plaintiff's case is currently assigned to Wave 6C.

2. Plaintiff served a completed Plaintiff Fact Sheet ("PFS"), medical records, and authorizations to obtain medical records in 2019, and served an Amended PFS in 2022.

3. The parties completed Plaintiff's deposition on November 28, 2022. However, the depositions of decedent's treating physicians have not yet taken place.

4. Despite their efforts, the Parties have not been able to complete discovery in this case.

5. Plaintiff believes the best course of action is to move this case to Wave 7 in order to complete the outstanding discovery, and that doing so would not cause undue delay and would be in the best interests of justice.

6. The undersigned has conferred with counsel for Defendant Monsanto Company, and Defendant does not oppose this request.

WHEREFORE, Plaintiff respectfully requests, without opposition from Defendant Monsanto Company, that this case be moved to Wave 7.

Dated: June 8, 2023               MESHBESHER & SPENCE, LTD.


By  /s/ Anthony J. Nemo
Anthony J. Nemo (MN#221351)
Andrew L. Davick (MN#332719)
2519 Commerce Drive NW, Suite 120
Rochester, MN 55901
Telephone: (507) 280-8090
Facsimile: (507) 280-0807
tnemo@meshbesher.com
adavick@meshbesher.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of June, 2023, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California, using the CM/ECF system, which shall send electronic notification to counsel of record.


/s/ Anthony J. Nemo
Anthony J. Nemo