**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-2741-VC |
| | Honorable Vince Chhabria |
| *Cynthia M. Larson, trustee for the heirs and next-of-kin of Michael S. Larson v. Monsanto Company* <br> Case No. 3:19-cv-03815-VC | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE 7** |

The Unopposed Motion to move this case to Wave 7 is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:

                                                Honorable Vince G. Chhabria
                                                United State District Court