UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Mark D. Laughlin and Gayle L. Laughlin v. Monsanto Company*<br>Case No. 3:19-cv-04016-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>Honorable Vince Chhabria<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE 7** |

Plaintiffs Mark D. Laughlin and Gayle L. Laughlin – without opposition from Defendant Monsanto Company – respectfully request that the Court move their case from Wave 6C to Wave 7:

1. Plaintiffs' case is currently assigned to Wave 6C.

2. Plaintiffs served a completed Plaintiff Fact Sheet ("PFS"), medical records, and authorizations to obtain medical records in 2019.

3. The parties completed the depositions of both Plaintiffs on December 28, 2022. However, the depositions of Plaintiff Mark Laughlin's treating physicians have not yet taken place.

4. Despite their efforts, the Parties have not been able to complete discovery in this case.

5. Plaintiffs believe the best course of action is to move this case to Wave 7 in order to complete the outstanding discovery, and that doing so would not cause undue delay and would be in the best interests of justice.

6. The undersigned has conferred with counsel for Defendant Monsanto Company, and Defendant does not oppose this request.

WHEREFORE, Plaintiffs respectfully request, without opposition from Defendant Monsanto Company, that this case be moved to Wave 7.

| | |
|---|---|
| Dated: June 8, 2023 | MESHBESHER & SPENCE, LTD.<br><br>By  /s/ Anthony J. Nemo<br>Anthony J. Nemo (MN#221351)<br>Andrew L. Davick (MN#332719)<br>2519 Commerce Drive NW, Suite 120<br>Rochester, MN 55901<br>Telephone: (507) 280-8090<br>Facsimile: (507) 280-0807<br>tnemo@meshbesher.com<br>adavick@meshbesher.com<br><br>Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2023, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California, using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Anthony J. Nemo
Anthony J. Nemo