# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Jeffrey J. Sabraski v. Monsanto Company* Case No. 3:19-cv-03463-VC | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE 7** |

The Unopposed Motion to move this case to Wave 7 is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:

_____
Honorable Vince G. Chhabria
United State District Court