**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*John F. Swaney and Debera K. Swaney v. Monsanto Company*<br>Case No. 3:19-cv-04680-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>Honorable Vince Chhabria<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE 7** |

Plaintiffs John F. Swaney and Debera K. Swaney – without opposition from Defendant Monsanto Company – respectfully request that the Court move their case from Wave 6D to Wave 7:

1. Plaintiffs' case is currently assigned to Wave 6D.

2. Plaintiffs served a completed Plaintiff Fact Sheet ("PFS"), medical records, and authorizations to obtain medical records in 2019.

3. The parties completed the deposition of Plaintiff John Swaney on December 19, 2022 and the deposition of Plaintiff Debera Swaney on December 20, 2022. However, the depositions of Plaintiff John Swaney's treating physicians have not yet taken place.

4. Despite their efforts, the Parties have not been able to complete discovery in this case.

5. Plaintiffs believe the best course of action is to move this case to Wave 7 in order to complete the outstanding discovery, and that doing so would not cause undue delay and would be in the best interests of justice.

6. The undersigned has conferred with counsel for Defendant Monsanto Company, and Defendant does not oppose this request.

WHEREFORE, Plaintiffs respectfully request, without opposition from Defendant Monsanto Company, that this case be moved to Wave 7.

1

Dated: June 8, 2023

MESHBESHER & SPENCE, LTD.

By  */s/ Anthony J. Nemo*
Anthony J. Nemo (MN#221351)
Andrew L. Davick (MN#332719)
2519 Commerce Drive NW, Suite 120
Rochester, MN 55901
Telephone: (507) 280-8090
Facsimile: (507) 280-0807
tnemo@meshbesher.com
adavick@meshbesher.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2023, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California, using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Anthony J. Nemo*
Anthony J. Nemo