**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *John F. Swaney and Debera K. Swaney v. Monsanto Company* <br> Case No. 3:19-cv-04680-VC | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE 7** |

The Unopposed Motion to move this case to Wave 7 is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

                                                     Honorable Vince G. Chhabria
                                                    United State District Court