Alexander M. Schack, Esq., Bar No. 99126
Natasha N. Serino, Esq., Bar No. 284711
Shannon F. Nocon, Esq., Bar No. 316523
SCHACK LAW GROUP
16870 West Bernardo Drive, Suite 400
San Diego, CA  92127
Tel: (858) 485-6535 Fax: (858) 485-0608
alexschack@schacklawgroup.com
natashaserino@schacklawgroup.com
shannonnocon@schacklawgroup.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Fredda Glatt, individually and as Successor in Interest to the Estate of Aaron Leon Glatt, Andrew Glatt, and Lisa Glatt v. Monsanto Co., et al.*<br>Case No. 20-cv-0878L-RBB | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>Hon. Vince Chhabria |

### UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

1. The above-captioned action is currently within Wave 6B.

2. The parties have diligently pursued discovery in this matter and continue to engage in fact and expert discovery.

3. Plaintiffs Fredda Glatt, individually and as Successor in Interest to the Estate of Aaron Leon Glatt, Andrew Glatt, and Lisa Glatt ("Plaintiffs") have served responses to the Plaintiff Fact Sheet and produced voluminous medical and other records to Defendant.

4. Plaintiff Fredda Glatt has further served responses to Defendant's First Set of Interrogatories, First Requests for Production, First Request for Inspection of Tangible Goods, and First Request to permit Entry on Land or Other Property.

5. Plaintiffs Fredda Glatt, Andrew Glatt, and Lisa Glatt's depositions have also been taken and completed.

6. Additionally, the parties are in the process of requesting and compiling medical records concerning all of Decedent Aaron Leon Glatt's ("Decedent") relevant treatment and will schedule and take treating physician and other fact witness depositions in the near future.

7. With fact and expert discovery still ongoing, the parties met and conferred regarding moving this case to a later discovery wave. Defendant's counsel agrees to this course of action and, therefore, does not oppose this motion.

8. Under the aforementioned circumstances, the parties believe transferring this case to Wave 7B would best serve the interests of justice.

9. Therefore, Plaintiffs, without opposition from Defendant, respectfully request that this Court move this case from Wave 6B to Wave 7B.

Date:  June 8, 2023                     Respectfully submitted,

        */s/ Shannon F. Nocon*
Shannon F. Nocon, Esq.
SCHACK LAW GROUP
16870 W. Bernardo Drive, #400
San Diego, CA 92128
(858) 485-6535  (858) 485-0608 fax
shannonnocon@schacklawgroup.com
*Attorneys for Plaintiffs*

- 2 -

UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 8, 2023, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE VII was filed via the Court's CM/ECF electronic case filing system which will send notice of such filing to all counsel of record who are registered users.

Date:  June 8, 2023                              */s/ Shannon F. Nocon*