UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 \|<br>Case No. 16-md-02741-VC<br>\|<br>\| **ORDER GRANTING MOTION TO MOVE**<br>\| **CASE TO WAVE VII**<br>\| |
| This document relates to: | |
| *Roy Rodgers v. Monsanto Co.*<br>*Case No.:* 3:21-cv-03291 | \| |

Plaintiff's motion to move the case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**

Dated:

_____