UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

*Roy Rodgers v. Monsanto Co.*
*Case No.:* 3:21-cv-03291

**Amended Unopposed Motion to Move Case to Wave VII**

**COMES NOW,** Plaintiff Roy Rodgers, (hereinafter "Plaintiff"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VI to Wave VIII:

1. The case of Roy Rodgers is part of Wave VI.
2. The deposition of Plaintiff has not been deposed.
3. Plaintiff has served a Plaintiff Fact Sheet, medical records, and authorizations to obtain medical records.
4. Despite their efforts, the Parties have not been able to complete the discovery in this case.
5. Plaintiff believes the best course of action is to move this case to Wave VII in order to complete the outstanding discovery.
6. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.
7. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VII.

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VII.

Dated: June 9, 2023

Respectfully submitted,

BY: /s/ Lee J. Rohn

Lee J. Rohn, Esq.
VI Bar No. 52
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com

**CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on June 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Chad Messier, Esq.
Dudley, Topper and Feuerzeig, LLP
1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, VI 00804-0756
Email Address: cmessier@dtflaw.com; agerard@dtflaw.com
Attorney For: Monsanto Company

Lakshmi Archari, Esq.
Shook, Hardy & Bacon L.L.P.
600 Travis St., Suite 3400
Houston, TX 77002
Email Address: lachari@shb.com

BY: /s/ Lee J. Rohn (ljg)