UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII** |
| *Roy Rodgers v. Monsanto Co.* *Case No.:* 3:21-cv-03291 | |

    Plaintiff's Amended Unopposed Motion to move the case from Wave VI to Wave VII is granted.

    **IT IS SO ORDERED.**

Dated:

_____