UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Est. Gary Burlingame et al v. Monsanto Co., Case No. 3:20-cv-01629-VC | MDL No. 2741<br><br>**UNOPPOSED MOTION TO MOVE CASES TO WAVE VII** |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

The Plaintiff, without opposition from Defendant Monsanto Company, respectfully requests the Court to move the above listed case from Wave VI to Wave VII:

1. Plaintiff's counsel and Defense counsel continue to conduct relevant discovery and seek additional records that cannot be obtained within the fact discovery timeframe outlined in Wave VI.

2. Counsel for Plaintiff met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move these cases to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff, without opposition from Defendant, Monsanto Company, respectfully requests the Court move her case from Wave VI to Wave VII.

DATED: June 9, 2023                   Respectfully submitted,

                                                            */s/David Bricker*
                                                            David Bricker, Esq. (BBO# 158896)
                                                            **THORNTON LAW FIRM LLP**
                                                            One Lincoln St., 13th Fl.
                                                            State Street Financial Center
                                                            Boston, MA 02111

(617) 720-1333  FAX (617) 720-2445
dbricker@tenlaw.com

David C. Strouss, Esq. BBO# 546253
Jasmine M. Howard, Esq. BBO# 698130
**THORNTON LAW FIRM, LLP**
One Lincoln St., 13th Fl.
State Street Financial Center
Boston, MA  02111
(617) 720-1333  FAX (617) 720-1333
dstrouss@tenlaw.com
jhoward@tenlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of June, 2023, the foregoing Motion to Move Case to Wave VII was served by electronic mail upon counsel for Defendant Monsanto.

DATED:  June 9, 2023                                        Respectfully submitted,


*/s/David Bricker*
David Bricker, Esq. (BBO# 158896)
**THORNTON LAW FIRM LLP**
One Lincoln St., 13th Fl.
State Street Financial Center
Boston, MA 02111
(617) 720-1333   FAX (617) 720-2445
dbricker@tenlaw.com

David C. Strouss, Esq. BBO# 546253
Jasmine M. Howard, Esq. BBO# 698130
**THORNTON LAW FIRM, LLP**
One Lincoln St., 13th Fl.
State Street Financial Center
Boston, MA  02111
(617) 720-1333  FAX (617) 720-1333
dstrouss@tenlaw.com
jhoward@tenlaw.com
*Attorneys for Plaintiffs*