# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *George T. Aldoupolis, et al v. Monsanto Company*,<br>Case No. 3:20-cv-03433-VC | |
| *Joel Rubin, et al V. Monsanto Co.*,<br>Case No. 3:20-cv-05870-VC | |
| *Steven Tudal, et al v. Monsanto Co.*<br>Case No. 3:20-cv-05871-VC | |
| *Kathryn J. Carchia, et al v. Monsanto Co.*<br>Case No. 3:20-cv-05873-VC | |
| *Sophie Eordekian v. Monsanto Co.*,<br>Case No. 3:20-cv-05874-VC | |
| *Michael McDermott v. Monsanto Company*,<br>Case No. 3:20-cv-07219-VC | |
| *Barbara J. Skonicki, et al v. Monsanto Company*,<br>Case No. 3:20-cv-08053-VC | |
| *Lewis Smither v. Monsanto Co*,<br>Case No. 3:20-cv-08054-VC | |
| *Robert G. Drons v. Monsanto Company*<br>Case No. 3:20-cv-08167-VC | |
| *Jorge Penalver v. Monsanto Co.*,<br>Case No. 3:20-cv-08801-VC | |
| *Susan Fox, et al v. Monsanto Company, et al*<br>Case No. 3:20-cv-08847-VC | |
| *Rafat Ghaznavi, et al v. Monsanto Company, Inc.*<br>Case No. 3:21-cv-02706-VC | |

*Patrick Sullivan v. Monsanto Company*   )
Case No. 3:22-cv-00092-VC              )
                                       )
_____ )

**JOINT MOTION TO MOVE CASES TO WAVE 7 AND ADD CASES TO WAVE 7**

Pursuant to agreement by the parties, Plaintiffs hereby provide notice of their intent to move the following cases from Waves 5 and 6 to Wave 7:

| Plaintiff's Name | Plaintiff's Counsel | MDL Case No. | Transferor Court | Current Wave |
|---|---|---|---|---|
| Aldoupolis, George | Bernheim Kelley Battista LLC | 3:20-cv-03433-VC | USDC District of MA | 6C |
| Rubin, Joel | Bernheim Kelley Battista LLC | 3:20-cv-05870-VC | USDC District of MA | 6D |
| Tudal, Steven | Bernheim Kelley Battista LLC | 3:20-cv-05871-VC | USDC District of MA | 6D |
| Carchia, Kathryn | Bernheim Kelley Battista LLC | 3:20-cv-05873-VC | USDC District of MA | 6A |
| Eordekian, Sophie | Bernheim Kelley Battista LLC | 3:20-cv-05874-VC | USDC District of MA | 6B |
| Skonicki, Barbara | Bernheim Kelley Battista LLC | 3:20-cv-08053-VC | USDC Middle District FL | 5A |
| Smither, Lewis | Bernheim Kelley Battista LLC | 3:20-cv-08054-VC | USDC Middle District FL | 6B |
| Drons, Robert | Bernheim Kelley Battista LLC | 3:20-cv-08167-VC | USDC Middle District FL | 6B |
| Penalver, Jorge | Bernheim Kelley Battista LLC | 3:20-cv-08801-VC | USDC Southern District FL | 6D |
| Fox, Susan | Bernheim Kelley Battista LLC | 3:20-cv-08847-VC | USDC Eastern District NY | 6C |
| Ghaznavi, Rafat | Bernheim Kelley Battista LLC | 3:21-cv-02706-VC | USDC Middle District FL | 6D |

The parties further agree to add the following cases, which have not yet been assigned to a wave, to Wave 7:

2

| Plaintiff's Name | Plaintiff's Counsel | MDL Case No. | Transferor Court |
|---|---|---|---|
| McDermott, Michael | Bernheim Kelley Battista LLC | 3:20-cv-07219-VC | USDC District of MA |
| Sullivan, Patrick | Bernheim Kelley Battista LLC | 3:22-cv-00092-VC | USDC District of MA |

DATED: June 9, 2023  Respectfully submitted,

/s/ *Anthony Martinez*
Anthony Martinez
Shook Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 421-5547
amartinez@shb.com
*Counsel for Defendants*

/s/ *Amanda Leckman DePaulis*
Amanda Leckman DePaulis (CA Bar #329754)
T. Matthew Leckman
Walter Kelley
Bernheim Kelley Battista & Bliss, LLC
4 Court Street
Plymouth, MA 02360
Phone:  (617) 420-1111
aleckman@realjustice.com
mleckman@realjustice.com
wkelley@realjustice.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ *Amanda Leckman DePaulis*
Amanda Leckman DePaulis

*Counsel for Plaintiffs*