## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *George T. Aldoupolis, et al v. Monsanto Company*, Case No. 3:20-cv-03433-VC | |
| *Joel Aaron Rubin, et al V. Monsanto Co.*, Case No. 3:20-cv-05870-VC | |
| *Steven Tudal, et al v. Monsanto Co.* Case No. 3:20-cv-05871-VC | |
| *Kathryn J. Carchia, et al v. Monsanto Co.* Case No. 3:20-cv-05873-VC | |
| *Sophie Eordekian v. Monsanto Co.*, Case No. 3:20-cv-05874-VC | |
| *Michael McDermott v. Monsanto Company*, Case No. 3:20-cv-07219-VC | |
| *Barbara J. Skonicki, et al v. Monsanto Company*, Case No. 3:20-cv-08053-VC | |
| *Lewis Smither v. Monsanto Co,* Case No. 3:20-cv-08054-VC | |
| *Robert G. Drons v. Monsanto Company* Case No. 3:20-cv-08167-VC | |
| *Jorge Penalver v. Monsanto Co.,* Case No. 3:20-cv-08801-VC | |
| *Susan Fox, et al v. Monsanto Company, et al* Case No. 3:20-cv-08847-VC | |
| *Rafat Ghaznavi, et al v. Monsanto Company, Inc.* Case No. 3:21-cv-02706-VC | |

*Patrick Sullivan v. Monsanto Company* )
Case No. 3:22-cv-00092-VC )
)
_____)

# PROPOSED ORDER GRANTING JOINT MOTION TO MOVE CASES TO WAVE 7 AND ADD CASES TO WAVE 7

The parties' request is granted, and the following cases will be assigned to Wave 7:

| Plaintiff's Name | Plaintiff's Counsel | MDL Case No. | Transferor Court |
|---|---|---|---|
| Aldoupolis, George | Bernheim Kelley Battista LLC | 3:20-cv-03433-VC | USDC District of MA |
| Rubin, Joel | Bernheim Kelley Battista LLC | 3:20-cv-05870-VC | USDC District of MA |
| Tudal, Steven | Bernheim Kelley Battista LLC | 3:20-cv-05871-VC | USDC District of MA |
| Carchia, Kathryn | Bernheim Kelley Battista LLC | 3:20-cv-05873-VC | USDC District of MA |
| Eordekian, Sophie | Bernheim Kelley Battista LLC | 3:20-cv-05874-VC | USDC District of MA |
| Skonicki, Barbara | Bernheim Kelley Battista LLC | 3:20-cv-08053-VC | USDC Middle District FL |
| Smither, Lewis | Bernheim Kelley Battista LLC | 3:20-cv-08054-VC | USDC Middle District FL |
| Drons, Robert | Bernheim Kelley Battista LLC | 3:20-cv-08167-VC | USDC Middle District FL |
| Penalver, Jorge | Bernheim Kelley Battista LLC | 3:20-cv-08801-VC | USDC Southern District FL |
| Fox, Susan | Bernheim Kelley Battista LLC | 3:20-cv-08847-VC | USDC Eastern District NY |
| Ghaznavi, Rafat | Bernheim Kelley Battista LLC | 3:21-cv-02706-VC | USDC Middle District FL |
| McDermott, Michael | Bernheim Kelley Battista LLC | 3:20-cv-07219-VC | USDC District of MA |
| Sullivan, Patrick | Bernheim Kelley Battista LLC | 3:22-cv-00092-VC | USDC District of MA |

Date: _____, 2023       _____
                                              HONORABLE VINCE CHHABRIA
                                              United States District Judge