# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> This document relates to: ) <br> ) <br> *George T. Aldoupolis, et al v. Monsanto Company*, ) <br> Case No. 3:20-cv-03433-VC ) <br> ) <br> *Joel Rubin, et al V. Monsanto Co.*, ) <br> Case No. 3:20-cv-05870-VC ) <br> ) <br> *Steven Tudal, et al v. Monsanto Co.* ) <br> Case No. 3:20-cv-05871-VC ) <br> ) <br> *Kathryn J. Carchia, et al v. Monsanto Co.* ) <br> Case No. 3:20-cv-05873-VC ) <br> ) <br> *Sophie Eordekian v. Monsanto Co.*, ) <br> Case No. 3:20-cv-05874-VC ) <br> ) <br> *Michael McDermott v. Monsanto Company*, ) <br> Case No. 3:20-cv-07219-VC ) <br> ) <br> *Barbara J. Skonicki, et al v. Monsanto Company*, ) <br> Case No. 3:20-cv-08053-VC ) <br> ) <br> *Lewis Smither v. Monsanto Co*, ) <br> Case No. 3:20-cv-08054-VC ) <br> ) <br> *Robert G. Drons v. Monsanto Company* ) <br> Case No. 3:20-cv-08167-VC ) <br> ) <br> *Jorge Penalver v. Monsanto Co.*, ) <br> Case No. 3:20-cv-08801-VC ) <br> ) <br> *Susan Fox, et al v. Monsanto Company, et al* ) <br> Case No. 3:20-cv-08847-VC ) <br> ) <br> *Rafat Ghaznavi, et al v. Monsanto Company, Inc.* ) <br> Case No. 3:21-cv-02706-VC ) | MDL NO. 2741 <br><br> Case No. 3:16-md-02741-VC |

1

| | |
|---|---|
| *Patrick Sullivan v. Monsanto Company* | ) |
| Case No. 3:22-cv-00092-VC | ) |
| | ) |
| | ) |

### NOTICE OF APPEARNCE OF AMANDA LECKMAN DEPAULIS

PLEASE TAKE NOTICE that Amanda Leckman DePaulis of the firm of Bernheim Kelley Battista hereby enters her appearance on behalf of the Plaintiffs in the above-entitled matter and requests that she be added to the electronic service list.

DATED: June 9, 2023                          Respectfully submitted,

*/s/ Amanda Leckman DePaulis*
Amanda Leckman DePaulis (CA Bar #329754)
Bernheim Kelley Battista & Bliss, LLC
4 Court Street
Plymouth, MA 02360
Phone:  (617) 420-1111
aleckman@realjustice.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

*/s/ Amanda Leckman DePaulis*
Amanda Leckman DePaulis

*Counsel for Plaintiffs*