UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____ | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>NATALA PAROZ, as Personal Representative of the ESTATE OF WILLIAM P. BECKWITH, deceased, Monsanto et al.<br>Case No. 3:19-cv-01243-CV | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |

_____

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

1. The case of Natala Paroz, as Personal Representative of the Estate of William Beckwith, is part of Wave VI.

2. The parties have diligently pursued discovery in this matter and continue to engage in fact and expert discovery.

3. Plaintiff, Natala Paroz, has served her responses to the Amended Plaintiff Fact Sheet and produced medical and other records to Defendant.

4. Plaintiff, Natala Paroz, has further served responses to Defendant's First Set of Interrogatories, First Requests for Production, First Request for Inspection of Tangible Goods, and First Requests to permit Entry on Land or Other Property.

5. Plaintiff Natala Paroz has her deposition scheduled, as well as the deposition of the treating physicians for William P. Beckwith.

6. The parties envision additional treating physician and other fact witness depositions being scheduled in the near future.

7. With fact and expert discovery still ongoing, the parties conferred regarding moving this case to a later discovery wave. Defendant's counsel agrees to this course of action and, therefore, does not oppose this motion.

8. Under the circumstances, the parties believe transferring this case to Wave 7C would best serve the interests of justice.

9. Therefore, Plaintiff Natala Paroz, as Personal Representative of the Estate of William P. Beckwith without opposition from Defendant, respectfully requests that this Honorable Court move this case from Wave 6 to Wave 7C.

DATED: June 9, 2023

    Respectfully submitted,

    DOMINGUEZ LAW FIRM

    By*: /s/ Paul M. Dominguez*
    Paul M. Dominguez, Esq. (pro hac vice)
    P.O. Box 10865
    Albuquerque, New Mexico 87184
    Tel: (505) 850-5854
    Fax: (505) 796-5707
    paul@dominguez.law

    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 9, 2023, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE VII was filed via the Court's CM/ECF electronic case filing system which will send notice of such filing to all counsel of record who are registered users.

DATED: June 9, 2023                                             */s/ Paul M. Dominguez*