UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| _____ | Case No. 16-md-02741-VC |
| This document relates to: | **PROPOSED ORDER TO MOVE CASE TO WAVE VII** |
| NATALA PAROZ, as Personal Representative of the ESTATE OF WILLIAM P. BECKWITH, deceased, v, Monsanto et al. Case No. 3:19-cv-01243-CV | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

Having reviewed the Unopposed Motion to Move Case to Wave VII, the Court hereby

GRANTS the requested relief and transfers this Case to Wave 7C.

**IT IS SO ORDERED**.


DATED: June ____, 2023

_____
HON. VINCE CHHABRIA
United States District Judge