UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2741 |
| | | Case No. MDL No. 3:19-md-02741-VC |
| _____ This document relates to: | ) ) ) | **(PROPSED ORDER) GRANTING MOTION TO MOVE CASE TO WAVE VII.** |
| Roylee Hedges, v. Monsanto Co., et al., Case No. 3:19-cv-05306-VC | ) ) ) | |

---

### **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Having reviewed the Unopposed Motion to Move Case to Wave VII, the Court hereby

GRANTS the requested relief and transfers this Case to Wave 7C.

**IT IS SO ORDERED**.

DATED: June _____, 2023

_____
HON. VINCE CHHABRIA
United States District Judge