UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) This document relates to: ) ) ) ) *Eva Moomey v. Monsanto Co.et al.* ) Case No. 3:20-cv-01311-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |

## **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

1. The case of Eva Moomey, is part of Wave VI.

2. The parties have diligently pursued discovery in this matter and continue to engage in fact and expert discovery.

3. Plaintiff, Eva Moomey, has served her responses to the First Amended Plaintiff Fact Sheet and produced medical and other records to Defendant.

4. Plaintiff, Eva Moomey has further served responses to Defendant's First Set of Interrogatories, First Requests for Production, First Request for Inspection of Tangible Goods, and First Requests to permit Entry on Land or Other Property.

5. Plaintiff, Eva Moomey, has had her deposition taken and completed.

6. The parties envision treating physicians and other fact witness depositions being scheduled in the near future.

7. With fact and expert discovery still ongoing, the parties conferred regarding moving this case to a later discovery wave. Defendant's counsel agrees to this course of action and, therefore, does not oppose this motion.

8. Under the circumstances, the parties believe transferring this case to Wave 7A would best serve the interests of justice.

9. Therefore, Plaintiff Eva Moomey, without opposition from Defendant, respectfully requests that this Honorable Court move this case from Wave 6A to Wave 7A.

DATED: June 9, 2023

        Respectfully submitted,

        DOMINGUEZ LAW FIRM

        By: */s/Paul M. Dominguez*
        Paul M. Dominguez. (pro hac vice)
        2025 Rio Grande Blvd, N.W.
        Albuquerque, New Mexico 87104
        Tel: (505) 850-5854
        Fax: (505) 796-5707
        paul@dominguez.law

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 9, 2023, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE VII was filed via the Court's CM/ECF electronic case filing system which will send notice of such filing to all counsel of record who are registered users.

DATED: June 9, 2023                              /s/ Paul M. Dominguez