UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Eva Moomey v. Monsanto Co., et al.,<br>Case No. 3:20-cv-01311-VC | MDL No. 2741<br><br>Case No. MDL No. 3:19-md-02741-VC<br><br>**(PROPSED ORDER) GRANTING MOTION TO MOVE CASE TO WAVE VII.** |

## {PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

Having reviewed the Unopposed Motion to Move Case to Wave VII, the Court hereby GRANTS the requested relief and transfers this Case to Wave 7C.

**IT IS SO ORDERED**.

DATED: June ____, 2023

_____
HON. VINCE CHHABRIA
United States District Judge