Name and address:
Kristy M. Arevalo, Esq.
McCune Law Group
3281 E. Guasti Road, Suite 100
Ontario, Ca 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP ROTH<br><br>v.<br><br>MONSANTO COMPANY<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S) | CASE NUMBER:<br>MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br>3:20-cv-01543-VC<br><br>**REQUEST FOR APPROVAL OF<br>SUBSTITUTION OR WITHDRAWAL<br>OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Chris Cowan                                                         CA Bar Number: 254410

Firm or agency: Downs, McDonough, Cowan & Foley, LLC

Address: 2051 Main Avenue

Telephone Number: (970) 247-8020                 Fax Number: (970) 247-8877

E-mail: chris@swcolaw.com

Counsel of record for the following party or parties:   Plaintiff Philip Roth

Other members of the same firm or agency also seeking to withdraw: _____

SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Kristy M. Arevalo                                    CA Bar Number: 216308

Firm or agency: McCune Law Group

Address: 3281 E. Guasti Road, Suite 100, Ontario, CA  91761

Telephone Number: (909) 557-1250                    Fax Number: (909) 557-1275

E-mail: kma@mccunewright.com

SECTION III - SIGNATURES

*Withdrawing Attorney*
I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: June 1, 2023           Signature: [signature]

                             Name: Chris Cowan

*New Attorney (if applicable)*
I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: June 1, 2023           Signature: /s/ Kristy M. Arevalo

                             Name: Kristy M. Arevalo

*Party Represented by Withdrawing Attorney*
I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: June 5, 2023           Signature: [signature]

                             Name: Philip Roth

                             Title:

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>      */s/ Kristy M. Arevalo*
>      Kristy M. Arevalo
>      McCune Law Group
>      3281 E. Guasti Road, Suite 100
>      Ontario, CA  91761
>      T: (909) 557-1250
>      E: kma@mccunewright.com