**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE. ROUNDUP PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br>PHILIP ROTH<br>Plaintiff(s)<br>v.<br>MONSANTO COMPANY<br>Defendant(s) | CASE NUMBER<br>MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br>3:20-cv-01543-VC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Philip Roth__                    ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute __Kristy M. Arevalo__ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

__3281 E. Guasti Road, Suite 100__
*Street Address*

__Ontario, CA  91761__                           __kma@mccunewright.com__
*City, State, Zip*                                   *E-Mail Address*

__(909) 557-1250__          __(909)557-1250__          __216308__
*Telephone Number*           *Fax Number*             *State Bar Number*

as attorney of record instead of __Chris Cowan__
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____           _____
                                   U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY