UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION  )<br>)<br>) | MDL No. 2741 |
| This document relates to:  ) | Case No. 16-md-02741-VC |
| )<br>)<br>) | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |
| *Thomas G. Rogers v. Monsanto Co.et al.*  )<br>Case No. 3:20-cv-07221-VC | |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

1. The case of Thomas G. Rogers is part of Wave VI.

2. The parties have diligently pursued discovery in this matter and continue to engage in fact and expert discovery.

3. Plaintiff, Thomas G. Rogers, has served his responses to the First Amended Plaintiff Fact Sheet and produced medical and other records to Defendant.

4. Plaintiff, Thomas G. Rogers has further served responses to Defendant's First Set of Interrogatories, First Requests for Production, First Request for Inspection of Tangible Goods, and First Requests to permit Entry on Land or Other Property.

5. Plaintiff, Thomas G. Rogers, has had his deposition taken and completed.

6. The parties envision treating physicians and other fact witness depositions being scheduled in the near future.

7. With fact and expert discovery still ongoing, the parties conferred regarding moving this case to a later discovery wave. Defendant's counsel agrees to this course of action and, therefore, does not oppose this motion.

8. Under the circumstances, the parties believe transferring this case to Wave 7 would best serve the interests of justice.

9. Therefore, Plaintiff Thomas G. Rogers, without opposition from Defendant, respectfully requests that this Honorable Court move this case from Wave 6B to Wave 7B.

DATED: June 12, 2023

                                                Respectfully submitted,

                                                DOMINGUEZ LAW FIRM

                                                By: */s/Paul M. Dominguez*
                                                Paul M. Dominguez. (pro hac vice)
                                                2025 Rio Grande Blvd, N.W.
                                                Albuquerque, New Mexico 87104
                                                Tel: (505) 850-5854
                                                Fax: (505) 796-5707
                                                paul@dominguez.law

                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 12, 2023, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE VII was filed via the Court's CM/ECF electronic case filing system which will send notice of such filing to all counsel of record who are registered users.

DATED: June 12, 2023                                         */s/ Paul M. Dominguez*