UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |
| This document relates to: | |
| Thomas G. Rogers v. Monsanto Co., et al., Case No. 3:20-cv-07221-VC | |

MDL No. 2741

Case No. MDL No. 3:19-md-02741-VC

**(PROPSED ORDER) GRANTING MOTION TO MOVE CASE TO WAVE VII.**

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Having reviewed the Unopposed Motion to Move Case to Wave VII, the Court hereby

GRANTS the requested relief and transfers this Case to Wave 7C.

.   **IT IS SO ORDERED**.


DATED: June ____, 2023


_____
HON. VINCE CHHABRIA
United States District Judge