UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2741 |
| | | Case No. MDL No. 3:19-md-02741-VC |
| This document relates to: | ) ) ) ) | **(PROPSED ORDER) GRANTING MOTION TO MOVE CASE TO WAVE VII.** |
| Katrina Rose v. Monsanto Co., et al., Case No. 3:21-cv-03167-VC | ) | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Having reviewed the Unopposed Motion to Move Case to Wave VII, the Court hereby

GRANTS the requested relief and transfers this Case to Wave 7C.

.   **IT IS SO ORDERED**.


DATED: June \_\_\_\_, 2023


_____
HON. VINCE CHHABRIA
United States District Judge