UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2741<br><br>Case No. MDL No. 3:19-md-02741-VC<br><br>**(PROPSED ORDER) GRANTING MOTION TO MOVE CASE TO WAVE VII.** |
| This document relates to: | | |
| Edwin Slominski v. Monsanto Co., et al., Case No. 3:17-cv-05481-VC | | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Having reviewed the Unopposed Motion to Move Case to Wave VII, the Court hereby

GRANTS the requested relief and transfers this Case to Wave 7B.

.    **IT IS SO ORDERED**.


DATED: June ____, 2023


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge