Albert R. Jordan, IV
George W. Healy, IV
HEALY & JORDAN PLLC
1323 28TH Ave., Ste A, Gulfport, MS  39501
228-575-4005 /Fax 228-575-4006
al@healyjordanlaw.com
gwhealyiv@aol.com
*Attorneys for Plaintiffs*
CHARLES TROBONA and DEBBIE TROBONA

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | Case No. 3:19-CV-07234-vc |
| *Charles Trobona and Debbie Trobona v. Monsanto Co. et al.,* | **PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |

1. The above-captioned action is currently within Wave 6C.

2. All parties to this action have diligently pursued discovery, having taken depositions of the plaintiffs CHARLES TROBONA and DEBBIE TROBONA, the plaintiff served his fact sheet and produced his medical records.

3. Furthermore, Plaintiff CHARLES TROBONA has served responses to Defendant's First Set of Interrogatories, First Requests for Production, First Request for Inspection of Tangible Goods, and First Requests to permit Entry on Land or Other Property. Defendant Monsanto has served responses to Plaintiffs' First Set of Interrogatories and Request for Production of Documents.

4. The parties need additional time to depose Plaintiff Charles Trobona's relevant treating physicians and other fact witnesses depositions.

5. With fact and expert discovery still ongoing, the parties met and conferred regarding moving this case to a later discovery wave. Defendant's counsel agrees to this course of action and, therefore, does not oppose this motion.

6. When consulting with one another regarding these challenges, Plaintiff's counsel and Defendant's counsel believe transferring this case to Wave 7C would be in the best interests of justice.

WHEREFORE, PLAINTIFFS CHARLES TROBONA and DEBBIE TROBONA, without opposition from the Defendant, respectively request that this Honorable Court move this case from Wave 6C to Wave7C.

Dated this  Monday, June 12, 2023.

/s/ Albert R. Jordan, IV
ALBERT R. JORDAN, IV
LA Bar Roll #39599/MS Bar Roll # 102513
George W. Healy, IV
LA Bar Roll #14991/MS Bar Roll #2154
HEALY & JORDAN, PLLC
1323 28th Avenue, Suite A
Gulfport, MS 39501
228-575-4005 - Telephone
228-575-4006 – Facsimile
al@healyjordanlaw.com
gwhealyiv@aol.com
*Attorneys for Plaintiffs*
CHARLES TROBONA AND DEBBIE TROBONA

**CERTIFICATE OF SERVICE**

I, Albert R. Jordan, IV, hereby certify that, on Monday, June 12, 2023, I electronically filed PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVIE 7C with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record including

| | |
|---|---|
| Anthony Rey Martinez<br>Shook, Hardy and Bacon L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>816-474-6550<br>Email: amartinez@shb.com<br>816.559.2683 \| amartinez@shb.com<br>Attorney for Defendant Monsanto Company | Joe G. Hollingsworth<br>Hollingsworth LLP<br>1350 I Street, N.W.<br>Washington, DC 20005<br>(202) 898-5800<br>Fax: (202) 682-1639<br>Email: jhollingsworth@hollingsworthllp.com<br>Attorney for Defendant Monsanto Company |

DATED: Monday, June 12, 2023

                                        Respectfully submitted,

                                        /s/ Albert R. Jordan, IV
                                        ALBERT R. JORDAN, IV
                                        LA Bar Roll #39599/MS Bar Roll # 102513
                                        George W. Healy, IV
                                        LA Bar Roll #14991/MS Bar Roll #2154
                                        HEALY & JORDAN, PLLC
                                        1323 28th Avenue, Suite A
                                        Gulfport, MS 39501
                                        228-575-4005 - Telephone
                                        228-575-4006 – Facsimile
                                        al@healyjordanlaw.com
                                        gwhealyiv@aol.com
                                        *Attorneys for Plaintiffs*
                                        *CHARLES TROBONA AND DEBBIE TROBONA*