UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | Case No. 3:19-CV-07234-vc |
| *Charles Trobona and Debbie Trobona v. Monsanto Co. et al.,* | **[PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE CASE TO WAVE VII** |

Having reviewed the unopposed motion seeking to transfer this case to Wave VII, the Court grants the requested relief and transfers this case to Wave 7C.

IT IS ORDERED _____.

_____
Vince G. Chhabria
Presiding Judge
United States District Court