# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**                                    MDL No. 2741

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –403)

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the
Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §
1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 3,834 additional action(s) have been
transferred to the Northern District of California. With the consent of that court, all such actions have been
assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the
actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>,
the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of
California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned
to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District
Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days
from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day
period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 13, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY**
**LITIGATION**                                    MDL No. 2741

### SCHEDULE CTO–403 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

FLORIDA MIDDLE

| FLM | 5 | 23–00322 | Westbrook et al v. Monsanto Company |
| FLM | 8 | 23–01074 | Gottstein et al v. Monsanto Company |

MISSOURI EASTERN

| MOE | 4 | 23–00110 | Baranova v. Monsanto Company, Inc. |

NORTH CAROLINA EASTERN

| NCE | 5 | 23–00254 | Pridgen et al v. Monsanto Company |

PENNSYLVANIA WESTERN

| PAW | 2 | 23–00300 | LUBISCHER et al v. MONSTANTO COMPANY et al |

WASHINGTON WESTERN

| WAW | 3 | 23–05464 | Golling et al v. Monsanto Company |