**JOHN T. FLOOD, L.L.P**
John Flood
(john@floodtriallawyers.com)
802 N. Carancahua, Suite 900
Corpus Christi, TX 78401
Phone: (361) 654-8877
Fax: (361) 654-8879

**LUFF LAW FIRM, PLLC**
Patrick Allen Luff
(luff@lufflaw.com)
10440 N. Central Expressway
Suite 950
Dallas, TX 75231
Tel: (469) 607-5822
Fax: (214) 427-5616

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Gilberto P. Cantu v. Monsanto Co.*,<br>Case No. 3:19-cv-08036-VC | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Plaintiff, Gilberto P. Cantu, by and through his undersigned counsel, and without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave VI to Wave VII.

1. The case of Gilberto P. Cantu is currently part of Wave VI.

2. The Parties have worked collaboratively to complete discovery in this matter.

3. Despite the Parties diligent and continued efforts, the Parties still have discovery to conduct.

4. Counsel for Plaintiffs have met and conferred with counsel for Defendant, Monsanto Company. Plaintiffs believe the best course of action would be to move this case to a later wave. Monsanto does not oppose this request.

Therefore, Plaintiff, Gilberto P. Cantu, without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave VI to Wave VII.

DATED: May 17, 2023

Respectfully submitted,

By: *Patrick A. Luff*
**LUFF LAW FIRM, PLLC**
Patrick A. Luff (*pro hac vice*)
10440 N. Central Expressway
Suite 950
Dallas, TX 75231
luff@lufflaw.com
Tel: (469) 607-5822
Fax: (214) 427-5616

**JOHN T. FLOOD, L.L.P.**
John Flood
802 N. Carancahua, Suite 900
Corpus Christi, TX 78401
john@floodandflood.com
Tel:  (361) 654-8877
Fax:  (361) 654-8879

*Attorneys for Plaintiff*

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17 day of May, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Patrick A. Luff
Patrick A. Luff

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**