UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERTO P. CANTU,

    Plaintiff,

    v.

MONSANTO COMPANY,

    Defendants.

MDL No. 16-MD-2741-VC

Case No. 3:19-cv-08036-VC

**ORDER GRANTING MOTION TO MOVE CASE FROM WAVE VI TO WAVE VII**

**ORDER GRANTING MOTION TO MOVE CASE FROM WAVE VI TO WAVE VII**

    Plaintiff's motion to move the above referenced member case from Wave VI to Wave VII is granted.

IT IS SO ORDERED.

Date: _____

_____
HONORABLE JUDGE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE