**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Karen Delorme-Barton v. Monsanto Company*, 3:18-cv-01427-VC<br><br>*Michelle Glavanovits v. Monsanto Company*, 3:20-cv-01016-VC<br><br>*Estate of Kenzie Elizabeth Murdock, et al. v. Monsanto Co.*, 3:20-cv-01363-VC<br><br>*Nancy Salas v. Monsanto Co.,* 3:21-cv-06173-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF WAVE 5 PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>Hearing:<br>Date: July 27, 2023<br>Time: 10:00 a.m.<br>Place: San Francisco Courthouse, Courtroom 4 – 17th Floor |

- 2 -

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 27, 2023 at 10:00 a.m., in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will present its Motion to Exclude Testimony of Wave 5 Plaintiffs' General Causation Experts Under Rule 702 and for Summary Judgment on Causation Grounds. Monsanto seeks an order excluding opinion of these witnesses under Federal Rule of Evidence 702.

Dated:  June 15, 2023                        Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company

The Wave 5 Plaintiffs disclosed four experts on the issue of general causation: Dr. Christopher Portier, Dr. Beate Ritz, Dr. Dennis Weisenburger, and Dr. Charles Jameson. Monsanto hereby moves to exclude Plaintiffs' general causation experts under Federal Rule of Evidence 702 and for summary judgment for failure to establish causation in the above-captioned cases.

Consistent with the Court's instructions not to re-litigate issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Monsanto hereby incorporates the following pleadings that were filed on the MDL docket:

- Monsanto Company's Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #545)
- Monsanto Company's Reply in Support of its Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #681)
- Monsanto Company's Supplemental Memorandum of Points and Authorities Regarding Andreotti et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, Journal of the National Cancer Institute (2018) in Support of its *Daubert* and Summary Judgment Motion (ECF #1137)
- Monsanto Company's Notice of Supplemental Authority in Support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #1158)
- Monsanto Company's Supplemental Memorandum Regarding New Opinions Disclosed at *Daubert* Hearing (ECF #1354)
- Monsanto Company's Notice of Supplemental Authority in Support of its *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #1508)
- Monsanto Company's Supplemental Daubert Memorandum Regarding Dr. Dennis Weisenburger's Testimony Regarding Epidemiology Evidence (ECF #1539)
- Monsanto Company's Motion to Exclude Testimony of Chadi Nabhan, Andrei Shustov, and Dennis Weisenburger on Daubert Grounds (ECF #2420)

- Monsanto's Reply in Support of Motion to Exclude Testimony of Chadi Nabhan, Andrei Shustov, and Dennis Weisenburger on Daubert Grounds (ECF #2525)
- Monsanto's Motion to Exclude Factual Testimony About IARC from Dr. Charles Jameson (ECF # 8007) and Reply in Support (ECF # 8528)
- Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook, Dr. Charles Jameson, and Mr. Stephen Petty (ECF #12781)
- Monsanto's Motion to Exclude Testimony of (Wave 2) Plaintiffs' Experts Under Rule 702 and for Summary Judgment on Causation Grounds (ECF #12782)
- Monsanto's Motion to Exclude the Testimony of Dr. Christopher Portier Under Rule 702 and Request to Take Discovery Deposition (ECF #12837) and Reply in Support (ECF #12947)
- Monsanto's Motion to Exclude Testimony of Wave 3 Plaintiffs' General Causation Experts under Rule 702 and for Summary Judgment on Causation Grounds (ECF #13734)
- Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook, Dr. Charles Jameson, and Mr. Stephen Petty (ECF #13908)
- Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts under Rule 702 and for Summary Judgment on Causation Grounds (ECF #13915)
- Monsanto's Motion to Exclude Testimony of Wave 4 Plaintiffs' General Causation Experts Under Rule 702 and for Summary Judgment on Causation Grounds (ECF #15882)

By incorporating by reference its prior filings, Monsanto is in no way waiving any of the arguments raised therein.

///

///

///

///

///

- 2 -
MOTION TO EXCLUDE TESTIMONY OF WAVE 5 PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS

In accordance with Pretrial Order No. 202, Monsanto also expressly reserves its right to file new motions to exclude these experts after the above-captioned cases are transferred to their home districts for trial, including raising case-specific arguments and/or additional arguments not previously raised.

Dated:  June 15, 2023                                   Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

*/s/ Jed P. White*
Jed P. White