**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Estate of Kenzie Elizabeth Murdock, et al. v. Monsanto Co.*, 3:20-cv-01363-VC<br><br>*Nancy Salas v. Monsanto Co.,* 3:21-cv-06173-VC | **DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER**<br><br>Hearing:<br>Date:   July 27, 2023<br>Time:  10:00 a.m.<br>Place:  San Francisco Courthouse,<br>            Courtroom 4 – 17th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 27, 2023 at 10:00 a.m., in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will present its Motion to Exclude Testimony of Dr. William Sawyer. Monsanto seeks an order excluding opinions of this witness under Federal Rule of Evidence 702.

Dated:  June 15, 2023               Respectfully submitted,

                                    **BRYAN CAVE LEIGHTON PAISNER LLP**

                                    */s/ Jed P. White*
                                    Jed P. White
                                    Attorneys for Defendant Monsanto Company

1    Monsanto hereby moves to exclude Plaintiffs' expert Dr. William Sawyer under Federal
2  Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 589 (1993) in
3  the above-captioned cases.  Monsanto recognizes the Court's Pretrial Order Nos. 201 and 260,
4  in which the Court "ruled on what Dr. Sawyer would and would not be allowed to testify to."
5  Pretrial Order No. 260 (citing Pretrial Order No. 201).
6    Therefore, consistent with the Court's instruction not to re-litigate issues previously ruled
7  upon, but in order to fully preserve the record, Monsanto hereby incorporates the following
8  pleadings that were filed on the MDL docket:

- Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert* Grounds (ECF No. 2418)
- Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert* Grounds (Dkt. No. 8010) and Reply in Support (Dkt. No. 8532)
- Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert Grounds* (Dkt. No. 8572) and Reply in Support (Dkt. No. 8907)
- Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert Grounds* (Dkt. No. 8573)
- Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer (Dkt. No. 12793) and Reply in Support (Dkt. No. 12941)
- Monsanto's Motion to Exclude Testimony of Dr. William Sawyer under Rule 702 (Dkt. No. 13779) and Replies in Support (Dkt. Nos. 14056 and 14165)
- Monsanto's Motion to Exclude Testimony of Dr. William Sawyer (Dkt. No. 13913) and Reply in Support (Dkt. No. 14085)
- Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook and Dr. William Sawyer (Dkt. No. 15881).

25    By incorporating by reference its prior filings, Monsanto is in no way waiving any of the
26  arguments raised therein.
27  / / /
28  / / /

In accordance with Pretrial Order Nos. 201 and 260, Monsanto also hereby expressly reserves its right to file new motions to exclude Dr. Sawyer after the above-captioned cases are transferred to their home districts for trial, including raising case-specific arguments and/or additional arguments not previously ruled on in this MDL.  *See* Pretrial Order No. 260 ("To the extent Monsanto moves to exclude Dr. Sawyer's testimony on issues unrelated to causation . . . those are issues that are more appropriate for the district judge who will be trying these cases. . . . Accordingly, Monsanto's motion to exclude Dr. Sawyer's testimony on these grounds are denied without prejudice to filing new motions with the district judges who will be trying the cases.").

Dated:  June 15, 2023                           Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

*/s/ Jed P. White*
Jed P. White