Joshua Schaeffer, Ph.D.
March 22, 2023

**Exhibit 1**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MDL NO. 2741
CASE NO.: 3:16-MD-02741-VC


IN RE:  ROUNDUP PRODUCTS
LIABILITY LITIGATION
_____

This document relates to:


NANCY SALAS v. MONSANTO
COMPANY; BAYER CORPORATION;
BAYER AG;ANDREW JACK CONROY;
HOME DEPOT U.S.A.,INC.;KLI
SHELL LUMBER & HARDWARE,
LLC ;and ORLANDO VALDES.

Member Case No:
3:21-cv-06713-VC
_____


REMOTE VIDEOTAPED
CONFERENCE DEPOSITION
OF
JOSHUA SCHAEFFER, Ph.D.


Wednesday, March 22, 2023
2:02 p.m. - 4:15 p.m.
LOCATION:  By Videoconference


Reported By:

DONNA GUNION, Court Reporter, FPR
Notary Public, State of Florida
U.S. Legal Support, Inc.
Miami Office
305-373-8404

Joshua Schaeffer, Ph.D.
March 22, 2023

```
1                   APPEARANCES VIA ZOOM:

2
     On behalf of the Plaintiff:
3
             PODHURST ORSECK, P.A.
4            ONE S.E. 3rd AVENUE
             SUITE 2300
5            MIAMI, FLORIDA 33131
             305-358-2382
6            PROJAS@PODHURST.COM

7            BY: PABLO ROJAS, ESQUIRE

8
     On behalf of the Defendant HOME DEPOT:
9
             MORRIS, MANNING & MARTIN, LLP
10           3343 PEACHTREE ROAD NE
             #1600
11           ATLANTA, GEORGIA 30326
             404-233-7000
12           CSUYDAM@MMMLAW.COM

13           BY: CAROLINE W. SUYDAM, ESQUIRE

14
     On behalf of the Defendant MONSANTO COMPANY:
15
             HOLLINGSWORTH LLP
16           1350 I STREET, NW
             WASHINGTON, D.C. 20005
17           202-898-5800
             DMURNER@HOLLINGSWORTHLLP.COM
18
             BY:  DANIEL J. MURNER, ESQUIRE
19                ABIGAIL REECER, ESQUIRE

20
     Also Present:
21
     Videographer:  AURELIO ROMAN
22

23

24

25
```

Joshua Schaeffer, Ph.D.
March 22, 2023

1                    I N D E X

2    JOSHUA SCHAEFFER, Ph.D.                              5
     DIRECT EXAMINATION                                   5
3    BY MR. ROJAS
     CROSS-EXAMINATION                                   66
4    BY MR. MURNER
     REDIRECT EXAMINATION                                69
5    BY MR. ROJAS
     WITNESS READ LETTER                                 74
6    E R R A T A   S H E E T                             75
     CERTIFICATE OF OATH                                 76
7    CERTIFICATE OF REPORTER                             77

8

                      EXHIBITS
9
     No.            Description                    Page
10
     1              Prior Testimony List              7
11
     2              Notice of Taking Deposition       9
12
     3              Expert Report Packet of Joshua   12
13                  Schaeffer

14   4              Invoice Dated August 1st, 2022   25

15   5              Doctor Joshua Schaeffer's        51
                    Materials Considered List
16

17

18

19

20

21

22

23

24

25

Joshua Schaeffer, Ph.D.
March 22, 2023

1        Videotaped Zoom Deposition taken before Donna L.

2    Gunion, Court Reporter, Florida Professional Reporter

3    and Notary Public in and for the State of Florida at

4    Large, in the above cause.

5        THE VIDEOGRAPHER:  Good afternoon.  We're now on

6    the video record.  Today is Wednesday, March 22, 2023.

7    The time on my monitor is two minutes after 2:00 p.m.

8        We're here for the purpose of taking the remote

9    deposition of Doctor Joshua Schaeffer being taken by

10   the plaintiff in the matter of Nancy Salas versus

11   Monsanto Company, Bayer Corporation, Bayer AG, Andrew

12   Jackson Conroy, Home Depot USA Incorporated, KLI

13   Lumber and Hardware, LLC and Orlando Valdes, case

14   number 3:21-cv-06173-VC, which is filed in the United

15   States District Court for the Northern District of

16   California San Francisco Division.

17       The court reporter is Donna Gunion of US Legal

18   Support.  The videographer is Aurelio Roman of US

19   Legal Support.

20       Would all counsel please state your appearance

21   for the record.

22       MR. ROJAS:  Good afternoon, again everybody.

23   Pablo Rojas.  I'm with Podhurst Orseck.  We represent

24   plaintiff, Nancy Salas.

25       MR. MURNER:  Daniel Murner with Hollingsworth,

Joshua Schaeffer, Ph.D.
March 22, 2023

1      LLP, representing Monsanto Company.  And my colleague

2      will introduce herself.

3           MS. REECER:  Abigail Reecer with Hollingsworth,

4      LLC, representing the defendant.

5           MS. SUYDAM:  Caroline Suydam.  Morris, Manning,

6      Martin, representing Home Depot.

7           THE COURT REPORTER:  Raise your right hand to be

8      sworn.

9           Do you swear that the testimony you're about to

10     give will be the truth, the whole truth, and nothing

11     but the truth?

12          THE WITNESS:  I do.

13  Thereupon:

14                  JOSHUA SCHAEFFER, Ph.D.,

15  having been first duly sworn or affirmed, was examined

16  and testified as follows:

17                  DIRECT EXAMINATION

18  BY MR. ROJAS:

19     Q.   Good afternoon, Doctor.  How are you?

20     A.   Okay.  Thank you.  How are you?

21     Q.   Pretty good.  I guess let me start with a

22  housekeeping item which is the classic question of

23  whether you've been deposed before today.

24     A.   I've been deposed once, yes.

25     Q.   All right.  So I won't belabor the ground rules.

Joshua Schaeffer, Ph.D.
March 22, 2023

1   You're probably familiar with them.  I think the key ones

2   are if you want to take a break at any time, let me know.

3   I'll try to go quickly and limit our breaks.  I just had

4   lunch.  I hope you did as well, if you're on Eastern

5   time.  I think by agreement we're limited to three hours

6   today.  If you want to take a break, all you have to do

7   is let me know.  The only thing I would ask is that if

8   I'm in the middle of one my questions or one of my

9   questions is pending, that you please complete your

10  answer to my question before we take our break.  Is that

11  fair?

12      A.   Yes.

13      Q.   And then if at any time one of my questions is

14  unclear in any way, please just let me know.  Otherwise,

15  if you answer my question, I'm going to assume that you

16  understood it.  Is that fair?

17      A.   Yes.

18      Q.   Let me go ahead and start with a quick exhibit.

19  The way I typically handle it is by the Zoom screen share

20  features so if you're in front of a computer, and I hope

21  that you are, if not we can go off the record and

22  regroup, you should be able to see the exhibits as I

23  share them.  Will that work for you?

24      A.   Yes.

25           MR. MURNER:  And just one note, Mr. Rojas, to get

Joshua Schaeffer, Ph.D.
March 22, 2023

1    it on the record.

2         Doctor Schaeffer did bring a digital copy of his

3    report.  With your permission he'll reference that

4    throughout today if that's all right.

5         MR. ROJAS:  That's all right.  I think I have a

6    copy of it, as long as we're in agreement about which

7    version it is, and we can cross that bridge when we

8    get to it, but if there's only one, we have one

9    version of it and I can either share it on the screen

10   or you can certainly refer to your own digital copy.

11   That's fine with me.

12        MS. SUYDAM:  One more housekeeping thing before

13   you start, Pablo.  Just as we did in the last

14   deposition, we're going to join in every objection

15   that Monsanto makes, if that's okay with everybody.

16        MR. ROJAS:  Fine with me.

17        MS. SUYDAM:  Great.

18  BY MR. ROJAS:

19   Q.   So I'm going to share the screen.  I'm going to

20  ask that this be marked as exhibited one.  I'm going to

21  do it in the same way.  I just chatted into the Zoom

22  chat.

23        (Exhibit No. 1, Prior Testimony List, was marked

24  for identification.)

25

Joshua Schaeffer, Ph.D.
March 22, 2023

1   BY MR. ROJAS:

2       Q.   Doctor, are you able to see this document here?

3       A.   Yes.

4       Q.   I'm going to represent to you that this is what

5   we've been provided as far as your past testimony list,

6   and then it specifies that you gave deposition testimony

7   as opposed to trial testimony in a case called Carl

8   Savory, if I'm pronouncing that correctly, versus

9   Monsanto Company.  Is that correct?

10      A.   That is correct.

11      Q.   I know you just told me that you've been deposed

12  once before.  Was that a reference to this Carl Savory

13  case?

14      A.   Yes.

15      Q.   And it looks like a Roundup MDL case.  Can I

16  understand that to be -- am I understanding that

17  correctly?

18      A.   I believe yes, yes.  An MDL case.

19      Q.   Or rather I should say, I guess that's a lawyer

20  question.  It was a Roundup case one way or the other,

21  correct?

22      A.   It was a Roundup case, correct.

23      Q.   I'm going to move on to another exhibit quickly

24  here.  I just chatted it in. It's Exhibit 2.  It's the

25  depo notice.

Joshua Schaeffer, Ph.D.
March 22, 2023

1           Are you able to see the document?  I know it's

2   only part of the caption here but can you see that, sir?

3       A.   I can see part of the document, yes.

4       Q.   And I'm going to represent to you -- well, I'm

5   going to draw your attention on sort of the right side

6   here.  Do you see that bolded text that says plaintiff

7   Nancy Salas, Notice to Take Oral and Video Taped

8   Deposition of Joshua Schaeffer, Ph.D.?

9       A.   Yes, I see that.

10          (Exhibit No. 2, Notice of Taking Deposition, was

11   marked for identification.)

12  BY MR. ROJAS:

13      Q.   Have you seen this document before to your

14   knowledge?

15      A.   I believe as part of a notice of deposition.

16      Q.   Yes, sir.  And with this one, as with any

17   document I share, the Zoom, you might be familiar with

18   this, it gives me the ability to relinquish sort of

19   cursor control to you so if at any moment you'd like to

20   scroll through these exhibits yourself, please just let

21   me know.  Otherwise, in the interest of efficiency, what

22   I might do for now is just sort of scroll through them

23   and ask you just three questions.

24      A.   Okay.

25      Q.   So yes, this is the notice of deposition.  Does

Joshua Schaeffer, Ph.D.
March 22, 2023

1  that sort of refresh your recollection about whether

2  you've seen it before?

3     A.   Yes.

4     Q.   And it's dated February 2nd -- February 22nd,

5  excuse me, of this calendar year, if you can see that.

6          Here I'm focusing in on an area called request

7  for production and I'll represent to you that it's a

8  request that you produce on the date of your deposition

9  each of these line items.  Feel free to take as much time

10  as you need to read them.

11     A.   Okay.

12     Q.   I know I was just told by Monsanto's counsel that

13  you brought a digital copy of your report in this case,

14  and I understand that.  My question is, did you bring

15  with you in either digital or hard copy today documents

16  responsive to these six requests?

17     A.   My understanding is that everything has been

18  provided to you to satisfy that request.

19     Q.   Okay.  Setting aside that understanding, you

20  don't have these documents with you today in digital or

21  hard copy, correct?

22     A.   I don't have, no.  As I said, my understanding is

23  everything has been provided to you and I don't have

24  anything else with me.

25          MR. ROJAS:  Okay.  Unless there is any objection,

Joshua Schaeffer, Ph.D.
March 22, 2023

1    what I might ask in the three hours that we have is

2    that if Monsanto's counsel is able to point us to a

3    digital copy by Dropbox or email or otherwise, of

4    documents responsive to these requests, that would be

5    great.  Otherwise we reserve the right to reopen the

6    deposition at a time when we have these documents.

7         MR. MURNER:  So, Mr. Rojas, my understanding is

8    that David from Arnold & Porter emailed your firm what

9    we have responsive.  At the first break I can chat and

10   make sure that was, in fact, emailed to you all.  But

11   it would have been yesterday.

12        MR. ROJAS:  Let me double check that on my end.

13   We don't have to go off the record.  Give me just

14   30 seconds to do it.

15        For what it's worth, I got an email from

16   Mr. Kerschner, David, yesterday, with respect to

17   Doctor Smeda whose deposition was earlier today.  We

18   haven't gotten that for Doctor Schaeffer so if it's

19   helpful to go off the record for a few minutes we can,

20   otherwise at the next break, what do you propose,

21   Daniel?

22        MR. MURNER:  Yeah, we can -- Abbey will email him

23   now and we can get an answer on whether or not that

24   has been provided.  My understanding it was, but if

25   it's not, we'll make sure to provide that information,

Joshua Schaeffer, Ph.D.
March 22, 2023

1       those documents.

2               MR. ROJAS:  I appreciate it.  I wouldn't put it

3       past my office's overzealous spam filter to have

4       screwed it up for us, but I got Doctor Smeda's so

5       maybe it's something else.

6   BY MR. ROJAS:

7       Q.   In the meantime moving right along.

8               So let me do an Exhibit 3 here.

9               (Exhibit No. 3, Expert Report Packet of Joshua

10    Schaeffer, was marked for identification.)

11   BY MR. ROJAS:

12      Q.   Doctor, are you able to see at least this partial

13    document?

14      A.   I'm able to see what appears to be my expert

15    report.  The top half, the first page.

16      Q.   And I know you separately brought a digital copy

17    of it, which is fine.  Let me -- I'm going to represent

18    to you that this is a PDF that's about, it's exactly

19    71 pages long and it was provided to us as a sort of

20    expert report packet by Monsanto's counsel at some point.

21    I believe that it contains a copy of your CV so I'm going

22    to just sort of skip past the report and get into your

23    CV.  Give me just one moment.

24              I've scrolled down to the sort of top half of the

25    first page of your CV.  Do you see that?

Joshua Schaeffer, Ph.D.
March 22, 2023

1    A.   Yes.

2    Q.   I don't know if you're able to tell me without

3    the benefit of seeing more pages whether this is a

4    current copy of it.

5    A.   I mean, if you want to just scroll down, I can

6    take a look.  It appears to be the correct first page,

7    yes.

8    Q.   Maybe your publications or professional

9    commitments would --

10   A.   Um-hm.  I don't know what page you're on right

11   now but that appears so far that it is my CV.

12   Q.   Okay.  I mean, it seems you would agree with me

13   at least current enough in the sense that it has, for

14   example, an entry for 2022 to present for your position

15   as an associate professor at the Colorado School of

16   Public Health.

17        Have there been any significant changes to your

18   professional activities or affiliations let's say in

19   calendar year 2022 and what's transpired of 2023?

20   A.   Again, I mean, I'm here representing Schaeffer

21   Occupational Health Associates.  I'm not here

22   representing the university and there have not been any

23   major changes.

24   Q.   Fair enough.

25        Let me ask you about the first professional

Joshua Schaeffer, Ph.D.
March 22, 2023

1    certification listed here.  Your certification as a

2    Certified Industrial Hygienist, which organization offers

3    that certification?

4        A.   It's called the American Board of Industrial

5    Hygiene.  It's ABIH.

6        Q.   And what is industrial hygiene as a general

7    matter?  I know I think you described it in your report,

8    but if you can give me sort of a brief verbal overview?

9             MR. MURNER:  Objection.  Form.  You can answer.

10            THE WITNESS:  Okay.

11            Industrial hygiene in general is looking to

12        anticipate, recognize, evaluate and control exposures

13        to hazards in the work place and community.

14   BY MR. ROJAS:

15       Q.   The use of the word industrial, does that mean

16   that the discipline is focused on industrial settings or

17   does it focus on other settings as well?

18       A.   Yeah, so I think it's -- if I have a little

19   latitude, I think it's an old term as of right now and so

20   it is focused on work place exposures but if you look at

21   AIHA, the American Hygiene Industrial Association, they

22   have expanded that by definition to really include

23   community exposures as well.

24       Q.   I see here that you are an associate professor,

25   at least per the CV, in two departments at -- well, at

Joshua Schaeffer, Ph.D.
March 22, 2023

1  different universities in Colorado, excuse me.  Is that

2  still the case today?

3      A.   Well, I am faculty at Colorado State University

4  and affiliate faculty at Colorado School of Public

5  Health.  I'm not here representing them as part of this.

6  This is my work with Schaeffer Occupational Health

7  Associates.

8      Q.   And I understand that completely.  I'm just

9  trying to get a sense of your professional experience and

10  your background and that sort of thing, but understood.

11  You're not here in any capacity other than what I think

12  you represent to me and I understand that.

13          So what have you taught, what courses in what

14  areas at the Colorado School of Public Health?

15      A.   The Colorado School of Public Health, I have

16  taught several lectures focused on agricultural

17  exposures.  Agricultural health and safety.  My main

18  position -- again, that's an affiliate faculty position,

19  and my main position is at Colorado State University

20  where I do most of my teaching.

21      Q.   In what areas have you taught at Colorado State?

22      A.   Sure.  I'm in the environmental public health

23  undergraduate program and so I teach intro to

24  environmental public health.  I have a class that is

25  environmental health field methods.  Another class

Joshua Schaeffer, Ph.D.
March 22, 2023

```
 1    looking at the principles of occupational safety and
 2    health.  Intro to biomedical sciences.  And then I do
 3    some guest lectures in the graduate program as well,
 4    looking at or guest lecturing in industrial hygiene
 5    classes at the graduate level as well as in toxicology
 6    classes in the undergraduate level.
 7        Q.   In your capacity as an associate professor at
 8    either of these two schools, and I know a little bit
 9    further down you were previously an assistant professor
10    at both universities as well, have you ever delivered a
11    lecture or a course dealing in any way with glyphosate?
12            MR. MURNER:  Objection.  Form.
13            THE WITNESS:  I have not given any lectures
14        specifically focused on glyphosate.  It may have come
15        up in a discussion.
16    BY MR. ROJAS:
17        Q.   I don't know if you're able to see this line item
18    from when you were a laboratory director at ChemaTox
19    Laboratory in Boulder, Colorado.
20        A.   Yes.
21        Q.   What did that job entail?
22        A.   That job was forensic toxicity and so I was the
23    lab director there during that time and worked with
24    analyzing samples for various reasons in different cases,
25    concerned citizens, you know, so it was really analyzing
```

Joshua Schaeffer, Ph.D.
March 22, 2023

1    samples, and interpreting and providing the results to

2    the respective parties.

3        Q.   And I think I understand that part of your work

4    there involved analyzing the absorption, the human body's

5    absorption of certain substances, correct?

6        A.   At that time, it was, I would say the majority of

7    the work was blood alcohols so looking at analyzing blood

8    samples for blood alcohol as well as breath samples.

9        Q.   There's a reference here in the professional

10   development section to a Dermal Exposure Assessment

11   Virtual Conference:  Introduction to SkinPerm and Course

12   Conclusion, looks to be in fall 2020.  What was that?

13       A.   Yeah.  That was a, again, a just professional

14   development workshop provided by the American Industrial

15   Hygiene Association and so it was an opportunity for

16   continuing my education.

