Julie du Pont
(Julie.dupont@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8572
Facsimile: (212) 836-6714

Brian Stekloff
(bstekloff@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M Street, N.W.
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Eric G. Lasker
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-cv-05658-VC |
| | MDL No. 2741 |
| This document relates to: Nancy Salas, v. Monsanto Company Case No. 3:21-cv-06173 | |

## MONSANTO COMPANY'S RULE 26 DESIGNATION AND DISCLOSURE OF SPECIFIC CAUSATION EXPERT TESTIMONY

Defendant Monsanto Company ("Monsanto") submits the following Designation and Disclosure of Expert Testimony, identifying persons who may provide expert testimony pursuant to Rule 702 of the Federal Rules of Evidence and Pretrial Orders 150 and 171. Because their analyses are based on scientific data that is confidential under applicable law and regulation, Monsanto designates the expert reports served contemporaneously with this disclosure as Confidential Material pursuant to the Protective and Confidentiality Order, Pretrial Order No. 30, entered in MDL No. 2741. Monsanto submits its Designations and Disclosure of Expert Testimony subject to the following reservation of rights:

(1) The right to supplement or amend this disclosure based upon any rulings of the Court or any other court decisions that affect the scope of evidence in this trial or in the event Plaintiff alters or amends his witness list;

(2) The right to supplement or amend this disclosure in order to address any new opinions – whether generic or case-specific – by Plaintiff's experts;

(3) The right to elicit and offer testimony, either through direct examination or cross-examination, of all witnesses designated or identified by Plaintiff or Monsanto as an expert or person with specialized knowledge, training, or experience;

(4) The right to call as a witness any expert designated by Plaintiff;

(5) The right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against Monsanto;

(6) The right to withdraw or de-designate the designation of any expert prior to testimony, and positively to aver that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel;

(7) The right to elicit expert testimony at trial from any qualified person which would be of benefit to the jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure;

(8) The right, as allowed by the Federal Rules of Civil Procedure and applicable law, to offer amended and/or supplemental expert opinions based on: (1) receiving additional discovery, including but not limited to updated medical records, fact witness depositions, exhibits introduced at depositions, documents produced, materials produced; (2) expert depositions and/or any supplemental expert disclosures by any party; (3) new literature or scientific studies.

(9) The right to introduce testimony from any third party fact witness with special expertise, knowledge or experience relevant to the issues in this litigation;

By identifying the witnesses below, Monsanto does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. Monsanto reserves the right to call the following experts at trial and provides the expert reports, curriculum vitae, and reference lists for the following experts:

A. **Case-Specific Experts**

1. **Daniel A. Arber, M.D.**
   **University of Chicago**
   **5841 S. Maryland Ave.**
   **S327, MC 3083**
   **Chicago, IL 60637**

   Dr. Arber is providing an expert report; materials considered list; list of prior testimony and CV.

   Date available for deposition: August 19, 2022.

2. **Matthew Matasar, M.D.**
   **Memorial Sloan Kettering Cancer Center**
   **225 Summit Avenue**
   **Montvale, NJ 07645**

Dr. Matasar is providing an expert report; materials considered list; list of prior testimony and CV.

Date available for deposition: August 9, 2022.

3.  **Joshua Schaeffer, Ph.D., M.S., CIH**
    **122A Environmental Health Building**
    **Colorado State University**
    **Fort Collins, CO 80523**

Dr. Schaeffer is providing an expert report; materials considered list; list of prior testimony and CV.

Dates available for deposition: August 16, 2022 and August 19, 2022

4.  **Dr. Reid Smeda, PhD**
    **University of Missouri – CAFNR**
    **2-64 Agriculture Building**
    **Columbia, MO 65211**

Dr. Smeda is providing an expert report; materials considered list; list of prior testimony and CV.

Dates available for deposition: August 17, 18 and 19, 2022

**B.      Treating Physicians**

Out of an abundance of caution, Monsanto also reserves the right to call Nancy Salas's treating physicians as non-retained experts who may offer a mixture of fact and opinion testimony based on their knowledge or experience, including but not limited to:

1.  **Dr. David Jose Sandoval-Sus**
    MD/Hematology/Oncology
    801 N Flamingo Rd
    Pembroke Pines, FL 33028

Dr. Sandoval-Sus is Ms. Salas's treating oncologist. The opinion testimony he will offer, and the basis for that testimony - which is set forth in his deposition testimony and his medical records for Ms. Salas - includes but is not limited to: general information about NHL; Ms. Salas's treatment history; there was nothing unique about Ms. Salas's presentation or testing to differentiate her from other NHL patients; and that Ms. Salas is in complete remission.

2. **Dr. Fernando Madueno**
   Manuel Vargas, MD/Oncology
   603 N Flamingo Road, Suite 151
   Pembroke Pines, FL 33028

Dr. Madueno is Ms. Salas's treating oncologist. The opinion testimony he will offer, and the basis for that testimony - which is set forth in his deposition testimony and his medical records for Ms. Salas - includes but is not limited to: general information about NHL; Ms. Salas's treatment history; there was nothing unique about Ms. Salas's presentation or testing to differentiate her from other NHL patients; and that Ms. Salas is in complete remission.

DATED: July 25, 2022

Respectfully submitted,

/s/ *Julie du Pont*
Julie du Pont
(Julie.dupont@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8572
Facsimile:(212) 836-6714


/s/ *Brian Stekloff*
Brian Stekloff
(bstekloff@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M Street, N.W.
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005


/s/ *Eric Lasker*
Eric G. Lasker
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

Telephone: (202) 898-5800
Facsimile:(202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2022, a true and correct copy of the foregoing Designation and Disclosure of Expert Testimony was served by electronic mail on the following counsel of record:

Robin Greenwald
*RGreenwald@weitzlux.com*
Weitz & Luxenberg
700 Broadway
New York, NY 10003
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

Aimee Wagstaff
*Aimee.wagstaff@andruswagstaff.com*
Andrus Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

David Dickens
*ddickens@millerfirmllc.com*
The Miller Firm LLC
108 Railroad Ave.
Orange, VA 22960
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

Kristina Marie Infante
Pablo Rojas
Steven Craig Marks
*kinfante@podhurst.com*
*projas@podhurst.com*
*smarks@podhurst.com*
Podhurst Orseck, P.A.
One SE 3rd Avenue, Suite 2300
Miami, FL 33131
*Counsel for Plaintiff Nancy Salas*

/s/ Albert Cora

Albert Cora
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York NY 10019

- 1 -