Exhibit 3

# EXPERT REPORT

### Salas

### Vs.

### Monsanto Company

**Prepared by:**
**Joshua W. Schaeffer, PhD, MS, CIH**
**Schaeffer Occupational Health Associates, LLC**

## I. Summary

I am the principal industrial hygienist at Schaeffer Occupational Health Associates, LLC. I have over 20 years of experience in industrial hygiene that integrates a background in biochemistry and toxicology. I am an ABIH Certified Industrial Hygienist®, which requires training, experience and proficiency in anticipating, recognizing, assessing, and controlling hazards to protect the health and safety of people in the workplace and community. I have conducted exposure assessments, as well as recommended interventions and control strategies to improve health outcomes in workers and community members in various environments.

I have been retained to provide expertise on the subject of pesticide exposure, specifically with regard to commercially available products containing N-(phosphonomethyl)glycine (glyphosate). There are allegations that glyphosate is associated with causing Non-Hodgkin's Lymphoma, which is an umbrella term that includes subtypes of cancer present in the lymphatic tissue. Glyphosate was introduced in 1974 as a non-selective herbicide to control the growth of weeds and grasses for agricultural, commercial, and residential purposes. Because glyphosate is highly soluble in water, a range of aqueous products are manufactured, including concentrate or ready-to-use variations. To promote the uptake of glyphosate by the plant, surfactants are added to the liquid formulations.

Given my training and qualifications (see below), I have the experience and expertise to provide consultation and expert opinions on estimates of past exposures to and systemic doses of glyphosate based on assessments of existing data, historical information, and professional judgment. While I will perform a thorough assessment to estimate the dermal exposure and any resulting systemic dose experienced by the plaintiff in this specific case, I will not determine causation of the plaintiff's NHL.

## II. Qualifications

a. **1997-2001.** I hold a Bachelor of Arts from the College of Wooster where my field of study was biochemistry (degree completion: 5/2001). The College of Wooster is nationally recognized for its mentored undergraduate research and senior capstone program (also known as: Independent Study; I.S.). My research was focused on the synthesis of a specific template molecule for the development of a chemical sensor specific for the quantitation of the pesticide: 1,1-bis(4chlorophenyl)-2,2,2-trichloroethane (DDT).

b. **2002-2006.** I served as the laboratory director at Chematox Laboratory, Inc. (Boulder, CO) – a forensic toxicology laboratory. I worked with a wide client base, including community members, businesses, coroners, police departments, and attorneys to provide analytical services and expert consultation with regard to the absorption, distribution, metabolism, and excretion of a variety of substances.

c. **2006-2007.** I accepted a position as a graduate research associate in the Department of Nutrition PhD Program at Case Western Reserve University (Cleveland, OH). During this time, I applied metabolomic and stable isotope techniques to characterize pathways and mechanisms associated with fatty acid oxidation in a murine model of very-long-chain acyl-CoA dehydrogenase deficiency (a rare metabolic disorder in humans). Here, I gained

in-depth knowledge of theory and application of equipment and instrumentation used routinely in the identification, confirmation, and quantification of biological and chemical species. Over the course of this year, I designed studies and experiments in addition to developing and executing analytical strategies to adequately address research questions and objectives.

d. **2007-2008.** I entered a graduate program that allowed me to pursue my interests in toxicology and to study exposure pathways and adverse outcomes of toxicants. I entered the Master of Science in Toxicology Program at Colorado State University and earned my degree. During this time, I acquired in-depth knowledge in the fundamentals of toxicology based on a rigorous curriculum focused on the effects of toxicants on the health of the humans.

e. **2008-2013**. I matriculated into the Industrial Hygiene Ph.D. Program in the Department of Environmental and Radiological Health Sciences at Colorado State University. I was a graduate trainee in the Center for Disease Control and National Institute of Occupational Safety and Health-funded Mountain and Plains Education Research Center. I participated in collaborations across five different occupational health and safety disciplines, including occupational and environmental medicine, to address risks and hazards present in the workplace and communities. As a trainee, I developed the necessary framework for addressing real-world questions in the arena of industrial hygiene and environmental health.

My doctoral training was primarily in the areas of exposure assessment of occupational aerosols. Specifically, I evaluated two different sampling methods (one prescribed by the Occupational Safety and Health Administration) used to collect airborne methylene bisphenyl diisocyanate (MDI). This chemical is highly reactive and is used extensively to manufacture a wide range of polyurethane products (including coatings, adhesives, sealants, and elastomers). Occupational overexposure to MDI can cause a range of respiratory reactions, most notably respiratory sensitization. Once sensitized, individuals may respond with an asthmatic response at relatively low levels of re-exposure. My results demonstrated that both sampling methods underestimated the amount of diisocyanate, even under laboratory conditions (data not published), and that further research is needed to improve the sampling methods that yield accurate results.

In 2010, I accepted a 50% FTE position as an industrial hygienist in the Division of Environmental and Occupational Health Sciences (DEOHS) at National Jewish Health (Denver), a leading respiratory hospital in the United States. In general, I provided industrial hygiene services and served as a resource regarding the measurement and quantification of chemical and biological exposures as part of research grants and consultation with physicians. I helped staff and physicians identify potential exposures from specific sources and processes while assessing the likelihood that those exposures could cause harm to a patient. If needed, I would provide consultation and help patients

determine the best control strategy and personal protective equipment to limit harmful exposures.

I was one of the principal researchers on a study funded by the Bureau of Justice Assistance (a component of the Department of Justice) to investigate biological and chemical exposures in (at the time) illegal indoor marijuana grow operations that first responders and law enforcement could encounter upon entering these environments. We reported high concentrations of airborne fungal spores as compared to background concentrations and recommended respiratory protection to reduce exposures. In addition to this study, I conducted research and assessments in a wide range of other environmental settings, including exposures to beryllium, hazards in the electric power industry, indoor environmental pollutants in patient homes, and diisocyanate exposure in an autobody shop. During this time, I was afforded various opportunities to complement my education and training in exposure and health outcomes.

In 2012, I started Schaeffer Occupational Health Associates (SOHA), LLC to provide consultation services on exposure assessments of occupational and environmental health hazards. Through SOHA, I provide technical expertise, objective assessments, and services that promote health and safety in the workplace and community. Using the paradigm of 'anticipation-recognition-evaluation-control', SOHA aims to address questions and concerns related to exposures to chemical, biological, and physical agents in a wide range of settings, and provide recommendations and solutions that are technically sound and economically feasible. The SOHA framework integrates evidence-based strategies and methodologies for conducting exposure assessments and evaluating occupational and environmental hazards.

f.  **2013-2015.** I accepted a postdoctoral fellowship in the High Plain Intermountain Center for Agricultural Health and Safety (HICAHS) and the Department of Environmental and Radiological Health Sciences at Colorado State University. Here, I conducted multi-disciplinary research in the field of agricultural health and safety. The HICAHS is a CDC/NIOSH-funded agricultural center that is focused on improving the health and safety of workers and communities associated with agriculture, forestry, and fishing industries in the High Plains and Rocky Mountain region, which includes the states of Colorado, Montana, North Dakota, South Dakota, Utah, and Wyoming. My research efforts were focused on characterizing exposure-response patterns of inhalable aerosols (i.e., those of biologic and inorganic origin) among dairy workers and developing effective control strategies, especially with regard to economic and cultural contexts of the industry.

g.  **2015-present.** I transitioned to a research faculty position at Colorado State University. In 2017, I became an American Board of Industrial Hygiene Certified Industrial Hygienist (CIH). As a CIH, I am globally recognized for my education, experience, competence and ethics in industrial hygiene. In 2018, I competed for and accepted a tenure-track faculty position at Colorado State University. With this position, I have integrated teaching responsibilities and service to the university in addition to maintaining my research. I have continued to investigate occupational and environmental exposures and to evaluate

interventions and control strategies to reduce exposure and improve the health of workers and community, especially those vulnerable to adverse outcomes. Recently, I was a lead author on a pilot study published in the International Journal of Environmental Research and Public Health that presented results on airborne exposures among sugarcane workers in Guatemala. In this pilot study, we collected and analyzed air samples for particulate matter, silica, heavy metals, and glyphosate. In this study, we did not detect measurable glyphosate in the air samples.

A copy of my CV is attached as Exhibit A. All of my opinions expressed herein are held to a reasonable degree of scientific certainty. My customary rate for my professional time is $425 an hour for reviewing materials, writing reports, and for depositions or trial testimony. A list of the materials considered is attached as Exhibit B. Finally, my deposition and testimonial history is provided as Exhibit C.

## III. Industrial Hygiene: Fundamentals and Principles

Industrial hygiene is a multidisciplinary profession that is based on the science of protecting and enhancing the health, safety, and environment of people at work and in their communities. To effectively address human exposures to hazards in the environment, industrial hygiene is largely based on core scientific disciplines, including natural sciences (i.e., physics, chemistry, biology) and engineering. Further, industrial hygienists must demonstrate that they can participate in and contribute to interdisciplinary collaborations with practitioners in other fields, including but not limited to toxicology, epidemiology, and biostatistics. Hence, the industrial hygiene discipline (as it is recognized today) is broad and diverse and constantly evolving to anticipate-recognize-evaluate-control realized issues, as well as critical issues emerging on the horizon. Therefore, practitioners must demonstrate in-depth knowledge and technical expertise acquired from extensive education and training when conducting activities across the exposure-health continuum. These activities include characterizing properties and behavior of hazards, determining routes of exposure, measuring (or reconstructing) exposure, estimating dose, determining health effects based on toxicology and physiology, and recommending control strategies (based on data, standards, and exposure limits).

Industrial hygienists will often reconstruct exposures and doses for a variety of reasons, which include risk assessment and health complaints/illnesses. In these situations, exposures have already occurred, which requires estimates to be derived retrospectively. Industrial hygienists use their experience and expertise to systematically evaluate historical information, existing data, relevant determinants to reconstruct exposures and estimate absorption of substances via different routes and pathways. In general, absorption is referred to as the process by which toxicants move across physiological barriers and membranes, which in turn, results in the toxicant entering the blood stream. While this process of exposure reconstruction varies in scope, scale and complexity depending on the scenario, it is germane to modeling exposures to pesticides. The predominant route of exposure to some pesticides is dermal contact and loading that results in absorption, or movement across the skin depending on the chemical and individual exposure scenario.

## IV. Properties of Skin

With a surface area ranging from 1.5 to 2 m², the skin is the largest human organ. The skin provides myriad functions that include thermal, electrolyte, hormonal, metabolic, and immune regulation. Moreover, the skin acts as physiological barrier to the external environment and serves as the first line of defense against exposure to foreign substances, including synthetic and natural chemicals. These foreign substances may be classified as a toxin or a toxicant depending on the source. Briefly, toxins typically refer to those substances that are produced by biological substances and capable of causing adverse effects while toxicants are used to describe toxic substances that are the result of human activities (Klaasen 2001).

Two key components of the skin are: the epidermis and the dermis. The epidermis is avascular and may consist of up to six unique layers (depending on anatomical site): stratum corneum (outermost layer), stratum lucidum, intermediate zone, stratum granulosum, stratum spinosum, and stratum germinativum (Figure 1). The stratum corneum consists of tightly packed keratinized cells (or terminally differentiated corneocytes), which are flat, non-nucleated cells that are biologically inactive. These keratin-containing cells are surrounded by non-polar lipids – namely long-chain ceramides. As a result, these lipids create a hydrophobic barrier.

In general, absorption is referred to as the process by which those substances foreign to the human body, including toxicants, move across physiological barriers and membranes into the systemic circulation (Klaasen 2001). Dermal absorption is the complete transport of chemicals across the stratum corneum and other layers of the skin that are subsequently available for uptake by the capillary network located at the dermal-epidermal junction (Kielhorn 2006). Given the hydrophobic barrier (as described above), the penetration (or entry into a specific layer of skin) of polar compounds is greatly impeded by the lipid matrix. Thus, the permeation (penetration through distinct layers) and ultimately dermal absorption of such compounds is greatly slowed and reduced based on the need for intercellular transport between the keratinized corneocytes. On the other hand, the stratum corneum favors lipophilic compounds and allows for non-polar compounds to pass through its lipid matrix with ease based on transcellular absorption via the corneocytes (Kielhorn 2006).

Schaeffer Occupational Health Associates, LLC
Expert Report
Case Number: MDL No. 3:16-md-02741-VC (Salas)

Despite the integral role of the stratum corneum, the skin is not impenetrable. Even polar compounds will eventually engage in passive transport subject to a number of factors, to include concentration, time, availability, condition of the skin, etc. Such compounds moving through the skin are subject to the principles of passive diffusion. Diffusion across a membrane as described by Fick's laws, suggest that the movement of compounds from a higher concentration to a lower concentration occurs at a given rate, such that the rate of transfer in mass/cm²/time (or flux) is



Figure 1. A cross section of the human skin demonstrating the different layers at a macroscopic (a) and cellular (b) level that a toxicant must penetrate to enter systemic circulation (Kielhorne 2006).

proportional to the change in concentration over time. For calculating dose in dermal absorption studies, the steady state flux can offer a more precise illustration of the movement of a compound through the stratum corneum over a period of time; however, percent absorbed offers a simpler method for calculation of systemic availability. Percent absorbed can also correct overestimations resulting from binding within stratum corneum reflected in the determined permeability constant ($K_p$). This, of course, assumes that compounds are indeed involved in passive transport and do not bind within the stratum corneum, which can result in a reservoir effect where the release of a substance into the systemic circulation may be delayed (if absorption even occurs). This effect has been well documented for lipophilic compounds. Passage of dermal exposures through the layers of skin that result in systemic doses, therefore, can be measured by utilizing flux.

Based on the structure of the skin, the dermal penetration and absorption of toxicants (i.e., human-made substances or by-products) is a highly orchestrated event and complex process. When conducting a dermal exposure assessment, factors that can influence the potential for penetration must be considered. These factors include vapor pressure, molecular weight/size, and solubility of the substance, as well as condition of the skin, use of personal protective equipment (or covered vs. uncovered skin), and environmental conditions (e.g., humidity and temperature). Solubility can be described using the octanol/water partition coefficient, which is often used to predict dermal absorption of a substance. This coefficient (log$P_{ow}$, $K_{ow}$) represents the ratio of the concentration of the solute (or chemical) in octanol as compared to the concentration observed in water, which is ultimately a measure of its solubility in terms of hydrophilicity or hydrophobicity. This measurement is important when considering toxicokinetics and reconstructing exposure. For example, those values of $K_{ow}$ that are between 1 and 3 denote high potential whereas negative values suggest low potential for dermal absorption based on the solubility of the substance.

Hereinafter, the aforementioned factors will be described and evaluated in the context of exposure to glyphosate (a commonly used herbicide) based on scientific literature, including peer-reviewed journal articles and reports from guideline studies. Subsequently, this report will present estimates of past exposures to and systemic doses of glyphosate based on assessments of existing data, historical information, and professional judgment as they relate to this case.

## V. Background on *N*-(phosphono-methyl) glycine (glyphosate)

*N*-(phosphono-methyl) glycine (commonly referred to as glyphosate) is one of the most commonly used herbicides by both professional applicators and consumers on a global scale (Andreotti 2017; Crump 2019; Solomon 2019). First registered for use in 1974 by the US EPA, glyphosate has been used to control the growth of weeds and grasses for agricultural, commercial, and residential purposes. Glyphosate acts as a potent and specific inhibitor of the 5-enolpyruvylshikimate 3-phosphate synthase (EPSPS) – an enzme in the shikimate pathway (present in plants and microbes), which accounts for synthesis of aromatic amino acids (ATSDR 2019). Specifically, EPSPS catalyzes the intermediate necessary for the production of phenylalanine, tyrosine, and tryptophan. The phytotoxicity of glyphosate is derived from the overall reduction of protein synthesis in the plant. Glyphosate is selectively toxic to plants as the shikimate pathway is not found in mammals (Anadon 2009; ATSDR 2019; Solomon 2019).

In general, glyphosate is comprised of a phosphonomethyl group attached to glycine with a molecular formula of $C_3H_8NO_5P$ (relative molar mass = 169.07; ATSDR). As such, glyphosate is a phosphonate (or ester of phosphonic acid). It is important to note that while glyphosate is an organophosphorous compound – it is not considered an organophosphate (e.g., parathion, malathion, and chlorpyrifos), which is a class of pesticides that exhibit a phosphate ester functional group. Given the structure and phosphorylating capability of organophosphates, these pesticides inhibit acetylcholinesterase in insects. Unlike glyphosate that is selectively toxic to plants via the shikimate pathway, organophosphates target an enzyme that is also present in human health. Acetylcholinesterase will facilitate the breakdown of acetylcholine, a neurotransmitter, via hydrolysis into choline and acetic acid. When acetylcholinesterase is inhibited, cholinergic effects are induced and symptoms such as salivation, lacrimation, urination, diarrhea, GI distress, emesis, and bradycardia can manifest.

As a pure substance, glyphosate is a white, odorless solid. Glyphosate is a non-volatile chemical based on a vapor pressure of $9.8 \times 10^{-8}$ mmHg (or $1.3 \times 10^{-2}$ mPa) at 25 °C. The vapor pressure is used to describe the likelihood of a liquid or solid to disperse as vapors at a given temperature. The higher the vapor pressure, the more volatile the chemical. Vapor pressure is an important property to consider when conducting an exposure/risk assessment. Inhalation of vapors may be a major route of exposure for those liquids or solids with high vapor pressures (i.e., > $3 \times 10^{-3}$ mmHg). The vapor pressure of glyphosate is orders of magnitude less than what would be considered a volatile compound. Even at a temperature of 45 °C, the vapor pressure of glyphosate increases to only $1.94 \times 10^{-7}$ mmHg (PubChem). As noted by the IARC, exposure to vapors of glyphosate is not likely at normal temperature and pressure (25 °C and 1 atmosphere) given the low vapor pressure, especially when formulated as the isopropylamine salt.

Glyphosate is a weak acid and generally soluble in water (11.6 g/L at 25 °C). However, salts of glyphosate are commonly formulated to yield products that are readily water soluble. For example, glyphosate is commonly available as an isopropylamine salt, which increases its water solubility to 1,050 g/L at 25 °C (ATSDR 2019). The octanol/water partition coefficient ($\log P_{ow}$, or $K_{ow}$) of glyphosate has been reported in the literature, ranging from -3.4 to -1.7 (Nielsen 2009; ATSDR 2019). As stated above, the $K_{ow}$ represents the ratio of the concentration of the solute (or chemical) in octanol as compared to the concentration observed in water, which is ultimately a measure of hydrophilicity or hydrophobicity. This ratio is typically expressed in the logarithmic form where negative values suggest that glyphosate is hydrophilic (positive values indicate hydrophobicity) and has a low potential for dermal absorption, especially as compared to those chemicals with a $K_{ow}$ between 1 and 3. This measurement is important when considering toxicokinetics and reconstructing exposure (please see Section VI below).

Glyphosate has been continuously eligible for re-registration based on meeting the standard promulgated under the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA), which mandates a review of each existing pesticide every 15 years. On average, 281 million pounds of glyphosate were applied on a yearly basis (between 2002 and 2016) across agricultural settings (i.e., citrus fruit, field crop, and tree nut operations) while 24 million pounds were applied to non-agricultural setting, including homeowner market that accounted for 5 million pounds applied annually (EPA 2020). Glyphosate can be applied using a variety of techniques to cover large area, including airplanes and trucks mounted with spray booms. Residential spot treatments are typically achieved using handheld equipment (e.g., wand/lance connected to a reservoir). In a study to estimate the exposure to six different herbicides (including glyphosate) among workers in the California Department of Transportation, researchers demonstrated a wide range in the amount of glyphosate that was mixed and applied. For example, those workers that applied glyphosate while operating a truck equipped with a boom and a hand gun applied ~40-49 lb of active ingredient per day. On the other hand, those workers that applied glyphosate using a hand-held wand applied ~0.6 to 12.1 lb/day. Further, workers using the hand-held wand also mixed and loaded glyphosate spray mix in an amount ranging from 3.0 to 24.1 lb/day.

The USEPA publishes the Reference Dose (RfD) for assessing risk of exposures to glyphosate. The RfD is experimentally derived from the no-observed-adverse-effect level (NOAEL), which is the highest identified dose that does not elicit a statistically or biologically significant effect from a toxicological standpoint. Further, the NOAEL can be further reduced by orders of magnitude by applying uncertainty and modifying factors. The factors address differences between humans and laboratory animals, as well as between sensitive subgroups in the human population. Hence, the RfD is a benchmark that represents a maximum acceptable oral dose across a lifetime that is without 'appreciable risk' of deleterious effects. Agencies in other countries publish the Acceptable Daily Intake (ADI), which is similar to the RfD (both based on the NOAEL), to guide risk assessors. The RfD for glyphosate in the U.S. is 1 mg/kg body mass/day, which is the same as the ADI published by the Food and Agricultural Organization of the United Nations (FAO-JMPR) and the Food Safety Commission of Japan (FSCJ). The ADIs published by the European Food Safety Agency (EFSA) and the Pest Management Regulatory Agency of Health Canada (PMRA) are 0.5 and 0.3 mg/kg body weight/day. Additionally, the Australian

Pesticides and Veterinary Medicines Authority (APVMA) determined an ADI of 0.3 mg/kg body weight/day.

The USEPA published its most recent Interim Registration Review Decision (Case 0178) in January 2020. This report described changes since the Proposed Interim Registration Review Decision in April 2019. These changes were focused on spray drift management labeling and rotational crop timing; no changes were noted to the agency's risk assessment for glyphosate. The USEPA and other international organizations (e.g., EFSA ,FAO-JMPR and PMRA) have maintained their decision that glyphosate is not likely to be carcinogenic based on exposure levels.

In 2015, the International Agency for Research on Cancer (IARC) classified glyphosate as 'probably carcinogenic to humans (Group 2A)'. Further, the Office of Environmental Health Hazard Assessment (OEHHA) within the California EPA adopted the IARC's decision. Accordingly, the OEHHA published a No Significant Risk Level (NSRSL) of 1.1 mg/day (or 1100 μg/day) for glyphosate. As stated in in the Glyphosate Proposition 65 Safe Harbors document (published by the OEHHA), the NSRL is 'based on the most sensitive scientific study deemed to be sufficient quality'. The Proposition 65 no-significant-risk value is one excess case of cancer per 100,000 people exposed.

## VI. Toxicokinetics of glyphosate

Toxicokinetics refers to an exposure and dose of a toxicant and its subsequent time course in the body based on absorption, distribution, biotransformation (i.e., metabolism), and elimination (Klaassen 2001). Given the low vapor pressure, inhalation of glyphosate is considered to be a negligible route of exposure (see Section IX). Further, residential application is typically achieved via a wand that can be adjusted to deliver a preferred spray pattern. When used to treat specific areas, exposure (if any) will be localized to the hands and lower extremities in most scenarios as opposed to a full body exposure.

Based on the chemical properties of glyphosate, dermal penetration is considered to be the primary route of exposure to the herbicide. The dermal penetration of glyphosate is low for human and is not expected to result in a remarkable systemic dose based on the scientific literature reviewed below.

### a. Absorption

Based on use patterns, physical properties of glyphosate, inhalation exposure and passive dosimetry data (discussed later), the primary route of exposure during application of glyphosate-based herbicides is dermal absorption. Thus, studies have focused on evaluating the absorption of glyphosate through the skin as opposed to other possible routes of negligible exposure, such as oral ingestion or inhalation.

