**Exhibit 4**

**Dr. Joshua Schaeffer, Ph.D.**

In the past four years I have given sworn expert testimony in the following matters:

*Carl Savory, et al. v. Monsanto Co.* (deposition)
United States District Court Northern District of California. Case No. 3:20-cv-08051 (3:16-md-02741, MDL No. 2741). August 27, 2021.



EXHIBIT
0001
Joshua Schaeffer
03.22.23