**Exhibit 5**

# Glyphosate

# CASRN 1071-83-6 | DTXSID1024122

- IRIS Summary (PDF)  (10 pp, 102 K)
- **Status:** EPA announced in a 2004 Federal Register Notice that chemicals used as pesticides would not be re-assessed by the IRIS Program. This entry in the IRIS database is preserved at the request of EPA program and regional offices. Additional toxicological information may be found under "Other EPA Information."

IRIS Toxicity Values

Other EPA Information

## Noncancer Assessment

**Reference Dose for Oral Exposure (RfD) (PDF)**  (10 pp, 102 K)

Last Updated: 01/31/1987

| System | RfD (mg/kg-day) | Basis | PoD | Composite UF |
|---|---|---|---|---|
| Developmental, Urinary | $1 \times 10^{-1}$ | Increased incidence of renal tubular dilation in F3b offspring | NOEL: $1.0 \times 10^1$ mg/kg-day | 100 |

**Reference Concentration for Inhalation Exposure (RfC) (PDF)**  (10 pp, 102 K)

Not assessed under the IRIS Program.

# Cancer Assessment

**Weight of Evidence for Cancer (PDF)** (10 pp, 102 K)

Last Updated: 10/01/1989

| WOE Characterization | Framework for WOE Characterization |
|---|---|
| D (Not classifiable as to human carcinogenicity) | Guidelines for Carcinogen Risk Assessment (U.S. EPA, 1986) |

**Basis:**

- Inadequate evidence for oncogenicity in animals. Glyphosate was originally classified as C, possible human carcinogen, on the basis of increased incidence of renal tumors in mice. Following independent review of the slides the classification was changed to D on the basis of a lack of statistical significance and uncertainty as to a treatment-related effect.
- This may be a synopsis of the full weight-of-evidence narrative.

**Quantitative Estimate of Carcinogenic Risk from Oral Exposure (PDF)** (10 pp, 102 K)

Not assessed under the IRIS Program.

**Quantitative Estimate of Carcinogenic Risk from Inhalation Exposure (PDF)** (10 pp, 102 K)

Not assessed under the IRIS Program.

You will need Adobe Reader to view some of the files on this page. See EPA's PDF page to learn more.

# Related Links

- [EPA Chemicals Dashboard - Glyphosate](#)
- [eChemPortal - Glyphosate](#)

# Critical Effect Systems


Developmental


Urinary

# Chemical Structure for Glyphosate


Glyphosate

# Synonyms

- Glycine, n-(phosphonomethyl)-
- Glyphosate
- Mon 0573
- n-(Phosphonomethyl)glycine
- 1071-83-6

more synonyms

Contact Us to ask a question, provide feedback or report a problem.

JULY 28, 2017