Reid Smeda
March 22, 2023

**Exhibit 2**

1            UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
2                SAN FRANCISCO DIVISION

3                 MDL NO. 2741
               CASE NO.: 3:16-MD-02741-VC
4

5    IN RE:  ROUNDUP PRODUCTS
     LIABILITY LITIGATION
6    _____

7    This document relates to:

8

9    NANCY SALAS v. MONSANTO
     COMPANY; BAYER CORPORATION;
10   BAYER AG; ANDREW JACK CONROY;
     HOME DEPOT U.S.A.,INC.; KLI
11   SHELL LUMBER & HARDWARE,
     LLC;and ORLANDO VALDES.
12

     Member Case No:
13   3:21-cv-06713-VC
     _____
14

15

                REMOTE VIDEOTAPED
16           CONFERENCE DEPOSITION
                      OF
17            REID SMEDA, Ph.D.

18

             Wednesday, March 22, 2023
19           10:04 a.m. - 12:57 p.m.
             LOCATION:  By Videoconference
20

                 Reported By:
21

          DONNA GUNION, Court Reporter, FPR
22         Notary Public, State of Florida
           U.S. Legal Support, Inc.
23               Miami Office
               305-373-8404
24

25

```
 1                    APPEARANCES VIA ZOOM:

 2
      On behalf of the Plaintiff:
 3
             PODHURST ORSECK, P.A.
 4           ONE S.E. 3rd AVENUE
             SUITE 2300
 5           MIAMI, FLORIDA 33131
             305-358-2382
 6           PROJAS@PODHURST.COM

 7           BY: PABLO ROJAS, ESQUIRE

 8
      On behalf of the Defendant HOME DEPOT:
 9
             MORRIS, MANNING & MARTIN, LLP
10           3343 PEACHTREE ROAD NE
             #1600
11           ATLANTA, GEORGIA 30326
             404-233-7000
12           CSUYDAM@MMMLAW.COM

13           BY: CAROLINE W. SUYDAM, ESQUIRE

14
      On behalf of the Defendant MONSANTO COMPANY:
15
             HOLLINGSWORTH LLP
16           1350 I STREET, NW
             WASHINGTON D.C. 20005
17           202-898-5800
             MGRAY@HOLLINGSWORTHLLP.COM
18
             BY: MARCHELLO D. GRAY, ESQUIRE
19               DAVID I. SCHIFRIN, ESQUIRE

20

21

22    Also Present:

23    Videographer:  KYLE HANKINS

24

25
```

Reid Smeda
March 22, 2023                           3

1                          I N D E X

2    REID SMEDA, Ph.D.
     DIRECT EXAMINATION BY MR. ROJAS                  5
3    CROSS-EXAMINATION BY MR. GRAY                   96

4    WITNESS READ LETTER                            100
     ERRATA SHEET                                   101
5    CERTIFICATE OF OATH                            102
     CERTIFICATE OF REPORTER                        103
6

7
                        E X H I B I T S
8
     No.    Description                            Page
9
     1      CV                                        8
10
     2      Expert Report of Doctor RJ Smeda,       18
11          Salas versus Monsanto Company

12   3      Monsanto Company's Rule 26              22
            Designation and Disclosure of
13          Specific Causation Expert Testimony

14   4      Updated Smeda MCL                       76

15

16

17

18

19

20

21

22

23

24

25

Reid Smeda
March 22, 2023                                            4

1           Videotaped Zoom Deposition taken before Donna L.

2      Gunion, Court Reporter, Florida Professional Reporter

3      and Notary Public in and for the State of Florida at

4      Large, in the above cause.

5           THE VIDEOGRAPHER:   We're now on the video

6      record.  All participants should be aware that this

7      proceeding is being recorded and, as such, all

8      conversations held will be recorded unless there's a

9      request and an agreement.  Private conversations

10     and/or attorney client interactions should be held

11     outside the presence of the remote interface.

12          This is the video remote recorded deposition of

13     Doctor Reid Smeda, taken on Wednesday, the 22nd of

14     March, 2023.  The time now is 10:04 a.m., Eastern

15     Standard Time.  My name is Kyle Hankins, the

16     videographer, and at this time would all counsel state

17     their appearances for the record beginning with

18     plaintiff's counsel first, please.

19          MR. ROJAS:  Good morning.  Pablo Rojas with

20     Podhurst Orseck here on behalf of the plaintiff, Nancy

21     Salas.

22          MR. GRAY:  Marchello Gray and David Schifrin from

23     Hollingsworth on behalf the defendant Monsanto.

24          MS. SUYDAM:  Caroline Suydam, Morris, Manning &

25     Martin on behalf of Home Depot.

Reid Smeda
March 22, 2023                                5

```
1         THE VIDEOGRAPHER:  Madam Court Reporter, would

2     you please swear in the witness.

3         THE COURT REPORTER:  Raise your right hand to be

4     sworn.

5         Do you swear that the testimony you're about to

6     give will be the truth, the whole truth, and nothing

7     but the truth?

8         THE WITNESS:  I do.

9   Thereupon:

10                   REID SMEDA, PH.D.,

11  having been first duly sworn or affirmed, was examined

12  and testified as follows:

13                   DIRECT EXAMINATION

14  BY MR. ROJAS:

15    Q.   Good morning, Doctor.  How are you?

16    A.   I'm doing well, thank you.

17    Q.   All right.  As I just mentioned, my name is Pablo

18  Rojas.  I'm one of the attorneys representing the

19  plaintiff in this matter.  Let me ask you before we get

20  started, have you had your deposition taken before?

21    A.   Yes, I have.

22    Q.   So I won't belabor the ground rules too much.  I

23  actually have another deposition at 2:00 p.m. today so

24  that gives us a pretty nice hard stop, but I expect one

25  or more of us will want to break at some point, so if at
```

Reid Smeda
March 22, 2023                          6

1  any time you want to break, for as long as you need,

2  please just ask.  The only thing that I would ask of you

3  is that if one of my questions is pending or I'm in the

4  middle of a question, that you please complete your

5  answer to my question before we take our break.

6       Is that fair?

7  A.   Yes, sir.

8  Q.   If at any time one of my questions is unclear in

9  any way, please just ask me to clarify it.  Otherwise, if

10 you've answered my question, I'm going to assume that you

11 understood it.

12      Is that fair?

13 A.   Yes.

14      MR. ROJAS:  I'm going to start, and Madam Court

15      Reporter, if this works for you, I'm just going to

16      chat to everybody every exhibit that I plan on

17      introducing, and let me start with the first one right

18      away.  Give me just one moment.

19      MS. SUYDAM:  Before you begin, just in an effort

20      to move things along, can we agree that any objection

21      that Monsanto makes is joined by Home Depot?

22      MR. ROJAS:  Absolutely.

23      MS. SUYDAM:  Great.

24 BY MR. ROJAS:

25 Q.   I'm going to go ahead, sir, the way I'm going to

Reid Smeda
March 22, 2023                    7

1    proceed with this initially is just to share my screen.

2    I trust you're in front of a computer where you can see

3    an exhibit if I put it up?

4        A.   I'm actually not.

5        Q.   All right.  Tell you what, do you have a copy of

6    your CV with you?

7        A.   I do.

8             MR. GRAY:  Hang on one second.  I think we can

9        get it where he can see the exhibits on the screen if

10       you want to share some stuff that way.

11            MR. ROJAS:  All right.  Whatever you guys prefer.

12            MR. GRAY:  Yeah.

13            MR. ROJAS:  Do you want to go off the record?

14            MR. GRAY:  Yes.  Let's go off.

15            THE VIDEOGRAPHER:  The time is 10:08 a.m.  we're

16       going off record.

17            (A discussion was held off the record.)

18            (A brief recess was taken from 10:08 a.m. to

19   10:15 a.m.)

20            THE VIDEOGRAPHER:  The time is 10:15 a.m.

21            We're back on the video record.

22   BY MR. ROJAS:

23       Q.   All right, Doctor, so as I was saying before we

24   went off on our break, what I'm going to do is when I

25   introduce an exhibit, basically, I'm going to screen

Reid Smeda
March 22, 2023                                          8

1   share on the Zoom and I see you have a laptop in front of

2   you, so let me go ahead and start with that now.

3          So this will be Exhibit 1.  Are you able to see

4   this on the screen share function of the Zoom?

5      A.   Yes, sir.

6          (Exhibit No. 1, CV, was marked for

7   identification.)

8   BY MR. ROJAS:

9      Q.   I'm going to represent to you that I got this

10  sometime in the past 48 hours, I don't remember exactly,

11  from counsel for Monsanto and I believe this is a current

12  version of your CV.  Are you able to confirm that?

13     A.   Yes, sir.

14     Q.   So with this up on the screen we don't need to

15  keep it up, but I'm just going to ask you some questions

16  about your professional background a little bit.

17         So I understand that you have been at the

18  University of Missouri since 1996.  Is that right?

19     A.   That is correct.

20     Q.   And that's been continuously, of course, since

21  '96, correct?

22     A.   Yes, sir.

23     Q.   And I see here that prior to 1996, you had two

24  roles, plant physiologist and post doctoral associate.

25  Those were both with USDA?

Reid Smeda
March 22, 2023                              9

1        A.   Yes, sir.

2        Q.   And ARS, I see a reference here to USDA ARS.  Is

3   that a reference to the Agricultural Research Service?

4        A.   Yes, sir.

5        Q.   So let me ask you first about your role as a post

6   doctoral associate between 1990 and 1991 with USDA, in

7   broad strokes, and I'll try to get through this as

8   quickly as I can.

9             But what did that entail?  What did that job

10  entail?

11       A.   It entailed working with weeds primarily that

12  were resistant to herbicides.  Most of the activities

13  were carried out in a controlled environment chamber or

14  in a greenhouse.

15       Q.   Was the goal of that work or the objective to

16  accomplish some kind of weed control?

17       A.   Well, it was designed to understand why weeds had

18  become resistant to herbicides and study those

19  mechanisms.

20       Q.   Was there -- was glyphosate involved in any way

21  in that work that you did as a post doctoral associate?

22       A.   No.

23       Q.   Then as a plant physiologist with USDA between

24  1991 and 1996, what did that job entail?

25       A.   So that was based a little bit in a laboratory,

Reid Smeda
March 22, 2023                                        10

1    but it was also based quite a bit in the greenhouse and

2    also in a field setting.

3        Q.   Okay.  And what was the goal or the substance of

4    that work?

5        A.   That was primarily designed to look at weed

6    management systems primarily in soybeans, a little bit in

7    cotton, and a couple of studies in corn.

8        Q.   Did you work with or study glyphosate in any way

9    in that role between '91 and '96?

10       A.   Yes, sir.

11       Q.   Can you elaborate on that, please?

12       A.   So glyphosate was one of the herbicides commonly

13   used to make what we call a burn down application to kill

14   weeds prior to planting the crops.  I also looked at

15   cover crops and we used glyphosate to terminate those

16   cover crops.

17           In the latter couple of years there, we were also

18   doing some initial studies with Roundup-resistant

19   soybeans and looking at integrating that technology into

20   use with soybeans.

21       Q.   Did I hear you say "burn down application"?  Is

22   that the term that you used?

23       A.   Yes, sir.

24       Q.   Understood.

25           Were you personally applying glyphosate or

Reid Smeda
March 22, 2023                                    11

1    glyphosate containing compounds as part of your work as a

2    plant physiologist with the USDA?

3        A.   Yes, sir.

4        Q.   And do you recall whether you wore protective

5    equipment when you were doing that?

6        A.   I did.

7        Q.   What sort of protective equipment did you wear?

8        A.   I wore close-toed shoes, long pants, a long

9    sleeve shirt, also a pair of gloves.

10       Q.   And I see that that's in Stoneville, Mississippi.

11   Is that right?

12       A.   Yes, sir.

13       Q.   So when you were applying glyphosate as part of

14   that work, were you sort of outside in the field in a

15   sort of agricultural type environment?

16       A.   Yes.

17       Q.   To your knowledge, were you applying amounts of

18   glyphosate as part of that work that were sort of

19   consistent with applications used in commercial

20   agriculture?

21       A.   Yes, we were.

22       Q.   To your knowledge, were you applying amounts of

23   glyphosate as part of that work that were consistent with

24   uses for residential application?

25            MR. GRAY:  Object to form.  But you can answer if

Reid Smeda
March 22, 2023                          12

1      you can.

2           THE WITNESS:  I don't specifically know what that

3      rate was.  We followed the rate on the label for the

4      application that we were making in a field situation.

5  BY MR. ROJAS:

6      Q.   Okay.  Got it.  So to your knowledge, you weren't

7   exceeding the rate on the label, correct?

8           MR. GRAY:  Object to form.  You can answer.

9           THE WITNESS:  We were following the label in

10     order to identify the rate used.

11  BY MR. ROJAS:

12     Q.   Understood.  Did your work with USDA entail any

13  questions of herbicide safety?  Was that part of what was

14  considered as part of your work?

15     A.   No.  We followed the label according to the

16  description there to wear the proper protective equipment

17  in order to make the applications.

18     Q.   On your CV it says that your next two roles were

19  as a member of the graduate faculty in the doctoral

20  faculty, I presume at the University of Missouri.  Is

21  that correct?

22     A.   Yes, sir.

23     Q.   And I see that, I guess, both of those roles

24  extend to the present.  Am I understanding that

25  correctly?

Reid Smeda
March 22, 2023                                    13

1       A.    Yes, sir.

2       Q.    So you've basically been a member of the

3  faculty -- I know I asked you earlier whether you've been

4  employed at the University of Missouri since 1996, but

5  you've been a member of the faculty at University of

6  Missouri continuously since 1996.  Is that a fair

7  description?

8       A.    I have, yes.

9       Q.    The next -- I'm kind of going from bottom to top

10  as you can probably tell.  The next role I see here in

11  professional academic appointments is assistant professor

12  of agronomy.  Do you see that?

13       A.    I do.

14       Q.    What is agronomy?

15       A.    Agronomy is the study of practices relating to

16  the production of agronomic crops.

17       Q.    And what are agronomic crops?

18       A.    These are typically large area crops, usually

19  indicative of the area that you're in.  In Missouri, it

20  was primarily corn and soybeans.

21       Q.    Are you an agronomist?  Is that like a term that

22  you would use to describe yourself?

23       A.    That's a general term, that term could fit but I

24  typically refer to myself as a weed scientist.

25       Q.    Okay.  And then sort of the next three roles

Reid Smeda
March 22, 2023                              14

1   moving up, are within the Division of Plant Sciences at

2   the University of Missouri.  Is that right?

3       A.   Yes, sir.

4       Q.   And what is encompassed, in broad strokes, within

5   the Division of Plant Sciences?

6       A.   So we have a number of people that are

7   agronomists focusing on the production of agronomic

8   crops.  We also have individuals that focus on weed

9   management, plant diseases, as well as insects.  And then

10  we have other professors primarily involved in teaching

11  or involved in bench science that might deal with other

12  aspects with plants.

13      Q.   Does the Division of Plant Sciences include any

14  field of human medicine, at least within the University

15  of Missouri?

16      A.   That's not contained in the Division of Plant

17  Science.

18      Q.   Does the Division of Plant Sciences at University

19  of Missouri encompass toxicology, human toxicology?

20      A.   That's not in the Division of Plant Sciences.

21      Q.   Okay.  Let me go ahead and keep moving up and ask

22  you just very briefly, sir, about your educational

23  background.  I see you have a Bachelor of Science degree

24  from Michigan State with a major in crop and soil science

25  and a minor in integrated pest management.  Is that

Reid Smeda
March 22, 2023                          15

1  right?

2      A.   That's correct.

3      Q.   All right.  What is, if you can describe it, crop

4  and soil science, the major that you focused on at

5  Michigan State?

6      A.   So that was a degree program that focused on crop

7  production, mostly on agronomic crops.  The soil science

8  aspect focused on all the issues that related to soil.

9  So there were a number of courses focusing on soils and

10  various aspects of those soils.

11     Q.   And your minor in integrated pest management,

12  what is integrated pest management?

13     A.   Integrated pest management is the integration of

14  different techniques to manage pests.  It's not focused

15  primarily on one technique.  It's the integration of

16  various techniques.

17     Q.   Okay.  And what types of various techniques might

18  be involved?

19     A.   Depends on the particular pest that you're trying

20  to target.

21     Q.   Were weeds considered pests for purposes of that

22  minor?

23     A.   Yes, sir.

24     Q.   Okay.  And then it looks like you went straight

25  into a Master's degree in horticulture also at Michigan

Reid Smeda
March 22, 2023                                          16

```
 1   State.  Is that right?
 2       A.   Yes, sir.
 3       Q.   That's a two-year Master's program?
 4       A.   It was approximately two and a half years.
 5       Q.   And the focus was on horticulture.  Is that
 6   right?
 7       A.   That was the department that the degree was in.
 8       Q.   Okay.  What is horticulture?
 9       A.   So horticulture is the production and management
10   of pests in horticultural crops.  These could include
11   flowers, vegetables, tree roots, and so on.
12       Q.   And then you got your Ph.D. in the same subject
13   about six years later.  Is that right?
14       A.   Yes.  At a different university.
15       Q.   Did the completion of your Ph.D. require, like, a
16   written dissertation?
17       A.   Yes, it did.
18       Q.   Do you recall the subject matter of that
19   dissertation?
20       A.   I was looking to screen for Atrazine-resistance
21   in photoautotrophic potato cells, and this was conducted
22   in a controlled area.
23       Q.   What is Atrazine?
24       A.   Atrazine is a herbicide that's used for weed
25   management.
```

Reid Smeda
March 22, 2023                          17

1      Q.   And what were the findings of the work that you

2  did towards your dissertation?  What was your conclusion?

3      A.   The conclusion was that we could identify

4  potatoes with Atrazine-resistance following their

5  selection, and we identified at the molecular level what

6  that resistance mechanism was.

7      Q.   And I think you mentioned a few moments ago that

8  you, the work that you did towards your dissertation was

9  mostly or exclusively in a controlled environment.

10         Can you -- unless I misunderstood you, can you

11  just explain what you mean by that?

12     A.   So the term that I used, photoautotrophic, we

13  grew potato cells in glass flasks that required constant

14  orbital shaking in a media that would promote their

15  growth, so they were not plants growing in a soil.  This

16  was a soilless media in a laboratory under controlled

17  environment conditions.

18     Q.   Did your work towards your dissertation consider

19  the safety or human toxicology of Atrazine?

20     A.   No, it did not.

21     Q.   Since then, have you done any professional or

22  academic work regarding the safety of human toxicology of

23  human Atrazine?

24         MR. GRAY:  Object to form.  You can answer.

25         THE WITNESS:  Not that I recall, no.

Reid Smeda
March 22, 2023                                      18

```
 1   BY MR. ROJAS:
 2       Q.   I might come back to this but I'm going to stop
 3   sharing the screen for a moment.
 4            I'm going to add another one here into the chat.
 5            (Exhibit No. 2, Expert Report of Doctor RJ Smeda,
 6   Salas versus Monsanto Company, was marked for
 7   identification.)
 8   BY MR. ROJAS:
 9       Q.   Sir, are you able to see this document?
10       A.   Yes, I can.
11       Q.   Let me scroll to the top.  I should have done
12   that to start with.
13            Do you see where it says, "Expert report of
14   Doctor RJ Smeda, Salas versus Monsanto Company"?
15       A.   I do.
16       Q.   It's a 74-page PDF in total, and we received this
17   as part of Monsanto's expert disclosures in this matter,
18   and I suspect you would agree with me that this is at
19   least one version of your expert report in this matter.
20            Can I ask, have you prepared various versions of
21   your report in this case?
22            MR. GRAY:  Object to form.  You mean in the Salas
23      case?
24            MR. ROJAS:  In the Salas case, yes, sir.
25            MR. GRAY:  Okay.  You can answer if you can,
```

Reid Smeda
March 22, 2023                          19

1    Reid.

2         THE WITNESS:  This is the report that has been

3    prepared and was submitted.

4  BY MR. ROJAS:

5    Q.   Okay.  So, to your knowledge, we're looking at

6  the latest version, there's not a more updated version

7  than the one up on the screen?

8    A.   There is not, no.

9    Q.   Okay.  Got it.  In the second paragraph of this

10  background section, you refer to your use of glyphosate

11  annually since 1982.

12        Can I understand that you have used glyphosate

13  every year since 1982?

14    A.   There may have been a couple of year period there

15  where I was not consistently using it, but for the most

16  part, I did tend to use it almost every year.

17    Q.   And then the rest of the paragraph refers to the

18  fact that you were raised much of your early life on a

19  strawberry farm in Southwest Michigan and that you say,

20  "We used herbicides judiciously in places around the

21  farm."

22        Do you see that phrase?

23    A.   I do.

24    Q.   When you say "we," are you referring to your

25  family?

Reid Smeda
March 22, 2023                              20

1    A.   I'm referring to my family, mostly my father.

2    Q.   Okay.  To your knowledge -- because I know that

3    in 1982 you completed your BS.  Can you tell me your date

4    of birth?

5    A.   February 14, 1960.

6    Q.   Okay.  So in 1982, you would have been around

7    22 years old, roughly?

8    A.   Yes, sir.

9    Q.   To your knowledge, did you or your family use

10   glyphosate at the strawberry farm prior to 1982?

11   A.   My father did.  Yes.

12   Q.   Okay.  To your knowledge, did you apply

13   glyphosate at the farm prior to 1982?

14   A.   I don't believe so, no.

15   Q.   Is there a particular reason that your father,

16   rather than you, as you recall, applied glyphosate on the

17   strawberry farm?

18   A.   The glyphosate primarily applied was to a

19   tractor-based sprayer, and my father drove the tractor.

20   Q.   Did you ever drive the tractor yourself?

21   A.   I did.

22   Q.   But to your knowledge, never applying glyphosate

23   at least prior to 1982, correct?

24   A.   That's correct.

25   Q.   I'm going to scroll down a little bit.  There's a

Reid Smeda
March 22, 2023                                    21

1   sentences here spanning Pages 1 and 2 of this background

2   of your report, and let me just read it into the record.

3   You say:

4          "I teach students in-depth about the biological

5       traits of weeds that contribute to their success in

6       the ecological niches that weeds invade."

7          Do you see that?

8   A.   I do.

9   Q.   And then you say:

10         "I teach students that glyphosate is a useful

11      tool in the battle against weeds and is an essential

12      component of an integrated approach to weed

13      management."

14         Do you see that?

15  A.   I do.

16  Q.   And we can get into this in a number of ways but

17  I understand based on these two sentences, at least, that

18  among other things in your professorial capacity, you

19  teach your students about integrated weed management.  Is

20  that correct?

21  A.   That is one of the aspects that we teach, yes.

22  Q.   Do you also teach your students about herbicide

23  safety in any way?

24  A.   We do instruct students on personal protective

25  equipment and ways to follow the label.

Reid Smeda
March 22, 2023                                        22

1     Q.   Do you instruct students about the underlying

2  science, one way or the other, of herbicide safety?

3     A.   That's only briefly mentioned in the class.

4     Q.   And what class is that?

5     A.   It's an undergraduate weed science course that I

6  teach each fall.

7     Q.   I'll scroll down here to the introduction

8  section.  This is a lengthy report and we may go through

9  it in some detail over the course of the deposition, but

10  I guess let me just ask you, in broad strokes, what are

11  the subject matters about which you intend to testify in

12  this case?

13         MR. GRAY:  Object to form to the extent the

14     report and disclosure speak for themselves, but you

15     can answer, Doctor.

16         THE WITNESS:  So I've detailed different aspects

17     within the Salas report.  There's also things that

18     I've identified, in broad strokes, with some detail

19     here in the general report that was prepared.

20  BY MR. ROJAS:

21     Q.   Let me switch gears and introduce another exhibit

22  then.

23         (Exhibit No. 3, Monsanto Company's Rule 26

24  Designation and Disclosure of Specific Causation Expert

25  Testimony, was marked for identification.)

Reid Smeda
March 22, 2023                                      23

1  BY MR. ROJAS:

2      Q.   This is going to be Exhibit 3.  I'll put it up on

3  the screen.

4           Sir, are you able to see this document?  I know

5  there's not much on the screen, but do you have -- at

6  least it popped up on your screen?

7      A.   Yes, sir, it did.

8      Q.   Let me scroll down.  Do you see this bold text

9  that says, "Monsanto Company's Rule 26 Designation and

10  Disclosure of Specific Causation Expert Testimony"?

11     A.   I see that.

12     Q.   I'm going to scroll down.  Do you see this

13  section here, "A, Case Specific Experts"?

14     A.   I see that.

15     Q.   So there's a Doctor Daniel Arber, Doctor Matthew

16  Matasar, Doctor Joshua Schaeffer and in Item 4 here, do

17  you see a reference to yourself?

18     A.   I do.

19     Q.   This is by no means a criticism of the

20  disclosure, but it doesn't identify, I think you would

21  agree with me, sort of any specific areas of your

22  testimony, correct?

23          MR. GRAY:  Object to form, but you can answer.

24          THE WITNESS:  It indicates different materials

25     that are provided that detail what I've written.

Reid Smeda
March 22, 2023                                            24

1   BY MR. ROJAS:

2       Q.   So I'm going to stop sharing this screen.

3            So if I wanted to know, I know I just asked you,

4   what subject matters, what disciplines, what topics

5   you're going to testify about, would your report

6   encompass those?  Is that what I should be referring to?

7       A.   My general report would encompass the overarching

8   aspects related to weed control and things that I'm

9   knowledgeable about.  And then there is a specific case

10  report on Salas where specific things are laid out.

11      Q.   So let's go back to the report and see if I can

12  get a handle on the areas that you intend to testify

13  about.

14           So there was, back on the screen here, in your

15  report there was a section called "Background."  There's

16  a section called, "Introduction."

17           The second paragraph begins with a sentence

18  concerning weed science, I don't necessarily need to get

19  into the details of that sentence but is it -- can I

20  fairly understand that you intend to offer opinions in

21  this case about weed science?

22      A.   Well, weed science is an overarching term.  I

23  plan to discuss, and as laid out in my report, different

24  aspects that relate to weed science topics including a

25  number of them, and they're actually laid out in my

Reid Smeda
March 22, 2023                               25

1    report.

2        Q.   So let me just -- I don't mean to be tedious, but

3    it's important for me to understand because this is my

4    one chance to speak with you before trial, more likely

5    than not, what are going to be the subject matters that

6    you intend to testify about in front of a jury.

7            So I'm just going to go through page-by-page and

8    maybe focus here on the sub-headers.

9            Do you see the highlighted sub-header here

10   called, "Weed competition for growth factors"?

11       A.   I do.

12       Q.   Do you intend to testify about that topic in this

13   case?

14       A.   I certainly can if I receive questions about it,

15   and this particular section just lays out aspects of

16   weeds and what they're competitive for.

17       Q.   Near the top, at least on my screen here, there's

18   another italicized sub-header.  It says, "Direct and

19   indirect losses caused by weeds."

20           Do you intend to offer expert testimony about

21   that topic at trial?

22       A.   If that topic comes up at trial, I'm fully

23   capable of addressing since it does talk about, both

24   directly and indirectly, what weeds can actually do.

25       Q.   Page 10 here, there's a bolded and italicized

Reid Smeda
March 22, 2023                    26

1    header called, "Basics of weed management."

2          If asked at trial, do you intend to offer expert

3    testimony about that subject?

4    A.    If asked questions, yes, I'd be able to answer

5    and address questions on that.  It talks about many

6    different aspects of managing weeds.  This is just a

7    section to give some background to that.

8          THE COURT REPORTER:  I'm sorry, there seems to be

9      a lot of background conversation going on.  Is there

10     any way to mute that?

11         MR. GRAY:  I think it's on our end.  We're in an

12     office and some folks walk past the door.

13         MR. ROJAS:  Madam Court Reporter, if it's a

14     recurring issue, maybe we can go on a break and try to

15     figure out some kind of technological solution, but if

16     it's just some folks walking by, if this is okay,

17     maybe we can proceed for now.

18         THE COURT REPORTER:  Yes, for now.  I'm so sorry

19     to do this, but I need to go off the record for a

20     second.

21         MR. ROJAS:  Let's just take five.

22         THE VIDEOGRAPHER:  The time is 10:42 a.m.

23     We're off the video record.

24     (A discussion was held off the record.)

25     (A brief recess was taken from 10:42 a.m. to

Reid Smeda
March 22, 2023                            27

```
 1   10:48 a.m.)

 2          THE VIDEOGRAPHER:  The time is 10:48 a.m.  We're

 3      back on the video record.

     BY MR. ROJAS:

 4

 5      Q.   Doctor, before we took a short break, I was -- we

 6   were going through some of the headers on the, sort of

 7   the beginning part of your report and I was seeking

 8   confirmation that, if asked, you would intend to testify

 9   about those areas at trial.

10          I'm just going to breeze through the rest of

11   them.  I see in general terms references to weed

12   management, herbicide development, and the effect of

13   herbicides on plants.

14          If asked, do you intend to testify about those

15   topics at trial?

16      A.   Gif those topics are addressed, I'm prepared to

17   talk about those topics in addition to others, yes.

18      Q.   And with respect to, if I can just focus on those

19   three topics for the moment, again, it's weed management,

20   the development of herbicides, and the effects of

21   herbicides on plants, do you believe that those topics

22   inform whether Ms. Salas's cancer was caused by

23   glyphosate or Roundup?

24          MR. GRAY:  Object to form.  Compound.  You can

25      answer if you can, Doctor.
```

1          THE WITNESS:  So I don't know that glyphosate was

2     involved in anything related to that.  What I do know

3     is different aspects of glyphosate and how effective

4     an herbicide it is, and that is addressed in some of

5     the sections certainly further in the general report.

6  BY MR. ROJAS:

7     Q.   Understood.  Do you have an opinion, have you

8  formed an opinion in this matter about whether

9  Ms. Salas's cancer was caused by Roundup?

10         MR. GRAY:  Object to form and scope.  But you can

11     answer if you can, Doctor.

12         MR. ROJAS:  Sorry, what's the basis of the

13     objection?

14         MR. GRAY:  Are you asking him a question about

15     the causation of her cancer?

16         MR. ROJAS:  I'm asking him simply has he formed

17     an opinion in this case about the causation of her

18     cancer, yes, sir.

19         MR. GRAY:  That's outside the scope of what this

20     witness has been offered for, but he can answer.

21         MR. ROJAS:  I think maybe we can have an off the

22     record conversation, but he's been disclosed as a

23     specific causation expert.

24         MR. GRAY:  He's been disclosed as a case-specific

25     expert.  There is a difference.

Reid Smeda
March 22, 2023                           29

```
1          MR. ROJAS:  Okay.
2          MR. GRAY:  He has opinions specific to this case,
3     not the general body of literature.  He's not being
4     offered for causation, but I'm just noting my
5     objection.
6          He can answer the question.
7          MR. ROJAS:  Understood.  I may follow up with
8     you, Marchello, off the record because, you know, I
9     just introduced an exhibit that's a disclosure of
10    specific causation expert testimony, Doctor Smeda is
11    listed there, so perhaps I'm a little bit confused,
12    but we can just go back to the deposition.
13 BY MR. ROJAS:
14    Q.   Sir, I'll restate my question, and Mr. Gray can
15  lodge his objection, but for the sake of clarity, I just
16  want to repeat it because it was a while ago that I asked
17  it.
18         Have you formed, sir, an opinion in this case
19  about whether Ms. Salas's cancer was caused by Roundup?
20         MR. GRAY:  Object to form, but you can answer.
21         THE WITNESS:  I'm here to address different
22    aspects of weed management and the practices that
23    Ms. Salas used for weed management on her properties
24    and other aspects that relate to the weed science
25    portion of this, and using glyphosate and following
```

Reid Smeda
March 22, 2023                              30

1     the label.

2  BY MR. ROJAS:

3     Q.   Fair enough.  So I think I understand your

4  description of what you intend to testify about and we

5  can get into that.  My question was a little bit

6  different, which is, have you formed an opinion about the

7  causation, one way or the other, of Ms. Salas's cancer?

8          MR. GRAY:  Same objection.

9          THE WITNESS:  I'm not a cancer expert, so I'm

10     here to address weed science aspects.

11  BY MR. ROJAS:

12     Q.   Understood.  At the risk of being tedious, I need

13  to be thorough, it's part of my job.

14          So are you an oncologist?

15     A.   I am not.

16     Q.   Are you a toxicologist?

17     A.   No.

18     Q.   Are you an epidemiologist?

19     A.   No.

20     Q.   Do you consider yourself qualified to offer

21  opinions about oncology?

22          MR. GRAY:  Object to form.

23          THE WITNESS:  That's not my area of expertise.

24  BY MR. ROJAS:

25     Q.   Do you consider yourself qualified to offer

Reid Smeda
March 22, 2023                         31

1   expert opinions about human toxicology?

