Exhibit 4

# Curriculum vitae, Reid J. Smeda

**Education:**

| | | |
|---|---|---|
| Ph.D. | 1990 | Purdue University, West Lafayette, IN (Major: Horticulture) |
| M.S. | 1984 | Michigan State University, E. Lansing, MI (Major: Horticulture) |
| B.S. | 1982 | Michigan State University, East Lansing, MI (Major: Crop and Soil Science; Minor: Integrated Pest Management) |

**Professional and Academic Appointments:**
- Professor, Division of Plant Sciences (2012–present)
- Associate Professor, Division of Plant Sciences (2003–2011)
- Director for Undergraduate Programs, Division of Plant Sciences (2003–2017)
- Assistant Professor of Agronomy (1996-2002)
- Doctoral Faculty (1997-present)
- Graduate Faculty (1996-present)
- Plant Physiologist, USDA-ARS, Stoneville, MS (1991-1996)
- Postdoctoral Associate, USDA-ARS, Stoneville, MS (1990-1991)

**Membership in Professional Organizations:**
- North Central Weed Science Society
- Southern Weed Science Society
- Weed Science Society of America
- International Weed Science Society

**Honors and Awards:**

| Year | Award |
|---|---|
| 2009 | Distinguished Achievement Award, Education; North Central Weed Science Society (presented to 1 scientist per year throughout the 16 states in the North Central Region) |
| 2009 | Golden Apple Teaching Award, CAFNR; awarded to 1 faculty member/year college-wide |
| 2008 | University/Industry Award, National Roadside Vegetation Management Association |
| 2002 | Outstanding Agronomy Faculty for 2001; presented to 1 faculty member by the undergraduate Agronomy Club |
| 2002 | CAFNR Junior Faculty Teaching Award; College awards 1 faculty/year |
| 2001 | Division of Student Affairs (MU) Excellence in Education Award; 5 faculty campus-wide/year |
| 2001 | Certificate of Excellence Award for the development of educational material entitled, "Practical weed science for the field scout", presented by the American Society of Agronomy |

| 1999 | Young Scientist Award; presented by the North Central Weed Science Society (presented to 1 scientist per year throughout the 16 states in the North Central Region |
|---|---|
| 1999 | Extension Publication Certification of Merit for a technical guidesheet on identification of johnsongrass; presented by the American Society of Agronomy |
| 1998 | Wakonse Teaching Fellow, University of Missouri (nominated by unit leader) |
| 1996 | Outstanding Research Award; presented by Mississippi Weed Science Society (1 award per year) |
| 1992 | Quality journal paper of the year (3rd place), USDA-ARS, Mid-South Area (1 award per year) |

**Teaching and Advising:**

*1.  Principal Courses Taught:*
- PLNT S   410  Graduate Student Seminar (Fall 1998, Spring 1999, Fall 1999, Spring 2000, Fall 2000, Spring 2001, Fall 2001, Spring 2002, Fall 2002).
- PLNT S 1125  People, Plants and the Environment (Spring 2003-2010; co-instructor Dr. M.A. Gowdy)
- PLNT S 2370  Vegetable Garden Production (Spring 2023; co-instructor Dr. Xi Xiong)
- PLNT S 3210  Principles of Weed Science (Spring 1996-1998; Fall 1998-present)
- PLNT S 3385  Problems in Plant Science (Instructor of 1 of 2 sections for Fall and Spring of 2009 – 2017)
- PLNT S 4940  Internship in Plant Science (Instructor of 1 of 2 sections for Spring 2006; Fall and Spring for 2007 – 2017)
- PLNT S 4950  Undergraduate Research in Plant Science (Instructor of 1 of 2 sections for Fall 2005; Fall and Spring for 2006 – 2017)
- PLNT S 8410  Advanced Weed Science (Fall 1999, 2001; co-instructors Dr. W.G. Johnson and R.J. Kremer; Fall of odd years 2003 - present; co-instructor R.J. Kremer)

*2.  Guest Lectures:*
- 64 across 7 distinct courses from 1997 – present

*3.  Advisement:*
- Postdoctoral research associates          3 (1 prior to MU appointment)
- Visiting Scholars          3
- Ph.D. advisor          6
- M.S. advisor          29
- Graduate committee member          22
- Undergraduate advisees          54

Postdoctoral Research Associates

| Name | Dates | Current Position |
|---|---|---|
| Dr. Ho Li Thi | 07/13 – 08/15 | Dept. Head, Vietnam Rice Res. Institute |
| Dr. Brent Sellers | 05/03 – 12/03 | Professor, Univ. of Florida |
| Dr. Jorge Ferreira | 08/94 – 10/96 | Horticulturalist, USDA-ARS, Beaver, WV |

