**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *Salas v. Monsanto Company*, 3:21-cv-06173-VC | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DECLARATION OF ALEXANDRA C. WHITWORTH IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing date: TBD <br> Time: TBD |

I, Alexandra C. Whitworth, hereby declare as follows:

1. I am a Partner in the law firm of Bryan Cave Leighton Paisner LLP. My firm is counsel for defendant Monsanto Company ("Monsanto") in the above-captioned action. I make this declaration in support of Monsanto's Motion for Summary Judgment. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. As of this date, I am informed that Monsanto has paid in full the final punitive awards issued in (1) *Dewayne Johnson v. Monsanto Company, et al.,* Superior Court of California, County of San Francisco, Case No. CGC-16-550128; (2) *Edwin Hardeman v. Monsanto Company, et al.,* United States District Court, Northern District of California, Case No. 3:16-cv-00525-VC; and, (3) *Alva Pilliod, et all. v. Monsanto Company, et al.,* Superior Court of California, County of Alameda, Case No. RG17862702, all of which are cases involving product liability claims based on exposure to Monsanto's Roundup®-branded herbicides.

3. Attached hereto as Exhibit 1 is an Acknowledgement of Full Satisfaction submitted by Plaintiff in *Dewayne Johnson v. Monsanto Company, et al.*, Superior Court of California, County of San Francisco, Case No. CGC-16-550128, on January 13, 2021.

4. Attached hereto as Exhibit 2 is a Notice of Satisfaction of Judgment submitted by Plaintiff in *Edwin Hardeman v. Monsanto Company, et al.*, United States District Court, Northern District of California, Case No. 3:16-cv-00525-VC, on September 17, 2021.

5. Attached hereto as Exhibit 3 is an Acknowledgement of Full Satisfaction of Judgment submitted by Plaintiffs in *Alva Pilliod, et all. v. Monsanto Company, et al.*, Superior Court of California, County of Alameda, Case No. RG17862702, on July 5, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 15, 2023

Respectfully submitted,

/s/ *Alexandra C. Whitworth*
Alexandra C. Whitworth
Attorney for Defendant Monsanto Company

# EXHIBIT 1

EJ-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: | FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY |
|---|---|
| After recording, return to:<br>Curtis G. Hoke (SBN 282465)<br>The Miller Firm LLC<br>108 Railroad Ave.<br>Orange, VA 22960<br>State Bar Number 282465<br>TEL NO.: 540-672-4224   FAX NO. *(optional)*: 540-672-3155<br>E-MAIL ADDRESS *(Optional)*: choke@millerfirmllc.com<br>☒ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Civic Center Courthouse

PLAINTIFF: Dewayne Lee Johnson
DEFENDANT: Monsanto Company

CASE NUMBER: CGC-16-550128

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
☒ FULL   ☐ PARTIAL   ☐ MATURED INSTALLMENT

FOR COURT USE ONLY

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Francisco
**01/13/2021**
Clerk of the Court
BY: EDNALEEN ALEGRE
Deputy Clerk

1. Satisfaction of the judgment is acknowledged as follows:
   a. ☒ Full satisfaction
      (1) ☒ Judgment is satisfied in full.
      (2) ☐ The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. ☐ Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. ☐ Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   Dewayne Anthony Lee Johnson, 28 Blackberry Drive, Napa, CA 94558

3. Full name and address of assignee of record, if any:
   na

4. Full name and address of judgment debtor being fully or partially released:*
   Monsanto Company, 800 North Lindbergh Blvd. St. Louis, Missouri 63167

5. a. Judgment entered on *(date):* November 23, 2020
   b. ☐ Renewal entered on *(date):*

6. ☐ An ☐ abstract of judgment ☐ certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| | | |

7. ☐ A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 1/13/2021

▶ /s/ *(signature)*
*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060,
724.120, 724.250

## **Acknowledgement Form**

State of  Virginia                       )

                                    )ss.:

County of  Orange                    )

On the 13th day of January in the year 2021, before me, the undersigned notary public, personally appeared Curtis Hoke, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual executed the instrument.

