UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Sonnier v. Monsanto Co.*, Case No. 20-cv-04217-VC<br><br>*Boone v. Monsanto Co.*, Case No. 20-cv-07884-VC<br><br>*Campbell v. Monsanto Co.*, Case No. 21-cv-02911-VC | MDL No 2741<br><br>Case No. 16-md-02741-VC<br><br>**ORDER ON MOTION FOR SUMMARY JUDGMENT;**<br><br>**FINAL JUDGMENT**<br><br>Re: Dkt. Nos. 16640, 16655, 16656 |

Monsanto has filed motions for summary judgment in these cases because the plaintiffs have failed to produce an expert for specific causation. The plaintiffs have not submitted a response, and the opposition deadline has passed. Accordingly, the motions are granted.

Judgment is entered in Monsanto's favor.

**IT IS SO ORDERED.**

Dated: June 16, 2023

VINCE CHHABRIA
United States District Judge