# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Karen Delorme-Barton v. Monsanto,* Case No. 3:18-cv-01427-VC | |

**EXPERT REPORT OF DR. ROBERT CONRY, M.D.**

**IN SUPPORT OF SPECIFIC CAUSATION**

TABLE OF CONTENTS

I.    Qualifications ................................................................................................... 4

II.   Methodology ................................................................................................... 5

III.  Demographic and Risk Factors for Lymphoma ............................................ 6

    A. Demographics ............................................................................................ 6

        i.   Male Gender ....................................................................................... 6

        ii.  Advancing Age .................................................................................. 6

        iii. Caucasian Race .................................................................................. 6

    B. Recognized Risk Factors ........................................................................... 6

        i.   Family History of Lymphoma or Other Hematological Malignancy ........................... 6

        ii.  Immunodeficiency from Congenital, Acquired, or Iatrogenic Causes ........................... 6

        iii. Autoimmune Disorders ....................................................................... 7

        iv.  Inflammatory Disorders ..................................................................... 7

        v.   Infectious Agents .............................................................................. 7

        vi.  Chemotherapy or Radiation Therapy ................................................. 7

        vii. Chemical Exposure ........................................................................... 7

        viii.Smoking ............................................................................................ 8

        ix.  Alcohol Consumption ....................................................................... 8

        x.   Obesity, Diet, and Physical Activity ................................................. 8

        xi.  Glyphosate Exposure from Roundup ................................................ 8

IV.   Epidemiology of Follicular B Cell Lymphoma ............................................ 10

V.    Medical History .......................................................................................... 10

VI.   Prognosis and Future Care ......................................................................... 14

VII.  Demographic and Risk Factors for Lymphoma as Relates to Karen Delorme-Barton ......... 15

    A. Demographics .......................................................................................... 15

        i.   Male Gender ..................................................................................... 15

        ii.  Advancing Age ................................................................................ 15

        iii. Caucasian Race ................................................................................ 16

    B. Recognized Risk Factors ......................................................................... 16

        i.   Family History of Lymphoma or other Hematologic Malignancy ............................... 16

        ii.  Immunodeficiency from Congenital, Acquired, or Iatrogenic Causes ........................... 16

        iii. Autoimmune Disorders ..................................................................... 16

        iv.  Inflammatory Disorders ................................................................... 16

        v.   Infectious Agents ............................................................................. 16

Confidential / Subject to Protective Order

**Exhibit B Page 2**

vi.  Chemotherapy or Radiation Therapy ........................................................................ 17

vii. Chemical Exposure Aside from Roundup/Glyphosate ............................................. 17

viii.Smoking .................................................................................................................... 17

ix.  Alcohol Consumption ............................................................................................... 17

x.   Obesity, Diet, and Physical Activity ........................................................................ 17

xi.  Glyphosate Exposure from Roundup ....................................................................... 17

C. Conclusions Regarding Operative Risk Factors for Lymphoma in Karen Delorme-
Barton…………………………………………………………………………………18

VIII.Damages Incurred and to be Incurred by Karen Delorme-Barton as a Result of Her
Lymphoma ............................................................................................................................ 19

A. Short-term toxicities of chemoimmunotherapy. .................................................... 19

B. Long-term consequences of Ms. Delorme-Barton's treatment .............................. 19

C. Psychological pain and suffering associated with receiving the diagnosis of an incurable
disease at age 63.......................................................................................................... 20

D. Ongoing anxiety associated with fear of recurrence and the impact this will have on she and
her husband .................................................................................................................. 20

E. Chemo-brain. ........................................................................................................... 21

F.  Pre-mature death ...................................................................................................... 21

IX. Other Information……………………………………………………………………...…22

Confidential / Subject to Protective Order

**Exhibit B Page 3**

**Expert Report of Dr. Robert Conry**
**in Matter of *Karen Delorme-Barton v. Monsanto Company***

**February 27, 2023**

### I.   <u>Qualifications</u>

I am a medical doctor specializing in medical oncology and hematology at the Clearview Cancer Institute. I am licensed to practice medicine in the state of Alabama and have been board certified in Medical Oncology since 1997. I was also previously board certified in internal medicine and hematology between 1990–2000 and 2001–2012. I have 29 years of experience as a full-time practicing medical oncologist including 27 years on faculty at The University of Alabama at Birmingham and for the past 2 years as a managing partner at Clearview Cancer Institute in central Alabama. I have personally served as an investigator in over 60 Phase I–III clinical trials as part of my practice and have published approximately 150 peer-reviewed journal articles and abstracts, and/or book chapters during my career, with particular focus on oncology.

