# EXHIBIT C

Robert Conry, M.D.

```
 1                    UNITED STATES DISTRICT COURT

 2                    NORTHERN DISTRICT OF CALIFORNIA

 3

 4    * * * * * * * * * * * * * *    MDL NO. 2741

 5    IN RE:  ROUNDUP PRODUCTS    *    Case No. MDL No.
       LIABILITY LITIGATION       *
 6                                      3:16-MD-02741-VC
       * * * * * * * * * * * * * *
 7
       This document relates to:
 8
       Karen Delorme-Barton,
 9
       vs.
10
       Monsanto Company.
11
       Case No. 3:18-cv-01427
12

13
                                   * * * * *
14

15

16

17               The video deposition of ROBERT CONRY, M.D.,

18               taken via Zoom videoconference on the

19               14th day of April, 2023, commencing at

20               approximately 9:00 a.m., CST.

21

22

23

24

25
```

**Exhibit C Page 1**

```
1                    A P P E A R A N C E S

2      FOR THE PLAINTIFF:

3              WEITZ & LUXENBERG
               Fisher Building
4              3011 West Grand Blvd., 24th Floor
               Detroit, Michigan  48202
5              BY:  Gregory Stamatopoulos, Esquire
                    Gstamatopoulos@weitzlux.com
6                   Chantal Khalil, Esquire
                    Ckhalil@weitzlux.com
7
       FOR THE DEFENDANT:
8
               NELSON MULLINS
9              Meridian
               1320 Main Street, 17th Floor
10             Columbia, South Carolina  29201
               BY:  Eric A. Paine, Esquire
11                  Eric.Paine@nelsonmullins.com
                    Ericka Downie, Esquire
12                  Ericka.Downie@nelsonmullins.com

13


14

       VIDEOGRAPHER:
15
               Vince Rosica
16


17


18


19             Jillian Doctor, RPR, CRR
               Court Reporter
20


21


22


23


24


25
```

**Exhibit C Page 2**

Golkow Litigation Services                            Page  2

Robert Conry, M.D.

```
 1
                              I N D E X
 2      EXAMINATION                                          PAGE

 3      By Mr. Paine                                            4

 4                        *  *  *  *  *  *

 5      EXHIBITS

 6      Deposition Exhibit Number 1                             9

 7          Expert Report of Dr. Robert Conry, M.D.

 8      Deposition Exhibit Number 2                            13

 9          Materials Considered List

10      Deposition Exhibit Number 3                            18

11          Notice of Deposition

12      Deposition Exhibit Number 4                            27

13          Karen Delorme-Barton Case Invoice - February 24, 2023

14      Deposition Exhibit Number 5                            28

15          Karen Delorme-Barton Case Invoice - March 22, 2023

16      Deposition Exhibit Number 6                            42

17          Lymphoma incidence patters by WHO article

18      Deposition Exhibit Number 7                            52

19          Epidemiology of Follicular Lymphoma - James R. Cerhan

20      Deposition Exhibit Number 8                            63

21          Occup Environ Med Article

22      Deposition Exhibit Number 9                            65

23          Herbicide use in farming article - Anneclaire J. De Roos

24      Deposition Exhibit Number 10                          168

25          Life Expectancy in Follicular Lymphoma - Blood Journal
```

**Exhibit C Page 3**

Robert Conry, M.D.

```
1      Doctor.  Another portion deals with sort of the

2      science from literature and other sources that

3      you've consulted.  So with sort of that framework

4      in mind, what I want to know is this additional

5      20 to 40 hours that you've spent since you

6      prepared your report, does that deal with the

7      latter category, the review of additional

8      scientific materials like articles or references?

9      MR. STAMATOPOULOS:

10              Objection, form.  Misstates testimony.

11     A       So it deals with both.  You know, I've

12     received some updated medical records on

13     Ms. Delorme-Barton.  I've received the deposition

14     testimony of her husband Bill and read that.  But

15     then the majority of the time would be, you know,

16     as you know, I've been previously deposed in a

17     Roundup matter back in the fall.  And so most of

18     that time has been refreshing myself on the

19     epidemiology animal model and genotox studies as

20     well as looking at, you know, literature searches

21     for any additional information that's been

22     published since my prior testimony.

23     Q       Okay, Doctor.  To the extent you've

24     received any new medical records or factual

25     information such as Mr. Delorme-Barton's
```

