# EXHIBIT D

Robert M. Conry, M.D.

```
 1                IN THE CIRCUIT COURT
 2           OF THE 17TH JUDICIAL CIRCUIT
 3         IN AND FOR BROWARD COUNTY, FLORIDA
 4              CASE NO.: CACE 19-013244
 5

 6   DAVID G. JACOBS,
 7   a Florida Resident,
 8        Plaintiff,
 9   Vs.
10   MONSANTO COMPANY, et al.
11        Defendants.
12

13                  DEPOSITION OF
14              DR. ROBERT M. CONRY
15

16           Taken on the 25th day of April,
17   2023, via Zoom at 11:04 a.m.
18
19
20
21
22
23
24
25   Court Reporter: Karen Smith
```

Exhibit D Page 1

Golkow Litigation Services                                   Page 1

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFF, DAVID G. JACOBS:
 3        Pablo Rojas, Esq.
 4        Podhurst Orseck
 5        SunTrust International Center
 6        One S.E. 3rd Avenue, Suite 2300
 7        Miami, FL 33131
 8        projas@podhurst.com
 9   ON BEHALF OF THE DEFENDANT, MONSANTO
10   COMPANY:
11        Ericka L. Downie, Esq.
12        Nelson Mullins
13        100 South Charles Street, Suite 1600
14        Baltimore, MD 21201
15        ericka.downie@nelsonmullins.com
16   ON BEHALF OF THE DEFENDANT, THE HOME DEPOT:
17        Patrick Lowther, Esq.
18        Morris, Manning & Martin, LLP
19        1600 Atlanta Financial Center
20        3343 Peachtree Road, NE
21        Atlanta, GA 30326
22        plowther@mmmlaw.com
23
24   ALSO PRESENT:
25        Torr Pizzillo, Videographer
```

Robert M. Conry, M.D.

