# EXHIBIT E

Robert Conry, M.D.

```
 1            IN THE CIRCUIT COURT OF ST. LOUIS CITY
 2                      STATE OF MISSOURI
 3
     MARTIN GRISWOLD, et al.,      CASE NOS. 1922-CC1126
 4                                 1922-CC11237, 2122-CC09039,
              Plaintiffs,          1722-CC10879, 2122-CC09140
 5   vs.
 6   MONSANTO COMPANY,
 7            Defendant.
 8
                         * * * * * *
 9
10
11
12                         VOLUME 1
13
14
15        The remote video deposition of ROBERT CONRY,
16        M.D., taken via Zoom on the 6th day of October,
17        2022, commencing at approximately 9:04 a.m. CST.
18
19
20
21
22
23
24
25
```

**Exhibit E Page 1**

```
 1                A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
 3             WEITZ & LUXENBERG, P.C.
               700 Broadway, Floor 5
 4             New York, New York  10003
               BY:  Robin L. Greenwald, Esquire
 5                  Rgreenwald@weitzlux.com
                    Gregory Stamatopoulos, Esquire
 6                  Gstamatopoulos@weitzlux.com
 7
 8   FOR THE DEFENDANT, MONSANTO:
 9             SHOOK HARDY & BACON
               2555 Grand Boulevard
10             Kansas City, Missouri  64108
               BY:  Mitchell Engel, Esquire
11                  Mengel@shb.com
12
               THE PIORKOWSKI LAW FIRM, P.C.
13             1800 K Street N.W.
               Washington, D.C.  20006
14             BY:  Joseph D. Piorkowski, JR., Esquire
                    Jpiorkowski@lawdoc1.com
15                  Anne Hovis, Esquire
                    Ahovis@lawdoc1.com
16
17
18   VIDEOGRAPHER:
19             Zach Hone
20
21
22             LOIS ANNE ROBINSON, RPR, RDR, CRR
               COURT REPORTER
23
24
25
```

```
 1                         I N D E X

 2   EXAMINATION                                         PAGE

 3   By Mr. Piorkowski                                      5

 4

 5                       * * * * *

 6   EXHIBITS

 7   Deposition Exhibit 1                                   26

 8      Qualifications, Methodology, Demographic & Risk Factors for

 9      NHL

10   Deposition Exhibit 2                                   26

11      Materials Considered Supplemental List

12   Deposition Exhibit 3                                   26

13      Materials Considered Supplemental List (duplicate)

14   Deposition Exhibit 4                                   27

15      Curriculum vitae

16   Deposition Exhibit 5                                   27

17      Retainer agreement

18   Deposition Exhibit 6                                   27

19      Plaintiffs' Amended Disclosure of Expert Testimony

20   Deposition Exhibit 7                                   27

21      Notice of Deposition

22   Deposition Exhibit 8                                   32

23      Materials considered list

24   Deposition Exhibit 9                                  134

25      Notes on Linda Eugster
```

```
 1                    I N D E X - (continued)

 2   Deposition Exhibit 10                              135

 3      Notes on Martin Griswold

 4   Deposition Exhibit 11                              135

 5      Notes on Derrick Sisk

 6   Deposition Exhibit 12                              243

 7      "Glyphosate use and associations with non-Hodgkin lymphoma

 8      major histological sub-types: Findings from the North

 9      American Pooled Project"  - Pawha, et al.

10   Deposition Exhibit 13                              262

11      Declaration of Martha Sandy, Ph.D.

12   Deposition Exhibit 14                              265

13      Martin Griswold deposition

14   Deposition Exhibit 22                              274

15      Iarc Monographs on the Evaluation of Carcinogenic Risks to

16      Humans

17

18

19

20

21

22

23

24

25
```

```
 1   Do you recall that discussion?
 2   A        Yes.
 3   Q        And I think you said it's not every
 4   case but it's often enough that, at least early
 5   on in the diagnosis and treatment process,
 6   patients will ask why they developed this
 7   particular disease; correct?
 8   A        Right.
 9   Q        And that's true for patients with
10   non-Hodgkin lymphoma as well.  That's -- that's
11   not limited to just melanoma or other types of
12   cancer; correct?
13   A        Yes, on occasion.
14   Q        Okay.  Have you had occasions before
15   to -- to be asked by a patient with NHL what was
16   the cause of their cancer?
17   A        Yes.
18   Q        And is it correct that in the vast
19   majority of non-Hodgkin lymphoma cases you're not
20   able to identify a specific cause of their
21   non-Hodgkin lymphoma?
22   A        It's true that in the majority some of
23   the recognized risk factors do not apply.
24   Q        Meaning -- meaning in the majority
25   there's -- there aren't risk -- there aren't
```

 1  accepted recognized risk factors that you can

 2  identify; correct?

 3  A        Well, it depends.  I think some of the

 4  most strongly associated risk factors, such as,

 5  you know, immunodeficiency syndromes,

 6  autoimmunity, so forth, certain infections,

 7  those, you know, collectively affect probably

 8  less than half of non-Hodgkin's lymphoma

 9  patients.

10           On the other hand, some things like the

11  whole array of autoimmune disorders is pretty

12  broad, and a substantial segment of the

13  population has one of those.

14           Some of the other risk factors, as

15  indicated in my notes and I'm sure we'll get to,

16  are much broader, such as obesity, which is, you

17  know, epidemic in America and probably applies to

18  40 percent of the patients I see, if not more.

