# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE. ROUNDUP PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO:
PHILIP ROTH
  Plaintiff(s)

v.

MONSANTO COMPANY
  Defendant(s)

CASE NUMBER
MDL No. 2741
Master Docket Case No. 16-md-02741-VC
3:20-cv-01543-VC

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

Philip Roth                    ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute  Kristy M. Arevalo  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

3281 E. Guasti Road, Suite 100
*Street Address*

Ontario, CA  91761                    kma@mccunewright.com
*City, State, Zip*                    *E-Mail Address*

(909) 557-1250        (909)557-1250        216308
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record instead of  Chris Cowan
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  June 16, 2023

*U. S. District Judge/U.S. Magistrate Judge*