**HENDLER FLORES LAW, PLLC**
Scott M. Hendler (*pro hac vice*)(TX Bar No. 09445500)
(shendler@hendlerlaw.com)
Stephen D. Demik (CA Bar No. 221167)
(sdemik@hendlerlaw.com)
901 S. MoPac Expresswy
Building 1, Suite 300
Austin, TX 78746
Tel:     (512) 439-3216
Fax:     (512) 439-3201

*Attorneys for Plaintiff*
*LAKEISHA LAY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) ) |
| This document relates to: | ) ) ) |
| *LaKeisha Lay v. Monsanto Co*., Case No. 3:19-cv-02582-VC | ) ) ) |

## <u>ORDER</u>

After considering Plaintiff's *Stipuluation of Dismissal*, the Court **GRANTS** Plaintiff's Stipulation.

**SO ORDERED** this 16th day of June, 2023

_____
Vince Chhabria
United States District Judge