**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: *Mosely v. Monsanto Co.,* Case No. 19-cv-5088-VC | |

**[PROPOSED] ORDER TO SHOW CAUSE**

The motion for order to show cause is granted. Within 21 days of this Order, the plaintiff

must show cause why this case should not be dismissed pursuant to Federal Rule of Civil

Procedure 41(b) for failure to prosecute. If no response is filed, this case will be dismissed

without prejudice.

**IT IS SO ORDERED.**

Dated: __June 16, 2023_____          _____

VINCE CHHABRIA
United States District Judge