**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> This document relates to: ) <br> ) <br> *George T. Aldoupolis, et al v. Monsanto Company*, ) <br> Case No. 3:20-cv-03433-VC ) <br> ) <br> *Joel Aaron Rubin, et al V. Monsanto Co.,* ) <br> Case No. 3:20-cv-05870-VC ) <br> ) <br> *Steven Tudal, et al v. Monsanto Co.* ) <br> Case No. 3:20-cv-05871-VC ) <br> ) <br> *Kathryn J. Carchia, et al v. Monsanto Co.* ) <br> Case No. 3:20-cv-05873-VC ) <br> ) <br> *Sophie Eordekian v. Monsanto Co.,* ) <br> Case No. 3:20-cv-05874-VC ) <br> ) <br> *Michael McDermott v. Monsanto Company,* ) <br> Case No. 3:20-cv-07219-VC ) <br> ) <br> *Barbara J. Skonicki, et al v. Monsanto Company,* ) <br> Case No. 3:20-cv-08053-VC ) <br> ) <br> *Lewis Smither v. Monsanto Co,* ) <br> Case No. 3:20-cv-08054-VC ) <br> ) <br> *Robert G. Drons v. Monsanto Company* ) <br> Case No. 3:20-cv-08167-VC ) <br> ) <br> *Jorge Penalver v. Monsanto Co.,* ) <br> Case No. 3:20-cv-08801-VC ) <br> ) <br> *Susan Fox, et al v. Monsanto Company, et al* ) <br> Case No. 3:20-cv-08847-VC ) <br> ) <br> *Rafat Ghaznavi, et al v. Monsanto Company, Inc.* ) <br> Case No. 3:21-cv-02706-VC ) | MDL NO. 2741 <br><br> Case No. 3:16-md-02741-VC |

5

*Patrick Sullivan v. Monsanto Company* )
Case No. 3:22-cv-00092-VC )
)
_____)

## ~~PROPOSED~~ ORDER GRANTING JOINT MOTION TO MOVE CASES TO WAVE 7 AND ADD CASES TO WAVE 7

The parties' request is granted, and the following cases will be assigned to Wave 7:

| Plaintiff's Name | Plaintiff's Counsel | MDL Case No. | Transferor Court |
|---|---|---|---|
| Aldoupolis, George | Bernheim Kelley Battista LLC | 3:20-cv-03433-VC | USDC District of MA |
| Rubin, Joel | Bernheim Kelley Battista LLC | 3:20-cv-05870-VC | USDC District of MA |
| Tudal, Steven | Bernheim Kelley Battista LLC | 3:20-cv-05871-VC | USDC District of MA |
| Carchia, Kathryn | Bernheim Kelley Battista LLC | 3:20-cv-05873-VC | USDC District of MA |
| Eordekian, Sophie | Bernheim Kelley Battista LLC | 3:20-cv-05874-VC | USDC District of MA |
| Skonicki, Barbara | Bernheim Kelley Battista LLC | 3:20-cv-08053-VC | USDC Middle District FL |
| Smither, Lewis | Bernheim Kelley Battista LLC | 3:20-cv-08054-VC | USDC Middle District FL |
| Drons, Robert | Bernheim Kelley Battista LLC | 3:20-cv-08167-VC | USDC Middle District FL |
| Penalver, Jorge | Bernheim Kelley Battista LLC | 3:20-cv-08801-VC | USDC Southern District FL |
| Fox, Susan | Bernheim Kelley Battista LLC | 3:20-cv-08847-VC | USDC Eastern District NY |
| Ghaznavi, Rafat | Bernheim Kelley Battista LLC | 3:21-cv-02706-VC | USDC Middle District FL |
| McDermott, Michael | Bernheim Kelley Battista LLC | 3:20-cv-07219-VC | USDC District of MA |
| Sullivan, Patrick | Bernheim Kelley Battista LLC | 3:22-cv-00092-VC | USDC District of MA |

Date: ___June 16___, 2023

_____
HONORABLE VINCE CHHABRIA
United States District Judge