```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                        MDL NO. 2741

 4            CASE NO. MDL NO. 3:16-md-02741-VC

 5

 6      ESTATE OF KENZIE ELIZABETH MURDOCK, ET AL.,

 7                         Plaintiffs

 8

 9                             V.

10

11                    MONSANTO CO., ET AL.,

12                         Defendants

13

14       Case No. 5:20-cv-00023

15

16

17

18

19

20

21

22

23    DEPONENT:  KYLE MURDOCK

24    DATE:      JUNE 8, 2022

25    REPORTER:  ABBY OAKS
```

```
 1        Q    Like she played that in school?
 2        A    Yes, sir.  Yeah, but not -- not very much at
 3   all.
 4        Q    Is she also a basketball player?
 5        A    She played a little at CFS.  They begged her
 6   to, the coach did, to play, and she finally did.  And
 7   she played, I guess, maybe one season, and part of the
 8   next is when she got sick, I think.
 9        Q    All right.  So other than sports, obviously,
10   which was a major commitment for her, what did she do
11   like recreationally?
12        A    She rode her four-wheeler and played outside,
13   and we had a pool for maybe five years there at the
14   house and she'd swim, and she just -- she loved to be
15   outside.
16        Q    All right.  And the four-wheeler, where did
17   they -- did she like -- did she and her friends ride the
18   four-wheelers together?
19        A    Yes, sir.
20        Q    All right.  And where did they do that?
21        A    Just all over the farm where we live.  And I
22   told her if, you know, you can go around the edge of a
23   person's field.  You don't just go in the crops.  So she
24   would ride our farms, neighbors' farms to get to another
25   farm or in the creeks and just anywhere, you know, just
```

 1      can you tell me what -- what this piece of equipment is
 2      in Exhibit number 11?
 3                  (EXHIBIT 11 MARKED FOR IDENTIFICATION)
 4          A    This is a Spra-Coupe.  And, again, this is a
 5      generic photo.
 6          Q    Yeah.  Okay.
 7          A    And I'm not even sure it's the correct serial
 8      or model number of sprayer we had, but it looked the
 9      same.
10          Q    All right.  So is this one of the older pieces
11      of equipment that you had?
12          A    Yes, sir.
13          Q    And what -- tell me -- you refer to it as a
14      Coda, C-O-D-A?  What -- what do you call this thing?
15          A    A Spra-Coupe.
16          Q    Okay.  A Spra-Coupe.
17          A    Yeah, I guess.  Maybe that's -- maybe the -- I
18      don't know what that is.
19          Q    Okay.  So this Spra-Coupe or the similar one -
20                  -
21          A    Yes, sir.
22          Q    -- what years was it in operation at the farm?
23          A    We had two different ones, basically the same
24      machine.  We just upgraded from around 2000 to '07, '08,
25      when we purchased the first 4730.

```
 1        Q    Okay.  So this --
 2        A    Actually, maybe '98.  '98, probably.
 3        Q    Okay.  So from '98 to 2000, there was two of
 4   these that you operated?
 5        A    Yes, sir.
 6        Q    All right.  And do they both exist at the same
 7   time?  Or you had one and replaced it?
 8        A    No, no.  Replaced it.  Yes, sir.
 9        Q    Okay.  So in the original piece of equipment,
10   do you remember how big the booms were on that?
11        A    I believe they were 60-foot, I believe. That's
12   my --
13        Q    And that's 60 total?
14        A    Yes, sir.
15        Q    Okay.  And were the nozzles on that piece of
16   equipment on the Coupe changeable?
17        A    Yes, they were changeable.
18        Q    Okay.  And the booms, were you able to adjust
19   the height in those booms?
20        A    Yes, sir.
21        Q    And how were -- how was the flow controlled on
22   the Coupe, the original Coupe?
23        A    It was -- it had a flow meter, and it had
24   speed sensors and a computer.
25        Q    Right.
```

```
 1    the sprayer that sprays, fans out, is to the right?
 2         A    Yeah.  It would be if you're -- yes.  The way
 3    you're looking at it.  Yes, sir.  If you're sitting on a
 4    tractor, it'd be directly behind you.
 5         Q    Behind you.  Yes.
 6         A    Yes, sir.
 7         Q    Okay.  And who's the manufacturer of that
 8    piece of equipment?
 9         A    Looks like Peg Spray is the label on the tank
10    there.
11         Q    Okay.  And is this still sitting on the farm
12    today?
13         A    Yes, sir.
14         Q    All right.  Okay.  I believe I exhausted all
15    my equipment pictures.  We talked to -- talked earlier
16    today about the decisions, like who made them to start
17    purchasing the various herbicides and pesticides.  And I
18    think what, from what you said, like, it was originally
19    a decision made by your father.  Is that right?
20         A    Yes, sir.
21         Q    Okay.  And was your father the person who made
22    the decision to first purchasing Roundup?
23         A    Yes, sir.  He would've been in control of the
24    farm when that was decision was --
25         Q    And to the best of your knowledge, when was
```

