```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   * * * * * * * * * * * * *      MDL NO. 2741

 5   IN RE:  ROUNDUP PRODUCTS    *   Case No. MDL No.
     LIABILITY LITIGATION        *
 6                                   3:16-MD-02741-VC
     * * * * * * * * * * * * *
 7
     This document relates to:
 8
     Estate of Kenzie Elizabeth Murdock, et al.,
 9
     vs.
10
     Monsanto Company.
11
     Case No. 5:20-cv-00023
12

13                              * * * * *

14

15

16              The remote video deposition of

17              WILLIAM SAWYER, Ph.D., taken via Zoom

18              videoconference on the 23rd day

19              of February, 2023, commencing at

20              approximately 9:16 a.m. CST.

21

22

23

24

25
```

William Sawyer, Ph.D.

```
 1   time spent spot-spraying from the ATV.  Is that
 2   right?
 3   A         That's correct.
 4   Q         Okay.  And can you explain for me why
 5   you used both her spot-spraying from the ATV and
 6   her riding in sprayers in calculating her total
 7   exposure days, but then when it came to
 8   calculating her systemic dose, you only used the
 9   time spent spot-spraying from the ATV?
10   A         Yeah.  She was using an aerosol
11   pressurized sprayer, motorized, which actually
12   has a higher output than a backpack hand-crank
13   sprayer, and the study I compared her to included
14   sprayers using drill coveralls, leather boots,
15   long-sleeved shirt, face plate, and they were
16   protected with some degree of PPE.  And she was
17   not.  She was basically naked arms, legs, feet --
18   or naked legs, feet, hands, and forearms.
19             So my comparison is very conservative.
20   And I can't make a systemic dose calculation of
21   her riding in a sprayer without using the POEM
22   methodology.  And I really didn't have enough
23   input information to calculate the POEM and
24   didn't think it was really that important because
25   the dose received from spraying and her age range
```

William Sawyer, Ph.D.

1  utility vehicle and while standing alongside the
2  stopped vehicle.
3  Q        Is it your understanding that the --
4  that when Kenzie sprayed Roundup in this
5  spot-spraying from the ATV or standing alongside
6  the ATV, that she was always using the
7  hand-actuated spraying wand, or did she also use
8  the boom on the back of that sprayer?
9  A        My understanding was she used the
10 handheld wand.
11          And with respect to the height of the
12 ATV, whether the ATV is 10 inches off the ground
13 or two feet off the ground, the fact is she had
14 her bare legs hanging over each side of the ATV
15 and, again, sandals and clogs.  So she clearly
16 had exposures even while on the ATV.
17 Q        Do you know whether she applied Roundup
18 in windy conditions?
19 A        No.
20 Q        Do you know the droplet size for the
21 25-gallon sprayer she used when spraying from the
22 ATV?
23 A        Yes.  It was an aerosol sprayer, not
24 a -- not a controlled atomization unit.  So we
25 know, based upon generally accepted peer-reviewed