# EXHIBIT B

Ron D. Schiff, M.D., Ph.D.

```
 1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 2

    IN RE: ROUNDUP PRODUCTS      Case No. 3:16-md-02741-VC
 3  LIABILITY LITIGATION
                                 MDL 2741
 4

 5  This document relates to:
 6  Lorraine Rehak v. Monsanto
    Company
 7  Case No. 3:19-cv-01719-VC

 8
                           - - -
 9
                      MARCH 5, 2021
10
                           - - -
11
            Videotaped remote deposition of
12     RON D. SCHIFF, MD, PhD, held at the location of the
       witness in Tampa, Florida, commencing at 2:02 p.m.,
13     on the above date, before Joan L. Pitt, Registered
       Merit Reporter, Certified Realtime Reporter, and
14     Florida Professional Reporter.
15                         - - -
16            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
17                  deps@golkow.com
18
19
20
21
22
23
24
25
```

**Exhibit B Page 1**

```
 1              APPEARANCES VIA VIDEOCONFERENCE
 2
 3   Counsel for Plaintiff:
 4       REBECCA FREDONA, ESQUIRE
         Moll Law Group
 5       22 West Washington Street, 15th Floor
         Chicago, Illinois 60602
 6       312.462.0427
         rfredona@molllawgroup.com
 7
 8   Counsel for Defendant:
 9       MICHELLE M. FUJIMOTO, ESQUIRE
         Shook, Hardy & Bacon LLP
10       Jamboree Center
         5 Park Plaza, Suite 1600
11       Irvine, California 92614
         949.475.1500
12       mfujimoto@shb.com
13       JOSEPH D. PIORKOWSKI JR.
         The Piorkowski Law Firm, PC
14       1800 K Street, NW, Suite 1000
         Washington, DC 20006
15       202.257.7662
         jpiorkowski@lawdoc1.com
16
17
     ALSO PRESENT:
18
         Sarah Howard, Videographer
19
20
21
22
23
24
25
```

 1   appears to me as I've read everything that I've come
 2   across over the course of the past almost two and a half
 3   years.  I was first approached about Roundup litigation
 4   on November 2018.
 5       Q.   Yeah.  So you're really offering that opinion
 6   based on the fact that you haven't practiced clinical
 7   medicine for six years but, rather, have only been doing
 8   litigation testifying and consulting and have testified
 9   that Roundup exposure was extensive and caused
10   plaintiffs' cancer in all 17 cases that you've testified
11   in; right?
12       A.   I do many things --
13            MS. FREDONA:  Objection.  Form.
14       A.   Sorry.
15            I do many things besides expert witness work,
16   so it is not true that all I have done since retirement
17   from clinical practice is this.
18       Q.   Your only source of income is litigation;
19   right?
20       A.   No, my only source of earned income is this,
21   but let me go on the record as saying this is not
22   financially driven for me, nor is it politically driven.
23       Q.   Doctor --
24       A.   I had no dog in the fight in November 2018 when
25   I was asked to look at the glyphosate literature.

1                    C E R T I F I C A T E

2           I, Joan L. Pitt, Registered Merit Reporter,

3    Certified Realtime Reporter, and Florida Professional

4    Reporter, do hereby certify that, pursuant to notice,

5    the deposition of RON SCHIFF, MD, PhD, was duly taken on

6    March 5, 2021, at 2:02 p.m. remotely before me.

7           The said RON SCHIFF, MD, PhD, was duly sworn by

8    me according to law to tell the truth, the whole truth

9    and nothing but the truth and thereupon did testify as

10   set forth in the above transcript of testimony.  The

11   testimony was taken down stenographically by me.  I do

12   further certify that the above deposition is full,

13   complete, and a true record of all the testimony given

14   by the said witness, and that a review of the transcript

15   was not requested.

16

17   _____    *[signature: Joan L. Pitt]*    _____

18    Joan L. Pitt, RMR, CRR, FPR

19   (The foregoing certification of this transcript does not

20   apply to any reproduction of the same by any means,

21   unless under the direct control and/or supervision of

22   the certifying reporter.)

23

24

25