# EXHIBIT C

```
 1       IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                         STATE OF MISSOURI
 2
 3    CHRISTOPHER WADE, et al.,
 4                    Plaintiffs,
 5    vs.                                    Case No. 1722-CC00370
 6    MONSANTO COMPANY,
 7                    Defendant.
      _ _ _ _ _ _ _ _ _ _ _ _ _  /
 8
 9       VIDEOTAPED
         DEPOSITION OF:  RON D. SCHIFF, M.D., Ph.D.
10
         DATE:           October 22, 2019
11
         TIME:           8:56 a.m. to 5:13 p.m.
12
         PLACE:          Hampton Inn & Suites
13                       1301 East 7th Avenue
                         Tampa, Florida
14
         PURSUANT TO:    Notice by counsel for
15                       Defendant Monsanto
                         for purposes of
16                       discovery, use at trial
                         or such other purposes
17                       as are permitted under
                         the Missouri Rules
18                       of Civil Procedure
19       BEFORE:         LISA A. SIMONS-CLARK, RMR, CRR
                         Notary Public, State of
20                       Florida at Large
21
                         Pages 1 to 319
22
23
24
25
```

Ron D. Schiff, M.D., Ph.D.

```
 1   APPEARANCES:
 2       BRIAN BRAKE, ESQUIRE
         The Miller Firm, LLC
 3       108 Railroad Avenue
         Orango, Virginia 22960
 4       (540) 672-4224
             Attorney for Plaintiffs
 5
         MICHAEL W. HOGUE, ESQUIRE
 6       Nelson Mullins Riley & Scarborough, LLP
         1320 Main Street, 17th Floor
 7       Columbia, South Carolina 29201
         (803) 255-9514
 8           Attorney for Defendant Monsanto
 9       SCOTT T. JANSEN, ESQUIRE
         Armstrong Teasdale
10       7700 Forsyth Boulevard, Suite 1800
         St. Louis, Missouri 63105
11       (314) 621-5070
             Attorney for Defendants Osborn & Barr
12           Communications, Inc.; Osborn & Barr Holdings,
             Inc.
13
     ALSO PRESENT:
14
         Jeff Mecham, the videographer
15
16                         INDEX
17                                                     PAGE
18   DIRECT EXAMINATION BY MR. HOGUE                      5
19   CROSS-EXAMINATION BY MR. JANSEN                    312
20   CROSS-EXAMINATION BY MR. BRAKE                     313
21   REDIRECT EXAMINATION BY MR. HOGUE                  316
22   CERTIFICATE OF OATH                                318
23   REPORTER'S CERTIFICATE                             319
24
25
```

Ron D. Schiff, M.D., Ph.D.

```
 1   were involved with that relates to a type of B-cell

 2   lymphoma?

 3       A.    Correct.

 4       Q.    All right.  And are all your publications,

 5   whether they're abstract or non-peer-reviewed or

 6   peer-reviewed articles, listed in your CV?

 7       A.    They're all there, yes.

 8       Q.    And when's the last time you published any

 9   peer-reviewed article?  Is that 1990?

10       A.    That sounds correct.

11       Q.    And when's the last time you published an

12   abstract?

13       A.    1991.

14       Q.    Okay.  You've not published anything on the

15   Waldren's, Waldron's -- or WM or LPL; is that right?

16       A.    That's correct.

17       Q.    And have you published anything on glyphosate

18   or Roundup?

19       A.    I have not.

20       Q.    Have you published anything on any pesticide

21   or --

22       A.    No, I have not.

23       Q.    Or any herbicide?

24       A.    No.

25       Q.    Have you published anything about the risk
```

```
 1      Q.    Okay.  But the case -- well, in epidemiologic
 2   studies in particular, case control studies, do you
 3   think it's important to adjust for confounders?
 4      A.    Sure.
 5      Q.    And what are confounders?
 6      A.    Well, confounders are variables or factors
 7   that affect both the independent variable of interest
 8   and the outcome of interest.  In other words, that
 9   there are -- are other things that could affect the
10   outcome by biasing the likelihood of an exposure or
11   not.
12      Q.    Okay.  Do studies need to adequately adjust
13   for those confounders to give valid results?
14      A.    To the extent possible, that's desirable, yes.
15      Q.    And without adjustment for confounders, such
16   as chemicals or other pesticides, a study can give a
17   false or misleading result.  Is that fair?
18      A.    Well, again, in theory; but the point is that
19   one does not know how these confounding variables
20   interact or affect the outcome variable of interest
21   individually.  So you don't know that; and, if you have
22   gaps in the data for such a large percentage of the
23   study that you have to use a statistical method of
24   estimating what the results are, that introduces rather
25   than clears up ambiguity about the results.
```

```
 1                   CERTIFICATE OF OATH
 2
 3
 4   STATE OF FLORIDA
 5   COUNTY OF HILLSBOROUGH
 6
 7
 8         I, Lisa A. Simons-Clark, RMR, CRR, Notary
 9   Public, State of Florida, certify that RON D. SCHIFF,
10   M.D., Ph.D., personally appeared before me on the 22nd
11   day of October, 2019, and was duly sworn.
12
13       WITNESS my hand and official seal this ____day of
14   October, 2019.
15
16                          _____
17                          Lisa A. Simons-Clark, RMR, CRR
18                          Notary Public - State of Florida
19                          My Commission Expires:  7/1/20
20                          Commission No. GG 001980
21
22
23
24
25
```

```
 1                REPORTER'S CERTIFICATE
 2
 3   STATE OF FLORIDA
 4   COUNTY OF PINELLAS
 5
            I, Lisa A. Simons-Clark, Registered Merit
 6   Reporter, Certified Realtime Reporter, certify that I
     was authorized to and did stenographically report the
 7   deposition of RON D. SCHIFF, M.D., Ph.D.; that a review
     of the transcript was requested; and that the
 8   transcript is a true and complete record of my
     stenographic notes.
 9
10
            I further certify that I am not a relative,
11   employee, attorney, or counsel of any of the parties,
     nor am I a relative or employee of any of the parties'
12   attorney or counsel connected with the action, nor am I
     financially interested in the action.
13
14
            Dated this ____ day of October, 2019.
15
16
17                              _____
                                Lisa A. Simons-Clark, RMR, CRR
18
19
20
21
22
23
24
25
```