# EXHIBIT D

```
 1                     UNITED STATES DISTRICT COURT

 2                    NORTHERN DISTRICT OF CALIFORNIA

 3

 4     * * * * * * * * * * * * *     MDL NO. 2741

 5     IN RE:  ROUNDUP PRODUCTS     *    Case No. MDL No.
       LIABILITY LITIGATION         *
 6                                        3:16-MD-02741-VC
       * * * * * * * * * * * * * *
 7
       This document relates to:
 8
       Estate of Kenzie Elizabeth Murdock, et al.,
 9
       vs.
10
       Monsanto Company.
11
       Case No. 5:20-cv-00023
12

13
                                    * * * * *
14

15

16

17               The video deposition of RON D. SCHIFF, M.D.,

18               PH.D., taken via Zoom videoconference on the

19               3rd day of March, 2023, commencing at

20               approximately 10:00 a.m., EST.

21

22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2      FOR THE PLAINTIFF:

 3               GARMER & PRATHER, PLLC
                 141 North Broadway
 4               Lexington, Kentucky  40507
                 BY:  Jerome Prather, Esquire
 5                   Jprather@garmerprather.com

 6
        FOR THE DEFENDANT:
 7
                 NELSON MULLINS
 8               1600 Utica Avenue South, Suite 750
                 Minneapolis, Minnesota  55416
 9               BY:  Barry J. Koopmann, Esquire
                     Barry.koopmann@nelsonmullins.com
10

11

12

13      VIDEOGRAPHER:

14               James Vonwiegen

15

16

17
                 Jillian Doctor, RPR, CRR
18               Court Reporter

19

20

21

22

23

24

25
```

**Exhibit D Page 2**

Ron D. Schiff, M.D., Ph.D.

```
 1      MR. KOOPMANN:

 2              All right.  I'll mark this as

 3      Deposition Exhibit 5.

 4              (DEPOSITION EXHIBIT NUMBER 5

 5              WAS MARKED FOR IDENTIFICATION.)

 6      Q       Sir, do you now work exclusively in

 7      medical legal consulting?

 8      A       I would have to say that that is

 9      correct, yes.  I am, however, trying to slow down

10      with that, too.

11      Q       In 2022, what percentage of your

12      medical legal consulting was done in product

13      liability cases?

14      A       I would have to say that that was

15      100 percent because I don't think I had an open

16      medical liability or patent litigation case in

17      2022.

18      Q       Have you ever served as an expert

19      witness for a defendant in a product liability

20      case?

21      A       I have consulted for defendants in

22      product liability cases, but I have not, as I

23      recall, at least written a report, been deposed,

24      or appeared at trial.  However, in my medical

25      liability consulting, I would say over 90 percent
```

1       of that previous work was done on behalf of

2       defendant physicians and healthcare

3       organizations.

4       Q        Do you recall when the last time was

5       that you consulted with the defendant in a

6       product liability case?

7       A        On a product -- oh, no, I do not recall

8       that.  That would not appear on that list

9       because, as I said, it never reached the stage of

10      deposition or trial.  I suspect that it's been

11      six years.  Maybe a little longer.

12      Q        Do you recall ever testifying in

13      another case involving T lymphoblastic lymphoma?

14      A        I do not.  I have testified in acute

15      lymphoblastic leukemia cases, which are

16      biologically identical.  The case that comes to

17      mind is the first one on that list.  And that was

18      a B-cell acute lymphoblastic leukemia.

19      Q        The Willis v. Shell Oil case?

20      A        Exactly.

21      Q        Dr. Schiff, was it important to you to

22      perform a thorough review of the information in

23      forming your opinions in this case?

24      A        Of course.

25      Q        You were asked to be a witness for the

1    plaintiffs in this case; right?

2    A       Yes.

3    Q       And part of your job in this case is to

4    be a witness for the plaintiffs if the case goes

5    to trial; right?

6    A       Also correct.  That's the expectation.

7    Q       Have you been retained by the Garmer &

8    Prather firm in other cases that you can recall?

9    A       I have not.

10   Q       What percentage of your litigation work

11   in 2022 was for plaintiffs?

12   A       Well, in as much as it was product

13   liability only, I would say 100 percent.  But it

14   would help me to verify that, if you could put my

15   list of depositions and trial testimony back on

16   the screen.  But I do believe that it will verify

17   what I just said about the 100 percent

18   proportion.

