# EXHIBIT E

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
 3     --------------------------§
       IN RE:  ROUNDUP PRODUCTS   §      Master File No.
 4     LIABILITY LITIGATION       §      3:16-md-02741-VC
                                  §
 5                                §       MDL NO. 2741
                                  §
 6     THIS DOCUMENT RELATES TO:  §
                                  §
 7     ANTHONY HARRIS,            §
                                  §
 8          Plaintiff,            §
       vs                         § Case No. 3:16-cv-03199-VC
 9                                §
       MONSANTO COMPANY,          §
10                                §
            Defendant.            §
11     ------------------------   §
12                          - - -
13                   November 12, 2019
14                          - - -
15
               Videotaped deposition of RON SCHIFF, MD, PhD,
16       held at Shook, Hardy & Bacon, LLP, 100 North Tampa
         Street, Suite 2900, Tampa, Florida 33602,
17       commencing at 8:55 a.m., on the above date, before
         Tami Cline, Registered Merit Reporter, Certified
18       Realtime Reporter, and Florida Professional
         Reporter.
19
                              - - -
20
                   GOLKOW LITIGATION SERVICES
21           877.370.3377 ph | 917.591.5672 fax
                      deps@golkow.com
22
23
24
25
```

```
 1     APPEARANCES:
 2       THE MILLER FIRM, LLC
         BY:  BRIAN BRAKE, ESQ.
 3       Attorneys at Law
         108 Railroad Avenue
 4       Orange, Virginia 22960
         540-672-4224
 5       Bbrake@millerfirmllc.com
         Representing Plaintiff
 6
         SHOOK, HARDY & BACON, LLP
 7       BY:  MICHELLE M. FUJIMOTO, ESQ.
         Attorneys at Law
 8       5 Park Plaza, Suite 1600
         Irvine, California 92614-8502
 9       949-475-1500
         Mfujimoto@shb.com
10       Representing Defendant
11
12     ALSO PRESENT:
13       Matthew Allison, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

Ron Schiff, M.D., Ph.D.

1	this case.  It doesn't mean there is no cause.
2	            Consequently, it is true at that level of
3	defining it that I was unable to pinpoint the cause
4	of non-Hodgkin lymphoma in the majority of patients
5	that I evaluated and treated during my career in
6	practice.  However, that does not mean that all of
7	those cases of non-Hodgkin lymphoma did not have a
8	cause, because they all did.
9	    Q.   Okay.  You're assuming way more than you need
10	to on the question.  That's why I was trying to be
11	specific about no known cause.  So I'm accepting
12	your definition of idiopathic.
13	            So confirm for me, Doctor, that when you were
14	in practice as an oncologist, over 80 percent of
15	your non-Hodgkin lymphoma patients had no known
16	cause for their lymphoma.  Yes or no?
17	    A.   Can't give that as a yes-or-no answer either.
18	The point is that the answer is it is correct but
19	within the context that I provided in my previous
20	answer.  On top of that, recognition of the lymphoma
21	risks associated with glyphosate and Roundup just
22	coincidentally happened to coincide with the period
23	of time that I retired from clinical practice.
24	            So from the standpoint of a practicing
25	medical oncologist and hematologist, the Roundup

Ron Schiff, M.D., Ph.D.

```
 1    business was new.  It was the spring of 2015.
 2    That's when I retired.
 3       Q.   And, Doctor, you know that Roundup has been
 4    on the market since the '70s, right?
 5       A.   That's correct.
 6       Q.   All right.  So let me ask you this:  In the
 7    Wade case on October 22, 2019, the transcript,
 8    page 182:
 9            "Question:  Okay.  So when you say that a
10       substantial majority of the patients you treated
11       with non-Hodgkin lymphoma did not have a known
12       cause of their non-Hodgkin lymphoma, what
13       percentage would you put on substantial majority?
14            "Answer:  I would say over 80 percent."
15            Do you now disabuse that answer or do you
16    stand by that answer?
17       A.   Okay.  Two things:  Number one, it was the
18    Meeks case, not the Wade case.  The Wade case is the
19    caption for all of the, I believe, multidistrict,
20    multiplaintiff litigation, of which Mr. Harris is
21    one plaintiff and Mr. Meeks is -- was another
22    plaintiff.  But I'm relying on the context that I
23    have given to interpret my answer and the way that I
24    have explained it today.
25            In terms of whether I knew the causes of
```

Ron Schiff, M.D., Ph.D.

| | |
|---|---|
| 1 | those patients' lymphomas in realtime, what I said |
| 2 | then was accurate.  It was the best representation |
| 3 | of my memory, and it's what I recall and would |
| 4 | answer from scratch today even if not reminded.  The |
| 5 | point is that making that statement requires |
| 6 | interpretation, and I have tried to provide it. |
| 7 |    Q.   And let me just state for the record, I'm |
| 8 | referring to his deposition on October 22, 2019. |
| 9 | The caption is Christopher Wade, et al. vs Monsanto, |
| 10 | and I will state that it was not -- you can see on |
| 11 | the record it was not an MDL case.  It was in the |
| 12 | Circuit Court of the city of St. Louis and the state |
| 13 | of Missouri. |
| 14 |    A.   But the plaintiff was Mr. Meeks. |
| 15 |    Q.   No question pending.  I'm just stating for |
| 16 | the record that it was not an MDL case.  It was a |
| 17 | state of Missouri case. |
| 18 |    A.   Well, I'm not an expert in legal procedure, |
| 19 | and that's fine.  But the plaintiff, again, was |
| 20 | Chester Meeks and his wife. |
| 21 |    Q.   But you spent the last -- |
| 22 |       MR. BRAKE:  Is now a good time for a break? |
| 23 |       MS. FUJIMOTO:  No. |
| 24 |       MR. BRAKE:  Okay. |
| 25 |       MS. FUJIMOTO:  I'll finish up my section, and |

```
 1                    C E R T I F I C A T E

 2            I, Tami Cline, Registered Merit Reporter,

 3      Certified Realtime Reporter, and Florida

 4      Professional Reporter, do hereby certify that,

 5      pursuant to notice, the deposition of RON SCHIFF,

 6      MD, PhD was duly taken on November 12, 2019 at

 7      8:55 a.m. before me.

 8            The said RON SCHIFF, MD, PhD was duly sworn

 9      by me according to law to tell the truth, the whole

10      truth and nothing but the truth and thereupon did

11      testify as set forth in the above transcript of

12      testimony.  The testimony was taken down

13      stenographically by me.  I do further certify that

14      the above deposition is full, complete, and a true

15      record of all the testimony given by the said

16      witness, and that a review of the transcript was not

17      requested.

18

19      _____

20      Tami Cline, RMR, CRR, FPR

21       (The foregoing certification of this transcript does

22       not apply to any reproduction of the same by any

23       means, unless under the direct control and/or

24       supervision of the certifying reporter.)

25
```