# EXHIBIT J

```
 1            IN THE CIRCUIT COURT OF ST. LOUIS COUNTY

 2                       STATE OF MISSOURI

 3

 4
      CHRISTINE MOORE, et al.,
 5
                 Plaintiffs,
 6    vs.                                        CASE NO:
                                                 18SL-CC01214
 7
      MONSANTO COMPANY, et al.,
 8
                 Defendants.
 9

10                         * * * * * * *

11

12

13

14

15            The remote video deposition of

16            RON D. SCHIFF, M.D., Ph.D.,

17           taken via Zoom videoconference

18            on the 7th day of December, 2022,

19                commencing at approximately

20                10:00 a.m. EST.

21

22

23
```

```
 1                    A P P E A R A N C E S

 2      FOR THE PLAINTIFF:

 3              THE MILLER FIRM, LLC
                108 Railroad Avenue
 4              Orange, Virginia  22960
                BY:  Shayne Hodge, Esquire
 5                  Shodge@millerfirmllc.com

 6      FOR THE DEFENDANT, MONSANTO:

 7              SHOOK HARDY & BACON
                2555 Grand Boulevard
 8              Kansas City, Missouri  64108
                BY:  Mitchell F. Engel, Esquire
 9                  mengel@shb.com

10
        FOR THE DEFENDANTS, OSBORNE AND BARR:
11
                ARMSTRONG TEASDALE, LLP
12              7700 Forsyth Blvd., Suite 1800
                St. Louis, Missouri  63105
13              BY:  Scott Jansen, Esquire
                    Sjansen@armstrongteasdale.com
14

15
        VIDEOGRAPHER:
16
                Ryan Sohmer
17

18

19

20

21

22              JILLIAN DOCTOR, RPR, CRR
              COURT REPORTER
23

24

25
```

```
 1    surfactant from one to the other, that did not
 2    concern me.
 3    Q         Okay.  So it is your opinion that
 4    Glyphosate is the risk factor and not Roundup
 5    specifically?
 6    MR. HODGE:
 7              Objection, misrepresents testimony.
 8    A         My feeling about that is as follows:
 9    Glyphosate is what was looked at and was the
10    common denominator in the studies that were
11    addressed by IARC and by the various pooled and
12    meta-analyses.  There is also a body of
13    toxicology literature indicating that lymphoma
14    risk and other toxicities are exacerbated by the
15    various co-formulants, which, you know, do
16    include surfactant.  But that was not part of
17    IARC's opinion about this and nor was it a factor
18    that was dissected out of the various
19    epidemiology studies.
20    Q         Okay.  So you agree that dose is
21    important to whether you have had sufficient
22    exposure for a risk factor to be included on the
23    list; correct?
24    A         Yes.
25    Q         Okay.  How much --
```

```
 1    A          Excuse me.  I do want to clarify that.
 2    The IARC opinion and conclusion with the Group 1A
 3    probable carcinogen did not include a specific
 4    exposure cutoff.  They did not cite a threshold.
 5    You can take that from the literature.  And there
 6    has been a fair amount of discussion about that
 7    recently.  But that was a self-imposed
 8    restriction on the part of IARC.
 9    Q          Okay.  I just want to clarify
10    something.  You said that IARC classified
11    Glyphosate as 1A.  That was a misstatement;
12    correct?
13    A          I'm sorry.  I'm sorry.  1B.  I'm sorry.
14    Yes, it's a complete misstatement.  It's a 2A.
15    Q          Okay.  Very good.  Just -- so outside
16    of IARC, there are -- so, scratch that.
17               So you said that dose is important to
18    determine whether something is a risk factor;
19    correct?  You have to have sufficient exposure?
20    A          Yes.  If you want to analyze the
21    epidemiologic studies individually or as a group
22    is important.  IARC did not make that distinction
23    in its classification of Glyphosate as a probable
24    human carcinogen.
25    Q          Okay.  And I just want to know what is
```

1              C E R T I F I C A T E

2

3           I do hereby certify that the above and

4    foregoing transcript of proceedings in the matter

5    aforementioned was taken down by me in machine

6    shorthand, and the questions and answers thereto

7    were reduced to writing under my personal

8    supervision, and that the foregoing represents a

9    true and correct transcript of the proceedings

10   given by said witness upon said hearing.

11              I further certify that I am neither of

12   counsel nor of kin to the parties to the action,

13   nor am I in anywise interested in the result of

14   said cause.

15

16

17

                         *Jillian Doctor*

18

                         JILLIAN DOCTOR, RPR,
19                       CERTIFIED REALTIME REPORTER

20

21

22

23

24

25