UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES** |
| Wade v. Monsanto Co., Case No. 20-cv-08178-VC | Re: Dkt. Nos. 16759, 16771-73, 16793-96, 16801-02, 16804-11, 16813, 16817-19, 16824, 16827-28, 16830, 16847 |
| Pullen v. Monsanto Co., Case No. 19-cv-7462-VC | |
| Lincourt v. Monsanto Co., Case No. 21-cv-5317-VC | |
| Martinez v. Monsanto Co., Case No. 21-cv-1508-VC | |
| Culp v. Monsanto Co., Case No. 20-cv-3439-VC | |
| Hunter v. Monsanto Co., Case No. 21-cv-9947-VC | |
| Miller v. Monsanto Co., Case No. 19-cv-4946-VC | |
| Mank v. Monsanto Co., Case No. 19-cv-8035-VC | |
| Anderson v. Monsanto Co., Case No. 19-cv-8034-VC | |
| Bjorklund v. Monsanto Co., Case No. 19-cv-4681-VC | |
| Larsen v. Monsanto Co., Case No. 19-cv-0004-VC | |

Larson v. Monsanto Co.,
Case No. 19-cv-3815-VC

Laughlin v. Monsanto Co.,
Case No. 19-cv-4016-VC

Nelson-Scheffler v. Monsanto Co.,
Case No. 19-cv-3788-VC

Sabraski v. Monsanto Co.
Case No. 19-cv-3463-VC

Swaney v. Monsanto Co.
Case No. 19-cv-04680-VC

Rodgers v. Monsanto Co.,
Case No. 21-cv-03297-VC

Burlingame v. Monsanto Co.,
Case No. 20-cv-01629-VC

Poroz v. Monsanto Co.,
Case No. 19-cv-01243-VC

Hedges, v. Monsanto Co.,
Case No. 19-cv-05306-VC

Moomey v. Monsanto Co.,
Case No. 20-cv-01311-VC

Rogers v. Monsanto Co.,
Case No. 20-cv-07221-VC

Rose v. Monsanto Co.,
Case No. 21-cv-03167-VC

Slominski v. Monsanto Co.,
Case No. 17-cv-05481-VC

Trobona v. Monsanto Co.,
Case No. 19-cv-07234-VC

Cantu v. Monsanto Co.,
Case No. 19-cv-08036-VC

The above-listed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: June 16, 2022

VINCE CHHABRIA
United States District Judge