# EXHIBIT 3

```
 1

 2                  UNITED STATES DISTRICT COURT

 3                 NORTHERN DISTRICT OF CALIFORNIA

 4

 5

 6   IN RE:  ROUNDUP PRODUCTS      ) MDL NO. 2741
     LIABILITY LITIGATION          )
 7   _____) MDL Case No. 3:16-
     This Document Relates To:     ) MD-02741-VC
 8                                 )
     Nancy Salas v.                )
 9   Monsanto Company              )
     Case No. 3:20-CV-06173-VC     )
10   _____)

11

12                     PAGES 245 - 408

13

14                          - - -

15                    JANUARY 20, 2023

16                          - - -

17          Remote videotaped deposition of KEVIN B.

18   KNOPF, M.D., M.P.H., VOLUME II, conducted at the

19   location of the witness in Oakland, California,

20   commencing at 10:07 A.M. EST, on the above date

21   before Pamela Cotten, CSR, RDR, Certified Realtime

22   Reporter, Certificate No. 4497.

23                          - - -

24              GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph | 917.591.5672 fax
25                  deps@golkow.com
```

Exhibit 3 Page 1

Golkow Litigation Services                                Page 245

```
 1   A P P E A R A N C E S:

 2

 3   For the Plaintiff:

 4           PODHURST ORSEK, P.A.
             BY:  PABLO ROJAS, ESQ.
 5           One Southeast 3rd Avenue, Suite 2300
             Miami, Florida  33131
 6           305.358.2300
             projas@podhurst.com
 7


 8
     For the Defendant Monsanto Company:
 9
             ARNOLD & PORTER KAYE SCHOLER, L.L.P.
10           BY:  DAVID A. KERSCHNER, ESQ.
                  JOSEPH KLEMME, ESQ.
11           250 West 55th Street
             New York, New York  10019-9710
12           212.836.8000
             Fax - 212.836.8689
13           david.kerschner@arnoldporter.com
             joseph.klemme@arnoldporter.com
14


15   For the Defendant Home Depot:

16           MORRIS MANNING & MARTIN, LLP
             BY:  CAROLINE W. SUYDAM, ESQ.
17           Atlanta Financial Center
             3343 Peachtree Road, N.D., Suite 1600
18           Atlanta, Georgia  30326
             404.495.8485
19           Fax - 404.365.9532
             csuydam@mmmlaw.com
20


21   ALSO PRESENT:

22           KEVIN JOHNSON, Videographer


23


24


25
```

Exhibit 3 Page 2

Golkow Litigation Services                    Page 246

```
 1    plaintiff, six hours?
 2         A    Correct.
 3         Q    So that's roughly 38 hours on that case,
 4    right?
 5         A    Correct.
 6         Q    Is that a rough estimate of the time you
 7    would have spent on your other Roundup cases, about
 8    38 hours per case?
 9         A    In reading the articles and general
10    reports, that's a rough estimate.
11              The way I was counseled to bill was that if
12    I had three cases with a firm, I should only bill
13    for that part once.
14         Q    Right.
15         A    So in this case this is only one case, so
16    it has been billed for there.
17         Q    So -- and you have how many Roundup cases
18    right now that you are working on?
19         A    It's about 12.  I think I've stopped taking
20    new cases for the time being, and I may divulge
21    myself of one or two of those cases.
22         Q    Why, may I ask?
23         A    I want to make sure I do an accurate job
24    for each case, and this is not my full-time job.
25         Q    So you spend roughly $30,000 on a case, is
```

Exhibit 3 Page 3

Golkow Litigation Services                                Page 266

1      Q    So I'll rephrase.

2      A    The total lifetime exposure and what's

3   their protection they use to try and estimate how

4   likely it was a contributing factor to their

5   developing non-Hodgkin's lymphoma.

6      Q    So I'm correct, if you had the amount of

7   Roundup that was absorbed into the skin, you would

8   want to review that and determine if Roundup was a

9   substantial contributing factor for someone's

10  non-Hodgkin's lymphoma, right?

