# EXHIBIT 4

**Expert Report of Kevin B. Knopf, MD, MPH**
**In Support of Specific Causation**
**On Behalf of Nancy Salas**

June 23, 2022

Background

I am a practicing Hematologist and Oncologist and Division Chief of Hematology and Oncology at Alameda Health Systems in Oakland, California where I am responsible for supervising the Hematology and Oncology Division, treating patients, and teaching residents and medical students. Alameda Health Systems is a "safety net" hospital that provides care for the under-insured and uninsured for the five cities that make up Alameda County. I am an Assistant Clinical Professor of Medicine at the University of California, San Francisco School of Medicine where I am a member of the Institute for Health Policy. I am an Associate Professor at the University of South Carolina School of Pharmacy where I conduct research in Pharmaco-epidemiology. I am an active member of the American Society for Hematology and the American Society for Clinical Oncology.

I received my undergraduate degree from the Massachusetts Institute of Technology where I majored in Mechanical Engineering. I received my medical degree from the University of California, San Francisco in 1992. I completed my clinical training in Internal Medicine at Northwestern Medical School / Evanston Hospital, including spending one year at Memorial Sloan Kettering, studying radiation oncology. I then obtained a master's degree in Public Health with a focus on epidemiology from the Johns Hopkins School of Public Health. I then trained at the National Cancer Institute from 1997 to 2000. During this three-year time, I conducted research into clinical trial design and health services research including analyzing quality of care through retrospective data methods such as the early use of large-scale databases to determine patterns of quality of care, through my affiliation at the National Cancer Institute's Health Economics and Outcomes Research Branch. I then completed a fellowship in medical oncology at the National Cancer Institute. At the same time, I was awarded a competitive fellowship in Cancer Prevention and Control, also at the National Cancer Institute. This was a three-year program open to MDs or PhDs to conduct an in-depth study of the etiology of cancer and methods of cancer screening and prevention, with an emphasis on epidemiology. The Cancer Prevention and Control division at the National Cancer Institute constitutes a think tank regarding the etiology of malignancy. During this three-year program, I conducted research into clinical trial design and health services research including analyzing quality of care through retrospective data methods such as the early use of large scale databases to determine patterns of quality of care, through my affiliation at the National Cancer Institute's Health Economics and Outcomes Research Branch.

I completed both fellowships simultaneously in 2000 and have continued to pursue research with many institutions and research groups since then. Following completion of my training, I have practiced Hematology/Oncology for the past 20 years – for the first 6 years in Annapolis, Maryland, and the last 14 years in San Francisco and Oakland. I have held my current

**Exhibit 4 Page 1**

position as Chief of Hematology/Oncology at Alameda Health Systems in Oakland, California for the past four years.

I am a published researcher in the pharmaco-epidemiology of cancer therapeutics and as an epidemiologist, I focus on statistical methods, causality, and decision analysis, as well as health economics. I have published over 65 peer reviewed papers, several book chapters, and have presented at conferences internationally for the past 23 years.

I am currently mentoring and completing projects in research methodology with three internal medicine and surgery residents. I have doubled the size of my department in the past two years by recruiting newly graduated Hematology/Oncology fellows. I have been on the hospital's transfusion committee for several years and am a member of the Quality Review Committee, which devised our hospital system's quality guidelines for blood product replacement and our formulary. I am a member of the American Society for Clinical Oncology and the American Society of Hematology. I am a reviewer for several major medical journals, including the Journal of Clinical Oncology, the British Medical Journal, and the International Journal of Health Economics and Outcomes Research. I was an editor at the Journal of Community Oncology, translating research updates to the wider audience of community-based oncologists. My curriculum vitae is attached as Attachment A.

Preparation of an opinion

I have reviewed the records provided to me for Ms. Nancy Salas including her exposure history to Roundup® and her history of diagnosis and treatment of her Mantle Cell Non-Hodgkin's Lymphoma. These include but are not limited to pathology reports, physicians' assessments, physician assistants' records, laboratory studies, pathology and radiology reports. I also reviewed Ms. Salas' deposition and Plaintiff Fact Sheets.

