UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2741 <br> ) <br> ) <br> ) **UNOPPOSED MOTION TO MOVE** <br> ) **CASE TO WAVE VII** <br> ) |
| This document relates to: <br><br> *Eric Farrell and Laura Farrell v. Monsanto Co.*, <br> Case No. 3:20-cv-07321-VC | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

1. The case of Eric Farrell and Laura Farrell part of Wave VI.

2. The parties have diligently pursued discovery in this matter and continue to engage in fact and expert discovery.

3. Plaintiff, Eric Farrell, has served his responses to the Plaintiff Fact Sheet and produced medical and other records to the Defendant.

4. Plaintiff, Eric Farrell has further served responses to Defendant's First Set of Interrogatories, First Requests for Production, First Request for Inspection of Tangible Goods, and First Requests to Permit Entry on Land or Other Property.

5. Plaintiff, Eric Farrell has had his deposition taken and completed.

6. The parties envision treating physicians and other fact witness depositions being scheduled in the near future.

7. With fact and expert discovery still ongoing, the parties conferred regarding moving this case to a later discovery wave. Defendant's counsel agrees to this course of actions and, therefore, does not oppose this motion.

8. Under the circumstances, the parties believe transferring this case to Wave 7 would best serve the interests of justice.

9. Therefore, Plaintiff Eric Farrell, without opposition from Defendant, respectfully requests that this Honorable Court move this case from Wave VI to Wave VII.

DATED: June 20, 2023

                                        Respectfully submitted,

                                        */s/ Kelly E. Reardon*
                                        Kelly E. Reardon, Esq.
                                        The Reardon Law Firm
                                        160 Hempstead St
                                        New London, CT 06320
                                        P: 860-442-0444
                                        Email: kreardon@reardonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of June 2023, the foregoing **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** was served by electronic and first-class mail upon the following counsel for Defendant:

    Gregory S. Chernack (*pro hac vice*)
    (gchernack@hollingsworthllp.com)
    HOLLINGSWORTH LLP
    1350 I St. NW
    Washington, DC 20005
    Tel: (202) 898-5815
    Fax: (202) 682-1639

    Brian L. Stekloff (*pro hac vice*)
    (bstekloff@wilkinsonstekloff.com)
    Rakesh Kilaru (*pro hac vice*)
    (rkilaru@wilkinsonstekloff.com)
    WILKINSON STEKLOFF LLP
    2001 M St. NW, 10th Floor
    Washington, DC 20036
    Tel: (202) 847-4030
    Fax: (202) 847-4005

    Daniel Pariser
    (daniel.pariser@arnoldporter.com)
    ARNOLD & PORTER KAYE SCHOLER
    555 12th St. NW
    Washington, DC 20004
    Tel: (202) 942-5000

    Anthony Martinez (*pro hac vice*)

3

                    (amartinez@shb.com)
                    SHOOK, HARDY & BACON LLP
                    2555 Grand Blvd.
                    Kansas City, MO 64108
                    Tel: (816) 559-2683

DATED: June 20, 2023

                    Respectfully submitted,

                    /s/ *Kelly E. Reardon*
                    Kelly E. Reardon, Esq.
                    The Reardon Law Firm
                    160 Hempstead St
                    New London, CT 06320
                    P: 860-442-0444
                    Email: kreardon@reardonlaw.com