UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) |
| This document relates to: | ) ) **[PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE CASE TO WAVE VII** ) |
| *Eric Farrell and Laura Farrell v. Monsanto Co.,* Case No. 3:20-cv-07321-VC | ) ) ) ) ) |

Having reviewed the unopposed motion seeking to transfer this case to Wave VII, the Court grants the requested relief and transfers this case to Wave VII.

IT IS ORDERED _____.

DATED: June \_\_\_, 2023

_____
HON. VINCE CHHABRIA
United States District Judge