UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D |
| *Philip Roth v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:20-cv-01543 | |

Plaintiff Philip Roth – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VI, Sub-Wave C, to Wave VII, Sub-Wave D:

1. Philip Roth's case is part of Wave VI, Sub-Wave C.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff's deposition in March of 2023. Plaintiff's treating oncologist's deposition and his primary care physician's deposition have not yet been scheduled.

4. Defendant has not served its first round of written discovery and document requests. Plaintiff intends to propound written discovery.

5. Plaintiff produced his Plaintiff Fact Sheet via MDL Centrality.

6. Counsel for the Plaintiff, Philip Roth, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-Wave D, and Monsanto does not oppose this request.

Therefore, Plaintiff Philip Roth, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI, Sub-Wave C, to Wave VII, Sub-Wave D.

Date:  June 21, 2023                              Respectfully Submitted,

By: *Kristy M Arevalo*
Kristy M. Arevalo
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: *Kristy M Arevalo*
Kristy M. Arevalo
McCUNE LAW GROUP