UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 <br> \| Master Docket Case No. 16-md-02741-VC <br> \| <br> \| Honorable Vince Chhabria <br> \| |
| This document relates to: <br><br> *Philip Roth v. Monsanto Co. and John Does 1-100 inclusive,* <br> Case No.: 3:20-cv-01543 | \| <br> \| **PROPOSED ORDER GRANTING MOTION** <br> \| **TO MOVE CASE TO WAVE VII,** <br> \| **SUB-WAVE D** <br> \| |

Plaintiff's motion to move the case from Wave VI, Sub-Wave C, to Wave VII, Sub-Wave D, is granted.

**IT IS SO ORDERED.**


Dated: _____, 2023          _____
                                         HONORABLE VINCE CHHABRIA
                                         UNITED STATES DISTRICT COURT