UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL No. 2741 <br> ) <br> ) <br> ) <br> ) |
| This document relates to: <br><br> *Lenvil Ramey and Helenka Ramey v. Monsanto Co.*, <br> Case No. 3:17-cv-05878-VC | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

1. The case of Lenvil Ramey and Helenka Ramey is part of Wave V(D).

2. The parties have diligently pursued discovery in this matter and continue to engage in fact and expert discovery, and the plaintiff timely submitted his plaintiff fact sheet and all required materials.

3. The plaintiffs' depositions were taken on July 15, 2022 and the deposition of the treating oncologist was taken on December 6, 2022. The plaintiff was in remission at the time of these depositions.

4. In December 2022, the parties conferred and agreed that it would be appropriate to submit a motion to move this case to Wave VI.

5. Shortly thereafter, also in December 2022, the plaintiff's cancer relapsed and he has been undergoing continuing treatment and therapy for his injury. No other medical depositions have occurred since his relapse.

6. Counsel for the parties met and conferred and believe that it is appropriate to move this case to Wave VII(B). Defendant's counsel does not oppose this motion.

7. In view of the above, the plaintiffs, Lenvil Ramey and Helenka Ramey, respectfully request the Court to move this case to Wave VII(B).

Dated:  June 22, 2023

                                         Respectfully submitted,

                                         */s/ Philip J. Edwards*
                                         PHILIP J. EDWARDS
                                         Attorney at Law
                                         3 Hawthorne Building
                                         Louisville, KY 40204
                                         (502) 648-7671
                                         (502) 454-3175 (telefax)
                                         kypecos@yahoo.com
                                         COUNSEL FOR PLAINTIFF

## **CERTIFICATE**

     It is hereby certified that a copy of the foregoing was served by hand-delivery, telefax, electronic mailing, or U. S. Postal Service, first class mail, postage prepaid, this 22nd day of June, 2023 to the following:

Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108

Gregory S. Chernack (*pro hac vice*)
(gchernack@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
*Attorneys for Defendant*
*MONSANTO COMPANY*

                                                                   */s/ Philip J. Edwards*