UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Lenvil Ramey and Helenka Ramey v. Monsanto Co.*,<br>Case No. 3:17-cv-05878-VC | MDL No. 2741 |

**PROPOSED ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII**

Plaintiffs' motion to move the case from Wave V(D) to Wave VII(B) is granted.

**IT IS SO ORDERED**.

Dated: _____, 2023.     _____
                                                      HONORABLE VINCE CHHABRIA
                                                      UNITED STATES DISTRICT COURT