**Terance P. Perry, Esq.**
**J.R. Casillas, Esq.**
Datsopoulos, MacDonald & Lind, P.C.
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone: 406-728-0810
Facsimile: 406-543-0134
E-Mail: tperry@dmllaw.com; jrcasillas@dmllaw.com;
jmartin@dmllaw.com; areiber@dmllaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| *Gary Anderson and Mary Anderson v. Monsanto Co.*, Case No. 3:20-cv-01584-VC | |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Terance P. Perry, Esq., hereby withdraws from representing Plaintiffs, Gary Anderson and Mary Anderson, in this matter. J.R. Casillas, Esq., of Datsopoulos, MacDonald & Lind, P.C., will remain as counsel for

Plaintiffs in the above-referenced action and all related actions thereto. Further, Attorney Perry requests he be removed from the electronic service list.

Respectfully submitted this 23rd day of June 2023.

/s/ Terance P. Perry
Terance P. Perry, Esq.
DATSOPOULOS, MACDONALD & LIND, P.C.
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone: 406-728-0810
Facsimile: 406-543-0134
E-Mail: tperry@dmllaw.com
*Attorneys for Plaintiffs, Gary Anderson and Mary Anderson*

## CERTIFICATE OF SERVICE

I, the undersigned, an employee of Datsopoulos, MacDonald & Lind, P.C., hereby certify that on June 23, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Judith Martin

Judith Martin, Paralegal
Datsopoulos, MacDonald & Lind, P.C.