IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN FRYE, et al. | * | |
| Plaintiffs | * | MDL NO. 2741 |
| vs. | * | |
| MONSANTO COMPANY | * | CASE NO. 3:21-cv-00039 |
| Defendant | * | |

* * * * * * * * * * * * * *

## UNOPPOSED MOTION TO MOVE CASE TO WAVE 7, SUB-WAVE A

Plaintiffs Martin Frye and Wanda Frye, by their attorneys, Dennis F. O'Brien, Esquire and Dennis F. O'Brien, P.A., without opposition, respectfully request that the Court move her case from Wave 6-A to Wave 7-A.

1. Plaintiffs' case has been assigned to Wave 6-A pursuant to the Court's November 10, 2022 Order.

2. The parties have been diligently pursuing discovery.

3. Plaintiffs, Martin Frye and Wanda Frye, were deposed on December 20, 2022, with Martin Frye's deposition being continued and completed in January 2023.

4. Defendant served written discovery demands on or about April 17, 2023, to which Plaintiffs and their counsel are in the process of responding.

5. Counsel for Plaintiffs has conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later sub-wave within Wave 7 and counsel for Monsanto does not oppose this request.

WHEREFORE, Plaintiffs, without opposition from Defendant Monsanto Company, respectfully request that the Court move their case from Wave 6-A to Wave 7-A.

Respectfully submitted,

Dated:  06/23/2023

/s/ *Dennis F. O'Brien*
Dennis F. O'Brien, Esquire
Dennis F. O'Brien, P.A.
2014 S. Tollgate Road, Suite 209
Bel Air, Maryland 21015
(410) 420-7411 P
(410) 420-6647 F
obie26@aol.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June 2023, I served a copy of the foregoing by electronic service through CM/ECF, which will provide automatic notifications to all parties and counsel of record.

/s/ *Dennis F. O'Brien*
Dennis F. O'Brien, Esquire
Dennis F. O'Brien, P.A.