**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARTIN FRYE, et al. | * | |
| Plaintiffs | * | MDL NO. 2741 |
| vs. | * | |
| MONSANTO COMPANY | * | CASE NO. 3:21-cv-00039 |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER GRANTING MOTION TO
MOVE CASE TO WAVE 7, SUB-WAVE A**

Plaintiffs' Motion to Move Case to Wave 7, Sub-Wave A is granted.

**IT IS SO ORDERED.**

Dated:

_____
VINCE CHHABRIA
*United States District Judge*