UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MDL NO.: 2741
*Electronically Filed*

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | ) MDL No. 2741 ) |
| This Document Relates to: | ) MDL Case No.: 3:16-md-02741-VC ) |
| Owen A. Mattingly | ) ) |
| vs. | ) Case No.: 3:21-cv-01658 ) ) |
| Monsanto Co. | ) ) |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D**

Comes the Plaintiff, Owen A. Mattingly, by counsel, and without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI, Sub-Wave D, to Wave VII, Sub-Wave D:

1. Owen A. Mattingly is part of Wave VI and assigned to Sub-Wave D;

2. Mindful of the deadlines pertaining to Wave VI, Sub-Wave D cases, the parties have diligently pursued discovery in this matter;

3. The parties completed Plaintiff's deposition on January 24, 2023. Plaintiff's treating oncologist's deposition and his primary care physician's deposition have not yet been scheduled;

4. Defendant served its first round of written discovery and document requests and response have been provided thereto;

5. Plaintiff produced his Plaintiff Fact Sheet via MDL Centrality, and a First Amended Plaintiff Fact Sheet was produced thereafter;

6. Plaintiff has now submitted his claim for consideration under the Court's Special Master Program;

7. Counsel for the Plaintiff, Owen A. Mattingly, conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VII, Sub-Wave D, and Monsanto does not oppose this request.

Therefore, Plaintiff, Owen A. Mattingly, without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave D.

Respectfully Submitted,

*/s/ Joseph H. Mattingly III*
**JOSEPH H. MATTINGLY III**
**JOSEPH H. MATTINGLY III, PLLC**
104 W. Main Street - P.O. Box 678
Lebanon, Kentucky 40033
(270) 692 – 1718
joe@mattinglylawoffices.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed using the ECF filing system for the United States District Court for the Northern District of California on this 10th day of May, 2023, using the CM/ECF system which will send notification of such filing to all parties of record.

By */s/ Joseph H. Mattingly III*
JOSEPH H. MATTINGLY III