UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MDL NO.: 2741

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | ) MDL No. 2741 ) ) |
| This Document Relates to: | ) MDL Case No.: 3:16-md-02741-VC ) |
| Owen Mattingly | ) ) |
| | ) Case No.: 3:21-cv-01658 |
| vs. | ) ) |
| Monsanto Co. | ) ) |

**[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VI**

Plaintiff's Motion to move his case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave D is GRANTED.

**IT IS SO ORDERED.**

Dated this _____ day of May, 2023.

---

JUDGE VINCE CHHABRIA