1 | **SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
2 | 600 Travis Street, Suite 3400
Houston, TX 77002-2026
3 | Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
4 | Email:   jstubbs@shb.com

5 | *Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Laurie Portuondo v. Monsanto Co.*, Case No. 3:23-cv-01086-VC | Case No. 3:16-md-02741-VC |

## MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
2. Bayer AG is a publicly held corporation.

DATED:  June 26, 2023                           Respectfully submitted,

                                                              SHOOK, HARDY & BACON L.L.P.

                                                              BY: */s/ Jennise W. Stubbs*
                                                                     Jennise W. Stubbs
                                                                     600 Travis Street, Suite 3400
                                                                     Houston, TX 77002-2926
                                                                     Telephone:  (713) 227-8008
                                                                     Facsimile:    (713) 227-9508
                                                                     Email:           jstubbs@shb.com

                                                              *Attorneys for Defendant*
                                                              *MONSANTO COMPANY*

## **CERTIFICATE OF SERVICE**

I certify that on the 26th day of June, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                                              */s/Jennise W. Stubbs*
                                                              Jennise W. Stubbs