UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Gonzalez v. Monsanto Co.*, Case No. 19-cv-3300-VC | MDL No 2741 <br><br> Case No. 16-md-02741-VC <br><br> **ORDER ON MOTION FOR SUMMARY JUDGMENT** <br><br> Re: Dkt. No. 25 |

    Monsanto's summary judgment motion is denied as moot because counsel for the plaintiff filed a suggestion of death last year and represented that there will be no substitution of party. The case is therefore dismissed under Rule 25(a)(1).

    **IT IS SO ORDERED.**

Dated: June 26, 2023

VINCE CHHABRIA
United States District Judge