**EXHIBIT A**

| | |
|---|---|
| **From:** | Steve Barnes |
| **Sent:** | Friday, March 06, 2020 8:55 AM |
| **To:** | Attorneys – New York State |
| **Subject:** | Re: Dissolution update |

I won't comment on the accuracy or lack thereof of the email from yesterday. Suffice it to say that all of you are already aware that we agreed to dissolution some time ago, and what remains are the details of how that will happen. In the meantime, I would encourage all of you to contact your clients to reassure them that YOU will continue to represent them, and that this is not going to be some kind of a wholesale free-for-all attack on your attorney-client relationships.

**From:** Steve Barnes <steve.barnes@cellinoandbarnes.com>
**Sent:** Friday, October 13, 2017 11:20 AM
**To:** Attorneys – New York State <Attorneys-NewYorkState@cellinoandbarnes.com>
**Subject:** Anticipated filing this afternoon

Good morning, As many of you are already aware, this afternoon Ross intends to file a motion for the appointment of a receiver. This is very unfortunate in that despite the fact that the motion is wholly without merit, the mere fact that Ross is bringing the motion will bring further negative publicity and therefore likely concern and consternation on the part of many clients and prospective future clients. I know that you have all been through this unfortunate drill before since Ross began this on May 10, but I would request that you again contact your clients to put them at ease and assure them that C&B is operating "business as usual", and most importantly that clients' cases will not be affected by this action. As I have advised you already, 2017 has been and will be the most successful year in the history of the firm, and 2018 and beyond are slated to bring even more success. The firm has never in any way faltered on its payroll obligations, and the many vendors with whom the firm deals on a daily basis always receive timely payment. The firm is financially sound.

I may have more to say to you and share with you about this depending upon the content of Ross's filing.

-----Original Message-----
From: Steve Barnes <steve.barnes@cellinoandbarnes.com>
Sent: Thursday, May 11, 2017 6:25 AM
To: Attorneys - New York State <Attorneys-NewYorkState@cellinoandbarnes.com>
Subject: Clients

Please call your clients to blunt to affect of this negative publicity.  Tell them that the firm is NOT being dissolved and that all business will continue uninterrupted.

I don't want Ross's nefarious actions yesterday to cause clients to leave us

**From:** Ross Cellino <ross@call8.com>
**Sent:** Tuesday, June 2, 2020 6:23 PM
**To:** Attorneys – New York State <Attorneys-NewYorkState@cellinoandbarnes.com>
**Subject:** FW: NYSCEF Notification: Erie - Commercial Division - <ORDER TO SHOW CAUSE ( PROPOSED )> 806178/2017 (Ross M. Cellino Jr. - v. - Cellino & Barnes, P.C. et al) [CV-DMS-iManage.FID125432]

Unfortunately I must inform you that I was forced today to file for full receivership. Please do your best to keep your clients happy. I have tried my best to negotiate in good faith with Steve, but I was left with no choice but to file. Steve and I finally came to an agreement yesterday on all issues but Ellen Sturm now demands 100k for a confidentiality clause in the release. Enough is enough. With this settlement, Ellen not only receives close to a million dollars for her claim that I strongly object to, she negotiated 151k in interest and her attorney's fees. Now she wants another 100k. I have made numerous concessions to get this settled amicably. For instance, Steve will not allow my IT director to use a spare open office but must work inside my personal office (notwithstanding COVID 19) – I gave into this