# EXHIBIT B

From: Ross Cellino <ross.cellino@cellinolaw.com>
Sent: Monday, May 10, 2021 1:19 PM
To: Attorneys - All <attorneys-all@cellinolaw.com>
Subject: case ratings

I am trying to project cash flow and I need more realistic values that you have assigned to your cases. We are currently on pace to acquire 1,609 cases annually or 54 cases per attorney (30 lawyers currently sign up PI cases) During C&B years 2014 – 2019 we acquired on average 3,556 cases annually or 72 cases per attorney (49 lawyers signed up PI cases during those years). Obviously, we have work to do to get our phone to ring more often.

Adjust the low value for your cases to a number that you would never settle for less than that number. The high value should be a realistically high, but achievable if the stars align.

Please complete this task by Friday, May 14th and forward the changes to me. I would like to see the current value that you have listed today vs the adjusted value.



ROSS CELLINO

Cellino Law, LLP

2500 Main Place Tower
350 Main Street, 25th Floor

**From:** Ross Cellino <ross.cellino@cellinolaw.com>
**Sent:** Thursday, February 11, 2021 4:44 PM
**To:** Attorneys - All <attorneys-all@cellinolaw.com>
**Subject:** FW: 2500 Main Place Tower

FYI – The purchase of the Knox Mansion and the remodeling will not affect the firm's cash flow demands for advertising. My wife used her cash for the purchase and is using her cash for the remodeling. Although the firm will be obligated to pay rent to my wife, it will be less than we currently pay.

Now that I bring up cash flow, please stay vigilant in processing your cases. We are in need of as many settlements as possible to put that cash towards advertising. But don't ever settle a case for less than full value.

**From:** Ann Morelli <Ann.Morelli@cellinolaw.com>
**Sent:** Thursday, February 11, 2021 2:59 PM
**To:** Ross Cellino <ross.cellino@cellinolaw.com>
**Subject:** RE: 2500 Main Place Tower

**From:** Ross M. Cellino <ross.cellino@cellinolaw.com>
**Sent:** Thursday, November 12, 2020 1:29 PM
**To:** Attorneys - All <attorneys-all@cellinolaw.com>
**Subject:** Disbursements

Hi all:

We are off to a great start with a great team. As the cases are coming in, each day I am more enthused and excited about our future at Cellino Law. Some highlights: Last week we signed up the proverbial FedEx case and a couple of days ago we signed up another significant injury case. For that significant case that was signed up a couple of days ago, the client told his attorney that he saw our TV commercial in the hospital and remembered our 1-800-555-5555 number. And on Tuesday, we signed up a leg off case. Our ad campaign is starting to work.

What I want to impress upon the team is that during the infancy of Cellino Law we need to be lean and mean in our operations. I want us all to be vigilant in how we operate the firm and spend money so that we can continue to pour those dollars into advertising to beat out the competition.