# EXHIBIT D

## SEPARATION AGREEMENT AND RELEASE

This Separation Agreement and Mutual Release ("Agreement") is made and entered into this ___ day of October 2022, by and between GOLDSTEIN GRECO, P.C. and BRIAN A. GOLDSTEIN, personally, and ("Goldstein") and Cellino Law, LLP with its principal place of business at 800 Delaware Avenue, Buffalo, New York ("CELLINO LAW LLP"); together ("The Parties")

    1. **Definitions of the Parties to this Agreement.** For purposes of this Agreement the Parties to this Agreement shall be defined as follows:

    (a) "Cellino Law, LLP" shall mean Cellino Law, LLP and its current and former affiliates, including but not limited to Cellino & Barnes, P.C., related entities through common identity of ownership or control, subsidiaries and all of their current or former attorneys, partners, owners, officers, directors, Employee's or agents, and related parties, and/or all of their heirs, executors, assigns, attorneys, agents, partners and insurers.

    (b) "GOLDSTEIN" shall mean Brian A. Goldstein and his heirs, administrators, executors, legal representatives, partners, attorneys, agents, trustees, successors and assigns together with GOLDSTEIN GRECO, P.C., or any other law firm for which Brian A. Goldstein shall have a financial interest in related to the prosecution of the cases originating from Cellino & Barnes, P.C. or Cellino Law LLP.

    2. **Last Day of Employment.** GOLDSTEIN's employment with CELLINO LAW LLP ended on August 31, 2022. The parties acknowledge from September 1, 2022 through September 31st, 2022, GOLDSTEIN operated as "of counsel" to Cellino Law LLP.

    3. **Consideration in Exchange for Signing this Agreement.** CELLINO LAW LLP and GOLDSTEIN agree that this Agreement supersedes the Employment Agreement entered into between the parties on June 30th, 2020. In consideration of the compensation and benefits to GOLDSTEIN set forth in any Employment Agreement and in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the Parties hereto, it is agreed as follows:

It is agreed that GOLDSTEIN shall affirmatively contact each client listed on the annexed **Exhibits** for the purpose of obtaining a signed retainer agreement with GOLDSTEIN's new firm, GOLDSTEIN GRECO, P.C.

GOLDSTEIN will provide CELLINO LAW LLP a signed acknowledgment from the client that they have chosen GOLDSTEIN GRECO, PC as their attorney for each client listed on the annexed **Exhibits** as soon as practicable following execution of this Agreement.

CELLINO LAW LLP and GOLDSTEIN acknowledge and agree that it is in the best interest of the client's listed on the annexed **Exhibits** to continue to be represented by GOLDSTEIN given the nature of their respective cases.

(b) GOLDSTEIN agrees that he will endeavor to obtain from each and every client listed on the annexed **Exhibits A, C, D, E and** F, a signed retainer with his firm and will not leave any Mass Tort cases for CELLINO LAW LLP to process since CELLINO LAW LLP does not have any attorney in our office experienced to handle Mass Tort Cases. If any clients refuse to retain GOLDSTEIN GRECO, PC, GOLDSTEIN will move to withdraw from the case and shall act as co-counsel to Cellino Law LLP in order to officially withdraw and shall bear any and all financial obligations to effectuate the withdraw.

(c) If GOLDSTEIN acts in accordance with the provisions of Subparagraphs (a) and (b) above, and either gets the clients to retain his office or formally withdraws from representing the clients in connection with their retainer with Cellino Law LLP such that Cellino Law, LLP no longer has any legal obligation to continue representing the client, then CELLINO LAW LLP will effectuate the following: