# EXHIBIT E

# CellinoLaw LLP

350 Main Street, 2500 Main Place Tower
Buffalo, New York 14202

Tel: (716) 888-2020
www.CellinoLaw.com

J. Cellino
W. Aiello
J. Bastible
en E. Beatty
J. Caffrey
D. Carlton
arie R. Cellino
a M. Cellino
en C. Ciocca
as P. Cleere
topher D. O'Amato
las B. Davis
ly A. Fazil
A. Goldstein, M.D., J.D.
ander Greco
ge R. Gridelli
M. Kochanowicz

Lisa F. King
Andrew F. Lavadera
John E. Lavelle
Patrick A. Little
John W. Looney
Michael J. Lovecchio
William J. Loyd
Michael P. Napolitano
Alexander Paine
Gregory V. Pajak
Robert J. Peragine
Joshua B. Sandberg
John H. Shields
Allan M. Silverstein
Robert L. Voltz
Michael J. Williams
K. John Wright
David C. Zimmerman

CellinoLaw LLP

Lisa F. King
Andrew F. Lavadera
John E. Lavelle
Patrick A. Little
John W. Looney
Michael J. Lovecchio
William J. Loyd
Michael P. Napolitano
Alexander Paine
Gregory V. Pajak
Robert J. Peragine
Joshua B. Sandberg
John H. Shields
Allan M. Silverstein
Robert L. Voltz
Michael J. Williams
K. John Wright
David C. Zimmerman

Ross M. Cellino
Denis J. Bastible
Brittany C. Brideau
Annmarie R. Cellino
Jeanna M. Cellino
Timothy P. Cellino
Stephen C. Ciocca
Thomas P. Cleare
Christopher D. D'Amato
Mark C. Davis
Nicholas B. Davis
Casey Fundaro

Brian A. Goldstein, M.D., J.D.
Alexander J. Greco
George R. Gridelli
Mark M. Kochanowicz
Patrick A. Little
Michael J. Lovecchio
William J. Loyd
Abraham J. Meir
Gregory V. Pajak
Joshua B. Sandberg
John H. Shields
Allan M. Silverstein
Robert L. Voltz

# CellinoLaw LLP

800 Delaware Avenue
Buffalo, NY 14209

Tel: (800) 555-5555
www.CellinoLaw.com