# EXHIBIT F

# CellinoLaw LLP

**BUFFALO**
800 Delaware Ave.
Buffalo, NY  14209
Fax: (716) 259-2020

**ROCHESTER**
16 West Main St. • 6th Floor
Rochester,   NY   14614
Fax: (585) 228-2020

**(800) 555-5555**
www.CellinoLaw.com

**MANHATTAN**
420 Lexington Ave. • Suite 830
New York, NY  10170 Fax:
Fax: (212) 970-2020

**LONG ISLAND**
401 Broadhollow Rd. • Suite 302
Melville, NY  11747
Fax: (212) 970-2020

April 18, 2023

**VIA EMAIL ONLY**

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Wilkinson Walsh & Eskovitz, LLP
2001 M St. NW, 10th Floor
Washingon, DC 20036

Martin Calhoun, Esq.
MCalhoun@Hollingsworthllp.com
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC 20005

> **RE:    In re:  Roundup Litigation**
>          **Cynthia Vavara**

Counselors:

Please be advised that our law firm is no longer representing Cynthia Vavara in connection with the above mentioned matter.  All future correspondence regarding this claim should be directed to Brian A. Goldstein and Alex Greco at Goldstein Greco, P.C., 2354 Wehrle Dr, Buffalo, NY 14221.

Please be further advised that our firm retains a lien for attorney's fees in connection with this claim.  *See* Lai Ling Cheng v. Modansky, 73 N.Y.2d 454, 541 N.Y.S.2d 742 (1989).

Accordingly, I ask that our office be notified of any settlement that may be reached in this matter, and that Cellino Law LLP be named as an additional payee on any settlement check that may be issued on this claim.  Please note your file accordingly.

Please feel free to contact the undersigned if you have any questions.

Very truly yours,

Kelly E. Riley

April 18, 2023
Cynthia Vavara
Page 2 of 2


CC:   Brian A. Goldstein, Esq.
       Alexander Greco, Esq.
       bg@goldsteingreco.com
       ag@goldsteingreco.com

CC:   Elizabeth, Cabraser
       Lieff, Cabraser, Heinmann & Berstein, LLP
       275 Battery Street, 9th Floor
       San Francisco, CA 94111
       ecabraser@lchb.com
       mail@lchb.com

       Mike Miller
       The Miller Firm, LLC
       The Sherman Building
       108 Railroad Avenue
       Orange, VA 22960
       MMiller@millerfirmllc.com

       Robin Greenwald
       Wietz & Luxenberg
       700 Broadway
       New York, NY 10003
       rgreenwald@weitzlux.com

       Lori E. Andrus
       Andrus Anderson, LLP
       155 Montgomery Street
       Suite 900
       San Francisco, CA        94104
       (lori.andrus@andrusanderson.com)

       Ken Feinberg
       Camille Biros
       Law Offices of Kenneth R. Feinberg, PC
       1455 Pennsylvania Ave NW
       Suite 390
       Washington, DC 20004
       cbiros@feinberglawoffices.com

# **Cellino**Law LLP

**BUFFALO**
800 Delaware Ave.
Buffalo, NY  14209
Fax: (716) 259-2020

**ROCHESTER**
16 West Main St. • 6th Floor
Rochester,   NY   14614
Fax: (585) 228-2020

**MANHATTAN**
420 Lexington Ave. • Suite 830
New York, NY  10170 Fax:
Fax: (212) 970-2020

**LONG ISLAND**
401 Broadhollow Rd. • Suite 302
Melville, NY  11747
Fax: (212) 970-2020

**(800) 555-5555**
www.CellinoLaw.com

April 18, 2023

**VIA EMAIL ONLY**

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Wilkinson Walsh & Eskovitz, LLP
2001 M St. NW, 10th Floor
Washington, DC 20036

Martin Calhoun, Esq.
MCalhoun@Hollingsworthllp.com
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC 20005

 **RE:   In re:  Roundup Litigation**
 **Cynthia Vavara**

Counselors:

Please be advised that our law firm is no longer representing Cynthia Vavara in connection with the above mentioned matter.  All future correspondence regarding this claim should be directed to Brian A. Goldstein and Alex Greco at Goldstein Greco, P.C., 2354 Wehrle Dr, Buffalo, NY 14221.

