# EXHIBIT H

## Visit Our Website

Cellino & Barnes website can...

- Help potential and current clients understand various personal injury matters; and

- Offer a place where you can do research and learn more about Cellino & Barnes.



www.CellinoandBarnes.com

**Manhattan Office:**
420 Lexington Avenue
17th Floor
New York, New York 10170
(800) 621-2020

**Garden City Office:**
600 Old Country Road
Suite 500
Garden City, NY 11530
(800) 621-2020

**Buffalo Office:**
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202
(716) 854-2020

**Rochester Office:**
16 West Main Street
Powers Building, Suite 600
Rochester, New York 14614
(585) 454-2020

**Melville Office:**
445 Broadhollow Road
Suite 205
Melville, New York 11747
(800) 621-2020

**Cellino & Barnes**
(800) 621-2020

Attorney Advertising



# Cellino & Barnes p.c.
PERSONAL INJURY ATTORNEYS

One of the Largest Personal Injury Firms in the United States

You Made the Right Choice

because...

800-621-2020

## About Cellino & Barnes

### Trust
Cellino & Barnes was founded over 50 years ago.

Thousands of clients have trusted us with their accident cases.

### Experience
Our team of 45 attorneys has trial experience in every area of personal injury law.

### Success
Our Firm has recovered over One Billion Dollars for our clients.*

**1-800-621-2020**

*Past results do not guarantee future outcome

## Notable Results

Over 100 awards in excess of $1 Million, including:

**$6,000,000**
Anethesia Error - Infant Suffers Brain Injury

**$3,250,000**
Infant Suffers Traumatic Brain Injury

**$2,240,000**
Infant Develops Cerebral Palsy

**$2,200,000**
Undiagnosed Twin Pregnancy

**$1,850,000**
Misdiagnosis Results in Organ Transplants

## Areas of Practice

Medical Malpractice
Dental Malpractice
Aviation Accidents
Complex Drug Litigation
Complex Negligence
Wrongful Death

### Brian Goldstein, MD, JD
20 Years Legal Experience.

Mr. Goldstein has settled many dental and medical malpractice cases. He has a great amount of experience in proper medical procedure and techniques.



**Selected to:**
Million Dollar Advocates Forum
American Trial Lawyers Association - Top 100
Best Lawyers in America
Who's Who in American Law

# Brian Goldstein

**From:** Steve Barnes
**Sent:** Wednesday, August 30, 2017 3:48 PM
**To:** Jordan Finkelstein
**Cc:** Brian Goldstein; Daryl Ciambella; Dylan Brennan; Diane O'Neill
**Subject:** Re: Re.: Prospect Question

You will find that Dr. Goldstein is among the most versatile and uniquely talented lawyers in our firm. And a pretty fair pilot too, but that's another story.

On Aug 30, 2017, at 3:43 PM, Jordan Finkelstein <Jordan.Finkelstein@cellinoandbarnes.com> wrote:

> Well, at least I know where to go for med mal questions now. Thanks for looking into it and letting him know
>
> ---
>
> **From:** Brian Goldstein
> **Sent:** Wednesday, August 30, 2017 3:33 PM
> **To:** Jordan Finkelstein
> **Cc:** Daryl Ciambella; Steve Barnes; Dylan Brennan; Diane O'Neill
> **Subject:** RE: Re.: Prospect Question
>
> Jordan, tnx but not a case for us. 66 yo diabetic with dense bilateral cataracts. Surgery was in December last year. Difficulty in removing the cataract led to the cataract fragmenting rather than being able to be removed in tact. This is a recognized risk. There was preexisting degeneration of the cornea which compounded the poor vision. I will follow up with a written decline. Tnx.

# Cellino Law Advisor

CellinoLaw.com

November 2021

## A BIG HAPPY FAMILY
### Thanksgiving With the Cellinos

My family is a lot larger than most, so getting everyone together for the holidays can be tricky. I'm one of nine children, and my parents have 32 grandchildren plus 33 great-grandchildren. Once you start adding spouses, that's a huge group to accommodate!

