**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE. ROUNDUP PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br>ROBERT V. BOUCHER<br><br>Plaintiff(s)<br><br>v.<br><br>MONSANTO COMPANY<br><br>Defendant(s) | CASE NUMBER<br>MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br>3:20-cv-01543-VC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Robert V. Boucher          ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute Kristy M. Arevalo                                                                who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

3281 E. Guasti Road, Suite 100
*Street Address*

Ontario, CA  91761                              kma@mccunewright.com
*City, State, Zip*                               *E-Mail Address*

(909) 557-1250           (909)557-1250           216308
*Telephone Number*       *Fax Number*            *State Bar Number*

as attorney of record instead of Chris Cowan
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                      U. S. District Judge/U.S. Magistrate Judge