**GOOD | GUSTAFSON | AUMAIS LLP**
CHRISTOPHER T. AUMAIS, SBN 249901
JEREMY S. BERMAN, SBN 338792
2330 Westwood Boulevard, Suite 103
Los Angeles, California 90064
Telephone: (310) 274-4663
E-mail: cta@ggallp.com
E-mail: jsb@ggallp.com
E-mail: service@ggallp.com

Attorneys for Plaintiffs, *EDILIA GONZALEZ,*
*CESAR BALBUENA, AMAYRANI BALBUENA and LAURA BALBUENA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>EDILIA GONZALEZ, an individual; CESAR BALBUENA, an individual; AMAYRANI BALBUENA, an individual; and LAURA BALBUENA, an individual, v. MONSANTO CO.,<br><br>Case No. 3:19-cv-08225-VC | MDL No. 2741<br>CASE NO. 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |

Plaintiffs *Edilia Gonzalez, Cesar Balbuena, Amayrani Balbuena,* and *Laura Balbuena* (hereinafter, collectively "Plaintiffs") – without opposition from Defendant Monsanto Company (hereinafter, "Defendant") – respectfully requests the Court move their case from Wave VI to Wave VII:

1. Plaintiffs' case is currently part of Wave VI;
2. The undersigned law firm filed a First Motion to Substitute Attorney for each of the four Plaintiffs in Plaintiffs' case on July 26, 2022.
3. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

– 1 –

4. After great effort with client schedules, the parties had scheduled Plaintiffs' depositions in May, but ultimately, Plaintiffs' depositions were postponed due to unforeseen challenges.

5. Plaintiffs responded to Defendant's discovery on May 17, 2023.

6. Plaintiffs intend to propound written discovery and serve third-party discovery.

7. Counsel for Plaintiffs met and conferred with counsel for Defendant. Plaintiffs believe the best course of action would be to move this case to Wave VII, and Defendant does not oppose this request.

Therefore, Plaintiffs Edilia Gonzalez, Cesar Balbuena, Amayrani Balbuena, and Laura Balbuena, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave VI to Wave VII.

Dated:  June 27, 2023                                    GOOD GUSTAFSON AUMAIS LLP


By: */s/ Christopher T. Aumais*
      JEREMY S. BERMAN
      CHRISTOPHER T. AUMAIS
      Attorneys for Plaintiff