# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No. 3:16-md-02741-VC

This document relates to:

*Jose de Jesus Gonzalez Lopez v.
Monsanto Co.,*
Case No.  3:20-CV-05888

## JOINT STIPULATION

1.      Plaintiff filed the above captioned case in Northern District of California alleging his injuries occurred in the Northern District of California.

2.      On November 10, 2022, this Court issued an amended order stating that the parties in Wave 6 are to file a stipulation identifying the governing state law by July 6, 2024, if the applicable law is undisputed.

3.      Undersigned counsel for Monsanto and counsel for Wave VI Plaintiff Jose de Jesus Gonzalez Lopez agree and stipulate that the governing state law in the above captioned case is the law of California.

Date: June 27, 2023

*Duncan James*
CAD49AAFAB9E442...
Duncan M. James (CA SB# 40505)
JAMES & McMULLEN, LLP
445 N. State Street
P.O. Box 1381
Ukiah, CA 95482
Tel: (707) 468-9271
Fax: (707) 468-0453
lawoffice@james-mcmullen.com
*Attorney for Plaintiff*
*JOSE DE JESUS GONZALEZ LOPEZ*

Date: June 27, 2023

DocuSigned by:

*Matthew Donahue*

979ABD6371184FB...

Matthew C. Donahue (CA SB# 325941)
SHOOK, HARDY & BACON LLP
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
mdonahue@shb.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of June 2023, the foregoing JOINT STIPULATION was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

DocuSigned by:

*Duncan James*

CAD49A4FAB9E442...

Duncan M. James