

Charles J. Rappaport
Michael G. Glass
Michael S. Levine
Matthew J. Zullo
Thomas P. Valet

Christopher M. Glass
Brian P. Murphy
Brendan M. Ahern

Of Counsel
W. Russell Corker
Dominick Yezzo

June 27, 2023

VIA ECF

Judge Vince Chhabria
US District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

This Document relates to:

Kevin Porteus
Cause No. 3:20-cv-03309
(N.D. Cal)

Honorable Sir:

My office represents Plaintiff Kevin Porteus in this Roundup litigation. Mr. Porteus' case has been designated as a Wave 6a case.

I have spoken with defense counsel Anthony R. Martinez of Shook, Hardy & Bacon L.L.P. who has consented to move Mr. Porteus' case to Wave 7.

At this time, I would respectfully request court approval of the redesignation of Mr. Porteus' case to Wave 7. No prior application has been made to redesignate this case to another Wave.

Thank you for your attention herein.

Respectfully,

Thomas P. Valet
TPV:rl

*Please send all correspondence to the Islandia office.

1355 Motor Parkway
Islandia, NY 11749
T: 631.293.2300

733 Third Ave., 16th Floor
New York, NY 10017
T: 212.921.5200



RGLZLaw.com
T: 800.734.9445
F: 631.293.2918