UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Spencer Prince and Tamara Prince v. Monsanto Co.*, Case No. 3:21-cv-02127-VC | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII(A)**

Plaintiffs Spencer and Tamara Prince, by and through undersigned counsel, and without opposition from Defendant Monsanto Company, hereby respectfully request for this Court to move their case to Wave VII(A). In support thereof, Plaintiffs would show this Court as follows:

1. This case is presently situated in Wave VI.

2. Mindful of the Wave VI deadlines, the parties have been diligently conducting discovery. Both Plaintiffs' depositions have been taken. The parties have exchanged a first round of written discovery requests and have begun scheduling an inspection of Plaintiffs' premises.

3. Despite the parties' best efforts, the Wave VI deadline for fact discovery, and Sub-Wave (B) deadlines for expert witness disclosure/discovery, present compliance challenges to the parties and their counsel.

4. Plaintiffs' counsel has consulted with Defendant's counsel, and Monsanto does not oppose this Motion to move Plaintiffs' case to Wave VII(A). Plaintiffs submit that transferring this case to a later Wave would be in the best interests of justice.

|  |  |
|---|---|
| Dated: June 7, 2023 | Respectfully submitted, |
|  | *s/ Kelly H. Macfarlane* |
|  | Kelly H. Macfarlane |
|  | 205 26th Street, Suite 21 |
|  | Ogden, Utah 84401 |
|  | (801) 364-3724 |
|  | (843) 315-1104 (*facsimile*) |
|  | kelly@macfarlanelegalworks.com |
|  | ATTORNEYS FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

I, Kelly H. Macfarlane, hereby certify that on June 7, 2023, I electronically filed the foregoing *Plaintiffs' Unopposed Motion to Move Case to Wave VII(A)* with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*s/ Kelly H. Macfarlane*
Kelly H. Macfarlane