UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Spencer Prince and Tamara Prince v. Monsanto Co.*, Case No. 3:21-cv-02127-VC | |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII(A)

Plaintiff's Unopposed Motion to move the case from Wave VI(B) to Wave VII(A) is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated:

_____
Honorable Vince G. Chhabria
United States District Judge