UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION

MDL No. 2741
Case No. 3:16-md-02741-VC

This document relates to:

*Spencer Prince and Tamara Prince v. Monsanto Co.*, Case No. 3:21-cv-02127-VC

## NOTICE TO SUBMIT UNOPPOSED MOTION TO MOVE CASE TO WAVE VII(A) FOR DECISION

Plaintiffs Spencer and Tamara Prince, by and through undersigned counsel, and without opposition from Defendant Monsanto Company, hereby respectfully submit their Unopposed Motion to Move Case to Wave VII(A) for decision.

Dated: June 21, 2023

Respectfully submitted,

*s/ Kelly H. Macfarlane*
Kelly H. Macfarlane
205 26th Street, Suite 21
Ogden, Utah 84401
(801) 364-3724
(843) 315-1104 (*facsimile*)
kelly@macfarlanelegalworks.com

*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I, Kelly H. Macfarlane, hereby certify that on June 21, 2023, I electronically filed the foregoing *Notice to Submit Unopposed Motion to Move Case to Wave VII(A) for Decision* with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*s/ Jake W. Macfarlane*
Jake W. Macfarlane