1  James P. Frantz, Esq. (SBN 87492)
2  E: jpf@frantzlawgroup.com
3  William B. Shinoff, Esq. (SBN 280020)
4  E: wshinoff@frantzlawgroup.com
   FRANTZ LAW GROUP, APLC
5  402 West Broadway, Suite 860
   San Diego, CA  92101
6  Tel: (619) 233-5945
7  Fax: (619) 525-7672
   Attorneys for Plaintiffs
8

9

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____<br>This document relates to:<br>ESTATE OF JOSEPH A. WALLACE<br>Case No.:  3:20-cv-01660-VC<br>_____ | MDL No. 2741<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |

### UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

Plaintiff ELIZABETH WALLACE on behalf of the ESTATE OF JOSEPH A. WALLCE respectfully requests that the Court move this case from Wave VI A to Wave VII, for the following reasons:

    1. Plaintiff's Counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave VII.

    2.  Plaintiff's case is currently included in Wave VI A.

    3.  Mindful of the deadlines pertain to Wave VI A, the parties have been diligently conducting discovery in this matter.  The Plaintiff's deposition has

been taken.  Plaintiff has produced a majority of documents responsive to Defendant's request.

4. Despite the parties' best efforts, however, there are aspects of the discovery that still to be conducted, including the deposition of JOSEPH A. WALLACE'S treating physician which was not completed by June 26, 2023 [Doc. 157765] expert discovery deadline, and may lead to the need for additional depositions.

5. Plaintiff believes the best, most practical course of action would be to move this case from VI A to Wave VII.  Again, Defendant has no opposition to this request.

Therefore, A. Wallace respectfully requests that the Court move this case from Waive VI A to Wave VII.  Plaintiff Elizabeth Wallace on behalf of the Estate of Joseph

Dated: June 27, 2023                **FRANTZ LAW GROUP, APLC**

s/ William B. Shinoff, Esq.
James P. Frantz, Esq.
William B. Shinoff, Esq.
Attorneys for Plaintiffs

Consented to by:
*/s/ Anthony R. Martinez, Esq.*
Anthony R. Martinez, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that, on this _____ day of June, 2023, the foregoing **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII; ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** was served upon the following counsel for Plaintiff and MDL Co-Lead Counsel via the Court's electronic filing system:

| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW, 10th Floor<br>Washington, DC 20036<br>Tel: (202) 847-4030<br>Fax: (202) 847-4005<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>Heather Pigman (*pro hac vice*)<br>(hpigman@hollingsworthllp.com)<br>John Kalas (*pro hac vice*)<br>(jkalas@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: (202) 898-5843<br>Fax: (202) 682-1639<br>*Attorneys for Defendant*<br>*MONSANTO COMPANY* | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>Daniel Pariser (*pro hac vice*)<br>(daniel.pariser@arnoldporter.com)<br>555 12th St. NW<br>Washington, DC 20004<br>Tel: (202) 942-5000<br><br>**SHOOK, HARDY & BACON LLP**<br>Anthony Martinez (*pro hac vice*)<br>(amartinez@shb.com)<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Tel: (816) 559-2683 |

Dated: June 27, 2023         **FRANTZ LAW GROUP, APLC**

                             s/ William B. Shinoff, Esq.
                             James P. Frantz, Esq.
                             William B. Shinoff, Esq.
                             Attorneys for Plaintiffs