# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>ESTATE OF JOSEPH A. WALLACE<br>Case No.: 3:20-cv-01660-VC<br>_____ | MDL No. 2741<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |

    The parties' consent motion to move the case from Wave VI A to Wave VII is granted.

**IT IS SO ORDERED.**

This _____ day of _____.

_____

**Prepared by:**

**FRANTZ LAW GROUP, APLC**

s/ William B. Shinoff, Esq.
James P. Frantz, Esq.
William B. Shinoff, Esq.
Attorneys for Plaintiffs

**Consented to by:**
*/s/ Anthony R. Martinez, Esq.*
Anthony R. Martinez, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683

*Attorney for Defendant*