UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. MDL No. 3:16-md-02741-VC |
|---|---|
| This document relates to: <br><br> *Donnie Leon Powell v. Monsanto Company* <br> Case No. 3:20-cv-05623-VC | |

**PLAINTIFF DONNIE POWELL'S**
**UNOPPOSED MOTION TO MOVE PLAINTIFF FROM WAVE VI TO WAVE VII**

TO THE HONORABLE JUDGE CHABRIA:

Plaintiff Donnie Leon Powell ("Plaintiff") is a Wave VI Plaintiff and hereby requests that the Honorable Court his case from Wave VI to Wave VII, for the following reasons:

Plaintiff's counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave VII.

Plaintiff's case is currently included in Wave VI.

Mindful of the deadlines pertaining to Wave VI, the parties have been diligently conducting discovery in this matter. The Plaintiff's deposition has been taken. The Plaintiff has produced documents responsive to Defendant's requests. Medical records have also been

collected and reviewed.

Mr. Powell has passed away. Plaintiff will be filing a suggestion of death and motion to substitute the Estate on his behalf.

Plaintiff believes the most practical course of action would be to move this case from Wave VI to Wave VII. Defendant has no opposition to this request.

Therefore, Plaintiff respectfully requests that the Court move his case from Wave VI to Wave VII.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Vincent P. Circelli
State Bar No. 24058804
vcircelli@circelliwalterlaw.com
**CIRCELLI & WALTER, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
(817) 697-4942 telephone
(817) 697-4944 facsimile

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Monsanto on November 8, 2022 concerning the matters raised herein and he indicated he agreed with the relief requested.

*/s/ Vincent P. Circelli*
Vincent P. Circelli

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on June 28, 2023 in manner described below:

*via e-serve*
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Eric G. Lasker
elasker@hollingsworthllp.com
**HOLLINGSWORTH LLP**
1350 I Street, N. W.
Washington, DC 20005
Telephone:     (202) 898-5800
Facsimile:      (202) 682-1639

*/s/ Vincent P. Circelli*
Vincent P. Circelli