1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7
8   | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
9   | --- | --- |
    |  | Case No. MDL No. 3:16-md-02741-VC |
10
11  This document relates to:
12
13  *Donnie Leon Powell v. Monsanto Company*
    Case No. 3:20-cv-05623-VC
14
15

**ORDER GRANTING PLAINTIFF'S DONNIE POWELL'S
MOTION TO MOVE PLAINTIFF TO WAVE VII**

Plaintiff's motion to move the case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**

DATED: _____


_____
JUDGE PRESIDING