UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Kevin Porteus* *v. Monsanto Co.* *Case No.: 3:20-cv-03309* | |

**Unopposed Motion to Move Case to Wave VII**

**COMES NOW,** Plaintiff Kevin Porteus (hereinafter "Plaintiff"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VI to Wave VIII:

1. The case of Kevin Porteus is part of Wave VI.

2. The deposition of Plaintiff has been taken.

3. Plaintiff has served a Plaintiff Fact Sheet, medical records and authorizations to obtain medical records.

4. Despite their efforts, the Parties have not been able to complete the discovery in this case.

5. Plaintiff believes the best course of action is to move this case to Wave VII in order to complete the outstanding discovery.

6. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

7. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VII.

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VII.

Dated: June 28, 2023

                                                    Respectfully submitted,

                                                    *Thomas Valet*

                                                    Thomas P. Valet