**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. MDL No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** <br><br> *Mark Stackhouse v. Monsanto Company* <br> Case No: 3:21-cv-02908-VC | VINCE CHHABRIA <br> U.S. DISTRICT JUDGE |

## JOINT STIPULATION

1. Plaintiff Mark Stackhouse filed the above-captioned case in the Eastern Division of the Northern District of Ohio, alleging that the injuries and wrongful death sustained by his father, Walter Stackhouse, occurred within that district. This case is pending in Wave 6.

2. On November 10, 2022, this Court entered an Order granting the joint request for revised schedule for Wave 5 and 6 cases and addition of cases to Wave 7. The order required the parties in Wave 6 to file a stipulation identifying the governing state law by July 3, 2023, if the applicable state law is undisputed.

3. Undersigned counsel for Mark Stackhouse and for Monsanto Company agree and stipulate that the governing state law in the above-captioned case is the law of Ohio.

DATED:   June 29, 2023              Respectfully submitted,

/s/ *Margaret M. Murray*
Margaret M. Murray (Ohio Bar No. 0066633)
mmm@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky OH  44870

        Telephone:    (419) 624-3000
        Direct Dial:   (419) 624-3128
        Facsimile:    (419) 624-0707

Attorney for Plaintiff, Mark Stackhouse

/s/ *Anthony Martinez*
Anthony Martinez
amartinez@shb.com
SHOOK HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City MO  64108
Telephone:    (816) 559-2683
Facsimile:    (816) 421-5547

Attorney for Defendant, Monsanto Co.

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

/s/ *Margaret M. Murray*
Margaret M. Murray (Ohio Bar No. 0066633)
mmm@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.

Attorney for Plaintiff, Mark Stackhouse