Kyle R. Kasmarick, Attorney No. 6296887
Syregelas & Kasmarick, LLC
19 North Green Street
Chicago, Illinois 60607
(312) 243-0900
kkasmarick@syregelaslaw.com
Counsel for Plaintiff Michele Glavanovits

### UNITED STATEES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | Hearing Date: July 27, 2023 |
| *Michele Glavanovits v. Monsanto, Co.,* Case No. 3:20-cv-01016-VC | Time: 10:00 A.M. |

**DECLARATION OF KYLE R. KASMARICK IN SUPPORT OF PLAINTIFF MICHELE GLAVANOVITS' RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. RON SCHIFF**

I, Kyle R. Kasmarick, hereby declare as follows:

1.      I am an attorney at the law firm of Syregelas & Kasmarick, LLC, counsel for Plaintiff Michele Glavanovits. I make this declaration in support of Plaintiff Michele Glavanovits' Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Dr. Ron Schiff. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.      Annexed hereto as Exhibit 1 is a true and correct copy of Dr. Ron Schiff's report for *Michele Glavanovits v. Monsanto Company,* Case No. 3:20-cv-01016-VC.

3.      Annexed hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Dr. Ron Schiff for *Michele Glavanovits v. Monsanto Company,* Case No. 3:20-cv-01016-VC.

1

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Curriculum Vitae of Dr. Ron Schiff.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 29, 2023

Respectfully submitted,

_____
Kyle R. Kasmarick, Attorney No. 6296887
Syregelas & Kasmarick, LLC
19 North Green Street
Chicago, Illinois 60607
(312) 243-0900
kkasmarick@syregelaslaw.com
Counsel for Plaintiff Michele Glavanovits