```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2                      MDL. No. 2741

 3      IN RE:  ROUNDUP PRODUCTS LIABILITY
        LITIGATION
 4      _____

 5      This document relates to:

 6      Michele Glavanovits   v. Monsanto Company
        Case No. 3:20-cv-01016
 7
        _____
 8
                WITNESS:   RON SCHIFF, M.D., Ph.D.
 9      _____

10           The remotely held videotaped

11      deposition of Ron Schiff, M.D., Ph.D. was taken

12      before Janine Leroux, Stenographic Court Reporter

13      and Notary Public on Friday, March 17th, 2023

14      commencing at the approximate hour of 10:06 a.m.

15      Said deposition was taken pursuant to Notice and for

16      all purposes as permitted by Rule 30 of the Federal

17      Rules of Civil Procedure.

18
19
20
21
22
23
24                                            Plaintiff's Exhibit 2
25
```

```
 1      APPEARANCES:

 2
        KYLE KASMARICK, ESQUIRE
 3      SYREGELAS & KASMARICK, LLC
        19 North Green Street
 4      Chicago, Illinois 60607
        kk@syregelaslaw.com
 5
        APPEARING REMOTELY ON BEHALF OF THE PLAINTIFF
 6

 7      DEVARTI DAS, ESQUIRE
        HOLLINGSWORTH LLP
 8      1350 I Street Northwest
        Washington, DC 20005
 9      ddas@hollingsworthllp.com

10      APPEARING REMOTELY ON BEHALF OF THE DEFENDANT

11
        ALSO APPEARING REMOTELY
12
        JEFF FLEMING, VIDEOGRAPHER
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ron Schiff, M.D., Ph.D.

1  general, this would be considered an intermediate
2  risk of follicular lymphoma at the time of
3  presentation.
4      Q.   I -- I think we can -- I think we can
5  forego looking up the prognosis indicators.
6           Dr. Schiff, I want to move to -- move
7  to a slightly different topic.  So as you
8  mentioned, it's your opinion that Ms. Glavanovits'
9  exposure to glyphosate or glyphosate-based
10 herbicides such as Roundup was sufficient enough
11 to have developed non-Hodgkin's -- non-Hodgkin's
12 lymphoma, and in particular, follicular lymphoma,
13 correct?
14     A.   Yes.  That's not a free-floating
15 opinion.  What I did was I compared her exposure
16 with the threshold exposure levels in the
17 literature, Roundup exposure levels that are
18 associated with a statistically significant
19 increased risk of developing non-Hodgkin lymphoma
20 over all or one or more of its subtypes.  This
21 constitutes a large part at the end of the Section
22 No. 8 lymphoma caused by Roundup opinions in the
23 opinions section.  So, you know, that's all
24 spelled out there.
25           But the relevant point is that you get

1   an increased risk of developing non-Hodgkin
2   lymphoma from a relatively modest exposure
3   frequency duration or a cumulative level, and she
4   was way, way, way higher than any of those
5   documented cut points.
6           So this is not just me looking at how
7   much exposure she had and saying, gee, that's a
8   lot. It's looking at the exposure thresholds
9   associated with an increased lymphoma which is in
10  the literature. And that's -- that's spelled out
11  in detail. I don't know how I can make that any
12  clearer or more comprehensive than what I did in
13  my report, but I'm happy to answer questions about
14  it.
15          Q.   Sure. And Dr. Schiff, if I'm not
16  misunderstanding, so your assessment is based on
17  the fact that Plaintiff's exposure days of 812, as
18  you calculated them, to Roundup at -- over the
19  course of 29 years of exposure, was -- exceeded
20  the thresholds as indicated in the literature that
21  you reviewed, is that accurate?
22          A.   Greatly exceeded.
23          Q.   And --
24          A.   Exceeded orders of magnitude, but yes.
25          Q.   And Dr. Schiff, just to clarify,

```
 1    exposure to Roundup isn't necessarily the same
 2    thing as dose of Roundup, correct?
 3         A.    That's correct.
 4         Q.    Okay.  And so the Plaintiff's exposure
 5    to 812 days of Roundup doesn't necessarily tell us
 6    anything about the dose of Roundup that was
 7    internalized by Ms. Glavanovits, correct?
 8         A.    We don't have, for the most part,
 9    bio-specimen data available in glyphosate or
10    Roundup.  But simple calculations of her
11    cumulative number of exposures, if you want to
12    divide it down into -- the duration speaks for
13    itself, that was 29 years.  I had given you
14    cumulative as 812 exposures.  And frequency would
15    simply be 812 divided by 29, which is 28 exposures
16    per year, which matches up with weekly exposure
17    for the seven month -- seven months of the growing
18    season in the Chicago area which, by the way, I
19    know to be generous.
20               So the deal with that is that even if
21    you say that each exposure was just 15 minutes,
22    that's still over 200 hours of lifetime exposure
23    over a period of 29 years.  If it was 30 minutes,
24    it would be over 400.  If it was a full hour, it
25    would be over 800.
```

