Kyle R. Kasmarick, Attorney No. 6296887
Syregelas & Kasmarick, LLC
19 North Green Street
Chicago, Illinois 60607
(312) 243-0900
kkasmarick@syregelaslaw.com
Counsel for Plaintiff Michele Glavanovits

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | Hearing Date: July 27, 2023 |
| *Michele Glavanovits v. Monsanto, Co.,* Case No. 3:20-cv-01016-VC | Time: 10:00 A.M. |

**PLAINTIFF MICHELE GLAVANOVITS' RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT**

In response to Defendant Monsanto Company's Motion for Summary Judgment, and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve the appellate record, Plaintiff hereby incorporates the following pleadings that were filed on the MDL docket:

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #8328);
- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #2479); and
- Plaintiffs' Memorandum in Opposition to Defendant's Motion for Summary Judgment Re: Illinois Wave 2 Plaintiffs on Illinois Law Grounds (ECF #12883).

Plaintiff further incorporates the following pleadings that were filed in Hardeman v. Monsanto Co., Case No. 3:16-cv-00525:

- Plaintiff's Response to Monsanto's Motion to Dismiss (ECF #27).

Plaintiff further incorporates the following pleadings that were filed in Glavanovits v. Monsanto Co., Case No. 3:20-cv-01016:

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Plaintiff's Specific Causation Expert Dr. Ron Schiff on Rule 702 Grounds (ECF #23).

By incorporating by reference to prior filings, Plaintiff is in no way waving any arguments raised therein or arguments in other pleadings that address these issues.

DATED:    June 29, 2023                    Respectfully submitted,

                                           _____
                                           Kyle R. Kasmarick, Attorney No. 6296887

Syregelas & Kasmarick, LLC
19 North Green Street
Chicago, Illinois 60607
(312) 243-0900
kkasmarick@syregelaslaw.com
Counsel for Plaintiff Michele Glavanovits

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ECF system, which sent notice of the filing to all appearing parties of record.

_____
Kyle R. Kasmarick, Attorney No. 6296887
Syregelas & Kasmarick, LLC
19 North Green Street
Chicago, Illinois 60607
(312) 243-0900
kkasmarick@syregelaslaw.com
Counsel for Plaintiff Michele Glavanovits

**PLAINTIFF MICHELE GLAVANOVITS' RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT**