JOSHUA S. GOODMAN – State Bar #116576
PATRICIA L. BONHEYO – State Bar #194155
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
jgoodman@gnhllp.com; pbonheyo@ghnllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **NOTICE OF CHANGE OF ADDRESS** |
| *Martin et al v. Monsanto Company, et al.* Case No. 3:19-cv-07572-VC | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that **effective immediately**, Goodman Neuman Hamilton LLP has changed its mailing address as follows:

Goodman Neuman Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104

Email addresses, telephone numbers and facsimile number will remain the same. Any notices mailed or delivered to us should be sent to this new address. Please update your records and proof of service lists accordingly.

///

///

///

| | |
|---|---|
| DATED:  June 29, 2023 | GOODMAN NEUMAN HAMILTON LLP |
| | By: /s/ *Patricia L. Bonheyo* |
| | JOSHUA S. GOODMAN |
| | PATRICIA L. BONHEYO |
| | Attorneys for Defendant |
| | HOME DEPOT U.S.A., INC. |

Goodman Neuman Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

-2-
NOTICE OF CHANGE OF ADDRESS