JOSHUA S. GOODMAN – State Bar #116576
PATRICIA L. BONHEYO – State Bar #194155
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
jgoodman@gnhllp.com; pbonheyo@ghnllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Martin et al v. Monsanto Company, et al.*<br>Case No. 3:19-cv-07572-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT HOME DEPOT U.S.A., INC.** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that the undersigned attorney, Patricia L. Bonheyo, is substituted as counsel of record in place of Ruta Paskevicius for defendant Home Depot U.S.A., Inc. All notices should now be directed to:

Joshua S. Goodman
Patricia L. Bonheyo
Goodman Neuman Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
T: (415) 705-0400 / F: (415) 705-0411
jgoodman@gnhllp.com
pbonheyo@gnhllp.com

///

| | |
|---|---|
| DATED:  June 29, 2023 | GOODMAN NEUMAN HAMILTON LLP |
| | By: /s/ *Patricia L. Bonheyo* |
| | JOSHUA S. GOODMAN |
| | PATRICIA L. BONHEYO |
| | Attorneys for Defendant |
| | HOME DEPOT U.S.A., INC. |

Goodman Neuman Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

-2-
NOTICE OF SUBSTITUTION OF COUNSEL