Robin Greenwald (*Pro Hac Vice*)  
WEITZ & LUXENBERG, P.C.  
700 Broadway  
New York, NY 10003  
Telephone: (212) 558-5500  
rgreenwald@weitzlux.com

Aimee H. Wagstaff (SBN 27840)  
WAGSTAFF LAW FIRM  
940 N. Lincoln Street  
Denver, CO 80203  
Telephone: (303) 376-6360  
awagstaff@wagstafflawfirm.com

David Dickens (*Pro Hac Vice*)  
The Miller Firm LLC  
108 Railroad Ave  
Orange, VA 22960  
Telephone: (540) 672-4224  
ddickens@millerfirmllc.com

*Co-Lead Counsel for All MDL Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF WAVE 5 PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGEMENT ON CAUSATION GROUNDS**<br><br>Hearing:<br>Date:  July 27, 2023<br>Time: 10:00a.m. PDT<br>Place: 450 Golden Gate Ave., Courtroom 04, San Francisco, CA 94102 |
| This document relates to:<br>ALL WAVE 5 CASES<br><br>*Karen Delorme-Barton v. Monsanto,*<br>3:18-cv-01427-VC<br><br>*Michele Glavanovits v. Monsanto Company,*<br>3:20-cv-01016-VC<br><br>*Estate of Kenzie Elizabeth Murdock, et al., v. Monsanto Co.,*<br>3:20-cv-01363-VC<br><br>*Nancy Salas v. Monsanto Co.,*<br>3:21-cv-06173-VC | |

In response to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts under Rule 702 and for Summary Judgment on Causation Grounds, (ECF # 16848) and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon by the Court, but in order to

fully preserve the appellate record, Plaintiffs incorporate the following pleadings that were filed on the MDL docket:

1. Plaintiffs' Response in Opposition to Monsanto's *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #647)
2. Plaintiff's Response in Opposition to Monsanto's Motion to Exclude Testimony of Plaintiff's Experts on *Daubert* Grounds and For Summary Judgment on Causation Grounds (ECF #8345)
3. Plaintiffs' Supplemental Brief Pursuant to PTO 34 (ECF #1135)
4. Plaintiff's Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Monsanto's Motion to Exclude Plaintiffs' General Causation Experts (ECF #1461)
5. Plaintiffs' Response in Opposition to Monsanto's Specific Causation *Daubert* and Summary Judgment Motion and *Daubert* Motion to Strike Certain Opinions of Monsanto Company' Expert Witnesses (ECF #2478)
6. Plaintiff's Reply in Support of Their *Daubert* Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses (ECF #2529)
7. Plaintiffs' Response in Opposition to Monsanto's *Daubert* of Christopher Portier and Request to Take Discovery Deposition (ECF # 12892)
8. Plaintiffs' Opposition to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and For Summary Judgment on Causation Grounds (ECF #13886)
9. Plaintiff's Opposition to Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook, Dr. Charles Jameson, and Mr. Stephen Petty (ECF # 14051)
10. Plaintiff's Opposition to Monsanto's Motion to Exclude Testimony of Plaintiff's Experts on *Daubert* Grounds and For Summary Judgment on Causation Grounds (ECF # 14053)
11. Plaintiff's Opposition to Defendant's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and For Summary Judgment on Causation Grounds (ECF # 15964)

By incorporating by reference prior filings, Plaintiffs are in no way waving any arguments raised therein or arguments in other pleadings that address these issues.

Dated: June 29, 2023                              Respectfully submitted,

                                    By:   */s/* Robin Greenwald
                                          Robin Greenwald (*Pro Hac Vice*)
                                          **WEITZ & LUXENBERG, P.C.**
                                          700 Broadway
                                          New York, NY 10003
                                          Telephone: (212) 558-5500
                                          Facsimile: (212) 344-5461
                                          rgreenwald@weitzlux.com

                                          David Dickens (*Pro Hac Vice*)
                                          **THE MILLER FIRM LLC**
                                          108 Railroad Avenue
                                          Orange, VA 22960
                                          Telephone: (540) 672-4224
                                          Facsimile: (540) 672-3055
                                          mmiller@millerfirmllc.com

                                          Aimee H. Wagstaff (SBN 27840)
                                          **WAGSTAFF LAW FIRM**
                                          940 N. Lincoln Street
                                          Denver, CO 80203
                                          Telephone: (303) 376-6360
                                          Facsimile: (303) 376-6361
                                          awagstaff@wagstafflawfirm.com

                                          *Co-Lead Counsel for All MDL Plaintiffs*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                                                                */s/* Robin Greenwald