Ron D. Schiff, M.D., Ph.D.

1

UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3

4    * * * * * * * * * * * * * * * *    MDL NO. 2741

5    IN RE:  ROUNDUP PRODUCTS    *    Case No. MDL No.
     LIABILITY LITIGATION        *
6                                      3:16-MD-02741-VC

7    * * * * * * * * * * * * * * * *

     This document relates to:
8
     Estate of Kenzie Elizabeth Murdock, et al.,
9
     vs.
10
     Monsanto Company.
11
     Case No. 5:20-cv-00023
12

13

14                  * * * * *

15

16

17            The video deposition of RON D. SCHIFF, M.D.,

18            PH.D., taken via Zoom videoconference on the

19            3rd day of March, 2023, commencing at

20            approximately 10:00 a.m., EST.

21

22

23

24

25

---

Ron D. Schiff, M.D., Ph.D.

1                A P P E A R A N C E S

2    FOR THE PLAINTIFF:

3            GARMER & PRATHER, PLLC
             141 North Broadway
4            Lexington, Kentucky  40507
             BY:  Jerome Prather, Esquire
5                 Jprather@garmerprather.com

6
     FOR THE DEFENDANT:
7
             NELSON MULLINS
8            1600 Utica Avenue South, Suite 750
             Minneapolis, Minnesota  55416
9            BY:  Barry J. Koopmann, Esquire
                  Barry.koopmann@nelsonmullins.com
10

11

12

13   VIDEOGRAPHER:

14            James Vonwiegen

15

16

17            Jillian Doctor, RPR, CRR
18            Court Reporter

19

20

21

22

23

24

25

---

Ron D. Schiff, M.D., Ph.D.

1                    I N D E X

2    EXAMINATION                              PAGE

3      By Mr. Koopmann                          5

4      By Mr. Prather                         150

5      By Mr. Koopmann                        154

6      By Mr. Prather                         155

7      By Mr. Koopmann                        157

8

9                  * * * * * *

10   EXHIBITS                                 PAGE

11   Deposition Exhibit Number 1               11

12     Notice of Deposition

13   Deposition Exhibit Number 2               14

14     Invoices and Time Notes

15   Deposition Exhibit Number 3               18

16     Curriculum Vitae

17   Deposition Exhibit Number 4               20

18     Ron D. Schiff MD, PA Fees

19   Deposition Exhibit Number 5               21

20     Testimony List

21   Deposition Exhibit Number 6               28

22     Murdock Chemicals List

23   Deposition Exhibit Number 7               29

24     Other File Materials

25

---

Ron D. Schiff, M.D., Ph.D.

1    EXHIBITS                                 PAGE

2    Deposition Exhibit Number 8               30

3      Dr. Schiff Report with page numbers

4    Deposition Exhibit Number 9          35 and 55

5      Sawyer Preliminary Report

6    Deposition Exhibit Number 10              91

7      Patient Medical Records

8    Deposition Exhibit Number 11             108

9      Murdock Chemicals List

10   Deposition Exhibit Number 12             110

11     Safety Data Sheets

12   Deposition Exhibit Number 13             148

13     T-Cell Lymphomas and Epstein-Barr Virus - Jones

14   Deposition Exhibit Number 14             148

15     Parental Occupation and Other Environmental Factors - Magnani

16

17

18

19

20

21

22

23

24

25

Ron D. Schiff, M.D., Ph.D.

1    THE VIDEOGRAPHER:
2           We're now on the record.  My name is
3    James Vonwiegen.  I'm a videographer for Golkow
4    Litigation Services.  Today's date is March 3rd,
5    2023 and the time is 10:00 a.m.
6           This remote video deposition is being
7    held in the matter of Roundup.  Estate of Kenzie
8    Elizabeth Murdock, et al versus Monsanto Company,
9    et al.  The deponent is Ron D. Schiff.
10          All parties to the deposition are
11   appearing remotely and have agreed to the witness
12   being sworn in remotely.  Due to the nature of
13   remote reporting, please pause briefly before
14   speaking to ensure all parties are heard
15   completely.
16          Counsel will be noted on the
17   stenographic record.  The court reporter is Jill
18   Doctor and will now swear in the witness.
19              RON D. SCHIFF, M.D.,
20          having been first duly sworn,
21          was examined and testified as follows:
22                  EXAMINATION
23   BY MR. KOOPMANN:
24   Q       Good morning, Dr. Schiff.  My name is
25   Barry Koopmann and I represent Monsanto in this

Ron D. Schiff, M.D., Ph.D.

1    case.  Would you please state your full name and
2    spell your last name for the record.
3    A       My name is Ron D. Schiff.  The last
4    name is S, like Sam, C-H-I, double F, like Frank.
5    Q       If you don't understand one of my
6    questions today, will you please ask me to repeat
7    it or rephrase it?
8    A       Yes, sir.
9    Q       And if you answer a question, I will
10   assume that you understood it.  Is that fair?
11   A       No.  It might mean that I did not
12   understand it at the time I answered it.  And if
13   I can figure it out later, I would like to
14   reserve the right to return to the question.  For
15   the most part, I don't anticipate any difficulty
16   understanding your questions.
17   Q       Okay.  But if you don't understand it
18   at the time I ask it, you'll let me know that?
19   A       I will try.
20   Q       If you refer to anything in the course
21   of answering one of my questions, will you please
22   let me know that?
23   A       Yes.
24   Q       I would ask that you refrain from
25   texting or e-mailing or anything like that while

Ron D. Schiff, M.D., Ph.D.

1    we are on the record today.  Is that fair?
2    A       Yes.
3    Q       And for ease of reference during
4    today's deposition, I'll refer to non-Hodgkin's
5    lymphoma as NHL.  Okay?
6    A       That's okay.
7    Q       My job today here, sir, is to ask you
8    questions about your opinions in the Murdock
9    case, and I need you to provide answers to the
10   best of your recollection and memory.  Are you
11   prepared to do that today?
12   A       I will do that.
13   Q       Are you taking any medications that
14   would impact your ability to provide truthful and
15   accurate answers today?
16   A       I am not.
17   Q       Dr. Schiff, what did you do to prepare
18   for your deposition today?
19   A       I reviewed the -- actually most of the
20   effort was spent in reviewing the report that I
21   wrote that I submitted last August.  I reviewed
22   selected references from within that report, and,
23   you know, a few references that I have considered
24   but not relied upon in this case.  I can't think
25   of anything else that I reviewed for that, but I

Ron D. Schiff, M.D., Ph.D.

1    have everything with me.
2           The only qualification is that the
3    medical records and some other materials are so
4    voluminous that they are on a table perhaps
5    15 feet away in the kitchen.  And at some point
6    if you ask me about them, I may need to retrieve
7    them.  Everything else is on a table right to my
8    left.
9    Q       Did you have any meetings with counsel
10   in preparation for today's deposition?
11   A       There was a telephone conference
12   yesterday afternoon.
13   Q       How long did that last approximately?
14   A       Almost 90 minutes.
15   Q       Who was present for that telephone
16   conference?
17   A       Only Mr. Prather and myself.
18   Q       Was that the only telephone conference
19   or video conference that you had in preparation
20   for the deposition?
21   A       Well, you know, I've had one -- at
22   least one prior telephone conference with
23   Mr. Prather, which was a month ago.  And whether
24   one wants to classify that as deposition prep or
25   not, I don't know.  I will disclose it, but, you

Ron D. Schiff, M.D., Ph.D.

```
1   know, I don't -- I don't know how it would be
2   regarded.
3   Q       Who was present for that conference?
4   A       The same.  Only Mr. Prather and myself.
5   Q       Approximately how long was that
6   meeting?
7   A       I'd have to look that up, but I have
8   that right here.  That was one hour.
9   Q       How much time would you estimate that
10  you've spent preparing for today's deposition?
11  A       I can estimate that from my handwritten
12  billing records, but it will take me a minute to
13  add that up.
14          That would be 14 hours including the
15  telephone conference yesterday with Mr. Prather.
16  And you do have those records by now.  So my
17  quick addition may be inaccurate, but I'm usually
18  pretty good at doing that.
19  Q       But when you say, "I have those
20  records," you mean the handwritten notes that you
21  used to prepare your invoices?
22  A       Correct.
23  Q       You mentioned that you have the
24  voluminous medical records in this case to your
25  left on the kitchen table.  Do you have any other
```

Ron D. Schiff, M.D., Ph.D.

```
1   hard copy documents with you today?
2   A       Yes.  I have quite a few on a table
3   closer to me as well as some additional expert
4   material.  But everything that -- you know, that
5   strikes me as being relevant to what you're
6   likely to ask me about is at hand on the table
7   immediately to my left.
8   Q       Okay.  And what does that include
9   generally speaking?  You don't have to go
10  document by document.  But is it your report and
11  selected articles?
12  A       Yes.  That's -- yeah.  In a nutshell
13  that's what it is, yes.
14  Q       Sharing on the screen now a copy of the
15  notice for today's deposition.  Can you see that
16  on your screen, Doctor?
17  A       Yes.
18  Q       Okay.  Were you provided with a copy of
19  this before the deposition?
20  A       I received it on Tuesday, yes, sir.
21  Q       All right.  And did you make an effort
22  to go through the various requests for production
23  and gather any documents that are responsive to
24  those requests?
25  A       I reviewed the request for production,
```

Ron D. Schiff, M.D., Ph.D.

```
1   and I have already provided those documents that
2   I believe I should be providing.
3   Q       Okay.  And Mr. Prather provided some
4   documents electronically to me today.  We'll go
5   through and mark some of those as we go along
6   today.  Is there anything that's been removed
7   from your file at any point since it was added?
8   A       I'm sorry.  What file are you referring
9   to?
10  Q       Your file materials that you keep for
11  purposes of this Murdock case?
12  A       Oh, for the Murdock case?  No.
13  Everything is present and in one place in my
14  kitchen.
15  MR. KOOPMANN:
16          I'll mark the deposition notice as
17  Exhibit 1 to the deposition.
18          (DEPOSITION EXHIBIT NUMBER 1
19          WAS MARKED FOR IDENTIFICATION.)
20  Q       I received two invoices from
21  Mr. Prather today.  One is on the screen here.
22  It shows entries for work done between May 29th,
23  2021 and September 24th, 2021 totalling $22,350.
24  Do you see that on your screen, Doctor?
25  A       I do.
```

Ron D. Schiff, M.D., Ph.D.

```
1   Q       Okay.  And that's an invoice that you
2   prepared?
3   A       Well, my wife prepared it off my
4   handwritten billing records, yes.  That's
5   correct.
6   Q       And then the second invoice we've
7   received is -- appears to be for work done by you
8   between June 6th, 2022 and August 15th, 2022
9   totalling $22,200.  Do you see that on your
10  screen?
11  A       Also correct.
12  Q       Okay.  And this is your second invoice
13  that you've prepared for this case or your wife
14  has prepared?
15  A       That's correct.
16  Q       Okay.  Are there any other invoices
17  that have been prepared that reflect your work
18  performed in this case?
19  A       No.  The only other billing record of
20  my work is the handwritten one covering the
21  period from January 29 through yesterday.  And
22  that also was provided.  That has not been
23  invoiced yet.
24  Q       And am I showing that on the screen
25  now?
```

Ron D. Schiff, M.D., Ph.D.

```
 1    A       No.  That's the 2021 billing records.
 2    Q       Okay.  This document titled Time
 3    Records that I'm showing on the screen with
 4    handwriting, that's your handwritten notes that
 5    your wife used to prepare your invoice?
 6    A       Yes.  Except that at the time each
 7    invoice was provided, she wrote the total amount
 8    and the calculation.  For example, that's her
 9    handwriting right there, which is very distinct
10    from mine.
11    Q       Okay.
12    A       Now you're in the 2022 billing records.
13    And my wife's notation about the amount that was
14    invoiced there.  And at the bottom of that page
15    now you're getting into what has not yet been
16    invoiced over a period of the last, I don't know,
17    five weeks.
18    Q       Okay.  What is the -- where it says 15
19    and then a superscript 1, what does that signify?
20    A       Yeah.  That's actually not a one.
21    That's medical notation.  The superscript circle
22    is ours.  The superscript line is minutes.  You
23    see that in handwritten medical records.  And
24    I've been recording that way for a million years.
25    Q       Okay.  Thank you.  Learn something
```

Ron D. Schiff, M.D., Ph.D.

```
 1    every day.
 2    MR. KOOPMANN:
 3            All right.  I will mark the two
 4    invoices and this time record collectively as
 5    Exhibit 2 to the deposition.
 6            (DEPOSITION EXHIBIT NUMBER 2
 7            WAS MARKED FOR IDENTIFICATION.)
 8    Q       Is it fair to say, sir, that the total
 9    amount of time you've spent on this case to date
10    is -- well, the total amount of time invoiced was
11    74 hours so far?
12    A       Yes.  Yes.  That's correct.  74 and a
13    quarter, if I'm adding it up correctly from my
14    wife's notations.
15    Q       And then we can add to those 74 hours
16    the time noted in this time record from January
17    and February of 2023 and March?
18    A       Yes, sir.  I did not enter the time
19    spent for independent preparation of deposition
20    yesterday because I did not complete that until
21    after the -- this document was e-mailed to
22    Mr. Prather.  So that would be, as I recall,
23    another 45 minutes.
24    Q       Okay.  Did you take any notes during
25    your review of materials for purposes of this
```

Ron D. Schiff, M.D., Ph.D.

```
 1    case?
 2    A       No, sir.
 3    Q       Have you had any communications between
 4    you and either of Kenzie Murdock's parents?
 5    A       Yes.  That is cited in my report.  I
 6    interviewed Mr. Kyle Murdock by telephone
 7    concerning Ms. Murdock's exposure last summer.  I
 8    can get you the exact date on that.  But that's
 9    in Section 6 under my opinions.
10    Q       Okay.  If I remember correctly, it was
11    from --
12    A       Let me get you that date.  Let me get
13    you that date.  That took place on July 15th,
14    2022.  And I'm prepared to tell you how I
15    integrated what he said into my report because I
16    did not take handwritten notes during that
17    conversation.  I had already completed a draft
18    exposure section.  And I sat at the computer in
19    front of that.
20            I went with him systematically through
21    all of the material that I had compiled from
22    other sources and asked him for any additions or
23    corrections and I input that into my report at
24    that time.  So there is no separate handwritten
25    record.
```

Ron D. Schiff, M.D., Ph.D.

```
 1    Q       Okay.  And that interview was on
 2    July 15th of 2021?
 3    A       No.  2022.
 4    Q       Did you also interview Mrs. Mandi
 5    Murdock?
 6    A       No, I've had no communication with her
 7    at any time.
 8    Q       How long did your interview with
 9    Mr. Murdock last?
10    A       Well, what I wrote in my billing
11    records was that that lasted one hour and
12    15 minutes but included a portion of the
13    completion of the remaining report.
14            And, you know, I'm sure that you can
15    see how I itemized that on the invoice billing
16    records and on my handwritten billing records.
17    So the heading is Telephone Conference with
18    Mr. Kyle Murdock and Mr. Prather and Completion
19    of Report, one hour 15 minutes on July 15th,
20    2022.
21    Q       Did anyone participate in that call
22    besides you, Mr. Prather, and Mr. Murdock?
23    A       No, sir.
24    Q       Okay.  Is that the only time you've
25    spoken to Mr. Murdock?
```

Ron D. Schiff, M.D., Ph.D.

```
1    A        Yes, sir.
2    Q        Have you spoken to anybody else in the
3    Murdock family besides Mr. Murdock?
4    A        I have not.
5    Q        Have you had any communications between
6    you and any of Kenzie Murdock's physicians or
7    other medical providers?
8    A        No.
9    Q        Have you had any communications with
10   any of the plaintiff's other expert witnesses in
11   this case?
12   A        Are you referring to Item Number 7 in
13   the notice of deposition?
14   Q        I'm just asking that question
15   generally.  It might correspond to Item Number 7,
16   but I'm wondering if you've spoken to or
17   corresponded with Dr. Sawyer?
18   A        No.  I mean, I have his preliminary and
19   revised reports as you know, but I've never had
20   any direct communication with him.
21   Q        Any communications with Dr. William
22   Baldwin?
23   A        I've never heard of Dr. Baldwin.  So
24   that's -- that's a no.
25   Q        I'm sharing on the screen now the
```

Ron D. Schiff, M.D., Ph.D.

```
1    curriculum vitaee that we received this morning
2    from Mr. Prather.  Does this appear to be a
3    current copy of your CV, Dr. Schiff?
4    A        Yes.  It's dated May 26, 2015, which is
5    12 days after I retired from medical practice.
6    In that interim, I revised the CV to reflect my
7    retirement, and there have been no modifications
8    in the nearly eight years since then.
9    MR. KOOPMANN:
10            I'll mark this as Deposition Exhibit
11   Number 3.
12            (DEPOSITION EXHIBIT NUMBER 3
13            WAS MARKED FOR IDENTIFICATION.)
14   Q        I'm now sharing on the screen the
15   document that we received today titled Schiff Fee
16   Schedule at Time of Retention.  Do you see that
17   on your screen, sir?
18   A        I do.
19   Q        And are those actually the rates that
20   are currently in effect as well or were those
21   only in effect at the time of your retention in
22   this case?
23   A        They remain in effect.
24   Q        Okay.  So your time for records
25   reviewed and telephone conferences and deposition
```

Ron D. Schiff, M.D., Ph.D.

```
1    time in this case is $600 per hour?
2    A        Yes.  That amount also applies to
3    preparation of any reports.  I don't know why
4    that's not on the fee schedule, but that's
5    exactly the same.  All aspects of my
6    participation in a medical legal case are
7    invoiced at that rate.
8    Q        If you testify at trial, it will be at
9    $600 per hour?
10   A        That's correct.  With regard to travel,
11   I expect my travel expenses to be reimbursed.
12   And assuming that I'm continuing my prep en route
13   to the trial, I will bill for that time as well.
14   My time on the way home, I will not.
15   Q        What if you spend time driving or
16   walking through an airport.  Is that time billed?
17   A        No.  I no longer do that.  I did that
18   when I was still in practice.  I would then
19   bill door to door locally because that was
20   additional time taken away from my practice.
21   Once I retired, I suspended that provision.
22   Q        And did you charge a retainer of $1,200
23   in this case?
24   A        I did.
25   Q        And then do you draw that retainer down
```

Ron D. Schiff, M.D., Ph.D.

```
1    as work is performed?
2    A        Correct.
3    Q        Do you know what the current total
4    amount that you've been paid for your work on
5    behalf of plaintiffs in the Roundup litigation
6    is?
7    A        Oh, I have no idea.
8    Q        Are you still retired from clinical
9    practice?
10   A        Yes.
11   MR. KOOPMANN:
12            I'll mark this fee schedule as
13   Exhibit 4.
14            (DEPOSITION EXHIBIT NUMBER 4
15            WAS MARKED FOR IDENTIFICATION.)
16   Q        Sir, I'm now sharing on the screen a
17   list of depositions and trial testimony that we
18   received this morning.  Is this an up-to-date
19   copy of your list of depositions and trial
20   testimony?
21   A        It is.  The most recent prior
22   deposition is the one on the bottom of this
23   three-page list that took place in December.
24   That is December '22.  You're looking at it right
25   now.  So that is current, yes, sir.
```

Ron D. Schiff, M.D., Ph.D.

```
 1    MR. KOOPMANN:
 2         All right.  I'll mark this as
 3    Deposition Exhibit 5.
 4         (DEPOSITION EXHIBIT NUMBER 5
 5         WAS MARKED FOR IDENTIFICATION.)
 6    Q    Sir, do you now work exclusively in
 7    medical legal consulting?
 8    A    I would have to say that that is
 9    correct, yes.  I am, however, trying to slow down
10    with that, too.
11    Q    In 2022, what percentage of your
12    medical legal consulting was done in product
13    liability cases?
14    A    I would have to say that that was
15    100 percent because I don't think I had an open
16    medical liability or patent litigation case in
17    2022.
18    Q    Have you ever served as an expert
19    witness for a defendant in a product liability
20    case?
21    A    I have consulted for defendants in
22    product liability cases, but I have not, as I
23    recall, at least written a report, been deposed,
24    or appeared at trial.  However, in my medical
25    liability consulting, I would say over 90 percent
```

Ron D. Schiff, M.D., Ph.D.

```
 1    of that previous work was done on behalf of
 2    defendant physicians and healthcare
 3    organizations.
 4    Q    Do you recall when the last time was
 5    that you consulted with the defendant in a
 6    product liability case?
 7    A    On a product -- oh, no, I do not recall
 8    that.  That would not appear on that list
 9    because, as I said, it never reached the stage of
10    deposition or trial.  I suspect that it's been
11    six years.  Maybe a little longer.
12    Q    Do you recall ever testifying in
13    another case involving T lymphoblastic lymphoma?
14    A    I do not.  I have testified in acute
15    lymphoblastic leukemia cases, which are
16    biologically identical.  The case that comes to
17    mind is the first one on that list.  And that was
18    a B-cell acute lymphoblastic leukemia.
19    Q    The Willis v. Shell Oil case?
20    A    Exactly.
21    Q    Dr. Schiff, was it important to you to
22    perform a thorough review of the information in
23    forming your opinions in this case?
24    A    Of course.
25    Q    You were asked to be a witness for the
```

Ron D. Schiff, M.D., Ph.D.

```
 1    plaintiffs in this case; right?
 2    A    Yes.
 3    Q    And part of your job in this case is to
 4    be a witness for the plaintiffs if the case goes
 5    to trial; right?
 6    A    Also correct.  That's the expectation.
 7    Q    Have you been retained by the Garmer &
 8    Prather firm in other cases that you can recall?
 9    A    I have not.
10    Q    What percentage of your litigation work
11    in 2022 was for plaintiffs?
12    A    Well, in as much as it was product
13    liability only, I would say 100 percent.  But it
14    would help me to verify that, if you could put my
15    list of depositions and trial testimony back on
16    the screen.  But I do believe that it will verify
17    what I just said about the 100 percent
18    proportion.
19         Yes.  That is correct.  There are
20    obviously also some cases that are still in
21    progress that have not reached the deposition or
22    trial state yet.  But I believe that everything I
23    worked on in 2022 in products liability was,
24    indeed, under retention by plaintiff's counsel.
25    Q    So all of the litigation cases that you
```

Ron D. Schiff, M.D., Ph.D.

```
 1    worked on in 2022, you worked on on behalf of
 2    plaintiffs?
 3    A    I believe that's correct, yes.
 4    Q    Is the same true for 2021?
 5    A    Well, you know, I have cases that have
 6    still not reached deposition that are pending
 7    from 2021 or further.  If you could continue
 8    going up a little bit, yes, everything that I see
 9    listed in 2021 is on -- is on the plaintiff's
10    side.  Correct.
11    Q    You're being paid for your work in this
12    case; right?
13    A    Yes.  But it is not outcome dependent.
14    It's based on my hourly effort.
15    Q    And you're being paid for your time
16    here today; right?
17    A    I anticipate being paid for that, yes,
18    sir.
19    Q    And if this case goes to trial and you
20    testify there, you'll be paid for that, too?
21    A    Yeah.  Exactly under the conditions we
22    discussed before.  That's correct.
23    Q    Have you ever written to the EPA
24    expressing your concerns about Glyphosate?
25    A    I have not.
```

Ron D. Schiff, M.D., Ph.D.

