UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** *Habib Akrawi v. Monsanto Company* Case No.: 3:19-cv-05874-VC | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Plaintiff, Dr. Habib Akrawi, by and through his attorneys, VANDEVEER GARZIA, P.C., and without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave VI-D to Wave VII.

1. The case of Dr. Habib Akrawi is currently part of Wave VI-D.

2. Mindful of the deadlines pertaining to Wave VI-D cases, the parties have diligently pursued discovery in this matter.

3. The parties worked collaboratively and took the deposition of Dr. Habib Akrawi in April 2022.

4. Despite the Parties diligent and continued efforts, the Parties have not been able to set a mutually agreeable date or time for the remaining depositions and site inspection because of the parties conflicting schedules.

5. Additionally, the two other cases which Plaintiff's counsel is handling, *John Dillon and Catherine Dillon v. Monsanto Company*, Case No. 3:19-cv-06184-VC, and *Alexander Sarafian and Kara Sarafian v. Monsanto Company*, Case No. 3:20-cv-01068-VC, have been motioned to move to Wave VII. A third case which Plaintiff's counsel is handling,

*Larry Hanson v. Monsanto Company,* Case No. 3:16-md-02741-VC, was assigned by this Honorable Court to Wave VII.

6. Grouping these aforementioned cases together in the same Wave would be in the best interest of judicial efficiency and will save judicial resources.

7. Counsel for Dr. Akrawi met and conferred with counsel for Defendant, Monsanto Company. Plaintiff believes the best course of action would be to move this case to Wave VII. Monsanto does not oppose this request.

Therefore, Plaintiff, Dr. Habib Akrawi, without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave VI-D to Wave VII.

Respectfully submitted,

VANDEVEER GARZIA, P.C.

*/s/ David Q. Houbeck*
By: _____
DAVID Q. HOUBECK (P77002)
Attorney for Plaintiffs
840 West Long Lake Road, Suite 600
Troy, MI 48098
(248) 312-2800

Dated: June 29, 2023