**Garmer & Prather, PLLC**
Jerome P. Prather, Esq. (*pro hac vice*)
141 North Broadway
Lexington, Kentucky 40507
Telephone: (859) 254-9351
Facsimile:  (859) 233-9769
Email: jprather@garmerprather.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *ELECTRONICALLY FILED*

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock, Adm'r, Kyle A. Murdock, individually, and Mandi L. Murdock v. Monsanto Co.,*<br>Case No. 3:20-cv-01363-VC | **PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF WAVE 5 PLAINTIFFS' GENERAL CAUSATION EXPERTS UNDER RULE 702 AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |

COME the Plaintiffs, the Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock, Administrator; and Kyle A. Murdock, individually, by counsel, and for their response to Defendant's motion to exclude the testimony of Wave 5 Plaintiffs' general causation experts under Fed. R. Evid. 702 and for summary judgment on causation grounds (ECF No. 19), hereby state as follows.

Defendant's motion merely incorporates by reference various motions it previously filed, all of which have been denied by this Court in various pretrial orders concerning the general causation expert witnesses Monsanto now seeks to exclude and for the other issues which are the subject of its motion. Monsanto admits it intends "not to relitigate issues

previously ruled upon by the Court, but [files its motion] in order to fully preserve the appellate record." (ECF No. 19, p. 3.) Plaintiffs therefore incorporate by reference any and all responses to Defendant's earlier motions (including any attachments thereto) and the Court's pretrial orders on same. This includes, but is not limited to, these documents filed in the Court's docket:

- Plaintiffs' Response in Opposition to Monsanto's *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof (ECF No. 647)

- Plaintiff's Response in Opposition to Monsanto's Motion to Exclude Testimony of Plaintiff's Experts on *Daubert* Grounds and for Summary Judgment on Causation Grounds (ECF No. 8345)

- Plaintiffs' Supplemental Brief pursuant to PTO 34 (ECF No. 1135)

- Plaintiff's Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Monsanto's Motion to Exclude Plaintiffs' General Causation Experts (ECF No. 1461)

- Plaintiffs' Response in Opposition to Monsanto's Specific Causation *Daubert* and Summary Judgment Motion and *Daubert* Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses (ECF No. 2478)

- Plaintiff's Reply in Support of their *Daubert* Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses (ECF No. 2529)

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Experts under Rule 702 and for Summary Judgment on Causation Grounds (ECF No. 12876)

- Plaintiffs' Response in Opposition to Monsanto's *Daubert* Motion of Christopher Portier and Request to Take Discovery Deposition (ECF No. 12892)

- Plaintiffs' Response in Opposition to Defendant Monsanto's Motion to Exclude Testimony of Wave 3 Plaintiffs' General Causation Experts under Rule 702 and for Summary Judgment on Causation Grounds (ECF No. 13884)

- Plaintiffs' Response in Opposition to Defendant Monsanto's Motion to Exclude Testimony of Wave 3 Plaintiffs' General Causation Experts under Rule 702 and for Summary Judgment on Causation Grounds (ECF No. 13886)

- Plaintiff's Opposition to Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook, Dr. Charles Jameson, and Mr. Stephen Petty (ECF No. 14051)

Plaintiffs' Response to Defendant's Motion to Exclude Testimony of Wave 5 Plaintiffs' General Causation Experts under Rule 702 and for Summary Judgment on Causation Grounds
MDL No. 3:16-Md-02741 and Case No. 3:20-Cv-01363-VC

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Experts under Rule 702 and for Summary Judgment on Causation Grounds (ECF No. 14053)

- Plaintiff's Opposition to Defendant's Motion to Exclude Testimony of Wave 4 Plaintiffs' General Causation Experts under Rule 702 and for Summary Judgment on Causation Grounds (ECF No. 15964)

- Plaintiffs' Opposition to Monsanto's Motion to Exclude Testimony of Wave 5 Plaintiffs' General Causation Experts under Rule 702 and for Summary Judgment on Causation Grounds (ECF No. 16927)

By incorporating by reference prior filings and attaching them to this response, Plaintiffs assert all arguments raised therein. Plaintiffs maintain the position that Defendant is not entitled to file new motions respecting these witnesses or issues merely because the case may be transferred to the Western District of Kentucky for trial. In any event, Plaintiffs reserve the right to respond to any new motions to exclude that Defendant may file.

## **CONCLUSION**

For all of the reasons stated herein, Defendant's motion to exclude the testimony of Wave 5 Plaintiffs' general causation experts and for summary judgment on causation grounds should be denied.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

BY:   /s/ Jerome P. Prather
Jerome P. Prather, Esq. (*pro hac vice*)
141 North Broadway
Lexington, Kentucky  40507
Telephone:   (859) 254-9352
Facsimile:    (859) 233-9769
Email: jprather@garmerprather.com

Plaintiffs' Response to Defendant's Motion to Exclude Testimony of Wave 5 Plaintiffs' General Causation Experts under Rule 702 and for Summary Judgment on Causation Grounds
MDL No. 3:16-Md-02741 and Case No. 3:20-Cv-01363-VC

Page 3 of 3