UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:**<br><br>*John Dillon, et al. v. Monsanto Co*mpany<br>Case No.: 3:19-cv-06184-VC | |

**PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Plaintiffs, John Dillon and Catherine Dillon, by and through their attorneys, VANDEVEER GARZIA, P.C., and without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave VI to Wave VII.

1. The case of Mr. John Dillon and Ms. Catherine Dillon is currently part of Wave VI.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

3. The parties worked collaboratively and took the deposition of John Dillon in December 2021.

4. The parties also worked collaboratively and took the deposition of Mr. Dillon's treating oncologist, Dr. Gregory Yanik, in April 2022.

5. Despite the Parties diligent and continued efforts, the Parties have not been able to set a mutually agreeable date or time for the remaining depositions and site inspection because of the parties conflicting schedules.

6. Additionally, the two other cases which Plaintiff's counsel is handling, *Habib Akrawi v Monsanto Company*, Case No. 16-md-02741-VC, and *Alexander Sarafian and Kara*

*Sarafian v. Monsanto Company*, Case No. 3:20-cv-01068-VC, have been motioned to move to Wave VII. A third case which Plaintiff's counsel is handling, *Larry Hanson v. Monsanto Company,* Case No. 3:16-md-02741-VC, was assigned by this Honorable Court to Wave VII.

7. Grouping these aforementioned cases together in the same Wave would be in the best interest of judicial efficiency and will save judicial resources.

8. Additionally, the deadlines posed by Wave VI presents a challenge to Plaintiff to present required expert reports.

9. Counsel for the Dillon's met and conferred with counsel for Defendant, Monsanto Company. Plaintiffs believe the best course of action would be to move this case to a later Wave. Monsanto does not oppose this request.

Therefore, Plaintiffs, John Dillon and Catherine Dillon, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave VI to Wave VII.

Respectfully submitted,

VANDEVEER GARZIA, P.C.

By:    */s/ David B. Timmis*
DAVID B. TIMMIS (P40539)
DAVID Q. HOUBECK (P77002)
Attorneys for Plaintiffs
840 West Long Lake Road, Suite 600
Troy, MI 48098
(248) 312-2800

Dated: June 29, 2023