# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** *Alexander Sarafian, et al. v. Monsanto Company*, Case No.: 3:20-cv-01068-VC | |

## PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

Plaintiffs, Alexander Sarafian and Kara Sarafian, by and through their attorneys, VANDEVEER GARZIA, P.C., and without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave VI to Wave VII.

1. The case of Mr. Alexander Sarafian and Mrs. Kara Sarafian is currently part of Wave VI.

2. The Parties worked collaboratively to schedule the depositions Alexander Sarafian and Kara Sarafian, most recently in September 2022 and October 2022.

3. The depositions of Alexander Sarafian and Kara Sarafian were both taken December 15, 2022.

4. The Parties also worked collaboratively to set the site inspection requested by Monsanto Company in March 2022 and April 2022.

5. Additionally, the two other cases which Plaintiff's counsel is handling, *Habib Akrawi v Monsanto Company*, Case No. 16-md-02741-VC, and *John Dillon and Catherine Dillon v. Monsanto Company*, Case No. 3:19-cv-06184-VC, have been motioned to move to Wave VII. A third case which Plaintiff's counsel is handling, *Larry Hanson v. Monsanto*

*Company,* Case No. 3:16-md-02741-VC, was assigned by this Honorable Court to Wave VII.

6. Grouping these aforementioned cases together in the same Wave would be in the best interest of judicial efficiency and will save judicial resources.

7. Counsel for the Sarafian's met and conferred with counsel for Defendant, Monsanto Company. Plaintiffs believe the best course of action would be to move this case to a later Wave. Monsanto does not oppose this request.

Therefore, Plaintiffs, Alexander Sarafian and Kara Sarafian, without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave VI to Wave VII.

Respectfully submitted,

VANDEVEER GARZIA, P.C.

By: */s/ David B. Timmis*
DAVID B. TIMMIS (P40539)
DAVID Q. HOUBECK (P77002)
Attorneys for Plaintiffs
840 West Long Lake Road, Suite 600
Troy, MI 48098
(248) 312-2800

*Counsel for Plaintiffs Alexander Sarafian and Kara Sarafian*

Dated: June 29, 2023