UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** *Alexander Sarafian, et al. v. Monsanto Company*, Case No.: 3:20-cv-01068-VC | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |

Plaintiffs' motion to move the case from Wave VI to Wave VII is granted.

   IT IS SO ORDERED.

Dated: June ___, 2023

_____

JUDGE VINCE CHHABRIA