-

**PODHURST ORSECK, P.A.**
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Nancy Salas v. Monsanto Company, et al.*<br>Member Case No. 3:21-cv-06173-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**PLAINTIFF'S RESPONSE TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing:<br>Date:  July 27, 2023<br>Time: 10:00 A.M.<br>Place: San Francisco Courthouse<br>           Courtroom 4 – 17th Floor |

Plaintiff, Nancy C. Salas, files this Response to Monsanto's Motion for Summary Judgment (ECF #16852) pursuant to Federal Rule of Civil Procedure 56. In support, Plaintiff states as follows:

## **COUNTER MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Monsanto's motion for summary judgment is duplicative of nearly a dozen others it has filed in prior Roundup cases. In countless prior cases, Monsanto has asserted that common-law claims related to Roundup are preempted by federal law. Monsanto has lost this argument in trial courts, in two federal courts of appeals, and in this Court. Judge Chhabria ruled on Monsanto's Motion for Summary Judgment that Plaintiff's claims are not preempted. *See* ECF #2937. That case and this consider California law which is not preempted by the additional federal requirement that pesticide labels specify their use classification. Furthermore, Judge Chhabria found that "Monsanto's implied preemption theory is difficult – if not impossible – to square with *Bates v. Dow Agrosciences LLC*, 544 U.S. 431 (2005)." *Id.* And, even if it could be, Monsanto's argument fails on the merits because "FIFRA allows states to regulate or ban pesticides that have been federally approved." *Id.* (citing 7 U.S.C. § 136v(a)).

And, in countless prior cases, Monsanto has argued that Plaintiff has not met the standard for punitive damages. Monsanto's motion refers this Court to previous motions that this Court has already denied. Judge Chhabria ruled on Monsanto's Motion for Summary Judgment 15886 and found that the plaintiff was entitled to pursue punitive damages. *See* ECF #16705. As in that case, Monsanto continues to sell Roundup and their wrongful course of conduct continues. Therefore, a jury could find that the prior punitive damages were not enough to deter their wrongful conduct. The Court may then reduce the damages amount as Monsanto claims.

In addition, Monsanto's summary judgment motion refers to its *Daubert* motion to argue that no expert has presented sufficient admissible evidence of specific causation. Plaintiff has responded to and opposed this *Daubert* motion. Rather than belaboring that briefing here, Plaintiff

PLAINTIFF'S RESPONSE TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT

will refer this Court to its opposition papers regarding this *Daubert* motion where responses have been filed on Monsanto's motions 12785 and 7999.

Consistent with the Court's instructions to not re-litigate the issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Plaintiff hereby incorporates by reference the following pleadings that were filed on the MDL docket:

- Pretrial Order No. 101: Order regarding Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #2937)

- Order (ECF #16705) Granting in part and denying in part Monsanto's Motion for Summary Judgment (ECF #15886)

- Plaintiff's Opposition/ Response (re 15886 Monsanto's Motion for Summary Judgment) (ECF #15973)

- Plaintiff's Opposition/ Response (re 12785 Monsanto's Motion for Summary Judgment on Non-Causation Grounds) (ECF #12899)

- Plaintiff's Opposition/ Response (re 7999 Monsanto's Motion for Summary Judgment on Non-Causation Grounds) (ECF #8328)

- Pretrial Order No. 85: Denying Monsanto's Motion for Summary Judgment on Specific Causation (ECF #2799)

Dated: June 29, 2023                                         Respectfully submitted,

**PODHURST ORSECK, P.A.**

*/s/ Steven C. Marks*
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2023, I electronically filed the foregoing document with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

By: */s/ Steven C. Marks*
STEVEN C. MARKS
*Counsel for the Plaintiff*

PLAINTIFF'S RESPONSE TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT