**PODHURST ORSECK, P.A.**
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Nancy Salas v. Monsanto Company, et al.*<br>Member Case No. 3:21-cv-06173-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**PLAINTIFF'S RESPONSE TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER**<br><br>Hearing:<br>Date:  July 27, 2023<br>Time: 10:00 A.M.<br>Place: San Francisco Courthouse<br>         Courtroom 4 – 17th Floor |

   Plaintiff respectfully files this response in opposition to Defendant's Motion to exclude the testimony of Dr. William Sawyer.

   This is not the first case in which Defendant Monsanto has attempted to exclude Dr. Sawyer's opinions. As this Court is aware, Monsanto has attempted to exclude Dr. Sawyer's opinions *numerous* times in cases that have been part of this multi-district litigation (MDL). Additionally, Monsanto has attempted to exclude Dr. Sawyer's opinions in numerous state-court

cases related to Roundup. *See* Appendix of state-court decisions (attached as Exhibit 1). In each instance, courts have rejected Monsanto's efforts. This case should be no different.

Consistent with the Court's repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve the record, Plaintiff hereby incorporates the following pleadings that were filed on the MDL docket. Should this Court see fit or request, Plaintiff will be happy to elaborate further—through supplemental briefing or oral argument—on the reasons why Dr. Sawyer's testimony should not be excluded here.

- Plaintiffs' Opposition to Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds (ECF #8692) (Opposition/Response re 8572 Motion to Strike *Testimony of Dr. William R. Sawyer*)

- Plaintiff Jaime Alvarez Calderon's Opposition to Monsanto Company's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert* Grounds (ECF #8906) (Opposition/Response re 8573 Motion to Strike Testimony of Dr. Sawyer)

- Plaintiffs' Response to Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds (ECF #12874, ECF #12878, ECF #12880, ECF #12881, ECF #12882) (Opposition/Response re 12793 Motion to Exclude Expert Testimony of Dr. William Sawyer)

- Plaintiffs' Response to Defendant's Motion to Exclude the Testimony of Dr. Charles Benbrook and Dr. William Sawyer (ECF #15963) (Opposition/Response re 15881 Motion to Exclude Testimony of Dr. Charles Benbrook and Dr. William Sawyer)

- Plaintiff's Response to Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds (ECF #8342) (Opposition/Response re 8010 Motion to Strike)

- Plaintiffs, Ira Vosper and Andrea Vosper's, Opposition to Defendant, Monsanto Company's, Motion to Exclude Testimony of Dr. William Sawyer Under Rule 702 (ECF #13946, ECF #14108) (Opposition/Response re 13779 Motion to Exclude Expert Testimony of Dr. William Sawyer Under Rule 702).

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Expert William Sawyer Under Rule 702 (ECF #14054) (Opposition/Response re 13913 Motion to Exclude Testimony of Dr. William Sawyer)

- Plaintiffs' Joint Response in Opposition to The General Issues Raised in Monsanto Company's Motion to Exclude Testimony of Specific causation Experts Barry Boyd, Lauren Pinter-Brown, William Sawyer, Ron Schiff and Dennis Weisenburger on *Daubert* Grounds (ECF #12896, ECF #12898)

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Expert William Sawyer Under Rule 702 (ECF #12901)

- Pretrial Order No. 201: Order Re Motion to Exclude Testimony of Dr. Sawyer (ECF #9137)

- Amended Pretrial Order No. 201: Order Re Motion to Exclude Testimony of Dr. Sawyer (Wave 1 Cases) (ECF #9142)

- Pretrial Order No. 260: Order Re Motions to Exclude Testimony of Dr. Sawyer (Wave 3) (ECF #14417)

- Order on Monsanto's Motions to Exclude Expert Testimony and Setting Case Management Conference (ECF #16763)

## CONCLUSION

For the foregoing reasons, Monsanto Company's Motion to Exclude Testimony of Dr. William Sawyer should be denied.

Dated: June 29, 2023

Respectfully submitted,

**PODHURST ORSECK, P.A.**

/s/ Steven C. Marks
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 29, 2023, I electronically filed the foregoing document with the Clerk

for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

By: <u>/s/ Steven C. Marks</u><br>
STEVEN C. MARKS<br>
*Counsel for the Plaintiff*