**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax:  202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax:  202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax:  415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax:  310-576-2200

*Attorneys for Defendant Monsanto Company*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No.:  3:16-md-02741-VC |
| *Salas v. Monsanto Company, et al.*, 3:21-cv-06173-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE DR. REID SMEDA'S TESTIMONY** |
| | Hearing: |
| | Date:  July 27, 2023 |
| | Time:  10:00 a.m. |
| | Place:  San Francisco Courthouse, Courtroom 4 – 17th Floor |

BRYAN CAVE LEIGHTON PAISNER LLP
ONE METROPOLITAN SQUARE
211 NORTH BROADWAY, SUITE 3600
ST. LOUIS, MISSOURI 63102-2726

I,      Jed P. White, declare as follows:

1.      I am an attorney at law admitted to practice before all of the courts in the state of California.  I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action.   I am over eighteen years of age and am fully competent to make this Declaration in Support of Monsanto Company's Response in Opposition to Plaintiff's Motion to Exclude Dr. Reid Smeda's Testimony. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Dr. Reid Smeda's expert report in the above-captioned matter, dated July 22, 2022.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Dr. Reid Smeda in the above-captioned matter, dated March 22, 2023.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Dr. William Sawyer in the above-captioned matter, dated February 2, 2023.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Order Regarding the Parties Motions to Exclude Experts, filed in *Ferro et al., v. Monsanto Company,* dated October 13, 2022.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the trial transcript in *Neal v. Monsanto*, dated March 22, 2022.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the Order on Pretrial Matters, filed in *Caballero v. Monsanto*, dated January 24, 2020.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the trial transcript in *L. Johnson v. Monsanto*, dated June 9, 2022.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the Order on Monsanto's Omnibus Sargon Motion in *D. Johnson v. Monsanto*, dated May 17, 2018.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the trial transcript in *Wyzik v. Monsanto*, dated October 27, 2022.

I hereby declare under penalty of perjury under the laws of the State of California and the

BRYAN CAVE LEIGHTON PAISNER LLP
ONE METROPOLITAN SQUARE
211 NORTH BROADWAY, SUITE 3600
ST. LOUIS, MISSOURI 63102-2726

United States of California that the foregoing is true and correct.

Executed June 29, 2023, at Santa Monica, California.

_____
Jed P. White

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of June, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Jed P. White*
Jed P. White