# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4     * * * * * * * * * * * * *      MDL NO. 2741

 5     IN RE:  ROUNDUP PRODUCTS    *    Case No. MDL No.
        LIABILITY LITIGATION        *    3:16-MD-02741-VC
 6
        * * * * * * * * * * * * *
 7
        This document relates to:
 8
        Nancy Salas
 9
        vs.
10
        Monsanto Company
11
        Case No. 3:20-CV-06173-VC
12

13

14

15              REMOTE VIDEOTAPED DEPOSITION

16                          OF

17              WILLIAM R. SAWYER, Ph.D.

18                    February 2, 2023

19

20

21

22

23     REPORTED BY:

24             J. Ashley Arrowood, RPR, CRR

25             Golkow Litigation Services
```

```
 1                A P P E A R A N C E S

 2

 3      APPEARING ON BEHALF OF THE PLAINTIFF:

 4            PODHURST ORSECK, P.A.

 5            Pablo Rojas

 6            SunTrust International Center

 7            One S.E. 3rd Avenue, Suite 2300

 8            Miami, Florida 33131

 9            projas@podhurst.com

10

11      APPEARING ON BEHALF OF THE DEFENDANT,

12      MONSANTO COMPANY:

13            NELSON MULLINS RILEY & SCARBOROUGH LLP

14            Ericka L. Downie

15            100 S. Charles Street, Suite 1600

16            Baltimore, Maryland 21201

17            ericka.downie@nelsonmullins.com

18

19      APPEARING ON BEHALF OF THE DEFENDANT,

20      BAYER CORPORATION:

21            ARNOLD & PORTER KAYE SCHOLER LLP

22            David A. Kerschner

23            250 West 55th Street

24            New York, New York 10019

25            david.kerschner@arnoldporter.com
```

```
 1                  I N D E X (Continued)

 2

 3      APPEARING ON BEHALF OF THE DEFENDANT,

 4      THE HOME DEPOT, INC.:

 5          MORRIS, MANNING AND MARTIN, LLP

 6          Patrick Lowther

 7          1600 Atlanta Financial Center

 8          3343 Peachtree Road, NE

 9          Atlanta, Georgia 30326

10          plowther@mmmlaw.com

11

12      ALSO PRESENT:

13          Maddie Cowell, Videographer

14

15

16

17

18

19

20

21

22

23

24

25
```

William R. Sawyer, Ph.D.

```
 1      Firm until shortly after that.
 2           Q.    Why did you do that rereview?
 3           A.    I review dozens, and sometimes
 4      even a hundred, studies a week, and I was aware
 5      of the IARC reclassification.
 6           Q.    All right.  Let's go back to your
 7      deposition notice.
 8                 9 is asking about any communications
 9      with various groups.  Did you have anything
10      responsive to that?
11           A.    Yeah.  No communications at all.
12           Q.    Okay.  No. 10, devices, equipments,
13      or other items used in connection with your
14      report in this particular case.
15           A.    I have no idea what that means.
16           Q.    Okay.  So let me ask you this.
17                 Did you do a site visit in this
18      matter?
19           A.    No.
20           Q.    This asks for any notes of
21      recordings or interviews you've had with any
22      potential witness or plaintiff and also including
23      Ms. Salas or her family members.
24                 Do you have any notes or recordings
25      of any interviews in this particular case?
```

```
 1                    C E R T I F I C A T E

 2

 3            I do hereby certify that the above and

 4      foregoing transcript of proceedings in the matter

 5      aforementioned was taken down by me in machine

 6      shorthand, and the questions and answers thereto

 7      were reduced to writing under my personal

 8      supervision, and that the foregoing represents a

 9      true and correct transcript of the proceedings

10      given by said witness upon said hearing.

11              I further certify that I am neither of

12      counsel nor of kin to the parties to the action,

13      nor am I in anywise interested in the result of

14      said cause.

15

16

17

18

19

20

21

22                   [signature]

23                   _____

24            J. ASHLEY ARROWOOD, RPR, CRR
              REGISTERED PROFESSIONAL REPORTER
25            CERTIFIED REALTIME REPORTER
```