# EXHIBIT 5

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI
Honorable Michael K. Mullen, Judge

EARL NEAL, et al.,            )
                              )
     Plaintiffs,              )
                              )
vs.                           ) Cause No. 1722-CC10773
                              )
MONSANTO COMPANY,             )
                              )
     Defendant.               )

TRIAL TRANSCRIPT

March 22, 2022

Volume 1B

Tina M. Givens, RPR, CCR #481
Official Court Reporter, Division 8
St. Louis City Circuit Court
22nd Judicial Circuit

# A P P E A R A N C E S

**COUNSEL FOR PLAINTIFFS:**

```
WEITZ & LUXENBERG, PC
  BY:   ROBIN GREENWALD
  rgreenwald@weitzlux.com
  BY:   JERRY KRISTAL
  jkristal@weitzlux.com
  BY:   JAMES (Jacksy) BILSBORROW
  jbilsborrow@weitzlux.com
  BY:   WILLIAM A. WALSH
  wwalsh@weitzlux.com
  BY:   KRISTEN B. MILLER
  kmiller@weitzlux.com
  700 Broadway, Floor 5
  New York, New York  10003
  Tel:  212.558.5500


WEITZ & LUXENBERG, PC
  BY:   JOSEPH J. MANDIA, ESQUIRE
  200 Lake Drive East, Suite 210
  Cherry Hill, New Jersey  08002
  Tel:  856.755.1115


NIEMEYER, GREBEL & KRUSE
  BY:   MARK R. NIEMEYER
  niemeyer@ngklawfirm.com
  BY:   MICHAEL S. KRUSE
  kruse@ngklawfirm.com
  211 N. Broadway, Suite 2950
  St. Louis, Missouri  63102
  Tel:  314.241.1919
```

**COUNSEL FOR DEFENDANT MONSANTO COMPANY:**

```
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
  BY:  TAREK ISMAIL
  tismail@goldmanismail.com
  200 South Wacker Drive
  22nd Floor
  Chicago, Illinois  60606
  Tel:  312.681.6000


THOMPSON COBURN LLP
  BY:  BOOKER SHAW
  bshaw@thompsoncoburn.com
  One US Bank Plaza
  St. Louis, Missouri  63101
  Tel:  314.552.6087


BRYAN CAVE LEIGHTON PAISNER
  BY:  STEFANI L. WITTENAUER
  stefani.wittenauer@bclplaw.com
  One Metropolitan Square
  211 North Broadway, Suite 3600
  St. Louis, Missouri  63102
  Tel:  314.259.2000


HUSCH BLACKWELL
  BY:  ERIK L. HANSELL
  erik.hansell@huschblackwell.com
  190 Carondelet Plaza, Suite 600
  St. Louis, Missouri  63105
  Tel:  314.480.1505



ALSO PRESENT:

LISA SCHROEDER - Senior Paralegal, Husch Blackwell
lisa.schroeder@huschblackwell.com
```

1                    THE COURT: I have no problem with
2      that. I have a problem where it crosses the
3      line, similar to something we talked about on
4      one of the defense witnesses earlier today where
5      we said you can't talk about the intent of
6      Monsanto or the motive of Monsanto.
7                    I think the corollary here is you
8      can't comment on the credibility of what the
9      plaintiff testified to on something as specific
10     as the backpack leaking or something like that.
11                   MS. ROSS: Yes, your Honor. And I
12     believe we're on the same page. It would be
13     similar to an expert talking about how fast a
14     car was moving based on tire tread marks. And
15     certainly an expert can offer testimony --
16                   THE COURT: Right.
17                   MS. ROSS: -- that if credited by a
18     jury might lead them to conclude that somebody
19     else's testimony is not credible. That is a
20     separate issue from commenting on the
21     credibility of a witness.
22                   THE COURT: So I'll allow Dr. Ditomaso
23     to testify, but not about -- I'm going to rule
24     out his ability to testify on credibility of a
25     witness.

1                    Does that make sense?
2                    MS. ROSS:  We are not offering him on
3         that issue.
4                    Thank you, your Honor.
5                    THE COURT:  Well, let's talk about
6         this.  This is the one, so we're clear.  "Dr.
7         Ditomaso himself" -- I'm reading from page 7 --
8         "himself made clear in his deposition that he
9         will not be testifying that plaintiffs are
10        lying, but rather that based on his experience
11        and knowledge in the field, many aspects of
12        plaintiffs' alleged use of Roundup do not square
13        with standard practice and scientific methods."
14                   So is that still what you intend?
15                   MS. ROSS:  So with respect to
16        crediting -- so what plaintiffs claim they used
17        Roundup to do, Dr. Ditomaso will testify as to
18        what they effect would have been had Ozie Parker
19        sprayed Roundup on his crops from 1975 to 1990.
20                   Dr. Ditomaso will comment on orchard
21        management and weed management in the context of
22        how glyphosate would be applied.
23                   THE COURT:  And Mr. Kristal, to the
24        last part of what Ms. Ross said, you're fine
25        with that.

1          MR. KRISTAL:  Yes.  But that's
2  different than what your Honor asked.
3          THE COURT:  It is, ish, but I'm okay
4  with where we are, so.
5          MR. KRISTAL:  In other words, the
6  comparison and, therefore, Mr. So-and-so, was
7  not accurate.  That part is the problem.
8          THE COURT:  Right.
9          MR. KRISTAL:  There's no problem
10  having an expert say in my opinion this is how
11  it would be done and if it was done this way
12  this is what would happen, and then the lawyer
13  is arguing Mr. Parker couldn't have done it
14  because you heard what the expert said.
15          THE COURT:  It's very similar to the
16  opposite side, same rule.  So I'll allow
17  Dr. Ditomaso to testify but not concerning the
18  credibility of the witnesses in this case.
19          MR. KRISTAL:  And the last part is the
20  negligible contact.  And I could find the pages
21  that everything he's saying is based solely on
22  his experience from 1995 forward with his
23  personal use and with people he's training that
24  you don't get more than negligible amounts.  And
25  that is not science.  That's simply an

**REPORTER'S CERTIFICATE**

I, Tina M. Givens, Registered Professional Reporter & Certified Court Reporter, do hereby certify that I am the Official Court Reporter for Division 8 of the Circuit Court of the City of St. Louis, State of Missouri; that on March 22, 2022, I was present in Division 7 and reported all the proceedings had in the case of EARL NEAL, et al., Plaintiffs, vs. MONSANTO COMPANY, Defendant, Cause No. 1722-CC10773.

I further certify that the foregoing pages contain a true and accurate reproduction of the proceedings.

I hereunto set my hand on this 22nd day of March, 2022.

/s/ Tina Givens
Tina Givens, CCR #481