Robin Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Karen Delorme-Barton v. Monsanto,* 3:18-cv-01427-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S RESPONSE AND MEMORANDUM IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR. ROBERT CONRY, M.D.** <br><br> Hearing: <br> Date: July 27, 2023 <br> Time: 10:00a.m. PDT <br> Place: Courtroom 4, 450 Golden Gate Ave. San Francisco, CA 94102 |

 **I, Robin L. Greenwald, declare and state:**

1.  I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiff. I submit this declaration in support of Plaintiff's Response and Memorandum in Opposition to Defendant Monsanto's Motion to Exclude Opinions of Plaintiff's Expert Dr. Robert Conry, M.D. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2.   Annexed hereto as Exhibit A is a true and correct copy of Dr. Robert Conry's *Curriculum Vitae* (Feb. 27, 2023), *Karen Delorme-Barton v. Monsanto,* Case No. 3:18-cv-01427-VC, U.S. District Court of the Northern District of California.

3.   Annexed hereto as Exhibit B is a true and correct copy of an excerpt from Dr. Robert Conry's Deposition Transcript (Apr. 14, 2023), *Karen Delorme-Barton v. Monsanto,* Case No. 3:18-cv-01427-VC, U.S. District Court of the Northern District of California.

4.   Annexed hereto as Exhibit C is a true and correct copy of Dr. Robert Conry Materials Considered List (n.d), *Karen Delorme-Barton v. Monsanto,* Case No. 3:18-cv-01427-VC, U.S. District Court of the Northern District of California.

5.   Annexed hereto as Exhibit D is a true and correct copy of Dr. Robert Conry's Supplemental Materials Considered List (Apr. 4, 2023) , *Karen Delorme-Barton v. Monsanto,* Case No. 3:18-cv-01427-VC, U.S. District Court of the Northern District of California.

6.   Annexed hereto as Exhibit E is a true and correct copy of an excerpt from Dr. Robert Conry's Deposition Transcript (Oct. 6, 2022), *Martin Griswold, et al. v. Monsanto,* Case No. 1922-CC1126, Circuit Court of the City of St. Louis, MO.

7.   Annexed hereto as Exhibit F is a true and correct copy of a peer-reviewed scientific report published by Gabriella Andreotti, *et al*. (2018) titled Glyphosate Use and Cancer Incidence in the Agricultural Health Study, *Journal of the National Cancer Institute* 110(5): 509-516.

8.   Annexed hereto as Exhibit G is a true and correct copy of a scientific report published by John Acquavella, *et al*. (2004) titled Glyphosate Biomonitoring for Farmers and Their Families: Results from the Farm Family Exposure Study, *Environmental Health Perspectives* 112(3): 321-326.

9.   Annexed hereto as Exhibit H is a true and correct copy of an excerpt from Plaintiff Karen Delorme-Barton's Deposition Transcript (Jan. 14, 2020), *Karen Delorme-Barton v. Monsanto,* Case No. 3:18-cv-01427-VC, U.S. District Court of the Northern District of California.

Executed this 30th Day of June, 2023.

Respectfully submitted,

By:   */s/ Robin L. Greenwald*
Robin L. Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: 212-558-5802
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin Greenwald*