# EXHIBIT A

**Robert M. Conry, M.D.**
*Curriculum Vitae*

# CURRICULUM VITAE

**PERSONAL INFORMATION**
    **Name: Robert M. Conry, M.D.**
    **Citizenship:** United States
    **E-Mail Address:** ███████████████
    **Phone:** ██████████
    **Fax:** █████████

**EDUCATION**
    May 1983 B.S. - Chemical Engineering, Auburn University, Auburn, AL
    May 1987 M.D. (cum laude) - Internal Medicine, University of Alabama at Birmingham May
    1988 Internship, University of Alabama at Birmingham
    May 1990 Residency, University of Alabama at Birmingham
        May 1993 Fellowship, Division of Hematology/Oncology, University of Alabama at Birmingham

**CURRENT APPOINTMENT**
    **January 2021-Present**
    Medical Oncologist & Hematologist, Clearview Cancer Institute, Anniston, AL
    30-physician medical oncology group in North and Central Alabama

**ACADEMIC APPOINTMENTS**
    **June 1993-May 1994**
    Instructor, Department of Medicine; Associate Scientist, Comprehensive Cancer Center, University of Alabama at Birmingham

    **June 1993-January 2021**
    Associate Scientist, UAB Comprehensive Cancer Center June 1994-May 1998 Assistant Professor, Department of Medicine; Associate Scientist, Comprehensive Cancer Center, University of Alabama at Birmingham

    **June 1998-January 2021**
    Associate Professor, Department of Medicine; Associate Scientist, Comprehensive Cancer Center, University of Alabama at Birmingham

    **June 1999-May 2008**
    Medical Director of the Immune Cytopenia Laboratory, University of Alabama at Birmingham

    **June 1999-May 2008**
    Associate Professor, Department of Pathology (Secondary Appointment), University of Alabama at Birmingham

    **June 2000-January 2021**
    Chairman, Cancer Center Melanoma Working Group, University of Alabama at Birmingham

**Exhibit A Page 1**

**Robert M. Conry, M.D.**
*Curriculum Vitae*

**AWARDS/HONORS**
**Undergraduate Education Honors (1983)**
Summa cum laude graduate
SPADES (ten most outstanding and influential seniors at Auburn)
Engineering School SGA President
Mortar Board
Omicron Delta Kappa
Phi Kappa Phi Most Outstanding Junior at Auburn University Award
Atlantic Richfield Company Outstanding Chemical Engineer Award

**Medical Education Honors (1987)**
Cum laude graduate

State of Alabama Academic Scholarship (four years)
Alpha Omega Alpha (inducted as a junior)
**OTHER HONORS**
Top Doctor in Newsweek Health: Top Cancer Doctors 2015; July 2015
America's Top Doctors Award for 5 years in 2013, Castle Connolly
Circle of Excellence Group Award; April, 2001

**LICENSURE**
State of Alabama (1988-present)

**BOARD CERTIFICATION**
Diplomate of the American Board of Internal Medicine (1990-2000)
Board Certified Diplomat in Hematology (2001-2012)
Board Certified Diplomate in Medical Oncology (1997-present)

**PATENT**
U. S. Patent Number 6677444, Melanoma Antigens and Methods of Use, Issued January 2004

**SOCIETY MEMBERSHIPS**
American Society of Clinical Oncology (ended 2014)

**COUNCILS AND COMMITTEES**
UAB Melanoma Program Director
Pediatric Cancer Research Interest Group (2013-Present)
Medical Director-Immune Cytopenia Laboratory at UAB (1999-2008)
Eastern Cooperative Oncology Group-Melanoma Committee Member
Cancer Center Melanoma Working Group
Cancer Center Sarcoma Working Group
Targeted Immunotherapy Group
Gene Therapy Vaccine Group

**RESEARCH INTERESTS**
"I am an Associate Scientist and Clinical Investigator at the UAB Comprehensive Cancer Center. Through this role, I have access to all clinical trials being conducted at UAB for all cancer types. As an active member of the Eastern Cooperative Oncology Group (ECOG), I likewise have access to a broad array of national cooperative group clinical trials for most malignancies, including breast, colon, lung and prostate cancer among others.

I have special research interests in the areas of melanoma skin cancer and sarcomas of soft tissue and

2

**Exhibit A Page 2**

**Robert M. Conry, M.D.**
*Curriculum Vitae*

bone. I have cared for the great majority of such patients requiring chemotherapy at UAB for the past twelve years. I receive melanoma and sarcoma patient referrals from seven southeastern states and beyond. We offer a variety of sarcoma clinical trials for which I am the local principal investigator. I also serve as the local principal investigator for an array of melanoma clinical trials in both the adjuvant (preventative) and metastatic settings. Our group at UAB is typically among the top three centers nationally and internationally for patient enrollment on melanoma trials. I also chair a Melanoma and Sarcoma Working Group which facilitates multidisciplinary interaction between surgeons, radiation oncologist and medical oncologist for patient care and research."

## CLINICAL EXPERIENCE

"As a hematologist/oncologist serving on the UAB faculty for over 15 years, I have extensive experience managing virtually all types of cancer. I have particular interest and experience in the management of breast, lung, colon and prostate cancer as well as melanoma and sarcoma."

## CLINICAL ACTIVITIES

Attending as the primary medical oncologist/hematologist at the Comprehensive Cancer Center, Kirklin Clinic at Acton Road. This entails clinical practice five days per week as well as accrual of patients to Cancer Center clinical trials. (01/01/2002-present)

Attending on the hematology/oncology consult service four months each year, which includes teaching of medical students, residents and fellows comprising the consult team. (01/01/2000-12/31/2001)

Attending in hematology/oncology clinic at The Kirklin Clinic two full and two half days per week including teaching of three hematology/oncology fellows who are assigned to my clinics. (01/01/2000-12/31/2001)

Attending in a rural hematology/oncology clinic in Sylacauga, Alabama, operated by the Southeast Cancer Network one to one and one half days per week. (02/01/1998-03/01/1999)

## TEACHING

The following medical students and fellows have received research training in my laboratory with my mentorship:

· Agnes Cartner, MSIV 1992-1994 Howard Hughes Research Training Fellowship for Medical Students (2 years)

· Heather Turner, MSII Summer 1993 NIH Training Grant for Medical Students

· Christy Klein, MSIII 1994-1995 Howard Hughes Research Training Fellowship for Medical Students (1 year)

· Yeo Yang Shin, MSII Summer 1994 NIH Training Grant for Medical Students

· Wade Alverson, MSII Summer 1995 NIH Training Grant for Medical Students

· Seung Lee, M.D. 1997-1998 Japanese Ph.D. candidate funded for a one-year externship in my laboratory
  through Cancer Center developmental funds

· Andrew White, M.D., 2nd Year Hematology/Oncology Fellow 1997-1999 Funded under an institutional training grant to do research in my laboratory
  for two years

**Robert M. Conry, M.D.**
*Curriculum Vitae*

· José Lima, M.D., Brazilian physician 1999-2001 Translational researcher funded via NCI grants

**MAJOR LECTURES**
**Robert M. Conry, M.D.**
*Curriculum Vitae*

Novel Approaches to Systemic Therapy of Melanoma
Georgia Cancer Specialists invited speaker
Atlanta, GA
June 2001

Adjuvant Therapy of Melanoma
Schering Oncology invited speaker
Birmingham, AL
June 2001

Biological Therapy of Metastatic Melanoma
Chiron Corporation invited speaker
Birmingham, AL
February 2001

Recombinant Vaccines for Cancer Therapy
Department of Medicine Grand Rounds, UAB
1995

Treatment Strategies for Adult Soft Tissue Sarcoma
Division of Hematology/Oncology Grand Round, UAB
September 2007

**ORAL PRESENTATIONS**
**<u>Scientific papers presented at national and international meetings</u>**

Human immune response to carcinoembryonic antigen tumor vaccines. Oral presentation at the Society for Biological Therapy 10th Annual Scientific Meeting, Williamsburg, VA, November 1995.

Phase I trial of polynucleotide immunization to carcinoembryonic antigen in patients with metastatic colorectal cancer. Oral presentation at the 1st Gordon Conference on Genetic Vaccines/DNA Vaccines, Plymouth, NH, July 1997.

