# EXHIBIT B

```
 1                   UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3

 4     * * * * * * * * * * * * * *    MDL NO. 2741

 5     IN RE:  ROUNDUP PRODUCTS    *   Case No. MDL No.
        LIABILITY LITIGATION        *
 6                                      3:16-MD-02741-VC
        * * * * * * * * * * * * * *
 7
        This document relates to:
 8
        Karen Delorme-Barton,
 9
        vs.
10
        Monsanto Company.
11
        Case No. 3:18-cv-01427
12

13
                                * * * * *
14

15

16

17            The video deposition of ROBERT CONRY, M.D.,

18            taken via Zoom videoconference on the

19            14th day of April, 2023, commencing at

20            approximately 9:00 a.m., CST.

21

22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2      FOR THE PLAINTIFF:

 3                 WEITZ & LUXENBERG
                   Fisher Building
 4                 3011 West Grand Blvd., 24th Floor
                   Detroit, Michigan  48202
 5                 BY:  Gregory Stamatopoulos, Esquire
                        Gstamatopoulos@weitzlux.com
 6                      Chantal Khalil, Esquire
                        Ckhalil@weitzlux.com
 7
        FOR THE DEFENDANT:
 8
                   NELSON MULLINS
 9                 Meridian
                   1320 Main Street, 17th Floor
10                 Columbia, South Carolina  29201
                   BY:  Eric A. Paine, Esquire
11                      Eric.Paine@nelsonmullins.com
                        Ericka Downie, Esquire
12                      Ericka.Downie@nelsonmullins.com


13


14
        VIDEOGRAPHER:
15
                   Vince Rosica
16


17


18


19                 Jillian Doctor, RPR, CRR
                   Court Reporter
20


21


22


23


24


25
```

```
 1                           I N D E X
 2   EXAMINATION                                            PAGE

 3   By Mr. Paine                                              4

 4                          * * * * * *

 5   EXHIBITS

 6   Deposition Exhibit Number 1                               9

 7      Expert Report of Dr. Robert Conry, M.D.

 8   Deposition Exhibit Number 2                              13

 9      Materials Considered List

10   Deposition Exhibit Number 3                              18

11      Notice of Deposition

12   Deposition Exhibit Number 4                              27

13      Karen Delorme-Barton Case Invoice - February 24, 2023

14   Deposition Exhibit Number 5                              28

15      Karen Delorme-Barton Case Invoice - March 22, 2023

16   Deposition Exhibit Number 6                              42

17      Lymphoma incidence patters by WHO article

18   Deposition Exhibit Number 7                              52

19      Epidemiology of Follicular Lymphoma - James R. Cerhan

20   Deposition Exhibit Number 8                              63

21      Occup Environ Med Article

22   Deposition Exhibit Number 9                              65

23      Herbicide use in farming article - Anneclaire J. De Roos

24   Deposition Exhibit Number 10                            168

25      Life Expectancy in Follicular Lymphoma - Blood Journal
```

1    A        Well, I think if you have worked on an

2    opinion piece or something like that, then maybe

3    there is room for raising that question.  On the

4    other hand, when you have, you know,

5    well-referenced articles backing up all of the

6    conclusions with other scientific publications

7    from reputable journals and synthesizing that

8    information based on their high level of

9    experience, I think it's well founded and

10   believable.

11   Q        Switch gears a little bit.  Can you

12   tell me how much total time that you've spent on

13   the Delorme-Barton case, please?

14   A        I couldn't tell you exactly.  I would

15   say that has come in two blocks really.  One when

16   I was initially retained to review all the

17   records and Ms. Delorme-Barton's deposition and

18   have a phone interview with her and look at all

19   the risk factors and basically write the report.

20   And I think you have an invoice that has a number

21   of hours on there from that endeavor.

22   Q        Sure.

23   A        Was that something like 50 hours or

24   something like that?

