# EXHIBIT C

# Robert Conry, M.D.
## Materials Considered List
*Delorme-Barton v. Monsanto Company* (Case No. 3:18-cv-01427-VC)

1. A clinical evaluation of the International Lymphoma Study Group classification of non-Hodgkin's lymphoma. The Non-Hodgkin's Lymphoma Classification Project. Blood. 1997 Jun 1;89(11):3909-18. PMID: 9166827.
2. Altieri A, Bermejo JL, Hemminki K. Familial risk for non-Hodgkin lymphoma and other lymphoproliferative malignancies by histopathologic subtype: the Swedish Family-Cancer Database. Blood. 2005 Jul 15;106(2):668-72. doi: 10.1182/blood-2005-01-0140. Epub 2005 Apr 5. PMID: 15811955.
3. Amrhein, V., Greenland, S., McShane, B. Retire statistical significance. Nature (2019) 567: 305-307.
4. Andreotti G., et al. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. JNCI J Natl Cancer Inst (2018) 110(5): djx233.
5. Andreotti G., et al. Response to Sheppard and Shaffer, JNCI: Journal of the National Cancer Institute, djy201, 2018. https://doi.org/10.1093/jnci/djy201
6. Benbrook, C. How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides? Environmental Sciences Europe (2019) 31(2):1-16.
7. Cerhan JR. Epidemiology of Follicular Lymphoma. Hematol Oncol Clin North Am. 2020 Aug;34(4):631-646. doi: 10.1016/j.hoc.2020.02.001. Epub 2020 May 5. PMID: 32586570; PMCID: PMC7323888.
8. Chang, E.T., Delzell, E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. Journal of Environmental Science and Health, Part B, (2016) 51(6):402-428.
9. Chang ET, Smedby KE, Hjalgrim H, Porwit-MacDonald A, Roos G, Glimelius B, Adami HO. Family history of hematopoietic malignancy and risk of lymphoma. J Natl Cancer Inst. 2005 Oct 5;97(19):1466-74. doi: 10.1093/jnci/dji293. PMID: 16204696.
10. Chang, V.C., et al. Glyphosate Exposure and Urinary Oxidative Stress Biomarkers in the Agricultural Health Study. Journal of the National Cancer Institute. (2023) doi: 10.1093/jnci/djac242.
11. Chiu BC, Dave BJ, Blair A, Gapstur SM, Zahm SH, Weisenburger DD. Agricultural pesticide use and risk of t(14;18)-defined subtypes of non-Hodgkin lymphoma. Blood. 2006 Aug 15;108(4):1363-9. doi: 10.1182/blood-2005-12-008755. Epub 2006 Apr 18. PMID: 16621961; PMCID: PMC1566872.
12. Delorme-Barton, Karen - Deposition Transcript and Exhibits of Deponent, Karen Delorme-Barton, in *Delorme-Barton v. Monsanto Company* (Case No. 3:18-cv-01427-VC).
13. Delorme-Barton, Karen - Deposition Transcript of Deponent's Spouse, William Barton, in *Delorme-Barton v. Monsanto Company* (Case No. 3:18-cv-01427-VC).
14. Delorme-Barton, Karen - Deposition Transcript of Deponent's Treating Physician, Dr. Jennifer Yannucci, in *Delorme-Barton v. Monsanto Company* (Case No. 3:18-cv-01427-VC).
15. Delorme-Barton, Karen - Second Amended PFS in *Delorme-Barton v. Monsanto Company* (Case No. 3:18-cv-01427-VC).

**Robert Conry, M.D.**
**Materials Considered List**
*Delorme-Barton v. Monsanto Company* **(Case No. 3:18-cv-01427-VC)**

16. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-BioRefLab-000001 – 000006.
17. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-CandlerH-MD-000001 – 000063.
18. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-CandlerH-RD-000002 – 000007.
19. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-CHORC-000001 – 000009.
20. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-CSILab-PD-000001 – 000024.
21. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-ECCG-000001 – 000015.
22. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-GeorgiaEI-000001 – 000100.
23. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-LabCorpB-000001 – 000022.
24. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-LaureateMG-000001 – 000137.
25. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-LowCCC-000001 – 000545.
26. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-LCCCA-000001 – 000658.
27. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-LCCCA-000659 – 000667.
28. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-MHUC-MD-000001 – 000108.
29. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-MHUMC-MD-0000111 – 0000130.
30. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-MHUMC-PD-000001 – 000005.
31. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-BartonKDelorme-Barton-MHUP-WI-000001 – 000117.
32. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-MHUP-WI-000001 – 000124.
33. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-NIS-000001 – 000020.
34. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-OptO-S-000001 – 000021.
35. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-ROrtho-000001 – 000065.
36. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-SCH-000001 – 000100.

