# EXHIBIT D

# Robert Conry, M.D.
## Supplemental Materials Considered List
*Delorme-Barton v. Monsanto Company* (Case No. 3:18-cv-01427-VC)
**April 4, 2023**

71. Cocco PO-120 What originates so different interpretations of the results of studies on glyphosate and non-hodgkin's lymphoma? Occupational and Environmental Medicine 2023;80:A61.
72. Defense Report of Graham W. Slack, M.D., Dated March 28, 2023
73. Defense Report of Willis Navarro, M.D., Dated March 28, 2023
74. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-CompSol-000001-000002
75. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-InformDiag-000001-000010
76. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-LowCCC-000547-000559
77. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-LowCCC-000560-000585
78. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-PSM-000001-000021
79. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-SV &CI -MD-000001-000012
80. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton -SCH -000507-000518
81. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton-SouthCIC-000001-000014
82. Delorme-Barton, Karen, Medical Records: Confidential-KDelorme-Barton -StJ-CMG-I -000001-000044
83. Fuhrimann S, Kromhout HO-305 Occupational exposure to pesticides and neurobehavioral outcomes. Impact of different exposure measures on the association. Occupational and Environmental Medicine 2023;80:A30.
84. Lennart Hardell, Michael Carlberg, Marie Nordström & Mikael Eriksson (2023): Exposure to phenoxyacetic acids and glyphosate as risk factors for non-Hodgkin lymphoma– pooled analysis of three Swedish case-control studies including the sub-type hairy cell leukemia, Leukemia & Lymphoma, DOI: 10.1080/10428194.2023.2190434