# EXHIBIT E

```
 1                IN THE CIRCUIT COURT OF ST. LOUIS CITY
 2                           STATE OF MISSOURI
 3
      MARTIN GRISWOLD, et al.,        CASE NOS. 1922-CC1126
 4                                              1922-CC11237, 2122-CC09039,
                 Plaintiffs,                    1722-CC10879, 2122-CC09140
 5    vs.
 6    MONSANTO COMPANY,
 7              Defendant.
 8
                                * * * * * * *
 9
10
11
12                               VOLUME 1
13
14
15         The remote video deposition of ROBERT CONRY,
16         M.D., taken via Zoom on the 6th day of October,
17         2022, commencing at approximately 9:04 a.m. CST.
18
19
20
21
22
23
24
25
```

```
 1                    A P P E A R A N C E S
 2    FOR THE PLAINTIFF:
 3              WEITZ & LUXENBERG, P.C.
                700 Broadway, Floor 5
 4              New York, New York  10003
                BY:  Robin L. Greenwald, Esquire
 5                   Rgreenwald@weitzlux.com
                     Gregory Stamatopoulos, Esquire
 6                   Gstamatopoulos@weitzlux.com
 7
 8    FOR THE DEFENDANT, MONSANTO:
 9              SHOOK HARDY & BACON
                2555 Grand Boulevard
10              Kansas City, Missouri  64108
                BY:  Mitchell Engel, Esquire
11                   Mengel@shb.com
12
                THE PIORKOWSKI LAW FIRM, P.C.
13              1800 K Street N.W.
                Washington, D.C.  20006
14              BY:  Joseph D. Piorkowski, JR., Esquire
                     Jpiorkowski@lawdoc1.com
15                   Anne Hovis, Esquire
                     Ahovis@lawdoc1.com
16
17
18    VIDEOGRAPHER:
19              Zach Hone
20
21
22              LOIS ANNE ROBINSON, RPR, RDR, CRR
                COURT REPORTER
23
24
25
```

Robert Conry, M.D.

```
 1                    I N D E X

 2   EXAMINATION                                    PAGE

 3   By Mr. Piorkowski                                5

 4

 5                    * * * * * *

 6   EXHIBITS

 7   Deposition Exhibit 1                             26

 8     Qualifications, Methodology, Demographic & Risk Factors for

 9     NHL

10   Deposition Exhibit 2                             26

11     Materials Considered Supplemental List

12   Deposition Exhibit 3                             26

13     Materials Considered Supplemental List (duplicate)

14   Deposition Exhibit 4                             27

15     Curriculum vitae

16   Deposition Exhibit 5                             27

17     Retainer agreement

18   Deposition Exhibit 6                             27

19     Plaintiffs' Amended Disclosure of Expert Testimony

20   Deposition Exhibit 7                             27

21     Notice of Deposition

22   Deposition Exhibit 8                             32

23     Materials considered list

24   Deposition Exhibit 9                            134

25     Notes on Linda Eugster
```

```
 1                I N D E X - (continued)

 2    Deposition Exhibit 10                     135

 3      Notes on Martin Griswold

 4    Deposition Exhibit 11                     135

 5      Notes on Derrick Sisk

 6    Deposition Exhibit 12                     243

 7      "Glyphosate use and associations with non-Hodgkin lymphoma

 8      major histological sub-types: Findings from the North

 9      American Pooled Project"  - Pawha, et al.

10    Deposition Exhibit 13                     262

11      Declaration of Martha Sandy, Ph.D.

12    Deposition Exhibit 14                     265

13      Martin Griswold deposition

14    Deposition Exhibit 22                     274

15      Iarc Monographs on the Evaluation of Carcinogenic Risks to

16      Humans

17

18

19

20

21

22

23

24

25
```

