# EXHIBIT H

Karen Delorme-Barton

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2
       IN RE: ROUNDUP PRODUCTS LIABILITY     MDL No. 2741
 3     LITIGATION                            Case No. MDL No.
 4                                           3:16-md-02741-VC
 5
 6     KAREN DELORME-BARTON,      )
                                  )
 7              Plaintiff,        )
                                  )
 8     vs.                        )
                                  )  Case No. 3:18-cv-01427
 9     MONSANTO COMPANY,          )
                                  )
10              Defendant.        )
                                  )
11
12
13
14              Videotaped Deposition of KAREN
15     DELORME-BARTON, taken by counsel for the Plaintiff,
16     pursuant to notice and by agreement of counsel, under
17     the Federal Rules of Civil Procedure, reported by
18     Tamela G. Sheeler, RPR, CLR, CCR-6537-8261-3701-4272,
19     at McKee Court Reporting, 106 Montgomery Street,
20     Savannah, Georgia, on Tuesday, January 14, 2020,
21     commencing at 10:05 a.m.
22
23
24
25
```

Karen Delorme-Barton

```
 1                  APPEARANCES OF COUNSEL
 2
    FOR THE PLAINTIFF:
 3
              KATHERINE L. HANSSON, ESQUIRE
 4            Weitz & Luxenberg
              700 Broadway
 5            New York, New York  10003
                 212-558-5991
 6               khansson@weitzlux.com
 7
    FOR THE DEFENDANT:
 8
              JASON SCOTT, ESQUIRE
 9            Shook, Hardy & Bacon, LLP
              2555 Grand Boulevard
10            Kansas City, Missouri  64108
                 816-474-6550
11               jscott@shp.com
12
    ALSO PRESENT:
13
              DENNIS DORSEY, VIDEOGRAPHER
14
              WILLIAM F. BARTON
15
16
17
18
19
20
21
22
23
24
25
```

Golkow Litigation Services                                    Page 2

**Exhibit H Page 2**

Karen Delorme-Barton

```
 1                      I N D E X
 2                                                    Page
 3   EXAMINATION
 4      By Mr. Scott                                    4
 5   Signature of Deponent                            245
 6   Certificate of Reporter                          246
 7         (The Reporter's Disclosure Statement is
           attached at the back of the transcript.)
 8
 9         *   *   *   *   *   *   *   *   *   *   *   *
10                     E X H I B I T S
11   Defendant's
        Exhibit         Description                  Page
12
        1         Notice of Deposition                17
13
        2         Handwritten Notes                   28
14
        3         Receipt from Home Depot             95
15
        4         Google Map of 1899 Azalea          121
16                Springs Trail
17      5         Plaintiff Fact Sheet               222
18      6         Complaint and Demand for           231
                  Jury Trial
19
20
21
22
23
24
25
```

Karen Delorme-Barton

```
 1   would take on the shape of claws, or something, because
 2   they would get wet and then dry like that.
 3        Q.    Did you wear the gloves when you were
 4   spraying?
 5        A.    No.
 6        Q.    Okay. You don't --
 7        A.    Yeah, it's too --
 8        Q.    -- them when you're working in the --
 9        A.    Yeah, it's too bulky and too hard to do.
10        Q.    Then the mixing process that we talked
11   about. Anything different about the way that you would
12   mix the concentrate product in the Scotts pump sprayer
13   as opposed to the pump sprayer at your parents' house in
14   Illinois?
15        A.    Anything different about it. Tank to tank,
16   two tanks, you're saying?
17        Q.    Yeah, the steps that you talked about
18   earlier --
19        A.    Oh.
20        Q.    -- in Illinois, was there anything
21   different about, in mixing the concentrate for the
22   Scotts sprayer as opposed to what you did in Illinois?
23        A.    No.
24        Q.    The same process?
25        A.    Essentially the same, you know.
```

```
 1                      CERTIFICATE

 2    GEORGIA:

 3    CHATHAM COUNTY:

 4              I, Tamela G. Sheeler, Certified Court

 5    Reporter for the State of Georgia, do hereby certify:

 6              That the foregoing deposition was taken

 7    before me on the date and at the time and location

 8    stated on Page 1 of this transcript; that the witness

 9    was duly sworn to testify to the truth, the whole

10    truth and nothing but the truth; that the testimony

11    of the witness and all objections made at the time of

12    the examination were recorded stenographically by me

13    and were thereafter transcribed by computer-aided

14    transcription; that the foregoing deposition, as

15    typed, is a true, accurate and complete record of the

16    testimony of the witness and of all objections made

17    at the time of the examination.

18              I further certify that I am neither

19    related to nor counsel for any party to the cause

20    pending or interested in the events thereof.

21              Witness my hand, I have hereunto affixed

22    my official seal this 24th day of January, 2020, at

23    Savannah, Chatham County, Georgia.

24                           _____Tamela_____

                             TAMELA G. SHEELER, RPR, CLR,

25                           CCR-6537-8261-3701-4272
```