Robin Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Karen Delorme-Barton v. Monsanto,*<br>3:18-cv-01427-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF MONSANTO COMPANY'S PROPOSED EXPERT DR. JOHN MURPHY, PH.D.**<br><br>Hearing:<br>Date:  July 27, 2023<br>Time: 10:00a.m. PDT<br>Place: Courtroom 4, 450 Golden Gate Ave.<br>          San Francisco, CA 94102 |

**I, Robin L. Greenwald, declare and state:**

1. I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiff. I submit this declaration in support of Plaintiff's *Daubert* Motion to Exclude the Opinions and Testimony of Monsanto Company's Proposed Expert Dr. John Murphy, Ph.D. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit A is a true and correct copy of excerpts from Dr. John Murphy's Ph.D. Deposition Transcript (April 24, 2023), *Karen Delorme-Barton v. Monsanto Co.,* Case No. 3:16-md-02741-VC, U.S. District Court of the Northern District Court of California.

Executed this 30th Day of June 2023.

                                                    Respectfully submitted,

By:   */s/ Robin L. Greenwald*
        Robin L. Greenwald (*Pro Hac Vice*)
        **WEITZ & LUXENBERG, P.C.**
        700 Broadway, Fifth Floor
        New York, NY 10003
        Telephone: 212-558-5802
        Facsimile: (212) 344-5461
        rgreenwald@weitzlux.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                    */s/ Robin Greenwald*

- 2 -

DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S RESPONSE AND MEMORANDUM IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERT DR. JOHN MURPHY, PH.D.