Robin Greenwald (Pro Hac Vice)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Karen Delorme-Barton v. Monsanto,* 3:18-cv-01427-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S *DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF MONSANTO COMPANY'S PROPOSED EXPERT DR. WILLIAM JOHNSON, Ph.D., M.S.** <br><br> Hearing: <br> Date:  July 27, 2023 <br> Time: 10:00a.m. PDT <br> Place: Courtroom 4, 450 Golden Gate Ave. <br>     San Francisco, CA 94102 |

I, Robin L. Greenwald, hereby declare as follows:

1.   I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiff. I submit this declaration in support of Plaintiff's *Daubert* Motion to Exclude the Testimony of Monsanto Company's Proposed Expert Dr. William Johnson, Ph.D., M.S. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2.   Annexed hereto as Exhibit A is a true and correct copy of an excerpt from Dr. William Johnson's Deposition Transcript (May 22, 2023), *Karen Delorme-Barton v. Monsanto*, Case No. 3:18-cv-01427-VC, U.S. District Court of the Northern District of California.

3.   Annexed hereto as Exhibit B is a true and correct copy of Purdue University Sponsored Program Awards (April 2010), *Dimensions of Discovery.*

4.   Annexed hereto as Exhibit C is a true and correct copy of Dr. William Johnson's Expert Report (2023), *Karen Delorme-Barton v. Monsanto*, Case No. 3:18-cv-01427-VC, U.S. District Court of the Northern District of California.

5.   Annexed hereto as Exhibit D is a true and correct copy of the Assurance of Discontinuance (June 14, 2023), *In re* Investigation of Bayer CropScience LP and Monsanto Company, No. 23-025.

6.   Annexed hereto as Exhibit E is a true and correct copy of the EPA Withdrawal of the Glyphosate Interim Registration Review Decision (Sept. 21, 2022), EPA-HQ-OPP-2009-0361.

Executed this 30th Day of June, 2023.

Respectfully submitted,

By:   */s/ Robin L. Greenwald*
      Robin L. Greenwald (*Pro Hac Vice*)
      **WEITZ & LUXENBERG, P.C.**
      700 Broadway, Fifth Floor
      New York, NY 10003
      Telephone: 212-558-5802
      Facsimile: (212) 344-5461
      rgreenwald@weitzlux.com

      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin Greenwald*

DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S DAUBERT
MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF MONSANTO COMPANY'S PROPOSED
EXPERT DR. WILLIAM JONHSON, PH.D., M.S.