# EXHIBIT B

# DIMENSIONS *of* DISCOVERY

## Sponsored Program Awards

### May 2010

**Abel, Steven R**; pharmacy practice, from PRF Summer Research Grants, $2,636, "2010 GS SRG-PHPR."

**Abel, Steven R** and **Jones, Kellie L**; pharmacy practice, from Clarian Health Partners, Inc., $137,079, "Co-Funded Position with Clarian Health Partners."

**Abraham, Dulcy M**; civil engineering, from Winifred B. Bilsland Endowment, $19,173, "Fellowship."

**Abu-Omar, Mahdi M**; chemistry, from National Science Foundation, $135,000, "Mechanistic Studies of Oxygen Evolution and Hydrogen Atom Transfer in Enzymes and Biomimatic Models, Amendment 2."

**Adamo-Villani, Nicoletta**; computer graphics technology, from Educate for Tomorrow, $10,000, "The 21st Century World Project."

**Adams, Douglas E**; mechanical engineering, from General Dynamics Information Technology Inc., $36,850, "Third Incremental Funding for Modeling and Simulation of Degraded System Performance Based on Degraded Subsystem Performance."

**Adams, Douglas E**; mechanical engineering, from CACI International Inc., $158,000, "Development and Testing of Innovative Health Management Tools for Damage Detection, Evaluation, and Repair of the CH-53K Composite Rotor Blades & Structure."

**Agnew, Christopher R**; psychological sciences, from PRF Summer Research Grants, $15,815, "2010 GS SRG-PSYS."

**Agrawal, Rakesh**; chemical engineering, from U.S. Department of Energy, $300,000, "New Design Methods and Algorithms for High Energy-Efficient and Low-Cost Distillation Processes, Modification 7."

**Aguilar, Ruben C**; biological sciences, from The Lowe Syndrome Trust, $62,683, "Regulation of OCRL 1 Function by the Endocytic Adaptor Epsin."

**Aguilar, Ruben C**; biological sciences, from Purdue Research Foundation: XR Grant, $16,975, "Crosstalk Between Endocytosis and Cell Division Machineries."

**Ajuwon, Kolapo** and **Adeola, Olayiwola**; animal sciences, from Adisseo, $95,358, "Impact of Exogenous Non-Starch Carbohydrases and Phaytase on Nutrient Digestibility, Gut Health and Intergrity in Broiler and Weaning Pigs."

**Akkus, Ozan**; biomedical engineering, from National Science Foundation, $4,000, "REU: CAREER: Development of an Integrated Research and Education Program in Nanobiochemical Analysis of Skeletal Fragility."

**Akkus, Ozan**; biomedical engineering, from National Science Foundation, $4,375, "REU: Bridging the Gap Between Nano and Macroscale Hierarchies in Collagen Assembly."

**Aldrich, Daniel P**; political science, from Purdue University, $8,000, "Civil Society in Post-Disaster Recovery."

**Anderson, Donald J** and **Savaiano, Dennis A**; college of consumer & family sciences, from Destination Marketing Association International, $16,474, "DMAI."

**Anderson, Donald J** and **Savaiano, Dennis A**; college of consumer & family sciences, from Destination Marketing Association International, $23,423, "Executive Program in Destination Management."

**Andrisani, Ourania M** and **Liu, Xiaoqi**; basic medical science, biochemistry, from National Institutes of Health, $167,750, "Role of Polo-Like-Kinase (Plk-1) in Hepatitis B Virus-Mediated Hepatocellular Carcinoma."

**Balakrishnan, Venkataramanan**; electrical & computer engineering, from PRF Summer Research Grants, $21,086, "2010 GS SRG-ECEN."

**Balakrishnan, Venkataramanan**; electrical & computer engineering, from David M. Knox Endowment, $5,193, " Fellowship."

