Robin Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Co-Lead Counsel for All MDL Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Karen Delorme-Barton v. Monsanto,* 3:18-cv-01427-VC | **PLAINTIFF'S RESPONSE AND OPPOSITIONTO DEFENDANT MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing: <br> Date:  July 27, 2023 <br> Time: 10:00a.m. PDT <br> Place: Courtroom 4, 450 Golden Gate Ave. <br>          San Francisco, CA 94102 |

In response to Monsanto's Motion for Summary Judgment (ECF #16857) on the MDL Docket and (ECF#20) and on Plaintiff Karen Delorme-Barton's ("Plaintiff's") specific docket (3:18-cv-01427-VC), and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Plaintiff incorporates the following pleadings that were filed on the MDL docket:

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #8328)

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Proof (ECF #2479)

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (Wave 2) (ECF #12899)

- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment on Non-Causation Grounds (Wave 3) (ECF # 13885)
- Plaintiffs' Response in Opposition to Monsanto's Motion for Summary Judgment Re: Illinois Wave 2 Plaintiffs on Illinois Grounds (ECF # 12883)

Plaintiff further incorporates the following pleadings that were filed in *Hardeman v. Monsanto Co.*, Case No. 3:16-cv-00525:

- Plaintiffs' Response to Monsanto's Motion to Dismiss (ECF #27)

Plaintiff further incorporates her concurrently-filed opposition to Monsanto's *Daubert* Motion to Exclude Plaintiff's Specific Causation Expert Dr. Conry on Plaintiff Karen Delorme-Barton's specific docket (ECF # 22) and (ECF #16939) on the MDL Docket.

By incorporating by reference prior filings, Plaintiff is in no way waiving any arguments raised therein or arguments in other pleadings that address these issues. Further, Monsanto's Motion incorrectly suggests that the substantive law of the state of Georgia should apply here. Plaintiff maintains the position that Defendant is not entitled to file new motions respecting these witnesses or issues merely because the case may be transferred to the Northern District of Illinois for trial for which Plaintiff asserts the substantive law of the state of Illinois should apply. In any event, Plaintiff reserves the right to respond to any new motions that Monsanto may file.

Dated June 30, 2023                         Respectfully submitted,

By:   */s/ Robin L. Greenwald*
Robin L. Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: 212-558-5802
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Co-Lead Counsel for All MDL Plaintiffs*

PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ECF system which sent notice of the filing to all appearing parties of record.

<em>/s/ Robin Greenwald</em>