Robin Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Karen Delorme-Barton v. Monsanto,* 3:18-cv-01427-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S *DAUBERT* MOTION TO PRECLUDE TESTIMONY FROM MONSANTO COMPANY'S PROPOSED EXPERT DR. WILLIS NAVARRO, M.D.** <br><br> Hearing: <br> Date:  July 27, 2023 <br> Time:  10:00a.m. PDT <br> Place: Courtroom 4, 450 Golden Gate Ave. <br>            San Francisco, CA 94102 |

 I, Robin L. Greenwald, declare and state:

   1.  I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiff. I submit this declaration in support of Plaintiff's *Daubert* Motion Preclude Testimony from Monsanto Company's Proposed Expert Dr. Willis Navarro, M.D. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

   2.  Annexed hereto as Exhibit A is a true and correct copy of an excerpt of a Manuscript published in *Science* titled "Stem cell divisions, somatic mutations, cancer etiology, and cancer

prevention", with Cristian Tomasetti, Lu Li, and Bert Vogelstein identified as authors, dated Mar. 24, 2017.

3. Annexed hereto as Exhibit B is a true and correct copy of an excerpt of an article published in *Science* titled "Variation in cancer risk among tissues can be explained by the number of stem cell division", with Cristian Tomasetti and Bert Vogelstein identified as authors, dated Feb. 05, 2020.

4. Annexed hereto as Exhibit C is a true and correct copy of the Expert Report of Dr. Willis Navarro, M.D. on behalf of Plaintiff Karen Delorme-Barton, Case No. 3:16-md-02741-VC.

5. Annexed hereto as Exhibit D is a true and correct copy of excerpts from Deposition of Dr. Willis Navarro, M.D. (April 26, 2023), *Delorme-Barton, Karen v. Monsanto Co.,* Case No. 3:16-md-02741-VC.

6. Annexed hereto as Exhibit E is a true and correct copy of the Curriculum Vitae for Dr. Cristian Tomasetti, Ph. D. dated Jan. 24, 2023, *In re Roundup Products Liability Litigation,* No. 16-MD-02741 (N.D Cal.) Wave V.

7. Annexed hereto as Exhibit F is a true and correct copy of excerpts from Deposition of Dr. Cristian Tomasetti, Ph. D. (Jan. 4, 2022), *Neal, Earl, et al., v. Monsanto Co.,* Case No. 1722-CC10773, Circuit Court of the City of St. Louis, Missouri.

8. Annexed hereto as Exhibit G is a true and correct copy of Plaintiff's Exhibit "Peer-Review Articles Critiquing and/or Responding to Monsanto Company's Proposed Expert Dr. Cristian Tomasetti, Ph.D".

9. Annexed hereto as Exhibit H is a true and correct copy of an Essay published in *European Journal of Epidemiology* titled "Stem cell replication, somatic mutations and role of randomness in the development of cancer", with Vittorolo Perduca, Ludmil B. Alexandrov, Michelle Kelly-

Irving, Cyrille Depierre, Hanane Omichessan, Mark P. Little, Paolo Vinels, and Gianluca Severi identified as authors, dated July 13, 2018.

10. Annexed hereto as Exhibit I is a true and correct copy of an excerpt of a Manuscript published in *Cancer Prev Res (Phila)* titled "A critical examination of the 'bad luck' explanation of cancer risk", with Andrii I. Rozhok, Geoffrey M. Wahl, and James DeGregori identified as authors, dated Sept. 8, 2015.

11. Annexed hereto as Exhibit J is a true and correct copy of a World Health Organization Report – "Cancer research for cancer prevention", with Christopher P. Wild, Elisabete Weiderpass, and Bernard W. Stewart identified as editors, dated 2020.

12. Annexed hereto as Exhibit K is a true and correct copy of excerpts from Deposition of Dr. David L. Grinblatt, M.D. (Nov. 15, 2022), *Martin Griswold, et al., v. Monsanto Co.,* Case No. 1922-CC11226, Circuit Court of the City of St. Louis, Missouri.

13. Annexed hereto as Exhibit L is a true and correct copy of excerpts from Deposition of Dr. Brian Taylor M.D. (June 02, 2023), *Metcalf, Darren, et al., v. Barretts Minerals Inc., et al.,* Case No. 22STCV21416, Superior Court of the State of California for the County of Los Angeles.

14. Annexed hereto as Exhibit M is a true and correct copy of a Web Page from the National Cancer Institute Dictionary of Cancer Terms with the definition of "Gene Signature", accessed June 30, 2023.

DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S DAUBERT MOTION TO PRECLUDE TESTIMONY FROM MONSANTO COMPANY'S PROPOSED EXPERT DR. WILLIS NAVARRO, M.D.

Executed this 30th Day of June, 2023.

Respectfully submitted,

By: */s/ Robin L. Greenwald*
Robin L. Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: 212-558-5802
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin Greenwald*

DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S DAUBERT MOTION TO PRECLUDE TESTIMONY FROM MONSANTO COMPANY'S PROPOSED EXPERT DR. WILLIS NAVARRO, M.D.