# EXHIBIT K

David L. Grinblatt, M.D.

```
 1       IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                    STATE OF MISSOURI
 2
    MARTIN GRISWOLD,              )
 3              Plaintiff,        )
         -vs-                     ) Case No.
 4  MONSANTO COMPANY,             ) 1922-CC11226
                Defendant.        )
 5
    -------------------------------------------------
 6
    ANGELA SADOWSKI,              )
 7              Plaintiff,        )
         -vs-                     ) Case No.
 8  MONSANTO COMPANY,             ) 1922-CC11237
                Defendant.        )
 9
    -------------------------------------------------
10
    LINDA EUGSTER,               )
11              Plaintiff,        )
         -vs-                     ) Case No.
12  MONSANTO COMPANY,             ) 2122-CC09039
                Defendant.        )
13
    -------------------------------------------------
14
    STEPHEN POWERS and           )
15  DERRICK SISK,                )
                Plaintiffs,      ) Case No.
16       -vs-                     ) 1722-CC10879
    MONSANTO COMPANY,             )
17              Defendant.        )
18
    -------------------------------------------------
19  COREY SWANSON,               )
                Plaintiff,        )
20       -vs-                     ) Case No.
    MONSANTO COMPANY,             ) 2122-CC09140
21              Defendant.        )
    -------------------------------------------------
22
                VIDEOTAPED DEPOSITION OF
23              DAVID L. GRINBLATT, M.D.
                   November 15, 2022
24                 Rosemont, Illinois
```

**Exhibit K Page 1**

David L. Grinblatt, M.D.

```
 1

 2

 3              The videotaped deposition of

 4   DAVID L. GRINBLATT, M.D., called by the Plaintiffs

 5   for examination, taken before CORINNE T. MARUT,

 6   C.S.R. No. 84-1968, Registered Professional

 7   Reporter and a Certified Shorthand Reporter of the

 8   State of Illinois, at the Hampton Inn & Suites,

 9   Rosemont Chicago O'Hare, 9480 West Higgins Road,

10   Rosemont, Illinois, on November 15, 2022,

11   commencing at 9:11 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24
```

**Exhibit K Page 2**

David L. Grinblatt, M.D.

```
 1   APPEARANCES:

 2   ON BEHALF OF THE PLAINTIFFS:

 3        WEITZ & LUXENBERG, P.C.
          220 Lake Drive East, Suite 210
 4        Cherry Hill, New Jersey  08002
          856-755-1115
 5        BY:  JOSEPH J. MANDIA, ESQ.  (Via Zoom)
               jmandia@weitzlux.com
 6             BENJAMIN GOLDMAN, ESQ.  (Via Zoom)
               bgoldman@weitzlux.com
 7             CALLIE SHARP, ESQ.
               csharp@weitzlux.com
 8

 9

10   ON BEHALF OF THE DEFENDANT:

11        HOLLINGSWORTH LLP
          1350 I Street NW
12        Washington, DC  20005
          202-988-5815
13        BY:  GREGORY S. CHERNACK, ESQ.
               gchernack@hollingsworthllp.com
14

15

16

17   VIDEOTAPED BY:  PETER PREZZANO

18

19   REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968

20

21

22

23

24
```

David L. Grinblatt, M.D.

```
 1                    I N D E X

 2   DAVID L. GRINBLATT, M.D.            EXAMINATION

 3        BY MR. MANDIA................   6

 4

 5

 6                  E X H I B I T S

 7   PLAINTIFF'S EXHIBIT                 MARKED FOR ID

 8   No. P-1   Plaintiff's Amended Notice of    11
               Videotaped Deposition of
 9             Dr. David L. Grinblatt, M.D.

10   No. P-2   Curriculum Vitae, David L.       28
               Grinblatt, M.D.
11
     No. P-3   Notes of Dr. Grinblatt          107
12             pertaining to Angela
               Hewrylak-Sadowski
13
     No. P-4   Document, "David Grinblatt,     140
14             M.D. Materials Reviewed"

15   No. P-5   Notes of Dr. Grinblatt          183
               pertaining to Derrick Sisk
16
     No. P-6   Document, "Supplementary        218
17             Materials for Stem cell
               divisions, somatic mutations,
18             cancer etiology, and cancer
               prevention," by Tomasetti, Li
19             and Vogelstein

20   No. P-7   Article, "Stem cell division,   228
               somatic mutations, cancer
21             etiology, and cancer
               prevention," by Tomasetti, Li
22             and Vogelstein

23

24
```

