# EXHIBIT M



# gene signature

(jeen SIG-nuh-cher)

Information about the activity of a specific group of genes in a cell or tissue. In cancer, gene signatures can show how likely certain types of cancer are to grow and spread in the body or how likely they are to recur (come back). A gene signature may be used to help diagnose diseases, such as cancer, plan treatment, find out how well treatment is working, and make a prognosis.

## Search NCI's Dictionary of Cancer Terms

⦿ Starts with    ◯ Contains

[Enter keywords or phrases]    Search