# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4                              MDL NO. 2741

 5      IN RE:  ROUNDUP PRODUCTS    Case No. MDL No.

 6      LIABILITY LITIGATION       3:16-MD-02741-VC

 7

 8      This document relates to:

 9      Karen Delorme-Barton,

10           vs.

11      Monsanto Company.

12      Case No.

13      3:18-cv-01427-vc

14
                                DATE:  April 25, 2023
15                              LOCATION:  Vancouver, BC
                                (Via Videoconference)
16

17

18      _____

19                      DEPOSITION

20                         OF

21                  DR. GRAHAM SLACK

22      _____

23

24

25
```

Graham Slack, M.D.

```
 1                          APPEARANCES

 2

        APPEARING FOR THE PLAINTIFF:
 3
             WEITZ & LUXENBERG
 4           Fisher Building
             3011 West Grand Blvd., 24th Floor
 5           Detroit, Michigan  48202
             BY:  Joseph Mandia, Esquire
 6                Gregory Stamatopoulos, Esquire
                  Chantal Khalil, Esquire
 7                gstamatopoulos@weitzlux.com
                  jmandia@weitzlux.com
 8

 9

10
        APPEARING FOR THE DEFENDANT:
11
             GOLDMAN ISMAIL TOMASELLI
12           BRENNAN & BAUM LLP
             200 South Wacker Dr. Suite 2200
13           Chicago, Illinois  60606
             BY:  James Coleman, Esquire
14                jcoleman@goldmanismail.com

15
    OFFICIAL COURT REPORTER:
16
           Margaret Wills
17

18  VIDEOGRAPHER:

19         Julia Robinson

20

21

22

23

24

25
```

**Exhibit A Page 2**

Graham Slack, M.D.

```
 1        A    No.

 2   321  Q    Do you perform genetic sequencing in your

 3             practice?

 4        A    Yes.

 5   322  Q    How do you do you that, you specifically?

 6        A    Well, I order the tests that are required for a

 7             specific lymphoma diagnosis.  I then submit the

 8             material to our cancer genetics and genomics

 9             laboratory and a technologist who is trained to

10             work the specific machines will take the

11             material, run the test on the platform, the

12             platform will spit out the data and then I or

13             others in the department will interpret the data

14             and give a result.

15   323  Q    Have you ever studied the genetic sequencing of

16             patients that have been exposed to glyphosate or

17             glyphosate-based Roundup?

18        A    I don't know.  We don't ask that question when

19             we're assessing the genetics.

20   324  Q    So as you sit here today, can you say one way or

21             the other as to whether or not you -- strike

22             that.

23                  Is it fair to say you've never done a study

24             in which the purpose of that study was to

25             determine people who were exposed to glyphosate
```

Exhibit A Page 3

Graham Slack, M.D.

```
 1                or glyphosate-based Roundup, to determine and to

 2                look at the genetic sequencing of that person?

 3           A    I'm not aware that anyone has ever done that.

 4    325    Q    Doctor, these questions are not trick questions.

 5                I'm really just trying to get a sense of your

 6                knowledge base.

 7                     Have you ever looked at genetic sequencing

 8                for the purposes of looking at whether or not

 9                there are specific genes associated or related

10                to a person who has had exposure to glyphosate

11                or glyphosate-based Roundup?

12           A    I don't believe we've asked that question.

13    326    Q    Is it fair to say you could do a study and you

14                could interpret results looking at genetic

15                sequencing of people exposed to glyphosate

16                and/or glyphosate-based Roundup to determine

17                whether or not there's any type of genetic

18                signatures for those people?

19           A    If we had their glyphosate usage data we could

20                do that study, yes.

21    327    Q    Have you -- are you aware of anyone who has done

22                that study?

23           A    I'm not aware of anyone who has done that study.

24    328    Q    Do you have an opinion as to whether or not

25                there is any genetic signature for anyone who
```

Graham Slack, M.D.

```
 1                  has had exposure to glyphosate and/or

 2                  glyphosate-based Roundup?

 3         A        I am not aware that anyone has ever shown that

 4                  glyphosate exposure results in a specific

 5                  genetic signature.

 6   329   Q        You're not aware of that ever being studied;

 7                  correct?

 8         A        Not in humans.

 9   330   Q        Have you seen any type of animal studies that

10                  have looked at whether or not there's any

11                  genetic signature to any type of animal that was

12                  exposed to glyphosate or glyphosate-based

13                  Roundup?

14         A        To the best of my knowledge no one has looked at

15                  the genetic signature, genetic change, as it

16                  relates to exposure to glyphosate.

17   331   Q        Has anyone ever looked at or are you aware of --

18                  let me ask you, have you ever looked at whether

19                  or not, or studied whether or not, there's any

20                  background genetic signature related to a person

21                  who has non-Hodgkin's lymphoma?

22         A        Sorry, can you repeat the question please?

23   332   Q        Have you ever done a study to determine --

24                  strike that.

25                      Are you aware of any background genetic
```

Graham Slack, M.D.

```
 1       A    Again, I don't think that there's evidence for

 2            oxidative stress causing follicular lymphoma.

 3       MR. MANDIA:

 4                 I'm going to move to strike the

 5            non-responsive responses.

 6   482 Q    That's not my question.  My question is if

 7            oxidative stress can cause DNA damage to a

 8            driver gene mutation capable of causing

 9            follicular lymphoma.  Let's treat it as a

10            hypothetical.

11                 Under that hypothetical you could have

12            oxidative stress that can cause follicular

13            lymphoma, correct?

14       MR. COLEMAN:

15                 Objection.  Asked and answered.  Calls for

16            speculation.  Incomplete hypothetical.

17       A    Yeah, based on what we understand about

18            follicular lymphoma and what is published, I'm

19            not aware of oxidative stress being a cause of

20            mutation in follicular lymphoma.

21   483 Q    We can mark the transcript as another question

22            you refuse to answer.

23                 Do you have an opinion as to what caused

24            plaintiff Karen Delorme-Barton's follicular

25            lymphoma?
```

Exhibit A Page 6

Graham Slack, M.D.

```
 1        A    I have an opinion of what didn't and I can say

 2             it was not associated with her follicular

 3             lymphoma.  In all likelihood her lymphoma was

 4             due to random chance.

 5   484  Q    Would you give the opinion that her follicular

 6             lymphoma was caused by bad luck?

 7        A    I wouldn't call it bad luck.  It's just due to

 8             the natural processes of the human body.

 9   485  Q    You called it random -- well, okay.  We'll talk

10             about that.

11                 Are you a opining that there was any

12             environmental factor that you believe

13             contributed to Karen Delorme-Barton's follicular

14             lymphoma?

