# EXHIBIT F

Cristian Tomasetti, Ph.D.

```
 1            THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                          STATE OF MISSOURI
 2

                                  - - -
 3
 4    EARL NEAL, et al.,            )
                                    )
 5             Plaintiffs,          )
                                    )
 6    v.                            )  Case No. 1722-CC10773
                                    )
 7    MONSANTO COMPANY,             )
                                    )
 8             Defendants.          )
 9
10
11                 TUESDAY, JANUARY 4, 2022
12
13
14             Remote Videotaped Deposition of
15    CRISTIAN TOMASETTI, Ph.D., taken pursuant to notice and
16    conducted at the location of the witness, commencing at
17    9:05 a.m., Eastern Standard Time, on the above date, before
18    Jennifer A. Dunn, Registered Merit Reporter, Certified
19    Realtime Reporter, Registered Professional Reporter, and
20    Certified Court Reporter.
21
                                  - - -
22
23
24               GOLKOW LITIGATION SERVICES
              P:  877.370.DEPS | F:  917.591.5672
25                   deps@golkow.com
```

```
 1              R E M O T E   A P P E A R A N C E S
                         (via Zoom)
 2

 3
           WEITZ & LUXENBERG, PC
 4              BY:  JERRY KRISTAL, ESQUIRE
                jkristal@weitzlux.com
 5              BY:  ROBIN L. GREENWALD, ESQUIRE
                rgreenwald@weitzlux.com
 6              700 Broadway, Floor 5
                New York, New York  10003
 7              Tel:  212.558.5864
 8              BY:  JOSH KRISTAL, ESQUIRE
                BY:  JOSEPH J. MANDIA, ESQUIRE
 9              200 Lake Drive East, Suite 210
                Cherry Hill, New Jersey  08002
10              Tel:  856.755.1115
                    Counsel for Plaintiffs
11

12
           GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
13              BY:  EMMA C. ROSS, ESQUIRE
                eross@goldmanismail.com
14              BY:  BRIAN T. KARALUNAS
                bkaralunas@goldmanismail.com
15              200 South Wacker Drive
                22nd Floor
16              Chicago, Illinois  60606
                Tel:  312.881.5952
17                  Counsel for Defendant Monsanto Company
18

19

20      ALSO PRESENT:
21      CHRISTOPHER CLEE - Videographer
22

23

24

25
```

Cristian Tomasetti, Ph.D.

```
 1                    I N D E X

 2

 3   CRISTIAN TOMASETTI, Ph.D.                         Page

 4        Examination by Mr. Kristal                   5

 5   Certificate of Court Reporter                     122

 6   Letter for Signature                              123

 7   Signature Page                                    124

 8   Errata Sheet                                      125

 9

10

11

12                    E X H I B I T S

13

14   NUMBER      DESCRIPTION                           PAGE

15   1           E-Mail dated 12/20/01 from Greg Chernack    26

16   2           PowerPoint                            50

17   3           "The genetic landscape of mutations in    70
                 Burkitt lymphoma" by Cassandra Love
18
     4           Supplement Love article 2012          74
19

20

21

22

23

24

25
```

```
 1      Q    And with that understanding, is it fair then that
 2   if you are answering a question, we know that you understood
 3   it?
 4      A    Or at least I thought I understood it.
 5      Q    Right.  Well, that's the best we can do, right?
 6      A    Right.
 7      Q    Okay.  In your work at Johns Hopkins, your regular
 8   work, are you involved in the treatment of any individual
 9   cancer patients?
10      A    Yes.
11      Q    And in what capacity are you involved in an
12   individual cancer patient's treatment?
13      A    In the decision on whether to put a patient under
14   treatment or not, for example.
15      Q    So a -- an oncologist will come to you, a
16   mathematician, and ask you if a patient should be treated or
17   not, is that what you're saying?
18      A    I -- I would say it's pretty close to -- to
19   correct what you said.  An oncologist will rely on my
20   analysis to decide whether the patient will be put under
21   treatment or not.
22      Q    Okay.  Now you're not board certified in any
23   medical specialty, correct?
24      A    I'm not.
25      Q    And you're not eligible to take any board,
```

```
 1   correct?
 2       A    Not as a Ph.D., no.
 3       Q    Well, not in any capacity, right?
 4       A    Right.  I would have to go to medical school
 5   and -- and do all of that.
 6       Q    Other than what you say a -- an oncologist coming
 7   to you for input on whether to treat a patient or not, are
 8   you ever involved in any other way with an individual cancer
 9   patient?
10       A    Yes.  There are, for example, the -- in the case
11   where what I do in terms of my analysis in algorithms, a
12   cancer is detected and we have done studies and we have
13   detected cancer in patients, which then means that that
14   patient will -- will be diagnosed with cancer and may have
15   to start treatment or undergo surgery or any of those, so
16   those are, again, related to individual patients, of course.
17       Q    Yeah, I'm not asking you -- well, let me see if I
18   understand what you just said.
19            Are you saying that if patient A is a patient of
20   an oncologist, they come to you for some algorithm, they
21   say, here's patient A, I want you to do something and advise
22   me, the doctor, as to what to do?
23       A    So, yes, that is one case.  I was mentioning
24   another case that was slightly different.  In the first
25   case -- and maybe I'll explain.
```

 1   already that I am involved in the treatment in many cases of

 2   patients, but now for this other case which is diagnostic,

 3   by definition that is not a treatment.

