# EXHIBIT L







# World Cancer Report

*Cancer research for cancer prevention*

Edited by CHRISTOPHER P. WILD,
ELISABETE WEIDERPASS, and BERNARD W. STEWART



International Agency for Research on Cancer
World Health Organization

**Exhibit L Page 1**

# Contents

Foreword ix

Preface x

Introduction xii

**1 The global cancer burden** 15

1.1 The burden and prevention of premature deaths from noncommunicable diseases, including cancer: a global perspective 16

1.2 Global trends in cancer incidence and mortality 23

1.3 Transitions in human development and the global cancer burden 34

Known causes of human cancer by organ site 45

**2 Causes of cancer, including hazardous circumstances** 49

2.1 Tobacco products 50
*Massive and still growing causes of cancer worldwide*

2.2 Infectious agents 61
*Missed opportunities for prevention*

2.3 Alcohol consumption 68
*A leading risk factor for cancer*

2.4 Sunlight and ultraviolet radiation 77
*Affecting skin cancer incidence in many countries*

2.5 Ionizing radiation and radiofrequency electromagnetic fields 84
*Further clarification of particular risks*

2.6 Diet and nutrition 92
*Understanding which factors are critical*

2.7 Physical activity, sedentary behaviour, and obesity 101
*Established and emerging modifiable risk factors*

2.8 Dietary carcinogens 109
*A continuing concern in various contexts*

2.9 Contamination of air, water, soil, and food 115
*The challenge is to characterize specific risks*

2.10 Occupation 127
*The need for continuing vigilance*

2.11 Pharmaceutical drugs 137
*A current focus on hormones*

World Cancer Research Fund International/American Institute for Cancer Research 144

**3 Biological processes in cancer development** 147

3.1 Sporadic cancer 148
*Tumorigenesis in the absence of an established or avoidable cause*

3.2 Genomics 154
*Susceptibility and somatic patterns*

3.3 Gene–environment interactions 164
*The preventive implications are still not clear*

3.4 DNA repair and genetic instability 170
*Endogenous and exogenous sources of damage and hereditary syndromes*

3.5 Inflammation 181
*Playing a pivotal role in cancer pathogenesis*

3.6 Reproductive and hormonal factors 189
*Important contributors to several cancer sites*

3.7 Metabolic change and metabolomics 200
*Emerging approaches and new insights*

3.8 Epigenetics 206
*Potential in diagnostics, therapy, and prevention*

3.9 Immune function 215
*From the tumour microenvironment to therapeutic targeting*

3.10 The microbiome 221
*Its influence on tumorigenesis and therapy*

3.11 Identifying carcinogens from 10 key characteristics 229
*A new approach based on mechanisms*

The IARC Handbooks of Cancer Prevention 236

**4 Inequalities that affect cancer prevention** 237

4.1 Inequalities between and within countries 238
*Impact on cancer prevention*

4.2 Socioeconomic factors and cancer prevention in Africa 246
*Cervical cancer as an example*

4.3 Cancer in urban and rural communities in China 252
*Patterns reflect social dynamics*

4.4 Socioeconomic factors and cancer prevention in India 258
*Diverse interventions are needed*

Exhibit L Page 2

| | | |
|---|---|---|
| 4.5 | Variations in implementation of cancer screening in European countries  *Striving for best practice* | 266 |
| 4.6 | Disparities in cancer prevention services in the USA  *A long-standing, persistent cause of inequity* | 276 |
| 4.7 | Cancer in Indigenous populations  *Focusing on inequalities that are sometimes invisible* | 288 |

Towards the World Code Against Cancer — 295

**5  Preventing particular tumour types — 297**

A guide to the epidemiology data in Section 5: Preventing particular tumour types — 298

