# EXHIBIT M

```
 1      IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                    STATE OF MISSOURI
 2
    MARTIN GRISWOLD,                )
 3            Plaintiff,            )
         -vs-                       ) Case No.
 4  MONSANTO COMPANY,               ) 1922-CC11226
              Defendant.            )
 5
    ------------------------------------------------------
 6
    ANGELA SADOWSKI,                )
 7            Plaintiff,            )
         -vs-                       ) Case No.
 8  MONSANTO COMPANY,               ) 1922-CC11237
              Defendant.            )
 9
    ------------------------------------------------------
10
    LINDA EUGSTER,                  )
11            Plaintiff,            )
         -vs-                       ) Case No.
12  MONSANTO COMPANY,               ) 2122-CC09039
              Defendant.            )
13
    ------------------------------------------------------
14
    STEPHEN POWERS and              )
15  DERRICK SISK,                   )
              Plaintiffs,           ) Case No.
16       -vs-                       ) 1722-CC10879
    MONSANTO COMPANY,               )
17            Defendant.            )

18  ------------------------------------------------------

19  COREY SWANSON,                  )
              Plaintiff,            )
20       -vs-                       ) Case No.
    MONSANTO COMPANY,               ) 2122-CC09140
21            Defendant.            )
    ------------------------------------------------------
22
                 VIDEOTAPED DEPOSITION OF
23               DAVID L. GRINBLATT, M.D.
                    November 15, 2022
24                  Rosemont, Illinois
```

David L. Grinblatt, M.D.

```
 1

 2

 3            The videotaped deposition of

 4   DAVID L. GRINBLATT, M.D., called by the Plaintiffs

 5   for examination, taken before CORINNE T. MARUT,

 6   C.S.R. No. 84-1968, Registered Professional

 7   Reporter and a Certified Shorthand Reporter of the

 8   State of Illinois, at the Hampton Inn & Suites,

 9   Rosemont Chicago O'Hare, 9480 West Higgins Road,

10   Rosemont, Illinois, on November 15, 2022,

11   commencing at 9:11 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1   APPEARANCES:

 2   ON BEHALF OF THE PLAINTIFFS:

 3         WEITZ & LUXENBERG, P.C.
           220 Lake Drive East, Suite 210
 4         Cherry Hill, New Jersey  08002
           856-755-1115
 5         BY:  JOSEPH J. MANDIA, ESQ.  (Via Zoom)
                jmandia@weitzlux.com
 6              BENJAMIN GOLDMAN, ESQ.  (Via Zoom)
                bgoldman@weitzlux.com
 7              CALLIE SHARP, ESQ.
                csharp@weitzlux.com
 8


 9

10   ON BEHALF OF THE DEFENDANT:

11         HOLLINGSWORTH LLP
           1350 I Street NW
12         Washington, DC  20005
           202-988-5815
13         BY:  GREGORY S. CHERNACK, ESQ.
                gchernack@hollingsworthllp.com
14


15


16


17   VIDEOTAPED BY:  PETER PREZZANO


18


19   REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968


20


21


22


23


24
```

```
 1                    I N D E X

 2   DAVID L. GRINBLATT, M.D.                  EXAMINATION

 3        BY MR. MANDIA.................    6

 4

 5

 6                    E X H I B I T S

 7   PLAINTIFF'S EXHIBIT                      MARKED FOR ID

 8    No. P-1   Plaintiff's Amended Notice of      11
                Videotaped Deposition of
 9              Dr. David L. Grinblatt, M.D.

10    No. P-2   Curriculum Vitae, David L.         28
                Grinblatt, M.D.
11
      No. P-3   Notes of Dr. Grinblatt            107
12              pertaining to Angela
                Hewrylak-Sadowski
13
      No. P-4   Document, "David Grinblatt,       140
14              M.D. Materials Reviewed"

15    No. P-5   Notes of Dr. Grinblatt            183
                pertaining to Derrick Sisk
16
      No. P-6   Document, "Supplementary          218
17              Materials for Stem cell
                divisions, somatic mutations,
18              cancer etiology, and cancer
                prevention," by Tomasetti, Li
19              and Vogelstein

20    No. P-7   Article, "Stem cell division,     228
                somatic mutations, cancer
21              etiology, and cancer
                prevention," by Tomasetti, Li
22              and Vogelstein

23

24
```

```
 1      Q.    You are a specialist in internal
 2   medicine and oncology, correct?
 3      A.    In hematology and medical oncology.
 4      Q.    Okay.  You do not have special- -- you
 5   don't have a board certified in internal medicine,
 6   is that right?
 7      A.    I am board certified in internal
 8   medicine.
 9      Q.    Okay.  I asked you --
10      A.    I'm triple -- I have three boards.
11   So...
12            But usually when you're a subspecialist,
13   you kind of ignore the initial one.
14      Q.    Understood.  Okay.  That's why I was
15   confused because I asked you internal medicine,
16   oncology and I -- okay.
17            You are not an occupational medicine
18   doctor, correct?
19      A.    I am not.
20      Q.    You are a professor of medicine at the
21   University of Chicago Pritzker School of Medicine,
22   correct?
23      A.    Clinical associate professor.
24      Q.    Okay.  And what is a clinical associate
```

```
 1   HealthSystem is four hospitals, but they've
 2   recently -- I'm not an expert on their business
 3   dealings, but they've recently merged with Swedish
 4   Covenant Hospital or subsumed Swedish Covenant I
 5   think and then there is Northwest Community
 6   Hospital and another hospital affiliated there and
 7   then there is Edwards-Elmhurst Hospital.
 8            So, I'm not sure of how many hospitals
 9   now.  I think it's nine in the network now.
10       Q.   And you are a practicing oncologist and
11   hematologist at NorthShore?
12       A.   Yes.
13       Q.   What specific hospitals do you work out
14   of?
15       A.   Evanston Hospital primarily.  I go to
16   Glenbrook Hospital.  I go to the cancer center at
17   Glenbrook Hospital one day a week.
18       Q.   How would you describe the reputation of
19   NorthShore University HealthSystem?
20       A.   I think it has an excellent reputation.
21       Q.   Do you think it cares about the
22   population it serves?
23       A.   Yes.
24       Q.   Would you say that they care about the
```

```
 1   usually acquired during life?
 2       A.    Yes, I agree.
 3             And I'm just going to stop here again.
 4   The word "gene mutation" is a very, you know --
 5   it's really, in lymphoma, there is a mutation,
 6   which is like a specific location on the DNA that's
 7   damaged, is different than a translocation where
 8   there is not a damage.
 9             So, gene mutation is very different than
10   genetic alterations.  There's genetic alterations
11   and mutations.  In lymphoma usually we're looking
12   at alterations rather than mutations.
13       Q.    Do genetic alterations related to
14   non-Hodgkin's lymphoma, we would agree that those
15   are usually acquired during life?
16       A.    Correct.
17       Q.    I'm going to resume sharing the screen
18   with the notes that was Plaintiff's Exhibit P-3 of
19   Angela Sadowski.
20             Are these all the notes that you have as
21   it relates to Plaintiff Angela Sadowski?
22       A.    Yes.
23       Q.    Do you -- what is your opinion as to
24   what the cause of Angela Sadowski's diffuse large
```

