# EXHIBIT N

Page 1

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 FOR THE COUNTY OF LOS ANGELES
 3    _____
 4    DARREN METCALF, et al.,        )
                                     )
 5                                   )
              Plaintiffs,            )
 6        vs.                        ) Case No. 22STCV21416
                                     )
 7    BARRETTS MINERALS INC.,        )
      et al.,                        )
 8                                   )
              Defendants.            )
 9    _____)
10
11
12            REMOTE VIDEOCONFERENCE DEPOSITION
13                 OF BRIAN TAYLOR, M.D.
14                  St. Louis, Missouri
15                  Friday, June 2, 2023
16                       Volume I
17
18
19
20
21
22    Reported by:
      JOANNA BROADWELL
23    CSR No. 10959
24    Job No. 5944571
25    PAGES 1 - 127
```

Page 2

```
 1      SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2         FOR THE COUNTY OF LOS ANGELES
 3   _____
 4   DARREN METCALF, et al.,    )
                                )
 5                              )
         Plaintiffs,            )
 6      vs.              ) Case No. 22STCV21416
                                )
 7   BARRETTS MINERALS INC.,    )
     et al.,                    )
 8                              )
         Defendants.            )
 9   _____)
10
11
12
13
14         Remote videoconference deposition of BRIAN
15   TAYLOR, M.D., Volume I, taken on behalf of Plaintiff, at
16   St. Louis, Missouri, beginning at 11:05 a.m. and ending
17   at 2:50 p.m. on Friday, June 2, 2023, before JOANNA
18   BROADWELL, Certified Shorthand Reporter No. 10959.
19
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES:
 2
 3   For the Plaintiff:
 4   WEITZ & LUXENBERG PC
 5   Joseph Mandia, Esq.
 6   220 Lake Drive E., Ste 210,
 7   Cherry Hill, NJ 08002
 8   (856) 755-1115
 9   Jmandia@weitzlux.com
10
11   For the Defendants Barretts Minerals Inc.:
12   TUCKER ELLIS, LLP
13   Brian Huelsmann, Esq.
14   100 S 4th St., Suite 600
15   St. Louis, MO 63102
16   brian.huelsmann@tuckerellis.com
17
18   For the Defendants Chattem:
19   GORDON REES SCULLY MANSUKHANI LLP
20   Jackie DuBois, Esq.
21   101 W. Broadway, Suite 2000
22   San Diego, CA 92101
23   (619) 230-7493
24   jdbois@grsm.com
25
```

Page 4

```
 1
 2
 3                    INDEX
 4   WITNESS                         EXAMINATION
 5   BRIAN TAYLOR, M.D.
 6   Volume I
 7         BY MR. MANDIA                    5
 8
 9              INDEX OF EXHIBITS
10
11   NUMBER          DESCRIPTION            PAGES
12   Exhibit 1       Testimony List          32
13   Exhibit 2       Curriculum Vitae        41
14   Exhibit 3       St. Luke's Hospital
15                   Website Excerpt         56
16   Exhibit 4       Dr. Tomasetti Chart     74
17   Exhibit 5       Case Notes              93
18   Exhibit 6       Expert References      112
19   Exhibit 7       Supplementary Materials 114
20
21
22
23
24
25
```

Page 5

