Robin Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Karen Delorme-Barton v. Monsanto,* 3:18-cv-01427-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S DAUBERT MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF MONSANTO COMPANY'S PROPOSED NON-RETAINED EXPERT DR. ROBERT TARONE, PH.D.** <br><br> Hearing: <br> Date:  July 27, 2023 <br> Time: 10:00a.m. PDT <br> Place: Courtroom 4, 450 Golden Gate Ave. <br>           San Francisco, CA 94102 |

 **I, Robin L. Greenwald, declare and state:**

   1.  I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiff. I submit this declaration in support of Plaintiff's Daubert Motion to Exclude the Opinions and Testimony of Monsanto Company's Proposed Non-Retained Expert Dr. Robert Tarone, Ph.D. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit A is a true and correct copy of excerpts from Dr. Robert Tarone's Ph.D. Deposition Transcript (Mar. 10, 2023) *James Adams Jr., et al., vs. Monsanto Co.,* Case No. 17SL-CC02721, United State District Court for the Northern District of California.

3. Annexed hereto as Exhibit B is a true and correct copy of Monsanto Company's Rule 26 Designation and Disclosure of General Causation Expert Testimony, *In re: Roundup Products Liability Litigation*, Case No. 3:16-cv-02741-VC, United States District Court North District of California.

4. Annexed hereto as Exhibit C is a true and correct copy of excerpts from Dr. Robert Tarone, Ph. D Deposition Transcript (Dec. 17, 2019), *Caballero, Kathleen v. Monsanto Co.,* Case No. MSC 19-01821, Superior Court of the State of California County of Contra Costa.

5. Annexed hereto as Exhibit D is a true and correct copy of an e-mail chain started by Bob Tarone to David Saltmiras, a Monsanto official concerning "glyphosate rodent review", dated Sept. 08, 2015, and Sept. 09, 2015.

6. Annexed hereto as Exhibit E is a true and correct copy of an Opinion article published in *European Journal of Cancer Prevention* titled "On the International Agency for Research on Cancer classification of glyphosate as a probable human carcinogen", with Robert E. Tarone identified as an author, dated May 31, 2016.

7. Annexed hereto as Exhibit F is a true and correct copy of an e-mail chain started by David G. Lindsay Ph. D to Robert Tarone concerning IARC and the glyphosate rodent review, dated Aug. -5, 2021, Aug. 06, 2021, Aug. 07, 2021, and Aug. 09, 2021.

8. Annexed hereto as Exhibit G is a true and correct copy of screenshots of a text exchange between Jack V. (John R. Vales) and Dr. Robert Tarone Ph. D. concerning Rosemary Frei, an investigative blogger interested in video transcripts from December 2019.

9. Annexed hereto as Exhibit H is a true and correct copy of an e-mail chain started by Douglas L. Weed, M.D, the Founder and Managing Member of DLW Consulting Services LLC, including Robert Tarone, John "Jack" R. Vales, concerning Dr. Tarone's deposition testimony.

Executed this 30th Day of June, 2023.

                                                     Respectfully submitted,

By:   */s/ Robin L. Greenwald*
       Robin L. Greenwald (*Pro Hac Vice*)
       **WEITZ & LUXENBERG, P.C.**
       700 Broadway, Fifth Floor
       New York, NY 10003
       Telephone: 212-558-5802
       Facsimile: (212) 344-5461
       rgreenwald@weitzlux.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                     */s/ Robin Greenwald*