# EXHIBIT B

Julie du Pont
(Julie.dupont@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone:  (212) 836-8572
Facsimile:  (212) 836-6714

Brian Stekloff
(bstekloff@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M Street, N.W.
10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005

Eric G. Lasker
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-cv-02741-VC |
| | MDL No. 2741 |
| This document relates to: | |
| All Wave 5 Cases | |

## MONSANTO COMPANY'S RULE 26 DESIGNATION AND DISCLOSURE OF GENERAL CAUSATION EXPERT TESTIMONY

Defendant Monsanto Company ("Monsanto") submits the following Designation and

Disclosure of Expert Testimony, identifying persons who may provide expert testimony pursuant to

- 1 -

**Exhibit B Page 1**

Rule 702 of the Federal Rules of Evidence and Pretrial Orders 150 and 171. Because their analyses are based on scientific data that is confidential under applicable law and regulation, Monsanto designates the expert reports served contemporaneously with this disclosure as Confidential Material pursuant to the Protective and Confidentiality Order, Pretrial Order No. 30, entered in MDL No. 2741. Monsanto submits its Designations and Disclosure of Expert Testimony subject to the following reservation of rights:

(1)     The right to supplement or amend this disclosure based upon any rulings of the Court or any other court decisions that affect the scope of evidence in these cases or in the event Plaintiffs alter or amend their witness lists;

(2)     The right to supplement or amend this disclosure in order to address any opinions – whether generic or case-specific – by Plaintiffs' experts;

(3)     The right to elicit and offer testimony, either through direct examination or cross-examination, of all witnesses designated or identified by Plaintiffs or Monsanto as an expert or person with specialized knowledge, training, or experience;

(4)     The right to call as a witness any expert designated by Plaintiffs;

(5)     The right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against Monsanto;

(6)     The right to withdraw or de-designate the designation of any expert prior to testimony, and positively to aver that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel;

(7)     The right to elicit expert testimony at trial from any qualified person which would be of benefit to the jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure;

(8)     The right, as allowed by the Federal Rules of Civil Procedure and applicable law, to offer amended and/or supplemental expert opinions based on: (1) receiving additional discovery, including but not limited to updated medical records, fact witness depositions, exhibits introduced at

- 2 -

**Exhibit B Page 2**

depositions, documents produced, materials produced; (2) expert depositions and/or any supplemental expert disclosures by any party; (3) new literature or scientific studies.

(9)     The right to introduce testimony from any third-party fact witness with special expertise, knowledge or experience relevant to the issues in this litigation;

(10)     The right to name additional generic or general causation experts as permitted by this Court in Pretrial Order 180, which rejected plaintiffs' objections to such a process.

By identifying the witnesses below, Monsanto does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument.  Monsanto also reserves the right to ask experts designated in individual cases for opinions regarding both general and specific causation, where applicable per each witness's disclosure and expert report.  Monsanto reserves the right to call the following experts at trial and provides the expert reports, curriculum vitae, and materials considered lists (MCL) for the following experts to the extent those have not been previously produced:

**RETAINED EXPERTS**

1.     **Kassim Al-Khatib, Ph.D.**
University of California, Davis
279A Robbins-MS-4
One Sheilds Avenue
Davis, CA 95616

Dr. Al-Khatib is providing an expert report and accompanying attachments, which is consistent with his prior testimony in the Roundup litigation.

2.     **Lisa A. Bailey, Ph.D.**
Gradient
One Beacon Street, 17th Floor
Boston, MA 02108

Dr. Bailey is providing an expert report and accompanying attachments, which is consistent with her prior reports and testimony in the Roundup litigation.

3.     **Beau Bruce, M.D., Ph.D.**
Emory Winship Cancer Institute
1365B Clifton Rd. NE
Atlanta, GA 30322

Dr. Bruce is the Deputy Branch Chief for the Enteric Diseases Epidemiology Branch in the Division of Foodborne, Waterborne, and Environmental Diseases within the National Center for Emerging and Zoonotic Infectious Diseases of the Centers for Disease Control and Prevention.

