# EXHIBIT D

# Bob Tarone

| | |
|---|---|
| **From:** | SALTMIRAS, DAVID A [AG/1000] <​███████████████​> |
| **Sent:** | Wednesday, September 09, 2015 5:39 PM |
| **To:** | Bob Tarone |
| **Cc:** | FARMER, DONNA R [AG/1000] |
| **Subject:** | RE: glyphosate rodent review |
| **Attachments:** | Recommend Priorities for IARC Monographs during 2015-2019.pdf; Schinasi&Leon(2014).pdf |

Thank you Bob,

Yes, we concur with your overview on the epidemiology studies with each of their strengths & weaknesses. We also agree with you that there is not sufficient evidence in animals... as you are aware, the IARC panel opinion of the animal data as "sufficient evidence" is what drove the 2A categorization. Do you have any further thoughts on this or on the yet to be published IARC reviews on the other four pesticides in meeting 112?

Interestingly, in the attached IARC report, glyphosate was posted as a medium priority for IARC in April last year, and 2,4-D was not even listed, yet both were assigned to meetings 112 & 113 respectively. An epidemiology meta-analysis was published by IARC scientists around the same time, also attached, and leveraged to elevate glyphosate to a high priority. I'd be interested to hear your opinion on the Schinasi & Leon paper.

Regards,

*David Saltmiras, Ph.D., D.A.B.T.*
Science Fellow
Novel Chemistry and Microbials Product Lead
Toxicology and Nutrition Center
Monsanto
ph (314) 694-8856

> **From:** Bob Tarone [mailto:███████████]
> **Sent:** Wednesday, September 09, 2015 3:54 PM
> **To:** SALTMIRAS, DAVID A [AG/1000]
> **Subject:** RE: glyphosate rodent review
>
> Just saw your question about the epidemiology. The epidemiologic evidence is very weak. The only epidemiologic "evidence" for an association between glyphosate and NHL comes from population-based case-control studies, the weakest kind of study for investigating occupational or environmental exposures (because so few cases and controls are usually exposed to the agent in question). Furthermore, the investigator on most of the Swedish case-control studies, Hardell, is well known for producing greatly inflated risk estimates for whatever he investigates (e.g., phenoxy herbicides, chlorophenols, and cell phones/cordless phones). The prospective cohort study (the NCI Agricultural Health Study) is a much stronger study design, and all dose-response risk estimates for glyphosate and NHL are less than one.
>
> Bob

This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled

to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information you are obligated to comply with all
applicable U.S. export laws and regulations.

## Bob Tarone

| | |
|---|---|
| From: | SALTMIRAS, DAVID A [AG/1000] <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> |
| Sent: | Wednesday, September 09, 2015 4:30 PM |
| To: | Bob Tarone |
| Cc: | FARMER, DONNA R [AG/1000] |
| Subject: | RE: glyphosate rodent review |
| Attachments: | Giknis_2000. Spontaneous lesions in CD-1 mice.pdf |

Bob,

Sorry that I didn't get back to you yesterday. I concur with your view regarding the IARC committees' evaluation of glyphosate. Interestingly, the Greim paper was provided to IARC by the cutoff date for the panel to consider. However, this paper, along with several other key papers, had not been given to the panel in advance of the meeting. Rather, they were only circulated to members of the IARC review panels _after_ observers pointed out during the IARC meeting that these manuscripts were provided for evaluation in accordance with IARC's timeline for submission. Clearly, the panel members did not have sufficient time to review the paper or the supplementary data.

Regarding the sarcomas in mouse study 11, this is the same study reviewed by the WHO/FAO review by the Joint Meeting on Pesticide Residue expert working group in 2004 (cited as JMPR, 2006 in the IARC review). This expert panel concluded "no evidence of carcinogenicity" after detailed review of two mouse cancer studies including "study 11" and five rat cancer studies of which three rat studies were new – all 5 studies were included in the Greim et al. (2015) review.

I believe you want more details on the incidences of two systemic tumor types, hemangiosarcoma and histicitic sarcoma. These are systemic malignant tumors, which spread into multiple organs, so the important number is _not_ how many tumors are found in a specific organ/system, but rather the total number of mice with the tumor type noted anywhere in the body. In study 11, hemangiosacroma were only seen in high dose males (1000 mg/kg bw/day @ 8% incidence) and in females low and high, but not mid-dose females (100 mg/kg bw/day @ 4% incidence; 1000 mg/kg bw/day @ 6% incidence). Interestingly, IARC reported histiocytic sarcoma in lymphoreticular/hematopoitic tissue, not for whole body/multiple organs as should be the case.

The following numbers are taken from the attached historical control report from Charles River for the same strain of mice from the same time period in which study 11 in question took place. For this reason, I did not call them hemangiosarcoma and histiocytic sarcoma as "select neoplasms" in the manuscript, as they were considered background tumors at these rates in mice.

> _In control male mice_
> - Hemangiosacroma (whole body/multiple organ) noted in 8/46 studies, ranging from 1.67% to 12.00%.
> - Histiocytic sarcoma (whole body/multiple organ) noted 19/46 studies, ranging from 1.11% to 8.00%
>
> _In control female mice_
> - Hemangiosacroma (whole body/multiple organ) noted in 9/48 studies, ranging from 1.67% to 12.00%.
> - Histiocytic sarcoma (whole body/multiple organ) noted in 31/48 studies, ranging from 1.67% to 18.33%.

If you have any more questions regarding this paper or the IARC review of glyphosate feel free to contact me or Donna Farmer, copied, who has been coordinating technical review and responses to the IARC monograph. We would be very happy to discuss further with you at your convenience. I would be interested in your take on whether you consider the IARC epidemiology review of glyphosate another case of a false positive.

Regards,

*David Saltmiras, Ph.D., D.A.B.T.*
Science Fellow
Novel Chemistry and Microbials Product Lead
Toxicology and Nutrition Center
Monsanto
ph (314) 694-8856

---

**From:** Bob Tarone [mailto:███████]
**Sent:** Wednesday, September 09, 2015 11:42 AM
**To:** SALTMIRAS, DAVID A [AG/1000]
**Subject:** FW: glyphosate rodent review

I was able to find and download the supplementary files, so I won't need those from you. The kidney tumor results from mouse studies 10 and 11 are remarkably negative overall. IARC was really on a vendetta against glyphosate, it would appear. There is no way there is sufficient evidence of carcinogenicity in experimental animals. I am still interested in what you have to say about the sarcomas emphasized in the IARC report from mouse study 11.

Thanks.

Bob Tarone

---

**From:** Bob Tarone
**Sent:** Tuesday, September 08, 2015 10:03 AM
**To:** '███████████████████'
**Subject:** glyphosate rodent review

Dear Dr. Saltmiras:

I have a couple of questions about the excellent Critical Reviews in Toxicology review on rodent studies of glyphosate. Mouse experiments 10 and 11 were the only studies IARC relied on in the monograph working group deliberations. I note in the table summarizing the mouse results the IARC monograph notes that no data on the female mouse kidney tumors were reported. I assume that means there were no kidney tumors to report, but I just want to verify that. I bought the review paper from informa, but was unable to access the supplementary data noted in the text of the review paper. If there is any way you can send me the supplementary files I would greatly appreciate it.

The second question I have relates to the sarcoma results highlighted in the IARC monograph from Mouse experiment 11. These tumors are not mentioned in your review, and I am curious why there weren't mentioned, and what you would say about them.

We have been in a long-standing debate with IARC about biases in their monograph working group. I have attached a commentary we wrote for Cancer Epidemiology, Biomarkers and Prevention that may be of interest to you. The statistical issues may not be of interest to you, but the last three paragraphs and the appendices relate to our debate with IARC. Rather than respond to our commentary in CEBP, IARC chose to have 124 authors write an advertisement for IARC in the June 2015 issue of Environmental Health Perspectives. They don't want an honest debate.

Sincerely,

Bob Tarone

This e-mail message may contain privileged and/or confidential information, and is
intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the
sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-
mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and
archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the
presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any
such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and
regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions
regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information
you are obligated to comply with all
applicable U.S. export laws and regulations.