# EXHIBIT G







> Jack
>
> Roundup comments start with Nathan Schachtman.
>
> Feb 24, 2021 at 12:17 PM
>
> Quick question Jack. An investigative blogger is interested in doing something about my papers on the IARC glyphosate classification. She is, however, concerned about the possibility that I have Monsanto ties (not surprising, I suppose, given the IARC and USRTK online propaganda). She asked if it would be possible to see a video or transcript of my Dec 2019 deposition. I told her I did not know, but would contact you.
>
> Thanks Bob. I would like to check and back with you. Are



> know, but would contact you.

Thanks Bob. I would like to check and back with you. Are you able to share the name of the blogger with me?

> Her name is Rosemary Frei. I have not checked her out carefully, so will be interested in anything you find.

Thank you Bob. I will look into this issue and get back to you.

Mar 1, 2021 at 11:02 AM

> Just checking to see what you decided about the deposition. If the deposition is problematic, what about the court order you sent by Judge Goode concluding that I am



> **Jack**
>
> Mar 1, 2021 at 11:02 AM
>
> Just checking to see what you decided about the deposition. If the deposition is problematic, what about the court order you sent by Judge Goode concluding that I am qualified to offer an opinion? That should assure Frei that I don't have Monsanto ties. I have no idea what court documents are considered to be in the public record, and won't send anything without your approval.
>
> Hi Bob, I ran this issue down, and the view is that since the deposition transcript was marked as confidential, it would not be appropriate to share the transcript with a





Verizon LTE VPN
9:38 AM
93%
JV
Jack
Hi Bob, I ran this issue down, and the view is that since the deposition transcript was marked as confidential, it would not be appropriate to share the transcript with a blogger. As for the Court order, it is fine to disclose the existence of the order, but it would be better for the blogger to seek a copy of the order directly from the court that issued the order.
Should you have any questions, please reach out to discuss.
It appears that Reuters reporter, Kate Kelland, has been silenced in large part by claims that she based some of her glyphosate reporting on
iMessage
Cash

> It appears that Reuters reporter, Kate Kelland, has been silenced in large part by claims that she based some of her glyphosate reporting on deposition material that was not presented in court, and allegedly was provided to her by Monsanto. Regardless of Frei's motivation, I would not want to provide her with confidential material. Thanks for the advice.

> Thanks Bob, that is interesting. I know that some of the deposition transcripts have also found their way into the public domain through US Right to Know. At end of the day, I think you (and probably the blogger) are best served by the blogger seeking records

Verizon LTE VPN
9:38 AM
93%
JV
Jack
Mon, Feb 20 at 2:31 PM
Jack. Was just handed a subpoena to appear March 2 at 9:30 AM at a Motley Rice office in DC. Amazing to me that just pursuing science, even in absence of pay, can be such a pain.
The list of required documents seems excessive in the extreme (e.g., all communications between you and any person regarding the potential carcinogenicity of herbicides, including glyphosate). This does not appear to be time limited, and there is no way I can possibly remember all such instances.
Thanks Bob. Can you possibly
iMessage
Cash





