Robin Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Karen Delorme-Barton v. Monsanto,*<br>3:18-cv-01427-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S *DAUBERT* MOTION TO PRECLUDE TESTIMONY FROM MONSANTO COMPANY'S PROPOSED EXPERT DR. CRISTIAN TOMASETTI, PH.D.**<br><br>Hearing:<br>Date:  July 27, 2023<br>Time: 10:00a.m. PDT<br>Place: Courtroom 4, 450 Golden Gate Ave.<br>           San Francisco, CA 94102 |

 **I, Robin L. Greenwald, declare and state:**

   1.  I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiff. I submit this declaration in support of Plaintiff's *Daubert* Motion to Preclude Testimony from Monsanto Company's Proposed Expert Dr. Cristian Tomasetti, Ph.D. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

   2.  Annexed hereto as Exhibit A is a true and correct copy of Monsanto Company's Rule 26 Designation and Disclosure of General Causation Expert Testimony, *In re: Roundup Products*

*Liability Litigation*, Case No. 3:16-cv-02741-VC, United States District Court North District of California.

3. Annexed hereto as Exhibit B is a true and correct copy of the Curriculum Vitae for Dr. Cristian Tomasetti, Ph.D. dated Jan. 24, 2023, *In re Round Products Liability Litigation*, No. 16-MD-02741 (N.D Cal.) Wave V.

4. Annexed hereto as Exhibit C is a true and correct copy of excerpts from Deposition of Dr. Cristian Tomasetti, Ph. D. (Jan. 4, 2022), *Neal, Earl, et al., v. Monsanto Co.,* Case No. 1722-CC10773, Circuit Court of the City of St. Louis, Missouri.

5. Annexed hereto as Exhibit D is a true and correct copy of an excerpt of a Manuscript published in *Science* titled "Stem cell divisions, somatic mutations, cancer etiology, and cancer prevent", with Cristian Tomasetti, Lu Li, and Bert Vogelstein identified as authors, dated Mr. 24, 2017.

6. Annexed hereto as Exhibit E is a true and correct copy of an article published in *Science* titled "Variation in cancer risk among tissues can be explained by the number of stem cell division", with Cristian Tomasetti and Bert Vogelstein identified as authors, dated Feb. 05, 2015.

7. Annexed hereto as Exhibit F is a true and correct copy of the Expert Report of Dr. Cristian Tomasetti Ph.D. on behalf of Plaintiff Karen Delorme-Barton, Case No. 3:16-md-02741-VC, dated Feb. 12, 2021.

8. Annexed hereto as Exhibit G is a true and correct copy of Plaintiff's citations of Peer-Review Articles Critiquing and/or Responding to Monsanto Company's Proposed Expert Dr. Cristian Tomasetti, Ph.D.".

DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S DAUBERT MOTION TO PRECLUDE TESTIMONY FROM MONSANTO COMPANY'S PROPOSED EXPERT DR. CRISTIAN TOMASETTI, PH.D.

9. Annexed hereto as Exhibit H is a true and correct copy of an article published in *Biology & Philosophy* titled "Is cancer a matter of luck?", with Anya Plutynski identified as the author, dated Dec. 29, 2020.

10. Annexed hereto as Exhibit I is a true and correct copy of an article published in *EPJ Nonliner Biomedical Physics* titled "Debunking mathematically the logical fallacy that cancer risk is just 'bad luck'", with D. Sornette and M. Favre identified as authors, dated Oct. 30, 2015.

11. Annexed hereto as Exhibit J is a true and correct copy of an Essay published in *European Journal of Epidemiology* titled "Stem cell replication, somatic mutations and role of randomness in the development of cancer", with Vittorolo Perduca, Ludmil B. Alexandrov, Michelle Kelly-Irving, Cyrille Depierre, Hanane Omichessan, Mark P. Little, Paolo Vinels, and Gianluca Severi identified as authors, dated July 13, 2018.

12. Annexed hereto as Exhibit K is a true and correct copy of an excerpt of a Manuscript published in *Cancer Prev Res (Phila)* titled "A critical examination of the 'bad luck' explanation of cancer risk", with Andrii I. Rozhok, Geoffrey M. Wahl, and James DeGregori identified as authors, dated Sept. 8, 2015.

13. Annexed hereto as Exhibit L is a true and correct copy of a World Health Organization Report – "Cancer research for cancer prevent", with Christopher P. Wild, Elisabete Weiderpass, and Bernard W. Stewart identified as editors, dated 2020.

14. Annexed hereto as Exhibit M is a true and correct copy of excerpts from Deposition of Dr. David L. Grinblatt, M.D. (Nov. 15, 2022), *Martin Griswold, et al., v. Monsanto Co.,* Case No. 1922-CC11226, Circuit Court of the City of St. Louis, Missouri.

15. Annexed hereto as Exhibit N is a true and correct copy of excerpts from Deposition Trial Day Thirteen, *Larry Johnson and Gayle Johnson v. Monsanto Co., et al.,* Case No. 04CV-21-585, Circuit Court of the State of Oregon for Jackson County.

16. Annexed hereto as Exhibit O is a true and correct copy of excerpts from Dr. Cristian Tomasetti Ph. D Deposition Transcript (Feb. 13, 2020), *Leroy Seitz, et al., v. Monsanto Co.,* Case No. 1722-CC11325, State of Missouri Circuit Court of the City of St. Louis.

17. Annexed hereto as Exhibit P is a true and correct copy of excerpts from Dr. Jack Goldberg, M.D. Deposition Transcript (Oct. 20, 2022), *Robert Cody, Special Administrator of Wanda Cody v. Monsanto Co., et al.,* Case No. 04CV-2021-585 Circuit Court of Benton County, Arkansas.

18. Annexed hereto as Exhibit Q is a true and correct copy of Dr. David J. Mooney, M.D. Deposition Transcript (Nov. 10, 2022), *Roby Cody, individually and as Administrator of the estate of Wanda Cody v. Monsanto Co., et al.,* Case No. 04cv-2021-585, Circuit Court of Benton County, Arkansas.

19. Annexed hereto as Exhibit R is a true and correct copy of excerpts from Dr. Graham Slack, M.D. Deposition Transcript (Apr. 15, 2023), *Delorme-Barton, Karen v. Monsanto Co.,* Case No. 3:16-MD-02741-VC, U.S. District Court of the Northern District of California.

20. Annexed hereto as Exhibit S is a true and correct copy of excepts from Dr. Cristian Tomasetti, Ph.D Deposition Transcript (June 24, 2022), *Buttry, Philip v. Monsanto Co.* Case No. 21NM-CV00131, Sate of Missouri Circuit Court of New Madrid County.

21. Annexed hereto as Exhibit T is a true and correct copy of excerpts from Dr. Brian Taylor MD Deposition Transcript (June 02, 2023), *Darren Metcalf, et al., v. Baretts Minerals Inc., et al.,* Case No. 22STCV21416, Superior Court of the State of California for the County of Los Angeles.

- 4 -
DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S DAUBERT MOTION TO PRECLUDE TESTIMONY FROM MONSANTO COMPANY'S PROPOSED EXPERT DR. CRISTIAN TOMASETTI, PH.D.

Executed this 30th Day of June, 2023.

                Respectfully submitted,

By:   */s/ Robin L. Greenwald*
       Robin L. Greenwald (*Pro Hac Vice*)
       **WEITZ & LUXENBERG, P.C.**
       700 Broadway, Fifth Floor
       New York, NY 10003
       Telephone: 212-558-5802
       Facsimile: (212) 344-5461
       rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ECF system which sent notice of the filing to all appearing parties of record.

                */s/ Robin Greenwald*