# EXHIBIT G

**PLAINTIFF'S EXHIBIT**
**Peer-Review Articles Critiquing and/ or Responding to**
**Monsanto Company's Proposed Expert Dr. Cristian Tomasetti, Ph.D.**

1. Ashford, N. A., Bauman, P., Brown, H. S., Clapp, R. W., Finkel, A. M., Gee, D., Hattis, D. B., Martuzzi, M., Sasco, A. J., & Sass, J. B. (2015). Cancer risk: role of environment. Science (New York, N.Y.), 347(6223), 727. https://doi.org/10.1126/science.aaa6246
2. Beliaeva, M. (2019). The bad mathematics of the bad luck theory. *Advances in Methodology and Statistics*, *16*(2), 57-69.
3. Bilke, S., & Meltzer, P. S. (2016). Abstract LB-291: Environment or accident? A more stringent bound on environmental contributions to cancerogenesis. *Cancer Research*, *76*(14_Supplement), LB-291-LB-29.
4. Björk, J., Andersson, T., & Ahlbom, A. (2019). Commonly used estimates of the genetic contribution to disease are subject to the same fallacies as bad luck estimates. *European Journal of Epidemiology*, *34*, 987-992.
5. Cao, S., Zhang, C., & Xu, Y. (2015). Somatic mutations may not be the primary drivers of cancer formation. *International journal of cancer*, *137*(11), 2762-2765.
6. Carnero, A., Blanco-Aparicio, C., Kondoh, H., Lleonart, M. E., Martinez-Leal, J. F., Mondello, C., ... & Yasaei, H. (2015). Disruptive chemicals, senescence and immortality. *Carcinogenesis*, *36*(Suppl_1), S19-S37.
7. Crossan, G. P., Garaycoechea, J. I., & Patel, K. J. (2015). Do mutational dynamics in stem cells explain the origin of common cancers?. *Cell Stem Cell*, *16*(2), 111-112.
8. Davey Smith, G., Relton, C. L., & Brennan, P. (2016). Chance, choice and cause in cancer aetiology: individual and population perspectives. *International Journal of Epidemiology*, *45*(3), 605-613.
9. Figueiredo, E. G., & Teixeira, M. J. (2015). Cancer Etiology, Bad Luck, and Ecological Fallacy. *World Neurosurgery*, *84*(1), 20-20.
10. Frank, S. A. (2016). Commentary: The nature of cancer research. *International journal of epidemiology*, *45*(3), 638-645.
11. Garattini, E., & Tavani, A. (2015). Is 'Bad Luck'an Important Determinant of Cancer Incidence and Does This Concept Apply to Kidney Tumors?. *Nephron*, *129*(3), 219-222.

- 1 -
PLAINTIFF'S EXHIBIT: PEER REVIEWED ARTICLES CRITIQUING AND/ OR RESPONDING TO MONSANTO'S PROPOSED EXPERT DR. CRISTIAN TOMASETTI, PH.D.

**Exhibit G Page 1**

12. Giovannucci, E.L. (2016). Are most cancers caused by specific risk factors acting on tissues with high underlying stem cell divisions?. *JNCI: Journal of the National Cancer Institute*, *108*(3).
13. Gold, B. (2017). Somatic mutations in cancer: Stochastic versus predictable. *Mutation Research/Genetic Toxicology and Environmental Mutagenesis*, *814*, 37-46.
14. Goodson III, W. H., Lowe, L., Carpenter, D. O., Gilbertson, M., Manaf Ali, A., Lopez de Cerain Salsamendi, A., ... & Pavanello, S. (2015). Assessing the carcinogenic potential of low-dose exposures to chemical mixtures in the environment: the challenge ahead. *Carcinogenesis*, *36*(Suppl_1), S254-S296.
15. Gorski, D. (2015). Is cancer due mostly to "bad luck"?. *Science-Based Medicine.*
16. Gotay, C., Dummer, T., & Spinelli, J. (2015). Cancer risk: prevention is crucial. *Science*, *347*(6223), 728-728.
17. Guha, M. (2017). Misunderstanding the bad luck of getting cancer. *JNCI: Journal of the National Cancer Institute*, *109*(6).
18. Harrison, D. J., & Doe, J. E. (2021). The modification of cancer risk by chemicals. *Toxicology Research*, *10*(4), 800-809.
19. IARC (2015). Most types of cancer not due to "bad luck". IARC responds to scientific article claiming that environmental and lifestyle factors account for less than one third of cancers [Press release]. https://www.iarc.fr/en/media-centre/pr/2015/pdfs/pr231_E.pdf
20. Kelly-Irving, M., Delpierre, C., & Vineis, P. (2017). Beyond bad luck: induced mutations and hallmarks of cancer. *Lancet Oncol*, *18*(8), 999-1000.
21. King, W. D., Friedenreich, C. M., Brenner, D. R., De, P., Demers, P. A., Hystad, P., ... & Walter, S. D. (2015). The contribution of lifestyle, environment, genetics and chance to cancer risk in individuals and populations. *Preventive medicine*, *76*, 132-134.
22. Little, M. P., Hendry, J. H., & Puskin, J. S. (2016). Lack of correlation between stem-cell proliferation and radiation-or smoking-associated cancer risk. *PloS one*, *11*(3), e0150335.
23. Lucas, J. E., & Sapiro, G. (2015). Cancer: What's luck got to do with it?. *Significance*, *12*(2), 40-40.

- 2 -

PLAINTIFF'S EXHIBIT: PEER REVIEWED ARTICLES CRITIQUING AND/ OR RESPONDING TO MONSANTO'S PROPOSED EXPERT DR. CRISTIAN TOMASETTI, PH.D.

**Exhibit G Page 2**

24. Meyskens Jr, F.L., Mukhtar, H., Rock, C.L., Cuzick, J., Kensler, T.W., Tang, C.S., … & Alberts, D.S. (2016). Cancer prevention: obstacles, challenges, and the road ahead. *Journal of the National Cancer Institute*, *108*(2), djv309.
25. Nahta, R., Al-Mulla, F., Al-Temaimi, R., Amedei, A., Andrade-Vieira, R., Bay, S. N., ... & Bisson, W. H. (2015). Mechanisms of environmental chemicals that enable the cancer hallmark of evasion of growth suppression. *Carcinogenesis*, *36*(Suppl_1), S2-S18.
26. Noble, R., Kaltz, O., & Hochberg, M. E. (2015). Peto's paradox and human cancers. *Philosophical Transactions of the Royal Society B: Biological Sciences*, *370*(1673), 20150104.
27. Nowak, M. A., & Waclaw, B. (2017). Genes, environment, and "bad luck". *Science*, *355*(6331), 1266-1267.
28. Nunney, L., & Muir, B. (2015). Peto's paradox and the hallmarks of cancer: constructing an evolutionary framework for understanding the incidence of cancer. *Philosophical Transactions of the Royal Society B: Biological Sciences*, *370*(1673), 20150161.
29. Nunney, L., & Thai, K. (2020). Determining cancer risk: the evolutionary multistage model or total stem cell divisions?. *Proceedings of the Royal Society B*, *287*(1941), 20202291.
30. O'Callaghan, M. (2015). Cancer risk: accuracy of literature. *Science*, *347*(6223), 729-729.
31. Perduca, V., Alexandrov, L.B., Kelly-Irving, M., Delpierre, C., Omichessan, H., Little, M.P., …& Severi, G. (2019). Stem cell replication, somatic mutations and role of randomness in the development of cancer. *European journal of epidemiology*, *34*(5), 429-445.
32. Plutynski, A. (2021). Is cancer a matter of luck? *Biology & Philosophy*, *36*, 3-3.
33. Podolskiy, D. I., & Gladyshev, V. N. (2016). Intrinsic versus extrinsic cancer risk factors and aging. *Trends in molecular medicine*, *22*(10), 833-834.
34. Potter, J. D., & Prentice, R. L. (2015). Cancer risk: tumors excluded. *Science*, *347*(6223), 727-727.
35. Quesenberry, P. J., & Goldberg, L. R. (2015). Stem cell divisions and cancer. *Leukemia*, *29*(10), 1959-1959.

- 3 -

PLAINTIFF'S EXHIBIT: PEER REVIEWED ARTICLES CRITIQUING AND/ OR RESPONDING TO MONSANTO'S PROPOSED EXPERT DR. CRISTIAN TOMASETTI, PH.D.

**Exhibit G Page 3**

Case 3:16-md-02741-VC   Document 16947-8   Filed 06/30/23   Page 5 of 6/

36. Collegium Ramazzini (2015). 17th Position Statement: Most Types of Cancer are Not Due to Bad Luck. *Statements of the Collegium Ramazzini.* https://www.collegiumramazzini.org/download/17_SeventeenthCRStatement(2015).pdf

37. Robert, J. (2015). Stem cell renewal and cancer epidemiology–about a paper published in Science by Tomasetti and Vogelstein. *Bulletin du cancer*, *102*(3), 201-203.

38. Roche, B., Ujvari, B., & Thomas, F. (2015). Bad luck and cancer: Does evolution spin the wheel of fortune?. *BioEssays*, *37*(6), 586-587.

39. Rozhok, A. I., Wahl, G. M., & DeGregori, J. (2015). A Critical Examination of the "Bad Luck" Explanation of Cancer RiskA Critical Examination of the "Bad Luck" Explanation. *Cancer Prevention Research*, *8*(9), 762-764.

40. Sánchez, E. B., Cala, A. E. P., & Rivera, Y. H. (2018). Evolutionary and ecological bases of human carcinogenesis, a matter of bad luck?. *Revista Cubana de Medicina Militar*, *47*(2), 1-19.

41. Schottenfeld, D. (2017). An epidemiologic perspective on the stem cell hypothesis in human carcinogenesis. *Cancer Epidemiology*, *50*, 132-136.

42. Song, M., & Giovannucci, E. L. (2015). Cancer risk: many factors contribute. *Science*, *347*(6223), 728-729.

43. Sornette, D., & Favre, M. (2015). Debunking mathematically the logical fallacy that cancer risk is just "bad luck". *EPJ Nonlinear Biomedical Physics*, *3*(1), 1-6.

44. Stensrud, M. J., & Valberg, M. (2017). Inequality in genetic cancer risk suggests bad genes rather than bad luck. *Nature Communications*, *8*(1), 1-8.

45. Stare, J. (2017). Bad luck of cancer–or misinterpreted statistics?. *Advances in Methodology and Statistics*, *14*(2), 75-81.

46. Stewart, B. W., Bray, F., Forman, D., Ohgaki, H., Straif, K., Ullrich, A., & Wild, C. P. (2016). Cancer prevention as part of precision medicine:'plenty to be done'. *Carcinogenesis*, *37*(1), 2-9.

47. Weinberg, C. R., & Zaykin, D. (2015). Is bad luck the main cause of cancer?. *JNCI: Journal of the National Cancer Institute*, *107*(7), djv125.

48. Weinberg, C. R., & Zaykin, D. (2015). Response. *Journal of the National Cancer Institute, 107*(10). https://doi.org/10.1093/jnci/djv228.

- 4 -

PLAINTIFF'S EXHIBIT: PEER REVIEWED ARTICLES CRITIQUING AND/ OR RESPONDING TO MONSANTO'S PROPOSED EXPERT DR. CRISTIAN TOMASETTI, PH.D.

Exhibit G Page 4
/

49. Wensink, M. J., Vaupel, J. W., & Christensen, K. (2017). Stem cell divisions per se do not cause cancer. *Epidemiology*, *28*(4), e35-e37.
50. Wild, C., Brennan, P., Plummer, M., Bray, F., Straif, K., & Zavadil, J. (2015). Cancer risk: role of chance overstated. *Science*, *347*(6223), 728-728.
51. Wodarz, D., & Zauber, A. G. (2015). Risk factors and random chances. *Nature*, *517*(7536), 563-564.
52. Wu, S., Powers, S., Zhu, W., & Hannun, Y. A. (2016). Substantial contribution of extrinsic risk factors to cancer development. *Nature*, *529*(7584), 43-47.
53. Wu, S., Zhu, W., Thompson, P., & Hannun, Y. A. (2018). Evaluating intrinsic and non-intrinsic cancer risk factors. *Nature communications*, *9*(1), 1-12.
54. Zhu, L., Finkelstein, D., Gao, C., Shi, L., Wang, Y., López-Terrada, D., ... & Gilbertson, R. J. (2016). Multi-organ mapping of cancer risk. *Cell*, *166*(5), 1132-1146.