# EXHIBIT M

```
 1      IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                     STATE OF MISSOURI
 2
    MARTIN GRISWOLD,                  )
 3             Plaintiff,             )
         -vs-                         ) Case No.
 4  MONSANTO COMPANY,                 ) 1922-CC11226
               Defendant.             )
 5
    ------------------------------------------------------
 6
    ANGELA SADOWSKI,                  )
 7             Plaintiff,             )
         -vs-                         ) Case No.
 8  MONSANTO COMPANY,                 ) 1922-CC11237
               Defendant.             )
 9
    ------------------------------------------------------
10
    LINDA EUGSTER,                    )
11             Plaintiff,             )
         -vs-                         ) Case No.
12  MONSANTO COMPANY,                 ) 2122-CC09039
               Defendant.             )
13
    ------------------------------------------------------
14
    STEPHEN POWERS and                )
15  DERRICK SISK,                     )
               Plaintiffs,            ) Case No.
16       -vs-                         ) 1722-CC10879
    MONSANTO COMPANY,                 )
17             Defendant.             )

18  ------------------------------------------------------

19  COREY SWANSON,                    )
               Plaintiff,             )
20       -vs-                         ) Case No.
    MONSANTO COMPANY,                 ) 2122-CC09140
21             Defendant.             )
    ------------------------------------------------------
22
                 VIDEOTAPED DEPOSITION OF
23                DAVID L. GRINBLATT, M.D.
                   November 15, 2022
24                  Rosemont, Illinois
```

David L. Grinblatt, M.D.

```
 1

 2

 3              The videotaped deposition of

 4   DAVID L. GRINBLATT, M.D., called by the Plaintiffs

 5   for examination, taken before CORINNE T. MARUT,

 6   C.S.R. No. 84-1968, Registered Professional

 7   Reporter and a Certified Shorthand Reporter of the

 8   State of Illinois, at the Hampton Inn & Suites,

 9   Rosemont Chicago O'Hare, 9480 West Higgins Road,

10   Rosemont, Illinois, on November 15, 2022,

11   commencing at 9:11 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1   APPEARANCES:

 2   ON BEHALF OF THE PLAINTIFFS:

 3        WEITZ & LUXENBERG, P.C.
          220 Lake Drive East, Suite 210
 4        Cherry Hill, New Jersey  08002
          856-755-1115
 5        BY:  JOSEPH J. MANDIA, ESQ.  (Via Zoom)
               jmandia@weitzlux.com
 6             BENJAMIN GOLDMAN, ESQ.  (Via Zoom)
               bgoldman@weitzlux.com
 7             CALLIE SHARP, ESQ.
               csharp@weitzlux.com
 8

 9

10   ON BEHALF OF THE DEFENDANT:

11        HOLLINGSWORTH LLP
          1350 I Street NW
12        Washington, DC  20005
          202-988-5815
13        BY:  GREGORY S. CHERNACK, ESQ.
               gchernack@hollingsworthllp.com
14

15

16

17   VIDEOTAPED BY:  PETER PREZZANO

18

19   REPORTED BY:  CORINNE T. MARUT, C.S.R. No. 84-1968

20

21

22

23

24
```

```
 1                    I N D E X

 2  DAVID L. GRINBLATT, M.D.                  EXAMINATION

 3        BY MR. MANDIA................    6

 4

 5


 6                  E X H I B I T S

 7  PLAINTIFF'S EXHIBIT                       MARKED FOR ID

 8   No. P-1   Plaintiff's Amended Notice of        11
               Videotaped Deposition of
 9             Dr. David L. Grinblatt, M.D.

10   No. P-2   Curriculum Vitae, David L.           28
               Grinblatt, M.D.
11
     No. P-3   Notes of Dr. Grinblatt              107
12             pertaining to Angela
               Hewrylak-Sadowski
13
     No. P-4   Document, "David Grinblatt,         140
14             M.D. Materials Reviewed"

15   No. P-5   Notes of Dr. Grinblatt              183
               pertaining to Derrick Sisk
16
     No. P-6   Document, "Supplementary            218
17             Materials for Stem cell
               divisions, somatic mutations,
18             cancer etiology, and cancer
               prevention," by Tomasetti, Li
19             and Vogelstein

20   No. P-7   Article, "Stem cell division,       228
               somatic mutations, cancer
21             etiology, and cancer
               prevention," by Tomasetti, Li
22             and Vogelstein


23


24
```

David L. Grinblatt, M.D.

```
 1      Q.    You are a specialist in internal
 2   medicine and oncology, correct?
 3      A.    In hematology and medical oncology.
 4      Q.    Okay.  You do not have special- -- you
 5   don't have a board certified in internal medicine,
 6   is that right?
 7      A.    I am board certified in internal
 8   medicine.
 9      Q.    Okay.  I asked you --
10      A.    I'm triple -- I have three boards.
11   So...
12            But usually when you're a subspecialist,
13   you kind of ignore the initial one.
14      Q.    Understood.  Okay.  That's why I was
15   confused because I asked you internal medicine,
16   oncology and I -- okay.
17            You are not an occupational medicine
18   doctor, correct?
19      A.    I am not.
20      Q.    You are a professor of medicine at the
21   University of Chicago Pritzker School of Medicine,
22   correct?
23      A.    Clinical associate professor.
24      Q.    Okay.  And what is a clinical associate
```

```
 1   HealthSystem is four hospitals, but they've
 2   recently -- I'm not an expert on their business
 3   dealings, but they've recently merged with Swedish
 4   Covenant Hospital or subsumed Swedish Covenant I
 5   think and then there is Northwest Community
 6   Hospital and another hospital affiliated there and
 7   then there is Edwards-Elmhurst Hospital.
 8             So, I'm not sure of how many hospitals
 9   now.  I think it's nine in the network now.
10        Q.   And you are a practicing oncologist and
11   hematologist at NorthShore?
12        A.   Yes.
13        Q.   What specific hospitals do you work out
14   of?
15        A.   Evanston Hospital primarily.  I go to
16   Glenbrook Hospital.  I go to the cancer center at
17   Glenbrook Hospital one day a week.
18        Q.   How would you describe the reputation of
19   NorthShore University HealthSystem?
20        A.   I think it has an excellent reputation.
21        Q.   Do you think it cares about the
22   population it serves?
23        A.   Yes.
24        Q.   Would you say that they care about the
```

1  usually acquired during life?

2      A.    Yes, I agree.

3            And I'm just going to stop here again.

4  The word "gene mutation" is a very, you know --

5  it's really, in lymphoma, there is a mutation,

6  which is like a specific location on the DNA that's

7  damaged, is different than a translocation where

8  there is not a damage.

9            So, gene mutation is very different than

10 genetic alterations.  There's genetic alterations

11 and mutations.  In lymphoma usually we're looking

12 at alterations rather than mutations.

13     Q.    Do genetic alterations related to

14 non-Hodgkin's lymphoma, we would agree that those

15 are usually acquired during life?

16     A.    Correct.

17     Q.    I'm going to resume sharing the screen

18 with the notes that was Plaintiff's Exhibit P-3 of

19 Angela Sadowski.

20           Are these all the notes that you have as

21 it relates to Plaintiff Angela Sadowski?

22     A.    Yes.

23     Q.    Do you -- what is your opinion as to

24 what the cause of Angela Sadowski's diffuse large

1   rearrangement.

2          So, that's just part of the basics, you
3   know.

4          When you asked me about Tomasetti before
5   and stem cell, it comes to mind, I mean, they were
6   looking at which cells have the most divisions over
7   time as to which are the most common cancers and
8   that's based on how many stem cells there are of
9   the different cells.

10         But that doesn't mean the mutations are
11  occurring at the stem cell level.  That's what I
12  was trying to explain before.  So, you know, this
13  is how lymphomas develop later in the development
14  of the cells.

15     Q.    Okay.  Is the only paper that discusses
16  specifically lymphomagenesis, would that be the
17  Tomasetti/Vogelstein paper that you cited to?

18     A.    No, no, I don't think so.  No.  I don't
19  know that I gave you any papers on lymphomagenesis.
20  I guess that's what I'm saying.  None of them were
21  like basic studies -- basic papers on what
22  lymphomas are and what -- you know, I didn't
23  include any of those.

24     Q.    Okay.  And do you believe the

```
 1   Tomasetti/Vogelstein paper deals with
 2   lymphomagenesis?
 3        A.   The Tomasetti paper is looking at
 4   cancerogenesis basically, at the development of
 5   cancers, and basically making the point that you
 6   can -- that cancers -- that all cancers basically
 7   and that the frequency of the different cancers
 8   depends on the amount of stem cell divisions that
 9   occur during -- for these different cell types and
10   that that can predict how frequent different
11   cancers are.
12             It's just -- it's not specific to
13   lymphomagenesis.  Unless I'm missing.  I can't say
14   I reviewed any of them recently.  It deals with
15   different lymphomas.
16        Q.   Okay.
17        A.   Different cancers, including lymphoma
18   but not only lymphoma.  So, it's not like the best
19   paper on lymphomagenesis.
20        Q.   Okay.  Great.  Have you --
21        A.   Or it's not a specific.  I don't want to
22   say it's not the best.  It's not a specific paper
23   on lymphomagenesis.
24        Q.   The record will show whatever you said,
```

1             Do you agree with that as a medical

2    doctor, the second part, the second part of that?

3        A.   Yes, but I don't think this relates to

4    lymphoma very well.

5        Q.   Okay.

6        A.   Because somatic mutations are not -- you

7    know what -- somatic, these are random somatic

8    mutations, in other words, somatic -- random

9    somatic mutation probability per cell division

10   rather than specific translocations.

11            So, I don't think it pertains as well to

12   lymphoma as other cancers.

13       Q.   It sounds like you don't believe random

14   genetic mutations relate to non-Hodgkin's lymphoma

15   at all, correct?

16       A.   Correct.

17       Q.   It then goes on to say, "For example,

18   the larger the tissue, the more divisions and the

19   more opportunities for environmental factors to

20   increase cancer risk."

21            Do you see that?

22       A.   Yes.

23       Q.   Did you say "yes"?

24       A.   Yes.

David L. Grinblatt, M.D.

```
 1
               I, CORINNE T. MARUT, C.S.R. No. 84-1968,
 2      Registered Professional Reporter and Certified
        Shorthand Reporter, do hereby certify:
 3               That previous to the commencement of the
        examination of the witness, the witness was duly
 4      sworn to testify the whole truth concerning the
        matters herein;
 5               That the foregoing deposition transcript
        was reported stenographically by me, was thereafter
 6      reduced to typewriting under my personal direction
        and constitutes a true record of the testimony
 7      given and the proceedings had;
                 That the said deposition was taken
 8      before me at the time and place specified;
                 That the reading and signing by the
 9      witness of the deposition transcript was agreed
        upon as stated herein;
10               That I am not a relative or employee or
        attorney or counsel, nor a relative or employee of
11      such attorney or counsel for any of the parties
        hereto, nor interested directly or indirectly in
12      the outcome of this action.

13

14                    _____
15                    CORINNE T. MARUT, Certified Reporter

16
                 (The foregoing certification of this
17      transcript does not apply to any
        reproduction of the same by any means, unless under
18      the direct control and/or supervision of the
        certifying reporter.)
19

20

21

22

23

24
```