# EXHIBIT N

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2022-Dec-14  16:05:01
04CV-21-585
C19WD05 : 41 Pages

1   IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR JACKSON COUNTY

2   _____
                                     )
3   LARRY JOHNSON and GAYLE          )
    JOHNSON,                         )
4                                    )
              Plaintiffs,            )
5                                    )   TRANSCRIPT OF:
    v.                               )   JURY TRIAL — DAY THIRTEEN
6                                    )
    MONSANTO COMPANY, a              )
7   corporation; EAGLE POINT         )
    HARDWARE, LLC, a                 )
8   corporation,                     )
                                     )
9              Defendants.           )
    _____ )

10

11              BEFORE THE HONORABLE CHARLES KOCHLACS

12

13              JACKSON COUNTY CIRCUIT COURTHOUSE
                   100 SOUTH OAKDALE AVENUE
14                    MEDFORD, OR 97501

15                     JUNE 10, 2022

16

17

18

19

20

21

22

23

24

25

*Phoebe S. Moorhead, RPR, CRR    480.265.0404*                    1

**Exhibit N Page 1**

1    **A.**    Cancer is, essentially, the presence of cells that

2    are not behaving in the normal way, but they are unregulated

3    and they keep growing, and due to mechanisms inside of them,

4    they've been damaged and modified.

5    **Q.**    Have you worked on some slides to help explain this

6    to the jury?

7    **A.**    Yes.

8    **Q.**    Okay.  Let's go to the next one.  And on this slide,

9    you say something about cell division.  Let's talk about that

10   first, and then we'll explain the other things on the slide.

11   **A.**    Yes.  So in a cell, in the center of a cell, in the

12   nucleus, there is DNA.  DNA, essentially, contains all the

13   information -- all the code for everything needed by -- to

14   produce by the cell.  So the cell will look at the -- you know,

15   at the DNA to know how to build any protein that you can

16   imagine.  And when a cell divides in two cells, because there

17   is one copy of DNA, it needs to produce a second one.  And so,

18   as this image shows, DNA will open so they can be copied and --

19   we say "duplicated."  So "duplication" means just to make a

20   second copy of the DNA.

21   **Q.**    And how often do cells divide?

22   **A.**    It really depends on the type of cells.

23   **Q.**    And do -- do -- how -- just give -- say, a cell that

24   divides frequently, what's a tissue, just for an example, and

25   let the jury know how often that cell would divide.

**Exhibit N Page 2**

1      **A.**    So for example, in our colon, the lining of our

2   colon, which is just the surface, you know, internal surface of

3   the colon, will -- the cells will divide on average every four

4   days.  So we have -- literally, just in our colon, we have

5   billions of cell divisions every day.

6           To the contrary, if we look, for example, at our lung

7   tissue or even our bones, then it takes often about even ten

8   years for -- you know, for a division.  So there are tissues

9   that very fast divide and tissues that are very slow dividing.

10     **Q.**    Okay.  And just to fill out the chart, I think you

11  referenced it.  You've got the DNA on the right, and that's,

12  obviously, kind of a cartoon, Doctor, correct?

13     **A.**    Correct.

14     **Q.**    And what's happening to that DNA?

15     **A.**    Yeah.  So it's being opened so that it can be copied

16  to produce two final copies of DNA.

17     **Q.**    Okay.  And so what happens when cell division occurs?

18     **A.**    Yes.  So we call the cell that originates the two --

19  the mother cell is the cell that divides.  And as you can see

20  in this figure, from the mother cell, we say we get two

21  daughter cells.  And each of the daughter cells needs to have a

22  copy of the DNA, and so during the process of cell division,

23  it's not the exclusive moment, but it's a major source of

24  errors, because that's when DNA needs to be copied and

25  duplicated.

1    **A.**    So a lot of the mutations actually end up being

2    repaired by the cell.  We call -- the technical term is

3    mismatch repair mechanisms.  So we have those mechanisms.  You

4    may have heard about BRCA gene, for example.  If you have heard

5    BRCA gene, BRCA gene is a gene that goes to fix mutations.  So

6    if you have a problem in BRCA, then the gene doesn't work very

7    well.  But normally, our cells tend to fix -- in fact, the

8    great majority of mutations are repaired.  And so if the

9    mutation is repaired, that will not lead to a cancer.

10    **Q.**    Okay.  What's the next kind of situation that happens

11    after a mutation?

12    **A.**    Yeah.  Another possibility is, instead, the cell will

13    die.  So cells in their normal behavior, they are functioning

14    to keep us alive, so they do whatever is in the best interest

15    of us, which means that if a cell accumulates a mutation that's

16    bad for our body, they know it and they will kill themselves,

17    basically.  They will commit -- we call it apoptosis.  So the

18    cell will decide to eliminate itself because of, you know, the

19    dysfunction that it had accumulated.

20    **Q.**    So is cell death always a bad thing?

21    **A.**    Oh, no.  It's actually one of the best things that

22    can happen, because it's a clearing process.  And other cells

23    will now divide to replace that cell, so that's a way that we

24    keep things healthy.

25    **Q.**    Okay.  So the mutations occurred.  And let's look at

**Exhibit N Page 4**

1    every time a cell divides, there are these naturally occurring

2    mutations, these naturally occurring errors, and those, at

3    least as of today, are unavoidable, and we accumulate them with

4    age.

5         And so those also play a major role in taking us to

6    cancer, because they can cause those driver mutations.

7    **Q.**    Okay.  And have you put together a series of slides

8    to help show for the jury what these natural copying errors --

9    how they come about and how they act?

10   **A.**    Yes.

11   **Q.**    All right.  Let's go to the next slide.  And so

12   there's our cell.  And that's our cartoon of DNA on the right

13   there.  What do you mean when you say "3 billion base pairs in

14   each cell"?

15   **A.**    Yeah.  So as you can see, in DNA, we have four

16   letters.  It's C, G, A, and T.  So you can think about these 3

17   billion sequence of just these four letters.  And they are in

18   pairs, because they come associated one to another, so they

19   come in pairs.  As you can see here, for example, I have a G

20   and it's attached to a C.  So this light green and dark green.

21   So G and a C.

22        And so G and C attach to each other and A and T

23   attach to each other, so that's why we call this a base pair,

24   because it's really two letters together.  And so we have 3

25   billions of these base pairs.

**Exhibit N Page 5**

1    **Q.**    Okay.  And so what happens in the normal replication

2    process?  And I'll click and you, if you would, tell the jury

3    what they're seeing here.

4    **A.**    Yeah.  So, basically, what you're seeing here is that

5    the DNA is opened, and now within the cell, there is this -- an

6    incredible process of, basically, attaching the complementary

7    base letter.  And so at the end of the process, you end up with

8    two identical sequences.  It's -- they are both (inaudible)

9    identical to the original one.

10    **Q.**    Okay.  So let's talk about what happens when there's

11    an error in DNA replication.  Does this set of slides show that

12    for the jury?

13    **A.**    Yes.  So, again, the DNA opens to be copied.  And now

14    what you will see is that right now, on the third base, there

15    was a -- maybe want to show it.  But in any case, on the third

16    one -- okay.  Right there.  There was G.  It should be attached

17    to a C, but actually, it's attached to a T.  And that's wrong.

18    That shouldn't be the case.  And now we have a mutation on the

19    DNA.

20    **Q.**    Okay.  And so what happens to -- when there is a

21    copying error in the DNA?

22    **A.**    Well, the copying error, as we discussed before, you

23    know, may be repaired.  If it's a really bad error, the cell

24    may die.  Or the mistake may be transferred to the daughter

25    cells.

**Exhibit N Page 6**

1   mutations that we observe in patients.  In fact, we estimate a

2   majority of them.

3       **Q.**     And have you put together a slide that sets forth the

4   percentages attributable to each, for cancer generally?

5       **A.**     Yes.

6       **Q.**     Okay.  And can you explain to the jury what that

7   breakdown is?

8       **A.**     Yes.  So what was -- the finding was that when you

9   look at all cancers, so whether it's lung cancer, blood cancer,

10  you know, colon cancer, when you put them all together -- and

11  with the frequency that you observe in the population, so lung

12  cancer happens a lot, for example, because of smoking.  When

13  you put them all together and you estimate how many of the

14  mutations were due to hereditary factors or could be attributed

15  to hereditary factors, to the environment, and to this

16  naturally occurring, you know, mutations, then about 5 percent

17  were due to hereditary factors, about 29 -- you know, 30

18  percent due to the environment, and two-thirds were

19  attributable to natural copying errors.

20      **Q.**     Okay.  And we're going to talk about how you came to

21  that determination shortly.  But you said before this research,

22  scientists attributed cancer to environmental or hereditary

23  factors; is that right?

24      **A.**     That's correct.

25      **Q.**     Did they think that environmental and hereditary

1    recent is in sequencing data, where we are able using the

2    signature technique to understand what is causing these

3    mutations.  And so there are proportions that you can associate

4    to these naturally occurring errors.  So that's the signature

5    approach.  We can also look at mutational loads accumulating in

6    time.

7         **Q.**    Did you say mutational loads?

8         **A.**    Loads.  Sorry.  Yes.

9         **Q.**    Okay.  And does it depend on the type of cell that

10   you're talking about?

11        **A.**    Certainly, yeah.

12        **Q.**    Okay.  So let's explain this slide to the jury.

13        **A.**    Yes.  So because, I would say, the majority of these

14   mutations happen when there is cell division -- not all of

15   them, but in general, you know, the majority are during cell

16   division, then cells that have a lower replication rate, so

17   cells that don't divide as often -- I gave an example of lungs

18   and bones divide very slowly, every many years -- then there

19   is, obviously, less of a chance to accumulate these naturally

20   occurring mutations.  And, instead, for cells where the

21   replication rate, so the rate at which the cells start

22   dividing, is much higher, then there is a higher chance that

23   you can get these mutations, these errors, naturally occurring.

24        **Q.**    And so what's an example of cells that have higher

25   rates of replication?

1    **A.**    Yes.  So colon would be an example where they divide

2    every four days or so.  That would be one example.

3    **Q.**    Okay.  And did you conduct research on this

4    connection between the lower or higher replication rates of

5    cells and DNA errors that occur?

6    **A.**    Correct.

7    **Q.**    And where was that research published?

8    **A.**    In Science.

9    **Q.**    The journal?

10    **A.**    The journal Science.

11    **Q.**    And what year was that?

12    **A.**    2015.

13    MR. LOMBARDI:  Brad, could you pull up Exhibit-8893

14    so everybody can see that?

15    **Q.**    (BY MR. LOMBARDI)  And what are we looking at here,

16    Dr. Tomasetti?

17    **A.**    This is the article, the title and the article

18    reporting this discovery.

19    **Q.**    Okay.  And the title is "Variation in cancer risk

20    among tissues can be explained by the number of stem cell

21    divisions."

22    What do you mean by that?

23    **A.**    Yes.  First of all, the title says "cancer etiology,"

24    which means causes of cancer.  This is the classification that

25    the journal Science gave to this research.  And "variation in

1  cancer risk," so the title means that, essentially, if we know

2  how often and how many cell divisions we have in a tissue, that

3  gives us a pretty good idea of how much cancer risk you have in

4  that tissue.

5        It's the idea I just explained.  Like if you have a

6  lot of cell divisions, then you expect a lot of these mutations

7  and so more cancer.  If you have fewer cell divisions, then you

8  expect fewer of these mutations and so less cancer.

9    **Q.**   Okay.  And what were you looking at, specifically, in

10  this study, this 2015 study that was published in Science?

11   **A.**   Yeah.  So this was a way to look at number of cells

12  and how often they divided and therefore the number of

13  mutations that -- because as I said, every time we have a

14  division, we have these naturally occurring mutations, and so

15  the relationship between them and cancer risk.

16   **Q.**   And what did you find?

17   **A.**   We found that there was a very strong relationship

18  between how often -- how many cells -- how many cell divisions

19  we have in the lifetime of our organs and what was the risk of

20  cancer in that organ.  Actually, and this was not known at that

21  time.

22   **Q.**   Okay.  And so have you prepared a slide to show the

23  jury some of your work?

24   **A.**   Yes.

25   **Q.**   All right.  So let's go back to the -- let's start

1    that means that you can use mathematics to understand how

2    strong is the relationship that you have between two things.

3    And so in this case, is the relationship between cell division

4    and replicative normal occurring errors and cancer risk in the

5    lifetime.  So between those two, the correlation will tell us

6    how strong that relationship is.

7            And it goes from zero to 1.  If it's zero or -- you

8    know, it can be negative.  But if it's zero, essentially, there

9    is no relationship.  And 1 is -- it's, you know, a perfect

10   relationship.  Like if I know one, I know the other one,

11   basically.  And in biology, we never -- we never have anything

12   like a 1 or .9.  It's way too high.

13   **Q.**    Okay.  Did you compute the statistical correlation

14   between the total stem cell divisions and cancer risk?

15   **A.**    Yes.

16   **Q.**    And what was it?

17   **A.**    It was .8 or .81, as you -- depending on how you

18   measure it.  And -- which is extremely high.

19   **Q.**    And what is the fact that the statistical correlation

20   is extremely high say about total stem cell divisions in cancer

21   risk?

22   **A.**    It says that there appears to be a very important

23   relationship between the two.

24   **Q.**    Okay.  So non-Hodgkin's lymphoma is not on this

25   chart; is that right?

1    **A.**    No.

2    **Q.**    Can you show us where approximately non-Hodgkin's

3    lymphoma would fit in on this chart?

4    **A.**    Sure.  It would fit somewhere around there.

5    **Q.**    Okay.

6    **A.**    Yeah.

7    **Q.**    And so non-Hodgkin's lymphoma -- how frequently is

8    there stem cell division in the cells that are affected by

9    non-Hodgkin's lymphoma?

10    **A.**    Yeah.  Cells in the blood divides pretty often.  It's

11    not every four days like in colon, but, still, we estimate,

12    depending on the estimates, maybe every once a month or so,

13    which is still pretty fast, and so that's where they would be

14    placed.  In fact, there are two points here, there are

15    leukemias, CLL and AML.  And so, yeah, so that's --

16    **Q.**    And so why -- why did you point to the leukemias in

17    particular?

18    **A.**    Well, because at the origin of all the cell types,

19    there are stem cells, which are called hematopoietic stem

20    cells, and these are the cells from which all blood cells are

21    created, and so this source is the same.

22    **Q.**    For NHL?

23    **A.**    For NHL, yeah.

24    **Q.**    And so does NHL -- what does NHL's placement on the

25    graph that you have there tell us?  What significance do you

**Exhibit N Page 12**

1      **Q.**     And does -- and this is an article written by
2  somebody named Islami and others; is that right?
3      **A.**     Yes.
4      **Q.**     So I'll call it the Islami article.  Is that all
5  right, Doctor?
6      **A.**     Yeah.
7      **Q.**     Okay.  So Dr. Aronson brought this -- put this Islami
8  article up on this slide.  Does that article address the
9  portion of NHL cases that are attributable to environmental
10 factors?
11     **A.**     Yes.
12     **Q.**     Okay.  Let's -- let's go to the next slide.  Is this
13 a table from the Islami article?
14     **A.**     Yes.
15     **Q.**     Can you describe for the jury what's being shown in
16 this table?
17     **A.**     Yeah.  So, first of all, this article is a major, if
18 not the major American study on all causes of cancer, from
19 exposure point of view.  And as you can see, for each row here,
20 you have one cancer type.  And for each one of them, it is
21 reported the PAF, which is the population attributable
22 fraction --
23     **Q.**     And what does that mean, by the way, PAF?  Is that
24 environmental factors?
25     **A.**     Yeah.  Basically, this is the proportion of all the

1    cancers that you can attribute to the environment in this case.

2    Okay?  And so as you can see, cervical cancer, it's 100 percent

3    due to environment.  That's very well-known.  It's a virus that

4    causes cervical cancer, so all patients with cervical cancer

5    have that.  And, you know, sun exposure in melanoma, as you can

6    see, it's 95 percent due to the environment.  And it keeps

7    going along the -- you know, along this figure.  They consider

8    all various cancer types.

9        **Q.**    And how about -- we put a box around non-Hodgkin's

10   lymphoma; is that right?

11       **A.**    Yes.  For non-Hodgkin's lymphoma, it's reported that

12   the proportion that can be attributed to the environment is 8.8

13   percent.

14       **Q.**    Okay.  Is that -- is that in the same ballpark as

15   your conclusions about the amount of non-Hodgkin's lymphoma

16   that can be attributed to environmental factors?

17       **A.**    Yes.  I would say extremely close.  We add,

18   basically, 5 percent, if you remember the number, this 8.8.

19   But these are measurings like in different things, so the two

20   are actually very consistent.

21       **Q.**    Okay.  So let me ask you specifically about Roundup

22   and the possibility that it is a cause of non-Hodgkin's

23   lymphoma.  First of all, what are the ways in which

24   environmental factors show up in DNA sequencing?

25       **A.**    So there are two ways.  And not just for

1    don't -- those are the three that I remember the top of my

2    mind.

3        **Q.**    What does CLL stand for?

4        **A.**    Chronic lymphoid leukemia, or lymphocytic leukemia,

5    depending on the country.

6        **Q.**    Well, that's leukemia, not lymphoma, right?

7        **A.**    But I believe it's still categorized under the NHL

8    group.

9        **Q.**    Well, leukemia is a cancer of the blood, whereas

10   lymphoma is a cancer of the lymph system, right?

11       **A.**    Well, the -- you know, they are both blood cells

12   and --

13           MR. ORR:  Your Honor, objection.  Nonresponsive.

14           THE COURT:  He's trying.  Overruled.

15           THE WITNESS:  Both --

16           MR. ORR:  How about I repeat the question?

17           MR. LOMBARDI:  How about he finishes his answer?

18           THE COURT:  I'll let you repeat your question,

19   Mr. Orr.  And I'll let the doctor give a complete answer.

20       **Q.**    (BY MR. ORR)  True or false?  NHL is a cancer of the

21   lymph system?

22       **A.**    I guess I would have to review that definition to

23   really say true or false.  I'm not 100 percent sure.  I know

24   that, in general, it is due to lymphoid cells and found in the

25   lymph nodes.  But as I said, I believe -- I may be wrong, but I

1    believe that CLL is also associated to it.

2        **Q.**    And CLL stands for chronic lymphocytic leukemia?

3        **A.**    Yes.  And in fact, before CLL, let me maybe just

4    explain for what I know.  I'm not a hematologist, obviously, so

5    that's not my expertise.

6             MR. ORR:  Objection.  Nonresponsive.  I asked him

7    what CLL is.

8             THE COURT:  Sustained.  Next question, please.

9        **Q.**    (BY MR. ORR)  So follicular lymphoma is a type of

10   lymphoma?

11       **A.**    Yes.

12       **Q.**    Cutaneous T-cell lymphoma?

13       **A.**    Yes.

14       **Q.**    Prolymphocytic lymphoma?

15       **A.**    Yes.

16       **Q.**    Lymphoplasmacytic lymphoma?

17       **A.**    Yes.

18       **Q.**    Marginal zone B-cell lymphoma?

19       **A.**    Yes.

20       **Q.**    Large granular T-cell lymphoma?

21       **A.**    Yeah.

22       **Q.**    MALT lymphoma?

23       **Q.**    Diffuse large B-cell lymphoma?

24       **A.**    Yeah.  I mentioned.

25       **Q.**    Anaplastic myelodysplastic lymphoma?

1      **A.**     Right.  They are already categorized for me to be put

2    all together.  And I see these names and I'm somewhat familiar

3    with them, but...

4      **Q.**     And for follicular lymphoma, what type of DNA damage

5    usually leads to follicular lymphoma?

6      **A.**     I would have to review the literature to remember

7    that.  I certainly read about that, but I don't -- I don't

8    remember.

9      **Q.**     So what you were showing us up on the screen were --

10    when you were talking about DNA damage, those were point

11    mutations, right?

12      **A.**     Depends on which analysis, but, yes.

13      **Q.**     So when you were talking about an A, a C becoming a

14    T, that --

15      **A.**     Those are point -- those specific in that slide,

16    yeah, those are point mutations.

17      **Q.**     And so in -- well, maybe I should get it out and

18    we'll take a look at it real quick.  So if you have like a T

19    and an A -- if you have a T and an A here and, say -- that's

20    what you're supposed to have, right?

21      **A.**     Yeah.  I mean, it could -- you know, yeah, that's a

22    possibility.  It depends on if that's the original or not, I

23    don't know.  You have to tell me if that's the original strand

24    or not.  If it is, then it is what it's supposed to be.

25      **Q.**     And so if you get a C there instead of an A, that

*Phoebe S. Moorhead, RPR, CRR    480.265.0404*          91

**Exhibit N Page 17**

1   would be a point mutation?

2   **A.**   Right.

3   **Q.**   But if you have -- so what are the two -- what are

4   the two sides here?

5   **A.**   This is the original DNA sequence being opened, and

6   then each side is being copied.

7   **Q.**   Chromosomes come in pairs; is that right?

8   **A.**   Yeah.  Yeah.

9   **Q.**   So this is a -- this is a chromosome, this is a

10  chromosome, and all the stuff in the middle is the DNA?

11  **A.**   Yeah.

12  **Q.**   So the chromosomes come as a pair, right?

13  **A.**   When you say this is a chromosome, that's not

14  technically correct.  This is just the piece of DNA.  You know,

15  the chromosome, there are 23 chromosomes here.  We are not

16  representing a chromosome.  But, yes, these are two, you know,

17  sequences of DNA at the end, at the bottom of it.

18  **Q.**   So chromosomes come in pairs, right?

19  **A.**   Yeah.  That's the normal situation is you would have,

20  you know, one from your mother and one from your father.

21  **Q.**   What's a translocation?

22  **A.**   Translocation is when, say, a piece of one chromosome

23  and a piece of another chromosome get switched and attached in

24  places where they originally shouldn't be.

25  **Q.**   And that's different than a point mutation, right?

**Exhibit N Page 18**

1    **A.**    Yes.

2    **Q.**    Can you explain how it's different from a point

3    mutation?

4    **A.**    As I said, the point mutation involves just one

5    letter change, that -- like what we show.  In the case of a

6    translocation, you are taking like a big, long piece of, you

7    know, many, many letters and just taking it from where it's

8    supposed to be and moving it somewhere else.  I don't know if

9    that is an explanation.

10   **Q.**    And do you know whether or not translocations between

11   chromosomes 14 and 18 are commonly associated with follicular

12   lymphoma?

13   **A.**    I would have to review the -- you know, the

14   literature.

15   **Q.**    And you don't have any kind of test that shows that

16   translocations between chromosomes 14 and 18 occur from natural

17   errors, do you?

18   **A.**    What do you mean for kind of tests?  I don't

19   understand.

20   **Q.**    You have -- you're not aware of any experiment that's

21   been done or test that's been done that proves that chromosomes

22   14 and 18 can switch parts just because of natural error

23   without any environmental or heredity factor playing a role?

24   **A.**    Oh, no.  That's -- that's not true.  We do have a lot

25   of evidence that chromosomal translocations can occur normally.

1   R factors might be high enough to cause all the mutations

2   required for that patient's cancer, whereas in others, some of

3   the mutations could be due to H, some to R, and the remainder

4   to E," right?

5        **A.**    Yeah.  As an example.

6        **Q.**    And part of what you're saying right here is that you

7   could have a natural copy error that could combine, for

8   example, with a translocation caused by a chemical to result in

9   cancer, right?

10       **A.**    Yes.

11       **Q.**    And then you mentioned "hypothesis" again here,

12  right?

13       **A.**    Yes.

14       **Q.**    Then I think you told us about this earlier, that

15  cancer incidence increases exponentially with age, right?

16       **A.**    Yes.

17       **Q.**    But, actually, at some point, it goes the other way.

18  After you get a certain age, then it goes the other way?

19  Cancer incidence goes down?

20       **A.**    It doesn't go -- ever go down.  It slows down.

21  It's -- I'm still driving in the same direction; I just go at a

22  slower speed by still moving forward.  So still increasing,

23  just not at the same speed.

24       **Q.**    And then here, you said -- used the word

25  "presumably," and then you talked about conservative

1  proportion of driver gene mutations caused by E or H in 32

2  cancer types.  We considered those mutations not attributable

3  to either E or H to be due to R," right?

4      **A.**    Correct.

5      **Q.**    Okay.  Can you do that calculation on this board for

6  us for NHL?

7      **A.**    No.  It's too complicated.  I can give you another

8  cancer type if you want.

9      **Q.**    Can you give us the -- can you write the formula on

10  the board that you used to calculate that?

11      **A.**    I can -- for lung cancer, I can.  Yes.

12      **Q.**    But you can't for the type of cancer that you're here

13  about today, can you?

14      **A.**    I can.  Just -- I actually can, if you want me to.

15      **Q.**    Please go ahead.

16      **A.**    At least the basic formula.  So I'll provide both for

17  completeness.  There are two ways.  Sorry.  I'll talk to the

18  jury.

19          (Discussion off the record.)

20          THE WITNESS:  So one way it's the simplest is when we

21  have all of the notation is, for example, lung cancer, as I

22  explained, if --

23          THE COURT:  Hold on, Doctor.

24          THE CLERK:  I think he's going to have to get closer

25  to some mike.

```
 1              THE COURT:  Let's move that closer to the mike.
 2    We'll get there.  We'll get there.
 3       Q.     (BY MR. ORR)  I want to make clear that the
 4    calculation for NHL -- I don't want the calculation for lung
 5    cancer -- and the formula for the NHL where you calculated the
 6    3.9 percent, that's what I'm asking you to put on the board?
 7       A.     I can't explain that formula for NHL if I first don't
 8    explain the basic formula for, say, lung cancer.
 9       Q.     Well, if you can't explain it for NHL and you can't
10    put it on the pad, then just tell us you can't do it and that's
11    fine.
12              MR. LOMBARDI:  That was not the witness's testimony,
13    your Honor.
14              THE COURT:  What formula are you going to write on
15    the board?  What's your plan?
16              THE WITNESS:  So there is a basic formula that it's
17    the simplest to understand for lung cancer, and then built on
18    that, there is the formula for NHL.
19              THE COURT:  The formula for NHL.
20              THE WITNESS:  It's a simple formula.
21              MR. ORR:  He just mentioned the formula for NHL, so
22    he should be able to put it on the board.
23              THE COURT:  I think that's what he's going to do.
24              THE WITNESS:  I'm going to.
25              THE COURT:  I'm looking forward to it myself.  I'm
```

```
 1   going to check your work, Doc.

 2              THE WITNESS:  Yes, please.

 3              THE COURT:  I'm going to stand over here just to

 4   stretch my legs, mostly.

 5              THE WITNESS:  So let me -- this is going to be a

 6   mathematical equation.  So if you want to understand the

 7   mathematical equation, I have to explain to you the different

 8   parts of the equation.

 9              MR. ORR:  Your Honor, my question is simply for him

10   to put the formula on the board, and then I'll ask him

11   questions about it.

12              THE COURT:  Go ahead and put the formula on the

13   board.

14              THE WITNESS:  Okay.  So...

15              That's the formula.

16      Q.    (BY MR. ORR)  And so what is -- so in order to do a

17   calculation, you have to put numbers in there, right?

18      A.    Correct.

19      Q.    Okay.  So what number did you put in there as R for

20   NHL?

21      A.    So this R is the risk --

22      Q.    That's the 3.9?  The R?

23              MR. LOMBARDI:  I would ask that he let him finish his

24   testimony.

25              THE COURT:  Talking over each other.  The mikes
```

1   aren't really picking up anything.  Point that one towards you,

2   please.

3       **Q.**    (BY MR. ORR)  Okay.  Please -- what is -- what number

4   did you put in for the R?

5       **A.**    So, first of all, let me explain what R is, otherwise

6   it doesn't -- so R, we can -- maybe everyone is more familiar

7   with this terminology, RR, relative risk.  So I'm looking at

8   one -- I have to do it for every single exposure.  Okay?  So

9   for every exposure, if there is an exposure that causes an

10  increase in cancer, then that is called relative risk in

11  epidemiology.  It means by how much it increases the risk of

12  cancer.  Okay?

13      **Q.**    So my question is, so the RR, that's what you're

14  solving for, right?  The RR is the answer, right?

15      **A.**    No.  Wrong.

16      **Q.**    That's what you're trying to figure out?

17      **A.**    I know it's a bit confusing, but I know in general

18  the equations, you would like to see this as the result.  In

19  this case, actually, the interesting part is I can use that and

20  I can use the fact that I know N and X to estimate C.  And C is

21  what you are asking me.

22      **Q.**    Okay.  So you put in a number for RR to do this

23  calculation?

24      **A.**    I put a number for R, I put a number for N, I put a

25  number for X, and that will tell me what is the C that solves

1    this equation.

2        **Q.**    And what number did you put in for RR for NHL?

3        **A.**    So for every exposure that was listed as an

4    environmental exposure for NHL -- I actually looked at the

5    paper to go and see what was exactly -- there is a relative

6    risk, which is estimated by SEER dataset or -- actually, in

7    this case, maybe it was UK Cancer Research database.  So that's

8    given to me from the largest study of the most well-established

9    epidemiologist in the world.

10       **Q.**    I found that -- I was questioning that this morning

11   when Mr. Lombardi was asking you questions.  You said you

12   pulled the data from SEER.  But the data for your calculations,

13   you actually pulled it from Cancer Research UK, correct?

14       **A.**    So it depends on which paper.  It gets to be

15   confusing, yeah.  There are some papers where I did SEER and

16   some papers where it's Cancer Research.  They are very similar.

17   Depending on the type of studies, some have more information

18   than the other, and so I may use the American and sometimes the

19   UK one.

20       **Q.**    And so what did you plug in for -- so you said you

21   got the information from Cancer Research UK for RR; is that

22   right?

23       **A.**    Right.

24       **Q.**    And so what -- what number did you get from Cancer

25   Research UK?

1      **A.**     I have to look at the tables for the paper.  It's

2   there.

3      **Q.**     But the number -- what did it -- what was the number?

4   Not like whether it was one, two, or three.  What did it

5   represent?  One, two, three, of what?

6              MR. LOMBARDI:  Object to the form of the question.

7              THE COURT:  Overruled.

8              THE WITNESS:  It's risk.  Right?

9      **Q.**     (BY MR. ORR)  Risk?

10     **A.**     It's the -- so, okay, just to understand what RR

11   means, if I am a normal individual with no exposure, then the

12   number is one.

13             MR. ORR:  Your Honor, objection.  Nonresponsive.

14             MR. LOMBARDI:  Your Honor, he's trying to answer the

15   question.

16             THE COURT:  This is becoming chaotic.  So let's just

17   start over with what the R's mean and what numbers you're using

18   for the --

19             THE WITNESS:  So this is called relative risk.  And

20   if a person is not exposed to anything, this number is going to

21   be 1.  So this means the normal unexposed person.  If I have,

22   say, a 20 percent more risk of cancer, then this would be 1.2.

23   The 2 is for the 20 percent.  If I double my risk of cancer,

24   then this number becomes 2.  If at 3 point my normal risk of

25   cancer, then the number is 3.  In smoking, this number is 20 or

1    30, so it's a huge effect.

2              THE COURT:  Let's hold off.

3              Mr. Orr.

4        Q.    (BY MR. ORR)  So you -- for NHL, you went to Cancer

5    Research UK and you -- what data did you go to?  What were you

6    looking at?

7        A.    Okay.  So Cancer Research UK has a series of papers

8    which are probably the most famous epidemiological papers,

9    together with the American study, on all causes of cancer.  So

10   I went to the NHL.  There is a list of factors that are

11   considered exposures proven to be exposures.  They increase the

12   NHL risk.  And for each one of those exposures, they give me a

13   number, which is by how much a given exposure increases NHL

14   risk.  So those numbers are given to me.

15       Q.    So in your calculations, you went to Cancer Research

16   UK and you obtained from them information about environmental

17   exposures and what they thought the risk was related to those

18   environmental exposures?

19       A.    Yes.  That's -- as I said, it's the most

20   well-established study, comprehensive study across all cancer

21   types.

22       Q.    And so -- and when you got the risk associated with

23   exposures, that's basically the percentage of the cancers that

24   they thought was preventable, fair?

25       A.    For a given exposure.  For each specific type of

1   environmental factor, they had the number, yes, which was this

2   number.

3       **Q.**    And did they -- did they have a number for any of

4   these?

5           THE COURT:  Can he just take the witness stand?  Or

6   do you need him up at the easel?

7           MR. ORR:  He can probably sit down now.

8           THE COURT:  Okay.

9           THE WITNESS:  I have to look at the actual data.

10  These are hundreds of factors across all cancer types.  There

11  is no way I would remember this.

12      **Q.**    (BY MR. ORR)  So you don't know --

13      **A.**    But it's easy to check for you.

14      **Q.**    You don't know what risks they had associated with

15  NHL?

16      **A.**    I don't remember.

17      **Q.**    And you don't --

18      **A.**    I had to do it at that time, so I knew it, but now I

19  don't remember.

20      **Q.**    So if you had been checking this data, say -- so if

21  you had been checking this data before it was discovered that

22  benzene causes NHL, then that wouldn't have been included in

23  the data, right?

24      **A.**    First of all, I don't know if it's true that it was

25  discovered that benzene causes NHL.  But, yes, if there was a

1   discovery and that was included later in a study, of course,

2   that was not included originally.

3       **Q.**    And so, originally, the cigarette manufacturer said

4   that smoking didn't cause cancer, right?

5       **A.**    You mean 50 years ago?

6       **Q.**    Yes.

7       **A.**    Yeah.  That -- yeah.  Probably, yes.  I don't -- I

8   know that at some point we didn't know that smoking caused

9   cancer.  At least we didn't have, you know, certainty of it.

10      **Q.**    So if you had been checking this data and plugging it

11  into your formula then, then, you know, it would have changed

12  all the numbers, because that cause of cancer had not been

13  added to their database yet, right?

14      **A.**    I couldn't have done any of this, because there

15  wasn't even sequencing data at that time, yes.

16      **Q.**    But I'm not asking you about the sequencing data, am

17  I?

18      **A.**    But you need the sequencing data to do this.  Sorry.

19  That's what I meant.  You couldn't use this formula anyway.

20      **Q.**    You don't need sequencing data to go and look at

21  epidemiology that Cancer Research UK lists on their website, do

22  you?

23      **A.**    Yeah.  That list can be updated.  I understand what

24  you're asking.  I said yes.

25      **Q.**    And so if you had checked the epidemiological data

**Exhibit N Page 29**

1    and plugged that number into your formula before it was

2    discovered that smoking caused cancer, the numbers would be all

3    off, right?

4        **A.**    The number would be wrong, yes.

5        **Q.**    So in fact, your numbers and your calculations, they

6    don't take into account anything that may be discovered

7    tomorrow to cause cancer, right?

8        **A.**    That's general for anything in science.  We cannot

9    take into account something that's not been discovered in any

10   equation.

11       **Q.**    But if there was discoveries tomorrow of something

12   else that causes NHL and then a discovery the day after that

13   that causes NHL, that would change all your numbers, correct?

14       **A.**    Actually, it really depends.  It may, essentially,

15   not change anything.  It really depends on what we are talking

16   about.  You know, if there was an atomic bomb effect that we

17   didn't know, that would change all the numbers.  If there were

18   things that are very small effects, that probably wouldn't

19   change almost at all the general picture.

20       **Q.**    Well, I mean, you pull a number from Cancer Research

21   UK and you put it into the formula, right?

22       **A.**    Yes.

23       **Q.**    Okay.  And so if the number's different, it's going

24   to change the answer, right?

25       **A.**    Yes.  I would just say that how much it changes

1    depends on how much is missing.

2       **Q.**    Okay.  What are the other numbers you plug into the

3    formula?  What number do you plug in for C?

4       **A.**    C, actually, is the number I want to discover.

5       **Q.**    And then what do you put in for X?

6       **A.**    X is the basic background mutation rate.

7       **Q.**    The basic background mutation rate?

8       **A.**    Yeah.

9       **Q.**    And for NHL, you got that from where?

10      **A.**    Actually, this is a mutation rate that's across

11   tissues.  It's not -- it's per cell division.  So there are

12   estimates in the literature that are referenced in the paper

13   for what is the normal -- when I mentioned to the jury earlier

14   that we estimate that there are about three to six mistakes

15   every time cells divide, that comes from that type of estimate.

16      **Q.**    So it's not specific to the lymph tissue where NHL

17   comes from?

18      **A.**    For the naturally occurring parts.  Actually, this is

19   a mistake that -- you know, it's an average, of course.  Every

20   single patient may have the -- you know, it's like a different

21   value.  But the averages are estimates, and many times have

22   been estimated in the literature.

23           MR. ORR:  Objection.  Nonresponsive.  Move to strike.

24           MR. LOMBARDI:  It's completely responsive, your

25   Honor.

**Exhibit N Page 31**

1   didn't?  I'm confused?

2       **A.**    So this is the equation where I was going to explain

3   how it works and it's the full equation.  But then when you

4   have to estimate C, you don't really need X.  And I can show

5   you why.  But the key part is that when you look at R, there is

6   a tilde sign.  It's not equal.  If it was equal, then the

7   equation wouldn't hold just for C.  But tilde means that it's

8   proportional to.

9       **Q.**    So if you take out X, then you pretty much just have

10  C equals RR?

11      **A.**    C to the N is proportional to R, yes.

12      **Q.**    And C stands for what, again?

13      **A.**    C is the increase in mutation rate that you would --

14  that you would observe due to the exposure.  So like in

15  smoking, C would be 3 or 4, something like that.

16      **Q.**    So you took data from Cancer Research UK that may or

17  may not be correct, and then you did a calculation based on

18  background mutation rate and you came up with a number, right?

19      **A.**    No.  I took data from UK Cancer Research, yes, which

20  are the most established data we could take, and then we

21  verified this formula.  In the supplementary of the paper, you

22  will see that for places where we had sequencing data, we

23  verified that this formula was good, was working, and then we

24  applied it to all the other cancer types.

25      **Q.**    Did that data include exposure to glyphosate and

1      **Q.**     And it can be in the spleen, right?

2      **A.**     You mean in the -- I would have to review the biology

3   of the spleen.  But I'm assuming that, yes, white blood cells

4   definitely can reach every organ, so they should be able to be

5   there too.

6      **Q.**     White blood cells can go all the way down your leg to

7   the foot as well, right?

8      **A.**     Correct.  Through the lymphatic system, yes.

9      **Q.**     Can you get NHL in your foot?

10      **A.**     You mean can you get a cell that has NHL -- the

11   mutations of NHL in the foot?  In the lymphatic -- I don't know

12   how they call veins -- or system -- you can get -- it's not

13   where it's going to originate, probably.  But you can get them

14   there too, yes.

15      **Q.**     So could you have -- one of these cells that is the

16   starter of the cancer, can it be in your foot when it gets

17   damaged enough to where it causes the NHL?

18      **A.**     In general, I don't think so.

19      **Q.**     What about -- what about in the -- how about the

20   thymus?  Is that part of the lymph system?

21      **A.**     The thymus is where T cells originate.  So, yeah,

22   that's one place where you could have cells there.

23      **Q.**     And so can you -- can you draw on the board kind of

24   how it all happens from stem cell down?

25      **A.**     I can try, yeah.

```
 1    if we go at this level, these cells cannot make copies of

 2    themselves.  They provide the function and they die.  That's

 3    why they cannot yield the cancer in the long run.

 4         Q.    So B cells don't clone themselves?

 5         A.    Sorry?

 6         Q.    B cells don't clone themselves?

 7         A.    Definitely not in general, no.

 8         Q.    Lymphoid -- well, before you're done there, where are

 9    the erythrocytes?

10         A.    Erythrocytes, I believe it's another word for red

11    blood cells.  And so they are here.

12         Q.    And where are the --

13         A.    By the way, I'm missing some pieces here because I'm

14    not a hematologist.  But there are in-between steps here too.

15         Q.    Where are the monocytes?

16         A.    Monocytes are on the myeloid side, I believe.

17         Q.    And where are the -- where are the basophils?

18         A.    Basophil, certainly, on the myeloid side too.

19    Neutrophil, that's basophil.

20         Q.    And can NHL develop in any of these cells?

21         A.    No.  NHL is on the lymphoid side.

22         Q.    And but any cell on the lymphoid side can suffer

23    damage and develop into cancer?

24         A.    Sorry.  Can you repeat?  Can suffer damage and

25    develop cancer?  No.  I just said no, because any of these
```

1   cells cannot cause cancer.  They are -- they can carry cancer,

2   but they cannot originate cancer, because they provide their

3   function, typically, a few days or weeks, and then they die.

4        **Q.**    So a B cell, that cannot be the source of NHL?

5        **A.**    Differentiated B cell?  No way, no, at least based on

6   current understanding.

7        **Q.**    Thank you.

8        **A.**    I'm talking about the differentiated.

9             THE COURT:  Okay.  Let's take about 10 minutes.

10            (Jury excused.)

11            (Off the record from 2:25 p.m. to 2:41 p.m.)

12            THE COURT:  Jurors are experiencing some -- oh, have

13   a seat -- hearing problems, especially when the Elmo is used.

14   You've got to move the mike or have your assistant move the

15   mike back and forth.  The poster board, they're not hearing --

16   if you're going to be using the poster board, maybe we just

17   have to -- and then if you're at the poster board --

18            MR. ORR:  I'm not sure we're going to be using the

19   poster board anymore.

20            THE COURT:  Well, that's a relief.  And then with the

21   Elmo, they need it enlarged and focused, and maybe even we

22   might even dim the lights.  I guess they're struggling with

23   that.

24            One of the struggles is that the clerks can't hear as

25   well, because two folks are using listening devices in the

1    **Q.**   And we looked -- we looked at this particular part of

2    the article.  Do you remember that?

3    **A.**   Yes.

4    **Q.**   If I fold this, that will help.  And you pointed out

5    that the authors indicated that 8.8 percent was due to

6    environmental exposures?

7    **A.**   Yeah.  The PAF, yes.

8    **Q.**   Number one, that's more than twice your calculation,

9    right?

10   **A.**   No.

11   **Q.**   Isn't your calculation 3.9 percent?

12   **A.**   But those are two different things.  This is number

13   of -- number of lymphoma -- you know, NHL patients.  I

14   calculated the number of mutations in those patients.  And so

15   in terms of mutation, you know, one is enough.  So, actually,

16   when you do a calculation, the two numbers are very extremely

17   close to each other.

18   **Q.**   So your 3.9 percent is not the percentage that's

19   preventable?

20   **A.**   Of mutations that are preventable.  Instead, this one

21   is the percentage of people that get cancer that would have

22   been preventable.  It's quite different.

23   **Q.**   So the 3.9 percent on the chart is not that 3.9

24   percent of cancers are due to environmental?  It's 3.9 percent

25   of mutations are due to environmental?

1   **A.**    Correct.  If you remember, what I presented is the

2   proportion of the mutations that are due to environment, to

3   hereditary factors, and to this normal repetitive mutations.

4   **Q.**    So the proportion of cancers that are due to

5   environmental are a higher percentage than the 3.9?

6   **A.**    Yeah.  Depending on how many do you need and how that

7   happens, you can have more, yes.

8   **Q.**    And this particular study was only looking at

9   particular environmental causes of these cancers, including

10  NHL, right?

11  **A.**    They were looking at -- I believe, at everything up

12  to that point, whatever the publication here is.  I think it's

13  2014, the data.  The data come from 2014, I guess.  They looked

14  at whatever was, essentially, associated as an exposure to

15  cancer.  Yeah, that's what I think they did.

16  **Q.**    Do you see that they estimated the proportion and

17  number of incident cancer cases attributable to the evaluated

18  risk factors, right?

19  **A.**    Yeah.

20  **Q.**    And so this chart is only about the risk factors that

21  they evaluated in the study, right?

22  **A.**    This is always how science works.  Only what you can

23  evaluate you can include in the analysis, yes.

24  **Q.**    And then they have a list of the factors that they

25  evaluated, right?

1    **Q.**    So the breast cancer rates in Japan are very low,

2   right?

3    **A.**    I don't remember that.

4    **Q.**    But people that live in Japan and move to the United

5   States --

6          THE COURT:  Mr. Orr, turn your mike around, please.

7    **Q.**    (BY MR. ORR)  People that live in Japan and then move

8   to the United States then acquire the much higher breast cancer

9   incidence that's in the United States, don't they?

10   **A.**    As I discussed -- described to the jury, it's not

11   just about recording the number of cases; it's also about the

12   health system.  For example, South Korea did a lot of screening

13   for head and neck and throat cancer, so then they had a lot of

14   that cancer, much more than the United States.  So, yeah.

15         MR. ORR:  Objection.  Nonresponsive.  Move to strike.

16         THE COURT:  Sustained.  Moved -- it is stricken.

17   **Q.**    (BY MR. ORR)  You just told us that the data is good

18   in Japan, right?

19   **A.**    I -- yes, but I said that it's not just about data.

20   It's also about the -- you know, what a country's doing,

21   specifically, for every cancer type.  Screening policies are

22   different in different countries.

23         MR. LOMBARDI:  Your Honor, could we have an exhibit

24   number?

25         MR. ORR:  There's no exhibit number.

1  height.  We are much taller today than 50 years ago.  And the

2  frequency of division of those cells, I expect it to be about

3  the same.  I cannot tell you that it's exactly the same.

4      **Q.**    You would agree that DNA double-strand breaks, that

5  would definitely be considered important damage to a cell,

6  right?

7      **A.**    It's certainly important damage to a cell.

8      **Q.**    You gave us the explanation of typing at a keyboard.

9  Do you remember that?

10     **A.**    Yes.

11     **Q.**    You agree that environmental exposures like

12  chemicals, lifestyles, lifestyle behaviors, those can make our

13  DNA make more mistakes than they normally would, right?

14     **A.**    That's exactly what I said, yes.

15     **Q.**    Now, you're now at the City of Hope hospital.  Is

16  that what you said?

17     **A.**    Yes.  City of Hope Cancer Center, yes.

18     **Q.**    You were at Johns Hopkins?

19     **A.**    Yes.

20     **Q.**    And at the time I took your deposition -- and at the

21  time of your deposition, you were employed by Johns Hopkins

22  University Medical Center?

23     **A.**    Yes.

24     **Q.**    And while you worked there, you represented that you

25  were a professor of oncology, right?

```
 1   non-Hodgkin's lymphoma subtypes.  Are you an expert in

 2   non-Hodgkin's lymphoma?

 3       A.    No.  As I said, I remember like three or four of

 4   them, which I think I mentioned, and then I'm aware that there

 5   is a long list, and I thought he was just reading that long

 6   list and that's why I kept saying yes.

 7       Q.    Did we -- did we call you here to testify about

 8   Mr. Johnson's cancer?

 9       A.    No.

10       Q.    Did we tell you anything about Mr. Johnson?

11       A.    No.

12       Q.    Did we tell you what kind of cancer subtype he had?

13       A.    No.

14       Q.    Did we talk about his exposure to Roundup with you?

15       A.    No.

16       Q.    Let's put up one of your exhibits, DTX 8892, please.

17   One of your articles, I should say.  And we'll look at the

18   front page first.  This is your 2017 article, correct?

19       A.    Yes.

20       Q.    And counsel went through this article and asked you a

21   series of questions.  Do you remember that?

22       A.    Yes.

23       Q.    And at one point, he read you a sentence from a

24   middle of -- the middle of a paragraph.  Do you remember that?

25       A.    Yes.
```

1  analysis.  I would say those were the two main criticisms.

2      **Q.**    Did you take action based on those criticisms?

3      **A.**    Yes.

4      **Q.**    And what action did you take?

5      **A.**    So the 2017 Science paper, we published the analysis

6  with IARC data on every single country in the world.  And the

7  analysis came with exactly the same result, to which IARC never

8  replied back to us.  And then we added breast and prostate,

9  which we didn't have regionally, and the results were

10 unchanged.

11     **Q.**    And in 2020, did IARC start to recognize naturally

12 occurring replication errors in its publications?

13     **A.**    Yes.  IARC has an annual publication that they

14 release every year, and in 2020, they have started now finally

15 to include a whole section, a chapter -- or section on this

16 particular way in which cancer occurs.  So even IARC now

17 recognizes that that is, you know, an important source.

18     **Q.**    So how many times did you say these articles were

19 cited, again?  Mentioned by other authors?  Approximately.

20     **A.**    Just specifically those two papers, probably about

21 3,000 times.

22     **Q.**    And counsel showed you a few.  I want to show you

23 another, DTX 9552.

24             MR. ORR:  Your Honor, objection.  Outside the scope.

25             MR. LOMBARDI:  It's directly in the scope, your