# EXHIBIT O

```
 1      IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2                     STATE OF MISSOURI
 3
 4   LEROY SEITZ, et al.,         )   Case No.
 5           Plaintiffs,          )   1722-CC11325
 6      v.                        )
 7   MONSANTO COMPANY,            )
 8           Defendant.           )
 9   _____)
10
11               VIDEOTAPED DEPOSITION OF
12               CRISTIAN TOMASETTI, PH.D.
13
14                  February 13, 2020
15                      9:05 a.m.
16
17      Nelson Mullins Riley & Scarborough LLP
18         100 S. Charles Street, Suite 1600
19                 Baltimore, Maryland
20
21
22
23   Reported By:  Lori J. Goodin, RPR, CLR, CRR, RSA
24             California CSR #13959
25   Assignment Number:  237497
```

```
 1                APPEARANCES OF COUNSEL

 2

 3   On Behalf of Plaintiffs:

 4       WEITZ & LUXENBERG, P.C.

 5       JERRY KRISTAL, ESQUIRE

 6       700 Broadway, 5th Floor

 7       New York, New York  10003

 8       212-558-5500

 9       jkristal@weitzlux.com

10

11   On Behalf of the Defendant and the Witness:

12       GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP

13       EMMA C. ROSS, ESQUIRE

14       200 South Wacker Drive, 22nd Floor

15       Chicago, Illinois  60606

16       312-881-5952

17       eross@goldmanismail.com

18

19

20

21

22

23

24

25
```

Cristian Tomasetti, Ph.D.

1                APPEARANCES (CONTINUED)

2

3    On Behalf of the Defendant:

4       NELSON MULLINS RILEY & SCARBOROUGH LLP

5       MICHAEL W. HOGUE, ESQUIRE

6       100 S. Charles Street, Suite 1600

7       Baltimore, Maryland  21201

8       443-392-9400

9       michael.hogue@nelsonmullins.com

10

11

12   ALSO PRESENT:

13      David Kroniger, Videographer

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    INDEX OF EXAMINATION
 2
 3   WITNESS:  CRISTIAN TOMASETTI, PH.D.
 4   EXAMINATION                                    PAGE
 5   By Mr. Kristal                                    7
 6   By Ms. Ross                                     300
 7   By Mr. Kristal                                  306
 8                     INDEX OF EXHIBITS
 9   TOMASETTI
10   Exhibit           Description                  Page
11   Exhibit 1     Materials considered list          42
12   Exhibit 2     Supplemental materials
13                 reviewed list, 2/13/20             81
14   Exhibit 3     Dr. Tomasetti's invoices,
15                 11/8/19, 12/9/19, and 2/4/20       86
16   Exhibit 4     Portier, et al., article,
17                 5/3/16                            102
18   Exhibit 5     Zhang, et al.,
19                 2019 meta-analysis                109
20   Exhibit 6     Minority Staff Report, 2/6/18    115
21   Exhibit 7     Hardeman vs. Monsanto            149
22   Exhibit 8     Pilliod vs. Monsanto             162
23   Exhibit 9     Monsanto Study, 10/24/83         179
24   Exhibit 10    Kang, et al., 2008 study         186
25   Exhibit 11    Prasad, et al. 2009 article      209
```

1            INDEX OF EXHIBITS (CONTINUED)

2    TOMASETTI

3    Exhibit            Description                    Page

4    Exhibit 12   Wang, et al, 2019 article             231

5    Exhibit 13   Tomasetti and Vogelstein

6                 2015 article                          245

7    Exhibit 14   Q&A to Tomasetti and

8                 Vogelstein 2015 article               252

9    Exhibit 15   YouTube screenshot about

10                Tomasetti and Vogelstein

11                2017 article                          261

12   Exhibit 16   Critiques of Tomasetti and

13                Vogelstein 2015 article,

14                and Dr. Tomasetti's response          266

15   Exhibit 17   Sornett and Favre critiques           273

16   Exhibit 18   Yong article                          276

17   Exhibit 19   Dr. Tomasetti's transcript

18                from 2017 press conference            284

19   Exhibit 20   Notice of Deposition                  288

20

21

22

23

24

25

Cristian Tomasetti, Ph.D.

1  the environmental factors that you believe
2  contribute to the development of non-Hodgkin
3  lymphoma.
4              MS. ROSS:  Object to form of the
5     question.
6  BY MR. KRISTAL:
7       Q.   And in the context of that answer,
8  you started off with occupational exposure to
9  asbestos.
10      A.   I understood the question, but my
11 answer I thought was precise.
12              What I said is that in Parkin,
13 et al., they classify for environmental exposures
14 they give some weight to so-called occupational
15 exposures.  That is not in my list.
16              Now, when you look at their paper --
17 and we will have to look at the literature.  I
18 cannot remember, you know, out of the thousands
19 of papers I read, I cannot remember exactly what
20 was listed in that precise paper.  We should look
21 at it.
22              So, what I can tell you certainly is
23 that glyphosate was not included as an
24 occupational exposure in NHL, according to Cancer
25 Research UK and Parkin, et al., if that is what

```
 1   you are asking.
 2             And then, as I said, there are
 3   things, like HIV and some viruses, and basically
 4   things that either suppress the immune system or
 5   put the immune system in a state of chronic
 6   inflammation or activation.
 7        Q.   So, where does asbestos fit in?  Why
 8   was that in your answer originally?
 9        A.   I would have to look at the paper.
10   That was just, and maybe I shouldn't have even
11   said it, but that is my recollection of under
12   occupational exposures, of Parkin, what they
13   list, one of the typical exposures for
14   occupational exposures is asbestos.
15        Q.   Okay.  Let me see if I understand
16   you.  You are saying there is a list from 2011.
17        A.   Yes.
18        Q.   And that is the list that you are
19   thinking of in responding to my answer -- to my
20   question?  I'm sorry.
21             I'm just trying to understand what
22   you were referencing.
23        A.   So, what I said is that in the
24   evaluation I did in 2017 --
25        Q.   Right.
```

```
 1              CERTIFICATE OF COURT REPORTER

 2   STATE OF MARYLAND           )

 3   COUNTY OF ANNE ARUNDEL      )

 4           I, LORI J. GOODIN, the reporter before

 5   whom the foregoing deposition was taken, do

 6   hereby certify that the witness whose testimony

 7   appears in the foregoing deposition was sworn by

 8   me; that the testimony of said witness was taken

 9   by me in machine shorthand and thereafter

10   transcribed by computer-aided transcription; that

11   said deposition is a true record of the testimony

12   given by said witness; that I am neither counsel

13   for, related to, nor employed by any of the

14   parties to the action in which this deposition

15   was taken; and, further, that I am not a relative

16   or employee of any attorney or counsel employed by

17   the parties hereto, or financially or otherwise

18   interested in the outcome of this action.

19                    _____

20                    [Signature: Lori J. Goodin]

21                    LORI J. GOODIN

22                    Notary Public in and for the

23                    State of Maryland

24   My Commission expires:

25   August 2, 2021
```