# EXHIBIT P

Jack Goldberg, M.D., FACP

```
 1              IN THE CIRCUIT COURT OF
                BENTON COUNTY, ARKANSAS
 2                  CIVIL DIVISION
 3   ROBERT CODY, Special      :
     Administrator of the      :
 4   Estate of Wanda Cody,     :
     Deceased,                 :
 5         Plaintiff,          :
     -vs-                      :Case No. 04CV-2021-585
 6                             :
     MONSANTO COMPANY, A       :
 7   Company, WALMART, INC.,   :
     A Corporation,            :
 8                             :
           Defendants.         :
 9
10                    - - -
11              OCTOBER 20, 2022
12                    - - -
13
14         Videotaped deposition of JACK
15      GOLDBERG, M.D., FACP, at the Delta Hotel
16      Philadelphia Airport, 500 Stevens Drive,
17      Philadelphia, Pennsylvania, commencing at
18      9:13 a.m., on the above date, before
19      Margaret M. Reihl, RPR, CRR, CCR.
20
21
              GOLKOW LITIGATION SERVICES
22      877.370.3377 ph │ 917.591.5672 fax
                   Deps@golkow.com
23
24
25
```

1   lymphocytes confirmed that the association of the
2   toxin on the skin and the lymphocytes circulating
3   results in an impairment in the DNA causing
4   translocations, and translocations are a main
5   theme of lymphoma.  That's how these lymphomas
6   arise from translocations.
7              This is not a mutagenic disease.
8   It's a translocation disease and that that's how
9   this forms.  These toxins in the skin, the
10  lymphocytes that recognize those antigens become
11  involved with those antigens and then subsequently
12  form lymphoma.  Very similar to the same thing
13  that happens with viruses that may occur, like EB
14  viruses, Epstein-Barr viruses, that end up occult
15  and then suddenly the disease turns into a
16  lymphoma.
17             So there's an interaction between
18  an antigen, an invader.  In this case, Roundup is
19  not a virus, it's an abnormal protein.  So that is
20  my -- another opinion that I have, that it makes
21  sense that this is causation based on the fact
22  that antigen lymphocyte processing, lymphocyte
23  translocation, translocation leading to lymphoma,
24  and one of those lymphomas would be an
25  intravascular diffuse large B-cell lymphoma.

1  are errors that occur when cells divide and

2  recombine.  You need the right translocation to

3  end up having a lymphoma.

4          Q.     Driver translocation?

5          A.     I'm not sure what a driver

6  translocation is.

7          Q.     Can those translocations occur any

8  time a cell replicates?

9          A.     Sure.

10         Q.     And our cells are replicating

11 constantly, correct?

12         A.     Correct, but on the side of the

13 lymphocytes, they don't replicate.  Lymphocytes do

14 not replicate.

15         Q.     Are you offering an opinion in this

16 case on the dose of glyphosate that Ms. Cody

17 received?

18         A.     I'm offering an opinion that having

19 reviewed Dr. Sawyer's records, which are quite

20 detailed, he did a very extensive analysis.  I

21 reviewed the records related to the depositions,

22 but he provided a very extensive analysis of her

23 exposure and the dosing that she -- I didn't do

24 that myself, he did.  I reviewed his information,

25 and I think that that is very important

1  Caucasian is universal.  I mean, it's a
2  characterization of who we are and just the
3  population basis of who is at more or less risk by
4  racial profiling, but I think that, more
5  importantly, if you're exposed to something that
6  is a carcinogen and a potential lymphoma-inducing
7  agent, that's it.  You can't dismiss it.
8          Q.    Do you agree that random
9  translocations have to be included as a risk
10 factor for Ms. Cody's DLBCL?
11         A.    They're not random.  So when a
12 lymphoma develops, it develops not from a random
13 translocation.  It develops from a translocation
14 that involves the gene process that codes for a
15 B-cell and that translocates with another genetic
16 material on another chromosome that causes that
17 genetic program to now proliferate and become a
18 malignant cell.  So it's not a random
19 translocation, it's specific.
20               For example, 11 and 14, 1418, these
21 are the chromosomes that are the risk factors.
22 These are the ones that get hit.  In CML, as I
23 mentioned, everybody with CML, everybody has the
24 same translocation and related to radiation
25 exposure.

1  don't know what happens to them, but they

2  certainly don't form non-Hodgkin's lymphoma.

3  These are specific programmatic changes in the DNA

4  that results in these cells.

5            MR. KOOPMANN:  Okay.  Let's take a

6       break.

7            THE VIDEOGRAPHER:  Going off video

8       record, 11:44 a.m.

9            (Brief recess.)

10           THE VIDEOGRAPHER:  We're back on

11      video record, 12:02 p.m.

12 BY MR. KOOPMAN:

13      Q.   Dr. Goldberg, would you agree that

14 you cannot say that there's a specific number of

15 translocations that are sufficient to cause NHL?

16      A.   So just to maybe retrace a little

17 bit, the cancer cell that's involved in lymphoma

18 is a lymphocyte, and these lymphocytes do not

19 divide.  So there is no translocation that occurs

20 regularly in them because they don't divide.  They

21 begin their division or expansion when they are

22 induced by an agent.  So we call that -- that's

23 what's called fitogens or mitogens, and if you get

24 a vaccine, your T-cells that are not dividing and

25 B-cells are not dividing capture the signal of

1  that virus, that vaccine.  They then process that
2  information, pass it to the B-cells, and the
3  B-cells then go into their lymph nodes where
4  they're located, it's their housing, and they
5  expand, and that's when they begin to process that
6  antigen and begin to expand the clone, and that's
7  when they divide.
8           And it's at that point in time when
9  that antigen is induced that they can have
10 translocations occur, but they don't translocate.
11 There's no active translocation in T-cell or
12 B-cell circulating in our blood.  They
13 recirculate, and because they make an important
14 immune function for us, they have in those cells
15 an anti-apoptosis gene that protects them from
16 becoming dead or undergoing death, and so they're
17 immortal.  Reason for that is if they weren't
18 immortal, we'd have to be vaccinating ourselves
19 every two days.  So they maintain the memory of
20 the antigen they were expressed to.
21           So when a DNA event occurs in a
22 B-cell or a T-cell, it's when they interact with
23 their environment.
24      Q.    And that's what causes the
25 translocation?

1          A.     Correct.

2          Q.     And but are there a specific number

3   of these translocations that have to occur in

4   order for a patient to develop NHL?

5          A.     No, I don't think we know what --

6   how that process occurs at all, except to know

7   that once a certain translocation occurs, they

8   have lymphoma.

9          Q.     And do you agree there's no way to

10  tell how many specific translocations occurred in

11  Ms. Cody that led to her lymphoma?

12         A.     They did some studies on her cells.

13  I don't know if they did detailed translocation

14  study, they did some.  They weren't able to show

15  anything.

16         Q.     So there's no study, lab test or

17  other type of test that we can look at in

18  Ms. Cody's records that indicates what

19  translocation or translocations occurred in her to

20  result in her having NHL?

21         A.     That translocation was not seen in

22  that development of her lymphoma.  That doesn't

23  mean it didn't occur, it's there, but, you know,

24  it's at the limit of what we could detect.

25         Q.     But there's no test that we could

Jack Goldberg, M.D., FACP

 1        A.    I think -- you know, within certain
 2   framework, the answer is yes, sure.
 3        Q.    Cells contain DNA, right?
 4        A.    Yes.
 5        Q.    And that DNA includes thousands of
 6   genes, right?
 7        A.    Correct.
 8        Q.    And cells in our bodies divide and
 9   replicate all the time, right?
10        A.    Correct.
11        Q.    And when cells copy their DNA and
12   genes, they copy billions of pairs, correct?
13        A.    Correct.
14        Q.    That cell division happens billions
15   of times in our lives, correct?
16        A.    Correct.
17        Q.    And just like other cells in our
18   body, lymphocytes divide throughout our lives as
19   well, correct?
20        A.    They do not.  As I mentioned,
21   lymphocytes, T-cells and B-cell lymphocytes do not
22   divide.  They're dormant.  They divide in response
23   to an antigen.
24        Q.    And only in response to antigens?
25        A.    Correct.