# EXHIBIT Q

```
1      IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
2                       CIVIL DIVISION 5
3
4      IN RE: ROUNDUP PRODUCTS LIABILITY
5      LITIGATION
6                                   Case No. 04CV-2021-585
7
8      ROBERT CODY, Individually, and
9      as Administrator of the ESTATE
10     OF WANDA CODY,
11                    Plaintiff,
12
13     vs.
14
15     MONSANTO COMPANY, et al.
16                    Defendants.
17
18              VIDEOTAPED DEPOSITION
19                       OF
20              DAVID J. MOONEY, MD
21                November 10, 2022
22
23
24     REPORTED BY:
25        Alexandria C. Nelson, CCR
```

```
 1      there's some, I think, suggestions for some
 2      of the different pesticides we certainly need
 3      to account for when -- when sort of piecing
 4      things together, dicamba, 4 -- 4 TBT,
 5      atrazine, a few of those others that -- you
 6      know, every article has some suggestions but,
 7      you know, overall when you're looking at sort
 8      of the literature overall, I didn't see any
 9      that sort of jumped out as this is
10      definitively cancer risk, this one particular
11      chemical.
12              MR. ORR:  I object to the
13      nonresponsive portions of the answer after
14      "no".
15      BY MR. ORR:
16         Q.   Do you agree that DLBCL results
17      from the malignant transformation of mature
18      B-cells?
19         A.   Yes.
20         Q.   Do you believe that Mrs. Cody had
21      intravascular lymphoma?
22         A.   You know, the pathology -- the
23      pathology report, you know, I think from the
24      excisional biopsy, you know, stated that it,
25      you know, either it includes -- the
```

1   outside of the lymph node to either a memory
2   B-cell or a plasma cell and those plasma
3   cells can then undergo further class
4   switching that can also cause genetic
5   changes.
6           So I would say in that one
7   arrow, or that two arrows from the
8   lymphoblast to B lymphocyte, there's sort of
9   three big sort of genetic hypermutation areas
10  where a B-cell 6 translocation occurs and I
11  think most of the consensus is B-cell 6
12  happens most often, especially with germinal
13  B-cells, during that somatic hypermutation
14  that can cause both point mutations as well
15  as rarely strand breaks during this volatile
16  period where translocations could occur.
17       Q.   Do you agree that somatic
18  hypermutation requires an antigen?
19       A.   Yes, so it requires antigen and
20  cytokine signaling and T-cell signaling.
21  It's a complex process.
22       Q.   And exposure to glyphosate or
23  Roundup would be an example of an antigen,
24  right?
25       A.   Yeah, I mean, anything if it

1    makes it into a lymph node could be an
2    antigen.
3         Q.    Any chemical could be an antigen?
4         A.    Any substance could be an
5    antigen.  Your own cells can be antigens, the
6    unfragmented cells.
7              MR. ORR:  I'd like to mark this
8    chart as, we're on Exhibit 4, I believe.
9              (Discussion about Exhibit.)
10   BY MR. ORR:
11        Q.    So on Exhibit 4 at the very bottom
12   right it says B lymphocyte, do you see that?
13        A.    Yes.
14        Q.    Would you agree that the BCL6
15   rearrangement occurs after this B lymphocyte
16   is formed?
17        A.    Yeah, I mean, it's not in the
18   lymphoblast phase, that would be leukemia, so
19   yes.
20        Q.    So -- so could you circle the --
21   the B lymphocyte?
22             (Witness complies.)
23        A.    Okay.
24        Q.    Am I correct that you would agree
25   that the BCL6 rearrangement that caused

```
 1    Mrs. Cody's NHL happened at the point where
 2    you circled or later, right?
 3         A.   Yes.  I mean, it appeared to be
 4    a germinal center sort of cell, so that would
 5    be, you know, when it's a B lymphocyte
 6    centroblast, that type of thing, in the -- in
 7    the node.  But that would be a -- I mean, a
 8    centroblast is a type of B lymphocyte.
 9         Q.   So how -- how does the polio
10    vaccine, how does that last for life?
11              MR. CHERNACK:  Objection.  Beyond
12    the scope.
13         A.   The polio vaccine, so you have
14    memory B-cells that sort of stick around
15    after the vaccination and the antigen
16    stimulation resulting with the polio vaccine.
17    After you have that initial immune response,
18    the memory B-cells stay around and wait to be
19    reactivated.
20    BY MR. ORR:
21         Q.   And so, there are B lymphocytes
22    that -- that live in all of us and they live
23    for many, many, many years, right?
24         A.   Yes, so there are, you know,
25    inactive B lymphocytes like memory cells and
```

1       then there are active B lymphocytes that are,
2       you know, being activated in lymph nodes as
3       well as other immune system organs,
4       hematopoietic organs.
5           Q.   Is there anything about this chart
6       in Exhibit 4 that you think is inaccurate or
7       you disagree with?
8           A.   No, I would just say that that
9       arrow from the small lymphocyte to the B
10      lymphocyte is a pretty short arrow for a
11      pretty complex process, as I mentioned
12      earlier.
13          Q.   Am I correct that B-cell
14      lymphocytes, they don't replicate unless
15      they're exposed to an antigen?
16          A.   Well, yeah -- well, so in the
17      bone marrow you have continual production of
18      new B lymphocytes.  That happens irregardless
19      in the recombination, associated with that
20      happens irregardless of antigen stimulation.
21      The somatic hypermutation that happens in the
22      lymph node happens in relation to some sort
23      of antigen presenting stimulation from
24      T-cells, antigens, dendritic cells,
25      macrophage activating cells.

```
 1           Q.    So if you have a B-cell lymphocyte
 2     like at the bottom right-hand corner, the one
 3     you circled, if it gets exposed to an antigen,
 4     then it can clone itself and create another
 5     B-cell lymphocyte that -- it's designed to
 6     deal with whatever antigen, the first one it's
 7     exposed to, right?
 8           A.    Are you talking about naive
 9     B-cells or memory cells or plasma B-cells?
10           Q.    Well, after this stage where
11     you've circled the B lymphocyte, so are
12     there -- are there stages and processes after
13     that?
14           A.    Yeah, that's what I just talked
15     about for like five minutes before, where you
16     have the naive B-cells, the centroblasts, the
17     mature B-cell, I think can convert into a
18     memory cell or a plasma cell.  I mean, all
19     that's a B lymphocytes, but there are
20     multiple steps within B lymphocytes.  So you
21     have naive B lymphocytes, mature B
22     lymphocytes.
23           Q.    And so, that B lymphocyte can
24     become one of several different types of B
25     lymphocytes?
```

```
 1          A.     Right.
 2          Q.     And what are those again?  Memory
 3     B-cell, that's one, right?
 4          A.     Yeah, I mean, the mature forms
 5     are memory B-cells, plasma cells.  Those are
 6     the ones that kind of last.  The ones that
 7     are sort of in the bone marrow primed to
 8     respond are the naive B-cells that then can
 9     get activated to centroblast, and then once
10     you go through the centroblast you're finding
11     another somatic hypermutation then you can
12     become a mature B-cell, if you've been
13     stimulated.
14          Q.     And if -- if a B lymphocyte
15     dies -- well, do these lymphocytes ever die?
16          A.     I mean, the memory B -- B
17     lymphocytes will -- can decrease in number
18     but usually there's a clone of -- of each
19     active -- one that's been activated that
20     stays around.  Plasma cells usually don't
21     last very long, they secrete their antibodies
22     and then, you know, once the immune invasion
23     is over they sort of peter out, the plasma
24     cells do.
25          Q.     And that creates a need for
```

```
 1      replacement, right?
 2           A.     What does?
 3           Q.     Well, if -- if the plasma cells
 4      are going away, then they're going to need to
 5      be replaced with new ones, right?
 6           A.     I mean, if you have another
 7      stimulation that -- that means that -- I
 8      mean, you don't necessarily just always need
 9      new plasma cells, but certainly plasma cells
10      are sort of ongoing up and down, up and down,
11      after they're been activated -- after the
12      naive cells have been activated or if a
13      memory cell is activated.
14           Q.     When you say "activated", what are
15      you referring to?
16           A.     In which -- in which phase?
17      Which -- what are you talking about?
18           Q.     Well, do memory B-cells get
19      activated?
20           A.     So, yeah, that's what I was --
21      you know, if you have a -- you know, if you
22      have a memory B-cell that's already been
23      stimulated, responded and refined in the
24      lymph node and then is now hanging out as a
25      memory cell, those can be reactivated if the
```

```
 1    antigen presents itself to the -- in the
 2    memory cell finds its sort of soulmate
 3    antigen which can then sort of re-trigger the
 4    process of producing cytokine, plasma cells,
 5    more immunoglobins, that type of thing.
 6    Usually memory cells won't go -- undergo
 7    further somatic mutation.  But if a -- if a
 8    naive B-cell is activated, then it goes
 9    through that whole genetic process.
10         Q.    And so the naive B-cell gets
11    activated can then become a memory cell?
12         A.    Right, after it gets refined in
13    the germinal center.
14         Q.    And do -- do naive B-cells become
15    plasma cells?
16         A.    Yes, after they're activated in
17    the germinal center.
18         Q.    So some naive B-cells become
19    memory cells and some become plasma cells?
20         A.    They usually become both but,
21    yeah.
22         Q.    And do -- do naive B-cells ever
23    die?
24         A.    I'm not sure we can test that.
25    I mean, they stick around for a while in
```

```
1     the -- in the lymph nodes waiting to sort of
2     be exposed, but there are continually new
3     naive B-cells being put into the lymph nodes
4     through the lymph -- lymph stem cells in the
5     bone marrow that are continuing making new --
6     new ones, new lymphocytes.
7          Q.   So the lining of the colon, it --
8     basically all of the cells of that lining,
9     they replace themselves every four or five
10    days; is that right?
11         A.   Yeah, that sounds about right.
12         Q.   The -- the B lymphocytes, they
13    aren't like that at all, they -- they stick
14    around for a long time, right?
15         A.   They stick around for a long
16    time, but there's continually new ones being
17    made in the bone marrow.  I mean, if you look
18    in a bone marrow -- static bone marrow biopsy
19    there's plenty of --
20              MR. ORR:  You kind of froze
21    there.
22         A.   There's -- there's plenty of
23    new -- can you hear me?
24              MR. CHERNACK:  We're on an hour
25    anyway, why don't we -- about an hour.  Why
```

```
 1     don't we take five minutes, that seems to be
 2     a sign from God that we --
 3               VIDEOGRAPHER:  We're off the
 4     record.  The time is 11:23 a.m.
 5               (Break taken.)
 6               VIDEOGRAPHER:  We are back on the
 7     record.  The time is 11:38 a.m.
 8               MR. ORR:  Do you have Exhibit 5,
 9     Dr. Mooney?
10               (Whereupon, Plaintiff's
11               Exhibit 5 was marked
12               for identification.)
13     BY MR. ORR:
14          Q.   The first page of Exhibit 5 is
15     what, substitution, insertion, deletion or
16     frameshift?
17          A.   The first page is a substitution
18     of a single nucleotide.
19          Q.   Do you agree that this is a
20     classic example of a substitution?
21          A.   Yes.
22          Q.   And do you agree that there's no
23     evidence in this case that Mrs. Cody's NHL was
24     caused by a substitution, right?
25          A.   Sure.  Yeah, we have no
```

```
 1      important for researched -- for research to be
 2      peer reviewed because otherwise you could get
 3      a lot of quackeries that have nothing to do
 4      with real science?
 5              MR. CHERNACK:  Objection.  Beyond
 6      the scope.
 7          A.  Yes.  Ideally everything is peer
 8      reviewed and -- and published, that gives you
 9      much more confidence in the -- in the data.
10      BY MR. ORR:
11          Q.  We were talking earlier about how
12      fast the cells of the cervix replicate, do you
13      remember that?
14          A.  Yes.
15          Q.  And those cells, they replicate at
16      a very high grade, would you agree?
17          A.  I think that would make sense.
18      I don't know the exact rate but, yes, that
19      would, you know, clinically fit, yes.
20          Q.  And you treat patients with
21      cervical cancer?
22          A.  Yes.
23          Q.  Would you agree that whether or
24      not cell replication rates are associated with
25      cancer risk in a particular organ -- well,
```

1      strike that.
2              Do you agree that whether or not
3      cell replication rates are associated with
4      cancer risk in an organ really depends on the
5      type of cell?
6      A.      Yes, I think that's probably
7      generally true.
8      Q.      And that's what you were telling
9      us earlier is that some cells that replicate
10     fast, they can create some natural copy errors
11     and other cells that can replicate fast don't?
12     A.      Right, or there's less clinical
13     relevance if the copy errors occur in a what
14     I call a non-dynamic cell.
15     Q.      Would you agree that how often the
16     cells of an organ divide doesn't really tell
17     us what the percentage of the cancers of that
18     organ are from natural copy errors?
19     A.      Correct, that's not a one size
20     fits all rule.  That's one thing that you
21     would take into account, you know, but, you
22     know, it wouldn't be the only driver of --
23     for risks for cancer.
24     Q.      When you're talking about
25     epidemiology studies related to Roundup

```
 1          Q.     Yes, at that other highlighted
 2   paragraph on page 12, if you can just read
 3   that paragraph to yourself.
 4                 (Witness reviews document.)
 5          A.     Okay.
 6          Q.     And then if you go to page 29 of
 7   the Ninth Circuit opinion.
 8                 (Witness complies.)
 9          Q.     Paragraph that starts with the
10   highlighted sentence, you see that?
11          A.     Uh-huh.
12          Q.     It says Ninth Circuit makes the
13   exact same point Dr. Portier makes, correct?
14          A.     Yes, that's a similar point
15   that's -- right.
16          Q.     Am I correct that Mrs. Cody's NHL
17   started with a translocation in a
18   differentiated B-cell?
19          A.     Yes, that appears to be the
20   driver mutation.
21          Q.     How many NHL patients have you
22   treated on average each year during your
23   career?
24          A.     You said which NHL patients?
25          Q.     Yes.
```

```
 1    BY MR. ORR:
 2         Q.    So would you agree that based on
 3    the testimony you read she frequently got
 4    copious amounts of Roundup on her skin?
 5         A.    I don't really remember them
 6    saying how much exposure she had in terms of
 7    skin exposure.  I think as you had sort of
 8    suggested earlier, most of what we're
 9    concerned about is more oral exposure animal
10    studies.
11         Q.    You're not aware of any mutational
12    signatures associated with pesticides, are
13    you?
14         A.    What do you mean by mutational
15    signatures?
16         Q.    Well, if you did DNA testing and
17    you -- you looked at all the -- the mutations
18    in people that have been exposed to pesticides
19    and then you looked at the DNA of people that
20    weren't exposed to pesticides and you compared
21    the two to see if you could see some signature
22    difference, that's just never been done, to
23    your knowledge, right?
24         A.    Comparing of the two, I don't
25    think so.
```

```
 1          Q.    Are you aware of any mutational
 2    signatures for -- for any environmental
 3    exposures?
 4          A.    Mutational signatures.  Like
 5    you're talking about for tumors or just
 6    environmental exposure?
 7          Q.    Well, I mean, like, you know, is
 8    there some mutational signature that can tell
 9    us if a person's lung cancer was caused by
10    smoking or whether it was lung cancer caused
11    by something else?
12          A.    No.  Specifically for lung
13    cancer we know that sort of the mutational
14    burden in lung cancers is often more complex
15    or involved in the RAS pathway than for
16    nonsmokers that tend to have a more single
17    driver mutation.
18          Q.    But you can't do DNA testing and
19    from that DNA testing, look at the various
20    mutations they have and determine whether it
21    was caused by some environmental exposure, you
22    can't do that, can you?
23          A.    No, there's no -- there's
24    nothing that spits out a report like that
25    that we can confidently say one way or the
```

```
 1    other.
 2         Q.    And there's no way to look at
 3    people's DNA and look at what mutations they
 4    had and determine whether they're naturally
 5    occurring copy errors or whether they're
 6    mutations caused by smoking or other
 7    environmental exposures, correct?
 8         A.    Correct.
 9         Q.    So if we look at -- we do DNA
10    testing and we look at someone's mutations, we
11    can't tell whether that's a natural -- natural
12    occurring error or whether it's from being
13    exposed to benzene, asbestos, cigarette
14    smoking, agent orange, anything like that, we
15    can't tell, correct?
16         A.    Correct.  That's why we do
17    epidemiology studies to determine risk
18    factors, I guess.
19               MR. ORR:  Kim, could you make
20    Exhibit 14 the -- the genotox slide?
21               Actually, you know what, let's
22    just skip that.  Let's not waste time on
23    that.  Don't worry about it.
24    BY MR. ORR:
25         Q.    So you said you have some notes
```

