# EXHIBIT R

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4                                          MDL NO. 2741

 5      IN RE:   ROUNDUP PRODUCTS      Case No. MDL No.

 6      LIABILITY LITIGATION           3:16-MD-02741-VC

 7

 8      This document relates to:

 9      Karen Delorme-Barton,

10           vs.

11      Monsanto Company.

12      Case No.

13      3:18-cv-01427-vc

14
                                    DATE:  April 25, 2023
15                                  LOCATION:  Vancouver, BC
                                    (Via Videoconference)
16

17

18   _____

19                         DEPOSITION

20                            OF

21                     DR. GRAHAM SLACK
     _____
22

23

24

25
```

```
 1                        APPEARANCES

 2
          APPEARING FOR THE PLAINTIFF:
 3
                WEITZ & LUXENBERG
 4              Fisher Building
                3011 West Grand Blvd., 24th Floor
 5              Detroit, Michigan  48202
                BY:  Joseph Mandia, Esquire
 6                   Gregory Stamatopoulos, Esquire
                     Chantal Khalil, Esquire
 7                   gstamatopoulos@weitzlux.com
                     jmandia@weitzlux.com
 8


 9


10
          APPEARING FOR THE DEFENDANT:
11
                GOLDMAN ISMAIL TOMASELLI
12              BRENNAN & BAUM LLP
                200 South Wacker Dr. Suite 2200
13              Chicago, Illinois  60606
                BY:  James Coleman, Esquire
14                   jcoleman@goldmanismail.com


15
     OFFICIAL COURT REPORTER:
16
            Margaret Wills

17


18   VIDEOGRAPHER:

19          Julia Robinson


20


21


22


23


24


25
```

```
 1              able to identify any specific time period or any
 2              time in which she would have had the specific
 3              replicative errors in the DNA that would have
 4              caused her follicular lymphoma?
 5        A     No.  I can't make that determination based on
 6              what I've been presented with.
 7   509  Q     Do you know how many random replicative errors
 8              in DNA that she had which eventually resulted in
 9              your opinion in her follicular lymphoma?
10        A     I do not know the number that she had.  We have
11              -- they, her medical team only tested for one so
12              we're only aware of the one.  However, we know
13              that particular error, the translocation 14;18,
14              is a necessary but not sufficient abnormality to
15              develop what we call classic follicular lymphoma
16              so I know that she must harbour other
17              abnormalities.
18   510  Q     Do you have an opinion as to how many
19              abnormalities she must harbour in order to have
20              follicular lymphoma?
21        A     I don't have the specific numbers but I do know
22              that all the follicular lymphomas we tested, or
23              at least a handful, say at a bare minimum three
24              other genetic mutations.  That's speculation.  I
25              don't know for sure.
```

| | | | |
|---|---|---|---|
| 1 | 511 | Q | Were the other genetic abnormalities that you |
| 2 | | | believe she must have had, other than what |
| 3 | | | you've already identified, do you have any idea |
| 4 | | | or are you able to identify what the specific |
| 5 | | | genetic abnormality is? |
| 6 | | A | In the case of Ms. Delorme-Barton, no, I can't |
| 7 | | | do that. |
| 8 | 512 | Q | Can you identify what year those other genetic |
| 9 | | | abnormalities would have occurred that would |
| 10 | | | have led to her -- in your opinion that would |
| 11 | | | have led to her follicular lymphoma? |
| 12 | | A | No, I cannot do that based on the information I |
| 13 | | | have. |
| 14 | 513 | Q | Have you seen any genetic sequencing that has |
| 15 | | | been done related to Karen Delorme-Barton? |
| 16 | | A | I've not seen any sequencing data from her |
| 17 | | | tumor. |
| 18 | 514 | Q | Now, you have identified -- I believe you said |
| 19 | | | it was a T4 T18 translocation, correct? |
| 20 | | A | Yes.  That's what's been reported in the medical |
| 21 | | | records. |
| 22 | 515 | Q | Is that a chromosome -- is that a chromosome |
| 23 | | | translocation? |
| 24 | | A | Yes.  It's the juxtaposition of two disparate |
| 25 | | | pieces of chromosome together to form one |

```
 1            case, correct?
 2      A     The ones that were provided to me, yes.
 3  613 Q     Did you see any evidence in any diagnostic
 4            images that would support your opinion that
 5            random replicative errors was the cause of Karen
 6            Delorme-Barton's follicular lymphoma?
 7      A     Uhm, in the absence of any identifiable
 8            environmental cause --
 9  614 Q     I'm asking -- I just want to make sure my
10            question is clear.
11                  Can you point to anything in any of the
12            diagnostic -- you're familiar with diagnostic
13            imaging, correct?
14      A     Yes.
15  615 Q     And can you explain to us what that is?
16      A     Diagnostic imaging is the field of medicine that
17            is dedicated to examining anatomical structures
18            using basically X-rays, CT scans, MRIs, et
19            cetera.
20  616 Q     Have you seen anything, any reporting in any of
21            the reports from any of the diagnostic images
22            that would support your opinion that random
23            genetic mutations caused Karen Delorme-Barton's
24            follicular lymphoma?
25      A     None of the reports that I have seen reported on
```

```
 1              an extrinsic cause for what they are seeing, so
 2              I am left with there is no identifiable cause in
 3              the imaging.
 4   617   Q    Okay.  I'm asking you affirmatively have you
 5              found anything in any of the reports for any of
 6              the diagnostic imaging that would support your
 7              opinion that Karen Delorme-Barton's follicular
 8              lymphoma was caused by random replicative
 9              errors?
10        MR. COLEMAN:
11              Objection.  Asked and answered.
12         A    None of the diagnostic imaging reports that I
13              have reviewed indicated any extrinsic causes for
14              what I'm seeing so I'm left with random
15              replicative causes.
16        MR. MANDIA:
17              I'm going to move to strike the
18              non-responsive portions.
19   618   Q    I'm not asking you questions related to the
20              absence of evidence.  I'm asking you a question
21              related to whether or not you've seen or you're
22              going to see or point to any evidence -- not the
23              absence of evidence but any type of finding in
24              any of the diagnostic imaging that would support
25              affirmatively your opinion that it was random
```

```
 1            replicative errors that caused Karen

 2            Delorme-Barton's follicular lymphoma?

 3       MR. COLEMAN:

 4            Object to form.  Asked and answered.

 5       A    Absence of a positive finding is still an

 6            affirmative finding.

 7       MR. MANDIA:

 8  619  Q    I'm not asking you that.  I understand your

 9            opinion and I'm not asking you that.  I'm asking

10            have you seen anything affirmatively stated in

11            any of the diagnostic reports -- the images from

12            the -- the reports from the diagnostic images

13            that you're going to point to to say, "This

14            supports my opinion that random replicative

15            errors caused Karen Delorme-Barton's follicular

16            lymphoma"?

17       MR. COLEMAN:

18            Object to form.  Asked and answered.

19       A    I'm going to point out that they have not

20            identified any extrinsic factors that caused her

21            lymphoma.

22       MR. MANDIA:

23  620  Q    That's not my question and we will come back for

24            this or I will really move to strike your

25            testimony based off this.
```

```
 1                This is a really, really simple question.
 2                Are you pointing to anything written in any of
 3                the reports for any of the diagnostic images
 4                that you believe supports your opinion that
 5                random replicative errors was the cause of Karen
 6                Delorme-Barton follicular lymphoma?
 7           MR. COLEMAN:
 8                Object to form.  Asked and answered.
 9       A   I will point to the written report to indicate
10                that they did not write there are any extrinsic
11                factors identified.
12           MR. MANDIA:
13                Not my question.  Move to strike
14                non-responsive portions.
15  621  Q   Will you point to any words -- any actual words
16                you can see in the reports for the diagnostic
17                images that you're going to say supports your
18                position that random replicative errors caused
19                Karen Delorme-Barton's follicular lymphoma?
20           MR. COLEMAN:
21                Object to form.  Asked and answered.
22       A   I will point to the reports and I will use them
23                to support my position there were no
24                identifiable extrinsic factors that caused her
25                follicular lymphoma.
```

```
 1   622  Q    I'm going to move to strike the non-responsive
 2             portions.
 3                  Was there anything in any of the reports
 4             that supported the opinion it was random genetic
 5             mutations that caused Karen Delorme-Barton's
 6             follicular lymphoma?
 7        MR. COLEMAN:   Object to form.  Asked and answered.
 8        A    Can you repeat the question please?
 9        MR. MANDIA:
10   623  Q    Sure.  Are you going to point to anything
11             written in any of the reports for any of the
12             diagnostic images that would support your
13             position that random replicative errors was the
14             cause of Karen Delorme-Barton's non-Hodgkin's
15             lymphoma?
16        MR. COLEMAN:
17                  Object to the form.  Asked and answered.
18        A    Yes.  I will point to the reports and show that
19             they do not identify any extrinsic factors that
20             caused her lymphoma.  That's my position.
21        MR. MANDIA:
22                  Move to strike the non-responsive portions.
23   624  Q    I'm not asking you whether you're going to rely
24             on the reports for the absence of evidence
25             related to extrinsic factors so take that out of
```

```
 1              the question.
 2                   Are you going to affirmatively point to any
 3              words written in any of the diagnostic -- in the
 4              reports from the diagnostic imaging that you
 5              believe supports your position that
 6              Delorme-Barton's follicular lymphoma was caused
 7              by random replicative errors?
 8          MR. COLEMAN:
 9                   Object to form.  Asked and answered.
10      A   The words on the report support my position
11          because they do not identify any extrinsic
12          factors.
13          MR. MANDIA:
14  625 Q   What specific words in the report are you going
15          to say to the jury:  "These words prove that
16          Karen Delorme-Barton's follicular lymphoma was
17          caused by replicative errors"?
18      A   I'm going to say that the diagnostic imaging
19          reports do not identify any extrinsic factors
20          and therefore support my position that there are
21          no extrinsic factors at play here.
22  626 Q   I'm going to move to strike.  I understand you
23          don't want to answer the question because you
24          know the answer is no, that you will not be
25          pointing to any specific words that you believe
```

```
 1           actually affirmatively support your opinions

 2           related to the random replicative errors so I

 3           understand the game you're playing.

 4                 I'm going to move to strike your testimony

 5           because you're not answering the question.  I'm

 6           going to give you one last chance.  We're going

 7           to mark this and we'll file a motion and we'll

 8           come back and we'll do this deposition -- at

 9           least portions of this deposition -- over again.

10                 Are there any words on any of the reports

11           for the diagnostic images that you believe

12           support your opinion that random replicative

13           errors were the cause of Karen Delorme-Barton's

14           follicular lymphoma?

15        MR. COLEMAN:

16                 Object to form.  Asked and answered.

17     A   The words on the reports do not identify

18           extrinsic factors.  Those support my position.

19        MR. MANDIA:

20                 I'm going to again move to strike the

21           non-responsive portions.

22  627 Q   You understand when I use the term

23           "affirmatively" that I'm using it to say there

24           is some written documentation in the report that

25           -- not that it disproves extrinsic factors but
```

```
 1                actually proves that there were random

 2                replicative errors which caused the plaintiff

 3                Karen Delorme-Barton's follicular lymphoma?

 4                That's the question.

 5           MR. COLEMAN:

 6                     Object to the form.

 7           MR. MANDIA:

 8    628  Q   I'm not asking whether there are words that

 9                disprove extrinsic factors.  Are there any words

10                that prove there were random replicative errors

11                that caused plaintiff Karen Delorme-Barton's

12                follicular lymphoma?

13           MR. COLEMAN:

14                     Same objections.

15         A    Again, you're trying to make me --

16           MR. MANDIA:

17    629  Q   No "again".  This is a new question.  I'm not

18                asking for anything that doesn't show extrinsic.

19                I'm showing (sic) for positive support evidence,

20                affirmative support evidence that would support

21                your theory that random replicative errors

22                caused plaintiff Karen Delorme-Barton's

23                follicular lymphoma.

24           MR. COLEMAN:

25                     Same objections.
```

```
 1         A    My position is that extrinsic factors do not

 2              cause --

 3         MR. MANDIA:

 4   630   Q    It's a different question.  That's not the

 5              question I asked you, doctor, respectfully.

 6              This is my chance to ask you questions before

 7              trial in this case.

 8                   I want to know is there any words that

 9              you're going to claim affirmatively support your

10              opinion, prove your opinion affirmatively as

11              backup support for your opinion that Karen

12              Delorme-Barton's follicular lymphoma was caused

13              by random replicative errors?  Can you point to

14              anything?

15         MR. COLEMAN:

16                   Same objections.

17         A    The fact that they do not mention extrinsic

18              factors --

19         MR. MANDIA:

20   631   Q    That's not the question, doctor.  Respectfully,

21              that's not the question.

22                   I want you to take out your answer that you

23              belive there's nothing in there that shows that

24              there are -- there are not extrinsic factors.  I

25              want you to take that out.
```

```
 1                  Other than you claiming there's nothing in
 2              there that rules in extrinsic factors, is there
 3              anything that you believe is going to
 4              affirmatively support your opinion that random
 5              replicative errors was the cause of plaintiff
 6              Karen Delorme-Barton's follicular lymphoma?
 7          MR. COLEMAN:
 8                  Same objections.
 9      A   The diagnostic imaging reports as written
10              support my position.
11          MR. MANDIA:
12  632 Q   What words actually affirmatively prove?  I want
13              you to give me a sentence, a line, any words
14              that you believe affirmatively prove your
15              opinion that Karen Delorme-Barton's follicular
16              lymphoma was caused by random replicative
17              errors.  Go ahead.
18          MR. COLEMAN:
19                  Object to form.  Asked and answered.
20      A   There will be no words.  It's what they don't
21              say.
22          MR. MANDIA:
23  633 Q   Okay.  So there are no words that you'll be
24              pointing to -- strike that.  Let's move on.
25                  Is there anything that you will point to as
```

```
 1              an affirmative support, any words in any of the
 2              medical records, that you believe will
 3              affirmatively prove or support your position
 4              that Karen Delorme-Barton's follicular lymphoma
 5              was caused by random replicative errors?
 6       A      I think all I can say to that is that I don't
 7              recall the words "random replicative errors"
 8              being mentioned in any diagnostic imaging
 9              report.
10  634  Q      I'm asking you now about all -- within all of
11              the medical records, are you going to point to
12              any specific medical record and the words in the
13              medical record and say:  "This affirmatively
14              supports my opinion that random replicative
15              errors were the cause of Karen Delorme-Barton's
16              follicular lymphoma"?
17       A      The records are extensive and I don't recall if
18              those words are mentioned in the medical record.
19  635  Q      This is my chance -- my only chance to ask you
20              questions before the trial in this case and your
21              testimony.
22                   Are you aware of any evidence in any of the
23              medical records that you're going to point to
24              that affirmatively support your opinion, any
25              words in any of the medical records that you
```

```
 1              believe affirmatively supports your opinion that
 2              random replicative errors was the cause of
 3              plaintiff Karen Delorme-Barton's follicular
 4              lymphoma?
 5         MR. COLEMAN:
 6              Objection.  Asked and answered.
 7      A   I don't recall reading "random replicative
 8              errors" in the medical records.  It doesn't mean
 9              they're not there.
10         MR. MANDIA:
11  636 Q   Do you -- are you going to point to any words in
12              any of the medical record that you believe
13              supports affirmatively your opinion that
14              plaintiff Karen Delorme-Barton's follicular
15              lymphoma was caused by random replicative
16              errors?
17         MR. COLEMAN:
18              Objection.  Asked and answered.
19      A   I'm going to point out an absence of
20              identifiable environmental causes of lymphoma in
21              her medical records.
22  637 Q   Move to strike.  Not my question.  Outside of
23              you pointing to an absence of evidence of
24              extrinsic environmental factors, is there
25              anything that you're going to point to that you
```

Graham Slack, M.D.

```
 1            believe affirmatively supports your position

 2            that Karen Delorme-Barton's follicular lymphoma

 3            was caused by random replicative errors?

 4       MR. COLEMAN:

 5            Object to form.  Asked and answered.

 6       A    I mean, I can certainly point to the fact she

 7            has a translocation 14;18 and we know those

 8            occur randomly.

 9       MR. MANDIA:

10  638  Q    Anything else that you believe that you can

11            point to in the medical -- I've already asked

12            you about that -- but anything else?

13       A    No.  I'm trying to prove a negative here so

14            there's not going to be much to point to.

15       MR. COLEMAN:

16            We've now been going for an hour and 11

17            minutes since our last break.  Is this a good

18            time to take a couple minutes for a break?

19       MR. MANDIA:  That's fine.  That's fine.

20       MR. COLEMAN:  How about five minutes?

21       MR. MANDIA:  Yes, five minutes.

22            (PROCEEDINGS ADJOURNED AT 2:26 P.M.)

23            (PROCEEDINGS RECONVENED AT 2:48 P.M.)

24       THE VIDEOGRAPHER:

25            We are back on the record.  The time is
```

```
 1     Reporter's Certification:
 2         I, Margaret Mae Wills, Official Reporter in
 3     the Province of British Columbia, Canada, do
 4     hereby certify:
 5         That the proceedings were taken down by me
 6     in shorthand at the time and place herein set
 7     forth and thereafter transcribed, and the same
 8     is a true and accurate and complete transcript
 9     of said proceedings to the best of my skill and
10     ability.
11         IN WITNESS WHEREOF, I have hereunto
12     subscribed my name this 11th day of May 2023.
13
14
15
16
17     Mar_
18     Official Reporter
19
20
21
22
23     (SEE NEXT PAGE FOR WITNESS DECLARATION UNDER
24     PENALTY OF PERJURY)
25
```