# EXHIBIT S

```
 1   IN THE CIRCUIT COURT OF NEW MADRID COUNTY
               STATE OF MISSOURI
 2

     PHILLIP BUTTRY,            )
 3                              )
     Plaintiff,                 )
 4                              )
     v.                         ) No. 21NM-CV00131
 5                              )
     MONSANTO COMPANY,          )
 6                              )
     Defendant.                 )
 7

 8

 9

10

11
     VIDEO DEPOSITION OF CRISTIAN TOMASETTI, PhD
12              VIA VIDEOCONFERENCE
13                June 24, 2022
14

15

16   Reporter:  John Arndt, CSR, CCR, RDR, CRR
               CSR No. 084-004605
17                CCR No. 1186
18

19

20

21

22

23

24

25
```

```
 1              DEPOSITION OF CRISTIAN TOMASETTI, PhD,
    produced, sworn, and examined via videoconference on
 2  June 24, 2022, before John Arndt, a Certified Shorthand
    Reporter and Certified Court Reporter.
 3
 4                 APPEARANCES OF COUNSEL
              (All present via videoconference)
 5
 6  On Behalf of Plaintiff:
           Heygood, Orr & Pearson
 7         6363 North State Highway 161, Suite 450
           Irving, Texas  75038
 8         214-237-9001
           By:   JIM ORR
 9               jim@hop-law.com
10         Kirkendall Dwyer, LLP
           4343 Sigma Road, Suite 200
11         Dallas, TX  75244
           214-271-4027
12         By:   KELLEY OWENS
                 kowens@kirkendalldwyer.com
13               KIM LOUTEY
                 kloutey@kirkendalldwyer.com
14
    On Behalf of Defendant:
15         Blanton, Nickell, Collins, Douglas &
           Hanschen, LLC
16         219 South Kingshighway
           Sikeston, Missouri  63801
17         573-471-1000
           By:   ERIC PAINE
18               epaine@blantonlaw.com
19
    Also present:  Philip Arndt, videographer
20
21
22
23
24
25
```

Cristian Tomasetti, Ph.D.

1                    INDEX OF INTERROGATION
2    Examination by Mr. Orr                                 Page 5
3
                     INDEX OF EXHIBITS
4
     Exhibit 1                                              Page 99
5    (Materials reviewed list)
6    Exhibit 2                                              Page 116
     (Alexandrov 2020 article)
7
     Exhibit 3                                              Page 233
8    (Alexandrov 2013a article)
9    Exhibit 4                                              Page 233
     (Diagrams)
10
     Exhibit 5                                              Page 233
11   (Number used in calculation)
12   Exhibit 6                                              Page 240
     (Spreadsheet excerpt)
13
     Exhibit 7                                              Page 242
14   (Spreadsheet excerpt)
15              (All exhibits are attached.)
16
17
18
19
20
21
22
23
24
25

1               MR. PAINE:  Objection.  Form.

2       A.     Well, a translocation by definition is in

3    a certain spot.

4    BY MR. ORR:

5       Q.     And so if it was just a point mutation at

6    that same spot, it wouldn't have produced her leukemia?

7    It has to be the translocation at that spot to produce

8    the leukemia?  That's what I'm asking you about.

9               MR. PAINE:  Objection to form.

10   BY MR. ORR:

11      Q.     I mean it's not just the location of the

12   mutation?  You have to have the right kind of mutation

13   to produce the cancer; right?

14              MR. PAINE:  Same objection.

15      A.     What you're saying, in my opinion, is not,

16   like, correct, because you're confounding location --

17   so in a translocation, there is not one location.

18   That's actually the main reason why we say it's a

19   translocation; okay?  It involves putting together

20   parts that were not supposed to be together in places

21   that are not supposed to be together, and more than

22   one, potentially.  Point mutations refer specifically

23   to one location.

24              So when you say, "In a given location, the type

25   of mutation" -- again, if you mean a synonymous versus

```
 1                    C E R T I F I C A T E

 2

 3            I, John Arndt, a Certified Shorthand

 4   Reporter and Certified Court Reporter, do hereby

 5   certify that CRISTIAN TOMASETTI, PhD, prior to the

 6   commencement of the examination, was sworn by me via

 7   videoconference to testify the truth, the whole truth

 8   and nothing but the truth.

 9            I DO FURTHER CERTIFY that the foregoing is a

10   true and accurate transcript of the proceedings as

11   taken stenographically by and before me at the time,

12   place and on the date hereinbefore set forth.

13            I DO FURTHER CERTIFY that I am neither a

14   relative nor employee nor attorney nor counsel of any

15   of the parties to this action, and that I am neither a

16   relative nor employee of such attorney or counsel, and

17   that I am not financially interested in this action.

18

19                    [signature: John Arndt]

20            _____

21            JOHN ARNDT, CSR, CCR, RDR, CRR

22            CSR NO. 084-004605

23            CCR NO. 1186

24
```