# EXHIBIT T

Page 1

1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
2              FOR THE COUNTY OF LOS ANGELES
3    _____
4    DARREN METCALF, et al.,       )
                                   )
5                                  )
            Plaintiffs,            )
6        vs.                       ) Case No. 22STCV21416
                                   )
7    BARRETTS MINERALS INC.,       )
     et al.,                       )
8                                  )
            Defendants.            )
9    _____)
10
11
12            REMOTE VIDEOCONFERENCE DEPOSITION
13                 OF BRIAN TAYLOR, M.D.
14               St. Louis, Missouri
15              Friday, June 2, 2023
16                   Volume I
17
18
19
20
21
22   Reported by:
     JOANNA BROADWELL
23   CSR No. 10959
24   Job No. 5944571
25   PAGES 1 - 127

Page 2

```
 1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2             FOR THE COUNTY OF LOS ANGELES
 3   _____
 4   DARREN METCALF, et al.,    )
                                )
 5                              )
          Plaintiffs,           )
 6     vs.            ) Case No. 22STCV21416
                                )
 7   BARRETTS MINERALS INC.,    )
     et al.,                    )
 8                              )
          Defendants.           )
 9   _____)
10
11
12
13
14         Remote videoconference deposition of BRIAN
15   TAYLOR, M.D., Volume I, taken on behalf of Plaintiff, at
16   St. Louis, Missouri, beginning at 11:05 a.m. and ending
17   at 2:50 p.m. on Friday, June 2, 2023, before JOANNA
18   BROADWELL, Certified Shorthand Reporter No. 10959.
19
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES:
 2
 3   For the Plaintiff:
 4   WEITZ & LUXENBERG PC
 5   Joseph Mandia, Esq.
 6   220 Lake Drive E., Ste 210,
 7   Cherry Hill, NJ 08002
 8   (856) 755-1115
 9   Jmandia@weitzlux.com
10
11   For the Defendants Barretts Minerals Inc.:
12   TUCKER ELLIS, LLP
13   Brian Huelsmann, Esq.
14   100 S 4th St., Suite 600
15   St. Louis, MO 63102
16   brian.huelsmann@tuckerellis.com
17
18   For the Defendants Chattem:
19   GORDON REES SCULLY MANSUKHANI LLP
20   Jackie DuBois, Esq.
21   101 W. Broadway, Suite 2000
22   San Diego, CA 92101
23   (619) 230-7493
24   jdbois@grsm.com
25
```

Page 4

```
 1
 2
 3                    INDEX
 4   WITNESS                    EXAMINATION
 5   BRIAN TAYLOR, M.D.
 6   Volume I
 7       BY MR. MANDIA               5
 8
 9              INDEX OF EXHIBITS
10
11   NUMBER        DESCRIPTION           PAGES
12   Exhibit 1     Testimony List          32
13   Exhibit 2     Curriculum Vitae        41
14   Exhibit 3     St. Luke's Hospital
15                 Website Excerpt         56
16   Exhibit 4     Dr. Tomasetti Chart     74
17   Exhibit 5     Case Notes              93
18   Exhibit 6     Expert References      112
19   Exhibit 7     Supplementary Materials 114
20
21
22
23
24
25
```

Page 5

```
 1   St. Louis, Missouri, Friday, June 2, 2023
 2              11:05 a.m.
 3
 4   BRIAN TAYLOR, M.D.,
 5   having been administered an oath, was examined and
 6   testified as follows:
 7
 8                  EXAMINATION
 9   BY MR. MANDIA:
10       Q   Hi, Doctor.  My name is Joe Mandia from the law
11   firm of Weitz-Luxemberg.  And we're here today on behalf
12   of the plaintiff Darren Metcalf.  I am here today to
13   take your deposition.  Can you just state your full name
14   and address for the record?
15       A   Sure.  It is Brian Adam Taylor, M.D.  That's
16   T-a-y-l-o-r.  And my business address is St. Luke's
17   Hospital, 224 South Woods Mill Road, Suite 35 South,
18   Chesterfield, Missouri, 63017.
19       Q   Where are you today?
20       A   I am currently in my home office, and that's in
21   St. Louis Missouri, or Olivette, Missouri, which is a
22   suburb of part of St. Louis County.
23       Q   Is anyone present with you today for the
24   deposition?
25       A   No.
```

2 (Pages 2 - 5)

Page 26

1  population, it would depend on the rate and the
2  reference population.
3         And then you would have to do a power calculation
4  to determine the size that would be required.  However,
5  my opinions are based on the fact that there is no
6  evidence that -- anywhere in the published literature
7  that individuals exposed to chrysotile asbestos below 75
8  to 100 fiber for cc years have been shown to develop
9  mesothelioma, pleural mesothelioma.
10    Q   I'll move to strike the nonresponsive portions.
11        Let's say you if you are trying to detect a
12  20 percent increased risk of mesothelioma, how many --
13  what would the total population need to be, in your
14  opinion, for there to be sufficient power to detect a
15  20 percent increased risk?
16    A   I can't give you a calculation off the top of my
17  head.  It would have to be a large population.
18    Q   When you say a large population, are you able to
19  give any type of estimation or approximation?
20    A   No, not off the top of my head.
21    Q   Have you ever conducted a study whose aim of the
22  study was to determine what the cause of someone's
23  mesothelioma is?
24    A   No.
25    Q   Have you ever conducted any type of animal

Page 27

1  studies in any capacity?
2    A   No.
3    Q   Have you ever done any in vitro or in vivo
4  studies related to asbestos or asbestos-related
5  causation for asbestos-related disease?
6    A   No.
7    Q   Have you ever done any in vitro or in vivo
8  studies at all in any capacity?
9    A   No.  The research that I was involved in was more
10  clinical research and epidemiological research.  It was
11  not basic science research involving in vitro or in vivo
12  studies of asbestos fibers or any other similar type
13  studies.
14    Q   Have you ever gone out into the field and taken
15  any measurements of a person's exposure to asbestos?
16    A   No.
17    Q   Am I correct, you are not board-certified in
18  industrial hygiene?
19    A   That is correct.
20    Q   You have never sat for an industrial hygiene
21  certification, have you?
22    A   That is correct.  I am a medical doctor.
23    Q   You do not use industrial hygiene regularly in
24  your work at St. Luke's as a medical doctor, correct?
25    A   Well, I utilized information that's available in

Page 28

1  studies about industrial hygiene as it pertains to
2  levels of exposure to asbestos that have been associated
3  with disease.  That is part of the training that I
4  received.  That is part of how I take an occupational
5  history, for example.  So do I use it specifically in
6  work that I perform at the bedside clinically with
7  patients?  No, certainly not on a day-to-day basis.  But
8  understanding whether or not different levels of
9  exposure to asbestos are associated with disease has
10  been part of my training on how I approach occupational
11  histories.
12    Q   Where were you trained in how you approach
13  occupational histories?
14    A   Emory.
15    Q   As it relates to the training that you received
16  for occupational histories, were you trained, for a
17  person that has any type of mesothelioma, whether it's
18  pleural or peritoneal, to take an occupational history
19  and inquire about whether or not the person was exposed
20  to asbestos?
21    A   Yes.
22    Q   As part of your training in taking an
23  occupational history, were you -- was there any type of
24  distinction made between chrysotile asbestos versus
25  amphibole asbestos and whether or not you were supposed

Page 29

1  to ask about only one type of asbestos versus the other
2  types of asbestos?
3    A   Well, there was definitely training and education
4  about the different potencies of the different fiber
5  types in terms of their potential to cause disease and
6  therefore the significance of different types of
7  materials.  So absolutely, yes, I was trained about the
8  different potency of fiber types as early as medical
9  school.  The pathology textbook that I used in medical
10  school at the time actually was of the opinion that
11  amphibole asbestos was the cause of all or nearly all
12  malignant pleural mesotheliomas and that chrysotile was
13  most likely not a cause of any.
14    Q   What was that textbook's name?
15    A   It was the Robbins textbook, Pathologic Basis of
16  Disease.
17    Q   Do you -- I'm going to move to strike the
18  nonresponsive portions of my question, and it probably
19  wasn't as clear as it should have been.  When you were
20  trained on the questions that you would ask -- let me
21  ask you this.  Tell us what an occupational history is.
22    A   Well, an occupational history is a history that
23  you take from a patient of the type of work that they
24  have performed with focus on evaluating for potential
25  exposures that can occur in the workplace that pertain

| | |
|---|---|
| Page 78<br>1 to give any -- I don't want you to assume anything from<br>2 my questions. I just want to ask you what my follow-up<br>3 question is. Would you agree that 68 percent of the<br>4 mutations in people with mesothelioma would be due to<br>5 environmental factors versus random replicative errors?<br>6   A   No. The answer I gave you was a speculation<br>7 based on what the Tomasetti article is. To be able to<br>8 answer that I would actually need to read the appendix<br>9 that you got this from. I would need to read the full<br>10 article and the full supplemental appendix.<br>11   Q   And I would welcome you to do that. This is for<br>12 the sake of the record. This is the first time you've<br>13 ever looked at Table 6 on the Science website related to<br>14 Dr. Tomasetti's 2017 article, correct?<br>15   A   That is the first time I've seen this table.<br>16   Q   And you haven't made any attempt to find any of<br>17 the underlying raw data for Dr. Tomasetti's 2015<br>18 articles or his follow-up articles, fair?<br>19   A   Correct.<br>20   Q   Would you agree that if that table is showing<br>21 that 68 percent of the mutations in people with<br>22 mesothelioma are caused by environmental factors, if you<br>23 accept that would you agree -- and that is in men. If<br>24 you accept that, would you agree that in men it is more<br>25 likely than not that environmental factors would cause | Page 80<br>1   Q   And you haven't read the 2017 article, correct?<br>2   A   No, I believe I have read the 2017 article. I<br>3 don't recall the 2017 article discussing mesothelioma,<br>4 but I would have to go back and look.<br>5   Q   If the chart that I just showed you is Table 6 on<br>6 the Science website where you can download<br>7 Dr. Tomasetti's 2000 and Dr. Vogelstein' 2017 article,<br>8 would you disagree that they -- would you still have the<br>9 opinion that they didn't consider mesothelioma<br>10 specifically?<br>11   A   Well, again, I am describing the 2015 article. I<br>12 would have to rereview the 2017 article to see if they<br>13 considered it in that article.<br>14   Q   Considering that you haven't looked for the<br>15 underlying data for either article or haven't looked<br>16 for -- haven't read the 2017 article, given that do you<br>17 still intend to rely on the 2015 Tomasetti paper?<br>18   A   Yes, to describe general concepts. Again, I have<br>19 told you multiple times, I am not relying on it to<br>20 describe the concept specific to mesothelioma. I am<br>21 using it to describe general conceptions.<br>22   Q   Right, because the Tomasetti articles, 2015 and<br>23 the follow-up, they aren't articles that would pertain<br>24 to specific causation, correct?<br>25   A   Well, I agree. They do not pertain to specific |
| Page 79<br>1 mesothelioma as opposed to random replicative errors?<br>2   A   Statistically they would be a more likely factor,<br>3 and that would explain why historically approximately 90<br>4 to 95 percent of malignant pleural mesotheliomas in men<br>5 have been associated with asbestos. I don't know if<br>6 that just looked at just pleural mesothelioma, if that<br>7 had any application to peritoneal mesothelioma. It just<br>8 said mesothelioma. So I don't know how to apply that<br>9 specifically to peritoneal disease versus pleural<br>10 disease. I also don't know what population or how big<br>11 the population they looked at.<br>12       What they noted in the article is that there were<br>13 cancers that they didn't have sufficient information<br>14 about the stem cells to be able to make an analysis.<br>15 And if you look at the actual article they don't include<br>16 mesothelioma. So it's possible that that raw data they<br>17 decided was insufficient based on too small numbers to<br>18 draw any conclusions from because there was too big of a<br>19 chance for error.<br>20   Q   Do you have any evidence for what you just said?<br>21   A   I have evidence that the article specifically<br>22 says that they included cancers in their table, that<br>23 they had enough information about the number of stem<br>24 cells to be able to make an analysis. And they didn't<br>25 include mesothelioma in the article that was published. | Page 81<br>1 causation.<br>2   Q   As it relates to any cancer, right?<br>3   A   I would agree with that as well.<br>4   Q   Okay. Why? Why?<br>5   A   Because they don't provide the detail that is<br>6 able to relate to specific causation. For example, any<br>7 cancers have multiple potential environmental causes.<br>8 They lump them all together in that as to whether<br>9 mutations are potentially caused by environmental<br>10 factors. So how could you apply that to specific<br>11 causation for individual carcinogens in a type of<br>12 cancer? That's not what the purpose of the article was.<br>13   Q   Am I correct you have not been asked to assume<br>14 whether there was any amphibole at low levels in Gold<br>15 Bond powder, and you weren't asked to opine on whether<br>16 or not low levels of amphibole asbestos exposure from<br>17 Gold Bond could provide -- could contribute to<br>18 peritoneal mesothelioma?<br>19   A   That is correct.<br>20   Q   Okay. Your opinions as it relates to the Gold<br>21 Bond powder will be specific to any low levels of<br>22 chrysotile that you have assumed were in the product,<br>23 correct?<br>24   A   That is correct. My opinions specific to Gold<br>25 Bond will be based on that. But again, as I described, |