Exhibit "2"

*Version: 05/15/2013*

**Kevin B Knopf MD MPH**
**Hematology/Oncology and Health Services Research**
**Highland Hospital  Oakland, CA**
 Redacted  **@gmail.com**

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Massachusetts Institute of Technology | BS | 06/1988 | Mechanical engineering |
| University of California, San Francisco School of Medicine | MD | 06/1992 | Medicine |
| Memorial Sloan Kettering Cancer Center NY, NY | Residency | 06/1994 | Radiation Oncology |
| Northwestern Medical School Chicago, IL | Residency | 06/1996 | Internal Medicine |
| Johns Hopkins School of Public Health Baltimore, Maryland | MPH | 05/1997 | Epidemiology |
| National Cancer Institute Bethesda, Maryland | Fellowship | 06/2000 | Medical Oncology |

**Licensure and Certification**

2006   California State License G87800

2012   Maryland State License - 1997 to 2008

2000   American Board of Internal Medicine – Medical Oncology (2010 recertified)

**Principal Academic Positions Held**

| From | To | Institution | Position Held |
|---|---|---|---|
| 2001 | 2006 | Johns Hopkins School of Medicine | Adjunct Clinical Professor |
| 2016 | Present | University of South Carolina School of Pharmacy | Associate Professor |
| 2013 | 2018 | Dartmouth Medical School | Assistant Clinical Professor |
| 2018 | Present | University of California, San Francisco | Assistant Clinical Professor |

*Version: 05/15/2013*

| | | |
|---|---|---|
| 2018. Present | Institute for Health Policy and Research | Member |
| | University of California, San Francisco | |
| | | |
| 2016  2017 | Cancer Commons | Chief Medical Officer |

**Honors and Awards**
1987  Pi Tau Sigma (National Mechanical Engineering Honor Society)
1987  Undergraduate Research Opportunities Grant - MIT
1988  Dean's Grant for Research Fetal Heart Rate Variability – UCSF Medical School
1991  Bertram-Lobeer Memorial research Fellowship in Radiation Oncology
1998  Cancer Research Training Award - Division of Cancer Prevention and Control (2 years)
1999   Vail Clinical Research Training Program Grantee
Regional Top Doctor Castle Connolly, 2008 – 2015
Marin Magazine Top Doctor, 2008-2015
2021. American Cancer Society / East Bay –
   Honoree @ Annual Gala  - Health Equity Hero


**Keywords / Research Areas of Interest**

Health Services Research in Oncology, Cost-effectiveness, Oncology care in Underserved
Populations, Pharmaco-economics, Decision Analysis.


**Clinical Services Summary**

Community Based care in Hematology and Oncology 2000-2018

Anne Arundel Medical Center  Annapolis, Maryland
          Director of Clinical Research, DeCesaris Cancer Institute
          Chairman, Institutional Review Board 2002-2006
          Clinical Trial Advisory Committee 2001-2006
          Cancer Committee 2000-2006
          Quality Management Committee 2002 - 2006
          Colorectal Cancer Prevention Task Force, Member
          Prostate Cancer Prevention Task Force, Member
          Developer and Moderator; Colon/Rectal Cancer Support Group
          Developer and Moderator, Genitourinary Tumor Board
Leukemia and Lymphoma Society, Baltimore chapter
          Patient Services Committee
California Pacific Medical Center / Sutter Healthcare
          Director, Cancer Genetics 2009-2014 CPMC
          Director, Graduate Medical Education Hematology/Oncology 2010-2016
          Director St Luke's Hematology/Oncology Program 2012-2016
          Chair, Cancer Quality Committee 2007-2014
          Member, Pharmacy and Therapeutics Safety Subcommittee 2008-2010
          Member, Chairman of Surgery Search Committee 2012
          Member, Residency Director Search Committee 2012-2013
          Lab Director, Sutter Pacific Medical Foundation San Francisco Office
          Sutter Wide BEACON (chemotherapy regimen) build member 2014-2016
          Sutter Wide Oncology Steering Committee 2016
          Sutter Wide Clinical Trial Committee Executive Board 2014-2016

*Version: 05/15/2013*

Alameda Health Systems
        Division Chief, Hematology/Oncology 2018-
        Quality Assurance Committee 2018-2021
        Co-developer Breast Cancer Program and Tumor Board 2020-
        Search Committee, Surgical Oncologist 2020
        Search Committee, Breast Oncologist 2021
        East Bay Medical Group – Board of Directors, Compensation Committee

American Society of Clinical Oncology
        Quality Oncology Project Initiative, Beta Member

**Clinical Services**

| From | To | Organization | Role |
|------|------|--------------|------|
| 2000 | 2006 | Annapolis Oncology Center | Hematologist/Oncologist |
| 2006 | 2016 | California Pacific Medical Center | Hematologist/Oncologist |
| 2018 | Present | Highland Hospital | Hematologist/Oncologist |

**MEMBERSHIPS**

| From | To | Organization |
|------|------|--------------|
| 1997 | Present | American Society for Clinical Oncology |
| 2001 | Present | American Society of Hematology |
| 1997 | Present | International Society for Pharmacoeconomics and Outcomes Research |
| 2021 | Present | European Society for Medical Oncology |

**SERVICE TO PROFESSIONAL PUBLICATIONS**

| From | To | Role, Organization (Activity) |
|------|------|-------------------------------|
| 2014 | 2017 | Editor, Journal of Community and Supportive Oncology |

*Version: 05/15/2013*

| 2009 | Present | Editorial Board, Journal of Managed Care Pharmacy |
|------|---------|--------------------------------------------------|
| 2008 | Present | Editorial Board, Value Based Cancer Care |
| 2016 | Present | Ad Hoc Reviewer, Journal of Clinical Oncology |
| 2017 | Present | Ad Hoc Reviewer, JAMA |
| 2017 | Present | Ad Hoc Reviewer, British Medical Journal |
| 2020 | Present | Reviewer, Journal of Health Economics and Outcomes Research |
| 2021 | Present | Reviewer, Clinical Lymphoma, Leukemia and Myeloma |
| 2021 | Present | Editorial Board, International Journal of Cancer Care and Delivery |

**INVITED PRESENTATIONS**

Northwestern Medical School, Division of Oncology

June 1999  "Quality of Life in Men with Prostate Cancer",

June 1998  "Bowel Surveillance following Colon Cancer"

American Society of Clinical Oncology May 1999 – oral presentation

"Quality of Life in Men with Prostate Cancer Treated with LHRH agonist vs. Orchiectomy"

Grand Rounds VA West Virginia  2006 "Update on Colon and Rectal Cancer"

Grand Rounds Urology Dept. George Washington School of Medicine, 2006 "Update on Prostate Cancer"

Grand Rounds, California Pacific Medical Center 2007 "Current Controversies in Lung Cancer"

Grand Rounds, Sutter Novato "Overview of Non-Hodgkin's Lymphoma" 2012

Speaker, Women's Mini Med School : "Colon Cancer in Women : Myths and Realities" September 2012

Lecturer "Overview of Colon Cancer : Staging and Treatment" – nurses course on  Colon Cancer 9/2012

 Panel Member, Event for BRCA Women September 2012

"Innovation in Health Care in an Era of Value Based Medicine" – Palo Alto Research Center Xerox/PARC 2013

"Economic and Clinical Consequences of Clinical Pathways in Oncology" Knopf K, Sorenson S International Society for Pharmacoeconomics and Outcomes Research, New Orleans May 2013

Panel " Evidence Needs for Payers  –"BioOncology Group, Roche

Speaker / Panelist – Precision Medicine Leaders Summit (San Diego August 2016)

*Version: 05/15/2013*

Speaker :  Panelist Moderator -  Precision Medicine World Conference Silicon Valley January 2017, 2018

Grand Rounds  " –Overview of Cost-Effectiveness" Alameda Health Systems December 2019

Speaker " –Economic aspects of Biosimilars in Oncology"   World Congress on Biosimilars April 2020

Grand Rounds co presenter "Interpretation of Medical Literature and Guidelines",  Alameda Health Systems August 2020

Panelist " A Success of Our Own : How Do We Define the US Biosimilar Success'Story?" – DIA October 2020

Moderator   "Increasing Equity and Diversity in Cancer Clinical Trials",  Health Equity and Diversity Conference October 2020

Keynote Speaker "Building a Digital Health Oncology Company to Improve Cancer Patient Outcomes"  Precision in Medical Devices Virtual Summit, August 2021


**TEACHING AND MENTORING**

Ongoing teaching and mentoring of medicine residents @ Alameda Health System

Director Heme/Onc Teaching @ California Pacific Medical Center


Residents mentored into Hematology/Oncology and Surgical Oncology specialties :

      Dr An Uche [Faculty @ Alameda Health System]

      Dr Jennifer Lee MD [Attending Physician / Program Director @ UCLA Harbor ]

      Dr Ernie Lo [Roche / Genentech]

      Dr Annie Hung [Faculty @ Oregon Health Sciences University]

      Dr Barbara Galligan [Private Practice, Marin County California]

      Dr Asnaketch Bayable – FellowJohns Hopkins 2021-

      Dr Shannon Ugarte – applying for Hematology/Oncology Fellowship

      Dr Annie Tang – applying for Breast Surgery Fellowship


**TEACHING SUMMARY**

      Directed Hematology/Oncology teaching program at California Pacific Medical Service – re-engineering teaching and lecture coordination for inpatient service and outpatient lecture series and outpatient care.

      Director of Resident Teaching at Highland Hospital March 2019 to present


**INFORMAL TEACHING**

| From | To | Description |
|------|-----|-------------|
| 2000 | Present | Inpatient clinical supervision, Ward attending of House Staff |

*Version: 05/15/2013*

| 2000 | Present | Clinical supervision in Outpatient Hematology/Oncology Rotation |
|------|---------|-----------------------------------------------------------------|

**CLINICAL MENTORING**

Career Guidance for seven residents who chose Fellowships in Hematology/Oncology and three currently applying

**RESEARCH AND CREATIVE ACTIVITIES SUMMARY**

I conduct research in patterns and quality of care, economic analysis of care, and decision analysis related to scenarios in Oncology and Hematology.

Pharmacoeconomics and decision analysis of cancer therapeutics – retrospective analysis with large scale databases (e.g. SEER-Medicare) to examine patterns of care and cost-effectiveness of imaging, therapeutics.

**PUBLICATIONS**

**Peer Reviewed Papers**

1. Knopf K, Parer JT, Espinoza MI, et al. Comparison of mathematical indices of fetal heart rate variability with visual assessment in the human and sheep. Journal of Developmental Physiology 1991;16:367-72

2. Uhl V, Castro JR, Knopf K, et al. Preliminary results in heavy charged particle irradiation of bone sarcoma. International Journal of Radiation Oncology, Biology and Physics 1992;24;4:755-759

3. Minsky BD, Conti JA, Huang Y, and Knopf K, Relationship of acute gastrointestinal toxicity and the volume of irradiated small bowel in patients receiving combined modality therapy for rectal cancer. Journal of Clinical Oncology 1995;13;6:1409-1416

4. VonRoenn JH and Knopf K, Anorexia/Cachexia in patients with HIV: lessons for the Oncologist,. Oncology 1996;10;7:1049-1056

5. Knopf KB and Locker GY, Hodgkin's disease and HIV infection [Letter], New England Journal of Medicine 1995;333;1:65-66

6. Brawley OW, Knopf K, and Merrill R. The epidemiology of prostate cancer part I: descriptive epidemiology. Seminars in Urologic Oncology 1998;14:187-192

7. Brawley OW, Knopf K, and Thompson I. The epidemiology of prostate cancer part II: the risk factors. Seminars in Urologic Oncology 1998;14:193-201

*Version: 05/15/2013*

8.  Brown ML and Knopf KB, Is colorectal cancer screening really cost-effective? Primary Care and Cancer 1999;19:15-21

9.  Knopf KB. Book Review: Recent results in cancer research: Assessing the economic value of anticancer therapies. Journal of the National Cancer Institute 1999;91:1248-1249

10. Knopf KB, Warren JL, Feuer EJ, and Brown ML. Bowel Surveillance Patterns Following A Diagnosis of Colorectal Cancer in Medicare Beneficiaries, J Gastrointest Endoscopy, 2001:54:563-71

11. Dixon SC, Knopf KB and Figg WD. The Control of Prostate-Specific Antigen Expression and Gene Regulation by Pharmacological Agents. Pharmacological Reviews 53:73-91, 2001

12. Potosky AL, Knopf K, Clegg LX, et al. Quality-of-Life outcomes after primary androgen deprivation  therapy: results from the prostate cancer outcomes study. J Clin Oncol 2001;19:3750-3757

13. Warren JL, Harlan LC, Fahey A, Virnig BA, Freeman JL, Klabunde CN, Cooper GS and Knopf KB. Utility of the SEER-Medicare Data to Identify Chemotherapy Use. Medical Care, Vol 40 (8) IV-55 to 61, 2002

14. Snyder C, Harlan L, Knopf K, Potosky  A, Kaplan R. Patterns of care for the treatment of bladder cancer J Urology 2003;169:1697-1701

15. Ellison GL, Warren JL, Knopf KB and Brown ML.  Racial Differences in the receipt of Bowel Surveillance Following Potentially Curative Colorectal Cancer Surgery Health Services Research 2003;38(6):1885-1904

16. Mariotto A, Warren J, Knopf K and Feuer E. The Prevalence of Colorectal Cancer Patients Under Care in the United States Cancer 2003;98:1253-1251

**17.** Yabroff R, Warren J, Knopf K, Davis WW, Brown ML.  Estimating Patient Time Costs Associated with Colorectal Cancer Care.  Medical Care 2005;43(7): 640-648

**18.** L. Clark Paramore, Simu K. Thomas; Kevin B. Knopf; Lael S. Cragin; Kathy H. Fraeman W. Estimating Costs of Care for Patients with Newly Diagnosed Metastatic Colorectal Cancer,  Clinical Colorectal Cancer 6(1):52-58, 2006

19. Knopf K.  Recent Developments in Head and Neck Cancer: The Role of Cetuximab. Community Oncology 3(12) 4-5. December 2006

20. Knopf K. Another Step Forward in Renal Cell Carcinoma. Community Oncology 4(9):478-479,  August 2007

*Version: 05/15/2013*

21. Knopf K and Hutton J  Value and Use of Economic Evaluation in Oncology Journal of Clinical Oncology 2007 25(35): 5666-5667

22. Luo W, Nordstrom BL, Fraeman K, Nordyke R, Ranganathan G, Linz HE, Winterkorn A, Stokes M, Ross SD and Knopf K. Adherence to guidelines for use of erythropoeisis stimulating agents in patients with chemotherapy-induced anemia: trends from electronic medical records. Clinical Therapeutics 2008 30(12):2423-2435

23. Waller J, Moretto J, and Knopf K.  Multiple significant bortezomib-related toxicities in one patient: case report and literature review, Clinical Lymphoma and Myeloma 2009

24. Stokes ME, Muehlenbein CE, Marciniak MD, Faires DE, Motabar S, Gillespie TW, Lipscomb J, Knopf KB, Buesching DP. Neutropenia-related costs in patients treated with first-line chemotherapy for advanced non-small cell lung cancer. J Manag Care Pharm 2009 Oct;15(8):669-82

25. Danese MD, Lalla D, Brammer M, Doan Q, Knopf K. Estimating recurrences prevented from using trastuzumab in HER-2/neu-positive adjuvant breast cancer in the United States Cancer 2010;116(24):5575-83

26. Lindquist KJ, Danese MD, Mikhael J, Knopf KB, Griffiths RI. Health care utilization and mortality among elderly patients with myelodysplastic syndromes. Ann Oncol 2010;22(5):1181-8

27. Pan F, Peng S, Fleurence R, Linnehan JE, Knopf K, Kim E. Economic analysis of decitabine vs. best supportive care in the treatment of intermediate- and high-risk myelodysplastic syndromes from a US payer perspective. Clin Ther 2010;32(14):2444-56

28. Knopf KB. The Conundrum of Sipuleucel-T for prostate Cancer. Community Oncology 2010;7(8):343-4

29. Griffiths R, Gleeson M, Knopf K, Danese M. Racial differences in treatment and survival in older patients with diffuse large B-cell lymphoma BMC Cancer 2011.10:625

30. Griffiths R, Gleeson M, Reyes C, Knopf K, Danese M. Survival in elderly follicular lymphoma patients who receive frontline chemo-immunotherapy. Am J Hematol 2011;85(12):963-7

31. Danese MD, Griffiths RI, Gleeson M, Satram-Hoang S, Knopf K, Mikhael J et al. An observational study of outcomes after initial infused therapy in Medicare patients with chronic lymphocytic leukemia Blood 2011;117(13):3505-13

32. Sorensen S, Goh J, Pan F, Chen C, Yadley D, Martin M, Knopf K, Benedict A, Giorgetti C, Iyer S. Incidence-based cost of illness model for metastatic breast cancer in the United States. Int J Technol Assess Health Care 2012 Jan;28(1):12-21

*Version: 05/15/2013*

33. Wang HL, Aguilera C, Knopf KB, Chen TM, Maslove DM and Kuschner WG;. <u>Thrombocytopenia in the Intensive Care Unit</u>. J Intensive Care Med 2012

34. Marlsland TA, Deligdish CK, Burgoyne DS, Knopf KB, et al <u>Defining Value in Cancer Care: AVBCC 2013 Steering Committee Report.</u> Marlsland TA, Deligdish CK, Burgoyne DS, Knopf KB, et al Am Health Drug Benefits 2013 Jul; 6(5):236-46

35. Beth L. Nordstrom, PhD, MPH; Kevin B. Knopf, MD, MPH; Dana Teltsch, PhD; Robert Engle, MS; Hooman Beygi, PhD; James A. Sterchele, PharmD The <u>Safety of Bendamustine in Patients With Chronic Lymphocytic Leukemia or Non-Hodgkin Lymphoma and Concomitant Renal Impairment: A Retrospective Electronic Medical Record Database Analysis</u> Leukemia and Lymphoma 2014 Jun;55(6):1266-73

36. Knopf KB, Duh MS, Lafeuille MH, et al. <u>Meta-analysis of the efficacy and safety of bortezomib reteatment in patients with multiple myeloma</u>, Clinical Lymphoma Myeloma and Leukemia 2014 Jun 11 S2152-2650

37. Knopf K. <u>Ramucirumab in Gastric Cancer: Back to the Line of Scrimmage</u>. Journal of Community Oncology 2014

38. Hrushesky WM, Huff DF, Shimp W, Knopf KB, and Bennett CL. <u>Overuse and misuse of adjuvant chemotherapy for stages I and II non-small cell lung cancer chemotherapy empirical findings from a privately ensured population</u>.   2014

39. Kevin B. Knopf, Marie-Hélène Lafeuille, Jonathan Gravel, Patrick Lefebvre, Liviu Niculescu, Abbie Ba-Mancini, Esprit Ma, Mei Sheng Duh <u>Cost Analysis of Bortezomib Retreatment Compared with Switching to Carfilzomib in Patients with Relapsed Multiple Myeloma Previously Treated with Bortezomib</u> American Journal of Pharmaceutical Benefits June 2015

40. Hermanson T, Hrushesky W, Knopf K, Bennett C.  <u>Adding bevacizumab to the treatment of patients with non-small cell lung cancer – caveat emptor.</u> Journal of Oncology Practice 2015

41. Knopf KB, Divino V, McGarry L et al. <u>Economic burden of tyrosine kinase inhibitor treatment in chronic myeloid leukemia.</u> Clin Lymphoma Myeloma Leukemia 2015 S2152-2650(15)

42. Divino V, Karve S, Gaughan A, DeKoven M, Knopf K and Lansa M, <u>Patient characteristics and treatment patterns with hairy cell leukemia in the United States: a retrospective claims database analysis</u>, accepted Leukemia/Lymphoma 2016

43. Lang K, McGarry LJ, Huang H, Dorer, D, Kaufman E, and Knopf K.  <u>Mortality and vascular events among elderly patients with chronic myeloid leukemia (CM): A retrospective analysis of linked SEER-Medicare data</u> Clin Lymphoma Myeloma Leuk 2016 (5) 275-285

44. Knopf K, Baum M, Shimp WS ,Bennett CL et al. <u>Interpretation of surrogate endpoints in the era of the 21st Century Cures Act</u>. BMJ 2016;355;i6286

*Version: 05/15/2013*

45. Divinio V, Karve S, Gaughan A, DeKoven M, Gao G, Knopf K and Lanasa Mark C Characteristics and treatment patterns among U.S. patients with hairy cell leukemia: a retrospective claims analysis.   J Compar Effectiveness Research 2017

46.  Sant G, Knopf K and Albala D. Live-single-cell phenotypic cancer biomarkers – future role in precision oncology?   Nature Precision Oncology 2017

47.  Noxon V, Knopf K, Norris L, Chen B, Yang YT, Quereshi Z, et al. A Tale of Two Erythropoiesis Stimulating Agents (ESAs): Utilization, dosing, litigation, and costs of Darbepoetin and Epoeitin among South Carolina Medicaid-Covered cancer patients with chemotherapy induced anemia. Journal of Oncology Practice 2017;13(6)e562-573

48. Mambetsariev I, Pharaon R, Nam A, Knopf K, Djulbegovic B, Villaflor VM, Vokes EE and Salgia R. Heuristic value- based framework for lung cancer decision making. Oncotarget 2018;9(52):29877-29891

49. Manak MS, Varsanik JS, Hogan BJ, Whitfield MJ, Su WR, Joshi N, Steinke N, Min A, Berger D, Saphirstein RJ, Dixit G, Meyyapan T, Chu HM, Knopf KB, Abala DM, Sant GR and Chandler AC. Live-cell phenotypic-biomarker microfluidic assay for the risk stratification of cancer patients via machine learning. Nature Biomedical Engineering 2018(2):761-772

50. Quality initiative in clinical practice : A single-institution appraisal of quality metrics in the management of newly diagnosed diffuse large B-cell lymphoma. Bischin AM, Vishnu P, Chen R, Knopf KB, Aboulafia DM. Mayo Clin Proc Innov Qual Outcomes. 20 3(4):485-494

51. Ugarte S, Sandhu RS, Sung J and Knopf KB. Primary undifferentiated pleomorphic cardiac sarcoma presenting as right heart failure. Radiology Case Reports 2021;16:829-834

52. Ugarte S, Mehrmal S, Knopf K. Chemotherapy with paclitaxel for recalcitrant molluscum contagiosum in an HIV-infected patient. BMJ Case rep 2021;14(6):e240776

53. Tang A, Mooney C, Mittal A, Ugarte S, Knopf KB, Khoury AL. High Compliance with Choosing Wisely Breast Procedures at a Safety-Net Hospital. Journal of Surgical Research 2021 :

54. Bennett CL, Nagai S, Bennett AC, Hoque S, Nabhan C, Schoen MW, Hrushesky WJ, Luminari S, Ray P, Yarnold PR, Witherspoon B, Riente J, Bobolts L, Brusk J, Tombleson R, Knopf K, Fishman M, Yang YT, Carson KR, Djulbegovic B, Restaino J, Armitage JO, Sartor OA.  The first 2 years of biosimilar epoetin for cancer and chemotherapy induced anemia in the US : A Review from the Southern Network on Adverse Reactions Oncologist 2021;26(8):e1418-e1426

55. Tang A, Mittal A, Mooney CM, Khoury AL, Chiang A, Lai N, Knopf KB. Factors delaying chemotherapy in patients with breast cancer at a safety-net hospital. J Natl Med Assoc. 2021 Sep 11:S0027-9684(21)00187-5.

56. Tang A, Mooney CM, Beattie G, Cohan CM, Knopf KB, Harper Z, Ugarte SR, Khoury AL. Health Equity within Inequity: Timing of Diagnostic Breast Cancer Care in an Underserved

*Version: 05/15/2013*

Medical Population. Anticancer Res. 2021 Jul;41(7):3607-3613. doi:
10.21873/anticanres.15149. PMID: 34230157

57. Tang A, Ugarte S, Khoury AL, Gyawali B, Chiang A, Lai N, Rohan J, Knopf K. Think Globally,
Act Locally: Cost-effective Care for Early Breast Cancer Patients.  Under Review

58. Mohyuddin G, Goodman, AM,  Knopf K. Perils of ignoring overall survival in interpreting the
myeloma literature. J Clin Oncol 2021 Oct 15

## BOOK CHAPTERS

1. Knopf KB and Dahut W  "Prostate Cancer"
2. Knopf KB and Kohn E    "Ovarian Cancer"
3. Knopf KB                    "Hematopoietic Growth Factors"
  Chapters in Bethesda Handbook of Oncology  Lippincott Press, 2000, 1st edition

4. PDQ Statement on Prevention of Oral Cancer, 4/99

5. Brawley O and Knopf KB, Chapter: Cancer in Special Populations, Haskell Textbook of
Oncology 6th edition , 2000

6. Knopf KB, Brawley OW, and Pluda J. Chapter: AIDS and Women.  Principles and Practice of
Gynecologic-Oncology, Third Edition. Edited by W.J. Hoskins, C.A. Perez, and R.C. Young.
Lippincott-Raven ,2000

7. Brown ML, Knopf KB, Marcus S and Lipscomb J.  Economic Analysis and Clinical Research.
Principles and Practices of Clinical Research, First Edition.  Edited by Gallin J  2002

## Abstracts / Posters

1. Cheal EJ, Lott KC, Edwards WT, Knopf KB, and Hayes WC, Finite element modelling of
   failure processes in the skeleton, Orthopedic Biomechanics Laboratory, Department of
   Orthopedic Surgery, Charles A. Dana Research Institute, Harvard Medical School and
   MIT, Beth Israel Hospital, Boston, MA 02215, IEEEE Proceedings 1997

2. Knopf KB, Parer JT, Parer WJ, Gunn AJ, Williams CE, Gluckman PD (Intro by JM
   Roberts), A Comparison of visual assessment with mathematical indices of long and short
   term fetal heart rate variability, Dept Ob/Gyn and CVRI, Univ of Cal SF, Univ of Auckland
   NZ, Oral **Presentation  at American Federation for Clinical Resarch, Spring 1990,
   Carmel, California**

3. Uhl V, Castro JR, Knopf K, and Phillips T, Heavy charged particle irradiation of bone
   sarcoma, International Journal of Radiation Oncology, Biology and Physics, Proceedings
   of the 33d Annual ASTRO Meeting 1991;21;Supp 1:1656-1657

*Version: 05/15/2013*

4.  Knop R, Shevrin D, Knopf K, et al.  Pilot study of low dose weekly mitoxantrone in widely metastatic hormone refractory prostate cancer (HPRC), Proceedings of the American Society of Clinical Oncology 1993

5.  Minsky B, Conti J, Huang Y, and Knopf K, Relationship of acute gastrointestinal (GI) toxicity and the volume of irradiated small bowel in patients receiving combined modality therapy for rectal cancer. Proceedings of the American Society for Clinical Oncology 1995;14:189

6.  Knopf K, Brown M, and Kohn EC. Lack of improvement in survival in patients with relapsed or refractory epithelial ovarian cancer 1980-1997. **Poster at the American Society of Clinical Oncology, 1998**

7.  Dahut W, Dyer V, P Arlen, Knopf K, et al. A randomized phase II trial of ketoconazole (KT) and alendronate (AL) versus high dose ketoconazole in androgen independent metastatic prostate cancer. American Urological Association Meeting, 2000 and Proceedings of the American Society of Clinical Oncology, 2001

8.  Knopf KB, Warren JL, Feuer F and Brown M. Bowel Surveillance Patterns Following a Diagnosis of Colorectal Cancer in Medicare Beneficiearies.  Proceedings of the American Society of Clinical Oncology, 2000  **Poster Discussion**

9.  Knopf KB, Potosky AL, Clegg LX et al. Health Outcomes Following Primary Androgen Therapy in a Population-Based Cohort, Proceedings of the American Society of Clinical Oncology, 2001  **Oral Presentation**

10. Kiebert W, Knerer G, Liu H-T, Shih T, Brown R, Knopf K.  Cost-Utility Analysis of a Randomised Clinical Trial comparing Docetaxel and Doxorubicin vs. Doxorubicin and Cyclophosphamide as first line chemotherapy for metastatic breast cancer. Proceedings of the American Society of Clinical Oncology, 2001

11. de Lissovoy G , Cassard SD,  Knopf  KB, Ciesla GN, Heyes A, and Silberman C. Duration and cost of treatment for stage IIIb-IV non-small cell lung cancer (NSCLC) patients receiving chemotherapy.  Proceedings of the American Society of Clinical Oncology, 2002 231b.

12. Ellison GL, Brown ML, Warren JL and Knopf KB. Racial and ethnic differences in bowel surveillance procedures following colorectal cancer surgery with curative intent. Annals of Epidemiology 2002;12(7):515

*Version: 05/15/2013*

13. Mahedevia P, Baran RW, Knopf KB, Coop A. <u>Cost Savings of Switching from IV to Oral 5-HT3 Antagonists for Prevention of Acute Chemotherapy Induced Nausea and Vomiting (CINV)</u> American Managed Care Pharmacy Annual Meeting 2004

14. Yabroff KR, Warren JL, Davis WW, Knopf K, Brown ML. <u>Patient time costs for breast, colorectal, and lung cancer care</u>**. Presented at International Health Economics Association meeting 2005**

15. Luo W, Nordstrom B, Ranganathan G, Linz H, Stokes M, Ross S, Knopf K. <u>Adherence to guidelines for use of erythropoiesis stimulating proteins in patients with chemotherapy-induced anemia: Trends from electronic medical records</u>. Abstract American Society of Clinical Oncology 2007

16. Stokes M, Muelenbein C, Marciniak M, Faries D, Montabar S, Beusching D, Gillespie T, LipscombJ, Knopf K <u>Costs Associated with Neutropenia in Elderly Patients treated first-line for Advanced Non-Small Cell Lung Cancer</u>.  **Oral Presentation at ISPOR 2008**

17. K. Knopf, J Lipscomb, T Gillespie, M Stokes, C Muehlenbein, D Faries, M Marciniak, S Motabar, D Buesching. <u>Impact of neutropenia on chemotherapy administration in elderly patients with advanced Non-small Cell Lung Cancer (NSCLC).</u>  **Poster at American Society of Clinical Oncology 2008**

18. Danese M, Griffiths R, Gleeson M, and Knopf K. <u>Validating the Follicular Lymphoma International Prognostic Index (FLI) Using SEER-Medicare claims. Data</u>.  **Oral Presentation** American Society of Hematology 2008

19. Griffiths R, Danese M, Gleeson, and Knopf K. <u>Patterns of Chemotherapy/Immontherapy and survival in Mantle Cell Lymphoma: Evidence from SEER-Medicare</u>.  Abstract, American Society of Hematology 2008

20. Danese M, Lalla D, Doan Q and Knopf K. <u>Estimating Recurrences Prevented by using trastuzumab in Stage I-3 HER2/neu Positive (HER2+) Breast Cancer in the United States</u>. **Poster presentation,** San Antonio Breast Conference 2008

21. Lalla D, Danese M, Doan Q, Brammer M and Knopf, K.  <u>Total Societal Costs Attributable to the Prevention of Recurrent HER2+ Breast Cancer</u>.  **Poster Presentation** San Antonio Breast Conference 2008

22. Stephens R,  Knopf K, <u>Off Label Use of Oncology Drugs in a Community Oncology EMR Databse</u>, **Poster Presentation** ISPOR May, 2009

*Version: 05/15/2013*

23. Lindquist K, Danese M, Knopf K, Mikhael J. <u>Mortality and hospitalization in myelodysplastic syndrome (MDS) using the SEER-Medicare linked database</u>.  **Poster Presentation**, American Society of Clinical Oncology 2009


24. <u>Patterns and Outcomes of Initial Systemic Therapy in Elderly Patients Diagnosed with CLL in the United States: Evidendce from SEER-Medicare</u>  **Poster Presentation**, XIII International Workshop on CLL, 2009


25. Knopf K, Smith D, Doan J and Munakata J, <u>Health Resource Utilization and Costs Associated with Gastric Cancer: Results from a US Claims Database</u>, **Poster Presentation,** European Society for Medical Oncology, 2011


26. Su W, Quon P, Whalen J, Ranganathan G, Wisonski S, Mavamburi M, Knopf K, et al. <u>Cost-effectiveness of bendamustine plus rituximab versus CHOP-R in treatment-naïve patients with Mantle Cell and Indolent Lymphoma</u>. **Poster Presentation**, American Society for Clinical Oncology 2011


27. Nordstrom BL, Knopf KB, Tetsch D et al. <u>Bendamustine in patients with renal impairment: A real-world, retrospective safety assessment.</u>  **Poster Presentation**. International Society of Geriatric Oncology Manchester, UK October 5 2012


28. Martin A, Xu Yingxin, Knopf K et al. <u>Overall Survival in Metastatic Colorectal Cancer Patients Receiving 2nd-line therapy: A Systematic Review</u>. **Poster Presentation** European Society of Medical Oncology, Vienna Austria 2012


29. Sorenson S, Pan F, Knopf KB. <u>PCN38 Impact of Biomarker Testing on clinical and economic outcomes in advanced cancer treatment. Value</u> in Health 11/2012;15(7):A415


30. Bodar C, Paramore LC and Knopf KB. <u>Improving quality of care and reducing costs with angiogenesis-specific imaging tests in metastatic breast cancer.</u>  **Poster presentation** ISPOR November 2012


31. <u>Impact of biomarker testing on clinical and economic outcomes of advanced cancer treatment</u>. **Poster presentation**, ISPOR November 2012


32. <u>Improving quality of early breast cancer care with a predictive test for taxane respose</u> **Poster Presentation**, ISPOR November 2012


33. Knopf K, Duh MS, Lafeuille M-H, et. Al. <u>Meta-analysis of the efficacy and safety of bortezomib retreatment in patients with relapsed and/or refractory multiple myeloma.</u> **Poster Presentations**, AmericanSociety of Hematology, December 2012, International Myeloma Workshop Kyoto, Japan April 2013, ISPOR May 2013, ASCO June 2013, ISPE September 2013

*Version: 05/15/2013*

34. Knopf K, Iqbal U, Thompson S et al. Survival outcomes in patients with metastatic colorectal cancer.  **Poster Presentation.** American Society of Clinical Oncology GI Meeting January 2013, ASCO June 21013

35. Kevin B. Knopf, Marie-Hélène Lafeuille, Jonathan Gravel, Patrick Lefebvre, Liviu Niculescu, Abbie Ba-Mancini, Esprit Ma, Mei Sheng Duh Cost Analysis of Bortezomib Retreatment Compared with Switching to Carfilzomib in Patients with Relapsed Multiple Myeloma Previously Treated with Bortezomib  **Poster presentation** Value Based Cancer Care, May 2013

36. Guo S, Pelligra CG, Icten ZG, Altincatal A, Rodrigues F, Monizini MS, Knopf KB. A cost-benefit assessment of treatment for newly diagnosed multiple myeloma patients: an efficiency frontier approach.  **Poster presentation** Congress of European Hematology, Stockholm, Sweden June 2013

37. Xu Y, Martin A, Ross S, Knopf K, et al. Second-line treatment of metastatic colorectal cancer (mCRC): a systematic literature review and feasibility assessment of indirect treatment comparison analysis.  ISPOR International Meeting 2013

38. Knopf K, Rieger –Christ KM, Sullivan TB. Novel live cell platform utilizing phenotypic biopshysical and molecular biomarkers for assessing prostate cancer aggressiveness.  **Poster presentation** ASCO GU 2015, AUA 2016 (selected as best poster in diagnostics)

39. Baranwal A, Faith DQ, Knopf KB, Bennet CL, et al. Effective complementary ASCO policy and day to day decision support strategies optimize anti-emetic usage. ASCO 2015 Poster

40. Walker MS, Cong Z, Knopf KB et al. Real world impact of treatment induced peripheral neuropathy (TIPN) on patient reported outcomes in multiple myeloma  in the United States. ASCO 2015  Poster

41. Huang H, Dorer DJ, Kaufman E, Knopf KB. Vascular occlusive events (VOE) and mortality among elderly patients with chronic myeloid leukemia : analysis of linked SEER-Medicare data. ASCO 2015,

42. Lang K, McGarry L, Huang H, Dorer D, Kaufman E, and Knopf K. Excess mortality and vascular events among elderly patients with chronic myeloid leukemia (CML): a retrospective analysis of linked SEER-Medicare data. European Society of Hematology , Portugal, November 2015 **Oral Presentation**

43. American Society of Hematology 2019, Poster

*Version: 05/15/2013*

44.  Tang A, Ugarte S, Rohan J, Khoury A, Knopf K. <u>Cost-effective Care for Early Breast Cancer Patients: Think Globally, Act Locally.</u> **Poster presentation**. San Antonio Breast Cancer Symposium. San Antonio, Texas Dec 10-14, 2019


45. Tang A, Mooney CM, Knopf K and Khoury AL. <u>High compliance with choosing wisely : Breast Procedures at a Safety Net Hospital</u>**,** American College of Surgeons 2020

46. Tang A, Mooney C, Mittal A, Ugarte S, Knopf K, and Khoury A. <u>High compliance with choosing wisely : breast procedures at a safety net hospital</u>. San Antonio Breast Conference **Poster Presentation** Dec 8, 2020

47. Tang A, Ugarte S, Rohan J, Khoury A, Knopf K. <u>Factors Delaying Chemotherapy for Breast Cancer patients in an Underserved Community</u>. Poster presentation. American College of Surgeons October **2020 Poster presentation**

48. Tang A, Mooney C, Mittal A, Knopf KD, Khoury AL. <u>Unintentional Benefits from the COVID-19 Pandemic on Breast Cancer Care at a Safety-Net Hospital</u>. Quickshot presentation. Academic Surgical Congress. Feb 2, 2021  **Oral presentation**

49. Tang A, Ugarte S, Rohan J, Khoury A, Knopf K. <u>Cost-effective Care for Early Breast Cancer Patients: Think Globally, Act Locally.</u> Quickshot presentation. Northern California Chapter American College of Surgeons Symposium. Berkeley, CA May 8, 2020. **Oral presentation**

50. Tang A, Ugarte S, Rohan J, Khoury A, Knopf K. F<u>ocused Mammographic Screening for an Underserved Population. Summit on Cancer National and Global Health Disparities.</u> Quickshot presentation. Seattle WA. April 28, 2019 O**ral presentation**