UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Master Docket Case No. 16-md-02741-VC <br>  <br> Honorable Vince Chhabria <br>  <br> **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |
| This document relates to: <br>  <br> *Elouise Jackson v. Monsanto Co. and John Does 1-100,* <br> Case No.: 3:20-cv-08522-VC | |

Plaintiff Elouise Jackson – without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave D:

1. Counsel for Plaintiff, Elouise Jackson, filed a motion to move her case from Wave VI with no assigned Sub-Wave to Wave VI, Sub-Wave D on March 30, 2023.

2. The order granting the motion to move her case to Wave VI, Sub-Wave D was filed on April 4, 2023.

3. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

4. The parties completed Plaintiff's deposition on July 11, 2022. The deposition of Plaintiff's oncologist was completed on December 7, 2022. However, Plaintiff's primary physician deposition has yet to be completed.

5. Plaintiff served her first round of written discovery responses and document productions as of November 29, 2022. Plaintiff intends to propound written discovery.

6. Counsel for the Plaintiff, Elouise Jackson, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Elouise Jackson, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave D.

Date: July 3, 2023                                    Respectfully Submitted,

By: _____
C. Moze Cowper
**Cowper Law LLP**
12301 Wilshire Blvd., Suite 303
Los Angeles, CA 90025
Tel: 877-529-3707

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2023, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
      C. Moze Cowper