UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |
| *Elouise Jackson v. Monsanto Co. and John Does 1-100,* Case No.: 3:20-cv-08522-VC | |

    Plaintiff's motion to move the case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave D is granted.

    **IT IS SO ORDERED.**

Dated: _____, 2023

                                                                    HONORABLE VINCE CHHABRIA
                                                                    UNITED STATES DISTRICT COURT