**CHAPPELL, CHAPPELL & NEWMAN**
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Tel:  (803) 233-7050
Fax:  (803) 233-0570

*Attorneys for Plaintiffs*
ERIC MILLER AND DONNA MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *Eric Miller, et al. v. Monsanto Co.*, Case No. 3:19-cv-07399-VC | |

### PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE 7D

1. Plaintiffs' counsel has consulted with Defendant's counsel who does not oppose the motion to move this case to Wave 7D.

2. This case is presently situated in Wave 6D.

3. All parties to this action have diligently pursued discovery and have taken depositions of both Plaintiffs, two fact witnesses, and one treating physician.

4. Plaintiff Eric Miller's health has recently deteriorated in relation to conditions that Plaintiffs believe are related to Mr. Miller's Roundup use.

5. This development complicates the completion of both fact discovery and expert discovery.

6. Plaintiffs' counsel and Defendant's counsel believe transferring this case to wave 7D would be in the best interest of justice.

1
2  　　　　　　　　　　　　　　　Respectfully submitted,
3
4
5  　　　　　　　　　　　　　　　<u>/s/ Graham L. Newman</u>
　　　　　　　　　　　　　　　Graham L. Newman
6  　　　　　　　　　　　　　　　CHAPPELL, CHAPPELL & NEWMAN
　　　　　　　　　　　　　　　2801 Devine Street, Suite 300 Columbia,
7  　　　　　　　　　　　　　　　South Carolina 29205
　　　　　　　　　　　　　　　(803) 233-7050
8  　　　　　　　　　　　　　　　(803) 233-0570 (facsimile)
　　　　　　　　　　　　　　　graham@chappell.law
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing upon:

> Joe G. Hollingsworth
> HOLLINGSWORTH LLP
> 1350 I Street, N.W.
> Washington, DC 20005
> (202) 898-5800
> Fax: (202) 682-1639
> Email: jhollingsworth@hollingsworthllp.com
> Counsel for Monsanto Company

by filing a copy on the Court's electronic filing system.

> /s/ Graham L. Newman
> Graham L. Newman (SC Fed. ID #9746)
>
> Counsel for the Plaintiff