UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

This document relates to:

*Fredda Glatt, individually and as Successor in Interest to the Estate of Aaron Leon Glatt, Andrew Glatt, and Lisa Glatt v. Monsanto Co., et al.*
Case No. 3:20-cv-04649-VC

MDL No. 2741

Case No. 3:16-md-02741-VC

Hon. Vince Chhabria

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Having reviewed the Unopposed Motion to Move Case to Wave VII, the Court hereby GRANTS the requested relief and transfers this case to Wave 7B.

IT IS SO ORDERED.

Date:  July __, 2023

_____
HON. VINCE CHHABRIA

UNITED STATES DISTRICT COURT