D<small>UKE</small> H<small>OLZMAN</small> P<small>HOTIADIS</small> & G<small>RESENS</small> LLP
Christopher M. Berloth, Esq.
*Attorneys For Third-Parties in Interest*
*Cellino & Barnes, P.C. and*
*Cellino Law LLP*
701 Seneca Street, Suite 750
Buffalo, New York 14210
(716) 855-1111
cberloth@buffalo.edu

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Civ. Action No.: 3:16-md-02741-VC |

## NOTICE OF MOTION
## TO EXTEND TIME TO OPPOSE TO
## VERIFIED PETITION TO SETTLE ATTORNEYS' FEES

| | |
|---|---|
| MOTION BY: | Third Parties in Interest Cellino & Barnes, P.C. and Cellino Law LLP |
| SUPPORTING PAPERS: | Declaration of Christopher M. Berloth, Esq., dated July 6, 2023; and Stipulation and Order, agreed to by the parties. |
| RETURN DATE/LOCATION: | On submission at a date and time to be determined by the Court |
| RELIEF REQUESTED: | Third-Parties in Interest respectfully request and Order: |

    (a)    Pursuant to Fed. R. Civ. P. 6(b), extending Third-Parties in Interest's time to oppose the Verified Petition/Motion to Settle Attorneys' Fees (*see* Doc. 16895) through and including August 11, 2023, or other date as the Court may see fit;

- 2 -

    (b)    Pursuant to Fed. R. Civ. P. 6(b), extending Petitioner's time to reply to the opposition to the Verified Petition/Motion to Settle Attorneys' Fees through and including August 31, 2023, or other date as the Court may see fit; and

    (c)    Awarding such other and further relief as this Court may deem just and proper.

GROUNDS:    Fed. R. Civ. P. 6(b) and stipulation among the parties.

Dated: July 6, 2023
       Buffalo, New York

DUKE HOLZMAN PHOTIADIS & GRESENS LLP

By:  s/ *Christopher M. Berloth*
    Christopher M. Berloth, Esq.
    *Attorneys For Third-Parties in Interest*
    *Cellino & Barnes, P.C. and*
    *Cellino Law LLP*
    701 Seneca Street, Suite 750
    Buffalo, New York 14210
    (716) 855-1111
    cberloth@dhpglaw.com