DUKE HOLZMAN PHOTIADIS & GRESENS LLP
Christopher M. Berloth, Esq.
*Attorneys For Third-Parties in Interest*
*Cellino & Barnes, P.C. and*
*Cellino Law LLP*
701 Seneca Street, Suite 750
Buffalo, New York 14210
(716) 855-1111
cberloth@buffalo.edu

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Civ. Action No.: 3:16-md-02741-VC |

**ATTORNEY DECLARATION
IN SUPPORT OF MOTION TO EXTEND TIME TO OPPOSE TO
VERIFIED PETITION/MOTION TO SETTLE ATTORNEYS' FEES**

Christopher M. Berloth, an attorney authorized to practice law in this Court, declares under the penalty of perjury pursuant to 28 U.S.C. § 1746, the following:

1. I am an attorney admitted to practice law in the State of New York, the Western District of New York, and noticed to appear before this Court to represent two Third Parties in Interest—Cellino & Barnes, P.C. ("C&B") and Cellino Law LLP ("Cellino Law") (collectively, "Third Parties in Interest"). I am a partner with the law firm of Duke Holzman Photiadis & Gresens LLP, attorneys for the Third Parties in Interest. I submit this Declaration in support of C&B's and Cellino Law's motion, upon stipulation of all parties in interest, to extend the time to oppose Goldstein Greco, P.C.'s ("GGPC") Verified Petition/Motion to Settle Attorneys' Fees. (Doc. 16895).

2. The instant proceeding arises from a dispute over the allocation of attorneys' fees amongst the various firms who represented certain plaintiffs in the instant Multi-District Litigation (MDL 2741). Specifically, throughout the instant litigation, C&B, Cellino Law, and GGPC represented the following plaintiffs in this matter:

a. Daniel Badzinksi;
b. Cynthia Vavara;
c. Todd Faut;
d. Francine Hillpot;
e. Bruce Lasko;
f. Phillip Lee;
g. David Leys;
h. John Nesbitt;
i. David Pietrzak;
j. Aaron Potter;
k. Norman Bauman;
l. Margaret Chrisman;
m. Leon Komm;
n. Richard Hammett;
o. Mary Ann Liesinger;
p. Richard Nusbaum;
q. Gerald Pasternak;
r. Paul Pierce;
s. Ray Duff;
t. George LoBianco;
u. Edward Struzik;
v. Mark Estruch;
w. Kelli Suchan;
x. Deborah Brown;
y. Irene Proctor;
z. William Frueh;
aa. Alphonso Faso; and
bb. Thomas Hill.

3. On June 26, 2023, GGPC initiated the instant proceeding in an attempt to obtain declaratory relief to "settle the attorneys' fees" for these respective matters, but in actuality to have the Court declare C&B's and Cellino Law's attorneys' liens invalid.

4. C&B and Cellino Law were not served with or otherwise provided notice of the instant proceedings by GGPC. Rather, C&B and Cellino Law happened across these proceedings due to their own due diligence in monitoring the cases.

5. As a result, C&B and Cellino Law contend that the time for them to respond to the instant Petition/Motion has not yet begun to accrue pursuant to the Federal Rules of Civil Procedure (each a "Rule" or together the "Rules" or "FRCP") and/or this Court's Local Rules of Civil Procedure (each a "Local Rule" and together the "Local Rules"). However, the instant application is made in an abundance of caution to ensure their rights are preserved.

6. C&B and Cellino Law intend to oppose GGPC's Petition/Motion and the contention that C&B's and/or Cellino Law's right to a lien should in any way be diminished.

7. On June 30, 2023, pursuant to the FRCP and the Local Rules, your declarant, as counsel for C&B and Cellino Law, e-mailed Petitioner Goldstein to request that the parties stipulate to an extended briefing schedule to permit C&B and Cellino Law to have adequate time to oppose the relief sought herein.

8. The parties were able to discuss matters on July 5, 2023. The parties have jointly agreed and stipulated to the following proposed briefing schedule, subject to Court approval:

- Opposition papers to the Petition/Motion to be filed by C&B and Cellino Law no later than August 11, 2023; and

- Reply papers in further support of the Petition/Motion to be filed by GGPC no later than August 31, 2023.

9. Accordingly, C&B, Cellino Law, and GGPC engaged in a good faith efforts to stipulate to extend the briefing schedule pursuant to the FRCP and Local Rules.

10. While the parties seek to expedite this matter as much as possible, the Court's grant of this stipulated request for an extended briefing schedule will not delay the litigation on behalf

of the plaintiffs. Rather, it is your declarant's understanding that the amount of attorneys' fees has been set for these matters, client funds can be disbursed accordingly in compliance with standard practice, and that the only "hold up" as a result of this dispute will be to the portion of the award allocated to attorneys' fees (which is the subject of this proceeding and needing judicial intervention to determine the fair and equitable distribution).

11. Specifically, C&B and Cellino Law request additional time to oppose GGPC's Petition/Motion to ensure due time to gather witness declarations, the necessary documentation demonstrating their attorneys' fee charging liens, and to adequately brief both the procedural and substantive flaws in the Petition/Motion.

12. Importantly, the instant matter is one of four virtually identical Petitions/Motions in front of four separate MDLs: *In re: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation*, MDL No. 2782; *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*, MDL No. 2775; *In re: Roundup Products Liability Litigation*, MDL No. 2741; and *In re: Atrium Medical Corp., C-Qur Mesh Products Liability Litigation*, MDL No. 2753.  These proceedings cover approximately fifty six (56) different sets of plaintiffs, the hard copy files of which remain in GGPC's possession.

13. Therefore, in addition to compiling what documentation remains in C&B and Cellino Law's possession, their opposition itself is going to request limited discovery in order to adequately combat numerous allegations C&B and Cellino Law dispute.

14. Additionally, the reason your declarant specifically requests additional time to respond is because he is preparing for a hearing set to take place before the United States District Court for the Western District of New York that is currently scheduled for July 24, 2023, through July 27, 2023.

15. This is the first application for an extension by the parties.

16. For the foregoing reasons, C&B and Cellino Law respectfully request that the Court grant this stipulated application for an extension of time to oppose GGPC's Petition/Motion such that (i) C&B and Cellino Law's opposition will be due August 11, 2023, and (ii) GGPC's reply, if any, will be due August 31, 2023.

Dated: July 6, 2023
       Buffalo, New York

                              DUKE HOLZMAN PHOTIADIS & GRESENS LLP

                              By: *s/ Christopher M. Berloth*
                                   Christopher M. Berloth, Esq.
                                   *Attorneys For Third-Parties in Interest*
                                   *Cellino & Barnes, P.C. and*
                                   *Cellino Law LLP*
                                   701 Seneca Street, Suite 750
                                   Buffalo, New York 14210
                                   (716) 855-1111
                                   cberloth@dhpglaw.com