DUKE HOLZMAN PHOTIADIS & GRESENS LLP
Christopher M. Berloth, Esq.
*Attorneys For Third-Parties in Interest*
*Cellino & Barnes, P.C. and*
*Cellino Law LLP*
701 Seneca Street, Suite 750
Buffalo, New York 14210
(716) 855-1111
cberloth@buffalo.edu

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
| LIABILITY LITIGATION | Civ. Action No.: 3:16-md-02741-VC |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, I electronically filed a Notice of Motion, Declaration, and Stipulation and Order, in support of Third-Parties in Interest Cellino & Barnes, P.C.'s and Cellino Law LLP's motion to extend their time to oppose the Verified Petition to Settle Attorneys' Fees (Doc. 16895), with the Clerk of the District Court for the Northern District of California using the CM/ECF system, which sent notification of such Filing via the CM/ECF filing system to all counsel of record, including Goldstein Greco, P.C.

Dated: July 6, 2023
       Buffalo, New York

DUKE HOLZMAN PHOTIADIS & GRESENS LLP

By: s/ *Christopher M. Berloth*
    Christopher M. Berloth, Esq.
    *Attorneys For Third-Parties in Interest*
    *Cellino & Barnes, P.C. and*
    *Cellino Law LLP*

- 2 -

> 701 Seneca Street, Suite 750
> Buffalo, New York 14210
> (716) 855-1111
> cberloth@dhpglaw.com