**PODHURST ORSECK, P.A.**
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Nancy Salas v. Monsanto Company, et al.*<br>Member Case No. 3:21-cv-06173-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF NOTICE OF MOTION AND MOTION TO EXCLUDE DR. REID SMEDA'S TESTIMONY**<br><br>Hearing:<br>Date: July 27, 2023<br>Time: 10:00 A.M.<br>Place: San Francisco Courthouse<br>         Courtroom 4 – 17th Floor |

Plaintiff, Nancy Salas, hereby files her Reply in support of Plaintiff's Motion to Exclude Dr. Reid Smeda's Testimony and in support thereof states as follows:

Monsanto's Response fails to address the fundamental problems with Dr. Smeda's opinions and testimony.

Most notably, Monsanto's Response weakly attempts to defend the loose nature of Dr. Smeda's opinions. Monsanto concedes that Dr. Smeda conducted no quantitative analysis, that

he did not identify the weed species present on Ms. Salas's properties, that he did not consider actual historical weather data for Ms. Salas' properties, and so forth. But it contends that no such analysis would be necessary. According to Monsanto, it suffices for Dr. Smeda to make broad statements, as he did at his deposition, such as that "[i]t would have taken some time for any species to grow back." Response at 11 (quoting White Decl. Ex. 2 at 72:20-73:1).

For the reasons outlined in Plaintiff's Motion, such loose and conclusory characterizations fail the *Daubert* standard.

Dated: July 6, 2023                                   Respectfully submitted,

**PODHURST ORSECK, P.A.**

/s/ Steven C. Marks
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
One Southeast 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 6, 2023, I electronically filed the foregoing document with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

By: /s/ Steven C. Marks
        STEVEN C. MARKS
        *Counsel for the Plaintiff*

2

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO EXCLUDE DR. SMEDA'S TESTIMONY