# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**CATEGORY 1 OBJECTORS' COUNSEL** | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

## [~~PROPOSED~~] ORDER

Before the Court is the Motion to Withdraw of Jeffrey A. Lamken and Eric R. Nitz as counsel on behalf of Category 1 Objectors' Counsel Carey Danis & Lowe; Heninger Garrison Davis, LLC; Lanier Law Firm, P.C., Tautfest Bond, PLLC; and Watts Guerra LLP filed herein. Having considered said Motion and the applicable law, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion to Withdraw of Jeffrey A. Lamken and Eric R. Nitz as counsel on behalf of Category 1 Objectors' Counsel Carey Danis & Lowe; Heninger Garrison Davis, LLC; Lanier Law Firm, P.C., Tautfest Bond, PLLC; and Watts Guerra LLP is hereby **GRANTED**, and that Jeffrey A. Lamken and Eric R. Nitz are withdrawn as counsel of record herein for Category 1 Objectors' Counsel Carey Danis & Lowe; Heninger Garrison Davis, LLC; Lanier Law Firm, P.C., Tautfest Bond, PLLC; and Watts Guerra LLP. The Clerk shall terminate their status as attorneys to be noticed on the CM/ECF system.

Dated: __July 6, 2023__

_____
VINCE CHHABRIA
United States District Judge