DUKE HOLZMAN PHOTIADIS & GRESENS LLP
Christopher M. Berloth, Esq.
*Attorneys For Third-Parties in Interest*
*Cellino & Barnes, P.C. and*
*Cellino Law LLP*
701 Seneca Street, Suite 750
Buffalo, New York 14210
(716) 855-1111
cberloth@buffalo.edu

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Civ. Action No.: 3:16-md-02741-VC |

**STIPULATION AND ORDER**

WHEREAS, on June 26, 2023, Goldstein Greco, P.C. ("GGPC") filed a Verified Petition/Motion to Settle Attorneys' Fees (Doc. 16895), which, in relevant part, seeks to have the Court issue declaratory relief regarding any rights purportedly held by alleged Third Parties in Interest Cellino & Barnes, P.C. ("C&B") and Cellino Law LLP ("Cellino Law") (collectively, "Third Parties in Interest") with respect to the following Plaintiffs named in this litigation:

a. Daniel Badzinksi;
b. Cynthia Vavara;
c. Todd Faut;
d. Francine Hillpot;
e. Bruce Lasko;
f. Phillip Lee;
g. David Leys;
h. John Nesbitt;
i. David Pietrzak;
j. Aaron Potter;
k. Norman Bauman;
l. Margaret Chrisman;
m. Leon Komm;
n. Richard Hammett;
o. Mary Ann Liesinger;

    p.    Richard Nusbaum;
    q.    Gerald Pasternak;
    r.    Paul Pierce;
    s.    Ray Duff;
    t.    George LoBianco;
    u.    Edward Struzik;
    v.    Mark Estruch;
    w.    Kelli Suchan;
    x.    Deborah Brown;
    y.    Irene Proctor;
    z.    William Frueh;
    aa.    Alphonso Faso; and
    bb.    Thomas Hill; and

WHEREAS, pursuant to F.R.C.P. 6(b), Third Parties in Interest have requested an extension of time, through and including, August 11, 2023, to oppose the Verified Petition/Motion to Settle Attorneys' Fees;

WHEREAS, the parties in interest—C&B, Cellino Law, and GGPC—have stipulated to and extension of time in a proposed briefing schedule.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Third Parties in Interest to answer the Verified Petition/Motion to Settle Attorneys' Fees (Doc. 16895) or otherwise oppose the motion is hereby extended as follows:

    i.    August 11, 2023, for C&B and Cellino Law to oppose the Verified Petition/Motion to Settle Attorneys' Fees; and
    ii.    August 31, 2023, for GGPC to submit a reply in further support of the Verified Petition/Motion to Settle Attorneys' Fees;

and it is further

STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, signed, and transmitted electronically, and filed without further notice with the Clerk of the Court.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court grant this request to extend the aforementioned time for C&B and Cellino Law to oppose the Verified

- 3 -

Petition/Motion to Settle Attorneys' Fees, pursuant to the above briefing schedule, by "So Ordering" this stipulation in the space provided below.

CONSENTED, AGREED, AND STIPULATED TO:

By:   /s/ Christopher M. Berloth
     Christopher M. Berloth, Esq.
DUKE HOLZMAN PHOTIADIS & GRESENS LLP
*Attorneys For Third Parties in Interest*
*Cellino & Barnes, P.C. and*
*Cellino Law LLP*
701 Seneca Street, Suite 750
Buffalo, New York 14210
(716) 855-1111
cberloth@dhpglaw.com

By:   /s/ Brian A. Goldstein
     Brian A. Goldstein, Esq.
GOLDSTEIN GRECO, P.C.
*Attorneys For Petitioner*
*Goldstein Greco, P.C.*

2354 Wehrle Drive
Buffalo, New York 14221
(716) 568-9090
bg@goldsteingreco.com

SO ORDERED this  6th  day of July, 2023

_____
HON. VINCE CHHABRIA