IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | ~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| *Jeffrey Lynn Ward et al. v. Monsanto Co.*<br>*Case No. 3:21-cv-02121-VC* | |

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal Without Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal Without Prejudice as to the above referenced captioned matter.

**IT IS SO ORDERED.**

Dated: July 6, 2023

Vince Chhabria
United States District Judge