# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. ROUNDUP PRODUCTS LIABILITY LITIGATION<br>THIS DOCUMENT RELATES TO:<br>ROBERT V. BOUCHER<br><br>Plaintiff(s)<br><br>v.<br><br>MONSANTO COMPANY<br><br>Defendant(s) | CASE NUMBER<br>MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br>3:20-cv-01543-VC<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

**Robert V. Boucher**        ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute **Kristy M. Arevalo** who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

**3281 E. Guasti Road, Suite 100**
*Street Address*

**Ontario, CA  91761**                **kma@mccunewright.com**
*City, State, Zip*                         *E-Mail Address*

**(909) 557-1250**        **(909)557-1250**        **216308**
*Telephone Number*          *Fax Number*             *State Bar Number*

as attorney of record instead of **Chris Cowan**
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated **July 6, 2023**                    _[signature]_
                                          U. S. District Judge/~~U.S. Magistrate Judge~~