UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES** |
| Farrell v. Monsanto Co., Case No. 20-cv-7321-VC | Re: Dkt. Nos. 16872, 16876-77, 16881, 16885, 16893, 16897, 16902-05, 16908, 16909-12, 16916-19, 16929, 16931-32, 16955-56, 16960 |
| Roth v. Monsanto Co., Case No. 20-cv-1543-VC | |
| Ramey v. Monsanto Co., Case No. 17-cv-5878-VC | |
| Frye v. Monsanto Co., Case No. 21-cv-39-VC | |
| Mattingly v. Monsanto Co., Case No. 21-cv-1658-VC | |
| Beckfield v. Monsanto Co., Case No. 21-cv-5322-VC | |
| Gonzalez v. Monsanto Co., Case No. 19-cv-8225-VC | |
| Porteus v. Monsanto Co., Case No. 20-cv-3309-VC | |
| Simmons v. Monsanto Co., Case No. 20-cv-3311-VC | |
| Catania v. Monsanto Co., Case No. 20-cv-3300-VC | |

Dai v. Monsanto Co.,
Case No. 20-cv-3109-VC

Prince v. Monsanto Co.,
Case No. 21-cv-2127-VC

Wallace v. Monsanto Co.,
Case No. 20-cv-1660-VC

Powell v. Monsanto Co.,
Case No. 20-cv-5623-VC

Fritscher v. Monsanto Co.,
Case No. 21-cv-4928-VC

Akrawi v. Monsanto Co.,
Case No. 19-cv-5874-VC

Dillon v. Monsanto Co.,
Case No. 19-cv-6184-VC

Sarafian v. Monsanto Co.,
Case No. 20-cv-1068-VC

Jackson v. Monsanto Co.,
Case No. 20-cv-8522-VC

Miller v. Monsanto Co.,
Case No. 19-cv-7399-VC

Glatt v. Monsanto Co.,
Case No. 20-cv-4649-VC

The above-listed motions to move cases to later waves are granted.

Dated: July 6, 2023

VINCE CHHABRIA
United States District Judge