**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:  (816) 474-6550
Facsimile: (816) 421-5547

Lakshmi Achari
lachari@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone:  (713) 227-8008
Facsimile:  (713) 227-9508

*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Livier Chavez, et al. v. Monsanto Co.*<br>Cause No. 3:20-CV-06775-VC<br>(N.D. Cal) | **MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET** |

**MONSANTO COMPANY'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET**

Defendant Monsanto Company ("Monsanto") files this motion to dismiss with prejudice for failure to submit a Plaintiff Fact Sheet ("PFS").  Pretrial Order 50 (ECF Doc. 1883) ("PTO 50") requires each Plaintiff to submit a completed PFS, either through the MDL Centrality system or to Brown Greer directly.  According to the order, Group 4 plaintiffs were required to submit a PFS within 91 days from the date of transfer into the MDL.  Additionally, PTO 50 states that if a Plaintiff does not submit a completed PFS within the time specified, Monsanto must give notice to plaintiff's counsel and Lead Counsel identifying the overdue PFS and provide plaintiff seven days in which to submit the

PFS. If Monsanto has not received a completed PFS within seven days after serving Plaintiff with the notice, Monsanto may move the Court for an Order dismissing the Complaint with prejudice. Indeed, this Court has previously "dismissed with prejudice for failure to prosecute" plaintiffs who have failed to submit PFSs in accordance with the Court's orders.

The Plaintiff identified below failed to submit any PFS whatsoever to date, and Monsanto notified Plaintiff that a PFS has not been submitted.[1]

| Case | Plaintiff | Case Number | PFS Due Date | Letter to Plaintiff's Counsel of Record |
|---|---|---|---|---|
| Chavez | Chavez, Livier | 3:20-cv-06775 | 12/28/2020 | 2/10/2021; 11/3/2022; 5/15/2023 |

Plaintiff filed this case on July 2, 2020. The case was then transferred to the MDL on September 28, 2020. Plaintiff failed to submit a PFS by the court ordered deadline of 12/28/2020. On February 10, 2021, Monsanto sent Plaintiff's Counsel and Plaintiff's Leadership Counsel a deficiency notice for failure to submit a PFS, per PTO 50. Plaintiff again failed to submit a PFS. Monsanto filed an Amended Motion to Dismiss for Failure to Submit PFS for many plaintiffs, including Plaintiff Chavez, on August 12, 2021. (Exhibit F). In the status updates for the Motion to Dismiss (Exhibit G), Monsanto did not list Plaintiff Chavez as one of the plaintiffs who had failed to make contact and/or submit a PFS. As a result, the Court's September 27, 2021, Pretrial Order No. 253 ("PTO 253") denying the motion to dismiss as to many of the plaintiffs who had either made contact with Monsanto and/or submitted a PFS included Plaintiff Chavez's case.

By November 3, 2022, Plaintiff still had not submitted a PFS. Monsanto sent Plaintiff's Counsel and Plaintiff's Leadership Counsel a second deficiency notice on November 3, 2022. Plaintiff's counsel responded to the email stating that the previous law firm representing the plaintiff was in bankruptcy, so communications were not getting through to the client. Plaintiff's

---

[1] Moreover, Monsanto has provided each of these Plaintiffs with a copy of Pretrial Order 50 prior to filing this Motion.

2

DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO SUBMIT PFS
3:16-md-02741-VC & 3:20-CV-06775

counsel stated, "[w]e are working desperately to catch up but we do not have the complete file so it has been difficult to get anything done . . . Jeremy is working with the family to get the PFS done ASAP and [will] get it to you." (Exhibit C). Plaintiff's counsel also asked Monsanto to include his team, including Jeremy Berman, on future emails about this case.

In March of 2023, in response to a request for deposition dates, Jeremy Berman directed Monsanto to contact the lead counsel, John Abassian. Alternatively, Mr. Berman stated that because Mr. Abassian's firm was in bankruptcy, Monsanto should contact Mr. Abassian's trustee or the claimant directly.[2] (Exhibit D). However, Monsanto did not, and to this date does not, have any contact information for the claimant.

After many months, Plaintiff still had not submitted a PFS. On May 15, 2023, Monsanto sent Plaintiff's Counsel of record and Plaintiff's Leadership Counsel a third deficiency notice for failure to submit a PFS. Prior to filing this motion to dismiss, Monsanto sent Plaintiff's counsel another reminder on May 24, 2023. Jeremy Berman, from the Plaintiff's Counsel of record's team, responded to the deficiency notice reminder as follows:

> Our office does not represent Livier Chavez, nor have we ever represented this plaintiff. We have notified your office several times regarding this error but keep getting notifications about this claim. To my knowledge, John Abassian of First Legal Solutions withdrew his representation. Our firm was unable to communicate with the client to initiate representation. Mr. Aumais was never substituted in as counsel. To date there is no retainer in place allowing our firm to take action on behalf of this plaintiff.

(Exhibit E).[3]

Monsanto does not have any contact information for either Plaintiff or with anyone who

---

[2] Monsanto contacted Kyra Andrassy, the attorney of record of the trustee for the bankruptcy estate of Girardi Keese, on July 3, 2023. She did not have any contact information for Plaintiff.

[3] The docket lists Christopher Terrence Aumais of Good Gustafson Aumais LLP as lead counsel for Plaintiff. Mr. Aumais was also listed as plaintiff's counsel on the complaint filed July 2, 2020 (albeit as an attorney for the now-defunct Girardi Keese firm). *See generally* (Case No. 3:20-cv-06775, ECF Doc. 1-1) Mr. Aumais has never withdrawn as plaintiff's counsel, and Mr. Berman is an attorney with Mr. Aumais's firm.

3

DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO SUBMIT PFS
3:16-md-02741-VC & 3:20-CV-06775

admits to being Plaintiff's counsel and has not received any notification of a new counsel for Plaintiff.

As of July 7, 2023, Christopher Aumais, John Abassian, and Thomas Girardi are still listed as the Plaintiff's Counsel of record on the docket report for this case. (Exhibit H). The Notice of Failure to Submit a PFS and resulting correspondence is attached as follows:

| Exhibit | Description |
|---|---|
| Exhibit A | Letters sent to Plaintiff's Counsel (2/10/2021; 11/3/2022; 5/15/2023) |
| Exhibit B | Letters sent to Plaintiff's Leadership Counsel (2/10/2021; 11/3/2022; 5/15/2023) |
| Exhibit C | Plaintiff's Counsel's 11/3/2022 Email Response Regarding Effort to Submit PFS |
| Exhibit D | Plaintiff's Counsel's 3/10/2023 Email Regarding Inability to Represent Plaintiff |
| Exhibit E | Plaintiff's Counsel's 5/24/2023 Email Regarding Inability to Represent Plaintiff; Monsanto's 5/24/2023 Email Regarding Docket Report Listing of Plaintiff's Counsel |

Based on the failure to submit a PFS for over two years and Plaintiff's Counsel of record (Exhibits E, H) denying their representation of Plaintiff Chavez, Plaintiff is in violation of PTO 50 and it does not appear that this violation will be cured. Therefore, Monsanto respectfully requests that the Court enter an Order dismissing this Plaintiff's case, listed above, with prejudice.

**Conclusion**

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above captioned case with prejudice for failure to submit a PFS.

4

DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO SUBMIT PFS
3:16-md-02741-VC & 3:20-CV-06775

| | |
|---|---|
| DATED:  July 7, 2023 | Respectfully submitted, |
| | */s/ Anthony R. Martinez*  |
| | Anthony R. Martinez |
| | amartinez@shb.com |
| | 2555 Grand Boulevard |
| | Kansas City, MO 64108-2613 |
| | Telephone:  (816) 474-6550 |
| | Facsimile: (816) 421-5547 |
| | |
| | */s/ Lakshmi Achari*  |
| | Lakshmi Achari (SBN: 24126364) |
| | lachari@shb.com |
| | 600 Travis, Suite 3400 |
| | Houston, Texas 77002-2926 |
| | Telephone:  (713) 227-8008 |
| | Facsimile:  (713) 227-9508 |
| | |
| | **SHOOK, HARDY & BACON L.L.P.** |
| | |
| | *Attorneys for Defendant Monsanto Company* |

**CERTIFICATE OF SERVICE**

I, Lakshmi Achari, hereby certify that on July 7, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Lakshmi Achari*
Lakshmi Achari
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*