# EXHIBIT A



February 10, 2021

**VIA ELECTRONIC MAIL**

Christopher T. Aumais  
Arin Scapa  
Girardi Keese  
1126 Wilshire Blvd.  
Los Angeles, CA 90012

Hovig John Abassian  
First Legal Solution APC  
16255 Ventura Boulevard, Suite 1205  
Encino, CA 91436

**John L. Ackley**  
JPMorgan Chase Tower  
600 Travis St., Suite 3400  
Houston  
Texas 77002  
t 713.227.8008  
f 713.227.9508  
jackley@shb.com

Re: Notice of Failure to Provide Plaintiff Fact Sheet  
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Livier Chavez | 3:20-cv-06775 | December 28, 2020 | February 10, 2021 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Monday, December 28, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

John L. Ackley, Esq.

4812-6170-0827



November 3, 2022

**VIA ELECTRONIC MAIL**

| Christopher T. Aumais | Hovig John Abassian |
| Good Gustafson Aumais LLP | First Legal Solution APC |
| 1220 Westwood Blvd., Suite 103 | 16255 Ventura Boulevard Suite 1205 |
| Los Angeles, CA 90064 | Encino, CA 91436 |

Thomas Girardi
Girardi Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017

Lakshmi Achari

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**f** 713.227.9508
lachari@shb.com

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Livier Chavez | 3:20-cv-06775 | December 28, 2020 | November 3, 2022 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on December 28, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*/s/ Lakshmi Achari*

Lakshmi Achari, Esq.



May 15, 2023

**VIA ELECTRONIC MAIL**

| Christopher T. Aumais | Hovig John Abassian |
| Good Gustafson Aumais LLP | First Legal Solution APC |
| 1220 Westwood Blvd., Suite 103 | 16255 Ventura Boulevard Suite 1205 |
| Los Angeles, CA 90064 | Encino, CA 91436 |

Lakshmi Achari

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**f** 713.227.9508
lachari@shb.com

Thomas Girardi
Girardi Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017

Re: Notice of Failure to Provide Plaintiff Fact Sheet
     *In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Livier Chavez | 3:20-cv-06775 | December 28, 2020 | May 15, 2023 |

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on December 28, 2020. Defendant Monsanto Company ("Monsanto") has identified plaintiffs that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*/s/ Lakshmi Achari*

Lakshmi Achari, Esq.