# EXHIBIT B



February 10, 2021

**John L. Ackley**
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston
Texas 77002
**t** 713.227.8008
**d** 713.546.5641
**f** 713.227.9508
jackley@shb.com

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Aimee Wagstaff, Esq. | Robin L. Greenwald, Esq. |
| Andrus Wagstaff, PC | Weitz & Luxenburg, P.C. |
| 7171 West Alaska Dr. | 700 Broadway |
| Lakewood, Co 80226 | New York, NY 10003 |

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
      *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

     This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

     Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Wednesday, February 10, 2021.

     Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*/s/ John L. Ackley/*

John L. Ackley, Esq.

4851-4824-8283

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| Stephen Russell Story | Mark A. Tate<br>Andrew A. Zemany<br>Tate Law Group LLC 5 Bull Street, 2nd Floor<br>Savannah, GA 31401 | 3:20-cv-0991 | December 31, 2020 | February 10, 2021 |
| Bobby Scott | Graham L. Newman<br>Chappell Smith and Arden PA<br>2801 Devine Street, Suite 300<br>Columbia, SC 29205 | 3:20-cv-06990 | December 31, 2020 | February 10, 2021 |
| Robert L. Schoenberg | William P. Ronan , III<br>The Ronan Law Firm<br>Indian Creek Corporate Campus<br>10740 Nall Avenue-Ste. 160<br>Overland Park, KS 66211-1260 | 3:20-cv-06783 | December 28, 2020 | February 10, 2021 |
| Cheryl Laski | Patrick N. Keegan<br>Keegan & Baker LLP<br>2292 Faraday Avenue, Suite 100<br>Carlsbad, CA 92008 | 3:20-cv-06668 | December 21, 2020 | February 10, 2021 |
| Don Guiberson | Justin P. Stalpes<br>Beck Amsden & Stalpes PLLC<br>1946 Stadium Drive, Suite 1<br>Bozeman, MT 59715 | 3:20-cv-06780 | December 28, 2020 | February 10, 2021 |
| Larry Garner | Denise Reid Hoggard<br>Rainwater, Holt & Sexton P.A.<br>Post Office Box 17250<br>Little Rock, AR 72222-7250 | 3:20-cv-06778 | December 28, 2020 | February 10, 2021 |

4851-4824-8283

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.

| | | | | |
|---|---|---|---|---|
| Livier Chavez | Christopher T. Aumais<br>Arin Scapa<br>Girardi Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90012<br>Hovig John Abassian<br>First Legal Solution APC<br>16255 Ventura Boulevard Suite 1205<br>Encino, CA 91436 | 3:20-cv-06775 | December 28, 2020 | February 10, 2021 |
| Prabha Baid | David C. Strouss<br>Evan R. Hoffman<br>Jasmine M. Howard<br>Thorton Law Firm LLP<br>One Lincoln Street<br>Boston, MA 02111 | 3:20-cv-06774 | December 21, 2020 | February 10, 2021 |

4851-4824-8283

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



November 3, 2022

Lakshmi Achari

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5663
**f** 713.227.9508
lachari@shb.com

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Aimee Wagstaff, Esq. | Robin L. Greenwald, Esq. |
| Kevin Rowe, Esq. | Nicole Thomas, Esq. |
| Wagstaff Law Firm | Weitz & Luxenburg, P.C. |
| 940 Lincoln Street | 700 Broadway |
| Denver, Co 80203 | New York, NY 10003 |

David Dickens, Esq.
Juan Aquilar, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re: Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Thursday, November 3, 2022.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*/s/ Lakshmi Achari*

Lakshmi Achari, Esq.

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.

4895-9685-2779

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| Livier Chavez | Christopher T. Aumais<br>Good Gustafson Aumais LLP<br>1220 Westwood Blvd., Suite 103<br>Los Angeles, CA 90064<br><br>Hovig John Abassian<br>First Legal Solution APC<br>16255 Ventura Boulevard Suite 1205<br>Encino, CA 91436<br><br>Thomas Girardi<br>Girardi Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90012 | 3:20-cv-06775 | December 28, 2020 | November 3, 2022 |



May 15, 2023

|  |  |
|---|---|
|  | Lakshmi Achari |

**VIA ELECTRONIC MAIL**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5663
**f** 713.227.9508
lachari@shb.com

Aimee Wagstaff, Esq.
Kevin Rowe, Esq.
Wagstaff Law Firm
940 Lincoln Street
Denver, Co 80203

Robin L. Greenwald, Esq.
Nicole Thomas, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

David Dickens, Esq.
Juan Aquilar, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly, ninety-one (91) days from transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Monday, May 15, 2023.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

*/s/ Lakshmi Achari*

Lakshmi Achari, Esq.

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.

4895-9685-2779

**PLAINTIFFS WHO FAILED TO SUBMIT PFS**

| Plaintiff's Name | Counsel | Case Number | PFS Due Date | Notice of Failure to Submit PFS |
|---|---|---|---|---|
| Livier Chavez | Christopher T. Aumais<br>Good Gustafson Aumais LLP<br>1220 Westwood Blvd., Suite 103<br>Los Angeles, CA 90064<br><br>Hovig John Abassian<br>First Legal Solution APC<br>16255 Ventura Boulevard Suite 1205<br>Encino, CA 91436<br><br>Thomas Girardi<br>Girardi Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90012 | 3:20-cv-06775 | December 28, 2020 | May 15, 2023 |