# EXHIBIT C

**Swearington, Retisha B. (SHB)**

| | |
|---|---|
| **From:** | Chris Aumais <cta@ggallp.com> |
| **Sent:** | Thursday, November 3, 2022 1:18 PM |
| **To:** | Conley, Ruth S. (SHB) |
| **Cc:** | Achari, Lakshmi (SHB); Jeremy Berman; Chris Good; Ryan Gustafson; Sarah Harvey; Rosalia GGA |
| **Subject:** | Re: Chavez, Livier - Deficiency letter for failure to Submit PFS |

**EXTERNAL**

Thanks so much!

**Christopher T. Aumais, Esq.**

Good Gustafson Aumais, LLP

2330 Westwood Blvd. Suite 103

Los Angeles, CA

90064

Tel: 310.274.4663

cta@ggallp.com

The information in this communication and in its attachments, if any, is privileged, confidential and intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this communication is prohibited except by or on behalf of the intended recipient. If you have received this

communication in error or if you are not the intended recipient, please notify me immediately by replying to this email and destroying all copies of the communication. Thank you.

On Nov 3, 2022, at 8:14 AM, Conley, Ruth S. (SHB) <rconley@shb.com> wrote:

Hi Mr. Aumais –
Thank you for your response. Should you need additional time to produce the PFS and authorizations on MDL Centrality for your client, please do not hesitate to reach out to me.

Best Regards,

**Ruth S. Conley**
*Paralegal to Lakshmi Achari*

Shook, Hardy & Bacon L.L.P.
*713-546-5630 [Direct]*| rconley@shb.com



**From:** Chris Aumais <cta@ggallp.com>
**Sent:** Thursday, November 3, 2022 1:04 PM
**To:** Conley, Ruth S. (SHB) <rconley@shb.com>
**Cc:** johnbkesq@gmail.com; Achari, Lakshmi (SHB) <LACHARI@shb.com>; Jeremy Berman <jsb@ggallp.com>; Chris Good <cbg@ggallp.com>; Ryan Gustafson <jrg@ggallp.com>; Sarah Harvey <seh@ggallp.com>; Rosalia GGA <rec@ggallp.com>
**Subject:** Re: Chavez, Livier - Deficiency letter for failure to Submit PFS

**EXTERNAL**

Hi Ruth.

Nice to meet you. We recently substituted into this case. Unfortunately the previous firm (GK) is in bankruptcy so  communication was not getting through to the client.

We are working desperately to catch up but we do not have the complete file so it has been difficult to get anything done.  Moreover, we don't seem to be receiving all correspondence.  In any evert, Jeremy is working with the family to get the PSF done ASAP and get it to you.

Regards,

Chris.

p.s. please include my team here and disregard any GK emails.

**Christopher T. Aumais, Esq.**

Good Gustafson Aumais, LLP

2330 Westwood Blvd. Suite 103

Los Angeles, CA

90064

Tel: 310.274.4663

cta@ggallp.com

The information in this communication and in its attachments, if any, is privileged, confidential and
intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this communication is prohibited except by or on behalf of the intended recipient. If you have received this communication in error or if you are not the intended recipient, please notify me immediately by replying to this email and destroying all copies of the communication. Thank you.

On Nov 3, 2022, at 4:36 AM, Conley, Ruth S. (SHB) <rconley@shb.com> wrote:

Re: Notice of Failure to provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Livier Chavez | 3:20-cv-06775 | December 28, 2020 | November 3, 2022 |

Dear Counsel:

Attached, please find correspondence regarding a delinquent plaintiff fact sheet for the Plaintiff indicated above.

Plaintiff has seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of the attached letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that fail to provide a completed PFS.

Best Regards,

**Ruth S. Conley**
*Paralegal to Lakshmi Achari*

Shook, Hardy & Bacon L.L.P.
*713-546-5630 [Direct]*| rconley@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.