# EXHIBIT D

**Swearington, Retisha B. (SHB)**

| | |
|---|---|
| **From:** | Jeremy Berman <jsb@ggallp.com> |
| **Sent:** | Friday, March 10, 2023 4:03 PM |
| **To:** | Martinez, Anthony (SHB) |
| **Cc:** | Chris Aumais; Christina Kim; Larsen, Mat (SHB); Cady, Tina (SHB); Lyons, Dana (SHB); Daniels, Erika E. (SHB); Archer, Lou (SHB); Pittman, Amy L. (SHB); Congrove, Tim (SHB); Webb, Tammy (SHB) |
| **Subject:** | Re: Roundup MDL Wave 6 - Fact Witness Depositions |

**EXTERNAL**

Hello Anthony,

We do not represent Mr. Chavez. We never subbed into this claim with the client. Lead counsel is John Abasian with First Legal Solutions, as far as I know and his office is in Bankruptcy. Therefore, it would be the trustee of Mr. Abasians estate who would be handling this claim. Please direct all communications regarding Mr. Chavez to the Trustee. If this client was dropped by that office, please direct all communications directly to the claimant, or both.

I hope this helps,

Regards,

Jeremy

On Fri, Mar 10, 2023 at 12:51 PM Martinez, Anthony (SHB) <AMARTINEZ@shb.com> wrote:

> Chris, Christina, and Jeremy,
>
> Do you represent Mr. Chavez?
>
> **Anthony R. Martinez**
> *Partner*
> Shook, Hardy & Bacon L.L.P.
>
> 816.559.2683 | amartinez@shb.com



> **From:** Justin Stalpes <justin@becklawyers.com>
> **Sent:** Monday, January 9, 2023 11:04 AM
> **To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; 'bfranco@actslaw.com' <bfranco@actslaw.com>; 'rfinnerty@actslaw.com' <rfinnerty@actslaw.com>
> **Cc:** Larsen, Mat (SHB) <MLARSEN@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Daniels, Erika E. (SHB) <EDANIELS@shb.com>; Archer, Lou (SHB) <AARCHER@shb.com>; Pittman, Amy L. (SHB) <APITTMAN@shb.com>; Congrove, Tim (SHB)

1

<TCONGROVE@shb.com>; Webb, Tammy (SHB) <TBWEBB@shb.com>
**Subject:** RE: Roundup MDL Wave 6 - Fact Witness Depositions

**EXTERNAL**

I don't represent Mr. Chavez

```
Justin P. Stalpes, ESQ.

BECK, AMSDEN & STALPES, PLLC

2000 S. 3rd Ave, Suite A

Bozeman, MT 59715

Telephone (406) 586-8700

Fax (406) 586-8960
```

www.becklawyers.com

```
NOTICE: This e-mail may contain confidential or privileged material and is intended for use
solely by the above-referenced recipient. Any review, copying, printing, disclosure,
distribution or other use by any other person or entity is strictly prohibited. If you are
not the named recipient or believe you have received this e-mail in error, please reply to
the sender and delete the copy you received. Thank you.
```

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Monday, January 9, 2023 9:53 AM
**To:** 'bfranco@actslaw.com' <bfranco@actslaw.com>; 'rfinnerty@actslaw.com' <rfinnerty@actslaw.com>; Justin Stalpes <justin@becklawyers.com>
**Cc:** Larsen, Mat (SHB) <MLARSEN@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Daniels, Erika E. (SHB) <EDANIELS@shb.com>; Archer, Lou (SHB) <AARCHER@shb.com>; Pittman, Amy L. (SHB) <APITTMAN@shb.com>; Congrove, Tim (SHB) <TCONGROVE@shb.com>; Webb, Tammy (SHB) <TBWEBB@shb.com>
**Subject:** RE: Roundup MDL Wave 6 - Fact Witness Depositions

All,

Can you please provide deposition dates for Mr. Chavez. We need to get this deposition on the calendar in January or February.

Best Regards,

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



2

**From:** Martinez, Anthony (SHB)
**Sent:** Tuesday, October 11, 2022 1:13 PM
**To:** aumais@girardikeese.com; amohamadi@girardikeese.com; bfranco@actslaw.com; rfinnerty@actslaw.com; justin@becklawyers.com
**Cc:** Larsen, Mat (SHB) <MLARSEN@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>; Lyons, Dana (SHB) <DLYONS@shb.com>; Daniels, Erika E. (SHB) <EDANIELS@shb.com>; Archer, Lou (SHB) <AARCHER@shb.com>; Pittman, Amy L. (SHB) <APITTMAN@shb.com>; Congrove, Tim (SHB) <TCONGROVE@shb.com>; Webb, Tammy (SHB) <TBWEBB@shb.com>
**Subject:** Roundup MDL Wave 6 - Fact Witness Depositions

All,

I represent Monsanto in the Roundup MDL. The MDL Court has established Wave 6 in the MDL Roundup litigation. Under the Wave 6 schedule we most complete depositions of 200+ plaintiffs, spouses, and treating physicians by June 12, 2023. In order to accomplish this, I would like to begin reserving dates for plaintiff and spouse depositions in October-January. We are willing to take these fact witness depositions virtually or in-person.

However, if you choose a virtual deposition, please communicate with your client well in advance of the deposition to confirm they have the internet and technology to accommodate a virtual deposition. Further, if you prefer a virtual deposition, all parties must appear virtually. We cannot agree to a scenario where you are in-person with your client but defense counsel is appearing virtually. If your client does not have the technology to accommodate a virtual deposition and/or you want to appear in-person with your client, then we will need to schedule the deposition in-person. When you provide the date of the deposition, please indicate if it will be virtual or in-person, and if in-person, the location where you would like us to find a conference room for the deposition.

After the plaintiff and spouse depositions, we will need to take the depositions of treating physicians as well. Based on our experience in Waves 1-5, eight months is not that much time to complete these depositions, especially when it is difficult to schedule treaters. Thus, we will not accept deposition dates for plaintiffs and spouses past January 2023

Please let me know available dates for the depositions of the below Wave 6 plaintiffs and their spouses in October, November, December, and January:

1. Gonzalez, Edilia
2. Chavez, Livier

Best Regards,

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized

review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--
Jeremy S. Berman, Esq.
Good | Gustafson | Aumais LLP
2330 Westwood Blvd. No 103
Los Angeles, CA 90064
(310) 274-4663
jsb@ggallp.com

We do not accept any ex parte or other notice or official correspondence by email. This e-mail communication (including any attachment) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This communication is CONFIDENTIAL. Any legal advice contained herein is PRIVILEGED and intended only for disclosure to or use by the person(s) listed above. If you are neither the intended recipient(s), nor a person responsible for the delivery of this communication to the intended recipient(s), you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited.