# EXHIBIT E

**Swearington, Retisha B. (SHB)**

| | |
|---|---|
| **From:** | Jeremy Berman <jsb@ggallp.com> |
| **Sent:** | Wednesday, May 24, 2023 10:31 AM |
| **To:** | Chris Aumais; Achari, Lakshmi (SHB); Conley, Ruth S. (SHB) |
| **Cc:** | Chris Good; Mark Hearn; Ryan Gustafson |
| **Subject:** | Fwd: Chavez, Livier - May 15, 2023_Deficiency letter for failure to Submit PFS |

**EXTERNAL**

Good morning Ms. Conley,

Our office does not represent Livier Chavez, nor have we ever represented this plaintiff. We have notified your office several times regarding this error but keep getting notifications about this claim.

To my knowledge, John Abassian of First Legal Solutions withdrew his representation. Our firm was unable to communicate with the client to initiate representation. Mr. Aumais was never substituted in as counsel. To date there is no retainer in place allowing our firm to take action on behalf of this plaintiff.

I ask again, please remove Mr. Aumais, and anyone else from the GGA firm from your service list on this matter.

Thank you,

Jeremy S Berman, Esq.

> **From:** "Conley, Ruth S. (SHB)" <rconley@shb.com>
> **Date:** May 24, 2023 at 7:47:11 AM PDT
> **To:** cta@ggallp.com, Jeremy Berman <jsb@ggallp.com>, Chris Good <cbg@ggallp.com>, jrg@ggallp.com, seh@ggallp.com, rec@ggallp.com, tgirardi@girardikeese.com, johnbkesq@gmail.com
> **Cc:** "Achari, Lakshmi (SHB)" <LACHARI@shb.com>
> **Subject: Chavez, Livier - May 15, 2023_Deficiency letter for failure to Submit PFS**
>
>
> Dear Counsel:
>
>
> On May 15, 2023, I sent the attached correspondence regarding a delinquent plaintiff fact sheet for Plaintiff Livier Chavez as indicated below.  However,  It has now come to my attention that I did not send the notice to the entire team. Due to my error, plaintiff now has seven days from **today's date, May 24, 2023,** in which to submit a completed PFS through MDL Centrality or to Brown Greer directly.

1

Please be aware that after seven days from today, May 24, 2023, Monsanto may move to dismiss with prejudice the cases of plaintiffs that fail to provide a completed PFS.

Best Regards,

**Ruth S. Conley**
*Paralegal to Lakshmi Achari*

Shook, Hardy & Bacon L.L.P.
*713-546-5630 [Direct]|* rconley@shb.com

---

**From:** Conley, Ruth S. (SHB)
**Sent:** Monday, May 15, 2023 5:23 PM
**To:** 'cta@ggallp.com' <cta@ggallp.com>; 'tgirardi@girardikeese.com' <tgirardi@girardikeese.com>; 'johnbkesq@gmail.com' <johnbkesq@gmail.com>
**Cc:** Achari, Lakshmi (SHB) <LACHARI@shb.com>
**Subject:** Chavez, Livier - May 15, 2023_Deficiency letter for failure to Submit PFS

Re: Notice of Failure to provide Plaintiff Fact Sheet
*In re Roundup Products Liability* Litigation – MDL No. 2741

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Livier Chavez | 3:20-cv-06775 | December 28, 2020 | May 15, 2023 |

Dear Counsel:

Attached, please find correspondence regarding a delinquent plaintiff fact sheet for the Plaintiff indicated above.

2

Plaintiff has seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of the attached letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that fail to provide a completed PFS.

Best Regards,

**Ruth S. Conley**
*Paralegal to Lakshmi Achari*

Shook, Hardy & Bacon L.L.P.
*713-546-5630 [Direct]|* rconley@shb.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--
Jeremy S. Berman, Esq.
Good | Gustafson | Aumais LLP
2330 Westwood Blvd. No 103
Los Angeles, CA 90064
(310) 274-4663
jsb@ggallp.com

We do not accept any ex parte or other notice or official correspondence by email.  This e-mail communication (including any attachment) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This communication is CONFIDENTIAL. Any legal advice contained herein is PRIVILEGED and intended only for disclosure to or use by the person(s) listed above.  If you are neither the intended recipient(s), nor a person responsible for the delivery of this communication to the intended recipient(s), you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited.

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:20-cv-06775-VC

| | |
|---|---|
| Livier Chavez et al v. Monsanto Company et al | Date Filed: 09/29/2020 |
| Assigned to: Judge Vince Chhabria | Jury Demand: Both |
| Demand: $75,000 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Lead case: 3:16-md-02741-VC | |
| Member case: (View Member Case) | Jurisdiction: Diversity |
| Case in other court: California Central, 2:20-cv-08381 | |
| Cause: 28:1441 Petition for Removal- Product Liability | |

**Plaintiff**

**Livier Chavez**
*an individual*

represented by **Christopher Terrence Aumais**
Good Gustafson Aumais LLP
2330 Westwood Blvd.
Suite 103
Los Angeles, CA 90064
310-274-4663
Email: cta@ggallp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hovig John Abassian**
First Legal Solution APC
16255 Ventura Boulevard Suite 1205
Encino, CA 91436
818-650-6363
Fax: 818-647-6402
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas V Girardi**
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
213-977-0211
Email: tgirardi@girardikeese.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Jose Brown**
*an individual*

represented by **Christopher Terrence Aumais**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hovig John Abassian**

        (See above for address)  
        *LEAD ATTORNEY*  
        *ATTORNEY TO BE NOTICED*

        **Thomas V Girardi**  
        (See above for address)  
        *LEAD ATTORNEY*  
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Monsanto Company**<br>*a Delaware corporation* | represented by | **John Lawrence Ackley**<br>Nelson Mullins Riley & Scarborough LLP<br>5830 Granite Parkway<br>Ste 100<br>Plano, TX 75024<br>469-484-6274<br>Fax: 469-828-7217<br>Email: john.ackley@nelsonmullins.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Eskandar Alex Beroukhim**<br>Arnold & Porter Kaye Scholer LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>(213) 243-4000<br>Fax: (213) 243-4199<br>Email: Alex.Beroukhim@arnoldporter.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**1-50 Does**  
*1 through 1000, inclusive*

**Trustee**

| | | |
|---|---|---|
| **Elissa D. Miller** | represented by | **Kyra Elizabeth Andrassy**<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626<br>(714) 445-1000<br>Fax: 714-445-1002<br>Email: kandrassy@swelawfirm.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2020 | 1 | NOTICE OF REMOVAL from Superior Court for the County of Los Angeles, case number 20STCV25233 Receipt No: ACACDC-28066678 - Fee: $400, filed by defendant Monsanto Company. (Attachments: # 1 Exhibit 1 (Complaint), # 2 Exhibit 2 (State Court Civil Cover Sheet), # 3 Exhibit 3 (Summons), # 4 Exhibit 4 (Case Assignment Notice), # 5 Exhibit 5 Proof of Service of Complaint), # 6 Exhibit 6 (Answer), # 7 Proof of Service of |

| | | |
|---|---|---|
| | | Notice of Removal) (Attorney Eskandar Alex Beroukhim added to party Monsanto Company(pty:dft))(Beroukhim, Eskandar) (Entered: 09/14/2020) |
| 09/14/2020 | 2 | CIVIL COVER SHEET filed by Defendant Monsanto Company. (Beroukhim, Eskandar) (Entered: 09/14/2020) |
| 09/14/2020 | 3 | Certification and Notice of Interested Parties filed by defendant Monsanto Company, identifying Bayer AG as parent of Monsanto Company. (Beroukhim, Eskandar) (Entered: 09/14/2020) |
| 09/14/2020 | 4 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Monsanto Company identifying Bayer AG as Corporate Parent. (Beroukhim, Eskandar) (Entered: 09/14/2020) |
| 09/14/2020 | | CONFORMED COPY OF COMPLAINT filed by Plaintiffs Livier Chavez and Juan Jose Brown in Los Angeles Superior Court on 7/2/2020, attached as Exhibit 1. (jtil) (Entered: 09/16/2020) |
| 09/14/2020 | | NON CONFORMED COPY OF ANSWER to Complaint filed by Defendant Monsanto Company, attached as Exhibit 6.(jtil) (Entered: 09/16/2020) |
| 09/16/2020 | 5 | NOTICE OF ASSIGNMENT to District Judge R. Gary Klausner and Magistrate Judge Patricia Donahue. (jtil) (Entered: 09/16/2020) |
| 09/16/2020 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (jtil) (Entered: 09/16/2020) |
| 09/17/2020 | 7 | STANDING ORDER by Judge R. Gary Klausner. (jre) (Entered: 09/17/2020) |
| 09/17/2020 | 8 | ORDER SETTING INITIAL SCHEDULING CONFERENCE by Judge R. Gary Klausner. Scheduling Conference set for 2/1/2021 at 09:00 AM. See order for further details. (jre) (Entered: 09/17/2020) |
| 09/28/2020 | 9 | CONDITIONAL TRANSFER ORDER - (CTO-235) from the United States Judicial Panel on Multidistrict Litigation, MDL 2741, transferring case to USDC, Northern District of California for coordinated or consolidated pretrial proceedings, and with the consent of that court, assigned to Honorable Vince Chhabria. Case transferred electronically. (MD JS-6. Case Terminated.) (jp) (Entered: 09/29/2020) |
| 09/29/2020 | 10 | Case transferred in from District of California Central; Case Number 2:20-cv-08381. Original file certified copy of transfer order and docket sheet received. (Entered: 09/29/2020) |
| 09/29/2020 | | MEMBER CASE OPENED MDL 2741: CENTRAL DISTRICT OF CALIFORNIA, 2:20cv08381RGKPD, Livier Chavez et al v. Monsanto Company et al, Opened in California Northern District as 3:20-cv-6775-VC pursuant to Conditional Transfer Order 235 cc: JPMDL (arkS, COURT STAFF) (Filed on 9/29/2020) (Entered: 09/29/2020) |
| 08/06/2021 | 11 | MOTION to Dismiss *with Prejudice for Failure to Submit Plaintiff Fact Sheet* filed by Monsanto Company. Responses due by 8/20/2021. Replies due by 8/27/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/6/2021) (Entered: 08/06/2021) |
| 08/12/2021 | 12 | Amended MOTION to Dismiss *with Prejudice for Failure to Submit Plaintiff Fact Sheet* filed by Monsanto Company. Responses due by 8/26/2021. Replies due by 9/2/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/12/2021) (Entered: 08/12/2021) |
| 08/18/2021 | 13 | Second MOTION to Dismiss *with Prejudice for Failure to Submit a Plaintiff Fact Sheet* filed by Monsanto Company. Responses due by 9/1/2021. Replies due by 9/8/2021. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 09/10/2021 | 14 | STATUS REPORT *on Second Amended Motion to Dismiss for Failure to Submit Plaintiff Fact Sheet* by Monsanto Company. (Ackley, John) (Filed on 9/10/2021) (Entered: 09/10/2021) |
| 09/10/2021 | 15 | STATUS REPORT *on Second Amended Motion to Dismiss for Failure to Submit Plaintiff Fact Sheet (Updated)* by Monsanto Company. (Ackley, John) (Filed on 9/10/2021) (Entered: 09/10/2021) |
| 09/15/2021 | 16 | STATUS REPORT *for Motion to Dismiss for Failure to Submit a PFS (Second Updated)* by Monsanto Company. (Ackley, John) (Filed on 9/15/2021) (Entered: 09/15/2021) |
| 09/27/2021 | 17 | **PRETRIAL ORDER NO. 253: Denying Motion to Dismiss for Failure to Submit Plaintiff Fact Sheets. Signed by Judge Vince Chhabria on 9/27/2021. (vclc3S, COURT STAFF) (Filed on 9/27/2021) (Entered: 09/27/2021)** |
| 09/28/2021 | 18 | NOTICE by Elissa D. Miller *Chapter 7 Trustee of Girardi Keese (Bankruptcy Case)- Notice of Lien for Attorneys' Fees and Costs with Proof of Service* (Attachments: # 1 Certificate/Proof of Service)(Andrassy, Kyra) (Filed on 9/28/2021) (Entered: 09/28/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/24/2023 08:34:29 | | | |
| **PACER Login:** | sh0019sh | **Client Code:** | 31943.328865 |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-06775-VC |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |