# EXHIBIT G

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jeffrey M. Anderson*<br>Cause No. 3:19-cv-08084-VC<br>(N.D. Cal)<br><br>*Angelo Bulone*<br>Cause No. 3:20-cv-03719-VC<br>(N.D. Cal)<br><br>*Renilda Castro (Estate of Fernando Castro)*<br>Cause No. 3:19-cv-03887-VC<br>(N.D. Cal)<br><br>*Antony Catania*<br>Cause No. 3:20-cv-03300-VC<br>(N.D. Cal) | |

1

Second Updated Status Report for Motion to Dismiss for Failure to Submit a PFS

*Livier Chavez & Juan Brown*
Cause No. 3:20-cv-06775-VC
(N.D. Cal)

*Margot M. Henson*
Cause No. 3:20-cv-02125-VC
(N.D. Cal)

*Kevin Porteus*
Cause No. 3:20-cv-03309-VC
(N.D. Cal)

*Martin Denny Reed*
Cause No. 3:19-cv-08088-VC
(N.D. Cal)

*Pearl Grace Reed (Estate of Bobby Reed)*
Cause No. 3:20-cv-02642-VC
(N.D. Cal)

*Michael Seeley (Estate of Gina Seeley)*
Cause No. 3:19-cv-08270-VC
(N.D. Cal)

*Andrew Simmons*
Cause No. 3:20-cv-03311-VC
(N.D. Cal)

*Donna Sutliff (Estate of Timothy Sutliff)*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Robert Tignor*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Ronnie Wynne*
Cause No. 3:19-cv-02832-VC
(N.D. Cal)

*Jeffrey and Lorraine Westfall*
Cause No. 3:21-cv-02909-VC
(N.D. Cal)

Second Updated Status Report for Motion to Dismiss for Failure to Submit a PFS

## MONSANTO COMPANY'S SECOND UPDATED STATUS REPORT REGARDING ITS MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PFS

Since Defendant Monsanto Company ("Monsanto") filed its September 10, 2021 updated status report on its Motion to Dismiss certain plaintiffs for failure to submit a Plaintiff Fact Sheet ("PFS"), Monsanto has received a PFS for Margot M. Henson. Therefore, of the fifteen remaining Plaintiffs subject to the Motion, the following three have not submitted a PFS and have not been in contact with Monsanto's counsel:

- Jeffrey M. Anderson;
- Martin Denny Reed; and
- Michael Seeley (Estate of Gina Seeley).

Thus, Monsanto's Motion to Dismiss related to these three plaintiffs is ripe for ruling by the Court and Monsanto respectfully requests that these three Plaintiffs' lawsuits be dismissed with prejudice.

Dated: September 15, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Anthony R. Martinez
Anthony R. Martinez
Email: amartinez@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Fax: 816-421-5547

By: /s/ John L. Ackley
John L. Ackley
Texas Bar No. 24108036
E-mail: jackley@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: 713-227-8008
Fax: 713-227-9508

*Attorneys for Defendant,*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, John Ackley, hereby certify that on September 15, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ John L. Ackley*
John L. Ackley

Second Updated Status Report for Motion to Dismiss for Failure to Submit a PFS