UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Murdock v. Monsanto Co.*, Case No. 20-cv-1363-VC | Case No. 16-md-02741-VC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 16934 |

The plaintiff's motion is denied for the reasons stated in Judge Tse's order. The fact that Dr. Schiff may have focused on some portions of the report more carefully than others is not a basis for withholding portions of the report.

**IT IS SO ORDERED.**

Dated: July 7, 2023

_____
VINCE CHHABRIA
United States District Judge