Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: *Mosely v. Monsanto Co.,* Case No. 19-cv-5088-VC | |

**MONSANTO COMPANY'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

Defendant Monsanto Company ("Monsanto") files this motion to dismiss for failure to prosecute. On March 10, 2023, counsel for Plaintiff, Darrel Mosely, filed a motion to withdraw as attorney. (Dkt. No. 16314.) On April 28, 2023, this Court granted the motion "subject to the requirement that counsel transmit this order to the plaintiff." (Dkt. No. 16554.) The Order further required that, "[w]ithin 28 days of this Order, the plaintiff shall notify the Court whether he intends to represent himself or hire new counsel for this case." (*See id.*) On May 5, 2023, Kristy M. Arevalo of the McCune Law Group sent correspondence to Plaintiff via certified, US Postal Mail and by electronic mail, enclosing the April 28, 2023 Order of Court. (*See* Exhibit A.)

On June 6, 2023, Monsanto filed a motion to dismiss for failure to prosecute, or in the alternative, for an order to show cause. (Dkt. No. 16786.) On June 16, 2023, this Court issued an

Order to show cause. (Dkt. No. 16861.) The Order required that, "[w]ithin 21 days of this Order, the plaintiff must show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. If no response is filed, this case will be dismissed without prejudice." (*See id.*) On June 21, 2023, counsel for Monsanto sent correspondence to Plaintiff via certified, US Postal Mail and by electronic mail, enclosing the June 16, 2023 Order of Court. (*See* Exhibit B.) Notice of the mailing was left because "no authorized recipient [was] available[,]" and counsel's emails have gone unanswered. (*See* Exhibit C.)

To date, Plaintiff has failed to notify the Court whether he intends to represent himself or hire new counsel for this case, as required by this Court's April 28, 2023, Order of Court. Plaintiff has similarly failed to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute, as required by this Court's June 16, 2023, Order of Court.

A court may dismiss a case for failure to prosecute pursuant to Rule 41(b), which provides:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Dismissal is authorized by Rule 41(b) and warranted under the April 28, 2023 and June 16, 2023 Orders because Plaintiff has failed to prosecute his case.

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case without prejudice for failure to prosecute.

Dated: July 10, 2023

                    Respectfully submitted,

                    SHOOK, HARDY & BACON L.L.P.

                    By: */s/ Anthony R. Martinez*
                          Anthony R. Martinez
                          2555 Grand Blvd.
                          Kansas City, MO 64108
                          Telephone: (816) 474-6550
                          Fax: (816) 421-5547
                          amartinez@shb.com

                  ***Attorney for Defendant,***
                  ***MONSANTO COMPANY***

**CERTIFICATE OF SERVICE**

    I, Anthony Martinez, hereby certify that on July 10, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record. Additionally, service of the forgoing document was made via certified mail to Plaintiff: Darrel Mosely, 9 Trentridge Court, Columbia, SC 29229 and via email: darrelmosely4@gmail.com.

                                                    */s/ Anthony Martinez*
                                                    Anthony Martinez

Defendant's Motion to Dismiss for Failure to Prosecute