

May 5, 2023

***<u>Via Certified Mail, US Postal Mail and Email</u>***
7019 0140 0000 9924 0466
Darrel Mosely
9 Trentridge Court
Columbia, SC 29229
darrelmosely4@gmail.com


Thomas J. Sullivan, Esq.
Two Commerce Square
2001 Market Street
Suite 3000
Philadelphia, PA 19103
tsullivan@shb.com


Anthony R. Martinez
**SHOOK HARDY & BACON, LLP**
2555 Grand Boulevard
Kansas City, MO 64108
amartinez@shb.com


Re:     *Darrel Mosely v. Monsanto (Round Up Products Liability Litigation)*;
        Case No. 19-cv-5088-VC; 16-md-02741-VC


Dear Mr. Mosely,

  As you are aware, your former attorneys at McCune Law Group filed a Motion to Withdraw as Counsel on March 10, 2023, in your Round Up products liability litigation before the United States District Court, Northern District of California.  On April 28, 2023, District Court Judge Vince Chhabria issued an order granting our Motion to Withdraw as Counsel subject to our office transmitting the order to you.  Please see attached Judge Chhabria's order.

Correspondence:
3281 East Guasti Road
Suite 100
Ontario, CA 91761
Office: 909-557-1250
FAX: 909-557-1275

McCuneLawGroup.com

Exhibit A
Motion to Dismiss for Failure to Prosecute



Our office wishes you the best of luck in your future endeavors.

Very truly yours,

Kristy M. Arevalo
McCune Law Group

Correspondence:
3281 East Guasti Road
Suite 100
Ontario, CA 91761
Office: 909-557-1250
FAX: 909-557-1275

McCuneLawGroup.com

Exhibit A
Motion to Dismiss for Failure to Prosecute