## Kurtz, Julia F. (SHB)

| | |
|---|---|
| **From:** | Swearington, Retisha B. (SHB) |
| **Sent:** | Wednesday, June 21, 2023 1:40 PM |
| **To:** | darrelmosely4@gmail.com |
| **Cc:** | Kurtz, Julia F. (SHB) |
| **Subject:** | Bayer Corporation - Mosely, Darrel vs. (Gly Lit) - 31943.378455 |
| **Attachments:** | 2023.06.21 Letter to Mosely re June 16 Order.pdf |

Dear Mr. Mosely,

Please find Judge Chhabria's June 16, 2023 Order of Court, which was also be mailed to you today.

Regards,

**Retisha B. Swearington**
*Legal Administrative Assistant*
Shook, Hardy & Bacon L.L.P.

713-546-5657 | rswearington@shb.com



1

Exhibit B
Motion to Dismiss for Failure to Prosecute

**SHOOK**
HARDY & BACON

June 21, 2023

Julia F. Kurtz

**VIA UNITED STATES POSTAL SERVICE
and ELECTRONIC MAIL**

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5648
**f** 713.227.9508
jkurtz@shb.com

Darrel Mosely
9 Trentridge Court
Columbia, SC 29229
darrelmosely4@gmail.com

Re:   United States District Court, Northern District of California, Roundup Products Liability Litigation, Case No. 16-md-02741-VC.

Dear Mr. Mosely,

Enclosed please find Judge Chhabria's June 16, 2023 Order of Court.

Sincerely,

*Julia Kurtz*

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.

Exhibit B
Motion to Dismiss for Failure to Prosecute

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Mosely v. Monsanto Co.,*<br>Case No. 19-cv-5088-VC | |

### [PROPOSED] ORDER TO SHOW CAUSE

The motion for order to show cause is granted. Within 21 days of this Order, the plaintiff must show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. If no response is filed, this case will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 16, 2023

VINCE CHHABRIA
United States District Judge