# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9414726699042165863228

Copy        Schedule a Redelivery (https://tools.usps.com/redelivery.htm)

### Latest Update

This is a reminder to arrange for redelivery of your item before July 10, 2023 or your item will be returned on July 11, 2023. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivery Attempt: Action Needed
**Reminder to Schedule Redelivery of your item before July 10, 2023**
July 1, 2023

### Notice Left (No Authorized Recipient Available)
COLUMBIA, SC 29229
June 26, 2023, 2:25 pm

### In Transit to Next Facility

Feedback

Exhibit C
Motion to Dismiss for Failure to Prosecute

June 25, 2023

**Departed USPS Regional Facility**

COLUMBIA SC PROCESSING CENTER
June 24, 2023, 2:24 am

**Arrived at USPS Regional Facility**

COLUMBIA SC PROCESSING CENTER
June 23, 2023, 11:46 am

**Departed USPS Regional Facility**

NORTH HOUSTON TX DISTRIBUTION CENTER
June 22, 2023, 12:09 am

**Arrived at USPS Regional Facility**

NORTH HOUSTON TX DISTRIBUTION CENTER
June 21, 2023, 11:29 pm

Hide Tracking History

Text & Email Updates

Schedule Redelivery

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs