## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Livier Chavez v. Monsanto Co.,*<br>Case No. 3:20-cv-06775-VC | |

### PROPOSED ORDER ON MONSANTO'S MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having been brought before the Court by defendant Monsanto, Co. ("Defendant"), for an Order dismissing Plaintiff Livier Chavez's Complaint for failure to provide a Plaintiff Fact Sheet pursuant to Pretrial Order No. 50; and the Court having considered the papers submitted; and the Court having heard the arguments of counsel, if any; and for good cause shown;

IT IS, on this _____ day of _____, 2023;

**ORDERED** that the Complaint of Plaintiff Livier Chavez is hereby dismissed with prejudice; and

**ORDERED** that a signed copy of this Order be served upon all counsel within seven (7) days of the date hereof.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT