| | |
|---|---|
| **WILKINSON STEKLOFF LLP** <br> Brian L. Stekloff (*pro hac vice*) <br> (bstekloff@wilkinsonstekloff.com) <br> Rakesh Kilaru (*pro hac vice*) <br> (rkilaru@wilkinsonstekloff.com) <br> 2001 M St. NW <br> 10th Floor <br> Washington, DC 20036 <br> Tel:  202-847-4030 <br> Fax:  202-847-4005 <br><br> **HOLLINGSWORTH LLP** <br> Eric G. Lasker (*pro hac vice*) <br> (elasker@hollingsworthllp.com) <br> 1350 I St. NW <br> Washington, DC 20005 <br> Tel:  202-898-5843 <br> Fax:  202-682-1639 | **COVINGTON & BURLING LLP** <br> Michael X. Imbroscio (*pro hac vice*) <br> (mimbroscio@cov.com) <br> One City Center <br> 850 10th St. NW <br> Washington, DC 20001 <br> Tel:  202-662-6000 <br><br> **BRYAN CAVE LEIGHTON PAISNER LLP** <br> K. Lee Marshall (CA Bar No. 277092) <br> (klmarshall@bclplaw.com) <br> Three Embarcadero Center, 7th Floor <br> San Francisco, CA 94111 <br> Tel:  415-675-3400 <br> Fax:  415-675-3434 <br><br> Jed P. White (CA Bar No. 232339) <br> (jed.white@bclplaw.com) <br> 120 Broadway, Suite 300 <br> Santa Monica, CA 90401 <br> Tel:  310-576-2100 <br> Fax:  310-576-2200 |

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock, Adm'r, Kyle A. Murdock, individually, and Mandi L. Murdock v. Monsanto Company, et al.*, <br> 3:20-cv-01363-VC | MDL No. 2741 <br><br> Case No.:  3:16-md-02741-VC <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME FOR MONSANTO TO FILE A *DAUBERT* MOTION REGARDING DR. RON SCHIFF** |

Pursuant to LR 6-2 and 7-12, the Parties hereby jointly stipulate to an extension of time for Monsanto to file a *Daubert* motion regarding Plaintiffs' disclosed expert Dr. Ron Schiff:

1. On June 16, 2023, the last day to file *Daubert* motions for Wave 5 plaintiffs, Monsanto filed, on the docket of the Murdock case (3:20-cv-01363), a docket entry titled "Motion to Exclude Testimony of Dr. Ron Schiff," along with a declaration and supporting exhibits. Dkt. No. 22. Due to a clerical error, a different motion—one to exclude the testimony of Dr. Kevin Knopf, an expert disclosed by a different plaintiff in the Roundup litigation—was inadvertently filed in place of the one to exclude Dr. Schiff. The declaration and supporting exhibits were filed correctly. This error was not discovered by Monsanto until Plaintiffs in this case filed a response to the inadvertently filed motion to exclude Dr. Knopf, in which Plaintiffs pointed out that Dr. Knopf was not disclosed in this case.

2. On June 16, 2023, the correct motion was filed on the docket for the MDL (3:16-md-02741), but Plaintiffs did not realize that and instead reviewed and responded to the (incorrect) motion that had been filed on the individual Murdock case docket.

3. The parties have agreed that, because of this clerical error, the parties request an extension of time for Monsanto to re-file its *Daubert* motion regarding Dr. Schiff from June 16, 2023 to July 10, 2023.

4. The parties also request that Plaintiffs have until July 28, 2023 to respond to Monsanto's corrected filing, and for Monsanto to have until August 8, 2023, to file a reply.

5. The proposed extension would not otherwise modify the schedule for the Wave 5 cases.

6. Counsel attests that all parties concur in the filing of this stipulation consistent with LR 5-1(h)(3).

Dated: July 10, 2023                              Respectfully submitted,

                                                  /s/ *Jed P. White*
                                                  Jed P. White
                                                  Attorneys for Defendant Monsanto Company


                                                  /s/ *Jermore P. Prather*
                                                  Jermore P. Prather
                                                  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10 day of July, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company