**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Estate of Kenzie Elizabeth Murdock, et al. v. Monsanto Co.*, 3:20-cv-01363-VC<br><br>*Michele Glavanovits v. Monsanto, Co.*, 3:20-cv-01016-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. RON SCHIFF**<br><br>Hearing:<br>Date:    August 24, 2023<br>Time:    10:00 a.m.<br>Place:   San Francisco Courthouse, Courtroom 4 – 17th Floor |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion to Exclude Testimony of Dr. Ron Schiff Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached as Exhibit A is a true and correct copy of Dr. Schiff's Curriculum Vitae.

3. Attached as Exhibit B is a true and correct copy of excerpts from the deposition of Dr. Schiff in the *Rehak* case.

4. Attached as Exhibit C is a true and correct copy of excerpts from the deposition of Dr. Schiff in the *Wade* case.

5. Attached as Exhibit D is a true and correct copy of excerpts from the deposition of Dr. Schiff in the *Murdock* case.

6. Attached as Exhibit E is a true and correct copy of excerpts from the deposition of Dr. Schiff in the *Harris* case.

7. Attached as Exhibit F is a true and correct copy of excerpts from the deposition of Dr. Schiff in the *Cervantes* case.

8. Attached as Exhibit G is a true and correct copy of excerpts from the deposition of Dr. Schiff in the *Schafer* case.

9. Attached as Exhibit H is a true and correct copy of Dr. Schiff's expert report in the *Murdock* case.

10. Attached as Exhibit I is a true and correct copy of Dr. Schiff's expert report in the *Glavanovits* case.

1   11.  Attached as Exhibit J is a true and correct copy of excerpts from the deposition of Dr. Schiff in the *Moore* case.

2   12.  Attached as Exhibit K is a true and correct copy of excerpts from the deposition of Dr. Schiff in the *Glavanovits* case.

3   13.  Attached as Exhibit L is a true and correct copy of the Rule 26(a)(2) Expert Disclosures, dated November 1, 2022, for the *Glavanovits* case.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 10, 2023, at Santa Monica, California.

_____
Jed P. White