# EXHIBIT A

CURRICULUM VITAE

RON D. SCHIFF, M..D., Ph.D.

May 26, 2015

ADDRESS:



TELEPHONE NUMBERS:

Office      (813)
Cell        (813)

EDUCATION:

| | | |
|---|---|---|
| Northwestern University, Evanston, Illinois | B.A., 1973 | Biological Sciences and Psychology |
| Saint Louis University, St Louis, Missouri | Ph.D., 1979 | Molecular and Cellular Biology |
| Saint Louis University, St. Louis, Missouri | M.D., 1980 | |

POSITIONS HELD:

1973
Instructor in Organic Chemistry
Northwestern University
Evanston, Illinois

1975-1978
Research Assistant
Institute for Molecular Virology
Saint Louis University School of Medicine
St. Louis, Missouri

Page Two

| | |
|---|---|
| 1979-1980 | Post-Doctoral Fellow (part-time)<br>Institute for Molecular Virology<br>Saint Louis University School of Medicine<br>St. Louis, Missouri |
| 1980-1983 | Resident Physician<br>Department of Internal Medicine<br>McGaw Medical Center of Northwestern University<br>Chicago, Illinois |
| 1983-1986 | Fellow in Medical Oncology and Hematology<br>Department of Medicine<br>Memorial Sloan-Kettering Cancer Center<br>New York, New York |
| 1984-1986 | Research Fellow<br>Laboratory of Developmental Cell Biology<br>Department of Cell Biology and Genetics<br>Sloan-Kettering Institute<br>New York, New York |
| 1986-1992 | Assistant Professor<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1986-1994 | Attending Physician<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |

Page Three

| | |
|---|---|
| 1986-1992 | Director, Fellowship Training Program<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1987-1992 | Assistant Professor<br>Molecular and Cellular Biology and Pathobiology Program<br>College of Graduate Studies<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1987-1992 | Member, Admissions and Recruitment Committee<br>Molecular and Cellular Biology and Pathobiology Program<br>College of Graduate Studies<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1990- | Expert Witness for Medical Oncology and Hematology medical liability and product liability cases |
| 1992-1994 | Private Practice<br>Cancer Center<br>Trident Regional Medical Center<br>Charleston, South Carolina |
| 1992-1994 | Assistant Clinical Professor<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1994-2015 | Private Practice<br>Tampa, Florida |

Page Four

| 1995-2014 | Medical Director<br>Center for Cancer Care at Florida Hospital Tampa<br>Tampa, Florida |
|---|---|
| 2014-2015 | Florida Cancer Specialists, Inc.<br>Physician |
| 1995-1997 | Lifepath Hospice<br>Chair, Medical Advisory Committee |

MEDICAL LICENSE:

Florida  ME0066534

PROFESSIONAL CERTIFICATIONS:

| American Board of Internal Medicine: Internal Medicine, September 1983 | 91530 |
|---|---|
| Medical Oncology, November 1985 | 91530 |
| Hematology, November 1988 | 91530 |

AWARDS:

Charles H. Revson Foundation Fellowship in Biomedical Research, July 1, 1984-June 30, 1986

Medical University of South Carolina Institutional Research Funds, March 1, 1987-February 29, 1988

American Cancer Society, Inc. Clinical Oncology Career Development Award, July 1, 1987-June 30, 1990

American Cancer Society, Inc. Institutional Research Support, March 1, 1988-February 28, 1989

Lifepath Hospice, Partner in Caring Award, April 14, 2000

Page Five

MEMBERSHIPS:

American Association for the Advancement of Science
American College of Physicians-American Society of Internal Medicine
American Society of Clinical Oncology
American Society of Hematology
American Society of Microbiology
Signa Xi: The Scientific Research Society

MAJOR RESEARCH INTERESTS:

Poor-prognosis myeloid malignancies, including myelodysplastic syndromes
        Special Interests:
                Differention therapy
                Cytokine response of myeloid leukemia cells

Mature T-cell malignancies, including peripheral T-cell lymphomas and adult T-cell
                lymphoma/leukemia
        Special Interests:
                Biological response modifier therapy
                Drug resistance in adult T-cell lymphoma/leukemia

Clinical trials in Medical Oncology and Hematology

Retrovirology

Dr. Schiff received training in molecular and cellular biology, including avian and mammalian
cell culture, general virology, nucleic acid and protein chemistry, enzymology,
immunochemistry, and immunobiology, at the Institute for Molecular Virology of the Saint Louis

University Medical Center.  His graduate and post-doctoral research involved <u>in</u>-<u>vivo</u> and <u>in</u>-
<u>vitro</u> studies of retrovirus (RNA tumor virus) gene expression.
As a Charles H. Revson Fellow in Biomedical Research at the Memorial Sloan-Kettering

Page Six

Cancer Center, his research concerned the identification of human hematopoietic cytookines, characterization of their activities in normal and leukemic cells and bone marrow, and application of these findings to the development of a cell culture system for the sustained in-vitro propagation of human myeloid leukemia cells and the testing of those cells for their sensitivity to differentiation agents and cytotoxic chemotherapeutic drugs. His principal laboratory investigations in the Division of Hematology/Oncology of the Department of Medicine at the University of South Carolina represented a continuation of his fellowship research, with a focus on characterization of the cytokine response of human myeloid leukemia cells. Many of these studies employed a human myeloid leukemia cell line isolated by Dr. Schiff during his fellowship. As an American Cancer Society Clinical Oncology Career Development Awardee at the Medical University of South Carolina, Dr. Schiff developed a secondary area of laboratory investigation related to his graduate and post-doctoral research. These studies concerned cellular and viral mechanisms of drug resistance in adult T-cell leukemia/lymphoma (ATLL), the prototypical human retroviral malignancy. A cell line isolated by Dr. Schiff from a patient at the Medical University with ATLL and a unique clinical course was used in this research into the causes of the extraordinarily poor prognosis characteristic of ATLL.

DOCTORAL DISSERTATION:

> Schiff, R. D. 1979. Origin and Properties of the 32,000-Dalton Endonuclease from Avian Retrovirus Cores. Saint Louis University, St. Louis, Missouri.

PUBLICATIONS:

> Grandgenett, D. P., A. C. Vora, and R. D. Schiff. 1978. A 32,000-dalton nucleic acid-binding protein from avian retrovirus cores possesses DNA endonuclease activity. Virology 89:119-132.

> Schiff, R. D., and D. P. Grandgenett. 1978. Virus-coded origin of a 32,000-dalton protein from retrovirus cores: structural relatedness of p32 and the beta-polypeptide of the avian retrovirus DNA polymerase. J. Virol. 28:279-291.

> Schiff, R. D., and D. P. Grandgenett. 1980. Partial phosphorylation in vivo of the avian retrovirus pp32 DNA endonuclease. J. Virol. 36:889-893.

Page Seven

Schiff, R. D., and A. Oliff. 1986. The pathophysiology of murine retrovirus-induced leukemias. Critical Rev. Oncol. Hematol. 5:257-323.

Headley, R. N., Jr., and R. D. Schiff. 1988. Adult T-cell leukemia/lymphoma: a retroviral malignancy endemic in South Carolina. J. S. C. Med Assoc. 84:289-292.

Reed, C. E., L. S. Carlson, R. D. Schiff, C. H. Seymore, and K. A. Thompson. 1990. Chemotherapy for non-small cell lung cancer - - new horizons. J. S. C. Med Assoc. 86:270-274

ABSTRACTS:

Schiff, R. D. and D. P. Grandgenett. 1978. Virus-coded origin of the 32,000-dalton endonuclease from avian retrovirus cores: structural relatedness of p32 and the beta-polypeptide of avian retrovirus DNA polymerase. Abstracts of papers presented at the meeting on RNA Tumor Viruses, Cold Spring Harbor, Long Island, New York, 1978, p. 35.

Golomb, M., D. P. Grandgenett, A. C. Vora, and R. D. Schiff. 1989. Origin and specifity of a 32,000-dalton endonuclease from avian retrovirus cores. J. Supramol. Struct. Suppl. 2:249.

Grandgenett, D. P., R. D. Schiff, M. Golomb, and A. C, Vora. 1978. Structural relationship between the avian retrovirus p32 and the reverse transcriptase beta subunit. Abstracts of the Annual Meeting of the American Society of Microbiology, 1978, p. 213.

Schiff, R. D., R. Mertelsmann., M. Andreef, T. S. Gee, S. J. Kempin, B. L. Koziner, B. J. Lee, and B. D. Clarkson. 1984. Low-dose arabinosyl cytosine (LD ara-C) in hematologic malignancies and myelodysplastic syndromes. Proc. Am. Soc. Clin. Oncol. 3:206.

Schiff, R. D., R. Mertelsmann., M. Andreef, E. Berman, T. S. Gee, S. J. Kempin. S. Berenson, and B. D. Clarkson. 1985. Low-dose cytarabine (LD ara-C) in RAEB in transformation (RAEBIT) and poor-risk leukemias. Proc. Am. Soc. Clin. Oncol. 4:165.

Page Eight

Kempin, S., R. D. Schiff, B. Koziner, A. Al-Katib, R. Mertelsmann, M. Andreef, Z. Arlin, and B. Clarkson. 1985. Low dose cytosine arabinoside (LDCA) in chronic lymphocytic leukemia (CLL). Blood. 66, Suppl. 1:202a.

Schiff, R. D., O. Agranovsky, L. De La Vega, P. A. Marks, and R. A. Rifkind. 1986. Conditioned medium from human bladder carcinoma cell line 5637 stimulates growth and colony formation by hematopoietic cells from patients with myeloid leukemias. Clin. Res. 34:663A

Schiff, R. D., G. K. Potter, B. L. Koziner, M. Andreef, S. C. Jhanwar, P. A. Marks, and R. A. Rifkind. 1986. Isolation and characterization of a human myeloid leukemic cell line (RS-1). Memorial Sloan-Kettering Cancer Center Research Colloquium Abstracts, p. 54.

Schiff, R. D. 1986. Differentiation induction as therapy for acute leukemia and myelodysplastic syndromes. In Current Concepts in the Pathophysiology and Treatment of Leukemia (Leukemia Society of America Regional Medical Symposium, Charleston, South Carolina, September 25-27, 1986), pp. 14-15

Schiff, R. D., and R. K. Stuart. 1989. Treatment of myelodysplastic syndromes (MDS) and poor-prognosis acute myeloid leukemias (PP-AML) with low-dose cytarabine (LDC) plus 13-cis-retinoic acid (RA). Proc. Am. Soc. Clin. Oncol. 8:206.

Schiff, R. D., R. N. Headley, Jr., S. Self, A. J. Garvin, and R. K. Stuart. 1989. Treatment of peripheral T-cell lymphoma (PTCL) with recombinant alpha-interferon (rIFN-alpha). Proc. Am. Soc. Clin. Oncol. 8:267.

Schiff, R. D., K. A. Thompson, and R. K. Stuart. 1990. Low-dose cytarabine (LDC) and 13-cis-retinoic acid (RA) in the treatment of myelodysplastic syndromes (MDS) and poor-prognosis acute myeloid leukemia (PP-AML). Blood 76, Suppl. 1:317a.

Schiff, R. D., and A. Cannon. 1990. High prevalence of HTLV-I infection among blood donors in coastal South Carolina (SC). Blood 76, Suppl. 1:494a.

Page Nine

Schiff, R. D., S. E. Self, W. L. Gerald, S. L. Moseley, E. S. Cantu, P. D. Garen, E. Jeter, A. G. Leary, A.-C. Wang, J.-M.. C. Goust, and P. J. Fischinger. 1991. RS-2: a new adult T-cell leukemia/lymphoma (ATLL) cell line. Blood 78, Suppl. 1:500a.

Schiff, R. D., S. E. Self, W. L. Gerald, and R. K. Stuart. 1991. AZT (zidovudine) for HTLV-I disease? Blood 78, Suppl. 1:501a.

Depositions and Trial Testimony

Since 2014, I have been deposed and/or testified as an expert witness in the following cases:

*Willis v. Shell Oil et al.*, benzene in the causation of adult acute lymphoblastic leukemia, deposition July 2014, trial testimony November 2014 (Houston).

*Multiple plaintiffs v. Monsanto*, polychlorinated biphenyls in the causation of non-Hodgkin lymphoma, depositions August 2014, December 2014, March 2015, May 2015, June 2015, July 2015, February 2016, April 2016 (St. Louis), and July 2016, trial testimony March 2015 (Los Angeles), April 2015 (Los Angeles), May 2015 (St. Louis), June 2015 (St. Louis), March 2016 (Los Angeles), April 2016 (Los Angeles), and May 2016 (St. Louis).

*Bliss and Castillo v. Takeda Pharmaceuticals North America, Inc.*, pioglitazone (Actos) in the causation of bladder cancer, deposition November 2014.

*Bruce Estate v. Patel, Brundage, et al.*, medical liability, deposition January 2015.

*McCabe Estate v. R. J. Reynolds Tobacco Company, Philip Morris USA, et al.*, tobacco in the causation of lung cancer (Engle progeny litigation), deposition March 2016, trial May 2016 (Tampa).

*Sandoz et al. v. Eli Lilly*, patent litigation concerning the method of administration of pemetrexed (Alimta), depositions August 2016 (Chicago) and January 2017 (Tampa).

*Stephannie Reizuch v. Calmet Services, Inc.*, recent severe polytrauma in the causation of a rapidly progressive metastatic recurrence of stage IIIC breast cancer, deposition June 2017.

*Artiaga, Levario, and Marquez v. Freeport-McMoRan and Norfalco*, nitrogen dioxide and/or other toxic gas exposure in the causation of venous thromboembolism, deposition November 2017.

*Emerson v. Engisch, et al.*, missed mammographic diagnosis of breast cancer, deposition April 2018.

*Rose Lyko v. Motorola Solutions, Inc.*, carcinogen exposure in the workplace during the first

trimester of pregnancy in the causation of epithelioid hemangioendothelioma in the daughter of a semiconductor industry worker, deposition October 2018.

*Hequin v. Cava et al.*, delayed diagnosis of breast cancer due to prolonged failure to order routine screening mammograms, deposition October 2018.

*Onyx Therapeutics, Inc. v. Cipla Limited, et al.*, patent litigation concerning carfilzomib (Kyprolis), deposition November 2018 (Washington, D.C.).

*Karla Meek v. KershawHealth Medical Center, et al.*, delayed diagnosis of aggressive testicular cancer due to failure to perform an appropriate physical examination and misinterpretation of a computed tomographic scan, deposition December 2018.

*Salazar v. Imbriale, et al.*, delayed diagnosis of head and neck cancer, deposition September 2019.

*Eichel v. Ashland LLC, et al.*, benzene in the causation of myelodysplastic syndromes, deposition October 2019.

*Meeks v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition October 2019.

*Major v. SFPP, L.P., et al.*, benzene in the causation of myelodysplastic syndrome/myeloproliferative neoplasm, unclassifiable, deposition November 2019.

*Harris v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition November 2019.

*Hernandez v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition November 2019.

*Caballero v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition December 2019.

*Vaughn v. Dade Paper & Bag Co., et al.*, benzene in the causation of myelodysplastic syndromes, February 2021.

*Karman v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition February 2021.

*Schafer v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition February 2021.

*Cervantes v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition March 2021.

*Rehak v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition March 2021.

*Melloway v. Berryman Products, Inc.*, *et al.*, benzene in the causation of acute myeloid leukemia, May 2021.

*Schaffner v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition July 2021.

*Bailey v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition July 2021.

*R. Smith v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition July 2021.

*Roach v. Monsanto*, Roundup in the causation of non-Hodgkin lymphoma, deposition July 2021.

*Coleman v. Inpatient Consultants of Missouri, Inc.*, *et al.*, management of painful crisis, acute chest syndrome, and hypoxic-ischemic encephalopathy in hemoglobin SC disease, deposition August 2021.

*Multiple plaintiffs v. Monsanto*, polychlorinated biphenyls in the causation of non-Hodgkin lymphoma, deposition April 2022.

Ron D. Schiff, MD- Invoice 9/30/22
Michele Glavanovits v. Monsanto:

| | | |
|---|---|---|
| 8/3/22 | Review of submitted materials and preparation of report | 30 m |
| 8/4/22 | " | 30 m |
| 8/5/22 | " | 30 m |
| 8/6/22 | " | 30 m |
| 8/7/22 | " | 30 m |
| 8/8/22 | " | 30 m |
| 8/9/22 | " | 30 m |
| 8/10/22 | " | 45 m |
| 8/11/22 | " | 30 m |
| 8/12/22 | " | 45 m |
| 8/15/22 | " | 30 m |
| 8/16/22 | " | 45 m |
| 8/17/22 | " | 1 h |
| 8/18/22 | " | 1 h 15 m |
| 8/19/22 | " | 30 m |
| 8/20/22 | " | 30 m |
| 8/21/22 | " | 45 m |
| 8/30/22 | " | 15 m |
| 9/6/22 | " | 30 m |
| 9/7/22 | " | 1 h |
| 9/8/22 | " | 45 m |
| 9/9/22 | " | 45 m |
| 9/12/22 | " | 45 m |
| 9/13/22 | " | 1 h |
| 9/14/22 | " | 15 m |
| 9/15/22 | " | 1 h |
| 9/16/22 | " | 2 h |
| 9/17/22 | " | 15 m |
| 9/18/22 | " | 45 m |
| 9/19/22 | " | 30 m |
| 9/20/22 | " | 15 m |
| 9/21/22 | " | 30 m |
| 9/22/22 | " | 15 m |

The above represents 21.5 hours expert witness work for a total amount due of $12,900.
Please remit payment to the address below.

Ron D. Schiff, MD
6625 Stonington Drive
Tampa, Florida 33647
813-978-8327
Tax ID 59-3252662

# Ron D. Schiff, MD, PA



## Tax ID- 59-3252662

## Fees

Review of Records and Telephone Conference  $600 per hour
Deposition  $600 per hour
Retainer  $1200