# EXHIBIT D

```
 1                    UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3

 4     * * * * * * * * * * * * *     MDL NO. 2741

 5     IN RE:  ROUNDUP PRODUCTS     *    Case No. MDL No.
       LIABILITY LITIGATION         *
 6                                        3:16-MD-02741-VC
       * * * * * * * * * * * * * *
 7
       This document relates to:
 8
       Estate of Kenzie Elizabeth Murdock, et al.,
 9
       vs.
10
       Monsanto Company.
11
       Case No. 5:20-cv-00023
12

13
                              * * * * *
14

15

16

17                  The video deposition of RON D. SCHIFF, M.D.,

18                  PH.D., taken via Zoom videoconference on the

19                  3rd day of March, 2023, commencing at

20                  approximately 10:00 a.m., EST.

21

22

23

24

25
```

Ron D. Schiff, M.D., Ph.D.

```
 1                    A P P E A R A N C E S

 2     FOR THE PLAINTIFF:

 3              GARMER & PRATHER, PLLC
                141 North Broadway
 4              Lexington, Kentucky  40507
                BY:  Jerome Prather, Esquire
 5                   Jprather@garmerprather.com

 6
       FOR THE DEFENDANT:
 7
                NELSON MULLINS
 8              1600 Utica Avenue South, Suite 750
                Minneapolis, Minnesota  55416
 9              BY:  Barry J. Koopmann, Esquire
                     Barry.koopmann@nelsonmullins.com
10

11

12

13     VIDEOGRAPHER:

14              James Vonwiegen

15

16

17
                Jillian Doctor, RPR, CRR
18              Court Reporter

19

20

21

22

23

24

25
```

Ron D. Schiff, M.D., Ph.D.

```
 1     MR. KOOPMANN:

 2              All right.  I'll mark this as

 3     Deposition Exhibit 5.

 4              (DEPOSITION EXHIBIT NUMBER 5

 5              WAS MARKED FOR IDENTIFICATION.)

 6     Q        Sir, do you now work exclusively in

 7     medical legal consulting?

 8     A        I would have to say that that is

 9     correct, yes.  I am, however, trying to slow down

10     with that, too.

11     Q        In 2022, what percentage of your

12     medical legal consulting was done in product

13     liability cases?

14     A        I would have to say that that was

15     100 percent because I don't think I had an open

16     medical liability or patent litigation case in

17     2022.

18     Q        Have you ever served as an expert

19     witness for a defendant in a product liability

20     case?

21     A        I have consulted for defendants in

22     product liability cases, but I have not, as I

23     recall, at least written a report, been deposed,

24     or appeared at trial.  However, in my medical

25     liability consulting, I would say over 90 percent
```

1    of that previous work was done on behalf of

2    defendant physicians and healthcare

3    organizations.

4    Q        Do you recall when the last time was

5    that you consulted with the defendant in a

6    product liability case?

7    A        On a product -- oh, no, I do not recall

8    that.  That would not appear on that list

9    because, as I said, it never reached the stage of

10   deposition or trial.  I suspect that it's been

11   six years.  Maybe a little longer.

12   Q        Do you recall ever testifying in

13   another case involving T lymphoblastic lymphoma?

14   A        I do not.  I have testified in acute

15   lymphoblastic leukemia cases, which are

16   biologically identical.  The case that comes to

17   mind is the first one on that list.  And that was

18   a B-cell acute lymphoblastic leukemia.

19   Q        The Willis v. Shell Oil case?

20   A        Exactly.

21   Q        Dr. Schiff, was it important to you to

22   perform a thorough review of the information in

23   forming your opinions in this case?

24   A        Of course.

25   Q        You were asked to be a witness for the

```
 1     plaintiffs in this case; right?

 2     A        Yes.

 3     Q        And part of your job in this case is to

 4     be a witness for the plaintiffs if the case goes

 5     to trial; right?

 6     A        Also correct.  That's the expectation.

 7     Q        Have you been retained by the Garmer &

 8     Prather firm in other cases that you can recall?

 9     A        I have not.

10     Q        What percentage of your litigation work

11     in 2022 was for plaintiffs?

12     A        Well, in as much as it was product

13     liability only, I would say 100 percent.  But it

14     would help me to verify that, if you could put my

15     list of depositions and trial testimony back on

16     the screen.  But I do believe that it will verify

17     what I just said about the 100 percent

18     proportion.

19              Yes.  That is correct.  There are

20     obviously also some cases that are still in

21     progress that have not reached the deposition or

22     trial state yet.  But I believe that everything I

23     worked on in 2022 in products liability was,

24     indeed, under retention by plaintiff's counsel.

25     Q        So all of the litigation cases that you
```

Ron D. Schiff, M.D., Ph.D.

1     correctly?

2     A        That is correct.

3     Q        And those risk factors for the

4     development of non-Hodgkin's lymphomas overlap

5     with the risk factors for the development of

6     T-lymphoblastic lymphoma?

7     A        To the extent the data and the

8     literature exists about that, I would say yes.

9     The one place where there was something that was

10    relatively specific to T-lymphoblastic lymphoma

11    was recognized by me in this second line of that

12    section.

13    Q        Did you ever tell one of your patients

14    in clinical practice that Roundup or Glyphosate

15    caused their T-lymphoblastic lymphoma?

16    A        I did not.  But there is explanations

17    for that.

18    Q        When you were in clinical practice, you

19    never diagnosed a patient with Glyphosate or

20    Roundup induced T-lymphoblastic lymphoma, did

21    you?

22    A        I did not.  But there are two factors,

23    which I would like to address.  One is the rarity

24    of the condition.  And the second is that my

25    retirement from clinical practice took place at

1    almost the exact time that the IARC Monograph

2    dealing with Glyphosate was published.  The

3    publications before that were mostly in sources

4    that would not routinely be reviewed by medical

5    oncology and hematology clinicians.  On top of

6    that, my practice was urban suburban and not

7    really -- not really rural.  That's just where

8    the location is relative to the community that I

9    live in.

10   Q        Have you told any of your former

11   patients that they should not use Roundup or

12   Glyphosate?

13   A        I can't remember if I've told former

14   patients that, but I have told people of my

15   acquaintance who have been using Roundup that.

16   And I have made sure that the landscaper who

17   takes care of our yard also does not use Roundup.

18   And we've also verified that our neighbors don't.

19   Q        What risk factors did Kenzie Murdock

20   have for developing T-lymphoblastic lymphoma?

21   A        Well, that is discussed in, I would

22   say, considerable detail in my Differential

23   Etiology section, which is Section 9, and is the

24   next section after the one that you have on

25   there.  So looking at that, we indicate that

1    that.

2    Q       Are you relying on Dr. Sawyer's

3    calculation of Ms. Murdock's systemic dose in

4    this case?

5    A       I am aware of that calculation and, you

6    know, I'm happy to discuss that with you.  But

7    that is not how the exposure thresholds

8    associated with an increased risk of developing

9    non-Hodgkin's lymphoma are -- are addressed in

10   the published literature.  You know, those things

11   look at, again, cumulative exposure, duration of

12   exposure, frequency of exposure, and so forth.

13   You know, so those were the parameters that would

14   have been of greatest interest to me.

15   Q       You note on Page 81 of your report in

16   this paragraph that starts, "As noted above," in

17   the second to the last sentence you say,

18   "Additionally, photographic documentation is

19   available that shows Ms. Murdock's bare hands in

20   direct contact with a tire guard on one of the

21   tractors."  Do you see that?

22   A       Yes.  I looked at the pictures of

23   Dr. Sawyer's report.  Sure.  I had no access to

24   independent photographs.  Although, in your list

25   of possible reliance materials at the beginning

1    Q        And if somebody breathes in secondhand

2    smoke, are they breathing in benzene and those

3    other carcinogens?

4    A        In small quantities depending on the

5    degree of exposure.  But even if that were the

6    case, that does not take away Ms. Murdock's years

7    of extensive exposure to Glyphosate and Roundup

8    for residential and agricultural applications.

9    Q        Would you agree that you cannot rule

10   out Ms. Murdock's exposure to secondhand smoke as

11   a contributing factor to her lymphoma?

12   A        Can't rule it out.  But it certainly

13   doesn't negate the contributory role of her

14   Glyphosate and Roundup exposure, which is very

15   extensive.

16   Q        You note on Page 88 of your report that

17   the InterLymph analysis risk factors for the

18   development of NHL and its subtypes found that a

19   BMI of at least 25, rather than a usual BMI, was

20   a statistically significant risk factor for the

21   development of DLBCL and NHL overall; right?

22   A        That's correct.  But most of the other

23   literature having to do with obesity is a risk

24   factor for cancer in general and non-Hodgkin's

25   lymphoma in particular uses the standard cut

Ron D. Schiff, M.D., Ph.D.

```
 1    has ever been reported; right?

 2    A       That's correct.  And I provided two

 3    citations --

 4    Q       Let me ask a new question.  I just

 5    wanted to know if that's correct.

 6            As a result, it's your opinion that

 7    Kenzie Murdock's weight was not a risk factor for

 8    her development of her cancer.  Is that right?

 9    A       I agree with that.  Not based on the

10    available data.  That's correct.

11    Q       So when it comes to assessing non

12    Glyphosate risk factors for the development of

13    Kenzie Murdock's cancer, you note the fact that

14    no studies report an association between that

15    risk factor and her particular type of cancer;

16    right?

17    A       Yes.  Especially risk factor in terms

18    of her range of body mass index measurements.

19    So, again, I'm aware of --

20    Q       You've answered --

21    A       There is not a whole lot of subtype

22    specific data.  I get that.  But I have to take

23    the data that exists and apply it to her

24    circumstances.  No?

25    Q       But when it comes to opining that her
```

Ron D. Schiff, M.D., Ph.D.

```
 1      Roundup or Glyphosate exposure caused or

 2      contributed to cause her particular type of

 3      cancer, you're not bothered by lack of studies

 4      noting an association between her particular type

 5      of cancer and Roundup or Glyphosate exposure, are

 6      you?

 7      A        I'm not bothered with that because her

 8      Glyphosate exposure, her Roundup exposure is well

 9      documented.  And even if you did apply the more

10      extreme value judgment terms to her BMI, that

11      would not take away from her extensive herbicide

12      exposure.  So the answer to that is, no, I don't

13      think her weight or BMI is connected.  But even

14      if it was connected, even if you were to massage

15      the terms that you're using to correspond to the

16      BMI categories for most favorable interpretation,

17      it still doesn't take away from her exposure to

18      Glyphosate and Roundup.

19      Q        The InterLymph analysis that you cited

20      in your report indicates that a BMI of at least

21      25 was a statistically significant risk factor

22      for the development of non-Hodgkin's lymphoma;

23      right?

24      A        That's correct.

25      Q        Okay.  Did you see in Dr. Sawyer's
```

Ron D. Schiff, M.D., Ph.D.

```
 1    about wood dust or sawdust that stuck out.  If

 2    it's in there and you want to direct me to it,

 3    I'd be happy to look at it.

 4    Q       Did you assess Ms. Murdock's exposure

 5    to wood smoke?

 6    A       No.

 7    Q       Is wood smoke carcinogenic?

 8    A       It might be, but not -- it's not a

 9    known cause of lymphoma.

10    Q       Well, you said it might be.  Do you

11    know if it is or not?

12    A       Carcinogenic?

13    Q       Yes.

14    A       If so, I would imagine it would have

15    something to do with the respiratory passages

16    because smoke is inhaled.  In terms of lymphoma

17    in the immune system, I cannot really come up

18    with a mechanism for that.  So I've never really

19    studied that particular point.

20    Q       Do you think Glyphosate or Roundup is

21    carcinogenic when it's inhaled?

22    A       It can be.  There is also the

23    transdermal route and there is also ingestion.

24    Q       So do you know as you sit here today

25    whether wood smoke is carcinogenic?
```

```
 1      A          I suspect that it is but not for

 2      lymphoma.

 3      Q          Do you agree that wood smoke has been

 4      found to contain benzene?

 5      A          I don't know about that.

 6      Q          Are you aware of any significant wood

 7      smoke exposures that Kenzie Murdock had?

 8      A          It has not come up in any of the

 9      materials that I read.  It would not take away

10      from her exposure to Glyphosate and Roundup,

11      which was excessive.

12      Q          So it is true then that you are not

13      aware of any significant wood smoke exposures

14      that Ms. Murdock had?

15      A          That's correct.  I don't know if there

16      was a fire in the fireplace every night or if

17      they barbecued outside or not.  I have no idea.

18      I do know she had excessive exposure to

19      Glyphosate and Roundup.

20      Q          Did you ask Mr. Murdock about Kenzie's

21      exposure to wood smoke?

22      A          I would have had no reason to.

23      Q          So that's a no?

24      A          That's a no because I had no reason to

25      ask him that.
```

Ron D. Schiff, M.D., Ph.D.

```
 1    Q        Did you ask Mr. Murdock how often fire

 2    curing of their tobacco occurs?

 3    A        Also no.

 4    Q        Did you assess what's involved in fire

 5    curing of tobacco at the Murdock farms?

 6    A        I did not.

 7    Q        Did you assess how much wood smoke is

 8    produced during the process of fire curing of

 9    tobacco at the Murdock farms?

10    A        I did not.

11    Q        Would you agree that you cannot rule

12    out Ms. Murdock's exposure to wood smoke as a

13    contributing factor to her lymphoma?

14    A        I would be speculating about that.  But

15    I do know about her Glyphosate and Roundup

16    exposure.  And we do know about its association

17    with the development of non-Hodgkin's lymphoma.

18    I don't know about the association of wood smoke

19    with non-Hodgkin's lymphoma.  I have never read

20    about the existence of such an association.

21    Q        So I asked you whether you would agree

22    that you cannot rule out Ms. Murdock's exposure

23    to wood smoke as a contributing factor to her

24    lymphoma, and you said you'd be speculating about

25    that.  What do you mean by that?
```

```
1    A        That's correct.  Yes.  I doubt very

2    much that would have been a contributing factor.

3    But even if it was, it does not mitigate the

4    lymphomagenic consequences of her Glyphosate and

5    Roundup exposure.

6    Q        So is it true then that you cannot rule

7    out her exposure to wood smoke as a contributing

8    factor to her lymphoma?

9    A        Again, I would have to speculate about

10   that because I don't know what exposure she may

11   have had or how extensive it was.  But I'm also

12   not aware of an etiologic link between wood smoke

13   and lymphoma.  If you have evidence to the

14   contrary, I'm happy to look at the study.

15   Q        Well, if you don't know whether she was

16   exposed to wood smoke, how can you rule that out

17   as a factor in her lymphoma?

18   A        Because I don't think that wood smoke

19   is a lymphomagenic.

20   Q        Did you attempt to quantify

21   Ms. Murdock's exposure to diesel engine exhaust

22   or gasoline engine exhaust?

23   A        Nope.

24   Q        Every time that Ms. Murdock sprayed

25   Roundup from an ATV, is it fair to assume that
```

1    she was exposed to gasoline engine exhaust?

2    A        Perhaps to some extent, yes.  That's

3    fair to assume.

4    Q        If she had any exposures while riding

5    in a tractor, she would have also had some diesel

6    exhaust exposure?

7    A        That's correct.

8    Q        Is diesel exhaust carcinogenic?

9    A        To the extent that it has benzene in it

10   and perhaps other carcinogens, benzene being the

11   main one, the answer is yes.  But, once again,

12   that would not mitigate her extensive Glyphosate

13   and Roundup exposure.

14   Q        Does diesel exhaust contain benzene?

15   A        I believe it does, yes.

16   Q        Do you agree that growing up on a farm

17   and spending significant amounts of time outside,

18   Ms. Murdock had diesel engine exhaust exposure?

19   A        I have not assessed that in particular

20   with her.  I don't know to what extent she may

21   have had such exposure.  But what I do know

22   chapter and verse is about her Roundup and

23   Glyphosate exposure.

24   Q        Do you agree that gasoline exhaust

25   contains several carcinogens?

Ron D. Schiff, M.D., Ph.D.

```
1      Q         Would you agree that you cannot rule

2    out Ms. Murdock's exposure to gasoline exhaust as

3    a contributing factor to her lymphoma?

4      A         I can't.  But that does not mitigate

5    the effects of her Glyphosate and Roundup

6    exposure.

7      Q         Would you agree you cannot rule out

8    Ms. Murdock's exposure to diesel exhaust as a

9    contributing factor to her lymphoma?

10     A         The exact same answer.  I don't know to

11   what extent she was exposed, but I also can tell

12   you that it does not take away from her exposure

13   to Glyphosate-based herbicides.

14     Q         Did you attempt to quantify

15   Ms. Murdock's exposure to benzene?

16     A         I would have no interest in doing that.

17     Q         Why not?

18     A         Because the issue in the current

19   litigation is about Glyphosate or Roundup, which

20   we did quantitate using exposure assessment

21   methodology.  And that is the link that we're

22   looking at.  Finding of other possible causes or

23   contributing factors will never take away from

24   etiological role attributable to Glyphosate or

25   Roundup.
```

1      Q        Are you aware of any data indicating

2      that benzene exposure is associated with

3      non-Hodgkin's lymphoma?

4      A        According to IARC, there is an

5      association with it that's reported in their

6      reviews of benzene.  The most recent one of which

7      was either -- I can't remember.  2018 or 2019.

8      The difference there is that in 2010, IARC said

9      benzene causes acute myeloid leukemia and myeloid

10     dysplastic syndromes.  In the more recent

11     monograph, it speaks of an association with

12     non-Hodgkin's lymphoma.  That's not the basis for

13     the Group 1 classification.  But, yes, indeed

14     IARC does acknowledge that and has for a number

15     of years.

16     Q        So even though IARC has acknowledged

17     that benzene exposure is associated with

18     non-Hodgkin's lymphoma, you didn't have any

19     interest in attempting to quantify Ms. Murdock's

20     exposure to benzene?

21     A        Absolutely not.  Because the issue of

22     interest is about her Glyphosate or Roundup

23     exposure, which is also a known etiologic agent

24     in the causation of non-Hodgkin's lymphoma.  And

25     that's what today's deposition is about.

1    note -- I'll highlight it here so you can spot

2    it -- that the present study consistently

3    indicated a lack of an association between ALL

4    and parental smoking; whereas, a statistically

5    significant association was found between NHL and

6    paternal and maternal cigarette smoking.  Do you

7    see that?

8    A        I do see it.

9    Q        Do you have any reason to doubt the

10   accuracy of that statement?

11   A        I don't.  InterLymph didn't look at

12   that specifically.  But even if one or both of

13   Ms. Murdock's parents smoked, it does not

14   mitigate or neutralize her extensive personal

15   exposure to Glyphosate and/or Roundup.

16            What we're talking with here is

17   multifactorial causation of disease.  A principle

18   that has been accepted by pathologists,

19   epidemiologists, clinicians like me for many

20   decades.  So the finding of other things that,

21   you know, could or would or should have played a

22   role in her development of lymphoma, even if not

23   brought to light in the medical records or in

24   other available documents, do not diminish the

25   known effect of extensive Glyphosate or Roundup

Ron D. Schiff, M.D., Ph.D.

```
1      exposure on increasing the risk of developing

2      non-Hodgkin's lymphoma.

3      Q        Did you read this article in the course

4      of forming your opinions in this case?

5      A        I did not.  I do not -- I have never

6      made a point of reading that Italian Medical

7      Journal.  If you wanted me to look at it in more

8      detail, I'd ask you to put up the parts of it on

9      the screen that you were interested in and that I

10     were interested in, including the breakdown of

11     which types of non-Hodgkin's lymphoma were

12     present in the offspring of parents who smoked.

13     MR. KOOPMANN:

14             I'll mark as Exhibit 13 the Jones

15     Article I showed a few moments ago.

16             (DEPOSITION EXHIBIT NUMBER 13

17             WAS MARKED FOR IDENTIFICATION.)

18     MR. KOOPMANN:

19             And then as Exhibit 14 that Magnani

20     Article that I just went through.

21             (DEPOSITION EXHIBIT NUMBER 14

22             WAS MARKED FOR IDENTIFICATION.)

23     A        Please note that I never saw, read or

24     had an opportunity to evaluate either of those

25     articles before today's deposition.  They were
```

```
 1              C E R T I F I C A T E

 2

 3          I do hereby certify that the above and

 4     foregoing transcript of proceedings in the matter

 5     aforementioned was taken down by me in machine

 6     shorthand, and the questions and answers thereto

 7     were reduced to writing under my personal

 8     supervision, and that the foregoing represents a

 9     true and correct transcript of the proceedings

10     given by said witness upon said hearing.

11          I further certify that I am neither of

12     counsel nor of kin to the parties to the action,

13     nor am I in anywise interested in the result of

14     said cause.

15

16

17

18                    JILLIAN DOCTOR, RPR,

19                    CERTIFIED REALTIME REPORTER

20

21

22

23

24

25
```