# EXHIBIT I

RON D. SCHIFF, M.D., Ph.D.

Schiff Biomedical Consulting

███████████████

███████████████

███████

Florida Medical License  ████████

Certified by the American Board of Internal Medicine
in Internal Medicine, Medical Oncology,
and Hematology

September 22, 2022

Kyle Kasmarick, Esq.
19 North Green Street
Chicago, IL 60607

Re: Michele Glavanovits *v.* Monsanto

Dear Mr. Kasmarick,

The following summarizes my background, qualifications to serve as an expert witness, methodology, factual review, and opinions in the above-referenced case:

## BIOGRAPHICAL

I attended college at Northwestern University in Evanston, Illinois between 1970 and 1973, graduating with a B.A. in Biological Sciences and Psychology. I attended medical school and graduate school at Saint Louis University in St. Louis, Missouri from 1973 until 1980, graduating with a Ph.D. in Molecular and Cellular Biology in 1979 and an M.D. in 1980. During my final year of medical school, I completed a one-year post-doctoral fellowship in Molecular and Cellular Biology. I then completed an internship and residency in Internal Medicine at Northwestern University Medical Center in Chicago between 1980 and 1983. I also completed a subspecialty fellowship in Medical Oncology and Hematology at Memorial Sloan-Kettering Cancer Center in New York from 1983 until 1986.

Once my training was completed, I served as a faculty member in the Department of Medicine, Division of Hematology/Oncology, at the Medical University of South Carolina in Charleston from 1986 until 1992. Subsequently, I was in private practice in Medical Oncology and Hematology in Charleston from 1992 until 1994. In July 1994, I relocated to Tampa, Florida, where I was in private practice in Medical Oncology and Hematology until I retired in May 2015. During my time in Tampa, I served as the Chair of the Cancer Committee at University Community Hospital and its successor, Florida Hospital Tampa, from January 1995 until April 2014.

I am Board-certified by the American Board of Internal Medicine in Internal Medicine (1983), Medical Oncology (1985), and Hematology (1988).

I established Schiff Biomedical Consulting for continuation of my medicolegal work in early 2011, and serve as its principal.

Additional biographical information is provided in my curriculum vitae.

## EXPERT QUALIFICATIONS

Based on my background, training, and experience, I present myself as an expert in medical oncology and hematology, and in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Medical oncology and hematology, which are subspecialties of internal medicine, encompass the causes, disease mechanisms, diagnosis, staging, treatment, and prognosis of the various forms of cancer and of the disorders of the blood and bone marrow, respectively. Expertise in the causes and disease mechanisms of cancer and hematologic disorders applies not only to knowledge of the relevant biology, but also to the concept of causation in legal settings.

Medical oncologists and hematologists are trained in the biological (for example, genetic mutations), chemical (carcinogens), and physical (radiation) causes of cancer involving solid organs, the bone marrow, the blood, and the lymphatic system. Epidemiology, which is the study of the distribution and determinants of diseases in populations, is an important component of training in cancer causation. Medical oncologists and hematologists must also have a detailed understanding of the molecular and cellular pathways by which a cancer develops, progresses, invades nearby tissues, and spreads via the lymphatic system to nearby lymph nodes and through the blood circulation to distant metastatic sites.

With respect to the present legal matter, my 29 years of clinical practice included the diagnosis and treatment of the full range of hematopoietic and lymphoid neoplasms, including non-Hodgkin lymphoma. I am being compensated in this matter, although my compensation is not dependent upon the outcome. In reaching my conclusions, I have reviewed and relied upon a number of sources of information, including textbooks and published research articles, as well as upon my background, training, and experience in medical oncology, hematology, and molecular and cellular biology. My biographical information and professional qualifications are summarized in the first section of the present report as well as in my curriculum vitae. As an

adult medical oncologist and hematologist with an additional doctoral degree in molecular and cellular biology, I submit that my educational background, training, experience in the management of patients with non-Hodgkin lymphoma, and familiarity with the medical literature substantiate my ability to serve as an expert witness in the Michele Glavanovits legal matter.

## METHODOLOGY

The procedures that I utilize in determining whether a causal relationship exists between exposure to an environmental agent and a disease, condition, or illness are the generally accepted scientific methods utilized by regulatory agencies and reported in peer-reviewed medical and scientific journals. This methodology is based upon established and accepted rules of scientific evidence, including assessment of the Hill criteria (1) as they apply to evaluation of causation, and the weight-of-evidence approach recommended by the National Research Council of the National Academy of Sciences and by the International Agency for Research on Cancer. I have also employed these methods when assessing disease causation in the clinical practice of medical oncology and hematology.

In reaching my opinions about general causation between exposure to a chemical agent and the development of a disease, I apply the generally accepted Hill criteria (1) for analyzing causation, including strength and consistency of association, dose (or exposure)-response, temporality, biological plausibility, specificity, coherence, availability of animal or other experimental models, and analogy to previously unexplained exposure-outcome findings in different clinical and experimental systems. In reaching my opinions about specific causation, I consider the relevant exposure, or "dose," of the chemical agent, and whether or not that dose has been associated with the disease in the medical and scientific literature. As part of this process I perform a differential etiological analysis, considering evidence for alternative or competing causes.

## FACTUAL REVIEW

At your request, I have reviewed all of the medical records provided to me concerning Ms. Michele Glavanovits, date of birth 8/18/66, and the diagnosis and treatment of her lymphoma, along with the Complaint and Plaintiff Fact Sheet. All of these documents were sent to me by your office. I have formed opinions regarding the information disclosed therein.

Ms. Glavanovits was 52 years old when she was evaluated by Dr. David Labotka, an Internal Medicine physician in Downers Grove, Illinois, on August 9, 2019 for a routine physical examination. At that time, she complained of stress due to her father's illness and her husband's recent loss of his job. Ms. Glavanovits related a history of allergies to amoxicillin-clavulanate (Augmentin), beclomethasone, budesonide, clindamycin, and sulfa antibiotics. She was intolerant of butorphanol and noted that morphine had been ineffective for pain control. Her past medical history included tachycardia since age 14, an atrial septal defect, seasonal allergic rhinitis, vitamin D deficiency, cervical dysplasia, and restless legs syndrome. Ms. Glavanovits had undergone a cesarean section in 1993; a colonoscopy on August 11, 2017, with a finding of hemorrhoids; eardrum surgery; an endometrial ablation in October 2014 for menorrhagia (heavy

menstrual periods); and excision of a scar from the left shoulder and a dermatofibroma from the right leg on September 22, 2016. Her medications included chewable low-dose aspirin; lisinopril, which is used primarily to treat hypertension and certain manifestations of heart disease; meloxicam, a non-steroidal anti-inflammatory agent, as needed for pain; cyclobenzaprine, a muscle relaxant, as needed for muscle spasms; loratadine, an antihistamine; calcium and vitamin D; and a probiotic and other over-the-counter supplements. Ms. Glavanovits' maternal grandmother developed breast cancer at age 55 years. The family history is also positive for Hodgkin lymphoma in Ms. Glavanovits' sister, but is otherwise negative for cancer. Ms. Glavanovits is married, has three children, and has worked as a contract negotiator. She has never smoked. Review of systems was significant for rare palpitations on a chronic basis, occasional heartburn, irregular menses, and seasonal allergies. Her weight had been stable. Ms. Glavanovits was 5 feet 8 inches tall and weighed 198 pounds, representing a weight gain of 13.5 pounds since July 21, 2017 and corresponding to a BMI of 30.11 kg sq m. Physical examination was normal except for possible palpable splenomegaly. The use of omeprazole or famotidine for control of heartburn was discussed.

On August 11, 2019, an ultrasound examination of the spleen measured the spleen at 9.8 cm in craniocaudal extent, with an overall volume of 108 cc, and revealed an incidental finding of a 6.4 x 3.8 x 4.3-cm hypoechoic structure near the inferior pole of the left kidney.

On August 13, 2019, CBC values included hemoglobin 13.4, hematocrit 38.5, MCV 93.7, WBC 5.04 with 63.7% neutrophils, and platelets 214. A BMP (basic metabolic panel) was normal. The LDH was elevated at 307 (normal range 135 to 214).

On August 16, 2019, a CT scan of the abdomen and pelvis demonstrated bibasilar subsegmental atelectasis, posterior mediastinal lymphadenopathy, a minute calcification of the gallbladder fundus consistent with a gallstone or focal mural calcification, retroperitoneal and mesenteric lymphadenopathy, a 3.5-cm ovarian simple cyst, and mild multilevel degenerative disc disease. Representative lymph node measurements included 4.8 x 3.3 cm in the posterior mediastinum, 10.2 x 5.3 cm in the mesentery, and 4.9 x 3.4 cm in the left retroperitoneal para-aortic region.

On August 21, 2019, Ms. Glavanovits was referred to Dr. Daniel Frank, a medical oncologist and hematologist in Lisle, Illinois, for evaluation and management of the abnormal CT scan findings. A history of hypertension was noted. Ms. Glavanovits acknowledged night sweats, which she attributed to menopausal hormone changes, since she was also experiencing hot flashes. Her medications now included alprazolam as needed for sleep or anxiety. Ms. Glavanovits weighed 193 pounds, corresponding to a BMI of 29.35 kg/sq m. Physical examination was normal.

On August 23, 2019, a CT-guided core biopsy of a retroperitoneal mass revealed a predominantly grade 1-2 follicular lymphoma with areas of focal grade 3a involvement. Immunohistochemical staining was positive for CD10, CD20, BCL2, and BCL6 in the atypical lymphoid infiltrate, but negative for CD5, SOX11, LEF1, and cyclin D1. The lymph node biopsy was reviewed at Northwestern Memorial HealthCare.

On August 27, 2019, a PET-CT scan revealed enlarged, hypermetabolic left supraclavicular lymph nodes measuring up to 2.5 x 1.8 cm with a maximum SUV of 16.5, intrathoracic prevascular and para-aortic lymph nodes measuring up to 2.6 x 2.3 cm with a maximum SUV of 14.5, paraesophageal lymph nodes in the lower mediastinum measuring up to 4.9 cm in diameter with a maximum SUV of 15.6, bilateral retrocrural lymph nodes with a maximum SUV of 15.9, aortocaval and retrocaval lymph nodes in the retroperitoneum extending inferiorly just above the level of the aortic bifurcation with a maximum SUV of 13.4, left para-aortic lymph nodes measuring up to 4.3 x 2.5 cm with a maximum SUV of 20.6, and mesenteric lymph nodes primarily to the left of midline with a more superior lymph node measuring 9.1 x 5.1 cm with a maximum SUV of 16.0 and a more inferior left-sided lymph node measuring 5.6 x 4.2 cm with maximum SUV of 13.2.

On August 30, 2019, Ms. Glavanovits complained of abdominal cramping pain.  She was noted to be very anxious.  Her weight was 194 pounds 3.2 ounces, corresponding to a BMI of 29.53 kg/sq m.  Limited physical examination was normal.

A central venous access port was reportedly inserted on September 5, 2019, although direct documentation of this procedure has not been available.

On September 6, 2019, CBC values included hemoglobin 13.3, hematocrit 38.2, MCV 92.5, WBC 11.06 with an absolute neutrophil count of 8.82, and platelets 218.  A bone marrow aspirate and biopsy were normocellular (50%), with multilineage hematopoiesis, small reactive-appearing non-paratrabecular lymphoid aggregates, no evidence of involvement by lymphoma, fewer than 1% blasts, and adequate iron stores.  Immunohistochemical staining of the biopsy specimen was positive for CD3 in the majority of small lymphocytes, and for CD20 in only rare small B-lymphocytes.  Flow cytometric analysis of the bone marrow aspirate revealed no evidence of an abnormal cell population.  Cytogenetic analysis of the bone marrow aspirate revealed a partial deletion of the short arm of chromosome 17, usually associated with the loss of the *TP53* gene, in two of 21 metaphases (metaphase is a stage of cell division visualized microscopically in actively dividing cells).  The bone marrow examination was reviewed at Northwestern Memorial HealthCare.

On September 13, 2019, Ms. Glavanovits offered no new complaints.  She weighed 196 pounds 1.6 ounces, corresponding to a BMI of 29.82 kg/sq m.  Limited physical examination was normal.  Dr. Frank recorded her diagnosis as stage III grade 3a follicular lymphoma with bulky disease.

Ms. Glavanovits was treated for the lymphoma with six cycles of chemoimmunotherapy consisting of the combination of bendamustine (Bendeka, Treanda) and obinutuzumab (Gazyva) weekly for three weeks at intervals of four weeks from September 19, 2019 until February 14, 2020, with cycle 2 beginning on October 17, 2019, cycle 3 on November 14, 2019, cycle 5 on January 9, 2020, and cycle 6 on February 13, 2020.  Documentation of the date cycle 4 began has been unavailable, but based on the usual interval between treatments of four weeks may reasonably be assumed to have begun on December 12, 2019.

On September 27, 2019, Ms. Glavanovits reported chills with a maximum temperature of 100.1 degrees; an episode of diaphoresis; mild nausea with a single episode of associated vomiting; and a raised, pruritic erythematous rash on the trunk, elbows, and hands. Initial treatment included acetaminophen (Tylenol) and diphenhydramine (Benadryl). In the office, her temperature was 100.3°. Physical examination revealed a rash on the trunk and extremities, but was otherwise normal. The rash was attributed to drug hypersensitivity, with apparent improvement on diphenhydramine. A methylprednisolone (Medrol) Dosepak was prescribed.

On September 28, 2019, CBC values included hemoglobin 13.6, hematocrit 38.1, MCV 89.9, WBC 10.4 with 91.9% neutrophils, and platelets 115. A urinalysis was normal except for trace ketones. A CMP (complete metabolic panel) revealed no significant abnormalities.

On September 29, 2019, CBC values included hemoglobin 12.7, hematocrit 35.9, MCV 91.3, WBC 7.9 with 92.8% neutrophils, and platelets 124. BMP values included glucose 132; there were no other significant abnormalities. The LDH had normalized to 230 (normal range 84 to 246). The uric acid was normal at 2.1.

On October 2, 2019, it was noted that Ms. Glavanovits had recently been hospitalized. She complained of mild fatigue and was receiving ranitidine (Zantac) for gastroesophageal reflux. However, she was feeling better overall, the rash had resolved, and allopurinol administration had been discontinued. She weighed 187 pounds 3.2 ounces, corresponding to a BMI of 28.46 kg/sq m. Limited physical examination was normal. The rash was thought most likely due to allopurinol.

On October 4, 2019, it was noted that Ms. Glavanovits had recently been hospitalized for evaluation and management of a rash, possibly due to allopurinol administration. The rash had improved by the time of the office visit on October 4, 2019, but Ms. Glavanovits complained of throat tightness and anxiety. Her review of systems was positive for fevers; chills; intermittent nausea, vomiting, diarrhea, and/or constipation; and shortness of breath when fatigued. It was recorded that she was working in "home sales." Ms. Glavanovits weighed 183 pounds, corresponding to a BMI of 27.83 kg/sq m. Physical examination revealed a resolving rash on the abdomen and interval regression of the left upper quadrant mass, but was otherwise normal.

On October 16, 2019, Ms. Glavanovits reported that her energy had returned to normal and her rash resolved. However, she complained of occasional abdominal discomfort, constipation, and diarrhea. She weighed 188 pounds 3.2 ounces, corresponding to a BMI of 28.62 kg/sq m. Physical examination was normal; neither a rash nor a left upper quadrant abdominal mass was mentioned. CBC values included hemoglobin 12.5, hematocrit 35.8, MCV 90.6, WBC 4.16 with 54.0% neutrophils, and platelets 111. CMP values included total protein 6.1 (normal range 6.4 to 8.3); there were no other significant abnormalities.

On October 23, 2019, Ms. Glavanovits complained of recent nausea, vomiting, and diarrhea as well as ongoing fatigue, dark urine, and headache. Intravenous hydration fluids were administered for management of apparent dehydration.

On October 28, 2019, Ms. Glavanovits complained of a headache for ten days since completing her most recent prior chemoimmunotherapy cycle. The headache was initially relieved by acetaminophen and ibuprofen (Motrin), but these medications were no longer effective. There had been no recurrence of nausea, vomiting, or diarrhea. Tramadol (Ultram) was prescribed as needed for relief of headaches.

However, on October 31, 2019, Ms. Glavanovits complained of daily nausea, frequent vomiting, fatigue due to occasional antiemetic use, and an 18-pound weight loss over a period of a few months.

On November 11, 2019, Ms. Glavanovits complained of the recent onset of intermittent generalized throbbing myalgias and intermittent sharp, stabbing left wrist and right thigh pain, as well as persistent fatigue. Additionally, her menses had become more frequent, now occurring every two and one-half to three weeks.

On November 13, 2019, active complaints included increased fatigue, some myalgias, occasional headaches, and mild nausea, with the nausea now under satisfactory control. Ms. Glavanovits also reported pruritus associated with tramadol administration. She weighed 185 pounds 9.6 ounces, corresponding to a BMI of 28.22 kg/sq m. Physical examination was normal. CBC values included hemoglobin 10.7, hematocrit 31.1, MCV 91.5, WBC 3.99 with 54.4% neutrophils, and platelets 170. CMP values included total protein 6.2, but were otherwise normal.

On December 14, 2019, a PET-CT scan revealed interval marked regression since the previous PET-CT scan on August 27, 2019 of the previously noted left supraclavicular, intrathoracic prevascular and para-aortic, lower mediastinal paraesophageal, bilateral retrocrural, retroperitoneal aortocaval and retrocaval, left para-aortic, and mesenteric lymphadenopathy and resolution of the associated hypermetabolic activity.

On December 17, 2019, CBC values included hemoglobin 12.2, hematocrit 34.7, MCV 93, WBC 3.8, and platelets 154. The WBC differential was 81 neutrophils, 3 lymphocytes, 10 monocytes, and 6 eosinophils. CMP values again included total protein 6.2; there were no other significant abnormalities. The LDH remained normal at 171 (normal range 81 to 234).

On December 26, 2019, Ms. Glavanovits reported a recent episode of coccygeal and left inguinal zoster diagnosed on December 4, 2019, healing on treatment with long-term valacyclovir (Valtrex). She was also taking pregabalin (Lyrica) for associated pain. Her most recent PET-CT scan on December 14, 2019 reportedly revealed persistent lymphadenopathy, but no hypermetabolic activity. Her sister was undergoing a bilateral mastectomy for breast cancer. Ms. Glavanovits was taking alprazolam (Xanax) for anxiety due to "thoughts of cancer," which had been interfering with sleep. Her review of systems was positive for nausea, vomiting, and a variable appetite. Ms. Glavanovits weighed 184 pounds 12.8 ounces, corresponding to a BMI of 28.10 kg/sq m. Limited physical examination was normal.

On January 8, 2020, Ms. Glavanovits complained of fatigue, constant soreness, and

increased joint pain involving the hips and knees.  In view of her history of sulfa hypersensitivity, she was instead receiving dapsone for prevention of *Pneumocystis* pneumonia.  She weighed 189 pounds 14.4 ounces, corresponding to a BMI of 28.87 kg/sq m.  Physical examination revealed scabbed lesions on the lower back in the midline at the level of the buttocks, in the groin, and in the left inguinal region, but was otherwise normal.  CBC values included hemoglobin 11.6, hematocrit 34.4, MCV 96.1, WBC 2.77, and platelets 167.  The WBC differential was 48 neutrophils, 14 lymphocytes, 22 monocytes, 12 eosinophils, and 4 basophils.  It was concluded that Ms. Glavanovits had achieved a complete response to the chemoimmunotherapy for her lymphoma.

On February 3, 2020, intravenous hydration fluids were administered because of recurrent chemotherapy-induced nausea and vomiting.

On February 5, 2020, Ms. Glavanovits noted that her fatigue improved near the end of each chemoimmunotherapy cycle.  She continued to experience nausea with occasional vomiting, usually mid-cycle.  Persistent generalized arthralgias and myalgias were relieved by the administration of intravenous fluids, ibuprofen, or hydrocodone-acetaminophen (Norco).  Norco also helped to control the headaches occurring with each treatment cycle.  Shooting pains in the hands resolved with the resumption of pregabalin administration.  Ms. Glavanovits' most recent menstrual period had occurred in August 2019, prior to the initiation of chemoimmunotherapy.  Her previous complaint of constipation was controlled by senna.  Ms. Glavanovits weighed 199 pounds 14.4 ounces, corresponding to a BMI of 29.52 kg/sq m.  Physical examination was normal; skin lesions were not reported.  CBC values included hemoglobin 10.0, hematocrit 29.2, MCV 97.3, WBC 2.42, and platelets 182.  The WBC differential was 1 band, 37 segmented neutrophils, 16 lymphocytes, 29 monocytes, 13 eosinophils, and 4 basophils.  A CMP revealed total protein 6.0, but was otherwise normal.  The sixth planned cycle of chemoimmunotherapy was delayed for one week because of the neutropenia.

On February 12, 2020, CBC values included hemoglobin 10.2, hematocrit 31.0, MCV 100.0, WBC 2.95, and platelets 158.

On March 5, 2020, Ms. Glavanovits complained of daily chills with each chemoimmunotherapy cycle, but more severe after the most recent one.  There had been no associated fever during the most recent chemoimmunotherapy cycle.  Ms. Glavanovits also reported occasional nausea; an occasional dry cough during the preceding month; ongoing generalized musculoskeletal pain, most pronounced in the joints of the hands, occasionally severe, and relieved by the administration of intravenous fluids; and intermittent headaches on a cyclical basis with treatment, also occasionally severe.  A previous complaint of mouth sores had resolved.  Ms. Glavanovits weighed 199 pounds 14.4 ounces, corresponding to a BMI of 29.52 kg/sq m.  Physical examination was normal except for the presence of a central venous access port.  CBC values included hemoglobin 10.5, hematocrit 29.1, MCV 96.7, WBC 2.69, and platelets 157.  The WBC differential was 44 neutrophils, 27 lymphocytes, 16 monocytes, and 13 eosinophils.  A urinalysis was normal.  A CMP revealed interval mild elevations of the AST to 41 (normal range up to 32) and the ALT to 40 (normal range up to 33); there were no other significant abnormalities, the total protein having normalized to 6.5.  A chest x-ray was

reportedly "clear." An LDH and restaging PET-CT scan, along with an MRI scan of the brain as part of an evaluation for the headaches, were ordered. A recommendation was made for Ms. Glavanovits to receive maintenance obinutuzumab infusions at intervals of two months for two years.

On March 7, 2020, an MRI scan of the brain reportedly revealed a few scattered tiny non-enhancing foci of hyperintense T2/FLAIR signal in the frontal lobe subcortical deep white matter, which were considered nonspecific but possibly reflecting sequelae of chronic complex migraine headaches; there was no evidence of malignancy. This result was recorded in a progress note incorrectly dated April 2, 2020 (the correct date was July 2, 2020) by Jennifer Boyer, APN, CNP; the actual MRI report has not been available.

On March 11, 2020, Ms. Glavanovits complained of arthralgias after receiving chemotherapy.

On March 12, 2020, CBC values included hemoglobin 10.4, hematocrit 28.9, MCV 96.3, WBC 10.4 with an absolute neutrophil count of 1.15, and platelets 172.

On March 26, 2020, a PET-CT scan was reported as stable, with no evidence of malignancy. This result was recorded in a progress note incorrectly dated April 2, 2020 (the correct date was July 2, 2020) by Jennifer Boyer, APN, CNP; the actual PET-CT report has not been available.

On April 29, 2020, Ms. Glavanovits complained of fatigue, "body aches" for several months, temperatures of approximately 100.0°, chills, and a dry cough,

On May 6, 2020, it was noted that the initiation of maintenance obinutuzumab therapy had been delayed because of the Covid-19 pandemic. Ms. Glavanovits complained of chills throughout the day without associated fever, being "sore," swelling of the hands, and progressive hip and knee pain when going down stairs. Her headaches had resolved. Ms. Glavanovits weighed 199 pounds 4.8 ounces, corresponding to a BMI of 30.30 kg/sq m. Physical examination was normal. CBC values included hemoglobin 10.8, hematocrit 30.3, MCV 98.1, WBC 2.87 with 58.6% neutrophils, and platelets 183. CMP values included AST decreased to 33; there were no other significant abnormalities, the ALT having normalized to 24. The LDH had increased to 282 (normal range 84 to 246). Maintenance obinutuzumab therapy was scheduled to begin. Dapsone administration was interrupted because of Ms. Glavanovits' increased myalgias.

On May 7, 2020, CMP values included AST increased again to 50, ALT increased again to 49, and total protein 6.3; there were no other significant abnormalities.

On June 2, 2020, Ms. Glavanovits complained of persistent myalgias, arthralgias, and swollen joints. Dapsone administration was to be resumed for prevention of *Pneumocystis* pneumonia.

After obtaining a second opinion from Dr. Shuo Ma, a medical oncologist and hematologist at Northwestern Medicine, in September 2019 regarding Dr. Frank's recommendation for chemoimmunotherapy with the combination of bendamustine and obinutuzumab, Ms. Glavanovits transferred her medical oncology and hematology care to Dr. Ma in May or early June 2020. The reason for this transfer of care is not provided in the available medical records.

On June 23, 2020, an echocardiogram showed preserved left ventricular systolic contractility with a left ventricular fraction of 65%, abnormal left ventricular relaxation, an elevated left ventricular end-diastolic pressure, mild right atrial enlargement, a prominent eustachian valve, a possible patent foramen ovale without clear evidence of an atrial septal defect, and borderline elevated pulmonary arterial systolic pressure.

In Dr. Ma's clinic at Northwestern on July 2, 2020, it was noted that Ms. Glavanovits had presented with intermediate-risk disease according to the Follicular Lymphoma International Prognostic Index (FLIPI). Her intermediate-risk prognosis reflected the presence of two adverse prognostic factors: stage III disease and LDH exceeding the upper limit of normal. Ms. Glavanovits' chemoimmunotherapy course had been complicated by prolonged neutropenia and ongoing mild anemia, mild leukopenia, and severe lymphopenia as well as the previously noted episode of zoster. Reference was also made to having developed an adjustment disorder, improved with counseling and emotional support. Ms. Glavanovits was confirmed to have received her first dose of maintenance obinutuzumab therapy in early May 2020. Her cardiac arrhythmia was now described as supraventricular tachycardia. Reference was made to nasal septum surgery in 1992. It was noted that her sister had developed Hodgkin lymphoma at a young age and had been in remission for years. Ms. Glavanovits was continuing to experience muscle and joint pain since her fourth chemoimmunotherapy cycle. The pain interfered with sleep, but was improved with the administration of duloxetine (Cymbalta), which is used to treat depression, anxiety, and painful peripheral neuropathy. She weighed 202 pounds, corresponding to a BMI of 30.71 kg/sq m. Physical examination revealed moderate abdominal distention without associated tenderness, a 10 x 5-cm round mass in the left upper abdominal quadrant, muscle and joint pain, and fading zoster lesions over the lower back and buttocks and in the left inguinal region, but was otherwise normal. CBC values included hemoglobin 10.9, hematocrit 32.2, MCV 100, WBC 3.0, and platelets 187. The WBC differential was 63 neutrophils, 17 lymphocytes, 14 monocytes, 5 eosinophils, and 1 basophil. A CMP was normal, the AST having normalized again to 29, the ALT to 27, and the total protein to 6.4. The LDH had increased further to 367 (normal range 81 to 234). The uric acid remained normal at 3.5. The second dose of maintenance obinutuzumab therapy was administered.

On August 19, 2020 (this progress note was also incorrectly dated April 2, 2020), Ms. Glavanovits reported having tested positive for Covid-19 on August 2, 2020, with her symptoms having included fatigue, difficulty sleeping, chills with a maximum temperature of 99.0°, mild chest discomfort and exertional dyspnea, sore throat, an occasional cough, headache, diarrhea for three or four days, poor appetite, and a 15-pound weight loss. Mild hypoxemia was present, with Ms. Glavanovits' lowest oxygen saturation value having been 90% by pulse oximetry. Treatment included the administration of hydroxychloroquine, azithromycin, and zinc. Active complaints

included persistent fatigue, generalized weakness, mild exertional dyspnea, and decreased appetite. The sore throat had markedly improved and the other Covid-19 symptoms had resolved. An additional, evidently unrelated complaint of nausea had also resolved. Ms. Glavanovits also reported that her sister had recently undergone a mastectomy. It was stated that Ms. Glavanovits was now taking pregabalin for post-herpetic neuralgia, although this cannot be confirmed from the medication list included with the current office visit. Physical examination revealed moderate abdominal distention without associated tenderness, muscle and joint pain, and fading zoster lesions over the lower back and buttocks and in the left inguinal region, but was otherwise normal; no left upper quadrant mass was reported.

On August 20, 2020, a SARS-CoV-2 antibody assay was nonreactive. It is noted that after the original positive Covid-19 diagnostic test on August 2, 2020, three subsequent tests on August 13, August 15, and October 11, 2020, respectively, were all negative.

On September 16, 2020 (this progress note was once again incorrectly dated April 2, 2020), Ms. Glavanovits complained of chills and exertional dyspnea without associated fever, symptoms which were attributed to the recent episode of Covid-19. She had recently been treated with prednisolone for multiple bee stings. The third planned dose of maintenance obinutuzumab therapy was being held, and continued to be held, because of the residual Covid-19 symptoms.

On September 23, 2020, CBC values included hemoglobin 11.6, hematocrit 34.5, MCV 107, WBC 3.1, and platelets 149. The WBC differential was 65 neutrophils, 19 lymphocytes, 10 monocytes, 4 eosinophils, 1 basophil, and 1 immature granulocyte. A CMP revealed no significant abnormalities. The LDH increased further to 408 (normal range 119 to 226). The vitamin B12 was 670. The haptoglobin was less than 10 (normal range 33 to 346). Quantitative serum immunoglobulins were IgG 680 (normal range 586 to 1602), IgA 80 (normal range 87 to 352), and IgM 26 (normal range 26 to 217). The absolute CD4 count was low at 212 (normal range 359 to 1519).

On October 15, 2020, Ms. Glavanovits stated that her moderate fatigue was chronic, predating her Covid-19 illness. She was continuing to experience occasional chills, although without associated fever. Her residual exertional dyspnea was improving. Pain in the wrists, hands, hips, and ankles was unchanged. Ms. Glavanovits' appetite was improving, but had not returned to normal, and she had lost 15 pounds since contracting Covid-19. Ms. Glavanovits weighed 185 pounds 12.8 ounces, corresponding to a BMI of 28.32 kg/sq m. Physical examination was reported to be unchanged. CBC values included hemoglobin 12.1, hematocrit 35.4, MCV 100, WBC 3.0, and platelets 183. The WBC differential was 54 neutrophils, 25 lymphocytes, 15 monocytes, 4 eosinophils, and 2 basophils. The reticulocyte count was 2.3%. A direct Coombs' test was negative. A CMP was normal. The LDH decreased to 370 (normal range 81 to 234). The uric acid remained normal at 3.9. Iron studies included serum iron 88, TIBC 312, transferrin 223, and ferritin 69.5. Quantitative serum immunoglobulins were IgG 652 (normal range 610 to 1616), IgA low at 80 (normal range 85 to 499), and IgM low at 28 (normal range 35 to 242). The vitamin B12 was 356 and the RBC folate 1277. The haptoglobin was less than 30 (normal range 30 to 210). The TSH was 1.84. The third dose of maintenance

obinutuzumab therapy was finally administered.

On November 4, 2020, Ms. Glavanovits complained to Dr. Labotka of myalgias and arthralgias related to chemotherapy. She had had an episode of coccygeal and left inguinal zoster on December 4, 2019, treated with long-term valacyclovir (Valtrex) administration, and received the Shingrix vaccine on December 26, 2019. Ms. Glavanovits also had an episode of coronavirus disease-19 (Covid-19) in August 2020. A PET-CT scan on December 14, 2019 had reportedly shown no evidence of persistent or recurrent lymphoma. Ms. Glavanovits' medications now included venlafaxine (Effexor), which is used to treat depression, anxiety, and panic disorder, as well as duloxetine. Additional family history included lung cancer in Ms. Glavanovits' paternal grandfather, a smoker; breast cancer at age 65 in Ms. Glavanovits' maternal grandmother; prostate cancer at age 69 in a maternal uncle; Hodgkin lymphoma at age 18 and breast cancer at age 54, the latter without having received chest wall irradiation for the Hodgkin lymphoma, in Ms. Glavanovits' sister; breast cancer at age 35 in a maternal cousin; and breast cancer at age 50 in an additional relative. New complaints on review of systems included chronic nocturnal pruritus (itching) of uncertain etiology, residual exertional dyspnea after the episode of Covid-19, and anxiety associated with the lymphoma. Ms. Glavanovits weighed 187 pounds, corresponding to a BMI of 28.43 kg/sq m. Physical examination revealed a long-standing and stable small lipoma on the right upper abdominal quadrant, but was otherwise normal; no rash or left upper quadrant mass was reported.

On December 7, 2020, CBC values included hemoglobin 13.3, hematocrit 38.5, MCV 97, WBC 3.2, and platelets 185. The WBC differential was 54 neutrophils, 29 lymphocytes, 10 monocytes, 4 eosinophils, 2 basophils, and 1 immature granulocyte. A CMP was normal

Back at Northwestern on December 10, 2020, Ms. Glavanovits complained of a recent episode of malaise, "low-grade temperature," and headache, with family members having experienced similar symptoms as well. Her chronic bilateral hand, wrist, hip, and ankle arthralgias seemed to have improved with the passage of time since the most recent obinutuzumab infusion on October 15, 2020. Ms. Glavanovits indicated that she had been instructed to discontinue taking dapsone at her most recent clinic visit on October 15, 2020, although this is not otherwise documented. Venlafaxine was not included in Ms. Glavanovits' list of medications. Maintenance obinutuzumab therapy was discontinued because its benefit is greater in patients who had partial rather than complete responses to initial treatment for their lymphoma, the risk of infection is increased, and the likelihood of a protective response to a future Covid-19 vaccine would be reduced.

On February 19, 2021, a CT scan of the chest reportedly revealed minimal bronchitis, but was evidently otherwise normal. This result was recorded in the progress note from June 10, 2021; the actual CT report has not been available.

On March 27, 2021, anti-SARS-CoV-2 spike protein IgG was negative.

On April 22, 2021, CBC values included hemoglobin 12.6, hematocrit 36.3, MCV 96.0, WBC 3.4, and platelets 171. Anti-SARS-CoV-2 spike protein IgG was again negative.

On June 10, 2021, Ms. Glavanovits stated that she continued to tire easily, although her energy was better overall. She continued to experience occasional chills without associated fevers or night sweats. Her exertional dyspnea occurred only when she wore a mask. The chronic bilateral wrist and hip arthralgias had improved further. It was noted that Ms. Glavanovits had been taking metoprolol since a recurrence of tachycardia with a heart rate exceeding 200/minute for an hour in February 2021. She received the Moderna Covid-19 vaccine on March 3 and March 31, 2021, complicated on the first occasion by mild fatigue, chills, tingling of the lips, and swelling of the tongue, for which she was treated with diphenhydramine (Benadryl) and a three-day course of prednisone at an urgent care clinic. Premedication with diphenhydramine prior to the second vaccine dose prevented a recurrence of these complications. Ms. Glavanovits weighed 192 pounds, corresponding to a BMI of 29.19 kg/sq m. Physical examination revealed moderate abdominal distention without associated tenderness and fading zoster lesions over the lower back and buttocks and in the left inguinal region, but was otherwise normal. CBC values included hemoglobin 13.4, hematocrit 38.5, MCV 96, WBC 3.6, and platelets 184. The WBC differential was 52 neutrophils, 27 lymphocytes, 13 monocytes, 6 eosinophils, and 2 basophils. The reticulocyte count was 1.7%. A CMP revealed no significant abnormalities. The LDH had decreased further to 277 (normal range up to 271). The haptoglobin had normalized to 40. The absolute CD4 count had normalized to 415 (normal range 340 to 1568). A SARS-CoV-2 IgG antibody was negative.

On September 9, 2021, CBC values included hemoglobin 13.0, hematocrit 37.6, MCV 97.2, WBC 3.7 with 43.6% neutrophils, and platelets 195. The reticulocyte count was 3.1%. A CMP showed no significant abnormalities. The LDH was 290. The haptoglobin was 36. The absolute CD4 count was 386.

The most recent medical record available for Ms. Glavanovits is the progress note from her clinic visit on December 9, 2021 at Northwestern. On that date, Ms. Glavanovits reported Emergency Room visits for hypertension in August and October 2021, with blood pressure control improved after medication changes. A Moderna Covid-19 vaccine booster had been administered on August 20, 2021 and was complicated by fatigue, chills, nausea, and body aches for three days. By the time of the clinic visit on December 9, 2021, Ms. Glavanovits' energy was continuing to improve. She was experiencing hot flashes during the day. Her exertional dyspnea appeared to have resolved. Ms. Glavanovits was undergoing physical therapy for a torn labrum in the right hip. Weight loss and treatment with metformin had been recommended. Physical examination was reported to be unchanged. CBC values included hemoglobin 12.3, hematocrit 35.5, MCV 93.4, WBC 3.6 with 40.9% neutrophils, and platelets 188. CMP values included total protein 6.0 (normal range 6.4 to 8.9); there were no other significant abnormalities. The LDH was 276. The haptoglobin was 51. Continuation of follow-up for Ms. Glavanovits' follicular lymphoma was recommended.

OPINIONS

1. <u>Diagnosis and staging.</u> A diagnosis of grade 3a follicular non-Hodgkin lymphoma was established by a CT-guided core biopsy of a retroperitoneal mass on August 23, 2019, which was performed as part of an evaluation for a palpable left-sided abdominal mass and CT scan

evidence of posterior mediastinal, mesenteric, and left-sided retroperitoneal lymphadenopathy. More precisely, the biopsy revealed a predominantly grade 1-2 follicular lymphoma with areas of focal grade 3a involvement. Immunohistochemical staining was positive for CD10, CD20, BCL2, and BCL6 in the atypical lymphoid infiltrate, but negative for CD5, SOX11, LEF1, and cyclin D1. This immunohistochemical staining pattern is consistent with a diagnosis of follicular lymphoma. However, reports of flow cytometric, cytogenetic, and molecular analyses of the biopsy specimen, if performed, have not been available. The lymph node biopsy was reviewed at Northwestern Memorial HealthCare.

The stage of Ms. Glavanovits' lymphoma is stage III by virtue of generalized lymphadenopathy demonstrated by a physical examination on August 9, 2019, an ultrasound examination of the spleen on August 11, 2019, a CT scan of the abdomen and pelvis on August 16, 2019, and a PET-CT scan on August 27, 2019. The PET-CT scan revealed hypermetabolic left supraclavicular, mediastinal, bilateral retrocrural, retroperitoneal, and mesenteric lymphadenopathy. A bone marrow examination on September 6, 2019 revealed no morphologic (cellular structural), immunohistochemical, flow cytometric, or cytogenetic evidence of bone marrow involvement, which, if found, would have upstaged Ms. Glavanovits' lymphoma to stage IV.

Discussion of Ms. Glavanovits' diagnostic evaluation would not be complete without noting that her LDH blood test was elevated at the time of her presentation. The value was 307 (normal range 135 to 214) on August 13, 2019.

The term "follicular lymphoma" encompasses four subtypes of non-Hodgkin lymphoma arising in the B-lymphocytes of the immune system and known as grade 1, grade 2, grade 3a, and grade 3b follicular lymphomas. The terminology designating these subtypes of non-Hodgkin lymphoma, and their diagnostic criteria, reflect the 2016 World Health Organization (WHO) classification of hematopoietic and lymphoid neoplasms (2, 3). The diagnostic distinctions among these subtypes are technical, made by pathologists during microscopic examination of lymph node biopsy specimens. Non-Hodgkin lymphomas may be further classified as low-, intermediate-, or high-grade. Low-grade lymphomas, such as grade 1, grade 2, and grade 3a follicular lymphomas and marginal zone lymphomas, tend to be characterized by a slower growth rate and a less aggressive clinical course than the intermediate-grade lymphomas, such as grade 3b follicular lymphoma and diffuse large B-cell lymphoma, and the high-grade non-Hodgkin lymphomas, such as lymphoblastic lymphoma and Burkitt lymphoma, which tend to exhibit increasingly rapid growth rates and increasingly aggressive clinical courses. When all grades of follicular lymphoma are combined, follicular lymphoma is the second most common type of non-Hodgkin lymphoma, representing 22% of all cases (3, 4).

The stage of any malignancy provides important information about the extent of disease within the body and thus helps to determine optimal treatment, estimate prognosis, and compare results among treatment groups in different clinical trials. Stage I refers to the presence of lymphoma in a single lymph node region, while stage II denotes the presence of lymphoma in two or more lymph node regions on just one side of diaphragm, stage III indicates the involvement of lymph node regions on both sides of the diaphragm, and stage IV signifies diffuse

or disseminated involvement of at least one extralymphatic site (such as the bone marrow) with or without associated lymph node enlargement (3, 4). Substages "A" and "B" denote the absence or presence, respectively, of the prognostically adverse symptoms of otherwise unexplained fever in excess of 38.0° C (100.4° F), night sweats, or unintentional loss of more than 10% of body weight during the previous six months (3, 4). At the time of her referral to Dr. Frank on August 21, 2019 for evaluation and management of the finding of lymphadenopathy on the CT scan of the abdomen and pelvis five days earlier, Ms. Glavanovits reported experiencing night sweats, although she attributed those to menopausal hormone changes, since she was also experiencing hot flashes. There was no history of fever or weight loss. Accordingly, the stage and substage of Ms. Glavanovits' lymphoma at the time of presentation were most likely IIIA.

Two additional points about the grade and stage of non-Hodgkin lymphoma deserve emphasis in relation to Ms. Glavanovits' follicular lymphoma. First, like the stage of a non-Hodgkin lymphoma, the grade of that lymphoma also has implications for the therapeutic approach chosen as well as for the prognosis. As previously discussed, the grade of Ms. Glavanovits' follicular lymphoma was specified as predominantly grade 1-2 follicular lymphoma with areas of focal grade 3a involvement in the report of the CT-guided core biopsy of a retroperitoneal mass on August 23, 2019. In such cases, the highest grade identified, in this case 3a, determines the overall grade of the lymphoma and is therefore prognostically significant. However, as grades 1, 2, and 3a follicular lymphoma are all considered indolent, the coexistence of all three of these grades in a biopsy specimen generally would have little or no effect on the selection of treatment. Second, the stage of Ms. Glavanovits' lymphoma has been repeatedly reevaluated by PET-CT scans on December 14, 2019 and March 26, 2020, a chest x-ray on March 5, 2020, an MRI scan of the brain on March 7, 2020, and a CT scan of the chest on February 19, 2021. A bone marrow examination has not been repeated.

2. <u>Treatment and response.</u> Following insertion of a central venous access port on September 5, 2019, Ms. Glavanovits was treated for the lymphoma with six cycles of chemoimmunotherapy consisting of the combination of bendamustine (Bendeka, Treanda) and obinutuzumab (Gazyva) weekly for three weeks at intervals of four weeks from September 19, 2019 until February 14, 2020, with cycle 2 beginning on October 17, 2019, cycle 3 on November 14, 2019, cycle 5 on January 9, 2020, and cycle 6 on February 13, 2020. Documentation of the date cycle 4 began has been unavailable, but based on the usual interval between treatments of four weeks may reasonably be assumed to have begun on December 12, 2019. The sixth cycle of chemoimmunotherapy was delayed for one week because of neutropenia.

Bendamustine is a chemotherapeutic agent, while obinutuzumab is a monoclonal antibody active in B-cell lymphoma. It does not appear that filgrastim (Neupogen) or pegfilgrastim (Neulasta) was administered with this treatment, as is common with chemotherapy for lymphoma, to reduce the risk of infectious complications of chemotherapy-induced leukopenia and neutropenia.

By September 29, 2019, the LDH had normalized to 230 (normal range 84 to 246).

By October 16, 2019, the presenting abnormality of a left upper quadrant abdominal mass

was no longer evident on physical examination.

On December 14, 2019, a restaging PET-CT scan revealed interval marked regression since the previous PET-CT scan on August 27, 2019 of the original generalized lymphadenopathy in all sites and resolution of the associated hypermetabolic activity. Despite the residual lymphadenopathy evident on this PET-CT scan, it was concluded on January 8, 2020 that Ms. Glavanovits had achieved a complete response to the chemoimmunotherapy for her lymphoma.

On December 17, 2019, the LDH remained normal at 171 (normal range 81 to 234).

On March 5, 2020, a chest x-ray was reportedly "clear."

On March 7, 2020, an MRI scan of the brain reportedly revealed no evidence of malignancy.

On March 26, 2020, a PET-CT scan was reported as stable, with no evidence of malignancy.

In an effort to prevent or delay recurrence of Ms. Glavanovits' follicular lymphoma after the achievement of a partial or complete response to chemoimmunotherapy with the combination of bendamustine and obinutuzumab, a recommendation was made on March 5, 2020 for her to receive maintenance obinutuzumab infusions at intervals of two months for two years. However, the initiation of maintenance obinutuzumab therapy was delayed because of the Covid-19 pandemic. Ms. Glavanovits eventually received a total of three doses of maintenance obinutuzumab therapy in early May 2020 and on July 2 and October 15, 2020. The third planned dose of maintenance obinutuzumab therapy was delayed because of residual Covid-19 symptoms after an episode of Covid-19 diagnosed on August 2, 2020. On December 10, 2020, maintenance obinutuzumab therapy was discontinued because its benefit is greater in patients who had partial rather than complete responses to initial treatment for their lymphoma, the risk of infection is increased, and the likelihood of a protective response to a future Covid-19 vaccine would be reduced.

By May 6, 2020, the LDH had increased to 282 (normal range 84 to 246). Progressive increases to 367 (normal range 81 to 234) and 408 (normal range 119 to 226) were subsequently documented on July 2, and September 23, 2020, respectively. However, by October 15, 2020, the LDH had decreased again to 370 (normal range 81 to 234).

On February 19, 2021, a CT scan of the chest reportedly revealed minimal bronchitis, but was evidently otherwise normal.

By June 10, 2021, the LDH had decreased further to 277 (normal range up to 271). Thereafter, the LDH remained mildly elevated at 290 on September 9, 2021 and 276 on December 9, 2021.

Continuation of follow-up for Ms. Glavanovits' follicular lymphoma was recommended on December 9, 2021, the date of the most recent progress note available for Ms. Glavanovits.

First-line chemoimmunotherapy with the combination of bendamustine and a monoclonal antibody directed against the CD20 antigen on the surface of B-lymphocytes, such as obinutuzumab, followed by maintenance immunotherapy with a single-agent CD20-directed monoclonal antibody, constitutes a standard therapeutic approach for patients with non-Hodgkin lymphomas such as follicular lymphoma (3, 4). This treatment approach and the supportive care and close clinical, laboratory, and radiographic monitoring which Ms. Glavanovits has been undergoing have been appropriate, entirely justified, and medically necessary.

3. <u>Disease status and prognosis.</u> As previously discussed, on September 13, 2019, Dr. Frank recorded Ms. Glavanovits' diagnosis as stage III grade 3a follicular lymphoma with bulky disease. Ms. Glavanovits received chemoimmunotherapy with the combination of bendamustine and obinutuzumab between September 19, 2019 and February 14, 2020. During this interval, it was noted that the presenting physical finding of a left upper quadrant abdominal mass was no longer evident on physical examination by October 16, 2019, while a restaging PET-CT scan on December 14, 2019 revealed interval marked regression since the previous PET-CT scan on August 27, 2019 of the original generalized lymphadenopathy in all sites and resolution of the associated hypermetabolic activity. Despite the residual lymphadenopathy evident on this PET-CT scan, it was concluded on January 8, 2020 that Ms. Glavanovits had achieved a complete response to the chemoimmunotherapy for her lymphoma.

Follow-up studies consisting of a chest x-ray on March 5, 2020, an MRI scan of the brain on March 7, 2020, and a PET-CT scan on March 26, 2020 all reportedly revealed no evidence of malignancy. Most recently, a CT scan of the chest on February 19, 2021, some four months after Ms. Glavanovits' third and final dose of maintenance obinutuzumab therapy, was reportedly normal except for evidence of minimal bronchitis.

After the initiation of chemoimmunotherapy with the combination of bendamustine and obinutuzumab for Ms. Glavanovits' follicular lymphoma on September 19, 2019, the initially moderately elevated LDH blood test, a marker of tumor burden or disease activity in many hematologic malignancies, normalized by September 29, 2019 and remained normal on December 17, 2019. However, the LDH increased by May 6, 2020 with subsequent progressive increases documented on July 2 and September 23, 2020, respectively, after the initiation of maintenance obinutuzumab therapy in early May 2020. Thereafter, the LDH decreased again by October 15, 2020, the date of the final dose of maintenance obinutuzumab therapy, with a subsequent further decrease to the mildly elevated range documented on June 10, 2021. The LDH remained mildly elevated on the two most recent determinations available, on September 9 and December 9, 2021, respectively. Thus, sustained normalization of the LDH did not occur.

As previously noted, a bone marrow examination was not repeated after the original staging examination on September 6, 2019.

For at least three reasons, the current status of Ms. Glavanovits' lymphoma is far from

clear.  First, as previously discussed, residual lymphadenopathy was evident on the first restaging PET-CT scan on December 14, 2019, although with resolution of the associated hypermetabolic radionuclide uptake.  Thus, Ms. Glavanovits' chemoimmunotherapy with the combination of bendamustine and obinutuzumab, which was initiated on September 19, 2019,  produced a remission of her follicular lymphoma by the time of her first restaging PET-CT scan on December 14, 2019, although the remission may well have been partial rather than complete. Although the subsequent imaging studies on March 5, March 7, and March 26, 2020 and February 19, 2021 were all reported to be negative, the actual reports from all of these follow-up imaging studies have been unavailable.

Second, the observed persistent mild elevation of the LDH remains unexplained and may reflect persistent lymphoma.

Third, there has been no repetition of the bone marrow examination after the original staging examination on September 6, 2019.

The current prognosis for Ms. Glavanovits' lymphoma is also uncertain, as 18 months have elapsed since her most recent imaging study (the CT scan of the chest on February 19, 2021) and nearly two and one-half years since her most recent PET-CT scan on March 26, 2020, whereas only three years have elapsed since the diagnosis in August 2019 and initiation of treatment in September 2019 for Ms. Glavanovits' lymphoma and less than two years since her third and final dose of maintenance obinutuzumab therapy on October 15, 2020.

All of these uncertainties regarding the current status and prognosis for Ms. Glavanovits' lymphoma are important, given the relapsing nature of follicular lymphoma, which will be discussed below.

A number of prognostic factor indices have been developed to estimate the disease-free and overall survival for patients with non-Hodgkin lymphoma (3, 4).  The International Prognostic Index (IPI), a model developed primarily from data for patients with diffuse large B-cell lymphoma (which is, as discussed, an intermediate- rather than low-grade lymphoma), has identified age over 60 years, stage III or IV, presence of two or more sites of extralymphatic involvement, elevated LDH, and Eastern Cooperative Oncology Group (ECOG) performance status 2-4 as unfavorable prognostic factors (3, 4).  For patients up to age 60 at the time of diagnosis, a modified IPI in which the only adverse prognostic factors considered are performance status impairment, elevated LDH, and advanced stage (III or IV) has proven useful (3, 4).  According to this latter model, Ms. Glavanovits' lymphoma would be classified as having a high intermediate-risk prognosis (that is, a relatively unfavorable prognosis within the intermediate-prognosis category) because of her elevated LDH and stage III disease at the time of diagnosis (3).

Prognostic models developed specifically from data for patients with follicular lymphoma, the Follicular Lymphoma International Prognostic Indices (FLIPI)-1 and -2, have identified age over 60 years, stage III or IV, presence of bone marrow involvement, hemoglobin less than 12.0, elevated LDH, elevated beta-2-microglobulin, involvement of more than four

lymph node sites, and largest lymph node diameter greater than 6 cm as unfavorable prognostic factors (3, 4). In Dr. Ma's clinic at Northwestern on July 2, 2020, it was stated that Ms. Glavanovits had presented with intermediate-risk disease according to the FLIPI, reflecting the presence of two adverse prognostic factors: stage III disease and LDH exceeding the upper limit of normal. However, according to the FLIPI-1 model, Ms. Glavanovits had not two but three of five possible adverse prognostic factors: stage III disease, an elevated LDH, and more than four involved  lymph node sites. According to the FLIPI-2 model, which was developed for patients treated with rituximab (Rituxan), which, like obinutuzumab, is a monoclonal antibody directed against the B-lymphocyte antigen CD20, Ms. Glavanovits' only known adverse prognostic factor was a largest lymph node diameter exceeding 6 cm. However, one FLIPI-2 prognostic factor is missing, as it is not known from the available medical records whether the beta-2-microglobulin, (which, like the LDH, is a marker of tumor burden or disease activity in many hematologic malignancies) was measured at the time of Ms. Glavanovits presentation and, if so, what the value was. The presence of an elevated beta-2-microglobulin at the time of diagnosis may have translated into a worse overall prognosis on the FLIPI-2 scale.

The reasonable degree of concordance of these various prognostic models in Ms. Glavanovits' case supports their applicability. It is again worth noting that considerable prognostic uncertainty remains, not only because of the missing beta-2-microglobulin level required for the optimum use of the FLIPI-2 model, but also because of the above-noted lack of certainty regarding the quality and duration of her response to treatment.

Beyond these considerations, the prognosis for patients with follicular lymphoma has several dimensions with respect to response and survival data (3, 4). Up to 90% of patients have advanced-stage disease (III or IV) at the time of diagnosis, including 51% with stage IV disease and 42% specifically with bone marrow involvement. The median survival time for patients with follicular lymphoma, even for those with stage III or IV disease, now exceeds 10 years. Although patients with stage I or minimal stage II follicular lymphoma may be cured with radiation therapy alone, with her extensive lymph node involvement, this definitely does not apply to Ms. Glavanovits and her stage III disease. Conversely, patients with grade 3b follicular lymphomas exhibiting diagnostic characteristics and clinical behavior approximating those of diffuse large B-cell lymphoma have a greater potential for long-term disease-free survival with conventional systemic therapy than patients with grade 1, 2, or 3a follicular lymphomas; in fact, the potential for cure in intermediate-grade cases of grade 3b follicular lymphoma resembles that attainable in diffuse large B-cell lymphoma. Caution in interpreting such data is warranted, however, as consensus estimates from the published literature of median progression-free and overall survival, ten-year progression-free and overall survival, and cure for patients with low-grade or intermediate-grade lymphoma who are representative of a particular patient are elusive because of non-uniformity in the relevant clinical trials as to patients' stage, other prognostic factors, treatment regimen, and statistical parameters analyzed. Further, the clinical course of patients with follicular lymphoma is characterized by repeated relapses. The response to initial treatment typically lasts for as little as one to three years; three years have already elapsed in Ms. Glavanovits' case from the initiation of chemoimmunotherapy with  the combination of bendamustine and obinutuzumab on September 19, 2019.

There are an increasing number of therapeutic options for patients with relapsed follicular lymphoma, but the response durations tend to become progressively shorter with successive courses of treatment. Some newer, non-traditional therapies, such as immunotherapy with monoclonal antibodies other than rituximab, autologous or allogeneic hematopoietic stem cell transplantation, and CAR-T cell therapy, offer more prolonged response durations than older "salvage" therapies, although their potential for cure has not been established. Additionally, 30% to 50% of follicular lymphomas eventually undergo transformation to a more aggressive type of non-Hodgkin lymphoma, most often diffuse large B-cell lymphoma; this transformation occurs at a rate of 3% to 6% per year (3, 4). In general, stage III or IV low-grade follicular lymphoma is not considered curable, except perhaps in some of the few patients able to undergo high-dose chemotherapy and allogeneic stem cell transplantation (in which the bone marrow is donated by another individual). Similarly, stem cell transplantation appears to offer the greatest likelihood of long-term disease-free survival in patients with relapsed follicular lymphoma.

It is a matter of common sense that attainment of survival for three years from initial diagnosis and initiation of treatment, although encouraging, falls far short of defining a desirable outcome for a patient diagnosed with follicular lymphoma at age 52, as is the case for Ms. Glavanovits, especially given the lingering uncertainty about the current status and prognosis of her lymphoma. Specifically, it must be regarded as uncertain what the longer-term outcome of Ms. Glavanovits' lymphoma will be with respect to recurrence or progression of the disease, response to future treatment, and survival.

4. Complications of Ms. Glavanovits' lymphoma and its treatment. Both follicular lymphoma and, separately, its treatment commonly produce complications which may be severe, producing symptoms, potentially compromising the survival and/or quality of life of the patient, and causing distress for the patient and family.

A central venous access port was reportedly inserted on September 5, 2019 in anticipation of intravenous chemoimmunotherapy for Ms. Glavanovits' lymphoma, although direct documentation of this procedure has not been available. Ms. Glavanovits' medical records provide no indication that the port was ever removed subsequently. Central venous access devices require continuous maintenance. They must be flushed to prevent blood clotting, and the overlying dressing must be changed regularly. Besides local pain with insertion, the insertion and maintenance of a central venous access port or catheter are associated with risks of infection and bleeding as long as the device remains present, particularly in patients with low white blood cell and neutrophil counts or a low platelet count, respectively, whether due to disease or chemotherapy. Conversely, central venous access devices are also susceptible to clotting, which may progress to deep venous thrombosis of an upper extremity. Most important, the risk of infection of a central venous access device should be regarded as elevated in anyone who is immunocompromised, a condition which may be due to lymphoma itself, chemotherapy, or even non-chemotherapeutic treatment for lymphoma.

Complications of chemoimmunotherapy for non-Hodgkin lymphoma with drug combinations such as bendamustine and obinutuzumab include anemia, leukopenia, neutropenia, and thrombocytopenia, with their attendant risks of infection, bleeding, and requirement for

transfusions.  These low blood counts are near-universal and may be severe and even life-threatening in certain patients.  In addition, most patients experience nausea, vomiting, and decreased appetite.

As previously discussed, chemoimmunotherapy with  the combination of bendamustine and obinutuzumab was initiated on September 19, 2019.  On September 27, 2019, Ms. Glavanovits reported chills with a maximum temperature of 100.1 degrees; an episode of diaphoresis; mild nausea with a single episode of associated vomiting; and a raised, pruritic erythematous rash on the trunk, elbows, and hands.  Initial treatment included acetaminophen (Tylenol) and diphenhydramine (Benadryl).  In the office, her temperature was 100.3°.  Physical examination confirmed the presence of a rash on the trunk and extremities.  The rash was attributed to drug hypersensitivity, with apparent improvement on diphenhydramine.  A methylprednisolone (Medrol) Dosepak was prescribed.

Ms. Glavanovits was subsequently hospitalized for further evaluation and management of the rash, which was thought most likely due to allopurinol, a medication administered orally to prevent or treat tumor lysis syndrome in certain patients with non-Hodgkin lymphoma characterized by an extensive tumor burden, such as Ms. Glavanovits, or leukemia.  Tumor lysis syndrome results from the accumulation of high levels of uric acid in the blood due to rapid turnover of malignant cells prior to the initiation of chemotherapy, or to rapid cell death once treatment has begun.  Dangerous manifestations of tumor lysis syndrome include high levels of potassium and phosphorus in the blood and impairment of kidney function.  Attribution of Ms. Glavanovits' rash to allopurinol necessitated discontinuation of allopurinol administration and forfeiture of its potential benefits.

CBC data during this episode have not been available to indicate whether Ms. Glavanovits was neutropenic at the time, and therefore whether her fever was a neutropenic fever.

On October 2, 2019, Ms. Glavanovits complained of mild fatigue and was receiving ranitidine (Zantac) for gastroesophageal reflux.

By October 4, 2019, the rash had improved.  On that date, Ms. Glavanovits' complaints included throat tightness.  Her review of systems was positive for fevers; chills; intermittent nausea, vomiting, diarrhea, and/or constipation; and shortness of breath when fatigued.  Physical findings included a resolving rash on the abdomen.

On October 16, 2019, Ms. Glavanovits reported that her energy had returned to normal and her rash resolved.  However, she complained of occasional abdominal discomfort, constipation, and diarrhea.  The rash was no longer evident on physical examination.

On October 23, 2019, Ms. Glavanovits complained of recent nausea, vomiting, and diarrhea as well as ongoing fatigue, dark urine, and headache.  Intravenous hydration fluids were administered for management of apparent dehydration.

On October 28, 2019, Ms. Glavanovits complained of a headache for ten days since completing her most recent prior chemoimmunotherapy cycle. The headache was initially relieved by acetaminophen and ibuprofen (Motrin), but these medications were no longer effective. Tramadol (Ultram) was prescribed as needed for relief of headaches.

On October 31, 2019, Ms. Glavanovits complained of recurrent nausea, now daily; frequent associated vomiting; fatigue due to occasional antiemetic use; and an 18-pound weight loss over a period of a few months.

On November 11, 2019, Ms. Glavanovits complained of the recent onset of intermittent generalized throbbing myalgias (muscle pain) and intermittent sharp, stabbing left wrist and right thigh pain, as well as persistent fatigue. Additionally, her menses had become more frequent, now occurring every two and one-half to three weeks.

On November 13, 2019, active complaints included increased fatigue, some myalgias, occasional headaches, and mild nausea. Ms. Glavanovits also reported pruritus associated with tramadol administration.

On December 26, 2019, Ms. Glavanovits reported a recent episode of coccygeal and left inguinal zoster diagnosed on December 4, 2019, healing on treatment with long-term valacyclovir (Valtrex). She was also taking pregabalin (Lyrica) for associated pain. Her review of systems was positive for nausea, vomiting, and a variable appetite.

On January 8, 2020, Ms. Glavanovits complained of fatigue, constant soreness, and increased joint pain involving the hips and knees. Physical examination revealed scabbed lesions on the lower back in the midline at the level of the buttocks, in the groin, and in the left inguinal region.

On February 3, 2020, intravenous hydration fluids were administered because of recurrent chemotherapy-induced nausea and vomiting.

On February 5, 2020, Ms. Glavanovits noted that her fatigue improved near the end of each chemoimmunotherapy cycle, evidence that her fatigue was related to treatment. She continued to experience nausea with occasional vomiting, usually mid-cycle. Persistent generalized arthralgias (joint pain) and myalgias were relieved by the administration of intravenous fluids, ibuprofen, or hydrocodone-acetaminophen (Norco). Norco also helped to control the headaches occurring with each treatment cycle. Shooting pains in the hands resolved with the resumption of pregabalin administration. Ms. Glavanovits' most recent menstrual period had occurred in August 2019, prior to the initiation of chemoimmunotherapy. Her previous complaint of constipation was controlled by senna. The sixth planned cycle of chemoimmunotherapy was delayed for one week because of the neutropenia.

On March 5, 2020, Ms. Glavanovits complained of daily chills with each chemoimmunotherapy cycle, but more severe after the most recent one. Ms. Glavanovits also reported occasional nausea; an occasional dry cough during the preceding month; ongoing

generalized musculoskeletal pain, most pronounced in the joints of the hands, occasionally severe, and relieved by the administration of intravenous fluids; and intermittent headaches on a cyclical basis with treatment, also occasionally severe. A previous complaint of mouth sores had resolved.

On March 11, 2020, Ms. Glavanovits complained of arthralgias after receiving chemotherapy.

On April 29, 2020, Ms. Glavanovits complained of fatigue, "body aches" for several months, temperatures of approximately 100.0°, chills, and a dry cough,

On May 6, 2020, Ms. Glavanovits complained of chills throughout the day without associated fever, being "sore," swelling of the hands, and progressive hip and knee pain when going down stairs. Her headaches had resolved. Dapsone administration was interrupted because of Ms. Glavanovits' increased myalgias.

On June 2, 2020, Ms. Glavanovits complained of persistent myalgias, arthralgias, and swollen joints. Dapsone administration was to be resumed for prevention of *Pneumocystis* pneumonia.

In Dr. Ma's clinic at Northwestern on July 2, 2020, it was noted that Ms. Glavanovits' chemoimmunotherapy course had been complicated by prolonged neutropenia and ongoing mild anemia, mild leukopenia, and severe lymphopenia as well as the previously noted episode of zoster. Ms. Glavanovits was continuing to experience muscle and joint pain since her fourth chemoimmunotherapy cycle. The pain interfered with sleep, but was improved with the administration of duloxetine (Cymbalta), which is used to treat depression, anxiety, and painful peripheral neuropathy. Physical examination revealed moderate abdominal distention without associated tenderness, a 10 x 5-cm round mass in the left upper abdominal quadrant, muscle and joint pain, and fading zoster lesions over the lower back and buttocks and in the left inguinal region.

On August 19, 2020, it was stated that Ms. Glavanovits was now taking pregabalin for post-herpetic neuralgia, although this cannot be confirmed from the medication list included with the current office visit.

On September 23, 2020, a CBC revealed mild macrocytic anemia (anemia with enlarged red blood cells) and mild leukopenia, with hemoglobin 11.6, hematocrit 34.5, MCV 107, and WBC 3.1. The LDH had increased further to 408 (normal range 119 to 226). There was no evidence of vitamin B12 deficiency. The haptoglobin was less than 10 (normal range 33 to 346). The elevated LDH and low haptoglobin indicated excessive red blood cell destruction in the circulation (intravascular hemolysis), likely accounting for or contributing to the macrocytic anemia.

On October 15, 2020, Ms. Glavanovits stated that her moderate fatigue was chronic, predating her Covid-19 illness during the previous summer. Pain in the wrists, hands, hips, and

ankles was unchanged.  The reticulocyte count was elevated at 2.3%.  A direct Coombs' test was negative, providing evidence against excessive red blood cell destruction by the immune system. There was no evidence of iron or folate deficiency.  However, the vitamin B12 had decreased to the low-normal range at 356.  The haptoglobin was less than 30 (normal range 30 to 210).  The elevated reticulocyte count and persistently low haptoglobin in the presence of a negative direct Coombs' test constituted further evidence of excessive red blood cell destruction in the circulation.

On November 4, 2020, Ms. Glavanovits complained to Dr. Labotka of myalgias and arthralgias related to chemotherapy.  She again described an episode of coccygeal and left inguinal zoster on December 4, 2019, treated with long-term valacyclovir (Valtrex) administration, and reported that she had received the Shingrix vaccine on December 26, 2019. New complaints on review of systems included chronic nocturnal pruritus (itching) of uncertain etiology.

Back at Northwestern on December 10, 2020, Ms. Glavanovits complained of a recent episode of malaise, "low-grade temperature," and headache, with family members having experienced similar symptoms as well.  Her chronic bilateral hand, wrist, hip, and ankle arthralgias seemed to have improved with the passage of time since the most recent obinutuzumab infusion on October 15, 2020.  Ms. Glavanovits indicated that she had been instructed to discontinue taking dapsone at her most recent clinic visit on October 15, 2020, although this is not otherwise documented.  Among the reasons for discontinuation of maintenance obinutuzumab therapy were that the risk of infection is increased and that the likelihood of a protective response to a future Covid-19 vaccine would be reduced.

On June 10, 2021, Ms. Glavanovits stated that she continued to tire easily, although her energy was better overall.  The chronic bilateral wrist and hip arthralgias had improved further. The reticulocyte count had decreased modestly to 1.7%.  The haptoglobin had normalized to 40.

On September 9, 2021, the reticulocyte count had increased again to 3.1%.  The haptoglobin was 36.

By December 9, 2021, Ms. Glavanovits' energy was continuing to improve.  She was experiencing hot flashes during the day.  The haptoglobin was 51.

According to the available medical records, Ms. Glavanovits has undergone three invasive procedures as required for the diagnosis and treatment of her lymphoma.  As discussed above, these were a CT-guided core biopsy of a retroperitoneal mass on August 23, 2019, insertion of a central venous access port on September 5, 2019, and a bone marrow examination on September 6, 2019.

5.  <u>Psychological effects.</u>  It is another matter of common sense, as well as personal and professional experience, that the diagnosis and treatment of cancer, and the complications of cancer and its treatment, are among the most stressful experiences that a person can undergo during his or her lifetime.

On August 30, 2019, Ms. Glavanovits was noted to be very anxious. On October 4, 2019, Ms. Glavanovits specifically complained of anxiety. By December 26, 2019, Ms. Glavanovits was taking alprazolam (Xanax) for anxiety due to "thoughts of cancer," which had been interfering with sleep.

In Dr. Ma's clinic at Northwestern on July 2, 2020, reference was made to having developed an adjustment disorder, improved with counseling and emotional support.

On November 4, 2020, Ms. Glavanovits again reported anxiety associated with the lymphoma. Her medications at that time included venlafaxine (Effexor), which is used to treat depression, anxiety, and panic disorder, as well as duloxetine.

Whether the prognosis is good, poor, or, as in Ms. Glavanovits' case, somewhere in between, any new finding after a cancer has been diagnosed raises the serious concern in a patient, the patient's family, and the medical team alike of recurrence or progression of the malignancy. The potentially devastating significance of each new or persistent symptom, change in a pre-existing symptom, new physical finding, new laboratory or imaging abnormality--and every new medical encounter related to the cancer--are lifelong sources of fear and anxiety in virtually every person who has had cancer.

6. Exposure. Information about the frequency, duration, and circumstances of Ms. Glavanovits' Roundup exposure and her use of personal protective equipment while exposed to Roundup is derived from the Complaint and Plaintiff Fact Sheet.

According to the information in these documents, Ms. Glavanovits sprayed Roundup Grass and Weed Killer to control weeds on her residential property once per week during the spring, summer, and fall, between March and October, from 1991 until 2019. During this interval, she lived in Naperville, Carol Stream, and Lisle, Illinois, all near Chicago. Ms. Glavanovits used a hand sprayer to apply the Roundup. She followed the instructions and safety and precautionary warnings on the labels of the Roundup containers she purchased, and used the personal protective equipment recommended on those labels. She discontinued using Roundup only when she was diagnosed with her non-Hodgkin lymphoma.

With a total of 29 years of exposure through spraying once weekly for seven months, from March until October, each year at her residence, for a total of approximately 812 Roundup exposures, it is therefore my opinion that Ms. Glavanovits' exposure to Roundup has been extensive.

7. Etiology: risk factors for the development of non-Hodgkin lymphomas. Recognized risk factors for the development of non-Hodgkin lymphomas include aging, male gender, white ethnicity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific types of infection, previous treatment for Hodgkin lymphoma, a rather short list of drugs, occupational and environmental exposures, and a family history of malignancies of the blood or bone marrow (3, 4). Implicated occupational and environmental exposures include herbicides, organic solvents, other organic chemicals, hair dyes, and smoking (3, 4). It is worth

noting that the only individuals for whom smoking has been shown to be a risk factor for the development of follicular non-Hodgkin lymphoma are women, not males (5). Some of the recognized risk factors, such as immunosuppressive drugs, infection with human T-lymphotrophic virus type I, or occupational and environmental exposures, are true causative factors or etiologic agents. Other risk factors, such as advanced age and male gender, are associated with an increased likelihood of developing non-Hodgkin lymphoma but are not directly causative. For example, the increased risk of developing non-Hodgkin lymphoma with advancing age may, at least in some cases, reflect the acquisition and accumulation of predisposing mutations in hematopoietic stem cells or other cells in the bone marrow, or the natural decline in immune system function which accompanies aging.

8. Lymphoma caused by Roundup. I have reviewed all of the reliance materials provided to me by attorneys who have retained me in Roundup litigation or independently identified by me regarding the reported association between Roundup exposure and the development of non-Hodgkin lymphoma. I am deferring a detailed discussion of general causation regarding the association between Roundup and non-Hodgkin lymphoma to Plaintiffs' present or past general causation experts. I will highlight only those aspects which would be of interest to clinicians, especially medical oncologists and hematologists, caring for patients with non-Hodgkin lymphoma.

The carcinogenicity of glyphosate, the active herbicidal ingredient in Roundup, has been comprehensively evaluated by the International Agency for Research on Cancer (IARC) (6, 7). In 2015, IARC, which is a division of the World Health Organization, noted that "Glyphosate is a broad-spectrum herbicide, currently with the highest production volumes of all herbicides. It is used in more than 750 different products for agriculture, forestry, urban, and home applications. Its use has increased sharply with the development of genetically modified glyphosate-resistant crop varieties. Glyphosate has been detected in air during spraying, in water, and in food...Glyphosate has been detected in the blood and urine of agricultural workers, indicating absorption." At that time, IARC classified glyphosate as "probably carcinogenic to humans"--a Group 2A carcinogen, according to the IARC classification. The Group 2A classification of glyphosate as a human carcinogen reflects "limited evidence" for carcinogenicity in humans, based on a positive association with non-Hodgkin lymphoma, plus "sufficient evidence" of carcinogenicity in animals and identification of genotoxicity and oxidative stress as the carcinogenic mechanisms of glyphosate. "Limited evidence" and "sufficient evidence" are part of the terminology used by IARC to summarize and communicate the results of its weight-of-the-evidence analyses of known or suspected carcinogens.

In 2019, Zhang *et al*. published an independent analysis of the risk of developing non-Hodgkin lymphoma in individuals exposed to glyphosate-based herbicides (8). The analysis included a meta-analysis of the available human epidemiologic data as well as an evaluation of available animal and mechanistic studies. The meta-analysis demonstrated a statistically significant 41% to 45% increase (compared to relevant control subjects) in the risk of developing non-Hodgkin lymphoma for individuals with high cumulative exposures to glyphosate-based herbicides. The magnitude of this increase is closely comparable to that reported for the development of non-Hodgkin lymphoma in individuals with high serum levels of polychlorinated

biphenyls (PCBs) (9), which are considered persistent organochlorine pollutants and collectively have been classified as an IARC Group 1 (strongest evidence) human carcinogen (10, 11). Similar to IARC,  Zhang *et al*. (8) concluded that the animal and mechanistic data provide supporting evidence for the carcinogenic potential of this group of herbicides.

Some of the studies which have investigated the association between glyphosate exposure and the development of non-Hodgkin lymphoma have also searched for more specific associations between glyphosate exposure and various histologic subtypes of non-Hodgkin lymphoma.  However, less common non-Hodgkin lymphoma subtypes may not occur with sufficient frequency to permit detection of a statistically significant association with glyphosate exposure even if such an association exists.  The three large studies which presented subtype-specific risk data have focused on diffuse large B-cell lymphoma, follicular lymphoma, and chronic lymphocytic leukemia/small lymphocytic lymphoma (12-14).  One of these studies has in fact identified a statistically significant association between glyphosate exposure and follicular lymphoma, the specific non-Hodgkin lymphoma subtype in Ms. Glavanovits' case (12).

Several epidemiologic studies have attempted to identify threshold exposure levels of Roundup which are associated with a statistically significant increased risk of developing non-Hodgkin lymphoma overall or one or more of its subtypes.  The exposure metrics evaluated included cumulative lifetime days of use, also known as cumulative exposure days (15, 16); intensity-weighted cumulative (or lifetime) exposure days (15, 16); average number of days per year of exposure (17), and total days of exposure as defined by Eriksson *et al*. (14).  In addition, the investigators of the North American Pooled Project extracted data from its component case-control studies to determine duration of glyphosate use in years, frequency of glyphosate use in number of days per year, and lifetime-days of glyphosate use as the product of frequency and duration of glyphosate use (12).

Cumulative lifetime days of use and intensity-weighted cumulative exposure days were used in the Agricultural Health Study (AHS), a large occupational cohort study of licensed professional pesticide applicators in Iowa and North Carolina (15, 16).  Participant-specific factors involved in determining the exposure intensity score included whether the participant mixed as well as applied glyphosate, the glyphosate application method used, whether the participant repaired glyphosate-related equipment, and whether the participant used personal protective equipment (15, 16); where information is available, these intensity criteria have already been addressed in the context of Ms. Glavanovits' case in the Exposure section of the present report.  The AHS did not detect an exposure-response relationship between the exposure measurements used and the risk of developing non-Hodgkin lymphoma (15, 16).  However, the study was limited by notable deficiencies in glyphosate exposure ascertainment, especially multiple sources of non-differential exposure misclassification (such as the 37% of participants who did not complete a follow-up questionnaire-based telephone interview, according to the 2018 update reported by Andreotti *et al*.), which led to "attenuated risk estimates" (16), meaning a reduction in the ability of any study to detect cause-and-defect relationships.  Nonetheless, the AHS data were incorporated into the Zhang *et al*. meta-analysis (8) and the exposure-response analyses reported by Pahwa *et al*. for the North American Pooled Project pooled case-control study (12).  The updated AHS study (16) noted that among the participants who used glyphosate,

the median lifetime days of use was 48 with an interquartile range of 20 to 166 days, and the median lifetime years of use was 8.5 with an interquartile range of 5 to 14 years, while among the participants who used glyphosate and were diagnosed with cancer during follow-up, the median lifetime days of use was 38.75 with an interquartile range of 13.75 to 108.5 days, and the median lifetime years of use was 8.0 with an interquartile range of 3.5 to 13.0 years.

Reported exposure thresholds for a statistically significant increased risk of non-Hodgkin lymphoma overall include an average of more than two versus two or fewer days per year of exposure in a population-based Canadian case-control study which focused on individuals reporting at least ten hours per year of exposure to any pesticide or combination of pesticides (17), and more than ten versus ten or fewer days of exposure in a population-based Swedish case-control study of individuals with at least eight hours of glyphosate exposure (14). The North American Pooled Project recognized more than two versus two or fewer days per year of exposure as the threshold for statistically significant increased risks of non-Hodgkin lymphoma overall and diffuse large B-cell lymphoma, with a borderline-statistically significant increased risk for follicular lymphoma, and more than 3.5 versus 3.5 or fewer lifetime-days of exposure as the threshold for a borderline-statistically significant increased risk of non-Hodgkin lymphoma overall (12).

The North American Pooled Project also demonstrated statistically significant "dose-response" relationships between glyphosate exposure duration and the risks of developing non-Hodgkin lymphoma overall and diffuse large B-cell lymphoma when exposure duration was measured in increasing five-year increments, with a borderline-statistically significant increased risk for small lymphocytic lymphoma; between glyphosate exposure frequency and the risks of developing non-Hodgkin lymphoma overall and diffuse large B-cell lymphoma when exposure frequency was measured in increasing increments of five days per year, with a borderline-statistically significant increased risk for follicular lymphoma; and between cumulative glyphosate exposure and the risks of developing non-Hodgkin lymphoma overall, follicular lymphoma, and small lymphocytic lymphoma when cumulative exposure was measured in increasing increments of ten lifetime-days, with a borderline-statistically significant increased risk for diffuse large B-cell lymphoma (12). Such dose-response or exposure-response relationships constitute additional evidence for a causal relationship between glyphosate exposure and the development of non-Hodgkin lymphoma overall or one or more of its subtypes according to the Hill causation criteria (1).

It must be emphasized that Ms. Glavanovits' lifetime glyphosate exposure, estimated at over 800 exposures during a period of 29 years, exceeded the cumulative exposure medians and even the ranges reported by the AHS in its updated publication (16), and greatly exceeded the frequency, duration, and cumulative glyphosate exposure thresholds for an increased risk of developing non-Hodgkin lymphoma in the individual case-control studies cited above (14, 17) and the pooled case-control study of the North American Pooled Project (12).

9. Differential etiology: other risk factors. It has often been said that most cases of non-Hodgkin lymphoma are idiopathic--that is, the cause is unknown (3). However, diseases don't just happen. Every disease has one or more causes, even if not yet discovered by scientific

research. This applies to the causes of disease in individuals as well as populations. Regarding causation, "idiopathic" means "not yet known" or "not known in this case," not "there is no cause."

Ms. Glavanovits is, of course, a female, and she was only 53 years old at the time of diagnosis of her non-Hodgkin lymphoma. Her medical records indicate white ethnicity. Other than Roundup exposure and possibly hypogammaglobulinemia, no potential risk factors for the development of follicular lymphoma, such as other predisposing medical conditions (including established immunodeficiency states, autoimmune disorders, and specific infections); family history of malignancies of the blood, bone marrow, or lymphatic system; smoking, or other candidate carcinogenic exposures, are identified in Ms. Glavanovits' medical records or other available documentation.

Ms. Glavanovits' sister developed Hodgkin lymphoma at age 18, with an ongoing remission after treatment, and breast cancer at age 54, the latter without having received chest wall irradiation for the Hodgkin lymphoma. On December 26, 2019, Ms. Glavanovits reported that her sister was undergoing a bilateral mastectomy for breast cancer, and on August 19, 2020, Ms. Glavanovits confirmed that her sister had recently undergone a mastectomy. On November 4, 2020, additional family history included lung cancer at approximately age 84 in Ms. Glavanovits' paternal grandfather, a smoker, although this is described instead as mesothelioma in the Plaintiff Fact Sheet; breast cancer at age 55 or 65 in Ms. Glavanovits' maternal grandmother; prostate cancer at age 69 in a maternal uncle; breast cancer at age 35 in a maternal cousin; and breast cancer at age 50 in an additional relative. Other than Hodgkin lymphoma in Ms. Glavanovits' sister, the family history is negative for hematologic malignancies.

A family history of any hematologic malignancy, non-Hodgkin lymphoma, multiple myeloma, or Hodgkin lymphoma in a first-degree relative is associated with an increased risk of developing non-Hodgkin lymphoma overall, and a family history of any hematologic malignancy, non-Hodgkin lymphoma, or multiple myeloma in a first-degree relative is associated with an increased risk of developing follicular lymphoma (18). However, the occurrence of Hodgkin lymphoma in a first-degree relative, female or male, does not appear to be a risk factor for the development of follicular lymphoma (5, 18).

Ms. Glavanovits has been employed in retail sales for a window manufacturer since 2008 and has been self-employed as a Realtor for 15 years. There have been no occupational carcinogenic exposures. Ms. Glavanovits has never smoked.

The term hypogammaglobulinemia refers to decreased serum levels of one or more of the immunoglobulins, or antibodies, known as IgG, IgA, and IgM. As previously noted, hypogammaglobulinemia was documented on September 23 and October 15, 2020. On both occasions, the serum IgA was mildly decreased and the serum IgM low-normal or mildly decreased, while the serum IgG was normal. During this interval, Ms. Glavanovits was continuing to receive maintenance obinutuzumab immunotherapy after completion of six cycles of chemoimmunotherapy with the combination of bendamustine and obinutuzumab as initial treatment for her lymphoma. Hypogammaglobulinemia may be congenital (common variable

immunodeficiency) or acquired, and it may be a contributing factor for the development of B-cell non-Hodgkin lymphomas (3, 33) or an immunologic consequence of lymphoma or its treatment. Therefore, the status of Ms. Glavanovits' hypogammaglobulinemia as a potential risk factor for the development of her non-Hodgkin lymphoma must be regarded as uncertain.

The absolute CD4 count measures the concentration in the blood of helper T-lymphocytes, which bear the CD4 antigen on their surface. The CD4-positive helper T-lymphocytes are the central component of the T-cell portion of the immune system, which is responsible for cell-mediated immunity, as opposed to the B-lymphocyte arm of the immune system, which confers humoral immunity by producing immunoglobulins. Non-Hodgkin lymphomas arise from either B-lymphocytes or, much less commonly, from T-lymphocytes. Depletion of T-lymphocytes is a hallmark of human immunodeficiency virus (HIV) infection, which is associated with an increased risk of developing mature B-cell non-Hodgkin lymphomas (3, 19). It was previously noted that Ms. Glavanovits' absolute CD4 count was low at 212 (normal range 359 to 1519) on September 23, 2020, while she was receiving maintenance obinutuzumab immunotherapy, but had returned to normal by June 10, 2021, some eight months after her final dose of obinutuzumab, and remained normal on September 9, 2021. As previously discussed, follicular lymphoma, which is the diagnosis in Ms. Glavanovits' case, is indeed a B-cell lymphoma. However, diffuse large B-cell lymphoma is the most common non-Hodgkin lymphoma subtype in HIV-infected individuals (19, 20), with follicular lymphomas comprising only 1% of HIV-related non-Hodgkin lymphomas (20). There is also evidence that the risk of developing follicular lymphoma is actually not significantly increased in HIV-infected individuals (21). It should be noted that Ms. Glavanovits' available medical records provide no documentation of serologic testing for HIV infection, nor would it have been required based on these epidemiologic data. Finally, chemoimmunotherapy for non-Hodgkin lymphoma may reduce the absolute CD4 count just as it may lower the numbers of circulating white blood cells, neutrophils, and B-lymphocytes. For all of these reasons, it is extremely unlikely that the low absolute CD4 count on September 23, 2020 reflected a risk factor for Ms. Glavanovits' development of follicular lymphoma.

Given the current prevalence of obesity, the present discussion of differential etiology would be incomplete without examining obesity as a risk factor for the development of non-Hodgkin lymphoma. The published information on this subject incorporates varying definitions of obesity and tends to focus on diffuse large B-cell lymphoma, perhaps because it is the most common subtype of non-Hodgkin lymphoma. Obesity may indeed be a risk factor for the development of diffuse large B-cell lymphoma, with obesity defined as a body mass index (BMI) of at least 30 kg/sq m (22). Alternatively, a large multicenter analysis in the U.S. of risk factors for the development of non-Hodgkin lymphoma and its subtypes identified 35 kg/sq m as the threshold for an association with the development of diffuse large B-cell lymphoma (23). IARC, which uses the term "excess body fatness" to encompass overweight and obesity, has concluded that there is limited evidence for an association with the development of diffuse large B-cell lymphoma (24). The caveat here is that the International Lymphoma Epidemiology Consortium (InterLymph) analysis of risk factors for the development of non-Hodgkin lymphoma and its subtypes found that a BMI of at least 25 kg/sq m as a young adult (ages 18 to 30), rather than "usual BMI," which would include BMI at the time the lymphoma was diagnosed, was a

statistically significant risk factor for the development of diffuse large B-cell lymphoma and non-Hodgkin lymphomas overall (18, 25). For diffuse large B-cell lymphoma, both a young adult BMI and a usual BMI of at least 25 kg/sq m were statistically significant risk factors (18, 25, 26). However, young adult BMI of at least 25 but not usual adult BMI is a risk factor for the development of follicular lymphoma, at least in women (5, 18, 23). In any event, the available medical records indicate that Ms. Glavanovits' BMI has exceeded 30.0 kg/sq m on only three occasions, which were 30.11 kg/sq m on August 9, 2019, during her initial evaluation by Dr. Labotka; 30.30 kg/sq m on May 6, 2020, at approximately the time maintenance obinutuzumab immunotherapy was initiated; and 30.71 kg/sq m on July 2, 2020, while continuing to receive maintenance obinutuzumab immunotherapy. On all other occasions for which BMI data are available, spanning the interval from August 9, 2019 until June 10, 2021, Ms. Glavanovits' BMI ranged between 27.83 and 29.82 kg/sq m. BMI determinations from when Ms. Glavanovits was a young adult have not been available.

Finally, it was previously noted that a partial deletion of the short arm of chromosome 17, usually associated with the loss of the *TP53* gene, was identified in two of 21 metaphases (metaphase is a stage of cell division visualized microscopically in actively dividing cells) on cytogenetic analysis of Ms. Glavanovits' staging bone marrow aspirate obtained on September 6, 2019. Discovered in the late 1970s, *TP53* is a tumor suppressor gene (27-29). Acting through at least three mechanisms, its principal function is to downregulate cellular proliferation (27-30). Consequently, the *TP53* gene is an important determinant of cancer susceptibility, as uncontrolled, abnormally rapid cellular proliferation is a hallmark of many types of cancer (27). Many, although not all, mutations involving the *TP53* gene are associated with an increased risk of developing cancer, and it is estimated that such mutations are present in at least half of all human cancers (27-29).

Chromosomal translocations involving the short arm of chromosome 17, where the *TP53* gene resides, are not considered characteristic of non-Hodgkin lymphoma (3, 30). In fact, the list of cancers associated with the Li-Fraumeni hereditary cancer risk syndrome, which results from inherited (as opposed to acquired) *TP53* gene mutations, does not include non-Hodgkin lymphoma (27). However, sporadic cases of *TP53* gene mutations (those not associated with the Li-Fraumeni syndrome) have been reported in up to 42.9% of various histologic subtypes of non-Hodgkin lymphoma (30). Estimates of the prevalence of *TP53* gene mutations in patients with follicular lymphoma include 6% in a British series devoted to follicular lymphoma (31) and 11.5% according to the IARC-originated database of the prevalence of *TP53* gene mutations in a variety of lymphoid and other malignancies (30). Early reports that *TP53* gene mutations in follicular lymphoma are present only infrequently at the time of diagnosis and usually occur later, in association with histologic transformation to diffuse large B-cell lymphoma (29), were not supported by data from the British series (31).

An association between glyphosate exposure and *TP53* gene mutations has not been reported. In other words, the genotoxicity of glyphosate has not been found to involve the induction of mutations in the *TP53* gene. Thus, it appears highly unlikely that the identification of a partial deletion of the short arm of chromosome 17 in a small minority of Ms. Glavanovits' bone marrow cells, with her bone marrow itself showing no evidence of involvement by

lymphoma, is causally related to her development of follicular lymphoma (which to date has not transformed to diffuse large B-cell lymphoma).

However, it should be noted that mutations in the *TP53* gene are prognostically unfavorable in patients with non-Hodgkin lymphomas, correlating with reduced progression-free and overall survival in non-Hodgkin lymphomas overall (32), reduced overall survival in diffuse large B-cell lymphoma (30, 32) and mantle cell lymphoma (32), and reduced progression-free and overall survival in follicular lymphoma (31). The adverse prognostic findings in the British follicular lymphoma series (31) may well apply directly to Ms. Glavanovits' case.

10. <u>Conclusion.</u> Ms. Glavanovits is now 56 years old. She was 53 years old when a diagnosis of grade 3a follicular non-Hodgkin lymphoma, a low-grade B-cell non-Hodgkin lymphoma, was established by a CT-guided core biopsy of a retroperitoneal mass on August 23, 2019,. The biopsy was performed as part of an evaluation for a palpable left-sided abdominal mass and CT scan evidence of posterior mediastinal, mesenteric, and left-sided retroperitoneal lymphadenopathy. More precisely, the biopsy revealed a predominantly grade 1-2 follicular lymphoma with areas of focal grade 3a involvement.

The stage of Ms. Glavanovits' lymphoma is stage III by virtue of generalized lymphadenopathy demonstrated by a physical examination on August 9, 2019, an ultrasound examination of the spleen on August 11, 2019, a CT scan of the abdomen and pelvis on August 16, 2019, and a PET-CT scan on August 27, 2019. The PET-CT scan revealed hypermetabolic left supraclavicular, mediastinal, bilateral retrocrural, retroperitoneal, and mesenteric lymphadenopathy. A bone marrow examination on September 6, 2019 revealed no evidence of bone marrow involvement, which, if found, would have upstaged Ms. Glavanovits' lymphoma to stage IV. At the time of her diagnosis, Ms. Glavanovits reported experiencing night sweats, although she attributed those to menopausal hormone changes, since she was also experiencing hot flashes. There was no history of fever or weight loss. Accordingly, the substage of Ms. Glavanovits' lymphoma at the time of presentation was most likely IIIA.

Following insertion of a central venous access port on September 5, 2019, Ms. Glavanovits was treated for the lymphoma with six cycles of chemoimmunotherapy consisting of the combination of bendamustine (Bendeka, Treanda) and obinutuzumab (Gazyva) weekly for three weeks at intervals of four weeks from September 19, 2019 until February 14, 2020, with cycle 2 beginning on October 17, 2019, cycle 3 on November 14, 2019, cycle 5 on January 9, 2020, and cycle 6 on February 13, 2020. Documentation of the date cycle 4 began has been unavailable, but based on the usual interval between treatments of four weeks may reasonably be assumed to have begun on December 12, 2019. The sixth cycle of chemoimmunotherapy was delayed for one week because of neutropenia.

Bendamustine is a chemotherapeutic agent, while obinutuzumab is a monoclonal antibody active in B-cell lymphoma. It does not appear that filgrastim (Neupogen) or pegfilgrastim (Neulasta) was administered with this treatment, as is common with chemotherapy for lymphoma, to reduce the risk of infectious complications of chemotherapy-induced leukopenia and neutropenia.

By October 16, 2019, the presenting abnormality of a left upper quadrant abdominal mass was no longer evident on physical examination.

On December 14, 2019, a restaging PET-CT scan revealed interval marked regression since the previous PET-CT scan on August 27, 2019 of the original generalized lymphadenopathy in all sites and resolution of the associated hypermetabolic activity. Despite the residual lymphadenopathy evident on this PET-CT scan, it was concluded on January 8, 2020 that Ms. Glavanovits had achieved a complete response to the chemoimmunotherapy for her lymphoma.

Follow-up studies consisting of a chest x-ray on March 5, 2020, an MRI scan of the brain on March 7, 2020, and a PET-CT scan on March 26, 2020 all reportedly revealed no evidence of malignancy.

In an effort to prevent or delay recurrence of Ms. Glavanovits' follicular lymphoma after the achievement of a partial or complete response to chemoimmunotherapy with the combination of bendamustine and obinutuzumab, a recommendation was made on March 5, 2020 for her to receive maintenance obinutuzumab infusions at intervals of two months for two years. However, the initiation of maintenance obinutuzumab therapy was delayed because of the Covid-19 pandemic. Ms. Glavanovits eventually received a total of three doses of maintenance obinutuzumab therapy in early May 2020 and on July 2 and October 15, 2020. The third planned dose of maintenance obinutuzumab therapy was delayed because of residual Covid-19 symptoms after an episode of Covid-19 diagnosed on August 2, 2020. On December 10, 2020, maintenance obinutuzumab therapy was formally discontinued because its benefit is greater in patients who had partial rather than complete responses to initial treatment for their lymphoma, the risk of infection is increased, and the likelihood of a protective response to a future Covid-19 vaccine would be reduced.

Most recently, a CT scan of the chest on February 19, 2021, some four months after Ms. Glavanovits' third and final dose of maintenance obinutuzumab therapy, was reportedly normal except for evidence of minimal bronchitis.

A bone marrow examination was not repeated after the original staging examination on September 6, 2019.

The LDH blood test, a marker of tumor burden or disease activity in many hematologic malignancies, was moderately elevated at the time of Ms. Glavanovits' presentation. After the initiation of chemoimmunotherapy with the combination of bendamustine and obinutuzumab on September 19, 2019, the LDH normalized by September 29, 2019 and remained normal on December 17, 2019. However, the LDH increased above the normal range by May 6, 2020 with subsequent fluctuations during and after the administration of maintenance obinutuzumab therapy between early May and October 15, 2020. The LDH remained mildly elevated on the two most recent determinations available, on September 9 and December 9, 2021, respectively. Thus, sustained normalization of the LDH did not occur.

First-line chemoimmunotherapy with the combination of bendamustine and a monoclonal antibody directed against the CD20 antigen on the surface of B-lymphocytes, such as obinutuzumab, followed by maintenance immunotherapy with a single-agent CD20-directed monoclonal antibody, constitutes a standard therapeutic approach for patients with non-Hodgkin lymphomas such as follicular lymphoma.  This treatment approach and the supportive care and close clinical, laboratory, and radiographic monitoring which Ms. Glavanovits has been undergoing have been appropriate, entirely justified, and medically necessary.  Continuation of follow-up for Ms. Glavanovits' follicular lymphoma was recommended on December 9, 2021, the date of the most recent progress note available for Ms. Glavanovits.

Ms. Glavanovits has experienced a number of complications of her lymphoma and its treatment.  Within eight days after the initiation of her lymphoma treatment, Ms. Glavanovits developed an apparent hypersensitivity (allergic) rash caused by allopurinol, a medication administered orally to prevent or treat the dangerous accumulation of uric acid and the associated tumor lysis syndrome in certain patients with non-Hodgkin lymphoma characterized by an extensive tumor burden, such as Ms. Glavanovits, or leukemia.  Hospitalization was required for further evaluation and management of the rash, and attribution of Ms. Glavanovits' rash to allopurinol necessitated discontinuation of allopurinol administration and forfeiture of its important potential benefits.

Additional serious complications during chemoimmunotherapy with the combination of bendamustine and obinutuzumab and subsequent maintenance obinutuzumab immunotherapy included recurrent chemotherapy-induced nausea and vomiting; recurrent episodes of fever, chills, and/or neutropenia; recurrent musculoskeletal pain and headaches on a cyclical basis with treatment; a painful episode of coccygeal and left inguinal zoster diagnosed on December 4, 2019; and mild macrocytic anemia due to intravascular hemolysis (anemia with a large red blood cells due to excessive destruction of red blood cells in the circulation) diagnosed on September 23, 2020.

According to the available medical records, Ms. Glavanovits has undergone three invasive procedures as required for the diagnosis and treatment of her lymphoma.  As discussed above, these were a CT-guided core biopsy of a retroperitoneal mass on August 23, 2019, insertion of a central venous access port on September 5, 2019, and a bone marrow examination on September 6, 2019.

Lifelong psychological consequences of the diagnosis and treatment of cancer, and of the complications of the cancer and its treatment, are near-universal experiences in patients who have been treated for cancer.  Ms. Glavanovits has, in fact, experienced anxiety and an adjustment disorder, due at least in part to her lymphoma and its treatment, complications, and prognosis.  The psychological symptoms have been a consistent feature of her clinical course since her lymphoma was diagnosed.

For at least three reasons, the current status of Ms. Glavanovits' lymphoma is far from clear.  First, residual lymphadenopathy was evident on the first restaging PET-CT scan on December 14, 2019, although with resolution of the associated hypermetabolic radionuclide

uptake.  Thus, the remission of Ms. Glavanovits' follicular lymphoma produced by chemoimmunotherapy with the combination of bendamustine and obinutuzumab, which was initiated on September 19, 2019, may well have been partial rather than complete.  Although the subsequent imaging studies on March 5, March 7, and March 26, 2020 and February 19, 2021 were all reported to be negative, the actual reports from all of these follow-up imaging studies have been unavailable.  Second, the observed persistent mild elevation of the LDH remains unexplained and may reflect persistent lymphoma.  Third, there has been no repetition of the bone marrow examination after the original staging examination on September 6, 2019.

The current prognosis for Ms. Glavanovits' lymphoma is also uncertain, as 18 months have elapsed since her most recent imaging study (the CT scan of the chest on February 19, 2021) and nearly two and one-half years since her most recent PET-CT scan on March 26, 2020, whereas only three years have elapsed since the diagnosis in August 2019 and initiation of treatment in September 2019 for Ms. Glavanovits' lymphoma and less than two years since her third and final dose of maintenance obinutuzumab immunotherapy on October 15, 2020.

All of these uncertainties regarding the current status and prognosis for Ms. Glavanovits' lymphoma are important, given the previously discussed relapsing nature of follicular lymphoma. Therefore, it must be regarded as unknown what the longer-term outcome of Ms. Glavanovits' lymphoma will be with respect to recurrence or progression of the disease, response to future treatment, and survival.

Ms. Glavanovits has reported a total of 29 years of exposure to Roundup through spraying once weekly for seven months, from March until October, each year at her residence, for a total of approximately 812 Roundup exposures.  It is therefore my opinion that Ms. Glavanovits' exposure to Roundup has been extensive.  Roundup has been implicated in the causation of non-Hodgkin lymphoma on the basis of human epidemiologic data and animal and mechanistic studies.  Ms. Glavanovits' Roundup exposure was well above the threshold levels reported in the literature to be associated with an increased risk of developing non-Hodgkin lymphoma.

It is my conclusion that, to a reasonable degree of scientific and medical certainty, exposure to Roundup caused or contributed to cause Ms. Glavanovits' non-Hodgkin lymphoma.

All of these opinions are expressed to a reasonable degree of scientific and medical certainty.  Please note that I reserve the right to amend the opinions contained in this report and to offer additional opinions should new information become available to me about Ms. Glavanovits' case.

Thank you for allowing me the opportunity to review this interesting case.  Please let me know if I may be of further assistance.

Sincerely,

*Ron D. Schiff*

Ron D. Schiff, M.D., Ph.D.


REFERENCES:

1. Hill, A.B., 1965.  The environment and disease: association or causation?  Proc Royal Soc Med 58:295-300.

2. Swerdlow, S.H., E. Campo, N.L. Harris, *et al.*, 2017.  *WHO Classification of Tumours of Hematopoietic and Lymphoid Tissues*.  International Agency for Research on Cancer, Lyon, France.

3. Bierman, P.J. and J.O. Armitage, 2020.  Non-Hodgkin lymphomas.  In Goldman, L. and A.I. Schafer, 2020.  *Goldman-Cecil Medicine*, 26th edition.  Elsevier Saunders, Philadelphia, pp 1229-40.

4. Evens, A.M., J. N. Winter, L.I. Gordon, *et al.*, 2010.  Non-Hodgkin lymphoma.  In Pazdur, R., L.D. Wagman, K.A. Camphausen, and W.J. Hoskins, 2010.  *Cancer Management*: *A Multidisciplinary Approach*, 13th edition.  UBM Medica, London, pp 739-94.

5. Linet, M.S., C.M. Vajdic, L.M. Morton, *et al.*, 2014.  Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: The InterLymph non-Hodgkin lymphoma subtypes project.  J Natl Cancer Inst Monogr 48:26-40.

6. Guyton, K.Z., D. Loomis, Y. Grosse, *et al*., 2015.  Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate.  Lancet Oncology 16:490-1.

7. International Agency for Research on Cancer, 2015.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 112*.  *Some organophosphate insecticides and herbicides*, *tetrachlorvinphos*, *parathion*, *malathion*, *diazinon and glyphosate*.  IARC Working Group, Lyon, France.

8. Zhang, L., I. Rana, R.M. Shaffer, *et al*., 2019.  Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence.  Mutat Res/Rev Mutat Res 781:186-206.

9. Freeman, M.D. and S.S. Kohles, 2012.  Plasma levels of polychlorinated biphenyls, non-Hodgkin lymphoma, and causation.  J Environ Public Health 2012, Volume 2012, Article ID 258981, 15 pages, doi:10.1155/2012/258981.

10. Lauby-Secretan, B., D. Loomis, Y. Grosse, *et al*., 2013.  Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls.  Lancet Oncology 14:287-8.

11. International Agency for Research on Cancer, 2016.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 107.  Polychlorinated biphenyls and polybrominated biphenyls*. IARC Working Group, Lyon, France.

12. Pahwa, M., L.E. Beane Freeman, J.J. Spinelli, *et al*., 2019.  Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project.  Scand J Work Environ Health doi:10.5271/sjweh.3830.

13. Leon, M.E., L.H. Schinasi, P. Lebailly, *et al*., 2019.  Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium.  Int J Epidemiol 0:1-17 (doi: 10.1093/ije/dyz017).

14. Eriksson, M., L. Hardell, M. Carlberg, and M. Akerman, 2008.  Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis.  Int J Cancer 123:1657-63.

15. De Roos, A.J., A. Blair, J.A. Rusiecki, *et al*., 2005.  Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study.  Environ Health Perspect 113:49-54.

16. Andreotti, G., S. Koutros, J.N. Hofmann, *et al*., 2018.  Glyphosate use and cancer incidence in the Agricultural Health Study.  J Natl Cancer Inst 110:509-16.

17. McDuffie, H.H., P. Pahwa, J.R. McLaughlin, *et al*., 2001.  Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health.  Cancer Epidemiol Biomarkers Prev 10:1155-63.

18. Morton, L.M., S.L. Slager, J.R. Cerhan, *et al*., 2014.  Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: The InterLymph Non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:130-44.

19. Merrick, S.T., S. Jones, and M.J. Glesby, 2020.  Systemic manifestations of HIV/AIDS.  In Goldman, L. and A.I. Schafer, 2020.  *Goldman-Cecil Medicine*, 26th edition.  Elsevier Saunders, Philadelphia, pp 2270-92.

20. Barreto, L., D. Azambuja, and J.C. de Morais, 2012.  Expression of immunohistochemical markers in patients with AIDS-related lymphoma.  Braz J Infect Dis 16:74-7.

21. Vajdic, C.M., M.T. van Leeuwen, J.J. Turner, *et al*., 2010.  No excess risk of follicular lymphoma in kidney transplant and HIV-related immunodeficiency.  Int J Cancer 127:2732-5.

22. Patel, A.V., W.R. Diver, L.R. Teras, *et al*., 2013.  Body mass index, height and risk of lymphoid neoplasms in a large United States cohort.  Leuk Lymphoma 54:1221-7.

23. Morton, L.M., S.S. Wang, W. Cozen, *et al*., 2008.  Etiologic heterogeneity among non-Hodgkin lymphoma subtypes.  Blood 112:5150-60.

24. Lauby-Secretan, B., C. Scoccianti, D. Loomis, *et al*., 2016.  Body fatness and cancer--viewpoint of the IARC Working Group.  N Engl J Med 375:794-8.

25. Morton, L.M., J.N. Sampson, J.R. Cerhan, *et al*., 2014.  Rationale and design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:1-14.

26. Cerhan, J.R., A. Kricker, O. Paltiel, *et al*., 2014.  Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: The InterLymph Non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:15-25.

27. Park, B.H., 2020.  Cancer biology and genetics.  In Goldman, L. and A.I. Schafer, 2020.  *Goldman-Cecil Medicine*, 26th edition.  Elsevier Saunders, Philadelphia, pp 1199-1204.

28. Alberts, B., A. Johnson, J. Lewis, et al., 2002.  Cancer.  In *Molecular Biology of the Cell*, 4th edition, Garland Science, New York, pp 1313-62 (see pp 1344-5).

29. Cheung, K.-J.J., D.E. Horsman, and R.D. Gascoyne, 2009.  The significance of *TP53* in lymphoid malignancies: mutation prevalence, regulation, prognostic impact and potential as a therapeutic target.  Br J Haematol 146:257-69.

30. Xu-Monette, Z.Y., L.J. Medeiros, Y. Li, , et al., 2012.  Dysfunction of the TP53 tumor suppressor gene in lymphoid malignancies.  Blood 119:3668-83.

31. O'Shea, D., C. O'Riain, C. Taylor, et al., 2008.  The presence of *TP53* mutation at diagnosis of follicular lymphoma identifies a high-risk group of patients with shortened time to disease progression and poorer overall survival.  Blood 112:3126-9.

32. Xu, P., X. Liu, J. Ouyang, and B. Chen, 2017.  TP53 mutation predicts a poor prognosis of non-Hodgkin lymphomas: Evidence from a meta-analysis.  PloS ONE 12(4):e0174809.  https://doi.org/10.1371/journal.pone.0174809.

33. Cunningham-Rundles, C., 2020.  Primary immunodeficiency diseases.  In Goldman, L. and A.I. Schafer, 2020.  *Goldman-Cecil Medicine*, 26th edition.  Elsevier Saunders, Philadelphia, pp 1638-49.