# EXHIBIT J

```
 1            IN THE CIRCUIT COURT OF ST. LOUIS COUNTY

 2                       STATE OF MISSOURI

 3

 4
      CHRISTINE MOORE, et al.,
 5
                 Plaintiffs,
 6    vs.                                         CASE NO:
                                                  18SL-CC01214
 7
      MONSANTO COMPANY, et al.,
 8
                 Defendants.
 9

10                       * * * * * * *

11

12

13

14

15            The remote video deposition of

16              RON D. SCHIFF, M.D., Ph.D.,

17           taken via Zoom videoconference

18              on the 7th day of December, 2022,

19              commencing at approximately

20              10:00 a.m. EST.

21

22

23
```

```
 1                    A P P E A R A N C E S

 2       FOR THE PLAINTIFF:

 3                 THE MILLER FIRM, LLC
                   108 Railroad Avenue
 4                 Orange, Virginia  22960
                   BY:  Shayne Hodge, Esquire
 5                      Shodge@millerfirmllc.com

 6       FOR THE DEFENDANT, MONSANTO:

 7                 SHOOK HARDY & BACON
                   2555 Grand Boulevard
 8                 Kansas City, Missouri  64108
                   BY:  Mitchell F. Engel, Esquire
 9                      mengel@shb.com

10
         FOR THE DEFENDANTS, OSBORNE AND BARR:
11
                   ARMSTRONG TEASDALE, LLP
12                 7700 Forsyth Blvd., Suite 1800
                   St. Louis, Missouri  63105
13                 BY:  Scott Jansen, Esquire
                        Sjansen@armstrongteasdale.com
14


15
         VIDEOGRAPHER:
16
                   Ryan Sohmer
17


18


19


20


21


22                  JILLIAN DOCTOR, RPR, CRR
                   COURT REPORTER
23


24


25
```

```
 1    surfactant from one to the other, that did not
 2    concern me.
 3    Q        Okay.  So it is your opinion that
 4    Glyphosate is the risk factor and not Roundup
 5    specifically?
 6    MR. HODGE:
 7              Objection, misrepresents testimony.
 8    A        My feeling about that is as follows:
 9    Glyphosate is what was looked at and was the
10    common denominator in the studies that were
11    addressed by IARC and by the various pooled and
12    meta-analyses.  There is also a body of
13    toxicology literature indicating that lymphoma
14    risk and other toxicities are exacerbated by the
15    various co-formulants, which, you know, do
16    include surfactant.  But that was not part of
17    IARC's opinion about this and nor was it a factor
18    that was dissected out of the various
19    epidemiology studies.
20    Q        Okay.  So you agree that dose is
21    important to whether you have had sufficient
22    exposure for a risk factor to be included on the
23    list; correct?
24    A        Yes.
25    Q        Okay.  How much --
```

| | |
|---|---|
| 1 | A     Excuse me.  I do want to clarify that. |
| 2 | The IARC opinion and conclusion with the Group 1A |
| 3 | probable carcinogen did not include a specific |
| 4 | exposure cutoff.  They did not cite a threshold. |
| 5 | You can take that from the literature.  And there |
| 6 | has been a fair amount of discussion about that |
| 7 | recently.  But that was a self-imposed |
| 8 | restriction on the part of IARC. |
| 9 | Q     Okay.  I just want to clarify |
| 10 | something.  You said that IARC classified |
| 11 | Glyphosate as 1A.  That was a misstatement; |
| 12 | correct? |
| 13 | A     I'm sorry.  I'm sorry.  1B.  I'm sorry. |
| 14 | Yes, it's a complete misstatement.  It's a 2A. |
| 15 | Q     Okay.  Very good.  Just -- so outside |
| 16 | of IARC, there are -- so, scratch that. |
| 17 | So you said that dose is important to |
| 18 | determine whether something is a risk factor; |
| 19 | correct?  You have to have sufficient exposure? |
| 20 | A     Yes.  If you want to analyze the |
| 21 | epidemiologic studies individually or as a group |
| 22 | is important.  IARC did not make that distinction |
| 23 | in its classification of Glyphosate as a probable |
| 24 | human carcinogen. |
| 25 | Q     Okay.  And I just want to know what is |

```
 1                    C E R T I F I C A T E

 2

 3              I do hereby certify that the above and

 4      foregoing transcript of proceedings in the matter

 5      aforementioned was taken down by me in machine

 6      shorthand, and the questions and answers thereto

 7      were reduced to writing under my personal

 8      supervision, and that the foregoing represents a

 9      true and correct transcript of the proceedings

10      given by said witness upon said hearing.

11                   I further certify that I am neither of

12      counsel nor of kin to the parties to the action,

13      nor am I in anywise interested in the result of

14      said cause.

15

16

17

18                              _____
                                JILLIAN DOCTOR, RPR,
19                              CERTIFIED REALTIME REPORTER

20

21

22

23

24

25
```