# EXHIBIT L

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) | MDL No. 2741 |
| LIABILITY LITIGATION ) | Case No. 16-MD-2741-VC |
| ) | |
| ) | |
| **This document relates to:** ) | |
| ) | |
| *Michele Glavanovits v. Monsanto, Co.,* ) | |
| Case No. 3:20-cv-01016-VC ) | |

**PLAINTIFF MICHELE GLAVANOVITS RULE 26(a)(2) EXPERT DISCLOSURE AND REPORT OF WITNESS RON D. SCHIFF, M.D., PH.D.**

NOW COMES the Plaintiff, MICHELE GLAVANOVITS, by and through her attorneys,

SYREGELAS & KASMARICK, LLC, and provides her Rule 26(a)(2) Disclosures as follows:

**Witness:** Ron D. Schiff, M.D., Ph.D.
Schiff Biomedical Consulting
6625 Stonington Drive
Tampa, Florida 33647

**(i)     Complete Statement of all opinions the witness will express and the basis and reasons for them:**

See attached Expert Report.

**(ii)    Facts or data considered by the witness in forming them:**

1) Records from DuPage Medical Group – Internal Medicine (08/09/2019 – 01/12/2022);
2) Records from DuPage Medical Group – Oncology (08/21/2019 – 05/06/2020);
3) Records from Northwestern Medicine – Pathology (09/13/2019);
4) Records from Northwestern Medicine – Hematology/Oncology (05/2020 – 12/09/2021);
5) Plaintiff Michele Glavanovits Complaint at Law;
6) Plaintiff Michele Glavanovits Fact Sheet; and
7) Plaintiff Michele Glavanovits Deficiency Response.

**(iii)   Exhibits that will be used to summarize or support them:**

1) Records from DuPage Medical Group – Internal Medicine (08/09/2019 – 01/12/2022);
2) Records from DuPage Medical Group – Oncology (08/21/2019 – 05/06/2020);

3) Records from Northwestern Medicine – Pathology (09/13/2019);
4) Records from Northwestern Medicine – Hematology/Oncology (05/2020 – 12/09/2021);
5) Plaintiff Michele Glavanovits Complaint at Law;
6) Plaintiff Michele Glavanovits Fact Sheet;
7) Plaintiff Michele Glavanovits Deficiency Response;
8) Hill, A.B., 1965. The environment and disease: association or causation? Proc Royal Soc Med 58:295-300;
9) Swerdlow, S.H., E. Campo, N.L. Harris, *et al.*, 2017. *WHO Classification of Tumors of Hematopoietic and Lymphoid Tissues*. International Agency for Research on Cancer, Lyon, France;
10) Bierman, P.J. and J.O. Armitage, 2020. Non-Hodgkin lymphoma. In Goldman, L. and A.I. Schafer, 2020. *Goldman-Cecil Medicine*, 26th edition. Elsevier Saunders, Philadelphia, pp 1229-40;
11) Evens, A.M., J.N. Winter, L.I. Gordon, *et al.*, 2010. Non-Hodgkin lymphoma. In Pazdur, R., L.D. Wagman, K.A. Camphausen, and W.J. Hoskins, 2010. *Cancer Management: A Multidisciplinary Approach*, 13th edition. UBM Medica, London, pp 739-94;
12) Linet, M.S., C.M. Vajdic, L.M. Morton, *et al.*, 2014. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: The InterLymph non-Hodgkin lymphoma subtypes project. J Natl Cancer Inst Monogr 48:26-40;
13) Guyton, K.Z., D. Loomis, Y. Grosse, *et al.*, 2015. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncology 16:490-1;
14) International Agency for Research on Cancer, 2015. *IARC Monogr Eval Carcinog Risk Chem Hum Volume 112. Some organophosphate insecticides and herbicides, tetrachlorvinphos, parathion, malathion, diazinon and glyphosate*. IARC Working Group, Lyon, France;
15) Zhang, L., I. Rana, R.M. Shaffer, *et al.*, 2019. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res/Rev Mutat Res 781:186-206;
16) Freeman, M.D. and S.S. Kohles, 2012. Plasma levels of polychlorinated biphenyls, non-Hodgkin lymphoma, and causation. J Environ Public Health 2012, Volume 2012, Article ID 258981, 15 pages, doi:10.1155/2012/258981;
17) Lauby-Secretan, B., D. Loomis, Y. Grosse, *et al.*, 2013. Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls. Lancet Oncology 14:287-8;
18) International Agency for Research on Cancer, 2016. *IARC Monogr Eval Carcinog Risk Chem Hum Volume 107. Polychlorinated biphenyls and polybrominated biphenyls.* IARC Working Group, Lyon, France;
19) Pahwa, M., L.E. Beane Freeman, J.J. Spinelli, *et al.*, 2019. Glyphosate use and associates with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health doi:10.5271/sjweh.3830;

20) Leon, M.E., L.H. Schinasi, P. Lebailly, *et al.*, 2019. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol 0:1-17 (doi:10.1093/ije/dyz017);

21) Eriksson, M., L. Hardell, M. Carlberg, and M. Akerman, 2008. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer 123:1657-63;

22) De Roos, A.J., A. Blair, J.A. Rusiecki, *et al.*, 2005. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect 113:49-54;

23) Andreotti, G., S. Koutros, J.N. Hofmann, *et al.*, 2018. Glyphosate use and cancer incidence in the Agricultural Health Study. J Natl Cancer Inst 110:509-16;

24) McDuffie, H.H., P. Pahwa, J.R. McLaughlin, *et al.*, 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 10:1155-63;

25) Morton, L.M., S.L. Slager, J.R. Cerhan, *et al.*, 2014. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:130-44;

26) Merrick, S.T., S. Jones, and M.J. Glesby, 2020. Systemic manifestations of HIV/AIDS. In Goldman, L. and A.I. Schafer, 2020. *Goldman-Cecil Medicine,* 26th edition. Elsevier Saunders, Philadelphia, pp 2270-92;

27) Barreto, L., D. Azambuja, and J.C. de Morais, 2012. Expression of immunohistochemical markers in patients with AIDS-related lymphoma. Braz J Infect Dist 16:74-7;

28) Vajdic, C.M., M.T. van Leeuwen, J.J. Turner, *et al.*, 2010. No excess risk of follicular lymphoma in kidney transplant and HIV-related immunodeficiency. Int J Cancer 127:2732-5;

29) Patel, A.V., W.R. Diver, L.R. Teras, *et al.*, 2013. Body mass index, height and risk of lymphoid neoplasms in a large United States cohort. Leuk Lymphoma 54:1221-7;

30) Morton, L.M., S.S. Wang, W. Cozen, *et al.*, 2008. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes. Blood 112:5150-60;

31) Lauby-Secretan, B., C. Scoccianti, D. Loomis, *et al.*, 2016. Body fatness and cancer—viewpoint of the IARC Working Group. N Engl J Med 375:794-8;

32) Morton, L.M., J.N. Sampson, J.R. Cerhan, *et al.*, 2014. Rationale and design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:1-14;

33) Cerhan, J.R., A. Kricker, O. Paltiel, *et al.*, 2014. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 48:15-25;

34) Park, B.H., 2020. Cancer biology and genetics. In Goldman, L. and A.I. Schafer, 2020. *Goldman-Cecil Medicine*, 26th edition. Elsevier Saunders, Philadelphia, pp 1199-1204;

35) Alberts, B., A. Johnson, J. Lewis, et al., 2002. Cancer. In *Molecular Biology of the Cell*, 4th edition, Garland Science, New York, pp 1313-62 (see pp 1344-5);

36) Cheung, K.-J.J., D.E. Horsman, and R.D. Gascoyne, 2009. The significance of *TP53* in lymphoid malignancies: mutation prevalence, regulation, prognostic impact and potential as a therapeutic target. Br J Haematol 146:257-69;

37) Xu-Monette, Z.Y., L.J. Medeiros, Y.Li, et al., 2012. Dysfunction of the TP53 tumor suppressor gene in lymphoid malignancies. Blood 119:3668-83;

38) O'Shea, D., C. O'Riain, C. Taylor, et al., 2008. The presence of *TP53* mutation at diagnosis of follicular lymphoma identifies a high-risk group of patients with shortened time to disease progression and poorer overall survival. Blood 112:3126-9;

39) Xu, P., X. Liu, J. Ouyang, and B. Chen, 2017. TP53 mutation predicts a poor prognosis of non-Hodgkin lymphomas: Evidence from a meta-analysis. PloS ONE 12(4):e0174809, https://doi.org/10.1371/journal.pone.0174809; and

40) Cunningham-Rundles, C., 2020. Primary immunodeficiency diseases. In Goldman, L. and A.I. Schafer, 2020. *Goldman-Cecil Medicine*, 26th edition. Elsevier Saunders, Philadelphia, pp 1638-49.

**(iv)   The witness' qualifications, including a list of all publications authored in the previous ten years:**

See CV attached hereto.  Answering further, Ron D. Schiff, M.D., Ph.D is a medical doctor, is board certified in internal medicine, medical oncology and hematology, and is familiar with the medicine and medical issues involved in the present case.

**(v)    A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition:**

See attaches List of Depositions and Cases.

**(vi)   A statement of the compensation to be paid for the study and testimony in the case:**

See attached Invoice and Schedule of Fees.

Plaintiff Michele Glavanovits further incorporates by reference the general causation and other expert reports served by lead counsel in connection with Waves 1 through 3 and reserves the right to call the author of any such report as an expert witness at trial.

Dated: November 1, 2022

Respectfully submitted,

*[signature]*

Kyle R. Kasmarick, Attorney No. 6296887
Syregelas & Kasmarick, LLC
19 North Green Street
Chicago, Illinois 60607
(312) 243-0900
Kyle Kasmarick (kkasmarick@syregelaslaw.com)
Counsel for Plaintiff Michele Glavanovits

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on November 1, 2022, and was provided via email to David Schiffrin, Esq. and Gregory Chernack, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (dschifrin@hollingsworthllp.com) and (gchernack@hollingsworthllp.com), and to Anthony Martinez, Esq., Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO 64108 (amartinez@shb.com).

*[signature]*

Kyle R. Kasmarick, Attorney No. 6296887
Syregelas & Kasmarick, LLC
19 North Green Street
Chicago, Illinois 60607
(312) 243-0900
Kyle Kasmarick (kkasmarick@syregelaslaw.com)
Counsel for Plaintiff Michele Glavanovits