Kristy M. Arevalo (SBN 216308)
**MCCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Facsimile: (909) 557-1275
kma@mccunewright.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Robert V. Boucher v. Monsanto Co., et al.*<br>Case No.: 3:21-cv-07475-VC | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**MOTION TO SUBSTITUTE BETTIE J. BOUCHER, ROBERT V. BOUCHER III, AND LANDUS BOUCHER IN PLACE OF ROBERT V. BOUCHER PURSUANT TO F.R.C.P. 25**<br><br>Judge Assigned: Hon. Vince Chhabria |

   Counsel for Plaintiff, Robert V. Boucher, respectfully moves this Court to substitute Bettie J. Boucher, the administrator of Robert V. Boucher's estate, pursuant to Rule 25 of the Federal Rules of Civil Procedure.

   1. On January 29, 2020, Plaintiff Robert V. Boucher filed a products liability lawsuit in the District of Colorado, Case No. 3:20-cv-01543-VC. Thereafter, the matter was transferred into the multi-district litigation in this Court on September 27, 2021.

   2. Robert V. Boucher passed away on March 25, 2023. *See* Exhibit A (Robert V. Boucher Death Certificate).

   3. Robert V. Boucher died with a fully executed will and trust agreement; his surviving spouse Bettie J. Boucher is named as a joint settlor of the estate. *See* Exhibit B (Robert Boucher Last Will and Testament); Exhibit C (Robert and Bettie Boucher Trust Agreement).

   4. Robert V. Boucher's action against Defendants survives his death and is not

1

MOTION TO SUBSTITUTE BETTIE J. BOUCHER, ROBERT V. BOUCHER III, AND LANDUS BOUCHER IN PLACE OF
ROBERT V. BOUCHER PURSUANT TO F.R.C.P. 25
Case No. 3:10-cv-05294-VC

extinguished.

5. As the administrator of Robert V. Boucher's estate, Bettie J. Boucher has the capacity to proceed forward with the surviving product liability claims pursuant to Federal Rule of Civil Procedure 25(a)(1), which states:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or the decedent's successor or representative.

*Id*.

6. Additionally, Robert V. Boucher's surviving spouse Bettie J. Boucher and children Robert V. Boucher III and Landus Boucher have the capacity to pursue individual claims for Plaintiff's passing as wrongful death beneficiaries.

7. Bettie J. Boucher, Robert V. Boucher III, and Landus Boucher have retained the attorneys at McCune Law Group to proceed with the surviving product liability claims of Robert V. Boucher.

8. Therefore, Plaintiff requests that this Court enter an Order substituting Bettie J. Boucher, Robert V. Boucher III, and Landus Boucher in place of Robert V. Boucher.  The Plaintiff caption is requested to be amended as follows: "Bettie J. Boucher, as special administrator of the Estate of Robert V. Boucher, and Bettie J. Boucher, Robert V. Boucher III, and Landus Boucher, as Wrongful Death Beneficiaries of Robert V. Boucher" in place of "Robert V. Boucher."

WHEREFORE, Counsel for Plaintiff, Robert V. Boucher, requests the Court grant Plaintiff's Motion to Substitute Bettie J. Boucher, Robert V. Boucher III, and Landus Boucher in place of Robert V. Boucher.

Date:  July 12, 2023                              MCCUNE LAW GROUP

By: ___/s/ K. Arevalo_____
Kristy M. Arevalo
*Attorney for Plaintiff*

2

MOTION TO SUBSTITUTE BETTIE J. BOUCHER, ROBERT V. BOUCHER III, AND LANDUS BOUCHER IN PLACE OF ROBERT V. BOUCHER PURSUANT TO F.R.C.P. 25
Case No. 3:10-cv-05294-VC

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kristy M. Arevalo*
Kristy M. Arevalo
McCune Law Group
3281 E. Guasti Road, Suite 100
Ontario, CA  91761
T: (909) 557-1250
E: kma@mccunewright.com