Kristy M. Arevalo (SBN 216308)
**MCCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Facsimile: (909) 557-1275
kma@mccunewright.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Robert V. Boucher v. Monsanto Co., et al.*<br>Case No.: 3:21-cv-07475-VC | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE BETTIE J. BOUCHER, ROBERT V. BOUCHER III, AND LANDUS BOUCHER IN PLACE OF ROBERT V. BOUCHER PURSUANT TO F.R.C.P. 25** |

### [PROPOSED] ORDER

1. Counsel for Plaintiff's Motion to Substitute Bettie J. Boucher, Robert V. Boucher III, and Landus Boucher in Place of Robert V. Boucher Pursuant to F.R.C.P. 25 is **GRANTED**.
2. Bettie J. Boucher, Robert V. Boucher III, and Landus Boucher are hereby substituted in place of Robert V. Boucher.
3. Accordingly, the Plaintiff caption shall be amended as follows: "Bettie J. Boucher, as special administrator of the Estate of Robert V. Boucher, and Bettie J. Boucher, Robert V. Boucher III, and Landus Boucher as Wrongful Death Beneficiaries of Robert V. Boucher."

Date: _____          _____
                                                                     Hon. VINCE CHHABRIA
                                                                     United States District Court Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE BETTIE J. BOUCHER, ROBERT V. BOUCHER III, AND LANDUS BOUCHER IN PLACE OF ROBERT V. BOUCHER PURSUANT TO F.R.C.P. 25
Case No. 3:21-cv-07475-VC