# EXHIBIT A

# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH

**STATE FILE NUMBER** 1052023010226

| DECEDENT'S LEGAL NAME | DATE OF DEATH |
|---|---|
| ROBERT VAUGHAN BOUCHER JR. | MARCH 25, 2023 |

| SEX | SOCIAL SECURITY NUMBER | AGE-Last Birthday (Years) | UNDER 1 YEAR (Months / Days) | UNDER 1 DAY (Hours / Minutes) | DATE OF BIRTH (Mo/Day/Yr) | BIRTHPLACE (State or Foreign Country) |
|---|---|---|---|---|---|---|
| MALE | 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 | 84 | | | SEPTEMBER 04, 1938 | PENNSYLVANIA |

| IF DEATH OCCURRED IN HOSPITAL | IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL |
|---|---|
| | DECEDENT'S HOME |

| Facility Name (If not institution, give street & number) | CITY, TOWN OR LOCATION OF DEATH | COUNTY OF DEATH |
|---|---|---|
| 191 TROUT SPRINGS TRAIL | DURANGO | LA PLATA |

| RESIDENCE - STREET AND NUMBER | APT. NO. | ZIP CODE | INSIDE CITY LIMITS |
|---|---|---|---|
| 191 TROUT SPRINGS TRAIL | | 81303 | NO |

| RESIDENCE STATE | COUNTY | CITY OR TOWN |
|---|---|---|
| COLORADO | LA PLATA | DURANGO |

| DECEDENT'S USUAL OCCUPATION | KIND OF BUSINESS/INDUSTRY | DECEDENT'S EDUCATION |
|---|---|---|
| CONTRACTOR/ENGINEER | COMMERCIAL CONSTRUCTION | BACHELOR'S DEGREE |

| DECEDENT OF HISPANIC ORIGIN | DECEDENT'S RACE |
|---|---|
| NO | White |

| EVER IN US ARMED FORCES | MARITAL STATUS AT TIME OF DEATH | SPOUSE/PARTNER NAME |
|---|---|---|
| YES | MARRIED | BETTIE JOY TAYLOR |

| FATHER'S NAME | MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| ROBERT VAUGHAN BOUCHER SR. | RUTH BAKER |

| INFORMANT'S NAME | INFORMANT'S RELATIONSHIP TO DECEASED |
|---|---|
| BETTIE JOY BOUCHER | SPOUSE |

| NAME OF FUNERAL HOME | CITY AND STATE OF FUNERAL HOME | WAS CORONER NOTIFIED |
|---|---|---|
| HOOD MORTUARY | DURANGO COLORADO | NO |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY, COUNTY, STATE |
|---|---|---|
| CREMATION | HOOD MORTUARY CREMATORY | DURANGO LA PLATA COLORADO |

| INJURY AT WORK | IF TRANSPORTATION RELATED, SPECIFY | DATE OF INJURY | TIME OF INJURY |
|---|---|---|---|
| | | | |

PLACE OF INJURY

LOCATION OF INJURY (Street & Number, Apt. No., City or Town, County, State, ZipCode)

DESCRIBE HOW INJURY OCCURRED

| WAS DECEDENT UNDER HOSPICE CARE | ACTUAL OR PRESUMED TIME OF DEATH | DATE PRONOUNCED DEAD (MO/DAY/YR) | TIME PRONOUNCED DEAD |
|---|---|---|---|
| YES | 06:00 AM | MARCH 25, 2023 | 06:00 AM |

| MANNER OF DEATH | WAS AN AUTOPSY PERFORMED | WERE AUTOPSY FINDINGS CONSIDERED IN DETERMINING THE CAUSE OF DEATH? |
|---|---|---|
| NATURAL | NO | |

### CAUSE OF DEATH

**PART I** Enter the chain of events-diseases, injuries, or complications-that directly caused the death.

| | | Approximate interval: Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a  NODAL MARGINAL ZONE LYMPHOMA | 5 YEARS |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) | b | |
| | c | |
| | d | |

**PART II** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I

ISCHEMIC CARDIOMYOPATHY, ATRIAL FIBRILLATION, LONG QT INTERVAL, STAGE 3A CHRONIC OBSTRUCTIVE PULMONARY DISEASE

| TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF PHYSICIAN | DATE SIGNED |
|---|---|
| ANNE ROSSIGNOL MD 1010 THREE SPRINGS BOULEVARD DURANGO CO 81303 | MARCH 28, 2023 |

| TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF CORONER | DATE SIGNED |
|---|---|
| | |

DATE FILED BY REGISTRAR
MARCH 28, 2023



**DATE ISSUED** MARCH 29, 2023

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

REV 01/19

A. ALEX QUINTANA
STATE REGISTRAR


*0114418723*



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE