**CHAPPELL, CHAPPELL & NEWMAN**
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Tel:     (803) 233-7050
Fax:     (803) 233-0570

*Attorneys for Plaintiff*
*ADA COUSAR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) ) ) ) ) |
| This document relates to: | ) ) ) |
| *Ada Cousar, et al. v. Monsanto Co.*, Case No. 3:20-cv-4212-VC | ) ) ) ) |

## DECLARATION OF GRAHAM L. NEWMAN IN SUPPORT OF THE ADMINISTRATIVE MOTION TO SEAL

I, Graham L. Newman, declare and state as follows:

1.  I am an attorney with Chappell, Chappell, & Newman, Attorneys, LLC and serve as counsel for the Plaintiff in the above-styled matter.

2.  The Plaintiff's Administrative Motion to File under Seal seeks to maintain the confidentiality of the settlement agreement between Plaintiff and Defendant.

3.  There are compelling overriding interests here that overcome the right of public access and support sealing the Petition for Approval of Wrongful Death Settlement: 1) the privacy and protection of the beneficiaries of the settlement; and 2) preserving the agreement of the parties to keep the settlement agreement confidential, which is routinely done.

4.  The sealing of the Petition for Approval of Wrongful Death Settlement and the proposed order approving the petition is the only means of protecting these overriding interests. There is no less restrictive means of protecting these overriding interests. There is no less restrictive means to protect the privacy of the beneficiaries and to preserve the parties' agreement to maintain confidentiality.

5.  All confidential settlement agreement information has been redacted pursuant to the Court's Amended Protective Order of September 6, 2017 (MDL Doc. #519).

6.  Pursuant to Plaintiff's request as the Designating Party and Fed. R. Civ. P. 5.2, Plaintiff has prepared proposed redactions of the following documents:

**Motion to Seal**
<u>**Cousar v. Monsanto Company**</u> **(3:20-cv-4212-VC)**

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 7/12/2023 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 4 of the Petition, last word in paragraph 21. | Plaintiff | Confidential Settlement Amount |
| 7/12/2023 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 4 of the Petition, dollar amounts in paragraph 22. | Plaintiff | Confidential Settlement Amount |
| 7/12/2023 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 4 of the Petition, dollar amounts in paragraph 23. | Plaintiff | Confidential Settlement Amount |
| 7/12/2023 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 4 of the Petition, dollar amounts in paragraph 24. | Plaintiff | Confidential Settlement Amount |
| 7/12/2023 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 5 of the Petition, dollar amounts in paragraph 30. | Plaintiff | Confidential Settlement Amount |
| 7/12/2023 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 2 of the Order, dollar amounts in paragraph 7 | Plaintiff | Confidential Settlement Amount |
| 7/12/2023 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 2 of the Order, dollar amounts in pagaraph 8 | Plaintiff | Confidential Settlement Amount |
| 7/12/2023 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 2 of the Order, dollar amounts in paragraph 10 | Plaintiff | Confidential Settlement Amount |

**Motion to Seal**
**Cousar v. Monsanto Company (3:20-cv-4212-VC)**

I hearby declare under the penalty of perjury that the facts set forth herein are true and correct.

Dated: July 12, 2023

/s/ Graham L. Newman
Graham L. Newman (pro hac vice)
(graham@chappell.law)
CHAPPELL, CHAPPELL & NEWMAN
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 233-7050
(803) 233-5070 (facsimile)

Attorney for Plaintiff Ada Cousar