**CHAPPELL, CHAPPELL & NEWMAN**
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Tel:   (803) 233-5070
Fax:   (803) 233-7050

*Attorneys for Plaintiff*
*ADA COUSAR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ada Cousar, et al. v. Monsanto Co.*,<br>Case No. 3:20-cv-4212-VC | MDL No. 2741 |

**PROPOSED ORDER AS TO**
**ADA COUSAR'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Before this Court is Plaintiff's Administrative Motion to File Under Seal Plaintiff's Petition for Approval of Wrongful Death and Survival Settlement. Having considered the papers and for good cause shown, the Court hereby GRANTS Plaintiff's request and ORDERS Plaintiff's Petition for Approval of Wrongful Death and Survival Settlement will remain redacted and that exhibits thereto will remain confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

IT IS SO ORDERED.

Date: _____          _____
                                            HONORABLE JUDGE CHHABRIA
                                            UNITED STATES DISTRICT COURT