# EXHIBIT A

STATE OF SOUTH CAROLINA  
COUNTY OF SUMTER

IN THE PROBATE COURT

IN THE MATTER OF  
VERNAL COUSAR  
(Decedent)

CERTIFICATE OF APPOINTMENT

CASE NUMBER: 2018ES4300436

**This is to certify that**

**ADA COUSAR**

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE  
☐ SUCCESSOR PERSONAL REPRESENTATIVE  
☐ SPECIAL ADMINISTRATOR

In the above matter and that this appointment, having been executed on the 31st day of July, 2018 is now in full force and effect.

**RESTRICTIONS:**   **NONE**

Executed this  31st  day of  July , 2018 .

DALE ATKINSON, PROBATE JUDGE

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141ES (1/2014)  
62-1-305, 62-3-103