# EXHIBIT B

**VERIFICATION OF PERSONAL REPRESENTATIVE**

I, ADA COUSAR, am the duly-appointed personal representative of the Estate of Vernal Cousar. I hereby affirm, under the penalty of perjury, that the assertions contained within this petition are true to the best of my knowledge and that I approve of the terms of this proposed settlement.

(Signature Page Attached as **Exhibit B**)

_____
Ada Cousar
Personal Representative

SWORN to before me this 27 day of
_____June_____, 20 23
_____
Notary Public for South Carolina
My Commission Expires: Dec 15, 2032

**CERTIFICATION OF ATTORNEY**

I, GRAHAM L. NEWMAN, am the attorney for Ada Cousar, as Personal Representative of the Estate of Vernal Cousar. I am of the opinion that the proposed settlement is fair and reasonable and is in the best interests of the statutory beneficiaries and the estate of the decedent.

/s/ *Graham L. Newman*_____
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
CHAPPELL, CHAPPELL & NEWMAN
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
(803) 233-7050
(803) 233-0570 (facsimile)

*Attorneys for Plaintiff*
*ADA COUSAR*

**Petition for Approval of Wrongful Death Settlement**
**Cousar v. Monsanto Company (3:20-cv-4212-VC)**