**CHAPPELL, CHAPPELL & NEWMAN**
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
2801 Devine Street, Suite 300
Columbia, South Carolina 29205
Tel:   (803) 233-7050
Fax:   (803) 233-0570

*Attorneys for Plaintiff*
*ADA COUSAR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Ada Cousar, et al. v. Monsanto Co.*, Case No. 3:20-cv-4212-VC | ) ) MDL No. 2741 ) ) ) ) ) ) ) ) ) ) ) |

**<u>ORDER APPROVING</u>**
**<u>ADA COUSAR'S PETITION FOR APPROVAL</u>**
**<u>OF SURVIVAL AND WRONGFUL DEATH SETTLEMENT</u>**

This matter is before the Court on the Petition of Ada Cousar, as personal representative of the Estate of Vernal Cousar, for the approval of a proposed wrongful death settlement. Having heard the evidence, the Court makes the following findings.

1. Petitioner is the widow and personal representative of the Estate of Vernal Cousar.
2. The Estate of Vernal Cousar is presently open in the probate court of Sumter County, South Carolina.
3. Petitioner, by and through her attorney, commenced the present action against Monsanto Company on June 2, 2020 in the United States District Court for the District of South Carolina.
4. On June 23, 2020, this action was transferred to the Northern District of California via order of the Judicial Panel on Multidistrict Litigation.
5. Petitioner has presented to the court all information pertinent to the proposed settlement required by S.C. Code Ann. § 15-51-42(B).
6. Having reviewed this information, I find the proposed settlement to be fair and reasonable and in the best interest of the statutory beneficiaries and the estate of the decedent.
7. The Court approves the disbursement of the wrongful death settlement proceeds in the following manner.


N/A

- Allocated Settlement Amount
- 8% Common Benefit Hold-back
- Litigation Expense Reimbursement
- Attorney's Fee (32%)
- Medical Liens
- Net Settlement Proceeds to Beneficiaries

8. The Court approves the disbursement of the survival proceeds in the following manner:



- Allocated Settlement Amount
- 8% Common Benefit Hold-back
- Litigation Expense Reimbursement
- Attorney's Fee (32%)

Petition for Approval of Wrongful Death Settlement
Cousar v. Monsanto Company (3:20-cv-4212-VC)

 Medical Lien (CMS)
Net Settlement Proceeds to Estate

9. The Court finds that Vernal Cousar's statutory beneficiaries are as follows: Ada Cousar (wife); Dwayne Cousar (son); Vernal Cousar Jr. (son); Carrielle McNair (daughter).

10. Pursuant to South Carolina law, the nest settlement wrongful death proceeds shall be distributed among the statutory beneficiaries as follows:

| | |
|---|---|
| Ada Cousar | (50% of Net Settlement Proceeds) |
| Dwayne Cousar | (16.66% of Net Settlement Proceeds) |
| Vernal Cousar Jr. | (16.66% of Net Settlement Proceeds) |
| Carrielle McNair | (16.66% of Net Settlement Proceeds) |



11. The net settlement survival proceeds shall be distributed pursuant to the probate laws of the State of South Carolina.

## CONCLUSION

For the reasons stated herein, the Court approves the terms of the proposed settlement.

_____
Vince Chhabria
United States District Judge
Northern District of California