Kyle R. Kasmarick, Attorney No. 6296887
Syregelas & Kasmarick, LLC
19 North Green Street
Chicago, Illinois 60607
(312) 243-0900
kkasmarick@syregelaslaw.com
Counsel for Plaintiff Michele Glavanovits

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | Hearing Date: July 27, 2023 |
| *Michele Glavanovits v. Monsanto, Co.,* Case No. 3:20-cv-01016-VC | Time: 10:00 A.M. |

**PLAINTIFF'S COUNSEL'S ADMINISTRATIVE MOTION TO MOVE HEARING TO 1:00 P.M. CIVIL MOTION CALENDAR**

Plaintiff Michele Glavanovits counsel, Syregelas & Kasmarick, LLC, hereby respectfully requests that the Court move the in-person hearing scheduled for July 27, 2023 at 10:00 A.M. on Defendant Monsanto Company's Motion for Summary Judgment and Motion to Exclude Testimony of Dr. Ron Schiff to the Court's 1:00 P.M. Civil Motion Calendar. In support thereof, Plaintiff's counsel states as follows:

1. On June 15, 2023, Defendant Monsanto Company filed a Motion for Summary Judgment (ECF #21) and Motion to Exclude Testimony of Dr. Ron Schiff (ECF #22) in the matter. Hearings on both Motions are currently set for in-person hearing on July 27, 2023 on the Court's 10:00 A.M. Civil Motion Calendar.

2. Syregelas & Kasmarick, LLC represents a single plaintiff, Michele Glavanovits, in MDL No. 2741. Counsel's firm is located Chicago, Illinois and has a previously scheduled

expert witness deposition in Kulaga v. McGuire, et al., Circuit Court of Cook County, Case No. 2020L001431, on July 28, 2028, at 10:00 A.M. CST, as well as a medical malpractice trial in Chudzynski v. Scoccia, et al., Circuit Court of Cook County, Case No. 2018L012708, set to begin in Chicago on August 1, 2023.

3. Based on counsel's trial schedule and previously scheduled deposition, Plaintiff's counsel respectfully requests that the July 27, 2023 in-person hearing on Defendant's Motions be moved from the Court's 10:00 A.M Civil Motion Calendar to the 1:00 P.M. Civil Motion Calendar so that Plaintiff's counsel may appear remotely via Zoom Video Conference.

DATED:   July 7, 2023                    Respectfully submitted,

_____
Kyle R. Kasmarick, Attorney No. 6296887
Syregelas & Kasmarick, LLC
19 North Green Street
Chicago, Illinois 60607
(312) 243-0900
kkasmarick@syregelaslaw.com
Counsel for Plaintiff Michele Glavanovits

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ECF system, which sent notice of the filing to all appearing parties of record.

_____
Kyle R. Kasmarick, Attorney No. 6296887
Syregelas & Kasmarick, LLC
19 North Green Street
Chicago, Illinois 60607
(312) 243-0900
kkasmarick@syregelaslaw.com

**MOTION TO MOVE HEARING TO 1:00 P.M. CIVIL MOTION CALENDAR**

1                                                 Counsel for Plaintiff Michele Glavanovits
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MOTION TO MOVE HEARING TO 1:00 P.M. CIVIL MOTION CALENDAR**