Kyle R. Kasmarick, Attorney No. 6296887
Syregelas & Kasmarick, LLC
19 North Green Street
Chicago, Illinois 60607
(312) 243-0900
kkasmarick@syregelaslaw.com
Counsel for Plaintiff Michele Glavanovits

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | Hearing Date: July 27, 2023 |
| *Michele Glavanovits v. Monsanto, Co.,* Case No. 3:20-cv-01016-VC | Time: 10:00 A.M. |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL'S ADMINISTRATIVE MOTION TO MOVE HEARING TO 1:00 P.M. CIVIL MOTION CALENDAR**

Upon consideration of Plaintiff's Counsel's Administrative Motion to Move Hearing to 1:00 P.M. Civil Motion Calendar:

**IT IS SO ORDERED** that the July 27, 2023 hearing on Defendant Monsanto Company's Motion for Summary Judgment and Motion to Exclude Testimony of Dr. Ron Schiff is moved from 10:00 A.M. to 1:00 P.M. to allow Plaintiff's counsel to appear remotely via Zoom Video Conference.  The call number is: _____

DATE: _____     _____
                                          HONORABLE VINCE CHHABRIA
                                          UNITED STATES DISTRICT COURT

1