| | |
|---|---|
| **WILKINSON STEKLOFF LLP** <br> Brian L. Stekloff (*pro hac vice*) <br> (bstekloff@wilkinsonstekloff.com) <br> Rakesh Kilaru (*pro hac vice*) <br> (rkilaru@wilkinsonstekloff.com) <br> 2001 M St. NW <br> 10th Floor <br> Washington, DC 20036 <br> Tel:  202-847-4030 <br> Fax:  202-847-4005 <br><br> **HOLLINGSWORTH LLP** <br> Eric G. Lasker (*pro hac vice*) <br> (elasker@hollingsworthllp.com) <br> 1350 I St. NW <br> Washington, DC 20005 <br> Tel:  202-898-5843 <br> Fax:  202-682-1639 | **COVINGTON & BURLING LLP** <br> Michael X. Imbroscio (*pro hac vice*) <br> (mimbroscio@cov.com) <br> One City Center <br> 850 10th St. NW <br> Washington, DC 20001 <br> Tel:  202-662-6000 <br><br> **BRYAN CAVE LEIGHTON PAISNER LLP** <br> K. Lee Marshall (CA Bar No. 277092) <br> (klmarshall@bclplaw.com) <br> Three Embarcadero Center, 7th Floor <br> San Francisco, CA 94111 <br> Tel:  415-675-3400 <br> Fax:  415-675-3434 <br><br> Jed P. White (CA Bar No. 232339) <br> (jed.white@bclplaw.com) <br> 120 Broadway, Suite 300 <br> Santa Monica, CA 90401 <br> Tel:  310-576-2100 <br> Fax:  310-576-2200 |

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC |
| *Karen Delorme-Barton v. Monsanto*, <br> 3:18-cv-01427-VC | **JOINT STIPULATION FOR EXTENSION OF TIME FOR MONSANTO TO FILE *DAUBERT* OPPOSITIONS** |

Pursuant to LR 6-2 and 7-12, the Parties hereby jointly stipulate to an extension of time for Monsanto to file oppositions to the six *Daubert* motions filed by Plaintiff Karen Delorme-Barton on June 30, 2023:

1. On June 30, 2023, Plaintiff filed six *Daubert* motions; the docket automatically generated that oppositions were due July 14, 2023;

2. Pursuant to the Court's November 3, 2022 scheduling order, however, Monsanto's oppositions were due July 7, 2023—only one week after the initial briefs—and replies are due July 21, 2023;

3. Upon realizing the discrepancy between the scheduling order and the docket entries, Monsanto's counsel reached out to Plaintiff's counsel, who agreed to Monsanto's request for the Court to give it until July 14, 2023 to oppose the *Daubert* motions, so long as Plaintiff would have an additional week to file her replies.

Accordingly, the Parties agree that the November 3, 2022 scheduling order should be modified such that Monsanto's oppositions to Plaintiff's *Daubert* motions are due July 14, 2023, and Plaintiff's reply briefs are due July 28, 2023.

Counsel attests that all signatories concur in the filing of this stipulation pursuant to Civil LR 5-1(h)(3)

Dated:  July 12, 2023                           Respectfully submitted,

/s/ *Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company

/s/ *Robin Greenwald*
Robin Greenwald
Attorneys for Plaintiff Karen Delorme-Barton

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company