1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
|---|---|
| | Case No.: 3:16-md-02741-VC |
| *Karen Delorme-Barton v. Monsanto*, 3:18-cv-01427-VC | **[PROPOSED] ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR MONSANTO TO FILE *DAUBERT* OPPOSITIONS** |

1  Pursuant to the stipulation of the parties,

2  IT IS HEREBY ORDERED the deadline for Monsanto to file its oppositions to Plaintiff Karen
3  Delorme-Barton's *Daubert* motions shall be extended to July 14, 2023.  Plaintiff shall have until July
4  28, 2023 to file any replies.

6  DATED this ___ day of _____, 2023

8
9  Hon. Vince Chhabria
   United States District Judge