| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel:  202-847-4030<br>Fax:  202-847-4005<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel:  202-898-5843<br>Fax:  202-682-1639 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel:  202-662-6000<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>K. Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel:  415-675-3400<br>Fax:  415-675-3434<br><br>Jed P. White (CA Bar No. 232339)<br>(jed.white@bclplaw.com)<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel:  310-576-2100<br>Fax:  310-576-2200 |

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*Estate of Kenzie Elizabeth Murdock, Kyle A. Murdock, Adm'r, Kyle A. Murdock, individually, and Mandi L. Murdock v. Monsanto Company, et al.*,<br>3:20-cv-01363-VC | MDL No. 2741<br><br>Case No.:  3:16-md-02741-VC<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR MONSANTO TO FILE A *DAUBERT* MOTION REGARDING DR. RON SCHIFF** |

1 | Pursuant to the stipulation of the parties,

2 | IT IS HEREBY ORDERED the deadline for Monsanto to re-file its *Daubert* motion regarding Dr. Schiff is extended from June 16, 2023 to July 10, 2023. Plaintiff shall have until July 28, 2023 to respond to Monsanto's corrected filing, and Monsanto shall have until August 8, 2023 to file a reply.

DATED this 12th day of July, 2023

Hon. Vince Chhabria
United States District Judge