1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741 |
| This document relates to: | Hon. Vince Chhabria |
| *Doran v. Monsanto Company* Case No. 3:20-cv-02650-VC | Case No. 3:20-cv-02650-VC |
| | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE 7B** |

11

12

   Plaintiff Richard A. Doran, Jr.'s motion to move the above-captioned case from Wave 6B to Wave 7B is hereby **GRANTED.**

13

   **IT IS SO ORDERED.**

14

Dated: _____

15

16

17

18

19

20

21

22

23

24

25

26

27

28