**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Karen Delorme-Barton v. Monsanto Co.*, Case No. 3:18-cv-01427-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. ROBERT TARONE, PH.D.**<br><br>Hearing:<br>Date:   July 27, 2023<br>Time:  10:00 a.m.<br>Place:  San Francisco Courthouse, Courtroom 4 – 17th Floor |

DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO'S RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION TO EXCLUDE DR. TARONE

# DECLARATION OF JED P. WHITE

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in Support of Monsanto Company's Opposition to Plaintiff's Motion to Exclude the Opinions and Testimony of Dr. Robert Tarone, Ph.D. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Order Concerning The Deposition of Robert Tarone, Ph.D., *Alesi v. Monsanto Company* (Circuit Court of St. Louis County, Missouri, Case No. 19SL-CC03617), dated August 21, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of Order Concerning The Parties' Motions *in Limine*, *Gordon v. Monsanto Company* (Circuit Court of St. Louis County, Missouri, Case No. 17SL-CC02721), dated April 20, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts of Order On Pretrial Matters Including Summary Judgment, *Sargon* Challenges, Motions *in Limine*, Requests for Judicial Notice, *Caballero v. Monsanto Company* (Contra Costa County, CA, Case No. MSC19-01821) dated January 24, 2020.

5. Attached hereto as **Exhibit D** is a true and correct copy of Deposition Testimony of Robert Tarone, Ph.D. in *Caballero v. Monsanto Company* (Contra Costa County, CA, Case No. MSC19-01821) dated December 17, 2019.

6. Attached hereto as **Exhibit E** is a true and correct copy of Deposition Testimony of Robert Tarone, Ph.D. in Adams v. Monsanto Company (Circuit Court of St. Louis County, Missouri, Case No. 17SL-CC02721), dated March 10, 2023.

1	7.	Attached hereto as **Exhibit F** is a true and correct copy of Deposition Testimony of Robert Tarone, Ph.D. in Adams v. Monsanto Company (Circuit Court of St. Louis County, Missouri, Case No. 17SL-CC02721), dated March 16, 2023.

4	8.	Attached hereto as **Exhibit G** is a true and correct copy of Monsanto Company's Rule 26 Designation and Disclosure of General Causation Expert Testimony (In Re: Roundup Products Liability Litigation, Northern District California, Case No. 3:16-md-02741-VC), dated January 24, 2023.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed July 13, 2023, at Santa Monica, California.

_____
Jed P. White