# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2741 <br> CASE NO.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | * * | |
| **GERARD C. BREAUX, SR.,** <br> Plaintiff, <br> Versus <br> **MONSTANTO COMPANY, et al.,** <br> Defendants. | * * * * * * | Civil Action No. 3:20-cv-01633 |

## MOTION TO TERMINATE ATTORNEYS

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2), attorneys Mickey P. Landry, Frank J. Swarr and Matthew C. Clark request to be terminated as counsel of record for Gerard C. Breaux, Sr., as Case No.: 3:20-cv-01633 has settled. Further, attorneys Mickey P. Landry, Frank J. Swarr and Matthew C. Clark request that they be removed from the electronic service list.

Respectfully submitted,

**LANDRY & SWARR, L.L.C.**

/s/ *Mickey P. Landry*
MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
MATTHEW C. CLARK, Bar No. 31102
1100 Poydras Street
Energy Centre – Suite 2000
New Orleans, Louisiana 70163
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
**COUNSEL FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 14, 2023, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ *Mickey P. Landry*

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2741 CASE NO.: 3:16-md-02741-VC |
|---|---|---|
| **THIS DOCUMENT RELATES TO:** | * * | |
| **GERARD C. BREAUX, SR.,** Plaintiff, Versus **MONSTANTO COMPANY, et al.,** Defendants. | * * * * * * | Civil Action No. 3:20-cv-01633 |

**ORDER TO TERMINATE ATTORNEYS**

IT IS HEREBY ORDERED that the above Motion to Terminate Attorneys is GRANTED.

**SO ORDERED,** this ___ day of July, 2023.

_____
VINCE CHABRIA
United States District Judge

3