3

## UNITED STATED DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2741 CASE NO.: 3:16-md-02741-VC |

| | | |
|---|---|---|
| **THIS DOCUMENT RELATES TO:** | * * | |
| **GERARD C. BREAUX, SR.,** | * | **Civil Action No. 3:20-cv-01633** |
| Plaintiff, | * | |
| Versus | * * | |
| **MONSTANTO COMPANY, et al.,** | * | |
| Defendants. | * | |

## ORDER TO TERMINATE ATTORNEYS

IT IS HEREBY ORDERED that the above Motion to Terminate Attorneys is GRANTED.

**SO ORDERED,** this ___ day of July, 2023.

_____
VINCE CHABRIA
United States District Judge

3