3

# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * | MDL NO. 2741 <br><br> CASE NO.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | * <br> * | |
| **YVETTE A. D'AUNOY,**<br>     Plaintiff,<br>Versus<br><br>**MONSTANTO COMPANY, et al.,**<br>     Defendants. | * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 3:20-cv-01014-VC <br><br> Judge:  Barry W. Ashe |

## NOTICE TO TERMINATE ATTORNEYS

IT IS HEREBY ORDERED that the above Motion to Terminate Attorneys is GRANTED.

**SO ORDERED,** this ___ day of July 2023.

_____
VINCE CHABRIA

United States District Judge