# EXHIBIT 2

Willis Navarro, M.D.

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3   IN RE: ROUNDUP PRODUCT         )MDL No. 2741
     LIABILITY LITIGATION           )
 4                                  )Case No. 3:16-md-02741-VC
     _____)
 5                                  )
     This document relates to:      )
 6                                  )
     Karen Delorme-Barton v.        )
 7   Monsanto Company,              )
                                    )
 8   Case No. 3:18-cv-01427-VC      )
     _____)
 9

10

11                       April 26, 2023

12

13
           Remote Videotaped deposition of WILLIS NAVARRO,
14
     M.D., conducted via Zoom videoconference at 7337 East
15
     Cascada Circle, Tucson, Arizona 85715 commencing at
16
     9:01 a.m. CST on the above date, before Jesse L.
17
     Anders, Stenographer and Notary Public.
18

19

20

21

22
                    GOLKOW LITIGATION SERVICES
23            877.370.3377 ph | 917.591.5672 fax
                        deps@golkow.com
24

25
```

Exhibit 2 Page 1

Golkow Litigation Services                                 Page 1

```
 1                  A P P E A R A N C E S

 2    JOSEPH J. MANDIA
         Attorney at Law
 3           Of
         Weitz & Luxenberg, PC
 4       220 Lake Drive East
         Suite 210
 5       Cherry Hill, NJ 08002
         jmandia@weitzlux.com
 6    Attorney for Plaintiff

 7    CHANTAL KHALIL
         Attorney at Law
 8           Of
         Weitz & Luxenberg, PC
 9       700 Broadway
         New York, NY 10003
10       ckhalil@weitzlux.com
      Attorney for Plaintiff
11
      GREGORY STAMATOPOULOS
12       Attorney at Law
             Of
13       Weitz & Luxenberg, PC
         Fisher Building
14       3011 West Grand Blvd.
         24th Floor
15       Detroit, MI 48202
         gstamatopoulos@weitzlux.com
16    Attorney for Plaintiff

17    KATHLEEN FRAZIER
         Attorney at Law
18           Of
         SHOOK, HARDY, & BACON LLP
19       JPMorgan Chase Tower
         600 Travis St.
20       Suite 3400
         Houston, TX 77002
21       kfrazier@shb.com
      Attorney for Defendant Monsanto Company
22

23    ALSO PRESENT:
         CHRISTOPHER CLEE
24       Legal Videographer
             Of
25       Golkow Litigation Services
```

**Exhibit 2 Page 2**

```
 1      A.   Do you mean, do you mean have I -- please
 2   clarify.  I'm sorry.  In the context of medical
 3   practice, we, we work with this information, and we add
 4   it to the medical records so that's a report, so I'm not
 5   sure what you mean.
 6      Q.   Have you ever signed off on any type of report in
 7   which you were the one who was reporting on the genetic
 8   sequencing, the actual test, the actual sequencing and
 9   the results that were done?
10      A.   I see.  No, I have not done that.
11      Q.   Okay.  In what ways, in what ways do you work
12   with genetic sequencing?
13      A.   So in my current role at Aadi, one of the
14   components of our clinical trial is to find patients who
15   have particular mutations that are determined by next
16   generation sequencing, and then in my clinical practice,
17   I see patients with hematologic malignancies and order
18   next generation sequencing and other similar kinds of
19   genetic tests like Fluorescence in situ hybridization or
20   -- I think that's the majority of it -- and in, in terms
21   of trying to understand the aspects of their disease.
22      Q.   Are you familiar with genetic signatures related
23   to Non-Hodgkin's lymphoma?
24      A.   Let's just make sure we're talking about the same
25   thing.  What do you mean by genetic signatures?
```

Exhibit 2 Page 3

Golkow Litigation Services                                      Page 45

```
 1              NOTARY REPORTERS CERTIFICATE
 2   STATE OF MINNESOTA
 3         I, JESSE LEE ANDERS, a Notary Public, within and
 4   for the County of Clay and State of MINNESOTA did hereby
 5   certify:  That the afore-named witness was by me sworn
 6   to testify the truth, the whole truth and nothing but
 7   the truth.
 8         That the foregoing one hundred and sixteen(116)
 9   pages contain an accurate transcription of my shorthand
10   notes then and there taken.
11         I further certify that I am neither related to
12   any of the parties or counsel, nor interested in this
13   matter directly or indirectly.
14
15
16   _____
17   JESSE L. ANDERS
18   NOTARY PUBLIC
19
20   THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT
21   APPLY TO THE PRODUCTION OF THE SAME BY ANY MEANS, UNLESS
22   UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE
23   CERTIFYING STENOGRAPHER.
24
25   My commission expires:  Jan 31, 2024
```

Exhibit 2 Page 4

Golkow Litigation Services                                Page 117