**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Karen Delorme-Barton v. Monsanto Co.*, Case No. 3:18-cv-01427-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF WILLIAM JOHNSON, PH.D.**<br><br>Hearing:<br>Date:  July 27, 2023<br>Time:  10:00 a.m.<br>Place:  San Francisco Courthouse,<br>            Courtroom 4 – 17th Floor |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in Support of Monsanto Company's Response in Opposition to Plaintiff's Motion to Exclude Dr. William Johnson's Testimony. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Monsanto's Company's Rule 26 Designation and Disclosure of Specific Causation Expert Testimony, dated March 29, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Dr. William Johnson's expert report with his curriculum vitae attached as Exhibit A and his materials considered list attached as Exhibit B in the above-captioned matter, dated March 28, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Dr. William Johnson in the above-captioned matter, dated May 22, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of *Ferro et al., v. Monsanto Company*, Order Regarding the Parties Motions to Exclude Experts, dated October 13, 2022.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the hearing in *Neal v. Monsanto*, dated March 22, 2022.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of *Caballero v. Monsanto*, Order on Pretrial Matters Including Summary Judgment, Sargon Challenges, Motions in Limine, Requests for Judicial Notice, dated January 24, 2020.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt of the trial transcript in *L. Johnson v. Monsanto*, dated June 9, 2022.

Case 3:16-md-02741-VC   Document 16994-1   Filed 07/14/23   Page 3 of 3

9. Attached hereto as **Exhibit 8** is a true and correct copy of an excerpt of *D. Johnson v. Monsanto*, Order on Monsanto's Omnibus Sargon Motion; Monsanto's Motion for Summary Judgment; Plaintiff's Omnibus Sargon Motion; Plaintiff's Motion for Summary Adjudication, dated May 17, 2018.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt of the trial transcript in *Wyzik v. Monsanto Co.*, dated October 27, 2022.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of California that the foregoing is true and correct.

Executed July 14, 2023, at Santa Monica, California.

_____
Jed P. White

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of July, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Jed P. White
Jed P. White

2
DECLARATION OF JED P. WHITE IN SUPPORT OF MONSANTO'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE DR. JOHNSON