# EXHIBIT 1

Julie du Pont
(Julie.dupont@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8572
Facsimile: (212) 836-6714

Brian Stekloff
(bstekloff@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M Street, N.W.
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Eric G. Lasker
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-cv-02741-VC |
| | MDL No. 2741 |
| This document relates to: Karen Delorme-Barton, v. Monsanto Company Case No. 3:18-cv-01427-VC | |

- 1 -

**Exhibit 1 Page 1**

## MONSANTO COMPANY'S RULE 26 DESIGNATION AND DISCLOSURE OF SPECIFIC CAUSATION EXPERT TESTIMONY

Defendant Monsanto Company ("Monsanto") submits the following Designation and Disclosure of Expert Testimony, identifying persons who may provide expert testimony pursuant to Rule 702 of the Federal Rules of Evidence and Pretrial Orders 150 and 171. Because their analyses are based on scientific data that is confidential under applicable law and regulation, Monsanto designates the expert reports served contemporaneously with this disclosure as Confidential Material pursuant to the Protective and Confidentiality Order, Pretrial Order No. 30, entered in MDL No. 2741. Monsanto submits its Designations and Disclosure of Expert Testimony subject to the following reservation of rights:

(1)     The right to supplement or amend this disclosure based upon any rulings of the Court or any other court decisions that affect the scope of evidence in this trial or in the event Plaintiff alters or amends her witness list;

(2)     The right to supplement or amend this disclosure in order to address any new opinions – whether generic or case-specific – by Plaintiff's experts;

(3)     The right to elicit and offer testimony, either through direct examination or cross-examination, of all witnesses designated or identified by Plaintiff or Monsanto as an expert or person with specialized knowledge, training, or experience;

(4)     The right to call as a witness any expert designated by Plaintiff;

(5)     The right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against Monsanto;

(6)     The right to withdraw or de-designate the designation of any expert prior to testimony, and positively to aver that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel;

Exhibit 1 Page 2

(7)     The right to elicit expert testimony at trial from any qualified person which would be of benefit to the jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure;

(8)     The right, as allowed by the Federal Rules of Civil Procedure and applicable law, to offer amended and/or supplemental expert opinions based on: (1) receiving additional discovery, including but not limited to updated medical records, fact witness depositions, exhibits introduced at depositions, documents produced, materials produced; (2) expert depositions and/or any supplemental expert disclosures by any party; (3) new literature or scientific studies.

(9)     The right to introduce testimony from any third party fact witness with special expertise, knowledge or experience relevant to the issues in this litigation;

By identifying the witnesses below, Monsanto does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. Monsanto reserves the right to call the following experts at trial and provides the expert reports, curriculum vitae, and reference lists for the following experts:

A.     **Case-Specific Experts**

1.   **Graham W. Slack, M.D.**
     **Department of Pathology and Laboratory Medicine – 3rd Floor**
     **BC Cancer**
     **600 West 10th Ave.**
     **Vancouver, BC V5Z 4E6**
     **Canada**

Dr. Slack is providing an expert report; materials considered list; list of prior testimony, and CV.

Date available for deposition:  April 25, 2023.

2.   **Willis H. Navarro, M.D.**
     **Vice President, Clinical Development and Pharmacovigilance**
     **Aadi Bioscience, Inc.**
     **Adjunct Professor of Medicine**
     **University of Minnesota, Twin Cities Campus**
     **5557 Emerson Ave. S.**

**Exhibit 1 Page 3**

**Minneapolis, MN 55419**

Dr. Navarro is providing an expert report; materials considered list; list of prior testimony, and CV.

Dates available for deposition:  April 22 or April 26, 2023.

**3.**   **William G. Johnson, Ph.D., M.S.**
**Purdue University, College of Agriculture**
**Department of Biology and Plant Pathology**
**Lilly Hall Room 1-361**
**915 West State Street**
**West Lafayette, IN 47907**

Dr. Johnson is providing an expert report; materials considered list; list of prior testimony, and CV.

Dates available for deposition: April 26 or April 27, 2023

**4.**   **John Harvey Murphy, BSC, MHSc, MBA, PhD, ROH, CIH**
**Resource EHS America, Inc.**
**770 Boylston Street, Suite 11J**
**Boston, MA 02199**

Dr. Murphy is providing an expert report; materials considered list; list of prior testimony, and CV.

Date available for deposition: April 24, 2023

DATED: March 29, 2023                 Respectfully submitted,

/s/ *Julie du Pont*
Julie du Pont
(Julie.dupont@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8572
Facsimile:(212) 836-6714

/s/ *Brian Stekloff*
Brian Stekloff
(bstekloff@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M Street, N.W.
10th Floor

- 4 -

**Exhibit 1 Page 4**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005


/s/ *Eric Lasker*
Eric G. Lasker
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile:(202) 682-1639


*Attorneys for Defendant*
*MONSANTO COMPANY*

- 5 -

**Exhibit 1 Page 5**

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, a true and correct copy of the foregoing

Designation and Disclosure of Expert Testimony was served by electronic mail on the following

counsel of record:

Robin Greenwald
*RGreenwald@weitzlux.com*
Weitz & Luxenberg
700 Broadway
New York, NY 10003
*Co-Lead Counsel for Plaintiffs in MDL No. 2741 and*
*Counsel for Plaintiff Karen Delorme-Barton*

Aimee Wagstaff
*Aimee.wagstaff@andruswagstaff.com*
Andrus Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

David Dickens
*ddickens@millerfirmllc.com*
The Miller Firm LLC
108 Railroad Ave.
Orange, VA 22960
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

Frank Petosa
*fpetosa@forthepeople.com*
Morgan & Morgan
600 N. Pine Island Road, Suite 400
Plantation, FL 33324
*Counsel for Plaintiff Karen Delorme-Barton*

/s/ Albert Cora

Albert Cora
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York NY 10019
Attorneys for Defendant
*MONSANTO COMPANY*

- 1 -

**Exhibit 1 Page 6**