UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No 2741 |
| | Case No.  16-md-02741-VC |
| This document relates to: | |
| *Delorme-Barton v. Monsanto Co.*, Case No. 18-cv-1427-VC | **ORDER ON WAVE 5 *DAUBERT* MOTIONS** |
| *Murdock v. Monsanto Co.*, Case No. 20-cv-01363-VC | Re: Dkt. Nos. 16850-51, 16856, 16863-64, 16868, 16940, 16942, 16944-47, 16985-86 |
| *Glavanovits v. Monsanto, Co.*, Case No. 20-cv-01016-VC | |
| *Salas v. Monsanto Co.*, Case No. 21-cv-06173-VC | |

The parties' stipulation for extension of time to file briefs is granted. *See* Dkt. No. 16986. Monsanto may file oppositions on July 14, 2023, and the plaintiffs may file replies on July 28, 2023.

The hearings on the motions to exclude expert testimony set for July 27, 2023 are vacated.  The motions will be decided on the briefs, and *Daubert* hearings will be scheduled if necessary.

**IT IS SO ORDERED.**

Dated: July 14, 2023

VINCE CHHABRIA
United States District Judge