**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *Delorme-Barton v. Monsanto Company*, 3:18-cv-01427-VC | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DECLARATION OF JED WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF JOHN MURPHY, PH.D.** <br><br> Hearing: <br> Date:   July 27, 2023 <br> Time:   10:00 a.m. <br> Place:  San Francisco Courthouse, Courtroom 4 – 17th Floor |

I, Jed P. White, declare:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Opposition to Plaintiffs' Motion to Exclude Testimony of Dr. John Murphy. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. **Exhibit 1**, attached, is a true and correct copy of Dr. John Murphy's Expert Report produced in this action ("Murphy Rep.").

3. **Exhibit 2**, attached, is a true and correct copy of excerpts from Plaintiff Karen Delorme-Barton's January 14, 2020 deposition transcript ("Barton Dep.").

4. **Exhibit 3**, attached, is a true and correct copy of excerpts from Dr. John Murphy's April 24, 2023 deposition transcript ("Murphy Dep.").

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 14, 2023, at Santa Monica, California.

/s/ *Jed P. White*
Jed P. White

- 1 -
WHITE DECL. ISO MONSANTO'S OPP. TO MOTION TO EXCLUDE TESTIMONY OF JOHN MURPHY PH.D.