# EXHIBIT 1



**Resource EHS America, Inc.**

**Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427**

**Prepared by Dr. John H. Murphy**

REA Project No. 16924.31

**Prepared for Hollingsworth LLP**

March 17, 2023

**Exhibit 1 Page 1**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 1 of 49

## CONTENTS

1. DESCRIPTION OF MY MANDATE AND THIS REPORT ........................................................... 4

2. KEY CONTENTS SUMMARY ........................................................................................... 5

3. SUMMARY OF MY EXPERIENCE AND QUALIFICATIONS ...................................................... 7

4. DOCUMENTS AND INFORMATION CONSIDERED ............................................................. 8

    4.1 Court Documents ................................................................................................. 8

    4.2 Scientific and Technical Documents Reviewed ....................................................... 8

    4.3 Internet Sourced Documents ................................................................................ 8

5. ROUNDUP® PRODUCT INFORMATION .......................................................................... 8

    5.1 Description of the Product Range .......................................................................... 8

    5.2 Uses of Glyphosate-Based Herbicides ................................................................. 10

6. EXPOSURE AND DOSE ............................................................................................... 11

7. ROUTES OF EXPOSURE, ABSORPTION, DISTRIBUTION, METABOLISM AND EXCRETION OF GLYPHOSATE ......................................................................................................... 12

    7.1 Exposure Routes ............................................................................................... 12

    7.2 Skin Absorption of Chemicals Following Contact Exposure ..................................... 13

    7.3 Skin Exposure During GBH Use, and Transcutaneous Glyphosate Absorption ........... 14

    7.4 Chemical Inhalation Exposure ............................................................................ 15

    7.5 Inhalation Exposure During GBH Use .................................................................. 16

    7.6 Chemical Ingestion Exposure ............................................................................. 18

    7.7 Inadvertent Ingestion Exposure During GBH Use .................................................. 19

    7.8 Excretion Pathways for Chemicals and Metabolites ............................................... 19

    7.9 Elimination of Glyphosate from the Body ............................................................. 20

8. GLYPHOSATE HUMAN DAILY DOSE LIMITS ................................................................... 21

9. GLYPHOSATE DOSE LEVELS ASSOCIATED WITH GBH USES ............................................. 26

10. USE OF EPIDEMIOLOGICAL STUDIES OF GLYPHOSATE EXPOSED GROUPS FOR HEALTH RISK ASSESSMENT ......................................................................................................... 28

    10.1 Evolution of the Body of Glyphosate Epidemiology Research ................................. 29

Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting   Hazardous Materials Services
Occupational Hygiene         Remediation Contracting
Construction Safety           Indoor Air Quality
EHS Training                 Ergonomics

rea
Advancing Health and Safety

**Exhibit 1 Page 2**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 2 of 49

10.2   Utility of Glyphosate Epidemiology Research for Risk Assessment ............................................ 30

   10.2.1   Case Control Studies Provide No Exposure or Dose Information ...................................... 30

   10.2.2   The Agricultural Health Study Provides Better Estimates of Exposure .............................. 33

11.   PLAINTIFF'S REPORTED USAGE ................................................................................................ 36

   11.1   Property Addresses ................................................................................................................ 36

   11.2   Product Formats and Application Devices ........................................................................... 37

   11.3   Grounds Areas Where Reportedly Applied ......................................................................... 40

      11.3.1   12706 Austin Ave., Palos Heights, IL ........................................................................... 40

      11.3.2   1855 Azalea Springs, Roswell, GA ................................................................................ 46

      11.3.3   4644 Villa Ridge Rd., Marietta, GA ............................................................................... 53

      11.3.4   411 Southbridge Blvd., Savannah GA ........................................................................... 60

12.   ESTIMATION OF PLAINTIFF'S DOSE PER DAY ON USAGE OCCASIONS ................................. 61

   12.1   Dose Estimation Methodology: 2-Gallon Sprayers, Ready-to-Use Roundup® Sprayer .............. 61

      12.1.1   Analogous Applications Scenarios and Exposure Factors .............................................. 61

      12.1.2   The Pierce (2020) Route of Exposure and Urinary Concentration Study ............................ 61

      12.1.3   The Kougias (2020) Dose Analysis of the Pierce Study Volunteers ................................. 62

      12.1.4   Calculating an Exposure Factor from the Pierce and Kougias Data ................................. 63

      12.1.5   The Pierce Study and Plaintiff's Residential Application Scenarios Share Similarities Bearing on Exposure and Dose Levels ............................................................................................. 64

      12.1.6   Using the Pierce-Kougias Exposure Factor in the Instant Case ....................................... 64

      12.1.7   Dose Calculations: 2-Gallon Sprayer and Ready-to-Use Roundup® Sprayer ...................... 65

      12.1.8   Sizes of Surface Areas Described by the Plaintiff vs. Plaintiff's Recollection of Volumes Sprayed ......................................................................................................................... 65

   12.2   Dose Estimation Methodology: Dial N' Spray Hose-End Sprayer ................................................ 68

   12.3   Dose Estimation Methodology: Inadvertent Skin Contact .......................................................... 71

   12.4   Integration of Dose Estimates via Multiple Concurrent Exposure Routes .................................. 73

   12.5   Dose Estimate Reasonability .................................................................................................. 73

13.   ESTIMATION OF PLAINTIFF'S CUMULATIVE LIFETIME DOSE .................................................. 74

   13.1   Method for Calculating Cumulative Lifetime Dose Estimates ..................................................... 74

Industrial Safety Engineering    Occupational Medical Services
EHS Management Consulting       Hazardous Materials Services
Occupational Hygiene             Remediation Contracting
Construction Safety              Indoor Air Quality
EHS Training                     Ergonomics

**Exhibit 1 Page 3**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 3 of 49

13.2    Calculation of Lifetime Dose Estimate ........................................................................... 75

**Exhibit 1 Page 4**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 4 of 49

# 1.    DESCRIPTION OF MY MANDATE AND THIS REPORT

I have been retained by Hollingsworth LLP, Washington D.C., to provide an expert opinion in respect of the civil complaint styled *Karen Delorme-Barton v. Monsanto Company*.[1]  I am advised that Hollingsworth LLP is counsel for the defendant.

My mandate, addressed by this report, was to:

- Describe the group of products marketed in the United States under the brand name Roundup®.

- Describe what is known regarding the routes of human exposure to glyphosate during use of glyphosate-based herbicides, and its subsequent absorption, distribution, metabolism and excretion.

- Explain the methods for measuring human exposure and dose in studies involving application of Roundup® to soils and plants.

- Explain whether any limits or thresholds on acceptable human doses or exposures of glyphosate have been set by regulatory or public health agencies around the world.

- Discuss the appropriateness of using epidemiological evidence for glyphosate human health risk assessment.

- Comment on the exposure/doses of glyphosate potentially experienced by the Plaintiff and compare same to the limits/thresholds mentioned above.

A copy of my curriculum vitae is attached as Exhibit A.  All my opinions expressed herein are held to a reasonable degree of scientific certainty.

My customary rate for my professional time is $500 per hour for reviewing materials, analysis and preparation of reports, and $625 per hour for attendance at depositions or trial.  A list of materials considered is attached as Exhibit B.

---

[1] Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427, United States District Court Northern District of California.



**Exhibit 1 Page 5**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 5 of 49

## 2.    KEY CONTENTS SUMMARY

*Roundup® products.*  Roundup® is a brand name used for a variety of herbicide formulations that differ in several respects, including their active and secondary ingredients, the concentrations of those ingredients, their packaging format and volume, and their intended manner and environmental setting of use.  Glyphosate is the name of a chemical that is an active ingredient in some but not all Roundup® brand name formulations.  Herbicides that contain glyphosate as the active ingredient are commonly called glyphosate-based herbicides ("GBHs").  GBHs include some Roundup® brand products, but also other products manufactured and/or sold by companies other than the defendants.  As such, the terms "Roundup" and "GBH" are not interchangeable.

*Routes of human exposure.*  When GBHs are mixed or applied, the primary and dominant route of human exposure to glyphosate is by contact with unprotected skin.  Glyphosate has a slow rate of transport across the skin and into the bloodstream.  In practice, a portion of the glyphosate deposited onto skin is removed by wiping, washing, and sweating, reducing the absorbed dose.  Glyphosate that is absorbed through the skin is not metabolized by the human body, and is eliminated primarily by urinary excretion.  The half-life for urinary elimination has been found to be approximately 5 ± 2 hours, meaning that within 100 hours the residual amount of glyphosate in the body is generally less than 0.0001% of the original absorbed dose.  It does not accumulate in the human body.

*Limits on human doses and exposure.*  Several governmental regulatory and non-governmental public health organizations, including the United States Environmental Protection Agency and the State of California Office of Environmental Health Hazard Assessment, have established recommended lifetime daily dose limits for glyphosate applicable to several different contexts (i.e., dietary intake, occupational exposure, total exposure).  These range from 1.1 milligrams per day to 21 milligrams per day over a natural lifetime, for a 70 kilogram adult.  These limits were established based on a variety of observed outcomes in chronic high dose animal toxicity studies.

More than two dozen studies over the past four decades have measured human glyphosate exposures or doses associated with the application of GBHs to plants and soils in a variety of use scenarios and settings.  These studies have uniformly concluded that for commercial and residential users, bystanders, and persons entering sprayed areas, the glyphosate doses associated with residential, commercial and agricultural application of GBHs are extremely low in relation to all current recommended human dose limits.  More specifically, they are orders of magnitude lower than human dose limits set by the World Health Organization (WHO), United States Environmental Protection Agency (EPA), the California Office of Environmental Health Hazard Assessment (OEHHA), the European Food Safety Agency (EFSA) and others.

rea
Advancing Health and Safety

Industrial Safety Engineering
EHS Management Consulting
Occupational Hygiene
Construction Safety
EHS Training

Occupational Medical Services
Hazardous Materials Services
Remediation Contracting
Indoor Air Quality
Ergonomics

**Exhibit 1 Page 6**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 6 of 49

***Dose potentially experienced by the Plaintiff.*** The lowest health-based limit is the California No Significant Risk Level (NSRL), which is 15.7 micrograms of glyphosate per kilogram of body weight per day, every day, for a natural lifetime (µg/kg BW per day). The United States Environmental Protection Agency sets a Reference Dose (RfD) limit, which is 100 µg/kg BW per day, every day, for a natural lifetime. Having considered the information in the Plaintiff's deposition testimony, and applying tests of reasonability, it is my opinion that:

i.  Her potential glyphosate acid equivalent (GAE) ***dose per day on occasions of application***, was most likely to have been in the range of 0.00007 to 0.00074 mg/kg BW per day, which is 0.4% to 4.7% of the California NSRL, and 0.1% to 0.7% of the US EPA RfD.

ii. Her ***cumulative lifetime GAE dose*** as of her age of diagnosis (age 67 in year 2016) was approximately 2.5 mg/kg, which is 0.67% of her lifetime allowable California NSRL, and 0.11% of her lifetime US EPA RfD.

Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting   Hazardous Materials Services
Occupational Hygiene   Remediation Contracting
Construction Safety   Indoor Air Quality
EHS Training   Ergonomics

rea.
Advancing Health and Safety

**Exhibit 1 Page 7**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 7 of 49

## 3.    SUMMARY OF MY EXPERIENCE AND QUALIFICATIONS

I am a professional occupational hygienist, health and safety consultant, and epidemiologist.  My relevant academic and professional qualifications relating to exposure assessment science and epidemiology include the following:

- Bachelor of Science - Physiological Psychology and Radiation Biology, University of Toronto Faculty of Arts and Science

- Master of Health Science - Occupational & Environmental Health, University of Toronto Graduate School of Community Health, Faculty of Medicine

- Completion of post-graduate coursework requirements for a Doctor of Philosophy degree in Environmental Epidemiology, Western University Faculty of Medicine and Dentistry

- Doctor of Philosophy - Health Policy, Management and Evaluation, University of Toronto School of Public Health

- Certified Industrial Hygienist, American Board of Industrial Hygiene

- Registered Occupational Hygienist, Canadian Registration Board of Occupational Hygienists

- Member, American College of Epidemiology

I have carried on a full-time career as a practitioner in the field of occupational, environmental and community exposure assessment from 1985 to date.  This includes sole or collaborative completion of more than ten-thousand project assignments for more than 3,500 organizations across Canada, in the United States, and in the Caribbean.  Included within this roster of project assignments are more than 3,000 exposure assessments and dozens of epidemiological field investigations.

I also have extensive experience providing instruction and training in exposure science, exposure assessment and control.  I am an Adjunct Professor of Occupational and Environmental Health in the Dalla Lana School of Public Health, University of Toronto, where I have taught graduate students occupational and environmental hygiene, occupational health public policy and ethics, and supervise student clinical practicums and reading courses.  Over the past 17 years I have also been an instructor in occupational and environmental health for the Canadian Armed Forces Health Services Training Center, where I teach $2/3^{rds}$ of a 65-day duration course leading successful students to achieve the qualification of military Preventive Medicine Technician (Occupational Health).  Through my consulting firm, I have also delivered more than one thousand days of instruction to workers over the past three decades.

In addition to my career as a health professional, scientist and teacher, I have two decades of experience in agriculture.  This includes 12 years as the owner and operator of a commercial 127-acre fruit,

Exhibit 1 Page 8

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 8 of 49

vegetable and seed crop farm.  My agricultural activities have included selection and application of a wide variety of pesticides, including glyphosate-based Roundup® formulations.

Since 2004 I have held an Ontario pesticide applicator's license, and for several years in the late 1980s I was licensed as a land exterminator.

My current resume is provided as Exhibit A to this report.

## 4.       DOCUMENTS AND INFORMATION CONSIDERED

### 4.1       Court Documents

For purposes of this report, I reviewed the following court documents:

- transcript of the deposition of Karen Delorme-Barton, conducted January 14th 2020, plus Exhibits 1 through 6; and
- transcript of the deposition of William F. Barton, conducted January 14th 2020.

I use and cite information from the plaintiff's deposition transcripts and exhibits in my analysis.  Where I consider information unreliable for purposes of my exposure and dose analysis I say so, explain my reasons, and posit what I consider reasonable alternative assumptions.

### 4.2       Scientific and Technical Documents Reviewed

Exhibit B accompanying this report provides a bibliography of scientific, technical and government publications I have reviewed and are germane to the subjects I address herein.  These are cited in the body of my report where appropriate.

### 4.3       Internet Sourced Documents

Certain information herein was sourced from the public internet and URL addresses are provided in those instances.

## 5.       ROUNDUP® PRODUCT INFORMATION

### 5.1       Description of the Product Range

Roundup® is a registered trademark and brand name for a variety of different herbicide chemical formulations originally made by Monsanto Company.  "Roundup" is not a specific chemical or specific mixture of chemicals.  The "Roundup" group of products are herbicides, which are a sub-class of the

rea
Advancing Health and Safety

Industrial Safety Engineering    Occupational Medical Services
EHS Management Consulting        Hazardous Materials Services
Occupational Hygiene             Remediation Contracting
Construction Safety              Indoor Air Quality
EHS Training                     Ergonomics

**Exhibit 1 Page 9**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 9 of 49

___

broader category of "pesticides".  A pesticide is a substance that can be used to suppress or eradicate a "pest".  Unwanted plants, insects, rodents, and fungi are all examples of pests.  Pesticides can be sub-categorized for each class of pests, and called "herbicides", "insecticides", "rodenticides" and "fungicides".  Some pesticides are biological agents, but most are synthetic or naturally occurring pure chemicals or mixtures of chemicals.

All Roundup® formulations are water-based solutions containing one or more active ingredients and one or more secondary ingredients.  Most formulations are intended to be applied to growing plants to suppress growth, desiccate, or eradicate the plant.  Some formulations are intended to be applied to soil to prevent seed germination and plant emergence.  Some formulations produce several different inhibitory effects on plants.

Several Roundup® formulations employ the glyphosate[2] molecule as the active ingredient.  The glyphosate molecule has very low solubility in water, and to be dissolved in an aqueous solution it must first be chemically combined with another molecule to form a water-soluble salt complex.  Roundup® formulations use several different glyphosate salt complexes, such as ammonium glyphosate, potassium glyphosate, and glyphosate isopropylamine.

Roundup® formulations that contain a glyphosate salt are sold in several different concentrations.  Based on my personal familiarity with the product line and the formats currently sold in the United States, the concentrations range from 7 grams of glyphosate acid equivalent (AE)[3] per liter of solution, which is a widely available "ready-to-use" format, to 540 grams of glyphosate AE per liter of solution, which is an agricultural concentrate format.  Formulations are sold as water-based solutions, gels or powders.  To my knowledge and experience, product formulations are sold in containers ranging in volume from 16 ounces to hundreds of gallons (the latter for agricultural customers).

Some Roundup® formulations contain no glyphosate, and instead use different active ingredients (e.g., acetic acid).  Some formulations have a combination of two or more active ingredients.  Not all GBH products manufactured or sold by Monsanto are sold under the Roundup® brand-name.

In summary, Roundup® branded formulations differ in a variety of ways, including:

___

[2] "Glyphosate" is the common chemical name for the molecule that is more specifically called N-(phosphonomethyl) glycine, using the nomenclature rules of the International Union of Pure and Applied Chemistry.  By chemical class it is a phosphonate, but it has been incorrectly referred to in some technical monographs as an organophosphate.

[3] "Acid equivalent" (AE) is a measure for glyphosate content that disregards the mass of the non-herbicidal portion of the glyphosate salt complex.  Use of AE permits comparison of the active molecule concentrations of formulations that use different glyphosate salt complexes.



**Exhibit 1 Page 10**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 10 of 49

- the "active ingredient(s)" (i.e., the chemical(s) present in the formulation that exerts the herbicidal effect);

- the concentration of the active ingredient(s);

- the salt form of the active ingredient;

- the action of the active ingredient(s) on the plant (e.g., prevention of emergence, eradication, growth inhibition, desiccation);

- the types and concentrations of secondary ingredients, including those that impart non-herbicidal properties;

- the toxicological profile of the formulation;

- the volume of the container in which the product is sold;

- whether the container in which the product is sold incorporates a device for application of the formulation (e.g., sprayer, wick, brush);

- the customer segment(s) to which the formulation is intended or permitted to be sold (e.g., residential users, commercial applicators, agricultural users).

## 5.2        Uses of Glyphosate-Based Herbicides

Herbicides employing glyphosate as the active ingredient are often referred to in the scientific and commercial literature as "glyphosate-based herbicides" ("GBHs").  In addition to Roundup® branded formulations that are manufactured by or for Monsanto, glyphosate is also the active ingredient for herbicides sold under other names, which have been or are still manufactured and / or sold by companies other than the Monsanto.  Like Roundup® branded formulations, the latter are sold in a variety of concentrations, formulations and packaging formats.

When applied to plant leaf tissue, glyphosate is absorbed and distributed through the plant.  Plants produce a variety of amino acids necessary for growth through a series of metabolic pathways, one of which is the shikimate pathway.  This pathway is naturally present in cells of plants, bacteria and fungi, and not present in mammalian cells[4].  Glyphosate impedes an enzyme in the shikimate pathway called 5-enolpyruvylshikimate-3-phosphate synthase, and thereby impedes formation of amino acids essential for plant growth and survival.  Depending on the amount applied and absorbed by the plant, GBHs can stunt plant growth, produce minor to severe leaf tissue damage, or kill a plant.  When applied at a

---

[4] But there is evidence that some bacteria endemic to the human intestinal tract contain the shikimate pathway.



**Exhibit 1 Page 11**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 11 of 49

specific rate to mature grain crops, glyphosate can cause the crop to dry out without compromising it for consumption, making it possible to field-store the crop for an extended period without spoilage.

Glyphosate has been found to be effective in suppressing growth or eradicating most genetically unmodified plants to which it has been applied.  It is a broad-spectrum herbicide, meaning one that will kill any plant.  For that reason, GBHs became widely used both as a spot and broadcast application weed killer for aesthetic horticultural and gardening purposes, right-of-way weed eradication, orchard weed control, total eradication of vegetation in agricultural fields prior to new crop introduction, and pre-harvest crop desiccation.

## 6.    EXPOSURE AND DOSE

In this report, the words and phrases listed below have the meanings indicated.

**"Exposure"** means the amount of a chemical present in the external environment that comes into contact with the unprotected exterior of a person's body.  "Exposure" is not the same as "dose".

**"Routes of exposure" / "exposure routes"** refers to the various pathways by which a chemical can move from the external environment onto or into a person's body, those primarily being: (a) via skin contact and subsequent transcutaneous (across the skin) or percutaneous (through openings in the skin) penetration; (b) inhalation into the respiratory tract; and (c) inadvertent ingestion into the alimentary tract (digestive system).

**"Dose"** means the amount of a chemical that enters into part of a person's body, or the entire body, from the external environment via a "route of exposure". "Dose" is not the same as "exposure."

**"Inhalation Dose"** means the amount of a chemical drawn into the respiratory tract by inhalation.

**"Retained Inhalation Dose"** means the fraction of an "inhaled dose" that is deposited in the respiratory tract and absorbed across the respiratory mucosa.

**"Absorbed Dose"** means the proportion of a "dose" of a chemical that enters a person's systemic blood circulation from the point of exposure and thereby becomes available for distribution throughout the body.

**Exhibit 1 Page 12**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 12 of 49

---

> **"Systemic Dose"** is a mathematical expression of mass of the chemical that has entered a person's systemic blood circulation, divided by a biological parameter, such as body weight, plasma volume, or a biomolecule.

## 7. ROUTES OF EXPOSURE, ABSORPTION, DISTRIBUTION, METABOLISM AND EXCRETION OF GLYPHOSATE

Over the past forty years many studies have contributed to understanding of (i) routes of exposure to glyphosate during use of GBHs, (ii) the extent of systemic absorption of glyphosate following exposure to glyphosate in pure form or in various GBH formulations, (iii) the relationship between skin exposure and skin absorbed dose; (iv) the relationship between breathing zone air concentration and retained inhalation dose; (v) how absorbed glyphosate is distributed in the body, (vi) the extent to which glyphosate is chemically changed inside the body, and (vii) how it leaves the body.

When GBHs are mixed or applied, the primary and dominant route of human exposure to glyphosate is by skin contact.  When in contact with skin, glyphosate has a slow rate of absorption across the skin tissue and into the bloodstream.  As a result of flux dynamics, the fraction of glyphosate that is deposited on skin and available for absorption into the body will be substantially absorbed in the 8 hours thereafter, unless removed by wiping, washing, sweating or shedding of dead skin cells.  Absorbed glyphosate is not metabolised by human tissues in the body[5], it does not accumulate in the body, and it leaves the body primarily by urinary excretion.  The half-life for urinary elimination is approximately 5 ± 2 hours, meaning that within 100 hours the residual amount in the body is generally 0.0001% of the original absorbed dose.

### 7.1 Exposure Routes

Chemicals enter the body from the external environment by three[6] main routes: skin absorption following skin surface contact, inhalation of airborne chemicals, and ingestion (whether accidental or intentional).  The relative contributions of those routes to absorbed dose are determined by the exposure scenario and the properties of the chemical.

---

[5] It is possible that some human gut bacteria metabolize glyphosate, but studies in mammals have shown that the amount of the dose altered in that way is trivial.

[6] Injection is also a route for chemical entry, but ordinarily only in experiments, medical treatments, and drug abuse.



**Exhibit 1 Page 13**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 13 of 49

As will be discussed below, the primary route of exposure to glyphosate during use of GBHs is through skin contact.

**7.2        Skin Absorption of Chemicals Following Contact Exposure**

"Flux" is the scientific term for the rate of chemical penetration across a specified area of skin surface.  It is quantified in units of mass of chemical (in micrograms, µg) per unit skin surface area (square centimeters, $cm^2$) that passes into the bloodstream per hour (hence units of $µg/cm^2/hr$).  The flux is largely dependent on the physical and chemical characteristics of the substance and the difference between the concentration on the skin's surface and in the dermis (the deeper tissue below the skin surface).  Following chemical application to the skin the flux values continuously drop with time because transcutaneous penetration causes the concentration gradient to decline.

For reasons described in the following paragraph, the main factor[7] that determines how readily a chemical penetrates the skin is the chemical's solubility in oils or fats ("fat solubility").  Every chemical has a specific degree of fat and water solubility, and those two properties tend to have an inverse relationship.  Chemicals with high fat solubility cross the skin into the blood stream more easily than chemicals with low fat solubility.

The primary barrier to the penetration of any chemical across the skin is the epidermis (the uppermost skin layers)[8], which is particularly resistant to water and water-soluble chemicals.  Once a chemical penetrates the epidermis it passes across the walls of tiny blood vessels in the underlying tissue layers of the dermis, and blood circulation delivers those substances to other parts of the body.  Similarly, blood circulation transports chemicals to the skin from other parts of the body, where they can be excreted in sweat or in the natural oils that skin secretes ("sebum").  While a portion of a chemical applied to skin penetrates the tissues, a portion also adheres to the dead skin cells that naturally form the outermost layers of the epidermis (the "stratum corneum").  These dead skin cells are continuously sloughed off. As a result, a fraction of the chemical that is absorbed into the dead cells and intercellular spaces of the stratum corneum is shed to the external environment along with the continuously sloughed-off tissue. Similarly, some chemicals applied to the skin penetrate poorly, or are taken up by and stored in the cells

---

[7] Other secondary factors include the concentration gradient of the chemical across the skin (which produces the "driving force" for chemical movement), the polarity of the chemical (which affects fat and water solubility), and weight of the molecule or atom (other things being equal, the heavier the molecule the more slowly it passes through the skin).

[8] The top of the epidermis, called the stratum corneum, consists of five to seven layers of dead epithelial cells on the outer surface.



**Exhibit 1 Page 14**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 14 of 49

of the epidermis; and when those cells rise to the outer layer of the skin and die the chemicals stored therein are shed to the external environment.

### 7.3        Skin Exposure During GBH Use, and Transcutaneous Glyphosate Absorption

In scenarios involving use of GBHs, there is potential for contact with unprotected skin from spills or splashes during handling, application equipment leakage, and droplet deposition onto the skin or clothing if the GBH is spray applied.  Field studies of GBH use have consistently shown that skin contact followed by dermal absorption is the main mode by which glyphosate enters the body.[9]

When in direct contact with skin, glyphosate, whether in pure form or in a GBH formulation, has a very slow rate of penetration into the body, and the rate is somewhat insensitive to the concentration of glyphosate in the liquid that contacts the skin.  The slow rate of penetration is due in large part to the high water-solubility / low fat-solubility of the glyphosate salt.

Laboratory studies[10] using human skin have found that the maximum absorbable dose is reached after approximately 8 hours, assuming it is not wiped off, washed off or dispersed by sweat before that time. This is a consequence of the flux dynamics described above. The 8-hour average flux (rate of skin penetration) of field strength dilute Roundup® solutions is on the order of 0.002 to 0.003 micrograms of glyphosate per square centimeter of skin per hour ($\mu g/cm^2/hr$), and the average flux for a formulation that is thousands of times more concentrated than dilute Roundup® solution is 0.035 micrograms of glyphosate per square centimeter of skin per hour ($\mu g/cm^2/hr$).[11]  To provide context and a sense of how

---

[9] This has been demonstrated by studies that have measured both inhalation and skin exposures in field application settings. The reasons for inhalation exposure and retained inhalation dose making a minor contribution to overall body dose from GBH application is explained herein.

[10] (1) Wester, R. C., Melendres, J., Sarason, R., McMaster, J., & Maibach, H. I. (1991). Glyphosate skin binding, absorption, residual tissue distribution, and skin decontamination. *Fundamental and Applied Toxicology*, *16*(4), 725–732. https://doi.org/10.1016/0272-0590(91)90158-Z (2) Nielsen, J. B., Nielsen, F., & Sorensen, J. A. (2007). Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin. *Arch Dermatol Res*, (299), 423–431. https://doi.org/10.1007/s00403-007-0788-z; (3) Nielsen, J.B., Sorensen, J.A., & Nielsen, F. (2009) The Usual Suspects—Influence of Physicochemical Properties on Lag Time, Skin Deposition, and Percutaneous Penetration of Nine Model Compounds, *Journal of Toxicology and Environmental Health*, Part A, 72:5, 315-323, https://doi.org/10.1080/15287390802529872

[11] Calculated from data reported in Wester *et al.* (1991), https://doi.org/10.1016/0272-0590(91)90158-Z, and Franz (1983). The relative insensitivity of the rate of skin penetration to concentration on the skin is consistent with the polarity (water affinity) of the glyphosate molecule and the anatomy of the epidermis.  Most polar molecules cannot readily penetrate the cell walls of stratum corneum (outer skin layer) and underlying tissues, and instead cross the epidermis mainly via intercellular spaces. Intercellular spaces constitute a very small percentage of the total two-dimensional surface of the skin, meaning that there are a limited number of access portals for chemicals on the surface to begin downward migration into the tissues.  Hair shafts, sebaceous glands, and sweat glands also serve as pathways for transcutaneous chemical penetration, but the surface density of



**Exhibit 1 Page 15**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 15 of 49

---

low those flux values are, the flux rate for acetic acid (which is the ingredient that gives vinegar its tang) has been estimated at 19 $\mu g/cm^2$/hr (i.e., an absorption rate that is 6000-times higher than glyphosate in dilute Roundup® solution).[12]

Results of field studies carried out in different GBH application scenarios confirm the laboratory experimental findings that skin is the principal route of exposure and the rate of glyphosate penetration through skin is extremely low.[13]

The slow rate of penetration of glyphosate following contact with unprotected skin limits the dose absorbed by an individual between the time of liquid contact with unprotected skin and the eventual removal of the glyphosate residues by washing, sweating, wiping and/or absorption.

## 7.4        Chemical Inhalation Exposure

---

these structures on humans is low (approximately 1% of total skin surface area).  The capacity of intercellular spaces to accommodate transiting chemicals is finite for a given surface area, and once the available pathways become filled the rate of entry for additional chemical declines.  These anatomical characteristics impose limits on the rate at which polar substances such as glyphosate can transit through skin.

[12] Kupczewska-Dobecka, M., Jakubowski, M., & Czerczak, S. (2010). Calculating the dermal flux of chemicals with OELs based on their molecular structure: An attempt to assign the skin notation. *Environmental Toxicology and Pharmacology, 30*(2), 95–102. https://doi.org/10.1016/j.etap.2010.06.005

[13] (1) Abdelghani, A. A. (1995). Assessment of Exposure of Workers Applying Herbicide 4-D Mixtures (2,4-D + Roundup and Garlon 3A + Roundup).  Toxicity and Fate of These Mixtures in the Environment. Report No. FHWA/LA – 95/294.  Prepared for the Louisiana Department of Transportation and Development, 1995;  (2) Curwin, B. D., Hein, M. J., Sanderson, W. T., *et al.* (2005). Urinary and hand wipe pesticide levels among farmers and nonfarmers in Iowa. *Journal of Exposure Analysis and Environmental Epidemiology, 15*(6), 500–508. https://doi.org/10.1038/sj.jea.7500428;  (3) Connolly, A., Coggins, M. A., Galea, K. S., Jones, K., Kenny, L., McGowan, P., & Basinas, I. (2019). Evaluating Glyphosate Exposure Routes and Their Contribution to Total Body Burden: A Study Among Amenity Horticulturalists. *Annals of Work Exposures and Health, 63*(2), 133–147. https://doi.org/10.1093/annweh/wxy104;  (4) Jauhiainen, A., Räsänen, K., Sarantila, R., Nuutinen, J., & Kangas, J. (1991). Occupational exposure of forest workers to glyphosate during brush saw spraying work. *American Industrial Hygiene Association Journal, 52*(2), 61–64. https://doi.org/10.1080/15298669191364334;  (5) Johnson, P. D., Rimmer, D. A., Garrod, A. N., Helps, J. E., & Mawdsley, C. (2005). Operator exposure when applying amenity herbicides by all-terrain vehicles and controlled droplet applicators. *The Annals of Occupational Hygiene, 49*(1), 25–32. https://doi.org/10.1093/annhyg/meh073;  (6) Lavy, T. L., Cowell, J. E., Steinmetz, J. R., & Massey, J. H. (1992). Conifer seedling nursery worker exposure to glyphosate. *Archives of Environmental Contamination and Toxicology, 22*(1), 6–13. https://doi.org/10.1007/bf00213295;  (7) Lesmes-Fabian, C., García-Santos, G., Leuenberger, F., Nuyttens, D., & Binder, C. R. (2012). Dermal exposure assessment of pesticide use: the case of sprayers in potato farms in the Colombian highlands. *The Science of the Total Environment, 430*, 202–208. https://doi.org/10.1016/j.scitotenv.2012.04.019;  (8) Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C. (2000). Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers. *Bulletin of Environmental Contamination and Toxicology, 64*(3), 309–315. https://doi.org/10.1007/s001280000001;  (9) Pierce, J. S., Roberts, B., Kougias, *et al.* (2020). Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®. *Inhalation Toxicology, 32*(8), 354–367. doi:10.1080/08958378.2020.1814457.



**Exhibit 1 Page 16**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 16 of 49

Inhaled chemicals (whether in the form of gas, vapor, mist, or dust) enter the nose, then the sinus, and then the airways onward to the gas exchange regions at the periphery of the lungs.  For mists and dusts the distance of travel down the airway is determined by particle size, with smaller diameter aerosols penetrating further toward the distal lung regions than larger particles.  Regardless of form, during the respiratory cycle a portion of the inhaled material deposits in the respiratory tract, and a portion is exhaled back into the environment[14].  The total amount inhaled into the respiratory tract is often referred to as "inhaled dose", but since a portion of that dose is exhaled back into the atmosphere during the breathing cycle the actual amount deposited in the airway is lower and more accurately described as the "retained inhalation dose".[15]  Once water or fat-soluble chemicals deposit onto the mucus lining of the respiratory tract they pass across the epithelial membranes lining the lungs and are transported away by blood circulation to other parts of the body.  When de-oxygenated blood returns to the lungs, a portion of the dissolved gases, vapors, or solutes in the blood pass from the blood vessels across the respiratory epithelium and into the air space of the lungs to be exhaled back into the atmosphere[16] or cleared via the mucociliary escalator[17].

## 7.5        Inhalation Exposure During GBH Use

The glyphosate molecule is non-volatile[18], meaning that glyphosate does not evaporate into the atmosphere from the surface of bulk solutions.  Consequently, when using GBH liquids, no glyphosate inhalation exposure is expected to occur from tasks such as opening containers, mixing, pouring, brush or wick application of solution, or cleaning up spills.[19]  However, inhalation exposure is possible during spray application of solutions if doing so generates inhalable droplets that get close to the nose or

---

[14] Cigarette smoking provides an illustration of this idea.  After inhaling air through the cigarette and into the lungs, a considerable amount of visible smoke is expelled back into the atmosphere.

[15] For example, when smoking a cigarette approximately 70% of the inhaled smoke is deposited in the lungs and 30% expelled back to the atmosphere.  For persons inhaling second hand smoke approximately 10% is deposited in the lungs and 90% expelled back to the atmosphere.  Source: National Research Council (US) Committee on Passive Smoking. *Environmental Tobacco Smoke: Measuring Exposures and Assessing Health Effects*. Washington (DC): National Academies Press (US); 1986. 7, Exposure-Dose Relationships for Environmental Tobacco Smoke. Available from: https://www.ncbi.nlm.nih.gov/books/NBK219211/

[16] That is the physiology underlying the use of devices such as breathalysers to estimate blood alcohol levels.

[17] Ciliated cells lining the airway pass lung mucous upward to the nose and throat where we expel or swallow it.

[18] Vapor pressure of glyphosate isopropylamine salt is reported to be $1.6 \times 10^{-8}$ mm Hg. Source: Tomlin, C. (2000). *The Pesticide Manual* (12th ed.). Farnham, UK. British Crop Production Council.

[19] Glyphosate itself is odorless, but GBH formulations contain semi-volatile secondary ingredients with a perceptible odor.



**Exhibit 1 Page 17**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 17 of 49

---

mouth, or if fine inhalable surface dusts containing glyphosate residues are resuspended and get close to the nose or mouth.

Studies measuring inhalation exposure to glyphosate during or incidental to GBH spray application have consistently found that inhalation exposures are very low and make a very small contribution to dose as compared to skin contact and skin absorption[20]. There are three well-founded reasons why inhalation exposures are quite low in various types of GBH spray application scenarios:

– The first relates to the size of spray droplets and their environmental fate. For applications of water-based pesticide solution using any kind of spray equipment (e.g., handheld pump sprayers, backpack sprayers, larger commercial and agricultural powered sprayers), the air pressure within the container in combination with the design of the spray discharge nozzle creates a distribution of droplet sizes consisting mostly of visible droplets, i.e., those having diameters 100 micrometers and larger[21]. When discharged from the sprayer nozzle those droplets quickly fly toward and deposit onto the target soil or plant surfaces. Consequently, most of the volume of liquid released from the spray nozzle (generally 98% to 99%) is not available in the breathing zone of the person performing the spray application, and therefore cannot be inhaled.[22]

– The second reason relates to the human airway. When inhaling, we can only draw into our nose or mouth particles or droplets that are small enough to be "swept in" by the velocity of the inbound airstream where it enters the nostrils and the mouth. The efficiency for inhalation of visible droplets (those over 50 micrometers in diameter) is very low (e.g. 20%), and approaches zero for droplets larger than 100 micrometers in diameter.[23] So, if by chance some of the larger

---

[20] (1) Abdelghani (1995); (2) Curwin *et al.* (2005), https://doi.org/10.1038/sj.jea.7500428;  (3) Connolly *et al.* (2019), https://doi.org/10.1093/annweh/wxy104;  (4) Jauhiainen *et al.* (1991), https://doi.org/10.1080/15298669191364334;  (5) Johnson *et al.* (2005), https://doi.org/10.1093/annhyg/meh073;  (6) Lavy *et al.* (1992), https://doi.org/10.1007/bf00213295; (7) Lesmes-Fabian, *et al.* (2012), https://doi.org/10.1016/j.scitotenv.2012.04.019;  (8) Machado-Neto, *et al.* (2000), https://doi.org/10.1007/s001280000001

[21] Nozzles are designed deliberately to generate a droplet size distribution that maximizes the amount of spray deposited onto the target surfaces and minimizes the volume of spray lost to the atmosphere.

[22] For example, if 1 liter of dilute solution containing 7 grams per liter of glyphosate AE was sprayed, only 10 milliliters would be discharged in the form of driftable fine droplets. That 10-milliliter fraction would contain 0.07 grams of glyphosate AE.

[23] (1) Kennedy, N., & Hinds, W. (2002). Inhalability of large solid particles. *Journal of Aerosol Science*, 33, 237-255. https://doi.org/10.1016/S0021-8502%2801%2900168-9; (2) Breysse, P.N. & Swift, D. L. (1990) Inhalability of Large Particles into the Human Nasal Passage. *In Vivo Studies in Still Air, Aerosol Science and Technology, 13*:4, 459-464, https://doi.org/10.1080/02786829008959460; (3) Millage, K.K., Bergman, J., Asgharian, B., McClellan, G. (2010). A review of inhalability fraction models: discussion and recommendations. *Inhalation Toxicology,* 22:2, 151-159. https://doi.org/10.3109/08958370903025973



**Exhibit 1 Page 18**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 18 of 49

droplets released from a herbicide sprayer nozzle happen to reach the applicator's face by ricocheting or wind patterns, the likelihood of them entering the nose or mouth is very low. During spray application, most visible droplets reaching the face of the applicator simply deposit onto his or her unprotected skin.

–   The third reason relates to the behavior in the atmosphere of the "driftable fine droplet" fraction generated by spraying pesticides.  These are the droplets that are smaller than 100 micrometers, and typically account for only 1% to 2% of the total liquid volume discharged[24].  Due to the lighter weights of driftable fine droplets they are more likely to be carried off by the wind than hit target soils or plants.[25]  When wind is blowing from the side or back of the person performing application ("applicator") most of the cloud of driftable fine droplets emitted by the spray nozzle will be carried away from the breathing zone, precluding inhalation by the applicator.  If wind is blowing toward the front of the applicator's body, it is possible for the cloud of driftable fine droplets to be carried toward the body of the operator.  Under any variant of the latter scenario, three dynamics work in concert to reduce the inhalable droplet concentration in the applicator's breathing zone: (1) cloud droplet concentration reduction due to dilution and dispersal by wind; (2) entrainment of small droplets in the airstream that passes around the body of the applicator; and (3) rapid movement of the wind-driven cloud over the applicator's body, which limits the time available for inhalation of the fraction passing by the breathing zone.

## 7.6        Chemical Ingestion Exposure

Ingested chemicals that are highly fat-soluble can be absorbed into the body across the membranes of the mouth and along the alimentary tract.  Water soluble and less fat-soluble chemicals are not absorbed to a significant degree until they reach the small intestine.  At the small intestine chemicals move across the intestinal wall by diffusion or active transport into the surrounding blood vessels and are carried to the liver via the portal vein.  Some chemicals are altered by reactions in the liver (and others are not) before being returned to the general blood circulation via the hepatic artery and transported around the body.  Some chemicals become dissolved in bile and are excreted from the liver. Bile is sent directly from the liver, and from storage in the gall bladder, to the interior volume of the small intestine where it aids in digesting food.  Chemicals dissolved in bile injected into the small

---

[24] See Figure 2 in Nyuttens, D., Baetens, K., DeSchampheleire, M., Sonck, B. (2007). Effect of nozzle type, size and pressure on spray droplet characteristics. *Biosystems Engineering, 97*:333-345. https://doi.org/10.1016/j.biosystemseng.2007.03.001

[25] The wind entrainment velocity required to overcome expulsion momentum and gravity to carry away a droplet increases with droplet mass.  Droplet volume and mass increases exponentially with diameter.  Spray application systems are design to minimize such losses by regulating the droplet diameter and hence mass.



**Exhibit 1 Page 19**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 19 of 49

intestine can be re-absorbed across the small intestine or continue down the intestine to the colon and incorporated into feces.

The degree and rate of absorption of a chemical across the intestine into the blood stream is influenced by many factors, including the polarity of the chemical, its molecular weight, the presence / absence of active uptake mechanisms in the intestinal endothelium, the amount of the chemical present, the amount of the chemical already in circulation in the blood, the chemical-specific absorption rate across the intestinal membranes, how tightly the chemical is bound to partially digested food, the mass and volume of food in the intestine, and how long the chemical and food residues remain in the intestine before being sent to the colon.  Non-absorbed chemicals pass by bulk movement from the small intestine to the colon and are incorporated into feces and excreted.

### 7.7       Inadvertent Ingestion Exposure During GBH Use

There is evidence that ingestion is not typically a significant route of exposure during GBH use.  Inadvertent incidental ingestion to glyphosate in a GBH application scenario can occur if the user's hands become contaminated and the individual places contaminated fingers in the mouth, smokes, or handles food without first washing.  However, this has not been considered a significant mode of exposure or contributor to body dose in GBH field use studies.  There is also considerable evidence from human oral exposure studies that only a very small percentage (e.g., on the order of 1%) of glyphosate ingested in food is absorbed across the gut to enter the bloodstream.[26]  Most passes through the intestine into feces and is excreted in its original form, as discussed below.

### 7.8       Excretion Pathways for Chemicals and Metabolites

Most environmental chemicals that enter the body eventually leave by one or more routes of excretion.  One major process by which that occurs is extraction of the chemical or its metabolites from blood plasma during passage through the kidneys then addition to urine.  Another major process is extraction by the liver and incorporation into bile that is injected into the small intestine and eventually incorporated into feces.  As mentioned previously, exhalation is a minor excretion pathway.  Saliva also contains trace amounts of chemicals delivered by blood flow to the salivary glands and oral mucosa which can be expelled to the atmosphere in droplets generated by talking, coughing, sneezing, or spitting, or swallowed with saliva to pass into the gut.

---

[26] Zoller, O., Rhyn, P., Zarn, J. A., & Dudler, V. (2020). Urine glyphosate level as a quantitative biomarker of oral exposure. *International Journal of Hygiene and Environmental Health*, *228*, 113526. https://doi.org/10.1016/j.ijheh.2020.113526



**Exhibit 1 Page 20**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 20 of 49

---

### 7.9 Elimination of Glyphosate from the Body

Studies have established that glyphosate does not bioaccumulate in human tissues, and concentrations are mostly non-detectable or reduced to population dietary background levels within three to seven days of dose administration.[27]  Almost all absorbed glyphosate is excreted in the urine via the kidney, regardless of the route of exposure.[28]

---

[27] In humans the urinary elimination half-life associated with occupational exposures has been estimated at 3 hours to 10 hours depending on the measurement denominator. (1) Connolly, A., Jones, K., Basinas, I., Galea, K. S., *et al.* (2019). Exploring the half-life of glyphosate in human urine samples. *International Journal of Hygiene and Environmental Health*, 222(2), 205–210. https://doi.org/10.1016/j.ijheh.2018.09.004;  (2) Zoller *et al.* (2020), https://doi.org/10.1016/j.ijheh.2020.113526;  (3) Pierce *et al.* (2020), https://doi.org/10.1080/08958378.2020.1814457

[28] (1) Wester *et al.* (1991), https://doi.org/10.1016/0272-0590(91)90158-Z;  (2) Chan, P., & Mahler, J. (1992). NTP technical report on the toxicity studies of Glyphosate (CAS No. 1071-83-6) Administered in Dosed Feed to F344/N Rats and B6C3F1 Mice. Toxicity report series, 16, 1–D3, https://pubmed.ncbi.nlm.nih.gov/12209170/; (3) Zoller *et al.* (2020), https://doi.org/10.1016/j.ijheh.2020.113526


Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting   Hazardous Materials Services
Occupational Hygiene   Remediation Contracting
Construction Safety   Indoor Air Quality
EHS Training   Ergonomics

**Exhibit 1 Page 21**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 21 of 49

## 8.    GLYPHOSATE HUMAN DAILY DOSE LIMITS

To gauge the doses associated with uses of GBHs, it is helpful to understand the range of currently recommended human daily dose limits. Table 1, on the following page, shows lifetime or working lifetime daily dose limits in micrograms per kilogram of body weight per day ($\mu$g/kg BW per day) for glyphosate that have been established by various agencies for application to several exposure scenarios and settings, and explains the endpoint health protective basis for each limit.

The regulators and public health agencies that have set these limits typically begin with a review of health effects associated with chronic lifetime dosing studies in animals.  In those studies, test animals are administered daily dietary doses typically as high as 8000 milligrams (i.e. 8 grams) per kilogram of body weight or more, for up to two-thirds of their ordinary lifespan[29].  Scaled to human terms, that dose regimen would be comparable to an adult human receiving an ingested dose of 560 grams of glyphosate AE per day for 52 years.  To give a sense of what that represents, 70 grams is the approximate weight of a large chicken egg.  So, the highest dose administered in animal lifetime chronic toxicity studies would be akin to a human eating a quantity of glyphosate equal to 8 eggs per day x 365 days per year x 52 years = 151,840 chicken eggs.  That would be approximately 23,200 pounds over a human lifetime.

Typically, any observed rates of excess morbidity or mortality in animal studies are adjusted for known differences in test animal versus human sensitivity, and then by specification of a tolerable target level of excess human morbidity or mortality (which may be expressed as an incremental risk associated per unit dose), and finally by an arbitrary safety factor.  These are risk policy-based practices established by regulatory agencies.  This results in a human lifetime dose limit that is theorized to constrain excess morbidity or mortality to the specified target level (e.g., 1 additional case of excess disease or death per 100,000 persons above the "baseline" number that would otherwise occur for unrelated reasons).  Risk of illness is presumed to increase if, over a span of decades, an individual receives a cumulative dose that exceeds the multiple of the recommended daily dose limit over the specified number of lifetime years.  For example, the California No Significant Risk Level (NSRL) set by the State of California OEHHA is 1.1 milligrams per day, every day, for an average lifetime.[30]  The No Significant Risk Level was set simply by mathematically extrapolating animal study pathology incident rates such that the resultant human dose limit was theorized to result in no more than 1 additional case of cancer per 100,000 persons in the

---

[28] But some studies have used significantly higher doses.

[30] Assuming an average life expectancy of 80 years and an average adult weight of 70 kg (154 lbs).



**Exhibit 1 Page 22**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 22 of 49

---

general population.  This corresponds to a cumulative lifetime human dose of approximately 32 grams of glyphosate.[31]

Endpoints like Reference Dose (RfD) and Acceptable Daily Intake (ADI) are similar: both values are derived from the dose of substance at which there is "no-observed-effect" in the most sensitive animal tested for the most sensitive adverse endpoint.  As noted above, RfD is used by the United States Environmental Protection Agency (EPA) and represents the maximum acceptable daily oral dose for humans.  ADI is used by other regulatory and health agencies, including the PMRA, the European Food Safety Authority (EFSA), and the World Health Organization (WHO).  The EFSA also uses a measure known as Acceptable Operator Exposure Level (AOEL), which, as explained in Table 1, is a health-based limit that considers both dermal and inhalation exposures to evaluate the health risk a pesticide poses via occupational use to operators, workers, and bystanders.  Additionally, the State of California uses a metric called No Significant Risk Level (NSRL), which is a lifetime dose limit that uses the results of the most sensitive animal chronic toxicity study showing an elevated rate of cancer.  The NSRL is based on a population daily dose level that would cause no more than 1 extra case of cancer in a population of 100,000 people over a period of 70 years.[32] Health Canada's Pest Management Regulatory Agency (PMRA) has calculated recommended RfD and ADI values for glyphosate, which are reported in its 2015 Proposed Re-evaluation Decision[33]; but it has not set an AOEL, nor does it use a metric like the NSRL.  As illustrated in Table 1 below, despite the differences between the metrics used by different regulatory agencies, and the different health endpoints upon which they are based, the resultant human daily dose limits, which range from 15.7 µg/kg BW per day (California's NSRL) to 300 µg/kg BW per day (PMRA ADI), are in fact quite similar in relation to the weight of a human.[34]

---

[31] 15.7 µg/kg BW per day x 70 kg BW x 365 days/year x 80 years = 32,120 µg = 32.12 grams (e.g., the weight of half a chicken egg).

[32] California's decision to set a limit for glyphosate based on cancer risk contrasts with other regulators (which have not done so consistent with their conclusions that glyphosate is not a carcinogen), and is the result of a regulatory requirement unique to California.  In November 1986 a plurality of the citizens of the State voted adopted in favour of Proposition 65. As a result, California adopted a rule whereby (1) any substance or process classified by the International Agency for Research on Cancer (IARC)[1] as a carcinogen would automatically be deemed a carcinogen in the State of California, and (2) the California Office of Environmental Health Hazard Assessment would establish a NSRL for such a substance.

[33] Health Canada (2015), Proposed Re-evaluation Decision PRVD2015-01, Glyphosate. https://www.canada.ca/en/health-canada/services/consumer-product-safety/pesticides-pest-management/public/consultations/proposed-re-evaluation-decisions/2015/glyphosate/document.html

[34] Microgram per kilogram is equal to parts per billion by weight.  So, the range is 15.7 per billion to 300 per billion.  In percentage terms, the difference is 0.00002843%.



**Exhibit 1 Page 23**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 23 of 49

| Table 1: American and International Regulatory Agency and World Health Organization Dose Limits for Glyphosate | | | | |
|---|---|---|---|---|
| **Agency** | **Name for Limit** | **Conceptual Theory of the Limit** | **Value for Glyphosate (µg/kg BW per day)** | **Basis for Selecting the Value** |
| United States Environmental Protection Agency (EPA) | Reference Dose (RfD) | The US EPA RfD is an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily dose in a human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime. | 100 | The US EPA RfD was established based on observation of increased incidence of renal tubular dilation in the F3b offspring, 3-Generation Rat Reproduction Study by Monsanto Co., 1981a, at a lifetime dietary dose level of 30 mg/kg BW, and a no observable adverse effect at a dose level of 10 mg/kg BW. A discounting factor of 100 was applied to account for rat-human interspecies effect uncertainty. Several other animal toxicity studies were considered by US EPA that found effects at higher dose levels. Animal studies were judged to not have demonstrated carcinogenic effects. |
| California Office of Environmental Health Hazard Assessment | No Significant Risk Level | The NSRL is in theory the dose at or below which there would only be 1 excess case of cancer (sum of all types) in a population of 100,000 people exposed for a lifetime (defined as an exposure duration of 70-years). For example, if there are 490 new cases of all types of cancers per year in a population of 100,000 people, which equals 41,000 cases over a 70-year lifetime in that group of 100,000 people, a daily dose at the NSRL would result in one additional case (i.e., 41,001 cases rather than 41,000) in the 70-year period. | 15.7 | Two-year study conducted in male CD-1 mice fed glyphosate (purity, 98.6%) in the diet. Four mice in a group of 50 were fed 1000 mg/kg BW per day and judged to have developed hemangiosarcomas (which is not a type of Non-Hodgkin's or Hodgkin's Lymphoma). Based on this study, a risk model was constructed which estimated a 5% incremental risk with 0.00000897 mg/kg BW per day for CD-1 mice. Scaled to humans this equals 0.00062 mg/kg BW per day. When this risk is adjusted to achieve a target level of 1 additional case of cancer per 100,000 cases, it results in a value of 1,100 µg/day for a 70 kg adult, or 15.7 µg/kg BW. |

rea.
Advancing Health and Safety

Industrial Safety Engineering
EHS Management Consulting
Occupational Hygiene
Construction Safety
EHS Training

Occupational Medical Services
Hazardous Materials Services
Remediation Contracting
Indoor Air Quality
Ergonomics

**Exhibit 1 Page 24**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 24 of 49

| Table 1: American and International Regulatory Agency and World Health Organization Dose Limits for Glyphosate | | | | |
|---|---|---|---|---|
| **Agency** | **Name for Limit** | **Conceptual Theory of the Limit** | **Value for Glyphosate (μg/kg BW per day)** | **Basis for Selecting the Value** |
| Pest Management Regulatory Agency (PMRA) of Health Canada | Acceptable Daily Intake (ADI) | The ADI is an estimate of the amount of an additive in food or drinking water (in this case glyphosate) that can be safely consumed daily over a lifetime without adverse health effects. | 300 | The ADI was established based on a No Observable Adverse Effect Level (NOAEL) of 32/34 mg/kg BW/day in a 26-month chronic toxicity and carcinogenicity study in rats (via oral administration) with application of a safety factor of 100. |
| European Food Safety Authority (EFSA) | Acceptable Operator Exposure Level (AOEL) | The AOEL is the maximum daily dose of the substance, expressed on a body weight basis, an operator (i.e., a person occupationally exposed by application) may experience without any adverse health effects.  The AOEL is a health-based exposure limit to be used for comparison with estimated or measured dose levels of operators, workers and bystanders for assessing the risk arising from the application of a plant protection product. | 100 | The AOEL was established based on a No Observable Adverse Effect Level (NOAEL) of 100 mg/kg BW per day for effects on the rat salivary gland in a long-term study of toxicity and carcinogenicity in rats, with application of a safety factor of 1000. |
| World Health Organization (WHO) | Acceptable Daily Intake (ADI) | The ADI is an estimate of the amount of an additive in food or drinking water (in this case glyphosate) that can be safely consumed daily over a lifetime without adverse health effects. | 100 | The WHO ADI was established based on a No Observable Adverse Effect Level (NOAEL) of 100 mg/kg BW per day for effects on the rat salivary gland in a long-term study of toxicity and carcinogenicity in rats (via oral administration) and application of a safety factor of 1000. The observed effects on the salivary gland were considered to possibly be a result of localized irritation due to the low pH of glyphosate in the administered solution (i.e., acidity), but that could not be established unequivocally. |

**Exhibit 1 Page 25**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

---

**Table 1 Sources:**

| | |
|---|---|
| US EPA RfD | https://cfpub.epa.gov/ncea/iris/iris_documents/documents/subst/0057_summary.pdf#nameddest=rfd |
| California NSRL | https://oehha.ca.gov/proposition-65/chemicals/glyphosate |
| PMRA ADI | Health Canada (2015), "Proposed Re-evaluation Decision PRVD2015-01, Glyphosate." |
| EFSA AOEL | https://efsa.onlinelibrary.wiley.com/doi/pdf/10.2903/sp.efsa.2013.EN-413 |
| WHO ADI | https://www.who.int/foodsafety/jmprsummary2016.pdf |

Industrial Safety Engineering    Occupational Medical Services
EHS Management Consulting    Hazardous Materials Services
Occupational Hygiene    Remediation Contracting
Construction Safety    Indoor Air Quality
EHS Training    Ergonomics

rea
Advancing Health and Safety

**Exhibit 1 Page 26**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 26 of 77

## 9.  GLYPHOSATE DOSE LEVELS ASSOCIATED WITH GBH USES

Over the past three decades teams of industry, government and academic researchers have published approximately two-dozen peer reviewed studies measuring human exposures and doses associated with various uses of glyphosate.  Figure 1 below provides an overview of these studies, including the usage settings, the tasks associated with use, the categories of persons assessed, the method of dose determination, and the region of the world where each study was carried out.

As indicated by the headings in Figure 1 these studies have measured glyphosate exposures and urinary concentrations for workers, residential users, the general public, family members of farmers using GBHs, persons re-entering areas where vegetation was sprayed, and occupants adjacent to lands where GBHs were applied.

| | EXPOSURE CONTEXT | | | | | | | | | | | | | | PERSONS ASSESSED | | | | | | ASSESSMENT METHODS | | | | | | STUDY LOCATION | | | | |
| | OCCUPATIONAL USES | | | | | | | | | | | | RESIDENTIAL USES | DIETARY INGESTION | | | | | | | PASSIVE DOSIM'RY | | | BIOMON-ITORING | | | | | | | |
| | SETTINGS | | | | | | TASKS | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | MIXER | LOADER | APPLICATOR | | | | | | | | | | | | | | | | | | | | | | |
| TITLE | ROADWAYS | FORESTRY | LANDSCAPING | ORCHARDS | GRAIN / PASTURE | FIELD CROPS | MIXER | LOADER | MANUAL | TRACTOR | ATV | TRUCK | RESIDENTIAL USES | DIETARY INGESTION | WORKER | RESIDENTIAL USER | GENERAL PUBLIC | FARM FAMILY MEMBERS | RE-ENTRY TO SPRAYED AREA | ADJACENT LAND OCCUPANTS | SKIN | INHALATION | SURFACES | URINE | FECES | BLOOD | UNITED STATES | ENGLAND / IRELAND | EUROPE | CENTRAL / SOUTH AMERICA | SOUTHEAST ASIA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abdelghani AA, 1995 | X | | | | | | X | X | X | | | | | X | X | | | | | | | | X | X | | | X | | | | |
| Acquavella J, 2004 | | | | | | X | X | X | | X | | | | | X | | | X | | | | | | X | | | X | | | | |
| Bootsikeaw S, 2020 | | | | | | X | X | X | X | X | | | | | X | | | | | | | | X | X | | | | | | | X |
| Bootsikeaw S, 2021 | | | | | | X | X | X | X | X | | | | | X | | | | | | | X | X | X | | | | | | | X |
| Connolly A, 2017 | | | X | | | | X | X | X | X | | X | | | X | | | | | | | | | X | | | | X | | | |
| Connolly A, 2018 | | | X | | | | X | X | X | | X | | | | X | | | | | | | | | X | | | | X | | | |
| Connolly A, 2019a | | | X | | | | X | X | X | | X | | | | X | | | | | | | | | X | | | | X | | | |
| Connolly A, 2019b | | | | | | | | | | | | | | | | X | | | | | | | | X | | | | X | | | |
| Conrad A, 2017 | | | | | | | | | | | | | | | | X | | | | | | | | X | | | | | X | | |
| Curwin BD, 2005 | | | | X | | | X | X | | X | | | | | X | X | | X | | | | X | | X | | | X | | | | |
| Curwin BD, 2007 | | | | X | | | X | X | | X | | | | | X | X | | X | | | | | | X | | | X | | | | |
| Edmiston S, 1995 | X | | | | | | X | X | X | | | X | | | X | | | | | | X | X | | | | | X | | | | |
| Hoppe HW, 2013 | | | | | | | | | | | | | | | | | X | | | | | | | X | | | | | X | | |
| Johnson PD, 2005 | X | | | | | | X | X | X | | | X | | | X | | | | | | X | X | | | | | X | | | | |
| Juahaimen A, 1991 | | X | | | | | X | X | X | | | | | | X | | | | | | | | | X | | | | | | | X |
| Lavy TL, 1992 | | | X | | | | X | X | X | | | | | | X | | | | | | X | X | | X | | | X | | | | |
| Lesmes-Fabian C, 2012 | | | | | | X | X | X | X | | | | | | X | | | | | | | | | X | | | | | | X | |
| Machado-Neto JG, 2000 | | X | | X | | | X | X | X | X | | | | | X | | | | | | X | | | | | | | | | X | |
| Mandel J, 2005 | | | | X | X | X | X | X | | X | | | | | X | | | X | | | | | | X | | | X | | | | |
| Perry M, 2019 | | | | X | X | X | X | X | | X | | | | | X | | | | | | | | | X | | | X | | | | |
| Pierce JS, 2020 | | | | | | | | | | | | | | X | | | X | | | | | | | X | | | X | | | | |
| Zoller O, 2020 | | | | | | | | | | | | | | X | | | X | | | | | | | X | X | | X | | | | |

**Figure 1: Glyphosate Exposure and Dose Measurement Studies, 1991 to 2021**

These studies have encompassed GBH applications using a variety of methods in a variety of settings – roadway weed clearance, forestry, commercial and public works landscaping, orchards, grain fields,

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 27 of 77

pastures, horticultural field crops, and typical residential application – at locations throughout the world.  Studies have also evaluated doses associated with ingestion of residues on foods, and body levels in general populations.

Solomon (2020)[35] reviewed reports published in the peer-reviewed literature as well as unpublished reports quantifying occupational and public exposures to glyphosate.  This included, (i) occupational and bystander exposures associated with applications across the range of application settings shown in Figure 1; and (ii) general population exposures from ambient air, drinking water, food consumption, and presence as a bystander during application.  Two methods of measuring glyphosate dose were generally used in those studies: biomonitoring (which measures urinary concentrations) and passive dosimetry (which measures residues on skin or clothing or concentrations in the air).  Data were converted by the author to dose estimates and compared to the ADI (acceptable daily intake) and RfD (reference dose) values shown in Table 1 (Section 8. herein).  He concluded that "[i]n all cases, measured and estimated systemic exposures to glyphosate in humans … were less than the ADIs and the RfD. Based on this large dataset, these exposures represent a *de minimis* risk."

Reviewing the exposure data from applicators of GBHs, Solomon concluded that the median absorbed dose estimated from either biomonitoring or passive dosimetry was 0.00026 milligrams per kilogram of body weight per day (when applications were performed).  That value is 60 times lower than the lowest current recommended daily dose limit, which is the NSRL set by the California OEHHA, which is 0.0157 mg/kg BW per day = 1.1 mg/day for a 70 kg person.  Dose estimates for bystanders and the general public from studies in the United States and Europe ranged from 0.00063 to 0.0000008 mg/kg BW (i.e., approximately 25 to 20,000 times below the California NSRL).

---

[35] Solomon, K. R. (2020). Estimated exposure to glyphosate in humans via environmental, occupational, and dietary pathways: an updated review of the scientific literature. *Pest Management Science*, *76*(9), 2878–2885. https://doi.org/10.1002/ps.5717



**Exhibit 1 Page 28**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 28 of 77

## 10.    USE OF EPIDEMIOLOGICAL STUDIES OF GLYPHOSATE EXPOSED GROUPS FOR HEALTH RISK ASSESSMENT

In recent years, I have provided expert reports on, and been disclosed in, several Roundup® cases.  In that context, I received and reviewed several plaintiffs' experts' reports, in which those experts used information on self-reported frequency of use or handling of glyphosate-based herbicides from decades-old case- control epidemiological studies as a proxy for dose, and on that basis, those plaintiffs' experts drew conclusions with respect to whether their plaintiffs' illnesses were due to exposure to Roundup®.

Specifically, a common assertion in those experts' reports is that as little as two or more occasions of handing or use of a glyphosate-based herbicide produces a substantial increase in risk of non-Hodgkin's lymphoma.  Another common assertion is that a total of 10 days of use creates a similar risk.  This is based on the application of odds ratios, calculated using data from those case control studies.  That, however, is a flawed method, and not a scientifically valid means of quantitatively assessing potential health risk for exposure to any chemical.  Consequently, risk conclusions based on those studies are not correct.  That approach is also inconsistent with the body of toxicological evidence emerging over the past four decades from chronic animal toxicity studies (which only show effects from extremely high doses not encountered in human usage scenarios), the body of human exposure and dose studies (which demonstrate that doses associated with occasions of residential, occupational and incidental exposure are millions of times below doses inducing effects in animal studies and fall well below regulatory thresholds for human exposure), what is known about aerosol exposure dynamics, human anatomy and physiology (which in combination explain why human exposures in real world scenarios are extremely low), and the corpus of evidence from epidemiological research.

When available data permits, a more accurate method for individual and population health risk assessment for any chemical, as I will illustrate in Sections 11. and 12. of this report, *is to use empirical data to quantitatively estimate a dose associated with an analogous exposure scenario, and then compare that dose estimate to health-based limits that have been set using accepted risk assessment methods.*

Below I describe the evolution of the body of glyphosate epidemiological research, and discuss its utility for human health risk assessment, to provide context for my comments above.

**Exhibit 1 Page 29**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 29 of 77

---

## 10.1        Evolution of the Body of Glyphosate Epidemiology Research

There are four principal lines of epidemiological research[36] examining the association of glyphosate use and non-Hodgkin's lymphoma (NHL).  Three involved retrospective case-control studies carried out between 1976 and the mid-1990s, and one involves an ongoing prospective longitudinal cohort study that started in 1993.  Among the three lines of case-control studies, one was based on 36 NHL cases across four U.S. mid-west states (Iowa, Minnesota, Nebraska, Kansas)[37], a second was based on 51 NHL cases from six Canadian provinces[38], and a third consisted of one Swedish study with 4 NHL cases (Hardell)[39], and another Swedish study with 29 cases (Eriksson).[40]  The prospective longitudinal study (named the Agricultural Health Study) is a large sample size multi-decade longitudinal cohort study that has generated over 300 research reports from 1994 to date[41].  The latter study recruited every person (and most of their spouses) issued a pesticide applicator license in the states of Iowa and North Carolina between 1993 and 1997.  Most of those enrolled worked in agriculture or pest control, and a small percentage were private householders.  This resulted in the study including approximately 57,000 licensee participants and 32,000 spouses.  Cancer outcomes among the study participants were tracked using state cancer registries, for which reporting is mandatory.

The U.S. and Canadian studies have been subject to data pooling re-evaluation by research teams that include members of the original study teams, resulting in calculations of revised risk estimates based on

---

[36] I use "lines of epidemiological research" deliberately to characterize what in fact are sets of related research reports based on their own original data sets.  In addition to the four lines described herein, there a few unrelated case-control studies, such as: Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M, Mannetje AM, Becker N, Benavente Y, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Brennan P, Miligi L, Ennas MG, Boffetta P.  Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study.  Occup. Environ. Med. 2013 Feb;70(2):91-8. doi: 10.1136/oemed-2012-100845. Epub 2012 Nov 1. PMID: 23117219.

[37] (1) Hoar SK, Blair A, Holmes FF, et al. Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma.  Journal of the American Medical Association. 1986;256:1141–7. (2) Zahm SH, Weisenburger DD, Babbitt PA, et al.  A case-control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) in eastern Nebraska.  Epidemiology. 1990;1:349–56. (3) Cantor KP, Blair A, Everett G, et al.  Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota.  Cancer Research. 1992;52:2447–55.

[38] McDuffie HH, Pahwa P, Mclaughlin JR, et al.  Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men : Cross-Canada Study of Pesticides and Health.  Cancer Epidemiology and Biomarkers Prevention. 2001;10: 1155-1163.

[39] Hardell L, Eriksson M.  A Case–Control Study of Non-Hodgkin Lymphoma and Exposure to Pesticides.  Cancer. 1999; 85(6): 1353-1360.

[40] Eriksson M, Hardell L, Carlberg M, Akerman M.  Pesticide exposure as a risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis.  International Journal of Cancer. 2008;123:1657-1663.

[41] https://aghealth.nih.gov/news/publications.html.



**Exhibit 1 Page 30**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 30 of 77

larger data sets.  The collection of case-control studies has also been consolidated and re-analyzed by other authors[42] to produce additional risk estimates.

## 10.2    Utility of Glyphosate Epidemiology Research for Risk Assessment

The utility of any epidemiological study exploring the relationship between exposure to a chemical and a disease outcome is, to a large degree, a function of how precisely the study estimates the doses experienced by its subjects, and the size of the studied group.  The more precise the dose estimate, and the larger the study group, the more trustworthy the observed association of exposure and disease.  Without reasonably accurate dose estimation, a study's conclusions concerning dose-response relationships are unreliable.  For reasons explained below, I consider findings from the body of glyphosate case-control research to be unreliable, but have confidence that reliable conclusions can be drawn from the findings of the Agricultural Health Study.

### 10.2.1    Case Control Studies Provide No Exposure or Dose Information

One significant limitation of the referenced case control studies is the low quality of data resulting from the manner by which information was collected from subjects.  Each study relied on subjects' self-reported memories concerning use of several dozen to more than one-hundred different insecticides, herbicides, fungicides, rodenticides, wood preservatives, industrial and commercial chemicals, and a variety of self-induced chemical exposures (e.g. smoking, prescription and recreational drug use, alcohol consumption, etc.). [43]  Typically, those studies invited subjects to complete lengthy questionnaires, supplemented for some subjects by interviews, where researchers solicited subjects' recollection of usage patterns going back decades before the study.  This manner of data collection presents

---

[42] (1) Zhang L, Ranaa I, Shafferb RM, Taiolic E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence.  Mutation Research-Reviews in Mutation Research 781 (2019) 186–206. (2) Leon ME, Schinasi LH, Lebailly P, Beane Freeman LE, Nordby KC, Ferro G, Monnereau A, Brouwer M, Tual S, Baldi I, Kjaerheim K, Hofmann JN, Kristensen P, Koutros S, Straif K, Kromhout H, Schüz J. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol. 2019 Oct 1;48(5):1519-1535. doi: 10.1093/ije/dyz017. PMID: 30880337; PMCID: PMC6857760.  The latter included cohorts from studies conducted in France, Norway and USA.

[43] I know this to be the case because I have reviewed the survey instruments used in most of the studies.



**Exhibit 1 Page 31**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 31 of 77

considerable potential for error when dealing with pesticides, because subjects' memories are known to have low accuracy, particularly with respect to events long in the past, and details of usage.[44] [45]

A more fundamental limitation of these case-control studies is that none measured exposure, or dose, and consequently they provide no information about potential dose-response relationships.  In the referenced study reports, authors use terms such as "ever or never exposed", "days exposed" or "years exposed" – but those descriptors are misleading.  None of the case-control studies measured "exposure", but rather, they tallied subjects' self-reported "occasions of use"[46], often without clarifying whether "use" meant handling or application by the subject or someone else.[47]   Moreover, "using" doesn't mean a person is "exposed", being exposed doesn't predict a particular quantity of "absorbed dose", and any resulting "systemic dose" (i.e. concentration expressed in terms of a biological parameter) is a function of many individual variables (e.g. weight).[48]

---

[44] Crump, K. (2020), The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate. Risk Analysis, 40: 696-704. https://doi.org/10.1111/risa.13440

[45] The deposition transcript of the plaintiff illustrates that it is difficult for individuals to remember details such as dates of first use, frequency and duration of use, quantities of use, brands of products, etc.

[46] Blair et al (1986) interchangeably use the words "exposed", "use", "ever use".  They also use the word "un-exposed", and it appears qualified by quotation marks in the two instances where used, suggesting the authors themselves question the existence of such a category.  Zahm et al (1990) interchangeably use the words and phrases "ever exposed", "ever used", "ever handled", and sometimes simply "ever".   No operational definitions are provided for any of these metrics.  Cantor et al (1993) interchangeably use the words "exposed" and "used", as well as the phrases "ever handled", "ever handled, mixed or applied", and "ever personally handled, mixed or applied".  Selective use of the word "personally" suggests that where it is not used the handling, mixing or application occurred on the property, but was performed by someone other than the subject.  Hardell et al (1999) interchangeably use the words "use" and "exposed".  McDuffie et al (2001) are more disciplined that previous authors, using only "exposed" (but of course they mean "used").  Eriksson et al (2008) used "exposed", which was further qualified to mean "one full day of exposure", but the latter was not operationally defined.

[47] For study participants who were farmers, "use" on the farm could be interpreted by the subject as meaning personal handling and application, or alternatively, that it was a crop input that was not necessarily handled or applied by the subject himself.

[48] Several examples can be used to illustrate why that relationship is imprecise.  **Reported Purchase ≠ Actual Purchase**:  Sometimes a person purchases one brand of pesticide and confuses it with another brand, or a different chemical used for a similar purpose.  **Purchase ≠ Use.**  A party who purchases or is responsible for purchasing a pesticide is not necessarily the same person who mixes and applies the material.  **Use ≠ Exposure**:  Products are purchased in closed containers.  If the product is a liquid with a non-volatile active ingredient, as is the case with glyphosate herbicides, opening the cap or lid does not result in emission of glyphosate to the air, and no inhalation exposure occurs.  If the liquid is carefully poured from the open container into a second container without any liquid coming into contact with skin, there is no exposure to skin.  In the absence of inhalation and skin contact the body experiences no exposure to the substance. **Amount of Use ≠**



**Exhibit 1 Page 32**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 32 of 77

---

In the body of case-control research, estimates of potential exposure were further muddied by converting subjects' self-reported "use" into "days of exposure".[49] None of the papers provide an operational definition for "day of exposure", or in the case of the Eriksson et al study, "one full day of exposure"[50].  The result is uncertainty with respect to the meaning, or quantity implied by, a "day of exposure".   In theory, it could be any of the following:

   a. any date on which there was any handling or application of any amount of pesticide, whether exposure occurred or not, for any duration of handling or exposure; or

   b. any date on which there was any handling or application of any amount of pesticide and some unspecified amount of exposure occurred, for any duration of handling or exposure; or

   c. any date on which there was more or less continuous and constant handling and application of a pesticide for the full duration of some unspecified working period (e.g., 7, 8, 10, 12 hours, etc.), resulting in exposure or not; or

   d. a tabulation of the total time associated with series of events involving handling or application of a pesticide, over a series of days, weeks, months or years, amounting to a total number of

---

**Potential Exposure**:  A product can be used in a manner that prevents or minimizes potential exposure to the user's body, depending on factors such as:  Format of application (granular, powder, liquid, vapour); Manner of application (mist droplet size, proximity to target, spray device application pressure, etc.); Quantity applied per unit time or unit area; Protective measures and practices (engineering controls, clothing, personal protective equipment, behavioural avoidance of exposure), ventilation and wind conditions.  **Potential Exposure ≠ Actual Exposure**:  The use of ordinary clothing, protective clothing, gloves, face shields, respirators, hygiene practices, and conditions of product use can prevent exposures to skin and inhalation exposures when use conditions create potential exposures.  There is also not a linear relationship between the extent of potential and actual exposure, for the same reasons as listed in c. above.  **Actual Exposure ≠ Actual Dose**:  When solutions of water with glyphosate come into contact with the skin only a very small amount of the applied material is absorbed into the skin, assuming the skin is washed within a day.  If mists with dissolved glyphosate are inhaled, about half the amount inhaled is exhaled again without being deposited in the airway.  If inadvertently ingested, only around a third of the glyphosate is absorbed into the bloodstream.  Also, the dose associated with an actual exposure is also influenced by the concentration of the pesticide product in solution and its format.  **Systemic Dose Person "A" ≠ Systemic Dose Person "B":**  The key health metric for dose is the mass of absorbed dose per kilogram of body weight.  Persons with different body weights experience different absorbed doses, even if the applied doses they receive are equal.

[49] Several case-control studies provide odds ratio calculations as a function of "days of exposure" (Hoar et al, 1986; Zahm et al 1990, Cantor et al 1992; Hardell 1999; McDuffie et al 2001, Eriksson et al 2008).

[50] Eriksson et al state: "As in our previous lymphoma studies we used a minimum criterion of one full day exposure to be categorized as exposed."  However, none of the earlier Hardell and Eriksson studies claim to use that criterion, and in fact used a completely different exposure classification criterion.  Eriksson et al also claim that "one full day of exposure" was based on some manner of summing hours of exposure, which simply raises the next obvious question: "what is meant by an 'hour of exposure' ".  More oddly, the researchers considered a person having anything less than "one full day of exposure" to have zero exposure, even though, presumably, that could amount to 7 hours of exposure.  Persons with less than "one full day of exposure" were considered by the researchers to be non-exposed for purposes of calculating odds ratios.



| Industrial Safety Engineering | Occupational Medical Services |
|---|---|
| EHS Management Consulting | Hazardous Materials Services |
| Occupational Hygiene | Remediation Contracting |
| Construction Safety | Indoor Air Quality |
| EHS Training | Ergonomics |

**Exhibit 1 Page 33**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 33 of 77

---

hours equivalent to the hours of a typical working day, whatever that number of hours might have been (e.g. 7, 8, 10, 12 hours, etc.).

Each of the usage patterns in a. through d. would be associated with different patterns and time-specific magnitudes of potential exposure, actual exposure, and dose.  So, a "day of exposure" for any given subject could mean no exposure at all, or a level of exposure associated with continuous handling and application for 7 hours or more.  Dose-response relationships as a function of "days of exposure" cannot be discerned when the doses experienced on any given "day" are unknown or completely different among subjects and from day-to-day.

The serious problem of dose-estimation imprecision in the body of case-control research is further compounded by statistical analyses that fail to consider variables that bear on, and can be more predictive of dose, such as: types and use of protective equipment, spot spraying vs. broadcast spraying, application of dry vs. wet products, equipment used for application, quantity applied, frequency of loading, active ingredient concentration, volume applied, mixing practices, wind direction and speed, atmospheric temperature and humidity, personal hygiene practices, eating and smoking behaviours, etc.

To summarize, the body of glyphosate case control research relies on subject use data that are reasonably expected to be highly inaccurate; conflates and confuses concepts of "use", "exposure" and "dose"; provides no definitions or quantification of "day" as a measure of exposure intensity; and as a result, provides no dose-response information.  These problems likely explain why findings are contradictory and inconsistent within individual studies, and across the body of glyphosate case-control research. [51]

### 10.2.2        The Agricultural Health Study Provides Better Estimates of Exposure

The Agricultural Health Study is a large-scale, multi-decade, longitudinal cohort study carried out by the U.S. National Institutes of Health, which has generated several hundred research reports from 1994 to date[52].  The study was initiated in 1993, and recruited every person issued a pesticide applicator license in the states of Iowa and North Carolina between 1993 and 1997, and most of their spouses.  Most subjects were agricultural or pest control applicators, with a small percentage of private householders.  This resulted in the study including approximately 57,000 licensee participants, and 32,000 spouses.  To my knowledge, it has the largest number of subjects of any longitudinal epidemiological study and has

---

[51] For example, some ORs <1, others >1, confidence intervals mostly bracketing 1, some inverse relationships between estimated total exposure and risk, logical inconsistencies between risks associated with different exposure metrics.

[52] https://aghealth.nih.gov/news/publications.html.



**Exhibit 1 Page 34**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 34 of 77

---

been carried out for one of the longest durations.  In epidemiological research, larger study group sizes and longer study durations produce more reliable results.  To date, the AHS has accumulated information from more than 800,000 person years of pesticide user experience.

For this large study population, information on pesticide usage factors known to be related to intensity of exposure and dose, and health-relevant personal and lifestyle information, was first collected contemporaneously via a questionnaire at the time of initial licensee enrollment, with a follow-up questionnaire survey several years thereafter (1999 – 2005).  An important aspect of the AHS, and one that distinguishes it from the body of case-control research, is that considerable attention has been paid to the collection of information on usage patterns and exposures.  Over the course of several study years, researchers developed and refined two exposure intensity algorithms: (1) cumulative number of lifetime days during which use occurred; and (2) cumulative number of lifetime days during which use occurred, weighted by intensity of exposure. [53]  The latter metric was validated by observational studies verifying strength of relationship between self-reported pesticide usage and actual exposure patterns.

---

[53] (1) Blair A, Tarone R, Sandler D, Lynch CF, Rowland A, Wintersteen W, Steen WC, Samanic C, Dosemeci M,  Alavanja MCR.  Reliability of Reporting on Life-Style and Agricultural Factors by a Sample of Participants in the Agricultural Health Study from Iowa. Epidemiology. 2002;13(1):94-99. (2) Dosemeci M, Alavanja MCR, Rowland A, Mage D, Hoar Zahm S, Rothman N, Lubin JH, Hoppin J, Sandler D, Blair A.  A Quantitative Approach for Estimating Exposure to Pesticides in the Agricultural Health Study. Annals of Occupational Hygiene. 2002;46(2):245-260. (3) Hoppin JA, Yucel F, Dosemici M, Sandler D.  Accuracy of self-reported pesticide use duration information from licensed pesticide applicators in the Agricultural Health Study.  Journal of Exposure Science & Environmental Epidemiology. 2002;12:313–318.  1) Thomas KW, Dosemeci M, Coble JB, Hoppin JA, Sheldon LS, Chapa G, Croghan CW, Jones PA, Knott CE, Lynch CF, Sandler DP. Blair AE Alavanja MC.  Assessing a Pesticide Exposure Intensity Algorithm in the Agricultural Health Study.  Journal of Exposure Science and Environmental Epidemiology. 2010;20(6): 559–569. doi:10.1038/jes.2009.54.  (4) Blair A, Thomas K, Joseph Coble C, Sandler DP, Hines CJ, Lynch CF, Knott C, Purdue MP, Zahm SH, Alavanja MCR, Dosemeci D, Kamel F, Hoppin JA, Beane Freeman L, Lubin JH. Impact of pesticide exposure misclassification on estimates of relative risks in the Agricultural Health Study. Occupational and Environmental Medicine. 2011;68(7):537–541. doi:10.1136/oem.2010.059469.  (5) Coble J, Thomas KW, Hines CJ, Hoppin JA, Dosemeci D, Curwin B, Lubin JH, Beane Freeman LE, Blair A, Sandler DP, Alavanja MCR.  An Updated Algorithm for Estimation of Pesticide Exposure Intensity in the Agricultural Health Study. International Journal of Environmental Research in Public Health. 2011;8: 4608-4622;  (6) Heltshe SL, Lubin JH, Koutros S, Coble JB, Ji BT, Alavanja MCR, Blair A, Sandler DP, Hines CJ, Thomas KW, Barker J, Andreotti G, Hoppin JA, Beane Freeman LE.  Using multiple imputation to assign pesticide use for nonresponders in the follow-up questionnaire in the Agricultural Health Study.  Journal of Exposure Science and Environmental Epidemiology. 2012;22(4):409–416. doi:10.1038/jes.2012.31. (7) Jones RR, DellaValle CT, Flory AR, Nordan A, Hoppin JA, Hofmann JN, Chen H, Giglierano J, Lynch CF, Beane Freeman LE, Rushton G, Doran MH.  Accuracy of residential geocoding in the Agricultural Health Study. International Journal of Health Geographics. 2014;13:37. http://www.ij-healthgeographics.com/content/13/1/37. doi:10.3390/ijerph8124608. (8) Deziel NC, Beane Freeman LE, Hoppin JA, Thomas K, Lerro CC, Jones RR, Hines CJ, Aaron Blair A, Graubard BI,  Lubin JH, Sandler DP, Chen H, Andreotti G, Alavanja MC, Friesen MC.  An algorithm for quantitatively estimating non-occupational pesticide exposure intensity for spouses in the Agricultural Health Study.  Journal of Exposure Science & Environmental Epidemiology. 2019;29:344–357. https://www.nature.com/articles/s41370-018-0088-z.



**Exhibit 1 Page 35**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 35 of 77

Using these more precise exposure proxies, the AHS analyses have not shown elevated risks for any types of cancer in connection with long-term usage, nor any relationship between health outcomes and intensity or duration of exposure to glyphosate-based herbicides.

**Exhibit 1 Page 36**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 36 of 77

## 11.    PLAINTIFF'S REPORTED USAGE

In the following section, I inventory aspects of the Plaintiff's self-reported manner of Roundup® use that bear on potential exposures and dose estimation.

### 11.1    Property Addresses

Table 2 [54] lists the residential properties where the Plaintiff reported having Roundup®, and timeframes.

| Table 2: Addresses of Residential Properties Where Plaintiff Reported Applying Roundup® | | | |
|---|---|---|---|
| **Address** | **Timeframes** | **Comment** | **Transcript Ref.** |
| 12706 S Austin Ave., Palos Heights, IL | 1976 to 1979 | Family home of parents | 58:2-5; 58:10-13; 99:9-14; 103:12-16 |
| | 1980 to 1986 | Continued application at family home of parents after Plaintiff moved to 13210 Oak Ridge Trail, Palos Heights, IL. | 56:7-25; 57:20-24; |
| 1855 Azalea Springs, Roswell, GA | 1988 to 2003 | Plaintiff's principal residence | 35:9-17; 55:19-24; 117:20-25; 118:1-10 |
| 4664 Villa Ridge Rd., Marietta, GA | 1988 to 2003 | Application at her parent's house while Plaintiff lived at 1855 Azalea Spring, Roswell, GA | 131:5-8 |
| | 2003 to 2005 | Plaintiff now living at her mother's house following divorce. | 55:8-13, Exhibit 2 |
| | 2005 to 2010 | Continued application at mother's home after Plaintiff moved to 411 Southbridge Blvd, Savannah, GA | 40:19-25 |
| | 2014 | Brief period (four months) following mother's death and sale of the house | 139:13-16; 141:6-9; 147:21-25; 148:1-5 |
| 411 Southbridge Blvd., Savannah GA | 2010 to 2012 | Principal residence | 50:24-25; 51:1-10; 53:25; 54:1-7; 135:3-13; |

The Plaintiff's work history gave no indication of occupational use or exposure to Roundup® (59-70).

---

[54] The "Transcript Ref." column cites source page numbers and lines (PAGE:LINE-LINE), from her transcript and exhibits. The PAGE:LINE-LINE citation convention is used hereafter in the report.



**Exhibit 1 Page 37**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 37 of 77

## 11.2    Product Formats and Application Devices

At all the locations and timeframes in Table 2, the Plaintiff reported applying Roundup® almost entirely in the form of a dilute solution formulated from concentrate[55].  She did not know the GAE concentration in the Roundup® concentrate[56], or the specific variant brand name of the formulation[57], but claimed to use a variant that had the same GAE concentration over all timeframes of use.[58]

The Plaintiff indicated that she purchased Roundup® concentrate in rectangular containers that measured approximately 1 foot wide by 1.5 feet high (118), and also in containers with 32-ounce capacity (119).

The Plaintiff also indicated making occasional use of a ready-to-use or "premixed" Roundup® formulation to perform touch-ups at locations missed during her use of diluted concentrate at the Roswell GA residence,[59] and as the sole formulation used at the Savannah GA residence.[60]

The Plaintiff reported using four types of sprayers for dilute Roundup® solutions:

a)   a 2-gallon capacity hand-carried pump-pressurized sprayer from 1976 to 1986 at the Palos Heights IL residence,[61] but could not recall a brand name for the sprayer;

b)   a Scotts brand hand pressure pump sprayer, from 1988 to 2003 at the Roswell GA and Marietta GA residences;[62]

c)   an Ortho™ Dial N' Spray brand sprayer, with 32 ounce concentrate volume capacity,[63] from 1988 to 2003 at the Roswell GA and Marietta GA residences;[64] and

d)   the sprayer that was an integral part of the container for the ready-to-use Roundup®.[65]

Exemplars consistent with the Plaintiff's descriptions in a), b), c) and d) are shown in Figures 2, 3, 4 and 5, respectively.

---

[55] 34:25; 35:1-2; 41:10-11; 133:12-17.
[56] 101:1-5.
[57] 100:15-17.
[58] 145:20-23.  While stating this, the Plaintiff indicated it was possible she also purchased a Roundup® concentrate variant for poison ivy (41:16-22).
[59] 35:3; 41:13; 45:16-25; 133:18-19.
[60] 135, 136.
[61] 151, 152.
[62] 151:5-7, 13-15; 170:8-15.
[63] 119:11-12.
[64] 44:8-9; 170:8-25.
[65] 41:16-17



**Exhibit 1 Page 38**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 38 of 77

|  |  |
|---|---|
| **Figure 2:  Exemplar – Vintage 2-Gallon Sprayer** [66] | **Figure 3:  Exemplar – Scott's Brand 2-Gallon Sprayer** [67] |

---

[66] Exemplar image accessed March 12 2023 from https://www.ebay.com/itm/323965586955.

[67] Exemplar image accessed February 9 2020 from https://www.homedepot.com/p/Scotts-2-Gal-Multi-Use-Sprayer-190499/300259167.


Industrial Safety Engineering    Occupational Medical Services
EHS Management Consulting    Hazardous Materials Services
Occupational Hygiene    Remediation Contracting
Construction Safety    Indoor Air Quality
EHS Training    Ergonomics

**Exhibit 1 Page 39**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 39 of 77



**Figure 4:  Exemplar – Ortho Dial N' Spray Hose-End Sprayer** [68]



**Figure 5:  Exemplar – Roundup® Ready-to-Use** [69]

---

[68] Exemplar image accessed March 14 2023 from https://i.ebayimg.com/images/g/oXkAAOSw6TVi0yAT/s-l300.jpg.  Several models of the Dial N Spray hose-end sprayer can be found via an internet search.  I consider it likely that the exemplar shown here is the specific model that the Plaintiff reported using, because she reported first use when moving to the Roswell address in 1988, and the model shown has a Chevron company logo on the label, which places it to the era when Ortho was owned by Chevron.  Chevron sold Ortho to Monsanto in 1993 (https://www.nytimes.com/1993/01/08/business/company-news-chevron-to-sell-its-ortho-unit-to-monsanto.html#:~:text=The%20Chevron%20Corporation%20said%20yesterday,includes%20Roundup%20and%20Lasso%20herbicides).  Subsequent to the sale to Monsanto, the front label of Dial N Spray models no longer had a Chevron logo.  The back label indicated that the device was manufactured by The SOLARIS Group – A Division of the Agricultural Group of Monsanto Company, and had a 1994 copyright mark (see: Figure 4A, source:
https://www.ebay.com/itm/204264503519?epid=1138727224&hash=item2f8f1cf8df:g:uiAAAOSw08lkA9OU&amdata=enc%3AAQAHAAAA8PN9tVz68Wfh2%2BtuYcuNkw0%2FG1yQukxs3QRkiA7mj3qW9kGLHJ%2FUXHazU8KYIBEeveO0x5pX5J%2BHGb15WbzdLxv%2BehFwnBkUj3v8N0lUqFW2ZRwEVd2ujzt7ylXqDh0fs1JZMmGbQ9%2FJEHpk0UjYhuzt0B3Md%2Bzj%2B8mFhSWc6vEpg5ps9rzdfjPdk9tjzmJq0epUcnFMst2cwIgu4yHlolGEhk7%2FDLvSGLIW%2F3H%2F5eIaMLCi4DWtiwl7bBrUAD5jAejKwDEGHSSjJpOrl%2BRtGm1A4wRvrDmdE6TjLXSIDkiTq20YQgpBH9stCwBtA%2BsgdQ%3D%3D%7Ctkp%3ABk9SR96yjKDcYQ)


Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting   Hazardous Materials Services
Occupational Hygiene   Remediation Contracting
Construction Safety   Indoor Air Quality
EHS Training   Ergonomics

**Exhibit 1 Page 40**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 40 of 77

---

### 11.3    Grounds Areas Where Reportedly Applied

### 11.3.1   12706 Austin Ave., Palos Heights, IL

The Plaintiff reported spraying at this address, which was her childhood home, during her teenage years, and for several years and after moving out.

Figure 6 shows a Google street view image of this address.  Figure 7 shows a Google Earth Pro image of this address with the apparent lot boundary outlined in yellow.  Figures 8 through 14 show the locations at this address the Plaintiff reported spraying Roundup®, and the associated square footage surface areas.



**Figure 4A: 1994 Vintage Dial N' Spray Device**

---

[69] Exemplar image accessed January 2 2023 from https://www.roundup.com/en-us/products/landscape-weeds/roundup-ready-use-weed-grass-killer-iii-comfort-wand.



**Exhibit 1 Page 41**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 41 of 77



**Figure 6: Google Street View, 12706 S Austin Ave, Palos Heights, IL**



**Figure 7: Google Earth Image of 12706 Austin Ave., Palos Heights, IL [70]**

---

[70] 111:3-5, 18-19.



Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting   Hazardous Materials Services
Occupational Hygiene   Remediation Contracting
Construction Safety   Indoor Air Quality
EHS Training   Ergonomics

**Exhibit 1 Page 42**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 42 of 77



Figure 8: Rear Yard South Border Reported Spray Zone [71]



Figure 9: Rear Yard North Border Reported Spray Zone [72]

---

[71] 111:3-5, 18-19.
[72] 111:3-5, 18-19.



Industrial Safety Engineering      Occupational Medical Services
EHS Management Consulting      Hazardous Materials Services
Occupational Hygiene      Remediation Contracting
Construction Safety      Indoor Air Quality
EHS Training      Ergonomics

**Exhibit 1 Page 43**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 43 of 77



**Figure 10: Rear Yard West Border Reported Spray Zone** [73]



**Figure 11: Front Entrance Bed Reported Spray Zone** [74]

---

[73] 111:3-5, 18-19.
[74] 111:13-17, 112:23-24.



Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting       Hazardous Materials Services
Occupational Hygiene            Remediation Contracting
Construction Safety             Indoor Air Quality
EHS Training                    Ergonomics

**Exhibit 1 Page 44**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 44 of 77



**Figure 12: Front Yard Roadside Bed Reported Spray Zone** [75]



**Figure 13: Neighbour's Property Across the Road, Reported Ditch Spray Zone** [76]

---

[75] 111:13-17.
[76] 113:5-18.



Industrial Safety Engineering    Occupational Medical Services
EHS Management Consulting        Hazardous Materials Services
Occupational Hygiene             Remediation Contracting
Construction Safety              Indoor Air Quality
EHS Training                     Ergonomics

**Exhibit 1 Page 45**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 45 of 77



**Figure 14: Google Street View - Plaintiff's Home Right Side, Neighbour's Ditch Left Side**

Table 3 provides a tally of the surface areas for the sprayed areas marked in Figures 8 through 13, based on my understanding of the Plaintiff's testimony.  In addition to these, the Plaintiff described spraying under two or three blue spruce trees beside the driveway[77] which are not evident in the satellite images. For purposes of my analysis, I am assigning each of those three trees a ground level circumference of 10 feet, which equals 78.54 square feet.

| Table 3: Tally of Surface Areas for Understood Spray Zones: Palos Heights, IL | | |
|---|---|---|
| **Spray Zone** | **Figure No.** | **Area (Sq.Ft)** |
| Rear Yard South Border | 8 | 326 |
| Rear Yard North Border | 9 | 289 |
| Rear Yard West Border | 10 | 234 |
| Front Entrance Bed | 11 | 237 |
| Front Yard Roadside Bed | 12 | 61 |
| Neighbour's Ditch | 13 | 553 |
| Under 3 Spruce Trees (Total) | N/A | 236 |
| | **Total** | **1937** |

---

[77] 112:20-22.



Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting   Hazardous Materials Services
Occupational Hygiene   Remediation Contracting
Construction Safety   Indoor Air Quality
EHS Training   Ergonomics

**Exhibit 1 Page 46**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 46 of 77

---

### 11.3.2   1855 Azalea Springs, Roswell, GA

The Plaintiff stated that this was the first adulthood principal address location at which she sprayed Roundup.®

Figure 15 shows a Google Earth Pro image of this address, with the apparent lot boundaries outlined in yellow.



**Figure 15: Google Earth Image of 1855 Azalea Springs Trail, Roswell GA**

Figure 16 shows the front yard and façade of the house.[78]  The front photo shows several locations with trees, bushes and landscaping features in the front yard, and at the east and west sides of the front entrance.  These are plausible zones for spot spraying, the areas of which are shown in Figures 17 through 20.[79]

---

[78] The photo incorrectly has the house number as 1899 but other photo sources confirm that it is 1855.  See: www.refin.com/GA/Roswell/1855-Azalea-Springs-Trl-30075/home/24554496, accessed February 9, 2020.

[79] The Plaintiff describes using both the Scotts pump sprayer for spot spraying, and the Ortho Dial N' Go in a "fan" mode for "the hill" at 1855 Azalea Springs Trial (120, 123, 145, 151, 156, 168, 170, 175, 178, 179).



Industrial Safety Engineering
EHS Management Consulting
Occupational Hygiene
Construction Safety
EHS Training

Occupational Medical Services
Hazardous Materials Services
Remediation Contracting
Indoor Air Quality
Ergonomics

**Exhibit 1 Page 47**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 47 of 77



**Figure16: Google Street View, 1855 Azalea Springs Trail, Roswell GA** [80]



**Figure 17: Potential Weed Control Spot Spraying Zone Under Front Yard Tree**

---

[80] Image accessed February 9, 2020.



Industrial Safety Engineering    Occupational Medical Services
EHS Management Consulting       Hazardous Materials Services
Occupational Hygiene            Remediation Contracting
Construction Safety             Indoor Air Quality
EHS Training                    Ergonomics

**Exhibit 1 Page 48**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 48 of 77



**Figure 18: Potential Weed Control Spot Spraying Zone Under Roadside Flowering Bush**



**Figure 19: Potential Weed Control Spot Spraying Zone, West Front Façade**

**Exhibit 1 Page 49**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 49 of 77



**Figure 20: Potential Weed Control Spot Spraying Zone, East Front Façade**

A Redfin real estate listing from 2010 shows several photos of the rear yard of the property (Figures 21, 23, 24).

Figure 21 shows a tent canopy at the rear of the house, with a landscaped bed in the foreground that is a plausible zone for spot spraying, the estimated area of which is shown in Figure 22.

**Exhibit 1 Page 50**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 50 of 77



**Figure 21: Photo of Back Deck and Terrance, 1855 Azalea Springs Trail** [81]



**Figure 22: Potential Weed Control Spot Spraying Zone, Landscaped Area West of Tent Canopy**

---

[81] Photo from real estate listing in 2010: www.redfin.com/GA/Roswell/1855-Azalea-Springs-Trl-30075/home/24554496, accessed February 9, 2020.



**Exhibit 1 Page 51**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 51 of 77

Figure 23 shows a sloped area at the rear of the lot, with a landscaped bed and tree line that runs southeast to northwest, ending in a clearing at the corner of the lot, shown in Figure 24.  Based on the ground appearance (mulched, no vegetation), these are plausible zones for broadcast spraying using the Dial N' Spray end-hose sprayer [82], the estimated area of which is shown in Figure 25.



**Figure 23: Photo of Sloped Land at Rear of Property ("the hill"), 1855 Azalea Springs Trial** [83]

---

[82] This appears to be "the hill" described by the Plaintiff, 120:5-25; 168:17-24.

[83] Photo from real estate listing in 2010: www.redfin.com/GA/Roswell/1855-Azalea-Springs-Trl-30075/home/24554496, accessed February 9, 2020.



Industrial Safety Engineering    Occupational Medical Services
EHS Management Consulting    Hazardous Materials Services
Occupational Hygiene    Remediation Contracting
Construction Safety    Indoor Air Quality
EHS Training    Ergonomics

**Exhibit 1 Page 52**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 52 of 77



**Figure 24: Photo of Back Corner Rear of Property Contiguous with "the hill", 1855 Azalea Springs Trial**



**Figure 25: Satellite View of the Zones Shown in Figures 23 and 24**

**Exhibit 1 Page 53**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 53 of 77

To summarize, I interpret the Plaintiff's testimony to indicate application as tallied in Table 4.

| Table 4: Tally of Surface Areas for Understood Spray Zones: Roswell, GA | | | |
|---|---|---|---|
| **Spray Zone** | **Figure No.** | **Area (Sq. Ft.)** | **Likely Sprayer** |
| Under Front Yard Tree | 17 | 94 | Scotts 2-Gallon |
| Under Roadside Flowering Bush | 18 | 83 | |
| West Front Façade | 19 | 88 | |
| East Front Façade | 20 | 570 | |
| **Total - Scotts Sprayer** | | **835** | |
| Landscaped Area West of Tent Canopy (Rear Yard) | 22 | 110 | Dial N' Spray |
| "The Hill" and Northwest Clearing (Rear Yard) | 25 | 858 | |
| **Total - Dial N' Spray** | | **968** | |

### 11.3.3  4644 Villa Ridge Rd., Marietta, GA

The Plaintiff indicated this was the address of her parents' home after they moved from Palos Heights, IL, and that she assisted with yard work during the time of their ownership, which included spraying Roundup®.

Figure 26 shows a Google Earth Pro image of this property.  Figure 27 shows a street view of the house from a realtor.com record.  This image shows two mulched beds near the roadside, and landscaped beds along the north and south sides of the façade.  The estimated areas for those front yard potential weed control zones, and an additional tree zone to the north (not seen in Figure 27) are shown in Figures 28 through 31.

**Exhibit 1 Page 54**

rea.
Advancing Health and Safety

Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting   Hazardous Materials Services
Occupational Hygiene   Remediation Contracting
Construction Safety   Indoor Air Quality
EHS Training   Ergonomics

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 54 of 77



**Figure 26: Satellite Photo, 4644 Villa Ridge Rd., Marietta, GA** [84]



**Figure 27: View of the Front Yard and Facade, 4644 Villa Ridge Road** [85]

---

[84] Image from 3/2018.  Exfoliated image selected among several available to optimize view of the lot.
[85] Image accessed March 13, 2023 from https://www.realtor.com/realestateandhomes-detail/4644-Villa-Ridge-Rd-NE_Marietta_GA_30068_M57553-79407.



**Exhibit 1 Page 55**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 55 of 77



**Figure 28: Potential Weed Control Spot Spraying Zone, Front Yard Center**



**Figure 29: Potential Weed Control Spot Spraying Zone, Front Yard South**

**Exhibit 1 Page 56**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 56 of 77



**Figure 30: Potential Weed Control Spot Spraying Zone, Front Yard North**



**Figure 31: Potential Weed Control Spot Spraying Zone, Landscaped Beds Front Façade**

**Exhibit 1 Page 57**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 57 of 77

Figures 32 through 34 show backyard views of the property from the previously referenced realtor.com record.   Figure 35 shows the lot boundaries for the property.



**Figure 32: Backyard View, Southeast Corner Looking Northwest**



**Figure 33: Backyard View, Northwest Corner Looking Southeast**

Exhibit 1 Page 58

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 58 of 77



**Figure 34: House Back Façade Looking South**



**Figure 35: Lot Boundaries** [86]

---

[86] Image accessed March 13, 2023 from Cobb County GA public land records:
https://qpublic.schneidercorp.com/Application.aspx?AppID=1051&LayerID=23951&PageTypeID=1&PageID=9966&KeyValue=01001600200.



Industrial Safety Engineering
EHS Management Consulting
Occupational Hygiene
Construction Safety
EHS Training

Occupational Medical Services
Hazardous Materials Services
Remediation Contracting
Indoor Air Quality
Ergonomics

**Exhibit 1 Page 59**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 59 of 77

Informed by the content of Figures 32 through 35, I provide an area estimate in Figure 36 for the backyard zone covered with mulch that the Plaintiff described spraying using the Dial N' Spray hose-end sprayer.



**Figure 36: Area Estimate for the Backyard Spray Zone**

To summarize, I interpret the Plaintiff's testimony to indicate application as tallied in Table 5.

| Table 5: Tally of Surface Areas for Understood Spray Zones: Marietta, GA | | | |
|---|---|---|---|
| **Spray Zone** | **Figure No.** | **Area (Sq. Ft.)** | **Likely Sprayer** |
| Front Yard Center | 28 | 222 | Scotts 2-Gallon |
| Front Yard South | 29 | 161 | |
| Front Yard North | 30 | 115 | |
| Landscaped Beds Front Facade | 31 | 207 | |
| **Total - Scotts Sprayer** | | **705** | |
| Rear Yard, Mulched Areas | 36 | 5791 | Dial N' Spray |
| **Total - Dial N' Spray** | | **5791** | |

Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting   Hazardous Materials Services
Occupational Hygiene   Remediation Contracting
Construction Safety   Indoor Air Quality
EHS Training   Ergonomics

rea
Advancing Health and Safety

**Exhibit 1 Page 60**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 60 of 77

### 11.3.4   411 Southbridge Blvd., Savannah GA

Figure 37 is Google Earth Pro image of this address at the time of occupancy by the Plaintiff.  The Plaintiff describes applying ready-to-use Roundup® to a strip of land, measuring four-to-five feet deep and fifty feet wide (for a maximum total area of 5 feet x 50 feet = 250 square feet) between the rear edge of the backyard sod and the adjacent forested wetland.[87]



---

[87] 136:8-13.  The sprayed area is not evident in the available Google Earth Images for the occupancy period.



Industrial Safety Engineering    Occupational Medical Services
EHS Management Consulting        Hazardous Materials Services
Occupational Hygiene             Remediation Contracting
Construction Safety              Indoor Air Quality
EHS Training                     Ergonomics

**Exhibit 1 Page 61**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 61 of 77

---

## 12.    ESTIMATION OF PLAINTIFF'S DOSE PER DAY ON USAGE OCCASIONS

### 12.1    Dose Estimation Methodology: 2-Gallon Sprayers, Ready-to-Use Roundup® Sprayer

#### 12.1.1   Analogous Applications Scenarios and Exposure Factors

As noted earlier in this paper, several peer reviewed studies (listed in Figure 1) have reported exposures and doses associated with a variety of methods and settings for Roundup® and GBH applications. Included are studies quantifying individuals' exposures and of doses associated with tasks analogous to those described by the plaintiff.  ***These studies are relevant to dose estimation in the instant case, because persons applying pesticides in similar ways and similar settings, involving similar amounts of active ingredient, are known to experience similar magnitudes of exposure to those active ingredients, which permits formulation of "exposure factors" and their use for dose estimation by analogy.***

I use this approach for estimating the Plaintiff's potential per day of use doses associated with the use of the 2-gallon sprayers and ready-to-use Roundup® sprayers at the properties inventoried in Section 11 of this report.  This is discussed below.

#### 12.1.2   The Pierce (2020) Route of Exposure and Urinary Concentration Study

In August 2020, a new glyphosate exposure study was published (Pierce, 2020)[88] describing skin and inhalation exposure levels associated with a sprayer application scenario comparable to residential scenarios.  This was a controlled field experiment in Illinois, where each of 12 volunteers (50/50 men and women) mixed, filled, and used backpack sprayers to continuously spray a 0.96% (= 9.6 grams/liter) glyphosate solution, formulated using Roundup® Weed & Grass Killer Super Concentrate (432 grams/liter), diluted with water per label instructions.  Each volunteer sprayed continuously along a 677 foot (= 206.35 meters) path around the perimeter of a gravel yard at a pace of approximately 1 foot (= 0.3 meters) per second until the contents of the sprayer were emptied.  The task sequence of dispensing concentrate, filling the sprayer with water and mixing, and spraying the perimeter pathway was repeated three times in the morning, mid-day, and afternoon, for a total of four complete task sequences per volunteer.  Over the course of the total task sequence each volunteer sprayed 16.3 gallons (= 61.7 liters) of dilute solution, equal to a total of 592 grams of glyphosate, over a total surface area of approximately 5000 square feet.  The total task sequence took approximately 100 minutes per person.

---

[88] Pierce *et al.* (2020), https://doi.org/10.1080/08958378.2020.1814457



**Exhibit 1 Page 62**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 62 of 77

During the exercise one group of six volunteers wore only shorts, t-shirts, and athletic shoes and socks for skin coverage, but they also wore a half-face glyphosate-filtering respirator.  For this first group any dose they received was only via exposure of bare and clothed skin, because there would be little, or no inhalation exposure given the protection provided by the respirator.  The other group of six volunteers wore glyphosate-resistant Tyvek® suits, rubber gloves, athletic shoes and socks, but no respirator.  For this second group any dose they received was primarily via inhalation, because most of their skin was covered by impervious clothing[89].  For both groups eating and drinking was prohibited during the task period, so there would be no contribution from inadvertent ingestion.

Urine samples were collected from all volunteers 30 minutes prior to the start of spray application to determine baseline urinary glyphosate concentrations, and then again at 3, 6, 12, and 24 hours after application ceased.  The first group also provided urine samples 36 hours after application ceased.  Passive dosimetry was also performed to measure skin contact exposure and breathing zone air concentrations.

The volunteers' urinary concentration results are shown in Table 1 and Figure 1 of the Pierce 2020 paper.  In general, the results in Pierce showed that inhalation exposures were much lower than dermal exposures, supporting the findings of prior studies that skin is the primary route of exposure to glyphosate during GBH application.  As has been observed in every similar exposure assessment study, there was a range of exposure and dose levels among the Pierce study subjects, despite wearing similar types of clothing and performing their spray tasks in the same manner and using the same quantities of Roundup®.  Like prior studies, Pierce also observed relatively fast elimination of glyphosate from the body: urinary concentrations of glyphosate peaked within 3-6 hours of application and were statistically indistinguishable from baseline levels by 24 hours.

### 12.1.3   The Kougias (2020) Dose Analysis of the Pierce Study Volunteers

In November 2020, the same research team published a second paper (Kougias et al, 2020)[90] in which two methods were used to develop dose estimates associated with the quantities of glyphosate applied by the 12 volunteers in the Pierce 2020 study.  The doses were estimated for each volunteer using urinary glyphosate concentrations.  For the quantities of glyphosate applied in the Pierce study, the estimated dose range for the inhalation exposure group was 0.118 to 1.165 µg/kg BW (= 0.000118 to

---

[89] The Tyvek® wearing volunteers did not wear rubber boots, but instead wore athletic shoes, meaning that some skin contact was still possible.

[90] Kougias, D.G., Miller, E., McEwen, A., Reamer, H., Kovochich, M. and Pierce, J. (2020), Risk Assessment of Glyphosate Exposures from Pilot Study with Simulated Heavy Residential Consumer Application of Roundup® using a Margin of Safety (MOS) Approach. *Risk Analysis*. https://doi.org/10.1111/risa.13646



**Exhibit 1 Page 63**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 63 of 77

0.00165 mg/kg BW) per day, and the estimated dose range for the skin exposure group was 0.170 to 4.736 µg/kg BW (= 0.00017 to 0.004736 mg/kg BW) per day.  These values are well below the regulatory and non-regulatory agency recommended limits shown in Table 1 herein, which range from 15.7 to 300 µg/kg BW (= 0.0157 to 0.300 mg/kg BW) per day.

### 12.1.4  Calculating an Exposure Factor from the Pierce and Kougias Data

The Pierce and Kougias studies described earlier in this paper led to the finding that the spray discharge of 592 grams of glyphosate acid equivalent by the volunteer subjects resulted in a range of total doses, which are shown in Table 6, sorted from highest to lowest.[91]

| Table 6: Summary Dose Data, Kougias et al (2020) | | | | | |
|---|---|---|---|---|---|
| Exposure Route | Run and Subject Gender | Exposure Route-Specific Dose µg/kg per day | Exposure Route | Run and Subject Gender | Exposure Route-Specific Dose µg/kg/day |
| Inhalation | Run 2 F | 1.165 | Dermal | Run 1 F | 4.736 |
| Inhalation | Run 3 F | 0.478 | Dermal | Run 3 F | 1.296 |
| Inhalation | Run 2 M | 0.324 | Dermal | Run 3 M | 1.198 |
| Inhalation | Run 1 M | 0.268 | Dermal | Run 2 F | 0.762 |
| Inhalation | Run 3 M | 0.249 | Dermal | Run 1 M | 0.274 |
| Inhalation | Run 1 F | 0.139 | Dermal | Run 2 M | 0.214 |
| | Average | 0.437 | | Average | 1.41 |
| Average % Total Dose | | 23.6% | Average % Total Dose | | 76.4% |

When the average estimated skin contact and inhalation[92] doses from the above table are added together, an average predicted composite total dose can be calculated.  That value, which is 1.847 micrograms per kilogram of body weight per day (µg/kg BW per day), is a useful average dose estimate for purposes of calculating an exposure factor value for task scenarios similar to those described in the

---

[91] Data from Table IV in Kougias et al (2020).

[92] The authors considered the overall dose level for the inhalation group (who wore Tyvek® coveralls) to be inflated due to liquid contact with skin of the feet of subjects. Therefore, the exposure factor that I use herein may overestimate the average systemic dose.



**Exhibit 1 Page 64**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 64 of 77

Pierce study.[93]  When that value (1.847 µg/kg BW per day = 0.001847 mg/kg BW per day) is divided by the quantity of glyphosate acid equivalent ("GAE") applied (592 grams), it produces an exposure factor value, which is: (1.847 µg/kg BW per day) / (592 grams GAE per day) = 0.00312 ug glyphosate/kg/gram GAE.  In other words, a person mixing and spraying glyphosate in the manner described in the Pierce study, would be predicted to experience a systemic dose of 0.00312 micrograms (= 0.00000312 milligrams) per kilogram of their body weight per day, for every gram of glyphosate acid equivalent applied over the course of that day.

### 12.1.5   The Pierce Study and Plaintiff's Residential Application Scenarios Share Similarities Bearing on Exposure and Dose Levels

In the Pierce study, one group of applicator volunteers wore only typical summertime clothing – t-shirts, shorts, sneakers with socks – and no special protective equipment (e.g. impervious gloves, rainwear, coveralls, eye protection, respirator, boots).  The Plaintiff reported generally wearing similar clothing while spraying, and no special protective equipment.  Therefore, the summertime clothing of the Pierce volunteers and the Plaintiff would have comparable areas of exposed skin and similar potential for skin contact exposure.  Additionally, the other group of Pierce volunteers used no respiratory protection and would have opportunity for inhalation exposure comparable to the Plaintiff.  The Pierce volunteers applied a dilute solution with GAE of 9.6 grams/liter.  The Plaintiff reported formulating a dilute solution of 6 ounces of concentrate per gallon when using a 2-gallon sprayer[94], and setting the Dial N' Spray dial to 6 ounces per gallon on that device.[95]  The result is a dilute solution with GAE of 6.67 grams / liter.[96]

Based on these similarities, it is reasonable to use information from the Pierce and Kougias studies to develop an estimate of the Plaintiff's dose per occasion of spray application at the subject properties.

### 12.1.6   Using the Pierce-Kougias Exposure Factor in the Instant Case

In order to use the Pierce-Kougias Exposure Factor, it is necessary to have an estimate of the mass of GAE discharged by the Plaintiff.  This can be determined if the solution GAE concentration and volumes

---

[93] An "exposure factor" is a number that relates the value of some task-related parameter (e.g., amount of Roundup® sprayed) to an amount of exposure or dose.  The use of exposure factors is an accepted methodology, and particularly so in relation to pesticides.  See for example the U.S. Environmental Protection Agency Exposure Factors Handbook (2011).

[94] 41:10-12.

[95] 45:1-2.

[96] https://roundup.com/en-us/shop/landscape-weeds/roundup-concentrate-plus-weed-and-grass-killer/roundup-concentrate-plus-weed-and-grass-killer.html. Accessed March 15 2023.  Concentrate contains 1.19 pounds of GAE per gallon = 539.775 grams per gallon = 4.21 grams per ounce.  Six ounces of concentrate = 25.26 grams.  1 gallon = 3.78541 liters.  25.26 grams / 3.78641 liters = 6.67 grams per liter.



**Exhibit 1 Page 65**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 65 of 77

applied on occasions of use are known.  In the instant case, the Plaintiff did not know the GAE concentration of the concentrate, or the formulated dilute solutions, or the volumes of concentrate applied on occasions of use.

When such information is unavailable, a reasonable method for estimating dilute solution volumes discharged, and the associated mass of GAE, is to use calculate those values based on measurements of square footages of the grounds areas where applications occurred, and knowledge of the typical application coverage rate for dilute Roundup®, which is 300 square feet per gallon.[97]

The necessary square footage estimates for each property are provided in Section 11 of this report.

### 12.1.7   Dose Calculations: 2-Gallon Sprayer and Ready-to-Use Roundup® Sprayer

In Table 6 (next page), the total spray zone area estimates are provided for the four residential properties where the Plaintiff reported spraying using a 2-gallon sprayer, or the ready-to-use Roundup® sprayer, the required dilute solution volumes for treatment of each zone, the associated mass of GAE discharged in the dilute solution, and the predicted systemic dose, using the Pierce-Kougias exposure factor value.  The systemic dose is also expressed as a percentage of two regulatory agency daily dose limits: the California NSRL, and the US EPA RdD.

As stated, Table 6 shows the "per zone" and "total zones" predicted systemic GAE dose.  The predicted total daily dose would be the sum of the zones sprayed on a particular day.  For example, if the Plaintiff sprayed all zones at Palos Heights in a single day, the daily dose would be the indicated total, which is 0.00050837 ug per kg of body weight, which is 3.2% of the California NSRL daily limit, and 0.508% of the US EPA RfD daily limit.

### 12.1.8   Sizes of Surface Areas Described by the Plaintiff vs. Plaintiff's Recollection of Volumes Sprayed

For the zones where the Plaintiff reported use of the 2-gallon sprayer at the Palos Heights IL and Roswell GA residences, there are discrepancies between the sizes of the surface areas of the spray zones described by the Plaintiff, and the volumes of sprayed dilute Roundup® solution that she recalled spraying.

The Plaintiff recalled that spraying at the Palos Heights IL and Roswell GA residences (presumably all zones) required four to six refills of the 2-gallon sprayer (total of 8 to 12 gallons).[98]  Based on the

---

[97] Source: https://www.homedepot.com/p/Roundup-Ready-To-Use-1-Gal-Weed-and-Grass-Killer-III-Trigger-500261005/206840702, accessed January 2, 2023.

[98] 155:11-12, 179:12-14.



**Exhibit 1 Page 66**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 66 of 77

advertised coverage rate of 300 square feet per gallon of dilute solution, this implies a total of 2,400 to 3,600 square feet of sprayed surface, as opposed to the estimates of 1937 and 835 square feet, respectively, for the areas where the Plaintiff reported spraying using the 2-gallon sprayer.  I cannot reconcile the discrepancy.  If the Plaintiff discharged 8 to 12 gallons on each occasion of spraying, the associated systemic dose would be 24% to 86% higher at Palos Heights, and 300% to 400% higher at Roswell, than indicated in Table 6.  These higher systemic doses would still be very low in relation to the California NSRL and US EPA RfD values.

**Exhibit 1 Page 67**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

| Table 6: Per Zone and Zone Total Dose Calculations – 2-Gallon Sprayers and Ready-to-Use Roundup® Sprayer | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Spray Zones | Figure No. | Area (Sq.Ft.) | Dilute Solution Volume (Gallons) | Total GAE Discharged Volume (grams) | Exposure Factor Value (ug/kg/gm GAE) | Predicted Dose | | Dose as % Daily Limited | |
| | | | | | | (ug/kg) | (mg/kg) | Cal NSRL (15.7 ug/kg/day) | US EPA RfD (100 ug/kg/day) |
| **Palos Heights IL Residence** | | | | | | | | | |
| Rear Yard South Border | 8 | 326 | 1.09 | 27.44 | 0.00312 | 0.08560314 | 0.00008560 | 0.5% | 0.086% |
| Rear Yard North Border | 9 | 289 | 0.96 | 24.32 | 0.00312 | 0.07588745 | 0.00007589 | 0.5% | 0.076% |
| Rear Yard West Border | 10 | 234 | 0.78 | 19.69 | 0.00312 | 0.0614452 | 0.00006145 | 0.4% | 0.061% |
| Front Entrance Bed | 11 | 237 | 0.79 | 19.95 | 0.00312 | 0.06223296 | 0.00006223 | 0.4% | 0.062% |
| Front Yard Roadside Bed | 12 | 61 | 0.20 | 5.13 | 0.00312 | 0.01601777 | 0.00001602 | 0.1% | 0.016% |
| Neighbour's Ditch | 13 | 553 | 1.84 | 46.54 | 0.00312 | 0.14521024 | 0.00014521 | 0.9% | 0.145% |
| Under 3 Spruce Trees (Total) | N/A | 236 | 0.79 | 19.86 | 0.00312 | 0.06197037 | 0.00006197 | 0.4% | 0.062% |
| **Totals** | | **1937** | **6.46** | **162.94** | **0.00312** | **0.50836712** | **0.00050837** | **3.2%** | **0.508%** |
| **Rosewell GA Residence** | | | | | | | | | |
| Under Front Yard Tree | 17 | 94 | 0.31 | 7.91 | 0.00312 | 0.02468311 | 0.00002468 | 0.2% | 0.025% |
| Under Roadside Flowering Bush | 18 | 83 | 0.28 | 6.99 | 0.00312 | 0.02179466 | 0.00002179 | 0.1% | 0.022% |
| West Front Façade | 19 | 88 | 0.29 | 7.41 | 0.00312 | 0.0231076 | 0.00002311 | 0.1% | 0.023% |
| East Front Façade | 20 | 570 | 1.90 | 47.97 | 0.00312 | 0.1496742 | 0.00014967 | 1.0% | 0.150% |
| **Totals** | | **835** | **2.78** | **70.28** | **0.00312** | **0.21925958** | **0.00021926** | **1.4%** | **0.219%** |
| **Marietta GA Residence** | | | | | | | | | |
| Front Yard Center | 28 | 222 | 0.74 | 18.68 | 0.00312 | 0.05829416 | 0.00005829 | 0.4% | 0.058% |
| Front Yard South | 29 | 161 | 0.54 | 13.55 | 0.00312 | 0.0422764 | 0.00004228 | 0.3% | 0.042% |
| Front Yard North | 30 | 115 | 0.38 | 9.68 | 0.00312 | 0.03019743 | 0.00003020 | 0.2% | 0.030% |
| Landscaped Beds Front Facade | 31 | 207 | 0.69 | 17.42 | 0.00312 | 0.05435537 | 0.00005436 | 0.3% | 0.054% |
| **Totals** | | **705** | **2.35** | **59.33** | **0.00312** | **0.18512336** | **0.00018512** | **1.2%** | **0.185%** |
| **Savanna GA** | | | | | | | | | |
| **Total** | | **250** | **0.83** | **21.04** | **0.00312** | **0.06564658** | **0.00006565** | **0.4%** | **0.066%** |

rea
Advancing Health and Safety

Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting   Hazardous Materials Services
Occupational Hygiene   Remediation Contracting
Construction Safety   Indoor Air Quality
EHS Training   Ergonomics

**Exhibit 1 Page 68**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 68 of 77

---

## 12.2    Dose Estimation Methodology: Dial N' Spray Hose-End Sprayer

When connected to a garden hose, this device mixes concentrate with water from the garden hose via a venturi effect and discharges dilute solution at a concentration based on the dial position selected by the user, as shown in Figure 37.



**Figure 37: Concentrate Feed Rate Dial**

The Plaintiff indicated that she used the original concentration variant, and did not switch to a more highly concentrated version when it came onto the market (e.g., Roundup® super concentrate). [99] Roundup® concentrate contains 539.78 gallon GAE per gallon. [100]

The Plaintiff stated that she set the Dial N' Spray dial to the 6-ounce position [101], meaning that the dilute solution would contain 6 ounces of concentrate per gallon of discharged liquid.  The resulting dilute solution therefore would have the following concentration:

(4.21 grams per ounce x 6 ounces) / 128 ounces = 0.1974 grams per ounce = 6.67 grams per litre

---

[99] 145:20-23.

[100] https://roundup.com/en-us/shop/landscape-weeds/roundup-concentrate-plus-weed-and-grass-killer/roundup-concentrate-plus-weed-and-grass-killer.html.  Accessed March 15 2023.  1.19 pounds of GAE per gallon = 539.775 grams per gallon = 4.21 grams per ounce.

[101] 45:1-2.



Industrial Safety Engineering    Occupational Medical Services
EHS Management Consulting    Hazardous Materials Services
Occupational Hygiene    Remediation Contracting
Construction Safety    Indoor Air Quality
EHS Training    Ergonomics

**Exhibit 1 Page 69**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 69 of 77

The Dial N' Spray device reportedly held 32 ounces of concentrate.  With the dial set at 6 ounces per gallon, it would produce 5.33 gallons of dilute solution prior to be fully depleted of concentrate.

The Dial N' Spray has a designed discharge flowrate of 2 gallons per minute, with inlet hose pressure of 40 psi (typical household garden hose pressure at point of discharge).  Therefore, it would take: 5.33 gallons / 2 gallons per minute = 2.67 minutes to fully siphon the concentrate and discharge 5.33 gallons of dilute solution.  This is consistent with the Plaintiff's recollection.[102]  Any use beyond 2.67 minutes would result in the discharge being only water.

The total GAE discharged prior to a refilling would therefore be:

> 5.33 gallons x 6.67 grams / litre x 3.78541 litres / gallon = 134.66 grams GAE

If this sprayer produced a spray droplet spectrum comparable to the 2-gallon sprayer or the ready-to-use Roundup® sprayer, the predicted systemic dose associated with each fill and discharge cycle would be: 134.66 grams x 0.00312 ug/kg/gm GAE = 0.42 ug/kg, which is 2.67% of the California NSRL, and 0.42% of the US EPA RfD.  Therefore, to exceed these daily dose limits, it would require:

> In the case of the California NSRL: 15.7 ug/kg / 0.42 ug/kg = 37.38 refills per day, which requires 37.38 x 32 ounces = 1,196 ounces of concentrate = 9.345 gallons of concentrate.

> In the case of the US EPA RfD: 100 ug/kg / 0.42 ug/kg = 238 refills per day, which requires 238 x 32 ounces of concentrate = 7,619 ounces of concentrate = 57.72 gallons of concentrate.

The Plaintiff reported utilizing four to five 32-ounce containers of Roundup® concentrate when treating "the hill" at her Roswell GA residence[103].  From her deposition testimony it is not clear to me whether she claimed use of Roundup® with the Dial N' Spray at the Marietta GA residence, or whether instead she used an Ortho brand GroundClear product.[104]

If the systemic dose associated with using the Dial N' Spray device was comparable to the systemic dose associated with using the other two types of sprayers, the Plaintiff's predicted systemic dose associated with using the Dial N' Spray in the reported manner would be as follows:

---

[102] 177:16-18.
[103] 177:24-25; 178:1-3.
[104] 41:23-25; 187:7-8; 248:10-25.



Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting   Hazardous Materials Services
Occupational Hygiene   Remediation Contracting
Construction Safety   Indoor Air Quality
EHS Training   Ergonomics

**Exhibit 1 Page 70**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 70 of 77

For 4 x 32-ounce concentrate bottles:

4 x 0.42 ug/kg systemic dose per bottle = 1.68 ug/kg = 0.00168 mg/kg = 10.7% of the California NSRL or 1.7% of the US EPA RfD.

For 5 x 32-ounce concentrate bottles:

5 x 0.42 ug/kg systemic dose per bottle = 2.1 ug/kg = 0.0021 mg/kg = 13.4% of the California NSRL or 2.1% of the US EPA RfD.

However, the Dial N' Spray device does not produce a spray droplet spectrum comparable to the 2-gallon sprayer or the ready-to-use Roundup® sprayer.  Instead, as was noted by the Plaintiff, it discharges either a direct stream (like a garden hose), or a fan-shaped "fountain" discharge[105], by virtue of the configuration of the nozzle (shown in Figure 38).



**Figure 1: Discharge Nozzle of the Dial N' Spray**

Neither of these modes would produce driftable droplets (i.e., those with an aerodynamic diameter of under 100 micrometers).  With the 2-gallon and ready-to-use Roundup® sprayers, it is droplet drift, plus any inadvertent self-spraying, or skin contact with sprayed surfaces, that accounts for skin contact and inhalation exposure, and hence the systemic dose.  Therefore, any dose associated with use of the Dial N' Spray would not be a result of exposure to driftable droplets (since it produces none), but rather, inadvertent self-spraying, or skin contact with sprayed surfaces.  Consequently, application of the

---

[105] 45:3-7; 175: 3-10.




**Exhibit 1 Page 71**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 71 of 77

Pierce-Kougias exposure factor to the Dial N' Spray is not a valid approach, and the illustrative dose estimates provided above are unlikely to be accurate.

A more scientifically valid approach for use of the Dial N' Spray is to estimate the dose associated with inadvertent skin contact, as described below.

## 12.3    Dose Estimation Methodology: Inadvertent Skin Contact

The Plaintiff indicated that there were occasions when she inadvertently spilled concentrate onto her skin[106] when loading and mixing, and suggested her footwear and feet became wet during periods of spraying. [107] The effect of these potential exposures on total systemic dose can be modelled using anthropometric data contained in the U.S. EPA Exposure Factors Handbook [108], and flux values from research on glyphosate translocation across human skin.

Table 7 presents a model leading to incremental dose calculations for the skin wetting scenarios described by the plaintiff.  The model uses the following information and assumptions:

1) Mean percentile skin surface areas for a female's hands and feet, at various ages ranging from age 11 to >21 years, which covers the age range over which the Plaintiff reported performing spraying.

2) The liquid volume capacity of:

    a. the total skin surface area of two feet, when covered with a liquid film at a thickness of 0.00214 cm, which is representative of a scenario in which a wetted cloth soaked with dilute solution is in place against the skin [109], and analogous to feet becoming wet during spraying; and

    b. 50% of the total skin surface area of one hand, covered with a liquid film residue of 0.00183 cm, being representative of scenario in which a concentrate is spilled onto one side of the skin of a hand, and then substantially removed by wiping against clothing, a cloth, or another object, in a manner that smears the liquid over 50% of the hand surface.[110]

3) The total mass of GAE that would be present on the skin surface:

---

[106] 149:3-8; 160:13-15; 173:1-4.
[107] 163:1-6.
[108] United States Environmental Protection Agency, Exposure Factors Handbook, 2011.
[109] See US EPA Exposure Factors Handbook, Table 7-24, immersion partial wipe scenario for water.
[110] Plaintiff described experiencing spills onto her left hand (160:13-15).  Thickness per initial contact partial wipe scenario for water, US EPA Exposure Factors Handbook, Table 7-24.


Industrial Safety Engineering    Occupational Medical Services
EHS Management Consulting    Hazardous Materials Services
Occupational Hygiene    Remediation Contracting
Construction Safety    Indoor Air Quality
EHS Training    Ergonomics

**Exhibit 1 Page 72**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 72 of 77

a. under scenario 3a., when spraying 6.7 gram GAE/liter dilute Roundup® solution; and

b. under scenario 3b., when handling 142 gram GAE / liter Roundup® concentrate.

4) The average glyphosate skin surface concentrations in micrograms GAE per square centimeter (ug/cm$^2$)[111] under conditions in 4a. and 4b.

5) The total mass of glyphosate predicted to be absorbed into the body across the total indicated skin surface areas, over a period of 2-hours[112], based on 2-hour average flux values for the corresponding GAE skin surface concentrations.

The resulting estimated doses, resulting from soaking of the feet with dilute solution, or a spill of concentrate onto the hand, followed by a 2-hour period of contact with skin prior to removal by washing or sweating, are shown in Table 7, and compared to the California NSRL and US EPA RfD daily dose limits.

| Table 7: Estimated Incremental Systemic Doses from Skin Contact with Concentrate and Dilute Solution | | | | | |
|---|---|---|---|---|---|
| | | Age (Years) | 11 - <16 | 16 - < 21 | > 21 |
| Mean Percentile Surface Area (cm$^2$) | | 100% of Two Feet | 1050 | 1120 | 1370 |
| | | 50% of One Hand | 218 | 263 | 265 |
| Liquid Volume (cm$^3$ = ml) | | Both Feet, 0.00214 cm Thick Film | 2.25 | 2.40 | 2.93 |
| | | 50% One Hand, 0.00183 cm Thick Film | 0.40 | 0.48 | 0.48 |
| Total GAE Mass (mg) | 6.7 mg/ml solution | Both Feet | 15.05 | 16.06 | 19.64 |
| | 142 mg/ml solution | 50% One Hand | 56.52 | 68.21 | 68.86 |
| GAE Initial Skin Surface Concentration (ug/cm2) | | Feet Skin | 14.34 | 14.34 | 14.34 |
| | | Hand Skin | 259.86 | 259.86 | 259.86 |
| Closest Average Flux Study and Resulting Flux Value | Davies (2016), MON 76879, Human, 13.4 ug/cm2 | Flux = 0.004428 ug/cm2/hr (2-Hr Average) | | | |
| | Ward (2010), MON 79545, Human, 293 ug/cm2 | Flux = 0.00065 ug/cm2/hr (2-Hr Average) | | | |
| 2-Hour Contact Period | Total Skin Absorbed Dose (ug) via Feet, Average Flux for 6.7 g/l solution | Total ug | 0.93 | 0.99 | 1.21 |
| | | Total ug/kg (assuming 70 kg body mass) | 0.01 | 0.01 | 0.02 |
| | | As % Cal NSRL | 0.08% | 0.09% | 0.11% |
| | | As % US EPA RfD | 0.01% | 0.01% | 0.02% |
| | Total Skin Absorbed Dose (ug) via Hand, Average Flux for 142.5 g/l solution | Total ug | 11.90 | 14.36 | 14.50 |
| | | Total ug/kg (assuming 70 kg body mass) | 0.17 | 0.21 | 0.21 |
| | | As % Cal NSRL | 1.08% | 1.31% | 1.32% |
| | | As % US EPA RfD | 0.17% | 0.21% | 0.21% |

[111] A 0.00214-centimeter-thick film spread over 1 square centimeter contains 0.00214 cubic centimeters (cm$^3$) of solution.  1 cm$^3$ equals 1 milliliter.

[112] The plaintiff reported showering within one to two hours of spraying.  For hand spills I am implicitly assuming she would have washed her hands within two hours of the spill occurring.



**Exhibit 1 Page 73**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 73 of 77

## 12.4    Integration of Dose Estimates via Multiple Concurrent Exposure Routes

Under a worst-case scenario, the predicted combined highest value exposures from use of sprayers, plus inadvertent spillage of concentrate onto hands and soaking of feet with dilute solution at the various residences, would be as estimated in Table 8.

| Table 8: Worst-Case Estimated Total Systemic Dose from Combining Exposure Modalities | | | | | | |
|---|---|---|---|---|---|---|
| Residence Location | Dose (ug/kg) via the Exposure Modalities | | | | Total as % Daily Dose Limits | |
| | Use of Sprayer | Feet Soaking | Spill on Hand | Total | Cal NSRL | US EPA RfD |
| Palos Heights IL | 0.508 | 0.02 | 0.21 | **0.74** | 4.7% | 0.7% |
| Roswell GA | 0.219 | 0.02 | 0.21 | **0.45** | 2.9% | 0.4% |
| Marietta GA | 0.185 | 0.02 | 0.21 | **0.42** | 2.6% | 0.4% |
| Savanna GA | 0.066 | 0.00 | 0.00 | **0.07** | 0.4% | 0.1% |

## 12.5    Dose Estimate Reasonability

My estimates of the Plaintiff's per occasion of application doses range from 0.00007 to 0.00074 mg/kg/day (= 7 x 10$^{-5}$ to 7.4 x 10$^{-4}$).  These are within the range of values reported in Solomon's (2020) updated systematic review and dose estimation study, shown in Figure 39 below (which is Figure 3 in the Solomon paper)[113].  These estimates correspond to a percentile in the range of approximately 1% to 30% in Figure 39.  My estimates are consistent with the body of research on GAE doses associated with use of GBHs, and therefore I consider the estimates to be reasonable.

---

[113] My dose estimate range for the Plaintiff is approximately halfway between the 10$^{-5}$ and 10$^{-4}$ mg/kg position on the horizontal axis in Figure 4.



**Exhibit 1 Page 74**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 74 of 77



**Figure 3.** Systemic doses of glyphosate measured in exposure studies conducted in applicators (data from ref 1 and corrected for reduced penetration through fabric).

Figure 39: Glyphosate Systemic Dose Distribution per Solomon (2020).

# 13.    ESTIMATION OF PLAINTIFF'S CUMULATIVE LIFETIME DOSE

## 13.1    Method for Calculating Cumulative Lifetime Dose Estimates

In the Sections below, I first calculate the Plaintiff's *allowable* GAE lifetime dose to date of diagnosis using both the California NSRL and the US EPA RfD.  Thereafter, I calculate the Plaintiff's estimated GAE lifetime dose using various per occasion dose, and frequency of use data.

Each of the California NSRL and the US EPA RfD are limits for *daily allowable doses*.  Therefore, the lifetime cumulative allowable dose equals the value of the daily dose limit multiplied by the total number of days lived by the person prior to a date of interest.  For purposes of estimating dose to illness onset, the age at date of diagnosis is the date of interest.  The Plaintiff was diagnosed in February 2016 (86:12-14) and born on May 5th 1952 (9:17-22).  Using February 2016 as a date of diagnosis, her total lifetime days to that date equals: 64.75 years x 365.25 days/year[114] = 23,650 days.  Accordingly, her lifetime cumulative allowable dose, using the two health-based limits, would be:

---

[114] Leap years result in this being the value.



**Exhibit 1 Page 75**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 75 of 77

For the California NSRL: 23,650 days x 15.7 ug/kg/day = 371,304 ug/kg = 371 mg/kg

For the US EPA RfD: 23,650 days x 100 ug/kg/day = 2,364,994 ug/kg = 2,365 mg/kg

**13.2    Calculation of Lifetime Dose Estimate**

To estimate the Plaintiff's cumulative lifetime dose to glyphosate, it is necessary to tally the self-reported number of occasions of application over the years of reported use and multiply the total number of occasions by the dose per occasion.   Table 9 shows her self-reported months of use, frequencies per week, the total years at each residence location, and estimated lifetime doses using my own worst-case per occasion (i.e., per day) dose estimates.

**Exhibit 1 Page 76**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 76 of 77

| Table 10: Estimate of Plaintiff's Lifetime Systemic Dose | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Residence Location | Timeframes | Total Years | Months Used | Total Months per Year | Total Weeks per Year | Times per Week [115] | Total No. Spray Days | Maximum Dose per Day | Contribution to Lifetime Dose |
| Palos Heights IL | 1976-1986 | 11 | April - October | 7 | 30 | 2 | 667 | 0.74 | 494 |
| Roswell GA | 1988-2003 | 16 | March - November | 9 | 39 | 3 | 1872 | 0.45 | 842 |
| Marietta GA | 1988-2010, plus 4 Months 2014 | 23.3 | March - November | 9 | 39 | 3 | 2730 | 0.42 | 1146 |
| Savannah GA | 2010 to 2012 | 3 | March - November | 9 | 39 | 1.5 | 176 | 0.07 | 12 |
| | | | | | | | **Total Lifetime Dose** | | **2495** |
| | | | | | | | **Total as % California NSRL** | | **0.67%** |
| | | | | | | | **Total as % US EPA RfD** | | **0.11%** |

---

[115] The Plaintiff's reported frequency of spraying may indicate that on each spray occasion the total area sprayed was less than the total for all zones as described in my report. I state this because it seems unlikely that weed emergence would be so rapid as to require complete spraying of all zones two to three times per week.  If the high frequency of spraying reflects the Plaintiff spraying only a portion of the total zones on each occasion, then the "Maximum Dose per Day" would be proportionately lower, as would the "Contribution to Lifetime Dose".  For example, if the total of all zones were completely sprayed only twice per month in Palos Heights IL, there would be 154 total spray days, and the contribution to lifetime dose would be 0.17 ug/kg.  The "Maximum Dose per Day" values also assume spillage of concentrate onto the hand and complete soaking of the feet on each spray day, which seems to be an unlikely scenario.



Industrial Safety Engineering   Occupational Medical Services
EHS Management Consulting   Hazardous Materials Services
Occupational Hygiene   Remediation Contracting
Construction Safety   Indoor Air Quality
EHS Training   Ergonomics

**Exhibit 1 Page 77**

Expert Report: Estimation of Plaintiff's Potential Exposure to Roundup® Herbicide and Glyphosate Dose – Karen Delorme-Barton v. Monsanto Company, Case No. MDL No. 3:16-md-02741-VC / Case No. 3:18-cv-01427

Hollingsworth LLP
REA Project No. 16924.31
March 17, 2023

Page 77 of 77

This concludes my analysis and commentary as of the date of this report.   I reserve the right to amend my analysis, opinions and conclusions in future if warranted by my consideration of any additional or new case-relevant facts.

Dr. John H. Murphy  BSc MHSc MBA PhD ROH CIH MACE

President – Resource EHS America Inc.

Adjunct Professor, Occupational & Environmental Health – University of Toronto School of Public Health

**Exhibit 1 Page 78**

# Exhibit A

**Exhibit 1 Page 79**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE





President – REA Group

Adjunct Professor – Dalla Lana School of Public Health, University of Toronto

## ACADEMIC CREDENTIALS

- Doctor of Philosophy, University of Toronto, Dalla Lana School of Public Health (2015).

- Certificate in Carbon Finance (2007), University of Toronto, Centre for Environment.

- Master of Business Administration (1995), University of Toronto, Rotman School of Management.

- Post-Graduate Studies, Environmental Epidemiology, University of Western Ontario, Faculty of Medicine (Completion of coursework requirements for Ph.D., 1988-1989).

- Master of Health Science (Occupational and Environmental Health), University of Toronto, Dalla Lana School of Public Health (1985).

- Bachelor of Science, University of Toronto, St. Michael's College (1984).

## PROFESSIONAL AND TECHNICAL DESIGNATIONS (CURRENT)

- Member American College of Epidemiology (MACE)

- Certified Industrial Hygienist (CIH), American Board of Industrial Hygiene

- Registered Occupational Hygienist (ROH), Canadian Board of Occupational Hygienists

- Certified Asbestos Supervisor, Ontario Ministry of Training, Colleges and Universities

- Ontario Licensed Pesticide Applicator

## PROFESSIONAL ASSOCIATION MEMBERSHIPS

- Association of Professionals in Infection Control and Epidemiology (2020 to date)

- American College of Epidemiology (2019 to date)

- American Conference of Governmental Industrial Hygienists (2002 to date)

- American Industrial Hygiene Association (2017 to date)

- United Kingdom Institution of Occupational Safety and Health (1997 - 2018)

- Canadian Registration Board of Occupational Hygienists (1991 to date)

- American Board of Industrial Hygiene (1990 to date)

**Exhibit 1 Page 80**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group

Adjunct Professor – Dalla Lana School of Public Health, University of Toronto





## SECURITY CLEARANCES

- Secret (Level II) – Government of Canada, Canadian Security and Intelligence Service (2012 to date).

- Enhanced Reliability - Government of Canada, PWGSC CIISD (2006 to date).

## CAREER EXPERIENCE

- Founder and President – Resource EHS America, Inc. (2018 to date) www.rea.consulting

- Occupational Hygiene Advisor – Royal Canadian Mounted Police (contracted, February 2017 – May 2019)

- Occupational Hygiene Advisor – Royal Canadian Navy (contracted, 2011 to date)

- Adjunct Professor – Dalla Lana School of Public Health, University of Toronto (2016 to date) https://www.dlsph.utoronto.ca/faculty-profile/murphy-john-h/

- Instructor in Occupational Health & Safety and Preventive Medicine – Canadian Forces Health Services Training Centre CFB Borden, and Department of National Defence (2011 to date)

- Partner - Occupational & Environmental Hygiene Consultants Inc. (Barbados) (2005 to date) https://reaehi.wordpress.com/home/

- Founder and President - Resource Environmental Associates Limited (1991 to date) www.rea.ca

- Manager - Occupational Health, Safety & Workers' Compensation and Occupational Hygienist - Corporation of the City of Toronto (1986 - 1991)

- Occupational Hygienist - Corporation of the University of Toronto (1986 - 1986)

- Occupational Hygiene Consultant - GE Canada (1985 - 1986)

## SERVICE TO THE PROFESSION

- Member, Chemical Substances Committee, American Conference of Governmental Industrial Hygienists (January 2021 to date).

- Peer Reviewer, University of Toronto Medical Journal (2020).

- Peer Reviewer / Editor – "Workplaces and COVID-19: Occupational Health and Safety Considerations for Reopening and Operating During the Pandemic", Monograph published by the Canadian Standards Association, September 21, 2020.

**Exhibit 1 Page 81**

Dr. John H Murphy
BSc MHSc MBA PhD ROH CIH MACE

President – REA Group
Adjunct Professor – Dalla Lana School of Public Health, University of Toronto




- Voting Member – Standing Committee on Hazardous Materials and Activities, National Research Council of Canada (October 2019 – October 2021).

- Voting Member – Opioid Working Group, American Industrial Hygiene Association (June 2018 to date).

- Corresponding Member – Cannabis Working Group, American Industrial Hygiene Association (June 2018 to date).

- Corresponding Member – Academic Accreditation Committee, American Industrial Hygiene Association (June 2018 to date).

- Grantor – The Dr. Andrea Sass-Kortsak Doctoral Studies Award, University of Toronto (2016).

- Centre for Research Expertise in Prevention of Musculoskeletal Disorders – Member, Advisory Board (2009 - 2012).

- Grantor – The Richard J Helmeste Memorial Award, University of Toronto (2001).

- Ontario Workplace Safety and Insurance Board Occupational Disease Consultation Group - Member, representing the petroleum sector (2001 - 2002).

- Canadian Registration Board of Occupational Hygienists - Member - Examinations Committee (1992 - 2002).

- Canadian Society of Safety Engineering - Director and Executive Manager (1993 - 1997).

- Business Council on Occupational Health and Safety in Ontario - Co-Founder, Administrator and Policy Advisor, (1991 - 1995).

- Occupational Health and Safety Law Reports (Journal) - Member - Editorial Advisory Board (1991 - 1994).

- Carswell/Thomson Professional Publishing - Member - Conference Advisory Board (1990 - 1993).

- Joint Steering Committee on Hazardous Substances in the Workplace - Member and Technical Advisor to the Employer Caucus (1987 - 1994).

- Occupational Hygiene Association of Ontario - Newsletter Editor (1986 - 1990).

**ACADEMIC ADMINISTRATIVE SERVICE**

- Member – Dean's Campaign Cabinet, Dalla Lana School of Public Health (2013 - 2016)

- Member – Education Committee, Dalla Lana School of Public Health (June 2017 to October 2021)

**Exhibit 1 Page 82**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group
Adjunct Professor – Dalla Lana School of Public Health, University of Toronto





## COMMUNITY SERVICE

- Our Lady Queen of the World Church - Church Organist (2009 - 2017)

- Member of Parish Council, St. Mary's Roman Catholic Church (2005 - 2007)

## AWARDS AND HONOURS

- Robert A. Richardson Award for Excellence in International Business Studies, University of Toronto Rotman School of Management, and Canadian Exporter's Association (1994).

- Warren A. Cook Award for Best Published Paper, American Industrial Hygiene Association (1992), for: Sass-Kortsak AM, JT Purdham, J.H. Murphy, Bozek PR. Exposure of hospital operating personnel to potentially harmful environmental agents. American Industrial Hygiene Association Journal, Volume 53, Issue 3, pages 203 - 209, 03/01/1992.

- Donald T. Fraser Memorial Medal (Awarded to the graduate combining marks in the top 1% with faculty judged potential for significant future professional contribution), University of Toronto, Graduate School of Community Health, Faculty of Medicine (1986).

- Open Fellowship, University of Toronto (1985).

- Professional Training Bursary, Ontario Ministry of Labour (1984, 1985).

- Ontario Graduate Scholarship, Ontario Ministry of Training, Colleges and Universities (1984, 1985).

## PEER REVIEWED PUBLISHED RESEARCH PAPERS, LETTERS AND MONOGRAPHS

- Murphy, J.H.  Letter – What was Measured Doesn't Matter: Comment on Walach H, Weikl R, Prentice J, et al. Experimental Assessment of Carbon Dioxide Content in Inhaled Air With or Without Face Masks in Healthy Children: A Randomized Clinical Trial. *JAMA Pediatr.* Published online June 30, 2021. doi:10.1001/jamapediatrics.2021.2659.

- Murphy, J.H.  Letter – Near vs. Far Field Exposure: Comment on Allen JG, Ibrahim AM. Indoor Air Changes and Potential Implications for SARS-CoV-2 Transmission. Journal of the American Medical Association. Published online April 16, 2021. doi:10.1001/jama.2021.5053.

- Murphy, J.H.  "Air Quality in Indoor Environments – A Technical Guide".  Monograph originally to be published in 2021 by Health Canada.  Publication delayed by pandemic.

- Murphy, J.H.  Case Report - Possible Manufacturing Workplace Transmission of COVID-19. Canadian Journal of Infection Control, Volume 35, Issue 3, Fall 2020.

**Exhibit 1 Page 83**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group
Adjunct Professor – Dalla Lana School of Public Health, University of Toronto



- Murphy, J.H.  Letter - Correction of Error on Droplet Aerodynamic Behaviour: Comment on Klompas M, Baker MA, Rhee C. Airborne Transmission of SARS-CoV-2: Theoretical Considerations and Available Evidence.  Journal of the American Medical Association. Published online July 13, 2020. doi:10.1001/jama.2020.12458.

- Murphy, J.H.  Letter - Misinformation on Face Shield Efficacy: Comment on Perencevich EN, Diekema DJ, Edmond MB. Moving Personal Protective Equipment Into the Community: Face Shields and Containment of COVID-9. Journal of the American Medical Association. 2020;323(22):2252–2253. doi:10.1001/jama.2020.7477.

- Murphy, J.H.  Letter - Review Article: Personal protective equipment during the coronavirus disease (COVID) 2019 pandemic – a narrative review.  Anaesthesia, Volume 76, June 4, 2020. doi:10.1111/anae.15145.

- Kooger J, Ciccotelli W, Schertzberg R, Rocchi A, Vona F, Parkinson J, Vanderlaan K, Murphy J.H., Richardson, S.  Occupational Illness amongst Laboratory Workers from an Initially Unrecognized Laboratory Exposure to Coccidioides immitis/posadasii.  American Journal of Infection Control , Volume 41 , Issue 6 , S78 - S79, 2013.

- Murphy, J.H. and Almosnino, S.  "A Scoping Study on Occupational Health and Safety Issues in Dilbit and Synbit Spill Response". Internal contract report to Environment Canada, March 2015.

- Murphy J.H., and Isber, K. The Environmental Hazards of Biofuels Production in Canada. Produced for Environment Canada, Environment Canada Report, March 2010.

- Murphy, J.H. Best Practices - Vibration at the Worksite. Government of Alberta Department of Employment and Immigration, Queen's Printer, February 2010.

- Murphy J.H., and Gowland, JA.  Protecting Personnel from Pandemic Influenza. Report produced for the Ontario Ministry of Government Services, Government of Ontario, December 2008.

- Murphy, J.H. The Ontario Confined Space Compliance Guidebook. Thomson Professional Publishing, ISBN-13: 978-0-459-28284-4, 2006.

- Murphy, J.H. The Federal Employers Health and Safety Manual. Thomson Professional Publishing, ISBN 0-459-56287-8, 1996.

- Sass-Kortsak AM, JT Purdham, J.H. Murphy, Bozek PR. Exposure of hospital operating personnel to potentially harmful environmental agents. American Industrial Hygiene Association Journal, Volume 53, Issue 3, pages 203 - 209, 03/01/1992.

**Exhibit 1 Page 84**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group

Adjunct Professor – Dalla Lana School of Public Health, University of Toronto





**CONFERENCE PRESENTATIONS AND MEDIA APPEARANCES**

- Murphy, J.H.  Perspectives on Occupational Hygiene Ethics.  Invited spring symposium presentation, Occupational Hygiene Association of Ontario, March 25, 2021.

- Murphy, J.H.  Case Report - Possible Manufacturing Workplace Transmission of COVID-19.  Invited fall symposium presentation, Occupational Hygiene Association of Ontario, October 22, 2020.

- Murphy, J.H.  COVID-19 – Implications for Occupational Hygiene Advice and Actions.  Invited spring presentation, Occupational Hygiene Association of Ontario, May 28, 2020.

- Murphy, J.H.  Fentanyl and Analogues – Occupational Exposure Hazards and Protection.  Accepted for presentation at the American Industrial Hygiene Conference, Atlanta USA, May 2020.  Not presented - cancellation of conference due to COVID-19 outbreak.

- Murphy, J.H.  Cannabis Legalization – Workplace Health and Safety Implications.  Accepted for presentation at the American Industrial Hygiene Conference, Atlanta USA, May 2020.  Not presented - cancellation of conference due to COVID-19 outbreak.

- Murphy, J.H.  Occupational Hygiene Ethics 1 and 2.  Accepted for presentation at the American Industrial Hygiene Conference, Atlanta USA, May 2020.  Not presented - cancellation of conference due to COVID-19 outbreak.

- Murphy, J.H.  Fentanyl and Analogues – Occupational Exposure Hazards and protection.  American Industrial Hygiene Association Florida Chapter Fall Symposium, Orlando USA, Friday October 18, 2019.

- Murphy, J.H.  Board EHS Committees – Do They Make Any Difference?  American Industrial Hygiene Conference, Minnesota USA, Tuesday May 21, 2019.

- Murphy, J.H.  An Innovative Method for Qualification of Military Occupational Hygienists.  American Industrial Hygiene Conference, Minnesota USA, Tuesday May 21, 2019.

- Murphy, J.H.  A Review of the Evolution of Occupational Hygiene Masters Program Curricula – 1970s to Date.  American Industrial Hygiene Conference, Minnesota USA, Tuesday May 21, 2019.

- Murphy, J.H.  Fentanyl and Analogues – Occupational Exposure Hazards and Protection.  American Industrial Hygiene Conference, Minnesota USA, Tuesday May 21, 2019.

**Exhibit 1 Page 85**

**Dr. John H Murphy**

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group
Adjunct Professor – Dalla Lana School of Public Health, University of Toronto



- Murphy, J.H.  Cannabis Legalization – Workplace Health and Safety Implications, Professional Development Course 402.  American Industrial Hygiene Conference, Minnesota USA, Sunday May 19, 2019.

- Murphy, J.H.  Fentanyl and High Potency Drugs Operational Safety, Professional Development Course 102.  American Industrial Hygiene Conference, Minnesota USA, Saturday May 18, 2019.

- Murphy, J.H.  Fundamentals of Fentanyl for Occupational Hygienists.  Occupational Hygiene Association of Ontario.  2017 OHAO Fall Symposium, October 2017.

- Harris, J., McKellar, K., Yoon, R., Murphy, J.H., Hancock-Howard, R., Coyte, P.  Cost-utility Analysis of Automated External Defibrillators in Office Settings. Canadian Association for Health Services and Policy. Canadian Association for Health Services and Policy Research Conference, Toronto, Ontario, May 2014

- Harris, J., McKellar, K., Yoon, R., Murphy, J.H., Hancock-Howard, R., Coyte, P.  Cost-utility Analysis of Automated External Defibrillators in Office Settings as an Occupational Health and Safety Intervention. Canadian Public Health Association. Canadian Public Health Association Conference, Toronto, Ontario, May 2014

- Murphy, J.H.  Investigation of a Mysterious Outbreak of Occupational Dermatitis. Occupational Hygiene Association of Ontario. 2013 OHAO Fall Symposium, October 2013.

- Ciccotell, W., Schertzberg, R., Rocchi, A., Vona, F., Kooger, J., Parkinson, K., Vanderlann, J., Murphy, J.H., Fuller, J., Richardson, S.E.  Occupational Illness Amongst Laboratory Workers from an Initially Unrecognized Laboratory Exposure to Coccidioides immitis/posadasii. Conference of the Association for Professionals in Infection Control and Epidemiology, Fort Lauderdale, FL, June 8-10, 2013.

- Murphy, J.H. Lessons in Legionella. Public Health Ontario. Professional Development Day - Eastern Ontario Public Health Units, October 28, 2012.

- Murphy, J.H. Preventing Legionella Contamination and Legionnaires Outbreaks in Long Term Care. York Region Public Health. Seminar for York Region Long Term Care and Residential Care Facilities, October 17, 2012.

- Murphy, J.H. H1N1 – The Second Wave. American Industrial Hygiene Association. Telweb Event, October 2009.

- Murphy, J.H. Protecting Personnel from Pandemic Influenza.  American Industrial Hygiene Association. AIHCE Toronto '09, May 2009.

**Exhibit 1 Page 86**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group

Adjunct Professor – Dalla Lana School of Public Health, University of Toronto




- Murphy, J.H. Lessons In Legionella. Occupational Hygiene Association of Ontario. Fall Symposium, September 2007.

- Murphy, J.H. Joint Health and Safety Committees - Are they Effective. Southam Information Services. OSH '97 Conference and Exhibition, October 1997.

- Murphy, J.H. The Government's New Directions in OH&S Policy. Southam Information Services. OSH' 96 Conference and Exhibition, October 1996.

- Murphy, J.H. Where Toxic Substance Regulation Seems to be Going -- Nowhere. Canadian Manufacturers of Chemical Specialties. Annual Conference, June 1995.

- Murphy, J.H. Accreditation, Workwell and Employer Incentive Programs. Health and Safety in the Municipal Workplace, March 1995.

- Murphy, J.H. Certification and the Workplace Health and Safety Agency. Carswell Publishing. Certification and the Workplace Health and Safety Agency Conference, November 1993

- Murphy, J.H. Common Features in Excellent OHS Programs. Health and Safety in the Municipal Workplace, June 1993.

- Murphy, J.H. Future Trends in Health & Safety in Ontario. Ontario Government Human Resources Council. Annual Symposium, June 1993.

- Murphy, J.H. Health & Safety Policy in Ontario - Management Implications. Carswell Publishing. Carswell BCOHS Seminar on OHS Public Policy in Ontario, June 1993.

- Murphy, J.H. Environment, health and safety policy implications of current economic constraints. Health and Safety Human Resources Council of the Ontario Government. Annual Symposium, May 1993.

- Murphy, J.H. Television interview: Christina Pockmursky with John Murphy, Consultant, and Tim Millard, Assistant Deputy Labour Minister on the subject of the Workplace Health and Safety Agency. TV Ontario. Business Week, April 1, 1992.

- Murphy, J.H. How to Perform (and Pass) a Workwell Audit. The Centre for Professional Learning. NEER and Workwell Seminar, March 3, 1992.

- Murphy, J.H. Update on the Joint Steering Committee on Hazardous Substances in the Workplace. Canadian Manufacturers of Chemical Specialties Association. Annual Symposium, January 21, 1992.

**Exhibit 1 Page 87**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group

Adjunct Professor – Dalla Lana School of Public Health, University of Toronto



- Sass-Kortsak A.M., J.T. Purdham , J.H. Murphy, P.R. Bozek. Factors influencing exposure of operating room nurses and anaesthetists to anaesthetic gases and vapours, methylmethacrylate and X-radiation. American Industrial Hygiene Association. AIHCE Salt Lake City 1991, June 1991.

- Murphy, J.H. Organizational Aspects of OHS Program Implementation. Richard De Boo /Thomson Professional Publishing. Seminar - Implementing Bill 208, May 28, 1991.

- Murphy, J.H. Practical Advice on Conducting a Health & Safety Audit. Richard De Boo /Thomson Professional Publishing. Seminar - Implementing Bill 208, May 28, 1991.

- Murphy, J.H. Practical Advice on Conducting a Health & Safety Audit. The Centre for Professional Learning. Occupational Health & Safety: Bill 208 and Employer Issues, November 1, 1990.

- Paull M.J., Murphy J.H.  A Hazardous Materials Information System for University of Toronto Medical Laboratories. American Industrial Hygiene Association. AIHCE Montreal '87, June 1987.

**OCCUPATIONAL HEALTH AND SAFETY PUBLIC POLICY PAPERS**

- Murphy, J.H. Accreditation: The Past, Parallels and Prospects. Report No. 95-1, Business Council on Occupational Health and Safety in Ontario, April, 1995.  [This paper formed the basis for the current legislative policy on accreditation in Ontario under the *Occupational Health and Safety Act*).

- Murphy, J.H. Strategic Directions for the Ontario Ministry of Labour. Report No. 94-1, Business Council on Occupational Health and Safety in Ontario, 1994.

- Murphy, J.H. Occupational Health & Safety in Ontario: A Time for Reflection and Reform. Report 93-1 of the Business Council on Occupational Health and Safety in Ontario, April, 1993.  [This paper influenced the subsequent Ontario Conservative Party government to implement a variety of reforms to the *Occupational Health and Safety Act* and *Workplace Safety and Insurance Act*, and to focus the Ontario Ministry of Labour on high impact workplace accident outcomes.]

**PUBLISHED TECHNICAL PAPERS (NOT PEER REVIEWED)**

- Murphy, J.H.  Update on Evidence for Aerosol Transmission of COVID-19 and Implications for Health Care Worker Respiratory Protection, October 7, 2020.  Health Sciences Association of British Columbia. https://hsabc.org/sites/default/files/uploads/MURPHY%20REPORT%20UPDATE%20OCTOBER%202020.pdf.

**Exhibit 1 Page 88**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group

Adjunct Professor – Dalla Lana School of Public Health, University of Toronto





- Murphy, J.H.  Respiratory Protection for Health Care Workers Caring for COVID-19 Patients, March 2020.  Health Sciences Association of British Columbia. https://hsabc.org/sites/default/files/uploads/HSABC%202020%20Paper%20JM%20-%20Final%20S.pdf.

- Harris J.R, Murphy J.H. Social Housing and the Constructor's Hat. Institute of Housing Management IHM News, Spring, 2010.

- Murphy, J.H. Advisory Report for the Health Sciences Association of British Columbia and the National Union of Public and General Employees on Respiratory Protection During Care of Influenza Patients.  September 2009. https://hsabc.org/sites/default/files/uploads/Murphy%20Report.pdf

- Murphy, J.H.  Protecting Personnel from Pandemic Influenza in Non-Health Sector Work Places, prepared for the Ontario Ministry of Government Services, Contract Reference number OSS-075527.  August 2008.

- Murphy, J.H. Update: Generic Hazardous Substances Regulation. Health in the Workplace, Volume 6, Number 10, 1993.

- Murphy, J.H. Generic Hazardous Substances Regulation Approaches. Occupational Health and Safety Law Reports, Volume 5, Number 3, 1993.

- Murphy, J.H. Certified Members: A Critique of the Workplace Agency's Certification Core Training. Occupational Health and Safety Law Report, Volume 4, Number 2, 1992.

- Murphy, J.H. Purchasing Practices in Health & Safety Management. Health in the Workplace, Volume 5, Number 8, 1992.

- Murphy, J.H. Business Unprepared for Role in Bipartite System. Health in the Workplace, Volume 5, Number 12, 1992.

- Murphy, J.H. Significant changes imminent to Workplace Hazardous Substances Regulations in Ontario. Canadian Environmental Regulation & Compliance News, Volume 3, Number 8, 1992.

- Murphy, J.H. Let's Start Thinking About Accreditation. Occupational Health and Safety Law Report, Volume 4, Number 1, 1991.

- Smith, M.D., and Murphy, J.H. Hazardous to Your Health: The Cost of New Toxic Substance Regulations May be Tough for Ontario Employers to Swallow. Human Resources Professional, November, 1991.

**Exhibit 1 Page 89**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group
Adjunct Professor – Dalla Lana School of Public Health, University of Toronto



- Murphy, J.H. Ministry Re-organization. Occupational Health & Safety Law Review, Volume 3, Number 4, 1991.

**DISCLOSED LITIGATION SUPPORT EXPERT ENGAGEMENTS**

- Civil litigation relating to alleged mold health impairment from workplace exposure.  Engaged by U.S. Attorney for District of Maryland, U.S. Department of Justice (defendant), February 2022.  Baltimore, MD, USA.  Expert report produced.

- Civil litigation relating to mold property damage and health impacts.  Engaged by counsel (Heinlein Beeler Mingace & Heineman) for the plaintiff, November 2021.  Framingham, MA, USA.  Expert report produced.

- Rostered asbestos exposure assessment expert.  Engaged by counsel (Biedermann Hoenig Semprevivo PC) for a major North American automobile company, March 2021.  New York NY, USA.

- Civil litigation relating to KN95 respirators.  Engaged by counsel (Armbrust & Brown PLLC) for the defendant corporation.  Expert report produced, March 2021.  Texas and Florida, USA.

- Judicial urgent review application filed February 25 2021 seeking changes to Ontario Provincial Medical Officer of Health directives on SARS-CoV-2 respiratory protection for heath care workers.  With consent, expert report prepared for Manitoba Nurses Union in November 2020 filed by Ontario Nurses' Association in support of application.  Toronto, Canada.

- Application for class action certification relating to alleged causation of non-Hodgkin's lymphoma by exposure to Roundup® herbicide.  Engaged by counsel (Torys LLP) for the defendant corporations.  Expert reports produced, January and June 2021.  Class certification hearing scheduled April 2022.  Toronto, Canada.

- Dispute between Porter Airlines and Nieuport Aviation relating to the implications of the COVID-19 pandemic for infection transmission risks at Billy Bishop Toronto Centre Airport and commercial liability implications.  Engaged by counsel for Nieuport (Osler LLP).  Expert reports produced,  September – November 2021.  Toronto, Canada.  Trial testimony given February 2022.

- Labour arbitration relating to asbestos management practices at various facilities of the Toronto District School Board.  Engaged by counsel (Dewart Gleason LLP) for the complainant (Canadian Union of Public Employees Local 4400).  Expert report produced, January 2021.  Mediation settlement.  Toronto, Canada.

**Exhibit 1 Page 90**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group

Adjunct Professor – Dalla Lana School of Public Health, University of Toronto



- Labour arbitration relating to COVID-19 respiratory protective measures for nurses in clinical, community care and non-care workplace settings.  Engaged by in-house counsel for complainant (Manitoba Nurses Union).  Expert report produced, November 2020.  Mediation settlement. Winnipeg, Canada.

- Labour arbitration relating to COVID-19 infection prevention and control measures for nurses and breach of mediation agreement.  Engaged by counsel (Myers LLP) for complainant (Manitoba Nurses Union).  Expert report produced, November 2020.  Mediation settlement. Winnipeg, Canada.

- Labour arbitration relating to worker termination for unsafe behaviour in the workplace. Engaged by counsel (Norton Rose Fulbright LLP) for respondent, March to September 2020. Toronto, Canada.  Expert report produced.  Mediation settlement late 2020.

- Labour arbitration and civil litigation relating to COVID-19 infection prevention and control measures in residential care homes and public hospitals.  Engaged by counsel (Cavalluzzo LLP) for complainant / plaintiff (Ontario Nurses Association).  Expert report produced.  Mediation settlement of labour complaint.  Court judgement in favour of plaintiff.  March-May 2020. Toronto, Canada.

- Labour arbitration relating to COVID-19 infection prevention and control measures in residential care homes and public hospitals.  Engaged by counsel (Myers LLP) for complainant (Manitoba Nurses Union).  Expert report produced.  Mediation settlement.  May-June 2020.  Toronto, Canada.

- Civil litigation relating to intellectual disability allegedly caused by exposure to lead paint. Engaged by plaintiff's counsel (Stephen M. Cantor, P.C.), July 2020 to date (active).  Expert reports produced.  Trial scheduled for May 2022.  New York NY, USA.

- Civil litigation (2 complaints) relating to illness allegedly caused by property mold contamination.  Engaged by plaintiff's counsel (Kelly Souza Rocha & Parmenter, P.C.), October 2019 to date (active).  Expert reports produced.  Providence RI, USA.

- Civil litigation and statutory prosecution (2 separate matters) relating to alleged crop damage caused by spray drift of Roundup® herbicide.  Engaged by defence counsel (Killian B. May, Barrister and Solicitor), December 2019 to date (active).  Expert reports produced on adequacy of technical investigation by regulatory agency, qualifications of Crown's expert, and consistency of plaintiff's claims with pesticide characteristics and drift behaviour.  Greater Toronto Area, Canada.  Charges dropped and civil litigation terminated early 2022.

**Exhibit 1 Page 91**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group

Adjunct Professor – Dalla Lana School of Public Health, University of Toronto



- Civil litigation relating to personal injury caused by carbon monoxide poisoning in residence. Engaged by plaintiff's counsel (Howie Sacks & Henry LLP), January 2019.  Expert report produced.  Toronto, Canada.

- Rostered exposure assessment expert, toxic tort litigation pertaining to Roundup®.   Engaged by defence counsel (Hollingsworth LLP), June 2019 - present.  Washington DC, USA.

- Civil litigation relating to mold-related property damage caused by construction defects. Engaged by plaintiff's counsel (Robins Kaplan LLP), May 2019.  Expert reports produced.  Boston MA, USA.

- Civil litigation (9 complaints) relating to alleged Legionnaire's disease caused by hotel water system.  Engaged by defence counsel (Getman Schulthess Steere & Poulin P.A), August 2018 to date (active).  Expert reports produced.  Deposed October 2021.  Settled early 2022. Manchester NH, USA.

- Civil litigation relating to personal injury on construction site.  Engaged by defence counsel (Nelligan O'Brien Payne LLP), 2017 – 2021.  Expert reports produced.  Settled late 2021.  Ottawa, Canada.

- Civil litigation relating to personal injury from chlorine overexposure at public indoor swimming pool.  Engaged by plaintiff's counsel (Rasmussen Starr Rudy LLP), 2017 – 2019.  Expert report produced.  Settled 2019.  Ottawa, Canada.

**COURT EXPERT TESTIMONIAL RECORD – PRIOR FOUR YEAR PERIOD**

- September 20, 2022.  Trial testimony in *Olutade Okediji and Ruth Okediji vs. Thomas J. Cataldo Individually and as Trustee of Cole Family Trust, Commonwealth of Massachusetts Middlesex County, Case No. 1881cv00845.*

- February 9, 2022.  Trial testimony in *Porter Airlines Inc. et al v. Nieuport Avation Infrastructure Partners LP, Ontario Superior Court of Justice, Court File No. CV-20-00651807-00CL.*

- October 28, 2021.  Deposed in twelve combined actions, *Multiple Individual Plaintiffs v. Sands Resort Management Co., Inc., et al, State of New Hampshire Rockingham County Superior Court, various Court Docket Numbers.*

- September 23, 2021.  Discovered in *Jeffrey Deblock and Monsanto Canada ULC, Monsanto Company and Bayer Inc., Ontario Superior Court of Justice, Court File No. 699/19.*

- September 16, 2021.  Deposed in *Timothy Constantine v. Monsanto Company et al, United States District Court, Northern District of California, MDL No. 2741 Case No. 16-md-02741-VC.*

**Exhibit 1 Page 92**

Dr. John H Murphy

BSc MHSc MBA PhD ROH CIH MACE

President – REA Group
Adjunct Professor – Dalla Lana School of Public Health, University of Toronto





- September 2, 2021.  Deposed in *Beth Spector and Chuck Spector, wife and husband, v. Monsanto Company, United States District Court, Northern District of California, MDL No. 2741, Case No. 3:20-cv-05532*

**SIGNIFICANT TEACHING EXPERIENCE – UNIVERSITY OF TORONTO**

- University of Toronto Dalla Lana School of Public Health – CHL6000 Summer Practicum Supervisor for MHSc / MPH (41 students, 1987 to date).  Most recent supervised students: Kayati Patel (2021); Jordan Cabral (2020); Cyrus Lee (2020); Lt(N) Joanna Kriese (2019); Lt(N) Ali Burton (2018).

- Course Supervisor (Directed Reading Course), University of Toronto, Dalla Lana School of Public Health – CHL7001H (Fall 2018, Fall 2019).

- Course Co-Supervisor (Directed Reading Course), University of Toronto, Institute for Health Policy, Management and Evaluation – HAD7001H (Fall 2018 - Summer 2019).

- Contributing Instructor: University of Toronto, Dalla Lana School of Public Health - CHL 5914H - Physical Agents I – Noise & Vibration - MHSc / MSc / MPH Candidates (2010 – 2016).

- Contributing Instructor: University of Toronto, Dalla Lana School of Public Health - CHL 5904H - Perspectives in Occupational Health and Safety - Legal and Social Context - MHSc / MSc / MPH / PhD Candidates (2007 - 2017).

- Guest Instructor – University of Toronto, Dalla Lana School of Public Health – CHL 5902H - Advanced Occupational Hygiene - MHSc / MSc / MPH / PhD Candidates (2016 – 2018).

**SIGNIFICANT TEACHING EXPERIENCE – CANADIAN ARMED FORCES**

- Canadian Forces Health Services Training Centre, CFB Borden – Preventive Medicine QL6A Occupational Health Qualification Course, instructor for 75% of 450 hr, 65-day duration course (2005, 2007, 2010, 2013, 2015, 2018, 2020).

- Canadian Forces Health Services Training Centre, CFB Borden – Preventive Medicine QL5A Public Health Qualification Course (IAQ and noise instructor, 2017, 2018, 2019).

- Canadian Armed Forces and Department of National Defence - Safety Management Course, Hazardous Occurrence Investigation Course, Occupational Health Course - Canadian Forces Officers, NCMs, DND Supervisors and Managers (2011 to 2020).

-   End  -

**Exhibit 1 Page 93**