UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *Bettie J. Boucher, as special administrator of the Estate of Robert V. Boucher, and Bettie J. Boucher, Robert V. Boucher III, And Landus Boucher, as Wrongful Death Beneficiaries of Robert V. Boucher v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:21-cv-07475 | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D |

Plaintiffs Bettie J. Boucher, Landus Boucher, and Robert Vaughan Boucher, III, on behalf of the estate of Robert Boucher (deceased) and as wrongful death beneficiaries, – without opposition from Defendant Monsanto Company – respectfully request the Court move their case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave D:

1. Robert Boucher's case was part of Wave VI, Sub-Wave D.

2. Robert Boucher passed away in March of 2023. His heirs, BJ Boucher, Landus Boucher, and Robert Vaughan Boucher, III, filed a motion to substitute party on July 12, 2023.

3. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.

4. The parties have not yet completed Plaintiffs' depositions. Robert Boucher's treating oncologist's deposition and his primary care physician's deposition have not yet been scheduled.

5. Defendant has not served its first round of written discovery and document requests. Plaintiffs intend to propound written discovery.

6. Counsel for the Plaintiffs met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to Wave VII, Sub-Wave D, and Monsanto does not oppose this request.

Therefore, Plaintiffs, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave D.

Date: July 14, 2023                                Respectfully Submitted,

By: *Kristy M Arevalo*
Kristy M. Arevalo
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2023, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: *Kristy M Arevalo*
Kristy M. Arevalo
McCUNE LAW GROUP