# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| | \| Master Docket Case No. 16-md-02741-VC |
| | \| |
| | \| Honorable Vince Chhabria |
| This document relates to: | \| |
| | \| **[PROPOSED] ORDER GRANTING MOTION** |
| *Bettie J. Boucher, as special administrator* | \| **TO MOVE CASE TO WAVE VII,** |
| *of the Estate of Robert V. Boucher, and* | \| **SUB-WAVE D** |
| *Bettie J. Boucher, Robert V. Boucher III,* | \| |
| *And Landus Boucher, as Wrongful Death* | \| |
| *Beneficiaries of Robert V. Boucher* | \| |
| *v. Monsanto Co. and John Does 1-100* | \| |
| *inclusive,* Case No.: 3:21-cv-07475 | \| |

Plaintiffs' motion to move the case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave D is granted.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT