**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Karen Delorme-Barton v. Monsanto Co.*, Case No. 3:18-cv-01427-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFF'S *DAUBERT* MOTION TO PRECLUDE TESTIMONY FROM MONSANTO'S EXPERT DR. CRISTIAN TOMASETTI, Ph.D.** |

# DECLARATION OF JED P. WHITE

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendants Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in Support of Monsanto Company's Response in Opposition to Plaintiff's Motion to Exclude Dr. William Johnson's Testimony. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Cristian Tomasetti & Bert Vogelstein, *Variation in cancer risk among tissues can be explained by the number of stem cell divisions*, 347 (6217) SCIENCE 78, Jan. 2, 2015.

3. Attached hereto as **Exhibit 2** is a true and correct copy of C. Tomasetti, L. Li, and B. Vogelstein, *Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention*, 355 SCIENCE 6331, Mar. 24, 2017.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the trial transcript in *Alesi v. Monsanto Co.*, No. 19SL-CC03617 (Mo. Cir. Ct.), dated August 29, 2022.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the trial transcript in *Stephens v. Monsanto*, No. CIVSB104801 (Cal. Super. Ct.), dated October 26, 2021 (PM session).

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the trial transcript in *L. Johnson v. Monsanto Co.*, No. 21CV10291 (Or. Cir. Ct.), dated June 10, 2022.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the trial transcript in *Alesi v. Monsanto Co.*, No. 19SL-CC03617 (Mo. Cir. Ct.), dated August 30, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the trial transcript in *Ferro v. Monsanto Co.*, No. 20SL-CC03678 (Mo. Cir. Ct.), dated November 3, 2022.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the curriculum vitae of Dr. Cristian Tomasetti.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the deposition of Dr. Cristian Tomasetti in *Neal v. Monsanto Co.,* No. 1722-CC10773 (Mo. Cir. Ct.), dated January 4, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the trial transcript in *Stephens v. Monsanto*, No. CIVSB104801 (Cal. Super. Ct.), dated October 26, 2021 (AM session).

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the deposition of Dr. Robert Conry in this case, dated April 14, 2023.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the deposition of Dr. Robert Conry in *Jacobs v. Monsanto Co.*, No. 19-013244 (Fla. Cir. Ct.), dated April 25, 2023.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the deposition of Dr. Dennis Weisenburger in *Bailey v. Monsanto*, No. 19-cv-06071 (N.D. Cal.), dated August 3, 2021.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the deposition of Dr. Dennis Weisenburger in *Stephens v. Monsanto*, No. CIVSB104801 (Cal. Super. Ct.), dated May 17, 2021.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the deposition of Dr. Dennis Weisenburger in *Russo v. Monsanto Co.*, No. 16-cv-06024 (N.D. Cal.), dated November 4, 2019.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Plaintiff's Rule 26 Specific Causation Expert Disclosure in this case, dated February 27, 2023.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Plaintiff's General Causation Expert Disclosures, dated January 23, 2023.

19. Attached hereto as **Exhibit 18** is a true and correct copy of M. Song, B. Vogelstein, E. L. Giovannucci, W. C. Willet, and C. Tomasetti, *Cancer prevention: Molecular and epidemiologic consensus*, 361 SCIENCE 6409, Sep. 28, 2018.

20. Attached hereto as **Exhibit 19** is a true and correct copy of A. Fouad and C. Aanei, *Revisiting the hallmarks of cancer*, AM. J. CANCER. RES. 2017;7(5) at 1028.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Dr. Tomasetti's expert report.

22. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the deposition of Dr. David Grinblatt in *Armstrong v. Monsanto Co.,* No. 2021-005190 (Fla. Cir. Ct.), dated April 25, 2023.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of California that the foregoing is true and correct.

Executed July 14, 2023, at Santa Monica, California.

_____
Jed P. White

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Jed P. White
Jed P. White

BRYAN CAVE LEIGHTON PAISNER LLP
ONE METROPOLITAN SQUARE
211 NORTH BROADWAY, SUITE 3600
ST. LOUIS, MISSOURI 63102-2726