# EXHIBIT 3

```
        IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
            TWENTY-FIRST JUDICIAL CIRCUIT, DIVISION 1
                    Honorable Brian H. May

CARL ALESI, et al.,            )
                               )
         Plaintiffs,           )
                               )
vs.                            ) Cause No. 19SL-CC03617
                               )
MONSANTO COMPANY,              )
                               )
         Defendant.            )
========================================================
                      August 29, 2022
                      All Sessions
========================================================

For the Plaintiffs:             For the Defendant:

Gibbs Henderson                 Gregory Halperin
William Carson                  Booker Shaw
Erin Wood                       Shawn Ledingham
Jack Garvey                     Erik Hansel
Colleen Garvey                  Jennifer Saulino
                                Manuel Cachan




                         Reported by:
            Julie L. Bloome, CCR #1496, RPR
                    Official Court Reporter
           Twenty-First Judicial Circuit, Division 1
                       (314) 615-2688
```

Exhibit 3 Page 1

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | Monday, August 29, 2022                                      |
| 2  | o O o                                                        |
| 3  | (At 1:00 p.m., the following proceedings                     |
| 4  | were held in open court, outside the presence of the         |
| 5  | jury:)                                                       |
| 6  | THE COURT:  On the record.  It's now 1:43.                   |
| 7  | We're outside the presence of the jury.  And just to         |
| 8  | sort of recap what happened, transpired this weekend,        |
| 9  | on Saturday, I received an e-mail from Ms. Saulino           |
| 10 | indicating that the witness set for today -- The name        |
| 11 | again, please?                                               |
| 12 | MS. SAULINO:  Dr. Cristian Tomasetti.                        |
| 13 | THE COURT:  Tomasetti.  Yeah,                                |
| 14 | Dr. Tomasetti.  Long story short, there was some             |
| 15 | confusion about the time, and he will not be here            |
| 16 | until 4:00; is that correct?                                 |
| 17 | MS. SAULINO:  That's correct.                                |
| 18 | MR. CACHAN:  Maybe a little earlier, but                     |
| 19 | take the stand at 4:00.                                      |
| 20 | THE COURT:  Okay.  Take the stand at 4:00.                   |
| 21 | Obviously, and then I inquired of Mr. Henderson.  How        |
| 22 | are you today, sir?                                          |
| 23 | MR. HENDERSON:  Good, sir.  Your Honor.                      |
| 24 | THE COURT:  And Ms. Wood.  And I asked                       |
| 25 | Mr. Henderson for his take on it.  And, ultimately,          |

```
 1   prestigious designation, yes.
 2        Q.   Is City of Hope a comprehensive cancer
 3   center?
 4        A.   Yes.
 5        Q.   Now that you're at City of Hope, what's
 6   your role?  I noticed you were an assistant professor
 7   at Hopkins.  And then you were -- were you promoted
 8   to associate professor?
 9        A.   Yes.
10        Q.   So what's your role now at City of Hope?
11        A.   Yes, I'm a professor.  And I'm the
12   director of this new center.  And as well as we have
13   open a new Division of Mathematics for cancer
14   prevention and early detection at City of Hope, as
15   well as teaching in Phoenix.
16        Q.   As well as something?
17        A.   Teaching in Phoenix.
18        Q.   Yeah, I was going to ask about that
19   because I saw the letters there, here on the left.
20   TGen, right?  An affiliate of City of Hope?
21        A.   Yes.
22        Q.   So what is TGen?
23        A.   TGen, you can think of TGen as a big
24   technology hub.  So, in fact, what I love of this
25   position that I've been given is that in Phoenix we
```

1   are creating a better and better version of this
2   blood test that I've been working on. And it's a
3   powerhouse of sequencing, you know, hub.
4            And then at City of Hope in the cancer
5   centers -- We have -- There are five centers. It's
6   not just LA. It's nearby in Atlanta, Chicago, and
7   Phoenix. We can apply clinically this test.
8        Q.   What do you mean apply clinically?
9        A.   Meaning, we can take this test and run
10  trials, studies to -- right now just run studies to
11  show that they work in, say, the general population.
12  And so that then they can be provided to the general
13  population to use.
14           The tests I have been working on, it's
15  something that we will -- I believe we will all use,
16  maybe not mine specifically, but this type of test,
17  that we will all use once a year, once we are 50 or
18  older. And it's just a blood test. And it can
19  detect cancer very early.
20       Q.   So I see at the bottom there that you're
21  the director of the Center -- You may have mentioned
22  this earlier -- of the Center for Cancer Prevention
23  and Early Detection. It says Center of Hope, but I
24  think that means City of Hope, right?
25       A.   Yes. That is a typo there.

1     Q.   A typo there.  And is your role more
2  focused on research or on day-to-day treatment of
3  patients?
4     A.   Well, it's going to be, really, both.  On
5  one side with the new division, a lot of my work has
6  been to understand what causes cancer and how you go
7  from a normal, healthy tissue to cancer.
8          And then on the other side is to develop
9  this blood test.  And that has, you know, obviously,
10 very clinical -- many clinical implication --
11 applications.
12    Q.   You've said that, you know, obviously, you
13 work at a cancer treatment center.  And the jury's
14 heard that oncology is the branch of medicine that
15 deals with the diagnosis and treatment of cancer.
16 How does your math background inform the cancer
17 research that you do?  I know you talked about
18 sequencing.  Is that the only way, or are there
19 others?
20    A.   No.  There are -- there are, you know,
21 sequencing and the way you conduct the study requires
22 mathematical design, if you want to do it properly.
23 As well as, you know, the development of the
24 technology, often it's a mathematical problem.  When
25 you ask, how can I do this the best way, that's

1  was such a small probability that those events
2  occurred, that they really didn't make any difference
3  in cancer.
4      Q.   Before your work, had anyone calculated
5  the expected number of R mutations?
6      A.   Yes, but the number of R mutations over --
7  in a tissue?
8      Q.   Yes.  Let me ask the question differently
9  because it wasn't precise enough.  Before your work,
10 had anyone actually calculated the expected number of
11 these R mutations in the cells of various human
12 tissues?
13     A.   No.  There was never a comparison done
14 before in the way we did.
15     Q.   And have you done calculations to
16 determine the number of mutations that are attributed
17 to natural copy errors across different cancer types?
18     A.   Yes.
19     Q.   And the number -- I think you used the
20 number two-thirds before?
21     A.   Yes.
22     Q.   Is that correct?
23     A.   Yes.
24     Q.   Is that an average across all cancer
25 types, or just NHL?

```
 1        A.    Across all cancer types.
 2        Q.    And are there different proportions of R
 3   factor, E factor, and H factor for different cancer
 4   types?
 5        A.    Yes.  Every tissue's different.  So for
 6   every tissue, you have to look at the specific, you
 7   know, case.
 8        Q.    And have you personally published about
 9   that in the peer-reviewed medical literature?
10        A.    Yes.
11        Q.    And we're going to talk about that in just
12   a moment.  I want to start with your 2015 paper.
13              Take a look, if you could, at
14   Exhibit 10971.
15              MR. CACHAN:  And for the moment,
16   Your Honor, we would keep it here, just to --
17              THE COURT:  That's fine.
18   BY MR. CACHAN:
19        Q.    Okay.  And is this the cover page of the
20   Science journal showing your article?
21        A.    Yes.  It's mentioned on the top left.
22        Q.    Okay.  And if we go to page 3, is that
23   your article?
24        A.    Yes.
25        Q.    And did you write this article yourself?
```

```
 1                    Reporter's Certificate
 2
 3           I, Julie L. Bloome, a Certified Court
 4   Reporter, hereby certify that I was the official
 5   court reporter for Division 1 of the Circuit Court of
 6   the County of St. Louis, State of Missouri; that on
 7   the 29th day of August, 2022, I was present and
 8   reported all the proceedings had in the case of Carl
 9   Alesi, et al., Plaintiffs, versus Monsanto Company,
10   Defendant, Cause No. 19SL-CC03617; and I further
11   certify that the foregoing pages contain a true and
12   accurate reproduction of the proceedings had on that
13   date.
14
15
16                        /s/ Julie L. Bloome_____
17                        Julie L. Bloome, CCR #1496, RPR
                          Official Court Reporter
18                        Twenty-First Judicial Circuit,
                          Division 1
19                        (314) 615-2688
20
21
22
23
24
25
```