# EXHIBIT 4

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   FOR THE COUNTY OF SAN BERNARDINO

 3   DONNETTA STEPHENS,          )
                                 )
 4                               )    Case No.  CIVSB2104801
                Plaintiff,       )
 5                               )
          -vs.-                  )
 6                               )    PAGES 1 THROUGH 61
     MONSANTO COMPANY, ET AL.,   )
 7                               )
                Defendant.       )
 8   _____)

 9             REPORTER'S TRANSCRIPT OF ORAL PROCEEDINGS

10              BEFORE HON. GILBERT G. OCHOA, JUDGE

11                          DEPARTMENT S-24

12                     SAN BERNARDINO, CALIFORNIA

13                  TUESDAY, OCTOBER 26, 2021 (PM)

14

15                            VIA ZOOM
     APPEARANCES:
16
     FOR THE PLAINTIFF:             TRAMMELL, PC
17                                  BY:  FLETCHER V. TRAMMELL, ESQ.
                                         MELISSA EPHRON, ESQ.
18
                                    LAW OFFICES OF WILLIAM SHAPIRO
19                                  BY:  WILLIAM SHAPIRO, ESQ.

20                                  KIESEL LAW LLP
                                    BY:  PAUL KIESEL, ESQ.
21                                       MELANIE PALMER, ESQ.

22   FOR THE DEFENDANT:             PROSKAUER ROSE LLP
                                    BY:  BART WILLIAMS, ESQ.
23                                       MANUEL CACHAN, ESQ
                                         LEE POPKIN, ESQ.
24                                       SHAWN LEDINGHAM, ESQ.

25   REPORTED BY:                   REBECCA M. ALLEN
                                    Official Court Reporter
26                                  CSR No. 13689
```

Rebecca M. Allen - Certified Shorthand Reporter

Exhibit 4 Page 1

```
                                                                      1

  1         SAN BERNARDINO, CALIFORNIA; TUESDAY, OCTOBER 26, 2021
  2                             P.M. SESSION
  3   DEPARTMENT S-24 (VIA ZOOM)          HON. GILBERT G. OCHOA, JUDGE
  4   APPEARANCES:
  5         The Plaintiff, DONNETTA STEPHENS, represented by
  6         FLETCHER V. TRAMMELL, Attorney at Law;
  7         MELISSA EPHRON, Attorney at Law;
  8         WILLIAM SHAPIRO, Attorney at law; PAUL KIESEL,
  9         Attorney at Law; MELANIE PALMER, Attorney at
 10         Law;
 11         the Defendant, MONSANTO COMPANY, ET AL.,
 12         represented by MANUEL CACHAN, Attorney at Law;
 13         BART WILLIAMS, Attorney at Law; LEE POPKIN,
 14         Attorney at Law, SHAWN LEDINGHAM, Attorney at
 15         Law.
 16      (Rebecca M. Allen, Official Court Reporter, CSR No. 13689.)
 17                               --o0o--
 18     (Whereupon open court resumed via Zoom in the presence of the
 19                                jury.)
 20                               --o0o--
 21         THE COURT:  Good afternoon, everybody.  It looks like we
 22   have all 13 of our jurors.  Counsel are present.  Witness is
 23   present.
 24         Mr. Williams, you may proceed.
 25         MR. WILLIAMS:  Thank you, your Honor.
 26         ///
```

```
 1                      CRISTIAN TOMASETTI,
 2    resumes the stand, having been previously duly sworn, was
 3           examined and testified further as follows:
 4                    DIRECT EXAMINATION (CONT.)
 5  BY MR. WILLIAMS:
 6    Q  Dr. Tomasetti, just before the lunch break we were about to
 7  change topics slightly.  Let me ask you this:  Are you going to
 8  charge Monsanto's lawyers for the time you spent working on this
 9  case and for coming to court today to testify and talk to the
10  jury?
11    A  Yes.
12    Q  How much are you charging per hour of your time?
13    A  $500 per hour.
14    Q  Do you have an estimate of how much money you have charged
15  in connection with your work on the Roundup litigation overall?
16    A  I think over this period, it's -- the whole period is
17  150,000, until few days ago, the last time, I think, I checked.
18    Q  Okay.  Have you ever testified in an actual trial before?
19    A  No.
20    Q  Do you receive funding for your research?
21    A  Yes.
22    Q  Has Bayer or Monsanto ever funded any of your research?
23    A  No, never.
24    Q  Who provides funding for your research?
25    A  The National Cancer Institute, so the National Institute of
26  Health, and then my -- almost all my funding is provided by a
```

1   Q   BY MR. WILLIAMS:  Dr. Tomasetti, without reference to other
2  websites or anything like that, if you could just describe to the
3  jury how your research was different from the previous
4  understanding of how cancer was formed.  What was brought to the
5  table by your research?
6          MR. TRAMMELL:  Hearsay.
7          THE COURT:  Overruled.
8          THE WITNESS:  Okay.  Yes, so in my research there --
9  what we discovered is that there are three fundamental factors
10 that cause cancer.  One is the environment and lifestyle and so
11 environmental exposures.  One is -- we call it "E."  One is
12 hereditary factors.  We call it "H."  And one are normal
13 mutations that occur was because of cell division.  We call it
14 "R."
15          Before this research, only two factors were considered
16 to be relevant.  It was the environmental factors and the
17 inheritance factors.
18          MR. WILLIAMS:  Your Honor, if I may just write down some
19 of that and ask follow-up questions with the doctor based on
20 what he just testified to, using the overhead, the Elmo?
21          THE COURT:  Go ahead.
22          MR. WILLIAMS:  Thank you.
23  Q   BY MR. WILLIAMS:  So, Doctor, I think the first factor that
24 you just mentioned in your last answer was environmental factors
25 that was the "E" factor?
26          THE COURT:  Mr. Williams, it seems to be you've

```
 1  it's not perfect.  No living system has a perfect repair
 2  mechanism.  In fact, many will claim that it's necessary not to
 3  be perfect in order to enable evolution.
 4     Q  When you gave the 95.6 percent figure for non-Hodgkin's
 5  Lymphoma, did I understand correctly that in your scientific
 6  opinion, based upon your research, 95.6 percent of all
 7  non-Hodgkin's Lymphoma is caused by random replication errors in
 8  people's DNA and not by external factors like exposure to
 9  chemicals or heredity?
10     A  Ninety-five point six percent of the mutations found in
11  non-Hodgkin's Lymphoma can be attributed to just this normal "R"
12  factor, this normal replicative mutations, yes.
13     Q  Doctor, is there an analogy that you use in explaining this
14  random replication error part of your research, when you are
15  giving talks in public speeches?
16     A  Yes.
17     Q  What is that analogy?  Will that analogy, you believe, help
18  the jury to understand your point on replication errors?
19     A  Yes, I use even with scientists because it's -- it's simple
20  to understand, I think, in this way.
21     Q  Go ahead, please describe that analogy.
22     A  So when DNA is copied because a cell is divided, and it
23  needs to make the copies for the two daughter cells, you can
24  think of that as typing.  And so --
25     Q  Typing, like typing on a typewriter?
26     A  Typing on a computer or typewriter, yes.  So for example,
```

```
 1                SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                    FOR THE COUNTY OF SAN BERNARDINO
 3
 4
    DONNETTA STEPHENS,         )
 5                             )
                               )   Case No.  CIVSB2104801
 6          Plaintiff,         )
                               )
 7       -vs.-                 )
                               )   REPORTER'S
 8  MONSANTO COMPANY, ET AL.,  )   CERTIFICATE
                               )
 9          Defendant.         )
    _____)
10
11
12         I, Rebecca M. Allen, CSR, Official Reporter of the
13  above-entitled court, do hereby certify:  That I am a Certified
14  Shorthand Reporter of the State of California, duly licensed to
15  practice; that I did report in Stenotype oral proceedings had
16  upon hearing of the aforementioned cause at the time and place
17  hereinbefore set forth; that the foregoing pages, numbered 1
18  through 61, constitute to the best of my knowledge and belief a
19  full, true, and correct computer-aided transcription from my
20  said shorthand notes so taken for the date of October 26, 2021.
21         Dated at San Bernardino, California, this 26th day of
22  October, 2021.
23         _____CSR
24            Official Court Reporter, CSR No. 13689
25
26
```

Rebecca M. Allen - Certified Shorthand Reporter

**Exhibit 4 Page 6**