# EXHIBIT 6

```
           IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
              TWENTY-FIRST JUDICIAL CIRCUIT, DIVISION 1
                         Honorable Brian H. May

CARL ALESI, et al.,            )
                               )
         Plaintiffs,           )
                               )
vs.                            )  Cause No. 19SL-CC03617
                               )
MONSANTO COMPANY,              )
                               )
         Defendant.            )
========================================================
                         August 30, 2022
                           Session A
========================================================

For the Plaintiffs:                For the Defendant:

Gibbs Henderson                    Gregory Halperin
William Carson                     Booker Shaw
Erin Wood                          Shawn Ledingham
Jack Garvey                        Erik Hansel
Colleen Garvey                     Jennifer Saulino
                                   Manuel Cachan
```

                         Reported by:
                Alicia A. Carter, RPR, CCR #1004
                     Official Court Reporter
                   Twenty-First Judicial Circuit
                         (314) 615-4709

**Exhibit 6 Page 1**

```
 1                    Tuesday, August 30, 2022
 2              (The following proceedings were held in open
 3    court, in the presence of the jury:)
 4              THE COURT:  All right.  Thank you.  You may be
 5    seated.
 6              Good morning, Ladies and Gentlemen.
 7              THE JURY:  Good morning.
 8              THE COURT:  I kind of failed you here.  I was
 9    a few minutes late.  I apologize.  So we're going to
10    start right away.
11              Mr. Cachan, you may continue with your
12    examination of the doctor.
13              MR. CACHAN:  Thank you, Your Honor.
14              Good morning, everybody.
15              THE JURY:  Good morning.
16              MR. CACHAN:  Again, good morning there,
17    Dr. Tomasetti, Madam Reporter.
18                    CRISTIAN TOMASETTI, PhD,
19    having been previously duly sworn by the Court, was
20    examined and testified as follows:
21                  CONTINUATION OF DIRECT EXAMINATION
22    BY MR. CACHAN:
23       Q.   So I have brought this out, Dr. Tomasetti,
24    just to orient the jury on where we finished yesterday.
25    And, as I recall, you had placed a "NHL" where you
```

1  faster than normal when they smoke.
2      Q.   What about eye cancer?  Why is that inherited
3  percentage so high?
4      A.   Right.  For eye cancer, there are some
5  inherited genes that are associated to that cancer
6  type, much more than in lung cancer.  And, instead, the
7  environmental component there, it's minimal, as you can
8  see.  It's only one point.
9      Q.   Now, have you prepared a slide, Doctor, that
10 shows the percentage of non-Hodgkin lymphoma mutations
11 that are attributed to E, H and R factors?
12     A.   Yes.
13          MR. CACHAN:  And with the Court's permission,
14 we'd like to publish that?
15          THE COURT:  You may publish.
16     Q.   (By Mr. Cachan)  All right.  And here, we see
17 a very different number.  95.6 percent is blue or
18 natural errors.  Why don't you explain to the jury what
19 it is they're looking at with that NHL graph?
20     A.   Yeah.  I think the -- So as you can see, the
21 numbers are 3.9 due to the environment.  So 3.9 percent
22 of the mutations found in NHL cancers are attributable
23 to the environment.  And only half a percentage point,
24 so 0.5 percent to heredity.  And the great majority,
25 95.6 percent are due to R factors, so just to normal

1  cell division.
2      Q.   And are your findings that almost 96 percent
3  of NHL mutations are attributed to random replicative
4  errors, R factors, is that consistent or inconsistent
5  with the number of cell divisions that happen in the
6  blood?
7      A.   Oh, it is consistent.
8      Q.   Why?
9      A.   Because blood, as I believe I explained
10 yesterday, it's a fast-dividing tissue.  Cells divide
11 about once a month.  It's not as fast as colon, but
12 still quite fast.  And so, yeah, that is the factor, I
13 would say.
14     Q.   The more Bibles, the more copy errors?
15     A.   Yes.
16     Q.   Okay.  Now, in calculating the proportion of
17 non-Hodgkin lymphoma mutations that are attributed to
18 R factors, was there anything that you did to make sure
19 that you weren't underestimating the role of
20 environmental factors?
21     A.   Yes.
22     Q.   What'd you do?
23     A.   We were very conservative and very generous
24 with the other two components, basically.
25     Q.   And how were you conservative in your

1  estimates?
2  A.  So, in general, in the study, we attributed
3  always more -- a larger proportion, for example, for
4  hereditary factors than what actually was, just to be
5  safe.  And also for the environment, like -- I can give
6  an example.  For example, for the environment, we had
7  an estimate for smoking.  As I mentioned, we know that
8  smoking causes the accumulation of mutations in a
9  smoker to go three times faster.  But we didn't really
10 have a good estimate for secondhand smoking.  And so to
11 be safe, any time we had a secondhand smoker, we would
12 attribute the same effect as if that was a smoker.  So
13 that was just to make sure that we were not
14 underestimating the effect of the environment.
15 Q.  Now, did you conduct this research on the
16 causes of non-Hodgkin lymphoma before or after you were
17 engaged as an expert for Monsanto?
18 A.  Oh, that was years after.  This paper was
19 published in 2017.  But, in fact, this paper was
20 submitted in 2016, and some of this analysis were done
21 in 2015.  And I started in November 2019 to consider
22 the literature on NHL.
23 Q.  I think I misunderstood your answer at first,
24 but if I didn't, you tell me.  Did you do this research
25 before you were hired by Monsanto?

1    A.    Way before.
2    Q.    Way before?
3    A.    Yeah.  Between 2015 and 2016.
4    Q.    Okay.
5    A.    It was published in '17.
6    Q.    And when were you hired by Monsanto?
7    A.    November 2019.
8    Q.    Okay. Change of topic. I want to talk a
9    little bit about obesity and cancer risk. Okay?
10   A.    Yes.
11   Q.    Do you have an opinion on the effect of body
12   mass on the risk of developing cancer?
13   A.    Yes.
14   Q.    And what is that opinion?
15   A.    Well, it's, I would say, everyone's opinion in
16   the field that body mass increases the risk of several
17   cancer types.
18   Q.    And did you discover that?
19   A.    No.
20   Q.    What was your contribution to the hypothesis
21   that increasing body mass is associated with a higher
22   cancer risk?
23   A.    It's -- We just finished a study where we show
24   that a major reason for why it increases cancer risk is
25   that with obesity, our organs become much larger.  A

```
1    mathematically very well with the risk factor.
2         Q.   What type of cancer is non-Hodgkin lymphoma?
3         A.   It's a blood cancer.
4         Q.   And does the amount of blood in the human body
5    increase as body mass increases?
6         A.   Yes.
7         Q.   What does that mean from a cancer perspective?
8         A.   That the number of cells, it's expected to
9    increase and, therefore, that the risk should increase.
10        Q.   And based on that, would you expect
11   non-Hodgkin lymphoma rates to increase or decrease or
12   not change as obesity increases?
13        A.   I would expect them to increase.
14        Q.   All right.  Just a few final questions for
15   you, Doctor, today, from me.  Have all the opinions
16   that you've given today come from articles that were
17   published or will be published in peer-reviewed
18   scientific journals?
19        A.   Yes.
20        Q.   Were any of the opinions that you've given
21   today and yesterday developed for the purpose of a
22   lawsuit?
23        A.   Certainly not.
24        Q.   Based on the research that you've done about
25   the cause of cancer or the causes of cancer, how
```

```
 1              All right.  Ladies and, Gentlemen, justice
 2   requires you keep an open mind about the case until the
 3   parties have had the opportunity to present all their
 4   evidence in the case to you.  Then the case will be
 5   given to the jury to decide.  Remember, you must not
 6   talk about any aspect of the trial among yourselves or
 7   with anyone else.  Also remember the prohibition on
 8   electronic communication and internet use related to
 9   the case remains in effect.
10              We'll get you back out in about 15 minutes.
11   Thank you.
12                   (A recess was taken.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```