# EXHIBIT 7

```
         IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS.
           TWENTY-FIRST JUDICIAL CIRCUIT, DIVISION 18
                     Honorable Nellie Ribaudo

PAUL FERRO, et al.,           )
                              )
           Plaintiffs,        )
                              )
vs.                           ) Cause No. 20SL-CC03678
                              )
MONSANTO COMPANY,             )
                              )
           Defendant.         )
===========================================================
                       November 3, 2022
                      Afternoon Session
===========================================================

For the Plaintiffs:                For the Defendant:

Mr. Jeffrey Haberman               Mr. Tarek Ismail
Mr. Bryan Hofeld                   Mr. Booker Shaw
Mr. Paul Tahan                     Ms. Emma Ross
Ms. Sarah Schultz                  Ms. Shayna Cook
                                   Ms. Stefani Wittenauer
```

```
                        Reported by:
                  Charmaine Spradling, CCR
                    Official Court Reporter
            Twenty-First Judicial Circuit, Division 18
                      (314) 615-3720
```

2322

Exhibit 7 Page 1

      (At 1:00 p.m., the following proceedings were held in Open Court, in the presence of the jury)

      THE COURT:  Go ahead and be seated, everyone.  Hopefully some of you got outside.  I think it's still nice out there.

      MS. COOK:  Good afternoon, everyone.

  Q. (By Ms. Cook)  Good afternoon, sir.

  A. Good afternoon.

  Q. Okay.  I would love to pick up where we left off.  And we were talking before lunch about this period, '98 to 2001, when you had your lawn care business, right, sir?

  A. Yes.

  Q. And I think that you told us that your only source of income was the lawn care business and then your drag racing on the side; right?

  A. Yes, Ma'am.

  Q. So let me ask you this question:  Because we went through this timeline, and I think you said that other than Hackney, which we will need to fill in, this, to the best of your recollection, is everywhere you have worked, right; other than the marble business, which was back before Coleman?

  A. To the best of my recollection, yes.

2323

Exhibit 7 Page 2

other things, and that's when I discovered this application to cancer, which was a very new, a relatively new, thing in the field. And I was, I thought it was particularly meaningful.

Q. Well, let's -- let's talk more about your transition to cancer research. And have you helped us prepare some slides to talk about today?

A. Yes.

Q. And I wanted to turn, I provided these to counsel. I wanted to turn to a slide that's about your experience after your PhD.

And the first thing on here is the, is the Harvard School of Public Health Dana-Farber Cancer Institute. Can you, can you tell us about that work?

A. Yes. After, after my PhD in applied mathematics, I had -- I had, my dissertation was in cancer research. But one thing that became clear to me at the end of my PhD, is that if I wanted to have an impact on patients, I needed to be in a place that it wasn't just about mathematics, but it was also about connecting with patients and patients' data.

And one night, really, out of luck, or blessing, the chair of the department at Harvard, I didn't know who he was, was at dinner, and he heard

2381

Exhibit 7 Page 3

Q. So we will get into some more detail about the research that you did in Johns Hopkins. But when did you leave Johns Hopkins, and where did you go from there?

A. This year, actually, in January. I left Johns Hopkins to go to City of Hope.

Q. What is City of Hope?

A. It's a cancer center. Actually, also it focuses also on diabetes, but the main thing that they do, it's a cancer center, and it's, well, I can tell you maybe in a second. It is a cancer center that originally was based in Los Angeles, basically.

But now it has opened a second cancer center in Orange County nearby, California, as well as they have acquired the Cancer Treatment Centers of America; which are in Atlanta, Chicago, and Phoenix. So now it's one of the three, four largest cancer centers in the country as of this year.

Q. Why did you decide to go to City of Hope?

A. Um, it's two reasons. First, it's a much larger cancer center than Hopkins, and so this allows me to do studies that I would not have been able to do at the Johns Hopkins.

And the second reason is that they were excited about this idea of opening a center for

2385

Exhibit 7 Page 4

cancer prevention and early detection, which focuses on finding cancer early. And so they enabled me to open a new center that is exclusively focused on this, and I felt that was very exciting.

Q. So it looks like you actually, from this slide, have multiple titles at the City of Hope. You mentioned this new center for cancer prevention and early detection. What is your role there?

A. Yeah. I'm the director of that.

Q. And then there is also mentioned here a Translational Genomics Research Institute. Tell us about that.

A. Yes, so this center has two main components. And one component is that we develop a lot of new technology, particularly right now, we are developing something that I have already published at Hopkins, but we are expanding on this technology, which is about finding cancer very early using a blood test.

So it's turns out it's possible to find signal in the blood of when a cancer is present, even if the cancer is still not detectable, you know, by symptoms. And so in this institute, which is in Arizona, I have a group of, you know, lab experimentalists as well as mathematicians, they are

2386

Exhibit 7 Page 5

working exclusively on building the new version of this blood test. So that's, that's that in Arizona.

And then on the other side, there is of course the clinical components with all of the patients at City of Hope.

And then the last in this slide is, I also direct a new division of mathematicians that focus on understanding better how cancer occurs, what causes cancer, and how we can detect it early. So it's a group of currently about 13 mathematicians working with me.

Q. So you, you mentioned early detection of cancer just now, and it sounds like that's a major focus of your research. Are there other areas of your research that you are focused on?

A. Yes. So the, so I will finish, I guess, with this part. So I mentioned how we can now use blood to detect cancer very early. We can also use blood to do monitoring. And monitoring, I think, may be later we will be mentioned better, but monitoring essentially is we can use the blood to understand how a patient is responding to a treatment.

And it gives us more information than just, you know, looking clinically at the patient, so that's a very powerful technique. So both of those

two are a part of my major focus in the center.

And then, and then the other two, I have about four major directions; but the other two are, one, understanding how you go from a normal tissue to cancer.  We call that cancer evolution.

And then, and then very important one for me is cancer etiology; and which just means what causes cancer.  And so a lot of my research has been, in the last ten years, has been about understanding causes of cancer.

Q.   Okay.  And we will get into your research on the causes of cancer, because that's one of the reasons that you are here today; right?

A.   Yes.

Q.   But I wanted to ask you about a couple other areas.  So you mentioned the early detection in the blood test.  Have you published on that?

A.   Yes.

Q.   And what about, you talked about monitoring and surveillance.  And have you published results of studies of using technology to monitor and see if people continue to have cancer after surgery?

A.   Yeah.  In fact, just to be more specific, for the early detection, we published, when I was at Johns Hopkins, we published in 2018, a science paper

```
 1                    Reporter's Certificate

 2

 3              I, Charmaine S. Spradling, CCR, a

 4    Certified Court Reporter for the 21st Judicial

 5    Circuit, was present and reported all proceedings had

 6    and entered in the case of PAUL FERRO, et al.,

 7    plaintiffs, v. MONSANTO COMPANY, Defendant, Cause No.

 8    20SL-CC03678, and hereby certify that the foregoing

 9    pages contain a true and accurate transcript of said

10    proceedings.

11

12

13                         /s/ Charmaine S. Spradling

14                         CHARMAINE S. SPRADLING, CCR #0397
                           Official Court Reporter
15                         Twenty-First Judicial Circuit,
                           Division 18
16

17

18

19

20

21

22

23

24

25
```