# EXHIBIT 8

# Cristian  Tomasetti

CONTACT
INFORMATION

Division of Cancer Evolution & Early Detection, Department of Computational and
Quantitative Medicine
Beckman Research Institute
City of Hope Comprehensive Cancer Center

*Office:* Miller Building 107    *Phone:* (626) 256-4673
1500 East Duarte Road            *Fax:* (626) xxx-xxxx
Duarte, CA 91010-3000 USA        *E-mail:* ███████████████

Division of Integrated Cancer Genomics
Translational Genomics Research Institute
███████████████
███████████████

CITIZENSHIP        Italian. Permanent Resident, USA.

RESEARCH
INTERESTS          Cancer Etiology, Evolution and Early Detection.

POSITIONS

**Director** - Center for Cancer Prevention and Early Detection, City of Hope — 1/2022 - present

**Professor and Director** - Division of Cancer Evolution and Early Detection, Department of Computational & Quantitative Medicine, Beckman Research Institute, City of Hope — 1/2022 - present

**Professor and Director** - Division of Integrated Cancer Genomics, Translational Genomics Research Institute — 1/2022 - present

**Associate Professor** - Division of Biostatistics and Bioinformatics, Department of Oncology, Johns Hopkins School of Medicine & Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health — 1/2018 - 1/2022

**Assistant Professor** - Division of Biostatistics and Bioinformatics, Department of Oncology, Johns Hopkins School of Medicine & Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health — 7/2013 - 12/2017

**Postdoctoral Research Fellow** - Department of Biostatistics, Harvard School of Public Health & Department of Biostatistics and Computational Biology, Dana-Farber Cancer Institute
Mentor: Prof. Giovanni Parmigiani — 1/2011 - 6/2013

**Exhibit 8 Page 1**

EDUCATION

**Ph.D., Applied Mathematics**                                    December 2010
University of Maryland, College Park, MD, USA
*Mathematical Modeling of Drug Resistance and Cancer Stem Cells*
*Dynamics*
Advisors: Prof. Dmitry Dolgopyat and Prof. Doron Levy

**M.A., Mathematics**                                            May 2008
University of Maryland, College Park, MD, USA
*Levy, Sato, Stable Processes and the Lamperti Representation*
Advisor: Prof. Dmitry Dolgopyat

**Undergraduate Courses, Mathematics**                          2002 - 2005
UCLA and Cal Poly, CA, USA

**M. S., Financial Economics**                                  June 2004
Cal Poly University, Pomona, CA, USA

**B.S., Financial Economics**                                   December 2000
Laurea in Economia e Commercio
University of Trieste, Trieste, Italy

PUBLICATIONS

(* IF CORRESPONDING AUTHOR;
† CONTRIBUTED EQUALLY;
MEMBERS OF MY LAB IN BOLD)

46. Pénisson S, Lambert A, **Tomasetti C\***. Evaluating cancer etiology and risk with a mathematical model of tumor evolution. **Nat Comm** 2022, in press.

45. Tie J†, Cohen JD†, **Lahouel K**†, Lo SN, Wang Y, Kosmider S, Wong R, Shapiro J, Lee M, Harris S, Khattak A, Burge M, Harris M, Lynam J, Nott L, Day F, Hayes T, McLachlan S-A, Lee B, Ptak J, Silliman N, Dobbyn L, Popoli M, Hruban R, Lennon AM, Papadopoulos N, Kinzler KW, Vogelstein B, **Tomasetti C**†, Gibbs P†. Circulating Tumor DNA Analysis Guiding Adjuvant Therapy in Stage II Colon Cancer. **N Engl J Med** 2022, 386:2261-2272.

44. Lipscomb J, Horton S, **Kuo A**, **Tomasetti C\***. Evaluating the Impact of Multi-Cancer Early Detection Testing on Health and Economic Outcomes: Toward a Decision Modeling Strategy. **Cancer** 2022, 128 Suppl 4:892-908.

43. **Afsari B**†, **Kuo A**†, **Zhang Y**, **Li L**, **Lahouel K**, **Danilova L**, Favorov A, Rosenquist T, Grollman AP, Kinzler KW, Cope L, Vogelstein B, **Tomasetti C\***. Supervised mutational signatures for obesity and other tissue-specific etiological factors in cancer. **eLife** 2021, 10:e61082.

42. Cohen JD, Douville C, Dudley J, Mog B, Popoli M, Ptak J, Dobbyn L, Silliman N, Schaefer J, Tie J, Gibbs P, **Tomasetti C**, Papadopoulos N, Kinzler KW, Vogelstein B. Detection of low-frequency DNA variants by targeted sequencing of the Watson and Crick strands. **Nature Biotechnology** 2021, DOI: 10.1038/s41587-021-00900-z.

41. Tie J, Wang Y, Cohen J, **Li L**, Hong W, Christie M, Wong, HL, Kosmider S, Wong R, Thomson B, Choi J, Fox A, Field K, Burge M, Shannon J, Kotasek D, Tebbutt NC, Karapetis C, Underhill C, Haydon A, Schaeffer J, Ptak J, **Tomasetti C**, Papadopoulos N, Kinzler KW, Vogelstein B, Gibbs P. Circulating tumor DNA dynamics and recurrence risk in patients undergoing curative intent resection of colorectal cancer liver metastases: a prospective cohort study. Special Issue on Early detection and Minimal Residual Disease. **PLoS Medicine** 2021, 18 (5): e1003620.

**Exhibit 8 Page 2**

40. Akshintala V, Weiland CJS, Bhullar F, Kamal A, Kanthasamy K, **Kuo A**, **Tomasetti C**, Gurakar M, Drenth JPH, Yadav D, Elmunzer BJ, Reddy DN, Goenka MK, Kochhar R, Kalloo AN, Khashab MA, van Geenen EJM, Singh VK. Non-steroidal anti-inflammatory drugs, intravenous fluids, pancreatic stents, or their combinations for the prevention of post-endoscopic retrograde cholangiopancreatography pancreatitis: a systematic review and network meta-analysis. **The Lancet Gastroenterology & Hepatology** 2021, 6(9): 733-742.

39. Tie J, Cohen JD, Lo S, Wang Y, **Li L**, Christie M, Lee M, Wong R, Kosmider S, Skinner I, Wong HL, Lee B, Burge ME, Yip D, Karapetis CS, Price TJ, Tebbutt NC, Haydon AM, Ptak J, Schaeffer MJ, Silliman N, Dobbyn L, Popoli M, **Tomasetti C**, Papadopoulos N, Kinzler KW, Vogelstein B, Gibbs P. Prognostic Significance of Post-Surgery Circulating Tumor DNA in Non-Metastatic Colorectal Cancer: Individual Patient Pooled Analysis of Three Cohort Studies. **Int J Cancer** 2020, DOI: 10.1002/ijc.33312.

38. Lennon AM, Buchanan AH, Kinde I, Warren A, Honushefsky A, Cohain AT, Ledbetter DH, Sanfilippo F, Sheridan K, Rosica D, Adonizio CS, Hwang HJ, **Lahouel K**, Cohen JD, Douville C, Patel AA, Hagmann LN, Rolston DD, Malani N, Zhou S, Bettegowda C, Diehl DL, Urban B, Still CD, Kann L, Woods JI, Salvati ZM, Vadakara J, Leeming R, Bhattacharya P, Walter C, Parker A, Lengauer C, Klein A, **Tomasetti C**, Fishman EK, Hruban RH, Kinzler KW, Vogelstein B, Papadopoulos N. Feasibility of blood testing combined with PET-CT to screen for cancer and guide intervention. **Science** 2020, 369(6499), eabb9601.

37. Douville C, Cohen JD, Ptak J, Popoli M, Schaefer J, Silliman N, Dobbyn L, Schoen RE, Tie J, Gibbs P, Goggins M, Wolfgang CL, Wang T-L, Shih I-M, Karchin R, Lennon AM, Hruban RH, **Tomasetti C**, Bettegowda C, Kinzler KW, Papadopoulos N, Vogelstein B. Assessing aneuploidy with repetitive element sequencing. **Proc Natl Acad Sci USA** 2020, 117(9):4858-4863.

36. **Lahouel K**, Younes L, **Danilova L**, Giardiello FM, Hruban RH, Groopman J, Kinzler KW, Vogelstein B, Geman D, **Tomasetti C\***. Revisiting the tumorigenesis timeline with a data-driven generative model. **Proc Natl Acad Sci USA** 2020, 117(2):857-864.

35. **Tomasetti C\***, Poling J, Roberts NJ, London Jr. NR, Pittman ME, Haffner MC, Rizzo A, Baras A, Karim B, Kim A, Heaphy CM, Meeker AK, Hruban RH, Iacobuzio-Donahue CA, Vogelstein B. Cell division rates decrease with age, providing a potential explanation for the age-dependent deceleration in cancer incidence. **Proc Natl Acad Sci USA** 2019, 116(41): 20482-20488.

34. Tie J, Cohen J, Wang Y, **Li L**, Christie M, Simons K, Lee M, Wong R, Kosmider S, Ananda S, McKendrick J, Lee B, Cho JH, Faragher I, Jones I, **Tomasetti C**, Papadopoulos N, Kinzler K, Vogelstein B, Gibbs P. Circulating tumor DNA analyses as markers of recurrence risk and benefit of adjuvant therapy for stage III colon cancer. **JAMA Oncology** 2019, doi:10.1001/jamaoncol.2019.3616.

33. **Tomasetti C\***. Mutated clones are the new normal. **Science** 2019, 364(6444):938-939.

32. Springer S, Masica DL, Dal Molin M, Douville C, Thoburn C, **Afsari B**, **Li L**, Cohen J, Thompson E, Allen PJ, Klimstra DS, Schattner MA, Schmidt CM, Yip-Schneider M, Simpson R, Fernandez-Del Castillo C, Mino-Kenudson M, Brugge W, Brand RE, Singhi AD, Scarpa A, Lawlor R, Salvia R, Zamboni G, Hong S-M, Hwang DW, Jang J-Y, Kwon

**Exhibit 8 Page 3**

W, Swan N, Geoghegan J, Falconi M, Crippa S, Doglioni C, Paulino J, Schulick R, Edil BH, Park W, Yachida S, Hijioka S, van Hooft J, He J, Weiss MJ, Burkhart R, Makary M, Canto MI, Goggins MG, anine Ptak J, Dobbyn L, Schaefer J, Sillman N, Popoli M, Klein A, **Tomasetti C\***, Karchin R, Papadopoulos N, Kinzler KW, Vogelstein B, Wolf-gang CL, Hruban RH, Lennon AM. A multi-modality test to guide the management of patients with a pancreatic cyst. **Sci Transl Med** 2019, 11(501):eaav4772.

31. Lee B, Lipton L, Cohen J, Tie J, Ammar Javed A, **Li L**, Goldstein D, Burge M, Cooray P, Nagrial A, Tebbutt N, Thomson B, Nikfarjam M, Harris M, Haydon A, Lawrence B, Tai D, Lennon AM, Wolfgang C, **Tomasetti C**, Papadopoulos N, Kinzler KW, Vogelstein B, Gibbs P. Circulating tumor DNA as a potential marker of adjuvant chemotherapy benefit following surgery for localised pancreatic cancer. **Ann Oncol** 2019, doi:10.1093/annonc/mdz200.

30. Wang Y, **Li L**, Cohen J, Kinde I, Ptak J, Popoli M, Schaefer J, Silliman N, Dobbyn L, Tie J, Gibbs P, **Tomasetti C**, Kinzler KW, Papadopoulos N, Vogelstein B, Olsson L. Prognostic potential of circulating tumor DNA measurement in postoperative surveil-lance of non-metastatic colorectal cancer. **JAMA Oncology** 2019, 5(8):1118-1123.

29. Wu R-C, Wang P, Lin S-F, Zhang M, Song Q, Chu T, Wang BG, Kurman RJ, Vang R, Kinzler K, **Tomasetti C\***, Jiao Y, Shih I-M, Wang T-L. Genomic landscape and evolutionary trajectories of ovarian cancer precursor lesions. **J Pathol** 2019, 248(1):41-50.

28. Eich M-L, Pena M, Springer S, Taheri D, Tregnago A, Salles D, Bezerra S, Cunha I, Fujita K, Ertoy D, Bivalacqua T, **Tomasetti C**, Papadopoulos N, Kinzler K, Vogelstein B, Netto G. Incidence and distribution of UroSEEK gene panel in a multi-institutional cohort of bladder urothelial carcinoma. **Modern Pathology** 2019, doi:10.1038/s41379-019-0276-y.

27. Wong R, Tie J, Lee M, Cohen JD, Wang Y, **Li L**, Ma S, Christie M, Kosmider S, **Tomasetti C**, Papadopoulos N, Kinzler K, Vogelstein B, Gibbs P. The potential role of circulating tumor DNA (ctDNA) in the further investigation of colorectal can-cer patients with non-specific findings on standard investigations. **Int J Cancer** 2019, doi:10.1002/ijc.32117.

26. Song M, Vogelstein B, Giovannucci EL, Willett WC, **Tomasetti C**. Cancer preven-tion: Molecular and epidemiological consensus. **Science** 2018, 361(6409):1317-1318.

25. Wang Y, **Li L**, Douville C, Cohen JD, Yen T-T, Kinde I, Sundfelt K, Kjær SK, Hruban RH, Shih I-M, Wang T-L, Kurman RJ, Springer S, Ptak J, Popoli M, Schae-fer J, Silliman N, Dobbyn L, Tanner EJ, Angarita A, Lycke M, Jochumsen K, **Afsari B**, **Danilova L**, Levine DA, Jardon K, Zeng X, Arseneau J, Fu L, Diaz LA, Karchin R, **Tomasetti C\***, Kinzler KW, Vogelstein B, Fader AN, Gilbert L, Papadopoulos N. Evaluation of liquid from the Papanicolaou test and other liquid biopsies for the detec-tion of endometrial and ovarian cancers. **Sci Transl Med** 2018, 10(433):eaap8793.

24. Springer SU, Chen C-H, Pena MCR, **Li L**, Douville C, Wang Y, Cohen JD, Taheri D, Silliman N, Schaefer J, Ptak J, Dobbyn L, Popoli M, Kinde I, **Afsari B**, Tregnago AC, Bezerra SM, VandenBussche C, Fujita K, Ertoy D, Cunha IW, Yu L, Bivalacqua TJ, Grollman AP, Diaz LA, Karchin R, **Danilova L**, Huang C-Y, Shun C-T, Turesky RJ, Yun BH, Rosenquist TA, Pu Y-S, Hruban RH, **Tomasetti C**, Papadopoulos N, Kinzler KW, Vogelstein B, Dickman KG, Netto GJ. Non-invasive detection of urothe-lial cancer through the analysis of driver gene mutations and aneuploidy. **eLIFE** 2018,

**Exhibit 8 Page 4**

7:e32143.

23. Tie J, Cohen JD, Wang Y, **Li L**, Christie M, Simons K, Elsaleh H, Kosmider S, Wong R, Yip D, Lee M, Tran B, Rangiah D, Burge M, Goldstein D, Singh M, Skinner I, Faragher I, Croxford M, Bampton C, Haydon A, Jones IT, Karapetis CS, Price T, Schaefer MJ, Ptak J, Dobbyn L, Silliman N, Kinde I, **Tomasetti C**, Papadopoulos N, Kinzler K, Bert Volgestein B, Gibbs P. Serial circulating tumour DNA analysis during multimodality treatment of locally advanced rectal cancer: a prospective biomarker study. **Gut** 2018, 68(4):663-671.

22. Cohen JD, **Li L**, Wang Y, Thorburn C, **Afsari B**, **Danilova L**, Douville C, Javed AA, Wong F, Mattox A, Hruban RH, Wolfgang CL, Goggins MG, Dal Molin M, Wang T-L, Roden R, Klein AP, Ptak J, Dobbyn L, Schaefer J, Silliman N, Popoli M, Vogelstein JT, Browne JD, Schoen RE, Brand RE, Tie J, Gibbs P, Wong H-L, Mansfield AS, Jen J, Hanash SM, Falconi M, Allen PJ, Zhou S, Bettegowda C, Diaz L, **Tomasetti C**\*, Kinzler KW, Vogelstein B, Lennon AM, Papadopoulos N. Detection and localization of surgically resectable cancers with a multi-analyte blood test. **Science** 2018, 359(6378):926-930.

21. Cohen JD, Javed AA, Thoburn C, Wong F, Tie J, Gibbs P,Schmidt CM, Yip-Schneider M, Allen PJ, Schattner M, Brand RE, Singhi AD, Petersen GM, Hong S-M, Kim S, Falconi M, Doglioni C, Weiss MJ, Ahuja N, He J, Makary M, Maitra A, Hanash SM, Dal Molin M, Wang Y, **Li L**, Ptak J, Dobbyn L, Schaefer J, Silliman N, Popoli M, Goggins M, Hruban RH, Wolfgang CL, Klein AP, **Tomasetti C**, Papadopoulos N, Kinzler KW, Vogelstein B, Lennon AM. Combined circulating tumor DNA and protein biomarker-based liquid biopsy for the earlier detection of pancreatic cancers. **Proc Natl Acad Sci USA** 2017, 114(38):10202-10207.

20. **Tomasetti C**\*, Durrett R, Kimmel M, Lambert A, Parmigiani G, Zauber A, Vogelstein B. Role of stem cell divisions in cancer risk. **Nature** 2017, 548: E13-E14, doi:10.1038/nature23302.

19. **Tomasetti C**\*, **Li L**, Vogelstein B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. **Science** 2017, 355(6331):1330-1334.

18. Anglesio MS, Papadopoulos N, Ayhan A, Nazeran TM, Horlings HM, Noe M, Lum A, Jones S, Senz J, Seckin T, Ho J, Wu R-C, Lac V, Ogawa H, Tessier-Cloutier B, Al-hassan R, Wang A, Wang Y, Cohen J, Wong F, Hasanovic A, Orr N, Wang M, Popoli M, McMahon W, Wood L, Mattox A, Allaire C, Segars J, Williams C, **Tomasetti C**, Boyd N, Kinzler KW, Gilks CB, Diaz L, Wang T-L, Vogelstein B, Yong PJ, Huntsman DG, Shih I-M. Cancer associated mutations in non-cancer associated endometriosis. **N Engl J Med** 2017, 376(19):1835-1848.

17. **Tomasetti C**\*, Vogelstein B. On the slope of the regression between stem cell divisions and cancer risk, and the lack of correlation between stem cell divisions and environmental factors-associated cancer risk. **PLoS ONE** 2017, 12(5):e0175535.

16. Tie J, Wang Y, **Tomasetti C**, **Li L**, Springer S, Kinde I, Silliman N, Tacey M, Wong H, Christie M, Kosmider S, Skinner I, Wong R, Steel M, Tran B, Desai J, Jones I, Haydon A, Hayes T, Price TJ, Strausberg RL, Diaz LA, Papadopoulos N, Kinzler KW, Vogelstein B, Gibbs P. Circulating tumor DNA analysis detects minimal residual disease and predicts recurrence in patients with stage II colon cancer. **Sci Transl Med** 2016, 8(346):346ra92.

**Exhibit 8 Page 5**

15. Hoang ML, Kinde I, **Tomasetti C**, McMahon KW, Rosenquist TA, Grollman AP, Kinzler KW, Vogelstein B, Papadopoulos N. Genome-wide quantification of rare somatic mutations in normal human tissues using massively parallel sequencing. **Proc Natl Acad Sci USA** 2016, 113(35):9846-9851.

14. **Tomasetti C**\*, Vogelstein B. Cancer risk: role of environment - Response. **Science** 2015, 347(6223):729-731.

13. **Tomasetti C**\*, Vogelstein B. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. **Science** 2015, 347(6217):78-81.

12. **Tomasetti C**\*, Marchionni L, Nowak MA, Parmigiani G, Vogelstein B. Only three driver gene mutations are required for the development of lung and colorectal cancer. **Proc Natl Acad Sci USA** 2015, 112(1):118-123.

11. **Tomasetti C**\*, Bozic I. The (not-so) immortal strand hypothesis. **Stem Cell Research** 2015, 14(2):238-241.

10. Geman D, Ochs M, Price ND, **Tomasetti C**, Younes L. An argument for mechanism-based statistical inference in cancer. **Human Genetics** 2014, DOI:10.1007/s00439-014-1501-x.

9. **Tomasetti C**\*, Demetri GD, Parmigiani G. Why tyrosine kinase inhibitor resistance is common in advanced gastrointestinal stromal tumors. **F1000Research** 2013, 2:152.

8. **Tomasetti C**\*, Vogelstein B, Parmigiani G. Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation. **Proc Natl Acad Sci USA** 2013, 110(6):1999-2004.

7. **Tomasetti C**\*. Stochastic modeling of multiple random genetic mutations under the cancer stem cell hypothesis. **Mathematical Population Studies** 2012, 19(4):200-213.

6. **Tomasetti C**\*. On the probability of random genetic mutations for various types of tumor growth. **Bulletin of Mathematical Biology** 2012, 74(6):1379-1395.

5. **Tomasetti C**\*. A new hypothesis: imatinib affects leukemic stem cells in the same way it affects all other leukemic cells. **Blood Cancer Journal** 2011, 1:e19.

4. **Tomasetti C**\*, Levy D. Role of symmetric and asymmetric division of stem cells in developing drug resistance. **Proc Natl Acad Sci USA** 2010, 107(39):16766–16771.

3. Galante A, Levy D, **Tomasetti C**\*. A mathematical model for microenvironmental control of tumor growth. **IFMBE Proceedings** 2010, eds Herold KE, Vossoughi J, Bentley WE, Springer, Berlin, 32.

2. **Tomasetti C**\*, Levy D. Drug resistance always depends on the turnover rate. **IFMBE Proceedings** 2010, eds Herold KE, Vossoughi J, Bentley WE, Springer, Berlin, 32.

1. **Tomasetti C**\*, Levy D. An elementary approach to modeling drug resistance in cancer. **Math Biosci Eng** 2010, 7(4):905–918.

**Exhibit 8 Page 6**

| | |
|---|---|
| OTHER PUBLICATIONS | 1. **Tomasetti C**\*, Vogelstein B. Technical report. **Arxiv.org** 2015, arXiv:1501.05035 [stat.AP]. |

| | |
|---|---|
| BOOK CHAPTERS | **Tomasetti C**. Drug resistance. In *A Systems Biology Approach to Blood*. Corey S, Kimmel M, Leonard JN (eds) Springer, New York, 2014. |

| | |
|---|---|
| PATENTS AND LICENSES | 1. **C14717 LUID Algorithm**. A Classification Algorithm for the Early Detection of Cancer using Sequencing Data. Licensed to PapGene Inc. as algorithm technology classified as "Software, information, data, know-how and/or copyrighted works". |
| | 2. **C14990 UroSEEK**. Test for Detecting Bladder and Urothelial Cancers. US Provisional patent application 62/628,759 filed 2/9/2018. |
| | 3. **C14964 PapSEEK**. Test for Detecting Endometrial and Ovarian Cancers. US Provisional patent application 62/629,870 filed on 2/13/2018. |
| | 4. **C15049 CancerSEEK**. Methods and Materials for Assessing and Treating Cancer. PCT/US2018/045669 filed 8/7/2018 and US application 16/250,703 filed 1/17/2019. |
| | 5. **C15048 SuperSigs**. A method for detecting an etiological factor of a cancer. U.S. Provisional Patent number 62/858,007 was filed by JHU on June 6, 2019. |
| | 6. **C15729 Fast4erSeqS**. Rapid Aneuploidy Detection. PCT/US2020/033209 filed and U.S. Provisional Patent number 62/849,662 was filed by JHU on May 18, 2020. |
| | 7. **C16580 Block Method**. Binary classification of incidence-based data requiring given specificity. US Provisional patent application 63125161 filed on 12/14/2020. |
| | 8. **C16579 SignaL**. Amplicon-based binary classification using signatures of length of DNA fragments. US Provisional patent application 63125171 filed on 12/14/2020. |

| | |
|---|---|
| TALKS, PRESENTATIONS, LECTURES | Novel Insights into Environmental Impact on Cancer Initiation and Progression Symposium (invited) – November 2023<br>51st International Symposium of the Princess Takamatsu Cancer Research Fund, Tokyo, Japan |
| | Artificial Intelligence and the Integration with Molecular Genomics (invited) – June 2023<br>Association for Molecular Pathology (AMP) Europe, NH Milano Congress Centre, Milan, Italy |
| | Machine Learning and Artificial Intelligence for Personalized Medicine (invited) – April 2023<br>Institute for Mathematical and Statistical Innovation, National Science Foundation University of Chicago, Chicago, IL |
| | Lecturer, "Winter School on Quantitative Systems Biology" (invited) – December 2022<br>International Centre for Theoretical Physics (ICTP) & International Centre for Theo- |

**Exhibit 8 Page 7**

retical Sciences (ICTS), Trieste, Italy

39th NIH/NCI Early Detection Research Network (EDRN) Steering Committee (invited) – November 2022
Renaissance Seattle Hotel, Seattle, WA

Keynote Speaker at OCTANe's Medical Innovation Forum (invited) – October 2022
Irvine Marriott, Irvine, CA

City of Hope Investment Committee Meeting (invited) – October 2022
City of Hope, Duarte, CA

The Robert & Lynda Altman Foundation Research Fund (invited) – October 2022
Translational Genomics Research Institute, Phoenix, AZ

Moderator of "From Costly Intervention to Lower-Cost Prevention" (invited) – October 2022
Reuters Total Health Event 2022, Oncology Track
Marriott Marquis, Chicago, IL

Dorrance Research Fund (invited) – September 2022
Translational Genomics Research Institute, Phoenix, AZ

Panelist at AJMC Institute for Value-Based Medicine (invited) – September 2022
Irvine Marriott, Irvine, CA

Atlantic Health System Monthly Meeting (invited) – July 2022
Morristown, NJ (virtual)

TGen Foundation Board of Directors Meeting (invited) – May 2022
Translational Genomics Research Institute, Phoenix, AZ

City of Hope Cancer Center Executive Committee – May 2022
City of Hope, Duarte, CA

RSO Advance Conference (invited) – May 2022
Laguna Cliffs Marriott Resort, Dana Point, CA

US Oncology Early Development Program Scientific Retreat (invited) – April 2022
Marriott Coronado Island, Coronado, CA

DCQM Friday Speaker Series (invited) – April 2022
Department of Computational and Quantitative Medicine, Beckman Research Institute, City of Hope (virtual) – Duarte, CA

Cancer and Aging Salon Event (invited) – April 2022
La Quinta, CA

City of Hope Board of Directors Scientific Presentation (invited) – February 2022
Fairmont Scottsdale, AZ

TGen Board of Directors Scientific Presentation (invited) – February 2022
Translational Genomics Research Institute – Phoenix, AZ

**Exhibit 8 Page 8**

Department of Biomedical Informatics Seminar (invited) – November 2021
Harvard Medical School – Boston, MA

Ludwig Institute for Cancer Research Seminar Series (invited) – November 2021
University of Oxford – Oxford, United Kingdom

The Translational Genomics Research Institute Seminar (invited) – November 2021
TGen/City of Hope – Phoenix, AZ

Lecture at the Division of Cancer Epidemiology and Genetics (DCEG) Committee of
Scientists Seminar (invited) – October 2021
National Cancer Institute (NIH), Bethesda, MD

Talk at the 37th NCI Early Detection Research Network (EDRN) Steering Commit-
tee Meeting of the Gastrointestinal Collaborative Group (invited) – October 2021
NCI Early Detection Research Network (EDRN) Steering Committee, Bethesda, MD

Templeton Philanthropies Seminar (invited) – October 2021
The John Templeton Foundation, West Conshohocken, PA

Cancer Genomics webinar (invited) – June 2021
The Institute of Cancer Research: Royal Cancer Hospital, London, United Kingdom
(virtual)

Data Science Zoominar series (invited) – May 2021
Department of Data Science, Dana Farber Cancer Institute, Harvard, Boston, MA (vir-
tual)

Department Seminar Series (invited) – May 2021
Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health, Balti-
more, MD

Unite to Prevent and Unite to Cure (invited) – May 2021
Exploring the Mind, Body and Soul.
Fifth International Vatican Conference, Vatican City (virtual)

4th Quarter Cancer Seminar Course (invited) – April 2021
Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health, Balti-
more, MD

The Great Debate, Early Detection of Cancer Conference (invited) – October 2020
Cancer Research UK/Oregon Health & Science University/Canary Center at Stanford
London, United Kingdom (virtual)

Data Integration Approaches to Accelerate Cancer Early Detection (invited) – June
2020
Methods Workshop of the American Association for Cancer Research
AACR Annual Meeting 2020, San Diego, CA (virtual)

Cell and Tissue Mechanics Working Group (invited) – March 2020
Physical Sciences-Oncology Network (PS-ON), National Cancer Institute

MIT Operations Research Center (ORC) Seminar Series (invited) – February 2020
Massachusetts Institute of Technology, Cambridge, MA

**Exhibit 8 Page 9**

10th International Symposium on the Breast (invited) – February 2020
Susan Love Foundation.
UCLA Luskin Conference Center, Los Angeles, CA

Universal Cancer Screening Summit (invited) – February 2020
American Cancer Society, Union for International Cancer Control, and Mayo Clinic
Cancer Center.
Mayowood Mansion, Rochester, MN

16th International Congress of Radiation Research (ICRR) (invited) – August 2019
Manchester, United Kingdom

Invited Session & Chair at the Joint Statistical Meetings (JSM) – July 2019
Denver, CO

MIT Operations Research Center (ORC) Seminar Series (invited) – May 2019
Massachusetts Institute of Technology, Cambridge, MA

Plenary Speaker at the 47th European Environmental Mutagenesis & Genomic Society
(EEMGS) meeting (invited) – May 2019
Rennes, France

Cambridge Pancreatic Cancer Symposium 2019 (invited) – May 2019
Cancer Research UK - Cambridge Institute, University of Cambridge, Cambridge, United
Kingdom

Annual Prostate Cancer Research Retreat of DF/HCI, Fred Hutch, Lurie, MSKCC,
Rogel, SKCCC, Weill Cornell (invited) – March 2019
W Hotel, Fort Lauderdale, FL

University of California, San Francisco Helen Diller Family Comprehensive Cancer Center Friday Seminar Series (invited) – March 2019
UCSF, San Francisco, CA

AMGEN (invited) – February 2019
South San Francisco, CA

UCSF Breast Oncology Program Seminar (invited) – February 2019
University of California, San Francisco Helen Diller Family Comprehensive Cancer Center, San Francisco, CA

Stanford Cancer Early Detection Seminar Series (invited) – January 2019
Canary Center at Stanford for Cancer Early Detection, Stanford University School of
Medicine, Stanford, CA

Program in Personalized and Genomic Medicine Seminar (invited) – November 2018
University of Maryland School of Medicine, Baltimore, MD

NCI-Johns Hopkins Discussion on BIG Data on Biomarkers and Classifications for Risk
and Early Detection (invited) – October 2018
Johns Hopkins University, Baltimore, MD

National Institute of Environmental Health Sciences Seminar (invited) – October 2018

**Exhibit 8 Page 10**

National Institute of Environmental Health Sciences, NIH, Research Triangle Park, NC

Keynote speaker at the American Cancer Society Jiler Professor Meeting (invited) – September 2018
Minneapolis, MN

Plenary Speaker at the Annual Meeting of the Radiation Research Society (invited) – September 2018
Hilton Downtown Chicago, Chicago, IL

Speaker at the Conference on Radiation and Health (CRH) (invited) – September 2018
Hilton Downtown Chicago, Chicago, IL

Keynote Speaker at the Leuven Cancer Institute Oncoforum (invited) – June 2018
Leuven Cancer Institute, KU Leuven, Leuven, Belgium

Grand Rounds Cancer Prevention and Control (invited) – April 2018
The University of Texas MD Anderson Cancer Center, Houston, TX

DNA Damage, Mutation and Cancer (invited) – March 2018
Gordon Research Conference, Beach Marriott, Ventura, CA

Workshop on "Biologically-based Mechanistic Modeling for Radiation-induced Carcinogenesis" (invited) – March 2018
Radiation Effects Research Foundation (RERF), Hiroshima, Japan

"Premio Santi Ilario e Taziano Città di Gorizia" Award (invited) – March 2018
Teatro Comunale G. Verdi, Gorizia, Italy

Biostatistics Seminar (invited) – February 2018
Department of Biostatistics, University of North Carolina, Chapel Hill, NC

John Templeton Foundation Speaker Series (invited) – January 2018
John Templeton Foundation, West Conshohocken, PA

Environmental Health Science and Research Bureau Seminar (invited) – January 2018
Environmental Health Science and Research Bureau, Health Canada, Ottawa, Canada

The Longrifles Cancer Seminar (invited) – October 2017
Johns Hopkins University, Baltimore, MD

Keynote Speaker at the Annual Meeting of the Mexican College for Cancer Research (C-MIC) (invited) – October 2017
Puebla City, Puebla, Mexico

Mathematical Models in Ecology and Evolution (MMEE 2017) – July 2017
City, University of London, London, United Kingdom

Statistical Methods for Cancer Genomics (invited) – June 2017
ICSA Applied Statistics Symposium, Chicago, IL

Annual Genetic Toxicology Association (GTA) Meeting (invited) – May 2017
University of Delaware Clayton Hall Conference Center, Newark, DE

**Exhibit 8 Page 11**

Mathematical Biology Colloquium (invited) – April 2017
Department of Mathematics, Duke University, Durham, NC

AACR Forum (two speakers) on Cancer Etiology (invited) – April 2017
AACR Annual Meeting, Washington, DC

Modeling Tumor Evolution: Initiation, Growth and Progression (invited) – September 2016
Center for Interdisciplinary Research (ZiF), Bielefeld University, Germany

Assistant Professor Summer Lecture Series (invited) – June 2016
Sidney Kimmel Comprehensive Cancer Center, Baltimore, MD

Survivorship, Outcomes, and Risk Seminar (invited) – March 2016
Memorial Sloan Kettering Cancer Center, New York, NY

Translational Research Conference (invited) – December 2015
Sidney Kimmel Comprehensive Cancer Center, Baltimore, MD

BergamoScienza (invited) – October 2015
Bergamo, Italy

Cell Growth and Proliferation (invited) – July 2015
Gordon Research Conference, Mount Snow, West Dover, VT

Unité de Génétique et de Biologie du Développement (invited) - July 2015
Institut Curie, Paris, France

Mathematical Models in Ecology and Evolution (MMEE 2015) - July 2015
Collége de France, Paris, France

Late Breaking Session Talk – April 2015
AACR Annual Meeting, Philadelphia, PA

Cancer Genetics and Epigenetics (invited) – April 2015
Gordon Research Conference, Lucca, Italy

Saint Barnabas Medical Grand Rounds (invited) – March 2015
Saint Barnabas Medical Center, Livingston, NJ

The Future of Genomic Medicine VIII (invited) – March 2015
Scripps Translational Science Institute, La Jolla, CA

Midday with Dan Rodricks (invited) – February 2015
WYPR/NPR Baltimore, MD

Research Program in Quantitative Sciences (invited) – January 2015
Sidney Kimmel Cancer Center, Johns Hopkins University, Baltimore, MD

BBC, CNN International, PBS NewsHour – January 2015

The Longrifles Seminar (invited) – November 2014
Johns Hopkins University, Baltimore, MD

**Exhibit 8 Page 12**

European Conference on Mathematical and Theoretical Biology (invited) – June 2014
Chalmers University of Technology, Gothenburg, Sweden

S. L. A. M. Seminar (invited) – June 2014
Biostatistics Department, Johns Hopkins University, Baltimore, MD

International Conference on Stochastic Models in Ecology, Evolution and Genetics –
December 2013
University of Angers and INRA, Angers, France

7th Annual Young Investigators Symposium on Genomics and Bioinformatics (invited)
– October 2013
Center for Computational Genomics, Johns Hopkins University, Baltimore, MD

BiCi 2013 Computational Cancer Genomics (invited) – September 2013
International Center for Informatics, Bertinoro, Italy

Course Instructor, Seventh q-bio Summer School on Cancer (invited) – July 2013
Santa Fe, Los Alamos National Laboratory, NM

Program for Evolutionary Dynamics Seminar (invited) – April 2013
Department of Mathematics, Harvard University, Cambridge, MA

Bioinformatics Seminar (invited) – April 2013
Department of Mathematics, MIT, Cambridge, MA

Special Seminar (invited) – March 2013
Cancer Center and Department of Pathology, Harvard Medical School and Massachusetts
General Hospital, Boston, MA

Joint Departmental Colloquium (invited) – February 2013
Department of Mathematics and Biology, University of Oregon, Eugene, OR

Biostatistics Seminar (invited) – February 2013
Department of Biostatistics, Johns Hopkins University, Baltimore, MD

Special Session on Stochastic and Functional Analysis (invited) – January 2013
Joint Mathematics Meetings. San Diego, CA

Harvard Applied Mathematics (WAM) Seminar (invited) – November 2012
Harvard University, Cambridge, MA

Cancer Genome Workgroup Meeting (invited) – November 2012
Broad Institute of MIT and Harvard, Cambridge, MA

Departmental Colloquium (invited) – November 2012
Department of Mathematics, Brigham Young University, Provo, UT

Probability Seminar – October 2012
Department of Mathematics, University of Maryland, College Park, MD

Biomathematics Seminar (invited) – October 2012
Department of Mathematics, Trinity University, San Antonio, TX

**Exhibit 8 Page 13**

International Conference on Stochastic Processes in Systems Biology, Genetics and Evolution (invited) – August 2012
Department of Statistics and the Center for Theoretical Biological Physics, Rice University, Houston, TX

Leukemia Planning Conference (invited) – August 2012
University of Texas, MD Anderson Cancer Center, Houston, TX

Gordon Research Conference on Drug Resistance (invited) – July 2012
Stonehill College, Easton, MA

Computational Biology Intergroup meeting, Department of Biostatistics and Computational Biology – June 2012
Dana-Farber Cancer Institute, Boston, MA

Program In Quantitative Genomics, School of Public Health (invited)– November 2011
Harvard School of Public Health, Boston, MA

Institute of Applied Mathematics, HGS Mathematical and Computational Methods for the Sciences (invited) – July 2011
University of Heidelberg, Heidelberg, Germany

8th European Conference on Mathematical and Theoretical Biology (ECMTB) and Annual Meeting for the Society of Mathematical Biology (SMB) – June 2011
Krakow, Poland

35th Conference on Stochastic Processes and their Applications (SPA) – June 2011
Oaxaca, Mexico

Dana-Farber BCB Retreat – May 2011
Dana-Farber Cancer Institute, Boston, MA

Branching Processes and Derived Processes: Transient and Asymptotic Behaviors (invited) – April 2011
Centre International de Rencontres Mathematiques (CIRM), Luminy, France

Semiparametric Bayesian Inference: Applications in Pharmacokinetics and Pharmacodynamics (poster) – July 2010
SAMSI, Research Triangle Park, NC

UMD - NCI Partnership for Cancer Technology (poster) – June 2010
National Institute of Health, Bethesda, MD

Applied Mathematics Seminar (invited) – May 2010
Mathematics Department, George Washington University, Washington D.C.

Southern Biomedical Engineering Conference – May 2010
University of Maryland, College Park, MD

Seminario del Centro di Riferimento Oncologico (invited) – February 2010
Istituto Nazionale Tumori, Aviano (PN), Italy

First International Workshop on Mathematical Methods in Systems Biology (poster) – January 2010

**Exhibit 8 Page 14**

Tel Aviv University, Tel Aviv, Israel

Frontiers in Basic Immunology (poster) – October 2009
National Institute of Health, Bethesda, MD

AMSC Student Seminar – September 2009
University of Maryland, College Park, MD

International Conference on Mathematical Biology and Annual Meeting of the Society for Mathematical Biology – July 2009
University of British Columbia, Vancouver, Canada

Math-Biology Workshop on Building an Interdisciplinary Career (poster) – May 2009
University of Utah, Salt Lake City, UT

Cancer Dynamics Group Research Interaction Team Seminar – December 2008
University of Maryland, College Park, MD

| | | |
|---|---|---|
| SERVICE, LEADERSHIP | **Co-Chair, Statistical Working Group, EDRN**<br>Early Detection Research Network, National Cancer Institute, NIH | Nov 2022 – present |
| | **Steering Committee Member, EDRN**<br>Early Detection Research Network, National Cancer Institute, NIH | Oct 2022 – present |
| CONFERENCE ORGANIZER, SESSION CHAIR | 2023 EDRN Scientific Workshop Organizing Committee Member – May 2023<br>Early Detection Research Network, NCI, Bethesda, MD | |
| | Invited Session Chair, Joint Statistical Meetings (JSM) – July 2019<br>Denver, CO | |
| | Session Chair, European Conference Mathematical and Theoretical Biology – June 2014<br>Chalmers University of Technology, Gothenburg, Sweden | |
| | Organizer of the Harvard Biomathematics Seminar – 2012/2013<br>I initiated and organized this seminar, aiming at bringing together for the first time biomathematicians in various departments across Harvard's Schools. | |
| HONORS, AWARDS, SCHOLARSHIPS | **Excellence in Teaching - Graduate Probability Theory**<br>Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health | 2021 - 2022 |
| | **Excellence in Teaching - Graduate Probability Theory**<br>Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health | 2020 - 2021 |
| | **Translational Research Project Award**<br>Maryland Cigarette Restitution Fund | 2018 - 2019 |

**Exhibit 8 Page 15**

| | |
|---|---|
| **Excellence in Teaching - Graduate Probability Theory**<br>Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health | 2018 - 2019 |
| **"Premio Santi Ilario e Taziano Città di Gorizia" Award**<br>Comune di Gorizia, Gorizia, Italy | March 2018 |
| **Translational Research Project Award**<br>Maryland Cigarette Restitution Fund | 2017 - 2018 |
| **Excellence in Teaching - Graduate Probability Theory**<br>Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health | 2017 - 2018 |
| **Excellence in Teaching - Graduate Probability Theory**<br>Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health | 2016 - 2017 |
| **Excellence in Teaching - Graduate Probability Theory**<br>Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health | 2015 - 2016 |
| **Excellence in Teaching - Graduate Probability Theory**<br>Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health | 2014 - 2015 |
| **Ruth L. Kirschstein National Research Service Award**<br>Department of Biostatistics, HSPH, Harvard University | 2011 - 2013 |
| **NSF Travel Award**<br>35th Conference on Stochastic Processes and their Applications (SPA 2011), Oaxaca, Mexico | June 2011 |
| **Kaplan Travel Grant**<br>Mathematical Modelling of Cancer Growth Summer School, Dundee, UK | August 2010 |
| **Fields Travel Grant**<br>Workshop on Mathematical Oncology III, University of Toronto, Canada | March 2010 |
| **Kaplan Travel Grant**<br>Mathematical Methods in Systems Biology, Tel Aviv, Israel | Jan 2010 |
| **Landhal Travel Grant**<br>Annual meeting of the Society of Mathematical Biology, Vancouver, Canada | July 2009 |

**Exhibit 8 Page 16**

**University of Utah Travel Grant**                                      May 2009
Math-Biology Workshop, Salt Lake City, Utah

**Mathematics Department Fellowship (only 3 per year)**      2005 - 2008
Mathematics Department, University of Maryland

**Best Graduate Student of the Year**                           2004
Cal Poly University

**Franklin HO Scholarship**                                     June 2004
Cal Poly Fundation

**Regional Scholarship for Graduate Studies Abroad**       October 2001
Friuli Region, Italy

**Honor Undergraduate Thesis (top 10%)**                       Dec 2000
University of Trieste, Italy

**Exhibit 8 Page 17**

| MENTORING EXPERIENCE | **Postdoctoral Students** | 2014 - present |

Kamel Lahouel, Applied Mathematics (2018 - present)
Applied Mathematics Department, Johns Hopkins University

Bahman Afsari, Biostatistics (2016 - 2018)
Division of Biostatistics and Bioinformatics, JH School of Medicine

Matthew Satriano, Applied Mathematics (2014 - 2015)
Division of Biostatistics and Bioinformatics, JH School of Medicine

**Ph.D. Students**                                          2015 - present

Andrew Henrichsen, Applied Mathematics (2021 - present)
Applied Mathematics Department, Johns Hopkins University

Haley Grant, Biostatistics (2019 - present)
Biostatistics Department, Johns Hopkins School of Public Health

Albert Kuo, Biostatistics (2018 - present)
Biostatistics Department, Johns Hopkins School of Public Health

Lu Li, Biostatistics (2015 - 2019)
Biostatistics Department, Johns Hopkins School of Public Health

Kamel Lahouel, Applied Mathematics (co-advisor) (2015 - 2018)
Applied Mathematics Department, Johns Hopkins University

Ritesh Ramchandani, Summer Research Projects (2011 - 2012)
Biostatistics Department, Harvard School of Public Health

**Masters Students**                                        2018 - present

Chang Chen, Biostatistics (2021 - present)
Biostatistics Department, Johns Hopkins School of Public Health

Yimin Huang, Biotechnology (2021 - present)
Biotechnology, Johns Hopkins University

YiFan Zhang, Biostatistics (2018 - 2020)
Biostatistics Department, Johns Hopkins School of Public Health

**Undergraduate Students**                                  2012 - present

Mete Mulazimoglu, Applied Mathematics (2021 - present)
Applied Math Department, Johns Hopkins University

Saad Ansari, Applied Mathematics (2021 - present)
Applied Math Department, Johns Hopkins University

YiFan Zhang, Biostatistics (2017 - 2018)
Biostatistics Department, Johns Hopkins School of Public Health

Benjamin Hsu, Senior Thesis Project (2012 - 2013)
Statistics Department, Harvard University

Alberta Okundaye, CURE Program (2012)
Computational Biology Department, Dana-Farber Cancer Institute

**Exhibit 8 Page 18**

| | | |
|---|---|---|
| TEACHING | **Course Instructor**<br>Graduate Probability Theory<br>Designed this new core graduate course for 1st year PhD students<br>Department of Biostatistics, Johns Hopkins Bloomberg School of<br>Public Health | 2014 - present |
| | **Course Instructor**<br>Seventh q-bio Summer School on Cancer (invited)<br>Santa Fe, Los Alamos National Laboratory, NM | July 2013 |
| | **Course Instructor**<br>Stochastic Processes with Applications to Biology and Medicine<br>Designed this new graduate course offering<br>Biostatistics Department, Harvard University | Winter 2013 |
| | **Course Instructor**<br>Math 115 (Precalculus)<br>Mathematics Department, University of Maryland | Summer 2008 |
| | **Teaching Assistant**<br>Mathematics Department, University of Maryland | 2005 - 2008 |

- *Lecturer* - a few times on behalf of Prof. Leonid Koralov Stat 601 (Graduate Probability II) and also on behalf of Prof. Peter Wolfe Math 241 (Calculus III)
- *Discussion leader* for Stat 100 (Elementary Statistics), Math 140 (Calculus I), Math 241 (Calculus III), and Stat 400 (Probability and Statistics)
- *Teaching Assistant/Grader* for Stat 601 (Graduate Probability II) and Stat 650 (Graduate Stochastic Processes)
- *Tutor* for Math 140, Math 141 and Math 241 (Calculus I, II, and III)

| | | |
|---|---|---|
| FUNDING | Granting Organization: **The John Templeton Foundation**<br><br>Title: Advances in Our Understanding of the Mechanisms of Obesity and Radiation in Carcinogenesis, and Personalized Cancer Etiology (62818).<br>**P.I.: Cristian Tomasetti**<br>$697,603 (direct) | 12/01/2022   -<br>11/30/2024 |
| | Granting Organization: **NIH/NCI**<br><br>Title: Blood-Based Testing for Advanced Adenoma (1U01CA271884-01).<br>**M.P.I.: Cristian Tomasetti**<br>$3,496,536 | 9/12/2022   -<br>8/31/2027 |

**Exhibit 8 Page 19**

Granting Organization: **NIH/NCI**                                  09/02/2020   -
                                                                    08/31/2026

Title: Engagement of American Indians of Southwestern Indigenous
Tribal Nations in Cancer Genome Sequencing (U2C-CA252973).
Co-P.I.: Jeffrey Trent; Cheryl Willman
**Co-Investigator: Cristian Tomasetti**


Granting Organization: **Lustgarten Foundation**                    01/01/2019   -
                                                                    12/31/2022

Title: Lustgarten Foundation Dedicated Lab Award (90081420)
P.I.: Bert Vogelstein
**Co-Investigator: Cristian Tomasetti**
Description: Minimize deaths from pancreatic cancers using ap-
proaches based on the genetic alterations harbored by these cancers.
$909,090 (direct)

Granting Organization: **The John Templeton Foundation**            12/01/2019   -
                                                                    7/31/2022

Title: Advances in Our Understanding of the Mechanisms of Obesity
and Radiation in Carcinogenesis, and Personalized Cancer Etiology
(61471).
**P.I.: Cristian Tomasetti**
$1,412,420 (direct)


Granting Organization: **NIH/NCI**                                  09/01/2018   -
                                                                    08/31/2023

Title: Earlier Detection of Cancers Using Non-plasma Based Liquid
Biopsies (U01CA230691)
P.I.: Nick Papadopoulos
**Co-Investigator: Cristian Tomasetti**
$4,876,241 (direct)


Granting Organization: **NIH/NCI**                                  07/01/2017   -
                                                                    04/30/2022

Title: Regional Oncology Research Center: Bioinformatics Core
(P30 CA006973)
P.I.: Nelson W/Cope L.
**Co-Investigator: Cristian Tomasetti**
$59,932,617 (direct)


Granting Organization: **The John Templeton Foundation**            12/01/2016   -
                                                                    11/30/2019

Title: Novel Paradigm in Cancer Etiology, Its Relationship with
Aging, and Novel Methods for Cancer Early Detection (60689)
**P.I.: Cristian Tomasetti**
$1,335,319 (direct)

**Exhibit 8 Page 20**

Granting Organization: **Marcus Foundation**  |  01/01/2017 06/30/2019  |  -

Title: Novel Blood Test for the Early Detection of Cancer (2295)
P.I.: Bert Vogelstein
**Co-P.I.: Cristian Tomasetti**
Description: I lead the bioinformatic component of this large grant ($15,350,000 for two years) to develop a new blood test for the earlier detection of cancer.

Granting Organization: **Maryland Cigarette Restitution Fund**  |  07/01//2017 06/30/2019  |  -

Title: Mechanistic Model of Absolute Risk in Cancer (FHB33CRF/MOOP8401367)
**P.I.: Cristian Tomasetti**
$172,341 (direct)

Granting Organization: **NIH/NCI**  |  07/01/2013 06/30/2017  |  -

Title: Regional Oncology Research Center: Bioinformatics Core (P30 CA006973)
P.I.: Nelson W/Ochs M
**Co-Investigator: Cristian Tomasetti**

Granting Organization: **NIH/NCI**  |  01/01/2011 06/30/2013  |  -

Title: Biometry/Epidemiology Training Grant in Biostatistics (T32CA009337)
P.I.: Giovanni Parmigiani
**Postdoctoral Fellow: Cristian Tomasetti**

REVIEWER
*Science*
*New England Journal of Medicine*
*Proceedings of the National Academy of Sciences, USA*
*eLife*
*Cancer Research*
*Bulletin of Mathematical Biology*
*PLoS Computational Biology*
*Bioinformatics*
*Journal of Theoretical Biology*
*PLoS One*
*Blood*
*Current Biology*

MEMBERSHIPS

American Association for Cancer Research  |  2016 - present

American Statistical Association  |  2013 - present

Society for Mathematical Biology  |  2010 - present

**Exhibit 8 Page 21**