# EXHIBIT 10

```
 1        SAN BERNARDINO, CALIFORNIA; TUESDAY, OCTOBER 26, 2021
 2                          A.M. SESSION
 3   DEPARTMENT S-24 (VIA ZOOM)      HON. GILBERT G. OCHOA, JUDGE
 4   APPEARANCES:
 5            Plaintiff, DONNETTA STEPHENS, with her
 6            counsel, FLETCHER TRAMMELL, WILLIAM
 7            SHAPIRO, and PAUL KIESEL, Attorneys at
 8            Law; Defendant, MONSANTO COMPANY, by its
 9            counsel, BART WILLIAMS, MANUEL CACHAN,
10            LEE POPKIN, and SHAWN LEDINGHAM,
11            Attorneys at Law.
12            (Stephanie Austin, CSR, Official Court
13            Reporter, CSR No. 13119.)
14                          -oOo-
15         (Conference held, not reported.)
16       (The following proceedings were held, via Zoom,
17            outside the presence of the jury:)
18         THE COURT:  Let's go on the record.  Okay.  Who
19   wants to go on the record regarding the objection on the
20   interrogs?  First of all, which interrogs are we talking
21   about?
22         MR. WILLIAMS:  I can do that, your Honor.  It
23   was -- apparently, Plaintiffs would like to read responses
24   to Interrogatories 10 and 14.  On Number 10, we would be
25   okay with them reading the response, just without the
26   objections that precede the response.
```

1

Exhibit 10 Page 1

```
 1        Q    Have you published articles in the peer-reviewed
 2   scientific literature?
 3        A    Yes.
 4        Q    How many?
 5        A    I believe, 44, currently.
 6        Q    Have you published articles in the peer-reviewed
 7   scientific literature based on your research into the role
 8   of naturally occurring random mutations in the development
 9   of cancer?
10        A    Certainly.
11        Q    Do any of those articles specifically address
12   lymphoma?
13        A    Yes.
14        Q    How many articles have you published, specifically,
15   on naturally occurring mutations?
16        A    At least 10, probably 13 or so.  I -- I would have
17   to count them.
18        Q    Were your articles published in reputable scientific
19   journals?
20        A    Yes.
21        Q    Could you name some of them?
22        A    Nature, Science, New England Journal of Medicine,
23   the Proceeding of the National Academy of Science, PLoS --
24             THE COURT REPORTER:  Say that one again, Doctor.
25             THE WITNESS:  PLoS, it's a tricky name.  P-L-O-S
26   Computational Biology.
```

1    Q    (BY MR. WILLIAMS:)  PLoS Computational Biology?
2    A    Yes.
3    Q    Are those five journals that you just mentioned
4    among the most reputable journals in the scientific
5    community?
6    A    I -- I think Science and Nature are -- and New
7    England Journal of Medicine are considered, probably, the
8    top three journals in -- in science.
9    Q    Have you articles been cited by other researchers
10   and scientists in peer-reviewed literature?
11   A    Yes.
12   Q    Now, I -- I have learned that they actually rank
13   articles by how much attention they receive or how often
14   they are cited by others.  I mean, I'm going to ask you to
15   be modest, have any of your articles been ranked?
16   A    Yes.
17   Q    Which ones and how?
18        MR. TRAMMELL:  Hearsay.
19        MR. WILLIAMS:  Wait --
20        THE COURT:  The objection is sustained, unless you
21   have an exception, Mr. Williams.
22        MR. WILLIAMS:  It's for the fact, your Honor, of
23   the -- of the ranking.  It's not -- that's all we are trying
24   to establish.
25        THE COURT:  Sounds like the truth of the matter.
26        MR. WILLIAMS:  Very well, your Honor.  I will move

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                  FOR THE COUNTY OF SAN BERNARDINO

 3

 4     DEPARTMENT S-24              HON. GILBERT G. OCHOA, JUDGE

 5
       DONNETTA STEPHENS,        )
 6                               )
                    Plaintiff,   ) Case No. CIVSB2104801
 7                               )
           vs.                   )
 8                               ) REPORTER'S CERTIFICATE
       MONSANTO COMPANY, et al., )
 9                               )
                    Defendants.  )
10     _____  )

11          I, STEPHANIE AUSTIN, C.S.R., Official Court

12     Reporter, of the State of California, for the County of San

13     Bernardino, do hereby certify that the foregoing pages 1

14     through 53, to the best of my knowledge and belief, comprise

15     a full, true and correct computerized transcript of the

16     proceedings held in the above-entitled matter on Tuesday,

17     October 26, 2021 A.M.

18

19              Dated this 27th day of October, 2021.

20

21                                               , C.S.R.

22              Official Court Reporter, No. 13119

23

24

25

26
```

54

Exhibit 10 Page 4