# EXHIBIT 11

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3

 4    * * * * * * * * * * * * *     MDL NO. 2741

 5    IN RE:  ROUNDUP PRODUCTS   *   Case No. MDL No.
      LIABILITY LITIGATION       *
 6                                   3:16-MD-02741-VC
      * * * * * * * * * * * * *
 7
      This document relates to:
 8
      Karen Delorme-Barton,
 9
      vs.
10
      Monsanto Company.
11
      Case No. 3:18-cv-01427
12

13
                              * * * * *
14

15

16

17              The video deposition of ROBERT CONRY, M.D.,

18              taken via Zoom videoconference on the

19              14th day of April, 2023, commencing at

20              approximately 9:00 a.m., CST.

21

22

23

24

25
```

Exhibit 11 Page 1

```
 1                   A P P E A R A N C E S

 2     FOR THE PLAINTIFF:

 3              WEITZ & LUXENBERG
                Fisher Building
 4              3011 West Grand Blvd., 24th Floor
                Detroit, Michigan  48202
 5              BY:  Gregory Stamatopoulos, Esquire
                     Gstamatopoulos@weitzlux.com
 6                   Chantal Khalil, Esquire
                     Ckhalil@weitzlux.com
 7
       FOR THE DEFENDANT:
 8
                NELSON MULLINS
 9              Meridian
                1320 Main Street, 17th Floor
10              Columbia, South Carolina  29201
                BY:  Eric A. Paine, Esquire
11                   Eric.Paine@nelsonmullins.com
                     Ericka Downie, Esquire
12                   Ericka.Downie@nelsonmullins.com


13


14
       VIDEOGRAPHER:
15
                Vince Rosica
16


17


18


19              Jillian Doctor, RPR, CRR
                Court Reporter
20


21


22


23


24


25
```

**Exhibit 11 Page 2**

```
 1      those exposures?
 2      A       Well, I know that there is not a, you
 3      know, definitive clinical or pathologic signature
 4      for, say, smoking-induced lung cancer, which is
 5      one of the most well-established epidemiologic
 6      causes of cancer.  I think that's also true for
 7      smoking-induced bladder cancer.  And for a number
 8      of other carcinogen-induced cancers, the majority
 9      of carcinogen-induced cancers.
10      Q       Doctor, spontaneous mutations from
11      replication errors can result in cancers in the
12      absence of exposure to environmental risk
13      factors; correct?
14      A       That's been published and seems
15      plausible.
16      Q       Okay.  Now, nothing in your report
17      addresses or even mentions spontaneous mutations
18      resulting from these replication errors; correct?
19      A       Yes.  I think that would be sort of
20      contained within the aging category.
21      Q       Now, it's true that the majority of
22      non-Hodgkin's lymphomas occur without a known
23      external cause or exposure to, what I'll call,
24      extraneous risk factors; correct?
25      MR. STAMATOPOULOS:
```

Exhibit 11 Page 3

Golkow Litigation Services                              Page 149

```
 1                    C E R T I F I C A T E

 2

 3            I do hereby certify that the above and

 4   foregoing transcript of proceedings in the matter

 5   aforementioned was taken down by me in machine

 6   shorthand, and the questions and answers thereto

 7   were reduced to writing under my personal

 8   supervision, and that the foregoing represents a

 9   true and correct transcript of the proceedings

10   given by said witness upon said hearing.

11             I further certify that I am neither of

12   counsel nor of kin to the parties to the action,

13   nor am I in anywise interested in the result of

14   said cause.

15

16

17                        [signature: Jillian Doctor]

18
                          JILLIAN DOCTOR, RPR,
19                        CERTIFIED REALTIME REPORTER

20

21

22

23

24

25
```

Exhibit 11 Page 4

Golkow Litigation Services                                Page 182