# EXHIBIT 12

Robert M. Conry, M.D.

1                  IN THE CIRCUIT COURT

2              OF THE 17TH JUDICIAL CIRCUIT

3          IN AND FOR BROWARD COUNTY, FLORIDA

4               CASE NO.: CACE 19-013244

5

6   DAVID G. JACOBS,

7   a Florida Resident,

8        Plaintiff,

9   Vs.

10  MONSANTO COMPANY, et al.

11       Defendants.

12

13                  DEPOSITION OF

14              DR. ROBERT M. CONRY

15

16          Taken on the 25th day of April,

17  2023, via Zoom at 11:04 a.m.

18

19

20

21

22

23

24

25  Court Reporter: Karen Smith

**Exhibit 12 Page 1**

Robert M. Conry, M.D.

```
 1            A P P E A R A N C E S

 2   ON BEHALF OF THE PLAINTIFF, DAVID G. JACOBS:

 3       Pablo Rojas, Esq.

 4       Podhurst Orseck

 5       SunTrust International Center

 6       One S.E. 3rd Avenue, Suite 2300

 7       Miami, FL 33131

 8       projas@podhurst.com

 9   ON BEHALF OF THE DEFENDANT, MONSANTO

10   COMPANY:

11       Ericka L. Downie, Esq.

12       Nelson Mullins

13       100 South Charles Street, Suite 1600

14       Baltimore, MD 21201

15       ericka.downie@nelsonmullins.com

16   ON BEHALF OF THE DEFENDANT, THE HOME DEPOT:

17       Patrick Lowther, Esq.

18       Morris, Manning & Martin, LLP

19       1600 Atlanta Financial Center

20       3343 Peachtree Road, NE

21       Atlanta, GA 30326

22       plowther@mmmlaw.com

23

24   ALSO PRESENT:

25       Torr Pizzillo, Videographer
```

**Exhibit 12 Page 2**

Robert M. Conry, M.D.

 1   a quotation without even specifying what it

 2   is of this past deposition.  Thank you.

 3              MS. DOWNIE:  Yeah.

 4   Q          (By Ms. Downie) This deposition

 5   was last week.  You remember that just last

 6   week?

 7   A          I do remember the deposition.

 8   Q          Do you remember your testimony

 9   from your deposition?

10   A          In general terms, of course I do.

11   In verbatim terms, not necessarily.  I would

12   say on the topic of random DNA replication

13   errors, that has been studied and, you know,

14   reported on by Dr. Tomasetti among others as

15   something that just happens in the natural

16   course of being human, which is correct.

17   That as our DNA replicates over and over

18   during our lifetimes, there can be and

19   generally are replication errors that occur

20   that can make a contribution to our future

21   development of cancer.  I think it's still a

22   subject of research the exact magnitude of

23   that contribution, whether it contributes a

24   third of the mutations that cause most

25   cancers or a half or two-thirds.  But, you

**Exhibit 12 Page 3**

Robert M. Conry, M.D.

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF ALABAMA )

 4

 5                    I hereby certify that the above

 6    and foregoing deposition was taken down by me

 7    in stenotype, and the questions and answers

 8    thereto were reduced to computer print under

 9    my supervision, and that the foregoing

10    represents a true and correct transcript of

11    the deposition given by said witness upon said

12    hearing.

13

14                    I further certify that I am

15    neither of counsel nor of kin to the parties

16    to the action, nor am I in anywise interested

17    in the result of said cause.

18

19

20

21    _Karen Smith_____
         Karen Smith, Commissioner
22

23

24

25
```

**Exhibit 12 Page 4**