# EXHIBIT 15

Dennis Weisenburger, M.D.

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5   IN RE:   ROUNDUP PRODUCTS      MDL No. 2741

 6   LIABILITY LITIGATION           Case No.

 7   _____ MDL No. 3:16-md-2741-VC

 8   Matteo Anthony Russo,

 9   Plaintiff,       Case No.

10   Vs.                            3:16-cv-06024-VC

11   MONSANTO COMPANY,

12             Defendant.

13   _____/

14

15

16

17             Videotaped Deposition of

18             Dennis Weisenburger, M.D.

19             Monday, November 4, 2019

20

21

22

23   Reported by:

24   JOSHUA MANEA, CSR No. 13754

25
```

Golkow Litigation Services                                    Page 1

**Exhibit 15 Page 1**

Dennis Weisenburger, M.D.

```
 1                       APPEARANCES

 2

 3   For the Plaintiff:

 4        ANDRUS WAGSTAFF

 5        By: Kathryn M. Forgie, Esquire

 6        1901 Harrison Street, Suite 1100

 7        Oakland, CA 94612

 8        310.339.8214

 9        Kathryn.forgie@andruswagstaff.com

10

11   For the Defendant:

12        SHOOK, HARDY & BACON, LLP

13        By: Michelle M. Fujimoto, Esquire

14        5 Park Plaza, Suite 1600

15        Irvine, CA 92614

16        949.475.1500

17        Mfujimoto@shb.com

18

19   Also present:

20        Jim Lopez, Videographer

21        Golkow Global Litigation Services

22

23

24

25                        --oOo--
```

```
 1   Russo did not report any to him?
 2        A.   No, I don't remember that, either.  But
 3   Dr. -- Mr. Russo probably wasn't aware of Roundup
 4   being a cause of his cancer at the time.  So he --
 5   he wouldn't have said it.
 6        Q.   Do you know whether he just hadn't seen
 7   any lawyer ads at that -- by that time?
 8        A.   I don't know.
 9        Q.   Okay.  Do you agree with Dr. Rudnick that
10   everyone is exposed to some dose of radiation
11   throughout our lives?
12        A.   Yes.
13        Q.   Do you agree with Dr. Rudnick that when we
14   talk about environmental exposures, that it includes
15   many things that we are exposed to throughout our
16   lives:  The air we breathe, the food we eat, our
17   jobs, where we live, and all the environmental
18   factors that relate to that?
19        A.   Yes.
20        Q.   And we have talked before about your
21   understanding and opinions about the genetic
22   underpinnings of cancer, including lymphomas.  Do
23   you remember that discussion?
24        A.   Not specifically, no.
25        Q.   No, okay.
```

```
 1    they could still get NHL, right?
 2         A.   Right.  As the other background -- what's
 3    considered the background risk.
 4         Q.   People without recognized risk factors get
 5    NHL, right?
 6         A.   Yes.  Yes.
 7         Q.   And isn't it correct that the majority of
 8    patients diagnosed with Non-Hodgkin's Lymphoma don't
 9    have any recognized or established causes or risk
10    factors?
11         A.   In general, that's true.  Physicians
12    generally don't go into great detail trying to
13    elucidate the causes.  But I think, in general,
14    that's true.
15         Q.   And it is even more so with the rarer form
16    of Central Nervous System, or CNS, Lymphoma, right?
17              MS. FORGIE:  Objection.
18              THE WITNESS:  That's true.
19              MS. FUJIMOTO:  I'm going to mark as
20    Exhibit 16 to the deposition.
21              (Exhibit 16 marked for identification.)
22    BY MS. FUJIMOTO:
23         Q.   And I have all the supplemental data.
24    You'll see that part of it is folded over because
25    the supporting data for the study couldn't fit on
```

```
 1   just an 8-by-10, so they are on a long sheet that is
 2   -- is folded.
 3              This is a paper called "Stem Cell
 4   Divisions, Somatic Mutations, Cancer Etiology, and
 5   Cancer Prevention," by Cristian Tomasetti and Lu Li
 6   and Bert Vogelstein.  Have you seen this before,
 7   Doctor?
 8        A.   You know, I have seen it.  I think I saw
 9   it back when it originally was published.
10        Q.   Okay.  In 2017?
11        A.   Probably.
12        Q.   And do you know -- or do you know of the
13   authors from Johns Hopkins?
14        A.   Bert Vogelstein's a very prestigious
15   cancer researcher, mainly in colon cancer.
16        Q.   All are pretty highly respected; don't you
17   think?
18        A.   Well, he is the only name I recognize.
19        Q.   All right.  So if you look at -- at this
20   Tomasetti paper, looking at the abstract first, it
21   says, the first sentence, "Cancers are caused by
22   mutations that may be inherited, induced by
23   environmental factors, or result from DNA
24   replication errors."
25              Do you see that?
```

1                    REPORTER'S CERTIFICATE

2

3        I, JOSHUA MANEA, a duly licensed Certified

4    Shorthand Reporter of the State of California,

5    hereby certify that the witness in the foregoing

6    deposition was by me duly sworn;

7        That said testimony was taken down in

8    stenographic shorthand by me, a disinterested

9    person, at the time and place therein stated and was

10   thereafter reduced to typewriting and that the

11   testimony as transcribed is a true record of the

12   testimony given by the witness;

13       That before completion of the deposition,

14   review of the transcript [x] was [ ] was not

15   requested. If requested, any changes made by the

16   deponent (and provided to the reporter) during the

17   period allowed are appended hereto.

18       I further certify that I am not of counsel or

19   attorney for either or any of the parties to the

20   said deposition, nor in any way interested in the

21   outcome of this cause.

22       DATED this 14th day of November, 2019.

23                            _____

24                            JOSHUA MANEA, Calif. CSR No. 13754

25