# EXHIBIT 16

Robin Greenwald (Pro Hac Vice)
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Karen Delorme-Barton v. Monsanto,*<br>Case No. 3:18-cv-01427-VC | Case No. 3:16-mc-02741-VC<br><br>MDL No. 2741 |

### **PLAINTIFF'S RULE 26 SPECIFIC CAUSATION EXPERT DISCLOSURE**

Pursuant to the Court's Wave 5 amended scheduling order dated November 10, 2022, and Fed. R. Civ. P. 26(a)(2), Plaintiff Karen Delorme-Barton provides the following disclosure of Case Specific Expert Witnesses. As the expert report served contemporaneously with this disclosure contains sensitive information as classified under HIPAA law, the content of this report is marked confidential per the Protective and Confidentiality Order and Pretrial Order No. 30. Plaintiff's disclosure is subject to the following reservation of rights:

(1) The right to offer amended and/or supplemental expert opinions based on new and/or updated medical records, deposition testimony and/or information, literature, and/or scientific studies related to Roundup, glyphosate and/or any of its surfactants, non-Hodgkin's Lymphoma, or this litigation;

- 2 -

(2)     The right to supplement the references considered and/or relied upon by the experts identified below in order to respond to opinions offered by Defendant's experts and to address newly available literature or information;

(3)     The right to solicit opinion testimony from Plaintiff's treating health care provider(s);

(4)     All witnesses may testify about their skill, knowledge, experience, training and education in their respective fields; the relevant medical and scientific literature, techniques, and methods of their fields; and the description and nature of their practice. They may testify about their publications, presentations, research, and all matters detailed in their respective curriculum vitae. They may testify based on facts or data perceived by or made known to them at or before trial. They may testify in rebuttal to the matters opined on by experts in their respective fields or subjects testifying for the defense, whether global or case-specific. They may employ demonstrative and visual aids. Plaintiff reserves the right to offer supplemental expert opinions based on updated or new information relative to this litigation. Plaintiff reserves the right to update the literature upon which the witnesses rely. Plaintiff incorporates all prior reports, if any, the experts have issued in In Re: Roundup Products Liability Litigation.

## PLAINTIFF'S CASE-SPECIFIC EXPERT DISCLOSURE

**DR. ROBERT CONRY, M.D.**
Clearview Cancer Institute
901 Leighton Ave. #602
Anniston, AL 36207

Dr. Conry is board-certified in Medical Oncology. He has a specialty in the diagnosis and management of patients with all types of lymphoma, including non-Hodgkin's Lymphoma (NHL). He is designated in the areas of human blood cancers, causes of blood cancer, including exposure to glyphosate and Roundup, cancer diagnosis, cancer effects, cancer treatments, the clinical practice of medicine generally and, specifically, as to Plaintiff Karen Delorme-Barton, the cause or causes of her NHL, her clinical course and pain and suffering, the reasonableness and necessity

of her respective medical treatment and expenses, issues relating to the consequences of her cancer treatment, and her long-term prognosis.

Dr. Conry may also be called in response to experts called by Monsanto, and the nature and extent of that testimony cannot be determined at this time because Monsanto has not yet designated expert witnesses for this case.

Dr. Conry's Curriculum Vitae, Materials Considered List and Expert Report will be provided to counsel electronically.

Dr. Conry charges $575 per hour for deposition testimony.

### PLAINTIFF GENERAL CAUSATION EXPERTS

Plaintiff Karen Delorme-Barton further incorporates by reference the general causation and other expert reports served by lead counsel in Waves 1-5 and reserves the right to call the author of any such report as an expert witness at trial.

Dated: February 27, 2023

By: **WEITZ & LUXENBERG, P.C.**

    */s/ Robin Greenwald*
Robin Greenwald
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, a true and correct copy of the foregoing Designation and Disclosure of Expert Testimony was served by electronic mail on the following counsel of record:

*/s/ Julie du Pont*
Julie du Pont
Julie.dupont@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8572
Facsimile: (212) 836-6714

*/s/ Brian Stekloff*
Brian Stekloff
bstekloff@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M Street, N.W. 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

*/s/ Eric Lasker*
Eric G. Lasker
elasker@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

                 */s/ Robin Greenwald__*