# EXHIBIT 21

Page 1

```
 1                    IN THE CIRCUIT COURT OF THE 11TH
                      JUDICIAL CIRCUIT IN AND FOR
 2                    MIAMI-DADE COUNTY, FLORIDA
 3                         CASE NO.:  2021-005190-CA-01
 4     ERICK ARMSTRONG, HEIDI ARMSTRONG,
       AUDREY ARMSTRONG, HIS DAUGHTER AND
 5     JACK ARMSTRONG, HIS SON,
 6
 7              Plaintiffs,
 8              vs.
 9     MONSANTO COMPANY, ET AL.,
10
11                         Defendants.
12     _____/
13
                   Taken Remote Via Zoom
14                 April 25, 2023
                   10:00 a.m. - 11:51 a.m.
15
16        ZOOM DEPOSITION OF DAVID L. GRINBLATT, M.D.
17
18           Taken before MARLA SCHREIBER, Court Reporter
19     and Notary Public for the State of Florida at Large,
20     pursuant to Notice of Taking Deposition filed in the
21     above cause.
22
23
24
25
```

```
 1                        APPEARANCES:
 2     ON BEHALF OF THE PLAINTIFFS:
 3
 4     FERRARO LAW FIRM, P.A.
       600 Brickell Avenue, Suite 3800
 5     Miami, Florida 33131
       jpb@ferrarolaw.com
 6     BY:  JUAN P. BAUTA, II, ESQ.
 7
 8     ON BEHALF OF DEFENDANTS:
 9     McDERMOTT WILL & EMERY
       333 SE 2nd Avenue, Suite 3350
10     Miami, FL 33131
       ciovino@mwe.com
11     BY:  CAROLINE IOVINO, ESQ.
12
13     ARNOLD & PORTER
       70 W Madison Street, Suite 4200
14     Chicago, IL 60602
       daniel.meyers@arnoldporter.com
15     BY:  DANIEL MEYERS, ESQ.
       BY:  AARON LEVINE, ESQ.
16
17                         INDEX
18     WITNESS          DIRECT  CROSS  REDIRECT  RECROSS
19     Dr. David Grinblatt
20     (By Mr. Juan Bauta) 3
21                       E X H I B I T S
22                           (No Exhibits Marked)
23
24
25
```

Page 71

1   told them that. I kind of said it with the
2   caveat, you know.
3   BY MR. BAUTA:
4         Q   With which caveat?
5         A   I've told the patients that this is my
6   opinion. I reached that opinion beforehand, but with
7   the caveat that I am, you know, serving as a witness,
8   expert witness or whatever consultant for Monsanto.
9         Q   Did any of Mr. Armstrong's physicians reach
10  out to you for a consult?
11            MR. MEYERS:  Object to form.
12            THE WITNESS:  No.
13  BY MR. BAUTA:
14        Q   Let me -- you know what, if you don't mind,
15  let's take a quick five minutes so I can take a look at
16  my notes and I think I might be very close to being
17  done.
18        A   Okay. Thank you.
19            (Off the record at 11:34 a.m.)
20            (Back on the record at 11:40 a.m.)
21  BY MR. BAUTA:
22        Q   So Dr. Grinblatt, did you reach an opinion
23  regarding what the cause of Mr. Armstrong's
24  non-Hodgkin's lymphoma was?
25        A   Non-Hodgkin's lymphoma is basically due to

Page 72

1    mutations, genetic mutations that occur due to
2    replicative errors of lymphocytes, so basically over
3    time the cells are dividing and specific translocations
4    occur because lymphocytes have to divide.  They have to
5    respond to a variety of kind of antigens, a variety of
6    things that they are part of our immune system so they
7    have to respond to anything that is kind of invading
8    our, you know, kind of foreign to our body.
9            And so they are kind of programmed to
10   constantly have their DNA rearranged in order to
11   recognize different antigenes.  And during that process
12   things go wrong and what is known as replicative
13   errors.  So that's the cause that we would expect as
14   the cause of his lymphoma.
15        Q   So it's -- you reached an opinion within a
16   reasonable degree of medical certainty that
17   Mr. Armstrong's non-Hodgkin's lymphoma was caused by
18   replicative error?
19            MR. MEYERS:  Object to form.  Asked and
20        answered.
21            THE WITNESS:  Yes.
22   BY MR. BAUTA:
23        Q   Okay.  And tell me what your basis is for
24   that?  What do you base that on?
25            MR. MEYERS:  Object to form.  Asked and

```
 1              VERITEXT LEGAL SOLUTIONS
     One Biscayne Tower, 2 S. Biscayne Boulevard, Suite 2250
 2                   Miami, Florida 33131
                       (800) 726-7007
 3                                              April 26, 2023
 4   Daniel Meyers, Esq.
     70 W. Madison Street, Suite 4200
 5   Chicago, IL 60602
 6   In Re:  Armstrong v. Monsanto
 7   Dear Mr. Meyers,
 8        This letter is to advise you that the transcript
     of Dr. David Grinblatt's deposition is completed and
 9   is available for reading and signing.
10         Please call the above number to make an
     appointment to come to the office closest to you to
11   read and sign the transcript.
12         Our office hours are from 8:45 a.m. until 4:30
     p.m., Monday through Friday.
13
           In the event other arrangements are made,
14   please send us a notarized list of any and all
     corrections and/or changes, noting page and line
15   numbers, and the reason for such changes, so that we
     can furnish respective counsel with a copy.  If the
16   reading and signing has not been completed prior to
     the above-referenced date, we shall conclude that
17   the witness has waived the reading and signing of
     the deposition transcript.
18
           Your prompt attention to this matter is
19   appreciated.
20              Sincerely,
21              _____
                Marla Schreiber, Shorthand Reporter
22
23
24
25
```

Page 82

1      CERTIFICATE OF OATH
2   STATE OF FLORIDA      )
3                                SS:
4   COUNTY OF MIAMI-DADE )
5
6   I, MARLA SCHREIBER, Shorthand Reporter, Notary
7   Public, State of Florida, certify that David
8   Grinblatt appeared before me on the 25th day of
9   April, 2023 and was duly sworn.
10
11       Signed this 25th day of April 2023.
12
13
14
15
             *[signature]*

         MARLA SCHREIBER, SHORTHAND REPORTER
16       NOTARY PUBLIC, State of Florida
17
18
19
20
21
22
23
24
25

Page 83

1      REPORTER'S CERTIFICATE

2    STATE OF FLORIDA)

3    COUNTY OF MIAMI-DADE )

4         I, Marla Schreiber, Shorthand Reporter, certify

5    that I was authorized to and did stenographically

6    report the foregoing proceedings; and that the

7    transcript is a true record.

8         I further certify that I am not a relative,

9    employee, or counsel of any of the parties, nor am I

10   a relative or employee of any of the parties'

11   attorney or counsel connected with the action, nor

12   am I financially interested in the action.

13        Dated this 25th day of April, 2023.

14

15

16   *[signature]*

17   MARLA SCHREIBER, SHORTHAND REPORTER

18   NOTARY PUBLIC, Commission # DD 723489

19   MY COMMISSION EXPIRES:

20   October 14, 2023