**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Karen Delorme-Barton v. Monsanto Co.*,<br>Case No. 3:18-cv-01427-VC | **DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE DR. GRAHAM SLACK'S TESTIMONY**<br><br>Hearing:<br>Date:   July 27, 2023<br>Time:   10:00 a.m.<br>Place:  San Francisco Courthouse,<br>           Courtroom 4 – 17th Floor |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in Support of Monsanto Company's Opposition to Plaintiff's Motion to Exclude the Opinions and Testimony of Dr. Graham Slack. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Curriculum Vitae of Graham W. Slack, M.D.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Graham W. Slack, M.D. in *Delorme-Barton v. Monsanto Company* (USDC, Northern District of California, Case No. 3:18-cv-01427-VC) dated March 28, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Cristian Tomasetti & Bert Vogelstein, *Variation in cancer risk among tissues can be explained by the number of stem cell divisions*, 347 (6217) SCIENCE 78, Jan. 2, 2015.

5. Attached hereto as **Exhibit 4** is a true and correct copy of C. Tomasetti, L. Li, and B. Vogelstein, *Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention*, 355 SCIENCE 6331, Mar. 24, 2017.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of Deposition Testimony of Dennis D. Weisenburger, M.D. in *Bailey v. Monsanto Company* (USDC, Northern District of California, Case No. 3:19-cv-06071-VC) dated August 3, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Deposition Testimony of Dennis D. Weisenburger, M.D. in *Stephens v. Monsanto Company* (San Bernadino Co., California, Case No. CIVSB2104801) dated May 17, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Deposition Testimony of Dennis D. Weisenburger in *Russo v. Monsanto Company* (USDC, Northern District of California, Case No. 3:16-cv-06024-VC) dated November 4, 2019.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of Trial Testimony in *Stephens v. Monsanto Company* (San Bernadino County, California, Case No. CIVSB2104801) dated September 9, 2021.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of Deposition Testimony of Richard A. Bender in *Freiwald v. Monsanto Company* (San Francisco County, California, Case No. CGC-21-594817) dated October 31, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of M. Song, B. Vogelstein, E. L. Giovannucci, W. C. Willet, and C. Tomasetti, *Cancer prevention: Molecular and epidemiologic consensus*, 361 SCIENCE 6409, Sep. 28, 2018.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of Trial Testimony in *Ferro v. Monsanto Company* (Circuit Court of St. Louis County, Missouri, Case No. 20SL-CC03678) dated November 3, 2022.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of Trial Testimony in *Stephens v. Monsanto Company* (San Bernadino County, California, Case No. CIVSB2104801) dated November 4, 2021.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of Deposition Testimony of Graham W. Slack, M.D. in *Delorme-Barton v. Monsanto Company* (USDC, Northern District of California, Case No. 3:18-cv-01427-VC) dated April 25, 2023.

I hereby declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed July 14, 2023, at Santa Monica, California.

_____
Jed P. White

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of July, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Jed P. White*
Jed P. White