# EXHIBIT 1

## CURRICULUM VITAE

# Graham W. Slack



Tel:
Email:

---

## Employment and Appointments

| | |
|---|---|
| **Head**<br>Department of Pathology & Laboratory Medicine<br>BC Cancer – Vancouver Centre | 2022-present |
| **Secretary Treasurer**<br>BC Association of Laboratory Physicians | 2022-present |
| **Medical Director (Interim)**<br>Department of Pathology & Laboratory Medicine<br>BC Cancer | 2021-present |
| **Clinical Associate Professor – University of British Columbia**<br>Department of Pathology and Laboratory Medicine<br>Faculty of Medicine | 2015-present |
| **Clinical Assistant Professor – University of British Columbia**<br>Department of Pathology and Laboratory Medicine<br>Faculty of Medicine | 2010-2015 |
| **BC Cancer/Provincial Health Services Authority**<br>Staff Pathologist | 2009-present |
| **Dr. Graham W. Slack Incorporated**<br>Staff Pathologist | 2009-present |
| **Cross Cancer Institute/Alberta Health Services**<br>Staff Pathologist | 2008-2009 |

**Exhibit 1 Page 1**

EXHIBIT 2

## Education

| | |
|---|---|
| Fellowship - Hematopathology | 2008 |
|     Massachusetts General Hospital, Boston, USA | |
| Residency - General Pathology | 2007 |
|     University of Alberta, Edmonton, AB | |
| MD | 2002 |
|     University of British Columbia, Vancouver, BC | |
| BSc (Hon) (Physiology) | 1998 |
|     University of British Columbia, Vancouver, BC | |

## Professional Qualifications

| | |
|---|---|
| American Board of Pathology | 2008 |
|     Hematopathology | |
| American Board of Pathology | 2007 |
|     Anatomic Pathology & Clinical Pathology | |
| Fellow of the Royal College of Physicians of Canada | 2007 |
|     General Pathology | |

## Publication Record

**Refereed Publications**

Jessa R, Chien N, Villa D, Freeman CL, **Slack GW**, Savage KJ, Scott DW, Sehn LH, Song KW, Gerrie AS.  Clinicopathological characteristics and long-term outcomes of plasmablastic lymphoma in British Columbia.  Br J Haematol. 2022 Aug 12. doi: 10.1111/bjh.18399. Online ahead of print.

Amador C, Bouska A, Wright G, Weisenburger DD, Feldman AL, Greiner TC, Lone W, Heavican T, Smith L, Pileri S, Tabanelli V, Ott G, Rosenwald A, Savage KJ, **Slack G,** Kim WS, Hyeh Y, Li Y, Dong G, Song J, Ondrejka S, Cook JR, Barrionuevo C, Lim ST, Ong CK, Chapman J, Inghirami G, Raess PW, Bhagavathi S, Gould C, Blombery P, Jaffe E, Morris SW, Rimsza LM, Vose JM, Staudt L, Chan WC, Iqbal J.  Gene expression signatures for the accurate diagnosi of peripheral T-cell lymphoma entities in routine clinical practice.  J Clin Oncol. 2022 Jul 15:JCO2102707. doi: 10.1200/JCO.21.02707. Online ahead of print.

Xia M, David L, Teater M, Gutierrez J, Wang X, Meydan C, Lytle A, **Slack GW**, Scott DW, Morin RD, Onder O, Elenitoba-Johnson KSJ, Zamponi N, Cerchietti L, Lu T, Philippar U,

**Exhibit 1 Page 2**

Fontan L, Wu H, Melnick AM. BCL10 mutations define distinct dependencies guiding precision therapy for DLBCL. Cancer Discov. 2022 Aug 5;12(8):1922-1941.

Zhu K, Jamroz A, Huang S, Villa D, Freeman CL, Scott DW, **Slack G**, Sehn LH, Connors JM, Toze CL, Savage KJ, Gerrie AS. Outcomes of Hodgkin variant Richter transformation in chronic lymphocytic leukaemia and small lymphocytic lymphoma in British Columbia. Br J Haematol. 2022 Aug;198(4):684-692.

Gru AA, Lim MS, Dogan A, Horwitz SM, Delabie J, Fu K, Peker D, Reddy VVB, Xu ML, Vij K, **Slack GW**, Miranda RN, Jagadeesh D, Lisano JM, Hsi ED, Torlakovic E. Best Practices in CD30 Immunohistochemistry Testing, Interpretation, and Reporting. Arch Pathol Lab Med. 2022 Apr 26. Online ahead of print.

Shopsowitz KE, **Slack GW**. B-lymphoblastic lymphoma presenting as a primary breast mass with periductal invasion. Blood. 2021 Dec 16;138(24):2593.

Patel N, **Slack GW**, Bodo J, Ben-Neriah S, Villa D, Durkin L, Socha D, Steidl C, Hsi ED. Immune Escape Mechanisms in Intravascular Large B-Cell Lymphoma. Am J Clin Pathol. 2022 Apr 1;157(4):578-585.

Chen LYC, **Slack GW**, Carruthers MN. IgG4-related disease and Rosai-Dorfman-Destombes disease. Lancet. 2021 Oct 2;398(10307):1213-1214.

Vega F, Amador C, Chadburn A, Hsi ED, **Slack G**, Jeffrey Medeiros L, Feldman AL. Genetic profiling and biomarkers in peripheral T-cell lymphomas: current role in the diagnostic work-up. Mod Pathol. 2021 Sep 28. Online ahead of print.

Cheng PTM, Villa D, Tonseth RP, Scott DW, Gerrie AS, Freeman CL, Pickles T, Lo A, Farinha P, Craig JW, **Slack GW**, Gascoyne RD, Bénard F, Wilson D, Skinnider B, Connors JM, Sehn LH, Savage KJ. Outcome of limited stage nodular lymphocyte predominant Hodgkin lymphoma and the impact of a PET-adapted approach. Blood Adv. 2021 Aug 6:bloodadvances.2021004375. doi: 10.1182/bloodadvances.2021004375. Online ahead of print.

Gould C, Lickiss J, Kankanige Y, Yerneni S, Lade S, Gandhi MK, Chin C, Yannakou CK, Villa D, **Slack GW**, Markham JF, Tam CS, Nelson N, Seymour JF, Dickinson M, Neeson PJ, Westerman D, Blombery P. Characterisation of immune checkpoints in Richter syndrome identifies LAG3 as a potential therapeutic target. Br J Haematol. 2021 Aug 23. doi: 10.1111/bjh.17789. Online ahead of print.

Lone W, Bouska A, Sharma S, Amador C, Saumyaranjan M, Herek TA, Heavican TB, Yu J, Lim ST, Ong CK, **Slack GW**, Savage KJ, Rosenwald A, Ott G, Cook JR, Feldman AL, Rimsza LM, McKeithan TW. Genome-wide microRNA expression profiling of molecular subgroups of peripheral T-cell lymphoma. Clin Cancer Res. 2021 Aug 23:clincanres.0573.2021. doi: 10.1158/1078-0432.CCR-21-0573. Online ahead of print.

Nowicka M, Hilton LK, Ashton-Key M, Hargreaves CE, Lee C, Foxall R, Carter MJ, Beers SA, Potter KN, Bolen CR, Klein C, Knapp A, Mir F, Rose-Zerilli M, Burton C, Klapper W, Scott DW, Sehn LH, Vitolo U, Martelli M, Trneny M, Rushton CK, **Slack GW**, Farinha P, Strefford

**Exhibit 1 Page 3**

JC, Oestergaard MZ, Morin RD, Cragg MS.  Prognostic significance of FCGR2B expression for the response of DLBCL patients to rituximab or obinutuzumab treatment. Blood Adv. 2021 Aug 10;5(15):2945-2957

Duns G, Viganò E, Ennishi D, Sarkozy C, Hung SS, Chavez EA, Takata K, Rushton C, Jiang A, Ben-Neriah S, Woolcock B, **Slack GW**, Hsi ED, Craig JW, Hilton LK, Shah S, Farinha P, Mottok A, Gascoyne RD, Morin RD, Savage KJ, Scott DW, Steidl C. Characterization of DLBCL with a PMBL gene expression signature. Blood. 2021 Jul 15;138(2):136-148.

Collinge BJ, Ben-Neriah S, Chong LC, Boyle M, Jiang A, Miyata-Takata T, Farinha P, Craig JW, **Slack GW**, Ennishi D, Mottok A, Meissner B, Chavez EA, Gerrie AS, Villa D, Freeman CL, Savage KJ, Sehn LH, Morin RD, Mungall AJ, Gascoyne RD, Marra MA, Connors JM, Steidl C, Scott DW.  Impact of MYC and BCL2 structural variants in tumors of DLBCL morphology and mechanisms of false-negative MYC IHC.  Blood. 2021 Apr 22;137(16):2196-2208.

Twa DDW, Lee DG, Tan KL, **Slack GW**, Ben-Neriah S, Villa D, Connors JM, Sehn LH, Mottok A, Gascoyne RD, Scott DW, Steidl C, Savage KJ.  Genomic predictors of central nervous sytem relapse in primary testicular diffuse large B-cell lymphoma (DLBCL).  Blood. 2021 Mar 4;137(9):1256-1259.

Sarkozy C, Hung SS, Chavez EA, Duns G, Takata K, Chong LC, Aoki T, Jiang A, Miyata-Takata T, Telenius A, **Slack GW**, Molina TJ, Ben-Neriah S, Farinha P, Dartigues P, Damotte D, Mottok A, Salles GA, Casasnovas RO, Savage KJ, Laurent C, Scott DW, Traverse-Glehen A, Steidl C.  Mutational Landscape of Grey Zone Lymphoma. Blood. 2021 Apr 1;137(13):1765-1776.

Freeman CL, Savage KJ, Villa D, Scott DW, Srour L, Gerrie AS, Brown MJ, **Slack GW**, Farinha P, Skinnider B, Morris J, Bénard F, Aquino-Parsons C, Lo A, Pickles T, Wilson D, Tonseth P, Connors JM, Sehn L.  Long-Term results of PET-guided radiation in advanced-stage diffuse large B-cell lymphoma patients treated with R-CHOP.  Blood. 2021 Feb 18;137(7):929-938.

Hayden A, Tonseth P, Lee DG, Villa D, Gerrie AS, Scott DW, Freeman CL, **Slack GW**, Farinha P, Skinnider B, Yenson PR, Benard F, Lo A, Pickles T, Wilson D, Connors J, Sehn LH, Savage KJ.  Outcome of Primary Mediastinal Large B-cell Lymphoma Using R-CHOP: Impact of a PET Adapted Approach.  Blood. 2020 Dec 10;136(24):2803-2811.

Sarkozy C, Chong L, Takata K, Chavez EA, Miyata-Takata T, Duns G, Telenius A, Boyle M, **Slack GW**, Laurent C, Farinha P, Molina TJ, Copie-Bergman C, Damotte D, Salles GA, Mottok A, Savage KJ, Scott DW, Traverse-Glehen A, Steidl C.  Gene expression profiling of gray zone lymphoma. Blood Adv. 2020 Jun 9;4(11):2523-2535.

Pararajalingam P, Coyle KM, Arthur S, Thomas N, Alcaide M, Meissner B, Boyle M, Qureshi Q, Grande BM, Rushton C, **Slack GW**, Mungall A, Tam C, Agarwal R, Dawson SJ, Lenz G, Balasubramanian S, Gascoyne RD, Steidl C, Connors J, Villa D, Audas TE, Marra MA, Johnson NA, Scott DW, Morin RD. Coding and non-coding drivers of mantle cell lymphoma identified through exome and genome sequencing. Blood. 2020 Jul 30;136(5):572-584.

**Exhibit 1 Page 4**

Ennishi D, Healy S, Bashashati A, Saberi S, Hother C, Mottok A, Chan FC, Chong L, Abraham L, Kridel R, Boyle M, Meissner B, Aoki T, Takata K, Woolcock BW, Viganò E, Gold M, Molday LL, Molday RS, Telenius A, Li MY, Wretham N, Dos Santos N, Wong M, Viller NN, Uger RA, Duns G, Baticados A, Madero A, Bristow BN, Farinha P, **Slack GW**, Ben-Neriah S, Lai D, Zhang AW, Salehi S, Shulha HP, Chiu DS, Mostafavi S, Gerrie AS, Huang DW, Rushton C, Villa D, Sehn LH, Savage KJ, Mungall AJ, Weng AP, Bally MB, Morin RD, Cohen Freue GV, Staudt LM, Connors JM, Marra MA, Shah SP, Gascoyne RD, Scott DW, Steidl C. TMEM30A loss-of-function mutations drive lymphomagenesis and confer therapeutically exploitable vulnerability in B-cell lymphoma. Nat Med. 2020 Apr;26(4):577-58

Jain MD, Lam R, Liu Z, Stubbins RJ, Kahlon A, Kansara R, Goswami R, Humar A, Prica A, Sehn LH, **Slack GW**, Crump M, Savage KJ, Peters AC, Kuruvilla J. Failure of rituximab is associated with a poor outcome in diffuse large B cell lymphoma-type post-transplant lymphoproliferative disorder. Br J Haematol. 2020 Apr;189(1):97-105.

Hayden AR, Lee DG, Villa D, Gerrie AS, Scott DW, **Slack GW**, Sehn LH, Connors JM, Savage KJ. Validation of a simplified international prognostic score (IPS-3) in patients with advanced-stage classic Hodgkin lymphoma. Br J Haematol. 2019 Dec 10. [Epub ahead of print]

Villa D, Tan KL, Steidl C, Ben-Neriah S, Al Moosawi M, Shenkier TN, Connors JM, Sehn LH, Savage KJ, Scott DW, Gascoyne RD, **Slack GW**. Molecular features of a large cohort of primary central nervous system lymphoma using tissue microarray. Blood Adv. 2019 Dec 10;3(23):3953-3961

Sarkozy C, Hung S, Takata K, Chavez E, Aoki T, Duns G, **Slack GW**, Telenius A, Miyata-Takata T, Viganò E, Molina TJ, Damotte D, Ben-Neriah S, Copie-Bergman C, Laurent C, Mottok A, Salles G, Savage KJ, Scott DW, Traverse-Glehen A, Steidl C. Mutational Landscape of Grey Zone Lymphoma. Blood. 2019 Nov 13;134(Supplement 1):21

Nissen MD, Kusakabe M, Wang X, Simkin G, Gracias D, Tyshchenko K, Hill A, Meskas J, Hung S, Chavez EA, Ennishi D, Aoki T, Sarkozy C, Connors JM, Farinha P, **Slack GW**, Gascoyne RD, Brinkman RR, Scott DW, Steidl C, Weng AP. Single Cell Phenotypic Profiling of 27 DLBCL Cases Reveals Marked Intertumoral and Intratumoral Heterogeneity. Cytometry A. 2019 Oct 22. [Epub ahead of print]

Freeman CL, Kridel R, Moccia AA, Savage KJ, Villa DR, Scott DW, Gerrie AS, Ferguson D, Cafferty F, **Slack GW**, Farinha P, Skinnider B, Connors JM, Sehn LH. Early progression after BR is associated with high risk of transformation in advanced stage follicular lymphoma. Blood. 2019 Aug 29;134(9):761-764

Hapgood G, Ben-Neriah S, Mottok A, Lee DG, Villa D, Sehn LH, Connors JM, Gascoyne RD, Feldman AL, Farinha P, Steidl C, Scott DW, **Slack GW**, Savage KJ. Identification of high-risk DUSP22-rearranged ALK-negative anaplastic large cell lymphoma. Br J Haematol. 2019 Aug;186(3):e28-e31.

Ellin F, Maurer MJ, Srour L, Farooq U, Jerkeman M, Connors JM, Smedby KE, Bennani NN, Ansell SM, **Slack GW**, Cerhan JR, Relander T, Feldman AL, Savage KJ. Comparison of the

**Exhibit 1 Page 5**

NCCN-IPI, the IPI and PIT scores as prognostic tools in peripheral T-cell lymphomas.  Br J Haematol. 2019 Aug;186(3):e24-e27.

Ennishi D, Jiang A, Boyle M, Collinge B, Grande BM, Ben-Neriah S, Rushton C, Tang J, Thomas N, **Slack GW**, Farinha P, Takata K, Miyata-Takata T, Craig J, Mottok A, Meissner B, Saberi S, Bashashati A, Villa D, Savage KJ, Sehn LH, Kridel R, Mungall AJ, Marra MA, Shah SP, Steidl C, Connors JM, Gascoyne RD, Morin RD, Scott DW.  Double-Hit Gene Expression Signature Defines a Distinct Subgroup of Germinal Center B-Cell-Like Diffuse Large B-Cell Lymphoma.  J Clin Oncol.  2019 Jan 20;37(3):190-20.

Chong LC, Ben-Neriah S, **Slack GW**, Freeman C, Ennishi D, Mottok A, Collinge B, Abrisqueta P, Farinha P, Boyle M, Meissner B, Kridel R, Gerrie AS, Villa D, Savage KJ, Sehn LH, Siebert R, Morin RD, Gascoyne RD, Marra MA, Connors JM, Mungall AJ, Steidl C, Scott DW.  High-resolution architecture and partner genes of *MYC* rearrangements in lymphoma with DLBCL morphology. Blood Adv. 2018 Oct 23;2(20):2755-2765.

Arthur SE, Jiang A, Grande BM, Alcaide M, Cojocaru R, Rushton CK, Mottok A, Hilton LK, Lat PK, Zhao EY, Culibrk L, Ennishi D, Jessa S, Chong L, Thomas N, Pararajalingam P, Meissner B, Boyle M, Davidson J, Bushell KR, Lai D, Farinha P, **Slack GW**, Morin GB, Shah S, Sen D, Jones SJM, Mungall AJ, Gascoyne RD, Audas TE, Unrau P, Marra MA, Connors JM, Steidl C, Scott DW, Morin RD.  Genome-wide discovery of somatic regulatory variants in diffuse large B-cell lymphoma..  Nat Commun. 2018 Oct 1;9(1):4001

Villa D, Sehn LH, Aquino-Parsons C, Tonseth P, Scott DW, Gerrie AS, Wilson D, Bénard F, Gascoyne RD, **Slack GW**, Farinha P, Morris J, Pickles T, Connors JM, Savage KJ.  Interim PET-directed therapy in limited stage Hodgkin lymphoma initially treated with ABVD. Haematologica. 2018 [Epub ahead of print]

Al Zaki AA, Mann SL, Carruthers MN, **Slack GW**, Chen LYC.  A young woman with steroid-responsive, IgG4-positive plasma cell-enriched cystic lymphangioma and chylous ascites.  Clin Case Rep. 2018 Apr 17;6(6):1098-1100.

Zhu KY, Song KW, Connors JM, Leitch H, Barnett MJ, Ramadan K, **Slack GW**, Abou Mourad Y, Forrest DL, Hogge DE, Nantel SH, Narayanan S, Nevill TJ, Power MM, Sanford DS, Sutherland HJ, Tucker T, Toze CL, Sehn LH, Broady R, Gerrie AS.  Excellent real-world outcomes of adults with Burkitt lymphoma treated with CODOX-M/IVAC plus or minus rituximab. Br J Haematol. 2018 Jun;181(6):782-790.

Scott DW, King RL, Staiger AM, Ben-Neriah S, Jiang A, Horn H, Mottok A, Farinha P, **Slack GW**, Ennishi D, Schmitz N, Pfreundschuh M, Nowakowski GS, Kahl BS, Connors JM, Gascoyne RD, Ott G, Macon WR, Rosenwald A. High grade B-cell lymphoma with *MYC* and *BCL2* and/or *BCL6* rearrangements with diffuse large B-cell lymphoma morphology.  Blood. Blood. 2018 May 3;131(18):2060-2064.

Qi R, Chen LYC, Park S, Irvine R, Seidman MA, Kelsall JT, Collins D, Yin V, **Slack GW**, Mattman A, Lam E, Carruthers MN. Utility of Serum IgG4 levels in Multiethnic Population. Am J Med Sci. 2018 Jan;355(1):61-66.

**Exhibit 1 Page 6**

Maurer MJ, Ellin F, Srour L, Jerkeman M, Bennani NN, Connors JM, **Slack GW**, Smedby KE, Ansell SM, Link BK, Cerhan JR, Relander T, Savage KJ, Feldman AL.  International Assessment of Event-Free Survival at 24 Months and Subsequent Survival in Peripheral T-Cell Lymphoma.  J Clin Oncol. 2017 Dec 20;35(36):4019-4026.

Abrisqueta P, Scott DW, **Slack GW**, Steidl C, Mottok A, Gascoyne RD, Connors JM, Sehn LH, Savage KJ, Gerrie AS, Villa D.  Observation as the initial management strategy in patients with mantle cell lymphoma.  Ann Oncol. 2017 Oct 1;28(10):2489-2495.

Czuczman MS, Trněný M, Davies A, Rule SA, Linton K, Wagner-Johnston N, Gascoyne RD, **Slack G**, Brousset P, Eberhard DA, Hernandez-Ilizaliturri FJ, Salles G, Witzig TE, Zinzani PL, Wright GW, Staudt LM, Yang Y, Williams PM, Lih CJ, Russo J, Thakurta A, Hagner P, Fustier P, Song D, Lewis ID.  A Phase 2/3 Multicenter, Randomized, Open-Label Study of Lenalidomide vs Investigator's Choice in Patients with Relapsed or Refractory Diffuse Large B-Cell Lymphoma.  Clin Cancer Res. 2017 Aug 1;23(15):4127-4137

Scott DW, Abrisqueta P, Wright GW, **Slack GW**, Mottok A, Villa D, Jares P, Rauert-Wunderlich H, Royo C, Clot G, Pinyol M, Boyle M, Chan FC, Braziel RM, Chan WC, Weisenburger DD, Cook JR, Greiner TC, Fu K, Ott G, Delabie J, Smeland EB, Holte H, Jaffe ES, Steidl C, Connors JM, Gascoyne RD, Rosenwald A, Staudt LM, Campo E, Rimsza LM; Lymphoma/Leukemia Molecular Profiling Project.. New molecular assay for the proliferation signature in mantle cell lymphoma applicable to formalin-fixed paraffin-embedded biopsies. J J Clin Oncol. 2017 May 20;35(15):1668-1677.

Jones SJ, Voong J, Thomas R, English A, Schuetz J, **Slack GW**, Graham J, Connors JM, Brooks-Wilson A. Nonrandom occurrence of lymphoid cancer types in 140 families.  Leuk Lymphoma. 2017 Sep;58(9):1-10.

Bashash M, Connors JM, Gascoyne RD, Meissner B, Schuetz JM, Leach S, **Slack GW**, Berry BR, Hu H, Sehn LH, Brooks-Wilson AR, Spinelli JJ.  Genetic polymorphism at BCL2 as a predictor for R-CHOP efficacy in patient with diffuse large B-cell lymphoma.  Haematologica. 2017 May;102(5):e199-e202.

Carruthers MN, Park S, **Slack GW**, Dalal BI, Skinnider BF, Schaeffer DF, Dutz JP, Law JK, Donnellan F, Marquez V, Seidman M, Wong PC, Mattman A, Chen LY.  IgG4-related disease and lymphocyte-variant hypereosinophilic syndrome: A comparative case series.  Eur J Haematol. 2017 Apr;98(4):378-387.

Kendrick S, Rimsza LM, Scott DW, **Slack GW**, Farinha P, Tan KL, Persky D, Puvvada S, Connors JM, Sehn L, Gascoyne RD, Schmelz M. Aberrant cytoplasmic expression of MHCII confers worse progression free survival in diffuse large B-cell lymphoma.  Virchows Arch. 2017 Jan;470(1):113-117.

Hapgood G, Pickles T, Sehn LH, Villa D, Klasa R, Scott DW, Gerrie AS, Gascoyne RD, **Slack GW**, Parsons C, Morris JW, Connors JM, Savage KJ. Outcome of primary cutaneous anaplastic large cell lymphoma: a 20-year British Columbia Cancer Agency Experience. Br J Haematol. 2017 Jan;176(2):234-240.

**Exhibit 1 Page 7**

Kridel R, Telio D, Villa D, Sehn LH, Gerrie AS, Shenkier T, Klasa R, **Slack GW**, Tan K, Gascoyne RD, Connors JM, Savage KJ.  Diffuse large B-cell lymphoma with testicular involvement: outcome and risk of CNS relapse in the rituximab era.  Br J Haematol. 2017 Jan;176(2):210-221.

Dunbar M, Dilli E, **Slack GW**, Villa D.  Chronic lymphocytic leukemia presenting with concurrent isolated CNS parenchymal and leptomeningeal large B-cell lymphoma.  Ann Hematol Oncol. 2016 Aug 9;3(6):1-5.

Kansara R, Connors JM, Savage KJ, Gerrie AS, Scott DW, **Slack GW**, Gascoyne RD, Sehn LH, Villa D.  Maintenance rituximab following induction R-CHOP chemotherapy in patients with composite or discordant, indolent and aggressive, B-cell non-Hodgkin lymphomas.  Haematologica. 2016 Jun 16. pii: haematol.2016.144550. [Epub ahead of print]

Kansara R, Villa D, Gerrie AS, Klasa R, Shenkier T, Scott DW, **Slack GW**, Gascoyne RD, Connors JM, Sehn LH, Savage KJ.  Site of central nervous system (CNS) relapse in patients with diffuse large B-cell lymphoma (DLBCL) by the CNS-IPI risk model.  Br J Haematol. 2016 Jul 22. doi: 10.1111/bjh.14229. [Epub ahead of print]

Moccia AA, Hitz F, Hoskins P, Klasa R, Power MM, Savage KJ, Shenkier T, Shepherd JD, **Slack GW**, Song KW, Gascoyne RD, Connors JM, Sehn LH.  Gemcitabine, dexamethasone, and cisplatin (GDP) is an effective and well-tolerated salvage therapy for relapsed/refractory diffuse large B-cell lymphoma and Hodgkin lymphoma. Leuk Lymphoma. 2017 Feb;58(2):324-332.

Hapgood G, Zheng Y, Sehn LH, Villa D, Klasa R, Gerrie AS, Shenkier T, Scott DW, Gascoyne RD, **Slack GW**, Parsons C, Morris J, Pickles T, Connors JM, Savage KJ. Evaluation of the Risk of Relapse in Classical Hodgkin Lymphoma at Event-Free Survival Time Points and Survival Comparison With the General Population in British Columbia. J Clin Oncol. 2016 Jul 20;34(21):2493-500

Savage KJ**, Slack GW**, Mottok A, Sehn LH, Villa D, Kansara R, Kridel R, Steidl C, Ennishi D, Tan KL, Ben-Neriah S, Johnson NA, Connors JM, Farinha P, Scott DW, Gascoyne RD.  The impact of dual expression of MYC and BCL2 by immunohistochemistry on the risk of CNS relapse in DLBCL.  Blood. 2016 May 5;127(18):2182-8.

Brooks EG, Connors JM, Sehn LH, Gascoyne RD, Savage KJ, Shenkier TN, Klasa R, Gerrie AS, Skinnider B, **Slack GW**, Villa D.  Impact of time from diagnosis to initiation of curative-intent chemotherapy on clinical outcomes in patients with classical Hodgkin lymphoma.  Leuk Lymphoma. 2016 Apr;57(4):872-9.

Scott DW, Mottok A, Ennishi D, Wright GW, Farinha P, Ben-Neriah S, Kridel R, Barry GS, Hother C, Abrisqueta P, Boyle M, Meissner B, Telenius A, Savage KJ, Sehn LH, **Slack GW**, Steidl C, Staudt LM, Connors JM, Rimsza LM, Gascoyne RD.  Prognostic Significance of Diffuse Large B-Cell Lymphoma Cell of Origin Determined by Digital Gene Expression in Formalin-Fixed Paraffin-Embedded Tissue Biopsies.  J Clin Oncol. 2015 Sep 10;33(26):2848-56.

**Exhibit 1 Page 8**

Kridel R, Xerri L, Gelas-Dore B, Tan K, Feugier P, Vawda A, Canioni D, Farinha P, Boussetta S, Moccia AA, Brice P, Chavez EA, Kyle AH, Scott DW, Sanders AD, Fabiani B, **Slack GW**, Minchinton AI, Haioun C, Connors JM, Sehn LH, Steidl C, Gascoyne RD, Salles G.  The Prognostic Impact of CD163-Positive Macrophages in Follicular Lymphoma: A Study from the BC Cancer Agency and the Lymphoma Study Association.  Clin Cancer Res. 2015 Aug 1;21(15):3428-35

Xing KH, Kahlon A, Skinnider BF, Connors JM, Gascoyne RD, Sehn LH, Savage KJ, **Slack GW**, Shenkier TN, Klasa R, Gerrie AS, Villa D.  Outcomes in splenic marginal zone lymphoma: analysis of 107 patients treated in British Columbia.  Br J Haematol. 2015 May;169(4):520-7.

Sun H, Savage KJ, Karsan A, **Slack GW**, Gascoyne RD, Toze CL, Sehn LH, Mourad YA, Barnett MJ, Broady RC, Connors JM, Forrest DL, Gerrie AS, Hogge DE, Narayanan S, Nevill TJ, Nantel SH, Power MM, Sutherland HJ, Villa D, Shepherd JD, Song KW.  Outcome of Patients With Non-Hodgkin Lymphomas With Concurrent MYC and BCL2 Rearrangements Treated With CODOX-M/IVAC With Rituximab Followed by Hematopoietic Stem Cell Transplantation. Clin Lymphoma Myeloma Leuk. 2015 Jun;15(6):341-8

**Slack GW**, Steidl C, Sehn LH, Gascoyne RD.  CD30 expression in de novo diffuse large B-cell lymphoma: a population-based study from British Columbia.  Br J Haematol. 2014 Dec;167(5):608-17

Huppmann AR, Nicolae A**, Slack GW**, Pittaluga S, Davies-Hill T, Ferry JA, Harris NL, Jaffe ES, Hasserjian RP.  EBV may be expressed in the LP cells of nodular lymphocyte-predominant Hodgkin lymphoma (NLPHL) in both children and adults.  Am J Surg Pathol. 2014 Mar;38(3):316-24.

Perry AM, Alvarado-Bernal Y, Laurini JA, Smith LM, **Slack GW**, Tan KL, Sehn LH, Fu K, Aoun P, Greiner TC, Chan WC, Bierman PJ, Bociek RG, Armitage JO, Vose JM, Gascoyne RD, Weisenburger DD.  MYC and BCL2 protein expression predicts survival in patients with diffuse large B-cell lymphoma treated with rituximab.  Br J Haematol. 2014 May;165(3):382-91.

Twa DD, Chan FC, Ben-Neriah S, Woolcock BW, Mottok A, Tan KL, **Slack GW**, Gunawardana J, Lim RS, McPherson AW, Kridel R, Telenius A, Scott DW, Savage KJ, Shah SP, Gascoyne RD, Steidl C.  Genomic rearrangements involving programmed death ligands are recurrent in primary mediastinal large B-cell lymphoma. Blood. 2014 Mar 27;123(13):2062-5.

Hu S, Xu-Monette ZY, Tazankov A, Green T, Wu L, Balasabramanyam A, Liu WM, Visco C, Li Y, Miranda RN, Montes-Moreno S, Dybkaer K, chiu A, Orazi A, Zu Y, Bhagat G, Richards KL, His ED, Choi WW, Zhao X, van Krieken JH, Huang Q, Huh J, Ai W, Ponzoni M, Ferreri AJ, Zhou F, **Slack GW**, Gascoyne RD, Tu M, Variakojis D, Chen W, Go RS, Piris MA, Moller MB, Mederios LJ, Young KH.  MYC/BCL2 protein coexpression contributes to the inferior survival of activated B-cell subtype of diffuse large B-cell lymphoma and demonstrates high-risk gene expression signatures: a report from The International DLBCL Rituximab-CHOP Consortium. Blood. 2013 May 26;121(20):4021-31.

Moccia AA, Donaldson J, Chhanabhai M, Hoskins PJ, Klasa RJ, Savage KJ, Shenkier TN, **Slack GW**, Skinnider B, Gascoyne RD, Connors JM, Sehn LH.  International Prognostic Score in

**Exhibit 1 Page 9**

advanced-stage Hodgkin's lymphoma: altered utility in the modern era. J Clin Oncol. 2012 Sep 20;30(27):3383-8.

Johnson NA, **Slack GW**, Savage KJ, Connors JM, Ben-Neriah S, Rogic S, Scott DW, Tan KL, Steidl C, Sehn LH, Chan WC, Iqbal J, Meyer PN, Lenz G, Wright G, Rimsza LM, Valentino C, Brunhoeber P, Grogan TM, Braziel RM, Cook JR, Tubbs RR, Weisenburger DD, Campo E, Rosenwald A, Ott G, Delabie J, Holcroft C, Jaffe ES, Staudt LM, Gascoyne RD.   Concurrent expression of MYC and BCL2 in diffuse large B-cell lymphoma treated with rituximab plus cyclophosphamide, doxorubicin, cinvristine, and prednisone.   Clin Oncol. 2012 Oct 1;30(28):3452-9.

Bashashati A, Johnson NA, Khodabakhshi AH, Whiteside MD, Zare H, Scott DW, Lo K, Gottardo R, Brinkman FS, Connors JM, **Slack GW**, Gascoyne RD, Weng AP, Brinkman RR.  B cells with high side scatter parameter by flow cytometry correlate with inferior survival in diffuse large B-cell lymphoma.   Am J Clin Pathol. 2012 May;137(5):805-14.

Scott DW, Mungall KL, Ben-Neriah S, Rogic S, Morin RD, **Slack GW**, Tan KL, Chan FC, Lim RS, Connors JM, Marra MA, Mungall AJ, Steidl C, Gascoyne RD. TBL1XR1/TP63: a novel recurrent gene fusion in B-cell non-Hodgkin lymphoma. Blood. 2012 May 24;119(21):4949-52.

Scheutz JM, Johnson NA, Morin RD, Scott DW, Tan K, Ben-Nierah S, Boyle M, **Slack GW**, Marra MA, Connors JM, Brooks-Wilson AR, Gascoyne RD.  BCL2 mutations in diffuse large B-cell lymphoma.  Leukemia. 2012 Jun;26(6):1383-90.

Rui L, Emre NC, Kruhlak MJ, Chung HJ, Steidl C, **Slack G,** Wright GW, Lenz G, Ngo VN, Shaffer AL, Xu W, Zhao H, Yang Y, Lamy L, Davis RE, Xiao W, Powell J, Maloney D, Thomas CJ, Moller P, Rosenwald A, Ott G, Muller-Hermelink HK, Savage K,  Connors JM, Rimsza LM, Campo E, Jaffe ES, Delabie J, Smeland EB, Weisenburger DD, Chan WC, Gascoyne RD, Levens D,  Staudt LM. Cooperative epigenetic modulation by cancer amplicon genes.  Cancer Cell. 2010 Dec;18(6): 590-605.

**Slack GW**, Ferry JF, Hasserjian R, Sohani AR, Longtine JA, Harris NL, Zukerberg LR. Lymphocyte depleted Hodgkin lymphoma: An evaluation with immunophenotyping and genetic analysis.  Leuk Lymphoma. 2009 Jun;50(6):937-43.

Johnson ST, Bigam DL, Emara M, **Slack G**. Jewell LD, Obaid L, Korbutt G, Van Aerde J, Cheung PY. Effects of n-acetylecysteine on intestinal reoxygenation injury in hypoxic newborn piglets resuscitated with 100% oxygen. Neonatology. 2009 Mar 31;96(3):162-170.

Johnson ST, Bigam DL, Emara M, Obaid L, **Slack G**, Korbutt G, Jewell LD, Van Aerde J, Cheung PY. N-acetylecysteine improves the hemodynamics and oxidative stress in hypoxic newborn pigs reoxygenated with 100% oxygen. Shock. 2007 Oct;28(4):484-90.

**Slack GW**, Wizniak J, Dabbagh L, Shi X, Gelebart P, Lai R. Flow cytometric detection of ZAP-70 in chronic lymphocytic leukemia: correlation with immunocytochemistry and western blot analysis.  Arch Pathol Lab Med. 2007 Jan;131(1):50-6.

**Exhibit 1 Page 10**

**Slack G**, Cohen J, Lenkei-Kerwin SS, David T, Leask R and Butany J.  Images in Cardiology. Postaortotomy false aneurysm of the ascending aorta. Canadian Journal of Cardiology. Can J Cardiol. 2002 Mar;18(3):312-4.

## Invited Reviews

**Slack GW.**  The Pathology of Reactive Lymphadenopathies: A Discussion of Common Reactive Patterns and Their Malignant Mimics.  Arch Pathol Lab Med. 2016 Sep;140(9):881-892.

**Slack GW**, Gascoyne RD.  Next-generation sequencing discoveries in lymphoma. Adv Anat Pathol. 2013 Mar;20(2):110-6.

**Slack GW**, Gascoyne RD.  MYC and aggressive B-cell lymphoma. Adv Anat Pathol. 2011 May;18(3):219-28. Review.

## Text Books

**Slack GW**, Hsi ED (2017). Diffuse aggressive B-cell lymphomas. In ED Hsi (Ed), Hematopathology. Philadelphia: Elsevier.

Heise C, Brousset P, Fu T, Eberhard DA, **Slack GW**, Laurent C, Gascoyne RD (2014). Implementing a multi-analyte immunohistochemistry panel into a drug development program. In Potts SJ, Eberhard DA, and Wharton Jr KA (Eds), Molecular Histopathology and Tissue Biomarkers in Drug and Diagnostic Development (pp. 354-358). New York: Springer Science-Business Media.

**Slack GW**, Hsi ED, Gascoyne RD (2012). Diffuse aggressive B-cell lymphomas. In ED Hsi (Ed), Hematopathology (pp. 261-292). Philadelphia: Elsevier.

---

## Reviewer

| | |
|---|---|
| Haematologica | 2019-present |
| Leukemia & Lymphoma | 2016-present |
| British Journal of Haematology | 2015 -present |
| Blood | 2014-present |
| Canadian Journal of Pathology | 2010-present |

**Exhibit 1 Page 11**

## Professional Affiliations

| | |
|---|---|
| Canadian Medical Association | 2015 – present |
| Doctors of British Columbia | 2015 – present |
| American Society of Hematology | 2012 – present |
| United States and Canadian Academy of Pathology | 2008 – present |

**Exhibit 1 Page 12**