# EXHIBIT 2

# ROUNDUP (GLYPHOSATE) AND NON-HODGKIN LYMPHOMA: EXPERT REPORT OF GRAHAM W. SLACK, MD

**BACKGROUND**

I am a practicing pathologist in the Department of Pathology and Laboratory Medicine at BC Cancer (Vancouver, BC) and a Clinical Associate Professor of Pathology in the Department of Pathology and Laboratory Medicine at the University of British Columbia (Vancouver, BC). I received my Doctor of Medicine at the University of British Columbia in 2002, completed residency training in General Pathology (Canadian equivalent to Anatomical Pathology/Clinical Pathology) at the University of Alberta (Edmonton, AB) in 2007, and completed a fellowship in Hematopathology at the Massachusetts General Hospital/Harvard Medical School (Boston, MA) in 2008. I am a current fellow of the Royal College of Physicians and Surgeons of Canada in General Pathology and successfully passed the American Board of Pathology's certification examinations in Anatomical Pathology, Clinical Pathology, and Hematopathology.

For the past 14 years my clinical practice has been focused exclusively on the diagnosis and pathologic assessment of lymphomas, leukemias, and lymphoproliferative disorders. My research focus has been on elucidating the pathologic features and molecular underpinnings of lymphoid malignancies. I am an active member in the lymphoid cancer research group at BC Cancer's The Centre for Lymphoid Cancers, and participate in research projects conducted within the institution, as well as within national and international collaborations (ex. Large Scale Applied Research Project and Lymphoma/Leukemia Molecular Profiling Project), which are funded through grants from a variety of agencies, including the Terry Fox Research Institute, Genome Canada, and the National Institutes of Health. I have co-authored over 70 original research articles on lymphoma, which have been published in highly cited peer-reviewed journals. In addition, I have written a selection of invited review articles, chapters for textbooks focusing on lymphoma pathology, and am a contributing author to the soon to be released 5th Edition of the World Health Organization Classification of Haematolymphoid Tumours. For more detail regarding my background, training, and relevant experience, please see my attached CV.

**PATHOLOGY**

Pathology is the medical specialty that bridges clinical medicine and basic science and focuses on elucidating the causes and effects of disease within the human body. In clinical practice, pathology, and the medical doctor who practices it, the pathologist, focuses mainly on diagnosing disease by analyzing diseased human tissue using a variety of specialized laboratory tests. Based on the organ system being studied and the type of tests being used pathology can be divided up into several subspecialties that broadly fall under two categories: anatomical pathology and clinical pathology.

Anatomical pathology focuses on the structural changes that occur in tissues in different disease states. The primary tool of the anatomical pathologist is the microscope, which is used to look at individual cells that make up a tissue and how these cells interact with each other within the tissue space. In addition to using the microscope, ancillary tests are frequently used by the anatomical pathologist that provide additional information about the cells within the tissue, including tests that reveal information about proteins of interest within a tissue (the 'phenotype'); as well as tests that provide information about the state of the tissue's genetic make-up, including abnormalities affecting chromosomes and genes (the 'genotype'). Within anatomical pathology there are several subspecialties, including: surgical pathology, dermatopathology, neuropathology, renal pathology, cytopathology, and forensic pathology.

Clinical pathology focuses on the laboratory analysis of tissues, usually liquid specimens (ex. blood, urine, etc.), using tools and technologies found in basic research laboratories. Clinical chemistry, hematology, medical microbiology, immunology, coagulation, blood banking, and molecular genetics are all subspecialties of clinical pathology.

Hematopathology is the branch of pathology that focuses on diseases of the blood cells and the organs in which they reside, including: blood, bone marrow, lymph nodes, and spleen. This specialty is a unique pathology subspecialty because it bridges anatomical and clinical pathology, utilizing the tools and techniques of both. It requires specialized training to practice and those that do so are called hematopathologists. Hematopathologists are responsible for diagnosing several types of disease, including lymphoma and leukemia.

The diagnosis of lymphoma and leukemia by a hematopathologist begins with examination of the affected tissue under the microscope. The size and shape of the infiltrating lymphocytes are assessed (small vs. large, round vs. irregular, monomorphic vs. pleomorphic, etc.) and their pattern of growth (diffuse sheets, nodules, follicles, etc.) is determined. This constellation of features helps narrow down the list of possible types of lymphoid neoplasms. The next step is to further characterize the malignant lymphocytes and determine their lineage: B-cells (CD20+), T-cells (CD3+) or NK-cells (CD56+) and which lymphoid or leukemia related proteins they do or do not express (for example, CD5, CD23, CD43, cyclin D1, SOX11, CD10, BCL6, BCL2, CD30, CD15, PAX5, MUM1, CD21, CD4, CD8, PD1, TIA1, etc.). This is done by immunohistochemistry and/or flow cytometry. At this stage there is often sufficient pathologic information and no other tests are required, but sometimes additional genotypic information is required. Hematopathologists can perform fluorescence *in situ* hybridization (FISH), which allows them to identify disease-associated genetic abnormalities, such as gene translocations (ex. *MYC*, *BCL2*, *BCL6*, and *CCND1*), or molecular genetic tests that allow them to determine lymphocyte clonal status as well as identify disease-associated recurrent mutations (ex. *MYD88* L265P in lymphoplasmacytic lymphoma). Finally, a review of the patient's chart looking for relevant clinical, laboratory and radiologic data is performed. All of this information is then used to diagnose and classify the lymphoma or leukemia according to WHO criteria. Most of the time it is not possible for the pathologist to determine what caused the patient's lymphoid neoplasm based on review of that patient's tissue; however, sometimes there are clues, which includes the identification of infectious organisms in the diseased tissue, such as EBV, HHV8, and *H. pylori*; or learning through the chart review that the patient has autoimmune disease or is immunosuppressed (congenital, HIV, drug-therapy for autoimmune disease or solid organ transplantation).

**LYMPHOMAGENESIS**

Lymphoma and leukemia is the term used to describe a type of cancer that develops from lymphocytes. There are several dozens of recognized types of lymphomas and leukemias (>70), each with its own unique clinical features, risk factors, microscopic features, phenotypic features, genotypic features, and treatment. As a group, lymphoid neoplasms represent the 5th most

common type of cancer in North America with an estimated ~2% lifetime risk of developing the disease.  In order to understand what lymphoma and leukemia is, where it comes from, how it is diagnosed, and how it is treated it is first necessary to understand the normal lymphocyte and the immune system.

Lymphocytes are a type of white blood cell that forms part of the human immune system.  There are three types of lymphocytes: B-cells, T-cells, and NK-cells.  They differ in their functions, phenotype, and genotype but can all transform into lymphoma.  All lymphocytes begin their lives in the bone marrow as immature blast cells derived from pluripotent stem cells.  Within the bone marrow B-cell and NK-cell lymphoblasts undergo transformation to fully mature cells that then leave the marrow and travel throughout the lymphatic system and peripheral blood to take up residence in secondary lymphoid tissues.  Mature B-cells reside mostly in lymph nodes, spleen, and the mucosa-associated lymphoid tissues found in the gastrointestinal tract, respiratory tract, and skin.  NK-cells reside principally in sites of high antigen burden, including the skin, liver, spleen and gastrointestinal tract.  T-cells do not complete their maturation in the bone marrow.  Instead, immature T-cell lymphoblasts transit from the bone marrow to the thymus where they undergo transformation to mature T-cells and then travel throughout the body to take up residence in the secondary lymphoid tissues.

The lymphoid tissue of the body functions as a component of the human immune system.  In a normal immune system, lymphoid tissue proliferates and grows when challenged by foreign pathogens and shrinks and regresses via apoptosis (programmed cell death) when the pathogen is no longer present.  The immune response is a complex cascade of highly regulated processes that involve the integrated response of several cell types, cell-cell interactions, and the activation and inactivation of numerous intracellular molecular and genetic pathways.  In the normal immune system this tightly controlled system maintains equilibrium between proliferation and apoptosis resulting in a normal complement of lymphoid tissue.  When there is an insufficient amount of lymphoid tissue in the body or an inadequate response to a foreign pathogen the result is immunodeficiency.  Immunodeficiency can be caused by inherited genetic abnormalities, infections (ex. HIV), old age (sometimes referred to as immune senescence), and immunosuppressive drug therapy (ex. organ transplants, autoimmune disease).  When there is an

excess or over-exaggerated growth of lymphoid tissue in response to external (ex. pathogen) or internal (ex. autoantigen) stimulation, the result is a lymphoproliferative disease. Causes and types of lymphoproliferative diseases include: inherited genetic disorders, autoimmune diseases (ex. rheumatoid arthritis, Sjogren's disease), infections (ex. EBV), and idiopathic diseases (ex. Castleman's disease). Lymphoma and leukemia is a lymphoproliferative disease that results from the uncontrolled and uncoordinated accumulation of genetically altered lymphocytes whose continued accumulation, left untreated, can ultimately be fatal (i.e. cancer).

There are several recognized risk factors for developing lymphoma and leukemia, many of which are related to an altered immune system. These include, but are not necessarily limited to: older age, male sex, overweight/obesity, positive family history, immunodeficiency, autoimmune disorders, infection with oncogenic viruses (EBV, HIV, HCV, HTVL-1, HHV-8), bacterial infection (*H. pylori, C. psittaci, B. burgdorferi*), prior cancer, and prior chemotherapy. Importantly, most patients who develop lymphoma do not have most of these risk factors. In most cases of lymphoma and leukemia, the underlying genetic changes and subsequent development of cancer are believed to be due to random chance.

At the core of lymphomagenesis is an abnormal change in the genetic landscape of the normal lymphocyte that results in uncontrolled cellular proliferation and division of the cell, an inability of the cell to die in response to appropriate internal and/or external signals, or a combination of the two. These genetic changes results in an accumulation over time of lymphocytes that form a mass of cells that are all derived from and share the same genetic changes as the original lymphocyte (i.e. clones). These genetic alterations can include, but are not limited to: structural and numerical alterations in chromosomes, including translocations/rearrangements, gains, and losses; activating mutations of oncogenes and inactivating mutations of tumor suppressor genes; or abnormal epigenetic modifications of otherwise normal DNA that results in aberrant gene expression. These random replicative errors in DNA are most often acquired during stem cell division and accumulate sequentially over the course of a lifetime, with the risk for developing cancer strongly correlated with the total number of divisions of the normal self-renewing non-cancerous stem cells that maintain the homeostasis of the immune system. They are the likely driving force behind the vast majority of the genetic mutations underlying lymphomas and

leukemias with external/environmental factors having little to no impact on tumorigenesis in most observed cases (Tomasetti 2015, Tomasetti 2017, Lahouel 2020).

What causes the genetic changes that result in lymphoma?  The genetic abnormalities seen in the most lymphomas are typically acquired, not inherited, and it is widely accepted that cells that are proliferating, dividing, and genetically active are at increased risk of acquiring genetic abnormalities due to the instability of their genome in this state.  Lymphocytes are genetically active and vulnerable when they undergo maturation in the bone marrow and thymus as well as when they have been activated as part of an immune response.  During B and T-cell maturation each lymphocyte undergoes genetic recombination of its antigen receptor genes: *IGH*, *IGK* and *IGL* in B-cells; and *TCRD*, *TCRG*, *TCRB*, and *TCRA* in T-cells.  This process, which is mediated by the RAG1/2 enzyme, involves making site-directed double-stranded breaks in the lymphocyte's antigen receptor DNA, editing out unwanted intervening sequences within the gene, and recombining the ends to form a unique antigen receptor gene for that cell, which encodes for a unique B-cell antigen receptor/antibody or T-cell receptor.  This breaking of the double-stranded DNA and editing out of DNA segments leaves the cell vulnerable to random acquisition of genetic abnormalities, including the activation or interruption of oncogenes and tumor suppressor genes, respectively, as well as the creation of recurrent translocations that are found in lymphoma subtypes, such as the t(14;18)(*IGH-BCL2*) seen in follicular lymphoma and diffuse large B-cell lymphoma,  the t(11;14)(*CCND1-IGH*) characteristic of mantle cell lymphoma, and the frequent T-cell (antigen) receptor gene rearrangements seen in most T-cell acute lymphoblastic leukemia/lymphoma.  Another major site of genetic activity and instability occurs within the germinal centers of lymphoid follicles, present within immunologically active lymphoid tissue throughout the body.  Within germinal centers antigen stimulated B-cells proliferate, differentiate, and further modify their antibody genes through somatic hypermutation to achieve higher antigen affinity.  Somatic hypermutation is mediated by activation-induced cytidine deaminase (AID), a potent enzyme that can break double-stranded DNA as well as introduce random mutations into the antigen-receptor gene.  While this is a tightly controlled process that results in improved antigen receptors and antibody production, AID can also introduce mutations into other non-antibody related genes, including proto-oncogenes, which can lead to the development of lymphoma.

**LYMPHOMA CLASSIFICATION**

Lymphoma is not a single disease entity but a constellation of many different diseases that have in common the fact they are all tumor-forming cancers of lymphocytes. Leukemias are malignant neoplasms of lymphocytes that do not form tumors but rather infiltrate the bone marrow, blood and related organs such as the liver and spleen. Given this heterogeneity there are several ways to classify lymphomas and leukemias and knowledge of a few of the common systems that are in use today is key to understanding and discussing lymphoma.

Traditionally lymphoma and leukemia has been classified in three ways: by historical convention, by lymphocyte biology, and by clinical behavior. Historically, lymphomas and leukemias are either classified as being a Hodgkin lymphoma or non-Hodgkin lymphoma. In Hodgkin lymphoma the tumor mass is composed mostly of reactive inflammatory cells with only rare admixed malignant cells (Hodgkin and Reed-Sternberg cells), while in non-Hodgkin lymphoma the malignant lymphocytes comprise the majority of cells within the growth. This classification system is still in use today, although the definition of Hodgkin lymphoma is now somewhat more refined than when first introduced. Classifying lymphomas and leukemias by lymphocyte biology entails determining whether the malignant cell is of B-cell, T-cell, or NK-cell origin and whether or not it is a mature (peripheral) lymphocyte or an immature lymphoblast. Examples of lymphomas and leukemias in this classification system would include a peripheral T-cell lymphoma and B-cell lymphoblastic leukemia. Finally, classifying lymphomas and leukemias by clinical behavior gives an indication of how the malignancy can be expected to behave. There are two groups of lymphomas and leukemias in this classification system: indolent or low-grade, which tends to be composed of small genetically inactive lymphocytes that accumulate due to defects in apoptosis thus growing slowly over time; and aggressive or high-grade, which tends to be composed of large genetically active lymphocytes that accumulate due to uncontrolled proliferation and thus grow rapidly. Often these three classification systems can be combined when discussing lymphoma and leukemia. For example, one patient may have a low-grade B-cell non-Hodgkin lymphoma while another may be diagnosed with a high-grade T-cell non-Hodgkin lymphoma. And, of course, within any of these

classification systems there are many different diseases with different presentations, pathologic appearances, recommended therapies, and etiologies.

Currently, the most comprehensive and widely accepted system for classifying lymphomas is the World Health Organization's Classification of Tumours of Haematologic and Lymphoid Tissues. The current version is the 4th-revised edition, which was published in 2017.  It was preceded by the 4th edition published in 2008 and the 3rd edition published in 2001.  The WHO classification system represents the consensus opinion of an international working group of expert scientists, pathologists, oncologists, and hematologists that have defined specific disease entities based on their shared clinical features, risk factors, microscopic features, phenotypic features, genetic features, and prognosis.  As previously stated, the current WHO classification system recognizes over 70 different types of lymphomas, each representing a different clinicopathologic entity. The goal of the hematopathologist, after making a diagnosis of lymphoma or leukemia, is to classify the disease according to WHO criteria.

**GLYPHOSATE-BASED FORMULATIONS & LYMPHOMA**
Farming is a reported occupational risk factor for the development of lymphoma, with multiple epidemiologic studies (many incorporating cases that predate glyphosate's first use) finding an association between farming and lymphohematopoetic malignancies (Cantor 1982, Burmeister 1983, Blair 1985, Blair 1995).  Hypothesized explanations for this association include animal husbandry with exposures to domestic animals and zoonotic pathogens, as well as the use of diesel and various solvents, fertilizers, and pesticides.

Glyphosate, often sold under the trade name Roundup, is a broad-spectrum non-selective herbicide used to control the growth of weeds and grasses in a variety of residential, commercial, and agricultural applications.  It acts by inhibiting the enzyme 5-enolpyruvylshikimate-3-phosphate synthase, which is found in plants and microorganisms, but not in mammals, including humans.  It was introduced as a commercial product in 1974 (EPA 2017).  In that year 635,000 kg of glyphosate was applied across the United States.  Since then, it has seen a marked increase in usage, buoyed mainly by the introduction of genetically engineered glyphosate-tolerant crops in 1996.  It is now the most widely used herbicide in the U.S. with over 125,000,000 kg applied

in 2014, a near 200-fold increase over a 40 year period (EPA 2017). As noted above, the association between farming and lymphoma risk was observed before the introduction of glyphosate (Cantor 1982, Cantor 1984, Shumacher 1985) and lymphoma incidence has been on the decline in the U.S. since 2008 while glyphosate usage has increased (EPA 2017, SEER 2019); however, given its widespread use in agriculture and the community, its classification by IARC as a probable carcinogen and its reported association in some studies with lymphoma have received considerable attention within the scientific literature and from a variety of regulatory bodies.

In 2015, the International Agency for Research on Cancer (IARC) classified glyphosate as a category 2A carcinogen ("probably carcinogenic in humans"), concluding there is limited evidence in humans for carcinogenicity with positive associations with lymphoma (IARC 2015). However, having conducted their own independent analyses of the scientific literature, no pesticide regulatory authority in the world considers glyphosate to be a cancer risk to humans, including the Environmental Protection Agency, Health Canada, Australian Pesticides and Veterinary Medicines Authority, New Zealand Environmental Protection Authority, the European Food Safety Authority, and the World Health Organization Joint Meeting on Pesticide Residues (JMPR) (BfR 2015, EFSA 2015, New Zealand 2016, Australia 2017, ECHA 2017, EPA 2017, Health Canada 2017, BfR 2019, EPA Aug. 2019). To attempt to understand this discrepancy, an examination of the scientific literature is required.

In order to interpret and contextualize the published studies on glyphosate and lymphoma, one must understand the widely accepted concept of the hierarchy of evidence. The hierarchy of evidence is an heuristic approach to assessing the general quality of data and conclusions based on the experimental design of scientific studies conducted using human subjects or examining human disease. At the top of the hierarchy are studies that are designed in a way that yields high quality data with a low risk of bias, while at the bottom are studies that are limited in their design and produce lower quality data with a higher risk of bias. In general, when comparing two studies that examine the same scientific question, and assuming both studies are well designed and properly executed, the conclusions from the study higher up in the hierarchy are considered

stronger than the conclusions of the study lower down in the hierarchy. The 'hierarchy of evidence' from top to bottom is as follows:

- Systematic Reviews/Meta-Analysis of Randomized Controlled Trials
- Randomized Controlled Trials
- Cohort Studies
- Case-Control Studies
- Cross-sectional Studies
- Case Reports

Not surprisingly, no randomized controlled trials have been conducted in humans looking at the relationship between glyphosate exposure and the risk for developing lymphoma. Both prospective cohort studies and retrospective case-control studies have been performed in humans that have examined the relationship between exposure to glyphosate-based formulations and the risk of developing lymphoma. A prospective cohort study is a longitudinal observational study composed of a group of people who share a defining characteristic (ex. farmers) that are followed over time and assessed for exposure to potential risk factors (ex. glyphosate) and the development of the disease of interest (ex. lymphoma). A retrospective case-control study is composed of two groups of people ('cases' and 'controls') that differ in an outcome of interest (ex. presence of lymphoma; 'cases' have lymphoma, 'controls' do not have lymphoma) and compared for reported past exposures to possible risk factors (ex. glyphosate). Cohort studies can better assess causality, examine multiple outcomes for a given exposure, exercise tighter control of confounding variables, and calculate rates of disease in exposed and unexposed individuals over time (reported as 'relative risk' (RR)); but can require large numbers of subjects for studies looking at rare outcomes, are susceptible to selection bias, can require long durations of follow-up, and are susceptible to loss to follow-up/study withdrawal. Case-control studies are usually quick to conduct and require fewer subjects but have more limited utility in assessing causality, are susceptible to recall and selection bias, lack tight control of confounding variables, and cannot determine the rates of disease in exposed and unexposed individuals, only different odds (reported as 'odds ratio' (OR)). Both types of studies report a ratio to quantify the strength of an association between two events and this is accompanied by a confidence interval (CI) with

an associated level of confidence (ex. 95%). A detailed description of the statistical methods involved in calculating RRs, ORs and CIs is beyond the scope of this report; however, it is important for the reader to know that if the null value (1.0) is encapsulated by the CI the ratio is considered to be not statistically different from 1.0 and no difference between the two groups being compared has been observed.

After early case-control studies in the late 1980s and early 1990s hypothesized that pesticides might be related to lymphohematopoietic malignancies, the Agricultural Health Study was designed "in order to identify and quantify cancer risks among men and women … with direct exposure to pesticides and to other agricultural agents" (Alavanja 1996). The Agricultural Health Study (AHS) is a large prospective cohort study of 57,311 pesticide applicators in Iowa and North Carolina enrolled from 1993 to 1997 with approximately 17.5 years of follow-up (and in many cases additional exposure given pre-enrollment pesticide use). Two reports assessing the relationship between glyphosate exposure and lymphoma risk have been published from this cohort, the first in 2005 (De Roos 2005) and the latest in the 2018 (Andreotti 2018). In 2005, approximately 75% of the 54, 315 eligible study participants reported ever use of glyphosate. After adjusting for age, demographic and lifestyle factors (smoking, alcohol use, etc.), and exposure to other pesticides (lindane, DDT, diazinon, terbufos, and permiethrin), glyphosate use was not associated with overall cancer incidence (RR 1.0 [95% CI 0.9-1.2]), non-Hodgkin lymphoma (RR 1.1 [95% CI 0.7-1.9]), leukemia, or multiple myeloma. Additionally, there was no identified correlation between cumulative exposure or intensity-weighted exposure days to glyphosate and the incidence of all cancers or lymphohematopoietic cancers, including non-Hodgkin lymphoma. In 2018, after an additional 13 years of follow-up, approximately 83% of 54,251 eligible study participants reported ever use of glyphosate. Again, after controlling for confounding factors, this time also including occupational exposures (solvents, radiation, engine exhaust, etc.) and additional pesticides (atrazine, alachlor, metolachlor, trifuralin, and 2,4-D) glyphosate ever use and cumulative exposure (lagged and un-lagged) were not associated with the incidence of lymphohematopoietic cancers, including non-Hodgkin lymphoma or any subtype. The authors performed a variety of sensitivity analyses, and in each of those analyses the results supported the main study findings (Blair 2002, Hoppin 2002, Coble 2011, Heltshe 2012, Andreotti 2019).

In 2019, Leon *et al.* published a meta-analysis of three agricultural cohorts, the AGRICOH consortium, which is made up of the U.S. AHS cohort (with an earlier cutoff than used in Andreotti 2018), as well the French AGRICAN cohort and the Norwegian CNAP cohort. This meta-study was comprised of 316,270 farmers with 3,574,815 person-years under risk. After adjusting for exposure to other pesticides the study showed there is no association between glyphosate exposure and non-Hodgkin lymphoma (meta-RR 0.95 [95% CI 0.77-1.18]), chronic lymphocytic leukemia, diffuse large B-cell lymphoma, follicular lymphoma, or multiple myeloma.

Ten analyses of case-control studies have examined glyphosate exposure and the risk of lymphoma in humans (Cantor 1992, Hardell 1999, McDuffie 2001, De Roos 2003, Eriksson 2008, Orsi 2009, Hohenadel 2011, Cocco 2013, Pawha 2019, De Roos 2022). Similar to the cohort studies, six of the ten case-control studies found no consistent association between glyphosate exposure and the risk of developing lymphoma (Cantor 1992, Hardell 1999, Orsi 2009, Hohenadel 2011, Cocco 2013, De Roos 2022). The remaining four studies showed inconsistent results. For example, McDuffie *et al* compared 51 cases to 133 controls and found that any exposure to glyphosate posed no risk of lymphoma (OR 1.20 [95% CI 0.83-2.58]) but in 23 cases and 36 controls who reported more than 2 days/year of glyphosate exposure the odds of developing lymphoma were increased (OR 2.12 [95% CI 1.20-3.73]). Importantly, this study did not adjust for the impact of exposure to other agrichemicals. Of note, Hohenadel 2011 used the same dataset and found no association between glyphosate-based formulations and NHL after controlling for malathion use. De Roos *et al* (2003) included 36 glyphosate-exposed cases in an analysis of 47 different pesticides and reported a borderline statistically significant finding in one of two analyses (logistical regression but not hierarchical regression). All of the cases in De Roos 2003 were included in the more recent analysis by Pahwa and colleagues, discussed below. Eriksson *et al* compared 29 cases with 18 controls and reported that glyphosate exposure was not associated with increased risk of developing all non-Hodgkin lymphoma. In various exploratory subgroup analyses, follicular lymphoma, diffuse large B-cell lymphoma or other specified non-Hodgkin lymphoma were not associated with the use of glyphosate-based formulations. However, the subgroup analyses report that glyphosate exposure appeared to be associated with

increased risk of chronic lymphocytic leukemia (OR3.35 [95% CI 1.42-7.89]) and unspecified types of non-Hodgkin lymphoma (OR 5.63 [95% CI 1.44-22.0]); however, when they adjusted for the impact of exposure to other agrichemicals in multivariate analysis glyphosate exposure was no longer associated with increased lymphoma risk.

A large case-control study, Pahwa *et al* compared 1577 cases with 4887 controls and adjusted for the impact of exposure to other agrichemicals (this database of cases and controls includes those included in the following studies: Cantor 1992, McDuffie 2001, De Roos 2003, and Hohenadel 2011). They found no association between any glyphosate use and risk of non-Hodgkin lymphoma, follicular lymphoma, diffuse large B-cell lymphoma, small lymphocytic lymphoma, and other lymphoma. While some subtype analyses reported borderline statistically significant results, the overall picture that emerges from these data is no consistent evidence that increasing use of glyphosate is associated with an increased risk of NHL or any subtype. No correction for multiple comparisons was reported. The authors concluded there was limited evidence of an association between glyphosate use and NHL in their study and recommended additional studies for clarification. Finally, in each of the case-control studies the type and extent of pesticide use was reported retrospectively by both cases and controls from memory, raising the potential for recall bias, which could make glyphosate appear carcinogenic when it is not. The potential effects of recall and selection bias in four of these studies (McDuffie 2001, Hardell 2002, Eriksson 2008, Orsi 2009) were recently reported (Crump 2019) with the author concluding that any potential evidence for carcinogenicity in these studies results from statistical bias.

In 2022, De Roos *et al* pooled data from the International Lymphoma Epidemiology Consortium, including 9229 cases and 9626 controls (De Roos 2022). Their study included data on formulated glyphosate from eight different case-control studies. Only two of those (Orsi 2009 and Cocoo 2013) had previously published data on glyphosate. Overall, the study found no consistent or compelling association between glyphosate and all non-Hodgkin lymphomas, including CLL, DBLCL, multiple myeloma, T cell lymphoma, and other B cell lymphoma. Nor was there evidence for an increased risk with increasing duration of exposure to glyphosate, or for ever/never exposure, for NHL overall or various NHL subtypes. A subgroup finding for

follicular lymphoma with short duration of exposure was not consistent across analyses and, taken in context, does not support an increased risk for this subtype with glyphosate exposure.

Several meta-analyses have been conducted, all of which incorporate data from the underlying case-control studies discussed above and are necessarily subject to the same limitations of the case-control studies themselves (Schinasi 2014, IARC 2015, Chang 2016, Zhang 2019). Importantly, the most recent meta-analyses, which comprise the most up-to-date data, show no increased risk of lymphoma with glyphosate exposure (Donato 2020, EPA 2020, Kabat 2021, Boffetta 2021). Notably, most of the above-mentioned studies included (exclusively in some cases) occupational pesticide users. While data for exclusive residential use of formulated glyphosate have not been reported, several published studies found no association between NHL and residential use of other pesticides (Hartge 2005, Colt 2006).

Animal and *in vitro* studies can provide helpful supplementary information, but are not part of the typical hierarchy of evidence-based, causality-oriented medicine, which typically focuses on human studies. With regard to glyphosate, it is my understanding that the IARC relied heavily on mechanistic and animal studies and concluded that those data show evidence for carcinogenicity, as have experts for plaintiffs reviewing similar data (IARC 2015, Portier 2020, Weisenburger 2021). Many others have reviewed the mechanistic and animal data and do not share that view (BfR 2015, EFSA 2015, New Zealand 2016, Australia 2017, ECHA 2017, EPA 2017, Health Canada 2017, BfR 2019, EPA Aug. 2019, Crump 2020, ECHA 2022). Moreover, the human data, which are most relevant to evaluating human risk, show no effect. Indeed, establishing that a chemical exposure caused an individual patient's lymphoma based on epidemiologic data taken from populations, and in the absence of a mutational signature, which has not been shown for glyphosate in humans, is inappropriate (Dragani 2020).

Overall, the body and weight of scientific evidence from human studies examining the association between glyphosate exposure and lymphoma risk show there is no association between glyphosate use and risk of developing leukemia or lymphoma and do not support the IARC's conclusion that glyphosate probably causes leukemia or lymphoma in humans.

**KAREN DELORME-BARTON**

Ms. Delorme-Barton is a Caucasian female born on May 5, 1952 who in 2016 was diagnosed with follicular lymphoma, grade 1/3. She was successfully treated with a combination of standard immunochemotherapies and she remains in complete remission.

The medical records show that Ms. Delorme-Barton has a past medical history that includes long-standing chronic low back pain with stable degenerative disc disease involving the L3 through S1 vertebra; low-stage early endometrial carcinoma in 2006, which required hysterectomy but no adjuvant chemotherapy; severe eclampsia; as well as hypertension and hypercholesterolemia. She is married with no living children. Ms. Delorme-Barton consumes moderate amounts of alcohol approximately 5 nights per week. She is a never-smoker who reports no illicit drug use. Her family history shows significant cardiovascular disease, including her father who had a myocardial infarction and cerebrovascular accident, her mother who had a cerebrovascular accident, and a sibling with reported heart disease. Also of note, her maternal grandmother died from colorectal carcinoma at the age of 55, her mother had colorectal carcinoma, a maternal aunt had breast cancer, and a paternal aunt had cancer believed to be ovarian cancer. While her reported usage varies, according to her sworn Plaintiff Fact Sheet, she alleges using Roundup in a residential setting from 1976-2010, averaging 2-4 applications/week over this time span.

On February 11, 2016, Ms. Delorme-Barton was assessed by Dr Kevin Ammar at the Neurological Institute of Savannah for lower extremity pain and weakness that had been progressing since the preceding October. Magnetic resonance imaging of the spine, performed on January 27, 2016, revealed stable degenerative disc disease as well as new dramatic retroperitoneal lymphadenopathy including an enlarged lymph node within the left psoas muscle outside of the L4 foramen resulting in compression of the L3 and L4 nerve roots. Dr. Ammar recommended a follow-up CT scan and lymph node biopsy. A CT scan was performed on February 18, 2016, and revealed diffuse lymphadenopathy above and below the diaphragm, with the largest conglomerate measuring 5 cm and located in the periaortic region. An ultrasound-guided core biopsy of a left axilla lymph node was performed the subsequent day. Pathologic

evaluation of the lymph node using morphology, flow cytometry, and cytogenetics confirmed the diagnosis of follicular lymphoma, grade 1/3, with a t(14;18)(*IGH-BCL2*) gene rearrangement.

Ms. Delorme-Barton was referred to the Savannah Office of Low Country Cancer Care and had her initial consultation with Hematology/Oncologist, Dr. Jennifer Yannucci, on March 3, 2016. A staging bone marrow biopsy was declined. Staging PET CT, performed on March 7, 2016, revealed a moderate burden of nodal lymphoma above and below the diaphragm with a focus of extranodal disease in the spleen and diffuse activity in the left psoas muscle at L4/L5. Ms. Delorme-Barton was assigned a final diagnosis of Stage IIIA follicular lymphoma, grade 1. She was prescribed a standard course of bendamustine-rituximab (BR) for 6 cycles. Therapy was complicated by the development of an acute skin reaction to bendamustine after the 2nd cycle so BR therapy was discontinued and switched to rituximab + cyclophosphamide, vincristine, and prednisone (R-CVP) for 4 cycles. Prior to receiving her first cycle of R-CVP an interim PET CT was performed on April 25, 2016, revealing a dramatic reduction or resolution of all lymphadenopathy, which was judge to represent a partial to complete response to therapy. Ms. Delorme-Barton received her first cycle of R-CVP on May 4, 2016, and tolerated all four cycles well with the exception of treatment-associated peripheral neuropathy, including numbness and tingling in the thumb and first finger, after the 3rd cycle. She completed therapy on July 6, 2016. The end-of-treatment PET CT, performed on July 18, 2016, revealed 3 sub-centimeter nodular soft tissue foci in the mesentery that were suspicious for viable lymphoma so Dr. Yannucci recommended a course of maintenance rituximab every 8 weeks for 12 doses but Ms. Delorme-Barton declined electing to go on observation with re-staging PET CT every 6 months for 2 years. The re-staging PET CT on February 8, 2017, revealed disease improvement with only 1 potential residual 1cm viable focus of lymphoma in the mesentery. The re-staging PET CT on August 4, 2017 showed complete resolution of disease with no identifiable lesions and her disease was in complete remission. Ms. Delorme-Barton declined further re-staging PET CT and was subsequently followed clinically. Up through most recent follow up in January 2023, Ms. Delorme-Barton has remained free of disease. She is clinically stable with persistent lower extremity pain and weakness.

**CONCLUSION**

Like the vast majority of patients with lymphoma, Ms. Delorme-Barton's follicular lymphoma is most likely due to random genetic alterations accumulated over a lifetime. Follicular lymphoma is the most common indolent non-Hodgkin lymphoma in the Western world with an incidence of 2.7 per 100,000 men (SEER 2020). Risk factors for developing follicular lymphoma include age and Caucasian race/ethnicity. Ms Delorme-Barton's age and race/ethnicity both increased her risk for developing follicular lymphoma. As referenced above, the data available regarding formulated glyphosate do not provide evidence for a compelling association with NHL overall or with follicular lymphoma in particular, or with the development of the genetic alterations that led to Ms Delorme-Barton's cancer, and nothing in her presentation, clinical course, or pathology suggests that glyphosate caused her disease. As a result and after reviewing her medical records and the medical literature, I find no evidence to support glyphosate exposure as the cause of her lymphoma.

I hold all of the opinions expressed in this report to a reasonable degree of medical and scientific certainty, based on my training, education, and experience. I reserve the right to amend and/or supplement my opinions should new medical records, depositions, literature, or other evidence become available. I also reserve the right to comment on the opinions or testimony of others. I am compensated for my time at a rate of $500 per hour in this matter. I have not testified or been deposed as an expert in litigation in the past four years.

Dated: March 28, 2023

_____

Graham W. Slack, MD
Clinical Associate Professor of Pathology
University of British Columbia