# EXHIBIT 5

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                         --oOo--
 4   IN RE:  ROUNDUP PRODUCTS
     LIABILITY LITIGATION
 5   _____
 6   This document relates to:         MDL No. 2741 Case
                                       No. MDL No.
 7   Beverly Bailey v. Monsanto Co.,   3:16-md-02741-VC
     Case No. 3:19-cv-06071--VC.
 8   _____/
 9
10                       --  --  --
              TUESDAY, AUGUST 3, 2021
11                       --  --  --
12        Videotaped Deposition of DENNIS D.
     WEISENBURGER, M.D., held remotely via Zoom, and the
13   witness appearing from Duarte, California, beginning
     at 12:00 p.m., before Sandra Bunch VanderPol, FAPR,
14   RMR, CRR, CSR #3032
15                       --  --  --
16
17
18
19
20
21
     _____
22
                   GOLKOW LITIGATION SERVICES
23             877.370.3377 ph/917.591.5672
                      Deps@golkow.com
24
25
```

**Exhibit 5 Page 1**

```
 1   APPEARANCES:
 2
     For the Plaintiff:
 3
         REBECCA FREDONA, Esq.
 4       Moll Law Group
         22 West Washington Street, 15th Floor
 5       Chicago, Illinois 60602
         (312) 462-1700
 6       rfredona@molllawgroup.com
 7
     For the Defendant:
 8
         LINDLEY J. BRENZA, Esq.
 9       Bartlit Beck LLP
         1801 Wewatta Street, 12th Floor
10       Denver, Colorado 80202
         (303) 592-3130
11       lindley.brenza@bartlitbeck.com
12
     Also Appearing:
13
             VIDEOGRAPHER:   Melissa Bardwell
14
15
16                      --oOo--
17
18
19
20
21
22
23
24
25
```

**Exhibit 5 Page 2**

1  qualitatively different from the risks that you're

2  testifying about concerning Roundup; right?

3  A.      They are higher, yes.

4  Q.      Well, they're -- they're another dimension

5  higher; right?

6          MS. FREDONA:  Objection.  Form.

7          THE WITNESS:  Well, we really don't know

8  what the risk is for people who are highly exposed to

9  Roundup.  It could be -- I'm -- I guess -- I would

10 guess that it's higher than a twofold increase, okay.

11 So it may be a many-fold increase for people who have

12 high exposure to Roundup over many years.  But we

13 don't know that from the data we have.  That's one of

14 the reasons in the -- in the article I call for

15 bigger and better studies to really determine what is

16 the risk.

17 BY MR. BRENZA:

18 Q.      Now, the source of non-Hodgkin's lymphoma in

19 that majority of cases where it can't be linked to

20 any non-risk factors, is there an emerging scientific

21 understanding of what that source is?

22 A.      What do you mean by "source"?  I don't

23 understand the question.

24 Q.      Well, is there emerging understanding that

25 random genetic mutation accounts for a lot of

Exhibit 5 Page 3

Golkow Litigation Services                    Page 70

```
 1   non-Hodgkin's lymphoma?
 2             MS. FREDONA:  Objection.  Form.
 3             THE WITNESS:  I think that's probably true.
 4   BY MR. BRENZA:
 5   Q.        And when I say "random genetic mutation,"
 6   I'm talking about genetic mutation that occurs
 7   without any external cause.
 8   A.        As far as we know, yes.
 9   Q.        And you agree with that; right?
10   A.        I would say in general I agree with that,
11   yes.
12   Q.        What's the mechanism by which B-cells
13   spontaneously acquire the genetic mutations that are
14   necessary to produce non-Hodgkin's lymphoma?
15   A.        Well, B-cells in their normal physiology
16   need to rearrange their genes, their immunoglobulin
17   receptor genes, the genes that are made to make the
18   antibodies.  So they do that in the bone marrow as
19   very immature B-cells, and then they do it again
20   probably many times in the lymph nodes as they go
21   through the germinal centres, because the whole goal
22   of the body is to make antibodies to any foreign or
23   abnormal protein in the body to get rid of it.
24             And so the way that a body generates this
25   tremendous diversity of the immune system and the
```

Exhibit 5 Page 4

Golkow Litigation Services                              Page 71

1    antibodies that the B-cells produce is to rearrange

2    its genes and mutate its genes as part of the path of

3    the normal physiology of the process.  And what

4    happens is there are errors that occur in that

5    process which lead to transmutations and mutations

6    and other genetic abnormalities that -- that lead to

7    lymphomas.

8    Q.       Now, that happens not just to B-cells,

9    right, it happens to every --

10            (The deposition reporter's Zoom connection

11   failed, and we went off the record.)

12            THE VIDEOGRAPHER:  The time now is 1:56 p.m.

13   We are back on the record.

14   BY MR. BRENZA:

15   Q.       Doctor, I was asking you about errors in

16   replications when cells need to replicate.  Isn't it

17   a known fact that just through chance alone, a

18   certain number of mistakes are going to be made in

19   genetic replication?

20   A.       Yes.

21   Q.       And the human body and the human cells have

22   mechanisms for detecting and correcting those

23   mistakes; right?

24   A.       Yes.

25   Q.       In general, cells are almost miraculously

Exhibit 5 Page 5

Golkow Litigation Services                                    Page 72

1              CERTIFICATE OF REPORTER

2        I, SANDRA BUNCH VANDER POL, a Certified

3   Shorthand Reporter, hereby certify that the witness

4   in the foregoing deposition was by me duly sworn to

5   tell the truth, the whole truth and nothing but the

6   truth in the within-entitled cause;

7        That said deposition was taken down in

8   shorthand by me, a disinterested person, at the time

9   and place therein stated, and that the testimony of

10  the said witness, DENNIS D. WEISENBURGER, M.D., was

11  thereafter reduced to typewriting (pages 1 - 100), by

12  computer, under my direction and supervision;

13       That before completion of the deposition,

14  review of the transcript was requested.  If

15  requested, any changes made by the deponent (and

16  provided to the reporter) during the period allowed

17  are appended hereto.

18       I further certify that I am not of counsel or

19  attorney for either or any of the parties to the said

20  deposition, nor in any way interested in the event of

21  this cause, and that I am not related to any of the

22  parties thereto.

23  DATED:  August 12, 2021

24                  _____*Sandra Bunch VanderPol*_____

                        SANDRA BUNCH VANDER POL, CSR #3032

25

Exhibit 5 Page 6

Golkow Litigation Services                                Page 101