# EXHIBIT 6

```
 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                   COUNTY OF SAN BERNARDINO
 3
 4    DONETTA STEPHENS,            )
                                   )
 5            Plaintiff,           )
                                   )
 6        vs.                      ) Case No. CIVSB2104801
                                   )
 7    MONSANTO COMPANY and CROWN   )
      ACE HARDWARE,                )
 8                                 )
              Defendants.          )
 9    _____)
10
11         DEPOSITION OF DENNIS DEAN WEISENBURGER, M.D., a
12         witness herein, noticed by Nelson Mullins Riley &
13         Scarborough LLP, taken at 924 West Huntington
14         Drive, Monrovia, California, at 9:00 a.m. on
15         Monday, May 17, 2021, before Delia M. Satterlee,
16         CSR 9114.
17
18
19
20
21
22
23         Job Number 275104
24
25
```

**Exhibit 6 Page 1**

Dennis Dean Weisenburger, M.D.

```
 1   APPEARANCES OF COUNSEL:

 2

 3   For Plaintiff:

 4   Kirkendall Dwyer LLP

 5   By Andrew F. Kirkendall

 6   4343 Sigma Road, Suite 200

 7   Dallas, Texas 75244

 8   (214)271-4027

 9   ak@kirkendalldwyer.com

10           -and-

11   Trammell PC

12   By Fletcher V. Trammell (to page 58)

13   3262 Westheimer Road

14   Houston, Texas 77098

15   (800)405-1740

16   fletch@trammellpc.com

17

18   For Defendant Monsanto Company:

19   Nelson Mullins Riley & Scarborough LLP

20   By Eric A. Paine

21   Meridian

22   1320 Main Street, 17th Floor

23   Columbia, South Carolina 29201

24   (803)255-5518

25   eric.paine@nelsonmullins.com
```

**Exhibit 6 Page 2**

Dennis Dean Weisenburger, M.D.

```
 1   in a previous question.
 2        MR. PAINE:
 3        Q.  So you're referring to other chemical
 4   exposures, infectious causes, solvent exposure, family
 5   history, things like that?
 6        A.  Yes.
 7        Q.  Are there possible causes of Ms. Stephens'
 8   non-Hodgkin lymphoma that you cannot rule out?
 9        A.  I can't rule out something I don't know about.
10        Q.  And we've talked about this briefly before, and
11   it's not my intention to replow old ground, but it --
12   it's correct that cancer can develop rather
13   spontaneously, if you will, through accumulated random
14   mutations over time; correct?
15        A.  That is correct.
16        Q.  Are you able to rule out the possibility that
17   Ms. Stephens developed non-Hodgkin lymphoma simply as a
18   result of cumulative random mutations over time?
19        A.  No.  But the fact that she has been exposed to
20   a known agent that causes lymphoma would, you know, with
21   over -- with -- with a twofold or more increased risk,
22   would -- would sort of mitigate that conclusion.
23            Obviously if she had no known risk factors, then
24   one would have to say, "Well, maybe" -- "maybe it is due
25   to spontaneous genetic abnormalities."  But in this
```

Exhibit 6 Page 3

Golkow Litigation Services                                Page 52

```
 1   STATE OF CALIFORNIA ) ss

 2

 3              I, Delia M. Satterlee, CSR 9114, do hereby

 4   declare:

 5

 6              That, prior to being examined, the witness

 7   named in the foregoing deposition was by me duly sworn

 8   pursuant to Section 2093(b) and 2094 of the Code of

 9   Civil Procedure;

10

11              That said deposition was taken down by me in

12   shorthand by remote transmission and thereafter reduced

13   to text under my direction.

14

15              I further declare that I have no interest in

16   the event of the action.

17

18              I declare under penalty of perjury under the

19   laws of the State of California that the foregoing is

20   true and correct.

21

22              WITNESS my hand this 17th day of May,

23   2021.

24   _____

25   Delia M. Satterlee, CSR 9114
```

**Exhibit 6 Page 4**

Golkow Litigation Services                                    Page 212