# EXHIBIT 7

Dennis Weisenburger, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5   IN RE:  ROUNDUP PRODUCTS      MDL No. 2741

 6   LIABILITY LITIGATION          Case No.

 7   _____ MDL No. 3:16-md-2741-VC

 8   Matteo Anthony Russo,

 9   Plaintiff,       Case No.

10   Vs.                           3:16-cv-06024-VC

11   MONSANTO COMPANY,

12             Defendant.

13   _____/

14

15

16

17            Videotaped Deposition of

18            Dennis Weisenburger, M.D.

19            Monday, November 4, 2019

20

21

22

23   Reported by:

24   JOSHUA MANEA, CSR No. 13754

25
```

```
 1                    APPEARANCES

 2

 3   For the Plaintiff:

 4        ANDRUS WAGSTAFF

 5        By: Kathryn M. Forgie, Esquire

 6        1901 Harrison Street, Suite 1100

 7        Oakland, CA 94612

 8        310.339.8214

 9        Kathryn.forgie@andruswagstaff.com

10

11   For the Defendant:

12        SHOOK, HARDY & BACON, LLP

13        By: Michelle M. Fujimoto, Esquire

14        5 Park Plaza, Suite 1600

15        Irvine, CA 92614

16        949.475.1500

17        Mfujimoto@shb.com

18

19   Also present:

20        Jim Lopez, Videographer

21        Golkow Global Litigation Services

22

23

24

25                      --oOo--
```

Dennis Weisenburger, M.D.

1                 But, certainly, you agree with the
2       generally-accepted idea that as our cells replicate
3       on a minute, hourly and daily basis, that there are
4       random mutations that occur?
5                 MS. FORGIE:  Objection.
6                 THE WITNESS:  Yes.
7       BY MS. FUJIMOTO:
8            Q.   Most of the time, if not all the time, we
9       hope that those mutations or errors get repaired,
10      right?
11           A.   Yeah, or the cells would die.
12           Q.   Or the cells die.
13                And you also agree that part of why age is
14      a risk factor for all cancers is that because for
15      every day we live, we are exposed to genetic hits or
16      errors that occur as a result of environmental
17      exposures?
18           A.   That's probably true.
19           Q.   And then we also -- some of us may have
20      heritable gene mutations or things that even further
21      increase our risk of getting cancer over time?
22           A.   Yes.
23           Q.   Okay.  And so for Mr. Russo, I know you
24      mentioned that you had asked him about family
25      history and -- and smoking and other things.  Did

```
 1                  REPORTER'S CERTIFICATE
 2
 3         I, JOSHUA MANEA, a duly licensed Certified
 4    Shorthand Reporter of the State of California,
 5    hereby certify that the witness in the foregoing
 6    deposition was by me duly sworn;
 7         That said testimony was taken down in
 8    stenographic shorthand by me, a disinterested
 9    person, at the time and place therein stated and was
10    thereafter reduced to typewriting and that the
11    testimony as transcribed is a true record of the
12    testimony given by the witness;
13         That before completion of the deposition,
14    review of the transcript [x] was [ ] was not
15    requested. If requested, any changes made by the
16    deponent (and provided to the reporter) during the
17    period allowed are appended hereto.
18         I further certify that I am not of counsel or
19    attorney for either or any of the parties to the
20    said deposition, nor in any way interested in the
21    outcome of this cause.
22         DATED this 14th day of November, 2019.
23                       _____
24                       JOSHUA MANEA, Calif. CSR No. 13754
25
```