# EXHIBIT 8

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2              IN AND FOR THE COUNTY OF SAN BERNARDINO

 3

 4   DEPARTMENT S-24 (VIA ZOOM)        HON. GILBERT OCHOA, JUDGE

 5

     DONNETTA STEPHENS,          )
 6                               )
                   Plaintiff,    ) Case No. CIVSB2104801
 7                               )
           vs.                   )
 8                               )
     MONSANTO COMPANY, et al.,   )
 9                               )
                   Defendants.   )
10   _____)

11
                        TRANSCRIPT OF PROCEEDINGS
12                      SAN BERNARDINO, CALIFORNIA
                      THURSDAY, SEPTEMBER 9, 2021
13                              VIA ZOOM

14
     APPEARANCES:
15
     FOR PLAINTIFF:              TRAMMELL, PC
16                               BY:  FLETCHER TRAMMELL, ESQ.

17                               LAW OFFICES OF WILLIAM SHAPIRO
                                 BY:  WILLIAM SHAPIRO, ESQ.
18
                                 KIESEL LAW LLP
19                               BY:  MELANIE PALMER, ESQ.

20
     FOR DEFENDANT:              PROSKAUER ROSE LLP
21                               BY:  BART WILLIAMS, ESQ.
                                      MANUEL CACHAN, ESQ.
22                                    LEE POPKIN, ESQ.
                                      SHAWN LEDINGHAM, ESQ.
23
                                 NELSON MULLINS RILEY & SCARBOROUGH
24                               BY:  ERIC PAINE, ESQ.

25
     REPORTED BY:                STEPHANIE AUSTIN, CSR 13119
26                               OFFICIAL COURT REPORTER
```

*Stephanie Austin, Certified Shorthand Reporter*

**Exhibit 8 Page 1**

```
 1      SAN BERNARDINO, CALIFORNIA; THURSDAY, SEPTEMBER 9, 2021
 2                         A.M. SESSION
 3   DEPARTMENT S-24 (VIA ZOOM)      HON. GILBERT G. OCHOA, JUDGE
 4   APPEARANCES:
 5            Plaintiff, DONNETTA STEPHENS, with her
 6            counsel, FLETCHER TRAMMELL, WILLIAM
 7            SHAPIRO, and MELANIE PALMER, Attorneys at
 8            Law; Defendant, MONSANTO COMPANY, by its
 9            counsel, BART WILLIAMS, MANUEL CACHAN,
10            LEE POPKIN, SHAWN LEDINGHAM, and ERIC
11            PAINE, Attorneys at Law.
12            (Stephanie Austin, CSR, Official Court
13            Reporter, CSR No. 13119.)
14                           -oOo-
15       (The following proceedings were held, via Zoom,
16              outside the presence of the jury:)
17       THE COURT:  I have been handed Plaintiff's notice
18   to take video/oral deposition testimony that Jennifer has
19   just dropped off to me.  I -- obviously, I haven't read it.
20            Is there something that I need to look at with
21   respect to that, Mr. Trammell?
22       MR. TRAMMELL:  Yes, your Honor.  While -- first it
23   identifies the witness, and if you go to Exhibit A, I think
24   the first two topics, in particular, are going to be the
25   most relevant for our purposes today.
26       THE COURT:  One and two?
```

```
 1        A    Presumably, ones who did not answer did not have
 2   the exact same, you know, probabilities, the impune group
 3   that was 37 percent, who did not answer the follow-up.
 4        Q    I'm not talking about the imputed data for the
 5   moment.  My question was this, Doctor:  That means over
 6   99 percent of glyphosate users, in the Agriculture Health
 7   Study, never developed non-Hodgkin's lymphoma?
 8        A    Yes.
 9        Q    In fact, a higher percentage of folks, who didn't
10   use Roundup, developed non-Hodgkin's lymphoma than Roundup
11   users in the Agriculture Health Study -- right -- Doctor?
12        A    Yes, small number, but yes.
13        Q    Let's shift gears and talk about cancer causation.
14   Dr. Boyd, cancers can be caused by mutations that are
15   inherited?
16        A    Uh-huh, yes.
17        Q    Cancers can occur because of environmental factors?
18        A    Yes.
19        Q    And cancers can result from DNA replication errors?
20        A    Correct.
21        Q    When cells divide, the DNA in those cells are
22   replicated or copied?
23        A    Correct.
24        Q    DNA replication errors, that refers to mutations
25   that occur naturally during the process of cell division?
26        A    Correct.
```

1  Q    Many cancers are caused by replication errors by
2  those mutations during cell division?
3  A    Correct.  They may be speeded up when factors
4  unrelated to carcinogens activate proliferation, speeding up
5  the rate of cell division, so that process is not just only
6  spontaneous, but has an environmental component to it.
7  Q    Doctor, there are many cancers that are predominantly
8  caused by replication errors caused by mutations during cell
9  divisions; right?
10 A    That are influenced by environmental factors, but
11 they are -- the replication errors are related to cell
12 division, but clearly -- this is what -- the implication is
13 that it is purely spontaneous and not influenced by the
14 environment and that's incorrect.
15      MS. POPKIN:  Your Honor, move to strike the witness's
16 answer and permission to read from his October 25, 2019,
17 deposition at Tab 1 of the prior-testimony binder, page 91,
18 lines 22 through page 92 line 4.
19      THE COURT:  Motion to strike is granted, beginning
20 with "the implication," and anything thereafter.
21           Any objection to the reading?
22      MR. TRAMMELL:  No, your Honor.
23      THE COURT:  Go ahead.
24 Q    (BY MS. POPKIN:)
25           "Q    Then there's many cancers that
26           are caused" -- excuse me -- "that are

*Stephanie Austin, Certified Shorthand Reporter*

**Exhibit 8 Page 4**

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                   FOR THE COUNTY OF SAN BERNARDINO
 3
 4   DEPARTMENT S-24 (VIA ZOOM)      HON. GILBERT G. OCHOA, JUDGE
 5
     DONNETTA STEPHENS,            )
 6                                 )
                  Plaintiff,       ) Case No. CIVSB2104801
 7                                 )
          vs.                      )
 8                                 ) REPORTER'S CERTIFICATE
     MONSANTO COMPANY, et al.,     )
 9                                 )
                  Defendants.      )
10   _____)
11        I, STEPHANIE AUSTIN, C.S.R., Official Court
12   Reporter, of the State of California, for the County of San
13   Bernardino, do hereby certify that the foregoing pages 1
14   through 125, to the best of my knowledge and belief,
15   comprise a full, true and correct computerized transcript of
16   the proceedings held in the above-entitled matter on
17   Thursday, September 9, 2021.
18
19             Dated this 12th day of September, 2021.
20
21             _____, C.S.R.
22             Official Court Reporter, No. 13119
23
24
25
26
```

*Stephanie Austin, Certified Shorthand Reporter*

**Exhibit 8 Page 5**