# EXHIBIT 9

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                    FOR THE COUNTY OF SAN FRANCISCO

 3                                 ---

 4

 5

 6
     Bernard Freiwald and            )
 7   Leah Freiwald,                  )
                                     )
 8                                   )
                                     )
 9                  Plaintiff(s),    )
                                     )
10                                   )
                                     ) No. CGC-21-594817
11           vs.                     )
                                     )
12                                   )
                                     )
13   Monsanto Company, a corporation;)
     and DOES 1 through 100,         )
14   inclusive,                      )
                                     )
15                                   )
                                     )
16                  Defendant(s).    )
     _____)
17

18      REPORTER'S DAILY TRANSCRIPT OF DEPOSITION PROCEEDINGS
                              VOLUME 2
19                       RICHARD A. BENDER
                        (TOTAL OF 302 PAGES)
20                    33711 CAMINO CAPISTRANO
                   SAN JUAN CAPISTRANO, CALIFORNIA
21                    MONDAY, OCTOBER 31, 2022

22

23

24
                            DENISE PADDOCK
25                          COURT REPORTER
```

Exhibit 9 Page 1

Golkow Litigation Services                                    Page 1

```
 1                    A P P E A R A N C E S

 2
     IN BEHALF OF THE PLAINTIFF(S):
 3
                    Clint Casperson
 4                  Lawrence Tracey
                    Attorneys at Law
 5                  Tracey Fox King & Walters
                    440 Louisiana Street, Suite 1901
 6                  Houston, Texas 77002

 7   IN BEHALF OF THE DEFENDANT(S):

 8                  Lee M. Popkin
                    Christina Assi
 9                  Attorneys at Law
                    Proskauer Rose, LLP
10                  Eleven Times Square
                    New York, New York 10036-8299
11
     ALSO PRESENT:
12
                    Rene Sanchez, Legal Videographer
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit 9 Page 2

Golkow Litigation Services                                    Page 2

 1   Q.  Moving on to the next item on your materials considered

 2   list, Dr. Christian Thomas Eddie's expert report dated

 3   February 12th, 2021; and I take it from an answer that you

 4   already gave, you do have some criticisms of Dr. Thomas

 5   Eddie's report.

 6           What are those criticisms?

 7   A.  Dr. Thomas Eddie is a well-respected mathematician and

 8   he's put together a rigorous assessment based on scientific

 9   data of mathematical ideologies, in this case, for a

10   non-Hodgkin lymphoma, and has concluded that there are three

11   variables that are associated with developing malignancy:

12   Heredity, environment and random events.

13           I -- I don't think at this point anybody would take

14   exception with that.

15           The concern always is how they're weighted, and I'm

16   not sure if I agree with his weighting.

17           Dr. Thomas Eddie has never seen a patient.  This is

18   all done in vacuo -- essentially, in an office -- without

19   having really had any significant clinical exposure, and I

20   think the assessment is very sterile; and while I'm sure it

21   meets some mathematical rigor about which I'm not qualified

22   to comment, I would say it's a bit narrow in its scope and a

23   bit risk and rigid in its interpretation, and I would have to

24   disagree with his final conclusions.

25   Q.  All right.  Let me try and break out some of what

Exhibit 9 Page 3
Golkow Litigation Services                                Page 22

```
 1                   CERTIFICATE OF REPORTER

 2        I, DENISE PADDOCK, California Certified Shorthand Reporter

 3   No. 10199, Registered Professional Reporter, Certified

 4   Realtime Reporter, Registered Merit Reporter, Certified

 5   Manager of Reporting Services and Realtime Systems

 6   Administrator, certify;

 7        That the foregoing proceedings were taken before

 8   me at the time and place therein set forth, at which

 9   time the deponent declared under penalty of perjury;

10   that the testimony of the deponent and all objections

11   made at the time of the examination were recorded

12   stenographically by me and were thereafter transcribed

13   under my direction and supervision;

14        That the foregoing is a full, true and correct

15   transcript of my shorthand notes so taken and of the

16   testimony so given;

17        I further certify that I am not financially

18   interested in the action, and I am not a relative or

19   employee of any attorney of the parties, nor of any of

20   the parties.

21        I declare under penalty of perjury under the laws of

22   CALIFORNIA that the foregoing is true and correct.

23        _____

24        DENISE PADDOCK, CA CSR NO. 10199
          Realtime Systems Administrator
25        CRR, RMR, RPR, CMRS
```

Exhibit 9 Page 4

Golkow Litigation Services                                Page 249