# EXHIBIT 11

```
         IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS.
            TWENTY-FIRST JUDICIAL CIRCUIT, DIVISION 18
                     Honorable Nellie Ribaudo

PAUL FERRO, et al.,         )
                            )
         Plaintiffs,        )
                            )
vs.                         ) Cause No. 20SL-CC03678
                            )
MONSANTO COMPANY,           )
                            )
         Defendant.         )
=========================================================
                      November 3, 2022
                     Afternoon Session
=========================================================

For the Plaintiffs:              For the Defendant:

Mr. Jeffrey Haberman             Mr. Tarek Ismail
Mr. Bryan Hofeld                 Mr. Booker Shaw
Mr. Paul Tahan                   Ms. Emma Ross
Ms. Sarah Schultz                Ms. Shayna Cook
                                 Ms. Stefani Wittenauer
```

Reported by:
Charmaine Spradling, CCR
Official Court Reporter
Twenty-First Judicial Circuit, Division 18
(314) 615-3720

2322

**Exhibit 11 Page 1**

(At 1:00 p.m., the following proceedings were held in Open Court, in the presence of the jury)

THE COURT: Go ahead and be seated, everyone. Hopefully some of you got outside. I think it's still nice out there.

MS. COOK: Good afternoon, everyone.

Q. (By Ms. Cook) Good afternoon, sir.

A. Good afternoon.

Q. Okay. I would love to pick up where we left off. And we were talking before lunch about this period, '98 to 2001, when you had your lawn care business, right, sir?

A. Yes.

Q. And I think that you told us that your only source of income was the lawn care business and then your drag racing on the side; right?

A. Yes, Ma'am.

Q. So let me ask you this question: Because we went through this timeline, and I think you said that other than Hackney, which we will need to fill in, this, to the best of your recollection, is everywhere you have worked, right; other than the marble business, which was back before Coleman?

A. To the best of my recollection, yes.

Q. Have you published your research on the causes of cancer, including non-Hodgkin's lymphoma in peer-reviewed journals?

A. Yes.

Q. And we talked about the New England Journal and the Science, the Journal of Science, have you also published in the Journal of Nature?

A. Yes.

Q. Do the opinions that you are here to share with the jury today, come from your own research that you have published in the peer-reviewed literature?

A. Yes. My research, and, as well as, of course, everything I write about NHL, and, you know, the literature on glyphosate, and so, yeah.

Q. And when you publish these articles in the peer-reviewed literature, had you been hired by Monsanto in connection with the litigation in any way?

A. Oh, no. This was way before any contact with, with the lawyers.

Q. Has your research been cited by other researchers and scientists?

A. Yes.

Q. Do you know about how many times?

A. About 10,000.

```
 1                     Reporter's Certificate
 2

 3                I, Charmaine S. Spradling, CCR, a
 4   Certified Court Reporter for the 21st Judicial
 5   Circuit, was present and reported all proceedings had
 6   and entered in the case of PAUL FERRO, et al.,
 7   plaintiffs, v. MONSANTO COMPANY, Defendant, Cause No.
 8   20SL-CC03678, and hereby certify that the foregoing
 9   pages contain a true and accurate transcript of said
10   proceedings.
11

12

13                        /s/ Charmaine S. Spradling

14                        CHARMAINE S. SPRADLING, CCR #0397
                          Official Court Reporter
15                        Twenty-First Judicial Circuit,
                          Division 18
16

17

18

19

20

21

22

23

24

25
```