# EXHIBIT 12

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   FOR THE COUNTY OF SAN BERNARDINO

 3   DONNETTA STEPHENS,         )
                                )
 4                              )    Case No.  CIVSB2104801
             Plaintiff,         )
 5                              )
         -vs.-                  )
 6                              )    PAGES 1 THROUGH 120
     MONSANTO COMPANY, ET AL.,  )
 7                              )
             Defendant.         )
 8   _____)

 9            REPORTER'S TRANSCRIPT OF ORAL PROCEEDINGS

10              BEFORE HON. GILBERT G. OCHOA, JUDGE

11                        DEPARTMENT S-24

12                   SAN BERNARDINO, CALIFORNIA

13                   THURSDAY, NOVEMBER 4, 2021

14

15                            VIA ZOOM
     APPEARANCES:
16
     FOR THE PLAINTIFF:            TRAMMELL, PC
17                                 BY:  FLETCHER V. TRAMMELL, ESQ.
                                        MELISSA EPHRON, ESQ.
18
                                   LAW OFFICES OF WILLIAM SHAPIRO
19                                 BY:  WILLIAM SHAPIRO, ESQ.

20                                 KIESEL LAW LLP
                                   BY:  PAUL KIESEL, ESQ.
21                                      MELANIE PALMER, ESQ.

22   FOR THE DEFENDANT:            PROSKAUER ROSE LLP
                                   BY:  BART WILLIAMS, ESQ.
23                                      MANUEL CACHAN, ESQ
                                        LEE POPKIN, ESQ.
24                                      SHAWN LEDINGHAM, ESQ.

25   REPORTED BY:                  REBECCA M. ALLEN
                                   Official Court Reporter
26                                 CSR No. 13689
```

Rebecca M. Allen - Certified Shorthand Reporter

Exhibit 12 Page 1

1

```
 1        SAN BERNARDINO, CALIFORNIA; THURSDAY, NOVEMBER 4, 2021
 2                          A.M. SESSION
 3  DEPARTMENT S-24 (VIA ZOOM)           HON. GILBERT G. OCHOA, JUDGE
 4  APPEARANCES:
 5         The Plaintiff, DONNETTA STEPHENS, represented by
 6         FLETCHER V. TRAMMELL, Attorney at Law;
 7         MELISSA EPHRON, Attorney at Law;
 8         WILLIAM SHAPIRO, Attorney at law; PAUL KIESEL,
 9         Attorney at Law; MELANIE PALMER, Attorney at
10         Law; the Defendant, MONSANTO COMPANY, ET AL.,
11         represented by MANUEL CACHAN, Attorney at Law;
12         BART WILLIAMS, Attorney at Law; LEE POPKIN,
13         Attorney at Law; SHAWN LEDINGHAM, Attorney at
14         Law.
15     (Rebecca M. Allen, Official Court Reporter, CSR No. 13689.)
16                           --oOo--
17  **(Whereupon open court resumed via Zoom outside the presence of**
18                         **the jury.)**
19         THE COURT:  Yeah, so yesterday when I got that e-mail
20  from Mr. Ledingham, I apparently didn't have an updated chart,
21  but I do now.  And I guess we are off the week of Thanksgiving.
22  And that was kind of news to me, but was anybody under that
23  impression as well?
24         MR. WILLIAMS:  We were not, actually.  We weren't sure,
25  which is why Mr. Ledingham wrote to you, your Honor.  We thought
26  we heard conflicting things, but we couldn't find in the
```

```
 1            MR. TRAMMELL:  He's hearsay under Campos.
 2            MR. POPKIN:  It's actually not for the --
 3            THE COURT:  Hold on.  Don't go back and forth.  So at
 4   this point we're not talking about a hearsay objection.  We are
 5   talking about the 352 objection.  So make it brief, Ms. Popkin.
 6            MS. POPKIN:  I will, your Honor.
 7            THE COURT:  Otherwise, I will entertain a 352 objection.
 8   Let's go back.
 9            (The proceedings resumed in open court:)
10            THE COURT:  All right.  It looks like we have everyone
11   back.  Go ahead and ask your next question, Ms. Popkin.
12            MS. POPKIN:  Thank you, your Honor.
13     Q  BY MS. POPKIN:  Dr. Reshef, the jury has heard earlier this
14   week and last week from Dr. Cristian Tomasetti.  Are you familiar
15   with his work in the area of cell replication and cancer
16   causation?
17     A  Yes, absolutely.  Its it's considered seminal work in the
18   field of cancer research.
19     Q  Is Dr. Tomasetti's work generally accepted by oncologists in
20   your field?
21     A  Yes, it is.
22     Q  How does Dr. Tomasetti's work relate to your opinions about
23   the causation of the type of cancer we are talking about in this
24   case Non-Hodgkin's -- Ms. Stephens's non-Hodgkin's Lymphoma?
25            MR. TRAMMELL:  Objection, your Honor.  It's hearsay
26   under Campos.
```

```
 1            THE COURT:  I'll wait to -- I don't think it calls for
 2   hearsay as phrased.  But I'll wait to see what the doctor has to
 3   say.
 4            THE WITNESS:  Thank you, your Honor.
 5            So Dr. Tomasetti's work is quite informative to
 6   understanding this case and other cases when it comes to
 7   causation of cancer.  We've always known that there could be
 8   environmental causes.  There could be inherited causes for
 9   cancer.  And it has been quite challenging to understand what
10   proportion of mutations or what proportion of cancers are caused
11   by each one -- each one of those factors.
12            It was those analysis that allowed us to show that
13   mesohyloma, for example, caused 66 percent of the time or
14   66 percent of the mutation --
15            THE COURT:  Okay.  So at that point, the Court will
16   strike the testimony beginning with "it was those" and
17   everything after under hearsay under Campos.
18     Q  BY MS. POPKIN:  Dr. Reshef, do different cells in the body
19   replicate at different rates?
20     A  Yes, absolutely.
21     Q  And when it comes to hematopoietic or blood system, what
22   kind of replication rate are we talking about?
23     A  Very high.  Most of the cells in the blood have fairly short
24   half-lives, meaning their lifespan is very short.  Some of them
25   even have a lifespan of several hours, and we have a lot of them.
26   So our blood really has billions and billions of cells, and our
```

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 FOR THE COUNTY OF SAN BERNARDINO
 3
 4
    DONNETTA STEPHENS,         )
 5                             )
                               )   Case No.  CIVSB2104801
 6           Plaintiff,        )
                               )
 7        -vs.-                )
                               )   REPORTER'S
 8  MONSANTO COMPANY, ET AL.,  )   CERTIFICATE
                               )
 9           Defendant.        )
    _____)
10
11
12       I, Rebecca M. Allen, CSR, Official Reporter of the
13  above-entitled court, do hereby certify:  That I am a Certified
14  Shorthand Reporter of the State of California, duly licensed to
15  practice; that I did report in Stenotype oral proceedings had
16  upon hearing of the aforementioned cause at the time and place
17  hereinbefore set forth; that the foregoing pages, numbered 1
18  through 120, constitute to the best of my knowledge and belief a
19  full, true, and correct computer-aided transcription from my
20  said shorthand notes so taken for the date of November 4, 2021.
21       Dated at San Bernardino, California, this 5th day of
22  November, 2021.
23                    _____CSR
24             Official Court Reporter, CSR No. 13689
25
26
```

Rebecca M. Allen - Certified Shorthand Reporter

Exhibit 12 Page 5