# EXHIBIT 13

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4                                     MDL NO. 2741

 5    IN RE:  ROUNDUP PRODUCTS       Case No. MDL No.

 6    LIABILITY LITIGATION           3:16-MD-02741-VC

 7

 8    This document relates to:

 9    Karen Delorme-Barton,

10         vs.

11    Monsanto Company.

12    Case No.

13    3:18-cv-01427-vc

14
                                  DATE:  April 25, 2023
15                                LOCATION:  Vancouver, BC
                                  (Via Videoconference)
16

17

18   _____

19                         DEPOSITION

20                            OF

21                     DR. GRAHAM SLACK
     _____
22

23

24

25
```

Exhibit 13 Page 1

Golkow Litigation Services                              Page 1

```
 1                         APPEARANCES

 2
         APPEARING FOR THE PLAINTIFF:
 3
               WEITZ & LUXENBERG
 4             Fisher Building
               3011 West Grand Blvd., 24th Floor
 5             Detroit, Michigan  48202
               BY:  Joseph Mandia, Esquire
 6                  Gregory Stamatopoulos, Esquire
                    Chantal Khalil, Esquire
 7                  gstamatopoulos@weitzlux.com
                    jmandia@weitzlux.com
 8


 9

10
         APPEARING FOR THE DEFENDANT:
11
               GOLDMAN ISMAIL TOMASELLI
12             BRENNAN & BAUM LLP
               200 South Wacker Dr. Suite 2200
13             Chicago, Illinois  60606
               BY:  James Coleman, Esquire
14                  jcoleman@goldmanismail.com


15
     OFFICIAL COURT REPORTER:
16
            Margaret Wills
17


18   VIDEOGRAPHER:

19          Julia Robinson


20


21


22


23


24


25
```

**Exhibit 13 Page 2**

```
 1      A    Again, I don't think that there's evidence for
 2           oxidative stress causing follicular lymphoma.
 3      MR. MANDIA:
 4                I'm going to move to strike the
 5           non-responsive responses.
 6  482 Q    That's not my question.  My question is if
 7           oxidative stress can cause DNA damage to a
 8           driver gene mutation capable of causing
 9           follicular lymphoma.  Let's treat it as a
10           hypothetical.
11                Under that hypothetical you could have
12           oxidative stress that can cause follicular
13           lymphoma, correct?
14      MR. COLEMAN:
15                Objection.  Asked and answered.  Calls for
16           speculation.  Incomplete hypothetical.
17      A    Yeah, based on what we understand about
18           follicular lymphoma and what is published, I'm
19           not aware of oxidative stress being a cause of
20           mutation in follicular lymphoma.
21  483 Q    We can mark the transcript as another question
22           you refuse to answer.
23                Do you have an opinion as to what caused
24           plaintiff Karen Delorme-Barton's follicular
25           lymphoma?
```

Exhibit 13 Page 3

```
 1        A    I have an opinion of what didn't and I can say
 2             it was not associated with her follicular
 3             lymphoma.  In all likelihood her lymphoma was
 4             due to random chance.
 5   484  Q    Would you give the opinion that her follicular
 6             lymphoma was caused by bad luck?
 7        A    I wouldn't call it bad luck.  It's just due to
 8             the natural processes of the human body.
 9   485  Q    You called it random -- well, okay.  We'll talk
10             about that.
11                  Are you a opining that there was any
12             environmental factor that you believe
13             contributed to Karen Delorme-Barton's follicular
14             lymphoma?
15        A    I'm opining that I could not identify any
16             environmental factor in the medical records I
17             reviewed that would have been likely to
18             contribute to the development of her lymphoma.
19   486  Q    Do you have an opinion as to whether or not she
20             had any inherited genetic defects that
21             contributed to her follicular lymphoma?
22        A    To clarify, you said "inherited"?
23   487  Q    Yes.
24        A    I did not see any evidence that she had an
25             inherited defect, I think was the word you used,
```

Exhibit 13 Page 4

```
 1              the mutations were related to?
 2       A      I do not see -- recall seeing glyphosate
 3              mentioned in this study.
 4  655  Q      Is there anything else in that article that you
 5              believe supported your position that Karen
 6              Delorme-Barton's follicular lymphoma was caused
 7              by random replicative errors?
 8       A      Not after my brief review, no.
 9  656  Q      Am I correct in that article they didn't look at
10              follicular lymphoma?
11       A      I did not see follicular lymphoma mentioned in
12              that article.
13  657  Q      You have on page 17 of your report, you have a
14              reference to Ms. Delorme-Barton's age and race/
15              ethnicity both increased her risk for developing
16              follicular lymphoma.  Do you see that?
17       A      I see that.
18  658  Q      Do you agree that some cancers that are frequent
19              in some populations are relatively rare in other
20              populations?
21       A      Yes.
22  659  Q      Do you agree that cancer disparities happen when
23              there are higher rates of cancer diagnoses and
24              or cancer deaths between population groups?
25       A      Sorry, repeat the question.
```

Exhibit 13 Page 5

Golkow Litigation Services                                      Page 171

| | | | |
|---|---|---|---|
| 1 | 660 | Q | Sure.  Do you agree that cancer disparities |
| 2 | | | happen when there are higher rates of cancer |
| 3 | | | diagnosis and/or cancer deaths between |
| 4 | | | population groups? |
| 5 | | A | When you say "cancer disparity" what are you |
| 6 | | | referring to?  The incidence of the cancer or -- |
| 7 | 661 | Q | Can there be differences amongst cancer |
| 8 | | | diagnoses and cancer deaths based off of a |
| 9 | | | person's age, sex, ethnicity? |
| 10 | | A | We know that some cancer types are seen more |
| 11 | | | frequently in different populations.  That could |
| 12 | | | be a population based on age, a population based |
| 13 | | | on race, a population based on sex, so we can |
| 14 | | | see differences across those types of |
| 15 | | | populations. |
| 16 | 662 | Q | As it relates to the sex of a person, is the |
| 17 | | | stem cell division rate different between men |
| 18 | | | and woman? |
| 19 | | A | I think it would be -- and I'm speculating -- I |
| 20 | | | think it would be site specific.  An example |
| 21 | | | would be women who produce estrogen are going to |
| 22 | | | drive their stem cells in the breast tissue to |
| 23 | | | divide more rapidly than a man would, for |
| 24 | | | example. |
| 25 | 663 | Q | As it relates to non-Hodgkin's lymphoma and |

Exhibit 13 Page 6

Golkow Litigation Services                                           Page 172

```
 1      Reporter's Certification:

 2           I, Margaret Mae Wills, Official Reporter in

 3      the Province of British Columbia, Canada, do

 4      hereby certify:

 5           That the proceedings were taken down by me

 6      in shorthand at the time and place herein set

 7      forth and thereafter transcribed, and the same

 8      is a true and accurate and complete transcript

 9      of said proceedings to the best of my skill and

10      ability.

11           IN WITNESS WHEREOF, I have hereunto

12      subscribed my name this 11th day of May 2023.

13

14

15

16

17      Margaret Mae Wills

18      Official Reporter

19

20

21

22

23      (SEE NEXT PAGE FOR WITNESS DECLARATION UNDER

24      PENALTY OF PERJURY)

25
```

**Exhibit 13 Page 7**