Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: *Michael N. Kaup and Lavonne Kaup v. Monsanto Co.,* Case No. 3:20-cv-1070-VC | |

**MONSANTO COMPANY'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

Defendant Monsanto Company ("Monsanto") files this motion to dismiss for failure to prosecute. On March 31, 2023, counsel for Plaintiffs, Michael N. Kaup and Lavonne Kaup, filed a motion for leave to withdraw as attorney. (Dkt. No. 16409.) On April 17, 2023, this Court granted the motion "subject to the requirement that counsel transmit this order to the plaintiff." (Dkt. No. 16482.) The Order further required that:

> In light of counsel's representations that the plaintiff has been unresponsive and uncooperative with communications, the plaintiff is ordered to show cause why the case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. A response to the order to show cause is due 28 days from this order. If no response is filed, the case will be dismissed without prejudice. Counsel must file a declaration within 7 days of this order describing the efforts they have made to transmit this order to the plaintiff.

(*See id.*)  On April 18, 2023, David A. Domina of the Domina Law Group pc llo, filed a certificate of compliance with notification requirement.  (Dkt. No. 16493.)

In the 91 days since the Honorable Vince Chhabria's order granting counsel's motion to withdraw, Plaintiff has failed respond to the order to show cause, as required by this Court's April 17, 2023, Order of Court.  A court may dismiss a case for failure to prosecute pursuant to Rule 41(b), which provides:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Dismissal is authorized by Rule 41(b) and warranted under the April 17, 2023 Order because Plaintiffs have failed to prosecute their case.

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case without prejudice for failure to prosecute.

Dated:  July 17, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Anthony R. Martinez*
Anthony R. Martinez
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

***Attorney for Defendant,
MONSANTO COMPANY***

## CERTIFICATE OF SERVICE

I, Anthony Martinez, hereby certify that on July 17, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record. Additionally, service of the forgoing document was made via certified mail to Plaintiffs: Michael N. Kaup and Lavonne Kaup, 6701 66th St., Columbus, NE 68601-8324.

/s/ Anthony Martinez
Anthony Martinez