# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741<br><br>**Master Case No. 3:16-md-02741-VC** |
| This document relates to<br>*James Collins v. Monsanto Company*<br>**Case No. 3:20-cv-01419-VC** | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE C** |

Plaintiff James Collins – without opposition from Defendant Monsanto Company – respectfully requests the Court move this case from Wave VI, Sub-Wave C to Wave VII, Sub-Wave C:

1.      James Collins' case is part of Wave VI, Sub-Wave C.

2.      Mindful of the deadlines pertaining to Wave VI cases, the parties have pursued discovery in this case.

3.      Plaintiff's fact sheet and other discovery items have been completed.

4.      Plaintiff was deposed on May 24, 2023.

5.      Plaintiff's treating physician has not yet been deposed.

6.      Plaintiff and Defendant have not yet exchanged expert disclosures or conducted expert depositions.

7.      Counsel for the Plaintiff met and conferred with counsel for Monsanto and counsel for Monsanto consented to this request to move the case to Wave VII, Sub-Wave C.

Plaintiff therefore requests – without opposition from Defendant Monsanto Company – respectfully requests the Court move this case from Wave VI, Sub-Wave C to Wave VII, Sub-Wave C.

DATED:  July 17, 2023                          Respectfully submitted,


                                               *s/ Anthony M. Juliano*
                                               Anthony M. Juliano, Esq.
                                               (ajuliano@bracheichler.com)
                                               BRACH EICHLER LLC
                                               101 Eisenhower Parkway
                                               Roseland, New Jersey 07068
                                               Telephone:  (973) 228-5700
                                               Facsimile:  (973) 618-5554

                                               *Attorneys for Plaintiff*
                                               *James Collins*

## CERTIFICATE OF SERVICE

I, Anthony M. Juliano, hereby certifies that on July 17, 2023, I electronically filed Unopposed Motion to Move Case to Wave VII with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to counsel of records including:

Anthony R. Martinez, Esq.
SHOOK, HARDY & BACON LLP
255 Grand Blvd., Kansas City MO 64108


DATED:  July 17, 2023                    Respectfully submitted,


*s/ Anthony M. Juliano*
Anthony M. Juliano, Esq.
(ajuliano@bracheichler.com)
BRACH EICHLER LLC
101 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:  (973) 228-5700
Facsimile:  (973) 618-5554
*Attorneys for Plaintiff*
*James Collins*