# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 <br> **Master Case No. 3:16-md-02741-VC** |
| This document relates to <br> *James Collins v. Monsanto Company* <br> **Case No. 3:20-cv-01419-VC** | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE C** |

Plaintiff James Collins' motion to move the case from Wave VI, Sub-Wave C to Wave VII, Sub-Wave C is granted.

Dated:_____                    _____
                                          HONORABLE VINCE CHHABRIA
                                          UNITED STATES DISTRICT JUDGE