**From:** Roundup Program <roundupprogram@feinberglawoffices.com>
**Sent:** Monday, December 5, 2022 9:00 AM
**To:** Ryan Wiggins <rwiggins@ntrial.com>
**Subject:** Confirmation of Receipt of Claim for the Estate of Barbara King - Roundup Product Liability Litigation MDL No. 271 (N.D.Cal) Independent Roundup Settlement

**This message originated from outside your organization**

Mr. Wiggins,

This email will confirm receipt of your claim with the Independent Roundup Settlement Program referenced above.

We will contact you if additional information or documentation is needed, and will notify you once we have completed the review of your claim and made a final determination.

Thank you,
Feinberg Law Offices