# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

December 8, 2022

Danae Benton, Esq.
Nachawati Law Group
5489 Blair Road
Dallas, TX 75231

**In Re:**     **Request for Additional Documentation**
              **Roundup Products Liability Litigation**
              **MDL. No. 2741 (N.D. Cal.)**
              **Independent Settlement Program**
              **Claimant: Barbara King**

Dear Counsel:

We have reviewed your claim form and the documentation that you provided in support of your claim for compensation in the above-referenced Program (the "Program"). In order to complete the processing of your claim, we request that you provide the following items:

1. An affidavit establishing the Claimant's Roundup use and duration of exposure.

2. We noted in the submitted claim form that the Claimant was diagnosed with Non-Hodgkin's Lymphoma ("NHL") in September 1992, whereas the earliest provided medical records are dated December 1993 and do not reference the Claimant's diagnosis date. **Please provide clearly highlighted medical records establishing the diagnosis date of the Claimant's NHL.**

3. We noted that the remission and recurrence portions of the claim form were left blank but the medical records appear to reference the Claimant's "Relapsed non-Hodgkin's Lymphoma". Please confirm whether the Claimant had any periods of remission and/or recurrence diagnoses. **If so, please provide clearly highlighted medical records documenting these events, so that they can be considered in the review and evaluation of your claim.**

4. W**e request that you provide clearly highlighted medical records that not only establish the Claimant's NHL diagnosis and any remission and/or recurrences, but also document her treatment for NHL**.

In the absence of contemporaneous medical records, please provide a letter or letters in support of the Claimant's diagnosis, treatment and any remission and/or recurrences from the relevant medical provider(s) on their own professional letterhead or their hospital's letterhead.

You may send all information and documentation to **RoundupProgram@FeinbergLawOffices.com**.  Once we receive the requested documentation we will finalize the review of your claim.  If you have no additional documentation to provide, please let us know.  Should you have any questions regarding this letter, please call us at 202-371-1110.  Thank you very much.

Sincerely yours,

*Kenneth R. Feinberg*

Kenneth R. Feinberg
