# EXHIBIT C

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

### CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| State File Number | 3052020176170 |
| Local Registration Number | 3202019041994 |
| 1. Name of Decedent - First | THURMAN |
| 2. Middle | ROBERT |
| 3. Last (Family) | KING |
| AKA, Also Known As | BOB - KING |
| 4. Date of Birth | 08/24/1937 |
| 5. Age | 82 |
| 7. Sex | M |
| 8. Birth State/Foreign Country | CA |
| 11. Ever in U.S. Armed Forces | NO |
| 12. Marital Status | WIDOWED |
| 7. Date of Death | 08/01/2020 |
| 9. Hour | 1119 |
| 13. Education | BACHELOR |
| 14a. Was Decedent Hispanic | NO |
| 15. Decedent's Race | WHITE |
| 17. Usual Occupation | MIDDLE SCHOOL TEACHER |
| 18. Kind of Business or Industry | EDUCATION |
| 19. Years in Occupation | 43 |
| 20. Decedent's Residence | 315 E BENBOW ST |
| 21. City | COVINA |
| 22. County/Province | LOS ANGELES |
| 23. Zip Code | 91722 |
| 24. Years in County | 82 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | THOMAS MATTHEW KING, SON |
| 27. Informant's Mailing Address | 204 AERONCA DR, FATE, TX 75087 |
| 31. Name of Father - First | THURMAN |
| 32. Middle | ISAACWILEY |
| 33. Last | KING |
| 34. Birth State | IL |
| 35. Name of Mother - First | ADOREE |
| 36. Middle | CLARA |
| 37. Last (Birth Name) | SMIGEL |
| 38. Birth State | OH |
| 39. Disposition Date | 08/21/2020 |
| 40. Place of Final Disposition | ROSE HILLS MEMORIAL PARK, 3888 WORKMAN MILL RD, WHITTIER, CA 90601 |
| 41. Type of Disposition | CR/BU |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | ROSE HILLS MORTUARY |
| 45. License Number | FD970 |
| 46. Signature of Local Registrar | MUNTU DAVIS, M.D. |
| 47. Date | 08/10/2020 |
| 101. Place of Death | CITRUS VALLEY MEDICAL CENTER |
| 104. County | LOS ANGELES |
| 105. Facility Address | 210 WEST SAN BERNARDINO ROAD |
| 106. City | COVINA |
| 107. Cause of Death - Immediate Cause (A) | BLUNT HEAD TRAUMA |
| Time Interval | DAYS |
| 108. Biopsy Performed | NO |
| 110. Autopsy Performed | NO |
| 111. Used in Determining Cause | NO |
| 112. Other Significant Conditions | NONE |
| 113. Was Operation Performed | NO |
| 122. Place of Injury | UNKNOWN |
| 124. Describe How Injury Occurred | GROUND LEVEL FALL |
| 125. Location of Injury | UNKNOWN |
| 121. Injury Date | 2020 07070 |
| 122. Hour | UNK |
| Manner of Death | Accident |
| Injured at Work | NO |
| 126. Signature of Coroner / Deputy Coroner | JEFFREY GUILMETTE |
| 127. Date | 08/06/2020 |
| 128. Type Name, Title of Coroner | JEFFREY GUILMETTE, DEPUTY CORONER |

CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.



Health Officer and Registrar
DO 18

DATE ISSUED AUG 25 2020

002550002



This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.




ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
### DEPARTMENT OF PUBLIC HEALTH

**AFFIDAVIT TO AMEND A RECORD**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052020176170
LOCAL REGISTRATION NUMBER: 3202019041994
1.1

☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY — THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD:

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|
| THURMAN | ROBERT | KING  2 of 2 |

| 2. SEX | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|---|
| M | 08/01/2020 | COVINA | LOS ANGELES |

| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD |
|---|---|
| THURMAN ISAAC WILEY KING | ADOREE CLARA SMIGEL |

## PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| AKA | BOB | BOB KING |
| AKA | - | TR KING |
| AKA | KING | T-BOB KING |

**11. REASON FOR CORRECTION:** ADDING AKA

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

**AFFIDAVITS AND SIGNATURES**
TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

| 12A. SIGNATURE OF FIRST PERSON | 12B. PRINTED NAME | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ► ERICA TRUJILLO | ERICA TRUJILLO | MORTUARY SPECIALIST |

| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 12E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 3888 WORKMAN MILL RD, WHITTIER, CA 90601 | 08/11/2020 |

| 13A. SIGNATURE OF SECOND PERSON | 13B. PRINTED NAME | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I |
|---|---|---|
| ► ANA CALLEJAS | ANA CALLEJAS | MTY OFFICE SPECIALIST |

| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP) | 13E. DATE SIGNED—MM/DD/CCYY |
|---|---|
| 3888 WORKMAN MILL RD, WHITTIER, CA 90601 | 08/11/2020 |

**STATE/LOCAL REGISTRAR USE ONLY**

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 15. DATE ACCEPTED FOR REGISTRATION |
|---|---|
| ► STATE REGISTRAR - OFFICE OF VITAL RECORDS | 08/12/2020 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH OFFICE OF VITAL RECORDS
*020101N04630105*
FORM VS 24a (REV. 1/08)
1.1

CALOSANG01

## CERTIFIED COPY OF VITAL RECORD
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

002550003

Health Officer and Registrar, MD
DO 18

DATE ISSUED: AUG 25 2020

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE