# EXHIBIT D

# CERTIFICATE OF DEATH
## STATE OF CALIFORNIA
USE BLACK INK ONLY/NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV. 7/93)

| STATE FILE NUMBER | | LOCAL REGISTRATION NUMBER |
|---|---|---|

**DECEDENT PERSONAL DATA**

| 1. NAME OF DECEDENT—FIRST (GIVEN) | 2. MIDDLE | 3. LAST (FAMILY) |
|---|---|---|
| BARBARA | JEANNE | KING |

| 4. DATE OF BIRTH MM/DD/CCYY | 5. AGE YRS. | IF UNDER 1 YEAR MONTHS / DAYS | IF UNDER 24 HOURS HOURS / MINUTES | 6. SEX | 7. DATE OF DEATH MM/DD/CCYY | 8. HOUR |
|---|---|---|---|---|---|---|
| 01/21/1947 | 49 | | | FE | 09/13/1996 | 1653 |

| 9. STATE OF BIRTH | 10. SOCIAL SECURITY NO. | 11. MILITARY SERVICE | 12. MARITAL STATUS | 13. EDUCATION—YEARS COMPLETED |
|---|---|---|---|---|
| WA | ▓▓▓▓▓ | 19___ To 19___ ☐ NONE | Married | 13 |

| 14. RACE | 15. HISPANI—SPECIFY | | 16. USUAL EMPLOYER |
|---|---|---|---|
| White | ☐ YES _____ | ☒ NO | Self Employed |

| 17. OCCUPATION | 18. KIND OF BUSINESS | 19. YEARS IN OCCUPATION |
|---|---|---|
| Writing | Free Lance Writer | 10 |

**USUAL RESIDENCE**

| 20. RESIDENCE—STREET AND NUMBER OR LOCATION |
|---|
| 315 East Benbow |

| 21. CITY | 22. COUNTY | 23. ZIP CODE | 24. YRS IN COUNTY | 25. STATE OR FOREIGN COUNTRY |
|---|---|---|---|---|
| Covina | Los Angeles | 91722 | 35 | California |

**INFORMANT**

| 26. NAME, RELATIONSHIP | 27. MAILING ADDRESS (STREET AND NUMBER OR RURAL ROUTE NUMBER, CITY OR TOWN, STATE, ZIP) |
|---|---|
| T. Robert King, Husband | 315 East Benbow, Covina, CA 91722 |

**SPOUSE AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE—FIRST | 29. MIDDLE | 30. LAST (MAIDEN NAME) |
|---|---|---|
| T. | Robert | King |

| 31. NAME OF FATHER—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| Ralph | N. | Sim | CO |

| 35. NAME OF MOTHER—FIRST | 36. MIDDLE | 37. LAST (MAIDEN) | 38. BIRTH STATE |
|---|---|---|---|
| Barbara | Jean | Sciple | NB |

**DISPOSITION(S) / FUNERAL DIRECTOR AND LOCAL REGISTRAR**

| 39. DATE MM/DD/CCYY | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 09/20/1996 | Rose Hills Memorial Park, 3888 S.Workman Mill Rd., Whittier, CA 90601 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NO. |
|---|---|---|
| CR/BU | ▶ Not Embalmed | - |

| 44. NAME OF FUNERAL DIRECTOR | 45. LICENSE NO. | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE MM/DD/CCYY |
|---|---|---|---|
| Rose Hills Mortuary | FD-970 | ▶ Mark Somers | 09/18/1996 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE: | 103. FACILITY OTHER THAN HOSPITAL: | 104. COUNTY |
|---|---|---|---|
| City of Hope Med. Center | ☒ IP ☐ ER/OP ☐ DOA | ☐ CONV. HOSP. ☐ RES. ☐ OTHER | Los Angeles |

| 105. STREET ADDRESS—STREET AND NUMBER OR LOCATION | 106. CITY |
|---|---|
| 1500 E. Duarte Road | Duarte |

**CAUSE OF DEATH**

| 107. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR A, B, C, AND D) | | TIME INTERVAL BETWEEN ONSET AND DEATH | 108. DEATH REPORTED TO CORONER |
|---|---|---|---|
| IMMEDIATE CAUSE (A) | Gastrointestinal Bleeding | 24 Hrs | ☐ YES ☒ NO  REFERRAL NUMBER |
| DUE TO (B) | Malignant Lymphoma | 4 Yrs. | 109. BIOPSY PERFORMED ☐ YES ☒ NO |
| DUE TO (C) | | | 110. AUTOPSY PERFORMED ☐ YES ☒ NO |
| DUE TO (D) | | | 111. USED IN DETERMINING CAUSE ☐ YES ☐ NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 107 |
|---|
| No |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?   IF YES, LIST TYPE OF OPERATION AND DATE. |
|---|
| No |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. DECEDENT ATTENDED SINCE / DECEDENT LAST SEEN ALIVE MM/DD/CCYY / MM/DD/CCYY | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NO. | 117. DATE MM/DD/CCYY |
|---|---|---|---|
| 12/13/1993 / 09/13/1996 | ▶ Auayporn Nademanee MD | A32859 | 9/13/96 |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS + ZIP |
|---|
| Auayporn Nademanee MD, 1500 E. Duarte Rd., Duarte, CA 91010 |

**CORONER'S USE ONLY**

| I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. 119. MANNER OF DEATH | 120. INJURY AT WORK | 121. INJURY DATE MM/DD/CCYY | 122. HOUR | 123. PLACE OF INJURY |
|---|---|---|---|---|
| ☐ NATURAL ☐ SUICIDE ☐ HOMICIDE ☐ ACCIDENT ☐ PENDING INVESTIGATION ☐ COULD NOT BE DETERMINED | ☐ YES ☐ NO | | | |

| 124. DESCRIBE HOW INJURY OCCURRED (EVENTS WHICH RESULTED IN INJURY) |
|---|
| |

| 125. LOCATION (STREET AND NUMBER OR LOCATION AND CITY AND ZIP CODE) |
|---|
| |

| 126. SIGNATURE OF CORONER OR DEPUTY CORONER | 127. DATE MM/DD/CCYY | 128. TYPED NAME, TITLE OF CORONER OR DEPUTY CORONER |
|---|---|---|
| ▶ | | |

**STATE REGISTRAR**

| A | B | C | D | E | F | G | H | FAX AUTH. # | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 918-1729 | |



THIS IS A TRUE CERTIFIED COPY OF THE RECORD FILED IN THE COUNTY OF LOS ANGELES DEPARTMENT OF HEALTH SERVICES IF IT BEARS THIS SEAL IN PURPLE INK.

SEP 19 1996

110   Director of Health Services and Registrar