# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **PROPOSED ORDER** |
| *Robert King v. Monsanto Co.*, Case No. 3:19-cv-4531-VC | |

## PROPOSED ORDER GRANTING REINSTATEMENT OF CASE AND MOTION FOR SUBSTITUTION OF PARTY

**THIS MATTER** having come before the Court by Plaintiff's Motion to Reconsider Dismissal and Reinstate Case and Motion for Substitution of Party and for good cause shown,

**IT IS** on this _____ day of _____, 2023

**ORDERED** that Plaintiff's Motion is **GRANTED.**

_____
The Honorable Vince Chhabria
United States District Judge