17       Q.   It looks like I guess at that virtual conference

18   there were a number of sort of courses that you received.

19   Is that fair?

20       A.   If you give me -- I mean, I can take a look.

21   Correct, there were 3 to 4 different sessions.

22       Q.   All right.  Was that a one day workshop or

23   conference, excuse me, or multi-day?

24       A.   It was multi-day.

25       Q.   Would you consider yourself an expert in dermal

Joshua Schaeffer, Ph.D.
March 22, 2023

1   absorption, the human body's absorption of substance

2   through the skin?

3           MR. MURNER:  Objection.  Form.

4           THE WITNESS:  Well, I would consider myself an

5       expert in exposures and looking at those exposures and

6       estimating and modeling those exposures to calculate a

7       dose.

8   BY MR. ROJAS:

9       Q.  And is that a daily part of your work today,

10  calculating exposures?

11          MR. MURNER:  Objection.  Form.

12          THE WITNESS:  Again, it's -- it varies.  My job

13      varies and so it depends on what's happening that week

14      so, yes, I mean, it's very hard to say.  I can't

15      answer.  There's -- I wear a lot of different hats as

16      part of my job.

17  BY MR. ROJAS:

18      Q.  And I apologize, I appreciate you answering my

19  question rigorously because I used the word daily and I'm

20  only a lawyer but I wear different hats, too so it's hard

21  for me to remember what I do on a daily basis.  Let me

22  ask you, I guess, a more general question.

23          Do you regularly conduct analyses of exposure as

24  part of your work today?

25          MR. MURNER:  Objection.  Form.

Joshua Schaeffer, Ph.D.
March 22, 2023

1      THE WITNESS:  Can you -- I'm just trying to make

2     sure that I understand your question and can answer it

3     accurately.  Can you just tell me what you mean by

4     exposure?

5   BY MR. ROJAS:

6     Q.   Sure.  I think when I asked you whether you were

7    an expert in dermal exposure, I think you explained to me

8    and among other things you're an expert in sort of

9    calculating doses and analyzing that and human body's

10    exposure to substances as I understood it, and my

11    question was whether you regularly conduct such analyses

12    as part of your work sitting here today.

13      MR. MURNER:  Objection.  Form.

14      THE WITNESS:  I conduct exposure assessments

15     frequently as part of my work.

16   BY MR. ROJAS:

17     Q.   And in what settings does that come up?  When is

18    the last time you recall conducting an exposure

19    assessment?

20     A.   It's hard to say, but as part of my job, as part

21    of Schaeffer Occupational Health Associates, as part of

22    my job, again at the university, which I'm not here

23    representing, wearing these many different hats, I do

24    conduct exposure assessments.  I just -- it's frequent.

25     Q.   Okay.  Let me go --

Joshua Schaeffer, Ph.D.
March 22, 2023

1          MR. MURNER:  Mr. Rojas, not to break up your flow

2     here, but we sent the responsive documents from the

3     notice of deposition, so that should be in your inbox

4     at this point.

5          MR. ROJAS:  Thank you.  I just received them from

6     Ms. Reecer and I'll take a look during the next break

7     and see if I have any questions about that.  Thank

8     you.

9          MS. SUYDAM:  Would you mind forwarding those to

10    me?  You have my email address.  I don't know if David

11    included me.

12         MR. ROJAS:  That's you, Caroline?

13         MS. SUYDAM:  Yes.

14         MR. ROJAS:  I'll forward them right now.

15         MS. SUYDAM:  Thank you so much.

16         MR. ROJAS:  My pleasure.

17  BY MR. ROJAS:

18     Q.   You mentioned you wore different hats.  Let me

19   ask you about Schaeffer Occupational Health Associates.

20   What is that?  What is Schaeffer Occupational Health

21   Associates?

22     A.   Schaeffer Occupational Health Associates is an

23   LLC.

24     Q.   And what is its business or its activities?

25     A.   Again, just trying to provide objective

Joshua Schaeffer, Ph.D.
March 22, 2023

1  assessments.  Objective assessments of exposure and

2  working with various partners.

3      Q.    Who are Schaeffer Occupational Health Associates'

4  clients or partners?  And I don't need an itemized list,

5  but just what types of partners or clients does the LLC

6  work with?

7          MR. MURNER:  Objection.  Form.

8          THE WITNESS:  It's been several different firms.

9      Several different -- sorry, not firms but facilities

10     or businesses that I've helped out with.

11  BY MR. ROJAS:

12     Q.    And I don't know if there's a typical project but

13  when Schaeffer Occupational Health Associates works with

14  a facility or business, are you conducting exposure

15  assessments on individual human beings?  Are you

16  consulting on how to make the facility a more

17  occupationally safe place?  What sort of activities or

18  services do you offer?

19     A.    Sure.  I do -- it's been focused on exposures,

20  indoor air quality, air contaminants, and as well as

21  dermal exposures as well.  And so -- and trying to think

22  about controls and offer suggestions or recommendations

23  based on those results.

24  BY MR. ROJAS:

25     Q.    And are we mostly talking about the occupational

Joshua Schaeffer, Ph.D.
March 22, 2023

1  setting?  I mean, it's in the name but are the services

2  that Schaeffer Occupational Health Associates provides

3  mostly focused on occupational health?

4          MR. MURNER:  Objection.  Form.

5          THE WITNESS:  I don't know that.  I mean, it

6      has -- I don't know that it's all focused on

7      occupational.

8  BY MR. ROJAS:

9      Q.   Are you able to estimate what fraction or

10  percentage is focused on occupational as opposed to other

11  types of applications?

12          MR. MURNER:  Objection.  Form.

13          MR. ROJAS:  What's the basis of the objection?

14          MR. MURNER:  Just vagueness in terms of what

15      occupational is meant to be understood as.

16          MR. ROJAS:  Okay.  It's in the company's name.

17  BY MR. ROJAS:

18      Q.   Sir, do you understand the word occupational?

19          MR. MURNER:  Objection.  Form.

20          THE WITNESS:  I understand occupational but just

21      to be sure we're on the same page, if you could be a

22      little more specific.

23  BY MR. ROJAS:

24      Q.   Well, to the extent that Schaeffer Occupational

25  Health Associates has occupational health in the name,

Joshua Schaeffer, Ph.D.
March 22, 2023

1    why don't you define occupational health as you

2    understand it?  That will help me because you're the

3    expert and I'm not.

4         A.   So using occupational health as one of the terms,

5    I think that's just another more updated term for

6    describing industrial hygiene.  And, again, thinking

7    about occupational health, yes, in the work place but

8    also thinking about exposures out in the community as

9    well and bringing that all together and not just working

10   in these different silos.

11        Q.   So what percentage of Schaeffer Occupational

12   Health Associates' work is focused on offering consulting

13   or analysis with a focus on the work place setting as

14   opposed to other settings?

15        A.   I'd have to go back.  I mean, I don't have a lot

16   of that, you know, committed to memory but I have done

17   some consulting jobs where it's been for occupational

18   exposures as well as again, thinking about environmental

19   exposures or exposures out in the community.

20        Q.   I know you explained to me that you're here kind

21   of, if I can put it in plain English, wearing the

22   Schaeffer Occupational Health Associates' hat as opposed

23   to on behalf of the other institutions with which you're

24   affiliated, correct?

25             MR. MURNER:  Form.

Joshua Schaeffer, Ph.D.
March 22, 2023

1          THE WITNESS:  I am.

2    BY MR. ROJAS:

3      Q.    So can I understand that Schaeffer Occupational

4    Health Associates offers sort of litigation services such

5    as expert consulting work?

6      A.    I am currently, yes.

7      Q.    Okay.  What percentage of your time spent with

8    Schaeffer Occupational Health Associates is for

9    litigation work as opposed to other types of work?

10     A.    Currently, this is all that I'm doing right now

11   as part of Schaeffer Occupational Health Associates.

12     Q.    Does Schaeffer Occupational Health Associates

13   have litigation clients other than Monsanto Company?

14     A.    I don't work with Monsanto or directly with -- I

15   haven't been contracted by Monsanto so I don't work

16   directly with Monsanto.

17     Q.    Understood.  In your capacity with Schaeffer

18   Occupational Health Associates, have you worked on

19   litigation matters not involving Monsanto ever?

20     A.    Again, I have not, I don't work with -- directly

21   with Monsanto.  I work as a consultant for Hollingsworth

22   and at this time, this is all that I'm focusing on right

23   now.

24     Q.    Since 2012 have you worked through Schaeffer

25   Occupational Health Associates on any litigation matter

Joshua Schaeffer, Ph.D.
March 22, 2023

```
1    not involving Monsanto?  I understand you don't work

2    directly with them and you've been retained by

3    Hollingsworth, but you understand that this litigation

4    involves Monsanto I'm sure and my question is, since 2012

5    have you, through Schaeffer Occupational Health

6    Associates, worked on any litigation matter in any way

7    not involving Monsanto?

8        A.   At this time, no.  At that time, no.  I have not

9    worked with anybody.

10       Q.   Okay.  Let me stop sharing the screen and switch

11   gears a little bit.

12            I've got to put this exhibit into the chat.  Give

13   me one moment.

14            (Exhibit No. 4, Invoice Dated August 1st, 2022,

15   was marked for identification.)

16   BY MR. ROJAS:

17       Q.   I am going to share the screen.

18            So, sir, are you able to see the top part of this

19   document?  It looks like maybe it has a little redaction

20   there, but it's an invoice dated August 1st, 2022.

21       A.   Yes.

22       Q.   Do you see that?

23       A.   Yes.

24       Q.   And it looks to be an invoice for a total $5,100.

25   Do you see that?
```

Joshua Schaeffer, Ph.D.
March 22, 2023

1    A.    I do.

2    Q.    And it seems to reflect an hourly rate of $425 an

3   hour.  Do you see that?

4    A.    Yes.

5    Q.    Is that still your hourly rate today?

6    A.    That is still my hourly rate, yes.

7    Q.    And because it's -- we received a number of

8   invoices from Ms. Reecer over email.  I'll just represent

9   to you that they're dated 4/29/2022, 5/30/2022, 7/8/2022

10  and this one dated 8/1/2022.

11        To your knowledge have you submitted anymore

12  recent invoices to the Hollingsworth firm, meaning

13  subsequent to August 1st, 2022?

14        MR. MURNER:  Object to form.  Just to the extent

15     that that question relates to cases where Doctor

16     Schaeffer has not been disclosed as a testifying

17     expert, I'll instruct him not to answer.

18        But, Doctor Schaeffer, if you know the answer as

19     to the cases where you have been disclosed as a

20     testifying expert, you can answer.

21  BY MR. ROJAS:

22    Q.    I'll withdraw the question because counsel's

23   point is well taken.

24        What I meant to ask and didn't was in relation to

25   this case, the Nancy Salas case, not any other case and

Joshua Schaeffer, Ph.D.
March 22, 2023

1   certainly not a case where you haven't been disclosed as

2   an expert witness, have you submitted any invoices to

3   your knowledge to the Hollingsworth firm after August

4   1st, 2022?

5       A.   I have provided everything to Hollingsworth.  My

6   understanding is that they have provided everything as

7   part of that request to you.

8       Q.   Okay.  Are you able to estimate the total number

9   of hours that you've devoted to this case, to the Nancy

10  Salas case?

11      A.   Can you repeat the question?

12      Q.   Sure.  Can you provide me an estimate, only if

13  you can, of the total number of hours that you spent on

14  the Nancy Salas case?  I mean, we just saw an invoice

15  reflecting 12 hours.  I don't know if it's more than 50

16  total, approximately 75, any kind of estimate at all?

17      A.   I don't have that committed to memory so I can't

18  even -- I can't estimate that.  My understanding is that

19  you have the hours, the invoices that I submitted so that

20  information should be -- should be there for you.

21      Q.   Okay.  Are you the sole employee of Schaeffer

22  Occupational Health Associates?

23      A.   I am.

24      Q.   In your work on the Nancy Salas case are you --

25  did you do that work independently or have you worked

Joshua Schaeffer, Ph.D.
March 22, 2023

1   with an assistant or somebody like that?

2       A.   Independently.

3       Q.   Have you consulted with any other individuals not

4   attorneys with the Hollingsworth firm but other types of

5   experts, for example, in your work in this case, the

6   Nancy Salas case?

7       A.   I have not.  No.

8       Q.   Let me ask you about your opinions in this case,

9   and feel free to refer to your own digital copy of your

10  report.  I am happy to put it up on the screen as well if

11  it would be helpful to you.  The only thing I would ask

12  is that if you're referring to your own digital copy of

13  your report and relying on it, let me know what page

14  you're on so I could follow along with your logic.  In

15  the old days we'd be sitting next to each other looking

16  at it together, but in the Zoom days we have to operate a

17  little bit differently.

18      A.   Sure.

19      Q.   I under that you're not a toxicologist, correct?

20  Excuse me, an oncologist, correct?

21      A.   Sorry.  Can you repeat the question?

22      Q.   Yeah, because I messed that up really badly.

23           You are not an oncologist, correct?

24      A.   I am not an oncologist, correct.

25      Q.   And you're not an epidemiologist?

Joshua Schaeffer, Ph.D.
March 22, 2023

```
 1              MR. MURNER:  Objection.  Form.
 2              THE WITNESS:  Well, as an industrial hygienist,
 3         as an environmental health practitioner, I have to
 4         have understanding of epidemiology and so, you know,
 5         in the context of exposures and collaborating with
 6         epidemiologists, I have an understanding of
 7         epidemiology, especially as part of my education.
 8    BY MR. ROJAS:
 9         Q.   When you say you collaborate with
10    epidemiologists, what do you mean by that?
11         A.   Again, my apologies, I do not -- that's with the
12    university but as part of my training, as part of my
13    education, I have had, you know, again, understanding of
14    -- I have developed that understanding of epidemiology.
15         Q.   Just to be clear, just to make sure I understand,
16    in your work with the university, do you, like,
17    collaborate with epidemiologists or -- is that what your
18    testimony was?
19         A.   Sorry, yes.  But, again, I'm not here
20    representing the university so I am -- I -- just through
21    my experience.  Through my education.  Through my work.
22    Just over the years, I have developed an understanding of
23    epidemiology.  I haven't taken epidemiology courses and,
24    yeah.
25         Q.   Let me just ask you, if I may, about your
```

Joshua Schaeffer, Ph.D.
March 22, 2023

1    collaboration with epidemiologists at the university.

2    I'm not implying through my question that you're here

3    testifying on the university's behalf.  Again, I'm clear

4    that you're not.  But if you're going to testify at trial

5    in the Nancy Salas case, this is my one opportunity to

6    get to know a little bit about you and your experience

7    and your background.

8            So to the extent that you collaborate with

9    epidemiologists at the universities with which you're

10   affiliated, what does that entail?

11   A.    Again, just to make sure that I know how to

12   answer your question, can you be more specific, I guess?

13   I'm trying to think through this.

14   Q.    Sure.  Let me preface it by saying I understood

15   you to explain to me just a few moments ago that although

16   you're not testifying here wearing the university hat or

17   speaking for the university in any way, I thought I heard

18   you say that in the university setting, you collaborate

19   with epidemiologists.  Did I hear you correctly?

20   A.    You did, yes.

21   Q.    Okay.  And what does that entail?  When you say

22   you collaborated with epidemiologists in a university

23   setting, what is that?  You did research programs

24   together?  You co-teach?  You give presentations

25   together?  Just what does that look like?

Joshua Schaeffer, Ph.D.
March 22, 2023

1      A.    Majority of it is research, yes.

2      Q.    Have you worked on epidemiological research at

3  any time?

4      A.    A lot of our studies at university are designed,

5  you know, epidemiologically designed studies that we

6  conduct and so, you know, again, just by being a part of

7  that, I have that additional professional development and

8  continuing education.

9      Q.    And then I think you also explained to me a few

10  moments ago that you received course work in epidemiology

11  as part of your educational training.  Is that right?

12      A.    Correct.

13      Q.    And was that at the BA level, the Master's level,

14  the Ph.D. level or all of the above?

15      A.    It was part of my Ph.D.

16      Q.    How many courses in epidemiology did you take?

17            MR. MURNER:  Objection.  Form.

18            THE WITNESS:  Sure.  One official course in

19      epidemiology.

20  BY MR. ROJAS:

21      Q.    Let me ask you about your knowledge of

22  glyphosate.  Have you ever done any type of academic

23  research concerning glyphosate?

24            MR. MURNER:  Objection.  Form.

25            THE WITNESS:  Can you repeat the question?

Joshua Schaeffer, Ph.D.
March 22, 2023

1    BY MR. ROJAS:

2        Q.    Sure.  Like, I know, for example, I'll just

3    represent to you that my sense is that on your materials

4    considered list, there are a number of academic

5    publications concerning glyphosate and so, you know, I

6    understand that out in the world there, folks with

7    different specialties that do academic research, produce

8    academic publications about glyphosate, various aspects

9    of it, and my question for you is, have you yourself ever

10   done any academic research concerning glyphosate?

11       A.    Again, not here representing my academic research

12   but we have conducted a study where we were looking at

13   exposures among a vulnerable population for kidney

14   injury, looking at, because it's of unknown etiology,

15   what's happening.  Nobody understands what's really going

16   on and so our take on this was looking at inhalation

17   exposures as potential contributors to the development of

18   this injury.  There's been a lot of focus on thermal

19   stress and so we've looked at it a little bit

20   differently, and so one of the compounds we looked at was

21   glyphosate.

22       Q.    Has that research been concluded?  Have you

23   reached a conclusion?

24             MR. MURNER:  Objection.  Form.

25             THE WITNESS:  Can you be more specific on what

Joshua Schaeffer, Ph.D.
March 22, 2023

1     you mean by has -- what do you mean by conclusion?

2  BY MR. ROJAS:

3     Q.   Let me ask you, have you published anything in

4  terms of findings from this research that you're

5  describing?

6     A.   We have found as part of one of our pilot

7  studies, we did have one publication come out of that and

8  I believe that was in 2018 and so we do have one

9  publication.

10    Q.   And this vulnerable population, what is that

11 population?

12    A.   Sugar cane workers in Central America.

13    Q.   I see.  Interesting.

14         And the nature of the kidney injury is what?

15    A.   I don't know.  I mean, what -- can you ask, what

16 do you mean by that?

17    Q.   Sorry, I understood that this was a research in

18 trying to determine the etiology of a particular kidney

19 injury that was presenting in this population, and I was

20 just curious, if you don't know that, fine, but I was

21 just curious to know what the nature of that injury is.

22         MR. MURNER:  Objection, just to the extent that

23     it not intentionally mischaracterized the testimony.

24         THE WITNESS:  Yeah, it's a chronic kidney

25     disease.

Joshua Schaeffer, Ph.D.
March 22, 2023

1   BY MR. ROJAS:

2       Q.   Understood.

3            I have the benefit of your report in front of me

4   but why don't you please walk me through your methodology

5   in this case.  What methodology do you undertake as part

6   of your work in the Nancy Salas case?

7       A.   Are you pulling up my report or can I refer to my

8   report?

9       Q.   You can certainly refer to it and let me know

10  what page you're looking at.  I am happy to pull it up if

11  that's easier for you, whatever you prefer.

12      A.   Well, if you want to pull it up so that way we're

13  on the same page, we can do that.

14      Q.   Let me go ahead and do that.  So screen share.

15  Are you able to see it?

16      A.   Yes.

17      Q.   So I don't know what part would be helpful to you

18  to refer to in discussing your methodology.  I'm here on

19  Page 2, of 71 of this PDF, the summary section.  I guess

20  you tell me where you would like me to go, or I can give

21  you control of the scrolling as well as I mentioned

22  earlier.

23      A.   If you would like to give me control, I can use

24  that.

25      Q.   Sure.  You're going to get like prompted.  If

Joshua Schaeffer, Ph.D.
March 22, 2023

1  everything works correctly, you're going to get prompted

2  to take over.  There you go.  You got it.

3      A.    Sorry, this is a little wonky.  So -- it just

4  moved.  I can't --

5          MR. MURNER:  If it's easier, you can use your

6      local copy and you can just let Mr. Rojas know what

7      page you're on.

8          THE WITNESS:  Okay.

9          And you asked about my process, is that correct?

10 BY MR. ROJAS:

11     Q.    I used the word methodology but process is fine,

12 too, I think.

13     A.    Okay.  I'm on Page 26 with exposure

14 reconstruction.

15     Q.    Okay.

16     A.    And so on there it basically -- again, my

17 methodology is reflected in my report and I think that

18 this would be a good section to start with and that would

19 reflect my methodology.

20     Q.    Okay.  So I don't have the same skills that you

21 do and it's a clichè that lawyers aren't very good at

22 math, but I did read your report and I think I'm

23 following some of the calculations here.

24         Is it fair to say that your methodology is

25 basically contained in this section of the report of this

Joshua Schaeffer, Ph.D.
March 22, 2023

1    exposure reconstruction?

2        A.    My methodology starts in that section and then

3    basically goes through kind of somewhat of a step-by-step

4    process of the information that I gathered and used as

5    part of my model.

6        Q.    And I think I'm following the model and the

7    calculations to the best of my ability.  Am I right in

8    understanding that you didn't use exposure days as an

9    exposure metric?

10       A.    Well, I've seen studies looking at exposure days.

11   I used a different approach and looked at trying to

12   estimate an actual exposure average daily dose as opposed

13   to looking at exposure days.

14       Q.    Do you disagree with the use of exposure days as

15   a metric for glyphosate exposure?

16       A.    Again, I use a different approach as part of my

17   methodology for looking at the exposure.  I think there

18   are some limitations with using exposure days.

19       Q.    What are those limitations?

20       A.    It's hard, it's difficult for me to understand

21   what the exposure is in those events.

22             During the application, what was the exposure.

23   Was it a drop.  So it's just -- those are some

24   limitations that I see so in looking at using the AIHA

25   model that I used, which is recognized and respected

Joshua Schaeffer, Ph.D.
March 22, 2023

1   model, I went that route.

2       Q.   Understood.  Is it your opinion that the model

3   that you employed is superior, more reliable than an

4   exposure days calculation?

5            MR. MURNER:  Objection.  Form.

6            THE WITNESS:  More superior than?  I didn't --

7   BY MR. ROJAS:

8       Q.   Well, I used a compound question.  I said

9   superior, more reliable so let me go with superior.  Is

10  it your view or opinion that the model that you employed

11  is superior to using an exposure days calculation?

12           MR. MURNER:  Objection.  Form.

13           THE WITNESS:  And the last part was exposure

14      what?

15  BY MR. ROJAS:

16      Q.   An exposure days calculation.

17      A.   I guess I don't know what you mean by superior.

18  Like, in what way, I guess?  I don't know.  Sorry.

19  Again, I want to make sure that I'm answering your

20  question.

21      Q.   No, that's fine.

22           Let me put it this way:  I understood you to

23  explain to me that you made a choice to employ this model

24  as opposed to going with exposure days, correct?

25      A.   Correct.  I employed this route, this AIHA dermal

Joshua Schaeffer, Ph.D.
March 22, 2023

1  exposure model as opposed to other models, correct.

2      Q.   And why is that?

3      A.   Because that's the model that is recognized in

4  American Industrial Hygiene Association.  It's a

5  resource.  It's respected, so that's why.

6      Q.   And are you aware of any studies in the

7  literature that use a metric of lifetime days of

8  glyphosate use, for example?

9          MR. MURNER:  Objection.  Form.

10          THE WITNESS:  Am I aware of those studies?

11  BY MR. ROJAS:

12      Q.   Yes.

13      A.   I have reviewed several studies that have used

14  days, yes.

15      Q.   And do you have sort of any criticism of the use

16  of days in those studies as a metric?

17      A.   Well, I think those studies maybe at the time

18  had -- again, there's limitations in using that exposure

19  days and so there's limitations to that and I think with

20  the -- yep, I -- the studies you're referring to, I think

21  there are limitations to using exposure days.

22          I guess that's just the way I'll end it.

23      Q.   Are there limitations to the model that you

24  employed?

25      A.   Well, in any model there will be certain

Joshua Schaeffer, Ph.D.
March 22, 2023

1    limitations and so while there may be limitations in my

2    model, I try to build in what I can to provide a -- so my

3    model assumes that Ms. Salas's exposure was greater than

4    what she probably likely encountered.

5        Q.   What are the limitations?  I know how you sort of

6    attempted to maybe control for those limitations but what

7    are the limitations of the model that you employed?

8        A.   Well, the model employs looking at input

9    variables and so depending on Ms. Salas's testimony,

10   depending on the testimony that's provided and the

11   information that's provided, that's the information and

12   so thinking about -- thinking about the input variables,

13   I guess would be a limitation.

14       Q.   Any others that you can think of right now, any

15   other limitations?

16       A.   Not at this time.

17       Q.   Okay.  I'm going to stop sharing the screen, if

18   that's okay.  It seems you might be referring or have the

19   benefit of your digital copy, but let me know if there's

20   any objection to me stopping sharing the screen.

21            There is a reference to your report, and I can

22   tell you what I'm looking at.  It's Page 38.  It's

23   basically the last page with writing on it.  It's got

24   your signature as well.  Let me know when you're there.

25       A.   I'm here.

Joshua Schaeffer, Ph.D.
March 22, 2023

1    Q.    Okay.  I'm focused on the last sentence and I'll

2    just read it into the record for clarity just so you know

3    what sentence I'm referring to.

4         It says, "While my report does not provide an

5    opinion as to the causes of NHL, my estimate of the

6    plaintiff's averages daily dose indicates that the

7    plaintiff's dose did not exceed the EPA, RFD or the

8    California NSRL for glyphosate."

9         Do you see that sentence there?

10   A.    I do.

11   Q.    Let me sort of piggyback off that to ask you

12   first some housekeeping questions.

13        You say, you write that your report does not

14   provide an opinion as to the causes of NHL.  Do you

15   intend in this case to offer any expert testimony about

16   the causes of non-Hodgkin's lymphoma as a general matter?

17        MR. MURNER:  Objection.  Form.

18        THE WITNESS:  While I'm not here to provide

19   expert testimony on NHL or the causes, I did evaluate

20   Mrs. Salas's dose and compared it to the regulatory

21   thresholds.

22   BY MR. ROJAS:

23   Q.    Understood.  I understand that your report

24   doesn't basically contain a causation opinion, a cancer

25   causation opinion.  Is that right?

Joshua Schaeffer, Ph.D.
March 22, 2023

```
 1              MR. MURNER:  Objection.  Form.
 2              THE WITNESS:  Again, I try to be as comprehensive
 3         as I could in my report with my opinions, and while
 4         I'm not providing a causation of NHL, my report does
 5         report out the estimated dose that Ms. Salas likely
 6         incurred, and compared that to a regulatory threshold.
 7    BY MR. ROJAS:
 8         Q.   Right, and I know I see here that you refer to
 9    the EPA, RFB California NSRL and I know earlier your
10    report also cites and refers to other regulatory
11    thresholds.  So if I'm understanding your methodology,
12    you conducted the exposure assessment that you did and
13    you estimated her exposure and then you compared it to
14    these regulatory thresholds, but it's important for me to
15    understand the scope of your testimony just so I know
16    what to ask you about now.  And obviously I don't want to
17    be surprised at trial if you offer an oncological
18    causation opinion, so I just want to be absolutely clear
19    that you are not presently offering an opinion about the
20    cause of Ms. Salas's cancer, correct?
21              MR. MURNER:  Objection.  Form.
22              THE WITNESS:  Again, while I'm not here to
23         provide an expert opinion on the causation of cancer,
24         I again, estimated -- my report does have the
25         estimated dose and compared that to the regulatory
```

Joshua Schaeffer, Ph.D.
March 22, 2023

```
 1      threshold.
 2  BY MR. ROJAS:
 3      Q.   Would you be qualified to offer an opinion about
 4   the cause of Ms. Salas's cancer?
 5           MR. MURNER:  Objection.  Form.
 6           THE WITNESS:  Again, I'm not here to provide an
 7      expert --
 8  BY MR. ROJAS:
 9      Q.   I'm sorry, that wasn't my question.  My question
10   was, would you be qualified to offer an opinion about the
11   cause of Ms. Salas's cancer?
12           MR. MURNER:  Counsel, you've got to let him
13      answer the question.
14           MR. ROJAS:  I know, but he's giving me the can't
15      response to everything and these aren't trick
16      questions.  They're very straightforward.
17  BY MR. ROJAS:
18      Q.   You conducted an exposure assessment.  We've been
19   talking about it, I get that, and you've explained to me
20   very clearly what you've done.  My question is very
21   simple.
22           Would you be qualified to offer an expert opinion
23   about the cause of Ms. Salas's cancer?
24           MR. MURNER:  Objection.  Form.  Asked and
25      answered.
```

Joshua Schaeffer, Ph.D.
March 22, 2023

```
1            THE WITNESS:  While I'm not here to provide an
2      expert opinion on the causation of NHL, my report does
3      have reported an exposure dose and compared it to
4      regulatory threshold.  And based on that, it is below
5      any regulatory threshold.
6   BY MR. ROJAS:
7      Q.    Okay.  Fair enough.  I'm going to move to strike
8   as nonresponsive I don't know how many of the last few
9   questions, but that's fine.  I see that we're getting
10  nowhere with this.
11           For what it's worth, I'm not trying to trick you,
12  sir.  It's just important for me and my client to
13  understand the scope of your opinions.  I think I know at
14  a minimum they include this exposure assessment, and
15  hopefully today we can drill down a little bit into how
16  you reached it, but I need to understand the scope of
17  your opinions, where they begin and where they end.
18           So it's not a devious trick question.  Let me
19  move on to a different topic.
20           The regulatory thresholds, I know here in this
21  sentence that I just read into the record there's a
22  reference to EPA, RFD, California NSRL, I know earlier in
23  your report there's references to regulatory thresholds,
24  for example, from Health Canada.
25           My question is, to your knowledge, these
```

Joshua Schaeffer, Ph.D.
March 22, 2023

1  regulatory thresholds that you referred to, do they

2  consider cancer risks and cancer end points?

3      A.   The EPA reference dose references -- is based on

4  a no observable adverse effect level and the CAL NSRL is

5  a no significant risk level.  My understanding is that it

6  is a no significant risk level for cancer.

7      Q.   Okay.  What about the other -- if you know -- the

8  other regulatory thresholds?  For example, the Health

9  Canada one and the other cited in your report and feel

10  free to refer to that page in your report if you like to.

11      To your knowledge do they consider cancer risks

12  and cancer threshold end points?

13      A.   I will refer to my report.

14      Q.   Okay.

15      MR. MURNER:  Counsel, after Doctor Schaeffer

16  answers, whenever it's good timing for you, we're

17  about at an hour, I think we would appreciate a break.

18      MR. ROJAS:  That's fine.  After the next answer

19  is a good time.

20      THE WITNESS:  So the other regulatory thresholds

21  you mentioned, Health Canada, those are EDIs that are

22  very similar to EPAs, RFD.

23  BY MR. ROJAS:

24      Q.   In your opinion are those regulatory thresholds

25  reliable thresholds for understanding cancer risk?

Joshua Schaeffer, Ph.D.
March 22, 2023

```
1              MR. MURNER:  Objection.  Form.
2              THE WITNESS:  Are you talking about all of them?
3   BY MR. ROJAS:
4      Q.   We can take them one at a time.  Let's start with
5   -- well, let's take them one at a time.
6              What about EPA, RFD?  Do you think that's a
7   reliable threshold for understanding the cancer risk of
8   glyphosate?
9              MR. MURNER:  Objection.  Form.
10             THE WITNESS:  The RFD, my understanding is the
11       RFD is based on the no observable effect level, so no
12       adverse effects occur at or below that level.
13  BY MR. ROJAS:
14     Q.   Can I understand you to mean that that includes
15  adverse effects from cancer?
16     A.   Again, I'm using that as looking at it in terms
17  of know observable adverse effect level and so using that
18  as a potential or as a regulatory threshold for exposure.
19     Q.   What about the CAL NSRL?  Does that -- do you
20  find that to be a reliable threshold for understanding
21  the cancer risks of glyphosate?
22     A.   The CAL NSRL is based on risk and so thinking
23  about it in terms of in excess of one, thinking about the
24  risk of cancer and exposure and -- so it is set as a no
25  significant risk level for developing cancer based on
```

Joshua Schaeffer, Ph.D.
March 22, 2023

1   exposure.

2            MR. ROJAS:  I realize I've gone over because we

3       had decided to go on a break and I lost track of time.

4       Let's take five minutes and come back at 3:10.

5            THE VIDEOGRAPHER:  The time is three minutes

6       after three.  We're going off the video record.  Stand

7       by.

8            (A discussion was held off the record.)

9            (A brief recess was taken from 3:05 p.m. to

10   3:16 p.m.)

11            THE VIDEOGRAPHER:  The time is 3:17 p.m. and

12       we're back on the video record.

13   BY MR. ROJAS:

14       Q.   Okay.  Just a quick point of clarification,

15   Doctor.

16            I understand that the model that you employed to

17   calculate and assess Ms. Salas's glyphosate exposure does

18   not take inhalation into account.  Is that right?

19            MR. MURNER:  Objection.  Form.

20            THE WITNESS:  Well, I did consider -- I did

21       consider inhalation and yeah, I mean, I considered it

22       but I did not include it just -- I didn't think it

23       would add or contribute, you know, significantly to

24       the overall exposure.

25

Joshua Schaeffer, Ph.D.
March 22, 2023

1  BY MR. ROJAS:

2      Q.    Right, and to be a little more precise with my

3  question, you considered -- I know there's a discussion

4  of it, but it didn't factor into your calculations

5  directly, correct?

6      A.    I did not, I did not include it in my

7  calculations, correct, yeah.

8      Q.    Can you just explain why not?

9      A.    Yeah.  Just based on what I have read in the

10  literature, I don't -- it didn't seem that it was going

11  to materially add to the exposure, and thinking about the

12  way that Ms. Salas applied the product as a spot

13  treatment, targeted treatment of the weed, it seemed that

14  it was going to be the positioning of the wand or the

15  applicator would be kind of closer to the weed.

16      Q.    Do you use Roundup yourself?

17      A.    Yeah, I've used weed killers.  I don't know that

18  I've, I don't know, that's --

19      Q.    Do you live in a house or an apartment?

20      A.    A house.

21      Q.    And you have a lawn, I take it?

22      A.    I do have a lawn.

23      Q.    Okay.  So you don't know for sure one way or the

24  other whether you used a Roundup branded product?

25      A.    I currently -- I don't know if I've used it or

Joshua Schaeffer, Ph.D.
March 22, 2023

1   not.  I don't do a lot of my yard.  I should.  I should
2   do more.
3       Q.   I think we all should.
4            So have you ever used like a one based applicator
5   or excuse me, a one based application device yourself of
6   any product?
7       A.   It's been a long time, yeah.
8       Q.   Okay.  I hesitate do get back into this type of
9   question because I don't -- I want to preface it with to
10  be as clear as possible, that it's not a trick question.
11           I think you testified clearly earlier about the
12  scope of your opinions and I understood that testimony.
13  I'm going to ask you a slightly different question, which
14  is, setting aside what expert opinions you formed and
15  what expert conclusions you've reach, do you just
16  personally have a view one way or the other about whether
17  glyphosate or Roundup caused Ms. Salas's cancer?
18           MR. MURNER:  Object to form.  Scope.
19           THE WITNESS:  I'm not -- I mean, I'm not here to
20      really provide an opinion, expert opinion on that.  I
21      mean, I'm here to provide an expert opinion on the
22      exposure and dose and how that compares to the
23      literature and regulatory thresholds, yeah.
24  BY MR. ROJAS:
25      Q.   What about in your review of the literature?  I

Joshua Schaeffer, Ph.D.
March 22, 2023

1    know that you have an extensive materials considered

2    list.  There's a lot of epidemiological type of

3    literature in there, as far as I can tell, and a lot of

4    it is discussed at some length in your report.

5           Do you have a view, based on the epidemiological

6    literature, about whether glyphosate can cause cancer as

7    a general matter, not specific to Ms. Salas but as a

8    general matter?

9           MR. MURNER:  Objection.  Form.

10          THE WITNESS:  I can say that based on what I've

11       reviewed in the literature at this time, that I do not

12       see an association with glyphosate exposure and

13       cancer.

14   BY MR. ROJAS:

15       Q.   When we were talking about the exposure

16   assessment that you conducted in this case, the model,

17   the calculations, I believe you referred to it by some

18   acronym.  Did I hear you correctly?

19          If it helps at all, and I have terrible hearing

20   but I heard something like AIHAA?

21       A.   Oh, yes, I said AIHA, the American Industrial

22   Hygiene Association, and that's a professional

23   organization and they have different resources available

24   and that's a model that is included in one of the

25   resources.

Joshua Schaeffer, Ph.D.
March 22, 2023

1   Q.   Got it.  Okay.

2          So the model that you employed in this case is a

3   model that's included in one of these AIHA resources,

4   correct?

5   A.   Yes.

6   Q.   Do you know what resource that is, what it's

7   title is or --

8   A.   I believe I have it in my report.

9   Q.   Give me a second.  I don't see it there using a

10  Control F tool, but that's fine, I can follow up on that

11  at a later time.

12  A.   Would you -- I'm happy to try to locate it.

13  Q.   Maybe during the next break, if you don't mind.

14  A.   Sure.

15  Q.   Or I can come back to it later, but maybe I'll

16  just move right along.

17         I know, based on the materials considered list

18  that we received earlier today during the deposition via

19  email, that you reviewed Doctor William Sawyer's

20  deposition testimony in the Nancy Salas case, correct?

21  A.   I reviewed it.

22  Q.   And it looks like you've also reviewed Doctor

23  Sawyer's deposition testimony in several other Roundup

24  related cases, correct?  If it helps, I can put it up on

25  the screen.

Joshua Schaeffer, Ph.D.
March 22, 2023

1    A.   It might help, yes.  I think that would be --

2    that would be helpful.  Thank you.

3    Q.   I think the first thing I've got to do is put

4    this into the chat so this will be Exhibit 5.  Let me

5    share it up on the screen.

6         (Exhibit No. 5, Doctor Joshua Schaeffer's

7    Materials Considered List, was marked for

8    identification.)

9    BY MR. ROJAS:

10   Q.   So let me just scroll to the top.  This is Doctor

11   Joshua Schaeffer's Materials Considered List, Salas

12   versus Monsanto Company.  Do you see this?

13   A.   I do.  Think you.

14   Q.   And it's in alphabetical order so I'm just going

15   to go down, I think the way you've structured it is that

16   it's D for deposition basically.  So I think beginning

17   with Item Number 44 on this MCL, we have deposition of

18   Daniel Bucks, Ph.D. in a case called Winston versus

19   Monsanto Company.  Do you see that?

20   A.   I do.

21   Q.   And then just for the sake of thoroughness, 45 is

22   deposition of Nancy Salas in this case with exhibits.  Do

23   you see that?

24   A.   Yes.

25   Q.   And then beginning with 46, which spans pages

Joshua Schaeffer, Ph.D.
March 22, 2023

1    three and beginning with 46, you've got a bunch of

2    depositions of Doctor William Sawyer and they go into the

3    next Page 4, 47, 48, 49 scrolling all the way down to 56.

4    So Item 53 looks to be the deposition of William Sawyer,

5    Ph.D. in Salas versus Monsanto Company.  Do you see that?

6        A.    Yes.

7        Q.    And then, you know, 46 through -- other than that

8    one 46 through 56 are all depositions of William Sawyer

9    in other cases involving Monsanto Company.  Do you see

10   that?

11       A.    I do.

12       Q.    So you've reviewed all these deposition

13   transcripts of Doctor William Sawyer?

14       A.    I have reviewed those depositions at some point,

15   yes.

16       Q.    And at least as to this case, based on your

17   review at a minimum of the deposition and I'm sure

18   somewhere below, I suspect you looked at his report as

19   well.  Here we go, expert report of William Sawyer, you

20   read two of them here, items 93 and 94.  Do you see that?

21       A.    I do.

22       Q.    So you considered his expert reports in this case

23   including the most recent one which was the January 6,

24   2023, and you've considered his deposition transcript at

25   least in this case as well, correct?

Joshua Schaeffer, Ph.D.
March 22, 2023

1    A.    I have reviewed those expert reports as well as

2    the deposition, yes.

3    Q.    And based on your review of those materials in

4    this case and in the Nancy Salas case, do you have any

5    criticisms of Doctor Sawyer's methodology in this case?

6    A.    I mean, I'd have to go -- I'd have to look at it.

7    I mean, if you show me his methodology if we can go to

8    his report, it might be helpful just to be sure.

9    Q.    That's all right.  Our time is limited and I

10   agreed to have only three hours today.

11        So sitting here today, can you think of any

12   criticisms that you have of Doctor Sawyer's methodology

13   in this case?

14   A.    Well, if I remember correctly and I'm sorry I

15   don't have all this committed to memory but, you know,

16   there are -- I believe he has relied on exposure days,

17   and there are, like I have stated previously, that there

18   are limitations with exposure days and trying to

19   understand what that really entails.  Is it a drop and

20   how long is the exposure, et cetera.  And so I believe in

21   his updated report -- again, I'd have to look at his

22   report just to be sure, but, you know, I believe he did

23   try to do -- I believe he did a calculation and so there

24   is a calculation that he did provide.  So I have -- I

25   believe that there are some limitations with exposure

Joshua Schaeffer, Ph.D.
March 22, 2023

1    days and I can't remember the calculation that he used so

2    if there's anyway to look at his report really quickly,

3    that would be helpful.

4         Q.   If I have any follow-up questions about it, I'll

5    be glad to refresh your recollection by showing you the

6    report.  I was just -- my question, which you've

7    answered, is only whether you have any criticisms that

8    you can think of sitting here today.  I know you don't

9    have it in front of you.

10        Let me stick with this MCL, materials considered

11   list.  Item Number 4 is an Andreotti, et al., study

12   entitled Glyphosate Use and Cancer Incidence in the

13   Agricultural Health Study.  Are you familiar with that

14   study?

15        A.   I am familiar with it.  Again, if we're getting

16   into the specifics, I don't have these committed to

17   memory so if there's a way to pull up the study, then it

18   would be helpful.

19        Q.   Did you rely, to your knowledge -- I don't want

20   to get into the nitty gritty of the Andreotti study, but

21   did you rely on it for purposes of forming opinions in

22   this case?

23        MR. MURNER:  Objection.  Form.

24        THE WITNESS:  I mean, that materials considered

25    is everything that I have reviewed and have, you

Joshua Schaeffer, Ph.D.
March 22, 2023

1      know -- anything that I have reviewed or considered

2      as, is reflected in my report as my opinion.

3  BY MR. ROJAS:

4      Q.   Fair enough.  Let me go back to the report.

5      A.   Okay.

6      Q.   If I can ask you rather than me doing the tedious

7   thing of reading this into the record, let me go ahead

8   and highlight that text and just ask you to read that and

9   let me know when you're done that.  I can zoom in and all

10  that kind of thing as well.

11     A.   I can get my face close to the camera if that's

12  all right.

13     Q.   No problem.

14     A.   Okay.

15     Q.   So if I'm understanding what you wrote here, it's

16  that the Andreotti study doesn't use what you call

17  accrued days of use metric.  Is that right?

18     A.   Again, I'd have to go back and see the study but

19  what Andreotti did was that they developed an algorithm

20  for looking at and doing some waiting to look at the

21  exposure.

22     Q.   But they didn't use the AIHA exposure assessment

23  for the subjects, correct?

24          MR. MURNER:  Objection.  Form.

25          THE WITNESS:  Just the AIHA?

Joshua Schaeffer, Ph.D.
March 22, 2023

1  BY MR. ROJAS:

2      Q.   Right.  You told me that you used an AIHA

3  exposure assessment model in assessing Ms. Salas's

4  exposure, right?

5      A.   I used a model to estimate the exposure, yes.

6      Q.   And to your knowledge, did the Andreotti et al.,

7  study use that model for the individuals that it -- whose

8  exposure it assessed?

9      A.   My recollection is they did not use the AIHA

10  model.

11      Q.   Does that render the Andreotti study unreliable

12  in your view?

13          MR. MURNER:  Objection.  Form.

14          THE WITNESS:  Unreliable in -- I mean, I'm just

15      trying to think about -- I'm just trying to think

16      through this.

17          I relied on Andreotti as an epidemiological study

18      where they looked at it in terms of longitudinal

19      prospective cohort, and my approach was trying to

20      reconstruct an exposure and estimate the dose based on

21      that exposure.

22  BY MR. ROJAS:

23      Q.   So, you know, is it fair to say that the exposure

24  assessment that you conducted just from a methodological

25  standpoint, it's obviously different from the one in

Joshua Schaeffer, Ph.D.
March 22, 2023

1  Andreotti, et al.?

2      A.   I mean, when you think about it, in terms of

3  there is differences, yes.  But also trying to think

4  about similarities.  But, yes, there's some differences.

5      Q.   Are you familiar with the use of pack years in

6  assessing tobacco exposure?

7           MR. MURNER:  Objection.  Scope.

8           THE WITNESS:  I am aware of using pack years in

9      terms of trying to get a better understanding of other

10     exposures or anything like that, yes.  I am aware of

11     that.

12 BY MR. ROJAS:

13     Q.   Right, meaning that in, for example,

14  epidemiological studies of the effects of tobacco

15  studies, you're aware that pack years is a commonly used

16  metric for estimating an exposure to tobacco smoke?

17           MR. MURNER:  Objection.  Form.

18           THE WITNESS:  I have seen it.

19 BY MR. ROJAS:

20     Q.   Do you have any criticisms of the use of pack

21  years in the context of tobacco epidemiological studies?

22           MR. MURNER:  Objection.  Scope.

23           THE WITNESS:  I am having a hard -- I'm not sure

24     I understand.  Do I disagree with using that?

25

Joshua Schaeffer, Ph.D.
March 22, 2023

1  BY MR. ROJAS:

2      Q.   Yeah, or do you have any criticisms of it was the

3   way I phrased it, but disagreement is fine, too.

4           MR. MURNER:  Objection.  Scope.

5           THE WITNESS:  I guess in what way would I have a

6       disagreement?

7  BY MR. ROJAS:

8      Q.   Well, I don't know.  Well, you know, I'm trying

9   to get my understanding of the epidemiological studies

10  that you relied upon and the type of methodologies

11  employed in these studies and correctly or incorrectly,

12  I'm just drawing a parallel to pack years and I'm just

13  curious about your views of the pack year's metric and

14  whether you have views on them one way or the other.  I

15  know it's not the exact subject of your testimony here

16  but as a toxicologist as somebody familiar with

17  epidemiology, I'm just curious whether you have views

18  about their reliability or the methodological soundness

19  of using pack years to estimate an individual's exposure

20  to tobacco smoke.  And if you don't have any views,

21  that's fine, too.

22          MR. MURNER:  Objection.  Form.

23          THE WITNESS:  I don't have any views as of right

24      now.

25

Joshua Schaeffer, Ph.D.
March 22, 2023

1  BY MR. ROJAS:

2      Q.   Okay.  Let me stop sharing the screen for a

3  moment.

4           If you recall, roughly when were you first

5  retained in this case?

6           MR. MURNER:  Objection.  Again, it gets back to

7      that whole thing of what "this case" means.

8           MR. ROJAS:  Sorry.  I'll withdraw it.

9  BY MR. ROJAS:

10     Q.   When were you first retained to your knowledge in

11  relation to the Nancy Salas versus Monsanto case?

12     A.   Sorry, I don't have that committed to memory.

13  I'd have to go back and look.

14     Q.   Would it have been before calendar year 2022?

15     A.   I believe so, yes.

16     Q.   I'll just put a request into the record that if

17  you could give me that information either in an email

18  from counsel, that would be appreciated understanding you

19  don't know the answer right now.

20          Okay, you seem to be in a room, I'm reading

21  behind you maximum occupancy much larger than two people.

22  So where are you testifying today?  Are you in a hotel or

23  banquet hall or something like that?

24     A.   In a hotel.

25     Q.   And in what city and state?

Joshua Schaeffer, Ph.D.
March 22, 2023

1      A.   Fort Collins, Colorado.

2      Q.   And I see -- my understanding is that Mr. Murner

3  is in the room with you.  Is that right?

4      A.   Correct.

5      Q.   Is there anybody else there?

6      A.   There's Abbey Reecer is here as well.

7      Q.   Ms. Reecer.  Anybody else other than the three of

8  you guys?

9      A.   No.

10     Q.   What did you do to prepare for today's

11  deposition, if anything?

12     A.   I mean, I did try to prepare.  I just reviewed

13  what I could and, yeah, I reviewed my report and -- yeah.

14  I mean, that's basically what I've done is I tried to

15  review my report and I've looked at different studies

16  and, yeah.

17     Q.   Obviously, my question is sort of about the

18  deposition itself because obviously I know that in your

19  materials considered list, it's a very lengthy list of

20  things you considered in general in forming your opinions

21  in this case, but focusing on today's deposition, in

22  addition to reading the report, I understand your

23  testimony to be that you also reviewed some studies in

24  preparation for today's deposition.  Did I hear you

25  correctly?

Joshua Schaeffer, Ph.D.
March 22, 2023

1    A.   Yeah, I mean, just basically the studies that are

2  reflected in the materials considered or that are

3  reflected in my report.

4    Q.   So in preparation for today's deposition, you

5  reviewed all of that, all those materials or a subset?

6    A.   I just reviewed what was in my report and if I

7  had any -- just wanted to follow-up on that study, I may

8  have looked that up.

9    Q.   And which studies did you follow-up on?

10   A.   Sorry.  I don't have that committed to memory.  I

11  just, it was kind of in the moment.

12   Q.   Did you, in preparation for today's deposition,

13  meet with counsel for Monsanto or speak with him by phone

14  or Zoom?

15       MR. MURNER:  I'll just object.  I know counsel is

16    not asking this but I'll just object to the extent

17    that this would bring into play confidential

18    communications protected by attorney-client privilege.

19    But other than that, you can answer.

20  BY MR. ROJAS:

21   Q.   Correct, and let me just withdraw the question

22  because Mr. Murder is correct.  I don't want to --

23  basically, in my experience it's typical of these expert

24  witness depositions that counsel asks like when did you

25  meet with them and for how long.  I don't want to pry

Joshua Schaeffer, Ph.D.
March 22, 2023

1    into the substantive details of the conversation, but if

2    you guys spoke by phone or in Zoom or in person at any

3    point, I just want to know the day and the approximate

4    time, if you know.

5         A.   I don't have that committed to memory but we did

6    talk.  We met last night, I know that, is one time that

7    we met.

8         Q.   All right.  I'm coming to the end of my

9    questions, and I'll preface my next couple of questions

10   by saying again that this is sort of my one opportunity

11   to speak with you before potential trial, and I know that

12   we've gone back and forth a little bit today and counsel

13   has made objections to form about the scope of some of my

14   questions, and I've asked you some questions about the

15   scope of your opinions and I don't necessarily need to

16   retread that ground.  But I think I've developed some

17   understanding, sitting here today and with the benefit of

18   your report, about what the scope of your opinions

19   sitting here today will be in this case, I have a

20   question.

21        With that as background, my question is, do you

22   presently intend to offer any opinions beyond -- at

23   trial, beyond the scope of the opinions that you've

24   provided already in your report?

25        A.   I mean, like I said, I mean, I tried to be as

Joshua Schaeffer, Ph.D.
March 22, 2023

1  comprehensive as I could in my opinions.  But depending

2  on what might be asked, you know, I may have an opinion

3  on something to that effect, but again, I try to be as

4  comprehensive as I could in my report.

5      Q.   Sitting here today you haven't been asked to

6  expand the scope of your opinions beyond what's in the

7  report, correct?

8      A.   Well --

9          MR. MURNER:  Objection.  Form.

10          THE WITNESS:  Asked by?

11 BY MR. ROJAS:

12      Q.   Meaning you presently don't have any plans to

13  sort of update your report to add any opinions beyond

14  what's already in there?

15      A.   As of right now, I have -- even reviewing some of

16  the newer material, I have -- my opinions are reflected

17  in the report as of right now.

18      Q.   Okay.  Why don't we take another break, if that's

19  okay.  I don't need more than ten minutes and if I have

20  anymore questions, I probably won't need too much more

21  time after that, so let's go until 3:52 Eastern and come

22  back at that time.  Thank you.

23          THE VIDEOGRAPHER:  The time is 3:42 p.m.  We're

24      going off the video record.

25          (A discussion was held off the record.)

Joshua Schaeffer, Ph.D.
March 22, 2023

```
 1                  (A brief recess was taken from 3:42 p.m. to
 2      4:00 p.m.).
 3                  THE VIDEOGRAPHER:  The time is 4:00 p.m. and
 4          we're back on the video record.
 5      BY MR. ROJAS:
 6          Q.   Thank you.
 7                  So, I just have a couple of sort of concluding
 8      questions, again about the scope of your opinions.
 9                  Have you formed an opinion in this case one way
10      or the other about whether Ms. Salas accurately reported
11      her use of Roundup?
12                  MR. MURNER:  Objection.  Form.
13                  THE WITNESS:  I go by what -- I went by her
14          testimony.
15      BY MR. ROJAS:
16          Q.   Okay.  Do you have any reason to believe that her
17      testimony about her use of Roundup is inaccurate?
18                  MR. MURNER:  Objection.  Form.
19                  THE WITNESS:  I, I went by her testimony and, you
20          know, hold the information as best I could to
21          estimate, to reconstruct that exposure and calculate a
22          dose based on that exposure so I did the best I could,
23          and again tried to build in, you know, where I could
24          so that the model assumes that her exposure was
25          greater than what she likely encountered.
```

Joshua Schaeffer, Ph.D.
March 22, 2023

1  BY MR. ROJAS:

2      Q.   Okay.  Have you formed an opinion in this case

3  regarding whether Ms. Salas, her methods of applying

4  Roundup were proper?

5      A.   I'd have to look in my report but, you know,

6  nothing -- again, I just went by what Ms. Salas provided

7  in her testimony and I used that information as best I

8  could to look, to reconstruct her exposure and calculate

9  a dose so --

10     Q.   Do you have any reason to believe that the way

11 that Ms. Salas applied Roundup was somehow improper?

12         MR. MURNER:  Objection.  Scope.

13         THE WITNESS:  Again, I can only go by what was

14     said in there and I'm really focused on the

15     information as provided in that testimony so that I

16     can use it to inform the model.

17 BY MR. ROJAS:

18     Q.   Much earlier in this deposition I asked you about

19 sort of your past litigation related work, and I think

20 you correctly advised me that your direct engagement is

21 with the Hollingsworth firm, you don't work directly with

22 Monsanto necessarily in the litigation context.

23         Outside of the litigation context, have you ever

24 worked with Monsanto or Bayer before?

25     A.   I have -- outside of this litigation, I have not

Joshua Schaeffer, Ph.D.
March 22, 2023

1    worked with Monsanto or Bayer.

2        Q.    To your knowledge, has any of your academic work

3    or research ever been funded by Monsanto or Bayer?

4        A.    To my knowledge, all my academic research has

5    really been funded by different agencies and not

6    Monsanto.

7        Q.    Okay.  Sir, thank you very much for your time.  I

8    think those are all the questions I have.  I think you

9    probably know from past experience that basically what

10   happens now is that I pass the floor to other counsel,

11   depending on the questions that they have, I may have

12   some follows-ups.  If not, thank you very much for your

13   time.  I appreciate it.

14            THE WITNESS:  Thank you.

15            MR. MURNER:  I just have a few.

16                    CROSS-EXAMINATION

17   BY MR. MURNER:

18       Q.    Doctor Schaeffer, Mr. Rojas asked you about your

19   criticisms of Doctor Sawyer's exposure or dose

20   calculation and you provided some answers.  Do you

21   remember that?

22       A.    I do.

23       Q.    Do you have any other criticisms of Doctor

24   Sawyer's exposure calculation or his dose calculation?

25       A.    Well, again, you know, trying to recall what was

Joshua Schaeffer, Ph.D.
March 22, 2023

1   in the report, relied on exposure days and so I remember

2   discussing the limitations of using exposure days, you

3   know, and in the updated report again, just trying to

4   recall, you know, Doctor Sawyer provided an estimate of

5   Ms. Salas's dose and using a method by -- I'd have to

6   have the report in front of me but I think it's

7   Machado-Neto so Machado-Neto and thinking about looking

8   at using their method for estimating Ms. Salas's dose and

9   so if I remember correctly, then that's -- they used a

10  backpack sprayer and which would be a different exposure

11  factor and within that study they used percent absorb,

12  where I used a permeability coefficient and one thing

13  that I do recall while reading that updated report is

14  that Doctor Sawyer's estimate and my estimate for maximum

15  dose of during the event, they were very similar.  And I

16  don't think that Mr. -- or excuse me, I don't think that

17  Doctor Sawyer averaged that over time whereas I averaged

18  it over time and determined an average daily dose to

19  compare to the regulatory --

20      Q.   If asked specific questions about Doctor Sawyer's

21  calculation in the future, might you offer further

22  criticisms that you don't have in mind today?

23          MR. ROJAS:  Object to the form.

24  BY MR. MURNER:

25      Q.   You can answer.

Joshua Schaeffer, Ph.D.
March 22, 2023

1     A.   Depending on what's asked.  Depending on the

2     nature, the scenario, I may have other opinions.

3     Q.   So Mr. Rojas asked you about the Andreotti study,

4     also called AHS, Agricultural Health Study.

5          In your view are there any methodological

6     advantages from an industrial hygiene perspective of

7     Andreotti over the other epidemiology studies?

8     A.   Well, the Andreotti study is a prospective cohort

9     study and is pretty much the gold standard when you're

10    thinking about exposures and outcomes.  And so looking at

11    it from that perspective, I think it's well recognized as

12    a gold standard and a lot of weight is put on the

13    Andreotti studies.

14         They, within Andreotti, they use that algorithm

15    that I described which basically provides an intensity

16    waiting so there's this intensity waiting on the exposure

17    to provide a little bit more information, details

18    regarding the exposure versus exposure days.

19    Q.   And maybe me being an attorney and not a

20    scientist but as an industrial hygienist, why is it

21    advantageous that AHS used that algorithm whereas other

22    epidemiology studies did not?

23    A.   It's to get a better understanding of what's

24    happening.  Thinking about the use of PTE.  Thinking

25    about the method used to apply the pesticide or product.

Joshua Schaeffer, Ph.D.
March 22, 2023

1  Thinking about the different exposure factors that play a

2  role and, you know, looking at that and having that

3  algorithm in place provides just more information on the

4  exposure.

5      Q.   Mr. Rojas understandably asked you a number of

6  questions about the scope of your opinion.  What you

7  submitted in your report is still your opinion, correct?

8  In other words, you didn't -- there's nothing in your

9  report that now is no longer part of your opinion?

10     A.   My -- everything is in my report in terms of my

11 opinion so my report reflects my opinion as we sit here

12 today.

13         MR. MURNER:  And that is all I have.

14         MS. SUYDAM:  I don't have anything.

15         MR. ROJAS:  I think I have a follow-up or two if

16    I may.

17                  REDIRECT EXAMINATION

18 BY MR. ROJAS:

19     Q.   So, Doctor Schaeffer, Mr. Murner just asked you

20 some questions about your criticisms of Doctor Sawyer's

21 analysis in this case.  Do you remember that exchange a

22 few minutes ago?

23     A.   Yes.

24     Q.   And as I understand it, I may be paraphrasing a

25 little bit, he asked you whether you might have, based on

Joshua Schaeffer, Ph.D.
March 22, 2023

1  future questions, additional criticisms of Doctor

2  Sawyer's methodology that you don't presently have.  Do

3  you recall that question?

4      A.    I do.

5      Q.    And I believe you answered to the effect that if

6  prompted by additional questioning, you may have

7  additional criticisms of Doctor Sawyer's methodology that

8  at least you don't presently hold, correct?

9      A.    Again, I may have just other opinions based on

10  what might be asked.  Again, I try to be as comprehensive

11  as I can but just depending on what's asked or presented,

12  I may have other opinions.

13      Q.    You're a toxicologist.  Obviously you've been

14  retained in this matter as an expert witness.  You

15  provided a very lengthy report.

16          Can you just explain to me how it might be that

17  you don't presently have a criticism of Doctor Sawyer's

18  methodology, but I guess upon future questioning not

19  currently at this deposition by me or Mr. Murner, you

20  might come up with a new one?

21          MR. MURNER:  Objection.  Form.

22          THE WITNESS:  Again, I think it's just a matter

23      of, I've provided my opinions, I would say, on the

24      approach, the differences, the limitations and based

25      on the questions that were asked, so if -- depending

Joshua Schaeffer, Ph.D.
March 22, 2023

1     on what question is asked in the future or how it's

2     asked, I may provide, you know, something in addition

3     to that.  But as of right now, those right now are my

4     opinions and, you know, the limitations that I see,

5     that I see with that approach.

6  BY MR. ROJAS:

7     Q.   Fair enough.  And to be clear, you would agree

8  with me that the limitations that you presently see are

9  limitation that you see with the benefit of having read

10  Doctor Sawyer's written report in the Salas case,

11  correct?

12     A.   I'm sorry.  Could you repeat it just so I --

13  sorry.

14     Q.   Yeah, yeah, of course.  Sometimes my verbiage can

15  be very clunky.

16          It's simply that the criticisms you currently

17  have of Doctor Sawyer's methodology in this case are

18  criticisms at which you have arrived with the benefit of

19  having read his written report in this case, correct?

20     A.   I was able to read his report, look at his report

21  just so that I have understanding of the scope of his

22  opinions and his approach so that if I have a rebuttal, I

23  know what he's saying and what he's doing.

24     Q.   Fair enough.  And then you also read as we

25  discussed earlier his deposition transcript in this case,

Joshua Schaeffer, Ph.D.
March 22, 2023

1   correct?

2       A.   Again, yes, I did look at the deposition

3   transcript again to help kind of with my opinions, yes.

4       Q.   And as you just explained to me, you read those

5   things so that -- to potentially understand the extent of

6   any rebuttal or disagreements that you may have with his

7   methodology, correct?

8       A.   Again, yeah, my -- what I recall of Doctor

9   Sawyer's approach and his methodologies, the limitations

10  or differences that I have, I expressed sitting here

11  today.  But again, if asked, you know, something

12  different, different question, I may have a different

13  answer.  I just -- yeah.

14          MR. ROJAS:  Fair enough.  Those are all the

15      questions I have.  Thank you.

16          THE VIDEOGRAPHER:  Will the Doctor read or waive?

17          MR. MURNER:  He'll take the copy.  Is this for

18      reviewing the transcript?

19          THE COURT REPORTER:  Yes.

20          MR. MURNER:  He'll read.

21          MR. ROJAS:  Transcript for me.  No video at this

22      time.

23          MR. MURNER:  We'll take the transcript and the

24      videos, please.

25          THE VIDEOGRAPHER:  So the time is 4:15 p.m. and

Joshua Schaeffer, Ph.D.
March 22, 2023

1  this concludes the remote deposition of Doctor Joshua

2  Schaeffer.  Standby, please.  We're off the record.

3      MS. SUYDAM:  This is Caroline.  We'll take a copy

4  of the transcript.

5      (The deposition was concluded at 4:15 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Joshua Schaeffer, Ph.D.
March 22, 2023

1               WITNESS NOTIFICATION LETTER

2

3    DATE: 03/30/2023
     JOSHUA SCHAEFFER, Ph.D. c/o
4    MARCHELLO D. GRAY, ESQUIRE
     HOLLINGSWORTH LLP
5    1350 I STREET, NW
     WASHINGTON, DC  20005
6
     IN RE: IN RE:  ROUNDUP PRODUCTS
7    LIABILITY LITIGATION v NANCY SALAS v. Monsanto Company;
     BAYER CORPORATION; BAYER AG; ANDREW JACK CONROY;
8    HOME DEPOT U.S.A.,INC.; KLI SHELL LUMBER & HARDWARE,
     LLC;and ORLANDO VALDES
9
     Deposition taken on:  March 22, 2023
10   U.S. Legal Support   JOB NO: 6328161-001

11   The transcript of the above proceeding is now available
     for your review.
12
     Please call 305-373-8404 to schedule an appointment
13   between the hours of 9:00 a.m. and 4:00 p.m., Monday
     through Friday.
14
     Please complete your review within 30 days.
15

16   Sincerely,

17

18   Donna Gunion, Florida Professional Reporter

19   U.S. Legal Support, Inc.
     16825 Northchase Drive
20   Suite 900
     Houston, TX 77060-6004
21

22   Cc via transcript:

23
                        PABLO ROJAS, Esq.
24                      CAROLINE W. SUYDAM, Esq.
                        MARCHELLO GRAY, Esq.
25

Joshua Schaeffer, Ph.D.
March 22, 2023

1               E R R A T A   S H E E T

2  IN RE: IN RE:  ROUNDUP PRODUCTS
   LIABILITY LITIGATION V NANCY SALAS v. Monsanto Company;
3  BAYER CORPORATION; BAYER AG; ANDREW JACK CONROY;
   HOME DEPOT U.S.A.,INC.; KLI SHELL LUMBER & HARDWARE,
4  LLC;and ORLANDO VALDES
   DEPOSITION OF: JOSHUA SCHAEFFER, Ph.D.
5  TAKEN:  March 22, 2023
   Taken By: DONNA GUNION          JOB NO. 6328161-001

6
        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
7  PAGE #    LINE #    CHANGE                REASON

8  _____
   _____

9    14         21       American Industrial Hygiene Association     Incorrect wording

10   29         23            have taken                 Incorrect wording

11   41         09            EPA, rFD              Incorrect abbreviation

12   44         21            ADIs               Incorrect abbreviation

13   51         13            Thank you              Incorrect wording

14   55         20            weighting              Incorrect wording

15   68         16            weighting              Incorrect wording

16   68         24            PPE              Incorrect abbreviation

17  _____

18  _____

19   See attached sheet with additional changes

20  Please forward the original signed errata sheet to this
    office so that copies may be distributed to all parties.

21
    Under penalty of perjury, I declare that I have read my
22  deposition and that it is true and correct subject to any
    changes in form or substance entered here.

23

24  DATE:   20APR23

25  SIGNATURE OF DEPONENT: _____

Joshua Schaeffer, Ph.D.
March 22, 2023

1                    CERTIFICATE OF OATH

2

3  THE STATE OF FLORIDA        )

4  COUNTY OF MIAMI-DADE         )

5

6          I, Donna Gunion, Florida Professional Reporter,
   Notary Public, State of Florida, certify that JOSHUA
7  SCHAEFFER, Ph.D. appeared via Zoom on the 22nd day of
   March, 2023 and was duly sworn.

8
           WITNESS my hand and official seal.
9
           DATED: 03/30/2023
10

11

12
        _____
13              Donna L. Gunion, FPR
           Notary Public - State of Florida
14            COMMISSION # HH 126082
            Commission Expires 8/3/2025
15

16

17

18

19

20

21

22

23

24

25

Joshua Schaeffer, Ph.D.
March 22, 2023

1               CERTIFICATE OF REPORTER

2

3   THE STATE OF FLORIDA         )

4   COUNTY OF MIAMI-DADE         )

5

6          I, Donna L. Gunion, Florida Professional
    Reporter and Notary Public in and for the State of
7   Florida at large, do hereby certify that I was authorized
    to and did stenographically report the deposition of
8   JOSHUA SCHAEFFER, Ph.D. in the foregoing proceedings and
    was by me duly sworn to testify to the truth, the whole
9   truth, and nothing but the truth; that said proceedings
    were taken before me at the time and place therein set
10  forth and is a true record of my stenographic notes.

11         I further certify that I am neither a relative,
    employee, attorney or counsel of any of the parties, nor
12  am I relative or employee of any of the parties or
    connected with the action, nor am I financially
13  interested in the action.

14         In witness whereof, I have hereunto subscribed
    my name.
15
           DATED: 03/30/2023, at Miami, Dade-County,
16  Florida.

17

18  _____
           Donna L. Gunion, FPR
19       Florida Professional Reporter

20

21

22

23

24

25

Joshua Schaeffer, Ph.D.
March 22, 2023

---

**Exhibits**

**EX 0001 Joshua Schaeffer 032223**
  7:23
**EX 0002 Joshua Schaeffer 032223**
  8:24 9:10
**EX 0003 Joshua Schaeffer 032223**
  12:8,9
**EX 0004 Joshua Schaeffer 032223**
  25:14
**EX 0005 Joshua Schaeffer 032223**
  51:4,6

---

**#**

**#1600**
  2:10

---

**$**

**$425**
  26:2
**$5,100**
  25:24

---

**1**

**1**
  7:23
**12**
  3:12 27:15
**1350**
  2:16
**1st**
  3:14 25:14,

20 26:13
  27:4

---

**2**

**2**
  8:24 9:10
  34:19
**20005**
  2:16
**2012**
  24:24 25:4
**2018**
  33:8
**202-898-5800**
  2:17
**2020**
  17:12
**2022**
  3:14 13:14,
  19 25:14,20
  26:13 27:4
  59:14
**2023**
  4:6 13:19
  52:24
**22**
  4:6
**22nd**
  10:4
**2300**
  2:4
**25**
  3:14
**26**
  35:13
**2:00**
  4:7
**2nd**
  10:4

---

**3**

**3**
  12:8,9 17:21

**30**
  11:14
**30326**
  2:11
**33131**
  2:5
**3343**
  2:10
**38**
  39:22
**3:05**
  46:9
**3:10**
  46:4
**3:16**
  46:10
**3:17**
  46:11
**3:21-cv-06173-vc**
  4:14
**3:42**
  63:23 64:1
**3:52**
  63:21
**3rd**
  2:4

---

**4**

**4**
  3:14 17:21
  25:14 52:3
  54:11
**4/29/2022**
  26:9
**44**
  51:17
**45**
  51:21
**46**
  51:25 52:1,
  7,8
**47**
  52:3

**48**
  52:3
**49**
  52:3
**4:00**
  64:2,3
**4:15**
  72:25

---

**5**

**5**
  3:2,15 51:4,
  6
**5/30/2022**
  26:9
**50**
  27:15
**51**
  3:15
**53**
  52:4
**56**
  52:3,8

---

**6**

**6**
  52:23
**66**
  3:3
**69**
  3:4

---

**7**

**7**
  3:10
**7/8/2022**
  26:9
**71**
  12:19 34:19
**74**
  3:5
**75**
  3:6 27:16

Joshua Schaeffer, Ph.D.
March 22, 2023

**76**
  3:6
**77**
  3:7

_____

        **8**
_____

**8/1/2022**
  26:10

_____

        **9**
_____

**9**
  3:11
**93**
  52:20
**94**
  52:20

_____

        **A**
_____

**Abbey**
  11:22 60:6
**Abigail**
  2:19 5:3
**ABIH**
  14:5
**ability**
  9:18 36:7
**able**
  6:22 8:2 9:1
  11:2 12:12,
  14 13:2
  16:17 22:9
  25:18 27:8
  34:15 71:20
**above**
  4:4 31:14
**absolutely**
  41:18
**absorb**
  67:11
**absorption**
  17:4,5 18:1
**academic**
  31:22 32:4,

**7,8,10,11**
  66:2,4
**account**
  46:18
**accrued**
  55:17
**accurately**
  19:3 64:10
**acronym**
  49:18
**activities**
  13:18 20:24
  21:17
**actual**
  36:12
**add**
  46:23 47:11
  63:13
**addition**
  60:22 71:2
**additional**
  31:7 70:1,6,
  7
**address**
  20:10
**advantageous**
  68:21
**advantages**
  68:6
**adverse**
  44:4 45:12,
  15,17
**advised**
  65:20
**affiliate**
  15:4,18
**affiliated**
  23:24 30:10
**affiliations**
  13:18
**affirmed**
  5:15
**afternoon**
  4:5,22 5:19
**AG**
  4:11

**agencies**
  66:5
**ago**
  30:15 31:10
  69:22
**agree**
  13:12 71:7
**agreed**
  53:10
**agreement**
  6:5 7:6
**agricultural**
  15:16,17
  54:13 68:4
**ahead**
  6:18 34:14
  55:7
**AHS**
  68:4,21
**AIHA**
  14:21 36:24
  37:25 49:21
  50:3 55:22,
  25 56:2,9
**AIHAA**
  49:20
**air**
  21:20
**alcohol**
  17:8
**alcohols**
  17:7
**algorithm**
  55:19 68:14,
  21 69:3
**alphabetical**
  51:14
**America**
  33:12
**American**
  14:4,21
  17:14 38:4
  49:21
**analyses**
  18:23 19:11
**analysis**
  23:13 69:21

**analyzing**
  16:24,25
  17:4,7 19:9
**Andreotti**
  54:11,20
  55:16,19
  56:6,11,17
  57:1 68:3,7,
  8,13,14
**Andrew**
  4:11
**answer**
  6:10,15
  11:23 14:9
  18:15 19:2
  26:17,18,20
  30:12 42:13
  44:18 59:19
  61:19 67:25
  72:13
**answered**
  42:25 54:7
  70:5
**answering**
  18:18 37:19
**answers**
  44:16 66:20
**anticipate**
  14:12
**anybody**
  25:9 60:5,7
**anymore**
  26:11 63:20
**apartment**
  47:19
**apologies**
  29:11
**apologize**
  18:18
**appearance**
  4:20
**APPEARANCES**
  2:1
**appears**
  12:14 13:6,
  11

Joshua Schaeffer, Ph.D.
March 22, 2023

application
  36:22 48:5
applications
  22:11
applicator
  47:15 48:4
applied
  47:12 65:11
apply
  68:25
applying
  65:3
appreciate
  12:2 18:18
  44:17 66:13
appreciated
  59:18
approach
  36:11,16
  56:19 70:24
  71:5,22 72:9
approximate
  62:3
approximately
  27:16
area
  10:6
areas
  15:14,21
Arnold
  11:8
arrived
  71:18
asked
  19:6 35:9
  42:24 62:14
  63:2,5,10
  65:18 66:18
  67:20 68:1,3
  69:5,19,25
  70:10,11,25
  71:1,2 72:11
asking
  61:16
asks
  61:24

aspects
  32:8
assess
  46:17
assessed
  56:8
assessing
  56:3 57:6
assessment
  17:10 19:19
  41:12 42:18
  43:14 49:16
  55:22 56:3,
  24
assessments
  19:14,24
  21:1,15
assistant
  16:9 28:1
associate
  13:15 14:24
  16:7
Associates
  13:21 15:7
  19:21 20:19,
  21,22 21:13
  22:2,25
  24:4,8,11,
  12,18,25
  25:6 27:22
Associates'
  21:3 23:12,
  22
association
  14:21 17:15
  38:4 49:12,
  22
assume
  6:15
assumes
  39:3 64:24
ATLANTA
  2:11
attempted
  39:6
attention
  9:5

attorney
  68:19
attorney-
client
  61:18
attorneys
  28:4
August
  3:14 25:14,
  20 26:13
  27:3
Aurelio
  2:21 4:18
available
  49:23
AVENUE
  2:4
average
  36:12 67:18
averaged
  67:17
averages
  40:6
aware
  38:6,10
  57:8,10,15

───────────

**B**

───────────

BA
  31:13
back
  23:15 46:4,
  12 48:8
  50:15 55:4,
  18 59:6,13
  62:12 63:22
  64:4
background
  15:10 30:7
  62:21
backpack
  67:10
badly
  28:22
banquet
  59:23

based
  21:23 43:4
  44:3 45:11,
  22,25 47:9
  48:4,5 49:5,
  10 50:17
  52:16 53:3
  56:20 64:22
  69:25 70:9,
  24
basically
  35:16,25
  36:3 39:23
  40:24 51:16
  60:14 61:1,
  23 66:9
  68:15
basis
  18:21 22:13
Bayer
  4:11 65:24
  66:1,3
begin
  43:17
beginning
  51:16,25
  52:1
behalf
  2:2,8,14
  23:23 30:3
behind
  59:21
beings
  21:15
belabor
  5:25
believe
  8:18 9:15
  12:21 33:8
  49:17 50:8
  53:16,20,22,
  23,25 59:15
  64:16 65:10
  70:5
below
  43:4 45:12
  52:18

Joshua Schaeffer, Ph.D.
March 22, 2023

benefit
  13:3 34:3
  39:19 62:17
  71:9,18
best
  36:7 64:20,
  22 65:7
better
  57:9 68:23
biomedical
  16:2
bit
  16:8 25:11
  28:17 30:6
  32:19 43:15
  62:12 68:17
  69:25
blood
  17:7,8
Board
  14:4
body's
  17:4 18:1
  19:9
bolded
  9:6
Boulder
  16:19
branded
  47:24
break
  6:2,6,10
  11:9,20
  20:1,6 44:17
  46:3 50:13
  63:18
breaks
  6:3
breath
  17:8
bridge
  7:7
brief
  14:8 46:9
  64:1
bring
  7:2 10:14

61:17
bringing
  23:9
brought
  10:13 12:16
Bucks
  51:18
build
  39:2 64:23
bunch
  52:1
business
  20:24 21:14
businesses
  21:10

———————————

C

CAL
  44:4 45:19,
  22
calculate
  18:6 46:17
  64:21 65:8
calculating
  18:10 19:9
calculation
  37:4,11,16
  53:23,24
  54:1 66:20,
  24 67:21
calculations
  35:23 36:7
  47:4,7 49:17
calendar
  10:5 13:19
  59:14
California
  4:16 40:8
  41:9 43:22
call
  55:16
called
  8:7 10:6
  14:4 51:18
  68:4

camera
  55:11
Canada
  43:24 44:9,
  21
cancer
  40:24 41:20,
  23 42:4,11,
  23 44:2,6,
  11,12,25
  45:7,15,21,
  24,25 48:17
  49:6,13
  54:12
cane
  33:12
capacity
  15:11 16:7
  24:17
caption
  9:2
Carl
  8:7,12
Caroline
  2:13 5:5
  20:12
case
  4:13 8:7,13,
  15,18,20,22
  10:13 15:2
  26:25 27:1,
  9,10,14,24
  28:5,6,8
  30:5 34:5,6
  40:15 49:16
  50:2,20
  51:18,22
  52:16,22,25
  53:4,5,13
  54:22 59:5,
  7,11 60:21
  62:19 64:9
  65:2 69:21
  71:10,17,19,
  25
cases
  16:24 26:15,
  19 50:24

52:9
causation
  40:24,25
  41:4,18,23
  43:2
caused
  48:17
Central
  33:12
certain
  17:5 38:25
certainly
  7:10 27:1
  34:9
CERTIFICATE
  3:6,7
certification
  14:1,3
Certified
  14:2
cetera
  53:20
changes
  13:17,23
chat
  7:22 11:9
  25:12 51:4
chatted
  7:21 8:24
check
  11:12
Chematox
  16:18
choice
  37:23
chronic
  33:24
cited
  44:9
cites
  41:10
citizens
  16:25
city
  59:25
clarification

Joshua Schaeffer, Ph.D.
March 22, 2023

46:14

**clarity**
40:2

**class**
15:24,25

**classes**
16:5,6

**classic**
5:22

**clear**
29:15 30:3
41:18 48:10
71:7

**clearly**
42:20 48:11

**clichè**
35:21

**client**
43:12

**clients**
21:4,5 24:13

**close**
55:11

**closer**
47:15

**clunky**
71:15

**co-teach**
30:24

**coefficient**
67:12

**cohort**
56:19 68:8

**collaborate**
29:9,17
30:8,18

**collaborated**
30:22

**collaborating**
29:5

**collaboration**
30:1

**colleague**
5:1

**Collins**
60:1

**Colorado**
13:15 15:1,
3,4,14,15,
19,21 16:19
60:1

**come**
16:14 19:17
33:7 46:4
50:15 63:21
70:20

**commitments**
13:9

**committed**
23:16 27:17
53:15 54:16
59:12 61:10
62:5

**commonly**
57:15

**communications**
61:18

**community**
14:13,23
23:8,19

**Company**
2:14 4:11
5:1 8:9
24:13 51:12,
19 52:5,9

**company's**
22:16

**compare**
67:19

**compared**
40:20 41:6,
13,25 43:3

**compares**
48:22

**complete**
6:9

**completely**
15:8

**compound**
37:8

**compounds**
32:20

**comprehensive**
41:2 63:1,4
70:10

**computer**
6:20

**concerned**
16:25

**concluded**
32:22

**concluding**
64:7

**conclusion**
17:12 32:23
33:1

**conclusions**
48:15

**conduct**
18:23 19:11,
14,24 31:6

**conducted**
32:12 41:12
42:18 49:16
56:24

**conducting**
19:18 21:14

**conference**
17:11,17,23

**confidential**
61:17

**Conroy**
4:12

**consider**
17:25 18:4
44:2,11
46:20,21

**considered**
3:15 32:4
46:21 47:3
49:1 50:17
51:7,11
52:22,24
54:10,24
55:1 60:19,
20 61:2

**consultant**
24:21

**consulted**
28:3

**consulting**
21:16 23:12,
17 24:5

**contained**
35:25

**contains**
12:21

**contaminants**
21:20

**context**
29:5 57:21
65:22,23

**continuing**
17:16 31:8

**contracted**
24:15

**contribute**
46:23

**contributors**
32:17

**control**
9:19 14:12
34:21,23
39:6 50:10

**controls**
21:22

**conversation**
62:1

**copy**
7:2,6,10
10:13,15,21
11:3 12:16,
21 13:4
28:9,12 35:6
39:19 72:17

**Corporation**
4:11

**correct**
8:9,10,21,22
10:21 13:6
17:5,21
23:24 28:19,
20,23,24
31:12 35:9
37:24,25

Joshua Schaeffer, Ph.D.
March 22, 2023

38:1 41:20
47:5,7 50:4,
20,24 52:25
55:23 60:4
61:21,22
63:7 69:7
70:8 71:11,
19 72:1,7
**correctly**
8:8,17 30:19
35:1 49:18
53:14 58:11
60:25 65:20
67:9
**counsel**
4:20 10:12
11:2 12:20
42:12 44:15
59:18 61:13,
15,24 62:12
66:10
**counsel's**
26:22
**couple**
62:9 64:7
**course**
16:11 17:11
31:10,18
71:14
**courses**
15:13 17:18
29:23 31:16
**court**
4:2,15,17
5:7 72:19
**criticism**
38:15 70:17
**criticisms**
53:5,12 54:7
57:20 58:2
66:19,23
67:22 69:20
70:1,7
71:16,18
**cross**
7:7

**CROSS-**
**EXAMINATION**
3:3 66:16
CSUYDAM@
MMMLAW.COM
2:12
**curious**
33:20,21
58:13,17
**current**
13:4,13
**cursor**
9:19
**CV**
12:21,23,25
13:11 14:25

---

**D**

---

**D.C.**
2:16
**daily**
18:9,19,21
36:12 40:6
67:18
**Daniel**
2:18 4:25
11:21 51:18
**date**
10:8
**dated**
3:14 10:4
25:14,20
26:9,10
**David**
11:8,16
20:10
**day**
17:22 62:3
**days**
28:15,16
36:8,10,13,
14,18 37:4,
11,16,24
38:7,14,16,
19,21 53:16,
18 54:1

55:17 67:1,2
68:18
**dealing**
16:11
**decided**
46:3
**defendant**
2:8,14 5:4
**define**
23:1
**definition**
14:22
**delivered**
16:10
**departments**
14:25
**depending**
39:9,10 63:1
66:11 68:1
70:11,25
**depends**
18:13
**depo**
8:25
**deposed**
5:23,24 8:11
**deposition**
3:11 4:1,9
7:14 8:6
9:8,10,15,25
10:8 11:6,17
20:3 50:18,
20,23 51:16,
17,22 52:4,
12,17,24
53:2 60:11,
18,21,24
61:4,12
65:18 70:19
71:25 72:2
**depositions**
52:2,8,14
61:24
**Depot**
2:8 4:12 5:6
**dermal**
17:10,25

19:7 21:21
37:25
**described**
14:7 68:15
**describing**
23:6 33:5
**Description**
3:9
**designed**
31:4,5
**details**
62:1 68:17
**determine**
33:18
**determined**
67:18
**developed**
29:14,22
55:19 62:16
**developing**
45:25
**development**
17:10,14
31:7 32:17
**device**
48:5
**devious**
43:18
**devoted**
27:9
**differences**
57:3,4 70:24
72:10
**different**
15:1 16:24
17:21 18:15,
20 19:23
20:18 21:8,9
23:10 32:7
36:11,16
43:19 48:13
49:23 56:25
60:15 66:5
67:10 69:1
72:12
**differently**
28:17 32:20

Joshua Schaeffer, Ph.D.
March 22, 2023

difficult
  36:20
digital
  7:2,10
  10:13,15,20
  11:3 12:16
  28:9,12
  39:19
direct
  3:2 5:17
  65:20
directly
  24:14,16,20
  25:2 47:5
  65:21
director
  16:18,23
disagree
  36:14 57:24
disagreement
  58:3,6
disagreements
  72:6
discipline
  14:16
disclosed
  26:16,19
  27:1
discussed
  49:4 71:25
discussing
  34:18 67:2
discussion
  16:15 46:8
  47:3 63:25
disease
  33:25
District
  4:15
Division
  4:16
DMURNER@
HOLLINGSWORTH
LLP.COM
  2:17
Doctor
  3:15 4:9

5:19 7:2 8:2
11:17,18
12:4,12
26:15,18
44:15 46:15
50:19,22
51:6,10
52:2,13
53:5,12
66:18,19,23
67:4,14,17,
20 69:19,20
70:1,7,17
71:10,17
72:8,16
document
  8:2 9:1,3,
  13,17 12:13
  25:19
documents
  10:15,20
  11:4,6 12:1
  20:2
doing
  24:10 55:6,
  20 71:23
Donna
  4:1,17
dose
  18:7 36:12
  40:6,7,20
  41:5,25 43:3
  44:3 48:22
  56:20 64:22
  65:9 66:19,
  24 67:5,8,
  15,18
doses
  19:9
double
  11:12
draw
  9:5
drawing
  58:12
drill
  43:15

drop
  36:23 53:19
Dropbox
  11:3
duly
  5:15

---

**E**

earlier
  11:17 34:22
  41:9 43:22
  48:11 50:18
  65:18 71:25
easier
  34:11 35:5
Eastern
  6:4 63:21
EDIS
  44:21
education
  17:16 29:7,
  13,21 31:8
educational
  31:11
effect
  44:4 45:11,
  17 63:3 70:5
effects
  45:12,15
  57:14
efficiency
  9:21
either
  7:9 10:15
  16:8 59:17
email
  11:3,15,22
  20:10 26:8
  50:19 59:17
emailed
  11:8,10
employ
  37:23
employed
  37:3,10,25
  38:24 39:7

46:16 50:2
58:11
employee
  27:21
employs
  39:8
encountered
  39:4 64:25
end
  11:12 38:22
  43:17 44:2,
  12 62:8
engagement
  65:20
English
  23:21
entail
  16:21 30:10,
  21
entails
  53:19
entitled
  54:12
entry
  13:14
environmental
  15:22,24,25
  23:18 29:3
EPA
  40:7 41:9
  43:22 44:3
  45:6
EPAS
  44:22
epidemiologic
al
  31:2 49:2,5
  56:17 57:14,
  21 58:9
epidemiologic
ally
  31:5
epidemiologis
t
  28:25

Joshua Schaeffer, Ph.D.
March 22, 2023

epidemiologists
   29:6,10,17
   30:1,9,19,22
epidemiology
   29:4,7,14,23
   31:10,16,19
   58:17 68:7,
   22
ESQUIRE
   2:7,13,18,19
estimate
   22:9 27:8,
   12,16,18
   36:12 40:5
   56:5,20
   58:19 64:21
   67:4,14
estimated
   41:5,13,24,
   25
estimating
   18:6 57:16
   67:8
et
   53:20
et al
   54:11 56:6
   57:1
etiology
   32:14 33:18
evaluate
   14:12 40:19
event
   67:15
events
   36:21
everybody
   4:22 7:15
exact
   58:15
exactly
   12:18
EXAMINATION
   3:2,4 5:17
   69:17

examined
   5:15
exceed
   40:7
excess
   45:23
exchange
   69:21
excuse
   10:5 15:1
   17:23 28:20
   48:5 67:16
exhibit
   6:18 7:23
   8:23,24 9:10
   12:8,9
   25:12,14
   51:4,6
exhibited
   7:20
exhibits
   3:8 6:22
   9:20 51:22
expand
   63:6
expanded
   14:22
experience
   15:9 29:21
   30:6 61:23
   66:9
expert
   3:12 12:9,
   14,20 17:25
   18:5 19:7,8
   23:3 24:5
   26:17,20
   27:2 40:15,
   19 41:23
   42:7,22 43:2
   48:14,15,20,
   21 52:19,22
   53:1 61:23
   70:14
experts
   28:5

explain
   30:15 37:23
   47:8 70:16
explained
   19:7 23:20
   31:9 42:19
   72:4
exposure
   17:10 18:23
   19:4,7,10,
   14,18,24
   21:1,14
   35:13 36:1,
   8,9,10,12,
   13,14,15,17,
   18,21,22
   37:4,11,13,
   16,24 38:1,
   18,21 39:3
   41:12,13
   42:18 43:3,
   14 45:18,24
   46:1,17,24
   47:11 48:22
   49:12,15
   53:16,18,20,
   25 55:21,22
   56:3,4,5,8,
   20,21,23
   57:6,16
   58:19 64:21,
   22,24 65:8
   66:19,24
   67:1,2,10
   68:16,18
   69:1,4
exposures
   14:12,20,23
   15:17 18:5,
   6,10 21:19,
   21 23:8,18,
   19 29:5
   32:13,17
   57:10 68:10
expressed
   72:10
extensive
   49:1

extent
   22:24 26:14
   30:8 33:22
   61:16 72:5

_____

F

face
   55:11
facilities
   21:9
facility
   21:14,16
fact
   11:10
factor
   47:4 67:11
factors
   69:1
faculty
   15:3,4,18
fair
   6:11,16
   13:24 17:19
   35:24 43:7
   55:4 56:23
   71:7,24
   72:14
fall
   17:12
familiar
   6:1 9:17
   54:13,15
   57:5 58:16
far
   8:5 13:11
   49:3
features
   6:20
February
   10:4
feel
   10:9 28:9
   44:9
field
   15:25

Joshua Schaeffer, Ph.D.
March 22, 2023

| | | | |
|---|---|---|---|
| **filed** 4:14 | **folks** 32:6 | **found** 33:6 | **giving** 42:14 |
| **filter** 12:3 | **follow** 28:14 50:10 | **fraction** 22:9 | **glad** 54:5 |
| **find** 45:20 | **follow-up** 54:4 61:7,9 69:15 | **Francisco** 4:16 | **glyphosate** 16:11,14 31:22,23 32:5,8,10,21 36:15 38:8 40:8 45:8,21 46:17 48:17 49:6,12 54:12 |
| **findings** 33:4 | **following** 35:23 36:6 | **free** 10:9 28:9 44:10 | |
| **fine** 7:11,16 12:17 33:20 35:11 37:21 43:9 44:18 50:10 58:3, 21 | **follows** 5:16 | **frequent** 19:24 | |
| | **follows-ups** 66:12 | **frequently** 19:15 | **goes** 36:3 |
| | **forensic** 16:22 | **front** 6:20 34:3 54:9 67:6 | **going** 6:15 7:14, 19,20 8:4,23 9:4,5 12:17, 21 25:17 30:4 32:15 34:25 35:1 37:24 39:17 43:7 46:6 47:10,14 48:13 51:14 63:24 |
| **firm** 11:8 26:12 27:3 28:4 65:21 | **form** 14:9 16:12 18:3,11,25 19:13 21:7 22:4,12,19 23:25 26:14 29:1 31:17, 24 32:24 37:5,12 38:9 40:17 41:1, 21 42:5,24 45:1,9 46:19 48:18 49:9 54:23 55:24 56:13 57:17 58:22 62:13 63:9 64:12, 18 67:23 70:21 | **funded** 66:3,5 | |
| **firms** 21:8,9 | | **future** 67:21 70:1, 18 71:1 | |
| **first** 5:15 11:9 12:15,25 13:6,25 40:12 51:3 59:4,10 | | | |
| **five** 46:4 | | **G** | **gold** 68:9,12 |
| **floor** 66:10 | | **gathered** 36:4 | **good** 4:5,22 5:19, 21 35:18,21 44:16,19 |
| **Florida** 2:5 4:2,3 | | **gave** 8:6 | |
| **flow** 20:1 | | **gears** 25:11 | **graduate** 16:3,5 |
| **focus** 14:17 23:13 32:18 | **formed** 48:14 64:9 65:2 | **general** 14:6,11 18:22 40:16 49:7,8 60:20 | **great** 7:17 11:5 |
| **focused** 14:16,20 15:16 16:14 21:19 22:3, 6,10 23:12 40:1 65:14 | **forming** 54:21 60:20 | **GEORGIA** 2:11 | **greater** 39:3 64:25 |
| | **Fort** 60:1 | **getting** 43:9 54:15 | **gritty** 54:20 |
| | **forth** 62:12 | **give** 5:10 11:13 12:23 14:8 17:20 25:12 30:24 34:20, 23 50:9 59:17 | **ground** 5:25 62:16 |
| **focusing** 10:6 24:22 60:21 | **forward** 20:14 | | **guess** 5:21 8:19 17:17 18:22 30:12 34:19 |
| | **forwarding** 20:9 | **given** 16:13 | |

Joshua Schaeffer, Ph.D.
March 22, 2023

37:17,18
38:22 39:13
58:5 70:18
**guest**
16:3,4
**Gunion**
4:2,17
**guys**
60:8 62:2

---

## H

**half**
12:15,24
**hall**
59:23
**hand**
5:7
**handle**
6:19
**happening**
18:13 32:15
68:24
**happy**
28:10 34:10
50:12
**hard**
10:15,21
18:14,20
19:20 36:20
57:23
**Hardware**
4:13
**hat**
23:22 30:16
**hats**
18:15,20
19:23 20:18
**hazards**
14:13
**he'll**
7:3 72:17,20
**health**
13:16,21
15:5,6,14,
15,17,22,24,
25 16:2

19:21 20:19,
20,22 21:3,
13 22:2,3,25
23:1,4,7,12,
22 24:4,8,
11,12,18,25
25:5 27:22
29:3 43:24
44:8,21
54:13 68:4
**hear**
30:19 49:18
60:24
**heard**
30:17 49:20
**hearing**
49:19
**held**
46:8 63:25
**help**
23:2 51:1
72:3
**helped**
21:10
**helpful**
11:19 28:11
34:17 51:2
53:8 54:3,18
**helps**
49:19 50:24
**hesitate**
48:8
**highlight**
55:8
**hold**
64:20 70:8
**Hollingsworth**
2:15 4:25
5:3 24:21
25:3 26:12
27:3,5 28:4
65:21
**Home**
2:8 4:12 5:6
**hope**
6:4,20

**hotel**
59:22,24
**hour**
26:3 44:17
**hourly**
26:2,5,6
**hours**
6:5 11:1
27:9,13,15,
19 53:10
**house**
47:19,20
**housekeeping**
5:22 7:12
40:12
**human**
17:4 18:1
19:9 21:15
**hygiene**
14:5,6,11,21
16:4 17:15
23:6 38:4
49:22 68:6
**hygienist**
14:2 29:2
68:20

---

## I

**identificatio
n**
7:24 9:11
12:10 25:15
51:8
**implying**
30:2
**important**
41:14 43:12
**improper**
65:11
**inaccurate**
64:17
**inbox**
20:3
**Incidence**
54:12

**include**
14:22 43:14
46:22 47:6
**included**
20:11 49:24
50:3
**includes**
45:14
**including**
52:23
**Incorporated**
4:12
**incorrectly**
58:11
**incurred**
41:6
**independently**
27:25 28:2
**indicates**
40:6
**individual**
21:15
**individual's**
58:19
**individuals**
28:3 56:7
**indoor**
21:20
**industrial**
14:2,4,6,11,
15,16,21
16:4 17:14
23:6 29:2
38:4 49:21
68:6,20
**inform**
65:16
**information**
11:25 27:20
36:4 39:11
59:17 64:20
65:7,15
68:17 69:3
**inhalation**
32:16 46:18,
21

Joshua Schaeffer, Ph.D.
March 22, 2023

injury
  32:14,18
  33:14,19,21
input
  39:8,12
institutions
  23:23
instruct
  26:17
intend
  40:15 62:22
intensity
  68:15,16
intentionally
  33:23
interest
  9:21
Interesting
  33:13
interpreting
  17:1
intro
  15:23 16:2
introduce
  5:2
Introduction
  17:11
invoice
  3:14 25:14,
  20,24 27:14
invoices
  26:8,12
  27:2,19
involved
  17:4
involves
  25:4
involving
  24:19 25:1,7
  52:9
item
  5:22 16:17
  51:17 52:4
  54:11
itemized
  21:4

items
  10:9 52:20

J

Jackson
  4:12
January
  52:23
job
  16:21,22
  18:12,16
  19:20,22
jobs
  23:17
join
  7:14
Joshua
  3:2,12,15
  4:9 5:14 9:8
  12:9 51:6,11

K

Kerschner
  11:16
key
  6:1
kidney
  32:13 33:14,
  18,24
killers
  47:17
kind
  23:20 27:16
  36:3 47:15
  55:10 61:11
  72:3
KLI
  4:12
know
  6:2,7,14
  8:11 9:1,21
  10:12 12:16
  13:2,10 14:7
  16:8,17,25
  20:10 21:12

22:5,6
23:16,20
26:18 27:15
28:13 29:4,
13 30:6,11
31:5,6 32:2,
5 33:15,20,
21 34:9,17
35:6 37:17,
18 39:5,19,
24 40:2
41:8,9,15
42:14 43:8,
13,20,22
44:7 45:17
46:23 47:3,
17,18,23,25
49:1 50:6,17
52:7 53:15,
22 54:8
55:1,9 56:23
58:8,15
59:19 60:18
61:15 62:3,
4,6,11 63:2
64:20,23
65:5 66:9,25
67:3,4 69:2
71:2,4,23
72:11
knowledge
  9:14 26:11
  27:3 31:21
  43:25 44:11
  54:19 56:6
  59:10 66:2,4

L

lab
  16:23
laboratory
  16:18,19
Large
  4:4
larger
  59:21

latitude
  14:19
lawn
  47:21,22
lawyer
  8:19 18:20
lawyers
  35:21
lecture
  16:11
lectures
  15:16 16:3,
  13
lecturing
  16:4
Legal
  4:17,19
length
  49:4
lengthy
  60:19 70:15
LETTER
  3:5
level
  16:5,6
  31:13,14
  44:4,5,6
  45:11,12,17,
  25
lifetime
  38:7
limit
  6:3
limitation
  39:13 71:9
limitations
  36:18,19,24
  38:18,19,21,
  23 39:1,5,6,
  7,15 53:18,
  25 67:2
  70:24 71:4,8
  72:9
limited
  6:5 53:9
line
  10:9 16:17

Joshua Schaeffer, Ph.D.
March 22, 2023

list
  3:10,15 7:23
  8:5 21:4
  32:4 49:2
  50:17 51:7,
  11 54:11
  60:19
listed
  14:1
literature
  38:7 47:10
  48:23,25
  49:3,6,11
litigation
  24:4,9,13,
  19,25 25:3,6
  65:19,22,23,
  25
little
  14:18 16:8
  22:22 25:11,
  19 28:17
  30:6 32:19
  35:3 43:15
  47:2 62:12
  68:17 69:25
live
  47:19
LLC
  4:13 5:4
  20:23 21:5
LLP
  2:9,15 5:1
local
  35:6
locate
  50:12
logic
  28:14
long
  7:6 12:19
  48:7 53:20
  61:25
longer
  69:9
longitudinal
  56:18

look
  13:6 14:20
  17:20 20:6
  30:25 53:6,
  21 54:2
  55:20 59:13
  65:5,8 71:20
  72:2
looked
  32:19,20
  36:11 52:18
  56:18 60:15
  61:8
looking
  14:11 16:1,4
  17:7 18:5
  28:15 32:12,
  14,16 34:10
  36:10,13,17,
  24 39:8,22
  45:16 55:20
  67:7 68:10
  69:2
looks
  8:15 17:12,
  17 25:19,24
  50:22 52:4
lost
  46:3
lot
  18:15 23:15
  31:4 32:18
  48:1 49:2,3
  68:12
Lumber
  4:13
lunch
  6:4
lymphoma
  40:16

_____

                M

_____

Machado-neto
  67:7
made
  37:23 62:13

main
  15:17,19
major
  13:23
majority
  17:6 31:1
make
  11:10,25
  19:1 21:16
  29:15 30:11
  37:19
makes
  7:15
Manning
  2:9 5:5
March
  4:6
marked
  7:20,23 9:11
  12:10 25:15
  51:7
Martin
  2:9 5:6
Master's
  31:13
material
  63:16
materially
  47:11
materials
  3:15 32:3
  49:1 50:17
  51:7,11 53:3
  54:10,24
  60:19 61:2,5
math
  35:22
matter
  4:10 14:7
  24:25 25:6
  40:16 49:7,8
  70:14,22
matters
  24:19
maximum
  59:21 67:14

MCL
  51:17 54:10
MDL
  8:15,18
mean
  13:5,12,20
  14:15 17:20
  18:14 19:3
  22:1,5 23:15
  27:14 29:10
  33:1,15,16
  37:17 45:14
  46:21 48:19,
  21 53:6,7
  54:24 56:14
  57:2 60:12,
  14 61:1
  62:25
meaning
  26:12 57:13
  63:12
means
  59:7
meant
  22:15 26:24
meantime
  12:7
meet
  61:13,25
memory
  23:16 27:17
  53:15 54:17
  59:12 61:10
  62:5
mentioned
  20:18 34:21
  44:21
messed
  28:22
met
  62:6,7
method
  67:5,8 68:25
methodologica
l
  56:24 58:18
  68:5

Joshua Schaeffer, Ph.D.
March 22, 2023

methodologies
  58:10 72:9
methodology
  34:4,5,18
  35:11,17,19,
  24 36:2,17
  41:11 53:5,
  7,12 70:2,7,
  18 71:17
  72:7
methods
  15:25 65:3
metric
  36:9,15
  38:7,16
  55:17 57:16
  58:13
MIAMI
  2:5
middle
  6:8
mind
  20:9 50:13
  67:22
minimum
  43:14 52:17
minutes
  4:7 11:19
  46:4,5 63:19
  69:22
mischaracteri
zed
  33:23
model
  36:5,6,25
  37:1,2,10,23
  38:1,3,23,25
  39:2,3,7,8
  46:16 49:16,
  24 50:2,3
  56:3,5,7,10
  64:24 65:16
modeling
  18:6
models
  38:1

moment
  9:19 12:23
  25:13 59:3
  61:11
moments
  30:15 31:10
monitor
  4:7
Monsanto
  2:14 4:11
  5:1 7:15 8:9
  24:13,14,15,
  16,19,21
  25:1,4,7
  51:12,19
  52:5,9 59:11
  61:13 65:22,
  24 66:1,3,6
Monsanto's
  10:12 11:2
  12:20
Morris
  2:9 5:5
move
  8:23 43:7,19
  50:16
moved
  35:4
moving
  12:7
multi-day
  17:23,24
Murder
  61:22
Murner
  2:18 3:4
  4:25 6:25
  11:7,22 14:9
  16:12 18:3,
  11,25 19:13
  20:1 21:7
  22:4,12,14,
  19 23:25
  26:14 29:1
  31:17,24
  32:24 33:22
  35:5 37:5,12

38:9 40:17
41:1,21
42:5,12,24
44:15 45:1,9
46:19 48:18
49:9 54:23
55:24 56:13
57:7,17,22
58:4,22 59:6
60:2 61:15
63:9 64:12,
18 65:12
66:15,17
67:24 69:13,
19 70:19,21
72:17,20,23

---

## N

name
  22:1,16,25
Nancy
  4:10,24 9:7
  26:25 27:9,
  14,24 28:6
  30:5 34:6
  50:20 51:22
  53:4 59:11
nature
  33:14,21
  68:2
NE
  2:10
necessarily
  62:15 65:22
need
  10:10 21:4
  43:16 62:15
  63:19,20
newer
  63:16
NHL
  40:5,14,19
  41:4 43:2
night
  62:6

nitty
  54:20
non-hodgkin's
  40:16
nonresponsive
  43:8
Northern
  4:15
Notary
  4:3
note
  6:25
notice
  3:11 8:25
  9:7,10,15,25
  20:3
NSRL
  40:8 41:9
  43:22 44:4
  45:19,22
number
  4:14 17:18
  26:7 27:8,13
  32:4 51:17
  54:11 69:5
NW
  2:16

---

## O

OATH
  3:6
object
  26:14 48:18
  61:15,16
  67:23
objection
  7:14 10:25
  14:9 16:12
  18:3,11,25
  19:13 21:7
  22:4,12,13,
  19 29:1
  31:17,24
  32:24 33:22
  37:5,12 38:9
  39:20 40:17

Joshua Schaeffer, Ph.D.
March 22, 2023

41:1,21
42:5,24
45:1,9 46:19
49:9 54:23
55:24 56:13
57:7,17,22
58:4,22 59:6
63:9 64:12,
18 65:12
70:21
objections
62:13
objective
20:25 21:1
observable
44:4 45:11,
17
obviously
41:16 56:25
60:17,18
70:13
occupancy
59:21
occupational
13:21 15:6
16:1 19:21
20:19,20,22
21:3,13,25
22:2,3,7,10,
15,18,20,24,
25 23:1,4,7,
11,17,22
24:3,8,11,
12,18,25
25:5 27:22
occupationall
y
21:17
occur
45:12
offer
21:18,22
40:15 41:17
42:3,10,22
62:22 67:21
offering
23:12 41:19

offers
14:2 24:4
office's
12:3
official
31:18
okay
5:20 7:15
9:24 10:11,
19,25 13:12
14:10 19:25
22:16 24:7
25:10 27:8,
21 30:21
35:8,13,15,
20 39:17,18
40:1 43:7
44:7,14
46:14 47:23
48:8 50:1
55:5,14
59:2,20
63:18,19
64:16 65:2
66:7
once
5:24 8:12
oncological
41:17
oncologist
28:20,23,24
one
2:4 6:8,13,
25 7:8,12,20
8:20 9:16
12:23 17:22
23:4 25:13
26:10 30:5
31:18 32:20
33:6,7,8
44:9 45:4,5,
23 47:23
48:4,5,16
49:24 50:3
52:8,23
56:25 58:14
62:6,10 64:9
67:12 70:20

ones
6:1
operate
28:16
opinion
37:2,10
40:5,14,24,
25 41:18,19,
23 42:3,10,
22 43:2
44:24 48:20,
21 55:2 63:2
64:9 65:2
69:6,7,9,11
opinions
28:8 41:3
43:13,17
48:12,14
54:21 60:20
62:15,18,22,
23 63:1,6,
13,16 64:8
68:2 70:9,
12,23 71:4,
22 72:3
opportunity
17:15 30:5
62:10
opposed
8:7 22:10
23:14,22
24:9 36:12
37:24 38:1
Oral
9:7
order
51:14
organization
14:2 49:23
Orlando
4:13
Orseck
2:3 4:23
outcomes
68:10
outside
65:23,25

overview
14:8
overzealous
12:3

_____

P

P.A.
2:3
p.m
64:2
p.m.
4:7 46:9,10,
11 63:23
64:1,3 72:25
Pablo
2:7 4:23
7:13
pack
57:5,8,15,20
58:12,13,19
packet
3:12 12:9,20
page
3:9 12:15,25
13:6,10
22:21 28:13
34:10,13,19
35:7,13
39:22,23
44:10 52:3
pages
12:19 13:3
51:25
parallel
58:12
paraphrasing
69:24
part
9:2,3,15
15:5 17:3
18:9,16,24
19:12,15,20,
21 24:11
25:18 27:7
29:7,12
31:6,11,15

Joshua Schaeffer, Ph.D.
March 22, 2023

33:6 34:5,17
36:5,16
37:13 69:9

**partial**
12:12

**particular**
33:18

**parties**
17:2

**partners**
21:2,4,5

**pass**
66:10

**past**
8:5 12:3,22
65:19 66:9

**PDF**
12:18 34:19

**PEACHTREE**
2:10

**pending**
6:9

**people**
59:21

**percent**
67:11

**percentage**
22:10 23:11
24:7

**permeability**
67:12

**permission**
7:3

**person**
62:2

**personally**
48:16

**perspective**
68:6,11

**pesticide**
68:25

**Ph.d.**
3:2 5:14 9:8
31:14,15
51:18 52:5

**phone**
61:13 62:2

**phrased**
58:3

**piggyback**
40:11

**pilot**
33:6

**place**
14:13,20
21:17 23:7,
13 69:3

**plain**
23:21

**plaintiff**
2:2 4:10,24
9:6

**plaintiff's**
40:6,7

**plans**
63:12

**play**
61:17 69:1

**please**
4:20 6:9,14
9:20 34:4
72:24

**pleasure**
20:16

**Podhurst**
2:3 4:23

**point**
11:2 12:20
20:4 26:23
46:14 52:14
62:3

**points**
44:2,12

**population**
32:13 33:10,
11,19

**Porter**
11:8

**position**
13:14 15:18,
19

**positioning**
47:14

**possible**
48:10

**potential**
32:17 45:18
62:11

**potentially**
72:5

**practitioner**
29:3

**precise**
47:2

**preface**
30:14 48:9
62:9

**prefer**
34:11

**preparation**
60:24 61:4,
12

**prepare**
60:10,12

**present**
2:20 13:14

**presentations**
30:24

**presented**
70:11

**presenting**
33:19

**presently**
41:19 62:22
63:12 70:2,
8,17 71:8

**pretty**
5:21 68:9

**previously**
16:9 53:17

**principles**
16:1

**Prior**
3:10 7:23

**privilege**
61:18

**probably**
6:1 39:4
63:20 66:9

**problem**
55:13

**process**
35:9,11 36:4

**produce**
10:8 32:7

**product**
47:12,24
48:6 68:25

**production**
10:7

**professional**
4:2 13:8,18,
25 15:9
17:9,13 31:7
49:22

**professor**
13:15 14:24
16:7,9

**program**
15:23 16:3

**programs**
30:23

**PROJAS@
PODHURST.COM**
2:6

**project**
21:12

**prompted**
34:25 35:1
70:6

**pronouncing**
8:8

**proper**
65:4

**propose**
11:20

**prospective**
56:19 68:8

**protected**
61:18

**provide**
11:25 20:25
27:12 39:2
40:4,14,18
41:23 42:6
43:1 48:20,

Joshua Schaeffer, Ph.D.
March 22, 2023

21 53:24
68:17 71:2
**provided**
8:5 10:18,23
11:24 12:19
17:14 27:5,6
39:10,11
62:24 65:6,
15 66:20
67:4 70:15,
23
**provides**
22:2 68:15
69:3
**providing**
17:1 41:4
**pry**
61:25
**PTE**
68:24
**public**
4:3 13:16
15:4,14,15,
22,24
**publication**
33:7,9
**publications**
13:8 32:5,8
**published**
33:3
**pull**
34:10,12
54:17
**pulling**
34:7
**purpose**
4:8
**purposes**
54:21
**put**
12:2 23:21
25:12 28:10
37:22 50:24
51:3 59:16
68:12

**Q**

**qualified**
42:3,10,22
**quality**
21:20
**question**
5:22 6:10,15
8:20 10:14
18:19,22
19:2,11 25:4
26:15,22
27:11 28:21
30:2,12
31:25 32:9
37:8,20
42:9,13,20
43:18,25
47:3 48:9,
10,13 54:6
60:17 61:21
62:20,21
70:3 71:1
72:12
**questioning**
70:6,18
**questions**
6:8,9,13
9:23 20:7
40:12 42:16
43:9 54:4
62:9,14
63:20 64:8
66:8,11
67:20 69:6,
20 70:1,25
72:15
**quick**
6:18 46:14
**quickly**
6:3 8:23
54:2

**R**

**Raise**

5:7
**rate**
26:2,5,6
**reach**
48:15
**reached**
32:23 43:16
**read**
3:5 10:10
35:22 40:2
43:21 47:9
52:20 55:8
71:9,19,20,
24 72:4,16,
20
**reading**
55:7 59:20
60:22 67:13
**realize**
46:2
**reason**
64:16 65:10
**reasons**
16:24
**rebuttal**
71:22 72:6
**recall**
19:18 59:4
66:25 67:4,
13 70:3 72:8
**received**
17:18 20:5
26:7 31:10
50:18
**recent**
26:12 52:23
**recess**
46:9 64:1
**recognize**
14:12
**recognized**
36:25 38:3
68:11
**recollection**
10:1 54:5
56:9

**recommendations**
21:22
**reconstruct**
56:20 64:21
65:8
**reconstruction**
35:14 36:1
**record**
4:6,21 6:21
7:1 11:13,19
40:2 43:21
46:6,8,12
55:7 59:16
63:24,25
64:4
**redaction**
25:19
**REDIRECT**
3:4 69:17
**Reecer**
2:19 5:3
20:6 26:8
60:6,7
**refer**
7:10 28:9
34:7,9,18
41:8 44:10,
13
**reference**
7:3 8:12
17:9 39:21
43:22 44:3
**references**
43:23 44:3
**referred**
44:1 49:17
**referring**
28:12 38:20
39:18 40:3
**refers**
41:10
**reflect**
26:2 35:19
**reflected**
35:17 55:2

Joshua Schaeffer, Ph.D.
March 22, 2023

61:2,3 63:16
**reflecting**
  27:15
**reflects**
  69:11
**refresh**
  10:1 54:5
**regarding**
  65:3 68:18
**regroup**
  6:22
**regularly**
  18:23 19:11
**regulatory**
  40:20 41:6,
  10,14,25
  43:4,5,20,23
  44:1,8,20,24
  45:18 48:23
  67:19
**related**
  50:24 65:19
**relates**
  26:15
**relation**
  26:24 59:11
**reliability**
  58:18
**reliable**
  37:3,9 44:25
  45:7,20
**relied**
  53:16 56:17
  58:10 67:1
**relinquish**
  9:18
**rely**
  54:19,21
**relying**
  28:13
**remember**
  18:21 53:14
  54:1 66:21
  67:1,9 69:21
**remote**
  4:8

**render**
  56:11
**reopen**
  11:5
**repeat**
  27:11 28:21
  31:25 71:12
**report**
  3:12 7:3
  10:13 12:9,
  15,20,22
  14:7 28:10,
  13 34:3,7,8
  35:17,22,25
  39:21 40:4,
  13,23 41:3,
  4,5,10,24
  43:2,23
  44:9,10,13
  49:4 50:8
  52:18,19
  53:8,21,22
  54:2,6 55:2,
  4 60:13,15,
  22 61:3,6
  62:18,24
  63:4,7,13,17
  65:5 67:1,3,
  6,13 69:7,9,
  10,11 70:15
  71:10,19,20
**reported**
  43:3 64:10
**reporter**
  3:7 4:2,17
  5:7 72:19
**reports**
  52:22 53:1
**represent**
  4:23 8:4 9:4
  10:7 12:17
  15:12 26:8
  32:3
**representing**
  5:1,4,6
  13:20,22
  15:5 19:23
  29:20 32:11

**request**
  10:6,8,18
  27:7 59:16
**requests**
  10:16 11:4
**research**
  30:23 31:1,
  2,23 32:7,
  10,11,22
  33:4,17
  66:3,4
**reserve**
  11:5
**resource**
  38:5 50:6
**resources**
  49:23,25
  50:3
**respect**
  11:16
**respected**
  36:25 38:5
**respective**
  17:2
**response**
  42:15
**responsive**
  10:16 11:4,9
  20:2
**results**
  17:1 21:23
**retained**
  25:2 59:5,10
  70:14
**retread**
  62:16
**review**
  48:25 52:17
  53:3 60:15
**reviewed**
  38:13 49:11
  50:19,21,22
  52:12,14
  53:1 54:25
  55:1 60:12,
  13,23 61:5,6

**reviewing**
  63:15 72:18
**RFB**
  41:9
**RFD**
  40:7 43:22
  44:22 45:6,
  10,11
**right**
  5:7,25 7:4,5
  9:5 11:5
  12:7 13:10
  14:19 17:22
  20:14 24:10,
  22 31:11
  36:7 39:14
  40:25 41:8
  46:18 47:2
  50:16 53:9
  55:12,17
  56:2,4 57:13
  58:23 59:19
  60:3 62:8
  63:15,17
  71:3
**rigorously**
  18:19
**risk**
  44:5,6,25
  45:7,22,24,
  25
**risks**
  44:2,11
  45:21
**ROAD**
  2:10
**Rojas**
  2:7 3:3,5
  4:22,23 5:18
  6:25 7:5,16,
  18 8:1 9:12
  10:25 11:7,
  12 12:2,6,11
  14:14 16:16
  18:8,17
  19:5,16
  20:1,5,12,
  14,16,17

Joshua Schaeffer, Ph.D.
March 22, 2023

21:11,24
22:8,13,16,
17,23 24:2
25:16 26:21
29:8 31:20
32:1 33:2
34:1 35:6,10
37:7,15
38:11 40:22
41:17 42:2,8,
14,17 43:6
44:18,23
45:3,13
46:2,13 47:1
48:24 49:14
51:9 55:3
56:1,22
57:12,19
58:1,7 59:1,
8,9 61:20
63:11 64:5,
15 65:1,17
66:18 67:23
68:3 69:5,
15,18 71:6
72:14,21
**role**
69:2
**Roman**
2:21 4:18
**room**
59:20 60:3
**roughly**
59:4
**Roundup**
8:15,20,22
47:16,24
48:17 50:23
64:11,17
65:4,11
**route**
37:1,25
**rules**
5:25

---

**S**

**S.E.**
2:4
**safe**
21:17
**safety**
15:17 16:1
**sake**
51:21
**Salas**
4:10,24 9:7
26:25 27:10,
14,24 28:6
30:5 34:6
41:5 47:12
49:7 50:20
51:11,22
52:5 53:4
59:11 64:10
65:3,6,11
71:10
**Salas's**
39:3,9 40:20
41:20 42:4,
11,23 46:17
48:17 56:3
67:5,8
**samples**
16:24 17:1,8
**San**
4:16
**satisfy**
10:18
**Savory**
8:8,12
**Sawyer**
52:2,4,8,13,
19 67:4,17
**Sawyer's**
50:19,23
53:5,12
66:19,24
67:14,20
69:20 70:2,
7,17 71:10,

17 72:9
**saying**
30:14 62:10
71:23
**says**
9:6 40:4
**scenario**
68:2
**Schaeffer**
3:2,13 4:9
5:14 7:2 9:8
11:18 12:10
13:20 15:6
19:21 20:19,
20,22 21:3,
13 22:2,24
23:11,22
24:3,8,11,
12,17,24
25:5 26:16,
18 27:21
44:15 66:18
69:19
**Schaeffer's**
3:15 51:6,11
**School**
13:15 15:4,
14,15
**schools**
16:8
**sciences**
16:2
**scientist**
68:20
**scope**
41:15 43:13,
16 48:12,18
57:7,22 58:4
62:13,15,18,
23 63:6 64:8
65:12 69:6
71:21
**screen**
6:19 7:9,19
25:10,17
28:10 34:14
39:17,20

50:25 51:5
59:2
**screwed**
12:4
**scroll**
9:20,22 13:5
51:10
**scrolled**
12:24
**scrolling**
34:21 52:3
**second**
50:9
**seconds**
11:14
**section**
17:10 34:19
35:18,25
36:2
**see**
6:22 8:2
9:1,2,3,6,9
10:5 12:12,
14,25 14:24
16:17 20:7
25:18,22,25
26:3 33:13
34:15 36:24
40:9 41:8
43:9 49:12
50:9 51:12,
19,23 52:5,
9,20 55:18
60:2 71:4,5,
8,9
**seeing**
13:3
**sense**
13:13 15:9
32:3
**sentence**
40:1,3,9
43:21
**separately**
12:16
**services**
21:18 22:1

Joshua Schaeffer, Ph.D.
March 22, 2023

24:4

**sessions**
  17:21

**set**
  45:24

**setting**
  10:19 22:1
  23:13 30:18,
  23 48:14

**settings**
  14:16,17
  19:17 23:14

**several**
  15:16 21:8,9
  38:13 50:23

**share**
  6:19,23 7:9,
  19 9:17
  25:17 34:14
  51:5

**sharing**
  25:10 39:17,
  20 59:2

**show**
  53:7

**showing**
  54:5

**side**
  9:5

**signature**
  39:24

**significant**
  13:17 44:5,6
  45:25

**significantly**
  46:23

**silos**
  23:10

**similar**
  44:22 67:15

**similarities**
  57:4

**simple**
  42:21

**simply**
  71:16

**sir**
  9:2,16 22:18
  25:18 43:12
  66:7

**sit**
  69:11

**sitting**
  19:12 28:15
  53:11 54:8
  62:17,19
  63:5 72:10

**skills**
  35:20

**skin**
  18:2

**Skinperm**
  17:11

**skip**
  12:22

**slightly**
  48:13

**Smeda**
  11:17

**Smeda's**
  12:4

**smoke**
  57:16 58:20

**sole**
  27:21

**sort**
  9:5,18,22
  10:1 12:19,
  22,24 14:8
  15:10 17:18
  19:8 21:17
  24:4 38:15
  39:5 40:11
  60:17 62:10
  63:13 64:7
  65:19

**soundness**
  58:18

**spam**
  12:3

**spans**
  51:25

**speak**
  61:13 62:11

**speaking**
  30:17

**specialties**
  32:7

**specific**
  22:22 30:12
  32:25 49:7
  67:20

**specifically**
  16:14

**specifics**
  54:16

**specifies**
  8:6

**spent**
  24:7 27:13

**spoke**
  62:2

**spot**
  47:12

**sprayer**
  67:10

**Stand**
  46:6

**standard**
  68:9,12

**standpoint**
  56:25

**start**
  5:21 6:18
  7:13 35:18
  45:4

**starts**
  36:2

**state**
  4:3,20 15:3,
  19,21 59:25

**stated**
  53:17

**States**
  4:15

**step-by-step**
  36:3

**stick**
  54:10

**stop**
  25:10 39:17
  59:2

**stopping**
  39:20

**straightforwa
rd**
  42:16

**STREET**
  2:16

**stress**
  32:19

**strike**
  43:7

**structured**
  51:15

**studies**
  31:4,5 33:7
  36:10 38:6,
  10,13,16,17,
  20 57:14,15,
  21 58:9,11
  60:15,23
  61:1,9 68:7,
  13,22

**study**
  32:12 54:11,
  13,14,17,20
  55:16,18
  56:7,11,17
  61:7 67:11
  68:3,4,8,9

**subject**
  58:15

**subjects**
  55:23

**submitted**
  26:11 27:2,
  19 69:7

**subsequent**
  26:13

**subset**
  61:5

**substance**
  18:1

**substances**
  17:5 19:10

Joshua Schaeffer, Ph.D.
March 22, 2023

substantive
  62:1
Sugar
  33:12
suggestions
  21:22
SUITE
  2:4
summary
  34:19
superior
  37:3,6,9,11,
  17
Support
  4:18,19
sure
  11:10,25
  15:22 19:2,6
  21:19 22:21
  25:4 27:12
  28:18 29:15
  30:11,14
  31:18 32:2
  34:25 37:19
  47:23 50:14
  52:17 53:8,
  22 57:23
surprised
  41:17
suspect
  52:18
Suydam
  2:13 5:5
  7:12,17
  20:9,13,15
  69:14
swear
  5:9
switch
  25:10
sworn
  5:8,15

        T

take
  6:2,6,10 9:7

10:9 13:6
17:20 20:6
31:16 32:16
35:2 45:4,5
46:4,18
47:21 63:18
72:17,23
taken
  4:1,9 26:23
  29:23 46:9
  64:1
taking
  3:11 4:8
  9:10
talk
  62:6
talking
  21:25 42:19
  45:2 49:15
Taped
  9:7
targeted
  47:13
taught
  15:13,16,21
teach
  15:23
teaching
  15:20
tedious
  55:6
tell
  13:2 19:3
  34:20 39:22
  49:3
ten
  63:19
term
  14:19 23:5
terms
  22:14 23:4
  33:4 45:16,
  23 56:18
  57:2,9 69:10
terrible
  49:19

testified
  5:16 48:11
testify
  30:4
testifying
  26:16,20
  30:3,16
  59:22
testimony
  3:10 5:9
  7:23 8:5,6,7
  29:18 33:23
  39:9,10
  40:15,19
  41:15 48:12
  50:20,23
  58:15 60:23
  64:14,17,19
  65:7,15
text
  9:6 55:8
thank
  5:20 20:5,7,
  15 51:2
  63:22 64:6
  66:7,12,14
  72:15
thermal
  32:18
thing
  6:7 7:12
  15:10 28:11
  51:3 55:7,10
  59:7 67:12
things
  19:8 60:20
  72:5
think
  6:1,5 7:5
  14:7,18,19
  15:11 17:3
  19:6,7 21:21
  23:5 30:13
  31:9 35:12,
  17,22 36:6,
  17 38:17,19,
  20 39:14
  43:13 44:17

45:6 46:22
48:3,11
51:1,3,13,
15,16 53:11
54:8 56:15
57:2,3 62:16
65:19 66:8
67:6,16
68:11 69:15
70:22
thinking
  23:6,8,18
  39:12 45:22,
  23 47:11
  67:7 68:10,
  24 69:1
thoroughness
  51:21
thought
  30:17
three
  6:5 9:23
  11:1 46:5,6
  52:1 53:10
  60:7
threshold
  41:6 42:1
  43:4,5 44:12
  45:7,18,20
thresholds
  40:21 41:11,
  14 43:20,23
  44:1,8,20,
  24,25 48:23
time
  4:7 6:2,5,13
  10:9 11:6
  16:23 17:6
  19:18 24:7,
  22 25:8 31:3
  38:17 39:16
  44:19 45:4,5
  46:3,5,11
  48:7 49:11
  50:11 53:9
  62:4,6
  63:21,22,23
  64:3 66:7,13

Joshua Schaeffer, Ph.D.
March 22, 2023

67:17,18
72:22,25
timing
44:16
title
50:7
tobacco
57:6,14,16,
21 58:20
today
4:6 5:23 6:6
7:4 10:15,20
11:17 15:2
18:9,24
19:12 26:5
43:15 50:18
53:10,11
54:8 59:22
62:12,17,19
63:5 67:22
69:12 72:11
today's
60:10,21,24
61:4,12
told
8:11 10:12
56:2
tool
50:10
top
12:15,24
25:18 51:10
topic
43:19
total
25:24 27:8,
13,16
toxicity
16:22
toxicologist
28:19 58:16
70:13
toxicology
16:5
track
46:3

training
29:12 31:11
transcript
52:24 71:25
72:3,18,21,
23
transcripts
52:13
transpired
13:19
treatment
47:13
trial
8:7 30:4
41:17 62:11,
23
trick
42:15 43:11,
18 48:10
truth
5:10,11
try
6:3 39:2
41:2 50:12
53:23 60:12
63:3 70:10
trying
15:9 19:1
20:25 21:21
30:13 33:18
36:11 43:11
53:18 56:15,
19 57:3,9
58:8 66:25
67:3
two
4:7 14:25
16:8 52:20
59:21 69:15
type
31:22 48:8
49:2 58:10
types
21:5 22:11
24:9 28:4
typical
21:12 61:23

typically
6:19

_____

U

Um-hm
13:10
unclear
6:14
undergraduate
15:23 16:6
understand
8:16 10:14
15:8,12 17:3
19:2 22:18,
20 23:2 24:3
25:1,3 29:15
32:6 36:20
40:23 41:15
43:13,16
45:14 46:16
53:19 57:24
60:22 69:24
72:5
understandably
69:5
understanding
8:16 10:17,
19,22 11:7,
24 27:6,18
29:4,6,13,
14,22 36:8
41:11 44:5,
25 45:7,10,
20 55:15
57:9 58:9
59:18 60:2
62:17 68:23
71:21
understands
32:15
understood
6:16 15:10
19:10 22:15
24:17 30:14
33:17 34:2

37:2,22
40:23 48:12
undertake
34:5
United
4:14
universities
15:1 16:10
30:9
university
13:22 15:3,
19 19:22
29:12,16,20
30:1,16,17,
18,22 31:4
university's
30:3
unknown
32:14
unreliable
56:11,14
update
63:13
updated
23:5 53:21
67:3,13
USA
4:12

_____

V

vagueness
22:14
Valdes
4:13
variables
39:9,12
varies
18:12,13
various
16:24 21:2
32:8
verbal
14:8
verbiage
71:14

Joshua Schaeffer, Ph.D.
March 22, 2023

**version**
7:7,9
**versus**
4:10 8:8
51:12,18
52:5 59:11
68:18
**video**
4:6 9:7
46:6,12
63:23 64:4
72:21
**videographer**
2:21 4:5,18
46:5,11
63:23 64:3
72:16,25
**videos**
72:24
**Videotaped**
4:1
**view**
37:10 48:16
49:5 56:12
68:5
**views**
58:13,14,17,
20,23
**virtual**
17:11,17
**vulnerable**
32:13 33:10

―――――――――

**W**

**waiting**
55:20 68:16
**waive**
72:16
**walk**
34:4
**wand**
47:14
**want**
6:2,6 13:5
34:12 37:19
41:16,18

48:9 54:19
61:22,25
62:3
**wanted**
61:7
**WASHINGTON**
2:16
**way**
6:14,19 7:21
8:20 16:11
25:6 30:17
34:12 37:18,
22 38:22
47:12,23
48:16 51:15
52:3 54:17
58:3,5,14
64:9 65:10
**wear**
18:15,20
**wearing**
19:23 23:21
30:16
**Wednesday**
4:6
**weed**
47:13,15,17
**week**
18:13
**weight**
68:12
**went**
37:1 64:13,
19 65:6
**William**
50:19 52:2,
4,8,13,19
**Winston**
51:18
**withdraw**
26:22 59:8
61:21
**witness**
3:5 5:12
14:10 16:13
18:4,12
19:1,14 21:8

22:5,20 24:1
27:2 29:2
31:18,25
32:25 33:24
35:8 37:6,13
38:10 40:18
41:2,22 42:6
43:1 44:20
45:2,10
46:20 48:19
49:10 54:24
55:25 56:14
57:8,18,23
58:5,23
61:24 63:10
64:13,19
65:13 66:14
70:14,22
**wonky**
35:3
**word**
14:15 18:19
22:18 35:11
**words**
69:8
**wore**
20:18
**work**
6:23 14:13,
20 15:6
17:3,7 18:9,
24 19:12,15
21:6 23:7,
12,13 24:5,
9,14,15,20,
21 25:1
27:24,25
28:5 29:16,
21 31:10
34:6 65:19,
21 66:2
**worked**
16:23 24:18,
24 25:6,9
27:25 31:2
65:24 66:1
**workers**
33:12

**working**
21:2 23:9
**works**
21:13 35:1
**workshop**
17:14,22
**world**
32:6
**worth**
11:15 43:11
**write**
40:13
**writing**
39:23
**written**
71:10,19
**wrote**
55:15

―――――――――

**Y**

**yard**
48:1
**yeah**
11:22 14:18
17:13 28:22
29:24 33:24
46:21 47:7,
9,17 48:7,23
58:2 60:13,
16 61:1
71:14 72:8,
13
**year**
10:5 13:19
59:14
**year's**
58:13
**years**
29:22 57:5,
8,15,21
58:12,19
**yesterday**
11:11,16

Joshua Schaeffer, Ph.D.
March 22, 2023

|           | Z |
|-----------|---|

**zoom**
  2:1 4:1 6:19
  7:21 9:17
  28:16 55:9
  61:14 62:2