The lipid-based stratum corneum acts as a natural and effective barrier to glyphosate and glyphosate formulations. As discussed, glyphosate has a low $K_{ow}$ (-3.4 to -1.7), which is characteristic of a hydrophilic chemical. Additionally, the $K_{ow}$ for the glyphosate

isopropylamine salt is -5.4. While glyphosate is a weak acid and generally soluble in water, it is commonly formulated as a salt to yield products with increased water solubility. For example, 1,050 grams of the isopropylamine salt formulation is soluble in one liter of water as opposed to 11.6 g/L of the glyphosate acid (IARC 2017; ATSDR 2019).

Based on the chemical and physical properties of glyphosate, it is likely that glyphosate deposited on the skin during application will reside on the stratum corneum for an extended time before penetration occurs. Various studies have determined that the penetration of glyphosate does not usually exceed 2% of the deposition or exposure (Franz 1983; Wester 1991; Nielsen 2009). Using an *in vitro* model with human skin samples, Nielsen et al. (2009) determined that the lag time (or time to penetrate through the skin) for glyphosate is eight hours. Franz et al. demonstrated that glyphosate does not bind in the stratum corneum, and glyphosate reaches dermis soon after penetration. (Franz 1983) The dermis is a poor barrier for glyphosate, however, and glyphosate present in the dermis is systemically distributed. As such, a reservoir effect is unlikely with glyphosate.

Skin studies (e.g., *in vitro* and *in vivo*) illustrate that glyphosate and glyphosate formulations have a low flux (mass of glyphosate/cm² of skin/time) and small fractional absorption. Wester (1991) evaluated the percutaneous absorption of glyphosate (from different dilutions of Roundup formulation) in rhesus monkeys. Two separate doses of glyphosate were administered intravenously as well as topically to rhesus monkeys. The topical application was localized to the bellies of rhesus monkeys; belly plates were used to minimize interference of the applied dose. The intravenous administration provided insight into the disposition of glyphosate in the body given the complete systemic availability of the herbicide. Based on two different doses presented in Table 3, nearly 100% of the glyphosate available in the systemic circulation was eliminated via the urine (Dose A: 94.9±8.6; Dose B: 98.8±3.8). This finding suggests that urine is the primary route of elimination. Because dermal absorption of glyphosate will mimic the distribution, metabolic, and excretion pathway of an IV-administered dose, absorption of glyphosate can be estimated based on the amount in the urine.

Based on the results observed in Table 4 of Wester et al. (1991), the topical application of glyphosate (i.e., in Roundup formulation) suggests a dermal absorption rate between 0.8% (Dose D) and no more than 2.2% (Dose C) from topical application of know amount of glyphosate. In the topical application of glyphosate, the percent eliminated via feces from Dose C was comparable to that observed from the two different IV-administered doses. However, it should be noted that feces was the primary route of elimination for the glyphosate that was absorbed from Dose D. This is most likely attributed to the ingestion of glyphosate in this experiment as it does not follow the same pattern as Dose A-C. Ingestion of glyphosate in this experiment was confirmed by Dr. Daniel Bucks (see Testimony), who testified that the study monkeys were able to touch their bellies post-administration of the glyphosate dose. Consequently, hand-to-mouth movement likely resulted in an oral dose of glyphosate. Though recovery of glyphosate was only around 80%, subsequent tissue analysis did not reveal glyphosate in the body, suggesting total recovery of remaining glyphosate and loss of 20-25%

glyphosate during procedure. In other words, glyphosate was not observed to accumulate in the skin or body.

In Nielsen et al. (2009), the authors conducted an *in vitro* study using human skin to evaluate the deposition and percutaneous penetration of nine different compounds with increasing lipophilicity (glyphosate being the least). The authors observed that the relative skin deposition (diffusion area: 2.12 cm$^2$) increased with increasing $K_{ow}$ (or increasing lipophilicity). As such, the deposition and penetration of glyphosate (a hydrophilic compound) was minimal. From this study, glyphosate was concluded to exhibit a relatively low flux rate (~24 ng/cm$^2$-h). Over an experimental period of 48 h, less than 1% of the applied dose (glyphosate concentration: 4 mg/ml; 424 µg/cm$^2$ of skin) was considered to have penetrated the skin (based on the percent recovery from the receptor chamber). Total recovery of glyphosate was over 92% and total skin deposition was at 0.7%. These findings by Nielsen et al. were comparable to results/finding from earlier studies. The inters-study reproducibility further substantiates these observations regarding the penetration, permeation, and absorption of glyphosate.

Studies evaluating the absorption of glyphosate have also considered the permeability of glyphosate formulations. Though permeability is affected by the concentration of glyphosate versus glyphosate neat, data does not suggest that the use of surfactants appreciably affects the rate of absorption (Franz 1983). Several studies evaluate flux rates and permeability based on formulated products, including Roundup® formulations. These data do not report significant variation in overall percent absorbed when compared to neat glyphosate.

Davies (2017) conducted *in vitro* human skin permeation of glyphosate acid using various formulations, including gel, concentrated and diluted glyphosate formulations (which would be anticipated in spray products). Mean flux rates were calculated based on absorption over a 6-hour exposure time and 24-hour evaluation. The mean flux rate calculated for the concentrated formulation (i.e., 360 mg/ml) was 0.034 µg/cm$^2$/hour, which is similar to the flux (0.023 µg/cm$^2$/hour) observed by Nielsen et al. after application of a 4 mg/ml to the experimental model. However, the mean flux rate for the aqueous spray strength dilution (i.e., 1.35 mg/ml) was 0.0002 µg/cm$^2$/hour. Total recoveries of glyphosate following the absorption period were all reported at or above 100%, and over 97% of remaining glyphosate was removed through skin wash of the outer layer.

In a much earlier study, Franz (1983) evaluated the permeation of three glyphosate formulations through *in vitro* human skin samples. Samples were observed over a 48-hour time frame, and less than 0.2% of all three formulations were absorbed. Total absorption measured included glyphosate present in dermis. The average amounts of glyphosate absorbed were calculated at 1.61 µg/cm$^2$ for MON0139 and 2.26 µg/cm$^2$ for concentrated Roundup formulation. The amount of glyphosate absorbed from the diluted Roundup Spray Mix was considerably lower (i.e., 0.10 µg/cm$^2$), which can be attributed to the lower concentration. Interestingly, however, the percent absorption for the diluted formulation was actually higher than that of the concentrated formulations. Seemingly, rates taper off after reaching a certain concentration. Again, the remaining unabsorbed glyphosate was recovered

in total through skin washes. Total recovery of glyphosate from all samples were around 100%, and very little glyphosate remained within the sample itself. Rather, unabsorbed glyphosate remained on the outer skin surface, and over 92% of glyphosate doses were removed by wash with water.

Based on the studies above, it is clear that surfactants do not appreciably increase dermal absorption. The purpose of surfactants (in general) is to lower surface tension of the herbicide droplet and promote spreading across the plants' surface. In both Franz 1983 and Ridley (2017), an increase in dermal absorption of glyphosate was not observed between spray formulations of Roundup as compared to the concentrated form. The amounts of glyphosate absorbed from the spray mix formulation was less than that of the concentrated formula.

### b. Distribution and Metabolism

Glyphosate in the dermis encounters lymphatic capillaries and blood vessels that facilitate systemic distribution. Since *in vivo* human studies effectively cannot be conducted to evaluate distribution in humans, *in vivo* animal studies should be considered. Animal data suggests that, once systemically available, glyphosate is distributed widely throughout the body, with no particular target of interest. Systemically available glyphosate is dynamic - temporarily increasing and decreasing in different tissues at varying rates. Any rise or increase of glyphosate is not permanent; no accumulation or burden of glyphosate has been observed. Minimal glyphosate has been reported to remain in the body seven days after intravenous administration. Further, despite extensive distribution to tissues, glyphosate is poorly metabolized in mammals. As such, glyphosate is eliminated quickly and unchanged (see Section VI Subpart c - 'Elimination').

Using radiolabeled glyphosate, researchers have demonstrated the distribution of the pesticide in the body. For example, Wester (1991) evaluated residual tissue distribution of glyphosate. The disposition of glyphosate following intravenous administration in rhesus monkeys resulted in near total recovery of dose within 7 days of administration, between 96.4 and 99.8%; urine accounted for approximately ≥95% of recovery (Wester 1991). A majority of the urinary excretion occurred in the first 24 hr. Tissue analysis of sacrificed rhesus monkeys following topical application of glyphosate, and subsequent 7-day urinary excretion period, revealed no remaining glyphosate in any organ tissues, fat, bone marrow, spinal column, or CNS fluid. Moreover, excretion of glyphosate occurred unchanged. Glyphosate has not been observed to metabolize well in the body. (Ridley 1988; ATSDR 2019). The main metabolite of glyphosate after ingestion is aminomethylphosphonic acid (AMPA), which is attributed to microbial breakdown in the GI tract (Anadón 2009). Two peer-reviewed studies evaluating the metabolite profile of glyphosate revealed little metabolism of glyphosate to AMPA (e.g., <0.1% of total dose) and its presence was predominantly identified in the colon (Brewster 1991; Anadón 2009). Inter-study agreement was also observed with a study conducted by Monsanto (Howe 1988).

Other studies have characterized the distribution of glyphosate to specific tissues and organs hypothesized to serve as storage depots/sites. Ridley (1988) evaluated the distribution of glyphosate in rats following intravenous administration of glyphosate. The dose was measured

in tissues seven days post-administration and ranged from 0.05 to 0.09% of the dose. Here, the highest portion of glyphosate was measured in the bone. Of note, glyphosate in bone marrow did not mirror the levels found in bone. Briefly, low level radioactivity was present in bone marrow along with other tissues (e.g., eyes, thyroid, and stomach), but precise quantitation was not achieved. This finding was substantiated in the Wester et al. (1991) study as no radio-labeled glyphosate (Roundup formulation) was detected in the bone marrow in rhesus monkeys after seven days.

Similar to Ridley, Brewster (1991) evaluated the tissue distribution in rats following an oral dose of glyphosate. Accumulation in various tissues were monitored at 2, 6.3, 28, 96, and 168 hours following administration. After seven days, the average percent of glyphosate present was 1.16% of the administered dose. Though glyphosate accumulation peaked in bone later than in most other tissue, at 6.3 hours, glyphosate did not continue to increase in bone over the remainder of the seven days. Rather the percentage of glyphosate in bone continued to decrease to less than 1.1% of the administered dose after 168 hr.

In summary, any glyphosate that is absorbed is widely distributed throughout the body and remains unchanged except potentially a nominal amount that is metabolized (e.g., AMPA). Hence, there is no evidence for toxication or metabolic activation of glyphosate. Further, studies have demonstrated that glyphosate does not accumulate in the body. After 90 hours, a small percent of glyphosate was detected in rodents – mainly in the bone. However, after 168 hours (or 7 days), glyphosate was ~ 1 ppm – or less than 1.1% of the administered oral dose. Hence, glyphosate is expected to be eliminated from the body.

### c. Elimination

As discussed above, glyphosate that is absorbed into the stratum corneum and available in the dermis will be systemically distributed throughout the body. Dermal absorption of glyphosate is similar to intravenous administration in that the absorbed glyphosate dose is systemically available. Studies using IV-administered doses ensure complete systemic availability.
Therefore, *in vivo* animal studies observing the patterns of IV-administered glyphosate doses accurately depict the distribution, metabolic, and excretion pathway of dermally absorbed glyphosate. Much like for distribution and metabolism of glyphosate, animal studies have been used to determine the excretion behavior for glyphosate.

A range of studies have evaluated elimination of glyphosate from oral, dermal, and intravenous doses. From these studies, glyphosate was found to be eliminated from the body quickly. Orally administered doses are available in the GI tract and will be eliminated through feces (Brewster 1991). However, glyphosate absorption via the GI tract also produces a systemically available dose, which is eliminated in the urine. Colvin (1973) demonstrated that 8.3-10.5% of ingested glyphosate by rats was eliminated via urine and that a plateau was reached after four days of continuous feeding. This was evident in the amount contained in both the urine and feces – matching the intake of the herbicide. In Chan & Mahler 1992, approximately 80 and 75% of orally administered glyphosate doses (5.6 and 56 mg/kg, respectively) in rats were eliminated within the 24 hours following administration. In

Brewster et al., approximately 36 and 51% of the glyphosate was eliminated in the urine and feces seven days after a single oral dose (neat glyphosate). Zoller et al. (2020) characterized urinary excretion of glyphosate in human participants (n=12) after ingestion of a dose that was 25% of the ADI (simulating a likely exposure from consumption). Most of the glyphosate excretion was complete within 10-20 hours after ingestion with a range of 0.57 to 1.68% of the administered dose present in the urine (which is ~20x less than what has been reported in animal studies). Low recovery of glyphosate in the urine from human consumption was also observed in a recent study; however, data were limited to only three volunteers (Faniband 2021). Additionally, in this study, they characterized the urinary concentration of glyphosate in 197 participants from the general population. The max concentration observed was 3.39 μg/L, which was orders of magnitude lower than those three volunteers that ingested glyphosate at a dose that was 50% of the ADI.

Topical and intravenous administration studies provide relevant representations of the disposition of glyphosate, especially as it relates to elimination, in the context of dermal absorption. In Chan & Mahler 1992, glyphosate was administered intravenously (5.6 mg/kg) in addition to the two different oral doses. These researchers demonstrated that urine was the primary route of elimination with 98% of the glyphosate dose excreted within the initial 24-hour period following administration (Chan & Mahler 1992). Minimal (0.3-3%) of the glyphosate was eliminated via feces. Wester (1991), as discussed above, also reported on the elimination data of glyphosate following both topical and intravenous administration. Intravenous administration ensured full systemic availability of the administered dose, and over 94% of the dose was eliminated via the urine within 7 days. Nearly 100% of the doses were recovered. A topical administration study was also conducted. Two doses of glyphosate were applied to rhesus monkeys. Following application, monkeys were restrained in chairs and belly plates were placed on their lower bellies. As stated above, the percent of glyphosate eliminated via feces from Dose C was comparable to that observed from the two different IV-administrated doses. On the contrary, feces was the primary route of elimination for Dose D, which suggested ingestion of glyphosate. No restraints for hand/arm movement was confirmed – which in turn, allowed monkeys access to the application sites.[1] With hand-to-mouth activity after application of the glyphosate, it is not surprising that a higher percentage of elimination by feces instead of urine was observed. Furthermore, recoveries for the topically administered doses were lower, at 75-80%. Given the observed issues, this study's reported excretion of dermally administered glyphosate by means of feces does not provide meaningful data and should not discount the remaining literature indicating urine elimination as the primary pathway for systemically available glyphosate.

Half-life is another important parameter to consider when characterizing the temporal aspects of a substance in the body. This parameter describes the time required to decrease the chemical concentration in the blood or plasma by half. The half-life of glyphosate has been estimated from several studies. Anadón et al. (2009) determined a half-life of 9.9 hours for glyphosate after IV-administration in rats. Similarly, Connolly et. al. (2018) estimated a

---

[1] According to the Deposition of Dr. Daniel Bucks, a graduate student at that time in the Wester lab, the authors observed hand to mouth activity during the topical administration portion of the study.

glyphosate half-life in humans was an average of 7.25 hours (Connolly 2018). Recently, Zoller et al. estimated a half-life of 9 hours – demonstrating comparable findings across studies (Zoller 2020).

In summary, the information above suggests that the dermal absorption of glyphosate is low and its fate in the body is rapid distribution in extravascular tissues with nominal biotransformation. Maximal tissue levels (except the small intestine) have been demonstrated after 6.3 hours (in rats) from a single oral dose of glyphosate. Several studies have estimated a short half-life, including Connolly et al. that reported ~7.5 hours in humans. Ultimately, glyphosate does not accumulate in the body and is eliminated quickly – a majority of it is excreted within the first 24 hours.

## VII. Glyphosate exposure and biomonitoring

Results from animal intravenous administration studies (described above) best illustrate the elimination of glyphosate following dermal exposure, without encountering the complications of topical application. Thus, elimination studies validate the basis for urinalysis as a measure of glyphosate exposure in biomonitoring studies. Various biomonitoring and passive dosimetry studies were conducted in order to more accurately observe glyphosate exposures and resulting doses in humans. By conducting biomonitoring studies in relevant populations, realistic exposures to and systemic doses in applicators and bystanders can be determined. Several biomonitoring and passive dosimetry studies were later reviewed in Solomon 2016, and data were normalized and expressed as systemic dose levels.

The body of biomonitoring data suggests that applicators had the greatest level of exposure when compared to that of bystanders and the general public. Applicator exposures range from 0.000013 mg/kg/day to 0.0046 mg/kg/day for those with detectable glyphosate levels, suggesting low systemic doses of glyphosate and minimal exposure to glyphosate during general spraying practice (Solomon 2016). Higher doses were generally associated with unusual handling of product, a lack of PPE, direct skin exposure, etc. (Acquavella 2004). In one study, the mean systemic dose observed in farmers was 0.0001 mg/kg, with 90% of farmers below 0.001 mg/kg. (Acquavella 2004). Systemic doses in backpack sprayers in another study were recorded at 0.000013 mg/kg to 0.0021 mg/kg.

As part of the Farm Family Exposure Study, Acquavella et al. (2004) ascertained real-world systemic doses of glyphosate among farmer and their families.  Urine samples were collected from study participants the day before, the day of, and three days after application of glyphosate. Despite the occupational setting and high risk for exposure, glyphosate was not detected in 40% and 73% of the samples on application day and day 3, respectively. Of the 60% of farmers with detectable glyphosate levels in urine on the day of application, the authors calculated a geometric mean (GM) concentration of 3.2 ppb (or 0.0001 mg/kg); of these, the highest value was 233 ppb (0.004 mg/kg). Maximum urinary concentration amongst applicators was observed in a farmer repairing a boom sprayer. In addition to not wearing gloves, this applicator was noted to have been smoking while repairing. Urinary concentrations measured in bystander spouses and children were similarly low, and maximum systemic doses were estimated at 0.00004 mg/kg in spouses and 0.0008 mg/kg in children. Authors noted that systemic dose estimates for all

participants were below the U.S. EPA's reference dose for glyphosate. Further, not every exposure resulted in a measurable value for glyphosate among farmers in this study.

The findings in Acquavella confirmed previous biomonitoring studies. Cowell 1990 measured pesticide exposure of applicators at three separate nurseries maintained by the USDA Forest Service. Of pesticides and locations studied, glyphosate exposure was reported at two locations. Applicator exposure was measured by both urine sampling and passive dosimetry. Urine biomonitoring for all applicators were averaged and normalized, resulting in an estimated average dose of $6.5 \times 10^{-5}$ mg/kg/hr. Another similarly structured biomonitoring study by the same authors reported an average dose of $3.14 \times 10^{-5}$ mg/kg/hr in forest workers. The USDA Forest Service sponsored this study to monitor those workers that mixed and applied the herbicide using backpack sprayers.

In Bleeke (2007), urinary biomonitoring was conducted in a group of applicators using backpack sprayers. Glyphosate exposures were monitored over a five-day period, extending from one day prior to three days post-application. Mixers/loaders and applicators were observed through each part of the spraying process. Despite observed exposures, systemic doses were calculated from urinary concentrations. Systemic doses for all groups ranged between $1.3 \times 10^{-5}$ mg/kg and $2.07 \times 10^{-3}$ mg/kg.

Solomon 2016 reviewed the available biomonitoring studies conducted on exposed applicators. Data from both published and unpublished literature were normalized and low systemic doses were consistently observed. Solomon reported a range of urine glyphosate concentrations that was between $1.3 \times 10^{-5}$ mg/kg/day to $4.6 \times 10^{-3}$ mg/kg/day; the 90th percentile systemic dose was $1.4 \times 10^{-3}$ mg/kg/day. Solomon 2016 noted that these levels were far below regulatory reference doses set by US EPA (1.0 mg/kg/day), EFSA (0.5 mg/kg/day), and JMPR/WHO (1.0 mg/kg/day). Oral reference doses were normalized for comparison with dermally absorbed systemic doses, based on 20% absorption in GI tract. Adjusted RfDs or ADIs as follows: 0.2 mg/kg/day (US EPA Chronic RfD), 0.1 mg/kg/day (EFSA ADI), and 0.2 mg/kg/day (JPMR ADI). Biomonitoring and dosimetry data fall well below the lowest normalized regulatory reference dose.

In 2020, two studies were published in the peer-reviewed literature focused on exposures to glyphosate that simulated heavy residential application to generate a worst-case scenario among consumer applicators. In the first study, Pierce et al. conducted an exploratory study to characterize relative contributions of dermal and inhalation exposures on urinary concentrations of glyphosate and AMPA. Participants were assigned to either a dermal or inhalation exposure group and were instructed to wear applicable PPE so only one route of exposure was possible. For example, those in the dermal exposure group wore shorts and t-shirts and donned respirators while those in the inhalation exposure group donned Tyvek coveralls and chemical resistant gloves yet no respirator. The arithmetic mean of airborne glyphosate was 0.0047 mg/m³. Additionally, dermal patch concentrations were highest in those samples collected from the shins of participants. The arithmetic means for the right and left shin were 0.15 and 0.14 μg/mm²,

respectively. Peak urinary glyphosate concentrations of ~17 and 311 ng/ml[2] were observed at 3 hours post-application for both inhalation and dermal exposures, respectively. After 24 hours, urinary concentrations returned to baseline after exposure. It is worth noting that that amount of herbicide applied in this residential simulation (16 gallons per participant) was commensurate with agricultural use and may be considered a worst-case scenario exposure of a residential applicator.

In another study, Kougias et al. (2020) used a margin of safety approach to assess the urinary concentrations of glyphosate among participants in the study described above. The benchmark dose used in this assessment was the ADI as it provides the most conservative benchmark value of 0.3 mg/kg/day. The ADI was divided by 5 to normalize to 20% absorption of an oral dose of glyphosate. As a result, a value of 0.06 mg/kg/day (or 60 µg/kg/day) was derived for comparison to systemic doses. As such, they were able to calculate a margin of safety as part of this risk assessment using two different approaches for urine volume. The margin of safety (MOS) is calculated by dividing the ADI (benchmark dose) by the calculated internal dose. While individual MOS calculations were performed for the dermal and inhalation data, they also assessed a combined MOS for dermal and inhalation exposures. Further, to determine a worst-case scenario, the highest internal dose from the dermal and inhalation exposures (after adjusting for bodyweight) were selected from the applicator groups. This approach required using data from two different participants. The MOS for each approach was 14 and 10 based on a maximum internal dose of 4.347 and 5.901 µg/kg. Those MOS values above 1 are deemed acceptable while those less than 1 are not likely acceptable. Additionally, these values are similar to the highest occupational exposures and systemic doses observed in Acquavella et al., which further supports a worst-case scenario.

In comparison to biomonitoring, passive dosimetry is a procedure that is conducted by trained/experienced practitioners that strategically place patches on participants to measure exposure at various portions of the body. (Solomon 2016). The resulting exposures can then be extrapolated to inform exposure patterns and, more generally, overall dose estimates. Depending on the exposure scenario and patch location, dose estimates could be biased to higher or lower values. For example, a patch may wholly miss an exposure or collect a splash that would be extrapolated to an entire region/area. Consequently, calculated exposures and systemic dose ranges vary greater as compared those observed in biomonitoring studies. As noted by Solomon (2019), a fold change greater than 117,000 was observed in the dosimetry data.

Though dose determinations are not as accurate as actual biomonitoring, exposure assessments can be conducted based on passive dosimetry data. Moreover, dosimetry studies help inform application patterns. For example, dosimetry studies suggest that exposure during hand spraying is mostly to the lower legs while backpack sprayers exhibit a higher percentage of exposure on their back torso compared to their front torso. Observed patterns can be used to identify areas of likely exposure when conducting a retrospective exposure assessment. Lavy et al. (1992) used passive dosimetry methodology to evaluate glyphosate exposure in nursery workers. Exposure

---

[2] this value was identified as a statistical outlier and when removed the highest concentration was 57 ng/ml

was measured for applicators, weeders, and scouts. Applicators exhibited the highest resulting dose estimates with an average dose of 7.2 $\times 10^{-4}$ mg/kg/hr (highest estimated dose at $1.7 \times 10^{-3}$ mg/kg/hr). Patch analysis reported greatest exposure around ankles and thighs, with less than 2% of total exposure to the remaining portions of the body. It is noteworthy that in this assessment, Lavy et al. observed higher values from the dermal dosimetry as compared to the biomonitoring data they concurrently collected from the participants. Despite higher values, margin of safety was orders of magnitude greater than 1, which is considered acceptable.

Later studies further evaluated glyphosate exposure using passive dosimetry. Edmiston et al. (1995) measured glyphosate exposure in California Department of Transportation (Caltrans) mixer/loader/applicators and other application personnel. Monitoring involved full-body dosimetry using 100% cotton shirts and long johns and periodic face/neck and hand wipes. The average inhalation and dermal exposure measured for exposed workers was 29.0 and 2460.2 µg/person, respectively. The combined average dose was estimated at $8.96 \times 10^{-4}$ mg/kg.

Johnson et al. (2005) evaluated glyphosate exposure to applicators using all-terrain vehicles and back-pack sprayers. Results were normalized and included in the Solomon 2016 review discussed below. Exposure patterns and the resulting dose estimates were within the ranges reported by Solomon (Solomon 2016; Solomon 2019). Of note, the authors observed that the majority of exposure by either ATV or CDA application was to the legs, generally to the lower legs.

Solomon 2016 and Solomon 2019 reviewed the available body of passive dosimetry data, including several of the studies discussed above. The updated review built on the previous publication using published and unpublished studies that reported exposures and risk assessments of glyphosate. The updated Solomon 2019 analysis reported an estimated dose range of 3.0 $\times 10^{-6}$ mg/kg/day to 3.4 $\times 10^{-2}$ mg/kg/day, representing the 10th and 90th percentiles. Comparing to the biomonitoring data discussed above, the range of biomonitoring doses reported (0.000013 to 0.0046 mg/kg/day) fell within the range of passive dosimetry data.

Though dermal exposure has been identified as the primary route of exposure to glyphosate, several studies have considered inhalation as a method for glyphosate exposure. These studies have found glyphosate exposure via inhalation to be minimal. Jauhiainen (1991) measured exposures to airborne glyphosate in forest workers in Finland across one week (sampling times ranged from one to six hours). Using liquid impingers to collect personal breathing zone samples, these researchers quantitated glyphosate in theses samples using gas chromatography/mass spectrometry. Those samples collected during mid-week were low – containing <1.25µg/m³. Two samples collected at the end of the week yielded measurable concentrations: 2.8 and 15.7µg/m³ in workers' breathing zone. Findings from this study were comparable to inhalation exposures observed by Edmiston et al. (1995). These researchers measured glyphosate exposure in California Department of Transportation (Caltrans) mixer/loader/applicators and other application personnel and reported an average glyphosate exposure in personal breathing zone samples (using glass fiber filters) of 29 µg/person based on a ventilation rate of 14 L/min.

Several studies also reported observations relating to the effect of PPE on glyphosate exposure. Oltmanns et al. 2016 demonstrated that residential users can reduce exposure generally by

wearing long pants and full-coverage shoes (i.e. tennis shoes, boots, etc.) Protection of most commonly exposed areas of the body can result in a substantial reduction in contact with or exposure to glyphosate. Specifically, cotton fabric has been shown to offer a 50% reduction to exposure. Use of gloves decreases exposure to hands, and use of chemically-resistant gloves can reduce exposure by 80%. (Wester 1996). Biomonitoring studies reported lower concentrations of glyphosate in urine in applicators using PPE. For example, Acquavella 2004 reported a mean urine concentration of glyphosate of 1.5 ppb for farmers wearing rubber gloves while mixing when compared to farmers not wearing gloves (9.7 ppb). Lavy et al. (1992) deployed paired patches on nursery workers on the outside and inside of their clothing and determined a clothing penetration value of 22.9%, which may be an overestimate if workers donned multiple layers of clothing. Oltmanns et al. 2016 evaluated the impacts of various types of PPE, with exposure reductions ranging from 50% to over 90%. Clothing was reported as offering a 70% protective factor. Johnson et al. (2005) observed a 90% clothing protection factor following proper use of coveralls.

Therefore, the joint body of passive dosimetry and biomonitoring data provide realistic measurements of glyphosate exposure and subsequent systemic doses in applicators and the general population. These data help confirm that exposure to glyphosate during application is minimal and resulting doses are far below regulatory references. Passive dosimetry data further illustrates patterns of exposure, suggesting that application methods result in the majority of exposure to the legs. Exposure levels are further affected by use of PPE, suggesting protective factors of over 50%. Finally, exposure resulting from inhalation of glyphosate during application has been shown to be minimal.

## IX. Epidemiology

Epidemiological studies conducted in select populations can serve to best extrapolate disease impact on humans of any given chemical. A number of epidemiologic studies have evaluated the effect of pesticide exposure on the risk of developing non-Hodgkin's Lymphoma (NHL). More recent studies have evaluated the impact of glyphosate, specifically, on the risk of NHL in certain populations. A review of the available literature, assessed for accuracy and reliability of reported data, does not indicate that glyphosate exposure, or exposure to GBHs, result in an increased risk of NHL.

The Agricultural Health Study is a prospective study that began in 1993 to ascertain how various factors (e.g., lifestyle and genetics) impact the health of agricultural workers and farming populations. Andreotti et al. (2018) reported findings on glyphosate and cancer incidence (including NHL) of more than 57,000 individuals that are licensed pesticide applicators. This study provides a robust evaluation of dose-response using an exposure intensity approach (previously reported by Coble et al. 2012). Instead of a crude "days of use" metric, this approach is a validated, intensity weighted algorithm for determining use that accounts for several factors often associated with dose, such as PPE use and application methodology. After exclusion of participants with cancer, not living in North Carolina or Iowa, or not reporting information regarding glyphosate use, a total of 44,932 study participants were identified in this follow-up study. Quartiles (Q1-Q4) were used for categories for lifetime days of glyphosate ranging from: 1-13.74, 13.75-38.74, 38.75-108.4, and, ≥108.5. During the follow-up period, just under 7300

incident cancers were diagnosed. The study authors reported no association between glyphosate use and total cancer, lymphohematopoietic malignancies, or NHL (including any subtypes). This lack of association was observed in unlagged and lagged exposures. Andreotti et al. noted that for the unlagged analysis 'the rate ratio in the top exposure quartile was 0.87 for NHL', which included 440 exposed cases. The 95% confidence interval for this ratio included the null (95% CI: 0.64-1.20). Hence, no evidence for a dose response or increased risk of NHL with increased exposures was observed in this study. The risk patterns for the lagged were similar with a null association. The exposure quartiles in the 5-year lag were below 1 except in Q3 (RR: 1.05). The relative risk was below 1 in Q3 in the 20-year lag (RR: 0.98) while Q1 and Q2 were 1.22 and 1.15, respectively. All confidences intervals included the null in both the 5-year and 20-year lag with no evidence of a dose response.

In addition to this cohort study, case-control studies have been conducted to evaluate the association between glyphosate exposure and NHL (McDuffie 2001; Eriksson 2008; Orsi 2009) For example, McDuffie et al. (2001) investigated potential increased risks of NHL due to pesticide exposures in a population of over 2000 men across six Canadian provinces. The study evaluated exposure to several different types of pesticides and adjusted for statistically significant risk factors (namely a family history of cancer in a first-degree relative). Of the total study population, 51 cases and 133 controls reported glyphosate exposure. Overall glyphosate use was not noted to be associated with an increased risk of NHL based on an adjusted OR of 1.20 (95% CI: 083-1.74). To evaluate a dose response, glyphosate use was stratified by the following days of use: unexposed, less than or equal to 2 days, or greater than 2 days. The authors reported an observed dose response for glyphosate use, with a statistically significant odds ratio of 2.12 (95% CI: 1.20-3.73) for greater than 2 days of use. However, the authors did not control for other possible confounding variables, such use of other pesticides. It is widely recognized that recall bias is an inherent limitation in case-control studies that rely on memory of exposures (Grimes and Schulz 2002). McDuffie et al. also recognized this limitation, including potential for misclassification of exposure.

Eriksson et al. (2008) conducted a similar case-control study to evaluate potential association between pesticide use and NHL in the Swedish population. Glyphosate use was based on a small study population (N=47) and individual cases of NHL totaled only 29. Eriksson attempted to measure odds of developing NHL by using a >10 days of exposure metric, finding several statistically significant associations between glyphosate use and NHL. Overall glyphosate use and >10 days of exposure to glyphosate was associated with increased risk, 2.02 and 2.36 respectively. Resulting OR of 1.51 (95% CI: 0.77-2.94) following multivariate analyses was no longer significant. Further, no intensity-weighting was attempted when determining appropriate exposure metrics.

In 2019, Pahwa et al. performed a pooled analysis of case-control studies of NHL cases in the US and Canada (North American Pooled Project). The goal of this study was to further analyze the potential relationship of glyphosate use and NHL, including specific subtypes, using a larger number of cases and controls identified in the cancer registries from four US states and six Canadian provinces. This analysis, after adjusting for use of other chemicals (2,4-D, dicamba, and malathion), demonstrated no statistically significant association between ever glyphosate use and NHL overall with no pattern of increasing risk with increasing years of use. The authors note that

exposure to other pesticides confound the association between glyphosate and NHL overall. With large numbers of exposed cases and controls, Pahwa et al. provide greater insight into the exposure-response relationship of glyphosate and NHL as compared to previous studies limited by small sample size and power.

Crump (2019) further evaluated the potential for different types of biases in both the case-control and cohort studies. The study considered the possibility of recall and selection biases in the glyphosate dataset. Odds ratios from select studies were analyzed to determine whether reported risk estimates of certain studies were artificially elevated due to inherent study biases. Crump concluded that the case-control studies, Eriksson and McDuffie, showed strong evidence of statistical bias within the results that were not properly addressed during analysis. Thus, the resulting data from such studies are far less reliable than that of AHS studies.

Review articles have been conducted to address the accuracy of the odds ratios reported in the body of epidemiology studies. In a meta-analysis, Zhang et al. (2019) reported a meta-risk ratio of 1.41 (95% CI: 1.13-1.75) that suggested a link between glyphosate and NHL. On the contrary, Leon et al. (2019) observed a null association between ever glyphosate use and NHL among three large international cohorts: the French AGRICAN, Norwegian CNAP, and the US AHS. Further, Donato et al. (2020) performed an updated meta-analysis of the available literature, determining that occupational exposure to glyphosate does not result an increased risk of NHL. The study authors commented that publication bias and other biases may have resulted in overestimated risks reported in other meta-analyses.

Kabat et al. (2021) conducted a sensitivity analysis to ascertain the magnitude of effect that the differences in the meta-analyses (including exposure definitions and bias in case control studies) had on the estimate of association. While they did not observe an association between ever exposure of glyphosate and NHL risk, the main takeaways from this study are that: (1) interpret the results from any meta-analysis with caution (e.g., biases from studies likely exacerbated) , (2) selection of estimates from studies can play a pivotal role in an association (or lack of) between exposure and response, and (3) combining studies can reduce the strength/impact of an individual, high quality study. The authors note that the AHS study (Andreotti et al. 2018) 'provides the most reliable and precise information regarding the risk of NHL following glyphosate exposure'.

Epidemiology studies have been reviewed by several regulatory agencies in their assessment of glyphosate. After review of the available literature and epidemiologic data, the EPA concluded that glyphosate is "not likely to be carcinogenic to humans".

## X. Case specific information

The goal of my assessment was to estimate Ms. Salas' dermal exposure and potential  systemic dose of glyphosate. I used information from Ms. Salas' testimony and scientific evidence related to glyphosate exposure and toxicology. My assessment and attendant calculations required consideration of Ms. Salas' pattern of use and different risk factors. The series of calculations included in my dermal exposure model to estimate the plaintiff's:

- absorbed dose per event
- maximum dose event per event
- daily dose.
- average daily dose (ADD) on a per kilogram bodyweight basis specific to the plaintiff.

I employed a conservative approach when selecting input values specific to the plaintiff (e.g., application time, body surface area, and body weight). The purpose of this approach was to yield a worst-case exposure and dose of glyphosate that Ms. Salas may have experienced. To complete the assessment, Ms. Salas' ADD was compared to the Reference Dose, which is published by the Environmental Protection Agency. This value is derived from the no-observed-effect dose in the most sensitive animal tested. While a comparison to the Reference Dose was performed, the result of this comparison did not identify the causation of the plaintiff's lymphoma.

**Plaintiff Background:**

Ms. Salas is a 67-year-old female that was diagnosed with NHL in June 2020[3]. She alleges that her exposure to glyphosate resulted in the development of NHL[4]. According to Ms. Salas' deposition on 09DEC21, her dates of residential application spanned eight years (i.e., from 2006 to 2014)[5]; however, according to the PFS, the plaintiff first began using Roundup in 2004 and stopped in 2014[6]. She indicated that she applied Roundup at her side-by-side properties in Key Largo. She testified that she and her husband purchased 605 Portia Circle in 2006, 2007, or 2008 and purchased 601 Portia Circle in 2008[7]. However, according to PFS, she lived in Key Largo from 2004-2011[8].

She currently resides in Miami, Florida and has lived there since approximately 2016[9]. Ms. Salas indicated that their 605 Portia Circle was foreclosed on in 2012 or 2013 after her husband passed away in 2010[10]. Consequently, she moved into 601 Portia Circle at that time[11]. Ms. Salas testified that she lived at this property for several years and spent the weekends in Miami[12]. According to the plaintiff, she sold the property but was unable to recall if the sale was in 2014 or 2015[13].

**<u>Occupational history:</u>**

---

[3] PFS. Page 2: Section II; Page 5: Section V.
[4] December 09, 2021 Deposition, pg. 163, 15-17
[5] December 09, 2021 Deposition, pg. 192, 5-12, pg. 26, 15-18, pg. 46, 21-22
[6] PFS. Page 8: Section VII.
[7] December 09, 2021 Deposition, pg. 24, 7-11,  pg. 25, 19-21, pg. 27, 23
[8] PFS. Page 8: Section VII.
[9] December 09, 2021 Deposition, pg. 13, 8-12
[10] December 09, 2021 Deposition, pg. 87, 5-8
[11] December 09, 2021 Deposition, pg. 26, 19-22, pg. 27, 2-7
[12] December 09, 2021 Deposition, pg. 47, 5-10
[13] December 09, 2021 Deposition, pg. 26, 15-18

Schaeffer Occupational Health Associates, LLC
Expert Report
Case Number: MDL No. 3:16-md-02741-VC (Salas)

After passing the GED, Ms. Salas attended the University of Miami and earned a paralegal certificate[14]. She worked as a paralegal for approximately 20 years at various law firms in the Miami area. Her job duties included document review, discovery, and translation. In 2000, Ms. Salas worked as an assistant to the owner of EV Construction[15]. Here, the plaintiff performed office/clerical work and addressed insurance/compliance issues[16]. After eight years in this position at EV Construction, Ms. Salas retired in 2008[17].

### Family and medical history:

Ms. Salas was born on 13 June 1954 in Havana, Cuba[18]. The plaintiff's father was assassinated in Cuba when the plaintiff was 2 years old; no medical history of the father was presented during the deposition or in the plaintiff fact sheet[19]. She moved to the United States when she was five years old[20]. The plaintiff's mother had cirrhosis and died in 1998 after a liver transplant[21]. No history of caner noted in Ms. Salas' family.

The plaintiff was 50 years old when she started using Roundup in 2004. According to medical records from 21Dec2018, Ms. Salas weighed 86.4 kilograms (kg), which may not represent her weight in 2004[22].

Ms. Salas reported that she has arthritis in her hands 'from typing'[23] and has been diagnosed with fibromyalgia[24]. She was not prescribed any medication for either condition. She had a herniated disc but no surgery was required; however, she continues to experience pain in her back[25].

Ms. Salas testified that she is taking medication for high blood[26], high cholesterol[27], depression[28], and anxiety[29]. Ms. Salas reported that she has chronic sinusitis, which can present as headaches[30]. She has not been prescribed medication. She indicated the she also 'suffers' from allergies, which may lead to bronchitis[31]. Ms. Salas indicated that she will develop

---

[14] December 09, 2021 Deposition, pg. 14, 6-10
[15] PFS. Page 2: Section II.
[16] December 09, 2021 Deposition, pg. 32, 18-21
[17] December 09, 2021 Deposition, pg. 204, 19-23
[18] December 09, 2021 Deposition, pg. 13, 6-7, 13-14
[19] December 09, 2021 Deposition, pg. 164, 7-9, 15-16, 22-23
[20] December 09, 2021 Deposition, pg. 13, 15-16
[21] December 09, 2021 Deposition, pg. 165, 12-24
[22] Exhibit 5. Section: Vitals and Measurements; December 09, 2021 Deposition, pg. 134, 8-10, 16-19
[23] December 09, 2021 Deposition, pg. 112, 2-11
[24] December 09, 2021 Deposition, pg. 112, 7-8
[25] December 09, 2021 Deposition, pg. 113, 9-17
[26] December 09, 2021 Deposition, pg. 136, 2-5, 18-20
[27] December 09, 2021 Deposition, pg. 136, 18-20, pg. 137, 1-2
[28] December 09, 2021 Deposition, pg. 113, 18-24, pg. 116, 6-13
[29] December 09, 2021 Deposition, pg. 117, 2-4, 22-24
[30] December 09, 2021 Deposition, pg. 141, 20-24
[31] December 09, 2021 Deposition, pg. 113, 4-8

Schaeffer Occupational Health Associates, LLC
Expert Report
Case Number: MDL No. 3:16-md-02741-VC (Salas)

bronchitis on an annual basis and that symptoms will last for about a week[32]. When she was younger, the plaintiff had pneumonia, which started as bronchitis[33]. Ms. Salas does not take any medication to treat the sinusitis or allergies.

Other exposures: During the deposition, Ms. Salas testified that she smoked for four years (1994-1998) and would smoke a half of a pack per day[34]. However, her smoking status was listed as a current (11-20 cigarettes/day) in her medical records from 1998 and 2020[35].

### Plaintiff's use of Roundup :

Ms. Salas testified that her intended use of Roundup was for residential application[36]. She purchased Roundup (primarily at Home Depot) on a weekly basis[37]. Initially, the plaintiff was unable to recall the specific product purchased/used in the treatment of her properties[38]. During the deposition, Ms. Salas described that she used Roundup products that varied in size. For example, she remembered using a 'couple-of-gallon' container connected to a spray nozzle via tubing while the other product that she used needed to be mixed[39]. Ms. Salas later confirmed that she used both the ready-to-use and concentrate products[40]. While she followed the instructions for mixing the concentrate with water, the plaintiff was unable to recall volumes or percentages used in either product of glyphosate[41].

The plaintiff does not remember reading the instructions on how often to apply Roundup[42]. She used Roundup all year and did not avoid application on windy days [43]. The plaintiff recognized that the product she applied was effective – i.e., killing unwanted weeds on her property. Despite this noted efficacy, Ms. Salas testified that she would apply Roundup on a weekly basis during the summer months[44]. She typically scheduled her applications in the morning when the air temperature was cooler[45]. When the plaintiff applied Roundup to her property, she did not continuously spray the product. Instead, she performed spot treatment of weeds on her property[46]. Additionally, the plaintiff indicated that she was frequently interrupted by her neighbors when applying the herbicide[47].

---

[32] December 09, 2021 Deposition, pg. 143, 2-1
[33] December 09, 2021 Deposition, pg. 113, 1-2
[34] December 09, 2021 Deposition, pg. 137, 18-25
[35] December 09, 2021 Deposition, pg. 138, 1-6
[36] PFS. Page 8: Section VII
[37] December 09, 2021 Deposition, pg. 74, 1-5, pg. 80, 20-24
[38] December 09, 2021 Deposition, pg. 42, 19-22
[39] December 09, 2021 Deposition, pg. 42, 22-25
[40] December 09, 2021 Deposition, pg. 43, 3-9, 10-12, pg. 48, 11-21
[41] December 09, 2021 Deposition, pg. 44, 2-10
[42] December 09, 2021 Deposition, pg. 102, 14-17
[43] December 09, 2021 Deposition, pg. 75, 10-15, pg. 88, 17-20
[44] December 09, 2021 Deposition, pg. 73, 7-10, pg. 75, 10-15
[45] December 09, 2021 Deposition, pg. 76, 2-11, pg. 88, 3-8
[46] December 09, 2021 Deposition, pg. 76, 21-23
[47] December 09, 2021 Deposition, pg. 76, 6-11

When using Roundup, the plaintiff alleged that she wore a t-shirt, shorts, and open-toe sandals (e.g., flip-flops)[48]. Additionally, Ms. Salas noted that she donned 'lobster' gloves during several applications/events; she realized that the gloves were not waterproof[49]. The plaintiff testified that different parts of her body were exposed to Roundup when she was mixing and spraying the product[50]. Ms. Salas recalled a specific event where she spilled the concentrate product (after mixing with water) on her legs[51]. The plaintiff noted that she immediately went inside and showered[52].

The plaintiff also indicated that she was exposed to the product when a 'wind gust hit' or if she was 'distracted' when applying/spraying[53]. Further, she recalled 'accidentally' spraying Roundup in an upwards fashion 'many times'[54]. Ms. Salas was unable to recall the number of times that she was exposed from spilling/spraying Round[55]. At the end of each application, Ms. Salas would wash her hands with soap and water or shower[56]. Additionally, she would also change her shoes or take them off before going inside her home[57].

## XI. Exposure reconstruction

Ms. Salas' past exposure to glyphosate was assessed using a reconstruction process to estimate a dose given the absence of detailed sampling and/or biological monitoring data. This process is retrospective in nature and is largely based on information provided by the plaintiff and applicable peer-reviewed publications and technical reports. Accordingly, the exposure reconstruction was based on the following information:

- Roundup product(s) used and concentration(s)
- Exposed body surface areas
- Frequency and duration of use
- Protective clothing and applicable clothing protection factors

To estimate Ms. Salas' historical dose of glyphosate, a dermal exposure estimation model was used. The first step in this model was to calculate an absorbed dose per event (Equation 1).

$$DA_{event} = K_p \times C_w \times t_{event} \qquad \text{(Equation 1)}$$

$DA_{event}$ = absorbed dose per event (mg/cm²-event)
$K_p$ = permeability coefficient in water, cm/hr

---

[48] December 09, 2021 Deposition, pg. 95, 17-24; pg. 96, 8-11; PFS. Page 8: Section VII.
[49] December 09, 2021 Deposition, pg. 96, 8-11
[50] December 09, 2021 Deposition, pg. 101, 1-9
[51] December 09, 2021 Deposition, pg. 99, 5-13
[52] December 09, 2021 Deposition, pg. 100, 19-24
[53] December 09, 2021 Deposition, pg. 101, 5-7
[54] December 09, 2021 Deposition, pg. 90, 19-23
[55] December 09, 2021 Deposition, pg. 101, 24-25, pg. 102, 1-9
[56] December 09, 2021 Deposition, pg. 83, 4-10,  pg. 97, 6-8, pg. 101, 18-23
[57] December 09, 2021 Deposition, pg. 83, 11-12

$C_w$ = concentration of the substance in water, mg/cm$^3$
$t_{event}$ = duration of event, hr/event

This model applies a permeability coefficient ($K_p$), which can be derived using the $K_{ow}$ and the molecular weight or determined experimental (Keil, 2009). As stated above, the $K_{ow}$ represents the ratio of the concentration of the solute (or chemical) in octanol as compared to the concentration observed in water, which is ultimately a measure of hydrophilicity or hydrophobicity. This ratio is typically expressed in the logarithmic form where negative values suggest that glyphosate is hydrophilic (positive values indicate hydrophobicity).

To determine the experimental $K_p$, the flux (mass of glyphosate/cm$^2$ of skin/time) is calculated from the linear part of a penetration curve (absorption of glyphosate versus time). This curve is generated by data using an *in vitro* system. Nielsen et al. characterized the percutaneous penetration of glyphosate (4 mg/ml; 424 μg/cm$^2$ of skin) using static diffusion cell with human skin samples (thickness ranging from 0.7 to 0.9 mm). From this experiment, the maximal flux of 23.6 ng/cm$^2$-h was estimated, and in turn, yielded a $K_p$ value of 0.059 μm/hr. As compared to eight other test compounds (e.g., carbamates and organophosphates) in this study, the permeability coefficient of glyphosate was the lowest observed by several orders of magnitude.

Once established, the permeability coefficient can be used to calculate the flux and the dermal absorbed dose rate per event based on different concentrations. For example, the permeability coefficient multiplied by the concentration of glyphosate on the skin yields flux (mass of glyphosate/cm$^2$ of skin/time). As stated above, the plaintiff testified that she used both a concentrate and ready-to-use mix but could not remember the product names. Based on Ms. Salas' years of use, she most likely used Roundup Weed and Grass Killer (ready-mix) and Roundup Weed and Grass Killer (Concentrate Plus) – using the concentrate more often[58]. The concentration of glyphosate isopropylamine salt in the ready-mix and concentrate was 2% and 18%, respectively. These concentrations are expressed as a percent weight-to-weight – i.e., weight of the active ingredient to the weight of the liquid. This percent was converted to a mass concentration (mg/cm$^3$) to yield the appropriate units to determine the flux. The amount of active ingredient, or glyphosate acid, was determined in each product using Equations 2, 3:

Amount of glyphosate isopropylamine salt = %[1] x Density of the Product[2]          (Equation 2)

      [1] represents % as reported on the label
      [2] represents the product density as reported on the safety data sheet

Amount of glyphosate isopropylamine salt in the ready-mix Roundup:

- 2% x 1.0252 grams/cm$^3$ = 0.020 grams/cm$^3$
- 0.020 grams/cm$^3$ x 1000 milligram(mg)/1 gram= 20 mg/cm$^3$

** 1 gram is equal to 1000 mg

---

[58] December 09, 2021 Deposition, pg. 95, 9-13

Amount of glyphosate isoproplyamine salt in the concentrate Roundup:

- 18% x 1.0775 grams/cm$^3$ = 0.194 grams/cm$^3$
- 0.194 grams/cm$^3$ x 1000 milligram(mg)/1 gram= 194 mg/cm$^3$

** 1 gram is equal to 1000 mg

Amount of glyphosate acid = amount of glyphosate isopropylamine salt/1.35[1]          (Equation 3)

[1] represents the conversion factor based on the 1.35x difference between the molecular weight of the glyphosate isopropylamine salt (228.19 g/mol) and glyphosate acid (169.07 g/mol)

- Amount of glyphosate acid in the ready-mix Roundup = 15 mg/cm$^3$ (20/1.35)

- Amount of glyphosate acid in the concentrate Roundup = 144 mg/cm$^3$ (194/1.35)

Depending on the purpose, different volumes of the concentrate Roundup can be mixed with water. The plaintiff testified that she followed the instructions for mixing the concentrate with water[59]. The label on the container for the Roundup Weed and Grass Killer (Concentrate Plus) recommends using 6 fluid ounces of product for best results. To provide a conservative estimate of the plaintiff's exposure, it was assumed that 6 fluid ounces was mixed with 1 gallon of water as this is the highest volume of the product that's recommended on the label. The final concentration of the glyphosate after mixing 6 fluid ounces in 1 gallon of water was determined using the following equation:

$$\text{Concentration}_1 \times \text{Volume}_1 = \text{Concentration}_2 \times \text{Volume}_2 \qquad \text{(Equation 4)}$$

where Concentration 1 (C1) represents the starting concentration of the concentrate Roundup, Volume 1 (V1) represents the starting volume of concentrate Roundup, Concentration 2 (C2) represents the final concentration of the concentrate Roundup, and Volume 2 (V2) represents the final volume of the product after mixing with water

To determine C2, Equation 4 was used as follows:

- 144 mg/ml[1] x 177 ml[2] = C2[3] x 3962 ml[4]

[1] represents the concentration of glyphosate acid in the container (C1; see Conversion 1)

[2] represents the volume (V1) used from the container – 6 fluid ounces converted to ml

(1 oz = 29.5 ml; 6 oz x 29.5 ml /oz = 177 ml)

[3] represents the final concentration of the product to be applied (C2)

---

[59] December 09, 2021 Deposition, pg. 44, 2-10

[4] represents the final volume of product after adding water (V2)

(1 gallon of water is equal to 3,785 ml; according to the label, the concentrate is added to a gallon of water; the total volume is the sum of 3785 ml + 177 ml = 3962 ml)

**The final concentration (C2) is 6.4 mg/ml; or 6.4 mg/cm³**

\* cm³ is equal to 1 ml

The dermal absorbed dose per event (mg/ cm²-event; Equation 1) is a key input variable in the dermal exposure estimation model for determining average daily dose (Equation 5).

$$\text{ADD} = \frac{\text{DA}_{event} \times \text{EV} \times \text{EF} \times \text{ED} \times \text{SA}}{\text{BW} \times \text{AT}} \qquad \text{(Equation 5)}$$

ADD= average daily dose (mg/kg-day)
$\text{DA}_{event}$= absorbed dose per event (mg/cm²-event)
EV= event frequency (events/day)
EF = exposure frequency (days/year)
ED= exposure duration (years)
$\text{SA}^{1}$ = skin surface area available for contact (cm²)
BW = body weight (kg)
AT = average time (days)

[1] The surface area of skin exposed to glyphosate was based on the activity and tasks performed by the plaintiff.

**Plaintiff-specific exposure reconstruction**

The exposure reconstruction was performed on the plaintiff's use of Roundup Weed and Grass Killer (ready-mix) and Roundup Weed and Grass Killer (Concentrate Plus) for a total of 10 years. It should be noted that Ms. Salas' use was approximately 8 years based on her testimony during her deposition. However, to generate a worst-case exposure and dose estimate, I relied on the plaintiff fact sheet instead. In this document, the plaintiff reported 10 years of use. Based on the plaintiff's testimony, it is unclear if she used both the ready-mix and the concentrate products interchangeably across those 10 years of use. To estimate the plaintiff's dose, I used a model presented in *Mathematical Models for Estimating Occupational Exposure to Chemicals*, which is a publication by the American Industrial Hygiene Association.

 This model integrates plaintiff's frequency and duration (see subsections: A, B, C, D, E) of glyphosate use, as well as:

-   bodyweight of the plaintiff (F)
-   the max surface area of plaintiff's skin that was potentially exposed (G)
-   experimentally-derived permeability coefficient (H)

Schaeffer Occupational Health Associates, LLC
Expert Report
Case Number: MDL No. 3:16-md-02741-VC (Salas)

- concentration of glyphosate (I)

**A.  EV= event frequency (events/day):**

- 1 event per day

**B.  EF = exposure frequency (days/year):**

- 52 days/year (total)

The exposure frequency is based on the testimony from the plaintiff indicating that she applied Roundup 1 day per week across the entire calendar year at various locations. The plaintiff indicated that she may have used the concentrate more than the ready-mix towards the end of her Roundup use. The magnitude and duration of this increase were unclear. As such, it was assumed that she used the ready-mix for 26 days/year and the concentrate for the other 26 days/year.

* this represents a conservative input value as it is unlikely that Roundup would have been applied on a weekly basis across the calendar year. The plaintiff also testified that she most likely did not apply Roundup every week all year long[60].

**C.  ED= exposure duration (years):**

- 10 years: Roundup Weed and Grass Killer (Ready-to-use and Concentrate Plus)

The exposure duration is based on the PFS from the plaintiff indicating that she started applying Roundup in 2004 and then stopped in 2014.

**D.  AT = average time (days):**

Roundup Weed and Grass Killer (Ready-to-use and Concentrate Plus):
- 10 years
- 3,650 days** (10 years x 365 days)

**this represents the total number of days the plaintiff applied Roundup based on her testimony

**E.  $t_{event}$ = duration of event, hr/event:**

Mixing:

- 0.25 hr/event

Application:

- 4 hr/event *

---

[60] December 09, 2021 Deposition, pg. 75, 10-15

* this represents a conservative input value to apply across the plaintiff's 10 years of use. The plaintiff indicated that her application may take the 'whole morning'[61]. Because start and stop times were not identified – it was assumed that she started at 8a and finished by 12p. Additionally, in the event that the plaintiff was exposed to Roundup, it is unlikely that there was immediate deposition on the skin at the onset of each event and that deposition would be consistent and complete for the entirety of the event time. However, the use of 4 hr as a duration for each application was determined from Ms. Salas' testimony and provides a worst-case estimate of exposure and dose.

## F.  BW = body weight (kg):

-   190 lb*
-   86.4 kg**

* the weight used in the dermal exposure model was 190 lb, which was in her medical report from 21Dec18.

** 1kg is equal to 2.2 lb

## G.  SA = skin surface area available for contact (cm²):

Based on Ms. Salas' testimony and her use pattern of Roundup, her exposure to glyphosate was most likely localized to her lower legs. This is consistent with the exposure science literature. For example, Lavy et al. observed that the ankles and thighs among nursery workers received the largest amount of glyphosate among nursery workers received the plaintiff described that her arms may have been exposed if the spray drifted due to a gust of wind[62]. This model does not include the surface areas of the arms. To further support this decision, Lavy et al. also observed that only 1.1% of glyphosate exposure occurred on the forearms. Based on this empirical data/evidence, the arms are not considered a major body part that is typically exposed. If an exposure (or exposures) to the arms occurred, there was adequate coverage of exposed skin to estimate a worst-case dose (see below).

The surface area (cm²) was computed for the feet, legs, and one hand (based on testimony[63]) using the U.S. EPA's Exposure Factors Handbook (EPA, 2011). The value used for the surface area of each body part represents the 95th percentile of surface area of skin based on observations/measurements collected. Hence, the use of this max surface area represents another conservative input, especially as it assumes that there is uniform distribution of the product to this area. It is unlikely that an exposure covered the entire surface area of the specified body part. The body surface area included in this model was not adjusted as the plaintiff did not wear protective clothing.

Exposed surface areas during mixing and application are summarized below:

---

[61] December 09, 2021 Deposition, pg. 76, 2-11
[62] December 09, 2021 Deposition, pg. 44, 2-10
[63] December 09, 2021 Deposition, pg. 45, 3-5

- **Mixing:**

    Surface area of exposed hand:

    - o   Hands (unadjusted surface area; total for two hands): 1060 cm²

    - o   Hands (adjusted surface area; one hand): 530 cm²

    - o   Hands (adjusted surface area; ¼ total area of one hand): 133 cm²

    Total dermal contact surface (mixing): 133 cm²

- **Application:**

    Surface area of exposed feet:

    - o   Feet (unadjusted surface area; total): 1460 cm²

    - o   Feet (adjusted surface area; top half): 730 cm²

    Surface area of exposed legs:

    - o   Legs (unadjusted surface area of lower legs; total): 2860 cm²

    - o   Legs (adjusted surface area; front half of lower legs): 1430 cm²

    Surface area of exposed hands:

    - o   Hands (unadjusted surface area; total): 1060 cm²

    - o   Hands (adjusted surface area; front half of one hand): 265 cm²

    Total dermal contact surface: 2425cm² (730 + 1430 + 265 cm²)

## H.  $K_p$ = permeability coefficient in water, cm/hr:

-   5.9 x $10^{-6}$ cm/hr (Nielsen et al. 2009)

Schaeffer Occupational Health Associates, LLC
Expert Report
Case Number: MDL No. 3:16-md-02741-VC (Salas)

## I.  $C_w$ = concentration of the substance in water, mg/cm³:

| **Ready-mix Roundup (No Mixing):** | **Concentrate Roundup (Starting Concentration):** | **Concentrate Roundup (Final Concentration):** |
|---|---|---|
| -   15 mg/cm³ * | -   144 mg/cm³ ** | -   6.4 mg/cm³ ** |

* this represents the concentration of glyphosate acid in the ready-mix Roundup product that the plaintiff most likely used for 10 years

** this represents the concentration of glyphosate acid in the concentrate Roundup product (before mixing) that the plaintiff most likely used for 10 years

*** this represents the concentration of glyphosate acid in the concentrate Roundup product (after mixing) that the plaintiff most likely used for 10 years

## Calculations

## 1.  Absorbed dose per event:

Based on the Roundup product used by the plaintiff, her estimated application time, and the permeability coefficient of glyphosate (derived experimentally by Nielsen et al. 2009), the absorbed dose per event was determined using Equation 1:

$$DA_{event} = K_p \times C_w \times t_{event}$$

## Application:

### 1a. Ready-mix Roundup:

$DA_{event} = 5.9 \times 10^{-6}$ cm/hr * 15 mg/cm³ * 4 hr/event

| $DA_{event1} =$  0.00035 mg/cm²-event |
|---|

### 1b. Concentrate Roundup:

$DA_{event} = 5.9 \times 10^{-6}$ cm/hr * 6.4 mg/cm³ * 4 hr/event

| $DA_{event2} =$  0.00015 mg/cm²-event |
|---|

**Mixing**:

1c. Mixing Concentrate Roundup:

$DA_{event}$ = 5.9 x $10^{-6}$ cm/hr * 144 mg/cm³ *0.25 hr/event

> $DA_{event3}$ = 0.0002 mg/cm²-event

## 2.  Maximum dose per event:

The maximum dose per event was estimated using the DAevent equation with two additional input variables: surface area and body weight to determine a bodyweight-adjusted dose of glyphosate that is specific to the plaintiff per event frequency (i.e., 1 time per application day).

Maximum dose per event = $\dfrac{K_p \text{ x } C_w \text{ x } t_{event} \text{ x SA}}{EV * BW}$

2a. Ready-mix Roundup during application:

Maximum dose per event = $\dfrac{5.9 \text{ x } 10^{-6} \text{ cm/hr } * 15 \text{ mg/cm³ } * 4 \text{ hr/event x } 2425 \text{ cm}^2}{86.4 \text{ kg } * 1 \text{ application event/day}}$

Maximum dose per event = 0.86 mg/ 86.4 kg/day

> Maximum dose per event = 0.01 mg/kg/day; or 0.86 mg/day

2b. Concentrate Roundup during application:

Maximum dose per event = $\dfrac{5.9 \text{ x } 10^{-6} \text{ cm/hr } * 6.4 \text{ mg/cm³ } * 4 \text{ hr/event x } 2425 \text{ cm}^2}{86.4 \text{ kg } * 1 \text{ application event/day}}$

Maximum dose per event = 0.37 mg/ 86.4 kg/day

> Maximum dose per event = 0.004 mg/kg/day; or 0.37 mg/day

2b. Concentrate Roundup during mixing:

Maximum dose per event = $\dfrac{5.9 \text{ x } 10^{-6} \text{ cm/hr } * 144 \text{ mg/cm³ } * 0.25 \text{ hr/event x } 133 \text{ cm}^2}{86.4 \text{ kg } * 1 \text{ application event/day}}$

Maximum dose per event = 0.028 mg/86.4 kg/day

> Maximum dose per event = 0.0003 mg/kg/day; or, 0.028 mg/day

### 2c. Concentrate Roundup during mixing and spraying:

The plaintiff's maximum daily dose of the concentrate Roundup is the sum of the dose associated with mixing and applying the product:

Maximum dose per event =

$$\frac{(5.9 \times 10^{-6} cm/hr * 6.4 mg/cm^3 * 4 \ hr/event \ x \ 2425 \ cm^2) + (5.9 \times 10^{-6} \ cm/hr * 144 mg/cm^3 * 0.25 hr/event \ x \ 133 \ cm^2)}{86.4 \ kg * 1 \ application \ event/day}$$

Maximum dose per concentrate event = 0.40 mg/86.4 kg/day

> Maximum dose per event = 0.005 mg/kg/day; or, 0.40 mg/day

### 3. Average Daily Dose:

### 3a. Ready-mix Roundup during application

$$ADD = \frac{(DA \ event_1 \ x \ EV_1 \ x \ ED_1 \ x \ EF_1 \ x \ SA_1)}{BW \ x \ AT}$$

DAevent1= 0.00035 mg/cm²-event
EV = 1 event/day
ED1 = 10 years
EF1 = 26 days/year
SA = 2425 cm²
BW = 86.4 kg
AT = 3650 days

$$ADD = \frac{(0.00035 \ mg/cm^2\text{-}event * 1 \ event/day \ x \ 10 \ years \ x \ 26 \ days/year \ x \ 2425 \ cm^2)}{86.4 \ kg \ x \ 3650 \ days}$$

$$ADD = \frac{223 \ mg}{315360 \ kg\text{-}day}$$

> ADD1 = 0.0007 mg/kg-day

Schaeffer Occupational Health Associates, LLC
Expert Report
Case Number: MDL No. 3:16-md-02741-VC (Salas)

### 3b. Concentrate Roundup during application:

$$\text{ADD} = \frac{(DA_{event2} \times EV2 \times ED2 \times EF2 \times SA2)}{BW \times AT}$$

$DA_{event2}$ = 0.00015 mg/cm²-event
EV = 1 event/day
ED2 = 10 years
EF2 = 26 days/year
SA = 2425 cm²
BW = 86.4 kg
AT = 3650 days

$$\text{ADD} = \frac{(0.00015 \text{ mg/cm}^2\text{-event}^* \text{ 1 event/day} \times 10 \text{ years} \times 26 \text{ days/year} \times 2425 \text{ cm}^2)}{86.4 \text{ kg} \times 3650 \text{ days}}$$

$$\text{ADD} = \frac{95 \text{ mg}}{315360 \text{ kg-day}}$$

ADD2 = 0.0003 mg/kg-day

### 3c. Concentrate Roundup during mixing:

$$\text{ADD} = \frac{(DA_{event1_3} \times EV3 \times ED3 \times EF3 \times SA3)}{BW \times AT}$$

$DA_{event3}$ = 0.0002 mg/cm²-event
EV3 = 1 event/day
ED3 = 10 years
EF3 = 26 days/year
SA3 = 133 cm²
BW = 86.4 kg
AT = 3650 days

$$\frac{(0.0002 \text{ mg/cm}^2\text{-event} * \text{ 1 event/day} * 10 \text{ years} \times 26 \text{ days/year} \times 133 \text{ cm}^2)}{86.4 \text{ kg} \times 3650 \text{ days}}$$

$$\text{ADD} = \frac{7 \text{ mg}}{315360 \text{ kg-day}}$$

ADD3 = 0.00002 mg/kg-day

3c. Ready-mix + Concentrate application + Concentrate mixing:

The average daily dose from exposure to ready-mix (ADD1) and concentrate Roundup, which includes applying (ADD2) and mixing (ADD3),  was calculated using the following equation:

$$ADDtotal: ADD1+ADD2+ADD3$$

This ADD is representative of the plaintiff's exposure from using both products across 10 years.

$$ADDtotal =  0.001 \text{ mg/kg-day}$$

$$\boxed{ADD = 0.001 \text{ mg/kg-day; or } 0.089 \text{ mg/day}}$$

## XIII. Conclusion

Dermal exposure assessments can be qualitative or quantitative based on the information and data that are available. I evaluated the plaintiff's exposure and dose of glyphosate using a quantitative model adapted from  the *Mathematical Models for Estimating Occupational Exposure to Chemicals* – a publication by the American Industrial Hygiene Association. The outputs from this model included:

- - Absorbed dose per event
- - Maximum dose per event
- - Average daily dose

During the deposition, Ms. Salas described her glyphosate use, which included mixing and applying the product at two different properties in Key Largo, Florida. Exposure and dose were reconstructed using plaintiff-specific variables such as body weight, body surface area, application frequency and duration. Additionally, I relied on other values reported in peer-review journal articles and technical reports to complete the exposure model. Using this model, I estimated a worst-case dose of 0.001 mg/kg-day of glyphosate that the plaintiff may have experienced from applying Roundup at her property. This estimate is based on the plaintiff indicating that she switched between using Roundup Concentrate and the ready-mix Roundup over 10 years.

Ms. Salas' average daily dose of 0.001 mg/kg/day was three orders of magnitude (or >1,000x) below the EPA's Reference Dose (RfD) of 1 mg/kg/day. Further, the plaintiff's estimated dose unadjusted for bodyweight was 0.089 mg/day, which was 12x lower than the California OEHHA's NSRL of 1.1 mg/day. This dose of 0.089 mg/day was based on an application schedule of once per week, 52 weeks per year, for 10 years. Note that Ms. Salas' average daily dose was calculated based on a 10-year exposure duration as opposed to the NSRL, which is based on a daily dose for a 70-year lifetime.

In the absence of biomonitoring data that is specific to the plaintiff, this model provides an estimate of her dose. Like any study or evaluation, my estimate is subject to limitations that need

considered. I explicitly considered the data and testimony in my report and provided context regarding the validity of my estimate. Further, the average daily dose of glyphosate calculated is most likely an overestimate based on the assumptions of the dermal surface area exposed, uniform distribution of the Roundup on the dermal surface area, and the duration of the application event. Hence, I believe that this calculation and assessment provide a better representation of the plaintiff's risk of exposure and dose of glyphosate than using exposure days.

Often plaintiff's experts compare the plaintiff's exposure days to thresholds reported in the epidemiological studies conducted by McDuffie et al. and Eriksson et al. There is uncertainty regarding this assessment and how it translates to risk for NHL given the limitations of those two studies. For example, statistical bias was noted by Crump in his evaluation. Moreover, the Pahwa et. al. analysis (after adjusting for use of other chemicals) demonstrated that the association between ever glyphosate use and NHL was not statistically significant overall with no pattern of increasing risk with increasing years of use. It should be noted that multiple authors on the McDuffie et al. study were co-authors on the Pahwa et al. study. While my report does not provide an opinion as to the causes of NHL, my estimate of the plaintiff's average daily dose indicates that the plaintiff's dose did not exceed the EPA RfD or the California NSRL for glyphosate.

Signature:

Joshua W. Schaeffer, PhD, MS, CIH                    Date: 25July2022
Schaeffer Occupational Health Associates, LLC

EXHIBIT A

# JOSHUA W. SCHAEFFER
## SCHAEFFER OCCUPATIONAL HEALTH ASSOCIATES, LLC

## EDUCATION

**PhD** in **Environmental Health** (specialization in **Industrial Hygiene**), 05/2013
Colorado State University, Fort Collins, CO
> **Dissertation:** Evaluation and Resolution of Two Sampling Methods for Airborne Aromatic Diisocyante Monomers

**MS** in **Environmental Health** (specialization in **Toxicology**), 05/2008
Colorado State University, Fort Collins, CO
> **Comprehensive examination**

**PhD Student** in **Nutritional Biochemistry and Metabolism**, 08/2006 – 06/2007
Case Western University School of Medicine, Cleveland, OH
> **Research topic:** Characterizing Metabolic Pathways in VLCAD Knockout Mice Using Metabolic $^2$H Labeling and Mass Spectrometry

**BA** in **Biochemistry**, 05/2001
The College of Wooster, Wooster, OH
> **Thesis:** The Synthesis of 1-(4-Mercaptopheynl)-1,1-di-(4-hydroxyphenyl)ethane (MDHE) Template Molecule for the Development of a Molecularly Imprinted sol-gel-based Chemical Sensor for the Quantitation of DDT (1,1-bis(4chlorophenyl)-2,2,2-trichloroethane)

## PROFESSIONAL CERTIFICATION

**Certified Industrial Hygienist** #11376                                                                                    2017-present

## PROFESSIONAL EXPERIENCE

**Associate Professor,** Occupational and Environmental Health                                   2022 – present
> Department of Environmental and Occupational Health, Colorado School of Public Health, Aurora, CO

**Associate Professor,** Occupational and Environmental Health                                   2022 – present
> Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

**Director**, Environmental Public Health Concentration, Undergraduate Program in       2020– present
Biomedical Sciences, Department of Environmental and Radiological Health Sciences, Colorado State University

**Associate Department Head for Undergraduate Education**,                                        2020– present
Department of Environmental and Radiological Health Sciences, Colorado State University

**Assistant Professor,** Occupational and Environmental Health                                     2015 – present
> Department of Environmental and Occupational Health, Colorado School of Public Health, Aurora, CO

**Assistant Professor,** Occupational and Environmental Health                                     2015 – present
> Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

**Postdoctoral Fellow,** Occupational and Environmental Health                                    2013 – present
> Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

**Research Associate II,** Occupational and Environmental Health                                  2012 – present
> Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

**Industrial Hygienist (Researcher and Consultant),** Department of Medicine            2011 – 2012
> Division of Occupational and Environmental Sciences, National Jewish Health, Denver, CO

**Researcher/Consultant,** Toxicology Associates, Denver, CO                                        2011

**Industrial Hygiene (Consultant),** Art School League of Denver, Denver, CO      2009 – 2011

**Research Assistant,** Center of Environmental Medicine      2007 – 2008

   Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

**Laboratory Director,** Chematox Laboratory, Inc. Boulder, CO      2002 – 2006

## HONORS AND AWARDS

- ➢ Diploma of Excellence, Teaching at Gheorghe Asachi Technical University (Iasi, Romania)      2018
- ➢ Keynote Speaker at the AIHA Rocky Mountain Section Fall Tech Conference, 2010
- ➢ Jerry Lynch Memorial Scholarship, The American Industrial Hygiene Foundation, 2010
- ➢ Environmental Health Sciences Outstanding Graduate Student Award, Colorado State University, 2009 – 2010
- ➢ James D. Defield Memorial Scholarship Recipient, Colorado State University, 2009
- ➢ CDC/NIOSH Mountain and Plains Education Research Center Trainee in Industrial Hygiene, 2008 – 2010

## PROFESSIONAL AFFILIATIONS

Colorado Environmental Health Association      2020

National Environmental Health Association      2020

International Society for Exposure Science      2017

American Thoracic Society      2017

Colorado Clinical & Translational Science (CCTSI)      2015

International Society for Computational Biology, Member      2013

American Conference of Governmental Industrial Hygienists, Member      2010

American Public Health Association, Member      2010

The American Association for the Advancement of Science, Member      2009

American Industrial Hygiene Association, Rocky Mountain Section, Member      2009

American Industrial Hygiene Association, Rocky Mountain Student Section, Member      2009

American Industrial Hygiene Association, Member      2009

## PROFESSIONAL DEVELOPMENT

**Agile Leadership Development Workshop**      2021-2022

**Write Winning NIH & NSF Grant Proposals: A virtual seminar in two parts**      Spring 2021

**Dermal Exposure Assessment Virtual Conference: Introduction to SkinPerm and Course Conclusion**      Fall 2020

**Dermal Exposure Assessment Virtual Conference: Quantitative Dermal Exposure Assessments and Use of Sampling Data in Dermal Exposure Assessments**      Fall 2020

**Dermal Exposure Assessment Virtual Conference: Qualitative Dermal Exposure Assessments and Introduction to Quantitative Dermal Exposure Assessments**      Fall 2020

**Dermal Exposure Assessment Virtual Conference: Course Welcome and Introduction to Qualitative Dermal Exposure Assessments**      Fall 2020

**Webinar: Ventilation, Surface Disinfection and PPE Considerations for the IP and IH**      Fall 2020

**Exposure Assessment Strategies and Statistics**      Fall 2020

Presenter at **CVMBS Online Teaching Boot Camp**      Fall 2020

| | |
|---|---|
| **Summer CVMBS Online Course Development Program** | 2020 |
| **Diversity, Inclusivity, and Equity Training,** The Institute for Learning and Teaching Colorado State University | Spring 2019 |
| **Teaching Squares Peer Observation Program,** The Institute for Learning and Teaching Colorado State University | Fall 2018 |
| **Science Teaching Fellow,** Mobile Summer Institute on Scientific Teaching National Science Foundation, National Academy of Sciences, Howard Hughes Medical Institute, Helmsley Charitable Trust | Summer 2018-present |
| **Best Practices in Teaching**, Academy for Teaching and Learning, College of Veterinary and Biomedical Sciences, Colorado State University | Spring 2018 |
| **Education Seminar Series**, Academy for Teaching and Learning, College of Veterinary and Biomedical Sciences, Colorado State University | Spring 2017 |

> ➢ *Using Screen Sharing Software to Strengthen Student Interactions in the Classroom* (April 24)
> ➢ *Maximizing the Use of Canvas in Your Course* (March 6)

## PROFESSIONAL SERVICES AND COMMITTEES

### Regional, National, and International Service

| | |
|---|---|
| **Representative,** College of Veterinary Medicine and Biomedical Sciences, Teaching and Learning Committee, Colorado State University | 2021- |
| **Member,** Virtual Reality Initiative Advisory Board, Colorado State University, | 2021- |
| **Alternate Representative**, College of Veterinary Medicine and Biomedical Sciences, Occupational Health Committee Colorado State University, | 2017- |
| **External reviewer** for the College of Medicine Research Awards, the University of Saskatchewan | 2020 |
| **Member**, Biomedical Curriculum Committee, College of Veterinary Medicine and Biomedical Sciences | 2020-present |
| **Chair**, Undergraduate Education Committee, Department of Environmental and Radiological Health Sciences, | 2020-present |
| **Member**, Graduate Education Committee, Department of Environmental and Radiological Health Sciences, | 2020-present |
| **Past Chair**, Biosafety and Environmental Microbiology Committee, AIHA | 2020-2021 |
| **Chair**, Biosafety and Environmental Microbiology Committee, AIHA | 2019-2020 |
| **Vice Chair**, Biosafety and Environmental Microbiology Committee, AIHA | 2018-2019 |
| **Planning Committee,** Assembly on Environmental, Occupational, and Population Health, American Thoracic Society | 2017-present |
| **Committee Member,** Assembly on Environmental, Occupational, and Population Health, American Thoracic Society | 2017-present |
| **Committee Member,** Environmental and Radiological Health Sciences Undergraduate Education Committee | 2017-present |
| **Secretary**, Biosafety and Environmental Microbiology Committee, AIHA | 2017-2020 |
| **Director**, Research and Emerging Issues for the High Plains Intermountain Center for Agricultural Health and Safety | 2016-2021 |

**Peer-Review Publication**
1. Journal of Nanoparticle Research
2. Environmental Research
3. Scientific Reports
4. Science of the Total Environment

**Grant reviewer** for the Southwest Center for Occupational and Environmental Health Pilot Proposals
2016-present

**Grant reviewer** for the High Plains Intermountain Center for Agricultural Health and Safety Pilot Proposals
2015-present

**Co-Chair** of the Microbial Sequencing and Bioinformatics Workshop at Colorado State University, Fort Collins, CO, 04/2015
➢ A hands-on approach to high-throughput DNA sequencing, bioinformatics pipelines and data analysis to address research questions related to animal, environmental, and human health.

**Co-Chair** of the 6th Annual Public Health Symposium at Colorado State University — Microbial Ecology in a Changing World: Emerging Issues in Antimicrobial Resistance, Fort Collins, CO, 04/2015

**Planning Committee Co-Chair** for International Dairy Research Consortium Workshop, at the 7th International Symposium for Safety & Health in Agricultural & Rural Populations: Global Perspectives, Saskatoon, SK, 10/2014

**Member** of International Dairy Research Consortium to collaborate on research and outreach projects to improve the health and safety among dairy workers internationally

**Delegate** of Colorado Marijuana Health & Safety Workgroup at Colorado Department of Public Health and Environment, 2014 – present

➢ *A multi-disciplinary and interagency work group: addressing occupational and public health issues in the Colorado marijuana industry; identifying emerging trends and issues; engaging stakeholders; developing best practices; and disseminating technical and general knowledge through written and oral communications.*

➢ **Co-chair** of Occupational Health Sub-Committee, 2014 – present

➢ **Member** of Existing Knowledge Sub-Committee, 2014 – 2015

**Director** of International Affairs Committee, American Industrial Hygiene Association Rocky Mountain Section, 2011 – present

**Industrial Hygiene Student Representative** to the Association of University Programs in Occupational Health and Safety, 2011
*Educated US Senate and Congressional offices about the importance of occupational safety and health research and education.*

The AIHA RMS International Committee **Representative** and **Workshop Presenter** at Technical University Gheorghe Asachi, Iasi, Romania, 2011
*Presented a three-day occupational and environmental health fundamentals workshop on toxic metal exposures and controls.*

**Chair** of the Occupational and Environmental Health Session at ISSIM 2011 Congress, Technical University Gheorghe Asachi, Iasi, Romania, 2011

**International Chair**, AIHA Rocky Mountain Student Section, 2011

**Interdisciplinary Research Coordinator**, Mountain and Plains Education Research Center, 2011

**Outreach Activity Correspondent**, Mountain and Plains Education Research Center, 2010 – 2011

**Guest Member**, Students and Early Career Professionals Volunteer Group, American Industrial Hygiene Association, 2010 – 2011

**Vice Chair**, American Industrial Hygiene Association Student Local Section Council, 2010-2011

**Newsletter Editor**, American Industrial Hygiene Association, Rocky Mountain Student Section, 2009 – 2010

**Industrial Hygiene Student Representative**, Mountain and Plains Education Research Center, Development of Interdisciplinary Symposium, 2009 – 2010

**Environmental and Radiological Health Sciences Representative**, College of Veterinary Medicine and Biomedical Sciences Research Day Planning Committee, Colorado State University, 2009 – 2010

**Student Representative of Graduate Education and Affairs Committee,** Department of Environmental and Radiological Health Sciences, Colorado State University, 2009 – 2010

**Coordinator**, Interdisciplinary Collaboration Project with Colorado State University OSHA Consultation Program on a National Emphasis Program for Lead Exposures in Local Indoor Firing Ranges, 2009

**President**, American Industrial Hygiene Association Rocky Mountain, Student Section, 2009 – 2011

National Student Section of the Year 2010

**Chair** of Mountain and Plains Education Research Center Practicum, "Multi-disciplinary Approach to Worker Health and Safety" in Problem Based Learning in Occupational and Environmental Health, 2009

## TEACHING EXPERIENCE

**Instructor,** Colorado State University                                          Fall 2020-present
Introduction to Biomedical Sciences (VMBS 100, 3 credits)

**Instructor,** Colorado State University                                          Spring 2020-present
  Introduction to Environmental Health (ERHS 230, 3 credits)

**Instructor,** Colorado State University                                          Spring 2018-present
  Introduction to Environmental Health (ERHS 220, 3 credits)

**Instructor,** Colorado State University                                          Fall 2016-present
  Industrial Hygiene and Air Pollution (ERHS 350, 3 credits)

**Co-Instructor,** Colorado State University
Environmental Health Field Methods (ERHS 230, 3 credits)                          Fall 2016-present
Environmental Health Field Methods (ERHS 230, 3 credits)                          Spring 2017-present
Environment, Safety, and Health Management (ERHS 580A2, 3 credits)                          Fall 2010
    *Co-developer of course
    Lectures Presented: "DOT Overview," "DOT: Marking Packages," "DOT: Classifying Hazardous Materials," "DOT: Completing Manifests," and "DOT: Preparing Shipments"

**Guest Lecturer,** Colorado State University
"Silica Exposures and Health Effects" in Environmental Toxicology (ERHS 446; Fall 2021)

"Introduction to Exposure Science" in Introduction to Environmental Health (ERHS 220; Fall 2020)

"Occupational Health and Safety" in Introduction to Environmental Health (ERHS 220; Fall 2020)

"The Air We Breathe: An Introduction to Air Quality" in Environmental Toxicology (ERHS 446), Fall 2019

"Occupational Dermatoses" in Toxicological Pathology (ERHS 603), Fall 2019

    "Aromatic Diisocyanate Monomers: Toxicology, Sensitization, and Occupational Asthma" in Industrial Toxicology (ERHS 504), Spring 2014, 2018, 2020, 2022

    "Occupational Dermatoses" in Industrial Hygiene (ERHS 526), Fall 2009, 2010, 2012

    "Occupational Dermatoses" in Advanced Occupational Health (ERHS 536), Spring 2010

    "Noise Measurement: Interpretation" in Occupational Noise Control (ERHS 656), Fall 2009

    "Environmental Noise" in Occupational Noise Control (ERHS 656), Fall 2009

"Gas Chromatography Principles" in Environmental Toxicology Field Methods (ERHS 230), Spring 2008
Included Lab: "Simple Construction of Gas Chromatograph for Detection of Halocarbon Compounds"

## Student Committees and Mentoring

### Current Students (Undergraduate Research)

Veronica Neujahr
Research Topic: *Particulate Matter Exposures and Kidney Injury/ Sugarcane Workers and Chronic Kidney Disease of Unknown Origin*

Yin Htin Wang
Research Topic: *Collaborative Health Research on the Microbiome and the Environment (CHROME*)

Michael Desch
Research Topic: *Collaborative Health Research on the Microbiome and the Environment (CHROME*)

### Graduated Undergraduate Students

Jordan Lesansee
Research Topic: Particulate Matter Exposures and Kidney Injury/ Sugarcane Workers and Chronic Kidney Disease of Unknown Origin

Monica Ortiz
Research Topic: After the Flood: Investigating the health consequences of mold growth in homes damaged during Hurricane Harvey

Thomas Griffin (Undergraduate Honor's Thesis)
Title*: Using a GIS Approach to Assess Antimicrobial Resistance in a Dairy Setting*

Coral Isaacs
Research Topic: Air-Liquid Interface Culture for Assessing Bioaerosol-Induced Airway Inflammation
Internship: Indoor Air Quality in Elementary Schools

➢ High Honors at the Environmental Health, 2018 Celebrate Undergraduate Research and Creativity Symposium (CURC)

Zachary Johnson
Research Topic: *Collaborative Health Research on the Microbiome and the Environment (CHROME*)

Zac Frieband
Research Topic: *The Public Health Application of Mindfulness, Meditation, and Virtual Reality: A Literature Review with Emphasis on the Default Mode Network*

Aly Dressler
Research Topic: *Collaborative Health Research on the Microbiome and the Environment (CHROME)*

Annie Wickum
Research Topic: *Hypertonic Saline Nasal Lavage: An Intervention for Bioaerosol-Exposed Dairy Workers*

Anam Riaz (University of Punjab, Lahore, Pakistan)
Research Topic: *Collaborative Health Research on the Microbiome and the Environment (CHROME*)

Devin Clark
Research Topic: Lung Microbiome and Exhaled Breath

Emily Cunis (Undergraduate Honor's Thesis)
Title: *Children's Community Outreach Safety and Wellness Activity Book*

Nolan Green
Research Topic: *Collaborative Health Research on the Microbiome and the Environment (CHROME*)

Peter Seel (Undergraduate Honor's Thesis)
Title: *Analysis of Antimicrobial Resistance and Local Resistome at a Colorado Dairy Farm*

Laura Krause (Undergraduate Honor's Thesis)
Title: *Bacterial preservation during air sampling of culturable bioaerosols*

➢ High Honors at the Environmental Health, 2014 Celebrate Undergraduate Research and Creativity Symposium (CURC)

**Current Students (Graduate)**

Carly Chesterman: Toxicology
Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Committee Member

Alissa Threatt: Toxicology
Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Committee Member

Casey McDermott: Toxicology
Doctor of Philosophy, Environmental and Radiological Health Sciences, Colorado State University
Role: Committee Member

Mollie Murphy: Environmental Health (specialization in Industrial Hygiene)
Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Advisor

Colton Castro: Environmental Health (specialization in Industrial Hygiene)
Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Advisor

George Peterson: Environmental Health (specialization in Industrial Hygiene)
Doctor of Philosophy, Environmental and Radiological Health Sciences, Colorado State University
Role: Advisor

Jessica Nunez: Environmental Health (specialization in Industrial Hygiene)
Title: *Carriage of MRSA Among Dairy Farm Workers in the High Plains*
Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Advisor

Grant Erlandson: Environmental Health (specialization in Industrial Hygiene)
Title: *Hypertonic Saline Rinse and its Effect on Nasal Inflammation and Microbiome in Dairy Workers*
Doctor of Philosophy, Environmental and Radiological Health Sciences, Colorado State University
Role: Advisor

James Seidel: Environmental Health (specialization in Industrial Hygiene)
Title: *Effects of a Nasal Lavage Intervention on Pulmonary Function Among Dairy Workers*
Doctor of Philosophy, Environmental and Radiological Health Sciences, Colorado State University
Role: Advisor

Jessica Drapcho: Environmental Health (specialization in Industrial Hygiene)
Plan A, currently working on EPA funded project: *Sustainable Places, Health and Education Research in Schools*
Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Co-Advisor

Lauren Massengill: Environmental Health (specialization in Industrial Hygiene)
Plan A, currently working on EPA funded project: *Sustainable Places, Health and Education Research in Schools*
Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Co-Advisor

Kyle Root: Environmental Health (specialization in Industrial Hygiene)
Title: *Sustainable Places, Health and Education Research in Schools*
Doctor of Philosophy, Environmental and Radiological Health Sciences, Colorado State University
Role: Advisor

**Graduated Graduate Students**

**2017**

Grant Erlandson: Environmental Health (specialization in Industrial Hygiene)
Plan A, currently working on EPA funded project: *Sustainable Places, Health and Education Research in Schools*

Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Advisor

Sarah Maynard: Environmental Health (specialization in Industrial Hygiene)
Plan B, Title: *A Clinical Review of Diisocyanate Exposure*
Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Co-Advisor

<u>2016</u>
Kevin Hedges: Environmental Health
Advisor: Robert Mulley
Title: *Assessment and Control of Respirable Cystalline Silica in Quarries and Dimension Stone Mills*
Doctor of Philosophy, School of Exercise and Health Sciences, Edith Cowan University (Australia).
Role: Examiner

Margaret Escobar: Environmental Health (specialization in Industrial Hygiene)
Title: *Filter Based Methods Assessment: Culturing Resistant Bacteria from Inhalable Bioaerosols*
Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Co-Advisor

Laura Krause: Environmental Health (specialization in Industrial Hygiene)
Title: *A Comparative Analysis Between the rF$C$ And LAL Endotoxin Assays for Agricultural Air Samples*
Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Co-Advisor

Chris Quinn-Vawter: Environmental Health (specialization in Industrial Hygiene)
Title: *Indoor Air Quality in Newly Constructed Green, Retro-fitted Green, and Conventionals Schools*
Master of Science, Environmental and Radiological Health Sciences, Colorado State University
Role: Co-Advisor

<u>2015</u>
Brad Stanard: Toxicology
Title: *Thresholds of Toxicological Concern (TCC) for Anticancer Compounds Derived from Mechanism-based Models for Developmental and Reproductive Toxicity Predictive Estimation and Application to Pharmaceutical Drug Development and Manufacturing Operations*
Doctor of Philosophy, Environmental and Radiological Health Sciences, Colorado State University.
Role: Committee Member

Desmond Menon: Environmental Health
Advisor: Jacques Oosthuizen
Title: *An Evaluation of Children's Exposures to Respirable Particulates, Environmental PM$_{2.5}$, PAHs, and Metal Compounds in the South West of Western Australia*
Doctor of Philosophy, School of Exercise and Health Sciences, Edith Cowan University (Australia).
Role: Examiner

## Invited Lectures and Symposia

"Agricultural Health and Safety" at the University of Colorado Anschutz Medical Campus (Colorado School of Public Health), Aurora, CO, Fall 2017

"Potential Exposures in Illegal Marijuana Grow Operations" at the AIHA-Rocky Mountain Section Lunch and Learn, Thornton, CO, Spring 2014

➢   1 contact hour for ABIH Certification Maintenance

"Microbiome of Dairy Bioaerosols and Worker Health Implications" at the Jennie Smoly Caruthers Biotechnology Building (Knight Lab), University of Colorado Boulder, CO, Summer 2013

"Introduction to Toxicological Principles and Toxic Metals" at Technical University Gheorghe, Asachi, Iasi, Romania, Spring 2011

➢   Included lectures over multiple days as part of an Industrial Hygiene Workshop

"Evaluation of Field Sampling Methods for Airborne Aromatic Diisocyanates to Accurately Determine Worker Exposure" Division of Environmental and Occupational Health Sciences at National Jewish Health, Denver, CO, Fall 2010

"Electrical Hazards: An Introduction to the Occupational Safety and Health Administration 10-hour Course to Promote Safety in the Hispanic Community" Radio Show Interview with "Dona Inez" on ¡Arriba Mi Negocio!, Denver, CO, Fall 2010

## RESEARCH ACTIVITIES

### Proposed/Pending Grant Support (with total costs)

HHS-NIH R01 (Newman), 07/01/20 – 06/30/25
Exposures and kidney health among women in Central America
The objective of this study is to identify exposures and environmental determinants to better understand the heavy burden of kidney injury among female sugarcane and non-sugarcane workers in Guatemala and Nicaragua.

### Current Grant Support

NSF (PI: Vandewoude), 2021-2026
*BII: Regional OneHealth Aerobiome Discovery Network (BROADN)*
The objective of this study was to characterize the aerobiome – i.e., composition, disturbances, physical/chemical properties, and impacts – over scales ranging from the Earth's surface to the atmosphere. I will provide expertise in occupational bioaerosol exposures, sampling and monitoring of bioaerosol samples, and data interpretation.  I will help lead occupational exposure assessments and fieldwork activity, including coordinating sampling campaigns, training the exposure assessment team.
Role: Co-Investigator

HHS-NIH-NIEHS R01 (PIs, Newman, Adgate, Schaeffer), 01/01/21 – 12/31/25
*Particulate exposure and kidney health*
The objectives of this study are to assess exposure to respirable particles among sugarcane workers in Guatemala during harvesting operations and to characterize the chemical composition of the particulate matter and identify hazardous constituents associated with kidney injury.

HHS-NIH R21 (PI, Janitz), 04/01/21 – 03/31/23
*Aeroallergens, Air Pollution and Respiratory Health in the Chickasaw Nation*
The objective of this study is to ascertain if asthma exacerbations (measured by a GPS-enabled metered-dose inhaler) are associated with elevated aeroallergens and anthropogenic air pollution.
Role: Co-Investigator

HHS-CDC-NIOSH R01 (PI, Schaeffer), 07/01/20 – 06/30/24
*Antimicrobial Resistant Bacteria: Exposures and Health of Cattle Workers*
The objective of this study is to improve knowledge of the microbiome, resistome and virome among cattle workers by using high-throughput DNA sequencing and measurements.

HHS-NIH R01 (PI, Johnson), 07/01/20 – 06/30/25
*Silica Nephropathy and Chronic Kidney Disease of Unknown Etiology*
The objective of this study is to characterize and evaluate potential mechanisms of silica- induced kidney injury using an animal model and human renal biopsies.
Role: Co-Investigator

NIEHS Time-Sensitive R21 (PI, Schaeffer), 2018-2020; NCE 2021
*After the Flood: Investigating the health consequences of mold growth in homes damaged during Hurricane Harvey*
$275,000, Role: Principal Investigator

CDC/NIOSH (PI, Reynolds and Schaeffer), 2018 – 2021
3 U54 OH008085-15S1A1
*Evaluation of the effectiveness of a nasal rinse intervention*
$1,333,453; Role: Co-Principal Investigator

## Completed Grant Support

CDC NIOSH HICAHS (PIs, Fierer and Schaeffer), 11/2017- 08/2018
*Assessment of occupational exposures to aerosolized Mycobacteria in Colorado dairy*
$25,000; Role: Co-Principle Investigator

CDC NIOSH HICAHS Emerging Issues Program 2016
*Distribution of Antibiotic-Resistant Bacteria in Bioaerosols on Colorado Dairy Farms*
$30,000; Role: Principal Investigator

CDC NIOSH HICAHS (PI, L'Orange), 11/2016-08/2017
*A Novel, Low-Cost Method for Assessing Personal Aerosol Exposures in Real-Time*
$20,000; Role: Co-Investigator

CDC NIOSH Mountain and Plains Education Research Center (PI, Tsai), 11/2016-08/2017
*Exposure Characterization and Health Effects Associated with Particles Released from Shredding Toner-Printed Paper*
*$10,000; Role: Co-Investigator*

EPA-G2013-STAR-H1
(PI, Cross), 2014 – 2018
*Sustainable Places, Health and Education Research in Schools*
$999,387; Role: Co-Investigator; Team lead for exposure assessment
                    ***Invention Disclosure Submitted***
Colorado Public Health Faculty Seed Grant (PIs Magzamen and Schaeffer), 11/2014 – 08/2015
*Multidisciplinary Approaches to Agricultural Antimicrobial Resistance and Human Health Impacts*
$20,000; Role: Co-Principal Investigator

CDC NIOSH Mountain and Plains Education and Research Center (PIs Davidson, Davidson, and Schaeffer)
T42OH009229-08, 07/2014 – 06/2015
*Microbial Sampling and Metagenomics Approaches for Workplace Exposure Studies*
$15,000; Role: Co-Principal Investigator

CDC/NIOSH, 1U01OH010840 (PIs Magzaemen, Reynolds, Schaeffer), 09/2014 – 08/2017
*Design and Evaluation of Interventions to Improve Dairy Worker Respiratory Health*
The goal of this study is develop and implement sustainable interventions that reduce microbial exposures to address health disparities and improve respiratory health in the dairy workforce.
$823,794; Role: Co-Principal Investigator

CVMBS College Research Council (PIs McConnel and Reynolds), 2014 – 2015
*Characterizing microbial community impacts on the survival and dissemination of E. coli O157:H7 on dairie s*
The goal of this study is to understand transmission dynamics of *E. coli* O157:H7 across space and time in a dairy.
$20,000; Role: Co-Investigator

HHS/CDC/NIOSH, R01OH010295-02 (PIs Volckens, Anthony, Sleeth, MPI) 07/2012 – 06/2016
*Design, Evaluation, & Validation of a Next-Generation Inhalable Aerosol Sampler*
This project will develop a low-cost, easy to use, disposable aerosol sampler for occupational exposure assessment.
$1,161,528; Role: Co-Investigator

Amazon Web Service in Education Research Grant (PI, Schaeffer), 02/2014 – 02/2016
EDU_R_FY2014_Q1_ColoradoStateU_Schaeffer
$10,000; Role: Principal Investigator

The CSU Water Center (PIs, Magzamen and Schaeffer), 11/2013 – 05/2014

*Characterizing Biological Pollutants in Agricultural Runoff at Colorado Dairies*
$25,000; Role: Co-Principal Investigator

CDC NIOSH HICAHS (PIs, Bisha, Chandler, Davidson, Schaeffer), 11/2013 – 11/2014
*Modified Bioaerosol Sampling for Presence of Viruses in Agricultural Environments*
$25,000; Role: Co-Principal Investigator
          ***Invention Disclosure Submitted***

CDC NIOSH Mountain and Plains Education Center (PI, Schaeffer), 07/2013 – 06/2014
T42OH009229-07
*Modeling and Predicting Microbiomes in Dairies: A Metagenomic Assessment of Bioaerosols*
$17,500; Role: Principal Investigator

CDC/NIOSH (PI, Reynolds), 2012 – 2016
2 U54 OH008085
*Bioaerosol Exposures and Models of Human Response in Dairies*
 $1,969,297; Role: Co-Investigator

Bureau of Justice Assistance (PI, Martyny), 10/2011 – 09/2012
2010-DJ-BX-0316
*Marijuana Grow Operation Evaluation Project*
$280,500; Role: Co-Investigator, Industrial Hygienist Research Associate II, and Operations Coordinator

CDC/NIOSH Mountain and Plains Education Center (PI, Brazile), 05/2009 – 05/2010
1T42OH009229-01
*An Evaluation of Two Toluene Diisocyanate Sampling Methods*
$8,000; Role: Co-Investigator, Doctoral Student

College of Veterinary Medicine and Biomedical Sciences College Research Council, Colorado State University
(PI, Brazile), 08/2008 – 08/2009
*Comparison of Two Methylene Bisphenyl Isocyanate Sampling Methods*
$20,000; Role: Co-Investigator, Doctoral Student
          ***Invention Disclosure Submitted***

**Un-funded Projects as PI, Co-PI, or Co-I (with total costs)**

Bertarelli Foundation (PI, Chapple), 06/01/21 - 05/31/24
*Connectivity: Hidden Pathways of Anthropogenic Contaminants in BIOT*
The goal of this project is to source and track transport of different contaminants across the western Indian Ocean and describe the effects that these contaminants have on organismal fitness and ecosystem structure and resilience.

HHS-NIH-NIAID (PI, Jathar), 07/01/21 - 06/30/23
*Studying the Size-Resolved Concentrations and Viability of SARS-CoV-2 in Human Expiratory Aerosols*
The goal of this project is to develop a method to measure size-resolved properties of viral aerosols and apply this method to characterize the viability of SARS-CoV-2 in expiratory aerosols from patients diagnosed with COVID-19.

HHS-NIH-NIAID (PI, Jathar), 2020
*Size-Resolved Concentrations and Viability of SARS-CoV-2 in Expiratory Aerosols from Animal Models*
The goal of this project was to develop a novel method to study the size-reolved viral properties of aerosols and apply this method to understand the concentrations and viability of SARS-CoV-2 aerosols shed by animal models infected with COVID-19.

NSF Small Business Innovation Research and Small Business Technology Transfer Phase 1 Program
(PIs, Jathar, Bosco-Lauth, Schaeffer), 07/01/2020 – 06/30/2022
*Rapid Identification of SARS-2 and other Viruses*

The objective of this study is to develop technology that interfaces with an existing system to identify airborne viruses in real-time.

## BIBLIOGRAPHY

**Peer-Reviewed Articled (in development)**

**Peer-Reviewed Articles**

Leibler, JH,  Abdelgadir, A, Seidel, J, White, RF, Johnson, WE, Reynolds, SJ, Gray, GC and **Schaeffer, JW**. Influenza D virus exposure among US cattle workers: A call for surveillance. *Manuscript submitted and currently under review.*

Sasai F, Rogers KL, Orlicky DJ, Stem A, **Schaeffer J**, Garcia G, Fox J, Ray MS, Butler-Dawson J, Gonzalez-Quiroz M, Leiva R, Taduri G, Anutrakululchai S, Venugopal V, Madero M, Glaser J, Wijkstrom J, Wernerson A, Brown JM, Johnson RJ, Roncal-Jimenez CA. Inhaled silica nanoparticles cause chronic kidney disease in rats. *Am J Physiol Renal Physiol* (2022); PMID: 35635324.

Benka-Coker, WO, Young, BN, Oliver, S, Schaeffer, JW,  Manning, D, Suter, J, Cross, J, Magzamen, S. Sociodemographic variations in the association between indoor environmental quality in school buildings and student performance. *Building and Environment* 2021; 206 (2021) 108390.

Young, BN, Benka-Coker, WO, Weller, ZD, Oliver, S, **Schaeffer, JW**, Magzamen, S. How does absenteeism impact the link between school's indoor environmental quality and student performance? *Building and Environment* 2021; 203 (2021) 108053

**Schaeffer, JW**, Adgate JL, Reynolds SJ, Butler-Dawson J, Krisher L, Dally M, Johnson RJ, James KA, Jaramillo D, Newman LS. A Pilot Study to Assess Inhalation Exposures among Sugarcane Workers in Guatemala: Implications for Chronic Kidney Disease of Unknown Origin. 2020. *International Journal of Environmental Research and Public Health*; 17: 5708. PMID: 32784623

Root, K*, Magzamen, S., Sharp, J., Van Dyke, M., Reynolds, S., **Schaeffer, JW**. Application of the Environmental Relative Moldiness Index in Indoor Marijuana Grow Operations. *Annals of Work Exposures and Health* 2020; 64: 728. PMID: 32706020

Martenies, S., **Schaeffer, JW.**, Erlandson, G*, Bradford, M., Poole, JA., Wilson A., Reynolds, S., Magzamen, S. Associations Between Bioaerosol Exposures and Lung Function Changes Among Dairy Workers in Colorado 2020. *Journal of Occupational and Environmental Medicine* [Epub ahead of print]

Erlandson, G*, Magzamen, S, Carter, E, Sharp, J, Reynolds, S, **Schaeffer, JW**. Characterization of Indoor Air Quality on a College Campus: A Pilot Study. *International Journal of Environmental Research and Public Health* 2019; 16: 2721. PMID: 31366132

**Schaeffer, JW**, Chandler, JC, Davidson, M, Magzamen, SL, Pérez-Méndez, A, Reynolds, SJ, Goodridge, LD, Volckens, J, Franklin, AB, Shriner, SA, Bisha, B. (2018) Detection of Viruses from Bioaersols using the Anion Ion Exchanger. Journal of Visualized Experiments (JoVE)

Davidson, M.E., **Schaeffer, J.W.**, Clark, M.L., Magzamen, S., Brooks, E.J., Keefe, T.J., Bradford, M., Roman-Muniz, N., Mehaffy, J.M., Dooley,G., Poole, J., Mitloehner, F.M., Reed, S., Schenker, M.B., Reed, S. and Reynolds, SJ. Personal Exposure of Dairy Workers to Dust, Endotoxin, Muramic Acid, Ergosterol and Ammonia on Large-Scale Dairies in the High Plains Western United States. Journal of Occupational and Environmental Hygiene in press

**Schaeffer, J.W.,** Reynolds, S.J., Magzamen, S., VanDyke, A., Gottel, NR, Gilbert, JA, Owens, SM, Hampton-Marcell, JT, Volckens, J. (2017) Size, Composition, and Source Profiles of Inhalable Bioaerosols from Colorado Dairies. Environmental Science & Technology PMID: 28492313

Chandler, JC, **Schaeffer, JW**, Davidson, M, Magzamen, SL, Pérez-Méndez, A, Reynolds, SJ, Goodridge, LD, Volckens, J, Franklin, AB, Shriner, SA, Bisha, B. (2017) A method for the improved detection of aerosolized influenza viruses and the male-specific (F+) RNA coliphage MS2. Journal of Virological Method 246: 38-41

Nonnenmann MW, Gimeno, D, Levin, J, Douphrate, D, Boggaram, V, **Schaeffer JW**, Gallagher, M, Hornick, M, Reynolds SJ. (2017) Pulmonary function and airway inflammation among dairy parlor workers after exposure to inhalable aerosols. American Journal of Industrial Medicine 60: 255-263

Magzamen, S., Mayer, AP., Barr, S., Bohren, L., Dunbar, B., Manning, D., Reynolds, S.J., **Schaeffer, J.W.**, Suter, J., Cross, JE. (2016) A Multidisciplinary Research Framework on Green Schools: Infrastructure, Social Environment, Occupant Health and Performance. Journal of School Health 87 (5): 376-387

Magzamen, S., Mayer, AP., **Schaeffer, J.W.**, and Reynolds, S.J. (2105) Advancing A Multidisciplinary Research Framework On School Environment, Occupant Health And Performance. Indoor Air 25 (5): 457-461

Arteaga, V.E., Mitchell, D.C., Matt, G.E., Quintana, P.J.E., **Schaeffer, J.W.**, Reynolds, S.J., Schenker, M.B., Mitloehner, F.M.(2015) Occupational Exposure to Endotoxin in $PM_{2.5}$ and Pre and Post-Shift Lung Function in California Dairy Workers. Journal of Environmental Protection 6: 552-565

Hawley, B., **Schaeffer, J.W.**, Poole, J.A., Dooley, G.P., Reynolds, S.J., Volckens, J.(2015). Differential Response of Human Nasal and Bronchial Epithelial Cells Upon Exposure to Size-fractionated Dairy Dust. Journal of Toxicology and Environmental Health, Part A 78: 583-594

**Schaeffer JW**, Sargent L, Sandfort D, Brazile W.(2013). A Comparison of Two Sampling Methods for the Detection of Airborne Methylene Bisphenyl Diisocyanate. Journal of Occupational and Environmental Hygiene 10: 213-221

Reynolds SJ, Nonnenmann MW, Basinas I, Davidson M, Elfman L, Gordon J, Kirychuck S, Reed S, **Schaeffer JW**, Schenker M, Schlunssen V, Sigsgaard T.(2013). Systematic Review of Respiratory Health Among Dairy Workers. Journal Agromedicine 18 (3): 219-43

Martyny JW, Serrano KA, **Schaeffer JW**, Van Dyke MV.(2013). Potential Exposures Associated with Indoor Marijuana Growing Operations. Journal of Occupational and Environmental Hygiene 10:622-639

**Other Publications**

2015    One Health White Paper: Antimicrobial Resistance. Colorado State University.
        Other Contributors: Keith Belk, Sheryl Magzamen, Paul Morley, Noelle Noyes, Stephen Reynolds, and
        Claire Tucker (lead author)

2001    The Synthesis of 1-(4-Mecaptophenyl)-1, 1-di-(4-hydroxyphenyl) ethane (MDHE) Template Molecule for
        the Development of a Molecularly Imprinted Sol-Gel Based Chemical Sensor for the Quantitation of
        DDT (1,1-Bis(4-chlorophyenyl)-2,2,2-trichloroethane).  Undergraduate Thesis Submitted in Partial
        Fulfillment of the Requirements for the Degree of Bachelor of Arts.

**Podium and Poster Presentations**

## Podium Presentations

**Schaeffer, JW**. Bioaerosol Exposures and Health Implications. Fluids and Health Conference. Cargèse, Corsica/France. July 2019.

**Grant Erlandson,** Kyle S. Root, Sheryl Magzamen , Stephen J. Reynolds & Joshua W. Schaeffer. Influence of Building Type on Indoor Air Pollutants on a College Campus. American Industrial Hygiene Conference and Exposition, 2018.

**Schaeffer, JW**, Magzamen S, Reynolds, S. A day in the life of a dairy worker: Part I. International Society for Exposure Sciences, Durham, North Carolina, October 15-17, 2017.

Reynolds, S., Magzamen S **Schaeffer, JW.** A day in the life of a dairy worker: Part II. International Society for Exposure Sciences, Durham, North Carolina, October 15-17, 2017.

Reynolds, SJ, VanDyke A, Magzamen S, **Schaeffer, JW.** Dairy Exposures to Airborne Endotoxins and B-Glucans. NIOSH State of the Science Meeting, Denver, Colorado, June 21-23, 2017.

Reynolds, SJ, **Schaeffer, JW,** Magzamen S, Burket, V, VanDyke A, Mehaffy, J, Escobar, M, Anderson, K, Tooker, B, Brindley, S, Newman, L, Volckens, J, Magzamen, S. Dairy bioaerosol exposures and inflammatory markers in workers: A panel study. NIOSH State of the Science Meeting, Denver, Colorado, June 21-23, 2017.

VanDyke A**, Schaeffer, JW**, Magzamen S, Reynolds, S. Dairy Exposures to Airborne Endotoxins and B-Glucans. American Industrial Hygiene Conference and Exposition, Seattle, Washington, June 4-7th, 2017.

Ellwood, C, **Schaeffer, JW**, Luna, B. The AIHA-RMS International Committee – Who we are, What we do, and How you Benefit. American Industrial Hygiene Association Rocky Mountain Section/American Society of Safety Engineers Fall Technical Conference, Arvada, Colorado, September, 19, 2017.

J.C. Chandler, **J.W. Schaeffer**, M. Davidson, S.L. Magzamen, A. Pérez-Méndez, S.J. Reynolds, L.D. Goodridge, J. Volckens, A.B. Franklin, S.A. Shriner, and B. Bisha. A Method for the Improved Detection of Aerosolized Influenza Viruses Using Impingers That Incorporate Anion Exchange Resin. International Association for Food Protection Annual Meeting, Tampa, FL., July 9-12, 2017.

**Schaeffer, JW**, Magzamen S, Noyes N, VanDyke A, Tryon, J, Bradford, M, Davidson M, Escobar M, Owens, S, Marcell, J, Volckens J and Reynolds, SJ. Agricultural Dust in the Wind: Microbial Communities and their Resistant Genes. Nordic Meeting on Agricultural Occupational Health & Safety, Bilund, Denmark. August 25, 2016

Reynolds, SJ, Schaeffer, JW, Magzamen S, VanDyke A, Davidson M, Mehaffy J, Escobar M, Anderson K, Tooker, B, Brindley, S, Newman, L, Volkcens J. Cytokine Profiles Among Dairy Workers. Nordic Meeting on Agricultural Occupational Health & Safety, Bilund, Denmark. August 25, 2016

**Schaeffer, JW**, Podium: Large Particle Exposures and Attendant Health Effects Among Dairy Workers: Progress and Future Directions. International Congress on Rural Health, Lodi, Italy. September 09, 2015

Kimberly Anderson, **Josh Schaeffer**, John Mehaffy, Jessy Tryon, Amanda VanDyke, Mary Bradford, Stephen Reynolds, Renee Anthony, Darrah Sleeth, John Volckens.  Inhalable Particulate Exposure in Colorado Dairies. American Association for Aerosol Research Conference in October 2015, Minneapolis, MN.

Chandler, JC, Davidson, M, **Schaeffer, JW**, Pérez-Méndez, A, Volckens, J, Magzamen, S, Goodridge, LD, Reynolds, S, and Bisha, B. Development of an Improved Sampling Method for Concentrating Viruses from Bioaerosols. 2015 International Association for Food Protection Annual Meeting. 25-28 July, 2015. Portland, OR.

Reed, S., **Schaeffer, JW,** Podium: Bioaerosol Measurements and Worker Exposure on Australian Dairies. American Industrial Hygiene Conference and Exposition, Salt Lake City, Utah. June 3, 2015

**Schaeffer, JW,** Podium: Interventions to reduce microbial exposures and improve respiratory health among dairy farm workers. American Industrial Hygiene Conference and Exposition, Salt Lake City, Utah. June 3, 2015

Davidson ME, **Schaeffer JW**, Reed S and Reynolds SJ. Bioaerosol sampling in the 21st Century: is there still a place for culture-based assessments? AIOH Annual Conference; Melbourne; 2014

**Schaeffer, JW,** Davidson, M.E., Van Dyke, A., Krause, L., Tryon, J., Bradford, M., Volckens, J., Reynolds, S.J., Podium: Microbial Communities of Inhalable Bioaerosols at Colorado Dairies. 7th International Symposium: Safety & Health in Agricultural & Rural Populations: Global Perspectives, Saskatoon, Saskatchewan. October 22, 2014

Davidson, M.E., **Schaeffer, JW**, Volckens, J., Reynolds, S.J., Podium: Extraction of RNA from Rhino-Probe™ Samples: The Good, the Bad and the Ugly. 7th International Symposium: Safety & Health in Agricultural & Rural Populations: Global Perspectives, Saskatoon, Saskatchewan. October 22, 2014

**Schaeffer, JW**, Davidson, M.E., Van Dyke, A., Krause, L., Tryon, J., Bradford, M., Volckens, J., Reynolds, S.J., Podium: Size Characterization and Composition of Inhalable Bioaerosols at Colorado Dairies. Nordic Meeting on Agricultural Occupational Health & Safety, Porvoo, Finland. August 26, 2014

Davidson, M.E., **Schaeffer, JW**, Hawley, B., Bradford, M., Volckens, J., Reynolds, S.J., Podium: Use of Rhino-Probe™ Sampling for Analyzing Cross-Shift Variation in the Expression of IL8, IL6 and TNF alpha in Nasal Epithelial Cells from Colorado Dairy Workers. Nordic Meeting on Agricultural Occupational Health & Safety, Porvoo, Finland. August 26, 2014

### Poster Presentations

Erlandson, G*, Reynolds, S, Magzamen, S, Fierer, N, Sharp, J, Nonnenmann, M, , Jones, K, Sharp, J, Wickum*, **Schaeffer, JW**. Effectiveness of a Low-Cost Intervention: Changes to Cytokines and Microbiome Among Bioaerosol Exposed Dairy Workers [virtual poster presentation]. American Industrial Hygiene Conference & Exposition. May 2020.

Erlandson, G*, Reynolds, S, Magzamen, S, Fierer, N, Sharp, J, Nonnenmann, M, , Jones, K, Sharp, J, Wickum*, **Schaeffer, JW**. Hypertonic Saline Rinse and Its Effect on Nasal Inflammation and Microbiome in Dairy Workers [virtual poster presentation]. Mountains and Plains Educational Research Center Research Day. March 2020

Nunez, J*, Reynolds, S, Bisha, B, Erlandson, G*, Seidel, J*, Bradford, M, **Schaeffer, JW**. Carriage of MRSA Among Dairy Farm Workers in the High Plains [virtual poster presentation]. Mountains and Plains Educational Research Center Research Day/American Industrial Hygiene Conference & Exposition. March/May 2020

Seidel, J*, Erlandson, G*, Labadie, J, Magzamen, S, Sharp, J, Jones, K, Nonnenmann, M, Reynolds, S, **Schaeffer, JW**. Does the use of a nasal lavage intervention improve pulmonary function for dairy workers? [virtual poster presentation]. Mountains and Plains Educational Research Center Research Day/American Industrial Hygiene Conference & Exposition. March/May 2020

Seidel, J*, Magzamen, S, Erlandson, G*, Labadie, J, , Sharp, J, Jones, K, Nonnenmann, M, Reynolds, S, **Schaeffer, JW** Does the use of a nasal lavage intervention improve pulmonary function for dairy workers? [oral presentation]. Colorado State University's CVMBS Research Day. Fort Collins, CO. January 2020

Erlandson, G, Reynolds, S, Magzamen, S, Nonnenmann, M, Jones, K, Sharp, J, Wickum, A, **Schaeffer, JW**. Hypertonic Saline Nasal Lavage Intervention in Dairy Workers [poster presentation]. Joint Annual Meeting of the International Society of Exposure Science and International Society of Indoor Air Quality and Climate. Kaunas, Lithuania. August 2019

Erlandson, G, Reynolds, S, Magzamen, S, Nonnenmann, M, Jones, K, Sharp, J, Wickum, A, **Schaeffer, JW**. Hygienic Intervention and Its Effect on Nasal Inflammation and Microbiome in Dairy Workers [poster presentation]. Western Agricultural Safety and Health Conference. Seattle, WA. August 2019

Nunez, J, Reynolds, S, Bisha, B, Erlandson, G, Seidel, J, Bradford, M, **Schaeffer, JW**. Carriage of MRSA Among Dairy Farm Workers in the High Plains [poster presentation]. Western Agricultural Safety and Health Conference. Seattle, WA. August 2019

**Grant Erlandson**, Stephen Reynolds, Sheryl Magzamen, Matthew Nonnenmann, Ken Jones, Julia Sharp, Annie Wickum, and Joshua Schaeffer. HYPERTONIC SALINE NASAL LAVAGE INTERVENTION IN DAIRY WORKERS. Mountain and Plains Education Research Center Research Day, 2019/ American Industrial Hygiene Conference and Exposition, 2019 / Mountain and Plains Education Research Center Research Day, 2020.
  ➢ **AIHA Rocky Mountain Local Section Best Industrial Hygiene Poster (2020)**
  ➢ **AIHA Occupational and Environmental Epidemiology Committee Best Student Poster (2018)**
  ➢ **AIHA Social Concerns Committee Best Student Poster (2018)**

Isaacs, C, Magzamen, S, Reynolds, S, **Schaeffer, JW**. Indoor Air Quality in Elementary Schools in North Denver [poster presentation]. American Industrial Hygiene Conference & Exposition. Minneapolis, MN. May 2019

Isaacs, C, Magzamen, S, Reynolds, S, Schaeffer, **JW**. Indoor Air Quality in Elementary Schools in North Denver [poster presentation]. Celebrate Undergraduate Research and Creativity Symposium. Fort Collins, CO. April 2019

> **High Honors Award**

Kyle S. Root, Julia L. Sharp, Sheryl Magzamen, Stephen J. Reynolds, Michael Van Dyke, **Joshua W. Schaeffer**. The Fungal Burden of Indoor Marijuana Grow Operations: ERMI VS. Microscopy: The Application of the Environmental Relative Moldness Index in Indoor Marijuana Grow Operations, (Presented at the 2018 American Industrial Hygiene Conference and Exposition, May 21-23, 2018, Philadelphia, PA), Student Presenter, Poster,

> **Biosafety and Environmental Microbiology Committee Best Student Poster**

Isaacs, C, Izzo, L, Volcken, J, Reynolds, S, Schaeffer, JW. Air-Liquid Interface Culture for Assessing Bioaerosol-Induced Airway Inflammation [poster presentation]. Celebrate Undergraduate Research and Creativity Symposium. Fort Collins, CO. April 2018

> **High Honors Award**

Kyle S. Root, Julia L. Sharp, Sheryl Magzamen, Stephen J. Reynolds, Michael Van Dyke, **Joshua W. Schaeffer**. Indoor Marijuana Grow Operations: Estimation of Fungal Burden Utilizing the Environmental Relative Moldness Index (ERMI). The 16th Annual Regional National Occupational Research Agenda (NORA) Young/New Investigators Symposium, Salt Lake City, UT, April 19-20, 2018

Kyle S. Root, Julia L. Sharp, Sheryl Magzamen, Stephen J. Reynolds, Michael Van Dyke, **Joshua W. Schaeffer**. Is the Environmental Relative Moldness Index Suitable for Indoor Marijuana Grow Operations? The 2018 Mountain and Plains Education and Research Center Research Day, Broomfield, CO, April 5, 2018

Stenkamp-Strahm, C, Magzamen, S, McConnel, C, Abdo, Z, VanDyke-Gonnerman, A, **Schaeffer, J**, Reynolds, S. Microbial community drivers of E. coli O157 shedding in early lactation dairy cattle. International Association for Food Protection Annual Meeting, Tampa, FL, July 9-12, 2017.

Erlandson, G, Root, KS, Magzamen, S, Reynolds, SJ, **Schaeffer, JW**.  Influence of Building Type on Indoor Pollutants on a College Campus. American Industrial Hygiene Conference and Exposition, Seattle, Washington, June 4-7th, 2017.

Erlandson, G, Root, KS, Magzamen, S, Reynolds, SJ, **Schaeffer, JW**.  Pilot Indoor Air Quality Study in Three Higher Education Buildings.  8th Annual Mountain and Plains Education Research Center Research Day Symposium, Westminster, Colorado, March 09, 2017.

> **Best Poster Award**

VanDyke, A, **Schaeffer, JW**, Magzamen, S, Krause, L, Reynolds, SJ. Task Based Exposure to Airborne Endotoxins and β-Glucans Among Dairy Workers. American Industrial Hygiene Conference and Exposition, Baltimore, Maryland. May 25, 2016

> **2nd Place Best Overall Poster Award**

> **2nd Place Best Student Poster Award**

**Schaeffer, JW**, Davidson, ME., Epperson, LE., Reynolds, SJ., Strong, M. and Davidson, RM. Microbial sampling and metagenomics approaches for workplace exposure studies. 7th Annual Mountain and Plains Research Day Symposium, Westminster, Colorado. March 26, 2015

Escobar, M., **Schaeffer, JW**, McConnel, C., Davidson, M., and Reynolds, S., Poster: Occupational Exposure to Antibiotic Resistant Bacteria During Calf-Rearing on a Colorado Dairy. 7th Annual Mountain and Plains Research Day Symposium, Westminster, Colorado. March 26, 2015

> **Best Poster Award**

Van Dyke, A., **Schaeffer, JW**, Davidson, M.E., Bisha, B., Hanson, J.D.H., Reynolds, S.J., Poster: Comparative Analysis of Bacterial and Fungal Communities in Three Dairy Parlors Through the Use of Pyrosequencing, Riboprinting, Culture Techniques, and Microscopy. 7th International Symposium: Safety & Health in Agricultural & Rural Populations: Global Perspectives, Saskatoon, Saskatchewan. October 21, 2014

Van Dyke, A., **Schaeffer, JW**, Davidson, M.E., Bisha, B., Hanson, J.D.H., Reynolds, S.J., Poster: Effect of Environmental Factors on Isolation and Identification of Potential Pathogenic Species of Bacteria and Fungi from Bioaerosols in Three Dairy Parlors. American Industrial Hygiene Conference and Exposition, San Antonio, Texas. June 4, 2014

> ➤ **Best Microbiology Student Poster Award**

Krause, L., **Schaeffer, JW**, Van Dyke, A., Davidson, M.E., Bisha, B. Reynolds, S.J., Poster: Evaluation of Bacterial Preservation During Air Sampling of Culturable Bioaerosols. Celebrate Undergraduate Research and Creativity Symposium (CURC), Fort Collins, Colorado. April 15, 2014

> ➤ Also presented at American Industrial Hygiene Conference and Exposition, San Antonio, Texas. June 4, 2014

Moses, X.J.E, Newman, L.S., Kosnett, M.J., Reynolds, S.J., **Schaeffer, JW**, Tarasova, M., Poster: Indoor Air Quality: An Investigation into a Unique Building. American College of Occupational and Environmental Medicine & American Occupational Health Conference, Baltimore, Maryland. May 3, 2014

**J.Schaeffer,** M. Davidson, B. Bisha, T. Keefe, S. Reynolds, Poster: Modeling and Predicting Microbiomes in Dairies: A Metagenomic Assessment of Bioaerosols. CDC/NIOSH Mountain and Plains Education Research Center Research Day, Golden, Colorado. April 3, 2014

**Schaeffer, JW**, Volckens, J., VanDyke-Gonnerman, A., Davidson, M., Reynolds, SJ., Poster: Particle Size Characterization of Agricultural Aerosols in Two Colorado Dairies using a High-Volume Cloud Impactor. American Industrial Hygiene Conference and Exposition, Montreal, Canada. May 18, 2013

VanDyke-Gonnerman, A., Reynolds, S., Davidson, M., **Schaeffer, JW**, Poster: Comparative Analysis of Bacteria and Fungi Communities Through the Use of Pyrosequencing, Ribotyping, Culture Techniques, and Microscopic Analysis in Two Dairy Parlors. American Industrial Hygiene Conference and Exposition, Montreal, Canada. May 18, 2013

> ➤ **Best Microbiology Student Poster Award**

Middaugh, B., McGlothlin, J.D., **Schaeffer, JW**, Major, D., Poster: Two Decades of Student Research. American Industrial Hygiene Conference and Exposition, Portland, Oregon. May 14, 2011

**Schaeffer, JW**, Middaugh, B., Major, D., Poster: A Review: NIOSH Education and Research Centers. American Industrial Hygiene Conference and Exposition, Portland, Oregon. May 14, 2011

**Schaeffer, JW,** Sandfort, D., Brazile, W.J., Poster: Evaluation of Field and Laboratory Desorbed Sample Methodologies for Airborne Aromatic Diisocyanate Monomers, Specifically Methylene Bisphenyl Diisocyanate (MDI) and Toluene Diisocyanate (TDI) to Accurately Determine Worker Exposure. Mountain and Plains Education Research Center Third Annual Research Symposium, Loveland, CO. November 11, 2010

**Schaeffer, JW,** Stoke, S., Stinson, K., Witter, R., Poster: Potential Health Hazards at an Art School in Denver. American Public Health Association, Denver, CO. November 10, 2010

**Schaeffer, JW,** Sandfort, D., Brazile, W.J., Poster: Evaluation and Resolution of Field and Laboratory Desorbed Sample Methodologies for Airborne Methylene Bishphenyl Diisocyanate (MDI) to Accurately Determine Worker Exposure. Mountain and Plains Education Research Center Occupational and Environmental Health Research Symposium, Denver, CO. January 16, 2009

# EXHIBIT B

### Dr. Joshua Schaeffer's Materials Considered List (*Salas v. Monsanto Co.*)

1. Abdelghani, A., *Assessment of the Exposure of Workers Applying Herbicide Mixtures (2,4-D + Roundup, Garlon-3A + Roundup), Toxicity and Fate of These Mixtures in the Environment* (June 30, 1995) [MONGLY00296949 – MONGLY00296997].

2. Acquavella, J. et al., *Glyphosate Biomonitoring for Farmers and Their Families: Results from the Farm Family Exposure Study*, 112 Envtl. Health Persp. 321 (2004).

3. Anadon, A., *Toxicokinetics of Glyphosate and its Metabolite Aminometyhl Phosphonic Acid in Rats*, 190 Toxicology Letters 91 (2009).

4. Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 110(5) J. Nat'l Cancer Inst. 509 (2018).

5. Andreotti, G. et al., *Response to Sheppard and Shaffer*. 111(2) J. Nat'l Cancer Inst. 216 (2019).

6. APVMA (Australian Pesticides and Veterinary Medicines Authority), *Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate*, Australian Government (2016).

7. APVMA, *Final Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate*, Australian Government (2017).

8. Armstrong, T.F., *Additional Information to Support the Registration of Roundup® Herbicide, Rodeo® Herbicide, Landmaster® Herbicide, Shackle® Herbicide, Roundup® L&G Herbicide, Shackle® C Herbicide, and Polado® Plant Growth Regulator – Selected Product Chemistry to Support the Continued Registration of Glyphosate (N-Phosponomethylglycine)* (June 30, 1986) [MONGLY00141067-MONGLY00141285].

9. ATSDR (Agency for Toxic Substances and Disease Registry), *Toxicological Profile for Glyphosate – Draft for Public Comment*, US Dep't of Health and Human Services (Mar. 2019).

10. Babu, R. et al., *The Influence of Various Methods of Cold Storage of Skin on the Permeation of Melatonin and Nimesulide*, 86 J. Controlled Release 49 (2003).

11. Beasley, R.K. et al., *Product Chemistry to Support the Continued Registration of Glyphosate (N-Phosponomethylglycine)* (June 1989) [MONGLY00529582-MONGLY00529611].

12. Benson, B., *21-Day Dermal Toxicity Study in Rabbits* (Mar. 10, 1982) [MONGLY02020607 – MONGLY02020798].

13. BfR (Bundesinstitut für Risikobewertung), *Assessment of IARC Monographies Volume 112 (2015); Glyphosate, Renewal Assessment Report: Glyphosate Addendum I to RAR* (2015).

14. BfR Press Release, *Glyphosate assessment: BfR rejects plagiarism accusations* (Sept. 20, 2017).

15. BfR, *Toxicology and Metabolism, Renewal Assessment Report: Glyphosate*, Volume 3 Annex B.6 (2015).

16. Bleeke, M., *MON 78294: An Applicator Exposure Study Conducted in Spain (Autumn 2005) Using Biomonitoring*, Charles River Laboratories (Oct. 11, 2007) [MONGLY00668430 – MONGLY00668967].

17. Boffetta, P. et al., *Exposure to Glyphosate and Risk of Non-Hodgkin Lymphoma: an Updated Meta-Analysis,* 112 Med. del Lavoro 194 (2021).

18. Brewster, D. et al., *Metabolism of Glyphosate in Sprague-Dawley Rats: Tissue Distribution, Identification, and Quantification of Glyphosate-Derived Materials following a Single Oral Dose*, 17 Fundamental and Applied Toxicology 43 (1991).

19. BROWSE, *Bystanders, Residents, Operators and WorkerS Exposure Models for Plant Protection Products* (2013).

20. Chan, P. & J. Mahler, *NTP Technical Report on Toxicity Studies of Glyphosate Administered in Dosed Feed to F344/N Rats and B6C3F Mice*, US Dep't of Health and Human Services, Public Health Service, Nat'l Inst. of Health (July 1992).

21. Chu, I. et al., *Skin Reservoir Formation and Bioavailability of Dermally Administered Chemicals in Hairless Guinea Pigs*, 34 Food & Chem. Toxicology 267 (1996).

22. Coble, J. et al., *An Updated Algorithm for Estimation of Pesticide Exposure Intensity in the Agricultural Health Study*, 8 Int'l J. Envtl. Res. Pub. Health 4608 (2011).

23. Colvin, J., *Final Report on CP 67573 Residue and Metabolism: The Dynamics of Accumulation and Depletion of Orally Ingested N-Phosphonomethylglycine-14C*, Monsanto Company (Sept.-Oct., 1973) [MONGLY00432084 – MONGLY00432090].

24. Connolly, A. et al., *Characterising Glyphosate Exposures among Amenity Horticulturists Using Multiple Spot Urine Samples*, 221 Int'l J. Hygiene & Envtl. Health 1012 (2018).

25. Connolly, A. et al., *Evaluating Glyphosate Exposure Routes and Their Contribution to Total Body Burden: A Study among Amenity Horticulturalists*, 63(2) Annals of Work Exposures and Health 133 (2019).

26. Connolly, A. et al., *Exploring the Half-Life of Glyphosate in Human Urine Samples*, 222(2) Int'l J. Hygiene & Envtl. Health 205 (2018).

27. Connolly, A. et al., *Exposure Assessment Using Human Biomonitoring for Glyphosate and Fluroxypyr Users in Amenity Horticulture*, 220 Int'l J. Hygiene & Envtl. Health 1064 (2017).

28. Connolly, A. et al., *Glyphosate in Irish Adults-A Pilot Study in 2017*, 165 Int'l J. Hygiene & Envtl. Health 235 (2017).

29. Connolly, A. et al., *Sensitive and Selective Quantification of Glyphosate and Aminomethylphosphonic Acid (AMPA) In Urine of the General Population by Gas Chromatography-Tandem Mass Spectrometry*, 1158 J. Chromatography B 122348 (2020).

30. Cowell, J. & J. Steinmetz, *Assessment of Forest Worker Exposures to Glyphosate during Backpack Foliar Applications of Roundup® Herbicide* (Mar. 1990) [MONGLY00155787 – MONGLY00155805].

31. Cowell, J. & J. Steinmetz, *Assessment of Forestry Nursery Workers Exposure to*

2

*Glyphosate during Normal Operations* (Feb. 1990) [MONGLY00155594 – MONGLY00155613].

32. Crump, K., *The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate*, 40(4) Risk Analysis 696 (2019).

33. Curwin, B. et al., *Urinary and Hand Wipe Pesticide Levels Among Farmers and Non-Farmers in Iowa*, 15 J. Exposure Analysis & Envtl. Epidemiology 500 (2005).

34. Curwin, B. et al., *Urinary Pesticide Concentrations Among Children, Mothers and Fathers Living in Farm and Non-Farm Households in Iowa*, 51 Annals of Occupational Hygiene 53 (2007).

35. Davies, D., *360 g/L Glyphosate SL Formulation (MON 76879) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Aug. 8, 2017) [MONGLY08731728 – MONGLY08731783].

36. Davies, D., *500 g/L Glyphosate SL Formulation (MON 76952) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Aug. 2, 2016) [MONGLY08731670 – MONGLY08731727].

37. Davies, D., *7.2g/L Glyphosate Gel Formulation (MON 76258) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Apr. 27, 2015) [MONGLY08731571 – MONGLY08731681].

38. Davies, D., *72g/L Glyphosate Gel Formulation (MON 76829) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (Apr. 16, 2015) [MONGLY08731524 – MONGLY08731570].

39. De Roos, A. et al., *Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study*, 113 Envtl. Health Persp. 49 (2005).

40. De Roos, A. et al., *Integrative Assessment of Multiple Pesticides as Risk Factors for Non-Hodgkin's Lymphoma among Men*, 60 J. Occupational & Envtl. Med. E11 (2003).

41. Declaration of Martha Sandy, Ph.D., in Support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment, *National Ass'n of Wheat Growers v. Xavier Becerra*, No. 2:17-cv-02401 (E.D. Cal. Dec. 11, 2019), ECF No. 127.

42. Deposition of Daniel Bucks, Ph.D., *Winston v. Monsanto Co.*, No. 1822-CC00515 (Mo. Cir. Ct. St. Louis City Sept. 17, 2019) (only pages 107-108, 187-194).

43. Deposition of Nancy Salas, *Salas v. Monsanto Co.*, No. 3:21-cv-06173 (N.D. Cal. Dec. 9, 2021) (with exhibits).

44. Deposition of William Sawyer, *Bognar v. Monsanto Co.*, No. 18SL-CC02199 (Mo. Cir. Ct. St. Louis Cty. Jan, 10, 2020).

45. Deposition of William Sawyer, *Kane v. Monsanto Co.*, No. 1622-CC10172 (Mo. Cir. Ct. St. Louis City Jan. 11-12, 2020).

46. Deposition of William Sawyer, Ph.D., *Cazier v. Monsanto Co.*, No. DC-17-833C (Jud. Dist. Ct. Gallatin Cty. Apr. 30, 2019).

47. Deposition of William Sawyer, Ph.D., *Johnson v. Monsanto Co.*, No. CGC-16-550128

(Cal. Super. Ct. S.F. Cty. Feb. 26-27, 2018).

48. Deposition of William Sawyer, Ph.D., *Peterson v. Monsanto Co.*, No. 1622-CC01071 (Mo. Cit. Ct. St. Louis City Aug. 23, 2018).

49. Deposition of William Sawyer, Ph.D., *Peterson v. Monsanto Co.*, No. 1622-CC01071 (Mo. Cit. Ct. St. Louis City Oct. 16, 2018).

50. Deposition of William Sawyer, Ph.D., *Pilliod v. Monsanto Co.*, No. RG17862702 (Cal. Super. Ct. Alameda Cty. Feb. 6, 2019).

51. Deposition of William Sawyer, Ph.D., *Stevick v. Monsanto Co.*, No. 16-cv-02341-VC (N.D. Cal. Dec. 20, 2018).

52. Deposition of William Sawyer, *Seitz v. Monsanto Co.*, No. 1722-CC11325 (Mo. Cir. Ct. St. Louis City Jan. 14-15, 2020).

53. Deposition of William Sawyer, *Whitby v. Monsanto Co.*, No. 19SL-CC04020 (Mo. Cir. Ct. St. Louis Cty. Jan. 22, 2020).

54. Donato, F. et al., *Exposure to Glyphosate and Risk of Non-Hodgkin Lymphoma and Multiple Myeloma: An Updated Meta-Analysis*, 111 La Medicina Del Lavoro 63 (2020).

55. Dosemeci, M. et al., *A Quantitative Approach for Estimating Exposure to Pesticides in the Agricultural Health Study*, 46 Annals of Occupational Hygiene 245 (2002).

56. Durkin, P., *Glyphosate – Human Health and Ecological Risk Assessment Final Report*, Syracuse Environmental Research Associates, Inc. (May 25, 2011) [MONGLY00310942 – MONGLY00311277].

57. ECHA (European Chemicals Agency), *Opinion: Proposing Harmonized Classification and Labelling at EU Level of Glyphosate (ISO); N-(phosphonomethyl)glycine*, Committee for Risk Assessment (Mar. 15, 2017).

58. Edmiston, S. et al., *Exposure of Herbicide Handlers in the Caltrans Vegetation Control Program*, Cal. EPA (Apr. 27, 1995) [MONGLY00311960 – MONGLY00312005].

59. EFSA (European Food Safety Authority), *Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate*, 13 EFSA J. 4302 (2015).

60. EFSA, *Guidance on Dermal Absorption*, 15(6) EFSA Journal 4873 (2017).

61. EFSA, *Guidance on Dermal Absorption*, EFSA Panel on Plant Protection Products and their Residues (2012).

62. EFSA, *Guidance on the Assessment of Exposure of Operators, Workers, Residents and Bystanders in Risk Assessment for Plant Protection Products* (2014).

63. EPA (Environmental Protection Agency), *Dermal Exposure Assessment: A Summary of EPA Approaches*, Nat'l Ctr. for Envtl. Off. of Res. and Dev. (Sept. 2007).

64. EPA, *Glyphosate – Interim Registration Review Decision Case Number 0178* (Jan. 2020).

65. EPA, *Glyphosate – Proposed Interim Registration Review Decision Case Number 0178* (Apr. 2019).

66. EPA, *Integrated Risk Information System (IRIS), Chemical Assessment Summary of*

4

*Glyphosate; CASRN 1071-83-6* (1993).

67. EPA, *Label Review Manual Chapter 10: Worker Protection Label* (Feb. 2016).

68. EPA, Memorandum from Dana L. Friedman on *Response from the Pesticide Re-Evaluation Division (PRD) to Comments on the Glyphosate Proposed Interim Decision* (Jan. 16, 2020).

69. EPA, Memorandum from David J. Miller on *Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) Publications for Response to Comments on the Proposed Interim Decision* to Christine Olinger (Jan. 16, 2020).

70. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Alkyl Alcohol Alkoxylate Phosphate and Sulfate Derivatives (AAAPDs and AAASDs – JITF CST 2 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirements of a Tolerance When Used as Inert Ingredients in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (June 8, 2009).

71. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Alkyl Alcohol Alkoxylates (AAA – JITF CST 1 Inert Ingredient) Human Health Risk Assessment to Support Proposed Exemption from the Requirement of a Tolerance When Used as an Inert Ingredient in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (July 14, 2009).

72. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Alykl Amine Polyalkoxylates (JITF CST 4 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirement of a Tolerance When Used as Inert Ingredients in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (April 3, 2009).

73. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Methyl Poly(Oxyethylene) $C_8 – C_{14}$ Alkylammonium Chlorides (MPOACs – JITF CST 7 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirements of a Tolerance When Used as Inert Ingredients in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (June 2, 2009).

74. EPA, Memorandum from Donna Davis, Risk Assessor, RAB VII, Health Effects Division (7509P) on *Sodium and Ammonium Naphthalensulfonae Formaldehyde Condensates (SANFCs – JITF CST 11 Inert Ingredients) Human Health Risk Assessment to Support Proposed Exemption from the Requirement of a Tolerance When Used as Inert Ingredients in Pesticide Formulations* to Kerry Leifer, Team Leader, Inert Ingredient Assessment Branch, Registration Division (7505P) (May 28, 2009).

75. EPA, Memorandum from Lata Venkateshwara on *Glyphosate: Amended Residential Exposure Assessment for a Registration Review* to Caitlin Newcamp (Dec. 12, 2017).

76. EPA, Memorandum from Monique M. Perron on *Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment* to Steven Peterson (Jan. 13, 2020).

77. EPA, Memorandum from Monique Perron, Sc.D., Toxicologist, Risk Assessment Branch 1/Health Effects Division (RAB1/HED; 7509P) on *Glyphosate: Draft Human Risk*

*Assessment in Support of Registration Review*, to Caitlin Newcamp, Chemical Review Manager, Pesticide Reevaluation Division (PRD; 7508P) (Dec. 12, 2017).

78. EPA, Office of Chemical Safety and Pollution Prevention, Letter from Michael L. Goodis, Director of Registration Division, EPA Office of Chemical Safety and Pollution Prevention, on Labeling Requirements for Products that Contain Glyphosate to Registrant (Aug. 7, 2019).

79. EPA, Office of Chemical Safety and Pollution Prevention, Letter from Michael Freedhoff, Ph.D., Assistant Administrator, EPA Office of Chemical Safety and Pollution Prevention on OEHHA Proposition 65 Language to Dr. Lauren Zeise, Director, Office of Environmental Health Hazard Assessment, California Environmental Protection Agency (Apr. 8, 2022).

80. EPA, Office of Pesticide Programs, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Sept. 12, 2016).

81. EPA, Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

82. EPA, Office of Prevention, Pesticides and Toxic Substances, *Health Effects Test Guidelines: OPPTS 870.7600 Dermal Penetration* (August 1998).

83. EPA, *Reregistration Eligibility Decision (RED) – Glyphosate* (Sept. 1993).

84. Eriksson, M. et al., *Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis*, 123 Int'l J. Cancer 1657 (2008).

85. Espanhol-Soares, M. et al., *Procedures to Evaluate the Efficiency of Protective Clothing Worn by Operators Applying Pesticide*, 57(8) Annals of Occupational Hygiene 1041 (2013).

86. European Commission, Assessment Group on Glyphosate, *Procedure and Outcome of the Draft Renewal Assessment Report on Glyphosate, June 2021* (June 15, 2021).

87. Expert Report of William Sawyer regarding Plaintiff Larry Jenkins, *Seitz v. Monsanto Co.*, No. 1722-CC11325 (Mo. Cir. Ct. St. Louis City Jan. 13, 2020).

88. Expert Report of William Sawyer, *Caballero v. Monsanto Co.*, No. MSC 19-01821 (Cal. Super. Ct. Contra Costa Cty. Oct. 31, 2019).

89. Expert Report of William Sawyer, Ph.D., *Salas v. Monsanto Co.*, No. 3:21-cv-06173 (N.D. Cal. Jun. 22, 2022).

90. Faniband, M. et al., *Human Experimental Exposure to Glyphosate and Biomonitoring of Young Swedish Adults,* 231 Int'l J. Hygiene & Env't. Health 113657 (2021).

91. Franz, T., *Evaluation of the Percutaneous Absorption of Roundup Formulations in Man Using an In-Vitro Technique* (Aug. 30, 1983) [MONGLY00135633 – MONGLY00135646].

92. Franz, T., *Percutaneous Absorption: On the Relevance of In Vitro Data*, 64 J. Investigative Dermatology 190 (1975).

93. Gillezeau, C. et al., *The Evidence of Human Exposure to Glyphosate: A Review*, 18 Envtl. Health 2 (2019) with supplementary tables.

94.    Gillezeau, C. et al., *Update on Human Exposure to Glyphosate with A Complete Review of Exposure in Children,* 19 Env't Health 115 (2020).

95.    Guyton, K. et al., *Carcinogenicity of Tetrachlorvinphos, Parathion, Malathion, Diazinon, and Glyphosate*, 16 Lancet Oncology 490 (2015).

96.    Hadfield, N., *Glyphosate Acid – In Vitro Absorption Through Abraded Rabbit Skin Using [14C]-Glyphosate* (Apr. 18, 2012) [MONGLY01284534 – MONGLY01284570].

97.    Health and Safety Executive, *Operator Exposure*, http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides-registration/data-requirements-handbook/operator-exposure.htm.

98.    Health Canada, *Re-evaluation Decision RVD2017-01 Glyphosate*, Health Canada Pest Management Regulatory Agency (Apr. 28, 2017).

99.    Health Canada, *Statement from Health Canada on Glyphosate*, Health Canada Pest Management Regulatory Agency (Jan. 11, 2019).

100.   Hobbs, T. et al., *Measurement of Blood Volume in Adult Rhesus Macaques (Macaca Mulatta)*, 54 J. Am. Ass'n for Lab. Animal Sci. 687 (2015).

101.   Holmgaard, R. & J. Nielsen, *Dermal Absorption of Pesticides – Evaluation of Variability and Prevention*, Danish Ministry of the Environment (2009).

102.   Hoppe, H., *Determination of Glyphosate Residues in Human Urine Samples from 18 European Countries*, Medical Laboratory Bremen (June 6, 2013).

103.   Howe, R. et al., *Metabolism of Glyphosate in Sprague-Dawley Rats. Part II. Identification, Characterization, and Quantification of Glyphosate and its Metabolites after Intravenous and Oral Administration*, Monsanto Report No. MSL-7206 (Feb. 1988) [MONGLY06062970 – MONGLY06063128].

104.   IARC (International Agency for Research on Cancer), *Preamble: IARC Monographs on the Identification of Carcinogenic Hazards to Humans* (Amended Jan. 2019).

105.   IARC, *IARC Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

106.   Inter-Organization Programme for the Sound Management of Chemicals (IOMC), International Programme on Chemical Safety (IPCS), *Environmental Health Criteria 242: Dermal Absorption* (2014).

107.   Japan Food Safety Commission, *Glyphosate Summary*, 4 Food Safety 93 (2016).

108.   Jauhiainen, A. et al., *Occupational Exposure of Forest Workers to Glyphosate During Brush Saw Spraying Work*, 52 Am. Indus. Hygiene Ass'n J. 61 (1991).

109.   JMPR (Joint Meeting on Pesticide Residues), *Pesticide residues in food – 2016: Evaluations 2016 – Part II – Toxicological*, Special Session of the Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues (May 9-13, 2016).

110.   JMPR, *Pesticide Residues in Food – Report of the 1994 Joint FAO/WHO Meeting of Experts* (1994).

111. Johnson, P. et al., *Operator Exposure When Applying Amenity Herbicides by All-Terrain Vehicles and Controlled Droplet Applicators*, 49 Annals of Occupational Hygiene 25 (2005).

112. Kabat, G. et al., *On Recent Meta-Analyses of Exposure to Glyphosate and Risk of Non-Hodgkin's Lymphoma in Humans*, Cancer Causes & Control (2021).

113. Kasting, G. & L. Bowman, *Electrical Analysis of Fresh, Excised Human Skin: A Comparison with Frozen Skin*, 7 Pharm. Res. 1141 (1990).

114. Keil, C. et al., *Mathematical Models for Estimating Occupational Exposure to Chemicals* (2nd ed. 2009).

115. Kielhorn, J. et al., International Programme on Chemical Safety (IPCS), *Environmental Health Criteria 235: Dermal Absorption* (2006).

116. Korchevskiy, A., *Using Benchmark Dose Modeling for the Quantitative Risk Assessment: Carbon Nanotubes, Asbestos, Glyphosate,* 41 J. Applied Toxicology 148 (2020).

117. Kougias, D. et al., *Risk Assessment of Glyphosate Exposures from Pilot Study with Simulated Heavy Residential Consumer Application of Roundup® Using a Margin of Safety (MOS) Approach,* Soc'y  Risk Analysis (2020).

118. Kramer, R., *Herbicide Applicator Exposure to N-Nitroso-Glyphosate during Application of Roundup Herbicide and Field Re-Entry* (Apr. 1978) [MONGLY01313767 – MONGLY01313816].

119. Kruger, M. et al., *Detection of Glyphosate Residues in Animals and Humans*, 4(2) J. Envtl. Analytical Toxicology 1000210 (2014).

120. Lake, R., *Health Risk Assessment: Glyphosate, Report FW14022*, Institute of Environmental Science and Research Limited for the Ministry of Health (2014).

121. Lavy, T. et al., *Conifer Seedling Nursery Worker Exposure to Glyphosate*, 22 Archives Envtl. Contamination & Toxicology 6 (1992).

122. Leon, M. et al., *Pesticide Use and Risk of Non-Hodgkin Lymphoid Malignancies in Agricultural Cohorts from France, Norway and the USA: A Pooled Analysis from the AGRICOH Consortium*, Int'l J. Epidemiology (2019).

123. Lesmes-Fabian, C. et al., *Dermal Exposure Assessments of Pesticide Use: The Case of Sprayers in Potato Farms in the Columbia Highlands*, 430 Science of the Total Environment 202 (2012).

124. Letter from J.W. Worley on *Potential Formaldehyde Exposure from Wetcake, MON-0139, and Roundup® Herbicide* to T.F. Armstrong, T.W. Fuhremann, F.S. Serdy, J.L. Hammond, and M.J. Pulwer (June 3, 1985) [MONGLY04267028-MONGLY04267034].

125. Letter from Stephen Wratten, Manager, Registrations, Monsanto Company on *Glyphosate Technical Herbicide (EPA Reg. No. 524-421) Amendment: Basic Confidential Statement of Formula Nominal Active Ingredient and Impurity Levels RD 1660* to James Tompkins,

8

Team Leader, Document Processing Center, EPA, Office of Pesticide Programs (Nov. 9, 2005) [MONGLY00209535-MONGLY00209558].

126. Lunchick, C. et al., *Operator and Field Worker Occupational Exposure Databases and Modeling*, in Hayes' Handbook of Pesticide Toxicology 1139, 1139-1155 (2010).

127. Machado-Neto, J. et al., *Safety of Working Conditions of Glyphosate Applicators on Eucalyptus Forests Using Knapsack and Tractor Powered Sprayers*, 64 Bulletin of Envtl. Contamination and Toxicology 309 (2000).

128. Maibach, H., *Summary: Elimination of 14C-Glyphosate in Rhesus Monkeys Following a Single Dose, & Percutaneous Absorption of 14C-Glyphosate in Roundup® Formulation in Rhesus Monkeys Following a Single Topical Dose*, University of California School of Medicine (Apr. 1, 1983) [MONGLY02142251 – MONGLY02142265].

129. Mandel, J. et al., *Biomonitoring for Farm Families in the Farm Family Exposure Study*, 31(Suppl. 1) Scandinavian J. Work Env't Health 98 (2005).

130. Manning, M., *Assessment of Worker Exposure to Glyphosate during Mist Blower Application of Roundup Herbicide* (Nov. 1991) [MONGLY01299836 – MONGLY01299849].

131. McDuffie, H. et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155 (2001).

132. Mesnage, R. et al., *Glyphosate Exposure in a Farmer's Family*, 3 J. Envtl. Protection 1001 (2012).

133. Monsanto Company, Label for Roundup® Ready-to-Use Weed & Grass Killer III (2012).

134. Monsanto Company, Label for Roundup® Weed & Grass Killer Concentrate Plus (2009) [MONGLY10529152-MONGLY10529157].

135. New Zealand Environmental Protection Authority, *Risk Assessment Methodology for Hazardous Substances* (May 2018) (draft).

136. Ngo, M. et al., *Percutaneous Absorption and Exposure Assessment of Pesticides*, 30 J. Applied Toxicology 91 (2010).

137. Nielsen, J. et al., *Storage Conditions of Skin Affect Tissue Structure and Subsequent In Vitro Percutaneous Penetration*, 24 Skin Pharmacology & Physiology 93 (2011).

138. Nielsen, J. et al., *The Usual Suspects – Influence of Physicochemical Properties on Lag Time, Skin Deposition, and Percutaneous Penetration of Nine Model Compounds*, 72 J. Toxicology Envtl. Health, Part A 315 (2009).

139. Nielsen, J., *Defense against Dermal Exposures is Only Skin Deep: Significantly Increased Penetration through Slightly Damaged Skin*, 299 Archives of Dermatological Res. 423 (2007).

140. Niemann, L. et al., *A Critical Review of Glyphosate Findings in Human Urine Samples and Comparison with the Exposure of Operators and Consumers*, 10 J. Consumer Protection & Food Safety 3 (2015).

141. OECD (Organisation for Economic Cooperation and Development), *Guidance Document for the Conduct of Skin Absorption Studies* (Mar. 5, 2004).

142. OECD, *Guidance Notes on Dermal Absorption* (Aug. 18, 2011).

143. OECD, *Guideline for the Testing of Chemicals - Skin Absorption: In Vitro Method* (Apr. 13, 2004).

144. OEHHA (Office of Environmental Health Hazard Assessment), *Proposition 65 No Significant Risk Levels (NSRLs) for Carcinogens and Maximum Allowable Dose Levels (MADLS) for Chemicals Causing Reproductive Toxicity*, Cal. EPA (Oct. 2018).

145. OEHHA (Office of Environmental Health Hazard Assessment), *Statement Regarding US EPA's Press Release and Registrant Letter on Glyphosate*, Cal. EPA (Aug. 12, 2019).

146. OEHHA, *Proposition 65 No Significant Risk Levels (NSRLs) for Carcinogens and Maximum Allowable Dose Levels (MADLS) for Chemicals Causing Reproductive Toxicity*, Cal. EPA (Oct. 2018).

147. Oltmanns, J. et al., *Effectiveness of Personal Protective Equipment against Dermal Exposure – A Comparative Study*, Federal Institute for Occupational Safety and Health (2016).

148. Orsi, L. et al., *Occupational Exposure to Pesticides and Lymphoid Neoplasms among Men: Results of a French-Control Study*, 66 J. Occupational & Envtl. Med. 291 (2009).

149. Pahwa, M. et al., *Glyphosate Use and Associations with Non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project*, Scandinavian J. Work Env't Health (2019) with supplementary materials.

150. Park, A., *N-nitroglyphosate and Formaldehyde Validations in MON 76879 (Amended from MSL0028679* (May 2, 2018) [MONGLY14519595-MONGLY14519639].

151. Perry, M. et al., *Historical Evidence of Glyphosate Exposure from a U.S. Agricultural Cohort*, 18 Envtl. Health 42 (2019).

152. Pierce, J. et al., *Pilot Study Evaluating Inhalation and Dermal Glyphosate Exposure Resulting from Simulated Heavy Residential Consumer Application of Roundup ®*, 32 Int'l F. Respiratory Res. 354 (2020).

153. Rages, D., *Accelerated Aging Data to Support the Registration of MON 79991 Herbicide Formulation*, Monsanto Co. (Nov. 16, 2012) [MONGLY01210670-MONGLY01210742].

154. Rages, D., *Analytical Profile of Glyphosate Technical (Wetcake)/MON 77973 from Monsanto Luling Plant* (Apr. 30, 2004) [MONGLY00209753-MONGLY00209817].

155. Rages, D., *Analytical Profile of Glyphosate Technical (Wetcake)/MON 77973 from Monsanto Muscatine Plant* (Apr. 30, 2004) [ONGLY00209818-MONGLY00209884].

156. Rages, D., *Analytical Profile of MON 0139 Technical from Monsanto Muscatine Plant* (Jan. 5, 2007) [MONGLY00210657-MONGLY00210720].

157. Rages, D., *Glyphosate, Dicamba, NNG and Formaldehyde Method Validations in MON 76838* (Feb. 7, 2014) [MONGLY00744163-MONGLY00744221].

158. Rauws, T. et al., *Determination of Formaldehyde and NNG Content in MON 76952 after 2 Years Storage at Ambient Temeratures* (Apr. 24, 2018) [MONGLY14615083-MONGLY14615088].

159. Ridley, W. & K. Mirly, *Volume 1: The Metabolism of Glyphosate in Sprague Dawley Rats – Part 1. Excretion and Tissue Distribution of Glyphosate and Its Metabolites following Intravenous and Oral Administration*, Monsanto Company (Mar. 23, 1988) [MONGLY00148193 – MONGLY00148787].

160. Riordan, A., *Evaluation of Glyphosate Use and Non-Hodgkin's Lymphoma – A Preliminary Trend Assessment*, American Industrial Hygiene Association (2020).

161. Smith, S., *240 g/L Glyphosate SL Formulation (MON 79546) – In Vitro Absorption through Human Dermatomed Skin Using [14C]-Glyphosate* (Feb. 12, 2014) [MONGLY08731410 – MONGLY08731464].

162. Smith, S., *7.2 g/L Glyphosate Gel Formulation (MON 76904) – In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate* (July 23, 2015) [MONGLY08731619 – MONGLY08731699].

163. Smith, S., *720 g/kg Glyphosate SG Formulation (MON 79991) – In Vitro Absorption through Human Dermatomed Skin Using [14C]-Glyphosate* (Feb. 12, 2014) [MONGLY08731465 – MONGLY08731523].

164. Solomon, K., *Estimated Exposure to Glyphosate in Humans via Environmental, Occupational, and Dietary Pathways: An Updated Review of the Scientific Literature*, Pest Mgmt. Sci. (2020).

165. Solomon, K., *Glyphosate in the General Population and In Applicators: A Critical Review of Studies on Exposures*, 46 Critical Revs. Toxicology 21 (2016).

166. Suarez-Larios, K. et al., *Screening of Pesticides with the Potential of Inducing DSB and Successive Recombinational Repair*, 2017 J. Toxicology 3574840 (2017).

167. Tarazona, J. et al., *Glyphosate Toxicity and Carcinogenicity: A Review of the Scientific Basis of the European Union Assessment and its Differences with IARC*, 91 Archives of Toxicology 2723 (2017).

168. Temple, W., *Review of the Evidence Relating to Glyphosate and Carcinogenicity*, New Zealand Environmental Protection Authority (Aug. 2016).

169. Thomas, K. et al., *Assessment of a Pesticide Exposure Intensity Algorithm in the Agricultural Health Study*, 20 J. Exposure Sci. and Envtl. Epidemiology 559 (2010).

170. Thongsinthusak, T. et al., *Guidance for the Preparation of Human Pesticide Exposure Assessment Documents*, Cal. EPA (May 4, 1993).

171. Transcript of Proceedings, *Johnson v. Monsanto Co.*, No. CGC-18-550128 (Cal. Super. Ct. S.F. Cty. July 26, 2018) (testimony of Dr. William Sawyer).

172. Transcript of Proceedings, *Pilliod v. Monsanto Co.*, No. RG17862702 (Cal. Super. Ct. Alameda Cty Apr. 11, 2019) (testimony of Dr. William Sawyer).

173. Van Burgsteden, J., *In Vitro Percutaneous Absorption Study with [14C]glyphosate using Viable Rat Skin Membranes*, TNO Nutrition and Food Research (Jul. 29, 2003)

[MONGLY01285806 – MONGLY01285848].

174. Ward, R., *360g/L Glyphosate SL Formulation (MON 52276) In Vitro Absorption of Glyphosate through Human Epidermis* (Feb. 12, 2010) [MONGLY00698737 – MONGLY00698789].

175. Ward, R., *450 g/L Glyphosate SL Formulation (MON 79545) In Vitro Absorption of Glyphosate through Human Epidermis, DLT-09-093* (Feb. 12, 2010) [MONGLY00698684 – MONGLY00698736].

176. Ward, R., *480 g/L Glyphosate SL Formulation (MON 79351) In Vitro Absorption of Glyphosate through Human Epidermis* (Feb. 12, 2010) [MONGLY00698790 – MONGLY00698842].

177. Wester, R., et al., *Glyphosate Skin Binding, Absorption, Residual Tissue Distribution, and Skin Decontamination*, 16 Fundamental and Applied Toxicology 725 (1991).

178. Wester, R., et al., *In Vitro Percutaneous Absorption of Model Compounds Glyphosate and Malathion from Cotton Fabric into and through Human Skin*, 34 Food and Chemical Toxicology 731 (1996).

179. Wozniak, E. et al., *Glyphosate Affects Methylation in the Promoter Regions of Selected Tumor Suppressors as Well as Expression of Major Cell Cycle Apoptosis Drivers in PBMCs (in vitro study)*, 63 Toxicology in Vitro 104736 (2020).

180. Wozniak, E. et al., *The Mechanism of DNA Damage Induced by Roundup 360 PLUS, Glyphosate and AMPA in Human Peripheral Blood Mononuclear Cells – Genotoxic Risk Assessment*, 120 Food & Chem. Toxicology 510 (2018).

181. Wratten, S. et al., *MSL 0025540: Amended Report Updating MSL 0023134 A Review and Discussion of Glyphosate Toxicology Test Materials* (Mar. 4, 2014) [MONGLY00574022-MONGLY00574084].

182. Zhai, H., et al., *Skin Decontamination of Glyphosate from Human Skin In Vitro*, 45 Food and Chemical Toxicology 2258 (2008).

183. Zhang, L. et al., *Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence*, 781 Mutation Research/Reviews in Mutation Research 186 (2019).

184. Zoller, O. et al., *Urine Glyphosate Level As A Quantitative Biomarker of Oral Exposure.* 228 Int'l J. & Hygiene and Env't Health 113526 (2020).

EXHIBIT C

**Dr. Joshua Schaeffer, Ph.D.**

In the past four years I have given sworn expert testimony in the following matters:

*Carl Savory, et al. v. Monsanto Co.* (deposition)
United States District Court Northern District of California. Case No. 3:20-cv-08051 (3:16-md-02741, MDL No. 2741). August 27, 2021.