2           MR. GRAY:  Object to form.

3           THE WITNESS:  No.

4   BY MR. ROJAS:

5      Q.   And do you consider yourself qualified to offer

6   expert opinions about epidemiology?

7           MR. GRAY:  Object to form.

8           THE WITNESS:  I'm not an epidemiologist.

9   BY MR. ROJAS:

10     Q.   Let me go back to your report and focus on the

11  area concerning glyphosate.  Give me just one moment.  I

12  lost my place here.

13          Here we go.  Screen share.

14          All right.  Do you see, sir, here at the bottom

15  of Page 18 of your report there is a section entitled,

16  "Introduction to glyphosate"?

17     A.   I see that.

18     Q.   And the first sentences reads that -- I'm going

19  to quote it briefly:

20          "Glyphosate is unique in how it interacts with

21      plants."

22          Do you see that?

23     A.   I do.

24     Q.   So you're familiar with the interaction between

25  glyphosate and plants, correct?

Reid Smeda
March 22, 2023                                    32

1      A.    I am, yes.

2      Q.    And would you consider yourself an expert in that

3   area?

4      A.    Yes.

5      Q.    I'll scroll down a little bit.  There's a section

6   here called "Glyphosate Toxicity" beginning on Page 21.

7          Do you see that?

8      A.    I do.

9      Q.    And I understand that this section in part deals

10  with glyphosate's toxicity as applied to animals, such as

11  rats, correct?

12     A.    Oral comparison for the LD50 is acute toxicity

13  using rats, yes.

14     Q.    Do you consider yourself an expert in the sort of

15  animal toxicity of glyphosate?

16          MR. GRAY:  Object to form.

17          THE WITNESS:  I'm not a toxicologist.  That was

18     not the intent of the descriptions contained herein.

19  BY MR. ROJAS:

20     Q.    What was the intent?

21     A.    It was to compare glyphosate to other commonly

22  used herbicides as well as other materials that are not

23  herbicide, and describe its acute toxicity relative to

24  other compounds.

25     Q.    So you're familiar with the acute toxicity of

Reid Smeda
March 22, 2023                                        33

1    glyphosate when compared to other compounds.  Is that

2    fair?

3        A.   Only in the sense of their comparative toxicity

4    as outlined in the preferences contained herein.

5        Q.   Understood.  You're not yourself a toxicologist.

6    Is that right?

7        A.   That's correct.  I'm not.

8        Q.   I understand, based on the exhibit that I shared

9    earlier, that Monsanto has retained Doctor Schaeffer, who

10   I think is a toxicologist in this matter.

11            Are you familiar with Doctor Schaeffer and his

12   work?

13       A.   I don't believe so, no.

14       Q.   Have you ever spoken with Doctor Schaeffer?

15       A.   I don't recall.

16       Q.   To the extent that your report describes the

17   toxicity of glyphosate, does that rely on Doctor

18   Schaeffer's work in this matter in any way?

19            MR. GRAY:  Object to form.  You can answer.

20            THE WITNESS:  This was -- the material described

21        herein did not, in any way, reflect information from

22        Doctor Schaeffer.  This was independently arrived at.

23   BY MR. ROJAS:

24       Q.   How did you arrive at that?

25       A.   I examined various documents, I reviewed papers,

Reid Smeda
March 22, 2023                                    34

1    other materials that are listed here or in the MCL.

2       Q.   The first sentence of this glyphosate toxicity

3    section reads, "Glyphosate is benign toward non-target

4    organisms."

5            Do you see that?

6       A.   I do.

7       Q.   Would you agree with me that human beings are a

8    non-target organism for glyphosate?

9            MR. GRAY:  Object to form.  You can answer.

10           THE WITNESS:  So the reference in this section is

11       looking at how glyphosate works, and we're talking

12       about a specific enzyme that's contained in some

13       plants and microbes and not contained in other

14       organisms, and that was the basis of this statement.

15   BY MR. ROJAS:

16      Q.   So if I'm understanding it then, the sentence,

17   "Glyphosate is benign towards non-target organisms"

18   refers to the -- specifically to their interaction of

19   that enzyme with glyphosate.  Is that fair?

20           MR. GRAY:  Object to form, but you can answer.

21           THE WITNESS:  So that's here -- that's herein

22       described, yes.

23           The particular enzyme that is the target site

24       that glyphosate interrupts is specific to plants and

25       certain microbes.

Reid Smeda
March 22, 2023                    35

1   BY MR. ROJAS:

2       Q.   So that sentence that glyphosate is benign

3   towards non-target organisms wasn't intended to mean that

4   glyphosate is always safe in its interaction with

5   non-target organisms as a general matter?

6           MR. GRAY:  Object to form.  You can answer, if

7       you can.

8           THE WITNESS:  It's not describing necessarily

9       safety.  It's specifically referencing the target

10      site, how a plant would be interrupted with specific

11      microbes, so it's referring to that enzyme referred to

12      as EPSPS.

13  BY MR. ROJAS:

14      Q.   Okay.  Let's scroll down a little bit here and I

15  know, Doctor, you referred to this a little bit earlier.

16  There's a table that you've adopted from a publication by

17  certain -- I'm going to maybe mispronounce this -- Kniss

18  from 2016, and it outlines the acute toxicity of the LD50

19  of certain compounds.  Is that right?

20      A.   Yes, sir.

21      Q.   Sir, would you agree with me that acute toxicity

22  is distinct from carcinogenicity?

23      A.   I'm not a cancer expert.  This is specifically

24  referring to acute toxicity using rats.

25      Q.   I'm going to represent to you that, as you may

Reid Smeda
March 22, 2023                           36

1    know, this is a lawsuit in which my client, Ms. Salas, is

2    alleging that she has cancer and that her cancer was

3    caused by her use of Roundup.

4         Do you intend to offer an opinion in this case

5    that the acute toxicity data reflected here has anything

6    to do with the cause of Ms. Salas's cancer?

7         MR. GRAY:  Object to form.  You can answer.

8         THE WITNESS:  This particular table referencing

9     acute toxicity is a comparative number of glyphosate

10    compared to other commonly used herbicides, and as

11    described in this table, a glyphosate has a very low

12    acute toxicity.

13   BY MR. ROJAS:

14    Q.   And do you have an opinion about whether the

15   apparently very low acute toxicity, as you've described

16   it, based on this table, informs in any way the causation

17   of Ms. Salas's cancer?

18        MR. GRAY:  Object to form.  Scope.  But you can

19    answer.

20        THE WITNESS:  I'm not a cancer expert so, again,

21    this table is just a comparative number showing acute

22    toxicity of glyphosate versus other commonly used

23    herbicides and describes it as a low acute toxicity.

24   BY MR. ROJAS:

25    Q.   And with the caveat, as you pointed out, you're

Reid Smeda
March 22, 2023                              37

1   not a cancer expert, does this table, to your knowledge

2   and based on your expertise and professional background,

3   tell us anything about whether glyphosate is carcinogenic

4   or not, one way or the other?

5           MR. GRAY:  Same objection.  You can answer.

6           THE WITNESS:  I am not a cancer expert.

7   BY MR. ROJAS:

8       Q.   As a noncancer expert, do you have any sense of

9   whether this table tells us anything about the

10  carcinogenicity of cancer?

11          MR. GRAY:  Object to form.  But you can answer,

12      Doctor.

13          THE WITNESS:  I'm here as a weed scientist and

14      again, as I've described, this table just outlines the

15      acute toxicity of glyphosate versus other comparative

16      herbicides and shows that it has a low acute toxicity.

17  BY MR. ROJAS:

18      Q.   Understood.  So is it your view that this table

19  does not tell us anything about the carcinogenicity of

20  cancer or that you do not know, because you're not a

21  cancer scientist, whether this table tells us anything

22  about the carcinogenicity of glyphosate?

23      A.   I'm not a cancer expert.  Again, this is just to

24  compare acute toxicity of glyphosate versus other

25  commonly used herbicides, and it has a low acute

Reid Smeda
March 22, 2023                                        38

 1    toxicity.

 2        Q.   Let me ask you in more general terms.  With the

 3    understanding that, as you've repeatedly told me, you're

 4    not a cancer expert, do you have any view, expert or

 5    otherwise, about whether glyphosate causes cancer?

 6            MR. GRAY:  Object to form to the extent it's

 7        calling for nonexpert opinions, but you can answer,

 8        Doctor.

 9            THE WITNESS:  I'm not a cancer expert.  That's

10        outside my area of expertise.

11    BY MR. ROJAS:

12        Q.   Okay.  Do you, yourself, in a personal or

13    professional capacity, still apply glyphosate containing

14    herbicides today?

15        A.   Yes, I do.

16        Q.   When is the last time that you can recall

17    applying a glyphosate-containing herbicide?

18        A.   It was sometime last fall of 2022.

19        Q.   And was that in a personal or professional

20    capacity?

21        A.   That was in a professional capacity.

22        Q.   When is the last time that you can recall

23    applying a glyphosate-containing herbicide in a personal

24    capacity?

25        A.   It was sometime late last summer.

Reid Smeda
March 22, 2023                    39

1      Q.   Do you recall where?

2      A.   It was around one of my residences.

3      Q.   And where do you have residences?

4      A.   I live in Columbia, Missouri.

5      Q.   Do you have multiple homes in the Columbia area?

6      A.   I have two homes.

7      Q.   Are either of those homes, do they have, like,

8   gardens or any agricultural activity?

9      A.   Both homes have gardens.

10      Q.   Do you apply glyphosate at your home gardens?

11      A.   Yes, I do.

12      Q.   Do you apply Roundup branded products at your

13   home gardens?

14      A.   That, in a addition to perhaps another generic

15   form.  Not always with Roundup on the label, but they are

16   glyphosate-based.

17      Q.   And what do you grow at your gardens?

18      A.   Depends on the growing season, whether it's fall

19   or if it's summer.  I grow warm and cool season

20   vegetables.

21      Q.   And I assume you grow those in part for your own

22   consumption as food?

23      A.   Yes, sir.

24      Q.   When you apply glyphosate at home, do you wear

25   protective equipment?

Reid Smeda
March 22, 2023                              40

```
 1      A.   I do, yes.
 2      Q.   Can you describe that protective equipment that
 3   you wear, please?
 4      A.   I wear closed-toe shoes, long pants, long shirt
 5   and I wear gloves.
 6      Q.   What type of container do you use at home when
 7   you apply glyphosate concerning herbicides?
 8      A.   I have a pump-up sprayer that contains glyphosate
 9   concentrate and water.
10      Q.   Is that the kind of like the handheld variant or
11   the backpack type?
12      A.   Around my home, it's the handheld.
13      Q.   Do you mix the concentrate yourself?
14      A.   I do.  Yes.
15      Q.   Do you wear any protective equipment when you mix
16   the concentrate?
17      A.   I wear closed-toe shoes, long pants, long sleeve
18   shirt, and I wear gloves.
19      Q.   What types of gloves when you mix the
20   concentrate?
21      A.   These are typically latex gloves that come up
22   over my wrist and they're disposable.
23      Q.   Let me go back to -- we've been sharing the
24   screen the whole time, my mistake, but let me go then to
25   the next section of the report.
```

Reid Smeda
March 22, 2023                                    41

1          Do you see this page here, rather this section

2     beginning, "Specific opinions related to plaintiff Nancy

3     Salas"?

4     A.   I do, yes.

5     Q.   I'm going to turn to these opinions, let me start

6     in the introductory section.  You write, if I may quote:

7          "In forming my opinions in this case, I have

8          reviewed Ms. Nancy Salas's complaint for personal

9          injury responsive to Monsanto's interrogatories and

10         requests for admission, deposition, and all

11         accompanying exhibits and plaintiff fact sheet.

12         "In addition, I reviewed Google Earth images and

13         property records for the two properties at which

14         Ms. Salas alleges that she used Roundup -- excuse me,

15         alleges she applied Roundup, as well as labels and

16         safety data sheets of likely products she claims to

17         have used.  I also consulted various websites to

18         determine the soil characteristics and weather

19         patterns for Key Largo, Florida.

20         "To date, I have not conducted a site inspection

21         of those properties but should the opportunity be

22         provided to do so in the future, I reserve the right

23         to supplement my opinions based thereupon or based on

24         other additional information I ascertain."

25         Do you see that paragraph?

Reid Smeda
March 22, 2023                                        42

```
1        A.    I do.

2        Q.    Have you, since writing that report, conducted a

3   site inspection at the Key Largo properties that -- where

4   Ms. Salas alleges she used Roundup?

5            MR. GRAY:  Object to form.  But you can answer.

6            THE WITNESS:  I did not.  I did not have an

7        opportunity.

8   BY MR. ROJAS:

9        Q.    Have you ever been to Key Largo, Florida?

10       A.    No.  I've been to other parts of Florida.

11       Q.    What parts of Florida have you been to?

12       A.    I've been to Orlando, I've been to Miami, I've

13   been to Kissimmee and I've been to the Panhandle of

14   Florida, close to Alabama.

15       Q.    So that's some good coverage of the state.  Have

16   you ever been to the Florida Keys at all, to your

17   knowledge?

18       A.    I've not driven down to the Florida Keys, no.

19       Q.    You say you reviewed Google Earth images.  How

20   did you review Google Earth images in forming your

21   analysis in this case?

22       A.    They allowed me to view areas around the

23   properties that Ms. Salas alleges where she applied

24   Roundup.

25       Q.    And maybe I should ask you more pointedly:  Did
```

Reid Smeda
March 22, 2023                                    43

1    your view of Google Earth images inform your opinions

2    about the likely extent of her use of Roundup?

3        A.   They aligned with the other pictures and

4    photographs that I saw as part of the other exhibits that

5    were put up here in this case.

6        Q.   Okay.  Let me scroll down a little bit.  I'm on

7    Page 40 now.  Do you see this bolded text that says, "Ms.

8    Salas overestimates her use of Roundup"?

9        A.   I do.

10       Q.   And is it still your opinion, sitting here today,

11   that the estimate that Ms. Salas has provided of how much

12   Roundup she used is a likely overestimate?

13       A.   Yes, it is.

14       Q.   Can you describe the methodology by which you

15   reached that conclusion?

16       MR. GRAY:  Object to form.  You can answer,

17   Doctor.

18       THE WITNESS:  So from the description provided

19   just in terms of what she was using glyphosate for and

20   where it had been applied on both of these properties,

21   in addition to my extensive experience with herbicides

22   over the last 30 years, especially with glyphosate but

23   also many other herbicides, it appeared inconsistent

24   with what was necessary to manage the weeds that would

25   have been on those properties.

Reid Smeda
March 22, 2023                              44

1   BY MR. ROJAS:

2      Q.    But as far as your methodology, can you just sort

3   of walk me through it step by step?  We were just talking

4   about some of the things that you reviewed, the

5   complaint, the deposition, several other items, the

6   Google Earth images.

7          Can you just explain to me how you undertook to

8   reach a conclusion about whether Ms. Salas's estimates of

9   her use of Roundup were accurate or inaccurate?

10          MR. GRAY:  Object to form.  Asked and answered,

11      but you can answer.

12          THE WITNESS:  Again, I used the Google Earth

13      images along with the other photographs that were

14      provided, and based on the description of where

15      glyphosate was allegedly used and having used

16      glyphosate with similar type application equipment for

17      many years, it just appeared inconsistent with

18      effectiveness of glyphosate and its use.

19   BY MR. ROJAS:

20      Q.    So from the photographs from Google Earth images

21   combined with your extensive experience working with

22   Roundup and in weed science, it simply appeared

23   inconsistent to you what she testified about her

24   estimated use of Roundup?

25          MR. GRAY:  Object to form.  But you can answer.

Reid Smeda
March 22, 2023                          45

1          THE WITNESS:  It was inconsistent with that and,

2      again, based on photographs, description of where

3      used, description of how it was used, and my extensive

4      experience having used similar equipment and spraying

5      weeds.

6  BY MR. ROJAS:

7      Q.   Did you do any calculations of the approximate

8  square footage at the two properties which, in your

9  estimation and opinion, she would have applied Roundup?

10     A.   I'm sorry, Pablo, could you say that again?  You

11  just cut out for a second.

12     Q.   No problem, and I could probably do with a rerun.

13  It might have been a little bit clunky.

14          Did you do any calculation of the square footage

15  of the portions of the two properties where you believe

16  Ms. Salas did apply Roundup?

17     A.   Contained within the MCL's description of where I

18  searched for the approximate square footage of both of

19  those properties, and then just looking at her

20  description where she used those, I was able to see those

21  specific areas.

22          Did I use any type of specific measuring tool?  I

23  did not measure those specific areas.  I did not have an

24  opportunity to go to that property, but I understand

25  where it was used and I viewed that extensively with what

Reid Smeda
March 22, 2023                                46

1  information I was provided.

2  BY MR. ROJAS:

3      Q.   So sitting here today, do you have a quantitative

4  estimate, one way or the other, about the square footage

5  of the area of either or both of those properties where

6  Roundup was likely applied by Ms. Salas?

7      A.   I don't have a specific square footage but,

8  again, looking at the description of where it was used,

9  looking at the photographs, it would have been just some

10 fraction of that property if you look at the entire

11 square footage because, as indicated from the

12 photographs, there was cement on especially one of the

13 properties, and there were a lot of stones and other

14 things covering the soil on the other property, as well

15 as on the 605 property.

16     Q.   You say "a fraction."  Do you know, if not

17 specifically, approximately what fraction of either

18 property?

19     A.   I don't have a specific number.

20     Q.   Okay.  I'm going to, sort of piggybacking on what

21 you just told me, I want to focus on a sentence.  If it's

22 helpful, I will highlight it.  Obviously the highlighting

23 is mine, it's not original to the document, but it says,

24 the sentence here that says:

25          "Although Ms. Salas describes widespread spraying

Reid Smeda
March 22, 2023                                      47

1     on the 601 and 605 property, the presence of

2     impermeable cement and river gravel/stone with an

3     underlying plastic liner likely precluded the need to

4     spray everywhere."

5          What do you mean, "everywhere"?

6     A.    Ms. Salas, at some point in her records,

7  described broadcast spraying over portions of her

8  property, and this sentence was to describe that where

9  she identified where she was spraying, from the

10 photographs, other areas contained cement and weeds don't

11 grow through cement.  It's also described where there was

12 the presence of some of this gravel or stone and some

13 mention of an underlying plastic liner, which likely

14 would have resulted in weeds coming up in sporadic areas.

15    Q.    Then the next sentence, I'll just continue with

16 my highlighting, reads:

17         "Rather, it is likely that these areas would only

18    require spot treatments."

19         What is the basis for that statement?

20    A.    One of the bases is if you do have cement that's

21 present, weeds are not going to come up through cement.

22 They may come up through the cracks, and where she

23 described she sprayed along specific areas likely where

24 weeds would emerge.  Also, weeds are not going to come up

25 directly under stones.  They would have to come up in

Reid Smeda
March 22, 2023                                    48

1   other areas around those and, as a result, you would end

2   up with not a need to spray everywhere, but just spot

3   treat those areas where weeds do come up.

4       Q.   And then the next sentence reads, I'll highlight

5   that one, too -- oops, sorry about that:

6            "Although Ms. Salas testified that she often

7        spent entire mornings out in the yard, she only would

8        have needed to spray a small fraction of this time."

9            Let me ask you a couple of questions about that.

10           As a matter of plain English, I understand that

11  when you say that should would only have needed to spray

12  a small fraction of the time, what you're referring to or

13  what you're saying is that she would only have needed to

14  spray a small fraction of an entire morning.

15           Is that fair?

16      A.   She indicated other activities that she was doing

17  outside, such as pulling weeds, and for the areas that

18  she described, it wouldn't take a long period of time to

19  be able to treat the weeds that were in areas where she

20  was working.

21      Q.   As part of your work in this case, did you do any

22  quantitative estimate of how much time Ms. Salas would

23  have needed to spray these two properties, in your

24  opinion?

25      A.   I didn't need to do any quantitative work from

Reid Smeda
March 22, 2023                                    49

1    the description, knowing some of the size of the

2    properties and having applied glyphosate extensively in

3    my experience, I have a general feeling about how long it

4    would take to apply the material.

5        Q.   And how long is that?

6        A.   Depends on the specific areas that she was

7    targeting but, again, the statement is it would have been

8    just a fraction of the time that she would have been out

9    there working.

10       Q.   But sitting here today, are you able to tell me

11   whether we're talking about five minutes, an hour, two

12   hours; anything like that?

13           MR. GRAY:  Object to form.  You can answer.

14           THE WITNESS:  Again, it depends on what specific

15       area we're talking about, if it's entire properties or

16       if it's one portion of a property.

17           It would just depend on the area that was being

18       treated to determine any sort of a time estimate that

19       it would take.

20   BY MR. ROJAS:

21       Q.   But if I'm understanding your opinions in this

22   case, you have formed an opinion about the areas that

23   were likely being treated by Ms. Salas, correct, or no?

24       A.   Well, based on her description where she

25   described the property in the photographs, I was able to

Reid Smeda
March 22, 2023                                    50

1    see where she did apply the material, yes.

2        Q.   And do you have an estimate, sitting here today,

3    even approximately, of how much time would have been

4    necessary to apply that treatment to those areas?

5        A.   Again, it would depend on what specific parts of

6    the properties.  Is she spraying all parts of the

7    property?  But if she was spraying any one particular

8    property, it could have been anywhere from ten to 20

9    minutes, if she's spraying.

10       Q.   Ten to 20 minutes per property?

11       A.   And it depends on if she's treating the entire

12   areas that she's describing or a fraction of, but it

13   would be less than an hour for both properties certainly.

14       Q.   Both properties combined?

15       A.   I would say yes.

16       Q.   Okay.  Let me go to the next page.  There's a

17   paragraph here that begins with the phrase, "Climatic

18   conditions in the Florida Keys."  Do you see that?

19       A.   I do.

20       Q.   I'm going to highlight a couple of sentences

21   here.

22            It says:

23            "Weed emergence annually depends primarily on

24       adequate air temperatures as well as rainfall.

25       Southern Florida is a subtropical climate with

Reid Smeda
March 22, 2023                        51

1    sufficient air temperatures year-round to stimulate

2    weed emergence."

3         Do you see that?

4    A.   I do.

5    Q.   I'm just going to ask a question or two to try to

6    understand this in plain English.

7         Is it your understanding that the climatic

8    conditions in South Florida are such that weeds can

9    emerge year-round in South Florida?

10   A.   So it's a combination of not just air temperature

11   but also rainfall, but because of that subtropical

12   climate, weeds could emerge year-round.

13   Q.   Is that true of other regions of the United

14   States?

15   A.   Well, again, each region has its own

16   environmental conditions so we would have to look at

17   specific areas within the United States, but there would

18   likely be some portions that you would not have any weeds

19   at certain times.

20   Q.   In the Columbia, Missouri area, for example, is

21   it generally the case that weeds emerge year round?

22   A.   There are a couple of month periods where we

23   typically don't see new weeds emerge.  It depends on the

24   year, but certainly during wintertime, we don't see very

25   many.

Reid Smeda
March 22, 2023                         52

1      Q.   What about in Southwestern Michigan?

2      A.   There is snow covering the ground for a good

3   portion of the winter, so we couldn't determine if there

4   are weeds emerging at that point, but I would probably

5   say no.

6      Q.   So is it fair to say that the portion of the year

7   during which weeds emerge covers more of the year in

8   Southern Florida than in Southwestern Michigan?

9           MR. GRAY:  Object to form.  You can answer.

10          THE WITNESS:  Well, again, weed emergence is a

11      combination of factors.  It's not just temperature,

12      but it's also the presence of rainfall, and weed

13      emergence follows patterns.  So there may be certain

14      portions of the year where you could have rain

15      conditions, but weeds still may not emerge.

16   BY MR. ROJAS:

17      Q.   But as a general matter, I know that, you know,

18   weather patterns can vary from year-to-year, from

19   day-to-day and so forth, but as a general matter, are

20   weeds more likely to emerge year-round in Southern

21   Florida than in Michigan?

22          MR. GRAY:  Object to form.  You can answer.

23          THE WITNESS:  Again, it would be difficult to

24      compare Southern Michigan to Southern Florida.  Very

25      different climatic regions.  Going to be some

Reid Smeda
March 22, 2023                        53

1      differences in the types of weed species.

2          So it would be difficult to make a blanket

3      statement like that.

   BY MR. ROJAS:

5      Q.   All right.  We're looking here at a sentence that

6   you wrote in your report that says:

7          "Weed emergence annually depends primarily on

8      adequate air temperatures as well as rainfall."

9          Did I read that correctly?

10     A.   Yes, sir.

11     Q.   And adequate air temperatures, what does that

12  mean?

13     A.   Those would be temperatures that are conducive

14  for weeds to be able to emerge.  Depends on each species.

15  They may have specific temperatures that they would need

16  for emergence.

17     Q.   Let me ask you the question a different way:  Are

18  the conditions, as you understand them in Southern

19  Florida and as you studied them for purposes of this

20  report, both as to air temperatures and to rainfall, do

21  they make South Florida a region where weeds are likelier

22  to emerge year-round than in a colder and drier climate?

23         MR. GRAY:  I'm sorry.  Object to form.  You can

24     answer, Doctor.

25         THE WITNESS:  Again, we're comparing two totally

Reid Smeda
March 22, 2023                    54

1       different environments.  Certainly even in Southern

2       Florida, there are going to be conditions that likely

3       are not conducive with the combination of aspects of

4       temperature and rainfall for weeds to emerge equally

5       all throughout the year.  They're going to follow

6       patterns.

7    BY MR. ROJAS:

8       Q.   So to the extent that as you write, "Weed

9    emergence depends primarily on adequate air temperatures

10   as well as rainfall," you're not able to draw comparisons

11   between regions that have different air temperatures and

12   different patterns of rainfall?  I'm a little bit

13   confused.

14      A.   So we're trying to compare different regions of

15   the country, and environmental conditions are going to

16   vary from different regions of country.

17           Here, in this particular statement, we're focused

18   on Florida and saying, similar to many other regions,

19   rainfall as well as temperature, air temperature, which

20   influences soil temperature, is going to influence weed

21   emergence.

22      Q.   And as I understand it, maybe I'm wrong,

23   generally speaking, the warmer the air temperature, the

24   more likely you are to have weed emergence, correct?

25      A.   Again, weeds will follow a specific pattern so

Reid Smeda
March 22, 2023                          55

1   there could be ideal temperatures for weed emergence.

2   There could be temperatures below a certain amount where

3   they emerge less and above a certain maximum where they

4   also would not emerge very well.

5      Q.   Scroll down a little bit.

6           MR. GRAY:  Counsel, if we're moving on, can we

7      take a short bio break?

8           MR. ROJAS:  Absolutely.  Five, 10 minutes?

9           MR. GRAY:  Yes, just real quick.

10          MR. ROJAS:  Let's take five.  I wouldn't mind

11     one, too.

12          THE VIDEOGRAPHER:  The time is 11:27 a.m.  We're

13     off the video record.

14          (A discussion was held off the record.)

15          (A brief recess was taken from 11:27 a.m. to

16   11:38 a.m.)

17          THE VIDEOGRAPHER:  The time is 11:38 a.m.  We're

18     back on video record.

19  BY MR. ROJAS:

20     Q.   Sir, before our break, we were talking a little

21   bit about climatic conditions in relation to weed

22   emergence and your opinion.  Let me go ahead and go back

23   to the screen share.  I think it's probably the easiest

24   thing to do here.

25          So we're back here on Page 41 of your report and

Reid Smeda
March 22, 2023                              56

1    I know that I see a chart here, Figure 3, Probability of

2    Daily Rainfall Over a Calendar Year for Key Largo,

3    Florida.

4            You seem to have gotten that from

5    Weatherspark.com.  Is that right?

6        A.   Yes.  The citation is there.

7        Q.   And as I think you're aware, Ms. Salas alleges

8    and has testified that she used Roundup between 2004 and

9    2014.  Are you aware of that?

10       A.   Yes, I see that stated.

11       Q.   Did you analyze historical weather patterns for

12   Key Largo for those years?

13       A.   During the research to look at this, this is just

14   one figure that primarily summarizes what the rainfall

15   pattern would have been.  I don't recall the specific

16   period of time that this was estimated, but I believe it

17   was more than one year.

18       Q.   Okay.  And I believe you testified earlier that

19   weather patterns can vary in any given location from year

20   to year.  Is that your experience and understanding?

21       A.   Sure.  And so you might have some weeds emerge

22   more one year than another.  Certainly in Southern

23   Florida, you'd likely have a greater number of weeds than

24   you may have in other places that may not have a

25   temperature that's really going to be beneficial for some

Reid Smeda
March 22, 2023                                57

1   of those weeds.

2       Q.   And the -- but sitting here today, you don't --

3   do you recall as part of your analysis actually assessing

4   the historical rainfall occurrences and totals for any of

5   the years or months that Ms. Salas says she used Roundup?

6       A.   I don't recall specifically going back to certain

7   years, but this type of figure that's here is generated

8   likely for a number of years because it represents the

9   date of rainfall over a calendar year which couldn't be

10  derived from just one specific year.  If you're going to

11  show a figure like this, it would have likely been over a

12  number of years.  It reflects average.

13      Q.   Do you know whether the average reflected in this

14  figure in your understanding covers all or any of the

15  years 2004 to 2014?  Do you know that one way or the

16  other?

17          MR. GRAY:  Object to form.  You can answer.

18          THE WITNESS:  I don't know that it specifically

19      does but, again, it identifies the annual rainfall

20      pattern so it's very likely it would have been

21      generated for a number of years.

22  BY MR. ROJAS:

23      Q.   As I understand this chart, this is a chart of

24  the probability that on any given day it's going to rain.

25  Is that right?

Reid Smeda
March 22, 2023                        58

1       A.    That's correct.

2       Q.    So this chart doesn't reflect rainfall totals

3   expressed, for example, in inches, correct?

4       A.    It talks about the probability of rainfall.  It's

5   primarily designed to show the pattern.  You're more

6   likely to get rain in the summertime so very likely, even

7   though it's a probability chart, it probably would look

8   similar to a chart that would be the actual total amounts

9   of rain, although the units would be different here

10  instead of probability.

11      Q.    So to the extent that weed emergence depends in

12  part on rainfall, would it be useful to know rainfall

13  totals expressed in volume as opposed to simply whether

14  rainfall took place on any given day?

15          MR. GRAY:  Object to form.

16          THE WITNESS:  So, again, yes.  The rainfall is

17      one of the determinants for moisture, which is

18      important.  Temperature can also be important and I

19      believe that this chart would reflect also the totals.

20          If there's a higher probability for rain, you're

21      likely going to have more rainfall during that summer

22      period than you would during the fall and the winter

23      period.

24  BY MR. ROJAS:

25      Q.    If I'm understanding you correctly, as part of

Reid Smeda
March 22, 2023                                    59

1    your analysis in this case and specifically your analysis

2    on the conditions for weed emergence in Key Largo, you

3    did not directly assess historical or forecasted rainfall

4    totals expressed in inches, correct?

5         A.    So during my -- looking at this information and

6    thinking about the emergence patterns considering the

7    other factors that are further in this report, as well as

8    my extensive knowledge, worked a lot with the biology of

9    weeds, it's my opinion that you likely would have had

10   more weeds emerging during the summertime period than you

11   likely would during the fall where you would have less

12   rainfall and less temperature to be able to stimulate

13   that emergence.

14        So it really reflects that likely the weed

15   emergence patterns would have been different throughout

16   the year.

17        Q.    Understood, but my question was a little bit

18   simpler, which is simply:  In generating your opinions in

19   this case, did you actually look at rainfall totals

20   expressed in inches for Key Largo?

21        MR. GRAY:  Object to form.  Asked and answered,

22        but you can answer.

23        THE WITNESS:  So this likely would have followed

24        the same type of pattern.  It's possible at this same

25        website there may have been other information about

Reid Smeda
March 22, 2023                              60

1        water in terms of total rainfall, but this chart very

2        nicely summarized the probability for rainfall and

3        with lower probability, there would be lower amounts

4        of rain.

5             So it just shows that the very likely emergence

6        pattern of weeds would change throughout the year,

7        even in South Florida.

8    BY MR. ROJAS:

9        Q.   So the website from which you provided this

10   figure which was expressed in terms of probability

11   percentages, likely also contained information about

12   rainfall totals expressed in inches, but you don't recall

13   actually specifically using that as part of your

14   analysis, correct?

15       A.   It's likely it could have been considered, but it

16   would not have changed any of the opinions that are

17   expressed here because this chart, along with my

18   experience, would be more than sufficient to know that

19   the weather patterns were variable across the year and

20   that would have influenced weed emergence differently.

21       Q.   Okay.  I don't know, are you able to tell me by

22   what mechanism rainfall affects weed emergence?

23       A.   So rainfall is necessary for a number of factors.

24   One, when weeds emerge, they need to absorb water first.

25   Weeds are also typically protected by some type of a

Reid Smeda
March 22, 2023                              61

1    mechanism for dormancy that can vary, and water or

2    rainfall could be important in removing that dormancy

3    factor or in possibly stimulating other factors that

4    could loosen the seed coat but whereby weeds could

5    emerge.

6         So water can play a role in a number of ways.

7    Q.   Is it generally the case that weed emergence

8    requires moisture availability to the weed plants?

9    A.   Certainly proper moisture availability would be

10   important.  That's one of the factors, yes.

11   Q.   Does the humidity then of the ambient air, can

12   that affect weed emergence?

13   A.   So moisture in the soil is what's important for

14   weed emergence along with the temperature.  The relative

15   humidity would play a small role then.

16   Q.   On Page 42 at the bottom, there's a paragraph and

17   unless anybody objects, I'm not going to read it into the

18   record, but it discusses what you call the lack of key

19   nutrients in soils which is, you describe as something

20   common to Southern Florida.  Do you see that?

21   A.   Which specific sentences are you pointing out

22   there, sir?

23   Q.   I'll highlight basically the top one and maybe we

24   can take from it there.  The first sentence of this large

25   paragraph beginning at the bottom of Page 42.

Reid Smeda
March 22, 2023                                  62

1      A.   I see that, yes.

2      Q.   Did you conduct any analysis of the nutrients in

3   the soils at Ms. Salas's property?

4      A.   I didn't conduct any specific studies, no;

5   however, I would add that I looked extensively at the

6   different soil types that were common to Southern

7   Florida.  All that information was readily available in

8   that USDA publication and based upon that, it described

9   pretty much all those soils in Key Largo are essentially

10  built on a limestone rock which is very alkaline and as

11  described below, when you have alkaline conditions, that

12  really effects the availability of specific nutrients

13  which are very important for weed emergence and

14  development.

15     Q.   Let me go to -- and are those nutrients important

16  for the emergence and development of other plants as

17  well?

18     A.   They would be important for development, yes.

19  Many of the plants, yes.

20     Q.   You have here Figure 2 on Page 39, a photograph

21  of the 601 Portia Circle property.  Do you see that

22  photograph?

23     A.   I do.

24     Q.   And would you agree with me that there appear to

25  be palm trees and other plants present on the property?

Reid Smeda
March 22, 2023                                  63

1      A.    I do see plants in this picture.  Yes.

2      Q.    All right.  And would you agree with me that the

3   soil, the sort of the natural soil in any given area,

4   often folks sort of supplement that by planting plants

5   and applying topsoil on top of the natural soil?

6      A.    Are you referring to topsoil that could have been

7   placed around the palm trees?  I'm not sure I follow you.

8      Q.    Meaning just as a general matter.  I know that

9   you looked at some data for the soil conditions present

10  in Key Largo as a general matter, but would you agree

11  with me that from time to time, in general, not

12  specifically at this property necessarily, people apply

13  topsoil containing nutrients to encourage the growth of

14  plants?

15          MR. GRAY:  Object to form.  But you can answer if

16      you can.

17          THE WITNESS:  Well, in many situations people

18      apply nutrients to benefit the plants.  I suppose they

19      could also put topsoil in specific areas if they want

20      to grow certain plants, but it would depend on the

21      types of plants.

22          Here we see palm trees.

23  BY MR. ROJAS:

24      Q.    Understood.  Did you conduct any analysis or form

25  any opinions about whether there was topsoil or direct

Reid Smeda
March 22, 2023                                    64

1   nutrients applied to Ms. Salas's properties at any time?

2       A.   I don't recall that she specifically stated that

3   she spread any topsoil or put any nutrients on, but

4   certainly there could have been that possibility but,

5   nevertheless, the palm trees are likely well-adapted to

6   that climate so I'm sure they probably could have grown

7   quite well.

8       Q.   Meaning that in your estimation and in your

9   opinion, a plant the size of a palm tree could grow in

10  the Key Largo environment without necessarily needing

11  supplemental nutrients?

12      A.   I think it would depend on the specific types of

13  palms.  There's a number of different palms, but

14  certainly they likely would need nutrients at some point

15  to be able to sustain growth.

16      Q.   Let me scroll down to Page 44.  I'm going to

17  focus for the next several questions on this section with

18  the header, "Ms. Salas did not follow proper weed

19  management practices."  Do you see that header?

20      A.   I do.

21      Q.   And then I'm going to focus on this paragraph

22  here, I'll highlight the first sentence, it's the

23  sentence that reads, "In addition, Ms. Salas carelessly

24  applied Roundup products."

25           What do you mean by the word "carelessly"?

Reid Smeda
March 22, 2023                                    65

1      A.    Well, as described below, there were several

2  different situations in which glyphosate applications,

3  one would have to be very careful because the objective

4  of spraying weeds with glyphosate is -- or Roundup is to

5  get the product on the weed itself.

6      Q.    And so do you mean carelessly to mean, among

7  other things, that in your estimation she applied Roundup

8  products contrary to the instructions on the labels?

9      A.    Well, one of the labels, it depends on the label

10 that we're looking at, they would generally describe that

11 we shouldn't spray Roundup under windy conditions.  You

12 should spray Roundup under calm conditions because the

13 objective is to make sure that you get the Roundup where

14 it's supposed to go.

15      From her description, certainly I believe that

16 the Roundup would have reached the weeds that were

17 targeted.

18      Q.    Okay.  There's a reference here, I'll highlight

19 the sentence, to typical Roundup labels.  What does that

20 reference to a typical Roundup label?

21      A.    Well, it's as stated.  If you look at Roundup

22 products, there's a large number of different products

23 that have a Roundup name or would contain an active-like

24 Roundup -- like glyphosate, and each one of them has a

25 label for using the products safely and appropriately.

Reid Smeda
March 22, 2023                                    66

1      Q.   Do you know whether all Roundup labels contain
2   such a provision?
3      A.   Well, it's quite well-known that glyphosate is an
4   effective herbicide so certainly you want to put it where
5   it's going to do its work on the weeds.
6           So there's usually a description for appropriate
7   conditions, and a wind speed would be one of those
8   factors that would be considered.
9           So certainly I would say most, if not all, labels
10  would likely have a description of making sure that you
11  use the product properly.
12     Q.   I'll scroll down to the section that starts here
13  at the bottom of Page 44, with the header, "Ms. Salas
14  overestimates her contact with Roundup."  Do you see
15  that?
16     A.   I do.
17     Q.   I'm going to focus here on the sentence that
18  says:
19          "Due to the height of the weeds, Ms. Salas would
20     have applied Roundup in a downward direction and
21     direct skin contact from application would be minimal
22     to nonexistent."
23          What is the basis for that opinion?
24     A.   Ms. Salas described that she used glyphosate
25  three to four times per month, sometimes weekly in the

Reid Smeda
March 22, 2023                                67

1    summer.  She stated that she treated the weeds when they

2    were small because the weeds then would be close to the

3    ground.  With the type of equipment that she used, this

4    would have been putting glyphosate in a downward

5    direction with her standing nearby treating those weeds.

6        Q.   I'm going to scroll up a little bit.  In the

7    preceding paragraph, you write, "Ms. Salas also stated

8    that she often accidently sprayed Roundup in the air."

9            Do you see that?

10       A.   I see that.

11       Q.   Do you believe that she accidently sprayed

12   Roundup in the air or do you think that didn't happen?

13           MR. GRAY:  Object to form.

14           THE WITNESS:  Well, certainly I wasn't there when

15       she sprayed, but it wouldn't make a lot of sense to

16       spray glyphosate in the air.  The objective is to

17       spray the weeds which are close to the ground and

18       that's what you would want to focus on.

19   BY MR. ROJAS:

20       Q.   Is it your view, then, that if you are spraying

21   downward, it is unlikely or impossible to come into

22   dermal contact with Roundup?

23           MR. GRAY:  Object to form.  Save the testimony

24       but you can answer.

25           MR. ROJAS:  I'm just asking what his testimony

Reid Smeda
March 22, 2023                                    68

1      is.

2    BY MR. ROJAS:

3      Q.   Go ahead, sir.

4      A.   Having used that type of equipment for a number

5    of different years, the spray that generally comes out of

6    that is in coarse droplets that quickly reach the ground

7    and your objective would be to spray the weeds, so that

8    would be in a downward fashion as you're directing those

9    weeds, and with the design of that type of equipment,

10   contact would be minimal.

11     Q.   And that's based on your personal use of this

12   type of equipment.  Is that right?

13     A.   That's certainly a large part of it, would be my

14   experience.  But it's also, having looked at the

15   equipment as well, that that's how it's designed and it

16   comes out in coarse droplets, so naturally it's a place

17   that you'd want to put them in a downward fashion to

18   control weeds.

19     Q.   Let me scroll down a bit here to the section on

20   45 with the header, "Opinions regarding plaintiff's

21   experts."  Do you see that?

22     A.   I do.

23     Q.   Did you review the reports of Doctor Kevin Knopf

24   and Doctor William Sawyer?

25     A.   I was provided documents and I did look at those,

Reid Smeda
March 22, 2023                    69

1  yes.

2      Q.   And did you look at any deposition testimony by

3  either of these gentlemen?

4      A.   If those documents are listed in the MCL for the

5  depositions, I read both appropriate sections of

6  deposition material as well as expert reports.

7      Q.   And if I'm understanding the section correctly,

8  you take issue with the fact that Doctor Knopf and Doctor

9  Sawyer relied on Ms. Salas's sort of self-reported

10 exposure to Roundup.  Is that right?

11     A.   Well, certainly, they repeat the patterns of

12 usage, both frequency and duration.  That is all the way

13 through the year and, again, based on my experience in

14 how glyphosate works, it's an excellent herbicide.  It

15 controls the weeds and so, for many reasons, there

16 wouldn't be a need to spray with the level of frequency

17 that she's described.  It would take very little amount

18 of time, perhaps ten to 20 minutes for each property to

19 control weeds if she's actually spraying, but certainly

20 based on my experience and knowing how glyphosate works

21 and having used it for many years, it would not need to

22 be that amount of glyphosate or frequency used.

23     Q.   Other than the fact that Doctor Knopf and Doctor

24 Sawyer appear to have presumed that Ms. Salas did engage

25 in essential year-round spraying of the type that she

Reid Smeda
March 22, 2023                                       70

1   described, do you have any other criticisms of the

2   methodology of either Doctor Knopf or Doctor Sawyer?

3       A.   I'm not a toxicologist so in terms of various

4   methods of calculating the types of things that they did

5   in their reports, I'm not an expert but I will say that

6   having had extensive use of the type of equipment and

7   using glyphosate, I believe that she would have had

8   minimal contact with the material with the coarse spray

9   droplets that were used, and it would not need to be a

10  spraying three to four times per month, sometimes weekly

11  in the summer.  I think perhaps two to three applications

12  per year would have been more than adequate to be able to

13  manage the weeds in her properties.

14      Q.   Okay.  Let me highlight this sentence here.  I

15  know we already talked a little bit about this subject,

16  I'll just read.  It says:

17          "Similarly, Doctor Sawyer bases his analysis on

18      the characterization that spraying was a, quote,

19      year-round, unquote, activity, pointing out that weeds

20      grow quickly in the Key West environment."

21          And it references Page 15 and a parenthetical

22  citation, Page 15 of Doctor Sawyer's report.

23          Do you see that sentence?

24      A.   I do.

25      Q.   Do you disagree with Doctor Sawyer's

Reid Smeda
March 22, 2023                    71

1  characterization that weeds grow quickly in the Key West

2  environment?

3     A.   Southern Florida is a very warm environment so

4  provided you have adequate rainfall and temperature, the

5  weeds can grow quickly.

6     Q.   And are you aware that Doctor Sawyer has sort of

7  spent a significant amount of time in the Florida Keys

8  personally?

9          MR. GRAY:  Object to form.

10         THE WITNESS:  I'm not aware specifically that

11     Doctor Sawyer has been there.  What I will say,

12     however, is as a weed scientist and understanding how

13     weeds grow, their biology, despite the fact that weeds

14     can grow quickly in the Key West environment, I also

15     know that weeds are going to follow patterns of

16     emergence and with varying rainfall and temperature,

17     the weeds are not going to be uniformly emerging all

18     year long.  They're going to follow patterns.  Because

19     glyphosate is so good, even though you spray those

20     weeds, if more weeds were to emerge, it's going to

21     take time for those weeds to develop.

22         So a description of the duration and frequency of

23     glyphosate just would not be necessary.

24  BY MR. ROJAS:

25     Q.   Does the development of weeds, in terms of how

Reid Smeda
March 22, 2023                                    72

1    quickly development occurs, depend on the species?

2        A.    Certainly the species is one factor that

3    influences the rapidity of development, yes.

4        Q.    Have you formed any opinions or have any

5    understanding in this case of the species of weeds that

6    may have grown on Ms. Salas's property?

7        A.    So I'm not familiar with the specific species

8    that could have been there but, again, the description

9    were weeds, and if she's treating plants that were very

10   small, these are likely weeds that are emerging from

11   seed, so they're likely starting small and growing and it

12   would take sometime for them to be able to develop.

13       Q.    Do you know as a general matter what weeds are

14   typical of the Key Largo environment?

15       A.    So again, the specific species would likely

16   depend, but there were, as described in this report, a

17   number of factors that limit development.  The pH

18   certainly had something to do with that.  The patterns of

19   rainfall and the temperature variation.

20            So even though there could be a specific species

21   that I'm not aware of, these weeds are all going to

22   follow those same types of weed biology patterns;

23   emergence, time for development, and with Ms. Salas's

24   description of this frequency of glyphosate application,

25   again, it's an excellent herbicide.  It would have taken

Reid Smeda
March 22, 2023                          73

1  sometime for any species to grow back.

2      Q.   Let me stop sharing the screen and just ask you

3  some questions irrespective of the document.

4          We talked earlier about your extensive career in

5  agronomy, horticulture and weed science.  Have you ever

6  done any research in weed science in the climatic

7  conditions present in Key Largo?

8      A.   Specific questions in Key Largo, those

9  conditions, not necessarily; however, I did do in one

10  year a series of trials that were done in Kissimmee,

11  Florida, in that very hot region, because I was working

12  on some test plots looking at different herbicides.

13          And so I was down there several times in one year

14  and I had a chance to see and observe weed emergence of

15  different species and I treated those.

16      Q.   Other than that experience in Kissimmee, have you

17  done any other weed science work, research or analysis in

18  the State of Florida?

19      A.   In the State of Florida, no, but living in

20  Mississippi, it certainly got hot and humid there and we

21  had a lot of weeds there.  Different setting but not

22  specifically down in Florida, but, again, weeds are going

23  to follow certain types of patterns and whether it's one

24  temperature a little higher than another, these weeds are

25  all going to be controlled by biological factors and

Reid Smeda
March 22, 2023                                    74

1   they'll follow certain patterns that one could

2   understand, and from my experience I've seen many of them

3   develop.

4       Q.   Understood, but obviously the climatic conditions

5   are important.  I mean, you devote an entire section of

6   your report to them.

7       A.   Certainly climatic conditions are important such

8   as temperature and rainfall.  There's other factors that

9   go in but, yes, but having conducted weed biology studies

10  in most every place that I've ever lived or worked, they

11  follow certain patterns.

12      Q.   Okay.  Let me go to your materials considered

13  list for just one moment.  I'm going to share the screen

14  again.  Sorry to keep jumping back and forth here.

15          We are on Page 63 of the PDF that was your report

16  and it has -- oops, I did not mean to do that.

17          It has your materials considered list here.  Do

18  you see that?  Items 1 through 10.  Do you see the

19  beginning of the list?

20      A.   I do.

21      Q.   And has this -- have you considered any materials

22  in addition to these, meaning I know you told me earlier

23  that this was the up-to-date version of your report, and

24  so I suppose as of the writing and disclosure of this

25  report, this was a current MCL, but is there anything

Reid Smeda
March 22, 2023                              75

1   subsequent that you have subsequently reviewed, to your

2   knowledge?

3       A.   I believe this is an updated MCL but, again,

4   outside of that, with 30 years experience in weed

5   science, there would have been many other things that

6   I've both done and read over the years that form certain

7   depth of experience that I have in weed science, but

8   what's specifically stated here is the MCL that was used

9   in preparation for the general report as well as the case

10  specific report.

11          MR. GRAY:  Hang on one second, Pablo.  I think we

12      may have produced an updated MCL since.  If this is

13      the one that's in his report, I think we produced an

14      updated version since then.

15          MR. ROJAS:  Let me see if I can track that down

16      and go off the record for one minute.

17          I also have to sign a birthday card for our

18      office receptionist, so I could use a one-minute break

19      as well.

20          MR. GRAY:  Sure.

21          THE VIDEOGRAPHER:  The time is 12:08 p.m.  We're

22      off video record.

23          (A discussion was held off the record.)

24          (A brief recess was taken from 12:08 p.m. to

25  12:10 p.m.)

Reid Smeda
March 22, 2023                              76

1          THE VIDEOGRAPHER:  The time is 12:10 p.m.  We're

2     back on video record.

3   BY MR. ROJAS:

4     Q.   Thank you.  Mr. Gray, helpfully pointed me to the

5   updated MCL so I'm just going to go ahead and throw that

6   in the chat.  That can be Exhibit No. 4.

7          I don't know how many questions I'm going to have

8   about it, to be frank, but let me take a quick look and

9   likely share the screen.

10         (Exhibit No. 4, Updated Smeda MCL, was marked for

11   identification.)

12  BY MR. ROJAS:

13    Q.   All right, sir.  So this is the updated MCL

14  document that I just uploaded into the chat, and I had

15  asked you the question earlier whether you had reviewed

16  the depositions of Doctor Knopf and Doctor Sawyer, and

17  I'm going down here to the alphabetical part of this list

18  where it's the D section, and I have four depositions

19  listed here, or I see four depositions listed here, 33

20  through 36.  The two depositions of Doctor Knopf with

21  exhibits, the deposition of Ms. Salas with exhibits, and

22  the deposition of Doctor Sawyer with exhibits.

23         So unless I'm missing something, I guess that

24  answers my earlier question.  It seems like you did

25  review the deposition testimony of Doctor Knopf and

Reid Smeda
March 22, 2023                                    77

1    Doctor Sawyer.  Is that right?

2         A.   Yes, sir.

3         Q.   And in addition to these four depositions, to

4    your knowledge, have you reviewed any other depositions

5    in this case?

6         A.   I don't believe so, no.

7         Q.   There are a couple of housekeeping questions that

8    typically I ask at the beginning, and I'll be honest, I

9    simply forgot to go there.  I got distracted talking

10   about your background and your opinions.

11        What did you do, if anything, to prepare for

12   today's deposition?

13        A.   Well, certainly I reviewed the documents that are

14   present and listed in the MCL.  I would have looked at

15   the photographs.  Would have read through my general

16   report and case specific report, and I had some

17   conversations with the Hollingsworth attorneys.

18        Q.   And how long were those conversations?

19        A.   They would generally last between two and

20   three hours.

21        Q.   And was that -- approximately, when did those

22   take place?

23        A.   This would have been over the last couple of

24   weeks.

25        Q.   Did you bring any documents with you physically?

Reid Smeda
March 22, 2023                                          78

1    I know we're not in the same place right now because

2    we're over Zoom, but did you bring any documents with you

3    to the deposition?

4        A.   I was provided from the Hollingsworth attorney

5    two documents that are here in front of me.

6        Q.   Which are those?

7        A.   They are the PDF with the expert report, the

8    general report as well as the attached and the

9    Salas-specific report and my CV.  That's one document.

10            The other one is the MCL.

11       Q.   Have you drafted reports in other matters

12   concerning Roundup in other cases?

13       A.   Yes.

14       Q.   Okay.  Approximately, how many, if you can

15   estimate?

16       A.   I believe it was between five and eight.

17       Q.   Have you given deposition testimony previously in

18   a case concerning Roundup?

19       A.   Yes.

20       Q.   How many cases, if it's more than one?

21       A.   It's only one deposition.

22       Q.   When was that, approximately?

23       A.   That was last December.  It might have been late

24   November, sometime in early December.

25       Q.   Okay.  Late 2022 at any rate, right?

Reid Smeda
March 22, 2023                    79

1      A.   Yes, sir.

2      Q.   And do you recall the name of that plaintiff, the

3   plaintiff in that case?

4      A.   I do.  It was Cody.

5      Q.   C-O-D-Y?

6      A.   Yes, sir.

7      Q.   And then just to be clear, to your knowledge,

8   other than the Nancy Salas case and the Cody case, you

9   haven't yet given deposition testimony in any other

10  Roundup case, correct?

11     A.   In Roundup cases, no.

12     Q.   I know you mentioned at the beginning of the

13  deposition, I asked you if you had given -- if you had

14  been deposed before and you told me that you had.

15          Other than the Cody case, have you given

16  deposition testimony in any other case?

17     A.   Yes, I have.

18     Q.   Approximately how many times?

19     A.   I believe it was just one other time.  That time

20  was in, I believe, 2012.

21     Q.   And was that in an expert witness capacity as

22  well?

23     A.   Yes, sir, it was.

24     Q.   And in broad strokes, if you recall, what was

25  that case about?

Reid Smeda
March 22, 2023                                      80

1      A.   That was an off-target claim of paraquat and

2   damage to an adjacent property and the plants on those

3   properties.

4      Q.   And which party hired you in that case, if you

5   recall?

6      A.   I was hired by --

7         MR. GRAY:  Are you -- I want to make sure, I

8      don't know what the confidentiality about these other

9      cases is -- are you just meaning whether it's a

10     plaintiff or a defendant?

11        MR. ROJAS:  Well, that would be a start and I

12     certainly don't want to pry into anything that's

13     confidential but if you're able to, let's start with

14     plaintiff or defendant, and then if you're able, sir,

15     to tell me the name of the party or if it was a

16     company, what type of company it was, that would be

17     helpful.  But if you understand that you're under some

18     strict confidentiality requirements, then I certainly

19     don't need to invite you to violate that.

20        MR. GRAY:  And I don't know one way or the other,

21     I just didn't want him to start answering and break

22     confidentiality if that's there.  If it's not, you

23     answer how you need to, Doctor.

24        THE WITNESS:  I was an expert, provided expert

25     testimony for the defendant in that case.

Reid Smeda
March 22, 2023                                    81

1    BY MR. ROJAS:

2        Q.   And was that a corporation or an individual?

3        A.   It was a spray application company.

4        Q.   Now I understand that today you're testifying in

5    a room with Mr. Gray and Mr. Schifrin.  Is that right?

6        A.   Yes, sir.

7        Q.   Is there anyone else in the room with you guys?

8        A.   No.

9        Q.   Are you at a Hollingsworth law firm office of

10   some kind?

11       A.   We're at a law firm.  It's not the Hollingsworth.

12   I'm not sure what the relationship is.

13       Q.   Understood, and I guess in terms of city and

14   state, where are you testifying from today?

15       A.   We're here in Clayton, Missouri, close to St.

16   Louis.

17       Q.   I know you mentioned that to your recollection

18   you've only provided deposition testimony twice before.

19            Do you know whether you provided trial testimony

20   in the Cody case?

21       A.   I have not yet.

22       Q.   To your knowledge, has your expert opinions, any

23   aspect of them, ever been excluded by any court, as you

24   recall?

25       A.   I don't recall.

Reid Smeda
March 22, 2023                          82

1      Q.   I know we kind of breezed through your extensive

2   career previously, and I don't want to necessarily get

3   into too many details, but in sort of broad strokes, have

4   any of the positions that you've held or any of the

5   research or work you've undertaken, to your knowledge,

6   ever been funded by the Monsanto Company?

7           MR. GRAY:  Object to form.  You can answer.

8           THE WITNESS:  I receive funding for the type of

9       work that I do from a lot of different places.  Bayer

10      Crop Science, Monsanto, certainly many other

11      companies, Corteva, FMC.  Also gotten funding from

12      larger, more public grants, USDA, CPPM.

13          So we look for funding from a lot of different

14      places to be able to do our research.

15   BY MR. ROJAS:

16      Q.   Understood.  Do you know how many times you have

17   received funding from, let's start with Bayer Crop

18   Science?

19      A.   Well, to be clear I don't receive that money

20   directly.  That money comes to the University of

21   Missouri.  They take off a portion as a percentage of

22   overhead and then I'm left with the remaining amount and

23   that's the work that we do the research with.  Certainly

24   the amounts vary from year to year and year to company.

25      Q.   All right.  And is it safe to say that your

Reid Smeda
March 22, 2023                                    83

1   research has been funded by Bayer Crop Science several

2   distinct times?

3       A.   So Bayer has provided funding to the university

4   for many different years, and we've received some of that

5   funding and we've conducted research that generates

6   information for Bayer, but as well as a number of other

7   companies that I've listed, and I could go into detail on

8   these other companies and mention them again as well.

9       Q.   Understood.  What about Monsanto?  Has it been on

10  several occasions that Monsanto has funded research that

11  you've undertaken with the University of Missouri?

12          MR. GRAY:  Object to form.  You can answer.

13          THE WITNESS:  So Monsanto, prior to becoming

14      Bayer, they've funded research over the years that's

15      come to the university.  So we've worked with their

16      products, but we have also worked with a number of

17      other products from BSF to Corteva to a number of

18      other companies.

19  BY MR. ROJAS:

20      Q.   Setting aside funding, which was sort of the

21  subject of my last handful of questions, have you ever

22  worked directly with Monsanto, with their staff or

23  directly with the company in any way?

24      A.   I don't think I understand your question.

25      Q.   Meaning, I know like from time to time there are,

Reid Smeda
March 22, 2023                                    84

1    let's say, partnerships directly between a company and a

2    university that may extend beyond funding and a

3    researcher can work directly hand-in-hand, let's say

4    university researcher from a company.

5          Have you ever engaged in that type of

6    collaborative work with Monsanto?

7    A.   So the work that we do generally is with an

8    individual from a specific company and we work with that

9    individual to follow some of the research that they would

10   like us to do, and so we generally have a contact from

11   that company.  I wouldn't paint it as a large number of

12   people.  It's generally one or two people from a company,

13   in order for us to make sure that we're following the

14   types of protocols in order to carry out the research.

15   Q.   And do you recall any of the individuals that

16   you've worked with in Monsanto in that capacity, their

17   names?

18   A.   Yes.  I certainly remember a few of them.

19   Q.   Can you tell me the names that you remember,

20   please?

21   A.   One individual is Justin Pollard.

22   Q.   All right.  Other than Mr. Pollard, anyone else?

23   A.   Ryan Rector.

24   Q.   Okay.  Mr. Pollard, Mr. Rector.  Anyone else?

25   A.   I know there are other individuals but I can't

Reid Smeda
March 22, 2023                                   85

1    think of their names off the top of my head.  This would

2    have been a number of years ago, but certainly when we're

3    working in the research that we're doing, we're also

4    following the research because we know how to carry that

5    research out.

6           So that individual is certainly a contact, but

7    we're the ones that conduct the research.

8      Q.    Understood.  What about the same type of question

9    but as to Bayer Crop Science?  Did you work with any

10   individuals there at any time and what would their names

11   be?

12     A.    So we've conducted some research with individuals

13   from Bayer Crop Science.  One of those individuals would

14   have been Justin Pollard.  Another one would have been

15   Ryan Rector.  And there's a couple of other individuals.

16   I can't remember their names, but there would have been a

17   few other individuals as well over the years.

18     Q.    Sometimes as a lawyer I find myself asking

19   embarrassingly obvious questions.  I imagine that

20   Mr. Rector and Mr. Pollard are the same Mr. Rector and

21   Mr. Pollard that you worked with at the Monsanto Company

22   before it became Bayer, correct?

23     A.    They are.

24     Q.    I want to go back briefly to the discussion that

25   we were having earlier about your opinions regarding the

Reid Smeda
March 22, 2023                                86

1   likely extent of Ms. Salas's application of Roundup and

2   your opinion that she overstated it.

3          And I know that that opinion was based on a

4   number of bases that you explained to me.  My specific

5   question now is whether you've either -- let me start

6   over.

7          Do you, sir, have any quantitative estimate or

8   calculation about how much square footage can be covered

9   by the application of a single given container of

10  Roundup?

11         MR. GRAY:  Object to form of the question, but

12    you can answer.

13         THE WITNESS:  It would depend on the size of the

14    container.  I believe for a one-gallon container, it's

15    likely a few thousand square feet that could be

16    covered.

17  BY MR. ROJAS:

18    Q.   And as part of your analysis of whether

19  Ms. Salas's estimates of her use of Roundup were

20  overstated or not, did you use any calculations of the

21  square footage to which she would have been able to apply

22  the types of containers of Roundup that she said she

23  purchased?

24    A.   I didn't do any specific calculations; however, I

25  did see that, for instance, if she was using a glyphosate

Reid Smeda
March 22, 2023                                          87

1   concentrate, that would be diluted in water and it would

2   make a larger amount of total spray solution.

3         Certainly the RTU, ready-to-use glyphosate, you

4   would just be spraying it out of a container that you

5   were using and you would go and you would spray the weeds

6   that you were targeting in the areas that we've talked

7   about.

8   Q.   Do you have a view as to how it came to be that,

9   at least according to you, Ms. Salas overstated her use

10  of Roundup?  Meaning, do you think she misremembered?

11  A.   Well, again, based on my extensive experience and

12  understanding of how glyphosate works having used the

13  similar type of equipment that Ms. Salas alleges that she

14  used and knowing the patterns of weed emergence, and

15  where the weeds would have been treated on those

16  properties, it just wouldn't take very much time, maybe

17  ten to 20 minutes.  Could have been maybe two, three,

18  possibly even four times per year to be able to control

19  those weeds.

20        So based upon that and, like I said, my extensive

21  experience with glyphosate, she would have been spot

22  spraying weeds where they would have come up, but it just

23  would not have added up to the frequency of use that has

24  been reported just because of how well glyphosate works

25  and what it was doing.

Reid Smeda
March 22, 2023                    88

```
 1     Q.   And so to the extent that she testified -- and I
 2  know you read her sworn deposition, to the extent that
 3  she testified under oath as to her estimates of her use
 4  of Roundup, you found that testimony not credible.  Is
 5  that fair?
 6          MR. GRAY:  Object to form.  But you can answer.
 7          THE WITNESS:  So as I stated, understanding the
 8       aspects of the herbicide, I'm looking at the end
 9       result, what the herbicide does to the weeds,
10       understanding weed emergence, patterns of emergence,
11       the likely places where she described that she used,
12       which would have just been a portion of some of those
13       properties, it is my belief that only a few
14       applications per year would have been necessary.
15          Glyphosate is a very good herbicide and would
16       have done its job.
17  BY MR. ROJAS:
18     Q.   Do you credit Ms. Salas's testimony that when she
19  treated weeds at these properties, they were generally
20  small?
21     A.   So she describes in her testimony that generally
22  the weeds were smaller when she was treating them, but if
23  one looks at these applications and she went out there
24  and treated the weeds, likely after glyphosate was
25  applied, it would have killed those weeds.  So new weeds
```

Reid Smeda
March 22, 2023                                89

1    would have emerged likely at some point in some places

2    and she would have probably treated them again.

3        Q.    But for purposes of your analysis, you do credit

4    her testimony as to the size of the weeds that she was

5    generally treating?

6            MR. GRAY:  Object to form.  Asked and answered.

7        You can answer.

8            THE WITNESS:  So I believe her description was

9        that she was generally treating weeds when they were

10       small.

11   BY MR. ROJAS:

12       Q.    If I can try to understand, why is it that you

13   credit her testimony regarding the size of the weeds that

14   she was spraying, but not her testimony regarding the

15   extent of her spraying?

16           MR. GRAY:  Object to form.  You can answer.

17           THE WITNESS:  So, again, it takes time for weeds

18       to develop.  Weeds coming up from seed would have been

19       very small when they're growing at first, so if you're

20       going to go out and spray glyphosate, it's also

21       described on the label generally to spray weeds when

22       they're smaller, makes -- the herbicide is generally

23       more effective, glyphosate is when weeds are smaller,

24       so it would have been an adequate time to treat them.

25       It would have been very effective.

Reid Smeda
March 22, 2023                                        90

1  BY MR. ROJAS:

2      Q.   We talked earlier, and to some extent we've been

3  touching on it recently, about your analysis and the

4  bases for your conclusion that Ms. Salas has

5  overestimated her application of Roundup.

6           I know you mentioned earlier and it's written in

7  your report that you used Google Earth images, property

8  records, other photographs.

9           My question is, have you ever applied this type

10 of methodology before?  Is this type of methodology,

11 using Google Earth images, property records, that kind of

12 thing, is this something that you have done before in a

13 professional capacity?

14          MR. GRAY:  Object to form.  You can answer.

15          THE WITNESS:  Yes.

16 BY MR. ROJAS:

17     Q.   Can you describe the instances where you've done

18 this type of work before, please?

19     A.   I've generally done work, like I said, with

20 several other cases that I mentioned where similar types

21 of things could be done based on descriptions of weeds

22 and applications that were made, but also based on my

23 experience and, again, about 30 years of experience

24 applying herbicides, including glyphosate, understanding

25 how weeds emerge and their growth and biology.

Reid Smeda
March 22, 2023                                    91

1        So based on the experience, yes.

2        Q.   When you say "other cases," do you mean other

3   cases where you've been retained by Monsanto in relation

4   to Roundup?

5        A.   Well, I've been retained by Hollingsworth

6   attorneys in this specific case and we did talk about a

7   previous case in 2012.

8        Q.   I see.  So that 2012 case also involved a similar

9   analysis of Google Earth and property records and that

10  kind of thing to determine the extent of application of

11  an herbicide?

12       A.   Well, the specific instances of what was alleged

13  and what actually happened in that case was also with a

14  different herbicide, so there's a lot of differences

15  between those cases.

16       Q.   Other than work in the litigation context, have

17  you ever used property records and Google Earth images

18  and the other types of information relied upon in your

19  written report to reach a conclusion about the extent of

20  application of an herbicide on any given property?

21            MR. GRAY:  Object to form.  You can answer.

22            THE WITNESS:  I'm not sure I really follow.

23  Could you restate your question?

24  BY MR. ROJAS:

25       Q.   Sure.  So let me just give it a preface in case

Reid Smeda
March 22, 2023                                    92

1    it's helpful.

2            We've obviously talked for a couple hours already

3    today.  We've taken a look at your report and your report

4    outlines, and your testimony today has further outlined

5    what you did to reach the conclusion in this case as to

6    Ms. Salas's likely overestimation of her application of

7    Roundup.

8            And as I understand that, you are combining your

9    experience in the field of weed science, your experience

10   applying herbicides, and then some sort of primary source

11   information, if I can call it that, and you've listed it

12   clearly in your report, Google Earth images, property

13   records and understanding of the square footage of each

14   of these properties, Ms. Salas's testimony about the

15   precise areas of these properties where she was spraying,

16   et cetera.

17           So that's what I'm sort of calling, if I may, the

18   methodology that you've applied in reaching the

19   conclusion that she likely overestimated her use of

20   Roundup.

21           My question is, other than in the litigation

22   context where you've testified as an expert witness in

23   the Cody case or in the 2012 case that you mentioned, in

24   a professional capacity, have you ever applied that type

25   of analysis before where you are reaching a conclusion

Reid Smeda
March 22, 2023                              93

1    about the extent of somebody's application of an

2    herbicide, using things like property records, Google

3    Earth images, combining with your personal and

4    professional experience?  Have you ever done that before?

5            MR. GRAY:  Object to form.  You can answer.

6            THE WITNESS:  So we've conducted various research

7        using drones, that drones using cameras on them to be

8        able to estimate the extent of weeds in crop fields.

9        We've done some of that research in the past and that

10       relies primarily on photos from drones, and they would

11       tell us the extent of some of the weed populations in

12       some of these corn or soybean fields that we've worked

13       in.  So we've relied on photos from that standpoint in

14       doing that.

15           But, again, in this particular case, a lot of it

16       is derived from experience, understanding how weeds

17       grow, from the photos that were given, from the

18       description of Ms. Salas where she said that she

19       sprayed that, understanding different aspects of the

20       property, of the environment, of the rainfall pattern.

21           And so, combined with that information, I was

22       able to arrive at the conclusions that are stated in

23       this report.

24   BY MR. ROJAS:

25       Q.   Understood, but drone work that you're

Reid Smeda
March 22, 2023                                    94

1    describing, is that with University of Missouri?

2        A.    Yes.

3        Q.    And as I understood you, and please correct me if

4    I'm wrong, please, the purpose of using drones in that

5    aerial photography is to determine the extent of weed

6    spread or weed populations.  Is that right?

7        A.    Well, it's to be able to try to identify specific

8    weed species from the air using a drone.  Part of taking

9    care of farmer fields is to scout fields for weeds and

10   we're trying to use drones to be able to do that.

11       Q.    So the purpose -- in that context, the purpose of

12   your use of those drones and that aerial surveying, is

13   not to determine the likely extent of application of an

14   herbicide, correct?

15           MR. GRAY:  Object to form.  You can answer.

16           THE WITNESS:  Well, there are different areas

17      where herbicides have been used, and so part of the

18      purpose of looking at using the drone was to determine

19      the weeds that were left, the relative growth of those

20      weeds, and being able to differentiate the weeds from

21      the drone -- the weeds from the crop in each of these

22      specific treated areas.

23   BY MR. ROJAS:

24       Q.    Right, but you didn't, in that work, as I

25   understand it, at least, and please do correct me if I'm

Reid Smeda
March 22, 2023                                    95

1  wrong, determine the volume or extent of application of

2  herbicides, right?

3         MR. GRAY:  Object to form.  You can answer.

4         THE WITNESS:  Well, comparison of the weeds that

5     would have been in one treatment or another would

6     reflect the actual application that was made to

7     control those weeds in those crops.

8         MR. ROJAS:  Sir, I think I don't have anymore

9     questions at this time.  As you probably know, what

10    happens now is that I give the floor to other

11    attorneys.  I may have some follow-up questions

12    depending on what other counsel asks, but, if not,

13    thank you very much for your time today.  I appreciate

14    it.

15        MR. GRAY:  Can we take maybe ten minutes?  Let me

16    look at my notes and see if I have anything?

17        I doubt it.  If much, it won't be very long.

18        THE VIDEOGRAPHER:   The time is 12:36 p.m.  We're

19    off video record.

20        (A discussion was held off the record.)

21        (A brief recess was taken from 12:36 p.m. to

22  12:51 p.m.)

23        THE VIDEOGRAPHER:  The time is 12:51 p.m.  We're

24    back on video record.

25

Reid Smeda
March 22, 2023                              96

```
1                    CROSS-EXAMINATION

2    BY MR. GRAY:

3        Q.   Doctor Smeda, I have just a few questions.

4             Earlier today you were discussing the PPE that

5    you are generally wearing when you're spraying Roundup or

6    other types of herbicides.  Do you recall that?

7        A.   Yes, sir.

8        Q.   I believe you mentioned wearing closed-toe shoes

9    and long pants and long shirts and latex gloves.  Is that

10   right?

11       A.   That's correct.

12       Q.   And why do you wear those items when you're

13   spraying Roundup or anything else?

14       A.   Well, as I stated earlier, we work with a lot of

15   different herbicides and we look at the label for

16   herbicides and look at the PPE, and with all the

17   different compounds, some of them being experimental, we

18   have just gotten in the habit of wearing that type of

19   PPE; long pants, long sleeve shirt, closed-toe shoes and

20   gloves.

21            So in some instances it might exceed what could

22   be on a label, but because we work with so many

23   compounds, it's a habit we've developed.

24       Q.   So is it fair to say that that type of PPE that

25   you described is not -- you don't wear that specifically
```

Reid Smeda
March 22, 2023                                    97

1  because you're spraying Roundup?

2      A.   No, we don't.  We believe that we're involved in

3  the realm of following the PPE requirements for

4  glyphosate, and we believe it's safer if we're wearing

5  that PPE.

6      Q.   Earlier today you were also -- throughout the day

7  you were asked some questions about your familiarity with

8  Ms. Salas's property and, in particular, whether or not

9  you visited her properties.  Do you recall that?

10     A.   I do.

11     Q.   You have not visited either of Ms. Salas's

12  properties, correct?

13     A.   I have not, no.

14     Q.   And is it your understanding that Ms. Salas is no

15  longer in ownership or possession of those properties?

16     A.   That's my understanding, yes.

17     Q.   And would that be the reason that you weren't

18  able to visit them?

19     A.   Yes, that would be the reason I couldn't go.

20          MR. ROJAS:  Object to the form.

21  BY MR. GRAY:

22     Q.   And despite not being able to visit those

23  properties, were you able to gather enough information

24  and resources to reach your opinions in this case?

25     A.   With all the different documents that I was

Reid Smeda
March 22, 2023                                    98

1   provided and research and the pictures that we could do,

2   yes, I could adequately arrive at those conclusions.

3        Q.   Earlier you were asked some questions about the

4   carcinogenicity of Roundup.  Do you recall that?

5        A.   I do.

6        Q.   You testified that you're not a cancer expert.

7   Is that correct?

8        A.   That is correct.

9        Q.   So given that, in your field or in your line of

10  work, what would you rely on to understand the

11  carcinogenicity of a substance?

12       A.   I really on the EPA to give me the guidelines

13  necessary.

14       Q.   Okay.  And I again recognize that's not your

15  expertise, but are you aware of what the EPA has stated

16  about the carcinogenicity of glyphosate?

17       A.   Yes, sir.

18       Q.   And what's that?

19       A.   They've arrived at the conclusion that it's not a

20  probable carcinogen.

21            MR. GRAY:  Doctor, depending on what you may be

22       asked by the other lawyers, that's all the questions I

23       have for you right now.

24            MS. SUYDAM:  I don't have anything.

25            MR. ROJAS:  I don't have anything either.

Reid Smeda
March 22, 2023                          99

1        MR. GRAY:  He'll read.

2        THE VIDEOGRAPHER:  The time is 12:56 p.m.  We're

3   off the video record.

4        MR. GRAY:  Madam Court Reporter, I believe there

5   is sort of a standing order that we have in these

6   cases.  Do you have that or do I need to get it for

7   you?

8        THE COURT REPORTER:  I do not have yours.

9        MR. GRAY:  If you put your email in the chat we

10   can email what you need.

11        THE COURT REPORTER:  Yes, I will.

12        MR. GRAY:  Thank you so much.

13        MR. ROJAS:  Donna, we'll order a regular PDF

14   copy, please.  No video at this time.

15        MS. SUYDAM:  We'll take a copy.

16        (The deposition was concluded at 12:57 p.m.)

17

18

19

20

21

22

23

24

25

Reid Smeda
March 22, 2023                                        100

```
1              WITNESS NOTIFICATION LETTER

2

3   DATE: 03/30/2023
    Reid Smeda, Ph.D., c/o
4   MARCHELLO D. GRAY, ESQUIRE
    HOLLINGSWORTH LLP
5   1350 I STREET, NW
    WASHINGTON, DC  20005
6
    IN RE: IN RE:  ROUNDUP PRODUCTS
7   LIABILITY LITIGATION v NANCY SALAS v. MONSANTO COMPANY;
    BAYER CORPORATION; BAYER AG; ANDREW JACK CONROY;
8   HOME DEPOT U.S.A.,INC.; KLI SHELL LUMBER & HARDWARE,
    LLC;and ORLANDO VALDES
9
    Deposition taken on:  March 22, 2023
10  U.S. Legal Support    JOB NO: 6308310-001

11  The transcript of the above proceeding is now available
    for your review.
12
    Please call 305-373-8404 to schedule an appointment
13  between the hours of 9:00 a.m. and 4:00 p.m., Monday
    through Friday.
14
    Please complete your review within 30 days.
15

16  Sincerely,

17

18  Donna Gunion, Florida Professional Reporter

19  U.S. Legal Support, Inc.
    16825 Northchase Drive
20  Suite 900
    Houston, TX 77060-6004
21

22

23  Cc via transcript:

24                     PABLO ROJAS, Esq.
                       CAROLINE W. SUYDAM, Esq.
25                     MARCHELLO GRAY, Esq.
```

1              E R R A T A   S H E E T

2   IN RE: IN RE:  ROUNDUP PRODUCTS
    LIABILITY LITIGATION V NANCY SALAS v. MONSANTO COMPANY;
3   BAYER CORPORATION; BAYER AG; ANDREW JACK CONROY;
    HOME DEPOT U.S.A.,INC.; KLI SHELL LUMBER & HARDWARE,
4   LLC;and ORLANDO VALDES
    DEPOSITION OF: REID SMEDA, Ph.D.
5   TAKEN:  March 22, 2023
    Taken By: DONNA GUNION        JOB NO. 6308310-001
6
         DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
7   PAGE #   LINE #    CHANGE              REASON
    _____
8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  Please forward the original signed errata sheet to this
    office so that copies may be distributed to all parties.
21
    Under penalty of perjury, I declare that I have read my
22  deposition and that it is true and correct subject to any
    changes in form or substance entered here.
23
    DATE: _____
24

25  SIGNATURE OF DEPONENT: _____

Reid Smeda
March 22, 2023                                    102

```
 1                    CERTIFICATE OF OATH

 2

 3   THE STATE OF FLORIDA          )

 4   COUNTY OF MIAMI-DADE          )

 5

 6          I, Donna Gunion, Florida Professional Reporter,
     Notary Public, State of Florida, certify that REID SMEDA,
 7   Ph.D. appeared via Zoom on the 22nd day of March, 2023
     and was duly sworn.
 8
            WITNESS my hand and official seal.
 9
            DATED: 03/30/2023
10

11

12
     _____
13              Donna L. Gunion, FPR
           Notary Public - State of Florida
14            COMMISSION # HH 126082
            Commission Expires 8/3/2025
15

16

17

18

19

20

21

22

23

24

25
```

Reid Smeda
March 22, 2023                                   103

1                    CERTIFICATE OF REPORTER

2

3    THE STATE OF FLORIDA          )

4    COUNTY OF MIAMI-DADE          )

5

6            I, Donna L. Gunion, Florida Professional
     Reporter and Notary Public in and for the State of
7    Florida at large, do hereby certify that I was authorized
     to and did stenographically report the deposition of REID
8    SMEDA, Ph.D. in the foregoing proceedings and was by me
     duly sworn to testify to the truth, the whole truth, and
9    nothing but the truth; that said proceedings were taken
     before me at the time and place therein set forth and is
10   a true record of my stenographic notes.

11           I further certify that I am neither a relative,
     employee, attorney or counsel of any of the parties, nor
12   am I relative or employee of any of the parties or
     connected with the action, nor am I financially
13   interested in the action.

14           In witness whereof, I have hereunto subscribed
     my name.
15
             DATED: 03/30/2023, at Miami, Dade-County,
16   Florida.

17

18   _____

19            Donna L. Gunion, FPR
           Florida Professional Reporter

20

21

22

23

24

25

**Exhibits**

EX 0001 Reid S
meda 032223
 8:3,6
EX 0002 Reid S
meda 032223
 18:5
EX 0003 Reid S
meda 032223
 22:23 23:2
EX 0004 Reid S
meda 032223
 76:6,10

---

**#**

#1600   2:10

---

**1**

1   8:3,6 21:1
 74:18
10   25:25 55:8
 74:18
100   3:4
101   3:4
102   3:5
103   3:5
10:04   4:14
10:08   7:15,18
10:15   7:19,20
10:42   26:22,
 25
10:48   27:1,2
11:27   55:12,
 15
11:38   55:16,
 17
12:08   75:21,
 24
12:10   75:25
 76:1
12:36   95:18,
 21

12:51   95:22,
 23
12:56   99:2
12:57   99:16
1350   2:16
14   20:5
15   70:21,22
18   3:10 31:15
1960   20:5
1982   19:11,13
 20:3,6,10,13,
 23
1990   9:6
1991   9:6,24
1996   8:18,23
 9:24 13:4,6

---

**2**

2   18:5 21:1
 62:20
20   50:8,10
 69:18 87:17
20005   2:16
2004   56:8
 57:15
2012   79:20
 91:7,8 92:23
2014   56:9
 57:15
2016   35:18
202-898-5800
 2:17
2022   38:18
 78:25
2023   4:14
21   32:6
22   3:12 20:7
22nd   4:13
2300   2:4
26   3:12 22:23
 23:9
2:00   5:23

---

**3**

3   3:12 22:23
 23:2 56:1
30   43:22 75:4
 90:23
30326   2:11
33   76:19
33131   2:5
3343   2:10
36   76:20
39   62:20
3rd   2:4

---

**4**

4   3:14 23:16
 76:6,10
40   43:7
41   55:25
42   61:16,25
44   64:16
 66:13
45   68:20
48   8:10

---

**5**

5   3:2

---

**6**

601   47:1
 62:21
605   46:15
 47:1
63   74:15

---

**7**

74-page   18:16
76   3:14

---

**8**

8   3:9

---

**9**

91   10:9
96   3:3 8:21
 10:9

---

**A**

a.m.   4:14
 7:15,18,19,20
 26:22,25
 27:1,2 55:12,
 15,16,17
able   8:3,12
 18:9 23:4
 26:4 45:20
 48:19 49:10,
 25 53:14
 54:10 59:12
 60:21 64:15
 70:12 72:12
 80:13,14
 82:14 86:21
 87:18 93:8,22
 94:7,10,20
 97:18,22,23
about   5:5
 8:16 9:5
 14:22 16:13
 21:4,19,22
 22:1,11 24:5,
 9,13,21 25:6,
 12,14,20,23
 26:3,5 27:9,
 14,17 28:8,
 14,17 29:19
 30:4,6,21
 31:1,6 34:12
 36:14 37:3,9,
 19,22 38:5
 43:2 44:4,8,
 23 46:4 48:5,
 9 49:3,11,15,

22 52:1 55:21
58:4 59:6,25
60:11 63:25
70:15 73:4
76:8 77:10
79:25 80:8
83:9 85:8,25
86:8 87:7
90:3,23 91:6,
19 92:14 93:1
97:7 98:3,16
**above** 4:4
55:3
**Absolutely**
6:22 55:8
**absorb** 60:24
**academic**
13:11 17:22
**accidently**
67:8,11
**accompanying**
41:11
**accomplish**
9:16
**according**
12:15 87:9
**accurate** 44:9
**across** 60:19
**active-like**
65:23
**activities**
9:12 48:16
**activity** 39:8
70:19
**actual** 58:8
95:6
**actually** 5:23
7:4 24:25
25:24 57:3
59:19 60:13
69:19 91:13
**acute** 32:12,
23,25 35:18,
21,24 36:5,9,
12,15,21,23
37:15,16,24,
25

**add** 18:4 62:5
**added** 87:23
**addition**
27:17 39:14
41:12 43:21
64:23 74:22
77:3
**additional**
41:24
**address** 26:5
29:21 30:10
**addressed**
27:16 28:4
**addressing**
25:23
**adequate**
50:24 53:8,11
54:9 70:12
71:4 89:24
**adequately**
98:2
**adjacent** 80:2
**admission**
41:10
**adopted** 35:16
**aerial** 94:5,
12
**affect** 61:12
**affects** 60:22
**affirmed** 5:11
**after** 88:24
**again** 27:19
36:20 37:14,
23 44:12
45:2,10 46:8
49:7,14 50:5
51:15 52:10,
23 53:25
54:25 57:19
58:16 69:13
72:8,15,25
73:22 74:14
75:3 83:8
87:11 89:2,17
90:23 93:15
98:14
**against** 21:11

**ago** 17:7
29:16 85:2
**agree** 6:20
18:18 23:21
34:7 35:21
62:24 63:2,10
**agreement** 4:9
**agricultural**
9:3 11:15
39:8
**agriculture**
11:20
**agronomic**
13:16,17 14:7
15:7
**agronomist**
13:21
**agronomists**
14:7
**agronomy**
13:12,14,15
73:5
**ahead** 6:25
8:2 14:21
55:22 68:3
76:5
**air** 50:24
51:1,10 53:8,
11,20 54:9,
11,19,23
61:11 67:8,
12,16 94:8
**Alabama** 42:14
**aligned** 43:3
**alkaline**
62:10,11
**all** 4:6,7,16
5:17 7:5,11,
23 15:3,8
31:14 41:10
42:16 50:6
53:5 54:5
57:14 62:7,9
63:2 66:1,9
69:12 71:17
72:21 73:25
76:13 82:25
84:22 96:16

97:25 98:22
**alleged** 91:12
**allegedly**
44:15
**alleges**
41:14,15
42:4,23 56:7
87:13
**alleging** 36:2
**allowed** 42:22
**almost** 19:16
**along** 6:20
44:13 47:23
60:17 61:14
**alphabetical**
76:17
**already** 70:15
92:2
**also** 2:22
10:1,2,14,17
11:9 14:8
15:25 21:22
22:17 41:17
43:23 47:11,
24 51:11
52:12 55:4
58:18,19
60:11,25
63:19 67:7
68:14 71:14
75:17 82:11
83:16 85:3
89:20 90:22
91:8,13 97:6
**although**
46:25 48:6
58:9
**always** 35:4
39:15
**am** 12:24
30:15 32:1
37:6
**ambient** 61:11
**among** 21:18
65:6
**amount** 55:2
69:17,22 71:7
82:22 87:2

amounts
  11:17,22 58:8
  60:3 82:24
analysis
  42:21 57:3
  59:1 60:14
  62:2 63:24
  70:17 73:17
  86:18 89:3
  90:3 91:9
  92:25
analyze  56:11
and  3:12 4:3,
  7,9,16,22
  5:6,12 6:14,
  17 8:1,2,11,
  20,23,24 9:2,
  6,7,18,24
  10:1,3,7,9,
  15,19 11:4,10
  12:23 13:17,
  20,25 14:4,9,
  21,24,25
  15:4,9,11,17,
  24 16:4,5,9,
  11,12,21
  17:1,5,7
  18:16,18
  19:3,17,19
  20:19 21:1,2,
  9,11,16,25
  22:4,8,14,21,
  24 23:9,16
  24:8,9,11,23,
  25 25:7,15,
  16,18,24,25
  26:5,12,14
  27:7,12,18,20
  28:3,4,10
  29:14,22,24,
  25 30:4 31:5,
  10,18,25
  32:2,9,23
  33:11 34:11,
  13,14,24
  35:14,18
  36:2,10,14,
  23,25 37:2,
  13,16,25

38:19 39:3,
  17,19,21
  40:5,9,18,22
  41:9,10,11,
  12,15,18
  42:13,25
  43:3,10,19
  44:10,14,15,
  18,22 45:1,3,
  4,9,12,19,25
  46:13 47:1,2,
  8,10,12,22
  48:1,4,17
  49:2,5 50:2,
  11 52:12,19
  53:11,19,20,
  22 54:4,11,
  15,18,22
  55:3,22,25
  56:7,8,18,20,
  21 57:2,4
  58:18,22
  59:1,5,12,21
  60:2,19 61:1,
  16,23 62:8,
  10,13,15,16,
  24,25 63:2,5
  64:8,21 65:6,
  24,25 66:7,20
  67:17 68:7,9,
  11,15,24,25
  69:2,7,8,12,
  13,15,20,21,
  23 70:6,9,21
  71:4,6,12,16,
  22 72:9,11,
  19,23 73:2,5,
  13,14,15,20,
  23,25 74:2,8,
  14,16,21,23,
  24 75:6,16
  76:5,8,14,16,
  18,21,25
  77:3,8,10,14,
  16,18,19,21
  78:8,9,16
  79:2,7,8,14,
  21,24 80:1,2,
  4,11,14,20,21

81:2,5,13
  82:2,22,24,25
  83:4,5,7,8
  84:1,2,8,10,
  15 85:10,15,
  20 86:1,3,18
  87:1,5,11,14,
  20,25 88:1,
  15,23,24
  89:2,6,20
  90:2,3,6,22,
  23,25 91:6,9,
  13,17,18
  92:3,4,8,10,
  11,13 93:3,9,
  10,21 94:3,9,
  12,17,20,25
  95:16 96:9,
  12,15,16,19
  97:4,8,14,17,
  22,24 98:1,
  14,18
and/or  4:10
animal  32:15
animals  32:10
annual  57:19
annually
  19:11 50:23
  53:7
another  5:23
  18:4 22:21
  25:18 39:14
  56:22 73:24
  85:14 95:5
answer  6:5
  11:25 12:8
  17:24 18:25
  22:15 23:23
  26:4 27:25
  28:11,20
  29:6,20 33:19
  34:9,20 35:6
  36:7,19 37:5,
  11 38:7 42:5
  43:16 44:11,
  25 49:13
  52:9,22 53:24
  57:17 59:22
  63:15 67:24

80:23 82:7
  83:12 86:12
  88:6 89:7,16
  90:14 91:21
  93:5 94:15
  95:3
answered  6:10
  44:10 59:21
  89:6
answering
  80:21
answers  76:24
any  6:1,8,9,
  20 9:20 10:8
  12:12 14:13
  17:21 21:23
  23:21 26:10
  33:18,21
  36:16 37:8
  38:4 39:8
  40:15 45:7,
  14,22 48:21,
  25 49:18 50:7
  51:18 56:19
  57:4,14,24
  58:14 60:16
  62:2,4 63:3,
  24,25 64:1,3
  69:2 70:1
  72:4 73:1,6,
  17 74:21
  77:4,25 78:2,
  25 79:9,16
  81:22,23 82:4
  83:23 84:15
  85:9,10 86:7,
  20,24 91:20
anybody  61:17
anymore  95:8
anyone  81:7
  84:22,24
anything  28:2
  36:5 37:3,9,
  19,21 49:12
  74:25 77:11
  80:12 95:16
  96:13 98:24,
  25

anywhere   50:8
apparently
  36:15
appear   62:24
  69:24
appearances
  2:1 4:17
appeared
  43:23 44:17,
  22
application
  10:13,21
  11:24 12:4
  44:16 66:21
  72:24 81:3
  86:1,9 90:5
  91:10,20 92:6
  93:1 94:13
  95:1,6
applications
  11:19 12:17
  65:2 70:11
  88:14,23
  90:22
applied
  20:16,18
  32:10 41:15
  42:23 43:20
  45:9 46:6
  49:2 64:1,24
  65:7 66:20
  88:25 90:9
  92:18,24
apply   20:12
  38:13 39:10,
  12,24 40:7
  45:16 49:4
  50:1,4 63:12,
  18 86:21
applying
  10:25 11:13,
  17,22 20:22
  38:17,23 63:5
  90:24 92:10
appointments
  13:11
appreciate
  95:13

approach
  21:12
appropriate
  66:6 69:5
appropriately
  65:25
approximate
  45:7,18
approximately
  16:4 46:17
  50:3 77:21
  78:14,22
  79:18
Arber   23:15
are   5:15 8:3,
  12 13:17,18,
  21 14:1,6
  18:9 19:24
  22:10 23:4,25
  24:10 25:5
  27:16 28:14
  30:14,16,18
  32:22 33:11
  34:1,7 39:7,
  15 40:21
  47:21,24
  49:10 51:8,22
  52:4,19
  53:13,17,21
  54:2,3,15,24
  56:9 59:7
  60:16,21,25
  61:21 62:9,
  13,15 63:6
  64:5 67:17,20
  69:4 71:6,15,
  17 72:10,13,
  21 73:22,24
  74:5,7,15
  77:7,13 78:5,
  6,7 80:7,9
  81:9,14 83:25
  84:25 85:20,
  23 89:23
  92:8,25 93:22
  94:16 96:5
  98:15
area   13:18,19
  16:22 30:23

31:11 32:3
38:10 39:5
46:5 49:15,17
51:20 63:3
areas   23:21
  24:12 27:9
  42:22 45:21,
  23 47:10,14,
  17,23 48:1,3,
  17,19 49:6,22
  50:4,12 51:17
  63:19 87:6
  92:15 94:16,
  22
around   19:20
  20:6 39:2
  40:12 42:22
  48:1 63:7
arrive   33:24
  93:22 98:2
arrived   33:22
  98:19
ARS   9:2
as   4:7 5:12,
  17 6:1 7:23
  9:5,7,8,21,23
  11:1,13,18,23
  12:14,19
  13:10,24 14:9
  18:17 20:16
  24:23 28:22,
  24 32:10,22
  33:4 35:5,12,
  25 36:10,15,
  23,25 37:8,
  13,14 38:3
  39:22 41:15
  43:4 44:2
  46:11,14,15
  48:1,10,17,21
  50:24 52:17,
  19 53:8,18,
  19,20 54:8,
  10,19,22 56:7
  57:3,23
  58:13,25 59:7
  60:13 61:19
  62:10,16
  63:8,10 65:1,

21 68:8,15
69:6 71:12
72:13,16
74:8,24 75:9,
19 78:8 79:21
81:23 82:21
83:6,8 84:11
85:9,17,18
86:18 87:8
88:3,7 89:4
92:5,8,22
94:3,24 95:9
96:14
ascertain
  41:24
aside   83:20
ask   5:19 6:2,
  9 8:15 9:5
  14:21 18:20
  22:10 38:2
  42:25 48:9
  51:5 53:17
  73:2 77:8
asked   13:3
  24:3 26:2,4
  27:8,14 29:16
  44:10 59:21
  76:15 79:13
  89:6 97:7
  98:3,22
asking   28:14,
  16 67:25
  85:18
asks   95:12
aspect   15:8
  81:23
aspects   14:12
  15:10 21:21
  22:16 24:8,24
  25:15 26:6
  28:3 29:22,24
  30:10 54:3
  88:8 93:19
assess   59:3
assessing
  57:3
assistant
  13:11

**associate**
  8:24 9:6,21
**assume**   6:10
  39:21
**at**   4:3,16
  5:23,25 6:8
  8:17 10:5,14,
  19 12:20
  13:4,5 14:1,
  14,18 15:4,25
  16:14 17:5
  18:18 19:5
  20:10,13,23
  21:17 23:5
  25:17,21,22
  26:2 27:9,15
  30:12 31:14
  33:22,24
  34:11 39:10,
  12,17,24 40:6
  41:13 42:3,16
  45:8,19 46:8,
  9,10 47:6
  51:16,19 52:4
  53:5 56:13
  59:5,19,24
  61:16,25
  62:3,5 63:9,
  12 64:1,14
  65:10,21
  66:13 68:14,
  25 69:2 73:12
  77:8,14 78:25
  79:12 81:9,11
  85:10,21 87:9
  88:8,19,23
  89:1,19 92:3
  93:22 94:18,
  25 95:9,16
  96:15,16
  98:2,19
  99:14,16
**ATLANTA**   2:11
**Atrazine**
  16:23,24
  17:19,23
**Atrazine-
resistance**
  16:20 17:4

**attached**   78:8
**attorney**   4:10
  78:4
**attorneys**
  5:18 77:17
  91:6 95:11
**availability**
  61:8,9 62:12
**available**
  62:7
**AVENUE**   2:4
**average**
  57:12,13
**aware**   4:6
  56:7,9 71:6,
  10 72:21
  98:15
**away**   6:18

———————

**B**

———————

**Bachelor**
  14:23
**back**   7:21
  18:2 24:11,14
  27:3 29:12
  31:10 40:23
  55:18,22,25
  57:6 73:1
  74:14 76:2
  85:24 95:24
**background**
  8:16 14:23
  19:10 21:1
  24:15 26:7,9
  37:2 77:10
**backpack**
  40:11
**based**   9:25
  10:1 21:17
  33:8 36:16
  37:2 41:23
  44:14 45:2
  49:24 62:8
  68:11 69:13,
  20 86:3
  87:11,20
  90:21,22 91:1

**bases**   47:20
  70:17 86:4
  90:4
**basically**
  7:25 13:2
  61:23
**Basics**   26:1
**basis**   28:12
  34:14 47:19
  66:23
**battle**   21:11
**Bayer**   82:9,17
  83:1,3,6,14
  85:9,13,22
**became**   85:22
**because**   20:2
  25:3 29:8,16
  37:20 46:11
  51:11 57:8
  60:17 65:3,12
  67:2 71:18
  73:11 78:1
  85:4 87:24
  96:22 97:1
**become**   9:18
**becoming**
  83:13
**been**   5:11
  8:17,20 13:2,
  3,5 19:2,14
  20:6 28:20,
  22,24 40:23
  42:9,10,11,
  12,13,16
  43:20,25
  45:13 46:9
  49:7,8 50:3,8
  56:15 57:11,
  20 59:15,25
  60:15 63:6
  64:4 67:4
  70:12 71:11
  72:8 75:5
  77:23 78:23
  79:14 81:23
  82:6 83:1,9
  85:2,14,16
  86:21 87:15,

  17,21,24
  88:12,14
  89:18,24,25
  90:2 91:3,5
  94:17 95:5
**before**   4:1
  5:19,20 6:5,
  19 7:23 25:4
  27:5 55:20
  79:14 81:18
  85:22 90:10,
  12,18 92:25
  93:4
**begin**   6:19
**beginning**
  4:17 27:7
  32:6 41:2
  61:25 74:19
  77:8 79:12
**begins**   24:17
  50:17
**behalf**   2:2,8,
  14 4:20,23,25
**being**   4:7
  29:3 30:12
  49:17,23
  94:20 96:17
  97:22
**beings**   34:7
**belabor**   5:22
**belief**   88:13
**believe**   8:11
  20:14 27:21
  33:13 45:15
  56:16,18
  58:19 65:15
  67:11 70:7
  75:3 77:6
  78:16 79:19,
  20 86:14 89:8
  96:8 97:2,4
  99:4
**below**   55:2
  62:11 65:1
**bench**   14:11
**beneficial**
  56:25

benefit  63:18
benign  34:3,
  17 35:2
between  9:6,
  23 10:9 31:24
  54:11 56:8
  77:19 78:16
  84:1 91:15
beyond  84:2
bio  55:7
biological
  21:4 73:25
biology  59:8
  71:13 72:22
  74:9 90:25
birth  20:4
birthday
  75:17
bit  8:16 9:25
  10:1,6 20:25
  29:11 30:5
  32:5 35:14,15
  43:6 45:13
  54:12 55:5,21
  59:17 67:6
  68:19 70:15
blanket  53:2
body  29:3
bold  23:8
bolded  25:25
  43:7
both  8:25
  12:23 25:23
  39:9 43:20
  45:18 46:5
  50:13,14
  53:20 69:5,12
  75:6
bottom  13:9
  31:14 61:16,
  25 66:13
branded  39:12
break  5:25
  6:1,5 7:24
  26:14 27:5
  55:7,20 75:18
  80:21

breeze  27:10
breezed  82:1
brief  7:18
  26:25 55:15
  75:24 95:21
briefly  14:22
  22:3 31:19
  85:24
bring  77:25
  78:2
broad  9:7
  14:4 22:10,18
  79:24 82:3
broadcast
  47:7
BS  20:3
BSF  83:17
built  62:10
burn  10:13,21
but  5:7,24
  8:15 9:9 10:1
  11:25 13:4,23
  18:2 19:15
  20:22 21:16
  22:9,14 23:5,
  20,23 24:19
  25:2 26:15,19
  28:10,20,22
  29:4,12,15,20
  34:20 36:18
  37:11 38:7
  39:15 40:24
  41:21 42:5
  43:22 44:2,
  11,25 45:24
  46:7,23 48:2
  49:7,10,21
  50:7,12
  51:11,17,24
  52:4,12,15,
  17,19 56:16
  57:2,7,19
  59:17,22
  60:1,12,15
  61:4,18
  63:10,15,20
  64:3,4,13
  67:15,24

68:14 69:19
70:5 72:8,16
73:19,21,22
74:4,9,25
75:3,7 76:8
78:2 80:13,17
82:3 83:6,16
84:25 85:2,6,
9,16 86:11
87:22 88:6,22
89:3,14 90:22
93:15,25
94:24 95:12
96:22 98:15
by  2:7,13,18
  3:2,3 5:14
  6:21,24 7:22
  8:8 12:5,11
  17:11 18:1,8
  19:4 22:20
  23:1,19 24:1
  25:19 26:16
  27:4,22 28:6,
  9 29:13,19
  30:2,11,24
  31:4,9 32:19
  33:23 34:15
  35:1,13,16
  36:3,13,24
  37:7,17 38:11
  42:8 43:14
  44:1,3,19
  45:6 46:2,6
  49:20,23
  52:16 53:4
  54:7 55:19
  57:22 58:24
  60:8,21,25
  63:4,23 64:25
  67:19 68:2
  69:2 71:24
  73:25 76:3,12
  80:6 81:1,23
  82:6,15 83:1,
  19 86:9,17
  88:17 89:11
  90:1,16 91:3,
  5,24 93:24
  94:23 96:2

97:21 98:22

---

## C

C-O-D-Y  79:5
calculating
  70:4
calculation
  45:14 86:8
calculations
  45:7 86:20,24
calendar  56:2
  57:9
call  10:13
  61:18 92:11
called  24:15,
  16 25:10 26:1
  32:6
calling  38:7
  92:17
calm  65:12
came  87:8
cameras  93:7
can  6:20 7:2,
  8,9 9:8 10:11
  11:25 12:1,8
  13:10 15:3
  17:10,24
  18:10,20,25
  19:12 20:3
  21:16 22:15
  23:23 24:11,
  19 25:14,24
  26:14,17
  27:18,24,25
  28:10,11,20,
  21 29:6,12,
  14,20 30:5
  33:19 34:9,20
  35:6,7 36:7,
  18 37:5,11
  38:7,16,22
  40:2 42:5
  43:14,16
  44:2,7,11,25
  49:13 51:8
  52:9,18,22
  53:23 55:6

56:19 57:17
58:18 59:22
61:1,6,11,24
63:15,16
67:24 71:5,14
75:15 76:6
78:14 82:7
83:12 84:3,19
86:8,12 88:6
89:7,12,16
90:14,17
91:21 92:11
93:5 94:15
95:3,15 99:10
can't 84:25
85:16
cancer 27:22
28:9,15,18
29:19 30:7,9
35:23 36:2,6,
17,20 37:1,6,
10,20,21,23
38:4,5,9 98:6
capable 25:23
capacity
21:18 38:13,
20,21,24
79:21 84:16
90:13 92:24
carcinogen
98:20
carcinogenic
37:3
carcinogenicit
y 35:22
37:10,19,22
98:4,11,16
card 75:17
care 94:9
career 73:4
82:2
careful 65:3
carelessly
64:23,25 65:6
Caroline 2:13
4:24
carried 9:13

carry 84:14
85:4
case 18:21,
23,24 22:12
23:13 24:9,21
25:13 28:17
29:2,18 36:4
41:7 42:21
43:5 48:21
49:22 51:21
59:1,19 61:7
72:5 75:9
77:5,16 78:18
79:3,8,10,15,
16,25 80:4,25
81:20 91:6,7,
8,13,25 92:5,
23 93:15
97:24
case-specific
28:24
cases 78:12,
20 79:11 80:9
90:20 91:2,3,
15 99:6
causation
3:13 22:24
23:10 28:15,
17,23 29:4,10
30:7 36:16
cause 4:4
36:6
caused 25:19
27:22 28:9
29:19 36:3
causes 38:5
caveat 36:25
cells 16:21
17:13
cement 46:12
47:2,10,11,
20,21
certain 34:25
35:17,19
51:19 52:13
55:2,3 57:6
63:20 73:23
74:1,11 75:6

certainly
25:14 28:5
50:13 51:24
54:1 56:22
61:9 64:4,14
65:15 66:4,9
67:14 68:13
69:11,19
72:2,18 73:20
74:7 77:13
80:12,18
82:10,23
84:18 85:2,6
87:3
CERTIFICATE
3:5
cetera 92:16
chamber 9:13
chance 25:4
73:14
change 60:6
changed 60:16
characteristic
s 41:18
characterizati
on 70:18 71:1
chart 56:1
57:23 58:2,7,
8,19 60:1,17
chat 6:16
18:4 76:6,14
99:9
Circle 62:21
citation 56:6
70:22
city 81:13
claim 80:1
claims 41:16
clarify 6:9
clarity 29:15
class 22:3,4
Clayton 81:15
clear 79:7
82:19
clearly 92:12
client 4:10
36:1

climate 50:25
51:12 53:22
64:6
climatic
50:17 51:7
52:25 55:21
73:6 74:4,7
close 42:14
67:2,17 81:15
close-toed
11:8
closed-toe
40:4,17 96:8,
19
clunky 45:13
coarse 68:6,
16 70:8
coat 61:4
Cody 79:4,8,
15 81:20
92:23
colder 53:22
collaborative
84:6
Columbia
39:4,5 51:20
combination
51:10 52:11
54:3
combined
44:21 50:14
93:21
combining
92:8 93:3
come 18:2
40:21 47:21,
22,24,25 48:3
67:21 83:15
87:22
comes 25:22
68:5,16 82:20
coming 47:14
89:18
commercial
11:19
common 61:20
62:6

Reid Smeda

March 22, 2023

8

commonly
10:12 32:21
36:10,22
37:25
companies
82:11 83:7,8,
18
company   2:14
3:11 18:6,14
80:16 81:3
82:6,24 83:23
84:1,4,8,11,
12 85:21
Company's
3:12 22:23
23:9
comparative
33:3 36:9,21
37:15
compare   32:21
37:24 52:24
54:14
compared   33:1
36:10
comparing
53:25
comparison
32:12 95:4
comparisons
54:10
competition
25:10
competitive
25:16
complaint
41:8 44:5
complete   6:4
completed
20:3
completion
16:15
component
21:12
Compound
27:24
compounds
11:1 32:24

33:1 35:19
96:17,23
computer   7:2
concentrate
40:9,13,16,20
87:1
concerning
24:18 31:11
40:7 78:12,18
concluded
99:16
conclusion
17:2,3 43:15
44:8 90:4
91:19 92:5,
19,25 98:19
conclusions
93:22 98:2
conditions
17:17 50:18
51:8,16 52:15
53:18 54:2,15
55:21 59:2
62:11 63:9
65:11,12 66:7
73:7,9 74:4,7
conducive
53:13 54:3
conduct   62:2,
4 63:24 85:7
conducted
16:21 41:20
42:2 74:9
83:5 85:12
93:6
confidential
80:13
confidentialit
y   80:8,18,22
confirm   8:12
confirmation
27:8
confused
29:11 54:13
consider
17:18 30:20,
25 31:5 32:2,
14

considered
12:14 15:21
60:15 66:8
74:12,17,21
considering
59:6
consistent
11:19,23
consistently
19:15
constant
17:13
consulted
41:17
consumption
39:22
contact
66:14,21
67:22 68:10
70:8 84:10
85:6
contain   65:23
66:1
contained
14:16 32:18
33:4 34:12,13
45:17 47:10
60:11
container
40:6 86:9,14
87:4
containers
86:22
containing
11:1 38:13
63:13
contains   40:8
context   91:16
92:22 94:11
continue
47:15
continuously
8:20 13:6
contrary   65:8
contribute
21:5

control   9:16
24:8 68:18
69:19 87:18
95:7
controlled
9:13 16:22
17:9,16 73:25
controls
69:15
conversation
26:9 28:22
conversations
4:8,9 77:17,
18
cool   39:19
copy   7:5
99:14,15
corn   10:7
13:20 93:12
corporation
81:2
correct   8:19,
21 12:7,21
15:2 20:23,24
21:20 23:22
31:25 32:11
33:7 49:23
54:24 58:1,3
59:4 60:14
79:10 85:22
94:3,14,25
96:11 97:12
98:7,8
correctly
12:25 53:9
58:25 69:7
Corteva   82:11
83:17
cotton   10:7
could   13:23
16:10 17:3
45:10,12 50:8
51:12 52:14
55:1,2 60:15
61:2,4 63:6,
19 64:4,6,9
72:8,20 74:1
75:18 83:7

86:15 87:17
90:21 91:23
96:21 98:1,2
**couldn't**  52:3
57:9 97:19
**counsel**  4:16,
18 8:11 55:6
95:12
**country**
54:15,16
**couple**  10:7,
17 19:14 48:9
50:20 51:22
77:7,23 85:15
92:2
**course**  8:20
22:5,9
**courses**  15:9
**court**  4:2
5:1,3 6:14
26:8,13,18
81:23 99:4,8,
11
**cover**  10:15,
16
**coverage**
42:15
**covered**  86:8,
16
**covering**
46:14 52:2
**covers**  52:7
57:14
**CPPM**  82:12
**cracks**  47:22
**credible**  88:4
**credit**  88:18
89:3,13
**criticism**
23:19
**criticisms**
70:1
**crop**  14:24
15:3,6 82:10,
17 83:1 85:9,
13 93:8 94:21

**crops**  10:14,
15,16 13:16,
17,18 14:8
15:7 16:10
95:7
**CROSS-
EXAMINATION**
3:3 96:1
CSUYDAM@
MMMLAW.COM
2:12
**current**  8:11
74:25
**cut**  45:11
**CV**  3:9 7:6
8:6,12 12:18
78:9

---

D

**D.C.**  2:16
**Daily**  56:2
**damage**  80:2
**Daniel**  23:15
**data**  36:5
41:16 63:9
**date**  20:3
41:20 57:9
**David**  2:19
4:22
**day**  57:24
58:14 97:6
**day-to-day**
52:19
**deal**  14:11
**deals**  32:9
**December**
78:23,24
**defendant**
2:8,14 4:23
80:10,14,25
**degree**  14:23
15:6,25 16:7
**department**
16:7
**depend**  49:17
50:5 63:20

64:12 72:1,16
86:13
**depending**
95:12 98:21
**depends**  15:19
39:18 49:6,14
50:11,23
51:23 53:7,14
54:9 58:11
65:9
**deposed**  79:14
**deposition**
4:1,12 5:20,
23 22:9 29:12
41:10 44:5
69:2,6 76:21,
22,25 77:12
78:3,17,21
79:9,13,16
81:18 88:2
99:16
**depositions**
69:5 76:16,
18,19,20
77:3,4
**Depot**  2:8
4:25 6:21
**depth**  75:7
**derived**  57:10
93:16
**dermal**  67:22
**describe**
13:22 15:3
32:23 40:2
43:14 47:8
61:19 65:10
90:17
**described**
33:20 34:22
36:11,15
37:14 47:7,
11,23 48:18
49:25 62:8,11
65:1 66:24
69:17 70:1
72:16 88:11
89:21 96:25

**describes**
33:16 36:23
46:25 88:21
**describing**
35:8 50:12
94:1
**description**
3:8 12:16
13:7 30:4
43:18 44:14
45:2,3,17,20
46:8 49:1,24
65:15 66:6,10
71:22 72:8,24
89:8 93:18
**descriptions**
32:18 90:21
**design**  68:9
**Designation**
3:12 22:24
23:9
**designed**  9:17
10:5 58:5
68:15
**despite**  71:13
97:22
**detail**  22:9,
18 23:25 83:7
**detailed**
22:16
**details**  24:19
82:3
**determinants**
58:17
**determine**
41:18 49:18
52:3 91:10
94:5,13,18
95:1
**develop**  71:21
72:12 74:3
89:18
**developed**
96:23
**development**
27:12,20
62:14,16,18
71:25 72:1,3,

17,23
**devote** 74:5
**did** 9:9,21,24
10:8,21 11:6,
7 12:12
16:15,17
17:2,8,18,20
19:16 20:9,
11,12,20,21
23:7 33:21,24
42:6,20,25
45:7,14,16,
22,23 48:21
50:1 53:9
56:11 59:3,19
62:2 63:24
64:18 68:23,
25 69:2,24
70:4 73:9
74:16 76:24
77:11,21,25
78:2 85:9
86:20,25 91:6
92:5
**didn't** 48:25
62:4 67:12
80:21 86:24
94:24
**difference**
28:25
**differences**
53:1 91:14
**different**
15:14 16:14
22:16 23:24
24:23 26:6
28:3 29:21
30:6 52:25
53:17 54:1,
11,12,14,16
58:9 59:15
62:6 64:13
65:2,22 68:5
73:12,15,21
82:9,13 83:4
91:14 93:19
94:16 96:15,
17 97:25

**differentiate**
94:20
**differently**
60:20
**difficult**
52:23 53:2
**diluted** 87:1
**direct** 3:2
5:13 25:18
63:25 66:21
**directing**
68:8
**direction**
66:20 67:5
**directly**
25:24 47:25
59:3 82:20
83:22,23
84:1,3
**disagree**
70:25
**disciplines**
24:4
**disclosed**
28:22,24
**disclosure**
3:12 22:14,24
23:10,20 29:9
74:24
**disclosures**
18:17
**discuss** 24:23
**discusses**
61:18
**discussing**
96:4
**discussion**
7:17 26:24
55:14 75:23
85:24 95:20
**diseases** 14:9
**disposable**
40:22
**dissertation**
16:16,19
17:2,8,18

**distinct**
35:22 83:2
**distracted**
77:9
**Division**
14:1,5,13,16,
18,20
**do** 5:5,8 7:5,
7,13,24 11:4
13:12,13
16:18 18:13,
15 19:22,23
21:7,8,14,15,
22,24 22:1
23:5,8,12,16,
18 25:9,11,
12,20,24
26:2,19
27:14,21
28:2,7 30:20,
25 31:5,14,
22,23 32:7,8,
14 34:5,6
36:4,6,14
37:8,20 38:4,
12,15 39:1,3,
5,7,10,11,12,
17,24 40:1,6,
13,14,15
41:1,4,22,25
42:1 43:7,9
45:7,12,14
46:3,16 47:5,
20 48:3,21,25
50:2,18,19
51:3,4 53:20
55:24 57:3,
13,15 61:20
62:21,23 63:1
64:19,20,25
65:6 66:1,5,
14,16 67:9,
11,12 68:21,
22 70:1,23,
24,25 72:13,
18 73:9
74:16,17,18,
20 77:11
79:2,4 81:19

82:9,14,16,23
84:7,10,15
86:7,24 87:8,
10 88:18 89:3
91:2 94:10,25
96:6,12 97:9,
10 98:1,4,5
99:6,8
**Doctor** 3:10
4:13 5:15
7:23 18:5,14
22:15 23:15,
16 27:5,25
28:11 29:10
33:9,11,14,
17,22 35:15
37:12 38:8
43:17 53:24
68:23,24
69:8,23 70:2,
17,22,25
71:6,11
76:16,20,22,
25 77:1 80:23
96:3 98:21
**doctoral** 8:24
9:6,21 12:19
**document** 18:9
23:4 46:23
73:3 76:14
78:9
**documents**
33:25 68:25
69:4 77:13,25
78:2,5 97:25
**does** 14:13,18
25:23 33:17
37:1,19 53:11
57:19 61:11
65:19 71:25
88:9
**doesn't** 23:20
58:2
**doing** 5:16
10:18 11:5
48:16 85:3
87:25 93:14
**don't** 8:10,14
12:2 20:14

24:18 25:2
28:1 33:13,15
46:7,19 47:10
51:23,24
56:15 57:2,6,
18 60:12,21
64:2 76:7
77:6 80:8,12,
19,20 81:25
82:2,19 83:24
95:8 96:25
97:2 98:24,25
done 17:21
18:11 73:6,
10,17 75:6
88:16 90:12,
17,19,21
93:4,9
Donna 4:1
99:13
door 26:12
dormancy
61:1,2
doubt 95:17
down 10:13,21
20:25 22:7
23:8,12 32:5
35:14 42:18
43:6 55:5
64:16 66:12
68:19 73:13,
22 75:15
76:17
downward
66:20 67:4,21
68:8,17
drafted 78:11
draw 54:10
drier 53:22
drive 20:20
driven 42:18
drone 93:25
94:8,18,21
drones 93:7,
10 94:4,10,12
droplets
68:6,16 70:9

drove 20:19
Due 66:19
duly 5:11
duration
69:12 71:22
during 51:24
52:7 56:13
58:21,22
59:5,10,11

———————

**E**

each 22:6
51:15 53:14
65:24 69:18
92:13 94:21
earlier 13:3
33:9 35:15
56:18 73:4
74:22 76:15,
24 85:25
90:2,6 96:4,
14 97:6 98:3
early 19:18
78:24
Earth 41:12
42:19,20 43:1
44:6,12,20
90:7,11 91:9,
17 92:12 93:3
easiest 55:23
Eastern 4:14
ecological
21:6
educational
14:22
effect 27:12
effective
28:3 66:4
89:23,25
effectiveness
44:18
effects 27:20
62:12
effort 6:19
eight 78:16

either 39:7
46:5,17 69:3
70:2 86:5
97:11 98:25
elaborate
10:11
else 81:7
84:22,24
96:13
email 99:9,10
embarrassingly
85:19
emerge 47:24
51:9,12,21,23
52:7,15,20
53:14,22 54:4
55:3,4 56:21
60:24 61:5
71:20 90:25
emerged 89:1
emergence
50:23 51:2
52:10,13
53:7,16 54:9,
21,24 55:1,22
58:11 59:2,6,
13,15 60:5,
20,22 61:7,
12,14 62:13,
16 71:16
72:23 73:14
87:14 88:10
emerging 52:4
59:10 71:17
72:10
employed 13:4
encompass
14:19 24:6,7
encompassed
14:4
encourage
63:13
end 26:11
48:1 88:8
engage 69:24
engaged 84:5
English 48:10
51:6

enough 30:3
97:23
entail 9:9,
10,24 12:12
entailed 9:11
entire 46:10
48:7,14 49:15
50:11 74:5
entitled
31:15
environment
9:13 11:15
17:9,17 64:10
70:20 71:2,3,
14 72:14
93:20
environmental
51:16 54:15
environments
54:1
enzyme 34:12,
19,23 35:11
EPA 98:12,15
epidemiologist
30:18 31:8
epidemiology
31:6
EPSPS 35:12
equally 54:4
equipment
11:5,7 12:16
21:25 39:25
40:2,15 44:16
45:4 67:3
68:4,9,12,15
70:6 87:13
ERRATA 3:4
especially
43:22 46:12
ESQUIRE 2:7,
13,18,19
essential
21:11 69:25
essentially
62:9
estimate
43:11 46:4

48:22 49:18
50:2 78:15
86:7 93:8
**estimated**
44:24 56:16
**estimates**
44:8 86:19
88:3
**estimation**
45:9 64:8
65:7
**even** 50:3
54:1 58:6
60:7 71:19
72:20 87:18
**ever** 20:20
33:14 42:9,16
73:5 74:10
81:23 82:6
83:21 84:5
90:9 91:17
92:24 93:4
**every** 6:16
19:13,16
74:10
**everybody**
6:16
**everywhere**
47:4,5 48:2
**exactly** 8:10
**EXAMINATION**
3:2 5:13
**examined** 5:11
33:25
**example** 51:20
58:3
**exceed** 96:21
**exceeding**
12:7
**excellent**
69:14 72:25
**excluded**
81:23
**exclusively**
17:9
**excuse** 41:14

**exhibit** 6:16
7:3,25 8:3,6
18:5 22:21,23
23:2 29:9
33:8 76:6,10
**exhibits** 7:9
41:11 43:4
76:21,22
**expect** 5:24
**experience**
43:21 44:21
45:4 49:3
56:20 60:18
68:14 69:13,
20 73:16 74:2
75:4,7 87:11,
21 90:23 91:1
92:9 93:4,16
**experimental**
96:17
**expert** 3:10,
13 18:5,13,
17,19 22:24
23:10 25:20
26:2 28:23,25
29:10 30:9
31:1,6 32:2,
14 35:23
36:20 37:1,6,
8,23 38:4,9
69:6 70:5
78:7 79:21
80:24 81:22
92:22 98:6
**expertise**
30:23 37:2
38:10 98:15
**experts** 23:13
68:21
**explain** 17:11
44:7
**explained**
86:4
**exposure**
69:10
**expressed**
58:3,13 59:4,
20 60:10,12,

17
**extend** 12:24
84:2
**extensive**
43:21 44:21
45:3 59:8
70:6 73:4
82:1 87:11,20
**extensively**
45:25 49:2
62:5
**extent** 22:13
33:16 38:6
43:2 54:8
58:11 86:1
88:1,2 89:15
90:2 91:10,19
93:1,8,11
94:5,13 95:1

## F

**fact** 19:18
41:11 69:8,23
71:13
**factor** 61:3
72:2
**factors** 25:10
52:11 59:7
60:23 61:3,10
66:8 72:17
73:25 74:8
**faculty**
12:19,20
13:3,5
**fair** 6:6,12
13:6 30:3
33:2 34:19
48:15 52:6
88:5 96:24
**fairly** 24:20
**fall** 22:6
38:18 39:18
58:22 59:11
**familiar**
31:24 32:25
33:11 72:7

**familiarity**
97:7
**family** 19:25
20:1,9
**far** 44:2
**farm** 19:19,21
20:10,13,17
**farmer** 94:9
**fashion** 68:8,
17
**father** 20:1,
11,15,19
**February** 20:5
**feeling** 49:3
**feet** 86:15
**few** 17:7
84:18 85:17
86:15 88:13
96:3
**field** 10:2
11:14 12:4
14:14 92:9
98:9
**fields** 93:8,
12 94:9
**figure** 26:15
56:1,14 57:7,
11,14 60:10
62:20
**find** 85:18
**findings** 17:1
**firm** 81:9,11
**first** 4:18
5:11 6:17 9:5
31:18 34:2
60:24 61:24
64:22 89:19
**fit** 13:23
**five** 26:21
49:11 55:8,10
78:16
**flasks** 17:13
**floor** 95:10
**Florida** 2:5
4:2,3 41:19
42:9,10,11,
14,16,18

50:18,25
51:8,9 52:8,
21,24 53:19,
21 54:2,18
56:3,23 60:7
61:20 62:7
71:3,7 73:11,
18,19,22
**flowers** 16:11
**FMC** 82:11
**focus** 14:8
16:5 25:8
27:18 31:10
46:21 64:17,
21 66:17
67:18
**focused** 15:4,
6,8,14 54:17
**focusing** 14:7
15:9
**folks** 26:12,
16 63:4
**follow** 21:25
29:7 54:5,25
63:7 64:18
71:15,18
72:22 73:23
74:1,11 84:9
91:22
**follow-up**
95:11
**followed**
12:3,15 59:23
**following**
12:9 17:4
29:25 84:13
85:4 97:3
**follows** 5:12
52:13
**food** 39:22
**footage** 45:8,
14,18 46:4,7,
11 86:8,21
92:13
**for** 4:3,17
6:1,15 8:6,11
11:24 12:3
15:21 16:20,

24 18:3,6
19:15 22:14,
25 25:3,10,16
26:17,18,19
27:19 28:20
29:4,15,23
32:12 34:8
38:7 39:21
41:8,10,13,19
43:19 44:16
45:11,18
47:19 48:17
50:13 51:20
52:2 53:14,
16,19 54:4
55:1 56:2,11,
12,25 57:4,8,
21 58:3,17,20
59:2,20 60:2,
23 61:1,13
62:13,16,18
63:9 64:17
65:25 66:6,23
68:4 69:4,15,
18,21 71:21
72:12,23 73:1
74:13 75:9,
16,17 76:10
77:11 80:25
82:8,13 83:4,
6 84:13
86:14,25
89:3,17 90:4
92:2 94:9
95:13 96:15
97:3 98:23
99:6
**forecasted**
59:3
**forgot** 77:9
**form** 11:25
12:8 17:24
18:22 22:13
23:23 27:24
28:10 29:20
30:22 31:2,7
32:16 33:19
34:9,20 35:6
36:7,18 37:11

38:6 39:15
42:5 43:16
44:10,25
49:13 52:9,22
53:23 57:17
58:15 59:21
63:15,24
67:13,23 71:9
75:6 82:7
83:12 86:11
88:6 89:6,16
90:14 91:21
93:5 94:15
95:3 97:20
**formed** 28:8,
16 29:18 30:6
49:22 72:4
**forming** 41:7
42:20
**forth** 52:19
74:14
**found** 88:4
**four** 66:25
70:10 76:18,
19 77:3 87:18
**fraction**
46:10,16,17
48:8,12,14
49:8 50:12
**frank** 76:8
**frequency**
69:12,16,22
71:22 72:24
87:23
**from** 4:22
7:18 8:11
13:9 14:24
26:25 33:21
35:16,18,22
43:18 44:20
46:11 47:9
48:25 50:8
52:18 54:16
55:15 56:4,19
57:10 60:9
61:24 63:11
65:15 66:21
72:10 74:2

75:24 78:4
81:14 82:9,
11,13,17,24
83:17,25
84:4,8,10,12
85:13 89:18
93:10,13,16,
17 94:8,20,21
95:21
**front** 7:2 8:1
25:6 78:5
**fully** 25:22
**function** 8:4
**funded** 82:6
83:1,10,14
**funding** 82:8,
11,13,17
83:3,5,20
84:2
**further** 28:5
59:7 92:4
**future** 41:22

---

### G

**gardens** 39:8,
9,10,13,17
**gather** 97:23
**gears** 22:21
**general** 13:23
22:19 24:7
27:11 28:5
29:3 35:5
38:2 49:3
52:17,19
63:8,10,11
72:13 75:9
77:15 78:8
**generally**
51:21 54:23
61:7 65:10
68:5 77:19
84:7,10,12
88:19,21
89:5,9,21,22
90:19 96:5
**generated**
57:7,21

generates
83:5
generating
59:18
generic   39:14
gentlemen
69:3
GEORGIA   2:11
get   5:19 7:9
9:7 21:16
24:12,18 30:5
58:6 65:5,13
82:2 99:6
Gif   27:16
give   5:6 6:18
26:7 31:11
91:25 95:10
98:12
given   56:19
57:24 58:14
63:3 78:17
79:9,13,15
86:9 91:20
93:17 98:9
gives   5:24
glass   17:13
gloves   11:9
40:5,18,19,21
96:9,20
glyphosate
9:20 10:8,12,
15,25 11:1,
13,18,23
19:10,12
20:10,13,16,
18,22 21:10
27:23 28:1,3
29:25 31:11,
16,20,25
32:6,15,21
33:1,17 34:2,
3,8,11,17,19,
24 35:2,4
36:9,11,22
37:3,15,22,24
38:5,13
39:10,24
40:7,8 43:19,

22 44:15,16,
18 49:2 65:2,
4,24 66:3,24
67:4,16
69:14,20,22
70:7 71:19,23
72:24 86:25
87:3,12,21,24
88:15,24
89:20,23
90:24 97:4
98:16
glyphosate's
32:10
glyphosate-
based   39:16
glyphosate-
containing
38:17,23
go   6:25 7:13,
14 8:2 14:21
22:8 24:11
25:7 26:14,19
29:12 31:10,
13 40:23,24
45:24 50:16
55:22 62:15
65:14 68:3
74:9,12 75:16
76:5 77:9
83:7 85:24
87:5 89:20
97:19
goal   9:15
10:3
going   6:10,
14,15,25
7:16,24,25
8:9,15 13:9
18:2,4 20:25
23:2,12 24:2,
5 25:5,7 26:9
27:6,10 31:18
35:17,25 41:5
46:20 47:21,
24 50:20 51:5
52:25 54:2,5,
15,20 56:25
57:6,10,24

58:21 61:17
64:16,21
66:5,17 67:6
71:15,17,18,
20 72:21
73:22,25
74:13 76:5,7,
17 89:20
good   4:19
5:15 42:15
52:2 71:19
88:15
Google   41:12
42:19,20 43:1
44:6,12,20
90:7,11 91:9,
17 92:12 93:2
got   8:9 12:6
16:12 19:9
73:20 77:9
gotten   56:4
82:11 96:18
graduate
12:19
grants   82:12
gravel   47:12
gravel/stone
47:2
Gray   2:18 3:3
4:22 7:8,12,
14 11:25 12:8
17:24 18:22,
25 22:13
23:23 26:11
27:24 28:10,
14,19,24
29:2,14,20
30:8,22 31:2,
7 32:16 33:19
34:9,20 35:6
36:7,18 37:5,
11 38:6 42:5
43:16 44:10,
25 49:13
52:9,22 53:23
55:6,9 57:17
58:15 59:21
63:15 67:13,

23 71:9
75:11,20 76:4
80:7,20 81:5
82:7 83:12
86:11 88:6
89:6,16 90:14
91:21 93:5
94:15 95:3,15
96:2 97:21
98:21 99:1,4,
9,12
Great   6:23
greater   56:23
greenhouse
9:14 10:1
grew   17:13
ground   5:22
52:2 67:3,17
68:6
grow   39:17,
19,21 47:11
63:20 64:9
70:20 71:1,5,
13,14 73:1
93:17
growing   17:15
39:18 72:11
89:19
grown   64:6
72:6
growth   17:15
25:10 63:13
64:15 90:25
94:19
guess   12:23
22:10 76:23
81:13
guidelines
98:12
Gunion   4:2
guys   7:11
81:7

---

H

habit   96:18,
23

had   5:20 8:23
    9:17 43:20
    59:9 70:6,7
    72:18 73:14,
    21 76:14,15
    77:16 79:13,
    14
half   16:4
hand   5:3
hand-in-hand
    84:3
handful   83:21
handheld
    40:10,12
handle   24:12
Hang   7:8
    75:11
Hankins   2:23
    4:15
happen   67:12
happened
    91:13
happens   95:10
hard   5:24
has   19:2
    28:16,20 29:2
    33:9 36:2,5,
    11 37:16,25
    43:11 51:15
    56:8 65:24
    71:6,11
    74:16,17,21
    81:22 83:1,3,
    9,10 87:23
    90:4 92:4
    98:15
have   5:20,21,
    23 7:5 8:1,17
    13:8 14:6,8,
    10,23 17:21
    18:11,20
    19:12,14 20:6
    23:5 28:7,21
    29:18 30:6
    33:14 36:14
    37:8 38:4
    39:3,5,6,7,9
    40:8 41:7,17,

20 42:2,6,9,
    11,15 43:25
    45:9,13,23
    46:3,7,9,19
    47:14,20,25
    48:8,11,13,23
    49:3,7,8,22
    50:2,3,8
    51:16,18
    52:14 53:15
    54:11,24
    56:4,15,21,
    23,24 57:11,
    20 58:21
    59:9,11,15,
    23,25 60:15,
    16,20 62:11,
    20 63:6 64:4,
    6 65:3,16,23
    66:10,20 67:4
    69:24 70:1,7,
    12 71:4 72:4,
    6,8,25 73:5,
    16 74:21
    75:1,5,7,12,
    17 76:7,18
    77:4,14,15,23
    78:11,17,23
    79:15,17
    81:21 82:3,16
    83:16,21
    84:5,10 85:2,
    14,16 86:7,21
    87:8,15,17,
    21,22,23
    88:12,14,16,
    25 89:1,2,18,
    24,25 90:9,12
    91:16 92:24
    93:4 94:17
    95:5,8,11,16
    96:3,18
    97:11,13
    98:23,24,25
    99:5,6,8
haven't   79:9
having   5:11
    44:15 45:4
    49:2 68:4,14

69:21 70:6
    74:9 85:25
    87:12
he   7:9 28:16,
    20 29:2,6
He'll   99:1
he's   28:22,24
    29:3
head   85:1
header   26:1
    64:18,19
    66:13 68:20
headers   27:6
hear   10:21
height   66:19
held   4:8,10
    7:17 26:24
    55:14 75:23
    82:4 95:20
helpful   46:22
    80:17 92:1
helpfully
    76:4
her   28:15,17
    29:23 36:2,3
    43:2,8 44:9,
    23 45:19
    47:6,7 49:24
    65:15 66:14
    67:5 70:13
    86:19 87:9
    88:2,3,21
    89:4,8,13,14,
    15 90:5 92:6,
    19 97:9
herbicide
    12:13 16:24
    21:22 22:2
    27:12 28:4
    32:23 38:17,
    23 66:4 69:14
    72:25 88:8,9,
    15 89:22
    91:11,14,20
    93:2 94:14
herbicides
    9:12,18 10:12
    19:20 27:13,

20,21 32:22
    36:10,23
    37:16,25
    38:14 40:7
    43:21,23
    73:12 90:24
    92:10 94:17
    95:2 96:6,15,
    16
here   4:20
    8:23 9:2
    13:10 18:4
    21:1 22:7,19
    23:13,16
    24:14 25:8,9,
    17,25 29:21
    30:10 31:12,
    13,14 32:6
    34:1,21 35:14
    36:5 37:13
    41:1 43:5,10
    46:3,24 49:10
    50:2,17,21
    53:5 54:17
    55:24,25 56:1
    57:2,7 58:9
    60:17 62:20
    63:22 64:22
    65:18 66:12,
    17 68:19
    70:14 74:14,
    17 75:8
    76:17,19 78:5
    81:15
herein   32:18
    33:4,21 34:21
higher   58:20
    73:24
highlight
    46:22 48:4
    50:20 61:23
    64:22 65:18
    70:14
highlighted
    25:9
highlighting
    46:22 47:16
him   28:14,16
    80:21

hired  80:4,6
his  29:15
  33:11 67:25
  70:17 75:13
historical
  56:11 57:4
  59:3
Hollingsworth
  2:15 4:23
  77:17 78:4
  81:9,11 91:5
home  2:8 4:25
  6:21 39:10,
  13,24 40:6,12
homes  39:5,6,
  7,9
honest  77:8
horticultural
  16:10
horticulture
  15:25 16:5,8,
  9 73:5
hot  73:11,20
hour  49:11
  50:13
hours  8:10
  49:12 77:20
  92:2
housekeeping
  77:7
how  5:15 28:3
  31:20 33:24
  34:11 35:10
  42:19 43:11
  44:7 45:3
  48:22 49:3,5
  50:3 68:15
  69:14,20
  71:12,25 76:7
  77:18 78:14,
  20 79:18
  80:23 82:16
  85:4 86:8
  87:8,12,24
  90:25 93:16
however  62:5
  71:12 73:9
  86:24

human  14:14,
  19 17:19,22,
  23 31:1 34:7
humid  73:20
humidity
  61:11,15

---

I

I'D  26:4
I'LL  9:7 22:7
  23:2 29:14
  32:5 47:15
  48:4 61:23
  64:22 65:18
  66:12 70:16
  77:8
I'M  5:16,18
  6:3,10,14,15,
  25 7:4,24,25
  8:9,15 13:9
  18:2,4 20:1,
  25 23:12
  24:2,8 25:7,
  22 26:8,18
  27:10,16
  28:16 29:4,
  11,21 30:9
  31:8,18 32:17
  33:7 34:16
  35:17,23,25
  36:20 37:13,
  23 38:9 41:5
  43:6 45:10
  46:20 49:21
  50:20 51:5
  53:23 54:12,
  22 58:25
  61:17 63:7
  64:6,16,21
  66:17 67:6,25
  69:7 70:3,5
  71:10 72:7,21
  74:13 76:5,7,
  17,23 81:12
  82:22 88:8
  91:22 92:17
  94:4,25

I'VE  22:16,18
  23:25 37:14
  42:10,12,13,
  18 74:2,10
  75:6 83:7
  90:19 91:5
ideal  55:1
identification
  8:7 18:7
  22:25 76:11
identified
  17:5 22:18
  47:9
identifies
  57:19
identify
  12:10 17:3
  23:20 94:7
if  5:25 6:3,
  8,9,15 7:3,9
  11:25 15:3
  18:25 24:3,11
  25:14,22
  26:2,4,13,15,
  16 27:8,14,
  18,25 28:11
  34:16 35:6
  39:19 41:6
  46:10,16,21
  47:20 49:15,
  16,21 50:7,9,
  11 52:3 55:6
  57:10 58:20,
  25 63:15,19
  65:21 66:9
  67:20 69:4,7,
  19 71:20 72:9
  75:12,15
  77:11 78:14,
  20 79:13,24
  80:4,13,14,
  15,17,22
  86:25 88:22
  89:12,19
  92:11,17
  94:3,25
  95:12,16,17
  97:4 99:9

images  41:12
  42:19,20 43:1
  44:6,13,20
  90:7,11 91:17
  92:12 93:3
imagine  85:19
impermeable
  47:2
important
  25:3 58:18
  61:2,10,13
  62:13,15,18
  74:5,7
impossible
  67:21
in  4:3,4 5:2,
  19 6:3,8,19
  7:2 8:1,10
  9:6,13,14,20,
  21,25 10:1,2,
  6,7,8,9,17
  11:10,14,19
  12:4,9,17,19
  13:10,19
  14:4,10,11,
  16,20,24,25
  15:11,25
  16:7,10,12,
  21,22 17:9,
  13,14,15,16
  18:16,17,19,
  21,22,24
  19:9,19,20
  20:3,6 21:5,
  11,16,18,23
  22:3,9,10,11,
  18,19 23:16
  24:14,20,23,
  25 25:6,12
  26:11 27:11,
  17 28:2,4,5,
  8,17 29:18
  31:20 32:2,9,
  14 33:3,4,10,
  18,21 34:1,
  10,12,13 35:4
  36:1,4,11,16
  38:2,12,19,
  21,23 39:4,5,

14,21 41:6,7,
12,22 42:20,
21 43:5,19,21
44:22 45:8
47:6,14,25
48:7,19,21,23
49:2,21,25
50:18 51:6,8,
9,20 52:1,7,
8,20,21 53:1,
6,18,22 54:1,
17 55:21
56:19,22,24
57:13,14
58:3,6,11,13
59:1,2,4,7,
18,20 60:1,7,
10,12 61:2,3,
6,13,19 62:2,
7,9 63:1,3,
10,11,17,19
64:8,9,23
65:2,7 66:20,
25 67:4,6,8,
12,16 68:6,8,
16,17 69:4,
13,25 70:3,5,
11,13,20
71:1,7,14,25
72:5,16 73:4,
6,7,8,9,10,
11,13,16,17,
19,22 74:9,
10,22 75:4,7,
9,13 76:6
77:3,5,14
78:1,5,11,12,
17,24 79:3,9,
11,16,20,21,
24 80:4,25
81:4,7,13,15,
20 82:3 83:23
84:5,13,14,16
85:3 87:1,6
88:21 89:1
90:6,12 91:3,
6,7,13,16,18,
25 92:5,9,12,
18,21,22,23

93:8,9,11,13,
15,22 94:4,
11,21,24
95:5,7 96:18,
21 97:2,8,15,
24 98:9 99:5,
9
**in-depth**  21:4
**inaccurate**
44:9
**inches**  58:3
59:4,20 60:12
**include**  14:13
16:10
**including**
24:24 90:24
**inconsistent**
43:23 44:17,
23 45:1
**independently**
33:22
**indicated**
46:11 48:16
**indicates**
23:24
**indicative**
13:19
**indirect**
25:19
**indirectly**
25:24
**individual**
81:2 84:8,9,
21 85:6
**individuals**
14:8 84:15,25
85:10,12,13,
15,17
**influence**
54:20
**influenced**
60:20
**influences**
54:20 72:3
**inform**  27:22
43:1

**information**
33:21 41:24
46:1 59:5,25
60:11 62:7
83:6 91:18
92:11 93:21
97:23
**informs**  36:16
**initial**  10:18
**initially**  7:1
**injury**  41:9
**insects**  14:9
**inspection**
41:20 42:3
**instance**
86:25
**instances**
90:17 91:12
96:21
**instead**  58:10
**instruct**
21:24 22:1
**instructions**
65:8
**integrated**
14:25 15:11,
12,13 21:12,
19
**integrating**
10:19
**integration**
15:13,15
**intend**  22:11
24:12,20
25:6,12,20
26:2 27:8,14
30:4 36:4
**intended**  35:3
**intent**  32:18,
20
**interaction**
31:24 34:18
35:4
**interactions**
4:10
**interacts**
31:20

**interface**
4:11
**interrogatorie
s**  41:9
**interrupted**
35:10
**interrupts**
34:24
**into**  10:19
15:25 18:4
21:2,16 24:19
30:5 61:17
67:21 76:14
80:12 82:3
83:7
**introduce**
7:25 22:21
**introduced**
29:9
**introducing**
6:17
**introduction**
22:7 24:16
31:16
**introductory**
41:6
**invade**  21:6
**invite**  80:19
**involved**  9:20
14:10,11
15:18 28:2
91:8 97:2
**irrespective**
73:3
**is**  4:7,12,14,
15 5:17 6:3,
6,8,12,21
7:1,15,20,24
8:11,18,19
9:2 10:21
11:11 12:20
13:6,11,14,
15,21 14:2,4,
25 15:3,12,13
16:1,5,8,9,
13,23,24
18:18 19:2,8
20:15 21:10,

11,19,21
22:4,8 23:2,
19 24:6,9,19,
22 25:3 26:6,
9,16,22 27:2
28:3,4,25
29:10 30:6
31:15,20
32:12 33:1,6,
10 34:3,10,
17,19,23,24
35:2,4,19,22,
23 36:1,9,21
37:3,18,23
38:16,22
40:10 43:10,
12,13 46:23
47:17,19,20
48:13,15
49:5,7 50:6,
25 51:7,13,20
52:2,6,10
54:20 55:12,
17 56:5,6,13,
20 57:7,23,25
58:16,17
59:18 60:23
61:7,13,19
62:10 65:4,13
66:3,23
67:16,20,21
68:1,6,12
69:10,12
71:3,12,19
72:2 74:25
75:3,8,12,21
76:1,13 77:1
78:10 80:9
81:5,7,12
82:25 84:7,21
85:6 86:5
88:4,13,15
89:12,22,23
90:9,10,12
92:21 93:16
94:1,5,6,9,12
95:10,18,23
96:9,24,25
97:14 98:7,8

99:2,5
**issue**   26:14
69:8
**issues**   15:8
**it**   6:9,11
7:3,9 8:15
9:11,17 10:1
12:6,18 13:19
15:3,24 16:4,
17 17:20
18:13 19:9,
15,16 21:2
22:9 23:2,6,
7,20,24 24:19
25:14,18,23
26:5 28:4
29:16,17
31:19,20
32:21 34:16
35:18 36:16,
23 37:16,18,
25 38:18,25
39:2 43:10,
13,20,23
44:3,17,22
45:1,3,13,25
46:8,9,22,23
47:17 48:18
49:3,7,14,17,
19 50:5,8,11,
12,22 51:7,
21,23 52:6,23
53:2 54:22
56:16 57:8,
11,12,18,19,
20 58:4,7,12
59:14 60:5,15
61:7,17,18,24
62:8 63:20
64:12 65:9
66:4 67:15,
20,21 68:13,
15 69:14,17,
21 70:9,16,21
72:11,25
73:20 74:16,
17 76:8,24
78:16,23
79:4,19,23

80:15,16 81:3
82:25 83:9
84:11 85:22
86:2,13 87:1,
4,8,16,22,25
88:13,25
89:12,17,24,
25 90:3 91:25
92:11 93:15
94:25 95:14,
17 96:21,24
97:14 99:6
**it's**   15:14,15
18:16 22:5
25:3 26:11,
13,16 27:19
30:13 35:8,9,
11 38:6
39:18,19
40:12 46:21,
23 47:11
49:15,16
51:10 52:11,
12 55:23
57:20,24
58:4,7 59:9,
24 60:15
64:22 65:14,
21 66:3,5
68:14,15,16
69:14 71:20
72:25 73:23
76:18 78:20,
21 80:9,22
81:11 84:12
86:14 89:20
90:6 92:1
94:7 96:23
97:4 98:19
**italicized**
25:18,25
**Item**   23:16
**items**   44:5
74:18 96:12
**its**   32:23
35:4 44:18
51:15 66:5
88:16

**itself**   65:5

---

### J

**job**   9:9,24
30:13 88:16
**joined**   6:21
**Joshua**   23:16
**judiciously**
19:20
**jumping**   74:14
**jury**   25:6
**just**   5:17
6:2,9,15,18,
19 7:1 8:15
14:22 17:11
21:2 22:10
24:3 25:2,7,
15 26:6,16,21
27:10,18
29:4,9,12,15
31:11 36:21
37:14,23
43:19 44:2,3,
7,17 45:11,19
46:9,21 47:15
48:2 49:8,17
51:5,10 52:11
55:9 56:13
57:10 60:5
63:8 67:25
70:16 71:23
73:2 74:13
76:5,14 79:7,
19 80:9,21
87:4,16,22,24
88:12 91:25
96:3,18
**Justin**   84:21
85:14

---

### K

**keep**   8:15
14:21 74:14
**Kevin**   68:23
**key**   41:19
42:3,9 56:2,

12 59:2,20
61:18 62:9
63:10 64:10
70:20 71:1,14
72:14 73:7,8
**Keys** 42:16,18
50:18 71:7
**kill** 10:13
**killed** 88:25
**kind** 9:16
13:9 26:15
40:10 81:10
82:1 90:11
91:10
**Kissimmee**
42:13 73:10,
16
**Kniss** 35:17
**Knopf** 68:23
69:8,23 70:2
76:16,20,25
**know** 12:2
13:3 20:2
23:4 24:3
28:1,2 29:8
35:15 36:1
37:20 46:16
52:17 56:1
57:13,15,18
58:12 60:18,
21 63:8 66:1
70:15 71:15
72:13 74:22
76:7 78:1
79:12 80:8,20
81:17,19
82:1,16 83:25
84:25 85:4
86:3 88:2
90:6 95:9
**knowing** 49:1
69:20 87:14
**knowledge**
11:17,22 12:6
19:5 20:2,9,
12,22 37:1
42:17 59:8
75:2 77:4

79:7 81:22
82:5
**knowledgeable**
24:9
**Kyle** 2:23
4:15

---

### L

**label** 12:3,7,
9,15 21:25
30:1 39:15
65:9,20,25
89:21 96:15,
22
**labels** 41:15
65:8,9,19
66:1,9
**laboratory**
9:25 17:16
**lack** 61:18
**laid** 24:10,
23,25
**laptop** 8:1
**large** 4:4
13:18 61:24
65:22 68:13
84:11
**larger** 82:12
87:2
**Largo** 41:19
42:3,9 56:2,
12 59:2,20
62:9 63:10
64:10 72:14
73:7,8
**last** 38:16,
18,22,25
43:22 77:19,
23 78:23
83:21
**late** 38:25
78:23,25
**later** 16:13
**latest** 19:6
**latex** 40:21
96:9

**latter** 10:17
**law** 81:9,11
**lawsuit** 36:1
**lawyer** 85:18
**lawyers** 98:22
**lays** 25:15
**LD50** 32:12
35:18
**least** 14:14
18:19 20:23
21:17 23:6
25:17 87:9
94:25
**left** 82:22
94:19
**lengthy** 22:8
**less** 50:13
55:3 59:11,12
**let** 5:19 6:17
8:2 9:5 14:21
18:11 21:2
22:10,21 23:8
25:2 31:10
38:2 40:23,24
41:5 43:6
48:9 50:16
53:17 55:22
62:15 64:16
68:19 70:14
73:2 74:12
75:15 76:8
86:5 91:25
95:15
**let's** 7:14
24:11 26:21
35:14 55:10
80:13 82:17
84:1,3
**LETTER** 3:4
**level** 17:5
69:16
**life** 19:18
**like** 13:21
15:24 16:15
39:7 40:10
49:12 53:3
57:11 65:24
76:24 83:25

84:10 87:20
90:19 93:2
**likelier**
53:21
**likely** 25:4
41:16 43:2,12
46:6 47:3,13,
17,23 49:23
51:18 52:20
54:2,24 56:23
57:8,11,20
58:6,21 59:9,
11,14,23
60:5,11,15
64:5,14 66:10
72:10,11,15
76:9 86:1,15
88:11,24 89:1
92:6,19 94:13
**limestone**
62:10
**limit** 72:17
**line** 98:9
**liner** 47:3,13
**list** 74:13,
17,19 76:17
**listed** 29:11
34:1 69:4
76:19 77:14
83:7 92:11
**literature**
29:3
**litigation**
91:16 92:21
**little** 8:16
9:25 10:6
20:25 29:11
30:5 32:5
35:14,15 43:6
45:13 54:12
55:5,20 59:17
67:6 69:17
70:15 73:24
**live** 39:4
**lived** 74:10
**living** 73:19
**LLP** 2:9,15

location
  56:19
lodge   29:15
long   6:1 11:8
  40:4,17 48:18
  49:3,5 71:18
  77:18 95:17
  96:9,19
longer   97:15
look   10:5
  46:10 51:16
  56:13 58:7
  59:19 65:21
  68:25 69:2
  76:8 82:13
  92:3 95:16
  96:15,16
looked   10:14
  62:5 63:9
  68:14 77:14
looking   10:19
  16:20 19:5
  34:11 45:19
  46:8,9 53:5
  59:5 65:10
  73:12 88:8
  94:18
looks   15:24
  88:23
loosen   61:4
losses   25:19
lost   31:12
lot   26:9
  46:13 59:8
  67:15 73:21
  82:9,13 91:14
  93:15 96:14
Louis   81:16
low   36:11,15,
  23 37:16,25
lower   60:3

_____

            M

Madam   5:1
  6:14 26:13
  99:4

made   90:22
  95:6
major   14:24
  15:4
make   10:13
  12:17 53:2,21
  65:13 67:15
  80:7 84:13
  87:2
makes   6:21
  89:22
making   12:4
  66:10
manage   15:14
  43:24 70:13
management
  10:6 14:9,25
  15:11,12,13
  16:9,25
  21:13,19 26:1
  27:12,19
  29:22,23
  64:19
managing   26:6
Manning   2:9
  4:24
many   26:5
  43:23 44:17
  51:25 54:18
  62:19 63:17
  69:15,21 74:2
  75:5 76:7
  78:14,20
  79:18 82:3,
  10,16 83:4
  96:22
March   4:14
Marchello
  2:18 4:22
  29:8
marked   8:6
  18:6 22:25
  76:10
Martin   2:9
  4:25
Master's
  15:25 16:3

Matasar   23:16
material
  33:20 49:4
  50:1 69:6
  70:8
materials
  23:24 32:22
  34:1 74:12,
  17,21
matter   5:19
  16:18 18:17,
  19 28:8
  33:10,18 35:5
  48:10 52:17,
  19 63:8,10
  72:13
matters   22:11
  24:4 25:5
  78:11
Matthew   23:15
maximum   55:3
may   19:14
  22:8 29:7
  35:25 41:6
  47:22 52:13,
  15 53:15
  56:24 59:25
  72:6 75:12
  84:2 92:17
  95:11 98:21
maybe   25:8
  26:14,17
  28:21 35:17
  42:25 54:22
  61:23 87:16,
  17 95:15
MCL   3:14 34:1
  69:4 74:25
  75:3,8,12
  76:5,10,13
  77:14 78:10
MCL's   45:17
me   5:19 6:9,
  17,18 8:2 9:5
  14:21 18:11,
  18 20:3 21:2
  22:10,21
  23:8,21 25:2,

3 31:10,11
  34:7 35:21
  38:2,3 40:23,
  24 41:5,14
  42:22 43:6
  44:3,7 46:21
  48:9 49:10
  50:16 53:17
  55:22 60:21
  62:15,24
  63:2,11 64:16
  68:19 70:14
  73:2 74:12,22
  75:15 76:4,8
  78:5 79:14
  80:15 84:19
  86:4,5 91:25
  94:3,25 95:15
  98:12
mean   17:11
  18:22 25:2
  35:3 47:5
  53:12 64:25
  65:6 74:5,16
  91:2
meaning   63:8
  64:8 74:22
  80:9 83:25
  87:10
means   23:19
measure   45:23
measuring
  45:22
mechanism
  17:6 60:22
  61:1
mechanisms
  9:19
media   17:14,
  16
medicine
  14:14
member   12:19
  13:2,5
mention   47:13
  83:8
mentioned
  5:17 17:7

22:3 79:12
81:17 90:6,20
92:23 96:8
**methodology**
43:14 44:2
70:2 90:10
92:18
**methods** 70:4
**MGRAY@**
**HOLLINGSWORTHL**
**LP.COM** 2:17
**Miami** 2:5
42:12
**Michigan**
14:24 15:5,25
19:19 52:1,8,
21,24
**microbes**
34:13,25
35:11
**middle** 6:4
**might** 14:11
15:17 18:2
45:13 56:21
78:23 96:21
**mind** 55:10
**mine** 46:23
**minimal** 66:21
68:10 70:8
**minor** 14:25
15:11,22
**minute** 75:16
**minutes** 49:11
50:9,10 55:8
69:18 87:17
95:15
**mispronounce**
35:17
**misremembered**
87:10
**missing** 76:23
**Mississippi**
11:10 73:20
**Missouri** 8:18
12:20 13:4,6,
19 14:2,15,19
39:4 51:20

81:15 82:21
83:11 94:1
**mistake** 40:24
**misunderstood**
17:10
**mix** 40:13,15,
19
**moisture**
58:17 61:8,9,
13
**molecular**
17:5
**moment** 6:18
18:3 27:19
31:11 74:13
**moments** 17:7
**money** 82:19,
20
**Monsanto** 2:14
3:11,12 4:23
6:21 8:11
18:6,14 22:23
23:9 33:9
82:6,10 83:9,
10,13,22
84:6,16 85:21
91:3
**Monsanto's**
18:17 41:9
**month** 51:22
66:25 70:10
**months** 57:5
**more** 5:25
19:6 25:4
38:2 42:25
52:7,20 54:24
56:17,22
58:5,21 59:10
60:18 70:12
71:20 78:20
82:12 89:23
**morning** 4:19
5:15 48:14
**mornings** 48:7
**Morris** 2:9
4:24
**most** 9:12
19:15 66:9

74:10
**mostly** 15:7
17:9 20:1
**move** 6:20
**moving** 14:1,
21 55:6
**Mr** 3:2,3
4:19,22 5:14
6:14,22,24
7:8,11,12,13,
14,22 8:8
11:25 12:5,8,
11 17:24
18:1,8,22,24,
25 19:4
22:13,20
23:1,23 24:1
26:11,13,21
27:4,24 28:6,
10,12,14,16,
19,21,24
29:1,2,7,13,
14,20 30:2,8,
11,22,24
31:2,4,7,9
32:16,19
33:19,23
34:9,15,20
35:1,6,13
36:7,13,18,24
37:5,7,11,17
38:6,11 42:5,
8 43:16 44:1,
10,19,25 45:6
46:2 49:13,20
52:9,16,22
53:4,23 54:7
55:6,8,9,10,
19 57:17,22
58:15,24
59:21 60:8
63:15,23
67:13,19,23,
25 68:2 71:9,
24 75:11,15,
20 76:3,4,12
80:7,11,20
81:1,5 82:7,
15 83:12,19

84:22,24
85:20,21
86:11,17
88:6,17 89:6,
11,16 90:1,
14,16 91:21,
24 93:5,24
94:15,23
95:3,8,15
96:2 97:20,21
98:21,25
99:1,4,9,12,
13
**Ms** 4:24 6:19,
23 27:22 28:9
29:19,23 30:7
36:1,6,17
41:8,14 42:4,
23 43:7,11
44:8 45:16
46:6,25 47:6
48:6,22 49:23
56:7 57:5
62:3 64:1,18,
23 66:13,19,
24 67:7 69:9,
24 72:6,23
76:21 86:1,19
87:9,13 88:18
90:4 92:6,14
93:18 97:8,
11,14 98:24
99:15
**much** 5:22
19:18 23:5
43:11 48:22
50:3 62:9
86:8 87:16
95:13,17
99:12
**multiple** 39:5
**mute** 26:10
**my** 4:15 5:17
6:3,5,8,10
7:1 20:1,11,
19 24:7,23,25
25:3,17 29:4,
14 30:5,13,23
31:12 36:1

38:10 39:2
40:12,22,24
41:7,23 43:21
45:3 47:16
49:3 59:5,8,
9,17 60:17
68:13 69:13,
20 74:2 76:24
77:15 78:9
83:21 85:1
86:4 87:11,20
88:13 90:9,22
92:21 95:16
97:16
**myself**  13:24
85:18

**N**

**name**  4:15
5:17 65:23
79:2 80:15
**names**  84:17,
19 85:1,10,16
**Nancy**  4:20
41:2,8 79:8
**natural**  63:3,
5
**naturally**
68:16
**NE**  2:10
**Near**  25:17
**nearby**  67:5
**necessarily**
24:18 35:8
63:12 64:10
73:9 82:2
**necessary**
43:24 50:4
60:23 71:23
88:14 98:13
**need**  6:1 8:14
24:18 26:19
30:12 47:3
48:2,25 53:15
60:24 64:14
69:16,21 70:9
80:19,23

99:6,10
**needed**  48:8,
11,13,23
**needing**  64:10
**never**  20:22
**nevertheless**
64:5
**new**  51:23
88:25
**next**  12:18
13:9,10,25
40:25 47:15
48:4 50:16
64:17
**nice**  5:24
**nicely**  60:2
**niches**  21:6
**no**  3:8 8:6
9:22 12:15
17:20,25 18:5
19:8 20:14
22:23 23:19
30:17,19 31:3
33:13 42:10,
18 45:12
49:23 52:5
62:4 73:19
76:6,10 77:6
79:11 81:8
97:2,13,14
99:14
**non-target**
34:3,8,17
35:3,5
**noncancer**
37:8
**nonexistent**
66:22
**nonexpert**
38:7
**not**  7:4
14:16,20
15:14 17:15,
20,25 19:6,8,
15 23:5 25:5
29:3 30:9,15,
23 31:8
32:17,18,22

33:5,7,21
34:13 35:8,23
36:20 37:1,4,
6,19,20,23
38:4,9 39:15
41:20 42:6,18
45:23 46:16,
23 47:21,24
48:2 51:10,18
52:11,15
54:3,10 55:4
56:24 59:3
60:16 61:17
63:7,11 64:18
66:9 69:21
70:3,5,9
71:10,17,23
72:7,21 73:9,
21 74:16 78:1
80:22 81:11,
12,21 86:20
87:23 88:4
89:14 91:22
94:13 95:12
96:25 97:8,
11,13,22
98:6,14,19
99:8
**Notary**  4:3
**notes**  95:16
**nothing**  5:6
**noting**  29:4
**November**
78:24
**now**  4:5,14
8:2 26:17,18
43:7 78:1
81:4 86:5
95:10 98:23
**number**  14:6
15:9 21:16
24:25 36:9,21
46:19 56:23
57:8,12,21
60:23 61:6
64:13 65:22
68:4 72:17
83:6,16,17
84:11 85:2

86:4
**nutrients**
61:19 62:2,
12,15 63:13,
18 64:1,3,11,
14
**NW**  2:16

**O**

**oath**  3:5 88:3
**Object**  11:25
12:8 17:24
18:22 22:13
23:23 27:24
28:10 29:20
30:22 31:2,7
32:16 33:19
34:9,20 35:6
36:7,18 37:11
38:6 42:5
43:16 44:10,
25 49:13
52:9,22 53:23
57:17 58:15
59:21 63:15
67:13,23 71:9
82:7 83:12
86:11 88:6
89:6,16 90:14
91:21 93:5
94:15 95:3
97:20
**objection**
6:20 28:13
29:5,15 30:8
37:5
**objective**
9:15 65:3,13
67:16 68:7
**objects**  61:17
**observe**  73:14
**obvious**  85:19
**obviously**
46:22 74:4
92:2
**occasions**
83:10

occurrences
57:4

occurs  72:1

of  2:2,8,14
3:5,10,12
4:3,11,12,13,
20,25 5:18,25
6:2,3,4,8
7:2,5 8:1,4,
12,18,20
9:12,15,16
10:3,7,12,17
11:1,7,9,13,
14,15,17,18,
22,23 12:13,
14,19,20,23
13:2,4,5,9,
12,15,16,19,
25 14:1,2,5,
6,7,13,14,15,
16,18,19,20,
23 15:9,10,
13,15,17,21
16:10,15,18
17:1,19,22
18:5,13,17,
19,20 19:9,
10,14,17,18
20:4 21:1,2,
5,12,16,21
22:2,9,24
23:10,19,21
24:19,25
25:6,15,23
26:1,6,9,15
27:6,7,10,12,
20 28:3,4,12,
15,17,19
29:3,9,15,22,
25 30:4,7,12,
13,23 31:15
32:14,15,18,
25 33:3,17
34:2,14,18
35:18,19
36:3,6,9,17,
22 37:8,10,
15,19,22,24
38:10,18

39:2,7 40:6,
10,19,25
41:16,21
42:10,11,13,
15 43:1,2,4,
8,11,19,20
44:3,4,8,9,
14,18,24
45:2,3,7,14,
15,17,18,22
46:5,8,10,12,
13,17,20
47:1,7,12,13,
20 48:8,9,10,
12,14,18,21,
22 49:1,8,16,
18 50:3,5,6,
12,20 51:10,
11,13,22
52:3,6,7,11,
12,14 53:1,19
54:3,12,14,16
55:25 56:1,9,
16,23 57:1,3,
4,7,8,9,12,
14,21,23
58:4,9,10,17,
25 59:8,24
60:1,4,6,10,
13,16,23,25
61:6,10,11,
18,24,25
62:2,12,16,
19,21 63:3,4,
5,13,21 64:9,
12,13 65:4,9,
22,24 66:7,
10,13,19
67:3,15 68:4,
5,9,11,12,13,
23 69:3,5,9,
11,16,18,22,
25 70:1,2,3,
4,6,22 71:6,
7,15,22,25
72:3,5,14,17,
18,21,22,24
73:3,10,14,
18,19,21,23

74:2,5,15,19,
23,24 75:4,7
76:16,17,20,
21,22,25
77:7,23 78:5
79:2,12 80:1,
15,16 81:9,
13,23 82:1,3,
4,8,9,13,20,
21 83:4,6,11,
16,17,20,21
84:5,9,11,14,
15,18 85:1,2,
8,13,15 86:1,
4,9,11,13,18,
19,20,22
87:2,4,10,12,
13,14,23,24
88:3,4,8,10,
12 89:3,4,13,
15 90:5,10,
11,18,21,23
91:9,10,12,
14,18,19,20
92:6,9,10,13,
14,15,17,19,
25 93:1,8,9,
11,12,15,18,
19,20 94:1,4,
5,8,9,11,12,
13,17,18,19,
21 95:1,4
96:6,14,17,
18,24 97:3,
11,15 98:4,9,
11,15,16 99:5

off  7:13,14,
16,17,24
26:19,23,24
28:21 29:8
55:13,14
75:16,22,23
82:21 85:1
95:19,20 99:3

off-target
80:1

offer  24:20
25:20 26:2
30:20,25 31:5

36:4

offered  28:20
29:4

office  26:12
75:18 81:9

often  48:6
63:4 67:8

okay  10:3
12:6 13:25
14:21 15:17,
24 16:8 18:25
19:5,9 20:2,
6,12 26:16
29:1 35:14
38:12 43:6
46:20 50:16
56:18 60:21
65:18 70:14
74:12 78:14,
25 84:24
98:14

old  20:7

on  2:2,8,14
4:5,13,20,23,
25 6:16 7:8,
9,21,24 8:1,
4,14 10:11
12:3,7,18
14:7,8 15:4,
6,7,8,9,15,19
16:5,11 19:7,
18 20:16
21:17,24
23:2,5,6
24:10,12,14
25:8,17 26:5,
9,11,14 27:3,
6,13,18,21
29:23 31:10
32:6 33:8,17
36:16 37:2
39:15,18
41:23 43:6,
20,25 44:14
45:2 46:12,
14,15,20,21
47:1 49:6,14,
17,24 50:5,
11,23 51:23

53:7,14 54:9,
18 55:6,18,25
57:24 58:12,
14 59:2 61:16
62:10,20,25
63:5,20 64:3,
12,17,21
65:5,8,9
66:5,17 67:18
68:11,19
69:9,13,20
70:17 72:1,6
73:12 74:15
75:11 76:2
80:2 83:7,9
86:3,13
87:11,15
89:21 90:3,
21,22 91:1,20
93:7,10,13
95:12,24
96:22 98:10,
12,21
**oncologist**
30:14
**oncology**
30:21
**one**  2:4 5:18,
24 6:3,8,17,
18 7:8 10:12
15:15 18:4,19
19:7 21:21
22:2 25:4
30:7 31:11
37:4 39:2
46:4,12 47:20
48:5 49:16
50:7 55:11
56:14,17,22
57:10,15
58:17 60:24
61:10,23
65:3,9,24
66:7 72:2
73:9,13,23
74:1,13
75:11,13,16
78:9,10,20,21
79:19 80:20

84:12,21
85:13,14
88:23 95:5
**one-gallon**
86:14
**one-minute**
75:18
**ones**  85:7
**only**  6:2 22:3
33:3 47:17
48:7,11,13
78:21 81:18
88:13
**oops**  48:5
74:16
**opinion**  28:7,
8,17 29:18
30:6 36:4,14
43:10 45:9
48:24 49:22
55:22 59:9
64:9 66:23
86:2,3
**opinions**
24:20 29:2
30:21 31:1,6
38:7 41:2,5,
7,23 43:1
49:21 59:16
60:16 63:25
68:20 72:4
77:10 81:22
85:25 97:24
**opportunity**
41:21 42:7
45:24
**opposed**  58:13
**or**  5:11,25
6:3 9:13,15
10:3,8,25
14:11 17:9,
19,21 20:9
22:2 27:23
30:7 34:1
37:4,20 38:4,
12,19 39:8,19
40:10 41:23
44:9 46:4,5

47:12 48:12
49:15,23
50:12 51:5
57:5,14,15
59:3 61:1,3
63:24,25 64:3
65:4,23
67:12,21
69:22 70:2
72:4 73:17
74:10 76:19
80:10,14,15,
20 81:2 82:4,
5 83:22 84:12
86:7,20 92:23
93:12 94:6
95:1,5 96:5,
13 97:8,15
98:9 99:6
**Oral**  32:12
**orbital**  17:14
**order**  12:10,
17 84:13,14
99:5,13
**organism**  34:8
**organisms**
34:4,14,17
35:3,5
**original**
46:23
**Orlando**  42:12
**Orseck**  2:3
4:20
**other**  14:10,
11 21:18 22:2
29:24 30:7
32:21,22,24
33:1 34:1,13
36:10,22
37:4,15,24
41:24 42:10
43:3,4,23
44:5,13 46:4,
13,14 47:10
48:1,16 51:13
54:18 56:24
57:16 59:7,25
61:3 62:16,25

65:7 69:23
70:1 73:16,17
74:8 75:5
77:4 78:10,
11,12 79:8,9,
15,16,19
80:8,20 82:10
83:6,8,17,18
84:22,25
85:15,17
90:8,20 91:2,
16,18 92:21
95:10,12 96:6
98:22
**others**  27:17
**otherwise**  6:9
38:5
**our**  6:5 7:24
26:11 55:20
75:17 82:14
**out**  9:13
24:10,23,25
25:15 26:15
36:25 45:11
48:7 49:8
61:21 68:5,16
70:19 84:14
85:5 87:4
88:23 89:20
**outlined**  33:4
92:4
**outlines**
35:18 37:14
92:4
**outside**  4:11
11:14 28:19
38:10 48:17
75:4
**over**  22:9
40:22 43:22
47:7 56:2
57:9,11 75:6
77:23 78:2
83:14 85:17
86:6
**overarching**
24:7,22

overestimate
  43:12
overestimated
  90:5 92:19
overestimates
  43:8 66:14
overestimation
  92:6
overhead
  82:22
overstated
  86:2,20 87:9
own   39:21
  51:15
ownership
  97:15

_____

         P

P.A.   2:3
p.m.   5:23
  75:21,24,25
  76:1 95:18,
  21,22,23
  99:2,16
Pablo   2:7
  4:19 5:17
  45:10 75:11
page   3:8
  25:25 31:15
  32:6 41:1
  43:7 50:16
  55:25 61:16,
  25 62:20
  64:16 66:13
  70:21,22
  74:15
page-by-page
  25:7
Pages   21:1
paint   84:11
pair   11:9
palm   62:25
  63:7,22 64:5,
  9
palms   64:13

Panhandle
  42:13
pants   11:8
  40:4,17 96:9,
  19
papers   33:25
paragraph
  19:9,17 24:17
  41:25 50:17
  61:16,25
  64:21 67:7
paraquat   80:1
parenthetical
  70:21
part   11:1,13,
  18,23 12:13,
  14 18:17
  19:16 27:7
  30:13 32:9
  39:21 43:4
  48:21 57:3
  58:12,25
  60:13 68:13
  76:17 86:18
  94:8,17
participants
  4:6
particular
  15:19 20:15
  25:15 34:23
  36:8 50:7
  54:17 93:15
  97:8
partnerships
  84:1
parts   42:10,
  11 50:5,6
party   80:4,15
past   8:10
  26:12 93:9
pattern   54:25
  56:15 57:20
  58:5 59:24
  60:6 93:20
patterns
  41:19 52:13,
  18 54:6,12
  56:11,19

59:6,15 60:19
  69:11 71:15,
  18 72:18,22
  73:23 74:1,11
  87:14 88:10
PDF   18:16
  74:15 78:7
  99:13
PEACHTREE
  2:10
pending   6:3
people   14:6
  63:12,17
  84:12
per   50:10
  66:25 70:10,
  12 87:18
  88:14
percentage
  82:21
percentages
  60:11
perhaps   29:11
  39:14 69:18
  70:11
period   19:14
  48:18 56:16
  58:22,23
  59:10
periods   51:22
personal
  21:24 38:12,
  19,23 41:8
  68:11 93:3
personally
  10:25 71:8
pest   14:25
  15:11,12,13,
  19
pests   15:14,
  21 16:10
ph   72:17
Ph.d.   3:2
  5:10 16:12,15
photoautotroph
ic   16:21
  17:12

photograph
  62:20,22
photographs
  43:4 44:13,20
  45:2 46:9,12
  47:10 49:25
  77:15 90:8
photography
  94:5
photos   93:10,
  13,17
phrase   19:22
  50:17
physically
  77:25
physiologist
  8:24 9:23
  11:2
picture   63:1
pictures   43:3
  98:1
piggybacking
  46:20
place   31:12
  58:14 68:16
  74:10 77:22
  78:1
placed   63:7
places   19:20
  56:24 82:9,14
  88:11 89:1
plain   48:10
  51:6
plaintiff   2:2
  4:20 5:19
  41:2,11 79:2,
  3 80:10,14
plaintiff's
  4:18 68:20
plan   6:16
  24:23
plant   8:24
  9:23 11:2
  14:1,5,9,13,
  16,18,20
  35:10 64:9
planting

10:14 63:4
plants 14:12
  17:15 27:13,
  21 31:21,25
  34:13,24 61:8
  62:16,19,25
  63:1,4,14,18,
  20,21 72:9
  80:2
plastic 47:3,
  13
play 61:6,15
please 4:18
  5:2 6:2,4,9
  10:11 40:3
  84:20 90:18
  94:3,4,25
  99:14
plots 73:12
Podhurst 2:3
  4:20
point 5:25
  47:6 52:4
  64:14 89:1
pointed 36:25
  76:4
pointedly
  42:25
pointing
  61:21 70:19
Pollard
  84:21,22,24
  85:14,20,21
popped 23:6
populations
  93:11 94:6
Portia 62:21
portion 29:25
  49:16 52:3,6
  82:21 88:12
portions
  45:15 47:7
  51:18 52:14
positions
  82:4
possession
  97:15

possibility
  64:4
possible
  59:24
possibly 61:3
  87:18
post 8:24
  9:5,21
potato 16:21
  17:13
potatoes 17:4
PPE 96:4,16,
  19,24 97:3,5
practices
  13:15 29:22
  64:19
preceding
  67:7
precise 92:15
precluded
  47:3
preface 91:25
prefer 7:11
preferences
  33:4
preparation
  75:9
prepare 77:11
prepared
  18:20 19:3
  22:19 27:16
presence 4:11
  47:1,12 52:12
present 2:22
  12:24 47:21
  62:25 63:9
  73:7 77:14
presume 12:20
presumed
  69:24
pretty 5:24
  62:9
previous 91:7
previously
  78:17 82:2
primarily
  9:11 10:5,6

13:20 14:10
  15:15 20:18
  50:23 53:7
  54:9 56:14
  58:5 93:10
primary 92:10
prior 8:23
  10:14 20:10,
  13,23 83:13
Private 4:9
probability
  56:1 57:24
  58:4,7,10,20
  60:2,3,10
probable
  98:20
probably
  13:10 45:12
  52:4 55:23
  58:7 64:6
  89:2 95:9
problem 45:12
proceed 7:1
  26:17
proceeding
  4:7
produced
  75:12,13
product 65:5
  66:11
production
  13:16 14:7
  15:7 16:9
products
  39:12 41:16
  64:24 65:8,
  22,25 83:16,
  17
professional
  4:2 8:16
  13:11 17:21
  37:2 38:13,
  19,21 90:13
  92:24 93:4
professor
  13:11
professorial
  21:18

professors
  14:10
program 15:6
  16:3
PROJAS@
PODHURST.COM
  2:6
promote 17:14
proper 12:16
  61:9 64:18
properly
  66:11
properties
  29:23 41:13,
  21 42:3,23
  43:20,25
  45:8,15,19
  46:5,13 48:23
  49:2,15 50:6,
  13,14 64:1
  70:13 80:3
  87:16 88:13,
  19 92:14,15
  97:9,12,15,23
property
  41:13 45:24
  46:10,14,15,
  18 47:1,8
  49:16,25
  50:7,8,10
  62:3,21,25
  63:12 69:18
  72:6 80:2
  90:7,11 91:9,
  17,20 92:12
  93:2,20 97:8
protected
  60:25
protective
  11:4,7 12:16
  21:24 39:25
  40:2,15
protocols
  84:14
provided
  23:25 41:22
  43:11,18
  44:14 46:1

60:9 68:25
71:4 78:4
80:24 81:18,
19 83:3 98:1
**provision**
66:2
**pry** 80:12
**public** 4:3
82:12
**publication**
35:16 62:8
**pulling** 48:17
**pump-up** 40:8
**purchased**
86:23
**purpose** 94:4,
11,18
**purposes**
15:21 53:19
89:3
**put** 7:3 23:2
43:5 63:19
64:3 66:4
68:17 99:9
**putting** 67:4

———————
**Q**

**qualified**
30:20,25 31:5
**quantitative**
46:3 48:22,25
86:7
**question** 6:4,
5,10 28:14
29:6,14 30:5
51:5 53:17
59:17 76:15,
24 83:24 85:8
86:5,11 90:9
91:23 92:21
**questions**
6:3,8 8:15
12:13 25:14
26:4,5 48:9
64:17 73:3,8
76:7 77:7
83:21 85:19

95:9,11 96:3
97:7 98:3,22
**quick** 55:9
76:8
**quickly** 9:8
68:6 70:20
71:1,5,14
72:1
**quite** 10:1
64:7 66:3
**quote** 31:19
41:6 70:18

———————
**R**

**rain** 52:14
57:24 58:6,9,
20 60:4
**rainfall**
50:24 51:11
52:12 53:8,20
54:4,10,12,19
56:2,14 57:4,
9,19 58:2,4,
12,14,16,21
59:3,12,19
60:1,2,12,22,
23 61:2 71:4,
16 72:19 74:8
93:20
**Raise** 5:3
**raised** 19:18
**rapidity** 72:3
**rate** 12:3,7,
10 78:25
**rather** 20:16
41:1 47:17
**rats** 32:11,13
35:24
**reach** 44:8
68:6 91:19
92:5 97:24
**reached** 43:15
65:16
**reaching**
92:18,25
**read** 3:4 21:2

53:9 61:17
69:5 70:16
75:6 77:15
88:2 99:1
**readily** 62:7
**reads** 31:18
34:3 47:16
48:4 64:23
**ready-to-use**
87:3
**real** 55:9
**really** 56:25
59:14 62:12
91:22 98:12
**realm** 97:3
**reason** 20:15
97:17,19
**reasons** 69:15
**recall** 11:4
16:18 17:25
20:16 33:15
38:16,22 39:1
56:15 57:3,6
60:12 64:2
79:2,24 80:5
81:24,25
84:15 96:6
97:9 98:4
**receive** 25:14
82:8,19
**received**
18:16 82:17
83:4
**recently** 90:3
**receptionist**
75:18
**recess** 7:18
26:25 55:15
75:24 95:21
**recognize**
98:14
**recollection**
81:17
**record** 4:6,17
7:13,16,17,21
21:2 26:19,
23,24 27:3
28:22 29:8

55:13,14,18
61:18 75:16,
22,23 76:2
95:19,20,24
99:3
**recorded** 4:7,
8,12
**records** 41:13
47:16 90:8,11
91:9,17 92:13
93:2
**Rector** 84:23,
24 85:15,20
**recurring**
26:14
**refer** 13:24
19:10
**reference**
9:2,3 23:17
34:10 65:18,
20
**references**
27:11 70:21
**referencing**
35:9 36:8
**referred**
35:11,15
**referring**
19:24 20:1
24:6 35:11,24
48:12 63:6
**refers** 19:17
34:18
**reflect** 33:21
58:2,19 95:6
**reflected**
36:5 57:13
**reflects**
57:12 59:14
**regarding**
17:22 68:20
85:25 89:13,
14
**region** 51:15
53:21 73:11
**regions** 51:13
52:25 54:11,
14,16,18

regular  99:13
Reid  3:2 4:13
  5:10 19:1
relate  24:24
  29:24
related  15:8
  24:8 28:2
  41:2
relating
  13:15
relation
  55:21 91:3
relationship
  81:12
relative
  32:23 61:14
  94:19
relied  69:9
  91:18 93:13
relies  93:10
rely  33:17
  98:10
remaining
  82:22
remember  8:10
  84:18,19
  85:16
remote  4:11,
  12
removing  61:2
repeat  29:16
  69:11
repeatedly
  38:3
report  3:10
  18:5,13,19,21
  19:2 21:2
  22:8,14,17,19
  24:5,7,10,11,
  15,23 25:1
  27:7 28:5
  31:10,15
  33:16 40:25
  42:2 53:6,20
  55:25 59:7
  70:22 72:16
  74:6,15,23,25
  75:9,10,13

77:16 78:7,8,
  9 90:7 91:19
  92:3,12 93:23
reported
  87:24
Reporter  3:5
  4:2 5:1,3
  6:15 26:8,13,
  18 99:4,8,11
reports  68:23
  69:6 70:5
  78:11
represent  8:9
  35:25
representing
  5:18
represents
  57:8
request  4:9
requests
  41:10
require  16:15
  47:18
required
  17:13
requirements
  80:18 97:3
requires  61:8
rerun  45:12
research  9:3
  56:13 73:6,17
  82:5,14,23
  83:1,5,10,14
  84:9,14 85:3,
  4,5,7,12
  93:6,9 98:1
researcher
  84:3,4
reserve  41:22
residences
  39:2,3
residential
  11:24
resistance
  17:6
resistant
  9:12,18

resources
  97:24
respect  27:18
responsive
  41:9
rest  19:17
  27:10
restate  29:14
  91:23
result  48:1
  88:9
resulted
  47:14
retained  33:9
  91:3,5
review  42:20
  68:23 76:25
reviewed
  33:25 41:8,12
  42:19 44:4
  75:1 76:15
  77:4,13
right  5:3,17
  6:17 7:5,11,
  23 8:18 11:11
  14:2 15:1,3
  16:1,6,13
  31:14 33:6
  35:19 41:22
  53:5 56:5
  57:25 63:2
  68:12 69:10
  76:13 77:1
  78:1,25 81:5
  82:25 84:22
  94:6,24 95:2
  96:10 98:23
risk  30:12
river  47:2
RJ  3:10 18:5,
  14
ROAD  2:10
rock  62:10
Rojas  2:7 3:2
  4:19 5:14,18
  6:14,22,24
  7:11,13,22
  8:8 12:5,11

18:1,8,24
  19:4 22:20
  23:1 24:1
  26:13,21 27:4
  28:6,12,16,21
  29:1,7,13
  30:2,11,24
  31:4,9 32:19
  33:23 34:15
  35:1,13
  36:13,24
  37:7,17 38:11
  42:8 44:1,19
  45:6 46:2
  49:20 52:16
  53:4 54:7
  55:8,10,19
  57:22 58:24
  60:8 63:23
  67:19,25 68:2
  71:24 75:15
  76:3,12 80:11
  81:1 82:15
  83:19 86:17
  88:17 89:11
  90:1,16 91:24
  93:24 94:23
  95:8 97:20
  98:25 99:13
role  9:5 10:9
  13:10 61:6,15
roles  8:24
  12:18,23
  13:25
room  81:5,7
roots  16:11
roughly  20:7
round  51:21
Roundup  27:23
  28:9 29:19
  36:3 39:12,15
  41:14,15
  42:4,24 43:2,
  8,12 44:9,22,
  24 45:9,16
  46:6 56:8
  57:5 64:24
  65:4,7,11,12,
  13,16,19,20,

21,23,24
66:1,14,20
67:8,12,22
69:10 78:12,
18 79:10,11
86:1,10,19,22
87:10 88:4
90:5 91:4
92:7,20 96:5,
13 97:1 98:4
**Roundup-
resistant**
10:18
**RTU** 87:3
**Rule** 3:12
22:23 23:9
**rules** 5:22
**Ryan** 84:23
85:15

———————

S

**S.E.** 2:4
**safe** 35:4
82:25
**safely** 65:25
**safer** 97:4
**safety** 12:13
17:19,22
21:23 22:2
35:9 41:16
**said** 86:22
87:20 90:19
93:18
**sake** 29:15
**Salas** 3:11
4:21 18:6,14,
22,24 22:17
24:10 29:23
36:1 41:3,14
42:4,23 43:8,
11 45:16
46:6,25 47:6
48:6,22 49:23
56:7 57:5
64:18,23
66:13,19,24
67:7 69:24

76:21 79:8
87:9,13 90:4
93:18 97:14
**Salas's** 27:22
28:9 29:19
30:7 36:6,17
41:8 44:8
62:3 64:1
69:9 72:6,23
86:1,19 88:18
92:6,14 97:8,
11
**Salas-specific**
78:9
**same** 16:12
30:8 37:5
59:24 72:22
78:1 85:8,20
**Save** 67:23
**saw** 43:4
**Sawyer** 68:24
69:9,24 70:2,
17 71:6,11
76:16,22 77:1
**Sawyer's**
70:22,25
**say** 10:21
19:19,24
21:3,9 42:19
45:10 46:16
48:11 50:15
52:5,6 66:9
70:5 71:11
82:25 84:1,3
91:2 96:24
**saying** 7:23
48:13 54:18
**says** 12:18
18:13 23:9
25:18 43:7
46:23,24
50:22 53:6
57:5 66:18
70:16
**Schaeffer**
23:16 33:9,
11,14,22

**Schaeffer's**
33:18
**Schifrin** 2:19
4:22 81:5
**science**
14:11,17,23,
24 15:4,7
22:2,5 24:18,
21,22,24
29:24 30:10
44:22 73:5,6,
17 75:5,7
82:10,18 83:1
85:9,13 92:9
**Sciences**
14:1,5,13,18,
20
**scientist**
13:24 37:13,
21 71:12
**scope** 28:10,
19 36:18
**scout** 94:9
**screen** 7:1,9,
25 8:4,14
16:20 18:3
19:7 23:3,5,6
24:2,14 25:17
31:13 40:24
55:23 73:2
74:13 76:9
**scroll** 18:11
20:25 22:7
23:8,12 32:5
35:14 43:6
55:5 64:16
66:12 67:6
68:19
**searched**
45:18
**season** 39:18,
19
**second** 7:8
19:9 24:17
26:20 45:11
75:11
**section** 19:10
22:8 23:13

24:15,16
25:15 26:7
31:15 32:5,9
34:3,10 40:25
41:1,6 64:17
66:12 68:19
69:7 74:5
76:18
**sections** 28:5
69:5
**see** 7:2,9
8:1,3,23 9:2
11:10 12:23
13:10,12
14:23 18:9,13
19:22 21:7,14
23:4,8,11,12,
14,17 24:11
25:9 27:11
31:14,17,22
32:7 34:5
41:1,25 43:7
45:20 50:1,18
51:3,23,24
56:1,10 61:20
62:1,21 63:1,
22 64:19
66:14 67:9,10
68:21 70:23
73:14 74:18
75:15 76:19
86:25 91:8
95:16
**seed** 61:4
72:11 89:18
**seeking** 27:7
**seem** 56:4
**seems** 26:8
76:24
**seen** 74:2
**selection**
17:5
**self-reported**
69:9
**sense** 33:3
37:8 67:15
**sentence**
24:17,19

34:2,16 35:2
46:21,24
47:8,15 48:4
53:5 61:24
64:22,23
65:19 66:17
70:14,23

**sentences**
21:1,17 31:18
50:20 61:21

**series** 73:10

**Service** 9:3

**setting** 10:2
73:21 83:20

**several** 44:5
64:17 65:1
73:13 83:1,10
90:20

**shaking** 17:14

**share** 7:1,10
8:1,4 31:13
55:23 74:13
76:9

**shared** 33:8

**sharing** 18:3
24:2 40:23
73:2

**she** 36:2
41:14,15,16
42:4,23
43:12,19
44:23 45:9,20
47:9,22,23
48:6,7,13,16,
18,19 49:6,8,
24 50:1,6,7
56:8 57:5
64:2,3 65:7
66:24 67:1,3,
8,11,15 69:25
70:7 86:2,21,
22,25 87:10,
13,21 88:1,3,
11,18,21,22,
23 89:2,4,9,
14 92:15,19
93:18

**she's** 50:9,
11,12 69:17,
19 72:9

**sheet** 3:4
41:11

**sheets** 41:16

**shirt** 11:9
40:4,18 96:19

**shirts** 96:9

**shoes** 11:8
40:4,17 96:8,
19

**short** 27:5
55:7

**should** 4:6,10
18:11 24:6
41:21 42:25
48:11 65:12

**shouldn't**
65:11

**show** 57:11
58:5

**showing** 36:21

**shows** 37:16
60:5

**sign** 75:17

**significant**
71:7

**similar** 44:16
45:4 54:18
58:8 87:13
90:20 91:8

**Similarly**
70:17

**simpler** 59:18

**simply** 28:16
44:22 58:13
59:18 77:9

**since** 8:18,20
13:4,6 17:21
19:11,13
25:23 42:2
75:12,14

**single** 86:9

**sir** 6:7,25
8:5,13,22
9:1,4 10:10,

23 11:3,12
12:22 13:1
14:3,22 15:23
16:2 18:9,24
20:8 23:4,7
28:18 29:14,
18 31:14
35:20,21
39:23 53:10
55:20 61:22
68:3 76:13
77:2 79:1,6,
23 80:14 81:6
86:7 95:8
96:7 98:17

**site** 34:23
35:10 41:20
42:3

**sitting** 43:10
46:3 49:10
50:2 57:2

**situation**
12:4

**situations**
63:17 65:2

**six** 16:13

**size** 49:1
64:9 86:13
89:4,13

**skin** 66:21

**sleeve** 11:9
40:17 96:19

**small** 48:8,
12,14 61:15
67:2 72:10,11
88:20 89:10,
19

**smaller** 88:22
89:22,23

**Smeda** 3:2,10,
14 4:13 5:10
18:5,14 29:10
76:10 96:3

**snow** 52:2

**so** 5:22,23,25
7:23 8:2,3,
14,17 9:5,25
10:12 11:13

12:6 13:2
14:6 15:6,9
16:9,11
17:12,15 19:5
20:6,14 22:16
23:15 24:2,3,
11,14 25:2,7
26:18 28:1
29:11 30:3,9,
14 31:24
32:25 33:13
34:10,16,21
35:2,11 36:20
37:18 41:22
42:15 43:18
44:20 46:3
51:10,16
52:3,6,13,19
53:2 54:8,14,
25 55:25
56:21 57:20
58:2,6,11,16
59:5,14,23
60:5,9,23
61:6,13 64:6
65:6 66:4,6,9
68:7,16 69:15
70:3 71:3,19,
22 72:7,11,
15,20 73:13
74:24 75:18
76:5,13,23
77:6 82:13
83:3,13,15
84:7,10 85:6,
12 87:20
88:1,7,21,25
89:8,17,19,24
91:1,8,14,25
92:17 93:6,
13,21 94:11,
17 96:21,22,
24 98:9 99:12

**soil** 14:24
15:4,7,8
17:15 41:18
46:14 54:20
61:13 62:6
63:3,5,9

soilless
  17:16
soils  15:9,10
  61:19 62:3,9
solution
  26:15 87:2
some  5:25
  7:10 8:15
  9:16 10:18
  22:9,18 26:7,
  12,15,16 27:6
  28:4 34:12
  42:15 44:4
  46:9 47:6,12
  49:1 51:18
  52:25 56:21,
  25 60:25 63:9
  64:14 73:3,12
  77:16 80:17
  81:10 83:4
  84:9 85:12
  88:12 89:1
  90:2 92:10
  93:9,11,12
  95:11 96:17,
  21 97:7 98:3
somebody's
  93:1
something
  61:19 72:18
  76:23 90:12
sometime  8:10
  38:18,25
  72:12 73:1
  78:24
sometimes
  66:25 70:10
  85:18
sorry  26:8,18
  28:12 45:10
  48:5 53:23
  74:14
sort  11:7,14,
  15,18 13:25
  23:21 27:6
  32:14 44:2
  46:20 49:18
  63:3,4 69:9

71:6 82:3
  83:20 92:10,
  17 99:5
source  92:10
South  51:8,9
  53:21 60:7
Southern
  50:25 52:8,
  20,24 53:18
  54:1 56:22
  61:20 62:6
  71:3
Southwest
  19:19
Southwestern
  52:1,8
soybean  93:12
soybeans
  10:6,19,20
  13:20
spanning  21:1
speak  22:14
  25:4
speaking
  54:23
species  53:1,
  14 72:1,2,5,
  7,15,20 73:1,
  15 94:8
specific  3:13
  22:24 23:10,
  13,21 24:9,10
  28:23 29:2,10
  34:12,24
  35:10 41:2
  45:21,22,23
  46:7,19 47:23
  49:6,14 50:5
  51:17 53:15
  54:25 56:15
  57:10 61:21
  62:4,12 63:19
  64:12 72:7,
  15,20 73:8
  75:10 77:16
  84:8 86:4,24
  91:6,12 94:7,
  22

specifically
  12:2 34:18
  35:9,23 46:17
  57:6,18 59:1
  60:13 63:12
  64:2 71:10
  73:22 75:8
  96:25
speed  66:7
spent  48:7
  71:7
spoken  33:14
sporadic
  47:14
spot  47:18
  48:2 87:21
spray  47:4
  48:2,8,11,14,
  23 65:11,12
  67:16,17
  68:5,7 69:16
  70:8 71:19
  81:3 87:2,5
  89:20,21
sprayed  47:23
  67:8,11,15
  93:19
sprayer  20:19
  40:8
spraying  45:4
  46:25 47:7,9
  50:6,7,9 65:4
  67:20 69:19,
  25 70:10,18
  87:4,22
  89:14,15
  92:15 96:5,13
  97:1
spread  64:3
  94:6
square  45:8,
  14,18 46:4,7,
  11 86:8,15,21
  92:13
St  81:15
staff  83:22
Standard  4:15

standing  67:5
  99:5
standpoint
  93:13
start  6:14,17
  8:2 18:12
  41:5 80:11,
  13,21 82:17
  86:5
started  5:20
starting
  72:11
starts  66:12
state  4:3,16
  14:24 15:5
  16:1 42:15
  73:18,19
  81:14
stated  56:10
  64:2 65:21
  67:1,7 75:8
  88:7 93:22
  96:14 98:15
statement
  34:14 47:19
  49:7 53:3
  54:17
States  51:14,
  17
step  44:3
still  38:13
  43:10 52:15
stimulate
  51:1 59:12
stimulating
  61:3
stone  47:12
stones  46:13
  47:25
Stoneville
  11:10
stop  5:24
  18:2 24:2
  73:2
straight
  15:24

strawberry
  19:19 20:10,
  17
STREET   2:16
strict   80:18
strokes   9:7
  14:4 22:10,18
  79:24 82:3
students
  21:4,10,19,
  22,24 22:1
studied   53:19
studies   10:7,
  18 62:4 74:9
study   9:18
  10:8 13:15
stuff   7:10
sub-header
  25:9,18
sub-headers
  25:8
subject
  16:12,18
  22:11 24:4
  25:5 26:3
  70:15 83:21
submitted
  19:3
subsequent
  75:1
subsequently
  75:1
substance
  10:3 98:11
subtropical
  50:25 51:11
success   21:5
such   4:7
  32:10 48:17
  51:8 66:2
  74:7
sufficient
  51:1 60:18
SUITE   2:4
summarized
  60:2

summarizes
  56:14
summer   38:25
  39:19 58:21
  67:1 70:11
summertime
  58:6 59:10
supplement
  41:23 63:4
supplemental
  64:11
suppose   63:18
  74:24
supposed
  65:14
sure   56:21
  63:7 64:6
  65:13 66:10
  75:20 80:7
  81:12 84:13
  91:22,25
surveying
  94:12
suspect   18:18
sustain   64:15
Suydam   2:13
  4:24 6:19,23
  98:24 99:15
swear   5:2,5
switch   22:21
sworn   5:4,11
  88:2
systems   10:6

_____

T

table   35:16
  36:8,11,16,21
  37:1,9,14,18,
  21
take   6:5
  26:21 48:18
  49:4,19 55:7,
  10 61:24
  69:8,17 71:21
  72:12 76:8
  77:22 82:21

87:16 95:15
  99:15
taken   4:1,13
  5:20 7:18
  26:25 55:15
  72:25 75:24
  92:3 95:21
takes   89:17
taking   94:8
talk   25:23
  27:17 91:6
talked   70:15
  73:4 87:6
  90:2 92:2
talking   34:11
  44:3 49:11,15
  55:20 77:9
talks   26:5
  58:4
target   15:20
  34:23 35:9
targeted
  65:17
targeting
  49:7 87:6
teach   21:4,
  10,19,21,22
  22:6
teaching
  14:10
technique
  15:15
techniques
  15:14,16,17
technological
  26:15
technology
  10:19
tedious   25:2
  30:12
tell   7:5
  13:10 20:3
  37:3,19 49:10
  60:21 80:15
  84:19 93:11
tells   37:9,21

temperature
  51:10 52:11
  54:4,19,20,23
  56:25 58:18
  59:12 61:14
  71:4,16 72:19
  73:24 74:8
temperatures
  50:24 51:1
  53:8,11,13,
  15,20 54:9,11
  55:1,2
ten   50:8,10
  69:18 87:17
  95:15
tend   19:16
term   10:22
  13:21,23
  17:12 24:22
terminate
  10:15
terms   27:11
  38:2 43:19
  60:1,10 70:3
  71:25 81:13
test   73:12
testified
  5:12 44:23
  48:6 56:8,18
  88:1,3 92:22
  98:6
testify   22:11
  24:5,12 25:6,
  12 27:8,14
  30:4
testifying
  81:4,14
testimony
  3:13 5:5
  22:25 23:10,
  22 25:20 26:3
  29:10 67:23,
  25 69:2 76:25
  78:17 79:9,16
  80:25 81:18,
  19 88:4,18,21
  89:4,13,14
  92:4,14

text   23:8
  43:7
than   19:7
  20:16 25:5
  50:13 52:8,21
  53:22 56:17,
  22,23 58:22
  59:10 60:18
  69:23 70:12
  73:16,24
  78:20 79:8,15
  84:22 91:16
  92:21
thank   5:16
  76:4 95:13
  99:12
that   4:6 5:5,
  24 6:2,3,4,6,
  10,12,16,20,
  21 7:10 8:2,
  9,12,17,18,
  19,23 9:3,9,
  11,15,21,24,
  25 10:4,5,9,
  11,19,22
  11:5,10,11,
  14,18,23
  12:2,4,13,18,
  21,23,24
  13:6,12,19,
  21,23 14:2,6,
  8,11,25 15:4,
  6,8,19,21
  16:1,5,7,13,
  18 17:1,3,6,
  7,8,11,12,13,
  14,25 18:12,
  18 19:2,12,
  18,19,22
  20:2,15 21:5,
  6,7,10,14,17,
  20,21 22:4,5,
  17,19 23:9,
  11,14,25
  24:6,8,12,19,
  20,24 25:5,
  12,21,22
  26:3,5,7,10
  27:8,21 28:1,

2,4 29:16,22,
24 30:5
31:17,18,22
32:2,7,9,17,
22 33:1,6,8,
9,16,17,24
34:1,5,7,14,
19,23,24
35:2,3,11,16,
19,21,25
36:2,5 37:16,
18,20 38:3,
16,19,21,22
39:14 40:2,8,
10,21 41:14,
25 42:2,3,23
43:4,7,11,15,
24 44:4,13
45:1,10,24,25
46:10,24
47:8,17,19
48:5,6,9,10,
11,13,15,16,
17,19 49:5,6,
8,12,17,18,22
50:4,12,17,18
51:3,7,8,11,
13,18,21
52:4,6,17
53:3,5,6,9,
11,13,15
54:2,8,11
56:1,4,5,8,9,
10,14,16,18,
20,24 57:5,
15,18,24,25
58:8,11,19,21
59:7,9,13,14
60:5,13,16,
18,20 61:1,2,
3,7,12,20
62:1,5,6,7,8,
11,21,24
63:2,4,6,8,11
64:2,4,6,8,
19,23 65:7,
10,13,15,16,
19,23 66:3,8,
10,12,15,17,

23,24 67:1,3,
8,9,10,11,12,
20 68:4,5,6,
7,9,12,15,17,
21 69:8,10,
12,17,22,23,
24,25 70:4,5,
7,9,18,19,23
71:1,6,10,13,
15 72:2,5,8,
9,10,17,18,21
73:10,11,16
74:1,8,10,15,
16,18,23
75:1,4,5,6,7,
8,15 76:5,6,
14,23 77:1,7,
13,21 78:5,
22,23 79:2,3,
14,19,21,25
80:1,4,11,16,
17,19,25
81:2,4,5,17
82:4,9,19,20,
23,25 83:4,5,
7,10 84:2,5,
7,8,9,11,13,
15,16,19
85:3,4,6,7,
19,21,24
86:2,3,4,15,
22,25 87:1,4,
6,8,13,20,23
88:1,2,4,5,
11,13,18,21
89:4,9,12,13
90:4,7,11,12,
20,22 91:8,9,
13 92:8,11,
18,19,23,24
93:4,7,9,12,
13,14,17,18,
19,21,22,25
94:1,4,6,10,
11,12,19,24
95:4,6,10
96:4,6,9,18,
24,25 97:2,5,
9,14,17,19,25

98:1,4,6,7,8,
9,18,19 99:5,
6
that's   8:20
11:10 13:23
14:16,20 15:2
16:3,24 20:24
22:3 28:19
29:9 30:23
33:7 34:12,21
38:9 42:15
47:20 56:25
57:7 58:1
61:10 67:18
68:11,13,15
75:13 78:9
80:12,22
82:23 83:14
92:17 96:11
97:16 98:14,
22
their   4:17
17:4,14 21:5
33:3 34:18
70:5 71:13
83:15,22
84:16 85:1,
10,16 90:25
them   24:25
27:11 53:18,
19 65:24
68:17 72:12
74:2,6 81:23
83:8 84:18
88:22 89:2,24
93:7 96:17
97:18
themselves
22:14
then   9:23
13:25 14:9
15:24 16:12
17:21 19:17
21:9 22:22
24:9 34:16
40:24 45:19
47:15 48:4
61:11,15
64:21 67:2,20

**there**   9:20
10:17 12:16
15:9 19:8,14
20:15 24:9,
14,15 26:8,9
28:25 29:11
31:15 46:12,
13 47:11 49:9
51:17,22
52:2,3,13
54:2 55:1,2
56:6 59:25
60:3 61:22,24
62:24 63:25
64:4 65:1
67:14 69:15
71:11 72:8,
16,20 73:13,
20,21 74:25
75:5 77:7,9
80:22 81:7
83:25 84:25
85:10,16
88:23 94:16
99:4

**there's**   4:8
19:6 20:25
22:17 23:5,15
24:15 25:17,
25 32:5 35:16
50:16 58:20
61:16 64:13
65:18,22 66:6
74:8 85:15
91:14

**thereupon**   5:9
41:23

**these**   13:18
16:10 21:17
40:21 41:5
43:20 47:17
48:23 69:3
72:10,21
73:24 74:22
77:3 80:8
83:8 88:19,23

92:14,15
93:12 94:21
99:5

**they**   17:15
39:7,15 42:22
43:3 47:22,25
53:15,21 55:3
60:24 62:18
63:18,19
64:6,14 65:10
67:1 69:11
70:4 74:10
77:19 78:7
82:21 84:9
85:23 87:22
88:19 89:9
93:10

**they'll**   74:1

**they're**   24:25
25:16 40:22
54:5 71:18
72:11 89:19,
22

**they've**   83:14
98:19

**thing**   6:2
55:24 90:12
91:10

**things**   6:20
21:18 22:17
24:8,10 44:4
46:14 65:7
70:4 75:5
90:21 93:2

**think**   7:8
17:7 23:20
26:11 28:21
30:3 33:10
55:23 56:7
64:12 67:12
70:11 75:11,
13 83:24 85:1
87:10 95:8

**thinking**   59:6

**this**   4:6,12,
16 5:19 6:15
7:1 8:3,4,9,
11,14 9:7

16:21 17:15
18:2,9,16,17,
18,19,21
19:2,9 21:1,
16 22:8,12
23:2,4,8,12,
19 24:2,21
25:3,12,15
26:6,16,19
28:8,17,19
29:2,18,25
32:9 33:10,
18,20,22
34:2,10,14
35:15,17,23
36:1,4,8,11,
16,21 37:1,9,
14,18,21,23
41:1,7 42:21
43:5,7 47:8,
12 48:8,21
49:21 51:6
53:19 54:17
56:13,16
57:7,11,13,23
58:2,19 59:1,
5,7,19,23,24
60:1,9,17
61:24 63:1,12
64:17,21 67:3
68:11 70:14,
15 72:5,16,24
74:21,23,24,
25 75:3,12
76:13,17
77:5,23 85:1
90:9,10,12,18
91:6 92:5
93:15,23 95:9
97:24 99:14

**thorough**
30:13

**those**   8:25
9:18 10:15
12:23 15:10
24:6 27:9,14,
16,17,18,21
39:7,21 41:21
43:25 45:19,

20,23 46:5
48:1,3 50:4
53:13 56:12
57:1 62:9,15
66:7 67:5
68:8,25 69:4
71:19,21
72:22 73:8,15
77:18,21 78:6
80:2 85:13
87:15,19
88:12,25
91:15 94:12,
19 95:7 96:12
97:15,22 98:2

**though**   58:7
71:19 72:20

**thousand**
86:15

**three**   13:25
27:19 66:25
70:10,11
77:20 87:17

**through**   9:7
22:8 25:7
27:6,10 44:3
47:11,21,22
69:13 74:18
76:20 77:15
82:1

**throughout**
54:5 59:15
60:6 97:6

**throw**   76:5

**time**   4:14,15,
16 6:1,8
7:15,20 26:22
27:2 38:16,22
40:24 48:8,
12,18,22
49:8,18 50:3
55:12,17
56:16 63:11
64:1 69:18
71:7,21 72:23
75:21 76:1
79:19 83:25
85:10 87:16
89:17,24

95:9,13,18,23
99:2,14
**times**  51:19
66:25 70:10
73:13 79:18
82:16 83:2
87:18
**to**  5:3,5,25
6:1,5,9,10,
14,15,16,20,
25 7:1,10,13,
18,24,25 8:3,
9,12,14,15,23
9:2,3,7,12,
15,17,18
10:5,13,14,15
11:17,22,25
12:6,8,10,15,
16,17,24
13:9,15,22,24
15:8,14,20
16:20 17:24
18:2,4,9,11,
12,22 19:5,
10,16,17,24
20:1,2,9,10,
12,13,18,22,
23,25 21:5,
12,25 22:7,
11,13 23:2,4,
12,17,23
24:2,3,5,6,8,
11,12,18,20,
23,24 25:2,3,
4,5,6,7,12,20
26:2,4,7,8,
10,14,19,25
27:8,10,11,
14,16,17,18,
24 28:2,10
29:2,12,16,
20,21,24
30:4,10,13,
20,22,25
31:2,5,7,10,
16,19 32:10,
16,21,23
33:1,16,19
34:9,18,20,24

35:3,6,11,15,
17,24,25
36:4,6,7,10,
18 37:1,11,23
38:6 39:14
40:23,24
41:2,5,9,16,
17,20,22,23
42:5,9,10,11,
12,13,14,16,
18,22 43:16,
21,24 44:7,
10,23,25
45:20,24
46:20,21,23
47:3,8,21,24,
25 48:2,8,11,
12,13,18,19,
23,25 49:4,
10,13,18,25
50:4,8,10,16,
20 51:1,5,16
52:6,9,20,22,
23,24,25
53:2,14,20,
22,23 54:2,4,
5,8,10,14,15,
18,20,24
55:15,21,23,
24 56:4,13,
20,25 57:6,
10,15,17,24
58:5,6,8,11,
12,13,15,21
59:12,21
60:18,21,24
61:8,17,20
62:6,15,24
63:6,11,13,
15,18,20
64:1,5,15,16,
21 65:3,4,6,
8,13,14,19,20
66:4,5,12,17,
19,22,25
67:2,6,13,15,
16,17,18,21,
23 68:7,17,19
69:10,16,18,

21,24 70:9,
10,11,12
71:9,15,17,
18,20,21
72:12,18,21
73:1,14,23,25
74:6,12,13,
14,16,22
75:1,17,24
76:4,5,7,8,17
77:3,9,11
78:3 79:7
80:2,7,12,13,
15,19,21,23
81:15,17,22
82:2,5,7,14,
19,20,24,25
83:3,12,13,
15,17,25
84:9,10,13,14
85:4,9,24
86:4,11,21
87:8,9,17,18,
23 88:1,2,3,
6,9 89:4,6,
12,16,18,20,
21,24 90:2,14
91:4,10,19,21
92:5 93:5,7,
8,22 94:5,7,
9,10,13,15,
18,20 95:3,6,
10,21 96:24
97:18,20,22,
23,24 98:10,
12 99:6
**today**  5:23
38:14 43:10
46:3 49:10
50:2 57:2
81:4,14 92:3,
4 95:13 96:4
97:6
**today's**  77:12
**told**  38:3
46:21 74:22
79:14
**too**  5:22 48:5
55:11 82:3

**took**  27:5
58:14
**tool**  21:11
45:22
**top**  13:9
18:11 25:17
61:23 63:5
85:1
**topic**  25:12,
21,22
**topics**  24:4,
24 27:15,16,
17,19,21
**topsoil**  63:5,
6,13,19,25
64:3
**total**  18:16
58:8 60:1
87:2
**totally**  53:25
**totals**  57:4
58:2,13,19
59:4,19 60:12
**touching**  90:3
**toward**  34:3
**towards**  17:2,
8,18 34:17
35:3
**toxicity**
32:6,10,12,
15,23,25
33:3,17 34:2
35:18,21,24
36:5,9,12,15,
22,23 37:15,
16,24 38:1
**toxicologist**
30:16 32:17
33:5,10 70:3
**toxicology**
14:19 17:19,
22 31:1
**track**  75:15
**tractor**
20:19,20
**tractor-based**
20:19

traits 21:5
treat 48:3,19
  89:24
treated
  49:18,23 67:1
  73:15 87:15
  88:19,24 89:2
  94:22
treating
  50:11 67:5
  72:9 88:22
  89:5,9
treatment
  50:4 95:5
treatments
  47:18
tree 16:11
  64:9
trees 62:25
  63:7,22 64:5
trial 25:4,
  21,22 26:2
  27:9,15 81:19
trials 73:10
true 51:13
trust 7:2
truth 5:6,7
try 9:7 26:14
  51:5 89:12
  94:7
trying 15:19
  54:14 94:10
turn 41:5
twice 81:18
two 8:23
  12:18 16:4
  21:17 39:6
  41:13 45:8,15
  48:23 49:11
  51:5 53:25
  70:11 76:20
  77:19 78:5
  84:12 87:17
two-year 16:3
type 11:15
  40:6,11 44:16
  45:22 57:7

59:24 60:25
67:3 68:4,9,
12 69:25 70:6
80:16 82:8
84:5 85:8
87:13 90:9,
10,18 92:24
96:18,24
types 15:17
  40:19 53:1
  62:6 63:21
  64:12 70:4
  72:22 73:23
  84:14 86:22
  90:20 91:18
  96:6
typical
  65:19,20
  72:14
typically
  13:18,24
  40:21 51:23
  60:25 77:8

_____

U

unclear 6:8
under 17:16
  47:25 65:11,
  12 80:17 88:3
undergraduate
  22:5
underlying
  22:1 47:3,13
understand
  8:17 9:17
  19:12 21:17
  24:20 25:3
  30:3 32:9
  33:8 45:24
  48:10 51:6
  53:18 54:22
  57:23 74:2
  80:17 81:4
  83:24 89:12
  92:8 94:25
  98:10

understanding
  12:24 34:16
  38:3 49:21
  51:7 56:20
  57:14 58:25
  69:7 71:12
  72:5 87:12
  88:7,10 90:24
  92:13 93:16,
  19 97:14,16
understood
  6:11 10:24
  12:12 28:7
  29:7 30:12
  33:5 37:18
  59:17 63:24
  74:4 81:13
  82:16 83:9
  85:8 93:25
  94:3
undertaken
  82:5 83:11
undertook
  44:7
uniformly
  71:17
unique 31:20
United 51:13,
  17
units 58:9
university
  8:18 12:20
  13:4,5 14:2,
  14,18 16:14
  82:20 83:3,
  11,15 84:2,4
  94:1
unless 4:8
  17:10 61:17
  76:23
unlikely
  67:21
unquote 70:19
up 7:3 8:14,
  15 14:1,21
  19:7 23:2,6
  25:22 29:7
  40:21 43:5

47:14,21,22,
24,25 48:2,3
67:6 87:22,23
89:18
up-to-date
  74:23
updated 3:14
  19:6 75:3,12,
  14 76:5,10,13
uploaded
  76:14
upon 62:8
  87:20 91:18
us 5:24,25
  37:3,9,19,21
  84:10,13
  93:11
usage 69:12
USDA 8:25
  9:2,6,23 11:2
  12:12 62:8
  82:12
use 10:20
  13:22 19:10,
  16 20:9 36:3
  40:6 43:2,8
  44:9,18,24
  45:22 66:11
  68:11 70:6
  75:18 86:19,
  20 87:9,23
  88:3 92:19
  94:10,12
used 10:13,
  15,22 11:19
  12:10 16:24
  17:12 19:12,
  20 29:23
  32:22 36:10,
  22 37:25
  41:14,17 42:4
  43:12 44:12,
  15 45:3,4,20,
  25 46:8 56:8
  57:5 66:24
  67:3 68:4
  69:21,22 70:9
  75:8 87:12,14

88:11 90:7
91:17 94:17
**useful**  21:10
58:12
**uses**  11:24
**using**  19:15
29:25 32:13
35:24 43:19
60:13 65:25
70:7 86:25
87:5 90:11
93:2,7 94:4,
8,18
**usually**  13:18
66:6

---

### V

**variable**
60:19
**variant**  40:10
**variation**
72:19
**various**
15:10,16,17
18:20 33:25
41:17 70:3
93:6
**vary**  52:18
54:16 56:19
61:1 82:24
**varying**  71:16
**vegetables**
16:11 39:20
**version**  8:12
18:19 19:6
74:23 75:14
**versions**
18:20
**versus**  3:11
18:6,14 36:22
37:15,24
**very**  14:22
36:11,15
51:24 52:24
55:4 57:20
58:6 60:1,5
62:10,13 65:3

69:17 71:3
72:9 73:11
87:16 88:15
89:19,25
95:13,17
**VIA**  2:1
**video**  4:5,12
7:21 26:23
27:3 55:13,18
75:22 76:2
95:19,24
99:3,14
**videographer**
2:23 4:5,16
5:1 7:15,20
26:22 27:2
55:12,17
75:21 76:1
95:18,23 99:2
**Videotaped**
4:1
**view**  37:18
38:4 42:22
43:1 67:20
87:8
**viewed**  45:25
**violate**  80:19
**visit**  97:18,
22
**visited**  97:9,
11
**volume**  58:13
95:1

---

### W

**walk**  26:12
44:3
**walking**  26:16
**want**  5:25 6:1
7:10,13 29:16
46:21 63:19
66:4 67:18
68:17 80:7,
12,21 82:2
85:24
**wanted**  24:3

**warm**  39:19
71:3
**warmer**  54:23
**was**  5:11
7:17,18,23
8:6 9:15,17,
20,25 10:1,3,
5,12 12:3,13
13:20 15:6
16:4,5,7,20,
21 17:2,3,6,
8,16 18:6
19:3,15 20:18
22:19,25
24:14,15
26:24,25
27:5,7,22
28:1,9 29:16,
19 30:5
32:17,20,21
33:20,22
34:14 36:2
38:18,19,21,
25 39:2
43:19,24
44:15 45:1,3,
20,25 46:1,6,
8,12 47:8,9,
11 48:16,20
49:6,17,25
50:7 55:14,15
56:16,17
59:17 60:10
62:7 63:25
68:25 70:18
73:11,13
74:15,23,25
75:8,23,24
76:10 77:21
78:4,16,22,23
79:4,19,20,
21,23,24
80:1,6,15,16,
24 81:2,3
83:20 86:3,25
87:25 88:22,
24 89:4,8,9,
14 91:12,13
92:15 93:21

94:18 95:6,
20,21 97:25
99:16
**WASHINGTON**
2:16
**wasn't**  35:3
67:14
**water**  40:9
60:1,24 61:1,
6 87:1
**way**  6:9,25
7:10 9:20
10:8 21:23
22:2 26:10
30:7 33:18,21
36:16 37:4
46:4 53:17
57:15 69:12
80:20 83:23
**ways**  21:16,25
61:6
**we**  5:19 6:5,
20 7:8,23
8:14 10:13,
15,17 11:21
12:3,4,9,15
14:6,8,10
17:3,5,12
18:16 19:20,
24 21:16,21,
24 22:8
26:14,17 27:5
28:21 29:12
30:4 31:13
44:3 51:16,
22,24 52:3
55:6,20 61:23
63:22 65:11
70:15 73:4,20
74:15 75:11,
13 82:1,13,23
83:16 84:7,8,
10 85:4,25
90:2 91:6
95:15 96:14,
15,17,22
97:2,4 98:1
99:5,9

**we'll**  99:13, 15

**we're**  4:5 7:15,21 19:5 26:11,23 27:2 34:11 49:11, 15 53:5,25 54:14,17 55:6,12,17,25 65:10 75:21 76:1 78:1,2 81:11,15 84:13 85:2,3, 7 94:10 95:18,23 97:2,4 99:2

**we've**  40:23 83:4,5,15 85:12 87:6 90:2 92:2,3 93:6,9,12,13 96:23

**wear**  11:7 12:16 39:24 40:3,4,5,15, 17,18 96:12, 25

**wearing**  96:5, 8,18 97:4

**weather**  41:18 52:18 56:11, 19 60:19

**Weatherspark. com.**  56:5

**website**  59:25 60:9

**websites** 41:17

**Wednesday** 4:13

**weed**  9:16 10:5 13:24 14:8 16:24 21:12,19 22:5 24:8,18,21, 22,24 25:10 26:1 27:11,19 29:22,23,24

30:10 37:13 44:22 50:23 51:2 52:10,12 53:1,7 54:8, 20,24 55:1,21 58:11 59:2,14 60:20,22 61:7,8,12,14 62:13 64:18 65:5 71:12 72:22 73:5,6, 14,17 74:9 75:4,7 87:14 88:10 92:9 93:11 94:5,6, 8

**weeds**  9:11,17 10:14 15:21 21:5,6,11 25:16,19,24 26:6 43:24 45:5 47:10, 14,21,24 48:3,17,19 51:8,12,18, 21,23 52:4,7, 15,20 53:14, 21 54:4,25 56:21,23 57:1 59:9,10 60:6, 24,25 61:4 65:4,16 66:5, 19 67:1,2,5, 17 68:7,9,18 69:15,19 70:13,19 71:1,5,13,15, 17,20,21,25 72:5,9,10,13, 21 73:21,22, 24 87:5,15, 19,22 88:9, 19,22,24,25 89:4,9,13,17, 18,21,23 90:21,25 93:8,16 94:9, 19,20,21 95:4,7

**weekly**  66:25 70:10

**weeks**  77:24

**well**  5:16 9:17 14:9 24:22 32:22 41:15 46:14 49:24 50:24 51:15 52:10 53:8 54:10,19 55:4 59:7 62:17 63:17 64:7 65:1,9, 21 66:3 67:14 68:15 69:6,11 75:9,19 77:13 78:8 79:22 80:11 82:19 83:6,8 85:17 87:11,24 91:5,12 94:7, 16 95:4 96:14

**well-adapted** 64:5

**well-known** 66:3

**went**  7:24 15:24 88:23

**were**  8:25 9:12,13 10:17,25 11:5,13,14, 17,18,21,22, 23 12:4,9,18 15:9,21 17:1, 15 19:18 27:6 43:5 44:3,9, 13 46:13 48:19 49:23 55:20 60:19 62:6 65:1,16 67:2 70:9 71:20 72:9,16 73:10 77:18 85:25 86:19 87:5,6 88:19, 22 89:9 90:22 93:17 94:19 96:4 97:6,7,

23 98:3

**weren't**  12:6 97:17

**West**  70:20 71:1,14

**what**  7:5,24 9:9,24 10:3, 13 11:7 12:2, 13 13:14,17 14:4 15:3,12, 17 16:8,23 17:1,2,5,11 22:4,10 23:25 24:4,6 25:5, 16,24 28:2,19 30:4 32:20 39:17 40:6,19 42:11 43:19, 24 44:23 45:25 46:17, 20 47:5,19 48:12,13 49:14 50:5 52:1 53:11 56:14 60:22 61:18 64:25 65:19 66:23 67:18,25 71:11 72:13 77:11 79:24 80:8,16 81:12 83:9 85:8,10 87:25 88:9 91:12,13 92:5,17 95:9, 12 96:21 98:10,15,21 99:10

**what's**  28:12 61:13 75:8 98:18

**Whatever**  7:11

**when**  7:24 11:5,13 19:24 33:1 38:16,22 39:24 40:6, 15,19 48:11 60:24 62:11 67:1,14 77:21

78:22 85:2
88:18,22
89:9,19,21,23
91:2 96:5,12
**where** 7:2,9
18:13 19:15
24:10 39:1,3
42:3,23 43:20
44:14 45:2,
15,17,20,25
46:5,8 47:8,
9,11,22,23
48:3,19 49:24
50:1 51:22
52:14 53:21
55:2,3 59:11
65:13 66:4
76:18 81:14
87:15,22
88:11 90:17,
20 91:3
92:15,22,25
93:18 94:17
**whereby** 61:4
**whether** 11:4
13:3 27:22
28:8 29:19
36:14 37:3,9,
21 38:5 39:18
44:8 49:11
57:13 58:13
63:25 66:1
73:23 76:15
80:9 81:19
86:5,18 97:8
**which** 22:11
30:6 36:1
41:13 43:14
45:8 47:13
52:7 54:19
57:9 58:17
59:18 60:9,10
61:19,21
62:10,13 65:2
67:17 78:6
80:4 83:20
86:21 88:12
**while** 29:16

**who** 33:9
**whole** 5:6
40:24
**why** 9:17
89:12 96:12
**widespread**
46:25
**will** 4:8 5:6,
25 8:3 46:22
54:25 70:5
71:11 99:11
**William** 68:24
**wind** 66:7
**windy** 65:11
**winter** 52:3
58:22
**wintertime**
51:24
**with** 4:17,19
6:17 7:1,6
8:2,14,25
9:6,11,23
10:8,18,20
11:2,19,23
12:12 14:11,
12,24 17:4
18:12,18
22:18 23:21
24:17 25:4
27:18 29:7
31:20,24
32:10,25
33:11,14
34:7,19 35:4,
10,21 36:6,25
38:2 39:15
43:3,21,22,24
44:13,16,17,
21 45:1,12,25
47:2,15 48:2
50:17,25 54:3
59:8 60:3,17
61:14 62:24
63:2,11 64:17
65:4 66:13,14
67:3,5,22
68:9,20 69:8,
16 70:8,25

71:16 72:7,
18,23 75:4
76:20,21,22
77:17,25
78:2,7 80:13
81:5,7 82:17,
22,23 83:11,
15,16,22,23
84:6,7,8,16
85:9,12,21
87:21 90:19
91:13 93:3,21
94:1 96:14,
16,22 97:7,25
**within** 14:1,
4,14 22:17
45:17 51:17
**without** 64:10
**witness** 3:4
5:2,8 12:2,9
17:25 19:2
22:16 23:24
28:1,20 29:21
30:9,23 31:3,
8 32:17 33:20
34:10,21 35:8
36:8,20 37:6,
13 38:9 42:6
43:18 44:12
45:1 49:14
52:10,23
53:25 57:18
58:16 59:23
63:17 67:14
71:10 79:21
80:24 82:8
83:13 86:13
88:7 89:8,17
90:15 91:22
92:22 93:6
94:16 95:4
**won't** 5:22
95:17
**word** 64:25
**wore** 11:4,8
**work** 9:15,21
10:4,8 11:1,
14,18,23
12:12,14

17:1,8,18,22
33:12,18
48:21,25 66:5
73:17 82:5,9,
23 84:3,6,7,8
85:9 90:18,19
91:16 93:25
94:24 96:14,
22 98:10
**worked** 59:8
74:10 83:15,
16,22 84:16
85:21 93:12
**working** 9:11
44:21 48:20
49:9 73:11
85:3
**works** 6:15
34:11 69:14,
20 87:12,24
**would** 4:16
5:1 6:2 13:22
17:14 18:18
20:6 23:20
24:5,7 27:8
32:2 34:7
35:10,21
43:24 45:9
46:9 47:14,
17,24,25
48:1,7,11,13,
22 49:4,7,8,
17,19 50:3,5,
13,15 51:16,
17,18 52:4,23
53:2,13,15
55:4 56:15
57:11,20
58:7,8,9,12,
19,22 59:9,
11,15,23
60:3,6,16,18,
20 61:9,15
62:5,18,24
63:2,10,20
64:12,14
65:3,10,16,23
66:7,8,9,10,
19,21 67:2,4,

18 68:7,8,10,
13 69:17,21
70:7,9,12
71:23 72:12,
15,25 75:5
77:14,15,19,
23 80:11,16
84:9 85:1,10,
13,14,16
86:13,21
87:1,4,5,15,
21,22,23
88:12,14,15,
25 89:1,2,18,
24,25 93:10
95:5 97:17,19
98:10

**wouldn't**
48:18 55:10
67:15 69:16
84:11 87:16

**wrist** 40:22
**write** 41:6
54:8 67:7
**writing** 42:2
74:24
**written** 16:16
23:25 90:6
91:19
**wrong** 54:22
94:4 95:1
**wrote** 53:6

---

**Y**

---

**yard** 48:7
**Yeah** 7:12
**year** 19:13,
14,16 51:21,
24 52:6,7,14
54:5 56:2,17,
19,20,22
57:9,10 59:16
60:6,19 69:13
70:12 71:18
73:10,13
82:24 87:18
88:14

**year-round**
51:1,9,12
52:20 53:22
69:25 70:19
**year-to-year**
52:18
**years** 10:17
16:4,13 20:7
43:22 44:17
56:12 57:5,7,
8,12,15,21
68:5 69:21
75:4,6 83:4,
14 85:2,17
90:23
**yes** 5:21 6:7,
13 7:14 8:5,
13,22 9:1,4
10:10,23
11:3,12,16,21
12:22 13:1,8
14:3 15:23
16:2,14,17
18:10,24
20:8,11 21:21
23:7 26:4,18
27:17 28:18
32:1,4,13
34:22 35:20
38:15 39:11,
23 40:1,14
41:4 43:13
50:1,15 53:10
55:9 56:6,10
58:16 61:10
62:1,18,19
63:1 69:1
72:3 74:9
77:2 78:13,19
79:1,6,17,23
81:6 84:18
90:15 91:1
94:2 96:7
97:16,19
98:2,17 99:11
**yet** 79:9
81:21
**you** 5:2,5,15,
16,19,20 6:1,

2,4,10,15,19
7:2,5,6,10,
11,13 8:1,2,
3,9,12,15,17,
23 9:5,21
10:8,11,21,
22,25 11:4,5,
7,13,14,17,
22,25 12:1,6,
8 13:3,10,12,
21,22 14:22,
23 15:3,4,24
16:12,18
17:1,7,8,10,
11,21,24
18:9,13,18,
20,22,25
19:10,12,18,
19,22,24
20:3,6,9,12,
16,20 21:3,7,
9,14,18,22
22:1,10,11,14
23:4,5,8,12,
17,20,23
24:3,12,20
25:4,6,9,12,
20 26:2 27:8,
14,21,24,25
28:7,10,11,14
29:8,18,20
30:4,6,14,16,
18,20,25
31:5,14,22
32:2,7,14
33:11,14,19,
24 34:5,7,9,
20 35:6,7,15,
21,25 36:4,7,
14,18,25
37:5,8,11,20
38:2,4,7,12,
16,22 39:1,3,
5,10,12,17,
21,24 40:2,3,
6,7,13,15,19
41:1,6,25
42:2,5,9,11,
16,19,20,25

43:7,14,16
44:2,4,7,11,
23,25 45:7,
10,14,15
46:3,10,16,21
47:5,20 48:1,
9,11,21
49:10,13,22
50:2,18 51:3,
18 52:9,14,
17,22 53:6,
17,18,19,23
54:8,24 56:4,
9,11,18,21,24
57:2,3,13,15,
17 58:22,25
59:2,9,10,11,
19,22 60:9,
12,21 61:18,
19,20,21
62:2,11,20,
21,24 63:2,6,
7,9,10,15,16,
24 64:19,25
65:6,11,13,21
66:1,4,10,14
67:7,9,11,12,
18,20,24
68:21,23
69:2,8 70:1,
23,25 71:4,6,
19 72:4,13
73:2,5,16
74:5,18,21,22
75:1 76:4,15,
24 77:4,11,25
78:2,11,14,17
79:2,8,12,13,
14,15,24
80:4,7,9,17,
19,22,23
81:7,9,14,17,
19,23 82:7,16
83:12,21
84:5,15,19
85:9,21 86:4,
7,12,20 87:3,
4,5,6,8,9,10
88:2,4,6,18

89:3,7,12,16
90:6,7,9,12,
14,17 91:2,
17,21,23
92:5,8,23,24,
25 93:4,5
94:3,15,24
95:3,9,13
96:4,5,6,8,
12,25 97:6,7,
9,11,17,23
98:3,4,6,10,
15,21,23
99:6,7,9,10,
12

**you'd**  56:23
68:17

**you're**  5:5
7:2 13:19
15:19 24:5
31:24 32:25
33:5 36:25
37:20 38:3
48:12,13
54:10 56:7
57:10 58:5,20
68:8 80:13,
14,17 81:4
89:19 93:25
96:5,12 97:1
98:6

**you've**  6:10
13:2,3,5
35:16 36:15
38:3 81:18
82:4,5 83:11
84:16 86:5
90:17 91:3
92:11,18,22

**your**  5:3,20
6:4 7:6 8:12,
16 9:5 11:1,
17,22 12:6,
12,14,18
14:22 15:11
16:12,15
17:2,8,18
18:19,21
19:5,10,18,24

20:2,3,9,12,
15,22 21:2,
18,19,22
23:6,21 24:5,
14 27:7 30:3
31:10,15
33:16 37:1,2,
18 39:10,12,
17,21 42:16,
20 43:1,10
44:2,21 45:8
48:21,23
49:21 51:7
53:6 55:22,25
56:20 57:3,14
59:1,18 60:13
64:8 65:7
67:20 68:7,11
73:4 74:6,12,
15,17,23 75:1
77:4,10 79:7
81:17,22
82:1,5,25
83:24 85:25
86:2,18 89:3
90:3,4,7
91:18,23
92:3,4,8,9,12
93:3 94:12
95:13 97:7,
14,24 98:9,14
99:9

**yours**  99:8

**yourself**
13:22 20:20
23:17 30:20,
25 31:5 32:2,
14 33:5 38:12
40:13

---

### Z

**Zoom**  2:1 4:1
8:1,4 78:2