Graduate Students

| Student Name | Degree | Major | Date Graduated |
|---|---|---|---|
| Andy Vehige | M.S. | Plant Sci. | Present |
| Matthew T. Wilson | M.S. | Plant Sci. | Present |
| Michelle Maile | M.S. | Plant Sci. | Present |
| Timothy R. Rice | M.S. | Plant Sci. | 2022 |
| Emma Gaither | Ph.D. | Plant Sci. | Present |
| Sarah E. Dixon | Ph.D. | Plant Sci. | 2022 |
| Jerri Lynn Henry | Ph.D. | Plant Sci. | 2021 |
| Sarah E. Dixon | M.S. | Plant Sci. | 2020 |
| Betzabet Valdez | M.S. | Plant Sci. | 2019 |
| Matthew R. Terry | M.S. | Plant Sci. | 2018 |
| Pablo T.F. Moreno | Ph.D. | Plant Sci./Spain | 2017 |
| Ricardo C. Costa | M.S. | Plant Sci. | 2017 |
| Andrew J. Luke | M.S. | Plant Sci. | 2017 |
| Heidi R. Davis | M.S. | Plant Sci. | 2015 |
| Joseph D. Bolte | M.S. | Plant Sci. | 2015 |
| Tye C. Shauck | Ph.D. | Plant Sci. | 2014 |
| John B. Haguewood | M.S. | Plant Sci. | 2014 |
| Nicole E. Doerr | M.S. | Plant Sci. | 2014 |
| Ashley A. Schlichenmayer | M.S. | Plant Sci. | 2013 |
| Spencer A. Riley | M.S. | Plant Sci. | 2013 |
| Tye C. Shauck | M.S. | Plant Sci. | 2011 |
| Johnathan P. Dierking | M.S. | Plant Sci. | 2011 |
| Kenton M. Binkholder | M.S. | Plant Sci. | 2010 |
| Brad S. Fresenburg | Ph.D. | Agronomy | 2010 |
| Daniel T. Earlywine | M.S. | Plant Sci. | 2009 |
| Chad L. Smith | M.S. | Agronomy | 2009 |
| Diego J. Bentivegna | Ph.D. | Plant Sci. | 2008 |
| Carl A. Woodard | M.S. | Plant Sci. | 2008 |
| Justin M. Pollard | M.S. | Agronomy | 2007 |
| Diego J. Bentivegna | M.S. | Agronomy | 2006 |
| Romina Gueli | M.S. | Agronomy | 2004 |
| Christopher L. Schuster | M.S. | Agronomy | 2003 |
| Joseph C. Cordes | M.S. | Agronomy | 2003 |
| Brent A. Sellers | Ph.D. | Agronomy | 2003 |
| John K. Mohr | M.S. | Agronomy | 2002 |
| James A. Hoefer | M.S. | Agronomy | 2001 |
| Shawn M. Jones | M.S. | Agronomy | 2000 |
| Scott A. Dickey | M.S. | Agronomy | 1999 |
| Jason T. Beyers | M.S. | Agronomy | 1999 |

**Refereed Journal Articles**

Warmund, M.R., M.R. Ellersieck, and R.J. Smeda. 2022. Sensitivity and recovery of tomato cultivars following simulated drift of dicamba or 2,4-D. Agriculture 12:1489. https://doi.org/10.3390/agriculture12091489

Vieira, B.C., M.C. Oliveira, G.S. Alves, J.A. Golus, K Schroeder, R.J. Smeda, R.J. Rector, G.R. Kruger, and R. Werle. 2022. Hooded broadcast sprayer for particle drift reduction. Pest Manag. Sci. https://doi.org/10.1002/ps.6861

Ho, T.L., V.J. Nguyen, L.K. Phan, C.T. Nguyen, T.H.D. Nguyen, V.L. Van, and R.J. Smeda. 2022. Phytotoxicity in aqueous methanolic extracts of rice against junglerice and total activities of identified phytotoxic compounds. Ann. Applied Biol. 180:196-210.

Warmund, M.R., M.R. Ellersieck, and R.J. Smeda. 2021. Auxin herbicide drift injury on American elderberry plants influenced by growth stage. J. Amer. Pomological Soc. 75:214-228.

Dixon, S.E., J.L. Henry, D.S. Volenberg, and R.J. Smeda. 2021. Simulated particle and vapor drift of dicamba to 'Vidal blanc' hybrid grapevine under Missouri field conditions. HortTech 31:723-732. https://doi.org/10.21273/HORTTECH04854-21

J.L. Henry, C.H. Lin, and R.J. Smeda. 2021. Simulated dew increases volatility of dicamba from soybean leaves. Agro. Geosciences & Env. 4. https://doi.org/10.1002/agg2.20188.

Warmund, M.R., D.H. Trinklein, M.R. Ellersieck, and R.J. Smeda. 2021. Antitranspirants partially mitigate auxin herbicide injury on tomato. HortScience. https://doi.org/10.21273/HORTSCI15888-21; 8 pp.

Ho, T.L., C.T. Nguyen, D.C. Vu, T.T.C. Nguyen, V.Q. Nguyen, and R.J. Smeda. 2021. Rice by-Products Reduce Seed and Seedlings Survival of *Echinochloa crus-galli*, *Leptochloa chinensis* and *Fymbristylis miliacea*. Agronomy 11:776-789.

Xiong, X. and R.J. Smeda. 2019. Post-emergence control of windmillgrass (*Chloris verticillata* Nutt.) using selected herbicides. Amer. J. Plant Sci. 10: 1300-1312.

Korres, N.E., J.K. Norsworthy, B.G. Young, D.B. Reynolds, W.G. Johnson, S.P. Conley, R.J. Smeda, T.C. Mueller, D.J. Spaunhorst, K.L. Gage, M. Loux, G.R. Kruger, and M.V. Bagavathiannan. 2018. Seedbank persistence of Palmer amaranth (*Amaranthus palmeri*) and waterhemp (*Amaranthus tuberculatus*) across diverse geographical regions in the United States. Weed Sci. 66:446-456.

Spaunhorst, D.J., P. Devkota, W.G. Johnson, R.J. Smeda, H.R. Davis, C.J. Meyers, J.K. Norsworthy. 2018. Phenology of five Palmer amaranth (*Amaranthus palmeri*) populations grown in northern Indiana and Arkansas. Weed Science. 66:457-469.

Pan, X., D.T. Earlywine, R.J. Smeda, T.C. Teuton, J.T. English, C.E. Sams, and X. Xiong. 2017. Effect of oriental mustard (*Brassica juncea*) seed meal for control of dollar spot on creeping bentgrass (*Agrostis stolonifera*) turf. Turfgrass Soc. Res. J. 13:1-9.

Fernandez-Moreno, P.T., R. Alcantara-de la Cruz, R.J. Smeda, and R. DePrado. 2017. Differential resistance mechanisms to glyphosate result in fitness cost for *Lolium perenne* and *L. multiflorum*. 2017. Frontiers in Plant Sci. 8:1796 doi: 10.3389/fpls.2017.01796.

Thi, H.L., H. Zhou, C. Lin, S. Liu, M.Y. Berezin, R.J. Smeda, and F.B. Fritschi. 2017. Synthesis and plant growth inhibitory activity of N-trans-cinnamoyltyramine: its possible inhibition mechanisms and biosynthesis pathway. J Plant Interactions. 12(1):51-57.

Alcantara, R., P. Fernandez, R.J. Smeda, P.L. Alves, and R. DePrado. 2016. Response of Eleusine indica and Paspalum distichum to glyphosate following repeated use in citrus groves. Crop Prot. 79:1-7.

Thi, H.L., C. Lin, R.J. Smeda, N.D. Leigh, W.G. Wycoff, and F.B. Fritschi. 2014. Isolation and identification of a allelopathic phenylethylamine in rice. Phytochemistry. 108:109-121.

Thi, H.L., C. Lin, R.J. Smeda, and F.B. Fritschi. 2014. Isolation and purification of growth-inhibitors from Vietnamese rice cultivars. Weed Biol. Management. 14:221-231.

Shauck, T.C. and R.J. Smeda. 2014. Management of volunteer corn (*Zea mays* L.) with glufosinate or imazethapyr + imazapyr in transgenic corn. Weed Technology. 28:685-693.

Rosario, JM, H Cruz-Hipolito, MD Osuna, RJ Smeda, and R DePrado. 2013. Resistance mechanism to tribenuron-methyl in white mustard (*Sinapis alba* L.) from southern Spain. Weed Science. 61:341-347

Haguewood, JB, E Song, RJ Smeda, JQ Moss, and X Xiong. 2013. Suppression of annual bluegrass seedheads with mefluidide, ethephon, and ethephon plus trinexapac-ethyl on creeping bentgrass greens. Agron. J 105:1832-1838.

Bentivegna, D.J. and R.J. Smeda. 2012. Integrated management of cutleaf teasel (*Dipsacus laciniatus*) along roadsides in Missouri, USA. International J. Pest Management 58:147-152.

Shauck, T.C. and R.J. Smeda. 2012. Management of volunteer corn (*Zea mays* L.) with glufosinate or imazethapyr + imazapyr in transgenic corn. Weed Technology. 26:417-421.

Harder, D.B., K.A. Nelson and R.J. Smeda. 2012. Management options and factors affecting control of a common waterhemp (*Amaranthus rudis*) biotype resistant to protoporphyrinogen oxidase-inhibiting herbicides. International J. Agronomy. Doi:10.1155/2012/514765.

Bentivegna, D.J., C. Wang, and R.J. Smeda. 2012. Detection of cut-leaved teasel (*Dipsacus laciniatus* L.) along Missouri highways using hyperspectral imagery. Invasive Plant Science and Management 5:155-163.

Shauck, T.C. and R.J. Smeda. 2011. Factors influencing corn (*Zea mays* L.) harvest losses in Missouri. Crop Management.  10.doi:10.1094/CM-2011-0926-01-RS.

Nelson, K.A., R.J. Smeda, and R.L. Smoot. 2011. Spring-interseeded winter rye rates influence weed control and organic soybean yield. International J Agronomy doi:10.1155/2011/571973.

Binkholder, K.M., B.S. Fresenburg, T.C. Teuton, Xi Xiong, and R.J. Smeda. 2011. Selection of glyphosate-resistant annual bluegrass (*Poa annua* L.) on a golf course. Weed Science 59:286-289.

Rosario J., H. Cruz-Hipolito, R.J. Smeda, and R. DePrado. 2011. White mustard (*Sinapis alba*) resistance to ALS-inhibiting herbicides and alternative herbicides for control in Spain. European Journal of Agronomy, European J Agronomy 35:57-62.

Bentivegna, D.J. and R.J. Smeda. 2011a. Seed production of cut-leaved teasel (*Dipsacus laciniatus* L.) in central Missouri. Biologia J: 66:807-812.

Bentivegna, D.J. and R.J. Smeda. 2011b. Cutleaf teasel (*Dipsacus laciniatus*) seed development and persistence. Invasive Plant Science and Management 4:31-37.

Johnson, B., B. Young, J. Matthews, P. Marquardt, C. Slack, K. Bradley, A. York, S. Culpepper, A. Hager, K. Al-Khatib, L. Steckel, M. Moechnig, M. Loux, M. Bernards, and R. Smeda. 2010. Weed control in dicamba-resistant soybeans. Crop Management doi:10.1094/CM-2010-0920-01-RS.

González-Torralva, F., H. Cruz-Hipolito, F. Bastida, N. Mülleder, R. Smeda, and R. De Prado. 2010. Differential susceptibility to glyphosate among the *Conyza* weed species in Spain. Journal of Agricultural Food Chemistry 58:4361-4366.

Earlywine, D.T., R.J. Smeda, T.C. Teuton, C.E. Sams, and X. Xiong. 2010. Evaluation of oriental mustard (*Brassica juncea* L. Czern.) seed meal for weed suppression in turf. Weed Technology 24:440-445.

Wang, C., D.J. Bentivegna, R.J. Smeda, and R.E. Swanigan. 2010. Comparing classification approaches for mapping cut-leaved teasel in highway environments. Photogrammetric Engineering and Remote Sensing 76:567-575.

Bentivegna, D., B.A. Sellers, and R.J. Smeda. 2008. Chemical management of cut-leaved teasel (*Dipsacus laciniatus*) in Missouri. Weed Technology 22:502-506.

Schuster, C.L. and R.J. Smeda. 2007. Management of *Amaranthus rudis* S. in glyphosate-resistant corn (*Zea mays* L.) and soybean (*Glycine max* L. Merr.). Crop Protection 26:1436-1443.

Mohr, K., B.A. Sellers, and R.J. Smeda. 2007. Application time of day influences glyphosate efficacy. Weed Technology 21:7-13.

Scursoni, J., F. Forcella, J. Gunsolus, M.Owen, R. Oliver, R. Smeda, and R. Vidrine. 2006. Weed diversity and soybean yield with glyphosate management along a north-south transect in the United States. Weed Science 54:713-719.

Li, J., R.J. Smeda, B.A. Sellers, and W.G. Johnson. 2005. Influence of formulation and glyphosate salt on absorption and translocation in three annual weeds. Weed Science 53:153-159.

Cordes, J.C., W.G. Johnson, P. Scharf, and R.J. Smeda. 2004. Late-emerging common waterhemp (*Amaranthus rudis*) interference in conventional tillage corn. Weed Technology 18:999-1005.

Sellers, B.A., J.C. Cordes, R.J. Smeda, and W.G. Johnson. 2004. Waterhemp control in transgenic and conventional corn varieties. Crop Management doi:10.1094/CM-2004-1208-01-RS.

Sellers, B.A., R.J. Smeda, and J. Li. 2004. Glutamine synthetase activity and ammonium accumulation is influenced by time of glufosinate application. Pesticide Biochemistry and Physiology. 78:9-20.

Li, J., R.J. Smeda, K.A. Nelson, and F.E. Dayan. 2004. Physiological basis for resistance to diphenyl ether herbicides in common waterhemp (*Amaranthus rudis*). Weed Science 52:333-338.

Duke, S.O., A.M. Rimando, P.F. Pace, K.N. Reddy, and R.J. Smeda. 2003. Isoflavone, glyphosate, and aminomethylphosphonic acid levels in seeds of glyphosate-treated, glyphosate-resistant soybean. Journal of Agricultural Food Chemistry 51:340-344.

Sellers, B.A., R.J. Smeda, W.G. Johnson, and J.A. Kendig. 2003. Comparative growth of six *Amaranthus* species in Missouri. Weed Science 51:329-333.

Sellers, Brent A., R.J. Smeda, and W.G. Johnson. 2003a. Diurnal fluctuations and leaf angle reduce glufosinate efficacy. Weed Technology 17:302-306.

Sellers, B.A., R.J. Smeda and W.G. Johnson. 2003b. Atrazine may overcome the time-of-day effect on Liberty efficacy. Crop Management doi:10.1094/CM-2003-1111-01-RS.

Li, J., W.G. Johnson, and R.J. Smeda. 2002. Interactions between glyphosate and imazethapyr on four annual weeds. Crop Protection 21:1087-1092.

Beyers, J.T., R.J. Smeda, and W.G. Johnson. 2002. Weed management programs in glufosinate-resistant soybean (*Glycine max*). Weed Technology 16:267-273.

Smeda, R.J. and S.C. Weller. 2001. Biology and control of burcucumber. Weed Science 49:99-105.

Allen, J.R., W.G. Johnson, R.J. Smeda, and W.J. Wiebold. 2001. Management of ALS-resistant common sunflower (*Helianthus annuus* L.) in soybean (*Glycine max*). Weed Technology 15:571-575.

Dirks, J.T., W.G. Johnson, R.J. Smeda, W.J. Wiebold, and R.E. Massey.  2000. Reduced rates of soil-applied herbicides and glyphosate in no-till, narrow-row, glyphosate-resistant *Glycine max*.  Weed Science 48:618-627.

Dirks, J.T., W.G. Johnson, R.J. Smeda, W.J. Wiebold, and R.E. Massey. 2000. Use of preplant sulfentrazone in no-till, narrow-row, glyphosate-resistant *Glycine max*.  Weed Science 48:628-639.

Beckie, H.J., I.M. Heap, R.J. Smeda, and L.M. Hall. 2000.  Screening for herbicide resistance in weeds.  Weed Technology 14:428-445.

Smeda, R.J., R.S. Currie, and J.H. Rippee. 2000.  Fluazifop-P resistance expressed as a dominant trait in sorghum (*Sorghum bicolor*). Weed Technology 14:397-401.

Allen, J.R., W.G. Johnson, R.J. Smeda, and R.J. Kremer.  2000. ALS-resistant *Helianthus annuus* in *Glycine max*. Weed Science 48:461-466.

Bradley, P.R., W.G. Johnson, and R.J. Smeda. 2000. Response of sorghum (*Sorghum bicolor*) to atrazine, ammonium sulfate, and glyphosate.  Weed Technology 14:15-18.

Abbas, H.K., R.J. Smeda, B.C. Gerwick, and W.T. Shier. 1999. Fumonisin $B_1$ from the fungus *Fusarium moniliforme* causes contact toxicity in plants: Evidence from studies with biosynthetically labeled toxin.  Journal Natural Toxins 9:85-100.

Niekamp, J.W., W.G. Johnson, and R.J. Smeda. 1999. Broadleaf weed control with sulfentrazone and flumioxazin in no-tillage soybean (*Glycine max*).  Weed Technology 13:233-238.

Zablotowicz, R.M., M.A. Locke, and R.J. Smeda. 1998.  Degradation of 2,4-D and fluometuron in cover crop residues.  Chemosphere 37:87-101.

Ferreira, J.F.S., R.J. Smeda, and S.O. Duke. 1997. Control of coca plants (*Erythroxylum coca* and *E. novogranatense* with glyphosate.  Weed Science 45:551-556.

Chang, C.C., R.D. Locy, R.J. Smeda, S.V. Sahi, and N.K. Singh. 1997. Photoautotrophic tobacco cells adapted to grow in high salinity. Plant Cell Reports 16:495-502.

Smeda, R.J., C.E. Snipes, and W.L. Barrentine. 1997.  Identification of graminicide-resistant johnsongrass (*Sorghum halepense*). Weed Science 45:75-80.

Locke, M.L., R.J. Smeda, K.N. Reddy, and K.D. Howard. 1996.  Clomazone volatilization under varying environmental conditions. Chemosphere 33:1213-1225.

Smeda, R.J. and S.C. Weller. 1996. Potential of rye (*Secale cereale*) for weed management in transplant tomatoes (*Lycopersicon esculentum*). Weed Science 44:596-602.

Reddy, K.N., M.A. Locke, S.C. Wagner, R.M. Zablotowicz, L.A. Gaston, and R.J. Smeda.1995. Chlorimuron ethyl sorption and desorption kinetics in soils and herbicide-desiccated cover crop residues. Journal of Agricultural Food Chemistry 43:2752-2757.

Madsen, K.H., J.J. Heitholt, S.O. Duke, R.J. Smeda, and J. C. Streibig. 1995. Photosynthetic parameters in glyphosate-treated sugarbeets (*Beta vulgaris* L.). Weed Research. 35:81-88.

Norman, M.A., R.J. Smeda, K.C. Vaughn, and E.P. Fuerst. 1994. Differential movement of paraquat in resistant and sensitive biotypes of *Conyza*. Pesticide Biochemistry and Physiology 50:31-42.

Smeda, R.J., P.M. Hasegawa, P.B. Goldsbrough, N.K. Singh, and S.C. Weller. 1993. A serine-to-threonine substitution in the triazine herbicide-binding protein in potato cells results in atrazine resistance without impairing productivity. Plant Physiology 103:911-917.

Norman, M.A., E.P. Fuerst, R.J. Smeda, and K.C. Vaughn. 1993. Evaluation of paraquat resistance mechanisms in *Conyza*. Pesticide Biochemistry and Physiology 46:236-249.

Smeda, R.J., K.C. Vaughn, and I.N. Morrison. 1992. A novel pattern of herbicide cross-resistance in a trifluralin-resistant biotype of green foxtail [*Setaria viridis* (L.) Beauv.].Pesticide Biochemistry and Physiology 42:227-241.

Smeda, R.J. and S.C. Weller. 1991. Plant cell and tissue culture techniques for weed science research. Weed Science 39:497-504.

Smeda, R.J. and A.R. Putnam. 1990. Influence of temperature, rainfall, grass species, and growth stage on efficacy of fluazifop. Weed Technology 4:349-355.

Smeda, R.J. and A.R. Putnam. 1989. Effect of adjuvant concentration and carrier volume on large crabgrass control with fluazifop-butyl. Weed Technology 3:105-109.

Smeda, R.J. and A.R. Putnam. 1988. Response of strawberries and annual weeds to fluazifop-butyl and chloroxuron. HortScience 23:134-135.

Smeda, R.J. and A.R. Putnam. 1988. Cover crop suppression of weeds and influence on strawberry yields. HortScience 23:132-134.

## Book Chapters and Invited Proceedings

Duke, S.O., A.M. Rimando, M.V. Duke, R.N. Paul, J.F.S. Ferreira, and R.J. Smeda. 1999a. Sequestration of phytotoxins by plants: Implications for biosynthetic production. In: H.A. Cutler and S.J. Cutler, (Eds.), *Natural Products: Agrochemicals and Pharmaceuticals* (pp. 127-136). CRC Press, Boca Raton, FL.

Duke, S.O., M.V. Duke, R.N. Paul, J.F.S. Ferreira, C. Canel, M.R. Tellez, A.M. Rimando, and R.J. Smeda. 1999b. Tissue localization and potential uses of phytochemicals with biological activity. In: F. Mascias (Ed.), *Recent Progress in Allelopathy* (pp. 211-218). Kluwer Publishers, Amsterdam.

Smeda, R.J. and K.C. Vaughn. 1997a. Mechanisms of resistance to herbicides. In: W. Ebingand V. Sjut (Eds.), *Chemistry of Plant Protection, volume 13: Molecular Mechanisms of Resistance to Agrochemicals* (pp. 79-123). Springer-Verlag, Heidelberg.

Smeda, R.J. and K.C. Vaughn. 1997b. Mechanisms of resistance to dinitroaniline herbicides. In: R. DePrado, L. Garcia Torres and J. Jorrin (Eds.), *Weed and Crop Resistance to Herbicides* (pp. 89-99). Kluwer Publishing Co., Amsterdam.

Duke, S.O., R.J. Smeda, and L.A. Weston. 1997. Potential for utilization of allelopathy for weed management. In: *Proceedings XXI Congresso Brasileiro da Ciencia das Plantas Daninhas* (pp. 111-116).

Abbas, H.K., R.J. Smeda, S.O. Duke, and W.T. Shier. 1997. Fumonisin- plant interactions, Bull. Inst. Compr. Agr. Sci. Kinki Univ. 5:63-73.

Smeda, R.J. and L.A. Weston. 1995. Weed management systems for horticultural crops. In: A.E. Smith (Ed.), *Handbook on Weed Management Systems* (pp. 553-601). Marcel Dekker, Inc. NY.

Smeda, R.J. and K.C. Vaughn. 1994. Resistance to dinitroaniline herbicides. In: (S.B. Powles and J. Holtum (Eds.), *Herbicide Resistance in Plants: Ecology and Mechanisms* (pp. 215-228). Lewis Publishers, Boca Raton, FL.

Fuerst, E.P., M.A. Norman, R.J. Smeda, and K.C. Vaughn. 1993. Paraquat selectivity and resistance mechanisms. In: T. Mitsui (Ed.), Pesticides/Environment: Molecular Biological Approaches. *Proceedings First International Symp. Pest. Sci.*, (pp. 147-153). Pesticide Sci. Soc. Japan, Tokyo.

## Extension Publications:

Johnson, D.T., R.K. Striegler, R.A. Allen, R.J. Smeda, E.A. Bergmeier, J.L. Harris, and

J. Cotta. 2010. Ozark Mountain Vineyard Sustainability Assessment Workbook. *MU Workbook* WG2000 (77 pp.).

Jordan, T., G. Nice, R. Smeda, C. Sprague, M. Loux, and B. Johnson. 2009. Biology and Management of Common Ragweed. *Purdue Univ. Ext. Pub.* GWC-14.
Bradley, K.W., B. Johnson, R. Smeda, and C. Boerboom. 2009. Practical Weed Science for the Field Scout, Corn and Soybeans. Plant Protection Programs, *MU Manual* IPM1007 (71 pp.) (major revision of 2001 edition).

Bradley, K., R. Smeda, and R. Massey. 2008. Management of Glyphosate-Resistant Waterhemp in Corn and Soybean. Plant Protection Programs, *MU Manual* IPM1030 (4 pp.).

Conley, S., W. Bailey, W. Casady, F. Fishel, B. Johnson, R. Massey, P. Scharf, R. Smeda, L. Sweets, and A. Wrather. 2003. Management of Soft Red Winter Wheat.  Plant Protection Programs, *MU Manual* IPM1022 (44 pp.).

Johnson, W.G., R.J. Smeda, S. Hans, and K. Hellwig. 2002. Weed Management Systems for Environmentally Sensitive Areas. Plant Protection Programs. *MU Manual* IPM1018 (12 pp.).

Johnson, B., F. Fishel, and R. Smeda. 2001. Practical Weed Science for the Field Scout, Corn and Soybeans. Plant Protection Programs, *MU Manual* IPM1007 (31 pp.).

Johnson, B., R. Smeda, J. Wait, and C. Holman. 1999. University of Missouri Herbicide Field Evaluation Report. *Agronomy Miscellaneous Publication* 99-01, (506 pp.).

Johnson, B., A. Kendig, R. Smeda, and F. Fishel. 1997. Johnsongrass Control.  *MU Guide* G4872.

Wagner, S.C., R.M. Zablotowicz, M.A. Locke, R.J. Smeda, and C.T. Bryson. 1995. Influence of Herbicide-desiccated Cover Crops on Biological Soil Quality in the Mississippi Delta. *Mississippi Agricultural and Forestry Experiment Station, Special Bulletin* 88-7, pp. 86-90.

Barrentine, W.L., C.E. Snipes, and R.J. Smeda. 1992. Herbicide Resistance Confirmed in Johnsongrass Biotypes. *MAFES Research Report* 17(5): pp. 1-5.

### *Research Grants*

<u>Non-competitive</u>

Support from chemical industry and commodity groups to promote improved weed control in agronomic crops and industrial vegetation management systems; $2,596,000 since 1996.

<u>Competitive</u>

B. Young, J. Norsworthy, K. Gage, K. Bradley, R. Smeda, A. Hager, L. Steckel, D. Reynolds, W. Johnson, G. Kruger, M. Loux. United Soybean Board, Research to Integrate Best Management Practices for Glyphosate-Resistant Weeds in Soybean Production Systems (10/01/2018 – 09/30/2019). $659,000.

E. Haramoto, J.A. Dille, K.L. Gage, R.J. Smeda. NIFA – CPPM, Integrated management techniques to combat potential shifts in horseweed emergence (09/01/2017 – 08/31/2019), $322,000.

B. Young, J. Norsworthy, K. Gage, K. Bradley, R. Smeda, A. Hager, L. Steckel, D. Reynolds, G. Kruger, M. Loux. United Soybean Board, Research to Integrate Best Management Practices for Glyphosate-Resistant Weeds in Soybean Production Systems (10/01/2017 – 09/30/2018). $508,000.

R.J. Smeda, D.S. Volenberg, and S.E. Dixon. MO Grape and Wine Institute, Growth and reproductive effects of dicamba on grapes (06/01/2017 – 06/01/2018), $14,500.

B. Young, J. Norsworthy, K. Gage, K. Bradley, R. Smeda, A. Hager, L. Steckel, D. Reynolds, W. Johnson, G. Kruger. United Soybean Board, Research to Integrate Best Management Practices for Glyphosate-Resistant Weeds in Soybean Production Systems (10/01/2016 – 09/30/2017). $526,000.

B. Young, J. Norsworthy, R. Cook, K. Bradley, R. Smeda, S. Conley, A. Hager, L. Steckel, D. Reynolds, W. Johnson, G. Kruger. United Soybean Board Research to Integrate Best Management Practices for Glyphosate-Resistant Weeds in Soybean Production Systems (10/01/2015 – 09/30/2016), $645,994.

X. Xiong, R.J. Smeda. United States Golf Assoc., Developing and establishing a new method to improve cold-tolerant bermudagrass breeding (03/01/2014 – 12/31/2016), $30,000.

T.M. Reinbott, K Clark, R.J. Smeda. NIFA-OREI, Organic weed management systems for Missouri (09/01/2014 – 08/31/2018), $922,926.

J.K. Norsworthy, R.J. Smeda, K.W. Bradley. United Soybean Board, Management solutions for glyphosate-resistant pigweeds in soybean (09/01/2012 – 09/30/2015), $200,000.

R.K. Striegler (co-PI: R. Smeda), Viticulture Consortium-East, Sustainable production systems for winegrapes in the Ozark Mountain Region: implementing improved management practices, developing a real-time information delivery system and developing a voluntary sustainable vineyard certification program (09/01/2010 - 08/31/2011), $8,820.

R.K. Striegler (co-PI: R.A. Allen; R. Smeda, J. Harris), Missouri Wind and Grape Board, Sustainable production systems for winegrapes in the Ozark Mountain Region: implementing improved management practices, developing a real-time information delivery system and developing a voluntary sustainable vineyard certification program (07/01/2010 – 06/30/2011), $41,006.

R.J. Smeda and X. Xiong, Missouri Dept. of Transportation, Vegetation management (07/01/2009 – 06/30/2011), $97,960.

R.K. Striegler (co-PI: R.A. Allen; R. Smeda, J. Harris), Missouri Wind and Grape Board, Sustainable production systems for winegrapes in the Ozark Mountain Region: implementing improved management practices, developing a real-time information delivery system and developing a voluntary sustainable vineyard certification program (07/01/2009 – 06/30/2010), $31,013.

R.J. Smeda and X. Xiong, Missouri Dept. of Transportation, Seedhead suppression (07/01/2009 – 06/30/2010), $19,804.

A. Allen, R.K. Striegler, R. Smeda, Missouri Wine and Grape Board, Demonstration and verification of best management practices for winegrape production in the Ozark mountain region (07/07/2008 – 06/30/2009), $26,120.

R.J. Smeda, Missouri Dept. of Transportation, Detection and management of cut-leaved teasel along a Missouri highway (11/01/2007 – 09/30/2008), $56,913

A. Allen, R.K. Striegler, R. Smeda, Missouri Wine and Grape Board, Demonstration and verification of best management practices for winegrape production in the Ozark mountain region (07/07/2007 – 06/30/2008), $24,876.

A. Kendig, R. Smeda, K. Bradley, MO Soybean Merchandising Council (MSMC), Effect of roundup on roundup ready soybeans (04/01/2004 – 03/31/2005), $10,000.

P. Scharf, R. Smeda, K. Bradley, Missouri Fertilizer and Ag Lime Council, Soil pH effects on atrazine carryover damage to no-till soybean (02/02/2003 – 12/31/2004), $28,000.

R.J. Smeda, W.G. Johnson, Missouri Precision Ag. Center, Utilizing remote sensing to determine the relationship between sulfentrazone herbicide and soybean injury (01/2001 – 12/31/2001), $9,500.

R.J. Smeda, Weed Science Society of America, Identification and characterization of common waterhemp resistance to the herbicide glyphosate (03/15/2000 – 12/31/2000), $1,000.

R.J. Smeda, W.G. Johnson, Missouri Precision Ag. Center, Utilizing remote sensing to determine the relationship between sulfentrazone herbicide and soybean injury (01/2000 – 12/31/2000), $15,000.

R.J. Smeda, A. Kendig, W.G. Johnson, D. Null, MO Soybean Merchandising Council (MSMC), Optimizing weed management tactics in no-till roundup ready soybeans (06/15/1998 – 05/31/2001), $70,000.

J. Schmitt, R. Smeda, American Society of Agronomy, Agronomy Club Mentoring Program (2000), $2,000.

G.S. Smith, W.G. Johnson, R.J. Smeda, USDA-CSREES (NC-IPM Program), Common waterhemp competition in soybean (1996-1998), $54,000.

J.B. Masiunas, B.D. Monks, R.J. Smeda, S.C. Weller, USDA-CSREES (Alternative Crops Program), Pigweed and nightshade control in pumpkin (09/01/1997 – 09/30/1999), $168,941.

R.J. Smeda, Cotton Incorporated, Differential response of pigweed (*Amaranthus*) species to cotton herbicides and identification of effective methods of control (01/01/1997 – 12/31/1997), $20,000.

R.J. Smeda, ACCase Resistance Working Group (consortium of Life Science Co.), Graminicide-resistant johnsongrass (*Sorghum halepense* L.) (1993-1994), $30,000.

C.E. Snipes, R.J. Smeda, W.L. Barrentine, G.D. Wills, Cotton Incorporated, Weed control in Mississippi cotton (1993-1995), $87,120 (Smeda portion $21,780)

E.P. Fuerst, K.C. Vaughn, M.A. Norman, R.J. Smeda, USDA-CSREES (NRI – Weeds Program), Sequestration as a mechanism of paraquat resistance in weeds (4/01/1991 – 03/31/1992), $58,352.

**Notable Service**

*1. Director for Undergraduate Programs (2003-2017) Division of Plant Sciences, University of Missouri*
- Chair of the Undergraduate Education Committee.  This committee addresses curriculum, scholarship, and recruitment aspects for potential and current undergraduate students in the Division of Plant Sciences.
- Initiated and oversaw development of emphasis areas for undergraduate students in Plant Sciences.  This was a dramatic change from the former Professional, Business, and Science options for students.  Currently, there are 4 emphasis areas (Breeding, Biology, and Biotechnology; Crop Management; Horticultural Science and Design; and Turfgrass Science), each with their own curricular requirements.
- Initiated an annual orientation and picnic for new undergraduate students in the Division of Plant Sciences.
- Oversee use of the Undergraduate Supplemental Fees provided to the Division of Plant Sciences.  Approximately $65,000 is received annually.  This includes development of a Supplemental Fee Proposal that faculty have used to upgrade teaching resources, renovate teaching equipment and space, and hire contract instructors to teach courses when no instructor is available.
- Approve the Graduation Plan for all undergraduate students in the Division.  This involves reviewing past and future courses required for students to meet graduation requirements.

*2. Promotion and Tenure*

14

- Division of Plant Sciences; 2013-2015; 2020-2022
- College of Ag, Food, and Natural Resources; 2016-2017

3. *Other service opportunities*
   - Served on 16 Division of Plant Sciences committees (faculty search, executive, mentoring) since 2003
   - Served on 4 CAFNR committees since 2003
   - Served on Campus-wide committees; currently 3 committees
   - Faculty Advisor to the Agronomy Club; 2001- present
   - Appointed to Officer or Board of Director positions for 3 different professional organization
   - Past Associate Editor for journal *Weed Science* (1995-1997)
   - President, President-Elect, Vice President, North Central Weed Science Society; 2021-present