_____ Notary Public

[Notary Seal: RICHARD MICHAEL MAYER, COMMONWEALTH OF VIRGINIA, REGISTRATION NO. 309365, MY COMM. EXPIRES 04/30/2021, NOTARY PUBLIC]

*Johnson v. Monsanto Company, et al.*
*San Francisco Superior Court Case No.: CGC-16-550128*

**PROOF OF SERVICE**

I, Curtis G. Hoke, declare as follows:

I am a citizen of the United States and am employed in Orange County, Virginia. I am over the age of eighteen years and not a party to the within action. My business address is 108 Railroad Avenue, Orange, Virginia 22960. On **January 13, 2021**, I served the following documents by the method indicated below:

**1.        ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

☑        **By Electronically Serving** the document(s) described above via LexisNexis File & Serve by 7:00 p.m. Pacific Standard Time on all parties appearing on the LexisNexis File & Serve service list.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this **January 13, 2021** at Arlington, Virginia.

_____
Curtis G. Hoke,
Declarant

*Johnson v. Monsanto Company, et al.*
**San Francisco Superior Court Case No.: CGC-16-550128**

**SERVICE LIST**

| | |
|---|---|
| George C. Lombardi, Esq.<br>Sandra Edwards, Esq.<br>James M. Hilmert, Esq.<br>**WINSTON & STRAWN LLP**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5969<br>Fax: (312) 558-5700<br>glombard@winston.com<br>jhilmert@winston.com<br>sedwards@winston.com | Counsel for Defendant<br><br>Served electronically Via Lexis Nexis File&Serve Xpress |
| Joe G. Hollingsworth, Esq.<br>Eric G. Lasker, Esq.<br>Martin C. Calhoun, Esq.<br>Kirby T. Griffis, Esq.<br>William J. Cople III, Esq.<br>**HOLLINGSWORTH LLP**<br>1350 I Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 898-5800<br>Fax: (202) 682-1639<br>jhollingsworth@hollingsworthllp.com<br>elasker@hollingsworthllp.com<br>mcalhoun@hollingsworthllp.com<br>kgriffis@hollingsworthllp.com<br>wcople@hollingsworthllp.com | Counsel for Defendant<br><br>Served electronically via Lexis Nexis File&Serve Xpress |
| Joshua W. Malone, Esq.<br>**Farella Braun + Martel LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Tel: (415) 95404400<br>Fax: (415) 954-4480<br>jmalone@fbm.com | Counsel for Defendant<br><br>Served electronically via Lexis Nexis File&Serve Xpress |
| Kenneth Lee Marshall, Esq.<br>**Bryan Cave Leighton Paisner LLP**<br>Three Embarcadero Center, 7th Floor | Counsel for Defendant |

PROOF OF SERVICE
- 2

| | |
|---|---|
| San Francisco, CA  94111-4070<br>Phone: 415-675-3444<br>klmarshall@bclplaw.com | Served electronically via Lexis Nexis File&Serve Xpress |
| David Axelrad, Esq.<br>Dean Bochner, Esq.<br>Jason Litt, Esq.<br>**Horvitz & Levy LLP**<br>3601 West Olive Avenue<br>8th Floor<br>Burbank, CA  91505<br>Phone: 818.995.0800<br>daxelrad@horvitzlevy.com<br>dbochner@horvitzlevy.com<br>jlitt@horvitzlevy.com | Counsel for Defendant<br><br>Served electronically via Lexis Nexis File&Serve Xpress |

PROOF OF SERVICE
- 3

# EXHIBIT 2

|   |   |
|---|---|
| 1 | **ANDRUS WAGSTAFF, PC** |
|   | Aimee H. Wagstaff (SBN 278480) |
| 2 | Aimee.Wagstaff@wagstafflawfirm.com |
|   | David J. Wool (SBN 324124) |
| 3 | David.Wool@wagstafflawfirm.com |
|   | 940 N. Lincoln Street |
| 4 | Denver, CO 80203 |
|   | Telephone: 303-376-6360 |
| 5 |   |
|   | **MOORE LAW GROUP, PLLC** |
| 6 | Jennifer A. Moore (SBN 206779) |
|   | jennifer@moorelawgroup.com |
| 7 | 1473 South 4th Street |
|   | Louisville, KY 40208 |
| 8 | Telephone: 502-717-4080 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 |
|---|---|
|   | ) Case No. 16-md-02741-VC |
|   | ) |
| THIS DOCUMENT RELATES TO: | ) **NOTICE OF SATISFACTION OF** |
|   | ) **JUDGMENT BY PLAINTIFF EDWIN** |
|   | ) **HARDEMAN** |
|   | ) |
| *HARDEMAN v. MONSANTO COMPANY,* | ) |
| *Case No: 3:16-cv-00525-VC* | ) |
|   | ) |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE** that, following this Court's August 26, 2021 Second Amended Judgment under which, as of September 16, 2021, Plaintiff Edwin Hardeman is to recover the total amount of $26,937,226.30 from Defendant Monsanto Company, on September 16, 2021 Defendant Monsanto Company fully and finally satisfied said Second Amended Judgment by payment of the full amount to Plaintiff Edwin Hardeman, which includes all amounts that were owed by Defendant Monsanto Company as of the date of payment.

Dated: September 17, 2021                **ANDRUS WAGSTAFF, PC**

By */s/ Aimee Wagstaff*

| | | |
|---|---|---|
| 1 | | Aimee H. Wagstaff |
| 2 | | David J. Wool<br>Attorneys for Plaintiff<br>EDWIN HARDEMAN |
| 3 | | |
| 4 | Dated: September 17, 2021 | **MOORE LAW GROUP, PLLC** |
| 5 | | |
| 6 | | By */s/ Jennifer Moore* |
| 7 | | Jennifer A. Moore<br>Attorneys for Plaintiff<br>EDWIN HARDEMAN |

NOTICE OF SATISFACTION OF JUDGMENT         Case No: 3:16-cv-00525-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of September 2021, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee H. Wagstaff

# EXHIBIT 3

**EJ-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY |
|---|---|
| After recording, return to:<br>Curtis G. Hoke (SBN 282465)<br><br>The Miller Firm, LLC<br>108 Railroad Ave.<br>Orange, VA 22960<br>TEL NO.: 540-672-4224    FAX NO. *(optional):*<br>E-MAIL ADDRESS *(Optional):*<br>[x] ATTORNEY FOR  [x] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 1225 Fallon St,<br>MAILING ADDRESS: 1225 Fallon St,<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: René C. Davidson Courthouse | |

| PLAINTIFF: Alva Pilliod and Alberta Pilliod | CASE NUMBER:<br>RG17862702 |
|---|---|
| DEFENDANT: Monsanto Company | |

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
[x] FULL    [ ] PARTIAL    [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
07/05/2022 at 01:04:29 PM
By: Suzanne Pesko,
Deputy Clerk

1. Satisfaction of the judgment is acknowledged as follows:
   a. [x] Full satisfaction
      (1) [x] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   Alva Pilliod; Alberta Pilliod

3. Full name and address of assignee of record, if any:
   N/A

4. Full name and address of judgment debtor being fully or partially released:*
   Monsanto Company, 800 N Lindbergh Blvd, Creve Coeur, MO 63141

5. a. Judgment entered on *(date):* May 20, 2019
   b. [ ] Renewal entered on *(date):*

6. [ ] An  [ ] abstract of judgment  [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| | | |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: June 29, 2022

▶ _/s/ [signature]_
*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

| Form Approved for Optional Use<br>Judicial Council of California<br>EJ-100 [Rev. July 1, 2014] | **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** | Page 1 of 1<br>Code of Civil Procedure, §§ 724.060,<br>724.120, 724.250 |

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Three Embarcadero Center, 7th Floor, San Francisco, CA 94111. My email address is: darya.oborina@bclplaw.com.

On July 5, 2022, I served the foregoing documents, described as:

**ACKNOWLEDGMENT OF SATISFACTION OF FULL JUDGMENT**

on each interested party in this action, as follows:

Attn. Alva Pilliod and Alberta Pilliod
Monsanto Company
800 N Lindbergh Blvd,
Creve Coeur, MO 63141

*Judgment Debtors*

**BY OVERNIGHT DELIVERY** – Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 5, 2022, at San Francisco, California.

*Darya V. Oborina*
DARYA V. OBORINA