I graduated *summa cum laude* from Auburn University, with a Bachelor of Science in Chemical Engineering. I obtained my medical degree (*cum laude*) from the University of Alabama at Birmingham where I also completed my Internship, Residency, and Fellowship (in the Division of Hematology/Oncology). I have diagnosed and treated well over 1,200 patients with non-Hodgkin's lymphoma (NHL) and see approximately 8 lymphoma patients weekly.

I will testify as to my background, education, training, and experience, which is more fully set forth in my Curriculum Vitae. My opinions are based in part on my clinical experience. My opinions below are to a reasonable degree of medical certainty.

I have reviewed the materials listed in the Materials Considered List in preparing my opinions in this matter.

Confidential / Subject to Protective Order

**Exhibit B Page 4**

## II. **Methodology**

The facts of the case were assessed from the medical records, deposition testimony, and an interview of the patient. Risk factors were assessed based upon peer-reviewed literature and other reliable scientific publications and reports.

To assess whether a toxic exposure, here Roundup with its active ingredient glyphosate, is a substantial contributor to an individual's development of cancer, I employ a process called a differential etiology, often referred to as a differential diagnosis. Differential etiology is a standard scientific technique used to identify those substantial contributing factors to the development of a disease by eliminating potential causes until the most probable ones are isolated. This methodology involves several steps.

First, I compile a list of recognized demographic and risk factors for a disease outcome based on what is known within the scientific community and within the scientific literature, regardless of whether I believe the evidence is sufficient to warrant it as a risk factor for NHL (and in those circumstances I state that the risk factor "may" be associated with the NHL).

Second, I carefully evaluate, for a specific individual, whether each risk factor applies based on all available evidence including medical records, patient interview, depositions, and any other salient evidence that would bear upon the issue.

Finally, for each risk factor that could apply, I draw upon available scientific knowledge and a continuing evaluation of the literature and evidence to determine whether the specific risk factor was, more likely than not, a substantial contributing factor in the development of the individual's cancer. This differential methodology is commonly used by experts in my field, as well as in my own practice, and is a well-established and reliable approach for making assessments

Confidential / Subject to Protective Order

**Exhibit B Page 5**

of causation for an individual. I have also taken into account and applied Bradford Hill considerations in my analysis.

### III. Demographic and Risk Factors for Lymphoma

#### A. Demographics

    i. Male Gender: Overall, the risk of follicular B cell lymphoma is slightly higher in males than females with a relative risk of 1.2 (PUBMED 32586570). The reasons for this are unknown. Thus, male gender is included as a risk factor for NHL by the American Cancer Society, but it is omitted by UpToDate, Mayo Clinic, Roswell Park Cancer Center, and Moffitt Cancer Center.

    ii. Advancing Age: The incidence of follicular B cell lymphoma increases with age, with a median age at diagnosis of 65 years and peak incidence between ages 75–79 (PUBMED 9166827 and 25151959).

    iii. Caucasian Race: In the United States, Caucasians are more likely to develop follicular non-Hodgkin's lymphoma as compared to African Americans or Hispanic Americans (PUBMED 24033296).

#### B. Recognized Risk Factors

    i. Family History of Lymphoma or Other Hematological Malignancy: Individuals with a family history of lymphoma or other hematologic malignancy are at increased risk of developing non-Hodgkin's lymphoma (PUBMED 15811955 and 16204696).

    ii. Immunodeficiency Resulting from Congenital, Acquired, or Iatrogenic Causes: Individuals with inherited immunodeficiency states such as Klinefelter syndrome, Chediak-Higashi syndrome, ataxia telangiectasia syndrome,

Confidential / Subject to Protective Order

**Exhibit B Page 6**

Wiscott-Aldrich syndrome, etc. are at increased risk of developing NHL (PUBMED 16251389). Similarly, those with acquired immunodeficiency states including HIV infection, acquired agammaglobulinemia, or multicentric Castleman's disease are at increased risk of NHL. Also, persons treated with immunosuppressive drugs due to autoimmune disorders or organ transplantation are at greater risk of NHL.

iii.   <u>Autoimmune Disorders</u>: Persons with rheumatoid arthritis, lupus, Sjogren's syndrome, Hashimoto's thyroiditis and other autoimmune disease are at increased risk of NHL (PUBMED 18263783).

iv.   <u>Inflammatory Disorders</u>: Individuals with celiac disease, dermatitis herpetiformis, or inflammatory bowel disease treated with azathioprine/ 6-mercaptopurine are at increased risk of NHL (PUBMED 16009685 and 16391371).

v.   <u>Infectious Agents</u>: Persons infected by Epstein-Barr virus, human T cell leukemia/lymphoma virus, human herpesvirus type 8, Helicobacter pylori, hepatitis C, mycobacterium tuberculosis, and other microbes are at greater risk of developing NHL (PUBMED 15095303).

vi.   <u>Chemotherapy or Radiation Therapy</u>: Patients receiving chemotherapy or radiation therapy for cancer are at increased risk of subsequent development of NHL.

vii.   <u>Chemical Exposure</u>: Exposure to chemicals found in hair dyes, certain other agricultural pesticides and herbicides, such as Agent Orange containing dioxin, increases the risk of NHL (PUBMED 16621961, 12924777).

Confidential / Subject to Protective Order

viii.   <u>Smoking</u>: Cigarette smoking may increase the risk of some forms of NHL (PUBMED 15824165).

ix.   <u>Alcohol Consumption</u>: Alcohol consumption has actually been associated with a reduction in the risk of developing NHL (PUBMED 22357444). I am not offering an opinion here that alcohol consumption reduces the risk of NHL.

x.   <u>Obesity, Diet, and Physical Activity</u>:   Several studies have indicated an increased risk of non-Hodgkin's lymphoma in the setting of obesity and may be a risk factor for NHL but even less convincingly among the simply overweight (PUBMED 17443495, 20930095, and 18167059). Conversely, moderate physical activity appears to have a protective effect reducing the risk of lymphoma (PUBMED 17337642). Diets rich in fat and red meat appear to increase lymphoma risk and may be a risk factor for NHL but high intake of fish and vegetables appears to be protective.

xi.   <u>Glyphosate Exposure from Roundup</u>: Based on the published literature regarding exposure to glyphosate-based herbicides and NHL, as well as my review of general causation expert reports in other Roundup cases, it is my opinion that Roundup and its active ingredient glyphosate is a risk factor for development of non-Hodgkin's lymphoma. In March 2015, IARC brought together 17 scientists from around the world to evaluate the scientific evidence on whether glyphosate can cause cancer in humans. The working group of scientists concluded that glyphosate falls in the category "probably carcinogenic to humans (group 2A)." IARC's 2A grouping of glyphosate is the second strongest category of evidence in a four tier scale. Further, as Dr. Portier

8

Confidential / Subject to Protective Order

points out in his Expert Report dated, July 3, 2020, at pages 12–16, there is a consistency of associations across epidemiology studies showing a significant association between glyphosate-based herbicides, such as Roundup, and NHL. For example, after conducting a meta-analysis on combined studies, **Schinasi and Leon** (2014), **IARC** (2015), **Chang and Delzell** (2016), **Zhang et. al** (2019), he found a statistically significant association between use of a glyphosate-based formulation and NHL. Figure ES-2 of Portier Report at page 14:

**Figure ES- 2: Odds Ratios and Rate Ratios for ever/never exposure from selected epidemiology studies and the meta-analyses done on these studies.**



| Study | RR | Lower | Upper | Included |
|---|---|---|---|---|
| A: Andreotti et al. (2018) (highest exposure) | 1.12 | 0.83 | 1.51 | |
| B: De Roos et al. (2005) (ever/never) | 1.10 | 0.70 | 1.90 | |
| C:    highest exposure | 0.80 | 0.50 | 1.40 | |
| D: De Roos et al. (2003) (ever/never) | 2.10 | 1.10 | 4.00 | |
| E:    Bayesian regression (ever/never) | 1.60 | 0.90 | 2.80 | |
| F: Eriksson et al., (2008) (ever/never) | 2.00 | 1.10 | 3.70 | |
| G:    most adjusted (ever/never) | 1.51 | 0.77 | 2.94 | |
| H:    > 10 days | 2.36 | 1.04 | 5.37 | |
| I: Hardell and Eriksson (1999) (ever/never) | 3.00 | 1.10 | 8.50 | |
| J:    most adjusted (ever/never) | 1.85 | 0.55 | 6.20 | |
| K: McDuffie et al. (2001) (ever/never) | 1.20 | 0.80 | 1.70 | |
| L:    > 2 days/year | 2.12 | 1.20 | 3.73 | |
| M: Orsi et al. (2009) (ever/never) | 1.00 | 0.50 | 2.20 | |
| Schinasi and Leon (2014) | 1.45 | 1.08 | 1.95 | B,D,F,I,K,M |
| IARC (2015) | 1.30 | 1.03 | 1.64 | B,D,G,J,K,M |
| Chang and Delzel (2016) (Model1) | 1.27 | 1.01 | 1.59 | B,E,G,J,K,M |
| Zhang et. al (2019) (use Andreotti et al. (2018) | 1.41 | 1.13 | 1.75 | A,D,H,J,L,M |
|    Use De Roos et al.(2005) | 1.45 | 1.11 | 1.91 | C,D,H,J,L,M |

("RR" refers to the OR or RR from the study, "Lower" refers to the 95% confidence lower bound and "Upper" to the 95% confidence upper bound. Case-control studies are shown in blue, cohort studies in red and meta-analyses in black.)

Confidential / Subject to Protective Order

I am not, however, offering a general causation opinion regarding Roundup or glyphosate.

## IV.   <u>Epidemiology of Follicular B Cell Lymphoma</u>

Follicular B cell lymphoma accounts for 35% of non-Hodgkin's lymphomas with an incidence of approximately 3 cases per 100,000 people per year in the United States (PUBMED 16150940). The median age at diagnosis is 65 years with a peak incidence between ages 75–79 (PUBMED 9166827 and 25151959). There is a small male predilection with a relative risk of 1.2 and the incidence in Caucasians is greater than that in African Americans or Hispanic Americans (PUBMED 24033296 and 32586570).

## V.   <u>Medical History of Ms. Delorme-Barton</u>

Karen Delorme-Barton is Caucasian and was born 5/5/1952. She suffered a tobogganing accident at the age of 17 which left her with intermittent lower back pain. She graduated from high school and attended Northern Illinois University before transferring to the University of Illinois at Chicago Circle where she graduated in 1976 with a degree in art history. Her first job was with Multi Association Action Committee (a sporting goods trade association). She subsequently became a sales representative for Warner Electric Brake and Clutch Company from 1981–1991 when she took long-term disability due to lumbar disc disease. She worked largely from home and traveled several days per week. She only visited manufacturing facilities for training dressed in a suit and heels and denies any occupational chemical exposure. In 1990, she first began experiencing pain radiating down her posterior left leg and was diagnosed with lumbar disc herniation. She also underwent a hysterectomy with bilateral salpingo-oophorectomy in 2006 to resect an early-stage uterine carcinoma and no chemotherapy or radiation therapy was necessary. She has not relapsed with 17 years of follow-up and appears to have been cured of that malignancy.

10

Confidential / Subject to Protective Order

Prior to her non-Hodgkin's lymphoma diagnosis, she was quite physically active working outdoors in her yard/garden for 8–12 hours in the summer, and she enjoyed working out at a gym to maintain strength and flexibility in her back and core. Ms. Delorme-Barton never smoked and never used smokeless tobacco or illicit drugs. She drank alcohol in low to moderate amounts. She reports drinking 1–2 glasses of wine a few days per week, typically Friday-Sunday, and rarely beer or liquor aside from an occasional margarita (per her deposition and telephone interview). Pre-dating her lymphoma diagnosis, she had hypertension and hyperlipidemia but no diabetes. Around the time of her lymphoma diagnosis, she tested negative for hepatitis B and hepatitis C and had no known history of HIV or other infections associated with development of NHL. She is 5 feet 6 inches tall and weighed 158 pounds, corresponding to a BMI of 25.5 (overweight but not obese) according to the medical record on 2/11/2016, shortly before her lymphoma diagnosis in February 2016. Her BMI was documented in the medical record in the overweight but not obese category multiple times between 2008 and her lymphoma diagnosis in 2016. During our telephone interview and her deposition, she reported a pattern of healthy dietary choices which she described as a Mediterranean diet with low fat and red meat intake and generous consumption of fruits, vegetables, low-fat yogurt and low-fat milk. She stated, "I'm high on organics." She reports shopping frequently at Whole Foods and Fresh Market and at the local farmer's market every Saturday. Her only confirmed family history of cancer is a maternal grandmother with colon cancer described in the Plaintiff Fact Sheet. In her deposition and telephone interview, she reported the possibility that a paternal aunt had "female cancer," possibly ovarian, and a maternal aunt likely had breast cancer, but she is uncertain. She has no family history of lymphoma or other hematologic malignancy.

Confidential / Subject to Protective Order

**Exhibit B Page 11**

Ms. Delorme-Barton's Roundup exposure documented in the Plaintiff Fact Sheet and her deposition included spraying in her parent's yard twice per week in Palos Heights, IL from 1976–1986, typically wearing a bikini top and shorts and flip flops with no gloves or mask. She performed this service for her parents because her father had severe heart disease. She later moved to Georgia and built a home in Roswell where she sprayed primarily Roundup concentrate 3–4 times weekly from April-October under hedges and ornamental trees as well as around a stacked rock wall, patio, dog pen and vegetable garden. She reports using the product for 90–120 minutes during each session and typically wearing a T-shirt, shorts, and flip flops or tennis shoes. She typically worked in the yard of 4-8 hours after spraying Roundup before showering or changing clothes. She frequently had Roundup concentrate and diluted product contact her hands, arms and legs but simply wiped the affected skin with her clothing. She reports purchasing 8–10 bottles of Roundup concentrate at a time containing 32 or 64 ounces per bottle. In her deposition, she stated, "I lived outside," and "I was a gardening freak." While she lived in Roswell, GA she also sprayed Roundup at her mother's new home (her father had passed away) in Marietta, GA, a short drive away, 2–4 times per week from 1988–2010. In 2010, Karen moved to a villa in Savannah, GA where she sprayed Roundup premixed 1–2 times per week. She also used Roundup for approximately 4 months in 2014 to clean up the yard at her deceased mother's home before it sold. During this 4-month episode, she used Ortho Groundclear herbicide (active ingredient 2,4-D) only once and this was her only lifetime use of an herbicide other than Roundup. She never handled pesticides or rodenticides.

In November 2015, Ms. Delorme-Barton began experiencing her first ever radiating pain down the front of her left thigh which led to an MRI of her lumbar spine on 1/27/16 revealing bulky adenopathy in the pelvis including a 5 cm mass compressing the L4 nerve root on the left.

Confidential / Subject to Protective Order

**Exhibit B Page 12**

CT scans of the chest, abdomen, and pelvis on 2/19/16 showed diffuse lymphadenopathy on both sides of the diaphragm and a left axillary lymph node biopsy demonstrated grade 1 follicular lymphoma which was at least stage III (possibly stage IV but she refused bone marrow biopsy as it would not alter her treatment). Her PET scan on 3/7/16 showed again diffuse adenopathy with specific uptake values (SUVs) up to 28, extra nodal disease suggested in the spleen, and a prominent focus of activity at the left L4-5 level. Her Follicular Lymphoma International Prognostic Index (FLIPI) was 4 on a scale of 0-5 based upon age greater than 60, stage III or IV, greater than 4 involved nodal areas, and LDH greater than the upper limit of normal with a normal hemoglobin. An FLIPI of 3 or greater places her in the high-risk group with predicted adverse effects on overall survival. She was unable to ambulate normally because of L4 nerve root compression by NHL and her medical oncologist, Dr. Yannucci, prescribed a walker and wheelchair.

Ms. Delorme-Barton received 2 cycles of bendamustine and Rituxan, but this regimen was abandoned due to a severe grade 3 skin toxicity of bendamustine, called Steven's-Johnson Syndrome, with a painful rash, blistering, fever, and fatigue so severe she could not stand in the shower. Her chemoimmunotherapy was converted to Rituxan, Cytoxan, Vincristine, and Prednisone for 4 additional cycles completed in July 2016. Her first post-treatment PET scan on 7/18/16 showed a good partial response with a remaining focus of hyper-metabolism in the mesentery. Her medical record repeatedly documents that she suffered from peripheral neuropathy in her hands from vincristine that still persists to this day in the form of numbness and pins and needles sensations. Despite her good response to chemoimmunotherapy, her left leg numbness, weakness, and pain radiating down the front of the left thigh remains a cause of substantial pain,

Confidential / Subject to Protective Order

**Exhibit B Page 13**

suffering, and disability for her even today. She has participated in multiple series of physical therapy treatments related to these problems.

A PET scan in February 2017 for the first time demonstrated a PET complete response of her NHL. Her last PET scan was in August of 2017 showing continued PET complete response and follow up since has been without routine imaging. She last saw Dr. Yannucci in January 2023 and remained clinical stable. Interestingly, she had a left neck ultrasound on 8/31/19 showing a suspicious lymph node with loss of fatty hilum which could represent persistent NHL as would not be surprising for a disease that is widely considered incurable.

## VI.   **Prognosis and Future Care**

Follicular B cell lymphoma is considered incurable and typically follows a course of responses to treatment followed by ever shortening periods of remission and ultimately resulting in death due to refractory disease or complications of therapy such as infection. The median duration of each remission is approximately 4.5 years for first remission, 2 years for second remission, 1 year for third remission, and progressive shortening thereafter.

Ms. Delorme-Barton is currently in first remission which is persisting longer than average likely due to the grade 1 indolent biology of her NHL and perhaps the use of 2 different chemoimmunotherapy regimens with her initial therapy (bendamustine and Rituxan x 2 followed by R-CVP x 4) precipitated by her intolerance of bendamustine. Nevertheless, much more likely than not, Ms. Delorme-Barton will relapse with her NHL over the next 2-3 years and require further therapy.

Ms. Delorme-Barton will likely need the following treatment as second-line therapy at relapse: CAR-T Cell therapy, ICU hospitalization, CNA care in hospitality house, additional

Confidential / Subject to Protective Order

**Exhibit B Page 14**

hospitalization to treat complications, FDG PET-CT scans or CT CAP until tumor progression, and M.D. visits and lab work until tumor progression.

Ms. Delorme-Barton will likely need the following treatment as third-line therapy: P13K inhibitor for 6 months, FDG PET-CT scans or CT CAP until tumor progression, M.D. visits and lab work until tumor progression, and home health nursing visits until tumor progression.

Ms. Delorme-Barton will likely need the following treatment as fourth-line therapy: Tazemetostat for 6 months, FDG PET-CT scans or CT CAP until tumor progression, M.D. visits and lab work until tumor progression, and home health nursing visits.

Ms. Delorme-Barton will likely need palliative care following her fourth round of tumor progression including: health aide twice a week, home health aide for 8 hours per day for the first 3 months; 12 hours per day for the next 2 months; 24-hour care for the next month; and finally progressing to hospice care for 1–2 weeks, and palliative medications.

Throughout Ms. Delorme-Barton's multiple rounds of tumor progression, she will require 5–7-day hospital admissions every other year for complications including neutropenic fever, pain management, treatment of opportunistic infections (bacterial, fungal, or viral pneumonias), or urinary tract infections. She may also require 5 days in the ICU, in addition to the admission to the medical floor, due to the aforementioned complications.

**VII.**   **Demographic and Risk Factors for Lymphoma as Relates to Karen Delorme-Barton**

    **A. Demographics**

        i.   <u>Male Gender</u>: Ms. Delorme-Barton is female and thus this demographic factor does not apply.

        ii.   <u>Advancing Age</u>: Ms. Delorme-Barton was diagnosed with lymphoma at the age of 63, which is 2 years younger than the median age and more than a decade

Confidential / Subject to Protective Order

younger than the peak age of incidence, thus this risk factor makes a small contribution to her risk.

iii.   <u>Caucasian Race</u>: Ms. Delorme-Barton is Caucasian which is associated with somewhat higher incidence of developing NHL. However, the majority of the population of the United States is Caucasian and yet the incidence of follicular lymphoma is only 3 cases per 100,000 Americans per year, so clearly simply being Caucasian produces little risk.

## B.  Recognized Risk Factors

i.   <u>Family History of Lymphoma or other Hematologic Malignancy</u>: Ms. Delorme-Barton has no known family history of lymphoma or other hematologic malignancy and thus this risk factor does not apply to the best of our knowledge.

ii.   <u>Immunodeficiency from Congenital, Acquired, or Iatrogenic Causes</u>: Ms. Delorme-Barton has no immunodeficiency syndrome and received no drugs that impaired immunity prior to her lymphoma diagnosis, thus this risk factor does not apply.

iii.   <u>Autoimmune Disorders</u>: Ms. Delorme-Barton has no autoimmune disorder, so this risk factor does not apply.

iv.   <u>Inflammatory Disorders</u>: Ms. Delorme-Barton had no chronic inflammatory disorder linked to NHL. Thus, this risk factor does not apply.

v.   <u>Infectious Agents</u>: Ms. Delorme-Barton was unaffected by infections associated with lymphoma and thus this risk factor does not apply.

16

vi.   <u>Chemotherapy or Radiation Therapy</u>: Ms. Delorme-Barton received no chemotherapy or radiation therapy pre-dating her lymphoma and thus this risk factor does not apply.

vii.   <u>Chemical Exposure Aside from Roundup/Glyphosate</u>: Ms. Delorme-Barton had no known exposure to chemicals associated with lymphoma aside from Roundup and thus this risk factor does not apply. Also, she did not participate in any of the high-risk occupations identified by Monsanto in their Plaintiff Fact Sheet questionnaire.

viii.   <u>Smoking</u>: Ms. Delorme-Barton never smoked nor used any form of tobacco; thus, this risk factor does not apply.

ix.   <u>Alcohol Consumption</u>: Ms. Delorme-Barton consumed alcohol in low to moderate quantities which may have a partially protective effect at reducing her risk of developing lymphoma, but regardless is not a risk factor for NHL.

x.   <u>Obesity, Diet, and Physical Activity</u>: Ms. Delorme-Barton maintained a BMI in the non-obese range pre-dating her NHL diagnosis and had a high level of physical activity and made healthy dietary choices. Thus, these risk factors do not apply.

xi.   <u>Glyphosate Exposure from Roundup</u>: Ms. Delorme-Barton used Roundup personally to control weeds around her parent's house in Illinois for 10 years twice weekly, around her home in Roswell, GA for 15 years 3–4 times weekly, around her mother's home in Marietta, GA for 22 years 2–4 times weekly, around her villa in Savannah, GA for 2 years 1–2 times weekly, and at her mother's home in Marietta, GA for 4 months in 2014 1–2 times weekly. Thus,

17

**Exhibit B Page 17**

her personal use occurred during 35 years pre-dating her NHL diagnosis and included over 3,000 application sessions, many of which lasted over an hour and were associated with considerable post-dermal application exposure, since she seldom washed or changed clothes for many hours after each application. She also did not use any personal protective equipment when she applied Roundup. Thus, I conclude to a reasonable degree of medical certainty that this risk factor substantially contributed to Ms. Delorme-Barton's risk of developing NHL.

## C.  Conclusions Regarding Operative Risk Factors for Lymphoma in Karen Delorme-Barton

It is my expert opinion to a reasonable degree of medical certainty that the following risk factors **were not substantial contributing factors** to Ms. Delorme-Barton's development of lymphoma: gender, race, family history, immunodeficiency, autoimmunity, chronic inflammation, infection, chemotherapy or radiation, chemical exposure aside from Roundup/glyphosate, smoking, obesity, physical activity, nor diet.

Ms. Delorme-Barton's risk for development of follicular NHL was perhaps reduced by her low to moderate alcohol consumption and mildly increased based upon her age of 63 years at diagnosis. It is also my expert opinion to a reasonable degree of medical certainty that her Roundup exposure **was a substantial contributing factor** to her development of follicular B cell lymphoma.

This report is intended to explore specific causation in the case of Karen Delorme-Barton's follicular non-Hodgkin's lymphoma and does not represent the analysis of general causation of specific lymphomas or of the lymphoma group of cancers as a whole. While I have conducted a substantial review of the scientific

Confidential / Subject to Protective Order

**Exhibit B Page 18**

literature regarding exposure to glyphosate-based herbicides and Roundup and non-Hodgkin's lymphoma as part of my analysis, it assumes that the conclusions of the special experts on general causation and genotoxicity of glyphosate are true, and that glyphosate is genotoxic and is carcinogenic to humans.

## VIII.  Damages Incurred and to be Incurred by Karen Delorme-Barton as a Result of Her Lymphoma

A. **Short-term toxicities of chemoimmunotherapy:** included extreme fatigue, nausea, risk of serious infection, and alopecia. She also suffered severe skin toxicity from bendamustine, including painful rash, blistering, fever, and fatigue persisting for weeks.

B. **Long-term consequences of Ms. Delorme-Barton's treatment (thus far) include:**

   i.   Chronic, persistent peripheral neuropathy secondary to vincristine with numbness and pins and needles sensation of her hands and fingers.

   ii.  Permanent numbness and weakness of her left leg to the toes and disabling pain in the left anterior thigh, all resulting from L4 nerve root compression by NHL. As a consequence of these left leg symptoms, she has been unable to participate in sexual intercourse since Feb 2016 and can only ride short distances in the car for 30 minutes or less, eliminating pleasure travel with her husband. She also has insomnia due to inability to find a comfortable position in which to sleep. She has abnormal gait and can only climb stairs one at the time on good days. Other days she cannot access the second story of her home.

   iii. Risk of secondary leukemia or myelodysplasia resulting from chemotherapy for lymphoma.

Confidential / Subject to Protective Order

**Exhibit B Page 19**

C. **Psychological pain and suffering associated with receiving the diagnosis of an incurable disease at age 63:** In her deposition, page 209, Ms. Delorme-Barton says, "My future is somewhat unknown in terms of it's always in remission, but coming back faster, coming back with a vengeance, not being easily treated with drugs. Those things are playing in my head." She further states, "I thought NHL is like so many cancers, 5 years you're fine. And I learned then (August 2016 at completion of chemotherapy) that it doesn't work that way…it's never cured." Consequently, she still has a Mediport in place to facilitate future treatment for her NHL as well as blood draws for follow-up visits. Ms. Delorme-Barton's treating medical oncologist, Dr. Yannucci, in her deposition, page 53, stated, "Typically we say you cannot cure follicular lymphoma." On page 100, when asked about Ms. Delorme-Barton being recurrence-free for 5 years, Dr. Yannucci says, "There is not necessarily a year mark with follicular lymphoma. Follicular lymphoma can unfortunately come back at any time because it's a low grade lymphoma. So we typically continue to see them annually indefinitely."

D. **Ongoing anxiety associated with fear of recurrence and the impact this will have on she and her husband:** She expresses regret for the impact of her NHL on her husband Bill in that, "We don't do the things we did before that were fun. Travel! It's harder. I feel sorry for him, and he has to pick up the slack. It's scary for a spouse." (Deposition, page 241). She also worries that her husband is her only living close relative to care for her when she relapses and the impending financial burden this will cause. During her telephone interview with me, she reported that her husband retired early to be her caregiver related to her NHL and its aftermath.

Confidential / Subject to Protective Order

E. **Chemo-brain:** Ms. Delorme-Barton reports being very good with math and tutoring college students in this discipline before her chemoimmunotherapy. Following therapy for NHL, she has struggled with keeping a checkbook, with dates, and short-term memory.

F. **Pre-mature death:** Premature death is highly likely since the median overall survival with follicular lymphoma is approximately 15 years and she was diagnosed at the age of 63, predicting death as a consequence of her NHL or complications to its therapy by the age of 78, rather than a more typical life-expectancy for a relatively healthy woman of her age being approximately to age 85.

21

Confidential / Subject to Protective Order

**Exhibit B Page 21**

IX.   **Other Information**

In the last four years, I have given deposition testimony approximately 7 times as an expert and have provided trial testimony twice during that period.  I do not keep a running list of such cases.

I charge $575 per hour of time spent working as an expert, $675 per hour for deposition testimony, and $775 per hour at trial plus travel expenses and $3,000 per day that I am away from clinic for deposition or trial due to lost earnings.


_____
Robert Conry, M.D.

22

**Exhibit B Page 22**

Confidential / Subject to Protective Order