**Exhibit C Page 4**

Robert Conry, M.D.

```
1                    Objection to form.

2        A         No.  As described or stated in my

3        report, I'm acting as a specific causation expert

4        in this matter with Karen.  And I have, you know,

5        reviewed the genotoxicity animal model studies

6        and original epidemiology studies and reviewed

7        more thoroughly the meta-analyses and have

8        understood the material in formulating my opinion

9        that glyphosate Roundup belongs on the list of

10       potential causes for NHL.  But I'm not being

11       proctored as a general causation expert.

12       Q         Okay.  I think I understand.  But if

13       you would take a look at your report on Page 10.

14       And I'll put it up on the screen here just for

15       easy reference.  Right at the top of Page 10

16       there is a statement that says, "I am not,

17       however, offering a general causation opinion

18       regarding Roundup or glyphosate."  Did I read

19       that correctly?

20       A         Yes.  As pertains to this matter.  The

21       herein matter.

22       Q         So just so I understand, you have

23       opinions about Roundup being capable of causing

24       non-Hodgkin's lymphoma, what we call general

25       causation, but you're confining your opinions in
```

**Exhibit C Page 5**

Golkow Litigation Services                        Page 40

Robert Conry, M.D.

```
1     is?

2     A        Well, as I say, the materials

3     considered list is not meant to be exhaustive.

4     Q        So should we take it from your not

5     including De Roos '22, this is not an important

6     paper?

7     MR. STAMATOPOULOS:

8              Objection to form.

9     A        No.  I wouldn't agree to that.

10    Q        Okay.  Well, Doctor, this is a pooled

11    analysis; right?

12    A        Yes.

13    Q        And do you know what a pooled analysis

14    is?

15    A        Well, it says it's pool data from 10

16    case-controlled studies.  So this would be sort

17    of another meta-analysis.

18    Q        Okay.  Do you know the difference

19    between pooled analyses and meta-analyses?

20    A        That's more of an epidemiology

21    question.  It's beyond what I have to know to

22    place glyphosate Roundup on my list of causes of

23    NHL.

24    Q        Look at the portion on the right-hand

25    side of the first page.  Do you see the box and
```

**Exhibit C Page 6**

Golkow Litigation Services                          Page 66

Robert Conry, M.D.

1    2000 or 2001.  So over the last 20 years I have

2    read the meta-analyses, of which there are now

3    10.  And I have placed more reliance on the

4    meta-analyses than the individual epidemiology

5    studies.  And these individual epidemiology

6    studies have been analyzed up one side and down

7    the other by career epidemiologists in the form

8    of these meta-analyses.  And in nine out of 10

9    instances, they find a statistically significant

10   association between Roundup and NHL.

11          And that's what I have focussed on as a

12   career medical oncologist, not an epidemiologist,

13   and someone who is a specific causation expert in

14   this matter, not a general causation.

15   MR. PAINE:

16          Move to strike as non-responsive.

17   Q       Doctor, I didn't ask you about anything

18   other than the De Roos paper.

19   A       I'm trying to explain why I haven't

20   exhaustively digested the De Roos paper.  Because

21   there is several other De Roos papers.  This is

22   just one of the De Roos papers.

23   Q       I'm asking you about this one.  Does

24   this or does this not --

25   A       I understand.

**Exhibit C Page 7**

Robert Conry, M.D.

```
 1    misrepresent their medical history or their

 2    symptoms?

 3    MR. STAMATOPOULOS:

 4              Objection to form.

 5    Q       Do you consider that?

 6    A       Well, I would say, you know, you -- to

 7    some extent I do.  I mean, obviously.  I mean,

 8    but, again, I would say with this particular

 9    plaintiff and her husband everything seems to

10    match up in my estimation between the medical

11    record, their deposition testimony, and her phone

12    interview.  And it all sounds, you know,

13    reasonable and credible in my estimation.

14    Q       Now, let me ask you this, how do you

15    assess a plaintiff's credibility?  Is there a

16    method?

17    MR. STAMATOPOULOS:

18              Objection to form.

19    A       Well, I would say I'm not the --

20    assessing her credibility I would say is probably

21    not my primary role here.  I think it's one of my

22    roles.  But I think, you know, there are other

23    individuals involved in this case and in cases

24    like this that try to assess Karen's Roundup use.

25              I do the best I can to estimate that
```

**Exhibit C Page 8**

Robert Conry, M.D.

```
 1      contributing causes for a patient's -- in this

 2      case, plaintiff's non-Hodgkin's lymphoma?

 3      MR. STAMATOPOULOS:

 4              Objection, form.

 5      A       I believe I did do a thorough review.

 6      And, again, I've done a very thorough review to

 7      identify risk factors and I try to address the

 8      relevance of all those risk factors to this

 9      particular plaintiff.

10      Q       Now, we talked a little bit about age

11      being a risk factor, contributing cause to

12      lymphoma; right?

13      A       Yes.

14      Q       Okay.  And let's go again to the Cerhan

15      article.  If you've still got that in front of

16      you, I'd like you to take a look at that and

17      specifically go to Page 632.  Do you see there is

18      a section called Descriptive Epidemiology?

19      A       Yes.

20      Q       All right.  In the middle of that

21      paragraph, about little more than about halfway

22      down there is a sentence that reads, "The

23      incidence of FL, follicular lymphoma, increases

24      sharply with age;" correct?

25      A       It does.
```

**Exhibit C Page 9**

Golkow Litigation Services                           Page 143

Robert Conry, M.D.

```
 1    Q        Okay.  And do you agree with that?

 2    A        It does go up with age, yes, as I

 3    pointed out in my report.

 4    Q        Okay.  And they refer to Figure 1,

 5    which is right below that.  Do you see that?

 6    A        Yes.

 7    Q        And did you happen to notice this

 8    figure when you were reviewing this for your

 9    opinions?

10    A        Yes, I've seen it.

11    Q        Okay.  And according to this graph, the

12    rate of follicular lymphoma increases from

13    approximately one per 100,000 in the 30 to 34 age

14    range to more than 10 per 100,000 at the 60 to 64

15    age range.  Do I read that graph correctly?

16    A        Yes.  But that still just means one in

17    10,000 in her age range when she was diagnosed.

18    Q        Right.  But another way of looking at

19    that is it is 10 times more common to be

20    diagnosed with follicular lymphoma in the 60 to

21    64 age group than it is in the 30 to 34 age

22    group; correct?

23

24    MR. STAMATOPOULOS:

25             Objection to form.
```

**Exhibit C Page 10**

Golkow Litigation Services                          Page 144

```
 1    A         That's true.  That's true for the vast

 2    majority of cancer.  That they increase with age.

 3    And she is -- in her diagnosis, she was younger

 4    than the median age and more than a decade

 5    younger than the peak age of incidents for NHL in

 6    general and follicular lymphoma.

 7    Q         So, Doctor, you've concluded in your

 8    report that Ms. Delorme-Barton's age only made

 9    what you called a, quote, small contribution to

10    her risk; correct?

11    A         Yes.  I mean, kind of like being a

12    Caucasian.  I mean, yes, she's Caucasian, but the

13    vast, vast, vast, vast majority of Caucasians

14    don't get NHL.  And, yes, she's 63, but, you

15    know, that puts her at .01 percent risk per year

16    of getting NHL.  So yes.

17    Q         So the fact remains that as this graph

18    shows, it's 10 times more common in the age group

19    where she was diagnosed than it is for somebody

20    half her age; correct?

21    MR. STAMATOPOULOS:

22              Objection to form.

23    A         The incidence does go up with age.

24    She's younger than the median age and

25    substantially younger than the peak age.  And at
```

Exhibit C Page 11
Golkow Litigation Services                           Page 145

Robert Conry, M.D.

```
 1      her age, the risk is roughly one in 10,000 people

 2      get the disease per year.  And that's

 3      .01 percent.

 4      Q        Now, Doctor, can you conclude to a

 5      reasonable degree of medical certainty that

 6      Ms. Delorme-Barton's follicular lymphoma was not

 7      simply a result of her advancing age?

 8      A        Yes.  I think as I've stated in my

 9      report, I think her extensive use of Roundup

10      glyphosate in the body, the weight of the

11      evidence from the animal model and genotoxicity

12      and epidemiology studies surrounding glyphosate

13      and Roundup indicate that that was a substantial

14      contributing factor to her lymphoma development.

15      Q        So if I understand correctly, part of

16      your differential diagnosis methodology means you

17      have to rule out other potential contributing

18      factors and risk factors; correct?

19      A        Well, you rule out some and you

20      acknowledge that some others may exist to a

21      limited degree.  But then you try to draw, you

22      know, what conclusions you can about which one

23      predominates or you -- you know, the other issue

24      that we haven't gotten into today -- I think we

25      discussed a good bit at my prior deposition, is
```

**Exhibit C Page 12**

Robert Conry, M.D.

```
1        that lymphoma development is a multi hit process

2        and multiple driver mutations are necessary to

3        give -- to make a cancer cell a cancer cell.

4              And so a patient can have more than one

5        risk factor operative and the Roundup glyphosate

6        can still be what provides two out of the six

7        hits necessary to make a cancer a cancer.  So

8        without Roundup, they would not have gotten the

9        cancer.

10   Q        Do you have any objective evidence

11       whatsoever in the medical records, the pathology

12       records, the imaging studies, any data whatsoever

13       in Ms. Delorme-Barton's case that Roundup, in

14       fact, produced any hits as you call them that

15       contributed to her lymphoma?

16       MR. STAMATOPOULOS:

17              Objection to form.

18   A        Well, this is bantered about, you know,

19       frequently.  And of course the answer is, there

20       is no definitive signature for a Roundup-induced

21       lymphoma.  Just like there is no definitive

22       signature for smoking-induced lung cancer.  It's

23       not like a certain histology under the microscope

24       of lymphoma means it was caused by Roundup or a

25       certain gene mutation profile means it was caused
```

**Exhibit C Page 13**

Golkow Litigation Services                    Page 147

Robert Conry, M.D.

```
1      by Roundup.  But that's not true just for

2      Roundup.  That's true for other carcinogens.

3      There is not a well known clinical or pathologic

4      signature for smoking-induced lung cancer or for

5      benzene-induced leukemia.  Or, you know, you can

6      name hundreds of examples.

7      Q        Have you actually looked at that to see

8      if there are signature mutations associated with

9      certain environmental risk factors?

10     MR. STAMATOPOULOS:

11              Objection to form.

12     A        I would say for the majority --

13     MR. PAINE:

14              What's the objection?

15     MR. STAMATOPOULOS:

16              Well, it's outside the scope.  You're

17     asking him about other environmental factors.  He

18     just -- it's also overbroad as well.  You haven't

19     defined what other environmental factors we're

20     talking about.

21     MR. PAINE:

22     Q        The ones that you just looked at -- the

23     ones that you just mentioned to me, Doctor, have

24     you done any research whatsoever to see if there

25     are signature mutations associated with any of
```

**Exhibit C Page 14**

Robert Conry, M.D.

1      those exposures?

2      A         Well, I know that there is not a, you

3      know, definitive clinical or pathologic signature

4      for, say, smoking-induced lung cancer, which is

5      one of the most well-established epidemiologic

6      causes of cancer.  I think that's also true for

7      smoking-induced bladder cancer.  And for a number

8      of other carcinogen-induced cancers, the majority

9      of carcinogen-induced cancers.

10     Q         Doctor, spontaneous mutations from

11     replication errors can result in cancers in the

12     absence of exposure to environmental risk

13     factors; correct?

14     A         That's been published and seems

15     plausible.

16     Q         Okay.  Now, nothing in your report

17     addresses or even mentions spontaneous mutations

18     resulting from these replication errors; correct?

19     A         Yes.  I think that would be sort of

20     contained within the aging category.

21     Q         Now, it's true that the majority of

22     non-Hodgkin's lymphomas occur without a known

23     external cause or exposure to, what I'll call,

24     extraneous risk factors; correct?

25     MR. STAMATOPOULOS:

**Exhibit C Page 15**

Golkow Litigation Services                                    Page 149

Robert Conry, M.D.

```
 1      of driver mutations to make a normal cell convert

 2      all the way to being a cancer cell.  And, yes,

 3      some percentage of those may occur spontaneously

 4      due to DNA replication, but then others can be

 5      promoted by a carcinogen like Roundup or

 6      cigarette smoking in the case of lung and bladder

 7      cancer.  And even if half or two-thirds of the

 8      mutations occur due to replication errors, you

 9      still wouldn't have a cancer if you didn't get

10      the other third of the mutation or the other half

11      of the mutations caused by the environmental

12      source such as Roundup.

13      Q       So, Doctor, again, we've sort of been

14      over this, but in light of what you just told me,

15      I want to make sure we're crystal clear on this

16      point.  You can't identify any specific mutation

17      in any case of non-Hodgkin's lymphoma that's

18      attributable to Roundup, can you?

19      MR. STAMATOPOULOS:

20              Objection, asked and answered.

21      A       Again, that's not unique to NHL or

22      Roundup.  That's --

23      Q       It's yes or no, Doctor.  Can you

24      identify any specific mutation in any patient

25      with any kind of non-Hodgkin's lymphoma that is
```

**Exhibit C Page 16**

Robert Conry, M.D.

1    attribute to Roundup exposure?

2    MR. STAMATOPOULOS:

3           Same objection.

4    A      The answer to that is no.  But it's a

5    misleading question, and I think my prior remarks

6    clarify that.

7    MR. PAINE:

8           Move to strike after no.

9    Q      Doctor, from what you've just told me

10   that spontaneous mutations can contribute to the

11   development of cancers, why didn't you address

12   this in your report?

13   MR. STAMATOPOULOS:

14          Objection, misstates testimony.

15   A      Yeah.  We're looking for risk

16   factors -- I didn't put being human as a risk

17   factor, you know what I mean?  I mean, what we're

18   looking for is identifiable recognized risk

19   factors.  As I say, UpToDate doesn't list, you

20   know, being human or having DNA replication

21   errors, which is part of being human.  And

22   neither does the American Cancer Society or the

23   other cancer websites that I list and

24   publications I list.  I think, as I say, there is

25   some fairly recent science that points to our

**Exhibit C Page 17**

Robert Conry, M.D.

```
 1      replication errors making a significant

 2      contribution to human cancer donors.  But that

 3      doesn't by any means mean that there aren't

 4      important environmental causes of cancer that

 5      contribute as well.  As we all know, smoking does

 6      to lung cancer, head and neck cancer, bladder

 7      cancer, kidney cancer.  And that's just one

 8      example along with benzene and leukemia and many,

 9      many others.

10              So, again, in a multi-hit universe

11      where as we all go through our life span, we're

12      developing some mutations in our cells.  And you

13      don't get the cancer unless you get the full

14      number of driver mutations within a single cell

15      to make it a cancer cell and DNA replication

16      errors get you halfway there, that doesn't give

17      you the cancer at all unless some environmental

18      cause pushes you the rest of the way.

19      Q       Now, Doctor, at various times in your

20      report in your prior deposition, even today,

21      you've referred to an apparent difference between

22      substantial contributing factors or major

23      contributing factors on the one hand and minor or

24      small contributing factors or another.  What I

25      want to know is, how do you differentiate between
```

**Exhibit C Page 18**

Robert Conry, M.D.

```
 1        a major or substantial contributing factor on one

 2        hand and a minor or small contributing factor on

 3        the other?  How do you do that?

 4        A          Well, I think the evidence, say,

 5        linking prior chemotherapy or radiation to

 6        lymphoma is very strong.  And that someone having

 7        had a prior cancer with chemotherapy and/or

 8        radiation is a big risk factor.  I think,

 9        likewise, somebody with an autoimmune condition,

10        that's a big risk factor.  I think somebody with,

11        you know, obesity is a softer risk factor.

12        Somebody with relative physical inactivity is a

13        minor risk factor based on the available

14        evidence.  And somebody who eats more red meat is

15        maybe a relatively small risk factor compared to

16        chemotherapy or infections with certain organisms

17        or autoimmunity for example.  So it's really

18        based on the weight of the evidence.  And I think

19        the weight of the evidence for the Roundup

20        glyphosate indicates that someone like Karen who

21        used it for 35 years extensively, half the year

22        repeated applications every week or two for

23        six months out of the year for 35 years, it's a

24        substantial contributing factor, substantial risk

25        factor or cause.
```

**Exhibit C Page 19**

Golkow Litigation Services                          Page 154

Robert Conry, M.D.

```
 1    Q       So does it come down to the amount of

 2    use that differentiates a major from a minor risk

 3    factor in your methodology?

 4    A       No.  I think I just explained it's --

 5    well, partly due to the weight of evidence

 6    supporting an association.  I mean, so there is a

 7    high weight of evidence supporting association

 8    between chemotherapy and subsequent development

 9    of lymphoma.  Or radiation and subsequent

10    development of lymphoma.  There is a strong

11    weight of evidence also linking glyphosate

12    Roundup with the development of NHL when you

13    consider the genotoxicity animal models and

14    epidemiology all collectively.  And then I think

15    level of exposure plays into it.  I think, you

16    know, Karen doesn't just meet the definitions of

17    Roundup risk based on the McDuffie and Eriksson

18    papers that just require two uses per year and/or

19    ten uses lifetime.  But she used it, I think I

20    calculated roughly, 3,000 times in the span of

21    35 years.  So, you know, that's kind of like

22    somebody smoking two cigarettes a day versus two

23    packs a day.

24    Q       So, Doctor, again, I'm still not quite

25    sure what you mean by weight of evidence.
```

**Exhibit C Page 20**

Golkow Litigation Services                        Page 155

Robert Conry, M.D.

1      What --

2      MR. STAMATOPOULOS:

3              Objection, asked and answered.

4      MR. PAINE:

5              Completely different question, Counsel.

6      Q       What do you mean by weight of evidence,

7      Doctor?

8      A       I would say that's the collective

9      consideration of all the available scientific and

10     medical evidence to link an agent like glyphosate

11     Roundup with a disease like NHL.  And that can be

12     uses of incidence, oxidative stress, heat

13     conduction, animal model tumor formation, and

14     epidemiology studies especially related to the

15     multiple metaanalyses on the topic.

16     Q       Now, Doctor, in fairness, what you've

17     described may help answer the question of general

18     causation whether a substance is capable of

19     causing a disease; right?

20     A       It speaks to that, as well as specific

21     causation as to whether that substance belongs on

22     the list and how heavily weighed it is on the

23     list.

24     Q       Well, that's what I'm getting to.  Is

25     there any scientifically validated test or method

Exhibit C Page 21

Robert Conry, M.D.

```
1        Delorme-Barton's follicular lymphoma occurred?

2        Is that even scientifically possible?

3        MR. STAMATOPOULOS:

4               Objection, asked and answered.

5    A          Yeah.  I don't think so.

6    Q          Okay.  Doctor, you've had other

7    patients in your practice that you've treated

8    personally with follicular lymphoma who were

9    diagnosed in their early to mid 60s, haven't you?

10   A          I have.  It's relatively uncommon, but,

11   yes, I have.  Early 60s.

12   Q          And have you ever attributed any of

13   those follicular lymphomas to a particular cause

14   or condition or exposure?

15   A          Well, as I say, the -- as I've said in

16   other depositions, I think the focus of a

17   clinical visit with a medical oncologist is sort

18   of, okay, you've got this lymphoma.  This is the

19   stage.  These are -- what's the treatment going

20   forward.  How are we going to manage this.  Not

21   so much focus on how did it start.  I do, though,

22   have patients and family members that will ask

23   the question, Doctor, you know, how did mom get

24   this lymphoma or how did the patient -- or their

25   husband will say, yeah, how did this happen.  And
```

**Exhibit C Page 22**

Golkow Litigation Services                      Page 179

Robert Conry, M.D.

```
 1              C E R T I F I C A T E

 2

 3              I do hereby certify that the above and

 4       foregoing transcript of proceedings in the matter

 5       aforementioned was taken down by me in machine

 6       shorthand, and the questions and answers thereto

 7       were reduced to writing under my personal

 8       supervision, and that the foregoing represents a

 9       true and correct transcript of the proceedings

10       given by said witness upon said hearing.

11              I further certify that I am neither of

12       counsel nor of kin to the parties to the action,

13       nor am I in anywise interested in the result of

14       said cause.

15

16

17

18       JILLIAN DOCTOR, RPR,

19       CERTIFIED REALTIME REPORTER

20

21

22

23

24

25
```

**Exhibit C Page 23**

Golkow Litigation Services                              Page 182

1                          –   –   –   –   –

                     E R R A T A

2                          –   –   –   –   –

3

4     PAGE    LINE    CHANGE

5     _14_    _11_    ride    to    cite

6        REASON:    transcription error

7     _17_    _8_    predominant    to representative

8        REASON:    "              "

9     _21_    _24-25_    He's got his extremely impressive
                publication record with the New England
10       REASON:    Journal of Medicine...
                        "              "

11    _29_    _18_    market    to profit

12       REASON:    "              "

13    _38_    _13_    disclosed    to    deposed

14       REASON:    "              "

15    _40_    _11_    proctored    to    proffered

16       REASON:    "              "

17    _46_    _9_    specifically    to    statistically

18       REASON:    "              "

19    _47_    _7_    age period    to    H.

20       REASON:    "              "

21    _61_    _13_    nested in an auto (delete)

22       REASON:    "              "

23    _62_    _9_    E values    to    P values

24       REASON:    "              "

**Exhibit C Page 24**

Errata Sheet Continued
Karen DeLorme Barton

| Page | Line | Change |
|------|------|--------|
| 72 | 15 | every to ever |
| 72 | 21 | significant to "signal whena" |
| 117 | 12 | strata to stress |
| 123 | 13 | countring to pounding |
| 146 | 10 | in to and |
| 150 | 23 | take to make |
| 156 | 12-13 | heat conduction to DNA mutation |
| 161 | 4 | claim to clinic |
| 165 | 8 | map to matched |

Please note that all corrections are
due to transcription errors.

Exhibit C Page 25

```
1
2               ACKNOWLEDGMENT OF DEPONENT
3
4            I, _Robert M. Conry_, do
5     hereby certify that I have read the
6     foregoing pages, and that the same is
7     a correct transcription of the answers
8     given by me to the questions therein
9     propounded, except for the corrections or
10    changes in form or substance, if any,
11    noted in the attached Errata Sheet.
12
13        _Robert M. Conry_
14     Robert  M. Conry        5/15/2023
15     WITNESS NAME              DATE
16
17
18     Subscribed and sworn
       to before me this
19     _15_ day of _May_____, 20_23_.
20     My commission expires: _July 18, 2026_
21
22     Notary Public
23
24
```

Exhibit C Page 26