```
 1                EXAMINATION INDEX
 2                                            Page:
 3   Examination by Ms. Downie                   5
 4   Examination by Mr. Lowther                114
 5   Examination by Mr. Rojas                  115
 6
 7
 8                  EXHIBIT INDEX
 9                                           Marked:
10    1   Plaintiff's Expert Disclosures       11
11    2   Materials considered list            12
12    3   Deposition notice                    17
13    4   Qualifications, mothodology,         24
          demographic & risk factors
14
      5   Testimony list                       32
15
      6   CV                                   33
16
      7   Draft expert report                  43
17
18
19
20
21
22
23
24
25
```

**Exhibit D Page 3**

1  A          Well, the statistics we were
2  talking about a moment ago would indicate
3  about a third, maybe a fourth to a third.
4  Q          How many of those patients of
5  that five to seven percent had follicular
6  lymphoma?
7  A          Follicular lymphoma has an
8  incidence about the same as diffuse large B
9  cell lymphoma.  It accounts for about
10 another fourth to a third of all lymphoma
11 cases.  So a fourth to a third.
12 Q          And when you say that you treated
13 these individuals that had non-Hodgkin's
14 lymphoma, did you diagnose them with those
15 cancers or were there other individuals --
16 other health care providers or specialties
17 that would provide the diagnosis before you
18 began treating them?
19 A          It varied.  In some instances the
20 patient would be just referred to me with a
21 lymph node enlargement or an elevated
22 peripheral white blood cell count or
23 something of that nature and then we
24 would -- I don't -- I'm not a surgeon so I
25 didn't do a lymph node biopsy, but I would

Robert M. Conry, M.D.

1  Roundup or glyphosate, correct?
2  A          I have not.
3  Q          You've never conducted any
4  epidemiological study on Roundup or
5  glyphosate, right?
6  A          That's right.
7  Q          You've never published any
8  epidemiological study on Roundup or
9  glyphosate, correct?
10 A          That's right.  That's not my role
11 as a medical oncologist.
12 Q          You've never published any study
13 regarding non-Hodgkin's lymphoma or diffuse
14 large B cell lymphoma, correct?
15 A          I believe that's correct.
16 Q          You've never conducted any
17 genotoxicity studies regarding Roundup or
18 glyphosate, right?
19 A          Again, that's not my role.  No,
20 it's not my role as a medical oncologist to
21 do so.
22 Q          You've also not conducted any
23 exposure assessments for Roundup or any
24 pesticide or chemical, correct?
25 A          That's right.

Exhibit D Page 5

1  a quotation without even specifying what it
2  is of this past deposition.  Thank you.
3            MS. DOWNIE:  Yeah.
4  Q        (By Ms. Downie) This deposition
5  was last week.  You remember that just last
6  week?
7  A        I do remember the deposition.
8  Q        Do you remember your testimony
9  from your deposition?
10 A        In general terms, of course I do.
11 In verbatim terms, not necessarily.  I would
12 say on the topic of random DNA replication
13 errors, that has been studied and, you know,
14 reported on by Dr. Tomasetti among others as
15 something that just happens in the natural
16 course of being human, which is correct.
17 That as our DNA replicates over and over
18 during our lifetimes, there can be and
19 generally are replication errors that occur
20 that can make a contribution to our future
21 development of cancer.  I think it's still a
22 subject of research the exact magnitude of
23 that contribution, whether it contributes a
24 third of the mutations that cause most
25 cancers or a half or two-thirds.  But, you

1  across the oncology community that Roundup
2  or glyphosate exposure causes non-Hodgkin's
3  lymphoma?
4  A            I would state it that I believe
5  the preponderance of evidence, the weight of
6  evidence points towards glyphosate-based
7  herbicides, i.e., Roundup, as being a
8  causative factor in NHL.
9  Q            I appreciate that that is your
10 opinion, but my question was actually a
11 little different.  My question was whether
12 or not you believe there is a consensus in
13 the medical community of oncologists that
14 Roundup or glyphosate causes non-Hodgkin's
15 lymphoma.
16              MR. ROJAS:  Object to the form.
17 A            I would say there's, you know,
18 not complete consensus.  There's not a
19 hundred percent agreement.  But, again, I
20 would say the weight of the evidence, not
21 only my opinion, as I stated in the previous
22 remark, but I think analysis by
23 epidemiologists, both in the primary
24 epidemiology studies, particularly the case
25 control studies, and the meta-analyses of

1  A          Let's see.  Can we be -- I'm
2  trying to name them by memory.  So there was
3  IARC.  There was Zhang.  There was -- I have
4  many of them listed in the figure here in my
5  supplemental report or my draft report.  Can
6  we go to that table?
7  Q          Are we sharing?  Oh, is this what
8  you're referring to?
9  A          Yes.  So the bottom five are
10 meta-analyses, that Schinasi and Leon, IARC,
11 Chang and Delzell, and Zhang published
12 meta-analyses in two different forms.  So
13 that makes five.  Included in my materials
14 considered list was a 2023 meta-analysis
15 report by Hardell, also an abstract of a
16 2023 meta-analysis by Cocco.  And there's
17 also been meta-analyses by Kabat, K-A-B-A-T,
18 Boffetta, B-O-F-F-E-T-T-A, and Donato that I
19 just mentioned, D-A-N-A-T-O [sic].  So I
20 think that makes ten.
21 Q          And how many of these studies
22 found a statistically significant
23 association between Roundup and NHL or a
24 subtype of NHL that controlled for exposure
25 to other pesticides or herbicides?

Exhibit D Page 8

Robert M. Conry, M.D.

1  A          Well, I know that controlling for
2  other exposures is important.  I not being a
3  career epidemiologist leave the details of
4  the biostatistical analysis to the
5  individuals conducting these meta-analyses.
6  They are career epidemiologists is my
7  understanding.  And, as I say, nine out of
8  ten report statistically significant
9  associations between Roundup -- the
10 glyphosate-based herbicides and NHL.
11 Q          Okay.  And I understand that
12 you're saying you're not an expert
13 epidemiologist.  My question is simply how
14 many of these or if -- let me start that
15 again.  Are there any of these studies that
16 controlled for exposure to other pesticides
17 or herbicides that found a statistically
18 significant association between NHL and
19 Roundup or glyphosate?
20 A          Well, I know as I have read these
21 studies there's discussion of controlling
22 for other pesticide, herbicide use.  I know
23 there's difficulties involved in that.
24 People are -- most of these analyses are
25 based on questionnaires and individuals

Exhibit D Page 9

1   A         What I have cited, which was
2   McDuffie and Powell, and I think both said
3   more than twice per year.  And Eriksson said
4   more than ten exposure days lifetime.  And
5   Hardell 2023 -- but I think their high
6   exposure was greater than 13 exposure days
7   lifetime.  So I think Mr. Jacobs exceeds all
8   of those criteria.
9   Q         Do you agree with me that there
10  are individuals who develop non-Hodgkin's
11  lymphoma who were never exposed to Roundup?
12  A         I do agree to that.
13  Q         Would you agree with me that
14  there are people who are exposed to Roundup
15  who never develop non-Hodgkin's lymphoma?
16  A         I would say that is true.
17  There's no carcinogen I can think of that
18  causes disease in a hundred percent of the
19  -- or causes cancer in a hundred percent of
20  the people exposed.
21  Q         And when we were talking about
22  risk factors we talked about how you've
23  minimized -- I will use not disregarded but
24  minimized the other recognized risk factors
25  for Mr. Jacobs, meaning his sex, Caucasian,

```
 1                SIGNATURE OF WITNESS
 2
 3          I, _____,
 4   do hereby certify that on this _____ day
 5   of _____ 2023, I have read the
 6   foregoing transcript and to the best of my
 7   knowledge it constitutes a true and accurate
 8   transcript of my testimony taken by oral
 9   deposition on April 25, 2023.
10
11   _____
12       WITNESS
13
14   Subscribed and sworn to
15   before me this _____
16   day of _____,
17   2023.
18
19
20   _____
21   NOTARY PUBLIC
22
23
24
25
```

**Exhibit D Page 11**

Robert M. Conry, M.D.

1                C E R T I F I C A T E

2

3   STATE OF ALABAMA )

4

5                I hereby certify that the above

6   and foregoing deposition was taken down by me

7   in stenotype, and the questions and answers

8   thereto were reduced to computer print under

9   my supervision, and that the foregoing

10  represents a true and correct transcript of

11  the deposition given by said witness upon said

12  hearing.

13

14               I further certify that I am

15  neither of counsel nor of kin to the parties

16  to the action, nor am I in anywise interested

17  in the result of said cause.

18

19

20

21      _____Karen Smith_____
            Karen Smith, Commissioner
22

23

24

25

Exhibit D Page 12

Robert M. Conry, M.D.

```
 1              E R R A T A   S H E E T
 2    Page        Line        Correction      Reason
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```