19  Q        Right.

20  A        Smoking, pretty common.  Low physical

21  activity, common.  You know, poor dietary

22  choices, common.  Male gender, very common.

23  Caucasian race, common.  So, you know, there's --

24  you know, we'll get into the details.  But most

25  patients have one or more risk factors, some of

| | | |
|---|---|---|
| 1 | Q | Have you ever designed or conducted |

2   genotoxicity studies on any pesticide?

3   A      No.

4   Q      Do you intend to offer opinions at

5   trial about the results of genotoxicity studies

6   or mutagenicity studies on glyphosate or Roundup?

7   A      Can you please repeat that question?

8   Q      Do you intend to offer any opinions at

9   trial about the results of genotoxicity studies

10  or mutagenicity studies concerning glyphosate or

11  Roundup?

12  A      Same answer, really, as pertaining to

13  the animal carcinogenicity studies, and that is

14  that I'm not putting myself forward as a general

15  causation expert.  I am a specific causation

16  expert.  So having overview knowledge of

17  genotoxicity studies, it was important for me to

18  come to the conclusion that glyphosate Roundup,

19  you know, there's sufficient evidence that it's a

20  significant contributing factor among the other

21  factors that I considered for these plaintiffs.

22          So -- so an overview, a -- but not,

23  again, trying to get into the -- you know, every

24  minute detail of all those studies.

25  MR. PIORKOWSKI:

1  general knowledge among clinicians but also

2  what's available in the literature which we've

3  discussed today, the substantial evidence in the

4  literature pointing in that direction.

5  MR. PIORKOWSKI:

6  Q        My question is:  Is it agreed upon by

7  many individuals in the oncology community that

8  Roundup and glyphosate are a substantial

9  contributing cause of non-Hodgkin lymphoma?

10  MS. GREENWALD:

11            Objection.  Form.

12  A        I'll have to think about that.  You

13  know, as we've talked about for most clinicians,

14  what we primarily focus on is the patient's

15  current situation, their diagnosis of cancer, the

16  type of cancer, the stage of cancer, the

17  treatment options for the cancer.

18            I think, among those who considered the

19  question, the available evidence points toward a

20  significant relationship between glyphosate use

21  and non-Hodgkin's lymphoma.  How many -- what

22  percentage of the medical community has really

23  considered that question I think is hard to

24  quantify.

25  MR. PIORKOWSKI:

```
 1   Q         Do you know any oncologists, a single

 2   oncologist in the United States who believes that

 3   Roundup or glyphosate can cause non-Hodgkin

 4   lymphoma who is not a paid expert on behalf of

 5   plaintiffs in the litigation?

 6   MS. GREENWALD:

 7             Objection.  Form.

 8   A         I'm quite sure that they exist.  Uh --

 9   period.

10   MR. PIORKOWSKI:

11   Q         You just can't name any as you sit here

12   today?

13   MS. GREENWALD:

14             Objection.  Form.  Asked and answered.

15   A         I would have to think about that.

16   MR. PIORKOWSKI:

17   Q         All right.  So you say first you

18   compile this list.  So step one is you make up

19   this list of risk factors which you believe are

20   recognized and known within the medical and

21   scientific community.

22             The second step is carefully evaluate

23   for a specific individual whether each risk

24   factor applies, based on the available evidence,

25   including medical records, interviews,
```

Exhibit E Page 9

```
 1   the individual case-control studies comprising
 2   the NAPP were selected to identify any positive
 3   or significant relationships between individual
 4   pesticides and NHL risk.  Pesticides that were
 5   most strongly correlated with glyphosate use" --
 6   and I'll skip the parentheses -- "and were
 7   statistically significantly or strongly
 8   associated with NHL in previous studies were
 9   evaluated as confounders."
10          So my question is -- I'm not asking you
11   a question about this particular study, but
12   you -- you do see that in this analysis, one of
13   the things that they did was they had a
14   methodology to evaluate whether other pesticides
15   may have confounded the association between
16   glyphosate and NHL.  Is that fair?
17   MS. GREENWALD:
18          Objection.  Form.
19   A       Yeah.  Again, I would say that this
20   type of detailed analysis of a specific
21   epidemiologic study is outside of the scope of my
22   review.  I think there were ten or twelve
23   epidemiologic studies done.  They all had their
24   strengths and their weaknesses.  Those have been
25   thoroughly reviewed by IARC, by Dr. Portier, a
```

**Exhibit E Page 10**

```
 1                C E R T I F I C A T E

 2

 3           I do hereby certify that the above and

 4   foregoing transcript of proceedings in the matter

 5   aforementioned was taken down by me in machine

 6   shorthand, and the questions and answers thereto

 7   were reduced to writing under my personal

 8   supervision, and that the foregoing represents a

 9   true and correct transcript of the proceedings

10   given by said witness upon said hearing.

11             I further certify that I am neither of

12   counsel nor of kin to the parties to the action,

13   nor am I in anywise interested in the result of

14   said cause.

15

16

17            [signature: Lois Anne Robinson]

18            /s:// Lois Anne Robinson

              LOIS ANNE ROBINSON, RPR, RMR

19            REGISTERED DIPLOMATE REPORTER

              CERTIFIED REALTIME REPORTER

20

21

22

23

24

25
```