Kyle Murdock

1 the first time that you're aware of that Roundup
2 products were used on the farm?
3     A   Maybe the mid-'90s, the best I can remember.
4     Q   And when this decision was to made to start
5 including Roundup, do you -- did you have any
6 discussions with your father about it or what led to the
7 decision or why he was going to use it?
8     A   No, sir.  I was still in high school then.
9     Q   Okay.  And at any time, did he ever tell you
10 anything about why he was going to start using that
11 product?
12     A   Not that I can remember.
13     Q   Right.  And when it first was put into use, to
14 the best of your knowledge, was it brought into -- to
15 use with genetically modified seeds?  Or was it brought
16 in for another purpose?
17     A   The best I can remember, I think we used it
18 for pre-plant burn down when we first used it.
19     Q   Okay.  And when was the first time that you
20 personally remember applying Roundup?
21     A   I guess in the mid-'90s because I was spraying
22 then.
23     Q   All right.  All right.  And when you first
24 started spraying Roundup, what equipment were you
25 operating to do that?

```
 1        A    No, sir.
 2        Q    Okay.  And did they ever accompany you in the
 3   cab of any of those units -- like -- when they were
 4   littler kids, as you were applying the spray?
 5        A    Yes, sir.
 6        Q    How often did that happen?
 7        A    I would say earlier on when -- two to three
 8   times a week, maybe -- 15, 18 times a year.  20 times --
 9   you know -- I would say that would be a good average
10   of --
11        Q    And in general, if they were with you in that
12   equipment, how long would they be with you?
13        A    That depends again, but -- you know --
14   someday -- I don't know, four-to-five-hour average,
15   maybe.  Some days it might have been an hour.  Someday,
16   it might have been six hours --
17        Q    Uh-huh.
18        A    You know?
19        Q    All right.  So let's talk about which pieces
20   of equipment they -- they rode in.  We talked about the
21   two Coupes --
22        A    Yes, sir.
23        Q    The Spra-Coupes earlier.  Would they have been
24   in either of the Spra-Coupes?
25        A    The first one was before either one was born.
```

1    the shuttles on the tractor trailer, into the sprayer?

2         A    Yeah.  She -- of course when she was little,
3    she couldn't, but she'd want to help with the hose.
4    Hooking it up or something.

5         Q    Okay.  And did you make her were -- wear any
6    equipment or anything like that when she?

7         A    No, sir.

8         Q    And if she did in fact help you with that to
9    make her wash her hands or anything after you finished
10   the operation?

11        A    Yes, sir.

12        Q    All right.  So then we got from the smaller
13   John Deere up to the bigger John Deere.  Okay?  There
14   was two?

15        A    Well there's two of the big John Deere's.

16        Q    Okay.

17        A    The one we still presently have.

18        Q    Right.  Okay.  So there's three John Deere
19   units, right?

20        A    Total.

21        Q    I'm sorry.

22        A    Total.  Yes.

23        Q    Total.  Yes.  That's right.  So there was the
24   smaller, original one, right?  And then  --

25        A    The -- the original was the Spra-Coupe.  The

1      smaller John Deere is still here.
2           Q    Okay.  Got it.  So let's make sure I -- make
3      sure I ask the questions accurately then.  So the
4      smaller John Deere, that's still here, did she ever --
5      was she ever in there with you?
6           A    I don't remember her ever being in it.
7           Q    Okay.  So then I asked you before, the
8      original John Deere, the bigger one?
9           A    4730.
10          Q    Right?  She was in that one?
11          A    Yes, sir.  Both.  Both.
12          Q    Both of them.  Okay.  And would the answer be
13     the same in terms of both of them are air conditioned,
14     right?
15          A    Yes, sir.
16          Q    Both of them have filtration?
17          A    Yes, sir.
18          Q    And you changed the filtration in both of
19     them?
20          A    Yes, sir.
21          Q    Okay.  And -- like -- from what age would you
22     say you remember her doing that with you?  Like --
23     when -- what age was she when she started and when did
24     she finish?
25          A    I would say from two-year-old till she was 16

 1     or 17.
 2          Q    Right.  And when she was 16 or 17 -- like --
 3     tell me what the inside of that cab is like.  Is there
 4     two seats in there?
 5          A    The best I remember, the first one we had had
 6     a little -- they call it instructional seat --
 7          Q    Uh-huh.
 8          A    Kind of over here.
 9          Q    Uh-huh.
10          A    And the one we have now doesn't.  It's got
11     like a fender or a hump, which you can sit on.  It's not
12     very comfortable, but you can sit on it.
13          Q    Okay.  And when she was getting to be 16 or
14     17, like how much time was she spending with you in that
15     unit?
16          A    Probably then she was pretty busy with
17     volleyball and school.  I would say maybe four to five
18     times a year at that age.
19          Q    All right.  And so what time of the year do
20     those spraying operations typically start for you?
21          A    We try to start around March.
22          Q    Uh-huh.
23          A    Which all this is weather.
24          Q    Yeah.
25          A    And we'll run from March to July or August.

1   said could be hooked to the back of a 4Runner.  Did
2   Kenzie ever hook those to the back of her 4Runner and
3   apply Roundup?
4           A    Her four-wheeler?
5           Q    Four-wheeler, whatever.
6           A    Yes.  We used her four-wheeler.  She would
7   ride with me.  There was not one in those pictures.
8   There was one that was similar to Exhibit -- that 17?
9           Q    Uh-huh.
10          A    Smaller, same thing.  It would fit on the back
11  of the four-wheeler rack.  Run off electric current. You
12  ride along and spray.
13          Q    And did she do that by herself?
14          A    I don't remember -- recall her ever doing it
15  by herself.  I think somebody was -- would have been
16  with her.  But she could have.  You know, she seen me do
17  it.  She seen dad do it.  We were gone.  She wanted to
18  go play with it.  I'm not going to say she didn't do
19  that.
20          Q    And if she was about to -- she was going to do
21  that.  Where would the Roundup have been or what --
22  where would the herbicide have been?
23          A    It would've already been mixed in the tank.
24          Q    Okay.  And how would she get that tank onto
25  the back of her four-wheeler?

```
 1    on them, right?  Keep it out of reach of children.
 2         A    They do.
 3         Q    Okay.  And how often would she have helped you
 4    with a non-crop spraying of Roundup?
 5         A    Go with the spot sprayers?
 6         Q    Yes.
 7         A    Oh, on average, probably 12.  I don't know.
 8    Let me -- let me take a minute.  I just -- I don't -- 10
 9    or 12 times a year.  I mean, we'd spray it four or five
10    times, but you might spray some of it today, and
11    tomorrow you spray -- I mean, you didn't do it all at
12    one time.
13         Q    Right.
14         A    So it was -- so I would say 10 to 12 times a
15    year, she would.  And -- and sometimes she would just
16    get on the four-wheeler when she was little and ride
17    with me when I went to spray, you know.  And she loved
18    to be outside, and she wanted to be with me, and --
19         Q    Right.  And how many hours did you think you
20    spent on a non-crop spraying?  Like, if you were going
21    to do it all today, how long would it take you to do it?
22         A    Oh, it'd take all day.
23         Q    Okay.  So it -- that had to be done several
24    times, like, an all-day affair, several times during the
25    year, but it was all broken up?
```

Kyle Murdock

```
 1        A    Yes, sir.
 2        Q    Okay.  And when -- when was the first time you
 3   ever remember seeing it?
 4        A    I don't know.  I -- I don't know that answer.
 5        Q    Okay.  And do you still use glyphosate type
 6   products on the farm?
 7        A    Yes, sir.
 8        Q    Okay.  Great.  I have no other questions.
 9        A    Are we done?
10                    CROSS EXAMINATION
11   BY  MR. PRATHER:
12        Q    Not quite.
13        A    Okay.
14        Q    I've got a couple of things just to clear up.
15   Earlier today, you may or may not remember Mr. Blum was
16   asking you about whether the sprayers, the vehicles
17   themselves, the self-propelled sprayers, were cleaned.
18   And I think your testimony was that they were cleaned
19   three to five times a year.  Is that your --
20        A    Yes, sir.
21        Q    Did Kenzie participate in cleaning the
22   sprayers and how did she do that?
23        A    On her -- later -- maybe from age 13 to 14
24   till maybe up till the year she got sick, she'd use a
25   pressure washer and a gas-fired pressure washer to wash
```