19          Yes.  That is correct.  There are

20   obviously also some cases that are still in

21   progress that have not reached the deposition or

22   trial state yet.  But I believe that everything I

23   worked on in 2022 in products liability was,

24   indeed, under retention by plaintiff's counsel.

25   Q       So all of the litigation cases that you

Ron D. Schiff, M.D., Ph.D.

```
 1     correctly?

 2     A        That is correct.

 3     Q        And those risk factors for the

 4     development of non-Hodgkin's lymphomas overlap

 5     with the risk factors for the development of

 6     T-lymphoblastic lymphoma?

 7     A        To the extent the data and the

 8     literature exists about that, I would say yes.

 9     The one place where there was something that was

10     relatively specific to T-lymphoblastic lymphoma

11     was recognized by me in this second line of that

12     section.

13     Q        Did you ever tell one of your patients

14     in clinical practice that Roundup or Glyphosate

15     caused their T-lymphoblastic lymphoma?

16     A        I did not.  But there is explanations

17     for that.

18     Q        When you were in clinical practice, you

19     never diagnosed a patient with Glyphosate or

20     Roundup induced T-lymphoblastic lymphoma, did

21     you?

22     A        I did not.  But there are two factors,

23     which I would like to address.  One is the rarity

24     of the condition.  And the second is that my

25     retirement from clinical practice took place at
```

1    almost the exact time that the IARC Monograph

2    dealing with Glyphosate was published.  The

3    publications before that were mostly in sources

4    that would not routinely be reviewed by medical

5    oncology and hematology clinicians.  On top of

6    that, my practice was urban suburban and not

7    really -- not really rural.  That's just where

8    the location is relative to the community that I

9    live in.

10   Q        Have you told any of your former

11   patients that they should not use Roundup or

12   Glyphosate?

13   A        I can't remember if I've told former

14   patients that, but I have told people of my

15   acquaintance who have been using Roundup that.

16   And I have made sure that the landscaper who

17   takes care of our yard also does not use Roundup.

18   And we've also verified that our neighbors don't.

19   Q        What risk factors did Kenzie Murdock

20   have for developing T-lymphoblastic lymphoma?

21   A        Well, that is discussed in, I would

22   say, considerable detail in my Differential

23   Etiology section, which is Section 9, and is the

24   next section after the one that you have on

25   there.  So looking at that, we indicate that

1    that.

2    Q        Are you relying on Dr. Sawyer's

3    calculation of Ms. Murdock's systemic dose in

4    this case?

5    A        I am aware of that calculation and, you

6    know, I'm happy to discuss that with you.  But

7    that is not how the exposure thresholds

8    associated with an increased risk of developing

9    non-Hodgkin's lymphoma are -- are addressed in

10   the published literature.  You know, those things

11   look at, again, cumulative exposure, duration of

12   exposure, frequency of exposure, and so forth.

13   You know, so those were the parameters that would

14   have been of greatest interest to me.

15   Q        You note on Page 81 of your report in

16   this paragraph that starts, "As noted above," in

17   the second to the last sentence you say,

18   "Additionally, photographic documentation is

19   available that shows Ms. Murdock's bare hands in

20   direct contact with a tire guard on one of the

21   tractors."  Do you see that?

22   A        Yes.  I looked at the pictures of

23   Dr. Sawyer's report.  Sure.  I had no access to

24   independent photographs.  Although, in your list

25   of possible reliance materials at the beginning

Ron D. Schiff, M.D., Ph.D.

```
1      Q        And if somebody breathes in secondhand

2      smoke, are they breathing in benzene and those

3      other carcinogens?

4      A        In small quantities depending on the

5      degree of exposure.  But even if that were the

6      case, that does not take away Ms. Murdock's years

7      of extensive exposure to Glyphosate and Roundup

8      for residential and agricultural applications.

9      Q        Would you agree that you cannot rule

10     out Ms. Murdock's exposure to secondhand smoke as

11     a contributing factor to her lymphoma?

12     A        Can't rule it out.  But it certainly

13     doesn't negate the contributory role of her

14     Glyphosate and Roundup exposure, which is very

15     extensive.

16     Q        You note on Page 88 of your report that

17     the InterLymph analysis risk factors for the

18     development of NHL and its subtypes found that a

19     BMI of at least 25, rather than a usual BMI, was

20     a statistically significant risk factor for the

21     development of DLBCL and NHL overall; right?

22     A        That's correct.  But most of the other

23     literature having to do with obesity is a risk

24     factor for cancer in general and non-Hodgkin's

25     lymphoma in particular uses the standard cut
```

Ron D. Schiff, M.D., Ph.D.

1    has ever been reported; right?

2    A        That's correct.  And I provided two

3    citations --

4    Q        Let me ask a new question.  I just

5    wanted to know if that's correct.

6            As a result, it's your opinion that

7    Kenzie Murdock's weight was not a risk factor for

8    her development of her cancer.  Is that right?

9    A        I agree with that.  Not based on the

10   available data.  That's correct.

11   Q        So when it comes to assessing non

12   Glyphosate risk factors for the development of

13   Kenzie Murdock's cancer, you note the fact that

14   no studies report an association between that

15   risk factor and her particular type of cancer;

16   right?

17   A        Yes.  Especially risk factor in terms

18   of her range of body mass index measurements.

19   So, again, I'm aware of --

20   Q        You've answered --

21   A        There is not a whole lot of subtype

22   specific data.  I get that.  But I have to take

23   the data that exists and apply it to her

24   circumstances.  No?

25   Q        But when it comes to opining that her

```
 1        Roundup or Glyphosate exposure caused or

 2        contributed to cause her particular type of

 3        cancer, you're not bothered by lack of studies

 4        noting an association between her particular type

 5        of cancer and Roundup or Glyphosate exposure, are

 6        you?

 7        A        I'm not bothered with that because her

 8        Glyphosate exposure, her Roundup exposure is well

 9        documented.  And even if you did apply the more

10        extreme value judgment terms to her BMI, that

11        would not take away from her extensive herbicide

12        exposure.  So the answer to that is, no, I don't

13        think her weight or BMI is connected.  But even

14        if it was connected, even if you were to massage

15        the terms that you're using to correspond to the

16        BMI categories for most favorable interpretation,

17        it still doesn't take away from her exposure to

18        Glyphosate and Roundup.

19        Q        The InterLymph analysis that you cited

20        in your report indicates that a BMI of at least

21        25 was a statistically significant risk factor

22        for the development of non-Hodgkin's lymphoma;

23        right?

24        A        That's correct.

25        Q        Okay.  Did you see in Dr. Sawyer's
```

**Exhibit D Page 11**

Ron D. Schiff, M.D., Ph.D.

```
1       about wood dust or sawdust that stuck out.  If

2       it's in there and you want to direct me to it,

3       I'd be happy to look at it.

4       Q       Did you assess Ms. Murdock's exposure

5       to wood smoke?

6       A       No.

7       Q       Is wood smoke carcinogenic?

8       A       It might be, but not -- it's not a

9       known cause of lymphoma.

10      Q       Well, you said it might be.  Do you

11      know if it is or not?

12      A       Carcinogenic?

13      Q       Yes.

14      A       If so, I would imagine it would have

15      something to do with the respiratory passages

16      because smoke is inhaled.  In terms of lymphoma

17      in the immune system, I cannot really come up

18      with a mechanism for that.  So I've never really

19      studied that particular point.

20      Q       Do you think Glyphosate or Roundup is

21      carcinogenic when it's inhaled?

22      A       It can be.  There is also the

23      transdermal route and there is also ingestion.

24      Q       So do you know as you sit here today

25      whether wood smoke is carcinogenic?
```

**Exhibit D Page 12**

```
 1     A          I suspect that it is but not for

 2     lymphoma.

 3     Q          Do you agree that wood smoke has been

 4     found to contain benzene?

 5     A          I don't know about that.

 6     Q          Are you aware of any significant wood

 7     smoke exposures that Kenzie Murdock had?

 8     A          It has not come up in any of the

 9     materials that I read.  It would not take away

10     from her exposure to Glyphosate and Roundup,

11     which was excessive.

12     Q          So it is true then that you are not

13     aware of any significant wood smoke exposures

14     that Ms. Murdock had?

15     A          That's correct.  I don't know if there

16     was a fire in the fireplace every night or if

17     they barbecued outside or not.  I have no idea.

18     I do know she had excessive exposure to

19     Glyphosate and Roundup.

20     Q          Did you ask Mr. Murdock about Kenzie's

21     exposure to wood smoke?

22     A          I would have had no reason to.

23     Q          So that's a no?

24     A          That's a no because I had no reason to

25     ask him that.
```

**Exhibit D Page 13**

Ron D. Schiff, M.D., Ph.D.

```
1    Q        Did you ask Mr. Murdock how often fire

2    curing of their tobacco occurs?

3    A        Also no.

4    Q        Did you assess what's involved in fire

5    curing of tobacco at the Murdock farms?

6    A        I did not.

7    Q        Did you assess how much wood smoke is

8    produced during the process of fire curing of

9    tobacco at the Murdock farms?

10   A        I did not.

11   Q        Would you agree that you cannot rule

12   out Ms. Murdock's exposure to wood smoke as a

13   contributing factor to her lymphoma?

14   A        I would be speculating about that.  But

15   I do know about her Glyphosate and Roundup

16   exposure.  And we do know about its association

17   with the development of non-Hodgkin's lymphoma.

18   I don't know about the association of wood smoke

19   with non-Hodgkin's lymphoma.  I have never read

20   about the existence of such an association.

21   Q        So I asked you whether you would agree

22   that you cannot rule out Ms. Murdock's exposure

23   to wood smoke as a contributing factor to her

24   lymphoma, and you said you'd be speculating about

25   that.  What do you mean by that?
```

Ron D. Schiff, M.D., Ph.D.

1    A        That's correct.  Yes.  I doubt very

2    much that would have been a contributing factor.

3    But even if it was, it does not mitigate the

4    lymphomagenic consequences of her Glyphosate and

5    Roundup exposure.

6    Q        So is it true then that you cannot rule

7    out her exposure to wood smoke as a contributing

8    factor to her lymphoma?

9    A        Again, I would have to speculate about

10   that because I don't know what exposure she may

11   have had or how extensive it was.  But I'm also

12   not aware of an etiologic link between wood smoke

13   and lymphoma.  If you have evidence to the

14   contrary, I'm happy to look at the study.

15   Q        Well, if you don't know whether she was

16   exposed to wood smoke, how can you rule that out

17   as a factor in her lymphoma?

18   A        Because I don't think that wood smoke

19   is a lymphomagenic.

20   Q        Did you attempt to quantify

21   Ms. Murdock's exposure to diesel engine exhaust

22   or gasoline engine exhaust?

23   A        Nope.

24   Q        Every time that Ms. Murdock sprayed

25   Roundup from an ATV, is it fair to assume that

Ron D. Schiff, M.D., Ph.D.

1       she was exposed to gasoline engine exhaust?

2       A        Perhaps to some extent, yes.  That's

3       fair to assume.

4       Q        If she had any exposures while riding

5       in a tractor, she would have also had some diesel

6       exhaust exposure?

7       A        That's correct.

8       Q        Is diesel exhaust carcinogenic?

9       A        To the extent that it has benzene in it

10      and perhaps other carcinogens, benzene being the

11      main one, the answer is yes.  But, once again,

12      that would not mitigate her extensive Glyphosate

13      and Roundup exposure.

14      Q        Does diesel exhaust contain benzene?

15      A        I believe it does, yes.

16      Q        Do you agree that growing up on a farm

17      and spending significant amounts of time outside,

18      Ms. Murdock had diesel engine exhaust exposure?

19      A        I have not assessed that in particular

20      with her.  I don't know to what extent she may

21      have had such exposure.  But what I do know

22      chapter and verse is about her Roundup and

23      Glyphosate exposure.

24      Q        Do you agree that gasoline exhaust

25      contains several carcinogens?

**Exhibit D Page 16**

Ron D. Schiff, M.D., Ph.D.

```
 1      Q        Would you agree that you cannot rule

 2   out Ms. Murdock's exposure to gasoline exhaust as

 3   a contributing factor to her lymphoma?

 4      A        I can't.  But that does not mitigate

 5   the effects of her Glyphosate and Roundup

 6   exposure.

 7      Q        Would you agree you cannot rule out

 8   Ms. Murdock's exposure to diesel exhaust as a

 9   contributing factor to her lymphoma?

10      A        The exact same answer.  I don't know to

11   what extent she was exposed, but I also can tell

12   you that it does not take away from her exposure

13   to Glyphosate-based herbicides.

14      Q        Did you attempt to quantify

15   Ms. Murdock's exposure to benzene?

16      A        I would have no interest in doing that.

17      Q        Why not?

18      A        Because the issue in the current

19   litigation is about Glyphosate or Roundup, which

20   we did quantitate using exposure assessment

21   methodology.  And that is the link that we're

22   looking at.  Finding of other possible causes or

23   contributing factors will never take away from

24   etiological role attributable to Glyphosate or

25   Roundup.
```

1    Q        Are you aware of any data indicating

2    that benzene exposure is associated with

3    non-Hodgkin's lymphoma?

4    A        According to IARC, there is an

5    association with it that's reported in their

6    reviews of benzene.  The most recent one of which

7    was either -- I can't remember.  2018 or 2019.

8    The difference there is that in 2010, IARC said

9    benzene causes acute myeloid leukemia and myeloid

10   dysplastic syndromes.  In the more recent

11   monograph, it speaks of an association with

12   non-Hodgkin's lymphoma.  That's not the basis for

13   the Group 1 classification.  But, yes, indeed

14   IARC does acknowledge that and has for a number

15   of years.

16   Q        So even though IARC has acknowledged

17   that benzene exposure is associated with

18   non-Hodgkin's lymphoma, you didn't have any

19   interest in attempting to quantify Ms. Murdock's

20   exposure to benzene?

21   A        Absolutely not.  Because the issue of

22   interest is about her Glyphosate or Roundup

23   exposure, which is also a known etiologic agent

24   in the causation of non-Hodgkin's lymphoma.  And

25   that's what today's deposition is about.

**Exhibit D Page 18**

Ron D. Schiff, M.D., Ph.D.

```
 1      note -- I'll highlight it here so you can spot

 2      it -- that the present study consistently

 3      indicated a lack of an association between ALL

 4      and parental smoking; whereas, a statistically

 5      significant association was found between NHL and

 6      paternal and maternal cigarette smoking.  Do you

 7      see that?

 8      A        I do see it.

 9      Q        Do you have any reason to doubt the

10      accuracy of that statement?

11      A        I don't.  InterLymph didn't look at

12      that specifically.  But even if one or both of

13      Ms. Murdock's parents smoked, it does not

14      mitigate or neutralize her extensive personal

15      exposure to Glyphosate and/or Roundup.

16              What we're talking with here is

17      multifactorial causation of disease.  A principle

18      that has been accepted by pathologists,

19      epidemiologists, clinicians like me for many

20      decades.  So the finding of other things that,

21      you know, could or would or should have played a

22      role in her development of lymphoma, even if not

23      brought to light in the medical records or in

24      other available documents, do not diminish the

25      known effect of extensive Glyphosate or Roundup
```

**Exhibit D Page 19**

Ron D. Schiff, M.D., Ph.D.

1      exposure on increasing the risk of developing

2      non-Hodgkin's lymphoma.

3      Q       Did you read this article in the course

4      of forming your opinions in this case?

5      A       I did not.  I do not -- I have never

6      made a point of reading that Italian Medical

7      Journal.  If you wanted me to look at it in more

8      detail, I'd ask you to put up the parts of it on

9      the screen that you were interested in and that I

10     were interested in, including the breakdown of

11     which types of non-Hodgkin's lymphoma were

12     present in the offspring of parents who smoked.

13     MR. KOOPMANN:

14              I'll mark as Exhibit 13 the Jones

15     Article I showed a few moments ago.

16              (DEPOSITION EXHIBIT NUMBER 13

17              WAS MARKED FOR IDENTIFICATION.)

18     MR. KOOPMANN:

19              And then as Exhibit 14 that Magnani

20     Article that I just went through.

21              (DEPOSITION EXHIBIT NUMBER 14

22              WAS MARKED FOR IDENTIFICATION.)

23     A       Please note that I never saw, read or

24     had an opportunity to evaluate either of those

25     articles before today's deposition.  They were

Ron D. Schiff, M.D., Ph.D.

```
1              C E R T I F I C A T E

2

3          I do hereby certify that the above and

4    foregoing transcript of proceedings in the matter

5    aforementioned was taken down by me in machine

6    shorthand, and the questions and answers thereto

7    were reduced to writing under my personal

8    supervision, and that the foregoing represents a

9    true and correct transcript of the proceedings

10   given by said witness upon said hearing.

11          I further certify that I am neither of

12   counsel nor of kin to the parties to the action,

13   nor am I in anywise interested in the result of

14   said cause.

15

16

17

18            JILLIAN DOCTOR, RPR,

19            CERTIFIED REALTIME REPORTER

20

21

22

23

24

25
```

**Exhibit D Page 21**