11          MR. ROJAS:  Object to the form.

12          THE WITNESS:  I think it was probably a

13  dose-response form.  I'm not sure there's an

14  absolute minimum threshold, but I think, you know,

15  probabilistically the more you are exposed to a

16  toxin, the higher the chance you will develop that

17  particular malignancy.  Just like smoking one pack

18  when you are 18 is not nearly as bad as three packs

19  a day for 30 years in terms of your probability of

20  developing lung cancer.

21  BY MR. KERSCHNER:

22     Q    Doctor, I'm just asking if you want to look

23  at the data.  If you have the data that shows how

24  much Roundup was absorbed into someone's skin, is

25  that data you would want to review to determine

Exhibit 3 Page 4

Golkow Litigation Services                                    Page 327

```
 1    whether or not Roundup was a substantial
 2    contributing factor to their non-Hodgkin's lymphoma?
 3         A    Yeah.  I would like to know what their
 4    exposure to Roundup was, yes.
 5         Q    Internally?
 6         A    Well, I don't know that you can always get
 7    that.  There's no sensors that are put into these
 8    people.  You have to estimate it.
 9         Q    Right.  And if you could get that
10    estimation, would you want to review it to determine
11    your opinion as to whether or not Roundup was a
12    substantial contributing factor to non-Hodgkin's
13    lymphoma?
14         A    Yeah.  I think that's a fair statement.
15         Q    Did you speak with Ms. Salas for your
16    opinions in this case?
17         A    No, I did not interview Ms. Salas.
18         Q    Did you speak to any of her doctors?
19         A    No, I did not speak directly to any of her
20    physicians.
21         Q    Did you review her medical records?
22         A    Yes, I did.
23         Q    Did you review any depositions in
24    Ms. Salas' case?
25         A    If Mr. Rojas provided them to me, I
```

Exhibit 3 Page 5

Golkow Litigation Services                                    Page 328

```
 1    reviewed them, yes.
 2        Q    You don't recall reviewing any depositions
 3    in Ms. Salas' case as you sit here today?
 4        A    I believe I did, but I did not re-review
 5    them prior to this continuation of the deposition.
 6        Q    Did you speak with any of Ms. Salas' family
 7    members to form your opinions in this case?
 8        A    No, I did not.
 9        Q    You never provided any care and treatment
10    to Ms. Salas, correct?
11        A    No, I have not served as her physician.
12        Q    When you considered Roundup in this case,
13    what was the extent of Ms. Salas' exposure that you
14    considered made it a causative agent in her
15    developing non-Hodgkin's lymphoma?
16        A    Can I refer to my report?  I think I tried
17    to quantify her exposure in my report.
18        Q    Sure.  I think it is on page 12.
19        A    Can you put it up on the screen or I can
20    try --
21        Q    Yeah.  While he is pulling that up, is what
22    you wrote in your report an accurate recitation of
23    the exposure analysis which you conducted for
24    Ms. Salas in this case?
25        A    I believe it is an accurate representation
```

Exhibit 3 Page 6

Golkow Litigation Services                                  Page 329

```
 1    of my opinion about her exposure.  I'm not sure I
 2    was the one conducting the individual analysis for
 3    her.
 4         Q    How did you learn about that exposure?
 5         A    So I did not re-review all of her records
 6    prior to continuation, and I'm not remembering if
 7    Mr. Rojas provided me with somebody else's estimate
 8    for that.
 9         Q    So you don't recall where you got that
10    from?
11         A    Hold on.  Page 12?
12         Q    I believe so, yeah.
13         A    So there are numbers there that show
14    substantive days of exposure to Roundup.  If
15    somebody went to, say, a midpoint of 140.3 days,
16    likely or not, Mr. Rojas' firm had somebody come up
17    with that estimate.
18         Q    So you are relying on the estimate that you
19    received from Mr. Rojas?
20         A    Yes.  I did not interview Ms. Salas about
21    her total days of exposure.
22         Q    And that estimate has nothing to do with
23    the amount of Roundup that actually got absorbed
24    into Ms. Salas' skin, right?
25              MR. ROJAS:  Object to the form.
```

Exhibit 3 Page 7

Golkow Litigation Services                              Page 330

```
 1    wearing or any personal protective equipment,
 2    correct?
 3              MR. ROJAS:  Object to the form.
 4              THE WITNESS:  Yeah, I'm not sure.  I think
 5    I had convinced myself that she had substantial
 6    terminal exposure to Roundup.
 7    BY MR. KERSCHNER:
 8         Q    That's not my question, Doctor.  Your
 9    report here, which has your opinions --
10         A    Right.
11         Q    -- I want to focus on what you did to form
12    those opinions.  You didn't include any discussion
13    in forming your opinions for Ms. Salas as to what
14    personal protective equipment or clothing she was
15    wearing when she applied Roundup, right?
16         A    I may have had those opinions but not
17    included them in this report.
18         Q    And this report contains your opinions in
19    this case, right?
20         A    Yeah, but I don't think it contains all my
21    opinions.  I'm not somebody who writes 50-page
22    reports.
23         Q    And sitting here today, you can't tell me
24    what type of clothing or personal protective
25    equipment she was wearing when she sprayed Roundup,
```

Exhibit 3 Page 8

```
 1   or no, were you informed about how many hours a day
 2   Ms. Salas was using Roundup?
 3       A    I don't remember.
 4       Q    In forming your opinions in this case, were
 5   you informed about the type of surfactants in the
 6   Roundup Ms. Salas was using?
 7            MR. ROJAS:  Object to the form.
 8            THE WITNESS:  In forming my opinions, I was
 9   struck by the difference between the EPA report and
10   the IARC report and some of the expert reports I
11   witnessed that surfactant made it more absorbable
12   and that Roundup is not pure glyphosate.  It is
13   attached to a surfactant.  And I believe that's true
14   for all Roundup varieties, that it is attached to a
15   surfactant, which makes it more absorbable and
16   dermal.
17            MR. KERSCHNER:  Objection.  Nonresponsive.
18   BY MR. KERSCHNER:
19       Q    I'm going to ask the question about this
20   case and then I want an answer to my question.
21            In forming your opinions in this case, were
22   you informed about the type of surfactant in the
23   Roundup Ms. Salas was using?
24       A    I don't recall for sure.
25       Q    You agree that Ms. Salas was diagnosed with
```

Exhibit 3 Page 9

Golkow Litigation Services                               Page 343

```
 1    mantle cell lymphoma on July 6, 2020?
 2         A    I believe that's the date, yes.
 3         Q    And my understanding, that it is a cyclin
 4    D1 negative mantle cell lymphoma, correct?
 5         A    I would have to go up and read above.
 6         Q    Sure.  Why don't we -- good idea.  If you
 7    want to scroll up, we can do that.
 8         A    I need to enlarge that.
 9              So that's just discussion of mantle cell
10    lymphoma.  Probably the space where I discussed her
11    pathology report.
12         Q    Let me ask you, what does it mean to be
13    cyclin D1 negative?
14         A    Most mantle cell lymphomas, I think, are
15    cyclin D1 positive, which is an oncogene, but there
16    are some cyclin D1 negative mantel cell lymphomas.
17         Q    And if it's a cyclin D1 negative, does that
18    tell you anything about the mantle cell lymphoma?
19         A    It may behave differently biologically.
20         Q    And does Roundup increase cyclin D1?
21         A    I don't know if I can answer that as a
22    direct question.  I would say that Roundup increases
23    the probability of developing non-Hodgkin's
24    lymphoma.  Multiple B-cell lymphomas, I think, have
25    been linked to Roundup and some T-cell lymphomas,
```

Exhibit 3 Page 10

Golkow Litigation Services                                    Page 344

```
 1      Q    And on page 20 of your report, if you have
 2   it in front of you, you listed risk factors for
 3   Ms. Salas.  Just give me a moment.
 4           Ahh, page 12.  It says:
 5           "Exclusion of other potential
 6      causative factors for cancer for
 7      plaintiff, analysis of Ms. Salas' risk
 8      factors for developing NHL."
 9           Do you see that?
10      A    Yes.
11      Q    Then you list a series of Ms. Salas'
12   medical conditions and say she has no factors known
13   to increase the chance of developing mantle cell
14   NHL, right?
15      A    Correct.
16      Q    And then you list a number of potential
17   risk factors that she did not have, right?
18      A    That is correct.
19      Q    But then you say she had a history of
20   smoking, correct?
21      A    That is correct.
22      Q    And then you say the relationship between
23   smoking and NHL is not well established, right?
24      A    Right.  That is correct.
25      Q    You have put other -- signed other expert
```

Exhibit 3 Page 11

 1    reports in the Roundup litigation where you have

 2    indicated smoking is a risk factor for NHL, correct?

 3         A    Yeah.  I think those were earlier reports,

 4    and I had not read the epidemiology that well at

 5    that time.  So I have revised my opinion.

 6         Q    And what's -- and what studies have you

 7    reviewed to revise your opinion?

 8         A    I think I provided it to you.  Study by

 9    Schollkopf, Smedby, Hjalgrim, et al. from Cancer

10    Epidemiology Biomarkers Prevention 2005.

11         Q    Right.  That study was available when you

12    formed your opinion that smoking was a risk factor

13    for non-Hodgkin's lymphoma, correct?

14         A    Yeah.  Over time, as I've been involved in

15    this litigation, I've had a chance to read more and

16    more articles, and I'm constantly deciding whether I

17    should revise my opinion one way or the other.

18         Q    So it is possible your opinion about

19    Roundup may change, right?

20         A    I don't think so unless --

21         Q    But your opinion --

22         A    -- unless a new article comes out that

23    really discredits everything else that's been

24    written before.

25         Q    There is no new article about smoking,

Exhibit 3 Page 12

Golkow Litigation Services                            Page 360

1  right?  That was an old article.

2       A    No, but I think at the time I was pressed

3  for time.  I didn't really understand the whole

4  nature of the litigation, and I may have

5  shortchanged myself in not reading enough about

6  cigarette smoking and lymphoma.  I don't think I

7  usually consider it a risk factor for lymphoma, but

8  I may have put it in the report and that's probably

9  an error.

10      Q    Ms. Salas was also obese, right?

11      A    Yes.

12      Q    And do you consider obesity a risk factor

13 for NHL?

14      A    Well, I'm not sure it is a causative risk

15 factor.  There seems to be a mild association

16 between obesity and NHL, but I don't think it is a

17 very strong risk factor.

18      Q    So how are you able to rule out obesity as

19 a risk factor for Ms. Salas' non-Hodgkin's lymphoma?

20      A    My understanding is the relationship

21 between obesity and the risk of developing

22 non-Hodgkin's lymphoma is a fairly weak one.  I

23 don't even know --

24      Q    What's the risk ratio between obesity and

25 non-Hodgkin's lymphoma?

Exhibit 3 Page 13

Golkow Litigation Services                                    Page 361

```
 1        A    I don't know that off the top of my head
 2   right now.  I've seen patients who are very thin
 3   getting non-Hodgkin's lymphoma, and it is much
 4   stronger, I think, data between obesity and the
 5   development of colon cancer than non-Hodgkin's
 6   lymphoma.
 7        Q    And has that always been your opinion about
 8   obesity and non-Hodgkin's lymphoma?
 9        A    I think in my head I've not really
10   considered obesity a huge risk factor for
11   non-Hodgkin's lymphoma.
12        Q    Does -- I guess I just want to make sure I
13   understand it.  Does obesity -- is obesity a risk
14   factor associated with non-Hodgkin's lymphoma or is
15   it not?
16        A    I'm just going to answer this text real
17   quick.
18        Q    Do you want to go off the record for a
19   moment?
20        A    No.  It is going to take me two seconds.
21        Q    Does the text have anything to do about
22   this case?
23        A    No.  It has to do with a 13-year-old
24   patient with a low platelet count.
25        Q    I understand.  If you need to take a break,
```

Exhibit 3 Page 14

Golkow Litigation Services                                    Page 362

1    of lymphomagenesis.  You are exposed to more viruses
2    and bacteria, and so your lymphoproliferative system
3    is dividing more to form mature cells and fight
4    those off, but I'm not sure the relationship between
5    inflammation in general, because ESR is a very
6    nonspecific marker for inflammation, and how much
7    that would correspond with, you know, lymphoma risk.
8    That, I'd have to review.
9        Q    Do you know what C-reactive protein is?
10       A    Yeah.  I mean, that, I think, is used
11   primarily in cardiology.
12       Q    It is an indicator of inflammation, right?
13       A    A broad indicator of inflammation, yes.
14       Q    And did you consider Ms. Salas had a high
15   C-reactive protein level?
16       A    On what parts of her medical history did
17   she have a high sed rate and a high CRP?
18       Q    I'm asking if you were aware of it when you
19   formed your opinion.
20       A    No.
21       Q    Is that something you would consider?
22       A    No, I don't think I would consider that.
23       Q    Did you rule out as a reasonable degree of
24   medical certainty naturally occurring mutations or
25   DNA replication error as a cause of Ms. Salas' NHL?

Exhibit 3 Page 15

Golkow Litigation Services                                Page 379

1    A    No.  I don't think that's the way I phrased
2    it.  I think I phrased it that we went through all
3    the associations between conditions in NHL and I
4    said that I thought Roundup was more likely than not
5    a substantial cause of her non-Hodgkin's lymphoma.
6    Q    Right.
7    A    And I think -- I'm not explaining it well,
8    but causation is not just one thing or the other.  I
9    mean, again, the example of somebody who falls and
10   breaks their hip, you know, maybe one thing was not
11   necessary or maybe it was, but each thing might have
12   had a causative role in each person's development of
13   the disease process.
14   Q    Can something that's protective for the
15   development of cancer or -- undo a mutation from
16   something that would cause mutation in DNA?
17   A    Yeah, I mean, I don't think I've seen great
18   research on things that are protective of cancer per
19   se.  I mean, there was some data about aspirin
20   protecting in colon cancer by decreasing
21   inflammation of the colon.  Vitamin E failed,
22   selenium failed.  I'm trying to think what actually
23   we would tell patients to take to decrease
24   inflammation to cause cancer, and nothing is really
25   coming to my mind right away.

Exhibit 3 Page 16

Golkow Litigation Services                                    Page 380

```
 1    lymphoma had she not been exposed to Roundup, no.
 2         Q    In a patient with Ms. Salas' exact same
 3    medical history but with no exposure to Roundup,
 4    they would still have been diagnosed with
 5    non-Hodgkin's lymphoma, correct?
 6         A    Yes, that's correct.
 7         Q    And even without being exposed to Roundup
 8    or glyphosate, Ms. Salas would still have been
 9    diagnosed with non-Hodgkin's lymphoma?
10         A    Well, my understanding is that all of us
11    are exposed to glyphosate at this point, that, you
12    know, all of us on this call have been exposed to
13    glyphosate.  Maybe not all of us have been exposed
14    to Roundup, but we have all been exposed to
15    glyphosate.  80 percent of us maybe.
16         Q    I didn't get an answer to my question.  Do
17    you agree that if Ms. Salas had never been exposed
18    to Roundup, she still may have been diagnosed with
19    non-Hodgkin's lymphoma?
20         A    Yes, but I don't know what the effect of
21    glyphosate in the food is on the risk of developing
22    non-Hodgkin's lymphoma, so.  She might have still
23    developed it as a result of glyphosate even had she
24    not been exposed to the Roundup product.
25         Q    Do you have any information to say that
```

Exhibit 3 Page 17

Golkow Litigation Services                                      Page 389

1

2                          CERTIFICATE

3                              OF

4                 CERTIFIED SHORTHAND REPORTER

5

6          The undersigned Certified Shorthand
   Reporter of the State of California does hereby
7  certify:
           That the foregoing remote oral proceeding
8  was taken before me at the time therein set forth,
   at which time the witness was duly remotely sworn in
9  by me;
           That the testimony of the witness and all
10 objections made at the time of the examination were
   recorded stenographically by me and were thereafter
11 transcribed, said transcript being a true and
   correct copy of my shorthand notes thereof;
12         That the dismantling of the original
   transcript will void the reporter's certificate.
13

14

15

16

17
                      _____
18
                           PAMELA COTTEN, CSR, RDR
19                         Certificate No. 4497
                           Certified Realtime Reporter
20

21
           (The foregoing certification of
22    this transcript does not apply to any
      reproduction of the same by any means,
23    unless under the direct control and/or
      supervision of the certifying
24    reporter.)

25

Exhibit 3 Page 18

Golkow Litigation Services                                Page 405