Medical Assessment

In March 2020, Ms. Nancy Salas noted left ear pressure, difficulty hearing, and a cervical lymph node that was palpable. She underwent a fine needle aspiration and ultimately underwent an excisional lymph node biopsy. Pathology ultimately showed a B-cell lymphoproliferative disorder CD5 FMC dim CD23 consistent with a typical SLL/CLL vs Mantle Cell - Negative for t(11;14) 6q23 MYB deletion, 17 p deletion trisomy 12 - Positive 11q (ATM) 13q deletion – ultimately determined to be Mantle Cell NHL. A second biopsy of her bone marrow from the left iliac crest was also positive for the presence of Mantle Cell NHL on 7/31/20 making her a stage IVA at the time of diagnosis. Her NHL proliferative index was 40% at the time of diagnosis. On colonoscopy, her mantle cell NHL was found to also be involving the colonic mucosa.

She underwent an intensive chemotherapy regimen with 4 cycles of R-DHAOX with a goal of achieving a complete remission to be followed by an autologous stem cell transplant. She underwent this regimen at Moffitt Cancer Center under the care of their malignant hematology group. Her 3d cycle of R-DHAOX cycle 3 was 9/2020, and she had a complete remission noted after 4 cycles and then received condition therapy with R-BEAM followed by an autologous stem cell transplant on 11/23/20.

A PET scan report I reviewed from 10/23/20 showed an interval resolution of hypermetabolic lymphadenopathy consistent with a treatment response. Another note From January 2022 stated she was in a complete response on her PET scan in February 2021 following her autologous stem cell transplant – with no B symptoms or new lymphadenopathy. She was still receiving Rituximab (in maintenance fashion) with plans for every two-month visits. The most recent note I reviewed was an encounter on 2/22/22 which reported that she had chronic depression and stress in large part from her lymphoma diagnosis since 2020.

Past Medical and Surgical History

Breast Reduction surgery
Cholecystectomy (1968)
C-section (1982)
Tonsillectomy in her 20s
Esophageal spasm
Peptic ulcer disease
Arthritis
Hypertension

Definition of Epidemiology

Epidemiology is the study and analysis of the distribution, patterns, and determinants of health and disease conditions in a defined population. Epidemiology occurs at the intersection of clinical medicine and public health. A major function of epidemiology is discovering the etiology and risk-factors of diseases in humans.

Cancer Epidemiology

There are several subsets of epidemiology, including those having to do with infectious diseases and malignancy. In the former, a causative agent is usually completely determinable as infectious diseases are related to an infectious micro-organism – whether it be a virus, bacteria, parasite, or prion. Early causality in infectious diseases resulted in the formation of Koch's postulates. The epidemiology of cancer is more complex as malignancy is not typically related to a single etiology, but a composite of risk factors that can increase the probability of developing cancer.

The molecular basis for the development of cancer has been developed over the past century with exponential growth in knowledge over the past 50 years due to progress in molecular biology (Hanahan and Weinberg, Hanahan). Despite these discoveries in the molecular biology of malignancy and tremendous investment in new therapeutics for malignancy, most metastatic malignancies remain incurable. The epidemiology of malignancy involves both description of the distribution and prognosis of various cancers, which shares some similarities to infectious disease epidemiology and continual discussion and debate regarding various etiologic factors for the various malignancies. As progress in molecular biology has developed, we have subclassified many malignancies to identify therapeutic pathways. This has also had some subtle effects on the

etiology of various cancers (e.g. splenic Non-Hodgkin's Lymphoma is associated with Hepatitis C Virus but other malignancies have a less strong association). As such, the etiology of cancer involves a complicated field of causal analysis which has parallels in law and computer science (Pearl and Mackenzie)

Because it would be completely unethical to deliberately expose 50% of a group to a carcinogen and not expose 50%, there will never be a prospective randomized trial of a potential carcinogen in a group of patients to see if the cancer incidence is increased. Therefore, we rely on causal inference from cohort and case-control studies for determining causality.

Types of Epidemiologic Studies to Determine Carcinogenesis

Animal studies are important to identify and quantify potential carcinogens. They encompass a much more complex system than studying in cell culture or cell lines and, because mammalian physiology has similarities to humans, they are a crucial part of generating evidence on environmental toxicology. They are not definitive as there are interspecies differences and differences between laboratory animals and humans, obviously, but they are invaluable in generating data regarding potential mutagenic and carcinogenic compounds.

Epidemiology infers causality in cancer through classic epidemiologic techniques that form the basis of two main types of studies – cohort studies and case-control studies. These studies are conducted to determine association which is invoked as part of the chain of evidence in causal inference.

Cohort studies are typically large and long-term studies that study a group of humans (cohort) prospectively (although there are retrospective cohort studies as well) over time to determine the incidence and prevalence of diseases and relate these to environmental exposure and other aspects of health behavior. Two classic examples are the Framingham Heart Study and the Nurse Health Initiative study – long term studies of a defined cohort to estimate risk factors for the development of diseases.

Cohort studies can be very long term, particularly if studying potential carcinogenic agents. They have more accuracy when they are able to minimize loss to follow up of the study population. They can suffer from biases including bias in assessment of the outcome, information bias, non-response, and loss to follow-up and analytic bias.

Case-control studies

Case-control studies are conducted to examine the possible relation of an exposure to a certain disease. These studies match observations in a group of cases (persons with the disease in question) to those without the disease (control group). Care is exercised in selecting appropriate cases and appropriate controls in these studies. It is important to ascertain the level of exposure in both the cases and controls. These studies can also suffer from biases including limitations of recall and recall bias (e.g. differential recall between cases and controls), although this is considered a potential problem by many epidemiologists. Proper selection of both cases and

controls is important – matches are typically done on variables that are putative risk factors for the diseases to avoid overmatching.

Standard techniques have been developed to interpret the association of exposure / characteristic to disease via relative risk (typical for a cohort study) and Odds Ratio (case-control studies).

<u>Meta-Analysis</u>

Meta-analysis allows for the aggregation of several study results with appropriate weighing of each study accounting for the number of subjects and other characteristics. Many epidemiologists and statisticians feel a meta-analysis can increase statistical power and provide an overall perspective, although they can be subject to publication bias. There are methods regarding a meta-analysis and choice of studies including the heterogeneity – meta-analysis of case-control and cohort studies are common in the epidemiologic literature

<u>Issues in the Study of Cancer Etiology</u>

Most biological processes caused by external factors are multicausal or multifactorial – the different causes can contribute to a probability of the disease occurring and its progression. The acquisition of a malignant phenotype is a multistep process and is related to external toxins such as radiation and chemicals (carcinogens) in qualitative and quantitative ways.

<u>Cancer Characteristics</u>

Cancer or malignancy is a disease or group of diseases in which abnormal cells divide without control and can invade nearby tissues. This is characterized by collections of cells in the body that have continual growth and loss of growth control. Cancer is a disease of the cell, although cancer cells can have paracrine and other effects on nearby tissues that enhance their ability to grow and metastasize (travel to other sites of the body typically through arteries, veins, or the lymphatic system). Additional factors define the malignant phenotype, including selective growth and proliferative advantage, altered stress response favoring overall survival (of the cancerous phenotype), vascularization, invasion and metastases, metabolic rewiring, an abetting microenvironment, and immune modulation (Hanahan and Weinberg), Hanahan).

Non-Hodgkin's Lymphoma is a type of cancer derived from the lymphocyte. Cancer can cause harm to the body and ultimately can prove fatal if the total burden of cancer competes with normal cells for nutrients and oxygen, or if the tumor impedes the normal function of critical organs and organ failure ensues.

General guidelines for judging whether an association is causal include the following elements:

1. Temporal relationship
2. Strength of the association (often measured by relative risk or odds ratio)
3. Dose response relationship

4. Replication of the findings
5. Biologic plausibility
6. Consideration of alternate explanations
7. Cessation of exposure (not possible in this instance)
8. Specificity of the association
9. Consistency with other knowledge

Specificity of the association – the only malignancy consistently linked to glyphosate exposure to date is NHL – not solid tumors (e.g. breast, lung, colon) or even other hematologic malignancies.

Care with causal inference involves understanding three important issues in deriving causal inference: bias, confounding, and interaction.

Discussion of Non-Hodgkin's Lymphoma

Non-Hodgkin's Lymphoma (NHL) are a group of malignancies derived from immune cells (the hematopoietic system) constituting 4% of malignancy in the US with approximately 80,400 new cases diagnosed in 2022. The incidence of NHL has been rising by approximately 1.9% per year from the 1990s. There are classification schemes for NHL that appropriately subclassify them into the cell from which they are derived B-cell (or B-lymphocytes) and T-cell (or T-lymphocytes). There are formal classification schemes for NHL which are revised every several years. The different subtypes of NHL correspond to various stages of lymphocyte maturation. Lymphomas can cause morbidity and mortality from local compression by mass of lymph nodes, systemic symptoms and weakness, and functional decline from overwhelming lymphoma (the major way lymphoma causes mortality).

Each subtype of NHL has its own distinct natural history, treatment approaches, and prognosis. Oncologists consider NHL also in terms of "indolent" and "aggressive" NHL – aggressive NHL is fatal unless treatment is begun in weeks to months depending on the subtype, but are often curable with combination chemotherapy. Indolent NHL can sometimes be observed before requiring treatment – there are generally agreed upon clinical reasons for beginning treatment - as long as it has not transformed to a more aggressive form. However, low-grade NHL or "indolent" subtypes are not considered curable. Aggressive NHL is potentially curable but cannot be observed prior to requiring combination chemotherapy and sometimes bone transplantation.

Mantle Cell NHL

Mantle cell NHL is a rarer subtype of B cell NHL representing 3% of all B-cell NHL. Traditionally, the prognosis has been considered amongst the worst of all NHL with a median overall survival of 3 years from diagnosis. More recent estimates in the modern age with additional therapies estimate 5-year overall survival of between 34 and 82%. This NHL can have a more indolent form – Ms. Salas is currently in remission – she has a higher Ki67 which lowers her overall 5-year survival rate. She has undergone extensive treatment including an autologous stem cell transplant. Some newer therapies have improved the prognosis for Mantle Cell NHL. While

she is in remission from her Mantle Cell NHL, the natural history of this subtype of NHL is that it is invariably fatal. However, I estimate that this diagnosis will certainly shorten Ms. Salas's overall life expectancy given her relative lack of comorbidities.

Risk Factors for NHL

There are some potential risk factors for the development of NHL:

1. Age: Most NHL occur in people over the age of 60 with some exceptions which have a different age distribution.

2. Gender: Slightly higher in males than females.

3. Race and ethnicity: Caucasians are slightly more likely to develop NHL than Asian Americans or African.

4. Radiation Exposure: Radiation exposure is associated with an increased incidence of thyroid cancer, leukemia and myelodysplastic syndrome but not necessarily to Non-Hodgkin's Lymphoma (Boice JD).

5. Family History: NHL do not strongly run along family history as there are not felt to be significant associations with germline mutations (e.g. as with breast or ovarian cancer where we have identified germline mutations in BRCA1 or BRCA2 that dramatically increase the risk of developing those malignancies. There is an increased risk of NHL in twins - much of this is felt to be due to common environmental exposures.

6. Weakened immune system / Immunodeficiency: Patients with organ transplants or HIV have a higher risk of developing NHL. HIV is associated with an increased risk of Diffuse Large B-Cell NHL and CNS Lymphoma – with HHV-8 (a herpes virus) as a cofactor for the development of Body cavity NHL.

7. Congenital Immunodeficiency

8. Viruses: HTLV-1, HIV, HHV-8

9. Breast implants: (linked to a T-Cell NHL called Anaplastic Large Cell NHL)

10. While smoking is considered a risk factor for several malignancies (most notably lung, as well as bladder, head, and neck cancer), there is not convincing evidence that smoking increases the risk of Non-Hodgkin's Lymphoma.

Causality and Causal Inference

Causality and causal inference are challenging topics in diverse fields such as law, science, medicine and philosophy. Hume's "An Enquiry Concerning Human Understanding" is a

philosophical discussion from 1748 about general philosophical principles; however, science and the science of epidemiology rest upon specific assumptions regarding causality.

The science of epidemiology and causation is aimed at identifying an association between an exposure (risk factor) and the development of a specific disease. An exposure is associated and then the determination of a causal relationship is necessary – studies of disease etiology address a combination of genetic and environmental factors in causation.

Cancer genes, sometimes narrowly referred to as Oncogenes (both positive and negative), are changes in the somatic DNA that render a person more susceptible to cancer. It is a multistep process. There are congenital cancer-causing genes (i.e., germline mutations) and genes acquired through our lifetimes (i.e., somatic gene mutations) that are involved in the causal pathway of carcinogenesis.

Numerous robust and well conducted epidemiological studies show an association between glyphosate exposure in the occupational setting and the risk of developing non-Hodgkin's Lymphoma, with an observed dose-response relationship. Glyphosate exposure is associated with changes in chromosome structure in human lymphocytes at blood levels attainable in exposed individuals.

There is an extensive body of epidemiologic literature showing that glyphosate-based formulations such as Roundup® are a cause of non-Hodgkin's Lymphoma. Some of the contrary studies such as the EPA study have studied glyphosate in the absence of the surfactant used in Roundup® – polyethoxylated tallow amine(POEA) – which renders this glyphosate-based formulation more toxic in animal studies than glyphosate alone. Exposure is in part by dermal and inhalation routes leading to significant exposure.

A landmark event occurred in 2015 when the **International Agency for Research on Cancer (IARC)**, a part of the World Health Organization, reviewed the association between glyphosate and cancer and determined that it was a probable human carcinogen labelling glyphosate and GBH group 2A. There was significant carcinogenicity in animals and review of epidemiology led to a group 2A classification. The IARC found that glyphosate and GBFS can operate through genotoxicity and the induction of oxidative stress in cells – the two main characteristics of human carcinogens.

A key difference between conclusion from the IARC study and another oft quoted study (the EPA study) is that the EPA study evaluated pure glyphosate and not it's formulation – via the diet in the general population, whereas Roundup® is a formulated version of glyphosate which can markedly enhance the toxicity of exposure via surfactants that facilitate the movement of glyphosate through the epidermis and ultimately through cell membranes. This accelerates the movement of glyphosate to the inside of cells where it can damage DNA directly or via oxidative stress (two genotoxicity mechanisms). The EPA study did not conduct an applicator risk exposure assessment (e.g., of persons praying a GBH with handheld equipment).

The IARC considered a greater diversity of routes of exposure including published studies that reflected applicator exposure to formulated GBHs. As a result, the EPA assessment is relevant

to dietary exposure and lower rates of exposure, whereas the IARC assessment encompasses exposure to GBH application – much higher levels of exposure.

Cell and mouse studies

**Aris and Leblanc** (2011) showed that glyphosate exposure was found in blood at concentrations of 0.074 +/- 0.028 micrograms/mL. **Santovito et al** (2018) found that glyphosate increased chromosomal aberrations in human lymphocytes. In 2020, Portier conducted a comprehensive analysis of the data for glyphosate chronic exposure in rodents showing strong evidence of development of NHL in CD-1 mice. Other studies have convincingly demonstrated the genotoxicity of glyphosate and GBFs in human blood lymphocytes, the cell of origin for NHL with an increase in chromosomal damage, chromatid exchange frequency, DNA double strand breaks, DNA damage, and TP53 promoter methylation.

As with many other putative mutagenic and carcinogenic compounds that have been identified over time, the literature has been consistent that multiple exposures to a compound – in this case glyphosate - over time can increase the probability of a chromosomal aberration / DNA mutation that will take a patient down the pathway towards carcinogenesis in general, and in the case of glyphosate, lymphomagenesis in the particular.

Cohort studies:

**Bolognesi et al** (2009) studied persons living in Colombia exposed to glyphosate-based formulations from spraying with blood samples taken over time. The frequency of binucleated cells with micronuclei – representing a mutation – was significantly higher in three regions where there had been aerial spraying with glyphosate formulations compared to baseline levels. There was a falloff in one of the regions subject when the putative toxin was withdrawn, but this study suffers from recall bias and categorization of exposure.

The agricultural health study **DeRoos et al 2005** was a prospective study in the 1990s with questionnaires answered longitudinally. There are several problems with interpretation of this study making it a very problematic study to interpret. The dropout rate was 40%, and the "control" arm had farmers with other known risk factors for NHL making incremental carcinogenicity of "case" arm over control arm hard to interpret. There were a small number of specific cancers reported which can also ultimately hinder effect estimation. No information on timing and a short follow-up period of the cohort was available, thus nullifying any attempt to isolate latency period.

Case-control studies

There have been six case control studies of NHL and glyphosate exposure with 5 out of 6 showing an increased odds ratio (OR) for NHL in workers exposed to glyphosate. One of the six studies with limited statistical power showed no increase (Orsi L); five of the six studies were positive. Two of the studies showed an exposure-response effect –an important part of causal inference –with an increase in the number of days glyphosate was used. ORs of all 5 studies was greater than two.

A study published by **McDuffie et al 2001** conducted in Canada – examined 517 cases and 1506 controls via questionnaire and telephone interview for those with pesticide exposure of 10 hours/year or more. Glyphosate showed a dose-response relationship OR 2.12 (95% CI: 1.20 to 3.73) for use 2 or more days a year.

**Eriksson et al** conducted and published a case-control study with a large sample size (N=9100 cases) evaluating cases between 1999 to 2002 of persons living in Sweden and showed a twofold increase in NHL risk with matched controls for exposure to glyphosate (OR=2.02, 95% CI 1.1-3.71)  With persons with >10 day use of glyphosate, there was a OR of 2.36 (95% CI 1.04-5.37) compared to less than 10 days of use (OR-1.69, 95% CI 0.704.07) - assessing for latency (>10 years after use OR=2.26, 95% CI 1.16-4.40) and the dose response increase biological plausibility. Eriksson et al also stratified their cases by NHL subtype with the following odds ratios: B-Cell NHL (OR-1.87, 95% CI 0.998-3.51) SLL/CLL (OR=3.35, 95% CI 1.42-7.8, follicular B-Cell NHL (OR-1.89, 95% CI 0.62-5.79) , and Diffuse large B cell NHL OR-1.22, 95% CI 0.44-3.35).  T-Cell NHL – a rarer subtype than B-Cell NHL– had an OR of 2.29, 95% CI 0.51-10.4).  As opposed to the De Roos study, there was a longer time between exposure and disease development – more than 10 years after exposure – aligning with biologic plausibility, an important component of causality in carcinogenesis.

Another analysis by **Hardell et al** pooled two case-control studies with 515 cases and 1,141 controls – including hairy cell leukemia which is a very rare indolent NHL – and showed a statistically significant association between NHL and glyphosate (OR 3.04 CI 95% 1.08 – 8.52, unadjusted) and adjusted 1.85 (95% CI 0.55-6.20). This study had a very low exposure frequency to glyphosate which markedly limits inferences from this study regarding glyphosate and NHL causation.

Several of these prior case-control studies adjusted for other pesticides as potential confounding exposures (as the persons in the case-control studies are in occupations where they can be exposed to multiple pesticides) – statistical adjustment being a widely accepted way to minimize the effect of potential confounders.

Evaluating the evidence from multiple case-control studies provide solid evidence for the relationship between glyphosate exposure and an increased risk of NHL.

Meta-analyses:

A meta-analysis is a combining together and synthesis of other studies with statistical corrections – to obtain an estimate of larger power by combining multiple studies (increasing the total sample size).  This meta-analysis had a low heterogeneity of studies which is reassuring that the increase in risk was unlikely to be random.

**Schinasi et al** conducted an extensive meta-analysis of prior studies comprising 2,928 cases in the United States, Canada, Europe, Australia and New Zealand (Cantor et al 1992 Hardell et all 2002 De Roos et al 2003 De Roos et al 2005 Eriksson et al 2008 Orsi et al 2009 Cocco et al 2013). This showed an increase in NHL with any glyphosate exposure (meta-RR: 1.5, 95% CI 1.1-2.0) with an even higher relative risk for B-cell NHL (meta-RR = 2.0, 95% CI 1.1-3.6).  The study

10

Exhibit 4 Page 10

of heterogeneity – a tool used in meta-analysis to synthesize multiple trials together – was low, indicative of a lower likelihood of random fluctuations from trial to trial.

In 2019, a meta-analysis of human exposure to GBF and risk of NHL was published by Zhang et al and included the updated AHS data along with five case control studies. They determined the overall risk of NHL was significantly increased by 41% in the GBS-exposed individuals (meta=RR 1.41, 95% CI 1.3-1.75). With removal of AHS from the analysis (due to purported analytical flaws), the meta-RR increased to 1.84 (95% CI 1.33-2.35.

An analysis of 1,690 NHL cases with 5,131 controls showed that an ever use of glyphosate had an increased risk of NHL OR 1.43, 95% CI 1.11-1.83 (**Pahwa, 2019)** after adjustment for other pesticide use the OR for NHL vs ever use was 1.13 (95% CI 0.84-1.51) and a statistically significant association for handling glyphosate >2 days/year was found (OR 1.73, 95% CI 1.02-2.94).

De Roos et al reported on multiple studies and pooled data showing that pesticides and herbicides, including glyphosate, were associated with an increased risk of NHL.

Glyphosate / GBF exposure and the development of NHL

Causal inference on the nature of glyphosate / GBF exposure and the development of NHL in this case is determined by the following standard agreed upon criteria:

1. Temporal relationship: the evidence above shows a temporal relationship between exposure to glyphosate and GBFs and the development of NHL.

2. Strength of the association: (often measured by relative risk or odds ratio) has been demonstrated as per above discussion in multiple case-control studies and meta-analyses.

3. Dose response relationship has been shown in several of the studies.

4. Replication of the findings are shown by multiple studies as above.

5. Biologic plausibility: the genotoxic effect of glyphosate and GBFs has been demonstrated in animal and cell models.

6. Cessation of exposure and decrease in disease risk is not possible in this incident as the exposure has already occurred

7. Consideration of alternate explanations: discussed below

Ms. Salas exposure to Roundup®

Nancy Salas lived in Monroe County and Miami-Dade County, Florida, where she had extensive exposure over time to Roundup® glyphosate.

She began using Roundup® in May 2004 in the residential setting where she was exposed to it 3 to 4 times a month via a sprayer, pump handle, and hose.  She used this agent to control weeds on her personal property in Key Largo, Florida, applying the product herself.

She had approximately 9 years at one location from 2004 to 2013 and nearly six years at another location from 2008 to 2014 where she applied Roundup® on many occasions – and elsewhere there are calculations showing she had between 73.5 exposure days and 207 exposure days – midpoint of 140.3 exposure days to this agent – a highly substantial degree of exposure.

<u>Exclusion of other Potential Causative Factors for Cancer for Plaintiff and Analysis of Ms. Salas' Risk for Developing NHL</u>

In performing the differential diagnosis as to causes of her NHL, she had no other factors known to increase the chance of developing Mantle Cell NHL.  She did not have Hepatitis C or any collagen vascular disease – she had no prior radiation exposure.  She had none of the viruses associated with NHL (HIV, Hep C, Hep B virus).  She had no history of taking immunosuppressive medications.

While she had a history of smoking, the relationship between smoking and NHL is not well established – this is not considered a risk factor for NHL (Schoellkopf C et al, Morton et al).

She has not had any other toxic exposures of concern – she has not lived near a manufacturing plant, shipyard, chemical plant, pain manufacturer, automobile factory, a superfund site or had any obvious exposure to environmental toxins apart from Roundup®.

Ms. Salas was below the median age at the time of her diagnosis. She has no family history of NHL that would increase her rate of developing NHL.

Ms. Salas has had no prior history of rheumatologic / collagen vascular diseases that would have increased her risk of developing NHL, nor was she immunosuppressed nor taking any immunosuppressive medications.

<u>Conclusion</u>

It is my medical and epidemiologic conclusion that Ms. Salas' exposure to Roundup® was not only sufficient but exceeds the risk of exposure that is reported to either cause and/or significantly increase one's risk of developing NHL.  In addition, I did not identify a single alternative / additional risk factor that could reasonably considered to be contributory or causing the diagnosis of Mantle Cell NHL.

Ms. Salas has a very significant exposure to Roundup® as documented elsewhere – over many years and on numerous occasions.  In performing the differential diagnosis into the possible cause of Ms. Salas Mantle Cell NHL I found no other risk besides her exposure on multiple occasions to Roundup to an extent that significantly increased her risk per the published literature on this topic.

**Exhibit 4 Page 12**

I conclude to a reasonable degree of medical certainty that exposure to Roundup® was a substantial factor in causing Ms. Salas' Mantle Cell NHL.

Kevin B Knopf MD MPH

**References**

Altman DG and Royston P. The cost of dichotomizing continuous variables. 20006 BMJ May 6;332(7549):1080

Aris A, Leblanc S. Maternal and fetal exposure to pesticides associated to genetically modified foods in Eastern Township of Quebec, Canada. 2011 Reprod Toxicol 31(4):528-33

Amrhein V, Korner-Nievergelt F, and Roth T The earth is flat (p> 0,05): significance thresholds and the crisis of unreplicable research. Peer J 5*3544: DOI 10.7717/peerj.3544

Boice JD. Radiation and non-Hodgkin's lymphoma 1992 Cancer Res 52(19 Suppl):5489s-5491

DeRoos AJ, et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. 2003 Occup Environ Med 60, E11

DeRoos, AJ, Blair A Rusiecki et al. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study 2995, Environ Health Perspec, 49-54

Erickson M, Hardell L, Carlberg M, and Akerman M. Pesticide exposure as a risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer 2008;123:1657-1663. PMID: 18623080 DOI: 10.1002/ijc.23589

Gordis L, Epidemiology 1996, WB Saunders Company

Guyton KZ et al. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. 2015;The Lancet Oncology 490

Hanahan D, Weinberg RA. The hallmarks of cancer. Cell 2000:100;37-70

Hanahan D, Weinberg R. Hallmarks of cancer: the next generation. Cell 2011;144;646-74

Hanahan D. Hallmarks of cancer: new dimensions. Cancer Discovery 3033;2022;1231-46

Hardell L, Erickson M and Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma 2002;43(5):104399

IARC-Working Group. Glyphosate. IARC Monogr Prog Some organophosphate insecticides and herbicides: Diazinon, glyphosate, malathion, parathion and tetrachlorvinphos , 2015 1-92

IARC Monograph on Glyphosate

https://www.iarc.who.int/featured-news/media-centre-iarc-news-glyphosate/
https://publications.iarc.fr/549

Kumar A, Eyre TA, Lewis KL et al. New directors for mantle cell lymphoma in 2022. ASCO Educational booklet June 2022

Leon ME et al. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium, 2019, Int J Epidemiol

McDuffie HH, Pahwa P, Mclaughlin JR, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 2001 10(11), 1155-1163

Morton LM, Hartge P, Holford TR et al. Cigarette smoking and risk of non-Hodgkin lymphoma: a pooled analysis from the International Lymphoma Epidemiology Consortium (interlymph) 2005 CANCER PEPIDEMIOL BIOMARKERS PREV 14(4):925-33

Orsi L, Delabree L, Monnereau A et al. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occup Environ Med 2009;66:211-18

Pahwa M, et al. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health 2019

Pecorino L. Molecular Biology of Cancer, Oxford Press 2021

Pearl J and Mackenzie D. The Book of Why: The Science of Causality 2018 Hachette Book Group KCCB 2916956457

Portier CJ. A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies. 2020 Environ Health 19;18

Santovito A, RUberto S, Gendusa C and Cervella P. In vitro evaluation of genomic damage induced by glyphosate on human lymphocytes. 2018 Env Science and Pollution Research International 25(34), 34693-34700

Schinasi L and Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health 2014;11, 4449-4527

Schollkopf C, Ekstrom Smedby K Hjalgrim, et al. Cigarette smoking and risk of non-Hodgkin's lymphoma – a population-based study. Cancer Epidemiol Biomarkers Prevention 2005 14(7):1791-6

Sievbfried T. Odds Are, It's Wrong. Science News 2010;177(7):26

Weisenburger DD, A review and update with perspective of evidence that herbicide glyphosate (Roundup) is a cause of Non-Hodgkin Lymphoma. 2021, Clinical Lymphoma, Myeloma and Leukemia;621-630

Zhang L, Rnaa I, Shaffer, RM, et al. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence Mutat Res 2019;781-186-206