Please be further advised that our firm retains a lien for attorney's fees in connection with this claim.   *See* Lai Ling Cheng v. Modansky, 73 N.Y.2d 454, 541 N.Y.S.2d 742 (1989).

Accordingly, I ask that our office be notified of any settlement that may be reached in this matter, and that Cellino Law LLP be named as an additional payee on any settlement check that may be issued on this claim.   Please note your file accordingly.

Please feel free to contact the undersigned if you have any questions.

Very truly yours,

Kelly E. Riley

April 18, 2023
Cynthia Vavara
Page 2 of 2


CC:     Brian A. Goldstein, Esq.
         Alexander Greco, Esq.
         bg@goldsteingreco.com
         ag@goldsteingreco.com

CC:     Elizabeth, Cabraser
         Lieff, Cabraser, Heinmann & Berstein, LLP
         275 Battery Street, 9th Floor
         San Francisco, CA 94111
         ecabraser@lchb.com
         mail@lchb.com

         Mike Miller
         The Miller Firm, LLC
         The Sherman Building
         108 Railroad Avenue
         Orange, VA 22960
         MMiller@millerfirmllc.com

         Robin Greenwald
         Wietz & Luxenberg
         700 Broadway
         New York, NY 10003
         rgreenwald@weitzlux.com

         Lori E. Andrus
         Andrus Anderson, LLP
         155 Montgomery Street
         Suite 900
         San Francisco, CA        94104
         (lori.andrus@andrusanderson.com)

         Ken Feinberg
         Camille Biros
         Law Offices of Kenneth R. Feinberg, PC
         1455 Pennsylvania Ave NW
         Suite 390
         Washington, DC 20004
         cbiros@feinberglawoffices.com

# CellinoLaw LLP

**BUFFALO**
800 Delaware Ave.
Buffalo, NY 14209
Fax: (716) 259-2020

**ROCHESTER**
16 West Main St. • 6th Floor
Rochester, NY 14614
Fax: (585) 228-2020

**MANHATTAN**
420 Lexington Ave. • Suite 830
New York, NY 10170 Fax:
Fax: (212) 970-2020

**LONG ISLAND**
401 Broadhollow Rd. • Suite 302
Melville, NY 11747
Fax: (212) 970-2020

**(800) 555-5555**
www.CellinoLaw.com

April 18, 2023

**VIA EMAIL ONLY**

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Wilkinson Walsh & Eskovitz, LLP
2001 M St. NW, 10th Floor
Washingon, DC 20036

Martin Calhoun, Esq.
MCalhoun@Hollingsworthllp.com
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC 20005

> **RE:   In re:  Roundup Litigation**
>  **Phillip Lee**

Counselors:

Please be advised that our law firm is no longer representing Phillip Lee in connection with the above mentioned matter.  All future correspondence regarding this claim should be directed to Brian A. Goldstein and Alex Greco at Goldstein Greco, P.C., 2354 Wehrle Dr, Buffalo, NY 14221.

Please be further advised that our firm retains a lien for attorney's fees in connection with this claim.  *See* Lai Ling Cheng v. Modansky, 73 N.Y.2d 454, 541 N.Y.S.2d 742 (1989).

Accordingly, I ask that our office be notified of any settlement that may be reached in this matter, and that Cellino Law LLP be named as an additional payee on any settlement check that may be issued on this claim.  Please note your file accordingly.

Please feel free to contact the undersigned if you have any questions.

Very truly yours,

Kelly E. Riley

April 18, 2023
Phillip Lee
Page 2 of 2

CC:   Brian A. Goldstein, Esq.
       Alexander Greco, Esq.
       bg@goldsteingreco.com
       ag@goldsteingreco.com

CC:   Elizabeth, Cabraser
       Lieff, Cabraser, Heinmann & Berstein, LLP
       275 Battery Street, 9th Floor
       San Francisco, CA 94111
       ecabraser@lchb.com
       mail@lchb.com

       Mike Miller
       The Miller Firm, LLC
       The Sherman Building
       108 Railroad Avenue
       Orange, VA 22960
       MMiller@millerfirmllc.com

       Robin Greenwald
       Wietz & Luxenberg
       700 Broadway
       New York, NY 10003
       rgreenwald@weitzlux.com

       Lori E. Andrus
       Andrus Anderson, LLP
       155 Montgomery Street
       Suite 900
       San Francisco, CA       94104
       (lori.andrus@andrusanderson.com)

       Ken Feinberg
       Camille Biros
       Law Offices of Kenneth R. Feinberg, PC
       1455 Pennsylvania Ave NW
       Suite 390
       Washington, DC 20004
       cbiros@feinberglawoffices.com

# CellinoLaw LLP

BUFFALO
800 Delaware Ave.
Buffalo, NY  14209
Fax: (716) 259-2020

ROCHESTER
16 West Main St. • 6th Floor
Rochester,   NY   14614
Fax: (585) 228-2020

**(800) 555-5555**
www.CellinoLaw.com

MANHATTAN
420 Lexington Ave. • Suite 830
New York, NY  10170 Fax:
Fax: (212) 970-2020

LONG ISLAND
401 Broadhollow Rd. • Suite 302
Melville, NY  11747
Fax: (212) 970-2020

April 18, 2023

**VIA EMAIL ONLY**

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Wilkinson Walsh & Eskovitz, LLP
2001 M St. NW, 10th Floor
Washington, DC 20036

Martin Calhoun, Esq.
MCalhoun@Hollingsworthllp.com
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC 20005

> **RE:   In re:  Roundup Litigation**
> **Aaron Potter**

Counselors:

Please be advised that our law firm is no longer representing Aaron Potter in connection with the above mentioned matter.  All future correspondence regarding this claim should be directed to Brian A. Goldstein and Alex Greco at Goldstein Greco, P.C., 2354 Wehrle Dr, Buffalo, NY 14221.

Please be further advised that our firm retains a lien for attorney's fees in connection with this claim.  *See* Lai Ling Cheng v. Modansky, 73 N.Y.2d 454, 541 N.Y.S.2d 742 (1989).

Accordingly, I ask that our office be notified of any settlement that may be reached in this matter, and that Cellino Law LLP be named as an additional payee on any settlement check that may be issued on this claim.  Please note your file accordingly.

Please feel free to contact the undersigned if you have any questions.

Very truly yours,

Kelly E. Riley

April 18, 2023
Aaron Potter
Page 2 of 2


CC:     Brian A. Goldstein, Esq.
         Alexander Greco, Esq.
         bg@goldsteingreco.com
         ag@goldsteingreco.com

CC:     Elizabeth, Cabraser
         Lieff, Cabraser, Heinmann & Berstein, LLP
         275 Battery Street, 9th Floor
         San Francisco, CA 94111
         ecabraser@lchb.com
         mail@lchb.com

         Mike Miller
         The Miller Firm, LLC
         The Sherman Building
         108 Railroad Avenue
         Orange, VA 22960
         MMiller@millerfirmllc.com

         Robin Greenwald
         Wietz & Luxenberg
         700 Broadway
         New York, NY 10003
         rgreenwald@weitzlux.com

         Lori E. Andrus
         Andrus Anderson, LLP
         155 Montgomery Street
         Suite 900
         San Francisco, CA        94104
         (lori.andrus@andrusanderson.com)

         Ken Feinberg
         Camille Biros
         Law Offices of Kenneth R. Feinberg, PC
         1455 Pennsylvania Ave NW
         Suite 390
         Washington, DC 20004
         cbiros@feinberglawoffices.com

# CellinoLaw LLP

BUFFALO
800 Delaware Ave.
Buffalo, NY 14209
Fax: (716) 259-2020

MANHATTAN
420 Lexington Ave. • Suite 830
New York, NY 10170 Fax:
Fax: (212) 970-2020

ROCHESTER
16 West Main St. • 6th Floor
Rochester, NY 14614
Fax: (585) 228-2020

LONG ISLAND
401 Broadhollow Rd. • Suite 302
Melville, NY 11747
Fax: (212) 970-2020

**(800) 555-5555**
www.CellinoLaw.com

April 18, 2023

**VIA EMAIL ONLY**

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Wilkinson Walsh & Eskovitz, LLP
2001 M St. NW, 10th Floor
Washington, DC 20036

Martin Calhoun, Esq.
MCalhoun@Hollingsworthllp.com
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC 20005

**RE:   In re:  Roundup Litigation
          Leon Komm**

Counselors:

Please be advised that our law firm is no longer representing Leon Komm in connection with the above mentioned matter.  All future correspondence regarding this claim should be directed to Brian A. Goldstein and Alex Greco at Goldstein Greco, P.C., 2354 Wehrle Dr, Buffalo, NY 14221.

Please be further advised that our firm retains a lien for attorney's fees in connection with this claim.  *See* Lai Ling Cheng v. Modansky, 73 N.Y.2d 454, 541 N.Y.S.2d 742 (1989).

Accordingly, I ask that our office be notified of any settlement that may be reached in this matter, and that Cellino Law LLP be named as an additional payee on any settlement check that may be issued on this claim.  Please note your file accordingly.

Please feel free to contact the undersigned if you have any questions.

Very truly yours,

Kelly E. Riley

April 18, 2023
Leon Komm
Page 2 of 2

CC:   Brian A. Goldstein, Esq.
       Alexander Greco, Esq.
       bg@goldsteingreco.com
       ag@goldsteingreco.com

CC:   Elizabeth, Cabraser
       Lieff, Cabraser, Heinmann & Berstein, LLP
       275 Battery Street, 9th Floor
       San Francisco, CA 94111
       ecabraser@lchb.com
       mail@lchb.com

       Mike Miller
       The Miller Firm, LLC
       The Sherman Building
       108 Railroad Avenue
       Orange, VA 22960
       MMiller@millerfirmllc.com

       Robin Greenwald
       Wietz & Luxenberg
       700 Broadway
       New York, NY 10003
       rgreenwald@weitzlux.com

       Lori E. Andrus
       Andrus Anderson, LLP
       155 Montgomery Street
       Suite 900
       San Francisco, CA        94104
       (lori.andrus@andrusanderson.com)

       Ken Feinberg
       Camille Biros
       Law Offices of Kenneth R. Feinberg, PC
       1455 Pennsylvania Ave NW
       Suite 390
       Washington, DC 20004
       cbiros@feinberglawoffices.com

# CellinoLaw LLP

**BUFFALO**
800 Delaware Ave.
Buffalo, NY 14209
Fax: (716) 259-2020

**ROCHESTER**
16 West Main St. • 6th Floor
Rochester, NY 14614
Fax: (585) 228-2020

**MANHATTAN**
420 Lexington Ave. • Suite 830
New York, NY 10170 Fax:
Fax: (212) 970-2020

**LONG ISLAND**
401 Broadhollow Rd. • Suite 302
Melville, NY 11747
Fax: (212) 970-2020

**(800) 555-5555**
www.CellinoLaw.com

April 18, 2023

**VIA EMAIL ONLY**

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Wilkinson Walsh & Eskovitz, LLP
2001 M St. NW, 10th Floor
Washingon, DC 20036

Martin Calhoun, Esq.
MCalhoun@Hollingsworthllp.com
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC 20005

> **RE:** **In re: Roundup Litigation**
> **Ray Duff, Jr.**

Counselors:

Please be advised that our law firm is no longer representing Ray Duff, Jr. in connection with the above mentioned matter. All future correspondence regarding this claim should be directed to Brian A. Goldstein and Alex Greco at Goldstein Greco, P.C., 2354 Wehrle Dr, Buffalo, NY 14221.

Please be further advised that our firm retains a lien for attorney's fees in connection with this claim. *See* Lai Ling Cheng v. Modansky, 73 N.Y.2d 454, 541 N.Y.S.2d 742 (1989).

Accordingly, I ask that our office be notified of any settlement that may be reached in this matter, and that Cellino Law LLP be named as an additional payee on any settlement check that may be issued on this claim. Please note your file accordingly.

Please feel free to contact the undersigned if you have any questions.

Very truly yours,

Kelly E. Riley

April 18, 2023
Ray Duff, Jr.
Page 2 of 2


CC:   Brian A. Goldstein, Esq.
       Alexander Greco, Esq.
       bg@goldsteingreco.com
       ag@goldsteingreco.com

CC:   Elizabeth, Cabraser
       Lieff, Cabraser, Heinmann & Berstein, LLP
       275 Battery Street, 9th Floor
       San Francisco, CA 94111
       ecabraser@lchb.com
       mail@lchb.com

       Mike Miller
       The Miller Firm, LLC
       The Sherman Building
       108 Railroad Avenue
       Orange, VA 22960
       MMiller@millerfirmllc.com

       Robin Greenwald
       Wietz & Luxenberg
       700 Broadway
       New York, NY 10003
       rgreenwald@weitzlux.com

       Lori E. Andrus
       Andrus Anderson, LLP
       155 Montgomery Street
       Suite 900
       San Francisco, CA        94104
       (lori.andrus@andrusanderson.com)

       Ken Feinberg
       Camille Biros
       Law Offices of Kenneth R. Feinberg, PC
       1455 Pennsylvania Ave NW
       Suite 390
       Washington, DC 20004
       cbiros@feinberglawoffices.com

# CellinoLaw LLP

BUFFALO
800 Delaware Ave.
Buffalo, NY  14209
Fax: (716) 259-2020

ROCHESTER
16 West Main St. • 6th Floor
Rochester,   NY   14614
Fax: (585) 228-2020

MANHATTAN
420 Lexington Ave. • Suite 830
New York, NY  10170 Fax:
Fax: (212) 970-2020

LONG ISLAND
401 Broadhollow Rd. • Suite 302
Melville, NY  11747
Fax: (212) 970-2020

**(800) 555-5555**
www.CellinoLaw.com

April 18, 2023

**VIA EMAIL ONLY**

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Wilkinson Walsh & Eskovitz, LLP
2001 M St. NW, 10th Floor
Washingon, DC 20036

Martin Calhoun, Esq.
MCalhoun@Hollingsworthllp.com
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC 20005

    **RE:**   **In re:  Roundup Litigation
              Mark T Estruch**

Counselors:

    Please be advised that our law firm is no longer representing Mark T Estruch in connection with the above mentioned matter.  All future correspondence regarding this claim should be directed to Brian A. Goldstein and Alex Greco at Goldstein Greco, P.C., 2354 Wehrle Dr, Buffalo, NY 14221.

    Please be further advised that our firm retains a lien for attorney's fees in connection with this claim.  *See* Lai Ling Cheng v. Modansky, 73 N.Y.2d 454, 541 N.Y.S.2d 742 (1989).

    Accordingly, I ask that our office be notified of any settlement that may be reached in this matter, and that Cellino Law LLP be named as an additional payee on any settlement check that may be issued on this claim.  Please note your file accordingly.

    Please feel free to contact the undersigned if you have any questions.

Very truly yours,

Kelly E. Riley

April 18, 2023
Mark T Estruch
Page 2 of 2


CC:   Brian A. Goldstein, Esq.
       Alexander Greco, Esq.
       bg@goldsteingreco.com
       ag@goldsteingreco.com

CC:   Elizabeth, Cabraser
       Lieff, Cabraser, Heinmann & Berstein, LLP
       275 Battery Street, 9th Floor
       San Francisco, CA 94111
       ecabraser@lchb.com
       mail@lchb.com

       Mike Miller
       The Miller Firm, LLC
       The Sherman Building
       108 Railroad Avenue
       Orange, VA 22960
       MMiller@millerfirmllc.com

       Robin Greenwald
       Wietz & Luxenberg
       700 Broadway
       New York, NY 10003
       rgreenwald@weitzlux.com

       Lori E. Andrus
       Andrus Anderson, LLP
       155 Montgomery Street
       Suite 900
       San Francisco, CA        94104
       (lori.andrus@andrusanderson.com)

       Ken Feinberg
       Camille Biros
       Law Offices of Kenneth R. Feinberg, PC
       1455 Pennsylvania Ave NW
       Suite 390
       Washington, DC 20004
       cbiros@feinberglawoffices.com

# CellinoLaw LLP

BUFFALO
800 Delaware Ave.
Buffalo, NY  14209
Fax: (716) 259-2020

ROCHESTER
16 West Main St. • 6th Floor
Rochester,   NY   14614
Fax: (585) 228-2020

MANHATTAN
420 Lexington Ave. • Suite 830
New York, NY  10170 Fax:
Fax: (212) 970-2020

LONG ISLAND
401 Broadhollow Rd. • Suite 302
Melville, NY  11747
Fax: (212) 970-2020

**(800) 555-5555**
www.CellinoLaw.com

April 18, 2023

**VIA EMAIL ONLY**

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Wilkinson Walsh & Eskovitz, LLP
2001 M St. NW, 10th Floor
Washingon, DC 20036

Martin Calhoun, Esq.
MCalhoun@Hollingsworthllp.com
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC 20005

RE:   **In re:  Roundup Litigation**
       **Kelli A Suchan**

Counselors:

Please be advised that our law firm is no longer representing Kelli A Suchan in connection with the above mentioned matter.  All future correspondence regarding this claim should be directed to Brian A. Goldstein and Alex Greco at Goldstein Greco, P.C., 2354 Wehrle Dr, Buffalo, NY 14221.

Please be further advised that our firm retains a lien for attorney's fees in connection with this claim.  *See* Lai Ling Cheng v. Modansky, 73 N.Y.2d 454, 541 N.Y.S.2d 742 (1989).

Accordingly, I ask that our office be notified of any settlement that may be reached in this matter, and that Cellino Law LLP be named as an additional payee on any settlement check that may be issued on this claim.  Please note your file accordingly.

Please feel free to contact the undersigned if you have any questions.

Very truly yours,

Kelly E. Riley

April 18, 2023
Kelli A Suchan
Page 2 of 2


CC:   Brian A. Goldstein, Esq.
       Alexander Greco, Esq.
       bg@goldsteingreco.com
       ag@goldsteingreco.com

CC:   Elizabeth, Cabraser
       Lieff, Cabraser, Heinmann & Berstein, LLP
       275 Battery Street, 9th Floor
       San Francisco, CA 94111
       ecabraser@lchb.com
       mail@lchb.com

       Mike Miller
       The Miller Firm, LLC
       The Sherman Building
       108 Railroad Avenue
       Orange, VA 22960
       MMiller@millerfirmllc.com

       Robin Greenwald
       Wietz & Luxenberg
       700 Broadway
       New York, NY 10003
       rgreenwald@weitzlux.com

       Lori E. Andrus
       Andrus Anderson, LLP
       155 Montgomery Street
       Suite 900
       San Francisco, CA      94104
       (lori.andrus@andrusanderson.com)

       Ken Feinberg
       Camille Biros
       Law Offices of Kenneth R. Feinberg, PC
       1455 Pennsylvania Ave NW
       Suite 390
       Washington, DC 20004
       cbiros@feinberglawoffices.com

# CellinoLaw LLP

**BUFFALO**
800 Delaware Ave.
Buffalo, NY 14209
Fax: (716) 259-2020

**ROCHESTER**
16 West Main St. • 6th Floor
Rochester, NY 14614
Fax: (585) 228-2020

**MANHATTAN**
420 Lexington Ave. • Suite 830
New York, NY 10170 Fax:
Fax: (212) 970-2020

**LONG ISLAND**
401 Broadhollow Rd. • Suite 302
Melville, NY 11747
Fax: (212) 970-2020

**(800) 555-5555**
www.CellinoLaw.com

April 18, 2023

**VIA EMAIL ONLY**

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Wilkinson Walsh & Eskovitz, LLP
2001 M St. NW, 10th Floor
Washingon, DC 20036

Martin Calhoun, Esq.
MCalhoun@Hollingsworthllp.com
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC 20005

RE:   **In re:  Roundup Litigation
        William Charles Frueh, Jr.**

Counselors:

Please be advised that our law firm is no longer representing William Charles Frueh, Jr. in connection with the above mentioned matter.  All future correspondence regarding this claim should be directed to Brian A. Goldstein and Alex Greco at Goldstein Greco, P.C., 2354 Wehrle Dr, Buffalo, NY 14221.

Please be further advised that our firm retains a lien for attorney's fees in connection with this claim.  *See* Lai Ling Cheng v. Modansky, 73 N.Y.2d 454, 541 N.Y.S.2d 742 (1989).

Accordingly, I ask that our office be notified of any settlement that may be reached in this matter, and that Cellino Law LLP be named as an additional payee on any settlement check that may be issued on this claim.  Please note your file accordingly.

Please feel free to contact the undersigned if you have any questions.

Very truly yours,

Kelly E. Riley

April 18, 2023
William Charles Frueh, Jr.
Page 2 of 2

CC:     Brian A. Goldstein, Esq.
         Alexander Greco, Esq.
         bg@goldsteingreco.com
         ag@goldsteingreco.com

CC:     Elizabeth, Cabraser
         Lieff, Cabraser, Heinmann & Berstein, LLP
         275 Battery Street, 9th Floor
         San Francisco, CA 94111
         ecabraser@lchb.com
         mail@lchb.com

         Mike Miller
         The Miller Firm, LLC
         The Sherman Building
         108 Railroad Avenue
         Orange, VA 22960
         MMiller@millerfirmllc.com

         Robin Greenwald
         Wietz & Luxenberg
         700 Broadway
         New York, NY 10003
         rgreenwald@weitzlux.com

         Lori E. Andrus
         Andrus Anderson, LLP
         155 Montgomery Street
         Suite 900
         San Francisco, CA       94104
         (lori.andrus@andrusanderson.com)

         Ken Feinberg
         Camille Biros
         Law Offices of Kenneth R. Feinberg, PC
         1455 Pennsylvania Ave NW
         Suite 390
         Washington, DC 20004
         cbiros@feinberglawoffices.com

# CellinoLaw LLP

**BUFFALO**
800 Delaware Ave.
Buffalo, NY  14209
Fax: (716) 259-2020

**ROCHESTER**
16 West Main St. • 6th Floor
Rochester,   NY    14614
Fax: (585) 228-2020

**(800) 555-5555**
www.CellinoLaw.com

**MANHATTAN**
420 Lexington Ave. • Suite 830
New York, NY  10170 Fax:
Fax: (212) 970-2020

**LONG ISLAND**
401 Broadhollow Rd. • Suite 302
Melville, NY  11747
Fax: (212) 970-2020

April 18, 2023

**VIA EMAIL ONLY**

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Wilkinson Walsh & Eskovitz, LLP
2001 M St. NW, 10th Floor
Washingon, DC 20036

Martin Calhoun, Esq.
MCalhoun@Hollingsworthllp.com
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC 20005

**RE:   In re:  Roundup Litigation**
**Alphonso Faso**

Counselors:

Please be advised that our law firm is no longer representing Alphonso Faso in connection with the above mentioned matter.  All future correspondence regarding this claim should be directed to Brian A. Goldstein and Alex Greco at Goldstein Greco, P.C., 2354 Wehrle Dr, Buffalo, NY 14221.

Please be further advised that our firm retains a lien for attorney's fees in connection with this claim.  *See* Lai Ling Cheng v. Modansky, 73 N.Y.2d 454, 541 N.Y.S.2d 742 (1989).

Accordingly, I ask that our office be notified of any settlement that may be reached in this matter, and that Cellino Law LLP be named as an additional payee on any settlement check that may be issued on this claim.  Please note your file accordingly.

Please feel free to contact the undersigned if you have any questions.

Very truly yours,

Kelly E. Riley

April 18, 2023
Alphonso Faso
Page 2 of 2

CC:  Brian A. Goldstein, Esq.
      Alexander Greco, Esq.
      bg@goldsteingreco.com
      ag@goldsteingreco.com

CC:  Elizabeth, Cabraser
      Lieff, Cabraser, Heinmann & Berstein, LLP
      275 Battery Street, 9th Floor
      San Francisco, CA 94111
      ecabraser@lchb.com
      mail@lchb.com

      Mike Miller
      The Miller Firm, LLC
      The Sherman Building
      108 Railroad Avenue
      Orange, VA 22960
      MMiller@millerfirmllc.com

      Robin Greenwald
      Wietz & Luxenberg
      700 Broadway
      New York, NY 10003
      rgreenwald@weitzlux.com

      Lori E. Andrus
      Andrus Anderson, LLP
      155 Montgomery Street
      Suite 900
      San Francisco, CA        94104
      (lori.andrus@andrusanderson.com)

      Ken Feinberg
      Camille Biros
      Law Offices of Kenneth R. Feinberg, PC
      1455 Pennsylvania Ave NW
      Suite 390
      Washington, DC 20004
      cbiros@feinberglawoffices.com

# CellinoLaw LLP

**BUFFALO**
800 Delaware Ave.
Buffalo, NY  14209
Fax: (716) 259-2020

**ROCHESTER**
16 West Main St. • 6th Floor
Rochester,   NY   14614
Fax: (585) 228-2020

**MANHATTAN**
420 Lexington Ave. • Suite 830
New York, NY  10170 Fax:
Fax: (212) 970-2020

**LONG ISLAND**
401 Broadhollow Rd. • Suite 302
Melville, NY  11747
Fax: (212) 970-2020

**(800) 555-5555**
www.CellinoLaw.com

April 18, 2023

**VIA EMAIL ONLY**

Brian L. Stekloff
bstekloff@wilkinsonwalsh.com
Wilkinson Walsh & Eskovitz, LLP
2001 M St. NW, 10th Floor
Washingon, DC 20036

Martin Calhoun, Esq.
MCalhoun@Hollingsworthllp.com
**Hollingsworth LLP**
1350 I Street, N.W.
Washington, DC 20005

RE:   In re:  Roundup Litigation
          Thomas L. Hill

Counselors:

Please be advised that our law firm is no longer representing Thomas L. Hill in connection with the above mentioned matter.  All future correspondence regarding this claim should be directed to Brian A. Goldstein and Alex Greco at Goldstein Greco, P.C., 2354 Wehrle Dr, Buffalo, NY 14221.

Please be further advised that our firm retains a lien for attorney's fees in connection with this claim.  *See* Lai Ling Cheng v. Modansky, 73 N.Y.2d 454, 541 N.Y.S.2d 742 (1989).

Accordingly, I ask that our office be notified of any settlement that may be reached in this matter, and that Cellino Law LLP be named as an additional payee on any settlement check that may be issued on this claim.  Please note your file accordingly.

Please feel free to contact the undersigned if you have any questions.

Very truly yours,

Kelly E. Riley

April 18, 2023
Thomas L. Hill
Page 2 of 2

CC:    Brian A. Goldstein, Esq.
        Alexander Greco, Esq.
        bg@goldsteingreco.com
        ag@goldsteingreco.com

CC:    Elizabeth, Cabraser
        Lieff, Cabraser, Heinmann & Berstein, LLP
        275 Battery Street, 9th Floor
        San Francisco, CA 94111
        ecabraser@lchb.com
        mail@lchb.com

        Mike Miller
        The Miller Firm, LLC
        The Sherman Building
        108 Railroad Avenue
        Orange, VA 22960
        MMiller@millerfirmllc.com

        Robin Greenwald
        Wietz & Luxenberg
        700 Broadway
        New York, NY 10003
        rgreenwald@weitzlux.com

        Lori E. Andrus
        Andrus Anderson, LLP
        155 Montgomery Street
        Suite 900
        San Francisco, CA        94104
        (lori.andrus@andrusanderson.com)

        Ken Feinberg
        Camille Biros
        Law Offices of Kenneth R. Feinberg, PC
        1455 Pennsylvania Ave NW
        Suite 390
        Washington, DC 20004
        cbiros@feinberglawoffices.com