For a long time, we each did our own thing for Thanksgiving, but one of my sisters suggested a new tradition. Now, we find a place to rent and have a potluck where everyone brings their own signature dish. There ends up being around 80 of us, so things get a little hectic, but we each have our own jobs to make the event work. (Since I don't cook, I'm responsible for setting up the tables and chairs.)

We don't pull off this huge event every year, but I frankly prefer it when we do. It's really nice to get together with cousins and other family members who I don't see regularly, and I like having so many personalities at the Thanksgiving table. We have all the traditional dishes, but there are dozens of things to try, including sides and desserts I otherwise wouldn't have ever eaten.

That said, I'm mostly a meat and potatoes kind of guy. I like the traditional turkey, ham, mashed potatoes, and gravy. I especially enjoy making turkey sandwiches from the leftovers. To me, there's something about toasted bread and cold turkey that just really hits the spot.

When my kids were still living at home, we had pretty traditional and uneventful Thanksgiving celebrations, but there's one year my family will never forget. I invited a client to my house for dinner because he had no family or friends to spend the holiday with; I wanted him to have a place to go, and I also thought he had an important story to share with my children.

The client was a pedestrian who was struck by a drunk driver. He was lucky to have survived the accident, but he suffered short term memory loss as a result. At the time, my oldest kids were just about to start driving, and like any parent, I was concerned about their safety on the road. He seemed really eager to share his experience with my kids and help them understand the dangers of driving while intoxicated.

It seems to have worked because to this day, my kids won't drive after even one or two drinks. They still mention that particular Thanksgiving every so often, so I know it has stuck with them. I'm grateful that I was able to give someone else company on an important holiday, and I'm just as grateful that he was so generous with his story.

Thanksgiving is generally a time to reflect on what we're thankful for, and I'm thankful for my wonderful family: my wife of 37 years, six children, and eight grandchildren (with one more on the way!). I hope you have blessings in your life, as well — take a moment this holiday to remember them. Happy Thanksgiving!

–Ross Cellino

**$2 Billion** — Cellino and the lawyers that have worked for him have recovered over $2 Billion in Settlements for their clients

CellinoLaw.com    800-555-5555    1

# Congratulations to Brian A. Goldstein!

Cellino Law is proud to announce that Brian A. Goldstein, MD, JD has been selected to join the James F. Humphreys Complex Litigation Center's 2021-2022 team. This team is charged with developing national guidelines for judges overseeing mass tort multi-district litigation.

Mass torts occur when a single wrongful action causes injury to many different people — for example, when individuals in many states are injured by the same defective drug or medical product. Mass tort cases from across the country are often combined and transferred to a single federal court called a multidistrict litigation (MDL) court. All of the transferred cases are then managed by a single federal judge at the MDL court.

The James F. Humphreys Complex Litigation Center is the country's premier organization aimed at improving the administration of justice in complex litigation, and it provides comprehensive information to federal and state judges, court administrators, lawyers, and public policymakers in the United States.



Mr. Goldstein heads Cellino Law's Mass Tort division and was recognized by the National Trial Lawyers Association in 2021 as a Top 25 Mass Tort Trial Lawyer in the United States. He began his career as a physician and surgeon and uses his medical experience to better help clients who have suffered a serious injury. Along with his many duties at Cellino Law, he will be actively working with the James F. Humphreys Complex Litigation Center to establish best practices and guidelines for judges overseeing multi-district litigations. Establishing these protocols will ensure that all parties and litigants are provided adequate information to assess the terms and fairness of any proposed settlements.

We'd like to extend our congratulations to Mr. Goldstein and thank him for his hard work. If you or a loved one have been injured by a defective drug or medical product, it is important to reach out to an experienced mass tort lawyer as early as possible to secure your rights. Contact the team at Cellino Law today for a free case evaluation.

## Brain Break

```
C R T Q D K N G S C O R P I O
L O Z H E O N W J U V X N S T
S M R F A I D F O E H X G K R
L R O N F N R A T D Z D G S A
O L I F U P K E E C K E J X D
S D U J Z C R F E M K G S S I
K T E S O A O G U M V C A S T
S N H D N Q J P A L T U Z M I
K I T S A S F I I N M X B I O
I X Z G F Y E S A A D R S R N
C I D E R B A I H A I W G G A
P A X Y M S S Z P G A A S L Q
X H B O Q W T G Z H L Y G I F
G N I R E H T A G E Y O Z P E
J J D M X G S J S A E I Z H I
```

CIDER
CORNUCOPIA
FEAST
GALES
GATHERING
PIES
PILGRIMS
SCORPIO
STUFFING
THANKFUL
TRADITION
VETERANS

## Easy Cranberry-Apple Salad

*Inspired by CookieAndKate.com*

Want the taste of fall without the calories? Try this quick and easy salad, topped with homemade apple cider vinaigrette.

### Ingredients

For the salad:
- 1/4 cup dried pumpkin seeds
- 5 cups salad mix
- 2 Granny Smith apples, chopped into bite-size pieces
- 1/3 cup dried cranberries
- 1/3 cup goat cheese, crumbled

For the dressing:
- 1/4 cup olive oil
- 1 1/2 tbsp apple cider vinegar
- 1 1/2 tsp honey
- 1 tsp Dijon mustard
- Salt and pepper to taste

### Directions

1. In a skillet over medium heat, toast the pumpkin seeds until fragrant, then set aside.
2. In a small jar or bowl, whisk together all dressing ingredients, then set aside.
3. Combine all salad ingredients in a large bowl. Drizzle with dressing until lightly coated, then toss and serve!

**Brian A. Goldstein**

| | |
|---|---|
| **From:** | Ross Cellino |
| **Sent:** | Tuesday, February 1, 2022 5:27 PM |
| **To:** | Attorneys - All |
| **Subject:** | Commercial shoot - Saturday |
| **Attachments:** | 20220201_Cellino1.pdf |

(1) Please look this brag sheet over and if you worked on any of the cases that are listed on this sheet, please write your name above the case and return it to me no later than Thursday. I need to give this to my TV producer for the shoot this weekend. I need to make sure that the case values that we publish are cases that current Cellino Law lawyers worked on in while at C&B or at CL.

(2) Please indicate if you know what the original offer was on each case that you can identify. The TV crew may have the actor say that I got 5 times… more than the first offer by the insurance company.

1



# Brian A. Goldstein

**From:** Brian A. Goldstein
**Sent:** Thursday, February 3, 2022 2:42 PM
**To:** Ross Cellino
**Subject:** RE: Commercial shoot - Saturday

| CASE/SETTLEMENT | INITIAL OFFER | |
|---|---|---|
| $2M (35 year old construction worker) | $400,000 | ███ |
| $3.3M (13 year old girl) | $600,000 | ███ |
| $3.5M (15 year old broken arm) | $300,000 | ███ |

Others to consider:

| CASE/SETTLEMENT | INITIAL OFFER | |
|---|---|---|
| $2.25M | $250,000 | ███ (anesthesia complication during childbirth) |
| $1.55M | $200,000 | ███ (misdiagnosis of a stroke) |
| $1.45M | $150,000 | ███ (improperly treated allergic reaction) |
| $1.1M | $200,000 | ███ (rear end MVA) |
| $1.0M | $200,000 | ███ (delayed diagnosis of heart attack) |

**From:** Ross Cellino <ross.cellino@cellinolaw.com>
**Sent:** Thursday, February 3, 2022 2:08 PM
**To:** Brian A. Goldstein <brian.goldstein@cellinolaw.com>
**Subject:** RE: Commercial shoot - Saturday

What were the clients names for the 3 cases listed below?



**ROSS CELLINO**
Cellino Law, LLP
800 Delaware Ave
Buffalo, NY, 14209
Tel: (716) 566-2225
Fax: (716) 259-2020
Web: www.cellinolaw.com
**Car Crash? Call Cellino**

**From:** Brian A. Goldstein <brian.goldstein@cellinolaw.com>
**Sent:** Wednesday, February 2, 2022 11:05 AM
**To:** Ross Cellino <ross.cellino@cellinolaw.com>
**Cc:** Brian A. Goldstein <brian.goldstein@cellinolaw.com>
**Subject:** RE: Commercial shoot - Saturday

Initial offers:

1

# Brian Goldstein

**From:** Steve Barnes
**Sent:** Friday, April 01, 2016 11:16 AM
**To:** Stephen Ciocca
**Cc:** Brian Goldstein
**Subject:**

Yes. Thanks guys.

On Apr 1, 2016, at 8:13 AM, Stephen Ciocca <stephen.ciocca@cellinoandbarnes.com> wrote:

> Steve –
>
> This is a new med mal case that I just dictated the PEM on. If it is acceptable to you, Brian and I will work on the file on a 10-10 split.
>
> The case involves a scoliosis surgery gone wrong. The client is a 15 year old girl who has no feeling in her lower extremities. Brian and I met with the mother. She is a very nice lady who is obviously upset about what happened to her daughter.
>
> Please confirm that we are good to share the fee on this one. Thanks Steve.

# Brian A. Goldstein

**From:** Gregory V. Pajak
**Sent:** Tuesday, November 9, 2021 10:02 AM
**To:** ▮▮▮▮▮ Esq
**Subject:** FW: 21-01898 ▮▮▮▮▮ et al:
**Attachments:** Preliminary Evaluation Memo.doc

Brian is a hell of a lot smarter than I will ever be...

**From:** Diane O'Neill <Diane.oneill@cellinolaw.com>
**Sent:** Tuesday, November 9, 2021 9:57 AM
**To:** PEM <pem@cellinolaw.com>
**Cc:** Brian A. Goldstein <brian.goldstein@cellinolaw.com>
**Subject:** 21-01898 ▮▮▮▮▮:

## PRELIMINARY EVALUATION MEMORANDUM

TO: File

FROM: Brian A. Goldstein

DATE: November 8, 2021

RE: ▮▮▮▮▮
D/A: ▮▮▮▮▮

# Brian A. Goldstein

**From:** Gregory V. Pajak
**Sent:** Wednesday, December 1, 2021 9:05 AM
**To:** ▮▮▮▮▮▮ Esq
**Subject:** FW: 21-02044 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Center:
**Attachments:** Preliminary Evaluation Memo.docx

as I have said before-he is way smarter than me.

**From:** Diane O'Neill <Diane.oneill@cellinolaw.com>
**Sent:** Wednesday, December 1, 2021 9:00 AM
**To:** PEM <pem@cellinolaw.com>
**Cc:** Brian A. Goldstein <brian.goldstein@cellinolaw.com>; Alexander Greco <alex.greco@cellinolaw.com>
**Subject:** 21-02044 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## PRELIMINARY EVALUATION MEMORANDUM

**TO:** File
**FROM:** Brian A. Goldstein
**DATE:** November 29, 2021
**RE:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Brian A. Goldstein**

| | |
|---|---|
| From: | Lisa King |
| Sent: | Wednesday, December 8, 2021 11:24 AM |
| To: | Brian A. Goldstein |
| Subject: | RE: ▓▓▓ |

Thanks, Brian. I just wanted to make sure you realized I think you added a lot and are always there to help me.

I hate splitting fees ever and never want to fight about them.

Thank you for always being there to help me.



**Lisa F. King, Esq.**
*Senior Trial Attorney*
600 Old Country Rd., Ste. 412, Garden City, NY
532 Broadhollow Rd., Ste. 107, Melville, NY
Tel #: (800) 555-5555 - Ext. 2501
Fax #: (212) 970-2020