```
 1              I did not really see, when I wrote my
 2   report, any need to make those calculations to
 3   break it down like that.  But it's very obvious
 4   from the data that we do have and from looking at
 5   the numbers that were, you know, consistently and
 6   accurately reported in the complaint in the
 7   Plaintiff Fact Sheet.  So this was a tremendous
 8   amount of exposure over a prolonged period of
 9   time.
10         Q.   Again, going back to my question, it
11   doesn't actually still tell us -- the exposure
12   hours or exposure timeframe doesn't tell us the
13   internalized dose that Ms. Glavanovits
14   experienced, is that correct?
15         A.   It doesn't matter because the exposure
16   thresholds in the literature that are associated
17   with the increased risk are also not expressed by
18   measurements of serum or urine or tissue
19   concentrations.
20              I've made my comparison to data that
21   are supported in the literature and documented and
22   in fact reviewed by others in the context of old
23   analysis, meta-analysis and so on.
24              And I also want to make another point,
25   and this is extremely important.  In coming to
```

Ron Schiff, M.D., Ph.D.

1  that's not a risk factor. That's the distinction
2  I was trying to make between the penultimate
3  sentence and the last sentence.
4       So there are many hematologic
5  malignancies. And in the first analysis in that
6  middle sentence in the -- I guess it's the first
7  sentence in that paragraph, all hematologic
8  malignancies are lumped together. But if you
9  separate out Hodgkin lymphoma, that is not a risk
10 factor for the development of follicular lymphoma.
11      In other words, if a first-degree
12 relative has Hodgkin, it doesn't predispose a
13 plaintiff like Ms. Glavanovits or another
14 individual who is a first-degree relative to
15 develop follicular lymphoma. So --
16    Q.    Okay.
17    A.    -- you know, I know that this is
18 confusing. But when I talk about non-Hodgkin
19 lymphoma overall being a risk factor, there are
20 40-plus different entities that are in that
21 category. So when you break out Hodgkin lymphoma,
22 that's not a risk factor by itself, and that's
23 documented by InterLymph.
24    Q.    So just to be clear, it is your opinion
25 that when you're stating a family history of any

Golkow Litigation Services                                    Page 126

```
 1    another candidate lymphoma carcinogen was
 2    identified.  That would be fine, but that would
 3    not take the causative role of Roundup out of
 4    consideration.
 5         Q.   And along the same lines, it is your
 6    opinion that glyphosate -- or that -- I apologize.
 7    Let me restate.
 8              You can't state with any certainty that
 9    her exposure to glyphosate wouldn't have
10    necessarily -- strike that question.
11              I think we are probably at the end of
12    my questions at this point.
13         A.   Are you going to ask me --
14         Q.   That's all --
15         A.   -- about other opinions related to my
16    report that my -- that I might wish to express at
17    trial?  They're all in my report, but some have
18    not been explicitly mentioned today and I'd like
19    to represent them.
20         Q.   I would like to confirm that they're
21    all in your report, but you're welcome to
22    explicitly mention them.
23         A.   Okay.  So there are two.  One --
24         Q.   Do you mind confirming that they are
25    all in your report?
```

1    A.    Yes.  One is, you know, on an extremely
2    technical point where I just want to make what I'm
3    saying as clear as possible.  The other is very
4    simple and nontechnical, that Ms. Glavanovits had
5    a lot of complications of her lymphoma and her
6    treatment and it's only fair to expect, that even
7    though I was not questioned about those today,
8    other than presenting symptoms, that a jury hear
9    about those to understand the so-called patient
10   experience of her clinical course.
11            So all of those are outlined.  They're
12   in the medical facts.  They're in the
13   complications section under opinion, and they are
14   summarized in, I don't know, two paragraphs in the
15   conclusion section.  But those are important and I
16   would intend for a jury to hear about those for
17   the reasons that I gave.
18            The other issue is the technical one.
19   And I apologize for that in advance because this
20   is a nasty little consideration.  I do not believe
21   that the suspected p53 mutation that was detected
22   in Ms. Glavanovits' uninvolved bone marrow was
23   responsible for her development of follicular
24   lymphoma.
25            However, the point that I labored it to

Case 3:16-md-02741-VC   Document 16921-3   Filed 06/29/23   Page 10 of 11
Ron Schiff, M.D., Ph.D.

1   make in what I wrote is that we cannot establish a
2   connection that glyphosate Roundup exposure caused
3   her lymphoma through the mechanism of a p53
4   mutation. Maybe it did, maybe it didn't. I'm not
5   particularly suspicious of it. I want to
6   acknowledge that, but I just want to point out
7   that there is no evidence one way or the other
8   that the mutation mediated the lymphoma-causing
9   effect of the Roundup.
10            Again, I'm sorry for how technical that
11  is. That whole business about p53 took up four
12  paragraphs at the end of my differential etiology
13  section. And as you can tell, it is really hard
14  to make that point with clarity. So I thought I'd
15  give it another shot, and I appreciate you
16  indulging me.
17        Q.   Sure. Doctor, regarding your opinion
18  regarding the TP53 gene, just to clarify, it's
19  your opinion that there is no evidence in the --
20  in the literature or otherwise that suggests that
21  glyphosate is associated with the T -- TP53 gene,
22  is that correct?
23        A.   Okay. That's a broader question. I
24  was addressing specifically mutation.
25        Q.   Sorry.

```
 1   STATE OF KENTUCKY      )
                            )
 2   COUNTY OF MONTGOMERY   )

 3

 4              I, JANINE N. LEROUX, Court Reporter, the
 5   undersigned Notary Public in and for the State of
 6   Kentucky at Large, certify that the facts stated in
 7   the caption hereto are true; that at the time and
 8   place stated in said caption, the witness named in
 9   the caption hereto remotely appeared before me, and
10   that after being by me duly sworn, was examined by
11   counsel for the parties; that said testimony was
12   taken by me in stenotype and later reduced to
13   computer-aided transcription, and the foregoing is a
14   true record of the testimony given by said witness.
15
16              No party to said action nor counsel for
17   said parties requested in writing that said
18   deposition be signed by the testifying witness.
19
20
21              [signature]
22              JANINE LEROUX - COURT REPORTER
                NOTARY PUBLIC STATE-AT-LARGE
23              MY COMMISSION EXPIRES: NOVEMBER 26, 2023
                NOTARY ID KYNP1406
24
25
```