1   Q       As of March 3rd, 2023, have you ever
2   written anything about Glyphosate other than a
3   report prepared as an expert witness for a
4   lawsuit?
5   A       I have not.
6   Q       Are your services as an expert witness
7   still advertised by an organization called SEAK,
8   S-E-A-K?
9   A       No.  I withdrew from that, I believe,
10  at the beginning of 2022 in conjunction with my
11  wish to slow down.  So I don't believe I still
12  have an active listing.  However, I still receive
13  outreach inquiries through SEAK as well as word
14  of mouth, et cetera.
15  Q       When you started working on this case
16  in 2021, at that time were you paying SEAK to
17  advertise your services as an expert witness?
18  A       I believe so.  I believe that I was in
19  the SEAK directory from 2014 through 2021.  The
20  dates on both ends may be off by a year, but I
21  would say with 90 percent certainty that that's
22  an accurate dating.
23  Q       Do you have any current sources of
24  earned income besides litigation work like you're
25  performing in this case?

Golkow Litigation Services                    Page 25

Ron D. Schiff, M.D., Ph.D.

1   A       I do not.
2   Q       Dr. Schiff, I'm sharing on the screen
3   here the folder of materials that we received
4   this morning from Mr. Prather as the production
5   and response to the deposition notice.  We've
6   gone through some of these already such as the
7   time record, your testimony list, your two
8   invoices, your CV, and fee schedule.
9           Are the other documents that appear on
10  the screen there parts of your Murdock file
11  materials?
12  A       No.  But that requires being discussed
13  because some I don't recognize and some I may
14  have seen in other formats.  I have something
15  that I've referred to in my report, Mr. Koopmann,
16  as the Murdock Chemicals document.  Okay.
17  Hopefully that was provided.  But if it was, it
18  was obviously under a different name.  I see that
19  there are several things there that could have
20  fit under that.  But I don't know how well those
21  correspond to the document that I received.  With
22  regard to -- and that's one of them right up
23  there where your cursor is.  James Ray Murdock.
24  And so forth.  I don't think that that's
25  familiar.  If you want, I can dig out the Murdock

Golkow Litigation Services                    Page 26

Ron D. Schiff, M.D., Ph.D.

1   Chemicals document that I do have, and I can hold
2   that up to the camera.  What you have there does
3   not look familiar.
4   Q       Okay.  This is a 19-page document
5   titled James Ray Murdock Purchases.  I'll just
6   keep scrolling for a moment here to see if
7   anything else looks familiar to you.
8   A       Well, I suspect that I have seen some
9   of that information in a different format perhaps
10  prepared by Garner & Prather.  I have now found
11  my notes on that.  The Murdock Chemicals document
12  which actually is entitled Murdock Chemicals.
13  And that is a document slightly over four pages.
14  And I cannot tell you exactly when that was
15  provided to me except that I believe that that
16  would have been provided sometime in June of 2022
17  prior to my completion of the report.  But I do
18  not know that more accurately.
19  Q       Okay.  I don't see that included in
20  what we received this morning.  So I'll just
21  reserve a spot as Exhibit 6 for that four-page
22  Murdock Chemicals list that you've got there.  If
23  you could just send that to Mr. Prather after the
24  deposition, we can get that to the court reporter
25  and have it included.

Golkow Litigation Services                    Page 27

Ron D. Schiff, M.D., Ph.D.

1           (DEPOSITION EXHIBIT NUMBER 6
2           WAS MARKED FOR IDENTIFICATION.)
3   A       Okay.  Well, that originated with
4   Mr. Prather.  So he would have immediate access
5   to that and be able to do it.  My wife is not
6   here so I cannot send anything right now.  But
7   that document originated with Mr. Prather and,
8   you know, should be immediately accessible.
9   Q       I think you mentioned a few moments ago
10  your notes regarding the Murdock purchases.  Did
11  you make notes on the document?
12  A       I don't remember saying that.  So --
13  Q       Do you know -- did you make notes on
14  the document?
15  A       So the answer to that is there are
16  notes on that document.  And I will tell you what
17  the notes are.
18  Q       No, that's okay.  You can just -- we'll
19  get a copy of it after the deposition.
20  A       Okay.  Yeah.  Although I -- yeah.  I
21  might not be able to provide that until later
22  today.  I had forgotten --
23  Q       That's fine, sir.
24  A       -- I made handwritten notes on it.  And
25  I'm more than happy to explain what the

Golkow Litigation Services                    Page 28

Ron D. Schiff, M.D., Ph.D.

```
 1   handwritten notes were.
 2   MR. KOOPMANN:
 3          All right.  We'll mark as Exhibit 7 the
 4   remaining file materials that were provided to us
 5   as your deposition production this morning.
 6          (DEPOSITION EXHIBIT NUMBER 7
 7          WAS MARKED FOR IDENTIFICATION.)
 8   Q      Sir, I'm sharing on the screen here a
 9   copy of your August 15th, 2022 report for this
10   case.  Does that appear to be correct?
11   A      It does.
12   Q      Okay.
13   A      May I put away the notice of
14   deposition?
15   Q      Yes, you may.  Thank you.
16   A      And the handwritten billing records?
17   Q      Yes.
18   A      All right.  I'm going to retrieve my
19   report, which is right next to me.
20   Q      Okay.
21   A      I have it now.
22   Q      And, sir, just for ease of reference in
23   today's deposition, I know that your hard copy
24   doesn't have this, but we've included a page
25   number in the bottom right-hand corner.
```

Ron D. Schiff, M.D., Ph.D.

```
 1   A      That's fine.
 2   Q      Just so that it will be easier to
 3   reference as we all look at the transcript later.
 4          Sir, in preparation for the deposition
 5   as you reviewed through the report, did you see
 6   anything that you thought needed to be changed?
 7   A      I did not.
 8   Q      Okay.
 9   A      I will point out that it's a lengthy
10   report and if -- you know, even though I'm very
11   careful with editing and proofreading and so on,
12   if typographical errors crept in and they come to
13   light during the deposition, I will be happy to
14   discuss that.  But the parts of the report that I
15   reviewed in advance of today's deposition, I did
16   not see anything that merited revision.
17   MR. KOOPMANN:
18          I will -- if I haven't already said it,
19   I will mark this copy -- this page numbered copy
20   of Dr. Schiff's report as Deposition Exhibit
21   Number 8.
22          (DEPOSITION EXHIBIT NUMBER 8
23          WAS MARKED FOR IDENTIFICATION.)
24   Q      Dr. Schiff, do you stand by all of the
25   statements you've included in your report?
```

Ron D. Schiff, M.D., Ph.D.

```
 1   A      I do.
 2   Q      And does your report contain all of the
 3   opinions that you intend to give at trial and the
 4   bases for those opinions?
 5   A      Unless anything comes up today that is
 6   not addressed in my report and about which I'm
 7   expected to provide an opinion in the course of
 8   this deposition.  But yes.
 9   Q      Did you have access to all of the
10   information you needed to formulate your opinions
11   in this case?
12   A      Yes.  I felt that I did.  And that is
13   enumerated very shortly after the Expert
14   Qualification section now on the screen.
15   Q      So there is nothing that you wanted to
16   see but were not able to obtain?
17   A      There may have been things that I did
18   not have in realtime but, if so, I would have
19   requested them.
20   Q      Were there any medical records that you
21   did not have but which you saw referenced in
22   other medical records and you felt that you
23   wanted to see those?
24   A      I felt that the medical records
25   provided a fairly complete documentation.  Where
```

Ron D. Schiff, M.D., Ph.D.

```
 1   there were things where I did not have primary
 2   records, that was so noted in my report.  But
 3   they would have been referenced in other parts of
 4   the medical record that I did have available.
 5   And if I judged those reliable, I was satisfied.
 6          You know, there was quite a time
 7   commitment in going through what I estimate as, I
 8   don't know, 1,500 or more pages of medical
 9   records.  So I did the best I could with what I
10   had.  If there was anything that I felt was
11   essential, I would have requested it as I was
12   going through.  But I am satisfied with the
13   materials provided me.
14   Q      Do you have a sense of approximately
15   how many pages of medical records you reviewed
16   for this case?
17   A      I'm looking at the stack right now.
18   And if I -- if I had to estimate it, I would say
19   1,500.  But I did not count them.  And,
20   consequently, I cannot attest to the accuracy of
21   that eyeball estimate.
22   Q      Okay.  Approximately how tall is that
23   stack of medical records?
24   A      Eight inches.
25   Q      And is it a single stack or multiple
```

Ron D. Schiff, M.D., Ph.D.

```
 1   stacks?
 2   A        I have that all in a single stack.  I
 3   mean, if you want me to carry it over to the
 4   computer in front of the camera, I can do that.
 5   Q        That's okay.
 6   A        That's up to you.
 7   Q        But that eight-inch approximately stack
 8   of paper that you're looking at on your kitchen
 9   table, those are the medical records that you
10   reviewed for this case?
11   A        Yes, sir.
12   Q        Did you have any assistance with the
13   writing of your report?
14   A        No.
15   Q        How about the editing of your report?
16   A        Also no.
17   Q        Did you review any summaries of medical
18   records that were prepared by plaintiff's
19   counsel?
20   A        I would have to say the answer to that
21   is I have no recollection of doing so.  If I did,
22   they would have been a long time ago such as, you
23   know, summer of 2021.  I could look to see if
24   something like that is included in the medical
25   records, but I never rely on outside prepared
```

Ron D. Schiff, M.D., Ph.D.

```
 1   summaries anyhow.  So if I had received some, I
 2   would have read it, but I still would have done
 3   all the research in the actual medical records.
 4   But, again, I'm making the offer that if you want
 5   me to look to see if the summary was received, I
 6   can do that right now.  That would be very quick.
 7   Q        That's okay.  Your recollection is
 8   fine.  I understand you received a copy of
 9   Dr. William Sawyer's report for purposes of this
10   case?
11   A        Yes.  Two different reports.  But
12   that's correct.
13   Q        You received his initial report from
14   November of 22nd and then an updated report
15   produced just late last month?
16   A        No.  That is actually not correct.
17   The -- the preliminary report that I received, I
18   received in late July 2022.  The revised report I
19   received, I believe, on Tuesday of this week.  I
20   think it was the same time I got the deposition
21   notice.  So it was either Tuesday afternoon or
22   Wednesday morning.  I think Tuesday afternoon.
23   But, you know, I could be off a half a day on
24   that.
25   Q        Do you have the report of Dr. Sawyer
```

Ron D. Schiff, M.D., Ph.D.

```
 1   that you received in late July 2022 in front of
 2   you there?
 3   A        No.  That's also on the kitchen table.
 4   I mean, I can retrieve that in a matter of
 5   seconds.  But that's over there, not here.
 6   Q        Okay.  We'd like a copy of that.
 7   MR. KOOPMANN:
 8            We'll mark that as deposition Exhibit 8
 9   [sic].
10            (DEPOSITION EXHIBIT NUMBER 9
11            WAS MARKED FOR IDENTIFICATION.)
12   MR. PRATHER:
13            Barry, I object to producing that.
14   That's a preliminary report.  The draft report is
15   protected from disclosure.
16   MR. KOOPMANN:
17   Q        Dr. Schiff, did you review that Sawyer
18   report from July 2022 in the course of forming
19   your opinions in this case?
20   A        I did.
21   Q        Okay.  And is that something that you
22   relied on in forming your opinion?
23   A        Well, really only with regard to what
24   Dr. Sawyer contributed about exposure.  The --
25   you know, actually I have to take another look at
```

Ron D. Schiff, M.D., Ph.D.

```
 1   my dates.  Okay.  Because my conference with
 2   Mr. Murdock was July 15th.  And as it turns out,
 3   I think that I misstated when I received the
 4   preliminary report from Dr. Sawyer.  I believe
 5   that I received that on or prior to June 30th,
 6   2022.  That is not independently itemized in my
 7   invoice.  It's only under review of additional
 8   submitted materials.  However, I can verify that
 9   I had that and I reviewed it before my telephone
10   conference with Mr. Murdock, which, again, took
11   place on July 15th, 2022.  So I believe I
12   received the preliminary report in June of last
13   year.
14   Q        And this preliminary report of
15   Dr. Sawyer that you received on or before
16   June 30th, 2022, that's something that you
17   reviewed and relied on in forming your opinions
18   in this case?
19   MR. PRATHER:
20            Object to form.  Asked and answered.
21   A        Well, again -- sorry.  You know, I --
22   I -- I went through it.  And I was particularly
23   interested in what Dr. Sawyer had to say about
24   exposure considerations.  But, again, those were
25   reviewed in detail and confirmed in my telephone
```

Ron D. Schiff, M.D., Ph.D.

1    conference with Mr. Murdock along with the other
2    sources of exposure information that I detailed
3    in the first paragraph of the Exposure section,
4    Section Number 6, under Opinions in my report.
5    So all of those sources are cited.  They did
6    include but were not limited to Dr. Sawyer's
7    preliminary report.  And obviously my report was
8    completed long before my receipt just this week
9    of the revised toxicology report.
10   Q       What is the date on that revised
11   toxicology report from Dr. Sawyer that you
12   received?
13   A       Okay.  That is a little harder for me
14   to reconstruct because I do not have a hard copy
15   of that.  As I recall, it was February 21st or
16   maybe February 23rd of this year.  So I reviewed
17   that as an e-mail attachment only.
18   Q       Do you recall whether it was signed by
19   Dr. Sawyer?
20   A       I have no recollection of that.
21   Q       The preliminary Sawyer report, do you
22   have that in front of you?
23   A       That's on the table.  I'm happy to get
24   it.
25   Q       Is it signed by Dr. Sawyer?

Ron D. Schiff, M.D., Ph.D.

1    A       I'd have to look at it.
2    Q       Okay.  Please get it.
3    A       Okay.  Okay.  Mr. Koopmann, I have the
4    report.  I'm looking at Page 232 and there is a
5    signature.
6    Q       Okay.  Sir, did you read the deposition
7    of Kyle Murdock?
8    A       No, sir.
9    Q       Did you read the deposition of Mandi
10   Murdock?
11   A       No, sir.  I did not receive either of
12   those.
13   Q       Did you receive the deposition of
14   Dr. Sameer Jauhar?
15   A       No, sir.
16   Q       If you had received those depositions
17   of Mr. And Mrs. Murdock and Dr. Jauhar, would you
18   have read them?
19   A       Time permitting, yes.
20   Q       Why did you elect to not interview
21   Mrs. Murdock?
22   A       The discussion that I had with
23   Mr. Prather, the contents of which I believe is
24   confidential, focused only on the opportunity to
25   interview Mr. Murdock specifically about

Ron D. Schiff, M.D., Ph.D.

1    Ms. Murdock's exposure.  Nothing else was
2    discussed about interview options.
3    Q       Did you ask for the opportunity to
4    interview Mrs. Murdock?
5    A       I did not.
6    Q       Have you talked to anyone else about
7    this case other than Mr. Prather and Kyle
8    Murdock?
9    A       No, sir.  Well, my wife has known about
10   the scheduling and about the billing aspects,
11   but, you know, I have not discussed the substance
12   of the case with her.  Nor does she need any of
13   the relevant materials.
14   Q       You've never talked to Mr. -- sorry.
15   Strike that.
16           You've never talked to Dr. Sawyer about
17   this case?
18   A       No, sir.  I've never had any direct
19   communication with Dr. Sawyer concerning any
20   matter.
21   Q       And Dr. Sawyer was not on the telephone
22   call that you had with Kyle Murdock; correct?
23   A       That is correct.
24   Q       Did you take any notes during your
25   interview of Kyle Murdock?

Ron D. Schiff, M.D., Ph.D.

1    A       I explained about that.  I sat in front
2    of the computer where I had the draft section
3    of -- or the draft version of my Exposure section
4    up on the screen.  And I made any additions or
5    modifications during that conversation.  So there
6    is no separate record.
7    Q       Do you agree that Kenzie Murdock had
8    T-lymphoblastic lymphoma?
9    A       I do.
10   Q       Did you see any medical records that
11   suggested the correct diagnosis might be
12   something other than T-lymphoblastic lymphoma?
13   A       I did not.
14   Q       You mentioned possible but not proven
15   central nervous system involvement on Page 55 of
16   your report.  What's your basis for saying that
17   there was possible central nervous system
18   involvement that was not proven?
19   A       Okay.  Could you please put Page 55 up
20   on the screen so that I can find it more quickly
21   in my notes?  I have separated my notes out by
22   section, but this would be helpful.
23   Q       I sure can.
24   A       Okay.  So this -- okay.  So this is
25   under the Prognosis section of my opinions.  And

Ron D. Schiff, M.D., Ph.D.

```
 1    it's toward the end of it with respect to the
 2    long-term disease free survival.
 3    Q      Yeah.  Right in the middle of that
 4    paragraph.
 5    A      Okay.  So in order to find that out, I
 6    would have to look at the relevant -- I mean,
 7    that's a summary statement.  That's, you know,
 8    talking about disease status and prognosis alone.
 9    And it makes reference to -- this is going to
10    take me a minute to sort out because, you know,
11    the Prognosis section is not my principal
12    discussion of that point.  So I will -- I will
13    endeavor to find it.
14    Q      All right.  Let me tell you what, let's
15    come back to this.  I'll ask a new question and
16    maybe we'll come back to this.
17    Sir, is there any particular genetic
18    feature of T-lymphoblastic lymphoma that is
19    characteristic of the disease?
20    A      I would answer that as a no.
21    Q      Did you see any tests in Ms. Murdock's
22    case showing what mutations occurred in her
23    T-cells that led to her T-lymphoblastic lymphoma?
24    A      No.  The mutations that were identified
25    were of prognostic significance.  Not that it
```

Ron D. Schiff, M.D., Ph.D.

```
 1    proved to be beneficial to her, but they were not
 2    diagnostic.  They were obtained as part of the
 3    diagnostic evaluation, which is why I listed them
 4    in that place.  But, nonetheless, they were not
 5    necessary to -- well, actually, yeah.  That's not
 6    true.  She did have T-cell receptor gene
 7    rearrangements.  Those are mutations that
 8    demonstrated the clonality of the malignant cell
 9    population in her case; and, therefore,
10    substantiated the diagnosis of a T-lymphocyte
11    malignancy.
12    Q      Can you point me to any scientific data
13    showing Roundup or Glyphosate causes any of
14    the mutations involved in T-lymphoblastic
15    lymphoma specifically?
16    A      I have -- okay.  Well, first of all, I
17    do not believe data like that exists.  What we
18    have is we have the documented history of Roundup
19    exposure, and we have a firm diagnosis reviewed
20    not only locally but at academic medical centers.
21    So I believe her diagnosis is firm in that
22    regard.
23    Q      But it's true that you do not believe
24    that data showing that Roundup or Glyphosate
25    causes any of the mutations involved in
```

Ron D. Schiff, M.D., Ph.D.

```
 1    T-lymphoblastic lymphoma exists?
 2    A      I have never seen specific data
 3    investigating that potential connection.
 4    Q      Did Ms. Murdock ever have measurements
 5    taken that show the presence of Glyphosate in her
 6    blood, urine, or body tissues?
 7    A      No.  Those are generally not available
 8    for clinical application.
 9    Q      You're not relying on any measurements
10    of Glyphosate in Ms. Murdock's body for any of
11    your opinions in this case then; correct?
12    A      I would defer that to plaintiff's
13    toxicology expert.
14    Q      Okay.  But is what I said true?  That
15    you, for your opinions, are not relying on any
16    such measurement of Glyphosate in Ms. Murdock's
17    body?
18    A      That's correct.
19    Q      Can you identify any test result,
20    imaging study, pathology report, or physical exam
21    finding that points to Roundup as the cause of
22    Ms. Murdock's T-lymphoblastic lymphoma?
23    A      There is no specific finding associated
24    with the Glyphosate etiology in any form of
25    non-Hodgkin's lymphoma.  But there doesn't have
```

Ron D. Schiff, M.D., Ph.D.

```
 1    to be.  The diagnosis of a specific non-Hodgkin's
 2    lymphoma is firm in her case.  And we have the
 3    exposure history.
 4    Q      But there is no specific finding
 5    associated with Glyphosate on any such imaging
 6    study, pathology report, physical exam finding,
 7    or test result for Ms. Murdock?
 8    A      Such a finding has never been
 9    identified by research.
10    Q      Is T-lymphoblastic lymphoma a subtype
11    of NHL?
12    A      It is.
13    Q      Is T-lymphoblastic lymphoma most common
14    in teens or young adults?
15    A      Also correct.
16    Q      Is lymphoblastic lymphoma the second
17    most common type of NHL in childhood and
18    adolescence?
19    A      I can't recall if I put that -- a
20    statement about that in my report.  That is
21    correct, yes.  I have a citation for that.  But
22    that's correct.
23    Q      Are the vast majority of lymphoblastic
24    lymphoma cases of T-lymphoblastic origin?
25    A      That is correct.
```

Ron D. Schiff, M.D., Ph.D.

```
 1    Q        The median age of diagnosis of
 2    T-lymphoblastic lymphoma is around nine years of
 3    age; right?
 4    A        I don't recall.  I did not look up at
 5    that.  You know, my statement was specific for
 6    children and adolescents.  I did not provide
 7    greater precision in the assessment of the age of
 8    peak risk.
 9    Q        What percentage of patients with NHL
10    have T-lymphoblastic lymphoma?
11    A        Overall, it's a very small percentage.
12    I would say less than five percent.
13    Q        When you were in clinical practice, did
14    you treat patients with T-lymphoblastic lymphoma?
15    A        I did.
16    Q        Approximately how many patients with T
17    -lymphoblastic lymphoma did you see in your years
18    of clinical practice?
19    A        That would be a handful.  Again, it's
20    an uncommon form of NHL.  There is well over 40
21    types of NHL.  Some people would say a lot more
22    than that.  So it is one of the rare types.
23    Q        Do you recall seeing a patient with no
24    risk factors develop T-lymphoblastic lymphoma?
25    A        Well, we have to -- we have to make a
```

Ron D. Schiff, M.D., Ph.D.

```
 1    pretty important distinction there.  I may not
 2    have been able to identify any risk factors in a
 3    case like that, but I do not remember details of
 4    specific genetic or environmental risks that
 5    individual patients may have had.
 6        A medical oncologist and hematologist
 7    like me would take a personal and social history,
 8    which includes an occupational history, and
 9    because of the time constraints involved in
10    patient interactions, we would only delve into
11    something if there was an element of that history
12    that was very prominent in terms of potential
13    relevance.  Do I remember anything about that in
14    particular?  I do not.
15        Q    What do you believe are the risk
16    factors for developing T-lymphoblastic lymphoma?
17        A    Well, you know, I believe -- and I do
18    have a Risk Factor section in my report.  And I
19    believe that most of those risk factors are
20    believed to overlap with those of non-Hodgkin's
21    lymphoma in general.  For example, I made the
22    point, the more specific point, that male gender
23    is more likely to be associated with the
24    development of a T-lymphoblastic lymphoma than in
25    females.  But other than that, the etiologic and
```

Ron D. Schiff, M.D., Ph.D.

```
 1    risk factor assessments are believed to be held
 2    in common between T-lymphoblastic lymphoma and
 3    other forms of NHL.  There might not be so much
 4    specific data about rare subtypes like
 5    T-lymphoblastic lymphoma because of their very
 6    rarity.  That is discussed by me also in the, I
 7    believe, Lymphoma Caused by Roundup section that
 8    immediately follows my discussion of etiology and
 9    risk factors.  Those are Sections 7 and 8 under
10    Opinions.
11        Q    So on Page 82 of your report, you have
12    a section there titled Etiology, risk factors for
13    the development of non-Hodgkin's lymphomas.  And
14    you indicate, "There are recognized risk factors
15    for the development of non-Hodgkin's lymphoma
16    included aging, male gender, (T-cell
17    lymphoblastic lymphoma typically presents with a
18    mediastinal mass in young males) white ethnicity,
19    geographic location, inherited or acquired
20    immunodeficiency, certain autoimmune disorders,
21    specific types of infection, previous treatment
22    for non-Hodgkin's lymphoma, a rather short list
23    of drugs, occupational and environmental
24    exposures, and a family history of malignancies
25    of the blood or bone marrow."  Did I read that
```

Ron D. Schiff, M.D., Ph.D.

```
 1    correctly?
 2    A        That is correct.
 3    Q        And those risk factors for the
 4    development of non-Hodgkin's lymphomas overlap
 5    with the risk factors for the development of
 6    T-lymphoblastic lymphoma?
 7    A        To the extent the data and the
 8    literature exists about that, I would say yes.
 9    The one place where there was something that was
10    relatively specific to T-lymphoblastic lymphoma
11    was recognized by me in this second line of that
12    section.
13    Q        Did you ever tell one of your patients
14    in clinical practice that Roundup or Glyphosate
15    caused their T-lymphoblastic lymphoma?
16    A        I did not.  But there is explanations
17    for that.
18    Q        When you were in clinical practice, you
19    never diagnosed a patient with Glyphosate or
20    Roundup induced T-lymphoblastic lymphoma, did
21    you?
22    A        I did not.  But there are two factors,
23    which I would like to address.  One is the rarity
24    of the condition.  And the second is that my
25    retirement from clinical practice took place at
```

Ron D. Schiff, M.D., Ph.D.

```
1   almost the exact time that the IARC Monograph
2   dealing with Glyphosate was published.  The
3   publications before that were mostly in sources
4   that would not routinely be reviewed by medical
5   oncology and hematology clinicians.  On top of
6   that, my practice was urban suburban and not
7   really -- really rural.  That's just where
8   the location is relative to the community that I
9   live in.
10  Q       Have you told any of your former
11  patients that they should not use Roundup or
12  Glyphosate?
13  A       I can't remember if I've told former
14  patients that, but I have told people of my
15  acquaintance who have been using Roundup that.
16  And I have made sure that the landscaper who
17  takes care of our yard also does not use Roundup.
18  And we've also verified that our neighbors don't.
19  Q       What risk factors did Kenzie Murdock
20  have for developing T-lymphoblastic lymphoma?
21  A       Well, that is discussed in, I would
22  say, considerable detail in my Differential
23  Etiology section, which is Section 9, and is the
24  next section after the one that you have on
25  there.  So looking at that, we indicate that
```

Ron D. Schiff, M.D., Ph.D.

```
1   other than exposure to Roundup, and to a much
2   lesser extent other Glyphosate containing
3   herbicides not manufactured by Monsanto/Bayer, no
4   risk factors for the development of lymphoma are
5   identified in the medical records or other
6   available documentation.  That's that second
7   paragraph currently on the screen.
8   Q       So it's your opinion that the only risk
9   factor that Ms. Murdock had for developing
10  T-lymphoblastic lymphoma was Roundup exposure or
11  to some extent exposure to other non Roundup
12  Glyphosate containing herbicides?
13  A       Yes.  Those are the only -- that's the
14  only -- those are the only ones that can be
15  identified.  That's correct.  If others exist, we
16  may not know of them.  But this was a young
17  person and many other things that are associated
18  with an increased risk of developing
19  non-Hodgkin's lymphoma were able to be ruled out
20  in her case.  So, I mean, I stand behind that.
21  The only identifiable risk factors had to do with
22  Glyphosate exposure.
23  Q       Was the fact that she is a white or was
24  a white ethnicity a risk factor for her
25  development of T-lymphoblastic lymphoma?
```

Ron D. Schiff, M.D., Ph.D.

```
1   A       Well, that's not a causative risk
2   factor, Mr. Koopmann.  That's something that can
3   be identified as an association.  That white
4   people have a higher risk of developing
5   non-Hodgkin's lymphomas than non whites.  But in
6   terms of a causative risk factor for developing
7   non-Hodgkin's lymphoma, like some of the other
8   things I've listed there -- specific infections,
9   combined modality treatment for Hodgkin's
10  disease, the answer is no.
11  Q       Are you aware of any studies or data
12  finding an increased risk of developing
13  T-lymphoblastic lymphoma with Glyphosate
14  exposure?
15  A       Well, that is also directly addressed
16  just a few paragraphs before what's on the screen
17  right now.  It's in my section on Lymphoma Caused
18  by Roundup.  And it's the paragraph, "Some of the
19  studies which have investigated the association."
20  That's right there.  So my conclusion in that
21  paragraph is that the three large studies which
22  presented subtype specific risk data have focused
23  on diffuse large B-cell lymphoma, follicular
24  lymphoma, and chronic lymphocytic leukemia, which
25  is the same disease as small lymphocytic
```

Ron D. Schiff, M.D., Ph.D.

```
1   lymphoma.  Just depends on the tissue in which it
2   presented.  And did not even include
3   T-lymphoblastic lymphoma, which was the subtype
4   in Ms. Murdock's case as a separate category.
5           And, you know, I have references for
6   that as well.  What's in common among diffuse
7   large B-cell follicular and CLL or SLL is those
8   are relatively common lymphoproliferative
9   malignancies.  They're at the top of the list in
10  incidents.  And T-lymphoblastic lymphoma is at
11  the lower end of that list.
12  Q       So is it true that the data that you're
13  aware of does not speak specifically to whether
14  there is an increased risk of developing
15  T-lymphoblastic lymphoma with Glyphosate
16  exposure?
17  A       That is correct.  But I will also point
18  out that IARC did not condition their designation
19  of Glyphosate as a group to a probable carcinogen
20  on non-Hodgkin's lymphoma subtype.  So I'm -- you
21  know, I'm quite confident that they took into
22  account the existing data on subtype and did not
23  feel that that should influence their
24  classification of Roundup carcinogenicity.
25  Q       Are you aware of any studies that show
```

Ron D. Schiff, M.D., Ph.D.

```
 1    a statistically significant association between
 2    Glyphosate or Roundup exposure and T-cell
 3    lymphomas?
 4    A        Well, there are some.  But the point is
 5    that the reason that I don't want to cite those
 6    as evidence of causation in this case is that not
 7    every T-cell lymphoma is a T-lymphoblastic
 8    lymphoma.  More common than those are what I
 9    would call low or intermediate grade T-cell
10    lymphomas such as, but not limited to, mycosis
11    fungoides and Sézary, S-E-Z-A-R-Y, syndrome.
12    Those are mentioned in the Diagnosis section of
13    my opinion.
14    Q        You noted in your report that on
15    November 26th, 2018, it was concluded that
16    Ms. Murdock's T-lymphoblastic lymphoma was in
17    remission.  Do you have an opinion regarding
18    whether as of that date Ms. Murdock's
19    T-lymphoblastic lymphoma was in remission?
20    A        Yes.  I do have an opinion.  And I
21    expressed that in at least a couple of different
22    places in my report.  Because I cannot support
23    the notion that it was a complete remission.
24    Without reviewing the imaging studies around that
25    period of time, I cannot say for certain.  But
```

Ron D. Schiff, M.D., Ph.D.

```
 1    the bottom line is, that -- and I'm going to find
 2    it because this is most neatly summarized in my
 3    Conclusion section.
 4            Yes.  It's in the Conclusion section in
 5    the paragraph beginning on November 26th, 2018.
 6    It was concluded that Ms. Murdock's
 7    T-lymphoblastic lymphoma was in remission,
 8    although considerable lymphadenopathy persisted
 9    on CT scans of the neck and chest on November 20,
10    2018.  Which, you know, was just six days
11    earlier.  So, you know, I have to believe that
12    the treating physicians were aware of that.  But
13    that's it right there.
14            So while she did have a response to the
15    total 17 multi agent multi phased treatments, I
16    believe that the most likely conclusion by far
17    was that it fell short of a complete response, a
18    complete remission.
19    Q        You noted on Page 51 of your report
20    that we've marked as Deposition Exhibit 8 --
21    MR. KOOPMANN:
22            And by the way, for the record, I do
23    want to mark as Exhibit 9 -- reserve a spot as
24    Exhibit 9 for that preliminary Sawyer report.  I
25    understand you're objecting to the production of
```

Ron D. Schiff, M.D., Ph.D.

```
 1    that, Mr. Prather, but we can discuss that in
 2    greater detail after the deposition and you can,
 3    you know, consider that objection.  But I want
 4    to, just for the record, note that I'm reserving
 5    a spot at Exhibit 9 for that deposition -- or
 6    that document.
 7            (DEPOSITION EXHIBIT NUMBER 9
 8            WAS MARKED FOR IDENTIFICATION.)
 9    MR. PRATHER:
10            All right.  I understand and I will
11    reserve my objection.
12    MR. KOOPMANN:
13    Q        Dr. Schiff, on Page 51, you note that
14    in this section titled Disease Status and
15    Prognosis that Ms. Murdock's LDH blood test
16    results decreased progressively on October 10th
17    and October 13th, 2018; normalized by
18    October 14th, 2018 and remained normal on
19    October 17th and October 19th, 2018.  Do you see
20    that?
21    A        I do.
22    Q        Okay.  At those points in time when you
23    noted that her LDH levels were normal, was she in
24    complete remission at that time?
25    A        Absolutely not.  I would point out that
```

Ron D. Schiff, M.D., Ph.D.

```
 1    total 17 chemotherapy began on October 6th.  And
 2    which, you know, is in the first sentence of this
 3    section.  So a rapid decline in the LDH is not
 4    surprising.  The fact that it occurred quickly
 5    and it occurred with complete normalization.  The
 6    problem in Ms. Murdock's case is that while the
 7    LDH was normal on October -- on October 19th,
 8    just five days later, which is 18 days after the
 9    initiation of therapy, it started to increase
10    again.  And over three days after that, it went
11    up progressively twice more.  So the longer term
12    pattern -- I did not put dates in here, although
13    they're in the Medical Facts section of the
14    report.  But I summarized it that it kind of went
15    up and down with treatment and it was cyclical in
16    that regard.
17            But, you know, I mean, just in terms of
18    my conclusion to that paragraph, sustained or
19    normalization of the LDH did not occur.  And
20    that's throughout her entire unfortunate course.
21    Q        On Page 38, sir, you've got a paragraph
22    that starts, "Discussion of Ms. Murdock's
23    diagnostic evaluation."  Do you see that
24    paragraph?
25    A        I do.  I want to find that in my notes.
```

Ron D. Schiff, M.D., Ph.D.

```
 1    I have it right here.
 2    Q       You say there, "Discussion of
 3    Ms. Murdock's diagnostic evaluation would not be
 4    complete without noting that her LDH blood test
 5    was elevated at the time of her presentation."
 6    A       Correct.
 7    Q       Of what significance is that?
 8    A       Well, as I indicated at the beginning
 9    of my Prognosis section but also elsewhere in the
10    report, and I can't remember if that's under
11    Medical Facts or under Diagnosis and so forth,
12    but the last prior screening was Section 3,
13    Disease Status and Prognosis, the LDH blood test
14    is a marker of tumor burden or disease activity
15    in many hematologic malignancies.  That's not
16    unique to T-lymphoblastic lymphoma.  But it's up
17    in many of them.  Of course, that enzyme is also
18    present under normal circumstances in certain
19    tissues of healthy individuals and so forth.  And
20    there are non malignant diseases that can make it
21    go up.
22            But within the universe of the
23    hematologic malignancy, we do regard it as a
24    marker of tumor burden or disease activity.  So,
25    you know, even though these were just a few days
```

Ron D. Schiff, M.D., Ph.D.

```
 1    prior to diagnosis, I would say that, you know,
 2    it already showed that there was a significant
 3    amount of tumor present.  That initial value was
 4    nearly twice the upper limit of normal.  If you
 5    inquire about why it declined between October 3
 6    and October 5, 2018, it's almost certainly
 7    because she received intravenous hydration fluids
 8    during that interval.  That would dilute out the
 9    LDH.  It was still being produced, but the blood
10    cells and the chemical components of the blood
11    serum would be diluted by the IV fluids.
12    Q       On Page 51 of your report marked as
13    Exhibit 8, you note -- in this sentence right
14    before Section 3 on Disease Status and Prognosis,
15    you note that "The treatment approach employed in
16    the supportive care and close clinical laboratory
17    and radiographic monitoring which Ms. Murdock
18    underwent were appropriate, entirely justified,
19    and medically necessary."  Is that your opinion?
20    A    Yeah.  That's my opinion.  If you have
21    one aspect of her care that you take an exception
22    to and want me to comment on, I'm happy to do it.
23    Q       Well, my question is just whether you
24    disagree with anything that Ms. Murdock's
25    treatment providers did for her?
```

Ron D. Schiff, M.D., Ph.D.

```
 1    A       Well, the answer to that is also found
 2    in one paragraph higher than the one that starts
 3    with all of the drug combinations.  In other
 4    words, it's on this same page and I address that
 5    explicitly.  Although none of these treatments
 6    produced a beneficial response in Ms. Murdock's
 7    case, all were comprised of drugs with known
 8    activity in relapsed or refract rhythm for
 9    blastic lymphoma and acute lymphoblastic
10    leukemia, and, thus, were entirely appropriate
11    choices once Ms. Murdock's lymphoma was no longer
12    responding to her initial treatment.  By which I
13    mean the total 17.
14    Q       So is it fair for me to understand then
15    that you don't have any disagreements with any of
16    the treatment provided to Ms. Murdock?
17    A       Again, I understand why they did that.
18    Unfortunately, I believe the outcome was
19    predetermined by the time that it was clear that
20    she had not obtained a complete remission to the
21    initial therapy and the rapidity with which her
22    disease progressed.  And I believe it was
23    progression rather than relapse or recurrence
24    because I don't think it went into complete
25    remission at any point.  In other words, what I'm
```

Ron D. Schiff, M.D., Ph.D.

```
 1    saying is that -- and, you know, you would never
 2    tell a patient or the family that, but you would
 3    have to have some premonition of futility once
 4    you had seen her clinical course beginning with
 5    the fact that the LDH was already going up again
 6    18 days after she began treatment.  I mean, that
 7    right there is -- but, I mean, there are so many
 8    aspects of her case that are horrific.  That's
 9    only one.  And that's just the one that presented
10    itself first.  There are many, many other
11    extremely discouraging aspects.  And, you know,
12    perhaps we'll get into those because I think they
13    are important.
14    Q       All right.  With the benefit of
15    hindsight sitting here today in 2023, if you were
16    to go back with, you know, the benefit of that
17    hindsight, would you do something differently to
18    treat Kenzie Murdock if you were her oncologist?
19    A       Well, you know, the short answer to
20    that is no because we have to look at the way
21    things progressed in realtime.  By the time that
22    there was incontrovertible evidence of relapse,
23    yes, they talked about the possibility of her
24    going in the direction of a stem cell transplant.
25    But what's one of the requirements for a stem
```

Ron D. Schiff, M.D., Ph.D.

```
 1    cell transplant?  You have to achieve as good a
 2    remission as possible before you start harvesting
 3    the cells from the individual or providing
 4    preparative chemotherapy for the patient while
 5    harvesting cells from another individual for an
 6    LHL transplant.  Never in her course did she
 7    reach that point.  That renders that
 8    consideration moot.
 9           You know, she did not receive the
10    universe of potential treatments, but everything
11    that she received was appropriate for what I --
12    you know, under the criteria that I described in
13    those two paragraphs that are currently on the
14    screen.
15           But, you know, I think that one has to
16    be aware that, A, her disease did not have an
17    optimal response and, B, her progression --
18    evidence of her progression began early and
19    continued unimpeded.  And then her entire course
20    was complicated -- and forgive my vocabulary
21    hear.  It was complicated by complications.  And
22    those complications, some resulted from her
23    disease.  Others resulted from her treatment or
24    from a combination.  But the bottom line is that
25    limited the treatment that was delivered to her
```

Ron D. Schiff, M.D., Ph.D.

```
 1    and that could be delivered to her.  And yet
 2    that's common, nearly universal, in a high grade
 3    lymphoproliferative malignancy like
 4    T-lymphoblastic lymphoma.  And that would be on
 5    the mind of the treating physicians on a
 6    day-to-day basis.
 7    Q      Are you critical in any way of any of
 8    the treatment decisions made by her medical
 9    providers?
10    A      No.  For the reasons that I just gave
11    you.  I mean, I spelled those out in my report
12    and I reiterated them verbally here.  You know,
13    she did not receive any inappropriate treatments.
14    They were designed to try to bring about a more
15    meaningful remission.  Especially after
16    progressive disease became clear.
17           Let me point one other thing out.  In
18    acute lymphoblastic leukemia and lymphoblastic
19    lymphoma, reintroduction of the initial protocol
20    drugs is often used even at the time of relapse
21    for progression.  And, you know, you could argue
22    that that might have something to do with the
23    sense of futility in treating this disease
24    because that's kind of a historical approach.
25    There are newer treatments and she got a number
```

Ron D. Schiff, M.D., Ph.D.

```
 1    of those treatments.  But the bottom line there
 2    is that maintaining her on the different phases
 3    of total 17 for a while, which allowed the
 4    introduction of drugs that she did not receive at
 5    the beginning, was also very reasonable.  That's
 6    how it was done.
 7           I remembered distinctly a patient that
 8    I had in her age group who presented with B-cell
 9    acute lymphoblastic leukemia.  And I was utterly
10    unable to save the ellis pharasgynase [Phonetic]
11    for his post remission therapy as the protocol he
12    was on wanted and is my preference.  I had to use
13    it sooner because he wasn't going anywhere.  He
14    wasn't getting closer to remission.  I put him on
15    it.  He went into remission.  And then,
16    unfortunately, shortly after that his disease
17    progressed as well.
18           This is the kind of situation that you
19    deal with regularly in young people and even
20    older adults with lymphoblastic lymphoma or acute
21    lymphoblastic leukemia.
22    MR. KOOPMANN:
23           Okay.  Let's take a five-minute break
24    and go off the record.
25
```

Ron D. Schiff, M.D., Ph.D.

```
 1    THE VIDEOGRAPHER:
 2           The time is 11:15.  We're off the
 3    record.
 4           (OFF THE RECORD AT 11:15 a.m.)
 5           (ON THE RECORD AT 11:21 a.m.)
 6    THE VIDEOGRAPHER:
 7           The time is 11:21.  We're back on the
 8    record.
 9    MR. KOOPMANN:
10    Q      All right.  Dr. Schiff, your conclusion
11    on Page 94 of your report, which I'll share on
12    the screen here.  You say, "It is my conclusion
13    that to a reasonable degree of scientific and
14    medical certainty, exposure to Roundup was a
15    substantial factor in causing or contributing to
16    cause Ms. Murdock's non-Hodgkin's lymphoma."  Is
17    that right?
18    A      That is correct.
19    Q      Were there other causes or things that
20    contributed to cause her non-Hodgkin's lymphoma?
21    A      Well, we've already discussed that.
22    And, you know, that discussion is, I would say,
23    quite complete in my Differential Etiology
24    section.  And the answer to that is, no, there
25    was nothing that I was able to identify that was
```

Ron D. Schiff, M.D., Ph.D.

```
1    another potential causative risk factor.

2            I do want to interject something if I

3    may, Mr. Koopmann.  During the five-minute break,

4    I located the section of my report where there is

5    an exposition of the business about suspected but

6    never proven central nervous system involvement.

7    If you want to circle back to that, I have that

8    in front of me and I can tell you where it is.

9    Q       Sure.  Where is that?

10   A       It goes on for several pages, but it's

11   there, and I think it's fairly clear.

12   Q       Where is it?

13   A       Okay.  So the place that I prefer to

14   look for this, because everything is spelled out

15   there in the timeline, is toward the end of the

16   Medical Fact section of my report.  There is a

17   paragraph that begins on July 3, 2019.  No.  It's

18   after that.  Okay.  It should be right before

19   that.  There it is.  Okay.  That's the paragraph

20   in question.

21           If you go down towards the bottom of

22   that paragraph, it refers to an MRI scan of the

23   brain and orbits.  It gives the reason why the

24   scan was obtained and it talks about the findings

25   from the scan.  The brain and the orbits, that
```

Ron D. Schiff, M.D., Ph.D.

```
1    means the eyes and eye sockets, were scanned as

2    part of an evaluation for facial numbness and

3    blurred vision.  The scan was normal, but the

4    radiologist noted that the quality of the images

5    was somewhat degraded by motion artifact.  That

6    means that Ms. Murdock was moving during the

7    relevant portions of the exam even a little bit.

8    And that raised the possibility of signal

9    enhancement along the cisternal course of the

10   trigeminal nerves.  That is a particular segment

11   of cranial nerve 5 on both sides that they

12   thought possibly could have tumor along the

13   meninges.

14           Now, if you work through this, and this

15   is -- you know, this is exactly what I put in the

16   summary at the tail end that you referenced

17   earlier that there was no proof of central

18   nervous system involvement.  If you go -- I have

19   to find this.  Yeah.  If you go along to the

20   paragraph that begins on July 11th, 2019.  Okay.

21   Here we're -- yes.  Okay.  Okay.  An MRI scan of

22   the face, again, revealed mild enhancement of the

23   cisternal segments of the trigeminal nerves

24   bilaterally and the previously unreported

25   possible asymmetric mild dural thickening at the
```

Ron D. Schiff, M.D., Ph.D.

```
1    periphery of the left Meckel's cave.  The dura is

2    one of the layers of the meninges, the external

3    covering of the brain and the spinal cord.

4            And people with hematologic

5    malignancies very prominently including acute

6    lymphoblastic leukemia and lymphoblastic lymphoma

7    meningeal involvement by far is the most common

8    form of central nervous system spread.

9            So the fact that they were concerned

10   about possible asymmetric mild dural thickening

11   was because they were wondering about spread to

12   the meninges.  At least at this stage of

13   Ms. Murkel's course -- Ms. Murdock's course.  But

14   both of those findings were not changed compared

15   with the MRI that we have looked at from just

16   eight days earlier, and were not considered to

17   represent evidence of meningeal spread of her

18   lymphoma.

19           Added to that, of course, are all those

20   numerous negative cerebral spinal fluid analyses.

21   And she received prophylactic chemotherapy

22   directly in the spinal fluid in order to prevent

23   the relatively common complication of central

24   nervous system spread of her lymphoblastic

25   lymphoma.
```

Ron D. Schiff, M.D., Ph.D.

```
1    Q       Okay.  Thank you.

2            Back to this discussion of your

3    differential etiology and the other causes or

4    contributors to the cause of her NHL that you

5    considered, those are spelled out on Pages 85,

6    86, 87, 88, and the very top of 89 of your

7    report.  Is that correct?

8    A       That's correct.  Yes.

9    Q       Okay.  Ms. Murdock had some preexisting

10   anxiety that she was diagnosed with before she --

11   well, before she was diagnosed with cancer;

12   correct?

13   A       Also correct.

14   Q       And she also had some

15   preexisting depression that she was diagnosed

16   with before being diagnosed with cancer; correct?

17   A       That's correct.

18   Q       Okay.  And Roundup did not cause

19   Ms. Murdock's underlying anxiety or depression,

20   did it?

21   A       Not the preexisting.  But the point is

22   the fact that she developed a lymphoma.  The

23   diagnosis, the treatment, and the prognosis

24   contributed to and exacerbated her preexisting

25   problems of anxiety and depression.  Something
```

Ron D. Schiff, M.D., Ph.D.

```
 1   like that is very common.  I spell all of that
 2   out in the Psychological Effects section, which
 3   is Section 5 under Opinions.  We talked about all
 4   of that, as well as the summary statement that
 5   appears in my Conclusion section.
 6   Q       Were there any other ingredients
 7   besides Glyphosate in the Roundup that Kenzie
 8   Murdock used that you considered significant to
 9   your analysis in this case?
10   A       Well, you know, the answer to that is
11   there are other presumed carcinogenic and
12   lymphomagenic components in the commercial
13   Roundup formulations.  But I will point out that
14   even though some of those, perhaps, surfactants
15   and other co-formulants are considered
16   scientifically, biologically significant -- there
17   is a comma between scientifically and
18   biologically in that statement -- that
19   nonetheless IARC, just like it doesn't restrict
20   its classification of Glyphosate as a Group 2A
21   probable human carcinogen, it also limits its
22   analysis and its conclusion to the active
23   ingredient Glyphosate alone.  So there may have
24   been other things in there, and different studies
25   may have looked at chemical grade Glyphosate
```

Ron D. Schiff, M.D., Ph.D.

```
 1   purely -- I'm sorry -- specifically.  And, of
 2   course, you know, those would be laboratory
 3   studies, not epidemiologic studies.  Whereas
 4   others including the epidemiologic studies would
 5   have looked at the commercially available
 6   herbicide preparations.
 7   Q       But so is it fair for me to understand
 8   that your analysis in this case was really
 9   focused on the Glyphosate active ingredient in
10   Roundup and its potential connection to
11   Ms. Murdock's cancer?
12   A       Well, again, we have to break that down
13   into two parts.  What Ms. Murdock was exposed to
14   was Roundup as well as, to a much lesser extent,
15   other Glyphosate-based herbicides manufactured by
16   companies other than Monsanto or Bayer.  But that
17   the literature in terms of epidemiology looks at
18   people who were exposed to commercially available
19   herbicides.  And IARC reviewed everything in
20   terms of Glyphosate specifically, and it was on
21   that basis that it -- that it rendered its
22   opinion.
23           So, you know, the point is we're still
24   left with a Group 2A carcinogen with the opinion
25   having been expressed in terms of the active
```

Ron D. Schiff, M.D., Ph.D.

```
 1   ingredient but with full recognition that there
 2   may be other components in the commercially
 3   available Glyphosate-based formulations including
 4   Roundup, perhaps especially Roundup, in terms of
 5   Ms. Murdock's exposure history that were also
 6   potential causes or contributing factors for her
 7   lymphoma.
 8           But the bottom line is she was exposed
 9   to Glyphosate.  She was exposed to Roundup.
10   Those exposures were extensive.  And we even
11   compared that to the so-called high exposure
12   groups in the published literature where those
13   were delineated, and she was well in excess of
14   that.
15   Q       So is it fair for me to understand that
16   your analysis in this case was primarily focused
17   on her exposure to the active ingredient
18   Glyphosate in either Roundup or other non Roundup
19   Glyphosate-based herbicides?
20   A       Well, again no.  I mean, that's the
21   chemical substance in which IARC made its
22   determination.  But I have no reason to believe
23   that Ms. Murdock was exposed to pure -- what do
24   they call it -- chemical grade or research grade
25   Glyphosate.  She was always exposed to commercial
```

Ron D. Schiff, M.D., Ph.D.

```
 1   formulations, Roundup, and to a much lesser
 2   extent, some of the others.
 3           So, you know, just like in the
 4   epidemiology studies, the real world exposure is
 5   to a commercial product that has Glyphosate and
 6   various co-formulants.  But, again, IARC did not
 7   make that distinction in classifying the
 8   carcinogenicity and lymphomagenicity of
 9   Glyphosate.  They called it Glyphosate.
10   Q       You're not offering an opinion in this
11   case that any ingredient in Roundup other than
12   Glyphosate caused or contributed to Ms. Murdock's
13   non-Hodgkin's lymphoma; right?
14   A       Well, you know, the answer to that is I
15   believe that her Roundup exposure did, which
16   Glyphosate is an active ingredient.  The issues
17   that you are raising are addressed in the
18   literature and are addressed in detail in
19   Dr. Sawyer's toxicology expert reports.  And I
20   would defer more detailed discussion of that to
21   those other sources.
22   Q       So your opinion in this case is that
23   her Roundup exposure caused or contributed to
24   cause her cancer; right?
25   A       That's correct.  Roundup exposure of
```

Ron D. Schiff, M.D., Ph.D.

```
1    which the main ingredient is indeed Glyphosate.
2    But, yes, what she was exposed to was Roundup and
3    a few closely related other commercially
4    available Glyphosate-based herbicides.
5         Q      Can you point me to any test results,
6    imaging study, pathology report, or physical exam
7    finding that tells you that Roundup caused
8    Ms. Murdock's cancer?
9         A      What I can point to is her exposure
10   history.  There are no laboratory tests that make
11   that distinction nor would there be expected to
12   be.  A Glyphosate caused lymphoma is going to
13   have similar clinical and laboratory
14   characteristics to a lymphoma caused by risk
15   factors other than Glyphosate until eventually
16   it's proven otherwise.  But with all the research
17   that's gone on, no distinguishing features have
18   been identified.  Biospecimens are not utilized
19   in this clinical context.  And, therefore, we are
20   required to rely on considerations of exposure
21   and correlations of a curious history with the
22   published exposure thresholds for increased risk
23   of developing non-Hodgkin's lymphoma.
24        Q      So is it fair for me to understand that
25   if all you had to evaluate in this case was her
```

Ron D. Schiff, M.D., Ph.D.

```
1    medical records alone, you would not be able to
2    just look at those medical records alone and say
3    that Roundup caused her cancer?
4         A      I have not seen any medical records
5    that dealt with Roundup specifically.  However,
6    we are aware that in at least one entry, the
7    large size of her family's agricultural property
8    was highlighted.  And if I had been seeing her as
9    a patient and I was focused on Glyphosate and
10   Roundup, that might have led me to ask questions
11   about it.
12        But in point of fact, medical
13   oncologists and hematologists typically do not
14   have the time available in their patient
15   encounters to drill down into a granular exposure
16   history.  Only if something stands out.
17        So even if someone is living on an
18   agricultural property that measured anywhere from
19   1,500 to 4,000 acres during their lifetime, you
20   know, it's not really feasible to go through in
21   the course of a clinic visit or even a hospital
22   visit all the possible exposures that may have
23   occurred in that setting.  If something came up
24   or if a family member brought up, you know, we
25   spray Roundup all the time, then, you know,
```

Ron D. Schiff, M.D., Ph.D.

```
1    further questioning would no doubt have been
2    undertaken.  But that was recognized
3    retrospectively as is generally the case.
4         Q      But none of her records reference the
5    word Roundup?
6         A      Not that I saw.
7         Q      And none of her records reference the
8    word Glyphosate?
9         A      Also not that I saw.  But I would not
10   really expect them to.
11        Q      Can you point me to anything in
12   Ms. Murdock's initial presentation, work-up,
13   treatment, or response to therapy that tells you
14   that Roundup caused Ms. Murdock's cancer?
15        A      Well, once again, there is no specific
16   diagnostic feature, whether it's under the
17   microscope or cell surface, proteins or
18   chromosomes or electro abnormalities that has
19   been identified as specific for Glyphosate
20   causation in T-lymphoblastic lymphoma or in any
21   other non-Hodgkin's lymphoma subtype.
22        Consequently, we are left with the fact
23   of her diagnosis and the history of her
24   Glyphosate and Roundup exposure.  Both of which I
25   would have to regard as firm and well documented.
```

Ron D. Schiff, M.D., Ph.D.

```
1         Q      So is it true that as you sit here
2    today, you can't point me to anything in her
3    initial presentation, work-up, treatment, or
4    response to therapy that tells you Roundup caused
5    her cancer?
6         A      It is not necessary to do so.  The fact
7    that there --
8         Q      But that's not what my question is
9    though, sir.  I just want to know a yes or no
10   whether you can do that.
11        A      There is nothing --
12        Q      Let me finish my question.  Can you
13   point me to anything in Ms. Murdock's initial
14   presentation, work-up, treatment, or response to
15   therapy that tells you Roundup caused her cancer?
16   Yes or no?
17        A      Her Glyphosate exposure.  There are no
18   other features, clinical or pathologic, that have
19   been identified to date that distinguish lymphoma
20   cases caused by Glyphosate or Roundup from those
21   that are not.  Maybe one day we'll have that.  So
22   far we don't.
23        Q      So there is nothing in her medical
24   records that enables you to point to Roundup as
25   the cause of her cancer?
```

Ron D. Schiff, M.D., Ph.D.

```
1    A      No.  But in her personal history there
2    are the years of Glyphosate and Roundup exposure.
3    MR. KOOPMANN:
4           We'll move to strike everything after
5    "No."
6    Q      There is nothing unique about Kenzie
7    Murdock's T-lymphoblastic lymphoma that indicates
8    whether it was caused by Glyphosate; right?
9    A      Once again, no distinguishing features
10   at any of those levels, diagnostic, response to
11   treatment, prognostic has been identified to
12   that.  We know that she had T-lymphoblastic
13   lymphoma.  We know that she had extensive Roundup
14   exposure.  And that is the basis of the
15   conclusions that I have reached.
16   Q      So there is nothing unique about her
17   particular T-lymphoblastic lymphoma that
18   indicates whether it was caused by Roundup?
19   A      Nor would I expect that to be.  That
20   has not been identified in any of the
21   non-Hodgkin's lymphoma cases.
22   Q      Do random or sporadic mutations cause
23   some T-lymphoblastic lymphomas?
24   A      In some cases they -- well, okay.  In
25   T-lymphoblastic lymphoma, there is not much of a
```

Ron D. Schiff, M.D., Ph.D.

```
1    track record of genetic predisposition mutations.
2    Mutations in other cases in the broader context
3    may imply genetic predisposition and have to do
4    with the pathogenesis of the disease.  But in
5    other cases, the emergence of those mutations is
6    actually part of the disease course and is not
7    causative.
8    Q      So is it the case that random or
9    sporadic mutations cause some T-lymphoblastic
10   lymphomas or not or is it unknown?
11   A      At the next break I will consult the
12   listing that I have of that, but I do not, off
13   the top of my head, remember any patho -- any
14   pathogenic mutations that are associated with the
15   causation of T-lymphoblastic lymphoma.
16          What I can tell you with certainty is
17   that none were identified in her case with the
18   previously noted exception of the T-cell receptor
19   gene rearrangements.  And, you know, and I think
20   you'd spend a day arguing whether that is a
21   predisposing factor or risk factor or whether
22   it's part of the disease course that emerged as
23   her T lymphocytes were transformed to the
24   malignant state.
25          But, you know, there were no findings.
```

Ron D. Schiff, M.D., Ph.D.

```
1    No, they're not Glyphosate or Roundup specific.
2    But those do provide strong evidence for the fact
3    that she had a malignant process going on
4    involving the T lymphocytes.  I mean, we already
5    knew that from other lines of evidence.  But if
6    we're talking about mutations, those gene
7    rearrangements qualify.
8    Q      Hypothetically, if you saw Kenzie
9    Murdock as one of your patients and she never had
10   any exposure to Roundup or other Glyphosate-based
11   herbicides, what would you tell her was the cause
12   of her NHL?
13   MR. PRATHER:
14          Object to form.
15   A      Well, yeah.  So the answer to that
16   is -- and, you know, this is addressed in the
17   very first paragraph of my Differential Etiology
18   section.  I haven't identified any other positive
19   risk factors for the development of any
20   non-Hodgkin's lymphoma in her case.
21          So if she had no Glyphosate exposure, I
22   would have to tell her that the cause is not
23   known in your case.  And more broadly, I would
24   have to say that there are other cases of
25   lymphoma in which the cause is not yet known.
```

Ron D. Schiff, M.D., Ph.D.

```
1           However, there are two things with
2    that.  One is, Glyphosate, Roundup has now been
3    identified as a causative risk factor in certain
4    cases of non-Hodgkin's lymphoma.  And we also
5    know that it is pretty nearly ubiquitous in the
6    environment.  So that even if she did not have
7    the spraying history, either doing it herself or
8    accompanying family members who sprayed the
9    product over the years, you know, there is still
10   also a lot of exposure from air, soil, water,
11   and, of course, different crops and foods.
12          Nonetheless, that is not what has been
13   evaluated in the epidemiologic studies.  And I
14   would not posit to her in the clinic setting that
15   that type of exposure was responsible.
16          But, you know, in her case, she did
17   have the extensive agriculture and residential
18   exposure.  And if she did not have that, no other
19   documented risk factor applicable to her has been
20   identified.
21   Q      In the handful of patients that you
22   recall seeing in your clinical practice who had
23   T-lymphoblastic lymphoma, do you have a
24   recollection of telling any of them what the
25   cause of their cancer was?
```

Ron D. Schiff, M.D., Ph.D.

```
 1   A      That I do not remember.  I mean, I
 2   simply don't remember.  I do remember some of
 3   those cases but in terms of the risk factor
 4   profile for those individuals, I can't come up
 5   with anything.  I know what kind of work-up I
 6   would have ordered for those patients.  And --
 7   Q      Sir, did you see any indication in
 8   Ms. Murdock's medical records that any of her
 9   treating physicians claim that Roundup exposure
10   caused her cancer?  Yes or no?
11   A      No, I do not.
12   Q      A patient with the exact same medical
13   history as Ms. Murdock but who never used Roundup
14   could still be diagnosed with T-lymphoblastic
15   lymphoma at age 17; right?
16   A      Yes.  Of course.  But she had the
17   extensive exposure.  And the fact that that was
18   not the focus of her treating physicians is not a
19   deviation from standard of care and is not a
20   surprise.  They would be focused on making the
21   diagnosis, deciding on a proper course of
22   treatment, and managing Ms. Murdock through her
23   treatment course.  That was the focus as it
24   should have been.
25   Q      Sir, you cannot say that Ms. Murdock
```

Ron D. Schiff, M.D., Ph.D.

```
 1   would not have been diagnosed with NHL if she had
 2   just avoided using Roundup, can you?
 3   A      I can say that to the --
 4   Q      Can you say that?
 5   A      No, I cannot.  Because that's a
 6   probabilistic argument and a probabilistic
 7   conclusion.  Her risk of developing non-Hodgkin's
 8   lymphoma was increased significantly by her
 9   extensive Roundup exposure.  So absent that
10   exposure, she may still have developed it.  But
11   the bottom line is that her Roundup and
12   Glyphosate exposure as detailed, very
13   significantly and substantially increased her
14   risk.
15   Q      Did Ms. Murdock have any genetic
16   testing done that, in your opinion, supports your
17   opinion that her Roundup exposure was a
18   substantial factor in causing or contributing to
19   cause her T-lymphoblastic lymphoma?
20   A      Well, yeah.  The answer to that
21   actually, Mr. Koopmann, is yes.  And this was
22   also addressed in my report.  If we want to find
23   the closest reference to that, it was in the
24   section that you have up on the screen right now.
25   The third paragraph under Differential Etiology.
```

Ron D. Schiff, M.D., Ph.D.

```
 1   She did have a genetic counseling consultation on
 2   December 6th.  They constructed a pedigree or
 3   family tree.  And they identified and recorded
 4   the occurrence of other cancers in Ms. Murdock's
 5   relatives.  There was no evidence of leukemia,
 6   lymphoma, multiple myeloma, or pediatric cancers
 7   among her relatives.  But so the genetic
 8   counselor, who is a specialist in this area,
 9   concluded that her personal and family histories
10   raised no immediate concern for the presence of a
11   cancer predisposition syndrome; and, therefore,
12   no genetic testing was recommended.
13          So that's the answer right there.  She
14   did go through genetic counseling looking
15   specific -- specifically for genetic
16   predisposition syndrome.  And there was no
17   suspicion of it once the family tree with
18   appropriate disease allocations was completed.
19   Q      And so as a result because no family
20   history concern was noted, it's your opinion that
21   that supports that Roundup was the cause of her
22   cancer?
23   A      Well, it takes genetic predisposition
24   syndromes out of the differential etiology.  This
25   was an assessment that was made again by a
```

Ron D. Schiff, M.D., Ph.D.

```
 1   genetic counseling professional that was not made
 2   by me in a retrospective analysis of her medical
 3   records that was done in realtime just two months
 4   after she began chemotherapy.
 5   Q      Do you know when Ms. Murdock had her
 6   first malignant cell that appeared in her body?
 7   A      No.  But I would suggest that with this
 8   particular disease, it would not have been as
 9   long before diagnosis as would have been the case
10   with a low or intermediate grade non-Hodgkin's
11   lymphoma.  This is a rapidly growing, very
12   aggressive malignancy.  If I had to estimate, I
13   would say a period of weeks to months.  But you
14   never know that except in the very rare situation
15   of a patient in whom a diagnosis is established,
16   but the patient is either not a candidate to be
17   treated or refuses treatment but does agree to be
18   followed with serial diagnostic studies.  Under
19   those conditions, you can occasionally
20   extrapolate the rate of growth of the malignancy
21   back to when you believe it may have begun.
22   There is all sorts of assumptions and
23   inaccuracies inherent in that type of analysis.
24   But that's the only way that one can even
25   approximate an answer to the question that you've
```

Ron D. Schiff, M.D., Ph.D.

```
 1   just asked.
 2   Q       Is it your opinion that there were
 3   genetic mutations that occurred that led to
 4   Ms. Murdock's T-lymphoblastic lymphoma or no?
 5   A       I have no documentation of them.  And,
 6   you know, in the Diagnosis section of my opinions
 7   as well as in other locations, I do talk about
 8   the results of her molecular as well as
 9   cytogenetic analysis.  And the focus there is on
10   the so-called Notch1 and CDK and 2A genes,
11   neither of which, as far as I'm concerned, has
12   been shown to be responsible for the development
13   of T-lymphoblastic lymphoma or an increased risk.
14           In her case, those were felt to offer
15   some prognostic insight, in both cases favorable.
16   And, yet, we know that she had anything but a
17   favorable response to treatment and overall
18   course.
19   Q       Do you know whether Ms. Murdock's first
20   cancer cell developed during the months of the
21   year that she was spraying Roundup?
22   A       There is no possible way to know that,
23   Mr. Koopmann.
24   Q       Can you state to a reasonable degree of
25   scientific or medical certainty that there was
```

Ron D. Schiff, M.D., Ph.D.

```
 1   any Glyphosate in Ms. Murdock's body when her
 2   first cancerous cells appeared?
 3   A       Biospecimens were never obtained.  But
 4   given her environmental exposure, I would have a
 5   high degree of confidence that Glyphosate was
 6   present in her body at that time.
 7   Q       Because biospecimens were never
 8   obtained, is it true that you cannot state to a
 9   reasonable degree of medical certainty that there
10   was any Glyphosate in her body when her first
11   cancerous cells appeared?
12   A       Excuse me.  The absence of
13   Glyphosate -- the absence of biospecimens among
14   plaintiffs in the Roundup litigation or patients
15   in general indicate that you can never use that
16   type of measurement here.  It just is not
17   available.  So we have to look at a surrogate
18   measure, which is exposure, for which there are
19   reported thresholds of exposure for increased
20   risk.  There are other diseases and other
21   environmental toxins for which biospecimen data
22   are available.  The most obvious, at least for
23   me, are the polychlorinated biphenyls, which are
24   also causes of non-Hodgkin's lymphoma and were
25   also in the past manufactured by Monsanto.  There
```

Ron D. Schiff, M.D., Ph.D.

```
 1   you have biospecimens --
 2   Q       Sir, I'm not asking about
 3   polychlorinated biphenyls.  I'm not clear on what
 4   the answer to my question is.  So let me restate
 5   it and just get a clean yes, no, or I don't know.
 6           Can you state to a reasonable degree of
 7   medical certainty that there was any Glyphosate
 8   in Ms. Murdock's body when her first cancerous
 9   cells appeared?
10   MR. PRATHER:
11           Objection.  Asked and answered and
12   explained.  You may answer again, Dr. Schiff.
13   A       Yeah.  I would say I have a high
14   confidence that there was Glyphosate in her body
15   at the time of the first cancer cell.
16   Q       Is that to a reasonable degree of
17   medical certainty?
18   A       Yes, sir.
19   Q       Okay.
20   A       And I'm happy to repeat the explanation
21   and to elaborate on it if you'd like.
22   Q       That's okay.  I just wanted the answer.
23   Is it true that the first malignant cells in
24   Ms. Murdock's body could have appeared during the
25   winter when they weren't spraying Roundup?
```

Ron D. Schiff, M.D., Ph.D.

```
 1   A       Once again, I have no idea when the
 2   first malignant cell occurred, the first event of
 3   transformation to the malignant state.
 4   Q       This is a different question now.  I'm
 5   not asking when it was.  I know that you said you
 6   can't know that.  I'm asking whether the first
 7   malignant cells in her body could have appeared
 8   during the winter when they weren't spraying
 9   Roundup.  Yes, no, or I don't know?
10   A       Well, in as much as I don't know when
11   the first malignant cell appeared, by definition
12   I can't know what season it appeared.  I do know
13   that Roundup was sprayed during many months of
14   the year and that it does not disappear
15   immediately from the media which are exposed to
16   it including human tissues.  So that underlies my
17   belief that she had it in her system.  Even
18   though neither I nor anyone can tell you when
19   that first malignant cell due to the effect of
20   Glyphosate or Roundup appeared.
21   Q       So is it your answer that you don't
22   know whether the first malignant cells could have
23   appeared during the winter?
24   A       There is no possible way to know that
25   about the emergence of the first malignant cell.
```

Ron D. Schiff, M.D., Ph.D.

```
 1    But the equal part of my statement is that that
 2    information is not necessary.
 3    Q      Do you have an opinion regarding when
 4    Ms. Murdock first developed T-lymphoblastic
 5    lymphoma?
 6    A      That depends on how you define it.  You
 7    can define it from when the first malignant T
 8    lymphocyte emerged in her blood, which is
 9    something that we do not know the answer to.  We
10    can define it from when she had the first
11    symptoms.  We can define it from when she was
12    diagnosed.  And we can define it from the
13    unreliable method of extrapolating back from
14    diagnosis to how long it would have taken for a
15    rapidly growing lymphoma to reach the total body
16    tumor burden that it had when she was diagnosed
17    in early October 2018.
18           I mean, you know, certainly by
19    September of 2018, it was clear that the disease
20    process was established.  There is no question
21    about that.  But if we look at what we can say
22    before that, we don't have a great deal of
23    additional information.  If we look at her other
24    encounters from 2018, those on February 6th,
25    February 7, February 22, August 24, and August 31
```

Ron D. Schiff, M.D., Ph.D.

```
 1    seem to have nothing to do with lymphoma.
 2           On September 12th, though, she had a
 3    sports injury, but at the same time, she
 4    complained of fatigue, decreased energy, an
 5    episode of nausea, back pain, and dizziness.
 6    And, you know, the connections to, I think at
 7    least in some cases, it was concluded that some
 8    of those symptoms were connected.  And, of
 9    course, from September 12th to the firm diagnosis
10    on October 3, was only a period of three weeks.
11    Q      Dr. Schiff, would you please grab the
12    stack of medical records that you referenced
13    earlier that you reviewed in forming your
14    opinions in this case?
15    A      Yes.  I will do that right now.  I'm
16    holding it up to the camera right now so that you
17    can see it before I set it down.
18    Q      Thank you for that, sir.  So those are
19    the medical records that you were sent in this
20    case?
21    A      Yes, sir.
22    Q      And those are the records that you
23    reviewed in forming your opinions in this case?
24    A      Also correct.
25
```

Ron D. Schiff, M.D., Ph.D.

```
 1    MR. KOOPMANN:
 2           Okay.  I want to mark those as
 3    Deposition Exhibit 10.
 4           (DEPOSITION EXHIBIT NUMBER 10
 5           WAS MARKED FOR IDENTIFICATION.)
 6    Q      We'll make arrangements after the
 7    deposition for those to be copied or scanned or
 8    whatever to be sent to the court reporter.  Okay?
 9    A      I would request that those be provided
10    by Mr. Prather along with the other outstanding
11    materials.  I will get you the Murdock Chemicals
12    document, which I had forgotten I had made notes
13    on and I'd be more than happy to explain about.
14    But that was so long ago, being July of 2022,
15    that I really forgot what I did with that
16    document.
17    Q      Well, I do want to have an exact copy
18    of those records that you just set down in front
19    of you that you reviewed because that's a
20    different subset than what Mr. Prather, I think,
21    could provide because there are approximately
22    40,000 pages of medical records in this case.
23    Many, many bankers boxes full.  And that's what
24    he indicated was sent to you.  So I don't know
25    how else other than making a copy of those
```

Ron D. Schiff, M.D., Ph.D.

```
 1    documents that you have just set down in front of
 2    you we could go about getting a copy of those
 3    other than making a copy of them.
 4    A      Yeah.  I don't have the personal
 5    resources to do that.  I can ship these to
 6    Mr. Prather or through Mr. Prather to the court
 7    reporter.  That will take me some time for me to
 8    get that together.
 9    Q      That's just fine.
10    A      But I can do that.
11    Q      That's totally fine.  We'll just mark
12    those as Deposition Exhibit 10.
13    A      Can I count on them being returned
14    after that?
15    Q      I'm sure Mr. Prather will get them back
16    to you.
17    A      Okay.
18    MR. PRATHER:
19           And we can discuss the logistics of
20    this after the deposition.  But we would ask
21    Dr. Schiff if he's going to ship them to ship
22    them directly to the court reporter and then
23    expect her to return them to him.
24    MR. KOOPMANN:
25    Q      We can talk about this off the record.
```

Ron D. Schiff, M.D., Ph.D.

1    A        May I put those records away now?

2    Q        Sure.

3             Dr. Schiff, you did not have an

4    opportunity to interview Ms. Murdock; right?

5    A        Correct.

6    Q        You were never one of her treating

7    physicians; correct?

8    A        Also correct.

9    Q        You never examined her; correct?

10   A        Also correct.  I entered this case in

11   May 2021, which would have been three and a half

12   years, almost four years -- no.  That's not

13   correct.  Almost two years after she passed away.

14   Q        You note on Page 80 of your report --

15   I'll pull it up on the screen here.  In the

16   section that starts with the heading Exposure.

17   Do you see that on the screen?

18   A        Yes, I have it.

19   Q        You indicate information about the

20   frequency, duration, and circumstances of

21   Ms. Murdock's Roundup exposure and her non use of

22   personal protective equipment while exposed to

23   Roundup is derived from the first amended

24   complaint; Plaintiff Fact Sheet; Dr. Sawyer's

25   toxicology report; a brief mention in a

---

Ron D. Schiff, M.D., Ph.D.

1    psychiatry consultation report from October 24th,

2    2018; and the telephone conference with

3    Ms. Murdock's father, Mr. Kyle Murdock, on

4    July 15th, 2022; correct?

5    A        Yes.

6    Q        When you referenced Dr. Sawyer's

7    toxicology report there, that's the preliminary

8    report that you mentioned earlier receiving on or

9    before June 30th, 2021?

10   A        Yes.  That's correct.  That's the only

11   report that I had access to until earlier this

12   week.  The revised report was not complete -- or

13   at least the only revised report that I have seen

14   was not completed until late February of this

15   year.  Obviously, I did not have access to that

16   when I was preparing the report that's on the

17   screen right now.

18   Q        Okay.  And I'm sorry.  I think I

19   misspoke.  I said that you had Dr. Sawyer's

20   toxicology report that's referenced here in this

21   Section 6 on or before June 30th, 2021, but I

22   should have said June 30th, 2022.  Is that right?

23   A        Yes.  If you misspoke, I missed it as

24   well.  But that's correct.  That was just last

25   year.

---

Ron D. Schiff, M.D., Ph.D.

1    Q        And what was the brief mention in a

2    psychiatry consultation report from October 24th,

3    2018?

4    A        Okay.  I actually pulled that up

5    because that is the one unique reference to

6    anything having to do with agricultural history

7    in Ms. Murdock's report.  That's on the table

8    right here, but I have to find it in those

9    papers.  I have that.

10   Q        Okay.

11   A        Okay.  What I'm looking at here, and

12   I'm happy to hold it up to the screen if you

13   want, is a psychiatry consultation note from

14   October 24th, 2018.  And, unfortunately, it looks

15   like the pages have gotten separated.  So if I

16   could have another moment to look for that.  But

17   I still can tell you what it says in there

18   because it is referenced directly in my report.

19   Q        Well, is there a Bates number on the

20   bottom right-hand corner of the document?

21   A        There is an RR ID number.

22   Q        Okay.  What is that?

23   A        32107593.

24   Q        And that's included in the stack of

25   medical records that we're going to mark as

---

Ron D. Schiff, M.D., Ph.D.

1    Exhibit 10?

2    A        That is correct.  I cannot find the

3    other sheet that goes with it.  So what I will do

4    instead is I will point out where I dealt with

5    this in the Exposure section.  It's in the large

6    paragraph on the bottom of the screen.  And it's

7    the third sentence from the end where it says,

8    "Continuing acquisition of agricultural property

9    by the Murdock family was documented on

10   October 24, 2018 in an outpatient psychiatry

11   consultation report."  And, in fact, I just found

12   it on the sheet where the Bates number was.  It

13   says, "She reports that Mom had just gotten a new

14   job and Dad had just bought a new farm."  So, you

15   know, I correlated that with all of the other

16   sources of data about Ms. Murdock's exposure and

17   that was how I distilled it into the Exposure

18   section.

19            So, you know, the reference in the

20   psychiatry note is not very detailed, but I put

21   it together compared with the other sources

22   including the Plaintiff Fact Sheet in this case.

23   Q        Is there any other Bates number on the

24   bottom right-hand corner of those documents other

25   than that RR ID?

Ron D. Schiff, M.D., Ph.D.

```
1    A       How about 010050.  It says, "Kenzie
2    Murdock, St. Jude medical records."  And then
3    010050.
4    Q       All right.  Thank you.
5            During your interview with
6    Mr. Murdock -- well, strike that.
7            Did you ask for an opportunity to
8    interview Mr. Murdock?  Is that how that came
9    about?
10   A       Okay.  I have to tell you, I don't
11   remember how that came up.  I know it was
12   discussed and that Mr. Prather and I agreed that
13   it would be helpful.  I do not recall who
14   suggested it.  It's possible I asked if he wanted
15   me to interview him.  It's equally possible that
16   I asked to interview him or that Mr. Prather
17   asked me to interview him.  I just don't recall.
18   Q       Do you recall there being information
19   that you were hoping to see in Dr. Sawyer's
20   report that you reviewed but that you didn't see
21   in that report that you then wanted to get from
22   Mr. Murdock?
23   A       I don't recall that specifically.  I
24   know that whatever information I had from other
25   sources I wanted to corroborate and see if there
```

Ron D. Schiff, M.D., Ph.D.

```
1    was anything else that would come up.  That was
2    my motivation in the -- you know, in entering
3    that interview.
4    Q       And Mr. Murdock, in that interview, was
5    providing his recollection of Kenzie Murdock's
6    potential Roundup exposures over time; correct?
7    A       Yes.
8    Q       And in some instances dating back to
9    2007 or earlier?
10   A       Yeah, I believe so.  Yes.  Sure.
11   Q       Is it possible that Ms. Murdock --
12   strike that.
13           Is it possible that Mandi Murdock might
14   have had a different recollection than Kyle
15   Murdock with respect to Kenzie's possible
16   exposures to Roundup or other herbicides or
17   pesticides?
18   MR. PRATHER:
19           Object to form.  Calls for speculation.
20   A       Well, yeah.  I mean, that would be
21   completely speculative.  I know that when
22   Ms. Murdock was out on the agricultural property,
23   it was typically with her father and/or
24   grandfather.  I see no references for her being
25   out there with her mother.  So, you know, I don't
```

Ron D. Schiff, M.D., Ph.D.

```
1    know.  I mean, I -- I -- I would have to
2    speculate as to the answer -- to the answer of
3    that.  But I don't know that her mother ever
4    witnessed her applying Roundup or being present
5    in the field during the long hours that she spent
6    applying Roundup, being present in proximity
7    while others applied it, or while cleaning the
8    farm equipment that was used to apply Roundup.
9    Q       It's fair to say, though, that people
10   that experience certain events sometimes have a
11   different recollection of those events; fair?
12   A       My impression was that Mr. Murdock was
13   actually very sharp, very accurate, and very
14   consistent.  I did not -- I did not recall any
15   significant discrepancies between what he told me
16   in the interview and what I had read in the other
17   sources that I cited at the beginning of my
18   Exposure section at the top of this page right
19   here.
20   MR. KOOPMANN:
21           Madam Court Reporter, would you please
22   read back my last question?
23           (The court reporter read
24           the requested testimony.)
25   A       The answer to that is in general sense
```

Ron D. Schiff, M.D., Ph.D.

```
1    yes, but I did not see that as being a concern in
2    this case.
3    Q       Isn't it possible that if you had
4    interviewed Mandi Murdock, she might have
5    remembered other Roundup exposures that her
6    husband didn't remember?
7    A       I would be speculating to answer that
8    question.  Anything is possible, of course.  But
9    I thought that the person who had the greatest
10   degree of direct interaction with Ms. Murdock
11   during her exposure was the gentleman I was
12   talking to on the phone.
13   Q       And why did you think that?
14   A       Because, again, she was out in the
15   fields with her father and/or grandfather.  I
16   have not seen or heard anything that her mother
17   participated in that type of agricultural work.
18   Q       You indicate on Page 94 of your report
19   that it's your opinion that Ms. Murdock's
20   exposure to Roundup was extensive.  What
21   qualifies as extensive as you've used the term in
22   that page of your report?
23   A       Okay.  Okay.  That's very good.  And
24   what qualifies as extensive is present two
25   sentences later.  That it was well above the
```

Ron D. Schiff, M.D., Ph.D.

```
 1   threshold levels reported in the literature to be
 2   associated with an increased risk of developing
 3   non-Hodgkin's lymphoma.  There, the more complete
 4   discussion -- remember, the Conclusion section is
 5   exactly that.  It's conclusions.  But at the end
 6   of my Section 8, Lymphoma Caused by Roundup, I
 7   have quite a few paragraphs.
 8   Q        That talk about those threshold levels?
 9   A        Exactly.  With specific references to
10   the literature.  That begins with the paragraph
11   where the first words are "Several epidemiologic
12   studies."  And, you know -- and, I mean, I went
13   through that comprehensively and, you know -- and
14   the last paragraph says -- the last paragraph in
15   that section says that, "It must be emphasized
16   that Ms. Murdock's lifetime Glyphosate exposure
17   exceeded the cumulative exposure medians and even
18   the ranges reported by the ANS in its updated
19   publication and greatly exceeded the frequency,
20   duration, and cumulative Glyphosate exposure
21   thresholds for an increased risk of developing
22   non-Hodgkin's lymphoma in the individual case
23   reports cited above and the pooled case control
24   study of the North American pool project."
25            So, you know, I mean, I have dealt with
```

Ron D. Schiff, M.D., Ph.D.

```
 1   that in as much detail as the literature permits
 2   chapter and verse.
 3   Q        Is it your understanding that some of
 4   Ms. Murdock's Roundup exposure came from her spot
 5   spraying Roundup from an ATV either on the ATV or
 6   standing alongside of it?
 7   A        Yeah.  Spot spraying and area spraying
 8   as well as her exposure on the boom sprayers.
 9   But, yes, all of those different mechanisms of
10   exposure appeared applicable in her case.
11   Q        Okay.  And when you say the boom
12   sprayers, does that mean when she was riding in a
13   tractor with her father?
14   A        Correct.  I don't know what is the
15   correct terminology for that vehicle, because as
16   I've seen, that's been consistently referred to
17   as boom sprayers.  I know she was not out on the
18   booms, but she was inside the vehicle and had
19   exposure to the exterior as well as I detailed in
20   my report.
21   Q        Is it your understanding that when
22   Ms. Murdock was spraying the Roundup herself as
23   opposed to just ride with her grandfather or her
24   father, that she was doing so from either riding
25   on the ATV or standing alongside of it?
```

Ron D. Schiff, M.D., Ph.D.

```
 1   A        Correct.
 2   Q        And is it also your understanding that
 3   that spraying that she did of Roundup was
 4   nonagricultural spraying?
 5   A        No.
 6   Q        In other words, she wasn't spraying
 7   crops?
 8   A        No.  I think that -- I do not recall
 9   seeing a distinction drawn between residential
10   and agricultural spraying for that.  I thought
11   that the -- and what I put in the paragraph that
12   begins "As noted above," it said area and spot
13   spraying the farm and residential properties.
14   And, you know, two sentences later, it does
15   confirm that Ms. Murdock stood alongside the
16   stationary utility vehicle or rode on it as it
17   moved through the fields along the road or edges
18   of the fields or around buildings or grain bins.
19   That seems to indicate agricultural application
20   as well, perhaps, as residential.  And it
21   confirms that she was either standing outside
22   spraying or she was inside spraying.
23   Q        You indicated earlier that you received
24   Dr. Sawyer's updated report just, I think, last
25   week sometime.  Is that right?
```

Ron D. Schiff, M.D., Ph.D.

```
 1   A        No.  It was this week, Mr. Koopmann.
 2   Q        Okay.  You received it this week and
 3   the report was from last week?
 4   A        I don't remember the date of the
 5   report.  And, again, I had no hard copy of it.
 6   But as memory serves, it was dated February 21 or
 7   February 23 of this year.
 8   Q        Did you read it?
 9   A        I paged through it.  I -- you know, it
10   was 309 pages.  I could not read it in detail.
11   If you want to ask me about it, I'll do my best
12   to answer, but there are some things that I
13   probably just do not know.  Did not pick up on.
14   Q        Are you relying on Dr. Sawyer's
15   opinions in any respect in this case?
16   A        Well, you know, I relied on his
17   exposure opinions as one of the sources of
18   exposure information that went into my report
19   when I completed it way back last summer.
20   Obviously, I am not proposing to modify the
21   exposure opinions based on the new report.  And
22   in terms of other reliance, I mean, sure.  The
23   toxicology aspects of this case, I would rely on
24   Dr. Sawyer's written and deposition testimony
25   rather than me presenting myself as an expert on
```

Ron D. Schiff, M.D., Ph.D.

1   that.

2   Q      Are you relying on Dr. Sawyer's

3   calculation of Ms. Murdock's systemic dose in

4   this case?

5   A      I am aware of that calculation and, you

6   know, I'm happy to discuss that with you.  But

7   that is not how the exposure thresholds

8   associated with an increased risk of developing

9   non-Hodgkin's lymphoma are -- are addressed in

10  the published literature.  You know, those things

11  look at, again, cumulative exposure, duration of

12  exposure, frequency of exposure, and so forth.

13  You know, so those were the parameters that would

14  have been of greatest interest to me.

15  Q      You note on Page 81 of your report in

16  this paragraph that starts, "As noted above," in

17  the second to the last sentence you say,

18  "Additionally, photographic documentation is

19  available that shows Ms. Murdock's bare hands in

20  direct contact with a tire guard on one of the

21  tractors."  Do you see that?

22  A      Yes.  I looked at the pictures of

23  Dr. Sawyer's report.  Sure.  I had no access to

24  independent photographs.  Although, in your list

25  of possible reliance materials at the beginning

Ron D. Schiff, M.D., Ph.D.

1   of this deposition, which we did not go

2   completely through, there was the representation

3   that I had separately been sent photographs.

4   That wasn't the case.

5   Q      Well, let's look at that then.  So,

6   Dr. Schiff, I'm sharing on the screen a document

7   that we received today from Mr. Prather's office

8   titled Kenzie Murdock Photos.  Can you see the

9   photos on your screen?

10  A      Well, they're all at 90 degrees.  But,

11  yes, I can see them.

12  Q      All right.  Let's do that.

13  A      There is a lot more photos than I had

14  ever seen of her and those were certainly never

15  provided to me separately.  The subset of those

16  may have been in Dr. Sawyer's reports.  Those are

17  the only ones that I have seen.  The only ones

18  that I have been sent.

19  Q      Okay.  I believe this first photo of,

20  it appears to be Kenzie, possibly her younger

21  brother, and an older gentleman on a white Ford

22  tractor, is that the photo that you're

23  referencing on Page 81 when you say that --

24  A      I believe so.

25  Q      -- documentation is available that

Ron D. Schiff, M.D., Ph.D.

1   shows Ms. Murdock's bare hands in direct contact

2   with the tire guard.  And I believe that the

3   A      I believe so.  And I believe that the

4   gentleman in that picture is her grandfather.

5   Q      Okay.  And of what significance is it

6   that Ms. Murdock's bare hands were in direct

7   contact with this tire guard?

8   A      Transdermal exposure to Glyphosate

9   residue.

10  Q      Okay.  Do you have an understanding

11  that this tractor that's pictured in this photo

12  was used to spray Glyphosate at the farm?

13  A      That is an assumption on my part, but

14  we know that other ATVs and tractors were used

15  for that purpose.  Whether it was that specific

16  one or not, I don't know.  But, you know, then

17  the question comes how many did they own at that

18  time.  How many did they own over the years.  I

19  have no idea.

20         It just shows that she was in a tractor

21  that would have been exposed to property that was

22  Roundup sprayed.  And that she was in contact

23  with the tire guard and, presumably, was at risk

24  for transdermal exposure to Glyphosate residue

25  through that route.

Ron D. Schiff, M.D., Ph.D.

1   Q      All right.  Let's go through some of

2   the other file materials that we've marked as

3   Exhibit 7 just to see if you've seen these ever.

4   Kyle Murdock Purchases.  Does this document look

5   familiar?

6   A      I am sure that it overlaps with the

7   compiled document entitled Murdock Chemicals,

8   which I refer to in my report as Murdock

9   Chemicals document.  Again, what I have is a

10  complication.  It is not that.  I do not have

11  that.  I have not seen that.

12  Q      The Murdock Chemicals document that you

13  noted earlier that you would provide, we'll mark

14  that as Deposition Exhibit 11.

15  A      And I'm happy to explain my markings on

16  it so that it doesn't come up later.

17         (DEPOSITION EXHIBIT NUMBER 11

18         WAS MARKED FOR IDENTIFICATION.)

19  Q      Okay.  Go ahead.  What are they?

20  A      All right.  Basically what I had to do

21  is I would have to figure out of all of these

22  innumerable products, what their ingredients

23  were.  So in a case where I didn't know what they

24  were, for example, if they weren't an herbicide,

25  it was an insecticide, I wrote that down.  I

Ron D. Schiff, M.D., Ph.D.

```
 1   wrote what the ingredients that were evaluated
 2   toxicologically were in there.  And where there
 3   was a classification according to either IARC or
 4   EPA, I recorded that in writing because obviously
 5   I couldn't, you know, memorize all of that.  But
 6   100 percent of the relevant information from that
 7   is incorporated in my Differential Etiology
 8   report.  You will not find any surprises on here.
 9   The main stuff you want to ask about like some of
10   my notations, but there is nothing on here that
11   anybody would regard as a smoking gun or that
12   anybody would highlight as a contradiction to
13   what made it into my Differential Etiology
14   section.  That wouldn't be in my interest.  I
15   wanted to get it accurate.
16   Q       Where did you obtain the information on
17   the ingredients on the -- in the products on that
18   Murdock Chemicals list that we're marking as
19   Exhibit 11?
20   A       Yeah.  That was a series of extensive,
21   painstaking internet searches where I printed
22   only a relatively small amount of what I had
23   found.  Most of it I just looked at it online and
24   moved on.  There were a few things that I
25   printed, which came under the heading.  And I'm
```

Ron D. Schiff, M.D., Ph.D.

```
 1   pulling those out right now.  I have -- I'm
 2   holding here what they now call SDSs.  No longer
 3   MSDS.  Safety data sheets for things that I
 4   thought were relevant.  And, you know, it's not
 5   comprehensive.  But, you know, for a number of
 6   products, I wanted them for identification
 7   of ingredients or for the carcinogenicity
 8   classification.  I wanted to be able to hold onto
 9   them.  So I have those, too.  If you ask me how
10   much that is, I would say, I don't know, 40, 50
11   pages.
12   MR. KOOPMANN:
13         All right.  We'll mark as Exhibit 12
14   the safety data sheets that Dr. Schiff is
15   referencing.
16         (DEPOSITION EXHIBIT NUMBER 12
17         WAS MARKED FOR IDENTIFICATION.)
18   Q       All right.  Dr. Schiff, back to what
19   I'm sharing on the screen here.  This document
20   that we were sent today as part of your file
21   materials titled Kyle Murdock Purchases.  Just
22   yes or no, do you have a recollection as you sit
23   here right now of reviewing this document in
24   forming your opinions?
25   A       No.  I've never seen that document
```

Ron D. Schiff, M.D., Ph.D.

```
 1   before today.  The document that I was sent is
 2   entitled Murdock Chemicals and is a compilation.
 3   Q       How about this Murdock affidavit --
 4   well, it's an affidavit.  The file is entitled
 5   Murdock Affidavit of Acreage.  Do you recall
 6   seeing this document before?
 7   A       I can't -- it's very short obviously.
 8   I can't say that I have.  But I do not recall it.
 9   Q       Okay.  I'm now sharing a document
10   titled Murdock Farms Purchases.  As you sit here
11   right now, do you have a recollection of
12   reviewing this document in forming your opinions?
13   A       No.  I have not seen it.  But, you
14   know, some of the information that's on there
15   likely is also present on the Murdock Chemicals
16   document, which I was sent.  But, you know, I
17   didn't have any information about quantities,
18   dates, or purchase prices.  It was only the names
19   and some other identifying information.
20   Q       All right.  Now I'm sharing on the
21   screen a photo titled Murdock Map 1.  Can you see
22   that?
23   A       I can.
24   Q       And is this a document that you
25   reviewed in forming your opinions in this case?
```

Ron D. Schiff, M.D., Ph.D.

```
 1   A       If it was in Dr. Sawyer's preliminary
 2   or revised report, I would have seen it.  I can
 3   tell you that I was not sent any photographic
 4   documents separately.
 5   Q       Is the same true for this file that I'm
 6   sharing now entitled Murdock Map 2 that you were
 7   never sent this?
 8   A       Not separately.  Again, if it was in
 9   Dr. Sawyer's report, then presumably I saw it.
10   But, you know, if it was in there, that's fine.
11   I seem to remember seeing something that showed
12   the Murdock's original residence plus the one
13   that they moved to when Ms. Murdock was a little
14   bit older.  And both were marked on that.  But
15   did I receive any of those presumably drone
16   photographs separately?  The answer is no.
17   Q       This is a document entitled Murdock
18   Musser purchases.  As you sit here today, do you
19   have a recollection of reviewing this document at
20   any point?
21   A       No.  I have not seen that before just
22   now.  And I also don't know who Nathan Musser is.
23   Q       The Plaintiff Fact Sheet was included
24   in your file materials that we were sent this
25   morning.  Did you review this document?
```

Ron D. Schiff, M.D., Ph.D.

```
1    A       The answer is yes, but I want to pull
2    it to make sure that we're talking about the same
3    version.
4    Q       The one I'm sharing on the screen is
5    10-pages long, there is a date at the end of May
6    19th, 2020, and it's unsigned.
7    A       So far I have found the complaint but
8    not the Plaintiff Fact Sheet.  My report says
9    that I read it and relied on it.  That doesn't
10   mean that -- oh, I have it right now.  10 pages,
11   dated May 19th, 2020, no signature.
12   Q       Okay.  Another document in your file
13   materials that we were sent this morning is a
14   document entitled Security Seed Product List.
15   It's 45 pages.
16   A       I have never seen that until just now.
17   Q       Okay.
18   A       At the next break, I'm going to recheck
19   my medical records and make sure that there is
20   some things that I -- make sure that there is not
21   some things that I decided were irrelevant and
22   didn't review.  In other words, non curated
23   records that were sent.  If I find anything
24   having to do with these invoices or receipts or,
25   you know, other documentation of agricultural
```

Ron D. Schiff, M.D., Ph.D.

```
1    chemical purchases, I will let you know.
2    Q       Okay.
3    A       I don't remember how much of what I was
4    sent was relevant for compiling my report and how
5    much wasn't.  But I will check that and I will
6    respond to you at the beginning of our next
7    session if I find anything whatsoever.
8    Q       You mentioned non curated medical
9    records.  What do you mean by that?
10   A       Well, you know, a lot of times -- and I
11   don't even remember.  I got my medical records on
12   Ms. Murdock's case back in late spring of 2021,
13   which is getting close to two years ago.
14   Different attorneys that I worked with will
15   occasionally just send me everything they have in
16   no particular order.  Others will sort it out by
17   date or by source.  I can't remember how
18   Ms. Murdock's records arrived to me.  But if it
19   included medical records or things like billing
20   records or other extraneous materials, I would
21   have weeded those out, pure intended, before I
22   would start my review in preparation of my
23   report.  I didn't discard them.  I still have
24   them.  But I would not have relied on them.
25   Q       All right.  Why don't we take that
```

Ron D. Schiff, M.D., Ph.D.

```
1    five-minute break.
2    A       I'll check that right now.
3    THE VIDEOGRAPHER:
4            The time is 12:27.  We are off the
5    record.
6            (OFF THE RECORD AT 12:27 p.m.)
7            (ON THE RECORD AT 12:34 p.m.)
8    THE VIDEOGRAPHER:
9            The time is 12:34.  We're back on the
10   record.
11   MR. KOOPMANN:
12   Q       Dr. Schiff, you have a discussion of
13   Epstein-Barr virus on Pages 87 and 88 of your
14   report and cite a few articles there.  References
15   3, 27, 28, 29, and 30.  Did you specifically
16   review any other articles related to Epstein-Barr
17   virus for purposes of forming your opinions in
18   this case?
19   A       Okay.  So I have a couple of things to
20   say.  First, I did this search for agricultural
21   chemicals and business records in the big stack
22   of medical records that I showed you before the
23   break.  I found plenty of duplicated medical
24   records, which are ones that you, you know, I was not
25   concerned with when I prepared my report.  But I
```

Ron D. Schiff, M.D., Ph.D.

```
1    found no evidence of anything having to do with
2    agricultural chemical purchases of the kind that
3    you showed me on your list.  There was nothing
4    like that.  The only document that I ever got
5    with that is the so-called Murdock Chemicals
6    document.
7            Now, with regard to the Epstein-Barr
8    virus discussion, it's admittedly lengthy because
9    Epstein-Barr virus has been associated with the
10   development of certain types of non-Hodgkin's
11   lymphoma as well as other disease.  No, basically
12   I already knew all that stuff, Mr. Koopmann.  I
13   needed to come up with some references that I
14   could put in my report to substantiate what I was
15   saying about it.
16           You know, this has nothing to do with
17   her.  It has nothing to do in particular with the
18   T-lymphoblastic lymphoma.  In the --
19   Q       Let me stop you there and break that
20   down a little bit.  So is it fair for me to
21   understand that if I look at the references at
22   the end of your report, the articles that are
23   listed there that deal with Epstein-Barr virus
24   are not all of the articles you've ever read
25   about Epstein-Barr virus and cancer, but they're
```

Ron D. Schiff, M.D., Ph.D.

1 the articles that you relied on for purposes of

2 this case to support the things you say in your

3 report regarding Epstein-Barr virus and its lack

4 of relation to her cancer?

5 MR. PRATHER:

6 Object to form.  Misstates his

7 testimony.

8 A      Yeah.  I mean, I -- you know, I just

9 wanted to have support from accessible sources

10 about the points I was making.  And, you know,

11 basically it comes down to the current addition

12 of the Cecil Textbook of Medicine.  Nothing, you

13 know, particularly esoteric or obscure about

14 that.  You know, I looked up the relevant

15 chapters in Cecil.

16 I do want to call your attention to the

17 second to the last sentence, which is the only

18 mention of anything having to do with a T-cell

19 lymphoproliferative malignancy.  We talk about

20 extralymphatic, extranodal -- I'm sorry --

21 extranodal NK/T-cell lymphoma.  That's not what

22 Ms. Murdock had.  That's a complete different

23 entity.  Everything else in there is B-cell.

24 Q      So what is the basis for your opinion

25 that her Epstein-Barr virus infection or

Ron D. Schiff, M.D., Ph.D.

1 infections are unrelated to her subsequent cancer

2 development?

3 A      Well, there are -- you know, there are

4 several points to that.  The first, Epstein-Barr

5 virus infection is very common.  I laid that out

6 toward the beginning of the paragraph.  And then

7 I went through the relevant disease associations

8 with it including mono, which she had.  But even

9 having infectious mononucleosis is not a risk

10 factor for the development of T-lymphoblastic

11 lymphoma or T-cell acute lymphoblastic leukemia.

12 But, you know, because there have been

13 associations with a number of malignancies, most

14 especially lymphoproliferative malignancies, I

15 enumerated all of those just for clarity.  None

16 of them has anything to do with her case, though.

17 Q      So is it fair for me to understand that

18 you ruled out Epstein-Barr virus as having

19 anything to do with her cancer because the

20 available literature does not show an association

21 between Epstein-Barr virus infection and

22 T-lymphoblastic lymphoma?

23 A      Yeah.  It shows associations with a lot

24 of other lymphoproliferative malignancies

25 including rare ones like X-linked

Ron D. Schiff, M.D., Ph.D.

1 lymphoproliferative syndrome.  But, you know --

2 or the diffuse large B-cell lymphomas in elderly

3 people.  But nothing about the high grade T-cell

4 lymphomas like she had.

5 Q      So although Epstein-Barr virus

6 infection is associated with certain types of

7 NHL, because the literature does not note an

8 association between Epstein-Barr virus infection

9 and T-lymphoblastic lymphoma specifically, you're

10 ruling out EBV infection as a cause or

11 contributing cause of her cancer?

12 A      Yes.  There is a couple of more reasons

13 that I want to bring to light of that.

14 Epstein-Barr virus infection has never been

15 alleged to be a cause of non-Hodgkin's lymphoma

16 overall.  These are very specific well-defined

17 entities.  On top of that, where does

18 Epstein-Barr virus proliferate in the cells in

19 the immune system?  It proliferates in the B

20 lymphocytes.  Not in the T lymphocytes.  So you

21 would expect that virus induced transformation

22 would occur preferentially in the B lymphocytes

23 and would leave the T cells alone.

24 I mean, that's part of how EBV works.

25 That's how it does and how it replicates and that

Ron D. Schiff, M.D., Ph.D.

1 explains its disease associations with the B-cell

2 proliferative malignancies.

3 Q      Did you evaluate whether any of

4 Ms. Murdock's cancer cells show the presence of

5 Epstein-Barr virus?

6 A      I don't think that testing was done.  I

7 would have to go back and look at my Diagnosis

8 section on that.  But I do not believe that there

9 would have been a study done for that.  There --

10 you know, there really would have been no reason

11 to because it was not necessary to establish the

12 diagnosis nor was it a consideration in selecting

13 her course of treatment.

14 Q      One of the implicated occupational and

15 environmental exposures you discussed in your

16 report is smoking; right?

17 A      That's correct.

18 Q      And you noted that Kenzie Murdock was

19 not a smoker?

20 A      Also correct.

21 Q      Is secondhand smoke exposure an

22 implicated occupational and environmental

23 exposure?

24 A      Well, it -- you know, it would be an

25 environmental exposure.  You know, we don't often

Ron D. Schiff, M.D., Ph.D.

```
1    think about smoking with regard to the
2    development of non-Hodgkin's lymphoma.  But I do
3    address that in my Etiology Risk Factors section,
4    which is Section 7.  So looking at that, the --
5    the biggest association with smoking, as I
6    recall, actually has to do with women with
7    follicular lymphoma.
8            But, again, there is not enough cases
9    with T-lymphoblastic lymphoma that may have
10   been identified.  In terms of secondhand smoke, I
11   don't recall seeing a whole lot of epidemiology
12   research about that in non-Hodgkin's lymphoma
13   overall.  I've certainly never seen some in this
14   particular subtype.
15           But, you know, even so, the InterLymph
16   Project did look at smoking.  And they evaluated
17   that very carefully in their 2014 Journal of the
18   National Cancer Institute Monograph.  So, you
19   know, which by the way, does not include a
20   section on T-lymphoblastic lymphoma.  It has a
21   section on cutaneous T-cell lymphomas, which are
22   lower grade, as I discussed earlier.  But nothing
23   about the disease entity that Ms. Murdock had.
24   Q       Are you aware of any secondhand smoke
25   exposure that Kenzie had?
```

Ron D. Schiff, M.D., Ph.D.

```
1    A       I didn't look into it.  I don't know if
2    she had a family member who smoked or a more
3    distant relative or a friend.  I have no idea.
4    But if you look at what it is about smoking that
5    is associated with the elements of non-Hodgkin's
6    lymphoma, most of the interest focuses on the
7    benzene component of tobacco smoke.  Ms. Murdock
8    certainly didn't have any other benzene exposure
9    that is known in terms of occupational or
10   environmentals.  She didn't live in the city
11   center.  I don't know to what extent she was
12   responsible for, you know, pumping the gas for
13   the farm equipment.  Those are routes of
14   exposures that, you know, can bleed over into
15   being excessive or extraordinary.  I don't know
16   about any of that with her.  But, you know, other
17   more conventional causes of benzene exposure do
18   not appear to apply in her case.
19   Q       Does -- well, when you saw patients in
20   clinical practice as an oncologist, did you ask
21   people about regular exposure to secondhand
22   smoke?
23   A       Yes.  Sometimes I did.  I routinely
24   asked about personal smoking history.  But the
25   discussion generally included whether people who
```

Ron D. Schiff, M.D., Ph.D.

```
1    lived with my patient smoked and my patient would
2    have been exposed then.
3    Q       Why did you ask about that for your
4    patients?
5    A       Primarily -- excuse me.  Primarily from
6    the perspective of other malignancies which have
7    a stronger epidemiologic association with
8    smoking.  Like, for example, lung cancer and head
9    and neck cancer.  There is a whole long list of
10   malignancies that are associated with smoking or
11   with tobacco smoke exposure.  Lymphoma is on the
12   list for sure but only under specific
13   circumstances.  And it's not a super strong
14   association.
15   Q       Did you ask Kyle Murdock if he was a
16   smoker?
17   A       No, I did not.
18   Q       Did you ask Kyle Murdock if his wife
19   was a smoker?
20   A       I did not.
21   Q       Does cigarette smoke contain benzene?
22   A       It does.
23   Q       Does it contain many other carcinogens
24   as well?
25   A       More than 70, yes.
```

Ron D. Schiff, M.D., Ph.D.

```
1    Q       And if somebody breathes in secondhand
2    smoke, are they breathing in benzene and those
3    other carcinogens?
4    A       In small quantities depending on the
5    degree of exposure.  But even if that were the
6    case, that does not take away Ms. Murdock's years
7    of extensive exposure to Glyphosate and Roundup
8    for residential and agricultural applications.
9    Q       Would you agree that you cannot rule
10   out Ms. Murdock's exposure to secondhand smoke as
11   a contributing factor to her lymphoma?
12   A       Can't rule it out.  But it certainly
13   doesn't negate the contributory role of her
14   Glyphosate and Roundup exposure, which is very
15   extensive.
16   Q       You note on Page 88 of your report that
17   the InterLymph analysis risk factors for the
18   development of NHL and its subtypes found that a
19   BMI of at least 25, rather than a usual BMI, was
20   a statistically significant risk factor for the
21   development of DLBCL and NHL overall; right?
22   A       That's correct.  But most of the other
23   literature having to do with obesity is a risk
24   factor for cancer in general and non-Hodgkin's
25   lymphoma in particular uses the standard cut
```

Ron D. Schiff, M.D., Ph.D.

```
 1   points instead of 25.  I -- you know, I did make
 2   that clear in my report.  But even if we look at
 3   25, Ms. Murdock was borderline in that range.
 4         If I had a BMI of 25 and my primary
 5   physician told me that as a result of that I was
 6   obese, I would complain like nobody's business
 7   about that.  So it's a question of, you know,
 8   where you draw the cutoff.  If the epidemiologic
 9   data exists here, that's fine.  The data are what
10   they are.  And we're not saying anything to
11   contradict that.  But, you know, if we look at
12   where it comes --
13         Q    Sir, you've answered my question.  Let
14   me just start with another one here.
15         You note that Kensie Murdock's BMI was
16   consistently between 26.8 and 28.6 kilograms per
17   meter squared throughout the period immediately
18   prior to the diagnosis of her lymphoma.  Is that
19   right?
20         A    Those are the data points I have.
21   That's correct.
22         Q    And those BMIs put her in the
23   overweight category; right?
24         A    Not in my book, no.
25         Q    How about in the federal government's
```

Ron D. Schiff, M.D., Ph.D.

```
 1   book?
 2         A    Well, you know, here we have the 25
 3   cutoff which, you know, I dealt with explicitly
 4   here, especially with regard to diffuse large
 5   B-cell and follicular, especially in women.
 6   Using the terminology that correlates with that,
 7   Mr. Koopmans, I personally regard that as a value
 8   judgment.  So if you want to say that 25 is
 9   overweight, 30 is obese, and 35 is morbidly
10   obese, that's fine.  You can compartmentalize
11   those however you want.  I tend not to think of
12   it that way.  But in any event -- in other words,
13   I tend to focus on the data as it relates to
14   specific BMI thresholds.  So, you know, the use
15   of the descriptive terms I tend to stay away
16   from.  And quite frankly, so does IARC with the
17   use of that unique innovative term "excess body
18   fatness."  I mean, I don't know of anybody else
19   using that.  But they also try to stay away from
20   the value judgment in favor of more neutral
21   terminology.  And I don't blame them for that.
22         Q    So you note later on Page 88 of your
23   report that no association between obesity or any
24   range of elevated BMI and T-cell lymphoblastic
25   lymphoma or T-cell acute lymphoblastic leukemia
```

Ron D. Schiff, M.D., Ph.D.

```
 1   has ever been reported; right?
 2         A    That's correct.  And I provided two
 3   citations --
 4         Q    Let me ask a new question.  I just
 5   wanted to know if that's correct.
 6         As a result, it's your opinion that
 7   Kensie Murdock's weight was not a risk factor for
 8   her development of her cancer.  Is that right?
 9         A    I agree with that.  Not based on the
10   available data.  That's correct.
11         Q    So when it comes to assessing non
12   Glyphosate risk factors for the development of
13   Kensie Murdock's cancer, you note the fact that
14   no studies report an association between that
15   risk factor and her particular type of cancer;
16   right?
17         A    Yes.  Especially risk factor in terms
18   of her range of body mass index measurements.
19   So, again, I'm aware of --
20         Q    You've answered --
21         A    There is not a whole lot of subtype
22   specific data.  I get that.  But I have to take
23   the data that exists and apply it to her
24   circumstances.  No?
25         Q    But when it comes to opining that her
```

Ron D. Schiff, M.D., Ph.D.

```
 1   Roundup or Glyphosate exposure caused or
 2   contributed to cause her particular type of
 3   cancer, you're not bothered by lack of studies
 4   noting an association between her particular type
 5   of cancer and Roundup or Glyphosate exposure, are
 6   you?
 7         A    I'm not bothered with that because her
 8   Glyphosate exposure, her Roundup exposure is well
 9   documented.  And even if you did apply the more
10   extreme value judgment terms to her BMI, that
11   would not take away from her extensive herbicide
12   exposure.  So the answer to that is, no, I don't
13   think her weight or BMI is connected.  But even
14   if it was connected, even if you were to massage
15   the terms that you're using to correspond to the
16   BMI categories for most favorable interpretation,
17   it still doesn't take away from her exposure to
18   Glyphosate and Roundup.
19         Q    The InterLymph analysis that you cited
20   in your report indicates that a BMI of at least
21   25 was a statistically significant risk factor
22   for the development of non-Hodgkin's lymphoma;
23   right?
24         A    That's correct.
25         Q    Okay.  Did you see in Dr. Sawyer's
```

Ron D. Schiff, M.D., Ph.D.

1    report in this case where he discussed the

2    Larsson and Wolk study from 2011?

3    A        I did not notice that.  I have no

4    recollection of that.  Perhaps it's in there.

5    But I just don't recall that.  It's possible that

6    I have that study here.  And --

7    Q        Did -- let me ask a new question.  Did

8    you assess Ms. Murdock's exposure to wood dust?

9    A        No.

10   Q        Did you ask Mr. Murdock about Kenzie's

11   exposure to sawdust?

12   A        No.

13   Q        Is wood dust or sawdust carcinogenic?

14   A        In some circumstances, but I haven't

15   heard of an association with lymphoma.  Any type.

16   Q        Wood dust is classified by IARC as

17   Group 1 carcinogenic to humans; right?

18   A        I don't know the answer to that, but I

19   would like to check my Murdock Chemical --

20   Murdock Chemicals document to see if I considered

21   it in that context.  The answer is I did not.  It

22   was not on that list.  I would not have

23   considered it.  But that is not a known lymphoma

24   carcinogen whether you call it wood dust or

25   sawdust.

Ron D. Schiff, M.D., Ph.D.

1    Q        Okay.  And you never read Mandi

2    Murdock's deposition.  So you don't know what she

3    had to say about Kenzie's exposure to wood dust.

4    Is that correct?

5    A        That is correct.

6    Q        Would you agree that you cannot rule

7    out Ms. Murdock's exposure to wood dust as a

8    contributing factor to her lymphoma?

9    A        I can say that I am not aware that she

10   had any significant exposure to wood dust.  And I

11   can say further that wood dust is not a

12   recognized risk factor for lymphoma.

13   Q        You're not aware of any significant

14   exposure to wood dust that Kenzie had because you

15   never asked about it and it wasn't included on

16   the list that you were provided by plaintiff's

17   counsel; right?

18   A        Or in the toxicology report.  That's

19   correct.  I don't remember seeing anything about

20   wood dust there.

21   Q        When you say the toxicology report, you

22   mean the toxicology report from Dr. Sawyer that

23   you had back in -- on or before June 30th, 2022?

24   A        The preliminary and the final.  I only

25   paged through the final, but there was nothing

Ron D. Schiff, M.D., Ph.D.

1    about wood dust or sawdust that stuck out.  If

2    it's in there and you want to direct me to it,

3    I'd be happy to look at it.

4    Q        Did you assess Ms. Murdock's exposure

5    to wood smoke?

6    A        No.

7    Q        Is wood smoke carcinogenic?

8    A        It might be, but not -- it's not a

9    known cause of lymphoma.

10   Q        Well, you said it might be.  Do you

11   know if it is or not?

12   A        Carcinogenic?

13   Q        Yes.

14   A        If so, I would imagine it would have

15   something to do with the respiratory passages

16   because smoke is inhaled.  In terms of lymphoma

17   in the immune system, I cannot really come up

18   with a mechanism for that.  So I've never really

19   studied that particular point.

20   Q        Do you think Glyphosate or Roundup is

21   carcinogenic when it's inhaled?

22   A        It can be.  There is also the

23   transdermal route and there is also ingestion.

24   Q        So do you know as you sit here today

25   whether wood smoke is carcinogenic?

Ron D. Schiff, M.D., Ph.D.

1    A        I suspect that it is but not for

2    lymphoma.

3    Q        Do you agree that wood smoke has been

4    found to contain benzene?

5    A        I don't know about that.

6    Q        Are you aware of any significant wood

7    smoke exposures that Kenzie Murdock had?

8    A        It has not come up in any of the

9    materials that I read.  It would not take away

10   from her exposure to Glyphosate and Roundup,

11   which was excessive.

12   Q        So it is true then that you are not

13   aware of any significant wood smoke exposures

14   that Ms. Murdock had?

15   A        That's correct.  I don't know if there

16   was a fire in the fireplace every night or if

17   they barbecued outside or not.  I have no idea.

18   I do know she had excessive exposure to

19   Glyphosate and Roundup.

20   Q        Did you ask Mr. Murdock about Kenzie's

21   exposure to wood smoke?

22   A        I would have had no reason to.

23   Q        So that's a no?

24   A        That's a no because I had no reason to

25   ask him that.

Ron D. Schiff, M.D., Ph.D.

```
1    Q        Did you ask Mr. Murdock how often fire
2    curing of their tobacco occurs?
3    A        Also no.
4    Q        Did you assess what's involved in fire
5    curing of tobacco at the Murdock farms?
6    A        I did not.
7    Q        Did you assess how much wood smoke is
8    produced during the process of fire curing of
9    tobacco at the Murdock farms?
10   A        I did not.
11   Q        Would you agree that you cannot rule
12   out Ms. Murdock's exposure to wood smoke as a
13   contributing factor to her lymphoma?
14   A        I would be speculating about that.  But
15   I do know about her Glyphosate and Roundup
16   exposure.  And we do know about its association
17   with the development of non-Hodgkin's lymphoma.
18   I don't know about the association of wood smoke
19   with non-Hodgkin's lymphoma.  I have never read
20   about the existence of such an association.
21   Q        So I asked you whether you would agree
22   that you cannot rule out Ms. Murdock's exposure
23   to wood smoke as a contributing factor to her
24   lymphoma, and you said you'd be speculating about
25   that.  What do you mean by that?
```

Ron D. Schiff, M.D., Ph.D.

```
1    A        That's correct.  Yes.  I doubt very
2    much that would have been a contributing factor.
3    But even if it was, it does not mitigate the
4    lymphomagenic consequences of her Glyphosate and
5    Roundup exposure.
6    Q        So is it true then that you cannot rule
7    out her exposure to wood smoke as a contributing
8    factor to her lymphoma?
9    A        Again, I would have to speculate about
10   that because I don't know what exposure she may
11   have had or how extensive it was.  But I'm also
12   not aware of an etiologic link between wood smoke
13   and lymphoma.  If you have evidence to the
14   contrary, I'm happy to look at the study.
15   Q        Well, if you don't know whether she was
16   exposed to wood smoke, how can you rule that out
17   as a factor in her lymphoma?
18   A        Because I don't think that wood smoke
19   is a lymphomagenic.
20   Q        Did you attempt to quantify
21   Ms. Murdock's exposure to diesel engine exhaust
22   or gasoline engine exhaust?
23   A        Nope.
24   Q        Every time that Ms. Murdock sprayed
25   Roundup from an ATV, is it fair to assume that
```

Ron D. Schiff, M.D., Ph.D.

```
1    she was exposed to gasoline engine exhaust?
2    A        Perhaps to some extent, yes.  That's
3    fair to assume.
4    Q        If she had any exposures while riding
5    in a tractor, she would have also had some diesel
6    exhaust exposure?
7    A        That's correct.
8    Q        Is diesel exhaust carcinogenic?
9    A        To the extent that it has benzene in it
10   and perhaps other carcinogens, benzene being the
11   main one, the answer is yes.  But, once again,
12   that would not mitigate her extensive Glyphosate
13   and Roundup exposure.
14   Q        Does diesel exhaust contain benzene?
15   A        I believe it does, yes.
16   Q        Do you agree that growing up on a farm
17   and spending significant amounts of time outside,
18   Ms. Murdock had diesel engine exhaust exposure?
19   A        I have not assessed that in particular
20   with her.  I don't know to what extent she may
21   have had such exposure.  But what I do know
22   chapter and verse is about her Roundup and
23   Glyphosate exposure.
24   Q        Do you agree that gasoline exhaust
25   contains several carcinogens?
```

Ron D. Schiff, M.D., Ph.D.

```
1    A        I do.
2    Q        Benzene being one of them?
3    A        Yes.
4    Q        Do you agree that when Ms. Murdock was
5    riding her ATV -- strike that.
6             Do you agree that gasoline engine
7    exhaust presents exposures to benzo[a]pyrene and
8    other polyaromatic hydrocarbons?
9    A        That's correct.  I would also point out
10   that the benzene content of gasoline has been
11   reduced over the years due to the efforts of the
12   regulatory agencies.  But, yes, all of the ones
13   that you've mentioned are, indeed, in there.
14   Q        Do you know whether Kenzie Murdock
15   pumped gas into the ATV that she rode on the
16   farm?
17   A        I think I mentioned earlier, I do not
18   know about that.  Gas or diesel fuel.
19   Q        Do you agree that diesel exhaust
20   includes benzene and polyaromatic hydrocarbons?
21   A        I think it does, yes.
22   Q        Do you agree that IARC has classified
23   diesel emissions as a Group 1 carcinogenic to
24   humans?
25   A        Yes.
```

Ron D. Schiff, M.D., Ph.D.

```
 1    Q      Would you agree that you cannot rule
 2    out Ms. Murdock's exposure to gasoline exhaust as
 3    a contributing factor to her lymphoma?
 4    A      I can't.  But that does not mitigate
 5    the effects of her Glyphosate and Roundup
 6    exposure.
 7    Q      Would you agree you cannot rule out
 8    Ms. Murdock's exposure to diesel exhaust as a
 9    contributing factor to her lymphoma?
10    A      The exact same answer.  I don't know to
11    what extent she was exposed, but I also can tell
12    you that it does not take away from her exposure
13    to Glyphosate-based herbicides.
14    Q      Did you attempt to quantify
15    Ms. Murdock's exposure to benzene?
16    A      I would have no interest in doing that.
17    Q      Why not?
18    A      Because the issue in the current
19    litigation is about Glyphosate or Roundup, which
20    we did quantitate using exposure assessment
21    methodology.  And that is the link that we're
22    looking at.  Finding of other possible causes or
23    contributing factors will never take away from
24    etiological role attributable to Glyphosate or
25    Roundup.
```

Ron D. Schiff, M.D., Ph.D.

```
 1    Q      Are you aware of any data indicating
 2    that benzene exposure is associated with
 3    non-Hodgkin's lymphoma?
 4    A      According to IARC, there is an
 5    association with it that's reported in their
 6    reviews of benzene.  The most recent one of which
 7    was either -- I can't remember.  2018 or 2019.
 8    The difference there is that in 2010, IARC said
 9    benzene causes acute myeloid leukemia and myeloid
10    dysplastic syndromes.  In the more recent
11    monograph, it speaks of an association with
12    non-Hodgkin's lymphoma.  That's not the basis for
13    the Group 1 classification.  But, yes, indeed
14    IARC does acknowledge that and has for a number
15    of years.
16    Q      So even though IARC has acknowledged
17    that benzene exposure is associated with
18    non-Hodgkin's lymphoma, you didn't have any
19    interest in attempting to quantify Ms. Murdock's
20    exposure to benzene?
21    A      Absolutely not.  Because the issue of
22    interest is about her Glyphosate or Roundup
23    exposure, which is also a known etiologic agent
24    in the causation of non-Hodgkin's lymphoma.  And
25    that's what today's deposition is about.
```

Ron D. Schiff, M.D., Ph.D.

```
 1    Q      Are you able to tell the jury what the
 2    relative contributions of Ms. Murdock's
 3    Glyphosate exposure and her diesel exhaust or
 4    gasoline exhaust exposure was in causing her
 5    lymphoma?
 6    A      I will tell the jury that there is no
 7    reliable method to estimate such proportionality,
 8    but that it doesn't really matter anyhow because
 9    of her exposure to Glyphosate and Roundup, which
10    is well-documented and detailed.  And which could
11    not be mitigated by anything else proven or
12    speculative in terms of other exposures or
13    anything else that one would come up with a
14    differential etiology.
15    MR. KOOPMANN:
16          Let's go off the record.
17    THE VIDEOGRAPHER:
18          The time is 1:03.  We're off the
19    record.
20          (OFF THE RECORD AT 1:03 p.m.)
21          (ON THE RECORD AT 1:09 p.m.)
22    THE VIDEOGRAPHER:
23          The time is 1:09.  We're back on the
24    record.
25
```

Ron D. Schiff, M.D., Ph.D.

```
 1    MR. KOOPMANN:
 2    Q      Dr. Schiff, earlier you acknowledged
 3    that the InterLymph analysis you cited in the
 4    section discussing elevated BMI of at least 25,
 5    that that analysis indicated that a BMI of at
 6    least 25 was a statistically significant risk
 7    factor for the development of NHL overall; right?
 8    A      That is correct.
 9    Q      And so I'm wondering given that is
10    the case, how do you rule out Kenzie Murdock's
11    BMI of approximately 27 or 28 as a contributing
12    factor to her cancer?
13    A      Okay.  So I have two comments.  One is
14    related to something that we discussed previously
15    and then the other has to do with obesity.
16    First, during the last break when you were
17    checking your notes, I looked up in
18    Dr. Applebaum's chapter on the acute leukemias in
19    the Cecil Textbook where there is a statement
20    that a Notch1 mutation is seen in 35 percent of
21    cases of T-cell acute lymphoblastic leukemia.
22    It's not clear whether that's caused in part of
23    the disease process.  It's certainly not
24    pathognomonic.  It doesn't mean you have to have
25    that in order to diagnose that disorder.
```

Ron D. Schiff, M.D., Ph.D.

```
1        Ms. Murdock did have it.  And it
2   appeared that the prognostic significance was of
3   interest.  The only other mutations that were
4   cited for T-cell acute lymphoblastic leukemia are
5   those that I mentioned earlier, which have to do
6   with the T-cell receptor gene rearrangements.
7        So nothing else was cited and there is
8   nothing in the non-Hodgkin's lymphoma chapter
9   either.
10        With regard to obesity, I cannot take
11   away from the InterLymph findings about that.
12   What I will say in response to that is that IARC
13   looked in approximately 2016 at evidence of
14   excess body fatness as a risk factor for the full
15   range of cancers.  And what they found in that
16   publication was limited to -- and that's my
17   Reference 32, by the way, in my report.  Was
18   limited to diffuse large B-cell.
19        So, you know -- so I would say that
20   even though we cannot take away from the
21   potential significance of the InterLymph finding
22   and conclusion, that, you know, there is not much
23   evidence there, IARC itself did not think too
24   much about that when they published it in the New
25   England Journal a couple of years later.
```

Ron D. Schiff, M.D., Ph.D.

```
1   Q     But given the InterLymph findings, is
2   it true that you cannot rule out, to a reasonable
3   degree of scientific and medical certainty, that
4   Kenzie Murdock's elevated BMI put her at
5   increased risk of developing non-Hodgkin's
6   lymphoma?
7   A     Well, you know, I would be doubtful
8   about it within the parameters of the available
9   data that, you know, if they wanted to look at
10   body mass index between age 18 and age 30 --
11   age 18 and age 30.  She died at age 18.  Earlier
12   body mass index assessments are not part of the
13   InterLymph database.  We don't know how long she
14   was in that range.  And even if she was in that
15   range for a while -- probably wasn't very long.
16   But even so, even if you want to include that as
17   another possible risk factor, it still doesn't
18   take away from her extensive exposure to
19   Glyphosate and Roundup.
20   Q     But can you rule out her elevated BMI
21   as a risk factor for her development of NHL?
22   A     I'm not particularly suspicious that it
23   was a risk factor in her case.  But on the
24   strength of the InterLymph study, you can't rule
25   it out.  But, again, it doesn't matter.
```

Ron D. Schiff, M.D., Ph.D.

```
1   Q     I think you indicated earlier that
2   infectious mononucleosis is not associated with
3   non-Hodgkin's lymphoma.  Is that correct?
4   A     No.  That misrepresents what I said.  I
5   listed a number of types of non-Hodgkin's
6   lymphoma.  All rare except possibly for African
7   Burkitt lymphoma.  But the deal there is that
8   there is no association reported in
9   T-lymphoblastic or in T-cell acute lymphoblastic
10   leukemia.
11        And we also noted that EBV has been
12   implicated in the development of Hodgkin's
13   disease.  But that, of course, does not apply to
14   Ms. Murdock.
15   Q     I'm sharing on my screen an article
16   titled T-cell Lymphomas Containing Epstein-Barr
17   Viral DNA in Patients with Chronic Epstein-Barr
18   Virus Infections.  The lead author is James F.
19   Jones.  Do you see that on your screen, sir?
20   A     I do.
21   Q     Do you have a recollection of -- well,
22   strike that.
23        In the abstract at the end of the
24   abstract, it indicates, "We conclude that EBV may
25   infect T-cells and contribute to lymphomas in
```

Ron D. Schiff, M.D., Ph.D.

```
1   selective patients with severe EBV infections."
2   Do you see that?
3   A     Sure.
4   Q     Do you have a recollection of reading
5   this article in the course of forming your
6   opinions in this case?
7   A     It's 35 years old.  And if there were
8   corroborating articles in the literature, I would
9   suspect that you would show them to me.
10        In addition to that, I don't know what
11   type of T-cell lymphomas these three individuals
12   had.  If you showed me that, I would be happy to
13   comment on that.  It said the helper T-cell
14   phenotype.  Ms. Murdock did not have a helper
15   T-cell lymphoma, which would be a mature T-cell
16   lymphoma.
17   Q     Okay.  So my question was a little
18   simpler than that.  It was just, do you have a
19   recollection of reviewing this paper in the
20   course of forming your opinions in this case?
21   A     I do want to take a moment to read the
22   descriptions of the diagnoses in these cases.
23   Can you go down a little bit for Patient C?  The
24   other way.  The other way, Mr. Koopmann.
25   Q     There you go.
```

Ron D. Schiff, M.D., Ph.D.

```
1    A       Okay.  So none of these patients had
2    T-lymphoblastic lymphoma or T-cell acute
3    lymphoblastic lymphoma.  Patient A had large cell
4    pulmonary T-cell lymphoma, which certainly in
5    1988 was considered a peripheral T-cell lymphoma
6    or a mature T-cell lymphoma.
7            Patient B had lymphomatoid
8    granulomatosis, which is in actual fact probably
9    a low grade T-cell lymphoma most closely related
10   to mycosis fungoides.
11           Patient C also had a peripheral T-cell
12   lymphoma like Patient A.  That's an intermediate
13   grade lymphoma.  None of these is T-lymphoblastic
14   lymphoma.  None of these is relevant to
15   Ms. Murdock.  And in 35 years, I have not seen
16   any evidence since this paper was published that
17   EBV is a significant etiologic agent in the
18   development of any T-cell lymphomas, much less
19   hers.
20   Q       All right.  And am I correct in
21   understanding that you're not aware of any data
22   showing a statistically significant association
23   between Glyphosate or Roundup exposure and
24   T-lymphoblastic lymphoma specifically.  Is that
25   right?
```

Ron D. Schiff, M.D., Ph.D.

```
1    A       In the setting of the Glyphosate
2    epidemiology research, Mr. Koopmann, there are
3    probably not enough cases to even investigate,
4    much less draw conclusions about that
5    association.  But, again, IARC was unconcerned
6    about that.
7    Q       So let me ask you a slightly different
8    question.  Are you aware of any data showing a
9    statistically significant association between
10   T-cell lymphomas in general and Glyphosate or
11   Roundup exposure?
12   A       The vast majority of T-cell lymphomas,
13   at least in adults, are intermediate or low grade
14   T-cell lymphomas, not the high-grade type that
15   Ms. Murdock was afflicted with.  And that's
16   reflected in that New England Journal paper from
17   1988.  So, no, I don't have data on that because
18   I don't think it exists.
19   Q       Okay.  Sharing on my screen an article
20   entitled Parental Occupation and Other
21   Environmental Factors in Etiology of Leukemias
22   and non-Hodgkin's Lymphomas in Childhood:  A Case
23   Control Study.  This is from 1990.  The lead
24   author is Corrado Magnani, M-A-G-N-A-N-I.
25           In this paper, sir, the author's
```

Ron D. Schiff, M.D., Ph.D.

```
1    note -- I'll highlight it here so you can spot
2    it -- that the present study consistently
3    indicated a lack of an association between ALL
4    and parental smoking; whereas, a statistically
5    significant association was found between NHL and
6    paternal and maternal cigarette smoking.  Do you
7    see that?
8    A       I do see it.
9    Q       Do you have any reason to doubt the
10   accuracy of that statement?
11   A       I don't.  InterLymph didn't look at
12   that specifically.  But even if one or both of
13   Ms. Murdock's parents smoked, it does not
14   mitigate or neutralize her extensive personal
15   exposure to Glyphosate and/or Roundup.
16           What we're talking with here is
17   multifactorial causation of disease.  A principle
18   that has been accepted by pathologists,
19   epidemiologists, clinicians like me for many
20   decades.  So the finding of other things that,
21   you know, could or would or should have played a
22   role in her development of lymphoma, even if not
23   brought to light in the medical records or in
24   other available documents, do not diminish the
25   known effect of extensive Glyphosate or Roundup
```

Ron D. Schiff, M.D., Ph.D.

```
1    exposure on increasing the risk of developing
2    non-Hodgkin's lymphoma.
3    Q       Did you read this article in the course
4    of forming your opinions in this case?
5    A       I did not.  I do not -- I have never
6    made a point of reading that Italian Medical
7    Journal.  If you wanted me to look at it in more
8    detail, I'd ask you to put up the parts of it on
9    the screen that you were interested in and that I
10   were interested in, including the breakdown of
11   which types of non-Hodgkin's lymphoma were
12   present in the offspring of parents who smoked.
13   MR. KOOPMANN:
14           I'll mark as Exhibit 13 the Jones
15   Article I showed a few moments ago.
16           (DEPOSITION EXHIBIT NUMBER 13
17           WAS MARKED FOR IDENTIFICATION.)
18   MR. KOOPMANN:
19           And then as Exhibit 14 that Magnani
20   Article that I just went through.
21           (DEPOSITION EXHIBIT NUMBER 14
22           WAS MARKED FOR IDENTIFICATION.)
23   A       Please note that I never saw, read or
24   had an opportunity to evaluate either of those
25   articles before today's deposition.  They were
```

Ron D. Schiff, M.D., Ph.D.

```
 1    not part of my reliance materials.  They're not
 2    on my reference list.  And this is all under the
 3    heading of general causation anyhow.
 4    Q        You mentioned they're not on your
 5    reliance materials, what are you referring to
 6    when you say they're not on your reliance
 7    materials?
 8    A        The reference list appended to my
 9    report.
10    Q        Okay.  That is the list of 35 different
11    sources?
12    A        Yes, sir.
13    Q        Dr. Schiff, between what's in your
14    report and what we've discussed today, are all of
15    your opinions in this matter covered?
16    A        There are some omissions in what we
17    have discussed today that I think merit some
18    attention.  But, you know, my report is pretty
19    comprehensive.  You did discuss, especially under
20    differential etiology, some factors that were not
21    included in my report that are, in my opinion, of
22    negligible relevance in Ms. Murdock's case.
23             But I think you have asked me very
24    little about the complications of her illness and
25    its treatment, which are extremely important and
```

Ron D. Schiff, M.D., Ph.D.

```
 1    define the horrendous course that she underwent
 2    from the time she became ill until her death,
 3    which we recorded as being, I believe, less than
 4    ten months from the time of her diagnosis.  Those
 5    complications are listed in the series of
 6    paragraph in my conclusion section.  And which I
 7    would expect to be able to discuss before a jury.
 8    Longer discussions are throughout the Medical
 9    Facts Section of my report.  And there is a whole
10    section under Opinions Section Number 4 devoted
11    to complications.  Those are an essential part of
12    Ms. Murdock's narrative.
13    Q        All right.  And those are in your
14    report; right, sir?
15    A        Correct.
16    Q        So between what we've discussed today
17    and what's in your report, does that cover all of
18    your opinions in the matter?
19    A        I believe so.  Unless there is
20    something further that you want to call my
21    attention to.
22    Q        All right.  Those are all the questions
23    I have for you, sir.  Thank you.
24    A        Thank you, Mr. Koopmann.
25             EXAMINATION
```

Ron D. Schiff, M.D., Ph.D.

```
 1    BY MR. PRATHER:
 2    Q        Dr. Schiff, I have just a couple of
 3    questions.
 4    MR. PRATHER:
 5             But, Barry, before I do that, could you
 6    put the Magnani Article back up on the screen for
 7    a moment just so I can fully identify it?
 8    MR. KOOPMANN:
 9             Sure.  One minute.
10    MR. PRATHER:
11             All right.  Thank you.  That's all I
12    need.
13    Q        Dr. Schiff, you were asked about the
14    records that you were sent by my office.  Did my
15    office send you all of the records that you
16    requested that we send you?
17    A        Yes.  There were not any omissions that
18    I felt were left over after I received the
19    records from your office.
20    Q        And were those records that you had
21    available for your review in your opinion
22    sufficient for you to form the opinions you've
23    testified to to a degree of reasonable medical
24    probability?
25    A        Absolutely.  Where there were things
```

Ron D. Schiff, M.D., Ph.D.

```
 1    that were missing from the available records, I
 2    did document those specifically in my report.
 3    But there was nothing that was missing that would
 4    have affected my opinions.  And there was not
 5    much that was missing.
 6    Q        Has all of testimony that you've
 7    been -- that you have given today been stated in
 8    terms of reasonable medical probability?
 9    A        All of it.
10    Q        Has all of your testimony today been
11    based upon your education, training, and
12    experience as a physician and an oncologist?
13    A        Yes.
14    Q        As --
15    A        And --
16    Q        I'm sorry.  Go ahead.
17    A        And hematologist.
18    Q        As well as your background as a Ph.D.
19    in cell biology?
20    A        Molecular and cellular biology, yes.
21    MR. PRATHER:
22             I will reserve the remainder of my
23    questions for trial.
24    MR. KOOPMANN:
25             Just for the record, a housekeeping
```

Ron D. Schiff, M.D., Ph.D.

```
 1   matter.  By my notes, I think Dr. Schiff will be
 2   sending to you, Mr. Prather, Exhibit 6, which is
 3   the Murdock Chemicals List.
 4   A        That should happen before the end of
 5   the afternoon today.
 6   MR. KOOPMANN:
 7            And then I think I might have actually
 8   referred to that twice as Exhibit 11.
 9            And then the Sawyer preliminary report
10   we marked as Exhibit 9, I understand you have an
11   objection to that, but I'd ask that you take a
12   look at the preliminary report and consider
13   whether you're going to stand by that objection
14   or produce the report to us.  Based on the
15   testimony today --
16   MR. PRATHER:
17            Barry, I'm sorry to -- didn't mean to
18   interrupt you.  I'm familiar with the report and
19   I do stand by the objection.  There is nothing
20   further that I need to look at.  I've reviewed
21   the rule and the report, and I believe my
22   objection is well taken.
23   MR. KOOPMANN:
24            Okay.  And Exhibit 10 is the medical
25   records stack that Dr. Schiff reviewed in the
```

Ron D. Schiff, M.D., Ph.D.

```
 1   course of forming his opinions.
 2            And then the Exhibit 12 was the safety
 3   data sheets.  And I think that covers that.
 4            EXAMINATION.
 5   BY MR. KOOPMANN:
 6   Q    One last thing here.  All right.
 7        Dr. Schiff, I'm showing you Page 80 of
 8   your report.  In this exposure section you
 9   indicate that information about the frequency,
10   duration, and circumstances of Ms. Murdock's
11   Roundup exposure and her non-use of personal
12   protective equipment while exposed to Roundup is
13   derived from the First Amended Complaint,
14   Plaintiff's Fact Sheet, Dr. Sawyer's Toxicology
15   Report, and then the other materials mentioned
16   there; right?
17   A    Yeah.  I'm trying to clean up my work
18   area a little bit so I can keep track of these
19   documents.
20        But, yes, that is my list of
21   information that I relied on in composing my
22   exposure section.
23   Q    Okay.  And that -- when it says
24   Dr. Sawyer's toxicology report, that's the
25   preliminary toxicology report you referenced
```

Ron D. Schiff, M.D., Ph.D.

```
 1   earlier; correct?
 2   A        That's the only one that I had before I
 3   had completed my report and it's the only one
 4   that I had before this week.
 5   Q        Okay.  Those are all the questions I
 6   have.  Thank you.
 7   A        Thank you.
 8            EXAMINATION
 9   BY MR. PRATHER:
10   Q        Just one follow up, Dr. Schiff.
11            Is it true that you independently
12   corroborated through your direct interview with
13   Kyle Murdock any information you would have
14   relied on about exposure, extent of frequency
15   from Dr. Sawyer's report?
16   A        Yes.  Everything that I knew about
17   Ms. Murdock's Glyphosate and Roundup exposure was
18   specifically corroborated in that telephone
19   interview.
20   Q        And to the extent that you would rely
21   on or consider for trial any portion of the
22   opinions of Dr. Sawyer, would you rely on the
23   preliminary report or his final report that was
24   produced at his deposition?
25   A        Yeah.  I can't really answer that
```

Ron D. Schiff, M.D., Ph.D.

```
 1   question.  I mean, you know, it -- it is fairly
 2   clear from my handwritten billing records that I
 3   spent three and a half hours on the revised
 4   report.  That was three and a half hours that I
 5   didn't have.  I don't think anybody could --
 6   could claim that three and a half hours was
 7   sufficient for a comprehensive review of the
 8   309-page document.
 9        So I cannot really tell you exactly
10   what I would rely on in that report.  There are
11   things that I remember about that.  I think that,
12   you know, if this case does come to trial, I may
13   need to spend more time on Dr. Sawyer's revised
14   report.  But by the same token, I am not a
15   toxicology expert in this litigation.  And I
16   would defer to him any kind of detailed or
17   technical questions concerning the toxicological
18   aspects for exposure.  I'm satisfied what I wrote
19   in that section.  I did not see anything that
20   seemed to deviate very much.  Although he did
21   have those exposure metrics towards the end of
22   his report, to which, I referred earlier in my
23   deposition testimony.
24        I do not recall off the top of my head
25   whether he addressed those same metrics in the
```

Ron D. Schiff, M.D., Ph.D.

```
 1   earlier report.  The one about -- the one that I
 2   called cumulative Glyphosate exposure, I'm
 3   99 percent certain that that was not in his
 4   preliminary report.  But as I indicated during my
 5   deposition testimony, that was not one that I
 6   would use to determine how Ms. Murdock's exposure
 7   compared with the threshold exposure levels
 8   associated in the published literature with an
 9   increased risk of developing NHL.
10   Q        Thank you, Dr. Schiff.  That's all.
11                   EXAMINATION
12   BY MR. KOOPMANN:
13   Q        Dr. Schiff, just a couple of
14   follow-ups.  The preliminary Sawyer report that
15   you have there, how many pages is that?
16   A        259 as I recall.
17   Q        And is it dated on the first page?
18   A        I don't see it right now.  I'm going to
19   have to look for it.  It might be back on the
20   table.  I hope it's back on the table.  And,
21   nope, I have it.  It's dated June 3, 2022.
22   Q        On the first page?
23   A        Cover letter.
24   Q        Okay.  Does the report itself --
25   A        This is Page 1.  It is considered
```

Ron D. Schiff, M.D., Ph.D.

```
 1   Page 1 in his numbering system.
 2   Q        Okay.
 3   A        And, again, we're talking about the
 4   preliminary report; correct?
 5   Q        Yeah.
 6   A        Okay.  It's dated June 3.  I'm happy to
 7   hold that page up to the camera if you want.
 8   Q        No, that's okay.
 9            Does it say on the first page of the
10   report that it's preliminary?
11   A        It says draft.  It used the word --
12   tell you what.  I'm going to hold this up and
13   you'll see exactly what I'm talking about.
14   MR. PRATHER:
15            Dr. Schiff, don't do that.  Just leave
16   it down.  I don't think there is anything
17   objectionable.
18   A        It's dated June 3, 2022.  And it's
19   marked draft.
20   Q        Okay.  All right.  Those are all the
21   questions I have for you, sir.  Thank you.
22   A        Thank you.
23   MR. PRATHER:
24            Nothing else.
25
```

Ron D. Schiff, M.D., Ph.D.

```
 1   THE VIDEOGRAPHER:
 2            The time is 1:36.  We are off the
 3   record.
 4   MR. KOOPMANN:
 5            I would like the transcript by March
 6   9th, please.
 7   MR. PRATHER:
 8            Madam Reporter, we will need a physical
 9   address for Mr. Schiff to mail those records to
10   for you to scan.  And I will take a copy of the
11   transcript at the same time as Mr. Koopmann in
12   PDF format.
13   (Whereupon, the deposition concluded at 1:36
14   p.m., EST.)
15
16
17
18
19
20
21
22
23
24
25
```

Ron D. Schiff, M.D., Ph.D.

```
 1            C E R T I F I C A T E
 2
 3            I do hereby certify that the above and
 4   foregoing transcript of proceedings in the matter
 5   aforementioned was taken down by me in machine
 6   shorthand, and the questions and answers thereto
 7   were reduced to writing under my personal
 8   supervision, and that the foregoing represents a
 9   true and correct transcript of the proceedings
10   given by said witness upon said hearing.
11            I further certify that I am neither of
12   counsel nor of kin to the parties to the action,
13   nor am I in anywise interested in the result of
14   said cause.
15
16
17
18            JILLIAN DOCTOR, RPR,
19            CERTIFIED REALTIME REPORTER
20
21
22
23
24
25
```