**MISCELLANEOUS**

**<u>Speaker's Bureau</u>**

1. Genetech, Inc. – Active

2. Merck, Inc. – Active

3. Novartis, Inc. – Active

4. Bristol Myers Squibb, Inc. – Active

**Robert M. Conry, M.D.**
*Curriculum Vitae*

### Clinical Trials Performed

1. **UAC 2110 –** Phase I trial of murine monoclonal antibody CC49 in patients with metastatic carcinoma of the prostate.
   *(Co-Investigator; Completed in 1993)*

2. **UAC 194 –** Phase I study of a murine monoclonal antibody HD37/dg ricin A chain immunotoxin in patients with chemotherapy resistant B-cell lymphoma.
   *(CoInvestigator; Completed in 1994)*

3. **UAC 1143 –** A pilot study of the recombinant vaccinia-CEA vaccine in patients with low tumor burden adenocarcinoma of the colon.
   *(Co-Investigator; Completed in 1995)*

4. **UAB 9413 –** A phase I study of recombinant CEA (r-CEA) immunogen in hormone-responsive patients with metastatic adenocarcinoma of the breast.
   *(Principal Investigator; Completed in 1996)*

5. **UAB 9501 –** A pilot study of the recombinant vaccinia-CEA (70 Kd) vaccine in patients with low tumor burden adenocarcinoma of the colon/rectum.
   *(Principal Investigator; Completed in 1997)*

6. **UAB 9619 –** A phase I trial of a recombinant vaccinia-CEA (180 Kd) vaccine delivered by intradermal needle injection versus subcutaneous jet injection in patients with metastatic CEA-expressing adenocarcinoma.
   *(Principal Investigator; Completed in 1997)*

7. **UAB 9632 –** Immunization of patients with colorectal cancer with OncoVax-CL (vaccine composed of recombinant KSA antigen with lipid A formulated in liposomes, alum precipitated). *(Principal Investigator; Completed in 1998)*

8. **UAB 9701 –** Phase Ib trial of intratumoral injection of a recombinant canarypox virus encoding the human interleukin-12 gene (ALVAC-hIL-12) in patients with surgically incurable melanoma.
   *(Principal Investigator; Completed in 1998)*

9. **UAB 9405 –** Phase Ia trial of a polynucleotide anti-tumor immunization to human carcinoembryonic antigen in patients with metastatic colorectal cancer.
   *(Principal Investigator; Completed in 1998)*

10. **UAB 9705 –** Phase Ib trial of intratumoral injection of a recombinant canarypox virus encoding human B7.1 (ALVAC-hB7.1) or a combination of ALVAC-hB7.1 and a recombinant canarypox virus encoding human interleukin-12 (ALVAC-hIL-12) in patients with surgically incurable melanoma.
    *(Principal Investigator; Completed in 2000)*

11. **UAB 9746 –** Phase I/II Trial of a Human Anti-Idiotypic Monoclonal Antibody Vaccine (4B5) Which Mimics the GD2 Antigen, in Patients with Melanoma.
    *(Principal Investigator; Completed in 2000)*

12. **UAB 9856 –** Immunization of Patients with Colorectal Cancer with OncoVax-CLb™ (Colorectal-Lung Cancer Vaccine)

**Robert M. Conry, M.D.**
*Curriculum Vitae*

*(Principal Investigator; Completed in 2000)*

13. **UAB 9727 –** Phase I dose escalation trial of a polynucleotide vaccine encoding MART1 (melanoma antigen recognized by T-cells-1) in patients with resected high risk melanoma.

*(Principal Investigator; Completed in 2002)*

14. **ECOG 3695 –** A Randomized Phase III Trial of Concurrent Biochemotherapy with Cisplatin, Vinblastine, Decarbazine, IL-2 and Interferon Alpha-2b Versus Cisplatin, Vinblastine, Decarbazine Alone in Patients with Metastatic Malignant Melanoma.
*(Institutional Principal Investigator, Completed in 2002)*

15. **UAB 0119 –** Randomized Study of Decarbazine Versus Decarbazine Plus G3139 (Bcl-2 Antisense Oligonucleotide) in patients with Advanced Malignant Melanoma.
*(Principal Investigator; Completed in 2003)*

16. **UAB 0135 –** Pilot Phase II Study of Safety and Immunogenicity of an ALVAC-CEA/B7.1 Vaccine Administered with Chemotherapy, Alone or in Combination with Tetanus Toxoid, as Compared to Chemotherapy Alone, in Patients with Metastatic Colorectal Adenocarcinoma.
*(Principal Investigator: Completed in 2003)*

17. **ECOG 1696 –** Phase II Evaluation of Immunization with an HLA-A2 Multi-Epitope Peptide Vaccine Containing MART-1, gp 100, and Tyrosinase Peptides Alone or in Combination with GM-CSF, IFN or GM-CSF and IFN in Patients with Metastatic Melanoma.
*(Institutional Principal Investigator, Completed in 2002)*

18. **UAB 0113 –** A Phase III Multi-Institutional Randomized Study of Immunization with the gp100: 209-217 (120M) Peptide Followed by High Dose IL-2 vs. High Dose IL-2 Alone in Patients with Metastatic Melanoma.
*(Principal Investigator: NCI, Completed in April 2007)(UAB led enrollment nationally)*

19. **UAB 0205 -** A Phase I Multicenter Trial to Determine the Safety, Tolerance and Pharmaco Kinetic Profile of KW-2871, a Chimeric Anti-GD3 Monoclonal Antibody, when Administered to Patients with Advanced Malignant Melanoma.
*(Principal Investigator: Kyowa Pharmaceuticals, Inc. Completed in 2004)*

20. **ECOG 1697 –** Phase III Randomized Study of Four Weeks High Dose IFN-alpha 2b in Stage T3-T4 or N1 (microscopic) Melanoma.
*(Institutional Principal Investigator, December 2001-Present)*

21. **ECOG 4697 –** A Randomized, Placebo-Controlled Phase III Trial of Yeast Derived GM-CSF Versus Peptide Vaccination Versus GM-CSF Plus Peptide Vaccination Versus Placebo in Patients with "No Evidence of Disease" after Complete Surgical Resection of "Locally Advanced" and/or Stage IV Melanoma.
*(Institutional Principal Investigator, Completed in 2006)(UAB led enrollment nationally)*

22. **UAB 0281 –** Multicenter, Randomized, Double-blind, Parallel-group Study to Compare the Efficacy and Safety of Two CC-5013 Dose Regimens in Subjects with Metastatic Malignant Melanoma Whose Disease Has Progressed on Treatment with DTIC, IL-2 or IFN-alpha and/or IFN-beta Based Therapy.
*(Institutional Principal Investigator, Completed in 2004)*

23. **UAB 0284 –** A Phase III Study of Heat Shock Protein-Peptide Complex Versus Interleukin-2

**Robert M. Conry, M.D.**
*Curriculum Vitae*

and/or Dacarbazine/Temozolomide Based Therapy in Stage IV Melanoma.
*(Institutional Principal Investigator, Completed in 2004)*

24. **ECOG S0008** – Phase III Trial of High Dose Interferon Alpha-2b Versus Cisplatin, Vinblastine, DTIC Plus IL-2 and Interferon in Patients with High Risk Melanoma.
*(Institutional Principal Investigator, August 2002 - Present)*

25. **ECOG 2602** – Phase II Study of Low Dose Peginterferon Alfa –2b in Patients with Metastatic Melanoma Over-Expressing Basic Fibroblast Growth Factor.
*(Institutional Principal Investigator, November 2003 - Present)*

26. **UAB 0365** – Phase III Study of Taxoprexin Injection vs. Decarbazine in Patients with Metastatic Melanoma.
*(Institutional Principal Investigator, January 2005 - Present)*

27. **UAB 0460 –** Phase I/II Study of KW-2871 Administered with a Premedication Regimen in Patients with Metastatic Melanoma.
*(Institutional Principal Investigator, January 2005 – December 2005)*

28. **UAB 0437** – Phase III Trial of Extended Schedule, Escalated Dose Temozolomide vs. Dacarbazine in Metastatic Melanoma Patients.
*(Institutional Principal Investigator, EORTC, January 2005 – Present)*

29. **UAB 0523** – Phase III Randomized Placebo Controlled Study of Sorafenib in Combination with Paclitaxel/Carboplatin Chemotherapy in Unresectable Stage 3 or Stage 4 Melanoma.
*(Institutional Principal Investigator, Completed in May 2006)*

30. **UAB 0481** – Please II Open-Label Study of M200 in Combination with Dacarbazine in Patients with Metastatic Melanoma
*(Institutional Co-P.I., February 2005 – November 2005).*

31. **UAB 0540 –** Phase I Study of CS-1008 A Humanized Monoclonal Antibody Targeting Death Receptor 5 (DR5), Administered Weekly to Patients with Advanced Malignancies.
*(Institutional Principal Investigator, August 2006 - Present)*

32. **RAD 0602 –** Phase I Imaging and Safety Study of IV I-131 Labeled Chlorotoxin for Patient with Recurrent or Refractory Somatic +/or Cerebral Mets.
*(Institutional Principal Investigator, August 2006 - Present)*

33. **UAB E1697** – Phase III randomized Study of Four Weeks High Dose IFN-alfa2b in Stage T2bNo, T3a-bNo, T4a-bNo, T4a-bNo, and T1-4,N1a,2a (microscopic) Melanoma. *(This study reopened)*

34. **UAB 0814** – A Pivotal Trial to Determine the Efficacy and Safety of AP23573 when Administered as Maintenance Therapy to Patients with Metastatic Soft-Tissue or Bone Sarcomas

35. **UAB 0829** – A Double-Blind, Randomized, Placebo-Controlled Phase III Study to Assess the Efficacy of recMAGE-A3 + AS15 ASCI as Adjuvant Therapy in Patients with

**Robert M. Conry, M.D.**
*Curriculum Vitae*

MAGE-A3 Positive Resected Stage III Melanoma. *(Opened July 2009)*

36. **UAB 0850 –** A Randomized Double-Blind Phase III Trial of Pazopanib versus Placebo in Patients with Soft Tissue Sarcoma Whose Disease has Progressed During or Following Prior Therapy

37. **UAB 0904** – A Randomized, Double-Blind, Placebo-Controlled, Phase 2 Study Evaluating the Efficacy of ABT-888 in Combination with Temozolomide Versus Temozolomide Alone in Subjects with Metastatic Melanoma

38. **UAB 0922** – An Open-Label, Multicenter, Phase III Trial of ABI-007 vs. Dacarbazine in Previously Untreated Patients with Metastatic Malignant Melanoma *(Opened September 2009, Completed May 2014)*

39. **UAB 0933** – A Randomized, Phase III Trial of Tasisulam vs. Paclitaxel as Second Line Treatment in Patients with Metastatic Melanoma *(Opened May 2010, Closed December 2010)*

40. **UAB 1002** – BRIM 3: A Randomized, Open-Label, Controlled Phase III Study in Previously Untreated Patients with Unresectable Stage III or Stage IV Melanoma (BRAF inhibitor trial) *(Opened June 2010, Completed December 2010)*

41. **UAB 1023 –**An Open-Label, 2-Cohort, Multi-Center, Phase 2 Study of E7080 in Previously Treated Subjects with Unresectable Stage III or Stage IV Melanoma *(Opened January 2011)*

42. **UAB 1041 –** A Phase III Randomized, Open-Label Study Comparing GSK2118436 to DTIC in Previously Untreated Subjects with BRAF Mutation Positive Metastatic Melanoma *(Opened March 2011)*

43. **ECOG 1608 –**A Phase II Trial of GM-CSF Plus Ipilimumab in Patients with Advanced Melanoma *(Opened June 2011)*

44. **UAB 1110 –** A Phase III Multi-Center, International Randomized, Double-Blind, Placebo-Controlled Study of Doxorubicin Plus Palifosfamide-Tris vs. Doxorubicin Plus Placebo in Patients with Front-Line Metastatic Soft Tissue Sarcoma *(Opened July 2011)*

45. **ECOG 1609 -** A Phase III Randomized Study of Adjuvant Ipilimumab Anti-CTLA4 Therapy Versus High-Dose Interferon alpha-2b for Resected High-Risk Melanoma *(Opened February 2012-Present)*

46. **UAB 1215**- A Phase III, Randomized, Open-Label Study Comparing the Combination of the BRAF Inhibitor, dabrafenib and the MEK Inhibitor, trametinib to the BRAF Inhibitor vemurafenib in Subjects with Unresectable (stage IIIc) or metastatic (stage IV) BRAF V600E/K mutation positive cutaneous melanoma *(Opened July 2012 )*

47. **UAB 1223**-A Phase III, Randomized, Double-Blind, Placebo-Controlled Study of vemurafenib (RO5185426) Adjuvant Therapy in Patients with Surgically Resected, Cutaneous BRAF-Mutant Melanoma at High Risk for Recurrence *(Opened August 2012-Present)*

**Robert M. Conry, M.D.**
*Curriculum Vitae*

48. **UAB 1245** – A Multicenter, Open-Label, Randomized Phase II Trial of the MEK Inhibitor Pimasertib or Dacarbazine in Previously Untreated Subjects with NRAS Mutated Locally Advanced or Metastatic Malignant Melanoma *(Opened December 2012-Present)*

49. **UAB 1259** – Randomized, Phase II Study of MK-3475 versus Chemotherapy in Patients with Advanced Melanoma *(Opened February 2013, Completed November 2013 )*

50. **UAB 1284** – A Phase III, Double-Blind, Placebo-Controlled Study of Vemurafenib vs. Vemurafenib + GDC-0973 in Previously Untreated BRAF V600 Mutation Positive Patients with Unresectable, Locally Advanced Metastatic Melanoma *(Opened April 2013)*

51. **UAB 1304** – A Phase III, Randomized, Double-Blind Study of Dabrafenib in Combination with Trametinib vs. Placebo in the Adjuvant Treatment of High Risk BRAF V600E/K Mutation Positive Melanoma after Surgical Resection *(Opened May 2013-Present)*

52. **E3611** – A Randomized Phase II Study of Ipilimumab at 3 mg/kg or 10 mg/kg alone or in Combination with High Dose Interferon-A in Advanced Melanoma *(Opened November 2013-Present)*

53. **UAB 1382**—Phase 1B Dose Escalation Study of TRC105 in Combination with Pazopanib in Patients with Advanced Soft Tissue Sarcoma *(Opened December 2013-Present)*

54. **UAB 1369** –Novartis (MEK162/LGX818): A Phase III Randomized 3 Arm, Open Label, Multicenter Study of LGX818 plus MEK162 and LGX 818 monotherapy compared with Vemurafenib in patients with Unresectable or Metastatic BRAF V600 Mutant Melanoma. *(Opened July 2014-Present)*

55. **UAB 1407**—BRF117277: A Phase II, Open-Label, Multicentre Study of Dabrafenib Plus Trametinib in Subjects with BRAF Mutation-Positive Melanoma that has Metastasized to the Brain. *(Opened September 2014-Present)*

56. **UAB 1427**—A Multicenter, Randomized, Open-Label Phase 3 Study to Investigate the Efficacy and Safety of Aldoxorubicin Compared to Investigator's Choice in Subjects with Metastatic, Locally Advanced, or Unresectable Soft Tissue Sarcomas Who Either Relapsed or Were Refractory to Prior Non-Adjuvant Chemotherapy. *(Opened October 2014-Present)*

57. **E3612**—A Randomized Phase II Trial of Ipilimumab with or without Bevacizumab in Patients with Unresectable Stage III or Stage IV Melanoma. *(Opened January 2015-Present)*

58. **A091105**—A Phase III, Double Blind, Randomized, Placebo-Controlled Trial of Sorafenib in Desmoid Tumores or Aggressive Fibromatosis. *(Opened February 2015-Present)*

59. **SWOGSS1320**—A Randomized Phase II Trial of Intermittent Versus Continuous Dosing

**Robert M. Conry, M.D.**
*Curriculum Vitae*

of Dabrafenib (NSC-763760) and Trametinib (NSC-763093) in BRAF V600E/K Mutant Melanoma. *(Opened February 2015-Present)*

60. **NRG-ARST 1321**—Pazopanib Neoadjuvant Trial in Non-Rhabdomyosarcoma Soft Tissue Sarcomas (PAZNTIS): A Phase II/III Randomized Trial of Preoperative Chemoradiation or Preoperative Radiation Plus or Minus Pazopanib. *(Opened March 2015 -Present)*

61. **UAB 1503**-A Prospective Randomized, Blinded, Placebo-Controlled Phase IIb Trial of an Autologous Tumor Lysate (TL) + Yeast Cell Wall Particles (YCWP) + Dendritic Cells (DC) Vaccine vs. Unloaded YCWP+DC in Stage III and IV (Resected) Melanoma to Prevent Recurrence. *(Opened July 2015-Present)*

62. **UAB 1488--**Amgen 20110266: A Phase 2, Multicenter, Randomized, Open-label Trial Assessing the Efficacy and Safety of Talimogene Laherparepvec Neoadjuvant Treatment Plus Surgery Versus Surgery Alone for Resectable, Stage IIIB to IVM1a Melanoma. *(Opened July 14, 2015-Present)*

63. **ALLIANCE-A091201**-Randomized Study Comparing the MET Inhibitor Cabozantinib to Temozomide/Dacarbazine in Ocular-Melanoma *(Opened September 2015-Present)*

## PUBLICATIONS

1. Cobbs CG, **Conry RM**: Anorexia, fever, murmur and ocular symptoms in a 56-year-old man. *Hospital Physician* 23:69-73, 1987.

2. **Conry RM**, Khazaeli MB, LoBuglio AF: Lack of T cell immunity in humans with pre-existing anti-mouse immunoglobulin reactivity. *Cancer Research* 52:6979-6982, 1992.

3. Cartner AM, **Conry RM**, Safavy A, Khazaeli MB, Sumerel LA, LoBuglio AF: An animal model to predict the immunogenicity of murine V-regions in humans. *Human Antibodies and Hybridomas* 4:174-180, 1993.

4. Khazaeli MB, **Conry RM**, LoBuglio AF: Human immune response to monoclonal antibodies. *Journal of Immunotherapy* 15:42-52, 1994.

5. Saleh MN, **Conry RM**, LoBuglio AF: Clinical experience in murine, human and genetically engineered monoclonal antibodies. In: Rosenberg M, Moore GP (eds), Handbook of Experimental Pharmacology, Vol. 113, Chapter 15. Springer-Verlag, Berlin Heidelberg, pp. 369-386, 1994.

6. **Conry RM**, LoBuglio AF, Kantor J, Schlom J, Loechel F, Moore SE, Sumerel LA, Barlow DL, Abrams S, Curiel DT: Immune response to a carcinoembryonic antigen polynucleotide vaccine. *Cancer Research* 54:1164-1168, 1994.

7. Ansardi DC, Moldoveanu Z, Porter DC, Walker DE, **Conry RM**, LoBuglio AF, McPherson S, Morrow CD: Characterization of poliovirus replicons encoding carcinoembryonic antigen. *Cancer Research* 54:6359-6364, 1994.

8. Lu D, Benjamin R, Kim M, **Conry RM**, Curiel DT: Optimization of methods to achieve mRNA-mediated transfection of tumor cells *in vitro* and *in vivo* employing cationic liposome vectors. *Cancer Gene Therapy* 1(4):245-252, 1994.

9. Deshane J, Loechel F, **Conry RM**, Siegal GP, King CR, Curiel DT: Intracellular single-chain antibody

**Robert M. Conry, M.D.**
*Curriculum Vitae*

directed against erbB2 down-regulates cell surface erbB2 and exhibits a selective anti-proliferative effect in erbB2 overexpressing cancer cell lines. *Gene Therapy* 1:332-337, 1994.

10. **Conry RM**, LoBuglio AF, Loechel F, Moore SE, Sumerel LA, Barlow DL, Curiel DT: A carcinoembryonic antigen polynucleotide vaccine has *in vivo* antitumor activity. *Gene Therapy* 2:59-65, 1995.

11. **Conry RM**, LoBuglio AF, Loechel F, Moore SE, Sumerel LA, Barlow DL, Pike J, Curiel DT: A carcinoembryonic antigen polynucleotide vaccine for human clinical use. *Cancer Gene Therapy* 2(1):33-38, 1995.

12. **Conry RM**, LoBuglio AF, Wright M, Sumerel L, Pike MJ, Johanning F, Benjamin R, Lu D, Curiel DT: Characterization of an mRNA polynucleotide vaccine vector. *Cancer Research* 55:1397-1400, 1995.

13. Johanning FW, **Conry RM**, LoBuglio AF, Wright M, Sumerel LA, Pike MJ, Curiel DT: A Sindbis virus mRNA polynucleotide vector achieves prolonged and high level heterologous gene expression *in vivo*. *Nucleic Acids Research* 23:1495-1501, 1995.

14. Lewis BJ, **Conry RM**: Breast cancer. In: Bennett JC, Plum F (eds), Cecil Textbook of Medicine, 20th Edition. W.B. Saunders Co., Chapter 208.5, pp. 13201325, 1996.

15. **Conry RM**, Widera G, LoBuglio AF, Fuller JT, Moore SE, Barlow DL, Turner J, Yang N-S, Curiel DT: Selected strategies to augment polynucleotide immunization. *Gene Therapy* 3:67-74, 1996.

16. **Conry RM**, LoBuglio AF, Curiel DT: Polynucleotide-mediated immunization therapy of cancer. *Semiars in Oncology* 23:135-147, 1996.

17. **Conry RM**, Khazaeli MB, Saleh MN, Ghetie V, Vitetta ES, Liu T, LoBuglio AF: Phase I trial of an anti-CD19 deglycosylated ricin A chain immunotoxin in non-Hodgkin's lymphoma: Effect of an intensive schedule of administration. *The Journal of Immunotherapy* 18:231-241, 1995.

18. **Conry RM**, LoBuglio AF, Curiel DT: Clinical Protocol: Phase Ia trial of a polynucleotide antitumor immunization to human carcinoembryonic antigen in patients with metastatic colorectal cancer. *Human Gene Therapy* 7:755-772, 1996.

19. Strong TV, **Conry RM**: (Review) Polynucleotide immunization. *Sci Med* 4:4-5, 1997.

20. **Conry RM**, Bantia S, Turner HS, Barlow DL, Allen KO, LoBuglio AF, Montgomery JA, Walsh GM: Effects of a novel purine nucleoside phosphorylase inhibitor, BCX34, on activation and proliferation of normal human lymphoid cells. *Immunopharmacology* 40:1-9, 1998.

21. Strong TV, Hampton TA, Louro I, Bilbao G, **Conry RM**, Curiel DT: Incorporation of βglobin untranslated regions into a Sindbis virus vector for augmentation of heterologous mRNA expression. *Gene Therapy* 4:624-627, 1997.

22. McDaniel LS, Loechel F, Benedict C, Greenway T, Briles DE, **Conry RM**, Curiel DT: Immunization with a plasmid expressing pneumococcal surface protein A (PspA) can elicit protection against fatal infection with Streptococcus pneumoniae. *Gene Therapy* 4:375-377, 1997.

23. Smith BF, Baker HJ, Curiel DT, Jiang W, **Conry RM**: Humoral and cellular immune response of dogs immunized with a nucleic acid vaccine encoding human carcinoembryonic antigen. *Gene*

**Robert M. Conry, M.D.**
*Curriculum Vitae*

*Therapy*, 5:865-868, 1998.

24. White SA, **Conry RM**, Curiel DT, LoBuglio AF: Polynucleotide-mediated immunization therapy of cancer. In: Gerson SL, Lattime EC (eds), *Gene Therapy of Cancer*, Academic Press, 271-283, 1998.

25. **Conry RM**, White SA, Fultz PN, Khazaeli MB, Strong TV, Allen KO, Barlow, DL, Moore SE, Coan PN, Davis I, Curiel DT, LoBuglio, AF: Polynucleotide immunization of nonhuman primates against carcinoembryonic antigen. *Clinical Cancer Research*, 4:2903-2912, 1998.

26. Lee S-w, Li H, Strong TV, Moore SE, **Conry RM**: Development of a polynucleotide vaccine from melanoma antigen recognized by T cell-1and recombinant protein from melanoma antigen recognized by T cells-1 for melanoma vaccine clinical trials. *Journal of Immunotherapy* 23(3): 379-386, 2000.

27. **Conry RM**, Khazaeli MB, Saleh MN, Allen KO, Barlow DL, Moore SE, Craig D, Arani RB, Schlom J, LoBuglio AF. Phase I trial of a recombinant vaccinia virus encoding carcinoembryonic antigen in metastatic adenocarcinoma: comparison of intradermal versus subcutaneous administration. *Clinical Cancer Research* 5:2330-2337, 1999.

28. **Conry RM**, Allen KO, Lee SW, Moore SE, Shaw DR and LoBuglio AF: Human autoantibodies to carcinoembryonic antigen induced by a vaccinia-CEA vaccine. *Clinical Cancer Research* 6:34- 41, 2000.

29. White SA, **Conry RM**: DNA Vaccines: Clinical Applications. "Principles and Practice of the Biological Therapy of Cancer" 3rd Ed; 18.4 pg 674-686. Lippincott Williams and Wilkins. 2000.

30. White SA, LoBuglio AF, Shaw DR, Strong TV, Pike MJ, Moore SE, Barlow DL, **Conry RM**: Induction of anti-tumor immunity by intrasplenic administration of a carcinoembryonic antigen DNA vaccine. *J Gene Medicine* 2:2:135-140, 2000.

31. Hampton TA, **Conry RM**, Khazaeli MB, Shaw DR, Curiel DT, LoBuglio, AF, Strong TV: SEREX analysis for tumor antigen identification in a mouse model of adenocarcinoma. *Cancer Gene Therapy* 7: 446-455, 2000.

32. **Conry RM**, Curiel DT, Strong TV, Moore SE, Allen KO, Barlow DL, Shaw DR, LoBuglio AF: Safety and Immunogenicity of a DNA Vaccine Encoding Carcinoembryonic Antigen and Hepatis B Suface Antigen in Colorectal Carcinoma Patients. *Clin Cancer Res* 8:2782-2787, 2002.

33. Neidhart J, Allen KO, Barlow DL, Carpenter M, Shaw DR, Triozzi PL, **Conry RM**: Immunization of Colorectal Cancer Patients with Recombinant Baculovirus-Derived KSA (EP-CAM) Formulated with Monophosphoryl Lipid A in Liposomal Emulsion, with and without Granulocyte-Macrophage Colony Stimulating Factor. *Vaccine* 22:774-781, 2004.

34. Triozzi PL, Strong TB, Bucy P, Allen KO, Carlisle RR, Moore SE, LoBuglio AF, **Conry RM**: Intratumoral Administration of a Recombinant Canarypox Virus Expressing Interkeukin-12 in Patients with Metastatic Melanoma. *Human Gene Therapy* 19(1): 91-100, 2005.

35. Triozzi PL, Allen KO, Carlisle RR, Craig M, **Conry RM**: Phase I Study of the Intratumoral Administration of Recombinant Canarypox Viruses Expressing B7.1 and Interleukin-12 in Patients with Metastatic Melanoma. *Clinical Cancer Research* Jun 1; 11(11): 4168-75, 2005.

**Robert M. Conry, M.D.**
*Curriculum Vitae*

36. Triozzi PL, **Conry RM**: Phase I Study of a Plasmid DNA Vaccine Encoding MART-1 in Patients with Resected Melanoma at Risk for Relapse. *Journal of Immunotherapy* Jul-Aug; 28(4): 382-8, 2005.

37. Bedikian A, Millward M, Pehamberger H, **Conry RM**, Gore M, Sterry W, Pavlick AC, DeConti R, Hersh EM, Hersey P, Kirkwood JM, Haluska FG, et al: Bcl-2 Antisense (Oblimersen Sodium) plus Dacarbazine in Patients with Advanced Melanoma. *Journal of Clinical Oncology* Oct 10; 24(29): 4738-4745, 2006.

38. Forero A, Shah, JJ, Carlisle R, Triozzi PL, LoBuglio AF, Wang W, Fujimori M, **Conry RM**: A Phase I Study of an Anti-GD3 Monoclonal Antibody, KW2871, in Patients with Metastatic Melanoma. *Cancer Biotherapy & Radiopharmaceuticals* Dec 2006, 21(6): 561-568.

39. Triozzi PL, Shah JJ, Wang WQ, Aldrich W, Edberg JC, Su K, Carlisle R, **Conry RM**, Forero A: Anti-GD3 Monoclonal Antibody Effects on Lymphocytes and Antibody-Dependent Cellular Cytotoxicity. *Cancer Biotherapy & Radiopharmaceuticals* Dec 2006, 21(6): 553-560.

40. Kaufman HL, Lenz, HL, Marshall J, Singh D, Garett C, Cripps C, Moore M, von Mehren M, Dalfen R, Heim WJ, **Conry RM**, Urba WJ, Benson III AB, Yu M, Caterini J, Elias I, Berinstein NL, et al: Combination chemotherapy and ALVAC-CEA/B7.1 vaccine in patients with metastatic colorectal cancer. *Clinical Cancer Research* Aug 1; 14(15): 4843-4849, 2008.

41. Bedikian AY, DeConti RC, **Conry R,** Agarwala S, Papadopoulos N, Kim KB, Ernstoff M: Phase 3 Study of Docosahexaenoic Acid-Paclitaxel Versus Dacarbazine in Patients with Metastatic Malignant Melanoma. *Annals of Oncology* Apr; 22(4): 787-793, 2011.

42. Schwartzentruber DJ, Lawson DH, Richards JM, **Conry RM**, Miller DM, Treisman J, Gailani F, Riley L, Conlon K, Pockaj B, Kendra KL, White RL, Gonzalez R, Kuzel TM, Curti B, Leming PD, Whitman ED, Balkissoon J, Reintgen DS, Kaufman H, Marincola FM, Merino MJ, Rosenberg SA,

Choyke P, Vena D, Hwu P: gp100 Peptide Vaccine and Interleukin-2 in Patients with Advanced Melanoma. *New England Journal of Medicine* Jun 2; 364(22): 2119-2127, 2011.

43. Chapman PB, Hauschild A, Robert C, Haanen JB, Ascierto P, Larkin J, Dummer R, Garbe C, Testori A, Maio M, Hogg D, Lorigan P, Lebbe C, Jouary T, Schadendorf D, Ribas A, O'Day SJ, Sosman JA, Kirkwood JM, Eggermont AM, Dreno B, Nolop K, Li J, Nelson B, Hou J, **Conry R**, Lee RJ, Flaherty KT, McArthur AG; BRIM-3 Study Group: Improved Survival with vemurafenib in Melanoma with BRAF V600E mutation. *New England Journal of Medicine* Jun 30; 364(26): 2507-2516, 2011.

44. Patel P, Suciu S, Mortier L, Kruit WH, Robert C, Schadendorf D, Trefzer U, Punt CJ, Dummer R, Davidson N, Becker J, **Conry R**, Thompson JA, Hwu WJ, Engelen K, Agarwala SS, Keilholz U, Eggermont AM, Spatz A; on behalf of the EORTC Melanoma Group: Extended Schedule, Escalated Dose Temozolomide Versus Dacarbazine in Stage IV Melanoma: Final Results of the Randomised Phase III Study (EORTC 18032). *European Journal of Cancer* Jul; 47(10): 1476-1483, 2011.

45. van der Graaf WT, Blay JY, Chawla SP, et al. (**R Conry** listed as a local investigator). Pazopanib for metastatic soft-tissue sarcoma (PALETTE): a randomised, double-blind, placebo-controlled phase 3 trial. *Lancet* May 19; 379(9829): 1879-86, 2012.

46. Boyd KP, Vincent B, Andea A, **Conry RM,** Hughey LC. Non-malignant Cutaneous Findings

**Robert M. Conry, M.D.**
*Curriculum Vitae*

Associated with Vemurafenib Use in Patients with Metastatic Melanoma. *Journal of the American Academy of Dermatology*. Dec; 67(6):1375-9, 2012.

47. Go RS, Lee SJ, Shin D, Callister SM, Jobe DA, **Conry RM**, Tarhini AA, Kirkwood JM. ECOG Phase II trial of graded-dose peginterferon α-2b in patients with metastatic melanoma over-expressing basic fibroblast growth factor (E2602). *Clinical Cancer Research*. Dec; 19(23):6597-604, 2013.

48. Bedikian AY, Garbe C, **Conry R**, Lebbe C, Grob JJ and the Genasense Melanoma Study Group. Dacarbazine with or without oblimersen (a Bcl-2 antisense oligonucleotide) in chemotherapy-naïve patients with advanced melanoma and low serum lactate dehydrogenase: The AGENDA Trial. *Melanoma Research*. Jun; 24(3):237-43, 2014.

49. **Conry RM**. Response of Follicular Dendritic Cell Sarcoma to Gemcitabine and Docetaxel: Report of Two Cases and Literature Review. *Clinical Sarcoma Research*. Jun; 4:6, 2014. doi: 10.1186/2045-3329-4-6. eCollection 2014.

50. Seeley AR, De Los Santos JF, **Conry RM**. Induction Vemurafenib Followed by Consolidative Radiation Therapy for Surgically Incurable Melanoma. *Melanoma Research*. Jun;25(3):246-51, 2015.

51. **Conry RM**, Sullivan JC, Nabors LB. Ipilimumab-Induced Encephalopathy with a Reversible Splenial Lesion. *Cancer Immunol Res*. June; 3(6): 598-601, 2015. PMID: 25922203

52. Rosenthal EL, Chung TK, Parker WB, Allan PW, Clemons L, Lowman D, Hong J,

Hunt FR, Richman J, **Conry RM**, Mannion K, Carroll WR, Nabell L, Sorscher EJ.

Phase I Dose-Escalating Trial of Escherichia Coli Purine Nucleoside Phosphorylase and

Fludarabine Gene Therapy for Advanced Solid Tumors. *Annals of Oncology*.

Jul;26(7):1481-7, 2015. doi: 10.1093/annonc/mdv196.

53. Hersh EM, Del Vecchio M, Brown MP, Kefford R, Loquai C, Testori A, Bhatia S, Gutzmer R, **Conry R**, Haydon A, Robert C, Ernst S, Homsi J, Grob JJ, Kendra K, Agarwala SS, Li M, Clawson A, Brachmann C, Karnoub M, Elias I, Renschler MF, Hauschild A. A Randomized, Controlled Phase III Trial of *nab*-Paclitaxel versus Dacarbazine in Chemotherapy-Naïve Patients with Metastatic Melanoma. *Annals of Oncology*. Nov;26(11):2267-74, 2015. doi: 10.1093/annonc/mdv324.

54. Fiveash JB, Arafat WO, Sawrie SM, Guthrie BL, Spencer SA, Meredith RF, Markert JM, **Conry RM**, Nabors LB. A Phase II Study of Radiosurgery and Temozolomide for Patients with One to Four Brain Metastases. *Advances in Radiation Oncology*. 2016; 1(2):83-88. doi: 10.1016/j.adro.2016.03.004

55. **Conry RM**, Rodriguez MG, Pressey JG. Zoledronic acid in metastatic osteosarcoma: encouraging progression free survival in four consecutive patients. *Clin Sarcoma Res*. Apr 28;6:6. doi: 10.1186/s13569-016-0046-2. eCollection 2016.

**Robert M. Conry, M.D.**
*Curriculum Vitae*

56. Duncan V, Hackney J, Nabors L, **Conry R**, Willey C, Perry A, Warren P, Riley K. Primary Sellar Rhabdomyosarcoma Arising in Association With a Pituitary Adenoma. *International Journal of Surgical Pathology* Jul 2016, doi: 10.1177/1066896916658955

57. Kropp L, De Los Santos J, **Conry R**. Advanced melanoma treated with radiotherapy after limited progression following ipilimumab. *Int J Radiat Oncol Biol Phys* Oct 1(96)2:E715, 2016. doi: 10.1016/j.ijrobp.2016.06.2420. PMID: 27675443

58. Johnpulle RAN, **Conry RM**, Sosman JA, Puzanov I, and Johnson DB. Case Report: Responses to immune checkpoint inhibitors in nonagenarians. *Oncoimmunology*. 2016 Oct 18;5(11):e1234572. doi: 10.1080/2162402X.2016.1234572.

59. Kropp L, De Los Santos J, McKee S, **Conry R**. Radiotherapy to Control Limited Melanoma Progression Following Ipilimumab. J Immunother. 2016 Nov/Dec;39(9):373-378. doi: 10.1097/CJI.0000000000000142. PMID: PMID: 27662339

60. Kropp L, Siegal GP, Frampton GM, Rodriguez MG, Mckee S, **Conry RM**. Primary intraosseous smooth muscle tumor of uncertain malignant potential: original report and molecular characterization. Rare Tumors. 2016 Nov 17;8(4):6507. PMID: 27994831

61. Agarwala SS, Lee SJ, Yip W, Rao UN, Tarhini AA, Cohen GI, Reintgen DS, Evans TL, Brell JM, Albertini MR, Atkins MB, Dakhil SR,**Conry RM**, Sosman JF, Flaherty LE, Sondak VK, Carson WE, Smylie MG, Pappo AS, Kefford RF and Kirkwood JM.Phase III Randomized Study of 4 Weeks of High-Dose Interferon-α-2b in Stage T2bNO, T3a-bNO, T4a-bNO, and T1-4N1a-2a (microscopic) Melanoma: A Trial of the Eastern Cooperative Oncology Group–American College of Radiology Imaging Network Cancer Research Group (E1697). Journal of Clinical Oncology:JCO.2016.70.2951, 2017

15

**Robert M. Conry, M.D.**
*Curriculum Vitae*

62. Blackmon JT, Viator T, **Conry RM**. Central nervous system toxicities of anti-cancer immune checkpoint blockade. *Journal of Neurology and Neuromedicine* Jul:1(4), 2016.

63. Blackmon JT, Dhawan R, **Conry RM**, Terry NL. BRAF Inhibitor - Associated Squamous Cell Lung Carcinoma Responds to Drug Withdrawal. Melanoma Research. Apr; (2):159-163.2017. doi: 10.1097.

64. Blackmon JT, Dhawan R, Viator TM, Terry NL, **Conry RM**. Talimogene laherparepvec for regionally advanced Merkel cell carcinoma: A report of 2 cases. JAAD Case Reports. 2017 Apr 14;3(3):185-189. doi: 10.1016/j.jdcr.2017.02.003. PMID: 28443305

65. Blackmon JT, Stratton MS, Kwak Y, Pavlidakey PG, Slominski AT, McKee SB, Viator TM, Kim JY, Huang CC, **Conry RM**. Inflammatory melanoma in transit metastases with complete response to talimogene laherparepvec. JAAD Case Reports. 2017;3:280-3.doi:10.1016/j.jdcr.2017.02.011

66. Stevens TM, Qarmali M, Morlote D, Mikhail FM, Swensen J, Gatalica Z, Siegal GP, **Conry**

15

**Robert M. Conry, M.D.**
*Curriculum Vitae*

**RM**. Malignant Ewing-Like Neoplasm With an EWSR1-KLF15 Fusion: At the Crossroads of a Myoepithelial Carcinoma and a Ewing-Like Sarcoma. A Case Report With Treatment Options. *International Journal of Surgical Pathology.* 2018 Feb:1-8. doi: 10.1177/1066896918755009.

67. Norwood, T. G., Westbrook, B. C., Johnson, D. B., Litovsky, S. H., Terry, N. L., McKee, S. B., Gertler, A.S., Moslehi, J.J., Conry, R. M. (2017). Smoldering myocarditis following immune checkpoint blockade. Journal for Immunotherapy of Cancer, 5, 91. http://doi.org/10.1186/s40425-017-0296-4

68. Wang DY, Kim DW, Shah NJ, **Conry RM**, Mehta RJ, Silk AW, Zhou A, Voorhees AL, McKee SB, Norrell J, Mehnert JM, Puzanov I, Gibney GT, Rapisuwon S, Eroglu Z, Johnson DB. Clinical presentation of immune-related colitis associated with PD-1 inhibitor monotherapy (MONO) and combination PD-1/CTLA-4 inhibitors (COMBO) in melanoma. *Journal of Clinical Oncology* 2017 35:15_suppl, 9566-9566

69. Robert M. Conry, Brian Westbrook, Svetlana McKee & Timothy Graham Norwood (2018) Talimogene laherparepvec: First in class oncolytic virotherapy, Human Vaccines & Immunotherapeutics, DOI: 10.1080/21645515.2017.1412896

70. Everett AS, Pavlidakey PG, Contreras CM, et al. Chronic granulomatous dermatitis induced by talimogene laherparepvec therapy of melanoma metastases. J Cutan Pathol. 2018;45:48–53. https://doi.org/10.1111/cup.13048

16

**Robert M. Conry, M.D.**
*Curriculum Vitae*

**PUBLICATIONS (in the process for publications)**

**PUBLICATIONS (submitted but not yet accepted)**

1. Kanz BA, Pollack MH, Johnpulle R, Puzanov I, Horn L, Morgans A, Sosman JA, Rapisuwon S, **Conry RM**, Eroglu Z, and Johnson DB. Safety and efficacy of anti-PD-1 in patients with baseline cardiac, renal, or hepatic dysfunction. Submitted to 2016 Journal for Immunotherapy of Cancer (JTIC).

2. Middlebrooks EH, Westbrook BC, **Conry RM**. Acute Inflammatory Thyromegaly Following Checkpoint Inhibition: A New Imaging Entity. Neuroradiology. Submission June 2017

**NON PEER-REVIEWED PUBLICATIONS:**

1. **Conry RM**, UAB News. Summer Sun Protection Tips From a Cancer Expert. *UAB News*. June 27, 2013.

**Robert M. Conry, M.D.**
*Curriculum Vitae*

## ABSTRACTS

1. **Conry RM,** Khazaeli MB, LoBuglio AF: T-cell activations following monoclonal antibody treatment of human malignancies. Antibody, Immunoconjugates and Radiopharmaceuticals 5:118, 1992. Abstract #6

2. **Conry RM**, Khazaeli MB, LoBuglio AF: Lack of T-cell immunity among HAMA positive normal controls. Antibody, Immunoconjugates and Radiopharmaceuticals 5:348, 1992. Abstract #62

3. Cartner AM, **Conry RM**, Safavy A, Khazaeli MB, Sumerel LA, LoBuglio AF: An animal model to predict the immunogenicity of murine V-regions in man. Biological and Immunological Treatments for Cancer, p. 20, 1992.

4. **Conry RM**, Khazaeli MB, Sumerel L, Saleh M, Ghetie V, Thorpe P, Uhr J, Vitetta E, LoBuglio AF: A phase I study of murine monoclonal antibody HD37-deglycosylated ricin A chain in chemotherapy resistant B cell lymphoma. Blood 80(10) (Suppl 1):44a, 1992. Abstract #165

5. **Conry RM**, Turner HS, Walsh GM, LoBuglio AF: The *in vitro* immunosuppressive effects of a novel purine nucleoside phosphorylase inhibitor in man. Clinical Research 41(4):796A, 1993. Abstract #W-IM28

6. **Conry RM**, Kantor J, Schlom J, LoBuglio A, Curiel D: Immune response to CEA via CEA plasmid DNA injection. Proc AACR 35:513, 1994. Abstract #3058

7. **Conry RM**, Khazaeli MB, Saleh MN, Vitetta E, LoBuglio AF: A phase I study of HD37-deglycosylated ricin A chain. Proc AACR 35:252,  1994. Abstract #1506

8. LoBuglio AF, **Conry RM**, Loechel F, Curiel DT: Carcinoembryonic antigen (CEA) polynucleotide vaccine induces potent anti-tumor immune responses. Third International Conference on Gene Therapy of Cancer, San Diego, CA, November 10-12, 1994.

9. Lu D, Benjamin R, **Conry RM**, Curiel DT: Liposome/polynucleotide-mediated transfection of tumor cells *in vitro* and *in vivo* employing synthetic mRNA transcripts. Third International Conference on Gene Therapy of Cancer, San Diego, CA, November 10-12, 1994.

10. Deshane J, Loechel F, **Conry RM**, Siegal G, Feng M, King C, Curiel D: Intracellular single-chain antibody directed against ERBB-2 down-regulates cell surface ERBB-2 and exhibits a selective anti-proliferative effect in ERBB-2 over-expressing cancer cell lines. Third International Conference on Gene Therapy of Cancer, San Diego, CA, November 10-12, 1994.

11. **Conry RM**, LoBuglio AF, Loechel F, Curiel DT: Carcinoembryonic antigen polynucleotide vaccine for human clinical use. Gene Therapy Meeting, Cold Spring Harbor Laboratory, New York, September 21-25, 1994.

12. **Conry RM**, LoBuglio AF, Curiel DT: Anti-tumor immunization with an mRNA polynucleotide vector. Proc AACR 36:492, 1995. Abstract #2929.

13. **Conry RM**, Saleh MN, Schlom J, LoBuglio AF: Breaking tolerance to carcinoembryonic antigen with a recombinant vaccinia virus vaccine in man. Proc AACR 36:492, 1995. Abstract #2930

14. LoBuglio AF, **Conry RM**, Widera G, Fuller YT, Curiel DT: Experience with a polynucleotide

**Exhibit A Page 17**

**Robert M. Conry, M.D.**
*Curriculum Vitae*

vaccine to human carcinoembryonic antigen (CEA). Cancer Biotherapy 10:88-89, 1995.

15. **Conry RM**, Curiel DT, LoBuglio AF: Immune response to a CEA polynucleotide vaccine delivered intravenously. Cancer Gene Therapy 2:314, 1995. Abstract #P-22

16. **Conry RM**, Curiel DT, Smith B, LoBuglio AF: CEA polynucleotide immunization elicits humoral and cellular immune responses in a canine model without toxicity. Cancer Gene Therapy 2:314, 1995. Abstract #P-21

17. **Conry RM**, Widera G, Curiel DT, Yang NS, LoBuglio AF: Polynucleotide immunization to CEA via intramuscular injection or cutaneous particle bombardment. Cancer Gene Therapy 2:309, 1995. Abstract #O-1

18. Strong TV, Bilbao GR, Klein CM, **Conry RM**, LoBuglio A, Curiel DT: Replicative RNA vectors for ErbB-2 polynucleotide vaccination. Cancer Gene Therapy 2:310, 1995. Abstract #P6

19. **Conry RM**, Saleh MN, Schlom J, LoBuglio AF: Human immune response to carcinoembryonic antigen tumor vaccines. Biological Therapy of Cancer X, p. 22, 1995. Abstract #16

20. **Conry RM**, Curiel DT, Smith B, LoBuglio AF: Immune response to intramuscular or intravenous CEA polynucleotide immunization in large animal models. Biological Therapy of Cancer X, p. 23, 1995. Abstract #18

21. **Conry RM**, Widera G, Curiel DT, Yang NS, LoBuglio AF: Polynucleotide immunization to CEA via intramuscular injection or cutaneous particle bombardment. Biological Therapy of Cancer X, p. 23, 1995. Abstract #17

22. **Conry RM**, Loechel F, LoBuglio AF, Curiel DT: A polynucleotide immunization strategy to achieve simultaneous immunization against multiple plasmid encoded antigens. Cancer Gene Therapy 2:315, 1995. Abstract #P-23

23. **Conry RM**, Khazaeli MB, Curiel DT, LoBuglio AF: Carcinoembryonic antigen polynucleotide immunization administered by gene gun versus i.m. injection in nonhuman primates. Cambridge Symposia 3:31, 1996. Abstract #CS10-201

24. LoBuglio AF, Curiel DT, **Conry RM**: Polynucleotide mediated immunization (PNI) strategies to carcinoembryonic antigen (CEA). Cambridge Symposia 3:23, 1996. Abstract #CS10-006

25. Lowenthal E, **Conry RM**, Baron TH, Schwatzberg MS: Hepatic artery stenosis as a reversible cause of recurrent abdominal pain in sickle cell disease. 1996 National Sickle Cell Programs Meeting, Mobile, AL, March 8, 1996. Abstract #P114

26. Strong TV, **Conry RM**, LoBuglio A, Curiel DT: Development of RNA for gene therapy applications. IBC Conference, Boston, MA, June 6-7, 1996.

27. Strong TV, **Conry RM**, LoBuglio AF, Curiel DT: Polynucleotide immunization for cancer immunotherapy. 5th IASCL Lung Tumor Biology Workshop, Ermatingen, Switzerland, August 13-17, 1996.

28. **Conry RM**, Khazaeli MB, Curiel D, LoBuglio A: Carcinoembryonic antigen polynucleotide immunization by gene gun versus i.m. injection in nonhuman primates. Proc AACR 38:399, 1997. Abstract #2679

**Robert M. Conry, M.D.**
*Curriculum Vitae*

29. **Conry RM**, Strong TV, White SA, Khazaeli MB, LoBuglio AF, Curiel DT: Phase I trial of polynucleotide immunization to carcinoembryonic antigen in patients with metastatic colorectal cancer. Cancer Gene Therapy 4:S49, 1997. Abstract #O-126

30. **Conry RM**, Strong TV, White SA, Khazaeli MB, LoBuglio AF, Curiel DT: Phase I trial of polynucleotide immunization to carcinoembryonic antigen in patients with metastatic colorectal cancer. The First Gordon Research Conference on Genetic Vaccines/DNA Vaccines, Plymouth State College, Plymouth, NH, July 20-25, 1997.

31. Hampton T, Sumerel LS, Khazaeli MB, **Conry RM**, LoBuglio A, Curiel DT, Strong TV: Serological identification of the murine endogenous leukemia proviral envelop protein as a tumor antigen. Cancer Gene 4:S52, 1997. Abstract #P138

32. Strong TV, Guerrero A, Hampton TA, **Conry RM**, Ruppert JM, Curiel DT, LoBuglio AF: Serological identification of human breast tumor-associated antigens by recombinant expression cloning. AACR Annual Meeting, New Orleans, LA, March 28 – April 1, 1998.

33. **Conry RM**, Khazaeli MB, Saleh MN, Allen KO, Barlow DL, Moore SE, Craig D, Arani RB, Schlom J, and LoBuglio AF: Phase I trial of a recombinant vaccinia virus encoding carcinoembryonic antigen in metastatic adenocarcinoma: comparison of intradermal versus subcutaneous administration. ACCR Annual Meeting, April 10-14, 1999. Abstract # 2796.

34. Millward MJ, Bedikian AY, **Conry RM**, Gore ME, Pehamberger H, Sterry W, Pavlick AC, DeConti RC, Gordon DH, and Itri LM: Randomized phase 3 trial of dacarbazine with or without Bcl-2 antisense (Genasense™: oblimersen sodium) in patients with advanced malignant melanoma. 6th Annual Perspectives in Melanoma Meeting, Miami, FL, November 13 – 14, 2003.

35. Millward MJ, Bedikian AY, **Conry RM**, Gore ME, Pehamberger H, Sterry W, Pavlick AC, DeConti RC, Gordon DH, and Itri LM: Randomized multinational Phase III trial of dacarbazine with or without Oblimersen sodium (Bcl-2 antisense oligonucleotide) in patients with advanced malignant melanoma: Analysis of long-term survival. Annual Meeting Proceedings, American Society of Clinical Oncology, Vol. 23, Page 708. 2004. Abstract # 7505.

36. Shah J, Forero A, Carlisle R, Triozzi P, LoBuglio A, Kuwabara T, Teitelbaum A, Fujimori M, **Conry RM**: Phase 1 study of an anti-GD3 monoclonal antibody, (KW-2871) in patients with advanced metastatic melanoma. American Society of Clinical Oncology, Annual Meeting, May 13 – 17, 2005. Abstract # 2556.

37. Kirkwood JM, Bedikian AY, Millward MJ, **Conry RM**, Gore ME, Pehamberger HE, Sterry W, Pavlick AC, Deconti RC, Itri LM: Long-term survival results of a randomized multinational phase 3 trial of dacarbazine (DTIC) with or without Bcl-2 antisense (oblimersen sodium) in patients (pts) with advanced malignant melanoma (MM). American Society of Clinical Oncology, Annual Meeting, May 13 – 17, 2005. Abstract # 7506.

38. Fiveash JB, **Conry RM**, Shen S: Tumor specific targeting of intravenous[131]I-chlorotoxin ([131]I TM-601) in patients with metastatic melanoma. J. Clinical Oncology, ASCO Annual Meeting Proceedings, Vol. 26, No. 15S, Page 722S, 2008.

39. Hauschild A, Del Vecchio M, Brown MP, Kefford R, Loquai C, Testori A, Bhatia S, Gutzmer R, Haydon A, Robert C, Clawson A, **Conry RM**, Elias I, Renschler MF, Hersh EM. Phase 3, randomized, open-label, multicenter trial of *nab*-paclitaxel versus dacarbazine in chemotherapy-naïve patients with metastatic malignant melanoma. 6th World Melanoma, Barcelona,

**Robert M. Conry, M.D.**
*Curriculum Vitae*

Spain, November 2012.

40. Go RS, Lee SJ, Shin D, Callister SM, Jobe DA, **Conry RM**, Tarhini AA, Kirkwood JM. Phase II Study of Low Dose Peginterferon α-2b (PEG-IFN) Anti-Angiogenic Therapy in Patients with Metastatic Melanoma Over-expressing Basic Fibroblast Growth Factor (FGF-2): An Eastern Cooperative Oncology Group Study (E2602). ASCO Annual Meeting, June 2013. Abstract ID: 9038. *Poster Session.*

41. Attia S, Riedel RF, Robinson SI, **Conry RM**, Sankhala KK, Seon BK, Alvarez D, Adams BJ, Theuer CP, Maki RG. A Phase 1b Dose-Escalation Study of TRC105 (anti-Endoglin Antibody) in Combination with Pazopanib in Patients with Advanced Soft Tissue Sarcoma (STS). ASCO Annual Meeting, May-June 2015, Abstract ID: 10514. *Poster Session.*

42. Chung TK, Rosenthal E, Parker WB, Allan P, Clemons L, Lowman D, Hong J, Hunt FR, Richman J, **Conry RM,** Mannion K, Carroll W, Nabell L, Sorscher EJ. First-in-Human Dose-Escalating Trial of E.coli Purine Nucleoside Phosphorylase and Fludarabine Gene Therapy for Advanced Solid Tumors. 2015 ASCO Annual Meeting, Abstract #3084.

43. Duncan V, Hackney J, Nabors L, **Conry R,** Willey C, Perry A, Warren P, Riley K. Primary Sellar Rhabdomyosarcoma Arising in Association With a Pituitary Adenoma. *International Journal of Surgical Pathology* Jul 2016, DOI: 10.1177 PMID: 27422470

44. Attia S, Riedel RF, Robinson SI, **Conry RM**, Sankhala KK, Seon BK, Alvarez D, Adams BJ, Theuer CP, Maki RG. A Phase 1b Dose-Escalation Study of TRC105 (anti-Endoglin Antibody) in Combination with Pazopanib in Patients with Advanced Soft Tissue Sarcoma (STS). CTOS 20th Annual Meeting. November 4-7, 2015. *Abstract ID: 2334135. Oral Presentation.*

45. Dreno B, Thompson JF, Smithers B, Santinami M, Jouary T, Gutzmer R, Levchenko E, Rutkowski P, Grob J-J, Korovin S, Grange F, Machet L, Hersey P, Krajsova I, Testori A, **Conry R**, Guillot B, Kruit W, Demidov L, Thompson JA, Bondarenko I, Debois M, Brichard V, Louahed J, Therasse P, Debruyne C, and Kirkwood J. DERMA, a double-blind, randomized, placebo-controlled Phase III study to assess the efficacy of MAGE-A3 cancer immunotherapeutic (CI) adjuvant therapy in patients with MAGE-A3-positive resected Stage III melanoma. Society for Melanoma Research 2015 International Congress. November 18-21, 2015. San Francisco, CA USA.

46. Attia S, Sankhala KK, Riedel RF, Robinson SI, **Conry RM**, Boland PM, Barve MA, Fritchie K, Seon BK, Alvarez D, Adams BJ, Shazer RL, Theuer CP, Maki RG. A Phase 1B/Phase 2A Study of TRC105 (Endoglin Antibody) in Combination with Pazopanib (P) in Patients (pts) with Advanced Soft Tissue Sarcoma (STS). Abstract #11016. 2016 ASCO Annual Meeting.

47. Kanz BA, Pollack ML, Eroglu Z, Johnpulle RA, Horn L, Rapisuwon S, **Conry RM**, Sosman JA, Puzanov I, Johnson DB. Anti-PD-1 in Patients with Advanced Malignancies and Baseline Organ Dysfunction. *Submitted to 2016 ASCO Annual Meeting.*

48. Sankhala KK, Attia S, Barve MA, Wright JA, Riedel RF, Robinson SI, **Conry RM**, Boland PM, Seon BK, Alvarez D, Adams BJ, Shazer RL, Theuer CP, and Maki RG. TRC105 (Endoglin Antibody) in combination with pazopanib (P) in patients (pts) with advanced angiosarcoma (AS). Abstract #105SAR101. *Submitted to 2016 CTOS.*

49. Lebb C, Dutriaux C, Lesimple T, Kruit W, Kerger J, Thomas L, Guillost B, De Braud F, Garbe C, Grob JJ, Loquai C, Ferraresi V, Robert C, **Conry R**, Isaacs R, Espinosa E, Schueler A, Markviskyy A, and Dreno B. Pimasertib (PIM) versus dacarbazine (DTIC) in patients (pts) with cutaneous

**Robert M. Conry, M.D.**
*Curriculum Vitae*

NRAS melanoma: a phase II trial. *Submitted to ESMO Abstract*

50. Kropp L, De Los Santos J, Mckee S, **Conry R.** Radiotherapy to control limited melanoma progression following ipilimumab. Poster presented at the 2016 ASTRO Annual Meeting.

51. Douglas B Johnson , Jennifer Bordeaux, Ju Young Kim, Christine Vaupel, David Rimm, Thai H Ho, Richard W Joseph, Adil I Daud, **Robert M Conry**, Elizabeth M Gaughan, John M Wrangle, Justin M Balko1, James Smithy, John Witte, Anastasios Dimou, Bashar Dabbas, Shabnam Tangri, Jelveh Lameh, Jeff Hall and Naveen Dakappagari. Identification of Correlates of Response and Survival by Automated Quantitative Immunohistochemistry Analyses in Metastatic Melanoma Patients Receiving PD-1 Blockers. 2017 ASCO Annual Meeting

52. Ines Esteves Domingues Pires Da Silva, Romany Anne Nilanthi Johnpulle, Patricia Diana Banks, G. Daniel Grass, Jess Louise Smith, Ashlyn S. Everett, Simone M. Goldinger, Rachel

    Roberts-Thomson, Michael Millward, Isabella Claudia Glitza, Lauren Elaine Haydu, Victoria Atkinson, Tim Wang, Zeynep Eroglu, **Robert Martin Conry**, Mark J. Shackleton, Angela Hong, Georgina V. Long, Douglas Buckner Johnson, Alexander M. Menzies. Incidence, features and management of radionecrosis (RN) in melanoma patients (pts) treated with cerebral radiotherapy (RT) and anti-PD-1 antibodies (PD1). Abstract #187544. 2017 ASCO Annual Meeting.

53. Ahmad A. Tarhini, Sandra J. Lee, Uma N. M. Rao,  Arun Nagarajan, Mark R. Albertini, Jerry W Mitchell Jr., Stuart J. Wong, Mark A. Taylor, Noel Laudi, Phu Van Truong, **Robert Martin Conry**, John M. Kirkwood. A Randomized Phase II Study of Ipilimumab at 3 (ipi3) or 10 mg/kg (ipi10) Alone or in Combination with High Dose Interferon-α (HDI) in Advanced Melanoma (E3611). Abstract #190030. 2017 ASCO Annual Meeting.

54. Funda Meric-Bernstam, Mansoor N. Saleh, Jeffrey R. Infante, Sanjay Goel, Gerald Steven Falchook, Geoffrey Shapiro, Ki Y Chung, **Robert Martin Conry**, David S. Hong, Judy Sing-Zan Wang, Ulrich Steidl, Loren D. Walensky, Vincent Guerlavais, Marie Payton, D. Allen Annis, Manuel Aivado, Manish R. Patel. Phase I trial of a novel stapled peptide ALRN-6924 disrupting MDMX and MDM2-mediated inhibition of WT p53 in patients with solid tumors and lymphomas. Abstract #187803. 2017 ASCO Meeting.

55. Wang DY, Kim DW, Shah NJ, **Conry RM**, Mehta RJ, Silk AW, Zhou A, Voorhees AL, McKee SB, Norrell J, JM, Puzanov I, Gibney GT, Rapisuwon S, Eroglu Z, Johnson DB. Clinical presentation of immune-related colitis associated with PD-1 inhibitor monotherapy (MONO) and combination PD-1/CTLA-4 inhibitors (COMBO) in melanoma. Abstract #190210. 2017 ASCO Meeting.

56. Johnson DB, Bordeaux J, Kim JY, Vaupel C, Rimm DL, Ho TH, Joseph RW, Daud A, **Conry RM**, Gaughan EM, Dimou A, Balko JM, Smithy JW, Witte JS, McKee SB, Dominiak N, Dabbas B, Hall J, Dakappagari N. Quantitative Spatial Profiling of PD-1/PD-L1 Interaction and HLA-DR/IDO1 Predicts Improved Outcomes to anti-PD-1 in Metastatic Melanoma (MM). Abstract #191357. 2017 ASCO Meeting

57. Abraham C.F. Leung, Asim Amin, Mohammed Milhem,  Teresa Medina, Christopher Lao, Shivaani Kummar, Henry Koon, Montaser Shaheen, Inderjit Mehmi, Robert Conry, et al. Phase 1b/2, open label, multicenter, study of intratumoral SD-101 in combination with pembrolizumab in anti-PD1 naïve & experienced metastatic melanoma patients. Abstract ASCO-SITC 2018 DV3-Mel-01 Study Abstract #205053

**Robert M. Conry, M.D.**
*Curriculum Vitae*

58. Robert HI Andtbacka, Reinhard Dummer, David Gyorki, Adam Berger, Robert Conry, Lev Demidov, Edward Chan, Sheryl A Treichel, Mark Faries, Merrick Ross. Interim analysis of a randomized, open-label phase 2 study of talimogene laherparepvec (T-VEC) neoadjuvant treatment (Neotx) plus surgery (Surgx) vs surgery for resectable stage IIIB/C/IVM1a melanoma (Mel). Abstract #266. 2018 ASCO Meeting.