25   Q        Well, here, let me share it, Doctor.

| | |
|---|---|
| 1 | And this is already marked as Exhibit 4 to your |
| 2 | deposition. |
| 3 | (DEPOSITION EXHIBIT NUMBER 4 |
| 4 | WAS MARKED FOR IDENTIFICATION.) |
| 5 | Q       Again, I'll share my screen.  I think |
| 6 | this is what you're referring to.  This is an |
| 7 | invoice dated February 23 and February 24. |
| 8 | Invoice Number 1.  And I think that's about the |
| 9 | date three days before your report.  So tell me |
| 10 | what this represents, please. |
| 11 | A       So that represents what I was just |
| 12 | saying and also what's typed in the invoice.  And |
| 13 | that is basically all the work to prepare the |
| 14 | report for Ms. Delorme-Barton that we have before |
| 15 | us today.  And as I was saying, review of |
| 16 | extensive medical records, the Plaintiff Fact |
| 17 | Sheet, depositions of Karen and her treating |
| 18 | medical oncologist, Dr. Yannucci, literature -- |
| 19 | review of literature pertaining to NHL risk |
| 20 | factors, prognosis and treatment, as well as |
| 21 | Roundup, glyphosate and NHL, as well as the |
| 22 | plaintiff's interview and writing the report with |
| 23 | however many references, 30 references. |
| 24 | Q       Okay.  So, Doctor, let me go to the |
| 25 | next exhibit I've marked.  This is Exhibit 5. |

```
 1     non-Hodgkin lymphoma, genetic loci, and Sjogren

 2     syndrome, there are no established risk factors

 3     for FL, although there are promising leads

 4     related to atopy, certain infections,

 5     anthropometrics, hair dye, recreational sun

 6     exposure, smoking, and alcohol use."  Did I read

 7     all that correctly?

 8     A       I'm sorry.  What I see is it says,

 9     keywords, key points, and then it's got an

10     introduction.  I don't see an abstract.

11     Q       All right.  Well, it's what I was

12     calling the abstract.  Fourth bullet point in the

13     key points.  That's what I just read.  Do you see

14     that?

15     A       Yes.

16     Q       Okay.

17     A       I think you read it correctly.

18     Q       Okay.  Do you have any reason to

19     disagree with that?

20     A       Well, yes.  I mean, I think in my

21     process of doing the review of this matter and

22     trying to look at differential etiology of

23     Karen's lymphoma, I've tried to construct a list

24     of demographic and risk factors for NHL that

25     pertains to NHL in general and also is pertinent
```

1    to follicular lymphoma, one of two major subtypes

2    representing more than a third of all cases.  And

3    I've created that risk both from my 29 years of

4    experience as a medical oncologist and all that

5    I've learned about treating 1,500, 2,000 patients

6    with lymphoma; medical conferences I've been to;

7    lectures; as well as UpToDate, which lists causes

8    of non-Hodgkin's lymphoma; various websites, you

9    know, like American Cancer Society and others

10    that I've later referred to in the report.  So,

11    you know, those sources, you know, list these

12    risk factors that I've included in the report.

13    Things like autoimmunity.

14          I mean, here this author is

15    specifically pulling out Sjogren syndrome, which

16    is a type of autoimmune disorder, but other

17    autoimmune disorders predispose NHL as well.  He

18    says genetic loci, which I guess means family

19    history.  So as I list in my list of risk

20    factors, family history of NHL, which he also

21    points out.

22          But many -- most major organizations

23    that I have referenced and looked at for causes

24    of NHL include the items that I have on my list.

25    Not this limited list.

```
 1      in the middle of that is a section that says,

 2      "What this study adds"?

 3      A       Yes.

 4      Q       Okay.  And the second area there talks

 5      about "Analysis of risks with glyphosate use,

 6      including eight total studies with six that have

 7      not previously reported on glyphosate, found no

 8      association with all NHL and an association with

 9      follicular lymphoma that was limited to

10      short-duration use."  Did I read that correctly?

11      A       You read it correctly.

12      Q       And do you have any reason to doubt

13      that that's what the data these authors report

14      actually showed?

15      A       Again, I think you can in a deposition

16      context, you know, we can throw up 20 different

17      articles over the span of three hours, each of

18      which has two to 3,000 words each, if not more,

19      and you can pick out bullet point statements

20      that, you know, support your point of view.

21              On the other hand, I think I've spent

22      100 hours looking at epidemiology studies,

23      genotoxicity studies, animal model studies

24      pertaining to glyphosate and glyphosate Roundup

25      and NHL risk.  And despite the fact that you can
```

```
 1      pull single sentences out but may call it into

 2      question, the overarching theme that I come away

 3      with is that there have been 10 meta-analyses by

 4      career epidemiologists.  Most of those

 5      meta-analyses have seven to 10 authors each.  And

 6      they reached the conclusions that there is a

 7      statistically significant association between

 8      glyphosate Roundup and NHL in all but one case,

 9      all but one meta-analysis by Donato.  And that

10      has been called into question by Zhang's

11      analysis, which I find a convincing analysis in

12      the fact that the data couldn't be reproduced and

13      that they overweighted a certain study.

14              So as a medical oncologist with

15      29 years experience treating lymphoma patients, I

16      think nine out of 10 meta-analyses showing

17      statistically significant association between NHL

18      or NHL subtypes in Roundup use tremendously

19      outweighs pulling out any single sentence here or

20      there from an individual article.

21      Q       Doctor, I would move to strike as

22      non-responsive.

23              Do you remember what my question was

24      before you gave me the speech?

25      MR. STAMATOPOULOS:
```

Robert Conry, M.D.

1  now.  Did any of those medical records elaborate

2  on or change any of the facts as you understood

3  them about her medical history up to the point of

4  her non-Hodgkin's lymphoma diagnosis?

5  A      No, not that I recall.

6  Q      Okay.  And to be clear, Doctor, part of

7  your methodology involves reviewing the

8  litigation materials, the fact sheet, the

9  deposition.  It also involves your interview with

10 the patient; right?  But part of your methodology

11 also involves the meticulous and thorough review

12 of the patient's medical records; correct?

13 A      That's right.

14 Q      And one of the reasons that you conduct

15 an interview with the patient is because an

16 important part of your opinion depends on the

17 credibility of the witness; right?

18 MR. STAMATOPOULOS:

19         Objection to form.

20 A      I'm not sure what you mean by that.

21 Q      Sure.  You've testified in your prior

22 deposition that part of your methodology involves

23 an assessment of the credibility of the

24 plaintiff; right?

25 MR. STAMATOPOULOS:

```
 1     those exposures?
 2     A        Well, I know that there is not a, you
 3     know, definitive clinical or pathologic signature
 4     for, say, smoking-induced lung cancer, which is
 5     one of the most well-established epidemiologic
 6     causes of cancer.  I think that's also true for
 7     smoking-induced bladder cancer.  And for a number
 8     of other carcinogen-induced cancers, the majority
 9     of carcinogen-induced cancers.
10     Q        Doctor, spontaneous mutations from
11     replication errors can result in cancers in the
12     absence of exposure to environmental risk
13     factors; correct?
14     A        That's been published and seems
15     plausible.
16     Q        Okay.  Now, nothing in your report
17     addresses or even mentions spontaneous mutations
18     resulting from these replication errors; correct?
19     A        Yes.  I think that would be sort of
20     contained within the aging category.
21     Q        Now, it's true that the majority of
22     non-Hodgkin's lymphomas occur without a known
23     external cause or exposure to, what I'll call,
24     extraneous risk factors; correct?
25     MR. STAMATOPOULOS:
```

```
 1                Objection, form.
 2      A         Well, I think that's true for the
 3      majority.  I think, you know, the majority don't
 4      have 35 years of Roundup use or, you know, work
 5      at a nuclear power plant or something like that.
 6      Q         Now, are you familiar with the
 7      published studies on the percentages of NHL
 8      mutations that are attributable to spontaneous
 9      replication errors compared to hereditary factors
10      compared to environmental factors?
11      MR. STAMATOPOULOS:
12                Objection to form.
13      A         I'm familiar with the papers by
14      Tomasetti and Vogelstein and them putting forth
15      that perhaps two-thirds of mutations in human
16      cancers could occur due to replication errors,
17      even potentially higher percentage for NHL.  But
18      that's, you know, one group or two group's data,
19      not widely agreed upon across the medical and
20      scientific community.  I think -- and we -- I
21      think it would be agreed that there are
22      spontaneous replication errors, and that that
23      those may take contribution.  But also widely
24      agree upon is that the majority of cancers
25      require five or six, something in that ballpark,
```

```
 1      of driver mutations to make a normal cell convert

 2      all the way to being a cancer cell.  And, yes,

 3      some percentage of those may occur spontaneously

 4      due to DNA replication, but then others can be

 5      promoted by a carcinogen like Roundup or

 6      cigarette smoking in the case of lung and bladder

 7      cancer.  And even if half or two-thirds of the

 8      mutations occur due to replication errors, you

 9      still wouldn't have a cancer if you didn't get

10      the other third of the mutation or the other half

11      of the mutations caused by the environmental

12      source such as Roundup.

13      Q       So, Doctor, again, we've sort of been

14      over this, but in light of what you just told me,

15      I want to make sure we're crystal clear on this

16      point.  You can't identify any specific mutation

17      in any case of non-Hodgkin's lymphoma that's

18      attributable to Roundup, can you?

19      MR. STAMATOPOULOS:

20              Objection, asked and answered.

21      A       Again, that's not unique to NHL or

22      Roundup.  That's --

23      Q       It's yes or no, Doctor.  Can you

24      identify any specific mutation in any patient

25      with any kind of non-Hodgkin's lymphoma that is
```

```
 1      or procedure that you can identify that allows

 2      you to assign a degree of significance in,

 3      whatever, major or minor for a contributing

 4      factor to a patient's non-Hodgkin's lymphoma?

 5      MR. STAMATOPOULOS:

 6              Objection to form.

 7      A       Again, I think we're talking about in

 8      circles.  But I would, again, say the weight of

 9      evidence linking NHL with Roundup usage and

10      extent of Roundup usage in terms of numbers of

11      use, years of use, lag time of use -- which Karen

12      meets very well having, you know, had a -- I

13      guess she's something 20 years of Roundup use

14      predating her follicular lymphoma, if not more,

15      which provides plenty of lag time to put in her

16      in a higher risk groups based on several

17      metaanalyses.  So, again, the weight of the

18      evidence.

19      Q       All right.  Doctor, you are familiar

20      with ECOG performance status scorings?

21      A       Yes, sir.

22      Q       And ECOG is an Eastern Cooperative

23      Oncology Group performance scale that evaluates

24      and describes the patient's level of functioning

25      on a score from zero to five; right?
```

```
 1                C E R T I F I C A T E

 2

 3            I do hereby certify that the above and

 4    foregoing transcript of proceedings in the matter

 5    aforementioned was taken down by me in machine

 6    shorthand, and the questions and answers thereto

 7    were reduced to writing under my personal

 8    supervision, and that the foregoing represents a

 9    true and correct transcript of the proceedings

10    given by said witness upon said hearing.

11                I further certify that I am neither of

12    counsel nor of kin to the parties to the action,

13    nor am I in anywise interested in the result of

14    said cause.

15

16

17                    [Signature: Jillian Doctor]

18                   JILLIAN DOCTOR, RPR,
                    CERTIFIED REALTIME REPORTER
19

20

21

22

23

24

25
```

```
1                    - - - - - -
                       E R R A T A
2                    - - - - - -
3
4    PAGE   LINE   CHANGE
5     14     11    side to cite
6     REASON:   transcription error
7     17     8    predominant to representative
8     REASON:      "              "
9     21   24-25  He's got his extremely impressive
                  publication record with the New England
                  Journal of Medicine...
10    REASON:      "              "
11    29     18   market to profit
12    REASON:      "              "
13    38     13   disclosed to deposed
14    REASON:      "              "
15    40     11   proctored to proffered
16    REASON:      "              "
17    46     9    specifically to statistically
18    REASON:      "              "
19    47     7    age period to H.
20    REASON:      "              "
21    61     13   nested in an auto (delete)
22    REASON:      "              "
23    62     9    E values to P values
24    REASON:      "              "
```

Errata Sheet Continued
Karen DeLorme Barton

| Page | Line | Change |
|------|------|--------|
| 72 | 15 | every to ever |
| 72 | 21 | significant to "signal when a" |
| 117 | 12 | strata to stress |
| 123 | 13 | countng to pounding |
| 146 | 10 | in to and |
| 150 | 23 | take to make |
| 156 | 12-13 | heat conduction to DNA mutation |
| 161 | 4 | claim to clinic |
| 165 | 8 | map to matched |

Please note that all corrections are due to transcription errors.

```
 1
 2                ACKNOWLEDGMENT OF DEPONENT
 3
 4            I, __Robert M. Conry__, do
 5    hereby certify that I have read the
 6    foregoing pages, and that the same is
 7    a correct transcription of the answers
 8    given by me to the questions therein
 9    propounded, except for the corrections or
10    changes in form or substance, if any,
11    noted in the attached Errata Sheet.
12
13        [signature]
14    __Robert M. Conry__          __5/15/2023__
15      WITNESS NAME                   DATE
16
17
18    Subscribed and sworn
      to before me this
19    __15__ day of __May_____, 20__23__.
20    My commission expires: __July 18, 2026__
21
      [signature]
22    Notary Public
23
24
```

[Notary seal: ALEXANDRA MORRIS JONES, NOTARY PUBLIC, ALABAMA STATE AT LARGE, EXPIRES JULY 18, 2026]