**Robert Conry, M.D.**
**Materials Considered List**
*Delorme-Barton v. Monsanto Company* **(Case No. 3:18-cv-01427-VC)**

37. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-SCH-000101 – 000140.
38. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-SCH-000141 – 000506.
39. Delorme-Barton, Karen, Medical Records: Confidential-Delorme-Barton-KDelorme-Barton-TriMI-000001 – 000152.
40. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-ENTAS-F-000001 – 000009.
41. De Roos AJ, et al. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspectives. 2005;113(1):49-54.
42. De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Medical, Vol. 60.
43. Donato F., Pira E., Ciocan C., Boffetta P. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav 2020; 111, 1:63-73.
44. Engels EA, Cerhan JR, Linet MS, Cozen W, Colt JS, Davis S, Gridley G, Severson RK, Hartge P. Immune-related conditions and immune-modulating medications as risk factors for non-Hodgkin's lymphoma: a case-control study. Am J Epidemiol. 2005 Dec 15;162(12):1153-61. doi: 10.1093/aje/kwi341. Epub 2005 Oct 26. PMID: 16251389.
45. Ekström Smedby K, Vajdic CM, Falster M, Engels EA, Martínez-Maza O, Turner J, Hjalgrim H, Vineis P, Seniori Costantini A, Bracci PM, Holly EA, Willett E, Spinelli JJ, La Vecchia C, Zheng T, Becker N, De Sanjosé S, Chiu BC, Dal Maso L, Cocco P, Maynadié M, Foretova L, Staines A, Brennan P, Davis S, Severson R, Cerhan JR, Breen EC, Birmann B, Grulich AE, Cozen W. Autoimmune disorders and risk of non-Hodgkin lymphoma subtypes: a pooled analysis within the InterLymph Consortium. Blood. 2008 Apr 15;111(8):4029-38. doi: 10.1182/blood-2007-10-119974. Epub 2008 Feb 8. PMID: 18263783; PMCID: PMC2288717.
46. Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer. (2008) 123(7):1657-1663.
47. Frumkin H. Agent Orange and cancer: an overview for clinicians. CA Cancer J Clin. 2003 Jul-Aug;53(4):245-55. doi: 10.3322/canjclin.53.4.245. PMID: 12924777.
48. Hardell L, Eriksson M. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. Cancer. 1999;85(6):1353-1360.
49. IARC Monograph Volume 112
50. Infante P.F. Glyphosate and Cancer: A Review of the Epidemiological Literature Related to the Development of Non-Hodgkin Lymphoma. Peter F. Infante Consulting, LLC. 2016:1-17.
51. Infante, P.F., Melnick, R., Vainio, H., Huff, J. Commentary: IARC monographs programs and public health under siege by corporate interests. American Journal of Industrial Medicine (2018) 1-5.

**Robert Conry, M.D.**
**Materials Considered List**
*Delorme-Barton v. Monsanto Company* **(Case No. 3:18-cv-01427-VC)**

52. Junlén HR, Peterson S, Kimby E, Lockmer S, Lindén O, Nilsson-Ehle H, Erlanson M, Hagberg H, Rådlund A, Hagberg O, Wahlin BE. Follicular lymphoma in Sweden: nationwide improved survival in the rituximab era, particularly in elderly women: a Swedish Lymphoma Registry study. Leukemia. 2015 Mar;29(3):668-76. doi: 10.1038/leu.2014.251. Epub 2014 Aug 25. PMID: 25151959.
53. Kang J.F., et al. Study on Mutagenesis Induced by Glyphosate in Mice. Carcinogenesis, Teratogenesis, and Mutagenesis. 2008; 20(3): 227-230. MONGLY00389885-00389891.
54. Larsson SC, Wolk A. Obesity and risk of non-Hodgkin's lymphoma: a meta-analysis. Int J Cancer. 2007 Oct 1;121(7):1564-70. doi: 10.1002/ijc.22762. PMID: 17443495.
55. Lichtman MA. Obesity and the risk for a hematological malignancy: leukemia, lymphoma, or myeloma. Oncologist. 2010;15(10):1083-101. doi: 10.1634/theoncologist.2010-0206. Epub 2010 Oct 7. PMID: 20930095; PMCID: PMC3227901.
56. McDuffie HH, Pahwa P, McLaughlin JR, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001;10(11):1155-1163.
57. Meloni, F. Satta, G., Montagna, A., et al. Occupational exposure to glyphosate and risk of lymphoma: results of an Italian multicenter case-control study. https://doi.org/10.21203/rs.3.rs-102620/v1.
58. Morton LM, Hartge P, Holford TR, Holly EA, Chiu BC, Vineis P, Stagnaro E, Willett EV, Franceschi S, La Vecchia C, Hughes AM, Cozen W, Davis S, Severson RK, Bernstein L, Mayne ST, Dee FR, Cerhan JR, Zheng T. Cigarette smoking and risk of non-Hodgkin lymphoma: a pooled analysis from the International Lymphoma Epidemiology Consortium (interlymph). Cancer Epidemiol Biomarkers Prev. 2005 Apr;14(4):925-33. doi: 10.1158/1055-9965.EPI-04-0693. PMID: 15824165.
59. Portier C.J., et al. Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). J. Epidemiol. Community Health. 2016;70(8):741-745.
60. Portier, Christopher J., Ph.D., Expert Report. July 3, 2020.
61. Portier, Christopher J., Ph.D., Addendum to Expert Report from July 3, 2020. March 18, 2021.
62. Rana I., Taioli E., Zhang L. Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma. Environmental Research 191 (2020) 110140.
63. Shirley MH, Sayeed S, Barnes I, Finlayson A, Ali R. Incidence of haematological malignancies by ethnic group in England, 2001-7. Br J Haematol. 2013 Nov;163(4):465-77. doi: 10.1111/bjh.12562. Epub 2013 Sep 14. PMID: 24033296.
64. Skibola CF. Obesity, diet and risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev. 2007 Mar;16(3):392-5. doi: 10.1158/1055-9965.EPI-06-1081. Epub 2007 Mar 2. PMID: 17337642; PMCID: PMC2819159.
65. Talamini R, Montella M, Crovatto M, Dal Maso L, Crispo A, Negri E, Spina M, Pinto A, Carbone A, Franceschi S. Non-Hodgkin's lymphoma and hepatitis C virus: a case-control

Robert Conry, M.D.
Materials Considered List
*Delorme-Barton v. Monsanto Company* (Case No. 3:18-cv-01427-VC)

study from northern and southern Italy. Int J Cancer. 2004 Jun 20;110(3):380-5. doi: 10.1002/ijc.20137. PMID: 15095303.
66. Tramacere I, Pelucchi C, Bonifazi M, Bagnardi V, Rota M, Bellocco R, Scotti L, Islami F, Corrao G, Boffetta P, La Vecchia C, Negri E. Alcohol drinking and non-Hodgkin lymphoma risk: a systematic review and a meta-analysis. Ann Oncol. 2012 Nov;23(11):2791-2798. doi: 10.1093/annonc/mds013. Epub 2012 Feb 22. PMID: 22357444.
67. Weisenburger DD. Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies. Cancer Research (SIPPL.) 52, 5456s-5465s. 1992 Oct. 1
68. Weisenburger, Dennis D., A Review and Update with Perspective of Evidence that the Herbicide Glyphosate (Roundup) is a Cause of Non-Hodgkin Lymphoma., Vol. 21, Issue 9, September 2021, Pages 621-630
69. Willett EV, Morton LM, Hartge P, Becker N, Bernstein L, Boffetta P, Bracci P, Cerhan J, Chiu BC, Cocco P, Dal Maso L, Davis S, De Sanjose S, Smedby KE, Ennas MG, Foretova L, Holly EA, La Vecchia C, Matsuo K, Maynadie M, Melbye M, Negri E, Nieters A, Severson R, Slager SL, Spinelli JJ, Staines A, Talamini R, Vornanen M, Weisenburger DD, Roman E; Interlymph Consortium. Non-Hodgkin lymphoma and obesity: a pooled analysis from the InterLymph Consortium. Int J Cancer. 2008 May 1;122(9):2062-70. doi: 10.1002/ijc.23344. PMID: 18167059; PMCID: PMC3928289.
70. Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L, Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence. Mutation Research-Reviews in Mutation Research (2019) 781:186-206. https://doi.org/10.1016/j.mrrev.2019.02.001