Robert Conry, M.D.

```
 1   genotoxicity, and animal model studies of
 2   glyphosate, Roundup.  But most -- I guess I'm
 3   primarily relying on information contained within
 4   that report, such as the meta-analyses and their
 5   outcomes also described in Dr. Weisenburger's
 6   article.  Not trying to quote anything from
 7   Dr. Portier, that I recall.
 8   Q        Were you aware, at the time you looked
 9   at Dr. Weisenburger's article for the first time,
10   that he had been retained as an expert on behalf
11   of plaintiffs in the Roundup litigation?
12   A        No.  I identified his article on my own
13   through a PubMed literature search.
14   Q        Okay.  And we're gonna get to your
15   search and how that -- how that came about.  But
16   I -- I appreciate your clarification.
17            Separately from Dr. Portier's report,
18   you had an article that you reviewed by
19   Dr. Portier as well; correct?
20   A        I'm not certain.  You'll have to point
21   me to that one and see it.
22   Q        Okay.  I'll come back to that.
23            Do you personally know Dr. Portier?
24   A        No.
25   Q        Do you know Dr. Weisenburger?
```

```
 1   Q         So the only thing you plan to say about
 2   animal carcinogenicity studies and genotoxicity
 3   studies is that you've looked at them as part of
 4   your assessment, but you're not planning on
 5   talking about the results of genotoxicity studies
 6   or what they mean or what their implication is.
 7   Is that correct?
 8   MS. GREENWALD:
 9             Objection.  Form.
10   A         So I understand the, you know, Bradford
11   Hill criteria to link an agent as a causative
12   factor for cancer or other healthcare problems,
13   health disorders.  I understand one element of
14   that is identifying a scientific mechanism
15   whereby the agent could cause the studied health
16   outcome.  So the genotoxicity studies are a piece
17   of that puzzle that is supportive of glyphosate
18   Roundup being a significant contributing factor
19   to non-Hodgkin's lymphoma.  So I will describe
20   that at trial when asked.
21             And, then, I guess I find the evidence
22   to be plausible, believable, and published by
23   some, you know, high-quality -- in high-quality
24   journals and, you know, by high-quality
25   individuals.
```

```
 1   MR. PIORKOWSKI:

 2   Q        Have you ever been asked to consult on

 3   genotoxicity studies for any product in your

 4   professional life?

 5   A        Well, I would -- not as a consultant.

 6   So maybe I should leave it at that.  But,

 7   obviously, genotoxicity is central to the

 8   practice of medical oncology and something that

 9   I, as a medical oncologist, thoroughly understand

10   or have extensive experience with.

11   Q        You referred to the Bradford Hill

12   criteria.  What are the Bradford Hill criteria?

13   I don't mean -- I'm not asking to list them.  I'm

14   saying what -- what are they conceptually?  What

15   are they used for?

16   A        My understanding is, as I've said a

17   moment ago, they're a framework published, I

18   believe, in the 1960s for how to consider

19   evaluating a particular agent and its potential

20   linkage to a particular health outcome.

21   Q        So when you have an agent and you have

22   studies that show a statistically significant

23   association, is the Bradford Hill criteria what

24   you use to distinguish whether that's a

25   correlation or a causal relationship?
```

```
 1                  C E R T I F I C A T E

 2

 3              I do hereby certify that the above and

 4    foregoing transcript of proceedings in the matter

 5    aforementioned was taken down by me in machine

 6    shorthand, and the questions and answers thereto

 7    were reduced to writing under my personal

 8    supervision, and that the foregoing represents a

 9    true and correct transcript of the proceedings

10    given by said witness upon said hearing.

11              I further certify that I am neither of

12    counsel nor of kin to the parties to the action,

13    nor am I in anywise interested in the result of

14    said cause.

15

16

17                        [signature: Lois Anne Robinson]

18                     /s:// Lois Anne Robinson

                       LOIS ANNE ROBINSON, RPR, RMR

19                     REGISTERED DIPLOMATE REPORTER

                       CERTIFIED REALTIME REPORTER

20

21

22

23

24

25
```

```
 1                      -  -  -  -  -  -
                            E R R A T A
 2                      -  -  -  -  -  -
 3
 4      PAGE    LINE    CHANGE
 5       22      15     "or" should be "are"
 6      REASON:         transcription error
 7       46      22     "An irradiation" should be "A radiation"
 8      REASON:         transcription error
 9      106       4     "as to chemistry listing" should be "immunohistochemistry"
10      REASON:         transcription error/ transcriber unfamiliar with word
11      106      4-5    should be "which distinguishes a B-Cell to T-cell"
12      REASON:         transcription error/ missing word "distinguishes"
13      111       3     "weak" should be "cause"
14      REASON:         transcription error
15      113       5     "divided" should be "dividing"
16      REASON:         transcription error
17      113      20     "unlikely" should be "likely"
18      REASON:         transcription error
19      115      15     "actually is" should be "encodes"
20      REASON:         transcription error
21      260      19     "was certified" should be "did serve"
22      REASON:         transcription error
23      116      15     "affected" should be "effective"
24      REASON:         transcription error
```

```
                       - - - - - -
                       E R R A T A
                       - - - - - -

PAGE    LINE      CHANGE
274      5        "mirroring" should be "murine"
         REASON:  transcription error/ transcriber unfamiliar with term
281      7        ".1" should be "0.01"
         REASON:  transcription error
345      10       "risk" should be "risks"
         REASON:  transcription error
377      13       "NYC, N-Y-C," should be "MYC, M-Y-C"
         REASON:  transcription error/ transcriber unfamiliar with term
379      1        "but" should be "that"
         REASON:  transcription error
386      3        "an if in front of" should be "a risk of"
         REASON:  transcription error
430      7        "certain" should be "cellular"
         REASON:  transcription error
430      8        "in" should be "to"
         REASON:  transcription error
488      18       "weren't" should be "warrant"
         REASON:  transcription error
507      10       "miss Eugster" should be "Mrs. Eugster"
         REASON:  transcription error
```

```
 1                    - - - - - -
                         E R R A T A
 2                    - - - - - -
 3
 4    PAGE    LINE    CHANGE
 5    _511_   _24_    "2001" should be "2021"
 6         REASON:    transcription error
 7    _530_   _12_    "(Zoom distortion)" should be "progression"
 8         REASON:    transcription error
 9    ____   ____     _____
10         REASON:    _____
11    ____   ____     _____
12         REASON:    _____
13    ____   ____     _____
14         REASON:    _____
15    ____   ____     _____
16         REASON:    _____
17    ____   ____     _____
18         REASON:    _____
19    ____   ____     _____
20         REASON:    _____
21    ____   ____     _____
22         REASON:    _____
23    ____   ____     _____
24         REASON:    _____
```

```
 1
 2              ACKNOWLEDGMENT OF DEPONENT
 3
 4           I, _Robert M. Conry_, do
 5   hereby certify that I have read the
 6   foregoing pages, and that the same is
 7   a correct transcription of the answers
 8   given by me to the questions therein
 9   propounded, except for the corrections or
10   changes in form or substance, if any,
11   noted in the attached Errata Sheet.
12
13
14   _Robert Martin Conry_           _11/23/2022_
15   WITNESS NAME                    DATE
16
17
18   Subscribed and sworn
     to before me this
19   _23_ day of _November_, 20_22_.
20   My commission expires: _July 18th, 2026_
21
     _Ala Morris Jones_
22   Notary Public
23
24
```

[Notary seal: ALEXANDRA MORRIS JONES, EXPIRES JULY 18, 2026, NOTARY PUBLIC, ALABAMA STATE AT LARGE]