**Balakrishnan, Venkataramanan**; electrical & computer engineering, from David M. Knox Endowment, $5,193, "Fellowship."

**Banks, Margaret K**; civil engineering, from PRF Summer Research Grants, $2,636, "2010 GS SRG-CIVL."

**Banuelos, Rodrigo**; mathematics, from PRF Summer Research Grants, $47,444, "2010 GS SRG-MATH."

**Banuelos, Rodrigo**; mathematics, from Winifred B. Bilsland Endowment, $19,173, "Fellowship."

**Banuelos, Rodrigo** and **Goldberg, David**; mathematics, from U.S. Department of Education, $175,020, "Increasing U.S. Doctorates in Mathematics GAANN 2010."

**Barron, John M**; economics, from PRF Summer Research Grants, $5,272, "2010 GS SRG-ECON."

**Barton, Erik S**; biological sciences, from PHS-NIH National Institute of Allergy and Infectious Diseases, $372,140, "Interferon Alpha Regulation of Murine."

**Beckerman, Janna L**; botany & plant pathology, from BASF Corp, Chemicals Division, $2,000, "Indiana Arborists Association, Inc."

**Ben-Amotz, Dor**; chemistry, from National Science Foundation, $1,000, "2009 NSF Graduate Research Fellowship."

**Berndt, Thomas J**; foreign language & literature, from PRF Summer Research Grants, $15,815, "2010 GS SRG-FLL."

**Bertoline, Gary R**; technology–administration, from PRF Summer Research Grants, $5,272, "2010 GS SRG-TECH."

**Bingham, Clifton W**; computer science, from Ricoh Co Ltd, $78,792, "Secure Multiparty Computation for Outsourcing Image Processing."



**Office of the Vice President for Research**

Exhibit B Page 1

**Johnson, William G**; botany & plant pathology, from Monsanto Company, $9,000, "Weed Biology in Dicamba-Tolerant Soybean in Indiana Ecosystems."

**Johnson, William G**; botany & plant pathology, from Syngenta Crop Protection Inc., $21,500, "Weed Research."

**Johnson, William G**; botany & plant pathology, from FMC Corporation, $4,000, "Weed Research."

**Johnston, Cliff T**; agronomy, from Battelle Memorial Institute, $105,928, "Role of Aluminum Dimer and Carbonate in the Aluminum Solubility for Hanford Wastes."

**Kais, Sabre**; chemistry, from Army Research Office, $100,000, "Physics: Finite Size Scaling and Quantum Criticality of Quantum Gases." (a Discovery Park award — Birck Nanotechnology Center)

**Kak, Avinash C**; electrical & computer engineering, from Elsevier Inc., $3,888, "Editorship of Our Journal, CVGIP: Image Understand."

**Kazacos, Kevin R**; comparative pathobiology, from Memphis Zoological Society, $2,350, "Tapeworm Research Program."

**Keener, Kevin M**; food science, from Insinkerator Division, $23,500, "Multi-Sponsored Gift."

**Keener, Kevin M**; food science, from Keystone Foods LLC, $2,500, "Multi-Sponsored Gift."

**Kelly, Brian C**; sociology, from PHS-NIH National Institute on Drug Abuse, $709,859, "Prescription Drug Abuse in Club Subcultures: Contexts & Risks."

**Kenttamaa, Hilkka I**; chemistry, from Haldor Topsoe, $10,000, "Change in Composition of Refinery Streams During Processing."

**Kenttamaa, Hilkka I**; chemistry, from National Science Foundation, $150,000, "Gas Phase Studies Organic Sigma-Type Polyradicals, Amendment 1."

**Key, Nicole L**; mechanical engineering, from Rolls-Royce Corporation, $8,000, "Automation of a Hotwire Calibration Facility — an Undergraduate Research Experience."

**Kildishev, Alexander V**; electrical and computer engineering, from Lockheed Martin Corp., $30,000, "Hyperlens Concentrators." (a Discovery Park award — Birck Nanotechnology Center)

**Kladivko, Eileen J**; agronomy, from Helena Chemical Company, $300, "Soil Physics."

**Kladivko, Eileen J**; agronomy, from Agreliant, $300, "Crop Response to Micronutrient Fertilizers."

**Koch, Daphene C**; building construction & management technology, from Shiel Sexton, $7,100, "Shiel Sexton Leadership Training Summer 2010."

**Konieczny, Stephen F**; biological sciences, from PHS-NIH National Cancer Institute, $313,971, "Kras-Induced Cellular Plasticity in Pancreatic Cancer."

**Kuhn, Richard J**; biological sciences, from Kylin Therapeutics, $197,912, "Optimizing pRNA for Commercial Use." (a Discovery Park award — Bindley Biosocience Center)

**Kuhn, Richard J**; biological sciences, from PRF Summer Research Grants, $18,450, "2010 GS SRG-BIOS."

**Ladisch, Michael R** and **Mosier, Nathan S**; agricultural & biological engineering, from Mascoma Corporation, $430,725, "Cellulose Pretreatment and Processing."

**Latin, Richard X**; botany & plant pathology, from BASF Corporation, $9,600, "Turfgrass Disease Research."

**Leary, James F**; basic medical sciences, from Techshot, $196,000, "Microfluidic Multichannel Flow Cytometer." (a Discovery Park award — Bindley Biosocience Center)

**Leary, James F** and **Chmielewski, Jean A**; basic medical sciences, chemistry, from Dow Agrosciences, $227,645, "Construction of DNA/CPP/Fusion-Tag Tethered Nanoparticles for the Plant Cell Delivery, Genome Modification and Transgene Expression." (a Discovery Park award — Birck Nanotechnology Center)

**Lescun, Timothy B**; **Pader, Karine**; **Freeman, Lynetta** and **Snyder, Paul W**; veterinary clinical science, comparative pathobiology, from American College of Veterinary Surgeons, $14,994, "Comparison of Transvaginal Natural Orifice Transluminal Endoscopic Surgery (NOTES) and Laparoscopy for Elective Bilateral Ovariectomy in Standing Mares."

**Li, Kai Ming**; **Bolton, J S** and **Chen, Qingyan**; mechanical engineering, from Federal Aviation Administration, $85,000, "(P3) AM 3 Project 26: Sound Structural Transmission - Soundproofing Residential Buildings in Noise Impacted Areas Near Airports with Ventilated Windows." (a Discovery Park award — Discovery Park Administration)

**Lopez, Roberto G**; horticulture & landscape architecture, from Ponsettia Foundation, $500, "Multi-Sponsored Gift Account."

**Love, David J**; electrical & computer engineering, from Samsung Electronics Co., Ltd., $97,800, "Next Generation Feedback and and Interference Mitigation Techniques for Future Wireless Systems."

**Low, Philip S**; **Kim, Yeong E**; **Reifenberger, Ronald G** and **Wei, Alexander**; e-Enterprise center, from US Army Res Development and Engineering Command, $1,438,585, "Rapid and Accurate Pathogenidentification/Detection." (a Discovery Park award — e-Enterprise center)

**Luo, Zhao-Qing**; biological sciences, from PHS-NIH National Institute of Allergy & Infectious Diseases, $26,218, "Modulation of Host Apoptotic Pathways by Legionella Pneumophila."

**Lyrintzis, Anastasios S** and **Blaisdell, Gregory A**; aeronautical & astronautical engineering, from Combustion Research & Flow Technology Inc., $12,000, "Large Eddy Simulations of Hot Supersonic Jets for Aeroacoustics."

**Lyutikov, Maxim Y**; physics, from West Virginia University, $10,587, "Constraining Pulsar Emissions Physics through Radio Gamma Ray Correlation of Crab Giant Pulses."

**Mann, Rebecca L**; educational studies, from Davidson Foundation, The, $20,000, "Diversity Initiative for Gifted Students (DIGS)."

**Mathur, Aditya P**; computer science, from PRF Summer Research Grants, $10,543, "2010 GS SRG-CS."

**Mathur, Aditya P**; computer science, from Winifred B. Bilsland Endowment, $11,184, "Fellowship."

**Mattes, Richard D**; **Ferruzzi, Mario** and **McCabe, George P**; foods & nutrition, food science, statistics, from National Institutes of Health, $435,286, "Pre-Ingestive Influences on Solid and Fluid Food Intake in Lean and Obese Adults."

**Mayboroda, Svitlana**; mathematics, from Alfred P. Sloan Foundation, $50,000, "Alfred P. Sloan Research Fellowship for Dr. Svitlana Mayboroda in Mathematics."

**Maynard, Elizabeth T**; horticulture & landscape architecture, from Crookham Company, $500, "Research for 1995 Vegetable Variety Trial Program."

**Weller, Stephen C** and **Marshall, Maria I**; horticulture & landscape architecture, agricultural economics, from University of California-Davis, $150,000, "Indigenous African Leafy Vegetables (ALV) for Enhancing Livelihood Security of Smallholder Farmers in Kenya."

**Weller, Stephen C**; horticulture & landscape architecture, from Monsanto Company, $65,000, "Research Gift."

**Williams, Ann E**; field extension educators, from United Way of Dekalb County Inc., $307, "Dekalb County Community Womens Heart Health."

**Williams, Ann E**; field extension educators, from In diana State Department of Health, $500, "Building Womans Passion for a Healthy Heart."

**Wise, Kiersten A**; botany & plant pathology, from Agreliant, $300, "Voluntary Support Account."

**Witz, Steven M**; Regenstrief Center for Healthcare Engineering, from Mayo Clinic, $830,160, "Healthcare Engineering Research Program for the Center for Innovation at Mayo Clinic and the Regenstrief Center for Healthcare Engineering at Purdue University (RCHE)." (a Discovery Park award — Regenstrief Center for Healthcare Engineering)

**Wodicka, George R**; biomedical engineering, from Chappelle, $19,173, "Fellowship."

**Wodicka, George R**; biomedical engineering, from Chappelle, $19,173, "Fellowship."

**Wodicka, George R**; biomedical engineering, from PRF Summer Research Grants, $2,636, "2010 GS SRG-BMEP."

**Wodicka, George R**; biomedical engineering, from Chappelle, $19,173, "Fellowship."

**Yaninek, John S** and **Bledsoe, Larry W**; entomology, from Indiana Department of Natural Resources, $110,089, "Indiana CAPS 2010 Work Plan and Budget."

**Yau, David K**; computer science, from National Science Foundation, $33,525, "NeTS:Medium:Collaborative Research: Building an Intelligent, Uncertainty-Resillient Detection and Tracking Sensor Network."

**Ye, Peide**; electrical and computer engineering, from National Institute of Standards & Technology, $75,000, "Advanced Optical Characterization of High-k/III-V Interfaces and its Relation with High-Performance III-V MOSFETs." (a Discovery Park award — Birck Nanotechnology Center)

**Yih, Yuehwern**; industrial engineering, from Telamon Corp, $3,993, "Systems and Processes Integration and Project Management for Medical Outsource Billing."

**Zheng, Wei**; health sciences, from PRF Summer Research Grants, $2,636, "2010 GS SRG-HLS."

**Zhou, Chenn Q**; mechanical engineering–Calumet campus, from Tri-State Industries, $3,000, "Pipe Support Analysis."

**Zhou, Chenn Q**; mechanical engineering–Calumet campus, from American Iron & Steel Institute, $145,112, "Minimization of Blast Furnace Fuel Rate by Optimizing Burden and Gas Distributions Year 3 Funding."

**Zhou, Daoguo**; biological sciences, from PHS-NIH National Institute of Allergy and Infectious Diseases, $30,175, "Host Actin Cytoskeleton Rearrangements Induced by Salmonella." ◻

---

### Notice Regarding Sponsored Program Awards

The Sponsored Program Awards list is generated by Sponsored Program Administration. Questions concerning the information contained in the Dimensions of Discovery awards pages should be directed to Stephanie Willis at **swillis@purdue.edu**. ■