David L. Grinblatt, M.D.

1        Q.    You are a specialist in internal

2    medicine and oncology, correct?

3        A.    In hematology and medical oncology.

4        Q.    Okay.  You do not have special- -- you

5    don't have a board certified in internal medicine,

6    is that right?

7        A.    I am board certified in internal

8    medicine.

9        Q.    Okay.  I asked you --

10       A.    I'm triple -- I have three boards.

11   So...

12             But usually when you're a subspecialist,

13   you kind of ignore the initial one.

14       Q.    Understood.  Okay.  That's why I was

15   confused because I asked you internal medicine,

16   oncology and I -- okay.

17             You are not an occupational medicine

18   doctor, correct?

19       A.    I am not.

20       Q.    You are a professor of medicine at the

21   University of Chicago Pritzker School of Medicine,

22   correct?

23       A.    Clinical associate professor.

24       Q.    Okay.  And what is a clinical associate

David L. Grinblatt, M.D.

 1   HealthSystem is four hospitals, but they've

 2   recently -- I'm not an expert on their business

 3   dealings, but they've recently merged with Swedish

 4   Covenant Hospital or subsumed Swedish Covenant I

 5   think and then there is Northwest Community

 6   Hospital and another hospital affiliated there and

 7   then there is Edwards-Elmhurst Hospital.

 8            So, I'm not sure of how many hospitals

 9   now.  I think it's nine in the network now.

10       Q.    And you are a practicing oncologist and

11   hematologist at NorthShore?

12       A.    Yes.

13       Q.    What specific hospitals do you work out

14   of?

15       A.    Evanston Hospital primarily.  I go to

16   Glenbrook Hospital.  I go to the cancer center at

17   Glenbrook Hospital one day a week.

18       Q.    How would you describe the reputation of

19   NorthShore University HealthSystem?

20       A.    I think it has an excellent reputation.

21       Q.    Do you think it cares about the

22   population it serves?

23       A.    Yes.

24       Q.    Would you say that they care about the

Exhibit K Page 6

David L. Grinblatt, M.D.

1    usually acquired during life?

2         A.    Yes, I agree.

3              And I'm just going to stop here again.

4    The word "gene mutation" is a very, you know --

5    it's really, in lymphoma, there is a mutation,

6    which is like a specific location on the DNA that's

7    damaged, is different than a translocation where

8    there is not a damage.

9              So, gene mutation is very different than

10   genetic alterations.  There's genetic alterations

11   and mutations.  In lymphoma usually we're looking

12   at alterations rather than mutations.

13        Q.    Do genetic alterations related to

14   non-Hodgkin's lymphoma, we would agree that those

15   are usually acquired during life?

16        A.    Correct.

17        Q.    I'm going to resume sharing the screen

18   with the notes that was Plaintiff's Exhibit P-3 of

19   Angela Sadowski.

20              Are these all the notes that you have as

21   it relates to Plaintiff Angela Sadowski?

22        A.    Yes.

23        Q.    Do you -- what is your opinion as to

24   what the cause of Angela Sadowski's diffuse large

David L. Grinblatt, M.D.

1    rearrangement.

2              So, that's just part of the basics, you

3    know.

4              When you asked me about Tomasetti before

5    and stem cell, it comes to mind, I mean, they were

6    looking at which cells have the most divisions over

7    time as to which are the most common cancers and

8    that's based on how many stem cells there are of

9    the different cells.

10             But that doesn't mean the mutations are

11   occurring at the stem cell level.  That's what I

12   was trying to explain before.  So, you know, this

13   is how lymphomas develop later in the development

14   of the cells.

15        Q.   Okay.  Is the only paper that discusses

16   specifically lymphomagenesis, would that be the

17   Tomasetti/Vogelstein paper that you cited to?

18        A.   No, no, I don't think so.  No.  I don't

19   know that I gave you any papers on lymphomagenesis.

20   I guess that's what I'm saying.  None of them were

21   like basic studies -- basic papers on what

22   lymphomas are and what -- you know, I didn't

23   include any of those.

24        Q.   Okay.  And do you believe the

**Exhibit K Page 8**

David L. Grinblatt, M.D.

1    Tomasetti/Vogelstein paper deals with

2    lymphomagenesis?

3        A.    The Tomasetti paper is looking at

4    cancerogenesis basically, at the development of

5    cancers, and basically making the point that you

6    can -- that cancers -- that all cancers basically

7    and that the frequency of the different cancers

8    depends on the amount of stem cell divisions that

9    occur during -- for these different cell types and

10   that that can predict how frequent different

11   cancers are.

12           It's just -- it's not specific to

13   lymphomagenesis.  Unless I'm missing.  I can't say

14   I reviewed any of them recently.  It deals with

15   different lymphomas.

16       Q.    Okay.

17       A.    Different cancers, including lymphoma

18   but not only lymphoma.  So, it's not like the best

19   paper on lymphomagenesis.

20       Q.    Okay.  Great.  Have you --

21       A.    Or it's not a specific.  I don't want to

22   say it's not the best.  It's not a specific paper

23   on lymphomagenesis.

24       Q.    The record will show whatever you said,

David L. Grinblatt, M.D.

1           Do you agree with that as a medical

2    doctor, the second part, the second part of that?

3        A.   Yes, but I don't think this relates to

4    lymphoma very well.

5        Q.   Okay.

6        A.   Because somatic mutations are not -- you

7    know what -- somatic, these are random somatic

8    mutations, in other words, somatic -- random

9    somatic mutation probability per cell division

10   rather than specific translocations.

11           So, I don't think it pertains as well to

12   lymphoma as other cancers.

13       Q.   It sounds like you don't believe random

14   genetic mutations relate to non-Hodgkin's lymphoma

15   at all, correct?

16       A.   Correct.

17       Q.   It then goes on to say, "For example,

18   the larger the tissue, the more divisions and the

19   more opportunities for environmental factors to

20   increase cancer risk."

21           Do you see that?

22       A.   Yes.

23       Q.   Did you say "yes"?

24       A.   Yes.

David L. Grinblatt, M.D.

1
       I, CORINNE T. MARUT, C.S.R. No. 84-1968,
2  Registered Professional Reporter and Certified
    Shorthand Reporter, do hereby certify:
3         That previous to the commencement of the
    examination of the witness, the witness was duly
4  sworn to testify the whole truth concerning the
    matters herein;
5         That the foregoing deposition transcript
    was reported stenographically by me, was thereafter
6  reduced to typewriting under my personal direction
    and constitutes a true record of the testimony
7  given and the proceedings had;
         That the said deposition was taken
8  before me at the time and place specified;
         That the reading and signing by the
9  witness of the deposition transcript was agreed
    upon as stated herein;
10       That I am not a relative or employee or
    attorney or counsel, nor a relative or employee of
11  such attorney or counsel for any of the parties
    hereto, nor interested directly or indirectly in
12  the outcome of this action.

13

14         _Corinne T Marut_____

15     CORINNE T. MARUT, Certified Reporter

16

17         (The foregoing certification of this
    transcript does not apply to any
    reproduction of the same by any means, unless under
18  the direct control and/or supervision of the
  certifying reporter.)
19

20

21

22

23

24