15        A    I'm opining that I could not identify any

16             environmental factor in the medical records I

17             reviewed that would have been likely to

18             contribute to the development of her lymphoma.

19   486  Q    Do you have an opinion as to whether or not she

20             had any inherited genetic defects that

21             contributed to her follicular lymphoma?

22        A    To clarify, you said "inherited"?

23   487  Q    Yes.

24        A    I did not see any evidence that she had an

25             inherited defect, I think was the word you used,
```

Graham Slack, M.D.

```
 1                    to contribute to her follicular lymphoma.

 2   488   Q    I said inherited genetic defect.  I assume your

 3               answer is the same?

 4         A    Yes.

 5   489   Q    Is it your opinion that her follicular lymphoma

 6               was caused by random genetic mutations?

 7         A    It's my opinion that that is the most likely

 8               cause, yes.

 9   490   Q    Do you know what a reasonable degree of

10               scientific certainty means?

11         A    No.  Can you clarify it for me, please?

12   491   Q    I'm just asking if you know what it means.

13         A    It's vague terminology.

14   492   Q    Will you be able to offer any opinions in this

15               case to any reasonable degree of medical or

16               scientific certainly?

17         A    I will offer opinions and I will not be using

18               that terminology when I offer my opinions.

19   493   Q    Now, if we take a look at your report -- you can

20               take the hard copy.  That will be helpful.

21         A    Yup.

22   494   Q    Before I get there, are you familiar with the

23               category of medications called NSAIDS or

24               non-steroidal anti-inflammatory medications?

25         A    Yes, I am.
```

Exhibit A Page 8

Graham Slack, M.D.

```
 1                able to identify any specific time period or any

 2                time in which she would have had the specific

 3                replicative errors in the DNA that would have

 4                caused her follicular lymphoma?

 5        A       No.  I can't make that determination based on

 6                what I've been presented with.

 7  509   Q       Do you know how many random replicative errors

 8                in DNA that she had which eventually resulted in

 9                your opinion in her follicular lymphoma?

10        A       I do not know the number that she had.  We have

11                -- they, her medical team only tested for one so

12                we're only aware of the one.  However, we know

13                that particular error, the translocation 14;18,

14                is a necessary but not sufficient abnormality to

15                develop what we call classic follicular lymphoma

16                so I know that she must harbour other

17                abnormalities.

18  510   Q       Do you have an opinion as to how many

19                abnormalities she must harbour in order to have

20                follicular lymphoma?

21        A       I don't have the specific numbers but I do know

22                that all the follicular lymphomas we tested, or

23                at least a handful, say at a bare minimum three

24                other genetic mutations.  That's speculation.  I

25                don't know for sure.
```

Exhibit A Page 9

Graham Slack, M.D.

```
 1  511  Q   Were the other genetic abnormalities that you

 2              believe she must have had, other than what

 3              you've already identified, do you have any idea

 4              or are you able to identify what the specific

 5              genetic abnormality is?

 6       A   In the case of Ms. Delorme-Barton, no, I can't

 7              do that.

 8  512  Q   Can you identify what year those other genetic

 9              abnormalities would have occurred that would

10              have led to her -- in your opinion that would

11              have led to her follicular lymphoma?

12       A   No, I cannot do that based on the information I

13              have.

14  513  Q   Have you seen any genetic sequencing that has

15              been done related to Karen Delorme-Barton?

16       A   I've not seen any sequencing data from her

17              tumor.

18  514  Q   Now, you have identified -- I believe you said

19              it was a T4 T18 translocation, correct?

20       A   Yes.  That's what's been reported in the medical

21              records.

22  515  Q   Is that a chromosome -- is that a chromosome

23              translocation?

24       A   Yes.  It's the juxtaposition of two disparate

25              pieces of chromosome together to form one
```

Graham Slack, M.D.

```
 1                    abnormal piece of chromosome.

 2    516   Q    Do you have any evidence of what would have

 3                    caused the translocation?

 4          A    Do I have evidence of what would have caused

 5                    that translocation in Ms. Delorme-Barton, no.

 6    517   Q    So you go on and you say -- I started reading

 7                    this earlier.

 8                        They --

 9                    which is referring to the random replicative

10                    errors of DNA,

11                        -- are the likely driving force behind the

12                        vast majority of the genetic mutations

13                        underlying lymphomas, leukemias with --

14                    sorry, let me start over.

15                    The sentence goes on:

16                        They are the likely driving force behind

17                        the vast majority of the genetic mutations

18                        underlying lymphomas and leukemias with

19                        external/environmental factors having

20                        little to no impact on tumor genesis in

21                        most observed cases.

22                    Did I read that correctly?

23          A    You did.

24    518   Q    Then you go on to cite Tomasetti 2015, Tomasetti

25                    2017 and -- is it Lahouel 2020?
```

Exhibit A Page 11

Graham Slack, M.D.

1               cause of cancer?

2        A    I have not reviewed the raw data.

3   606  Q    Would that be included as it relates to the raw

4               data that they used where they calculated the

5               stem cell division rate and what the rate of

6               replicative error is as it relates to the cause

7               of non-Hodgkin lymphoma?

8        MR. COLEMAN:

9                   Object to form.

10       A    I have not reviewed the raw data for that.

11       MR. MANDIA:

12  607  Q    So you haven't reviewed the raw data for what

13               underlies the Tomasetti 2015 or 2017 articles,

14               correct?

15       A    I have not reviewed that raw data, no.

16  608  Q    Do you have an opinion as to what the percentage

17               or proportion of non-Hodgkin's lymphoma is

18               related to random replicative errors versus

19               environmental factors?

20       A    I believe it's high.  I can't quote you a

21               number.

22  609  Q    Do you intend to rely -- well, can you quantify

23               it in any way other than to say you believe it's

24               high?

25       A    Uhm, I think because we have not identified the

Graham Slack, M.D.

```
 1              case, correct?

 2        A     The ones that were provided to me, yes.

 3   613  Q     Did you see any evidence in any diagnostic

 4              images that would support your opinion that

 5              random replicative errors was the cause of Karen

 6              Delorme-Barton's follicular lymphoma?

 7        A     Uhm, in the absence of any identifiable

 8              environmental cause --

 9   614  Q     I'm asking -- I just want to make sure my

10              question is clear.

11                  Can you point to anything in any of the

12              diagnostic -- you're familiar with diagnostic

13              imaging, correct?

14        A     Yes.

15   615  Q     And can you explain to us what that is?

16        A     Diagnostic imaging is the field of medicine that

17              is dedicated to examining anatomical structures

18              using basically X-rays, CT scans, MRIs, et

19              cetera.

20   616  Q     Have you seen anything, any reporting in any of

21              the reports from any of the diagnostic images

22              that would support your opinion that random

23              genetic mutations caused Karen Delorme-Barton's

24              follicular lymphoma?

25        A     None of the reports that I have seen reported on
```

Exhibit A Page 13

Graham Slack, M.D.

```
 1                  an extrinsic cause for what they are seeing, so
 2                  I am left with there is no identifiable cause in
 3                  the imaging.
 4    617  Q    Okay.  I'm asking you affirmatively have you
 5                  found anything in any of the reports for any of
 6                  the diagnostic imaging that would support your
 7                  opinion that Karen Delorme-Barton's follicular
 8                  lymphoma was caused by random replicative
 9                  errors?
10        MR. COLEMAN:
11                  Objection.  Asked and answered.
12        A    None of the diagnostic imaging reports that I
13                  have reviewed indicated any extrinsic causes for
14                  what I'm seeing so I'm left with random
15                  replicative causes.
16        MR. MANDIA:
17                  I'm going to move to strike the
18                  non-responsive portions.
19    618  Q    I'm not asking you questions related to the
20                  absence of evidence.  I'm asking you a question
21                  related to whether or not you've seen or you're
22                  going to see or point to any evidence -- not the
23                  absence of evidence but any type of finding in
24                  any of the diagnostic imaging that would support
25                  affirmatively your opinion that it was random
```

Graham Slack, M.D.

```
 1                replicative errors that caused Karen

 2                Delorme-Barton's follicular lymphoma?

 3     MR. COLEMAN:

 4                Object to form.  Asked and answered.

 5     A   Absence of a positive finding is still an

 6         affirmative finding.

 7     MR. MANDIA:

 8  619  Q   I'm not asking you that.  I understand your

 9         opinion and I'm not asking you that.  I'm asking

10         have you seen anything affirmatively stated in

11         any of the diagnostic reports -- the images from

12         the -- the reports from the diagnostic images

13         that you're going to point to to say, "This

14         supports my opinion that random replicative

15         errors caused Karen Delorme-Barton's follicular

16         lymphoma"?

17     MR. COLEMAN:

18                Object to form.  Asked and answered.

19     A   I'm going to point out that they have not

20         identified any extrinsic factors that caused her

21         lymphoma.

22     MR. MANDIA:

23  620  Q   That's not my question and we will come back for

24         this or I will really move to strike your

25         testimony based off this.
```

Exhibit A Page 15

Graham Slack, M.D.

```
 1                  This is a really, really simple question.

 2              Are you pointing to anything written in any of

 3              the reports for any of the diagnostic images

 4              that you believe supports your opinion that

 5              random replicative errors was the cause of Karen

 6              Delorme-Barton follicular lymphoma?

 7     MR. COLEMAN:

 8                  Object to form.  Asked and answered.

 9     A   I will point to the written report to indicate

10             that they did not write there are any extrinsic

11             factors identified.

12     MR. MANDIA:

13                  Not my question.  Move to strike

14             non-responsive portions.

15  621  Q   Will you point to any words -- any actual words

16             you can see in the reports for the diagnostic

17             images that you're going to say supports your

18             position that random replicative errors caused

19             Karen Delorme-Barton's follicular lymphoma?

20     MR. COLEMAN:

21                  Object to form.  Asked and answered.

22     A   I will point to the reports and I will use them

23             to support my position there were no

24             identifiable extrinsic factors that caused her

25             follicular lymphoma.
```

Graham Slack, M.D.

```
 1   622   Q    I'm going to move to strike the non-responsive

 2               portions.

 3                    Was there anything in any of the reports

 4               that supported the opinion it was random genetic

 5               mutations that caused Karen Delorme-Barton's

 6               follicular lymphoma?

 7         MR. COLEMAN:   Object to form.  Asked and answered.

 8         A    Can you repeat the question please?

 9         MR. MANDIA:

10   623   Q    Sure.  Are you going to point to anything

11               written in any of the reports for any of the

12               diagnostic images that would support your

13               position that random replicative errors was the

14               cause of Karen Delorme-Barton's non-Hodgkin's

15               lymphoma?

16         MR. COLEMAN:

17                    Object to the form.  Asked and answered.

18         A    Yes.  I will point to the reports and show that

19               they do not identify any extrinsic factors that

20               caused her lymphoma.  That's my position.

21         MR. MANDIA:

22                    Move to strike the non-responsive portions.

23   624   Q    I'm not asking you whether you're going to rely

24               on the reports for the absence of evidence

25               related to extrinsic factors so take that out of
```

Graham Slack, M.D.

```
 1              the question.

 2                   Are you going to affirmatively point to any

 3              words written in any of the diagnostic -- in the

 4              reports from the diagnostic imaging that you

 5              believe supports your position that

 6              Delorme-Barton's follicular lymphoma was caused

 7              by random replicative errors?

 8         MR. COLEMAN:

 9                   Object to form.  Asked and answered.

10    A    The words on the report support my position

11         because they do not identify any extrinsic

12         factors.

13         MR. MANDIA:

14  625  Q  What specific words in the report are you going

15         to say to the jury:  "These words prove that

16         Karen Delorme-Barton's follicular lymphoma was

17         caused by replicative errors"?

18    A    I'm going to say that the diagnostic imaging

19         reports do not identify any extrinsic factors

20         and therefore support my position that there are

21         no extrinsic factors at play here.

22  626  Q  I'm going to move to strike.  I understand you

23         don't want to answer the question because you

24         know the answer is no, that you will not be

25         pointing to any specific words that you believe
```

Graham Slack, M.D.

```
 1              actually affirmatively support your opinions

 2              related to the random replicative errors so I

 3              understand the game you're playing.

 4                   I'm going to move to strike your testimony

 5              because you're not answering the question.  I'm

 6              going to give you one last chance.  We're going

 7              to mark this and we'll file a motion and we'll

 8              come back and we'll do this deposition -- at

 9              least portions of this deposition -- over again.

10                   Are there any words on any of the reports

11              for the diagnostic images that you believe

12              support your opinion that random replicative

13              errors were the cause of Karen Delorme-Barton's

14              follicular lymphoma?

15       MR. COLEMAN:

16                   Object to form.  Asked and answered.

17       A   The words on the reports do not identify

18              extrinsic factors.  Those support my position.

19       MR. MANDIA:

20                   I'm going to again move to strike the

21              non-responsive portions.

22  627  Q   You understand when I use the term

23              "affirmatively" that I'm using it to say there

24              is some written documentation in the report that

25              -- not that it disproves extrinsic factors but
```

Graham Slack, M.D.

```
 1              actually proves that there were random

 2              replicative errors which caused the plaintiff

 3              Karen Delorme-Barton's follicular lymphoma?

 4              That's the question.

 5       MR. COLEMAN:

 6                  Object to the form.

 7       MR. MANDIA:

 8  628  Q   I'm not asking whether there are words that

 9              disprove extrinsic factors.  Are there any words

10              that prove there were random replicative errors

11              that caused plaintiff Karen Delorme-Barton's

12              follicular lymphoma?

13       MR. COLEMAN:

14                  Same objections.

15       A   Again, you're trying to make me --

16       MR. MANDIA:

17  629  Q   No "again".  This is a new question.  I'm not

18              asking for anything that doesn't show extrinsic.

19              I'm showing (sic) for positive support evidence,

20              affirmative support evidence that would support

21              your theory that random replicative errors

22              caused plaintiff Karen Delorme-Barton's

23              follicular lymphoma.

24       MR. COLEMAN:

25                  Same objections.
```

Graham Slack, M.D.

```
 1        A     My position is that extrinsic factors do not

 2              cause --

 3        MR. MANDIA:

 4   630  Q     It's a different question.  That's not the

 5              question I asked you, doctor, respectfully.

 6              This is my chance to ask you questions before

 7              trial in this case.

 8                  I want to know is there any words that

 9              you're going to claim affirmatively support your

10              opinion, prove your opinion affirmatively as

11              backup support for your opinion that Karen

12              Delorme-Barton's follicular lymphoma was caused

13              by random replicative errors?  Can you point to

14              anything?

15        MR. COLEMAN:

16                  Same objections.

17        A     The fact that they do not mention extrinsic

18              factors --

19        MR. MANDIA:

20   631  Q     That's not the question, doctor.  Respectfully,

21              that's not the question.

22                  I want you to take out your answer that you

23              belive there's nothing in there that shows that

24              there are -- there are not extrinsic factors.  I

25              want you to take that out.
```

Graham Slack, M.D.

```
 1                    Other than you claiming there's nothing in
 2               there that rules in extrinsic factors, is there
 3               anything that you believe is going to
 4               affirmatively support your opinion that random
 5               replicative errors was the cause of plaintiff
 6               Karen Delorme-Barton's follicular lymphoma?
 7      MR. COLEMAN:
 8                    Same objections.
 9      A    The diagnostic imaging reports as written
10           support my position.
11      MR. MANDIA:
12  632  Q    What words actually affirmatively prove?  I want
13           you to give me a sentence, a line, any words
14           that you believe affirmatively prove your
15           opinion that Karen Delorme-Barton's follicular
16           lymphoma was caused by random replicative
17           errors.  Go ahead.
18      MR. COLEMAN:
19                    Object to form.  Asked and answered.
20      A    There will be no words.  It's what they don't
21           say.
22      MR. MANDIA:
23  633  Q    Okay.  So there are no words that you'll be
24           pointing to -- strike that.  Let's move on.
25                    Is there anything that you will point to as
```

Graham Slack, M.D.

```
 1              an affirmative support, any words in any of the

 2              medical records, that you believe will

 3              affirmatively prove or support your position

 4              that Karen Delorme-Barton's follicular lymphoma

 5              was caused by random replicative errors?

 6         A    I think all I can say to that is that I don't

 7              recall the words "random replicative errors"

 8              being mentioned in any diagnostic imaging

 9              report.

10   634   Q    I'm asking you now about all -- within all of

11              the medical records, are you going to point to

12              any specific medical record and the words in the

13              medical record and say:  "This affirmatively

14              supports my opinion that random replicative

15              errors were the cause of Karen Delorme-Barton's

16              follicular lymphoma"?

17         A    The records are extensive and I don't recall if

18              those words are mentioned in the medical record.

19   635   Q    This is my chance -- my only chance to ask you

20              questions before the trial in this case and your

21              testimony.

22              Are you aware of any evidence in any of the

23              medical records that you're going to point to

24              that affirmatively support your opinion, any

25              words in any of the medical records that you
```

Graham Slack, M.D.

```
 1              believe affirmatively supports your opinion that

 2              random replicative errors was the cause of

 3              plaintiff Karen Delorme-Barton's follicular

 4              lymphoma?

 5      MR. COLEMAN:

 6              Objection.  Asked and answered.

 7      A    I don't recall reading "random replicative

 8              errors" in the medical records.  It doesn't mean

 9              they're not there.

10      MR. MANDIA:

11  636  Q    Do you -- are you going to point to any words in

12              any of the medical record that you believe

13              supports affirmatively your opinion that

14              plaintiff Karen Delorme-Barton's follicular

15              lymphoma was caused by random replicative

16              errors?

17      MR. COLEMAN:

18              Objection.  Asked and answered.

19      A    I'm going to point out an absence of

20              identifiable environmental causes of lymphoma in

21              her medical records.

22  637  Q    Move to strike.  Not my question.  Outside of

23              you pointing to an absence of evidence of

24              extrinsic environmental factors, is there

25              anything that you're going to point to that you
```

Graham Slack, M.D.

```
 1              believe affirmatively supports your position

 2              that Karen Delorme-Barton's follicular lymphoma

 3              was caused by random replicative errors?

 4      MR. COLEMAN:

 5              Object to form.  Asked and answered.

 6      A   I mean, I can certainly point to the fact she

 7          has a translocation 14;18 and we know those

 8          occur randomly.

 9      MR. MANDIA:

10  638 Q   Anything else that you believe that you can

11          point to in the medical -- I've already asked

12          you about that -- but anything else?

13      A   No.  I'm trying to prove a negative here so

14          there's not going to be much to point to.

15      MR. COLEMAN:

16              We've now been going for an hour and 11

17          minutes since our last break.  Is this a good

18          time to take a couple minutes for a break?

19      MR. MANDIA:  That's fine.  That's fine.

20      MR. COLEMAN:  How about five minutes?

21      MR. MANDIA:  Yes, five minutes.

22              (PROCEEDINGS ADJOURNED AT 2:26 P.M.)

23              (PROCEEDINGS RECONVENED AT 2:48 P.M.)

24      THE VIDEOGRAPHER:

25              We are back on the record.  The time is
```

Exhibit A Page 25

Graham Slack, M.D.

```
 1              2:48 p.m.

 2         MR. MANDIA:

 3   639  Q   Dr. Slack, we're back from another break.  Are

 4              you ready to continue?

 5         A   I'm ready.

 6   640  Q   I believe during the break you had a chance to

 7              look at the two Alexandrov articles and the

 8              Lopez article that we previously discussed;

 9              correct?

10         A   Yes.

11   641  Q   As it relates to Lopez, have you had a chance to

12              take a look at that article and do you intend to

13              rely upon that article in support of any

14              opinions related to random replicative errors

15              being the cause of Karen Delorme-Barton's

16              follicular lymphoma?

17         A   No.

18   642  Q   As it relates to the Alexandrov articles, I'm

19              going to share the screen.

20              This article we'll mark as plaintiff's

21              exhibit 9.

22         EXHIBIT 9:  Alexandrov 2013 Article B

23              Do you recognize this as the Alexandrov

24              2013 Article B, Deciphering Signatures of

25              Mutational Processes Operative in Human Cancer?
```

Graham Slack, M.D.

```
 1        A    Yes.

 2   643  Q    Can you point to me what parts or portions of

 3             this article you'll be relying upon to support

 4             your opinion that Karen Delorme-Barton's

 5             follicular lymphoma was caused by random

 6             replicative errors?

 7        A    I will be using this paper as support for

 8             accumulation of mutations over a lifetime.

 9   644  Q    What specific portions of this article, if you

10             can point them out to me by page, paragraph, so

11             I have had an idea of specifically what you'll

12             be pointing to that you believe supports your

13             position?

14        A    Let me pull mine up so I can scan it quickly.

15             Unfortunately right now I can't point to a

16             specific section.

17   645  Q    You've had to a chance to review this paper and

18             there's nothing you can point me to written in

19             the paper that you believe supports your opinion

20             that Karen Delorme-Barton's follicular lymphoma

21             was caused by non-Hodgkin's lymphoma.  I'm

22             sorry, I'm tired.

23        A    As am I.

24   646  Q    You've had a chance to just read this article

25             and there's no specific portions of the article
```

Graham Slack, M.D.

```
 1                the mutations were related to?

 2        A       I do not see -- recall seeing glyphosate

 3                mentioned in this study.

 4   655  Q       Is there anything else in that article that you

 5                believe supported your position that Karen

 6                Delorme-Barton's follicular lymphoma was caused

 7                by random replicative errors?

 8        A       Not after my brief review, no.

 9   656  Q       Am I correct in that article they didn't look at

10                follicular lymphoma?

11        A       I did not see follicular lymphoma mentioned in

12                that article.

13   657  Q       You have on page 17 of your report, you have a

14                reference to Ms. Delorme-Barton's age and race/

15                ethnicity both increased her risk for developing

16                follicular lymphoma.  Do you see that?

17        A       I see that.

18   658  Q       Do you agree that some cancers that are frequent

19                in some populations are relatively rare in other

20                populations?

21        A       Yes.

22   659  Q       Do you agree that cancer disparities happen when

23                there are higher rates of cancer diagnoses and

24                or cancer deaths between population groups?

25        A       Sorry, repeat the question.
```

Graham Slack, M.D.

```
 1  660  Q  Sure.  Do you agree that cancer disparities
 2             happen when there are higher rates of cancer
 3             diagnosis and/or cancer deaths between
 4             population groups?
 5        A  When you say "cancer disparity" what are you
 6             referring to?  The incidence of the cancer or --
 7  661  Q  Can there be differences amongst cancer
 8             diagnoses and cancer deaths based off of a
 9             person's age, sex, ethnicity?
10        A  We know that some cancer types are seen more
11             frequently in different populations.  That could
12             be a population based on age, a population based
13             on race, a population based on sex, so we can
14             see differences across those types of
15             populations.
16  662  Q  As it relates to the sex of a person, is the
17             stem cell division rate different between men
18             and woman?
19        A  I think it would be -- and I'm speculating -- I
20             think it would be site specific.  An example
21             would be women who produce estrogen are going to
22             drive their stem cells in the breast tissue to
23             divide more rapidly than a man would, for
24             example.
25  663  Q  As it relates to non-Hodgkin's lymphoma and
```

Graham Slack, M.D.

```
 1              since you have in the opinion that her

 2              race/ethnicity increased her risk for developing

 3              follicular lymphoma, is there something about

 4              her race or ethnicity that makes her stem cell

 5              division rate different based upon other races

 6              and ethnicities?

 7         A    I'm not aware of any data that connects race,

 8              follicular lymphoma and stem cell replication

 9              rate.

10    664  Q    If follicular lymphoma was caused by random

11              replicative errors, do you have an explanation

12              as to why we would see a difference based off of

13              race and ethnicity in follicular lymphoma?

14         A    I cannot connect those two.

15    665  Q    Is there any explanation for why -- strike that.

16                   Do you have any opinion or explanation as

17              to why race or ethnicity would increase her risk

18              of developing follicular lymphoma?

19         A    I don't think it's understood why race and/or

20              ethnicity showed difference in lymphoma

21              incidence.

22    666  Q    So is that statement based off of any type of

23              statistic study, any reliance material?

24         A    Nothing I have available to me.

25    667  Q    Let me talk to you about -- we're getting close
```

Graham Slack, M.D.

```
 1   700   Q    It cites the EPA 2017.  Do you know what the EPA

 2              2017 you're referring to is there?

 3         A    Sorry, you're asking me if I have it or are you

 4              asking me if I know what it is?

 5   701   Q    What is it?  If it's on your materials reliance

 6              list and you can point it out to me that would

 7              be great, too, but I'm just trying to figure out

 8              specifically where you got that information

 9              from?

10         A    I mean, I quoted the EPA so it might be in their

11              decision on glyphosate use they issued in 2017.

12              I'll find it.

13                  I found it on page 7, third from the

14              bottom.

15   702   Q    That would be the US Environmental Agency

16              Revised Glyphosate Issue Paper:  Evaluation of

17              Carcinogenic Potential.  Section 6, data

18              integration and weighting of the evidence ...

19              and across multiple lines of evidence in

20              December of 2017.

21         A    Yes.

22   703   Q    Do you know what the raw data is that supports

23              the 200 increase over 40-year-period you cite in

24              your report?

25         A    Do I know the raw data?
```

Graham Slack, M.D.

```
 1   704   Q   Yes.

 2         A   Not right now, no.

 3   705   Q   Did you at any time understand as to how the

 4             increase in the usage of glyphosate that cite to

 5             here was calculated?

 6         A   Right now I don't recall how they would have

 7             calculate it.

 8   706   Q   To the extent that you would have known at any

 9             point in time would it be -- if it exists, would

10             it be in the 2017 US EPA revised glyphosate

11             issue paper which we've identified?

12         A   I don't recall.  I haven't read this document in

13             several years.

14   707   Q   I guess one way I could ask is, do you intend to

15             offer an opinion that as the usage of glyphosate

16             has increased that the incidence rate of

17             non-Hodgkin's lymphoma has decreased?

18         A   I may point that out.

19   708   Q   You don't know at this point whether you will or

20             will not, correct?

21         A   I don't know how to explain it.

22   709   Q   What would be the supporting evidence that you

23             have to claim that the usage of glyphosate has

24             increased?

25         A   It would be this EPA document.
```

Graham Slack, M.D.

```
 1                 of that statement and it's the proprietary

 2                 market research data which is the source from

 3                 1987 to 2014?

 4        A    No.  I'm not willing to say that.  I have a

 5                 difficult time believing that I would take

 6                 numbers off a chart and report them.

 7   728  Q    This is going to be my only chance to question

 8                 you unless you come back to talk about this.

 9                     As you sit here today, can you say one way

10                 or another as to whether or not the source of

11                 the information in your report for the increased

12                 glyphosate usage is from the proprietary market

13                 research data in 1987 to 2014?

14        A    I can't say that's where it is from.

15   729  Q    As you sit here today, do you have any

16                 information as to what states were looked at to

17                 determine what the increased usage of glyphosate

18                 was over the 40-year period that you have set

19                 forth in your report?

20        A    Sorry, repeat the question please.

21   730  Q    Do you have any evidence or understanding of

22                 what states served as the raw data for the

23                 statement you have in your report that there was

24                 a near 200-fold increase over a 40-year period

25                 for glyphosate usage?
```

Graham Slack, M.D.

```
 1        A    No, I don't recall which states were used.

 2   731  Q    Do you know if that's even global versus in the

 3             United States?

 4        A    My numbers that I'm reporting are based on US

 5             data.

 6   732  Q    So as you sit here today you wouldn't be able to

 7             tell me what is the underlying evidence that you

 8             would be relying upon to compare the increase in

 9             the usage of glyphosate to the incidence rate

10             non-Hodgkin's lymphoma; correct?

11        A    Sorry, one more time.  Repeat the question

12             please.

13   733  Q    Sure.  As you sit here today you can't point me

14             to what the underlying raw data you are relying

15             upon to show what the increase of the usage of

16             glyphosate is versus the incidence rate of

17             non-Hodgkin's lymphoma.  You can't tell me what

18             you're comparing, correct?

19        A    Today I'm having a difficult time pointing you

20             to that, yes.

21   734  Q    For the incidence -- are you relying upon -- can

22             you point me to anything else you are relying

23             upon -- I know you can't point me to the chart,

24             can't point to me any evidence, but for the

25             purposes of your opinion related to the increase
```

Graham Slack, M.D.

```
 1              in glyphosate usage, you're going to be talking

 2              over the 200-fold increase over the 40-year

 3              period and no other data, correct?  There's not

 4              anything else you've --

 5        A     Related to glyphosate usage?

 6  735   Q     Yes.

 7        A     That's correct.

 8  736   Q     So for the purposes of the increased glyphosate

 9              usage, if we take a 40-year period that would be

10              starting in 1984 up until 2014; correct?

11        A     Yes.

12  737   Q     We don't know if that's actually -- if 40 is

13              rounded up because it could be 1987 based off

14              the chart but we don't know if you're using the

15              chart, correct?

16        A     I do not believe I'm using the chart.

17  738   Q     For whatever you're using, it's from 1984 to

18              2014, correct?

19        A     It would be what I reported in my report.  Is it

20              page 8?

21  739   Q     Page 8 through 9.

22        A     So in my report I state that in 1974 635,000

23              kilos of glyphosate were applied in the US and

24              then we've seen an increase in 19 -- sorry, we

25              saw an increase up to 125 million in 2014 so I'm
```

Graham Slack, M.D.

```
 1              reporting over a 40-year period from 1984 to

 2              2014.

 3   740   Q    Do you know where you're getting in that year

 4              635,000 kilograms of glyphosate was applied

 5              across the United States and you're referring to

 6              1974?  Do you know where you're getting that

 7              information from?

 8         A    I reference the 2017 EPA document so my belief

 9              is it's in there but today I'm having a

10              difficult time finding that data in the 216 page

11              plus document.

12   741   Q    There's no cite after the sentence, "In that

13              year 635,000 kilograms of glyphosate was applied

14              cross the United States," right, that specific

15              sentence?

16         A    There's no citation after that, no.

17   742   Q    You're just assuming because above it you have

18              EPA 2017 and you have EPA 2017 at the end where

19              you talk about the near 200-fold increase over

20              the 40-year period that that's where you got

21              that information, correct?

22         A    That's correct.

23   743   Q    As it relates to the lymphoma incidence rate,

24              you state:

25                  Lymphoma incidence has been on the decline
```

Graham Slack, M.D.

```
 1                   in the --

 2                   Well, before I go there, you won't be presenting

 3                   any evidence of what the increase usage of

 4                   glyphosate was after 2014; correct?

 5        A    Correct.

 6   744  Q    As far as your report is concerned you've got --

 7                   and you're correct, you've got some statistics

 8                   related to 1974 and it would go essentially

 9                   through to 2014, correct?

10        A    Correct.

11   745  Q    Then you have:

12                       Lymphoma incidence has been on the decline

13                       in the US since 2008 while glyphosate

14                       usage has increased.

15                   Do you see that?

16        A    Yes.

17   746  Q    Again, you're relying upon that EPA 2017

18                   document; correct?

19        A    That's what I've referenced.

20   747  Q    That's the December 2017 document that's on your

21                   material reliance list, right?

22        A    It would seem that way, yes.

23   748  Q    Then you referred to SEER 2019.  Do you see

24                   that?

25        A    Yes.
```

Graham Slack, M.D.

```
 1   749   Q    Are you relying on the SEER 2019 for the

 2                lymphoma incidence rate?

 3         A    I wrote this in 2019 and relied on the SEER data

 4                at that time, I believe.

 5   750   Q    Then on your materials reliance list on page 7

 6                you cite SEER Cancer Stat Facts 2020.

 7         A    Uh-huh.

 8   751   Q    I'm just trying to figure out what you'll be

 9                relying upon in the event you're permitted to

10                give an opinion on the incidence rate of

11                non-Hodgkin's lymphoma comparing to the usage of

12                glyphosate.

13         A    I would be restricted to what I put in my report

14                here so I will be relying on the SEER data in

15                the 2020 document that probably reflected -- why

16                is there a difference in dates?  It reflects

17                2019 numbers.

18   752   Q    Do you know which one you'll be relying upon at

19                the time of trial?

20         A    I reported the 2019 in my report so that one.

21   753   Q    Do you have an understanding as to what the raw

22                data is for the SEER 2019 that would provide you

23                with the number for the incidence rate of

24                non-Hodgkin's lymphoma?

25         A    Meaning do I know where the data comes from?
```

Graham Slack, M.D.

```
 1    754   Q    Yes.

 2          A    I have a general understanding of where SEER

 3               gets their data from.

 4    755   Q    Where do you believe that SEER gets its data

 5               from?

 6          A    It's a public database that basically cancer

 7               centres and the health care systems will enter

 8               information into.

 9    756   Q    Do you know what specific -- is it specific

10               states?  Is it your understanding that the SEER

11               data is based off every state in the United

12               States?

13          A    I believe it is a national database but

14               participation varies across states.

15    757   Q    Do you know what states participated in the SEER

16               2019 data that you're relying upon to compare

17               the usage of glyphosate to the incidence rate

18               for non-Hodgkin's lymphoma?

19          A    I do not recall.

20    758   Q    Would that be important to your opinion?

21                   Let me ask it more clearly.  Would it be

22               important for your opinion when you're comparing

23               the increased usage of glyphosate and comparing

24               that to the incidence rate of non-Hodgkin

25               lymphoma, would it be important for you to know
```

Graham Slack, M.D.

```
 1              which states reported the SEER registry data

 2              which supports the information in SEER 2019 for

 3              the incidence rate of non-Hodgkin's lymphoma?

 4         A    Uhm, it would be of interest to know.

 5   759   Q    That wasn't my question.  Would it be important

 6              for the reliability of your opinion to know what

 7              states in the SEER 2019 data reported and what

 8              is relied upon for the SEER 2019 to determine

 9              what the incidence rate for non-Hodgkin's

10              lymphoma was?

11         A    Like I said, it would be of interest to know.

12   760   Q    I'm going to move to strike.

13                  Would it be important for you to know?

14         A    I can only answer that after I know whether it

15              was important or not.  It would be of interest

16              to know.

17   761   Q    Why would it be of interest to know?

18         A    Because you want to know if it was data

19              representative of the population in question.

20              So if only Alaska is reporting lymphoma rates it

21              might not it be representative of the entire

22              United States.

23   762   Q    As you sit here today can you testify that the

24              SEER 2019 data is representative of the states

25              that would have an increased usage of
```

Graham Slack, M.D.

```
 1              glyphosate?

 2      A    I don't know but I would have an expectation

 3           that it is.

 4  763 Q    That wasn't my question.  My question was -- I'm

 5           going to strike the non-responsive portions.

 6                As you sit here today not knowing what

 7           states have reported the raw data that the SEER

 8           2019 relies upon for the incidence rate for

 9           non-Hodgkin lymphoma, you cannot say that that

10           data would be representative of the general

11           population as it relates to the increased usage

12           of glyphosate, correct?

13      MR. COLEMAN:

14                Objection.  Asked and answered.

15      A    I would assume it's representative until proven

16           otherwise.

17      MR. MANDIA:

18  764 Q    You're the scientist or proposed expert here so

19           do you feel comfortable not knowing what states

20           reported the information related to the

21           non-Hodgkin's lymphoma to determine whether or

22           not it would be representative?

23      A    As I said, it would be of interest to know what

24           states have reported in to SEER.

25  765 Q    Would you agree that if the data that underlies
```

Graham Slack, M.D.

```
 1                    the increased usage of glyphosate was taken from

 2                    every state in the country and if the SEER 2019

 3                    data was not taken from every state in the

 4                    country, would you agree that your comparison

 5                    would not be reliable?

 6          MR. COLEMAN:

 7                    Objection.  Asked and answered.

 8      A   There's some built-in assumptions to that

 9                    question that are unknown.

10                    You would have to look first to determine

11                    whether or not the conclusions I've made are

12                    unreliable but without knowing I can't offer an

13                    opinion.

14          MR. MANDIA:

15   766   Q   Is it fair to say without the information that

16                    you don't have you can't state one way or the

17                    other as to whether or not your opinion related

18                    to the increased usage of glyphosate and

19                    comparing that to the incidence rate of

20                    non-Hodgkin lymphoma is reliable?

21          MR. COLEMAN:

22                    Objection.  Asked and answered.

23      A   Well, I mean it's data published from two

24                    reputable agencies so I have to trust in that

25                    information until proven otherwise.
```

**Exhibit A Page 42**

Graham Slack, M.D.

```
 1          MR. MANDIA:
 2  767  Q   That wasn't the question.  The question -- and
 3              you've alluded to this -- is whether or not the
 4              information related to the incidence rate is
 5              representative and representative in a way that
 6              would make it reliable to compare the data that
 7              you're using for the increased usage of
 8              glyphosate versus the incidence rate, correct?
 9       A   Repeat the question please?
10  768  Q   The issue is you can't say one way or the other
11              as to whether or not the incidence rate is
12              representative to the data that you're using for
13              the increased usage of glyphosate, correct?
14          MR. COLEMAN:  Objection.  Form.
15       A   I can't say.  Based on the data that is
16              published by these two agencies of repute, I
17              would conclude from that published data that
18              there seems to be an inverse relationship with
19              lymphoma incidence and glyphosate application in
20              the United States.
21          MR. MANDIA:  I'm going to move to strike the
22              non-responsive portions.
23  769  Q   What I'm asking you is whether or not -- can you
24              say one way or the other as to whether or not
25              you're comparing apples to apples or apples to
```

Graham Slack, M.D.

```
 1              oranges as it relates to the increased usage of

 2              glyphosate versus -- and the raw data that

 3              you're relying upon for that -- which you don't

 4              even know what it is -- versus the raw data that

 5              is underlying the incidence rate?  Can you say

 6              one way or the other as to whether you're

 7              comparing apples to apples or apples to oranges?

 8       MR. COLEMAN:

 9              Objection to form.  Asked and answered.

10       A   I'm making the assumption that the data is

11           representative so I'm comparing apples to apples

12           until proven otherwise.

13       MR. MANDIA:

14  770  Q   So we're back to the absence of evidence.

15              As you sit here today can't tell me what

16           evidence you're relying upon for the incidence

17           rate and what it's based upon and you can't tell

18           me the evidence that you're relying upon for the

19           increased usage of glyphosate; is that correct?

20       MR. COLEMAN:

21              Objection to form.  Misstating prior

22           testimony.

23       A   I'm relying on reputable agencies and their

24           data.

25       MR. MANDIA:
```

Graham Slack, M.D.

```
 1   771   Q    Right.  And you can't tell me, you can't

 2                identify the raw data that the EPA is relying

 3                upon for the statement that you have that there

 4                was an increased usage of glyphosate, correct?

 5         MR. COLEMAN:

 6                    Objection to form.  Asked and answered.

 7         A    I have not been able to identify that today.

 8         MR. MANDIA:

 9   772   Q    And you're not able to identify the raw data

10                that underlies the statement that there's a

11                decrease in the incidence rate for non-Hodgkin's

12                lymphoma, correct?

13         A    I have not identified the raw data.

14         MR. COLEMAN:

15                    Asked and answered.

16         MR. MANDIA:  Did you get that, court reporter?

17         THE COURT REPORTER:  I got the answer:  "I have not

18                identified the raw data," and I got the

19                defendant's counsel:  "Asked and answered."

20         MR. COLEMAN:  We've been going again for over an

21                hour.  Let's go off the record and take a break.

22                (DISCUSSION OFF THE RECORD)

23         MR. MANDIA:

24                    Do you know -- we've talked about

25                Tomasetti.  This will be the last line of
```

Graham Slack, M.D.

1           you?

2     A     That appears to be the same document except this

3           one --

4     MR. MANDIA:

5               James, it wasn't the same.  I just don't

6           want confusion.  The one I pulled was dated

7           2016.

8     MR. COLEMAN:

9               I see.  Let's mark this document as exhibit

10          13.  This is a Revised Glyphosate Issue Paper:

11          Evaluation of Carcinogenic Potential EPA's

12          Office of Pesticide Programs.  December 12,

13          2017.

14          EXHIBIT 13:  Revised Glyphosate Issue Paper:

15          Evaluation of Carcinogenic Potential, EPA's

16          Office of Pesticide Programs - December 12, 2017

17    800  Q  If we go to page 17, Dr. Slack, do you recognize

18          this as the same graph or figure that Mr. Mandia

19          and you discussed when he showed you exhibit 12?

20    A     Yes, that's the figure that we discussed.

21    801  Q  If we go to the prior page, page 16, the first

22          sentence states:

23              At the time of initial registration

24              (1974), total use of glyphosate in the

25              United States was approximately 1.4

Graham Slack, M.D.

```
 1                  million pounds.

 2                  Did I read that correctly, Dr. Slack?

 3         A     You did, yes.

 4   802   Q     In support of that statement the EPA cited

 5                Benbrook 2016, correct?

 6         A     Yes.

 7   803   Q     Are you aware whether Dr. Benbrook is an expert

 8                in Roundup litigation on behalf of plaintiffs?

 9         A     I have no knowledge of him being an expert

10               witness.

11   804   Q     If we go down further in this paragraph, it

12               states:

13                     By 2014 total annual use of glyphosate was

14                     approximately 280 - 290 million pounds

15                     (based on Benbrook, 2016 and industry

16                     proprietary data accessible to EPA) with

17                     agricultural accounting for 90% of use.

18                Did I read that correctly, Dr. Slack?

19         A     Yes.

20   805   Q     An increase from 1.4 million pounds to 280 - 290

21               pounds is over a 200-fold increase, correct, or

22               is around a 200-fold increase?

23         A     Approximately 200-fold increase, yes.

24   806   Q     In your report you stated:

25                     It is now the most widely used herbicide
```

Graham Slack, M.D.

```
 1                    in the United States with over 125 million

 2                    kilograms applied in 2014, a nearly

 3                    200-fold increase over 40-year period.

 4              Is that correct?

 5         A    That's correct.

 6   807   Q    125 million kilograms is roughly around 275

 7              million ponds; is that correct?

 8         A    I believe so.  It's 2.2 times 125.  275.

 9   808   Q    Do you recall Mr. Mandia and you discussing

10              lymphoma slides that you prepared in 2010?

11         A    I do.

12   809   Q    Dr. Slack, do you recall Mr. Mandia showed you a

13              slide on follicular lymphoma from Exhibit 11?

14         A    Yes.  We reviewed a slide on follicular

15              lymphoma.

16   810   Q    I've pulled up on the screen what is slide 52 of

17              your slide deck.  This is the slide on

18              follicular lymphoma; correct?

19         A    Yes.

20   811   Q    Does it say on this slide that follicular

21              lymphoma is an indolent lymphoma?

22         A    It does say that.

23   812   Q    Does it say on this slide that follicular

24              lymphoma patients usually live many years with

25              the disease?
```

Graham Slack, M.D.

```
 1        A    Yes, it says that.

 2        MR. COLEMAN:

 3             Dr. Slack, thank you for your time today.

 4             Unless Mr. Mandia has anything further, I have

 5             no further questions at this point.

 6        BY MR. MANDIA:

 7             I just have a few follow-up questions.

 8   813  Q    Doctor, you were shown the EPA document that

 9             cited the information from Dr. Benbrook.  Do you

10             recall that?

11        A    Yes.

12   814  Q    Do you know what states that the information

13             that Dr. Benbrook -- do you know what the

14             underlying raw data is for the states that

15             underlie the Benbrook data that you're relying

16             upon for the increased usage of glyphosate?

17        A    I do not know, no.

18   815  Q    So you don't know what states Dr. Benbrook

19             referred to for the increased usage of the

20             glyphosate, correct?

21        A    I do not know.

22   816  Q    Other than the Benbrook citation, is there any

23             other information that you would intend to rely

24             upon for the data for the increased usage of

25             glyphosate?
```

Exhibit A Page 49

Graham Slack, M.D.

```
 1       A     No.  I rely on the EPA document.

 2       MR. MANDIA:

 3              That's all I have.  Thanks.

 4       MR. COLEMAN:

 5              Nothing further from me.  Thank you,

 6          Dr. Slack.

 7       THE VIDEOGRAPHER:

 8              That concludes the deposition.  The time is

 9          4:14 p.m.

10          (PROCEEDINGS ADJOURNED AT 4:14 P.M.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit A Page 50

Graham Slack, M.D.

```
 1            Reporter's Certification:

 2                I, Margaret Mae Wills, Official Reporter in

 3            the Province of British Columbia, Canada, do

 4            hereby certify:

 5                That the proceedings were taken down by me

 6            in shorthand at the time and place herein set

 7            forth and thereafter transcribed, and the same

 8            is a true and accurate and complete transcript

 9            of said proceedings to the best of my skill and

10            ability.

11                IN WITNESS WHEREOF, I have hereunto

12            subscribed my name this 11th day of May 2023.

13

14

15

16

17            Margaret Mae Wills

18            Official Reporter

19

20

21

22

23            (SEE NEXT PAGE FOR WITNESS DECLARATION UNDER

24            PENALTY OF PERJURY)

25
```