 4              So obviously when we are talking about

 5   oncology, it's just about detecting cancer, whether there is

 6   cancer in a person or not.  That has nothing to do with

 7   treatment, not just for me, for anyone involved in -- in

 8   that part.  But that -- that's a separate project, as I

 9   said.

10        Q    When a biopsy's taken from a cancer patient, it's

11   brought to a pathology lab, correct, at Hopkins?

12        A    Actually that, again, depends on the situation.

13   So it's -- I would that it's not -- it's correct that that

14   is the case.

15        Q    You don't get involved with the analysis of a

16   specific patient's tissue, do you?

17        A    Again, that's completely not correct.  I -- I

18   definitely do.

19        Q    Well, you're not a pathologist, are you?

20        A    Again, I think there is the confusion about --

21        Q    It's a simple question.  Are you a pathologist?

22        A    I'm not a pathologist.

23        Q    Outside of your work for Monsanto, have you ever

24   asked to give an opinion about the cause of an individual

25   patient's cancer?

```
 1      A    I -- I would not put it like that.  I think there
 2   is a way to -- to overall estimate the proportion that --
 3      Q    I'm not asking you about proportions.
 4           I'm asking you for any single mutation, there's no
 5   way to tell what the cause of that specific mutation was,
 6   right?
 7           MS. ROSS:  Dr. Tomasetti, were you finished
 8   with your previous answer?
 9           THE WITNESS:  It's -- it's okay.  The --
10   BY MR. KRISTAL:
11      Q    Let -- let me -- let me withdraw my last question.
12           Do you recall saying -- when your 2017 paper, you
13   and Dr. Vogelstein, there was a little press conference.  Do
14   you remember saying, quote, you're not aware of any way, as
15   of today, not aware of any scientific way to attribute a
16   specific mutation to a specific cause.
17           Do you remember saying that?
18      A    Well, you are, of course, I -- I believe -- I
19   believe you're reading correctly from my press release, so
20   I -- I want to believe that you are reading word by word, so
21   I -- I probably did that.  It's -- you have to take into
22   account the context.
23           I stand overall by the principle behind the
24   statement, and I can say today again that as of today, as a
25   general rule, so let me -- let me be more specific.
```

 1              It's not possible to take mutations and this,
 2   100 percent for sure, was caused by this environmental
 3   factor.
 4              However, first of all, there are exceptions, so,
 5   you know, I don't want -- I don't want you to stretch the
 6   statement to places where I never meant that statement to --
 7   to go, which is, for example, there are cases where we know
 8   what a driver cause was and we know 100 percent.
 9              For example, a BRCA mutation inherited from
10   parents, we know why, you know, a woman, say, is carrying a
11   BRCA mutation, if it's because of having inherited from her
12   mother or father, whatever that is.
13              So that would be an example where the statement I
14   made would appear not to be correct.  So as I said, taken
15   within the right, you know, context, I stand by what I said,
16   which is that the single muta -- specific mutation level, in
17   general, it is not possible.  There are exceptions to
18   attribute a specific cause to a specific mutation, there are
19   exceptions.
20              At the same time, this doesn't mean that because
21   you cannot say this for one mutation, and so then you start
22   enumerating every single one of the mutations, then you
23   cannot conclude that, therefore, you cannot say anything
24   about the mutational load of a patient.  That's best
25   possible way to distort the meaning of my statement.

```
 1                     CERTIFICATE

 2            I, Jennifer A. Dunn, Registered Professional

 3   Reporter and Certified Court Reporter, do hereby certify

 4   that prior to the commencement of the examination,

 5   CRISTIAN TOMASETTI, Ph.D.,was duly remotely sworn by me to

 6   testify to the truth, the whole truth and nothing but the

 7   truth.

 8            I DO FURTHER CERTIFY that the foregoing is a

 9   verbatim transcript of the testimony as taken

10   stenographically by me at the time, place and on the date

11   hereinbefore set forth, to the best of my ability via remote

12   Zoom teleconference technology.

13            I DO FURTHER CERTIFY that I am neither a

14   relative nor employee nor attorney nor counsel of any of the

15   parties to this action, and that I am neither a relative nor

16   employee of such attorney or counsel, and that I am not

17   financially interested in the action.

18

19

20

21            "/s/JENNIFER A. DUNN"

22             Registered Merit Reporter

23            Certified Realtime Reporter

24

25            Dated:  January 7, 2022
```