| | | |
|---|---|---|
| 5.1 | Lung cancer  *Continues to be the leading cause of cancer death* | 299 |
| 5.2 | Head and neck cancers  *New etiological insights* | 310 |
| 5.3 | Oesophageal cancer  *A tale of two malignancies* | 323 |
| 5.4 | Stomach cancer  *Still one of the main cancer types worldwide* | 333 |
| 5.5 | Colorectal cancer  *Decreasing disparities and promoting prevention are policy priorities* | 344 |
| 5.6 | Liver cancer  *An infectious disease for many communities* | 355 |
| 5.7 | Pancreatic cancer  *Many risk factors too poorly characterized to enable prevention* | 367 |
| 5.8 | Skin cancer  *A focus on primary prevention* | 374 |
| 5.9 | Breast cancer  *Multiple, often complex, risk factors* | 382 |
| 5.10 | Cervical cancer  *Successes in some communities to be extended worldwide* | 394 |
| 5.11 | Endometrial cancer  *Prevention through control of obesity* | 403 |
| 5.12 | Ovarian cancer  *Complicated etiology and very few preventive options* | 411 |
| 5.13 | Prostate cancer  *Challenges for prevention, detection, and treatment* | 421 |
| 5.14 | Testicular cancer  *New inroads into early diagnosis* | 430 |
| 5.15 | Bladder cancer  *A genotoxic causal agent recognized* | 439 |
| 5.16 | Kidney cancer  *Multiple risk factors, but currently limited preventive strategies* | 447 |
| 5.17 | Brain cancer  *Increasing attention on the immune response* | 454 |
| 5.18 | Thyroid cancer  *The challenge of overdiagnosis* | 461 |
| 5.19 | Non-Hodgkin lymphoma  *Complex etiology, including the role of immune function* | 468 |
| 5.20 | Leukaemias  *Understanding pathogenesis through similarities and differences* | 477 |

WHO Report on Cancer: Setting priorities, investing wisely and providing care for all — 485

**6  The basis for, and outcomes from, prevention strategies — 487**

Tobacco cessation: the WHO perspective — 488

| | | |
|---|---|---|
| 6.1 | Changing behaviour  *The need for sustainable implementation* | 499 |
| 6.2 | Improving diet and nutrition, physical activity, and body weight  *From evidence to practice* | 506 |
| 6.3 | Vaccination  *The prospect of eliminating some cancer types* | 513 |
| 6.4 | Preventive therapy  *Certain interventions clearly established* | 522 |
| 6.5 | Managing people with high and moderate genetic risk  *Genomic tools to promote effective cancer risk reduction* | 530 |
| 6.6 | Screening  *From biology to public health* | 540 |
| 6.7 | Circulating DNA and other biomarkers for early diagnosis  *Great potential, but challenges recognized* | 550 |
| 6.8 | Governmental action to control carcinogen exposure  *Multiple options covering diverse scenarios* | 557 |
| 6.9 | Prevention strategies common to noncommunicable diseases  *A focus on tobacco, alcohol, obesity, and physical inactivity* | 565 |

Contributors — 573  
Disclosures of interests — 582  
Sources — 584  
Subject index — 595

Exhibit L Page 3

maintenance of cancer stem cells, and the facilitation of cancer initiation and progression (see Chapter 3.8).

## Population attributable risks of sporadic cancers

The terminology "sporadic cancers" reflects a currently dynamic but incomplete knowledge of the etiology and pathogenesis of a biologically and morphologically heterogeneous class of diseases. The subtext of the terminology, namely the absence of a demonstrable cause, underscores the view of assigning "bad luck" in the affected populace. Tomasetti and Vogelstein have hypothesized that the patterns of cancer incidence in various cells and tissues are highly correlated with the estimated lifetime number of stem cell divisions [19,20]. Each somatic stem cell division entails a risk of random mutations. The variable number of divisions appears to be a major determinant of differences in cancer risks in different organs. The authors reviewed the risks of 17 types of cancers in 69 countries. The median correlation coefficient between the lifetime risk of cancer in each tissue and the reported lifetime number of stem cell divisions within that tissue was $r = 0.80$ (95% confidence interval, 0.67–0.84). The linearity of the positive correlations was observed consistently among the countries studied.

The estimated proportion of total variation in cancer incidence explained by the number of stem cell divisions may be estimated by $r^2$ or 0.64 (95% confidence interval, 0.45–0.71). The authors concluded that approximately two thirds of global cancer incidence may be attributed to random replication errors, with a confidence boundary as low as 45% and as high as 71%. Would this be a measure of the global burden of "sporadic cancers"?

A counterpoint epidemiological perspective on the stem cell hypothesis in human carcinogenesis will now be summarized. The attributable fraction in the population at risk (population attributable fraction) is generally interpreted as the proportion of cases, or excess number of cases, that – based on current knowledge – could be eliminated if the exposed people were to experience the same risks as the unexposed people [21]. The population attributable fraction reflects the magnitude of the relative risk of the association of the exposure and the disease outcome, and the prevalence of the exposure in the population. This assumes that the estimation of population attributable fraction is unbiased, that the exposure is causal, and that elimination of the risk factor has no effect on the distribution of other risk factors. It is important to establish that the measure of the prevalence of the exposure in the population matches as closely as possible the population source for deriving the measure of relative risk.

Is there a consensus on the population cancer burden that may be attributable to lifestyle behavioural and environmental risk factors that would be interactive with stem cell replication activity? In the 1981 publication by Doll and Peto on the avoidable risks of cancer in the USA, the authors concluded that 75–80% of cancer deaths in the 1970s could have been avoided [22]. A review by Parkin et al. estimated that for the United Kingdom in 2010, 14 lifestyle and environmental risk factors (tobacco smoke, ethanol consumption, obesity and overweight, physical inactivity, dietary factors including consumption of red meat and processed meat, cancer-causing infectious agents, occupational exposures, ionizing and solar radiation, and exogenous hormones) were associated with 45% of cancer cases in men and 40% in women [23]. Colditz and Wei, in their review of biological agents, lifestyle behavioural patterns, and physical environmental factors, concluded that 50–60% of cancer deaths and more than 60% of cancer cases in the USA were potentially avoidable [24]. The World Cancer Research Fund/American Institute for Cancer Research report in 2015 estimated that 20–22% of all incident cancers in the United Kingdom and the USA were due to the combined risk factors of diet, physical inactivity, and overweight or obesity [25]. Specific aspects of dietary factors included high consumption of red meat and processed meat and low consumption of folate (see Chapter 2.6).

---

**Fig. 3.1.4.** In the absence of a demonstrable cause, the view of assigning "bad luck" to cancer development arose from the proposal that the patterns of cancer incidence in various cells and tissues are highly correlated with the estimated lifetime number of stem cell divisions within those cells or tissues. Each somatic stem cell division entails a risk of random mutations.



Exhibit L Page 4

Tomasetti and Vogelstein have described a biological mechanism of tissue-specific stem cell replication patterns that are positively correlated with, and universally applicable in comprehending the diversity of, organ-specific cancer incidence patterns. The unifying nature of their hypothesis must be viewed in the context of diverse and contrasting global trends and patterns of types and "causes" of cancers that are closely linked with economic development and cultural lifestyle practices. The terminology "sporadic cancer" does not adequately address the complexity of interactions already established in epidemiological and experimental studies that describe the burden of cancers that may be attributable to avoidable or remediable risk factors.

# References

1. Hanahan D, Weinberg RA (2011). Hallmarks of cancer: the next generation. Cell. 144(5):646–74. https://doi.org/10.1016/j.cell.2011.02.013 PMID:21376230

2. Armitage P, Doll R (1954). The age distribution of cancer and a multi-stage theory of carcinogenesis. Br J Cancer. 8(1):1–12. https://doi.org/10.1038/bjc.1954.1 PMID:13172380

3. Hiller J, Vallejo C, Betthauser L, Keesling J (2017). Characteristic patterns of cancer incidence: epidemiological data, biological theories, and multistage models. Prog Biophys Mol Biol. 124:41–8. https://doi.org/10.1016/j.pbiomolbio.2016.11.002 PMID:27836510

4. Siegel RL, Miller KD, Jemal A (2018). Cancer statistics, 2018. CA Cancer J Clin. 68(1):7–30. https://doi.org/10.3322/caac.21442 PMID:29313949

5. Ershler WB, Longo DL (1997). The biology of aging: the current research agenda. Cancer. 80(7):1284–93. https://doi.org/10.1002/(SICI)1097-0142(19971001)80:7<1284::AID-CNCR14>3.0.CO;2-3 PMID:9317181

6. Bolden JE, Lowe SW (2015). Cellular senescence. In: Mendelsohn J, Gray JW, Howley PM, Israel MA, Thompson CB, editors. The molecular basis of cancer. Philadelphia (PA), USA: Elsevier; pp. 229–38.

7. Aubert G, Lansdorp PM (2008). Telomeres and aging. Physiol Rev. 88(2):557–79. https://doi.org/10.1152/physrev.00026.2007 PMID:18391173

8. Finkel T, Serrano M, Blasco MA (2007). The common biology of cancer and ageing. Nature. 448(7155):767–74. https://doi.org/10.1038/nature05985 PMID:17700693

9. Blasco MA (2005). Telomeres and human disease: ageing, cancer and beyond. Nat Rev Genet. 6(8):611–22. https://doi.org/10.1038/nrg1656 PMID:16136653

10. Haycock PC, Burgess S, Nounu A, Zheng J, Okoli GN, Bowden J, et al.; Telomeres Mendelian Randomization Collaboration (2017). Association between telomere length and risk of cancer and non-neoplastic diseases: a Mendelian randomization study. JAMA Oncol. 3(5):636–51. https://doi.org/10.1001/jamaoncol.2017.2316 PMID:28241208

11. Donate LE, Blasco MA (2011). Telomeres in cancer and ageing. Philos Trans R Soc Lond B Biol Sci. 366(1561):76–84. https://doi.org/10.1098/rstb.2010.0291 PMID:21115533

12. Rossi DJ, Jamieson CHM, Weissman IL (2008). Stems cells and the pathways to aging and cancer. Cell. 132(4):681–96. https://doi.org/10.1016/j.cell.2008.01.036 PMID:18295583

13. Beachy PA, Karhadkar SS, Berman DM (2004). Tissue repair and stem cell renewal in carcinogenesis. Nature. 432(7015):324–31. https://doi.org/10.1038/nature03100 PMID:15549094

14. Clarke MF, Dick JE, Dirks PB, Eaves CJ, Jamieson CHM, Jones DL, et al. (2006). Cancer stem cells – perspectives on current status and future directions: AACR Workshop on cancer stem cells. Cancer Res. 66(19):9339–44. https://doi.org/10.1158/0008-5472.CAN-06-3126 PMID:16990346

15. Sugihara E, Saya H (2013). Complexity of cancer stem cells. Int J Cancer. 132(6):1249–59. https://doi.org/10.1002/ijc.27961 PMID:23180591

16. Herceg Z, Ghantous A, Wild CP, Sklias A, Casati L, Duthie SJ, et al. (2018). Roadmap for investigating epigenome deregulation and environmental origins of cancer. Int J Cancer. 142(5):874–82. https://doi.org/10.1002/ijc.31014 PMID:28836271

17. Sharma S, Kelly TK, Jones PA (2010). Epigenetics in cancer. Carcinogenesis. 31(1):27–36. https://doi.org/10.1093/carcin/bgp220 PMID:19752007

18. Feinberg AP, Koldobskiy MA, Göndör A (2016). Epigenetic modulators, modifiers and mediators in cancer aetiology and progression. Nat Rev Genet. 17(5):284–99. https://doi.org/10.1038/nrg.2016.13 PMID:26972587

19. Tomasetti C, Vogelstein B (2015). Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. Science. 347(6217):78–81. https://doi.org/10.1126/science.1260825 PMID:25554788

20. Tomasetti C, Li L, Vogelstein B (2017). Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science. 355(6331):1330–4. https://doi.org/10.1126/science.aaf9011 PMID:28336671

21. Poole C (2015). A history of the population attributable fraction and related measures. Ann Epidemiol. 25(3):147–54. https://doi.org/10.1016/j.annepidem.2014.11.015 PMID:25721747

22. Doll R, Peto R (1981). The causes of cancer: quantitative estimates of avoidable risks of cancer in the United States today. J Natl Cancer Inst. 66(6):1191–308. https://doi.org/10.1093/jnci/66.6.1192 PMID:7017215

23. Parkin DM, Boyd L, Walker LC (2011). The fraction of cancer attributable to lifestyle and environmental factors in the UK in 2010. Br J Cancer. 105(Suppl 2):S77–81. https://doi.org/10.1038/bjc.2011.489 PMID:22158327

24. Colditz GA, Wei EK (2012). Preventability of cancer: the relative contributions of biologic and social and physical environmental determinants of cancer mortality. Annu Rev Public Health. 33(1):137–56. https://doi.org/10.1146/annurev-publhealth-031811-124627 PMID:22224878

25. WCRF/AICR (2015). Cancer preventability estimates for diet, nutrition, body fatness, and physical activity. Available from: http://www.wcrf.org/int/cancer-facts-figures/preventability-estimates/cancer-preventability-estimates-diet-nutrition.