1   rearrangement.

2           So, that's just part of the basics, you

3   know.

4           When you asked me about Tomasetti before

5   and stem cell, it comes to mind, I mean, they were

6   looking at which cells have the most divisions over

7   time as to which are the most common cancers and

8   that's based on how many stem cells there are of

9   the different cells.

10          But that doesn't mean the mutations are

11  occurring at the stem cell level.  That's what I

12  was trying to explain before.  So, you know, this

13  is how lymphomas develop later in the development

14  of the cells.

15      Q.   Okay.  Is the only paper that discusses

16  specifically lymphomagenesis, would that be the

17  Tomasetti/Vogelstein paper that you cited to?

18      A.   No, no, I don't think so.  No.  I don't

19  know that I gave you any papers on lymphomagenesis.

20  I guess that's what I'm saying.  None of them were

21  like basic studies -- basic papers on what

22  lymphomas are and what -- you know, I didn't

23  include any of those.

24      Q.   Okay.  And do you believe the

David L. Grinblatt, M.D.

1  Tomasetti/Vogelstein paper deals with

2  lymphomagenesis?

3     A.   The Tomasetti paper is looking at

4  cancerogenesis basically, at the development of

5  cancers, and basically making the point that you

6  can -- that cancers -- that all cancers basically

7  and that the frequency of the different cancers

8  depends on the amount of stem cell divisions that

9  occur during -- for these different cell types and

10 that that can predict how frequent different

11 cancers are.

12          It's just -- it's not specific to

13 lymphomagenesis.  Unless I'm missing.  I can't say

14 I reviewed any of them recently.  It deals with

15 different lymphomas.

16    Q.   Okay.

17    A.   Different cancers, including lymphoma

18 but not only lymphoma.  So, it's not like the best

19 paper on lymphomagenesis.

20    Q.   Okay.  Great.  Have you --

21    A.   Or it's not a specific.  I don't want to

22 say it's not the best.  It's not a specific paper

23 on lymphomagenesis.

24    Q.   The record will show whatever you said,

David L. Grinblatt, M.D.

```
 1                Do you agree with that as a medical
 2   doctor, the second part, the second part of that?
 3         A.    Yes, but I don't think this relates to
 4   lymphoma very well.
 5         Q.    Okay.
 6         A.    Because somatic mutations are not -- you
 7   know what -- somatic, these are random somatic
 8   mutations, in other words, somatic -- random
 9   somatic mutation probability per cell division
10   rather than specific translocations.
11               So, I don't think it pertains as well to
12   lymphoma as other cancers.
13         Q.    It sounds like you don't believe random
14   genetic mutations relate to non-Hodgkin's lymphoma
15   at all, correct?
16         A.    Correct.
17         Q.    It then goes on to say, "For example,
18   the larger the tissue, the more divisions and the
19   more opportunities for environmental factors to
20   increase cancer risk."
21               Do you see that?
22         A.    Yes.
23         Q.    Did you say "yes"?
24         A.    Yes.
```

David L. Grinblatt, M.D.

```
 1
             I, CORINNE T. MARUT, C.S.R. No. 84-1968,
 2     Registered Professional Reporter and Certified
       Shorthand Reporter, do hereby certify:
 3             That previous to the commencement of the
       examination of the witness, the witness was duly
 4     sworn to testify the whole truth concerning the
       matters herein;
 5             That the foregoing deposition transcript
       was reported stenographically by me, was thereafter
 6     reduced to typewriting under my personal direction
       and constitutes a true record of the testimony
 7     given and the proceedings had;
               That the said deposition was taken
 8     before me at the time and place specified;
               That the reading and signing by the
 9     witness of the deposition transcript was agreed
       upon as stated herein;
10             That I am not a relative or employee or
       attorney or counsel, nor a relative or employee of
11     such attorney or counsel for any of the parties
       hereto, nor interested directly or indirectly in
12     the outcome of this action.

13

14                   _____
15                   CORINNE T. MARUT, Certified Reporter

16
               (The foregoing certification of this
17     transcript does not apply to any
       reproduction of the same by any means, unless under
18     the direct control and/or supervision of the
       certifying reporter.)
19

20

21

22

23

24
```