```
 1   St. Louis, Missouri, Friday, June 2, 2023
 2                11:05 a.m.
 3
 4   BRIAN TAYLOR, M.D.,
 5   having been administered an oath, was examined and
 6   testified as follows:
 7
 8                  EXAMINATION
 9   BY MR. MANDIA:
10      Q  Hi, Doctor.  My name is Joe Mandia from the law
11   firm of Weitz-Luxemberg.  And we're here today on behalf
12   of the plaintiff Darren Metcalf.  I am here today to
13   take your deposition.  Can you just state your full name
14   and address for the record?
15      A  Sure.  It is Brian Adam Taylor, M.D.  That's
16   T-a-y-l-o-r.  And my business address is St. Luke's
17   Hospital, 224 South Woods Mill Road, Suite 35 South,
18   Chesterfield, Missouri, 63017.
19      Q  Where are you today?
20      A  I am currently in my home office, and that's in
21   St. Louis Missouri, or Olivette, Missouri, which is a
22   suburb of part of St. Louis County.
23      Q  Is anyone present with you today for the
24   deposition?
25      A  No.
```

2 (Pages 2 - 5)

Page 26

1  population, it would depend on the rate and the
2  reference population.
3      And then you would have to do a power calculation
4  to determine the size that would be required.  However,
5  my opinions are based on the fact that there is no
6  evidence that -- anywhere in the published literature
7  that individuals exposed to chrysotile asbestos below 75
8  to 100 fiber for cc years have been shown to develop
9  mesothelioma, pleural mesothelioma.
10   Q  I'll move to strike the nonresponsive portions.
11      Let's say you if you are trying to detect a
12  20 percent increased risk of mesothelioma, how many --
13  what would the total population need to be, in your
14  opinion, for there to be sufficient power to detect a
15  20 percent increased risk?
16   A  I can't give you a calculation off the top of my
17  head.  It would have to be a large population.
18   Q  When you say a large population, are you able to
19  give any type of estimation or approximation?
20   A  No, not off the top of my head.
21   Q  Have you ever conducted a study whose aim of the
22  study was to determine what the cause of someone's
23  mesothelioma is?
24   A  No.
25   Q  Have you ever conducted any type of animal

Page 27

1  studies in any capacity?
2   A  No.
3   Q  Have you ever done any in vitro or in vivo
4  studies related to asbestos or asbestos-related
5  causation for asbestos-related disease?
6   A  No.
7   Q  Have you ever done any in vitro or in vivo
8  studies at all in any capacity?
9   A  No.  The research that I was involved in was more
10  clinical research and epidemiological research.  It was
11  not basic science research involving in vitro or in vivo
12  studies of asbestos fibers or any other similar type
13  studies.
14   Q  Have you ever gone out into the field and taken
15  any measurements of a person's exposure to asbestos?
16   A  No.
17   Q  Am I correct, you are not board-certified in
18  industrial hygiene?
19   A  That is correct.
20   Q  You have never sat for an industrial hygiene
21  certification, have you?
22   A  That is correct.  I am a medical doctor.
23   Q  You do not use industrial hygiene regularly in
24  your work at St. Luke's as a medical doctor, correct?
25   A  Well, I utilized information that's available in

Page 28

1  studies about industrial hygiene as it pertains to
2  levels of exposure to asbestos that have been associated
3  with disease.  That is part of the training that I
4  received.  That is part of how I take an occupational
5  history, for example.  So do I use it specifically in
6  work that I perform at the bedside clinically with
7  patients?  No, certainly not on a day-to-day basis.  But
8  understanding whether or not different levels of
9  exposure to asbestos are associated with disease has
10  been part of my training on how I approach occupational
11  histories.
12   Q  Where were you trained in how you approach
13  occupational histories?
14   A  Emory.
15   Q  As it relates to the training that you received
16  for occupational histories, were you trained, for a
17  person that has any type of mesothelioma, whether it's
18  pleural or peritoneal, to take an occupational history
19  and inquire about whether or not the person was exposed
20  to asbestos?
21   A  Yes.
22   Q  As part of your training in taking an
23  occupational history, were you -- was there any type of
24  distinction made between chrysotile asbestos versus
25  amphibole asbestos and whether or not you were supposed

Page 29

1  to ask about only one type of asbestos versus the other
2  types of asbestos?
3   A  Well, there was definitely training and education
4  about the different potencies of the different fiber
5  types in terms of their potential to cause disease and
6  therefore the significance of different types of
7  materials.  So absolutely, yes, I was trained about the
8  different potency of fiber types as early as medical
9  school.  The pathology textbook that I used in medical
10  school at the time actually was of the opinion that
11  amphibole asbestos was the cause of all or nearly all
12  malignant pleural mesotheliomas and that chrysotile was
13  most likely not a cause of any.
14   Q  What was that textbook's name?
15   A  It was the Robbins textbook, Pathologic Basis of
16  Disease.
17   Q  Do you -- I'm going to move to strike the
18  nonresponsive portions of my question, and it probably
19  wasn't as clear as it should have been.  When you were
20  trained on the questions that you would ask -- let me
21  ask you this.  Tell us what an occupational history is.
22   A  Well, an occupational history is a history that
23  you take from a patient of the type of work that they
24  have performed with focus on evaluating for potential
25  exposures that can occur in the workplace that pertain

Page 78

1  to give any -- I don't want you to assume anything from
2  my questions. I just want to ask you what my follow-up
3  question is. Would you agree that 68 percent of the
4  mutations in people with mesothelioma would be due to
5  environmental factors versus random replicative errors?
6    A  No. The answer I gave you was a speculation
7  based on what the Tomasetti article is. To be able to
8  answer that I would actually need to read the appendix
9  that you got this from. I would need to read the full
10 article and the full supplemental appendix.
11   Q  And I would welcome you to do that. This is for
12 the sake of the record. This is the first time you've
13 ever looked at Table 6 on the Science website related to
14 Dr. Tomasetti's 2017 article, correct?
15   A  That is the first time I've seen this table.
16   Q  And you haven't made any attempt to find any of
17 the underlying raw data for Dr. Tomasetti's 2015
18 articles or his follow-up articles, fair?
19   A  Correct.
20   Q  Would you agree that if that table is showing
21 that 68 percent of the mutations in people with
22 mesothelioma are caused by environmental factors, if you
23 accept that would you agree -- and that is in men. If
24 you accept that, would you agree that in men it is more
25 likely than not that environmental factors would cause

Page 79

1  mesothelioma as opposed to random replicative errors?
2    A  Statistically they would be a more likely factor,
3  and that would explain why historically approximately 90
4  to 95 percent of malignant pleural mesotheliomas in men
5  have been associated with asbestos. I don't know if
6  that just looked at just pleural mesothelioma, if that
7  had any application to peritoneal mesothelioma. It just
8  said mesothelioma. So I don't know how to apply that
9  specifically to peritoneal disease versus pleural
10 disease. I also don't know what population or how big
11 the population they looked at.
12      What they noted in the article is that there were
13 cancers that they didn't have sufficient information
14 about the stem cells to be able to make an analysis.
15 And if you look at the actual article they don't include
16 mesothelioma. So it's possible that that raw data they
17 decided was insufficient based on too small numbers to
18 draw any conclusions from because there was too big of a
19 chance for error.
20   Q  Do you have any evidence for what you just said?
21   A  I have evidence that the article specifically
22 says that they included cancers in their table, that
23 they had enough information about the number of stem
24 cells to be able to make an analysis. And they didn't
25 include mesothelioma in the article that was published.

Page 80

1    Q  And you haven't read the 2017 article, correct?
2    A  No, I believe I have read the 2017 article. I
3  don't recall the 2017 article discussing mesothelioma,
4  but I would have to go back and look.
5    Q  If the chart that I just showed you is Table 6 on
6  the Science website where you can download
7  Dr. Tomasetti's 2000 and Dr. Vogelstein' 2017 article,
8  would you disagree that they -- would you still have the
9  opinion that they didn't consider mesothelioma
10 specifically?
11   A  Well, again, I am describing the 2015 article. I
12 would have to rereview the 2017 article to see if they
13 considered it in that article.
14   Q  Considering that you haven't looked for the
15 underlying data for either article or haven't looked
16 for -- haven't read the 2017 article, given that do you
17 still intend to rely on the 2015 Tomasetti paper?
18   A  Yes, to describe general concepts. Again, I have
19 told you multiple times, I am not relying on it to
20 describe the concept specific to mesothelioma. I am
21 using it to describe general conceptions.
22   Q  Right, because the Tomasetti articles, 2015 and
23 the follow-up, they aren't articles that would pertain
24 to specific causation, correct?
25   A  Well, I agree. They do not pertain to specific

Page 81

1  causation.
2    Q  As it relates to any cancer, right?
3    A  I would agree with that as well.
4    Q  Okay. Why? Why?
5    A  Because they don't provide the detail that is
6  able to relate to specific causation. For example, any
7  cancers have multiple potential environmental causes.
8  They lump them all together in that as to whether
9  mutations are potentially caused by environmental
10 factors. So how could you apply that to specific
11 causation for individual carcinogens in a type of
12 cancer? That's not what the purpose of the article was.
13   Q  Am I correct you have not been asked to assume
14 whether there was any amphibole at low levels in Gold
15 Bond powder, and you weren't asked to opine on whether
16 or not low levels of amphibole asbestos exposure from
17 Gold Bond could provide -- could contribute to
18 peritoneal mesothelioma?
19   A  That is correct.
20   Q  Okay. Your opinions as it relates to the Gold
21 Bond powder will be specific to any low levels of
22 chrysotile that you have assumed were in the product,
23 correct?
24   A  That is correct. My opinions specific to Gold
25 Bond will be based on that. But again, as I described,

Page 126

```
 3     I, BRIAN TAYLOR, M.D., do hereby declare under
 4  penalty of perjury that I have read the foregoing
 5  transcript; that I have made any corrections as appear
 6  noted, in ink, initialed by me, or attached hereto; that
 7  my testimony as contained herein, as corrected, is true
 8  and correct.
 9     EXECUTED this _____ day of _____,
10  2023, at _____, _____.
11       (City)            (State)

15  _____
16     BRIAN TAYLOR, M.D.
17     VOLUME I
```

Page 127

```
 1     I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4        That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were administered an oath; that
 8  a record of the proceedings was made by me using
 9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12        Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [ ] was not requested.
16        I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19        IN WITNESS WHEREOF, I have this date
20  subscribed my name.

22  Dated:
23        _____
24        JOANNA BROADWELL
25        CSR No. 10959
```

Page 128

```
 1         ERRATA SHEET
      Priority-One Court Reporting/Veritext
 2         718-983-1234
      ASSIGNMENT NO. P1-5944571
 3  CASE NAME: Metcalf, Darren v. Asbestos
      DATE OF DEPOSITION: 6/2/2023
 4  WITNESS' NAME: Brian Taylor MD

    PAGE/LINE(S)/   CHANGE        REASON
 6  ___/___/_____/_____
    ___/___/_____/_____
 7  ___/___/_____/_____
    ___/___/_____/_____
 8  ___/___/_____/_____
    ___/___/_____/_____
 9  ___/___/_____/_____
    ___/___/_____/_____
10  ___/___/_____/_____
    ___/___/_____/_____
11  ___/___/_____/_____
    ___/___/_____/_____
12  ___/___/_____/_____
    ___/___/_____/_____
13  ___/___/_____/_____
    ___/___/_____/_____
14  ___/___/_____/_____
    ___/___/_____/_____
15  ___/___/_____/_____
    ___/___/_____/_____
16  ___/___/_____/_____
    ___/___/_____/_____
17  ___/___/_____/_____
    ___/___/_____/_____
18  ___/___/_____/_____
    ___/___/_____/_____
19  ___/___/_____/_____
20  _____
            Brian Taylor MD
21
    SUBSCRIBED AND SWORN TO
22  BEFORE ME THIS_____DAY
    OF_____, 20___.
23  _____
24   NOTARY PUBLIC
25  MY COMMISSION EXPIRES_____
```

33 (Pages 126 - 128)