Dr. Bruce may testify about the area of epidemiology with an emphasis on cancer epidemiology, including as it relates to his analysis of the epidemiological data on glyphosate-based formulated products. Dr. Bruce may testify about animal and genotoxicity studies and their relevance to the question of whether glyphosate and/or glyphosate-based formulated products cause NHL. These areas of testimony were the subject of his prior report and testimony in the Roundup litigation. The bases for Dr. Bruce's opinions include, but are not limited to, his education, his background, training, and experience.

Dr. Bruce may also comment on and/or provide rebuttal testimony to Plaintiff's experts within his area of expertise, and may testify on all other issues within his expertise that may be raised by the parties or their witnesses. Dr. Bruce reserves the right to amend or supplement his opinions should new information become available.

The subject matter on which Dr. Bruce is expected to testify, the substance of the facts and opinions of that testimony, and a summary of the grounds for each opinion is captured more fully in his previously disclosed report in *In re: Roundup Prods. Liab. Litig.*, MDL No. 2741 (N.D. Cal.), dated August 6, 2021, and his prior testimony in the Roundup® litigation.

Dr. Bruce's current curriculum vitae, materials considered list, and list of prior testimony will be provided to counsel electronically. His hourly rate is $750/hour.

4.      **Daniel Bucks, Ph.D.**
        Bucks Consulting
        1325 Murchinson Drive
        Millbrae, CA 94030

Dr. Bucks is providing an expert report and accompanying attachments, which is consistent with his prior reports and testimony in the Roundup litigation. In the last four years, Dr. Bucks has testified in the following matters: *Winston v. Monsanto Co.,* No. 1822-CC00515 (Mo. Cir. Ct. St. Louis City).

**5.     Gary Burin, Ph.D., MPH, DABT**
2314 Idylwood Mews Lane,
Vienna, Virginia 22182

Dr. Burin is providing an expert report and accompanying attachments, which is consistent with his prior reports and testimony in the Roundup litigation.

**6.     Christopher D. Corcoran, Sc.D.**
Utah State University
Department of Data Analytics and Information Systems
Eccles Business Building
3900 Old Main Hill
Logan, UT 84322

Dr. Christopher Corcoran is a Department Head and David A. Haight Endowed Professor of Analytics at Utah State University.  Dr. Corcoran received his Doctor of Science in Biostatistics with a minor in Genetic Epidemiology from Harvard University.

Dr. Corcoran may testify about the area of biostatistics, including as that relates to his analysis of data regarding glyphosate and/or glyphosate-based formulated products in the epidemiology and rodent toxicology studies. The bases for Dr. Corcoran's opinions include, but are not limited to, his education, his background, training, and experience.

Dr. Corcoran may also comment on and/or provide rebuttal testimony to Plaintiff's experts within his area of expertise, and may testify on all other issues within his expertise that may be raised by the parties or their witnesses. Dr. Corcoran reserves the right to amend or supplement his opinions should new information become available.

- 5 -

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

In the last four years, Dr. Corcoran has testified in the following matters: *Mares v. Monsanto Co.*, No. SX2019CV583 (V.I. Super. Div. St. Croix); *Kane v. Monsanto Co.*, No. 1622-CC-10172 (Mo. Cir. Ct. St. Louis City); *In re: Roundup Prods. Liab. Litig.*, 16-MD-02741-VC (N.D. Cal.).

The subject matter on which Dr. Corcoran is expected to testify, the substance of the facts and opinions of that testimony, and a summary of the grounds for each opinion is captured more fully in his previously disclosed report in *In re: Roundup Prods. Liab. Litig.*, MDL No. 2741 (N.D. Cal.), dated August 6, 2021, and was the subject of his prior testimony in the Roundup® litigation.

Dr. Corcoran's current materials considered list will be provided to counsel electronically. His hourly rate is $250/hour.

**7.     Jeffrey Craig, M.D., Ph.D.**
University of British Columbia
Rm. G227 – 2211 Wesbrook Mall
Vancouver, BC Canada V6T 2B5

Jeffrey W. Craig, M.D., Ph.D., is an American Board of Pathology-certified hematopathologist and Assistant Professor (tenure track) at the University of Virginia Medical Center.  He holds a B.A. and M.A. from Johns Hopkins University, an M.D. from Weill Cornell Medical College, and a Ph.D. from Rockefeller University.  Prior to joining the faculty at UVA, he was a full-time "Lymphoma Pathologist" for the British Columbia Cancer Agency in Vancouver, BC, Canada.  Dr. Craig completed both residency training in anatomical and clinical pathology and fellowship training in hematopathology at Brigham and Women's Hospital/Harvard Medical School. His patient-care responsibilities include primary pathology diagnosis, consultation and review services covering lymph nodes and other tissue biopsies, bone marrow biopsies, lymphocyte-directed flow cytometry and molecular genetic testing.  He conducts clinical and translational research in the area of lymphomas, including (i) optimizing the subclassification of aggressive B-cell lymphomas, and (ii) the improved utilization of flow cytometry in lymphoma diagnostics and staging.

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

**Exhibit B Page 6**

Dr. Craig is designated as an expert in lymphoma diagnostics, including the morphologic, genetic, and immunologic features of specific diseases within the category of NHL.  He may offer testimony regarding the following topics: (i) the clinical practice of pathology and hematopathology; (ii) general principles of the interpretation of hematopathology; (iii) the numerous subtypes of NHL, and the classification of subtypes; (iv) lymphocyte biology, including the role and functions of lymphocytes in the immune system; (v) the role of random mutations, and the interaction between random mutations, environmental factors, and hereditary factors, in the development of cancer, and NHL in particular. The bases for Dr. Craig's opinions include, but are not limited to, his education, his background, training, and experience..

Dr. Craig may also comment on and/or provide rebuttal testimony to Plaintiff's experts within his area of expertise, and may testify on all other issues within his expertise that may be raised by the parties or their witnesses. Dr. Craig reserves the right to amend or supplement his opinions should new information become available.

The subject matter on which Dr. Craig is expected to testify, the substance of the facts and opinions of that testimony, and a summary of the grounds for each opinion is captured more fully in his previously disclosed report *in In re: Roundup Prods. Liab. Litig.*, MDL No. 2741 (N.D. Cal.), dated July 25, 2022, and was the subject of his prior testimony in the Roundup® litigation.

Dr. Craig's current curriculum vitae, materials considered list, and list of prior testimony will be provided to counsel electronically.  His hourly rate is $400/hour.

**8.     Kent Gates, Ph.D.**
University of Missouri
Department of Chemistry
125 Chemistry Building
Columbia, MO 65211

Dr. Gates is a Schlundt Professor of Chemistry and the Associate Chair and Director of Graduate Studies in the Department of Chemistry at the University of Missouri. Dr. Gates is

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

designated in the areas of genotoxicity, oxidative stress, and other aspects of cellular behavior and modification, including, but not limited to, the relationship, if any, of cellular changes with the development of cancer, including NHL, as well the scientific data in this area involving Roundup® and/or its constituents and related elements.  The bases for Dr. Gates's opinions include, but are not limited to, his education, his background, training, and experience.

Dr. Gates may also comment on and/or provide rebuttal testimony to Plaintiff's experts within his area of expertise, and may testify on all other issues within his expertise that may be raised by the parties or their witnesses. Dr. Gates reserves the right to amend or supplement his opinions should new information become available.

The subject matter on which Dr. Gates is expected to testify, the substance of the facts and opinions of that testimony, and a summary of the grounds for each opinion is captured more fully in his previously disclosed report *in In re: Roundup Prods. Liab. Litig.*, MDL No. 2741 (N.D. Cal.), dated July 25, 2022, and was the subject of his prior testimony in the Roundup® litigation.

In the last four years, Dr. Gates has testified in the following matters: *Adams v. Monsanto Co.,* No. 17SLCC02721 (Mo. Cir. Ct. St. Louis County); *Jimenez v. Monsanto Co.,* No. FCS056642 (Solano County, CA); *Johnson v. Monsanto Co.*, 21CV10291 (Or. Cir. Ct. Jackson County); *Peterson v. Monsanto Co.*, No. 1622CC01071 (Mo. Cir. Ct. St. Louis County).

Dr. Gates's current curriculum vitae and materials considered list will be provided to counsel electronically.  His hourly rate is $550/hour.

**9.     Herman Gibb, Ph.D., MPH**
         Gibb Epidemiology Consulting LLC
         3033 Wilson Boulevard, Suite 700
         Arlington, VA 22201

Dr. Gibb is providing an expert report and accompanying attachments, which is consistent with his prior reports and testimony in the Roundup litigation.

**10.    Adana Llanos, Ph.D., MPH**
Columbia University Irving Medical Center
Mailman School of Public Health, Department of Epidemiology
722 W. 168th Street, Room 720G
New York, NY 10032

Dr. Llanos is providing an expert report and accompanying attachments, which is consistent

with her prior reports and testimony in the Roundup litigation.

**11.    Adam Love, Ph.D.**
Roux Associates, Inc.
555 12th Street, Suite 250
Oakland CA 94607

Dr. Love is providing an expert report and accompanying attachments, which is consistent

with his prior reports and testimony in the Roundup litigation.

**12.    J. Scott McElroy, Ph.D.**
Auburn University
Department of Crop, Soil, and Environmental Sciences
233B Funchess Hall
Auburn, AL 36849

Dr. McElroy is providing an expert report and accompanying attachments, which is

consistent with his prior reports and testimony in the Roundup litigation.

**13.    Robert N. Phalen**
1937 Waters Edge Lane
Seabrook, TX 77058

Dr. Phalen is providing an expert report and accompanying attachments, which is consistent

with his prior reports and testimony in the Roundup litigation.

**14.    Jennifer R. Rider, SCD, MPH**
785 Highland Avenue
Needham, MA 02494

Dr. Rider is providing an expert report and accompanying attachments, which is consistent

with her prior reports and testimony in the Roundup litigation.

**15.    Thomas J. Rosol, DVM, Ph.D., MBA**
Ohio University
Heritage College of Osteopathic Medicine
Department of Biomedical Sciences

- 9 -

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

**Exhibit B Page 9**

Irvine Hall 225
Athens, OH 45701

Dr. Rosol is the Chair and a Professor in the Department of Biomedical Sciences at the Heritage College of Osteopathic Medicine at Ohio University, a full member of the Ohio Musculoskeletal and Neurological Institute at Ohio University, and an adjunct professor in the Division of Urology at The Ohio State University.  Dr. Rosol is designated in the area of veterinary pathology as related to animal toxicology issues, including, but not limited to, his analysis of the glyphosate rodent bioassay data and the interpretation and methodology related to that data. Additionally, Dr. Rosol is designated in the area of the toxicologic properties of glyphosate and/or the constituents of glyphosate-based formulated products. This includes, but is not limited to, his analysis of the rodent bioassay and genotoxicity and other mechanistic data, including the interpretation and methodology related to that data.  The bases for Dr. Rosol's opinions include, but are not limited to, his education, his background, training, and experience.

Dr. Rosol may also comment on and/or provide rebuttal testimony to Plaintiff's experts within his area of expertise, and may testify on all other issues within his expertise that may be raised by the parties or their witnesses. Dr. Rosol reserves the right to amend or supplement his opinions should new information become available.

The subject matter on which Dr. Rosol is expected to testify, the substance of the facts and opinions of that testimony, and a summary of the grounds for each opinion is captured more fully in his previously disclosed report in *In re: Roundup Prods. Liab. Litig.*, MDL No. 2741 (N.D. Cal.), dated July 25, 2022, and was the subject of his prior testimony in the Roundup® litigation.

In the last four years, Dr. Rosol has testified in the following matters: *Giglio v. Monsanto,* No. 3:16-CV-05658-VC (N.D. Cal). Dr. Rosol has also testified in *In re: Roundup Prods. Liab. Litig.*, 16-MD-02741-VC (N.D. Cal.) and *Kane v. Monsanto*, No. 1622-CC-10172 (Mo. Cir. Ct. St. Louis City).

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

**Exhibit B Page 10**

Dr. Rosol's current materials considered list and curriculum vitae will be provided to counsel electronically.  His hourly rate is $400/hour.

**16.    Lauren Smith, M.D.**
University of Michigan
2200 Plymouth Rd., Bldg 36
Ann Arbor, MI 48109

Dr. Smith is a Professor in the Department of Pathology at the University of Michigan.  Dr. Smith is board-certified in anatomic and clinical pathology and subspecialty boarded in hematopathology.  Dr. Smith is designated as an expert in the areas of lymphoma pathology and hematopathology, causes of and risk factors for lymphoma, lymphoma diagnosis, lymphocyte biology, and the clinical practice of pathology and hematopathology generally.  Dr. Smith is also designated to testify about the genetics of lymphoma and whether available genomic sequencing data support a role for Roundup® in the development of NHL.  Dr. Smith will also testify regarding the risk of lymphoma from random replication errors that occur in the normal process of stem cell division.  Dr. Smith is also designated to testify about the relevance of epidemiological, animal, and genotoxicity studies to the cause or causes of NHL and its various subtypes, including whether exposure to glyphosate and/or glyphosate-based formulations are a cause of NHL.  The bases for Dr. Smith' opinions include, but are not limited to, her education, background, training, and experience.

Dr. Smith may also comment on and/or provide rebuttal testimony to Plaintiff's experts within his area of expertise, and may testify on all other issues within his expertise that may be raised by the parties or their witnesses. Dr. Smith reserves the right to amend or supplement his opinions should new information become available.

The subject matter on which Dr. Smith is expected to testify, the substance of the facts and opinions of that testimony, and a summary of the grounds for each opinion is captured more fully in her previously disclosed report in *In re: Roundup Prods. Liab. Litig.*, MDL No. 2741 (N.D. Cal.), dated July 25, 2022, and was the subject of her prior testimony in the Roundup® litigation.

Dr. Smith's current materials considered list, curriculum vitae, and list of prior testimony will be provided to counsel electronically.  Her hourly rate is $600/hour.

**17.    Cristian Tomasetti, Ph.D.**
Division of Biostatistics and Bioinformatics, Department of Oncology
Sidney Kimmel Comprehensive Cancer Center
Johns Hopkins School of Medicine
550 North Broadway
Baltimore, MD 21205-2013 USA

Dr. Tomasetti is the Director of the Center for Cancer Early Detection, at City of Hope, Professor and Director of the Division of Cancer Evolution and Early Detection, in the Department of Computational & Quantitative Medicine of the Beckman Research Institute, at City of Hope, and Professor and Director of the Division of Integrated Cancer Genomics of the Translational Genomics Research Institute in Phoenix, AZ.

Dr. Tomasetti is designated to testify in the areas of cancer etiology, evolution, detection, and risk prediction as related to NHL. Specifically, he will testify regarding the role of random mutations, and the interaction between random mutations, environmental factors, and hereditary factors, in the development of cancer. Dr. Tomasetti will testify as to the significance of mutation load and mutation signature on determining causes of cancer, including in his own research and as it relates to Roundup® and NHL. Dr. Tomasetti is designated in the area of whether glyphosate and/or glyphosate-based formulations have been shown to cause NHL in humans, including as it relates to his analysis of the epidemiological data and the impact of publication bias and multiple comparisons on glyphosate-based formulated products. Dr. Tomasetti is also designated to testify about animal and genotoxicity studies and their relevance to the question of whether glyphosate and/or glyphosate-based formulated products cause NHL. The bases for Dr. Tomasetti's opinions include, but are not limited to his education, his background, training, education, and experience.

Dr. Tomasetti may also comment on, or provide rebuttal testimony to, Plaintiffs' experts within his area of expertise, and may testify on all other issues within his expertise that may be raised

- 12 -

by the parties or their witnesses. Dr. Tomasetti reserves the right to amend or supplement his opinions should new information become available.

The subject matter on which Dr. Tomasetti is expected to testify, the substance of the facts and opinions of that testimony, and a summary of the grounds for each opinion is captured more fully in his previously disclosed report in *In re: Roundup Prods. Liab. Litig.*, MDL No. 2741 (N.D. Cal.), dated February 12, 2021 and was the subject of his prior testimony in the Roundup® litigation.

Dr. Tomasetti's current curriculum vitae, materials considered list, and list of prior testimony will be provided to counsel electronically. His hourly rate is $900/hour.

**18.    David Vearrier, M.D., M.P.H.**
University of Mississippi Medical Center
2500 North State Street
Jackson, MS 39216

Dr. Vearrier is providing an expert report and accompanying attachments, which is consistent with his prior reports and testimony in the Roundup litigation.

**19.    Connie B. Welch-DuJardin, DMin**
toXcel, LLC
7140 Heritage Village Plaza
Gainesville, VA 20155

Ms. Welch-DuJardin is providing an expert report and accompanying attachments, which is consistent with her prior reports and testimony in the Roundup litigation.

**NON-RETAINED EXPERTS**

1.    **Aaron Blair, Ph.D., M.P.H.**
National Cancer Institute
9609 Medical Center Drive
MSC 9776
Bethesda, Maryland 20892

Monsanto may elicit testimony from Dr. Blair regarding the facts and opinions testified to in the Roundup litigation, including: (i) the IARC Working Group 112 deliberations and analysis and the resulting IARC Monograph 112; (ii) the relevant scientific evidence with respect to glyphosate; (iii) the

- 13 -

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

North American Pooled Project's ("NAPP") data and findings, including unpublished data with respect to glyphosate and non-Hodgkin's lymphoma ("NHL") and multiple myeloma, and the NAPP presentation of this data; (iv) the Agricultural Health Study's ("AHS") data and findings, including unpublished, updated data from 2013 regarding glyphosate and NHL; (v) publication bias generally and with respect to the unpublished NAPP and AHS 2013 data on glyphosate; and (vi) Dr. Blair's contacts with media, regulators, and plaintiffs' counsel regarding these subjects.

**2.      Matthew Ross, Ph.D.**
Mississippi State University College of Veterinary Medicine
P.O. Box 6100
Mississippi State, MS 39762

Monsanto may elicit testimony from Dr. Ross regarding the facts and opinions testified to previously in the Roundup® litigation, including: (i) the IARC Working Group 112 deliberations and analysis and the resulting IARC Monograph 112; and (ii) the relevant scientific evidence with respect to glyphosate.

**3.      Robert Tarone, Ph.D.**
14 Chantilly Court
Rockville, MD 20805

Monsanto may elicit testimony from Dr. Tarone regarding the facts and opinions testified to previously in the Roundup® litigation, including: (i) the IARC Monographs Program, including its purposes and procedures; (ii) the IARC Working Group 112 deliberations and analysis and the resulting IARC Monograph 112; (iii) the relevant scientific evidence with respect to glyphosate; (iv) the Agricultural Health Study's data and findings, including unpublished, updated data from 2013 regarding glyphosate and non-Hodgkin's lymphoma; (v) animal toxicology, including his analysis of the glyphosate rodent bioassay data; and (vi) biostatistics.

DATED: January 24, 2023

Respectfully submitted,

/s/ *Julie du Pont*
Julie du Pont
(Julie.dupont@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone:  (212) 836-8572
Facsimile:  (212) 836-6714

/s/ *Brian Stekloff*
Brian Stekloff
(bstekloff@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M Street, N.W.
10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005

/s/ *Eric Lasker* _____
Eric G. Lasker
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2023, a true and correct copy of the foregoing

MONSANTO COMPANY'S RULE 26 DESIGNATION AND DISCLOSURE OF GENERAL

CAUSATION EXPERT TESTIMONY was served by electronic mail on the following counsel of

record:

Robin Greenwald
*RGreenwald@weitzlux.com*
Weitz & Luxenberg
700 Broadway
New York, NY 10003
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

Aimee Wagstaff
*Aimee.wagstaff@andruswagstaff.com*
Andrus Wagstaff

- 15 -

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

**Exhibit B Page 15**

7171 W. Alaska Drive
Lakewood, CO 80226
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

David Dickens
*ddickens@millerfirmllc.com*
The Miller Firm LLC
108 Railroad Ave.
Orange, VA 22960
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

Gloria Afanador
1206 N Katerine Heights Ave
Bullhead City, AZ 86429

John D. Sileo
Casey William Moll
*jack@johnsileolaw.com*
*casey@johnsileolaw.com*
Law Offices of John D. Sileo, LLC
320 N. Carrolton Ave.
Suite 101
New Orleans, LA 70119

Dennis L. Null, Sr.
*nulld@bellsouth.net*
Null, Samson & Paitsel
P.O. Box 5040
Mayfield, KY 42066

Jerome Park Prather
William R. Garmer
*jprather@garmerprather.com*
*bgarmer@garmerprather.com*
Garmer and Prather PLLC
141 N. Broadway
Lexington, KY 40507
Edward J. Castaing, Jr.
Peter E. Castaing
*ecasting@cclhlaw.com*
*pcasting@cclhlaw.com*
Crull, Castaing & Lilly
601 Poydras Street
Suite 2323
New Orleans, LA 70130

Bruce H. Stoltze, Jr.
Amanda Marie Bartusek
*bruce.stoltze.jr@stoltzelaw.com*
*amanda.bartusek@stoltzelaw.com*
Stoltze & Stoltze PLC
300 Walnut Street
Suite 260
Des Moines, IA 50309

- 16 -

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

Anthony James Manganiello
*amanganiello@icardmerrill.com*
Icard Merrill
2033 Main Street
Suite 600
Sarasota, FL 34237

Matthew R. Crimmins
*m.crimmins@crimminslawfirm.com*
Crimmins Law Firm, LLC
214 S. Spring Street
Independence, MO 64050

Wes S. Larsen
*wes@jvwlaw.net*
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d Alene, ID 83814

Daniel Marino
Tillman J. Finley
*dmarino@marinofinley.com*
*tfinley@marinofinley.com*
Marino Finley LLP
818 Connecticut Avenue NW
Suite 801
Washington, DC 20006

Jamie Rae Rutkoski
John Daniel Kassel
Theile Branham McVey
*jrutkoski@kassellaw.com*
*jkassel@kassellaw.com*
*tmcvey@kassellaw.com*
Kassel McVey
1330 Laurel Street
Columbia, SC 29202
Chistopher Nemat Shakib
*shakib@terrellhogan.com*
Terrell Hogan & Yegelwell, P.A.
233 East Bay Street
8th Floor
Jacksonville, FL 32202

Andrew B. Protzman
*adminaccounts@protzmanlawfirm.com*
Protzman Law Firm
4001 W 114th Street
Suite 110
Leawood, KS 66211

Jacob Pruett
*jake@kcilg.com*
Kansas City Injury Law Group
4001 West 114th Street

- 17 -

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

1  Suite 110
   Leawood, KS 66211

2

3  Kristina Marie Infante
   Pablo Rojas
   Steven Craig Marks

4  Ramon Rasco
   Matthew Weinshall

5  *kinfante@podhurst.com*
   *projas@podhurst.com*

6  *smarks@podhurst.com*
   *rrasco@podhurst.com*

7  *mweinshall@podhurst.com*
   Podhurst Orseck, P.A.

8  One SE 3rd Avenue
   Suite 2300
   Miami, FL 33131

9

10 Ned F. P. Sonnier
   *Nsonnier.law@nedsonnier.com*

11 111 West Park Drive,
   Scott, LA 70583

12 Damon LeRoy Pendleton
   *dlp@cpenlaw.com*

13 National Mass Torts Law Firm
   1506 Staples Mill Road

14 Suite 200
   Richmond, VA 23230

15

16 Frank M. Petosa
   *fpetosa@forthepeople.com*

17 Morgan & Morgan PA
   600 N. Pine Island Road

18 Suite 400
   Plantation, FL 33324

19 Richard W. Schulte
   *rschulte@yourlegalhelp.com*

20 Wright & Schulte, LLC
   865 S. Dixie Drive

21 Vandalia, OH 45377

22 Kyle Robert Kasmarick
   *kkasmarick@syregelaslaw.com*

23 Syregelas and Kasmarick LLC
   19 North Green Street

24 First Floor
   Chicago, IL 60607

25

26 Emily Jo Kirk
   *ejk@mccunewright.com*

27 McCune Wright Arevalo, LLP
   3281 East Guasti Road
   Suite 100

28 Ontario, CA 91761

- 18 -

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

F. Gerald Maples
*gmaples@fgmapleslaw.com*
F. Gerald Maples, PA
365 Canal Street
Suite 1460
New Orleans, LA 70130

Lori D. Brown
*lbrown1512@yahoo.com*
Lori Brown, Attorney at Law
2924 Brakley Drive
Suite A1-2
Baton Rouge, LA 70816

Nancy E.S. Calloway
*callowaylaw@bellsouth.net*
Law Office of Nancy E.S. Calloway
P.O. Box 457
Elkton, KY 42220

Zachary D. Rhodes
Catherine M. Robin
John M. Robin
*cmrobinlaw@gmail.com*
*johnmrobin@johnmrobinlaw.com*
John M. Robin, APLC
600 Covington Center
Covington, LA 70433

Eric Christopher Hayden
Richard D. Schuler
*ehayden@shw-law.com*
*rschuler@shw-law.com*
Schuler Halvorson Weisser Zoeller Overbeck
1615 Forum Place, Suite 4D
West Palm Beach, FL 33401

Behram Viraf Parekh
*behram.parekh@drlawllp.com*
Dalimonte Rueb Stoller LLP
515 S. Figueroa Street
Suite 1550
Los Angeles, CA 90071

Michael Craig McKay
*mmckay@mckaylaw.us*
McKay Law LLC
5635 N. Scottsdale Road
Suite 170
Scottsdale, AZ 85250

James Griffin O'Brien
*jim@obrien.law*
O'Brien Law, LLC

- 19 -

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

**Exhibit B Page 19**

3763 Sulphur Spring Road
Ottowa Hills, OH 43606

Margaret M. Murray
*mmm@murrayandmurray.com*
Murray & Murray Co., LPA
111 East Shoreline Drive
Sandusky, OH 44870

Alan H. Rolnick
Charles Edward Whorton
David Lee DaPonte
Jorge Alejandro Mestre
Andres Rivero
*arolnick@riveromestre.com*
*cwhorton@riveromestre.com*
*ddaponte@riveromestre.com*
*jmestre@riveromestre.com*
*arivero@riveromestre.com*
Rivero Mestre LLP
2525 Ponce de Leon Boulevard
Suite 1000
Miami, FL 33134

Alonzo Jonathon Holloway
*aholloway@rpwb.com*
Richardson Patrick Westbrook and Brickman LLC
1513 Hampton Street
Columbia, SC 29201

Chris James Moore
Daniel S. Haltiwanger
*chris@richardsonthomas.com*
*dan@richardsonthomas.com*
Richardson, Thomas, Haltiwanger, Moore & Lewis, LLC
1513 Hampton Street
Columbia, SC 29201

James H. Cook
*jcook@duttonfirm.com*
Dutton, Daniels, Hines, Kalkhoff, Cook & Swanson, PLC
3151 Brockway Road
Waterloo, IA 50701

David Bricker
David Strouss
Evan Hoffman
Jasmine Howard
*dbricker@tenlaw.com*
*dstrouss@tenlaw.com*
*ehoffman@tenlaw.com*
*jhoward@tenlaw.com*
Thornton Law Firm
One Lincoln Street
25th Floor

- 20 -

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

1    Boston, MA 02111

2    James Guy Kennedy
     *jameskennedy@phswlaw.com*
3    Pierce Herns Sloan and McLeod
     PO Box 22437
4    Charleston, SC 29413

5    Danae N. Benton
     Jonathan Novak
6    John W. Raggio
     *dbenton@fnlawfirm.com*
7    *jnovak@fnlawfirm.com*
     *jraggio@fnlawfirm.com*
8    Fears Nachawati, PLLC
     5489 Blair Rd.
9    Dallas, TX 75231

10   David Bruce Vermont
     *dvermont@thekanelawgroup.com*
11   The Kane Law Group
     12560 Lt. Nichols Rd.
12   Fairfax, VA 22033

13   Mathew Benjamin Moreland
     *mmoreland@jimshall.com*
14   Jim S. Hall and Associates, LLC
     800 North Causeway
15   Ste 100
     Metairie, LA 70001

16   Jennifer L. Crose
17   jcrose@becnellaw.com
     Becnel Law Firm, LLC
18   106 W. Seventh St.
     P.o. Drawer H
19   Reserve, LA 70084

20   Ian Connor Bifferato
     *cbifferato@tbf.legal*
21   The Bifferato Firm, PA
     1007 N. Orange Street
22   4th Floor
     Wilmington, DE 19801

23

24                              /s/ *Albert Cora*
                                Albert Cora
25                              Arnold & Porter Kaye Scholer LLP
                                250 W. 55th Street
26                              New York, NY 10019

27

28
                              - 21 -

     R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY