UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **MOTION TO SUBSTITUTE CHARLES NICOLACOPOULOS IN PLACE OF NICOLETTA NICOLACOPOULOS** |
| *Nicoletta Nicolacopoulos v. Monsanto Co.*, Case No.: 3:20-cv-01018-VC | |

Counsel for Plaintiff in the above-referenced action respectfully moves this Court to substitute Charles Nicolacopoulos, as personal representative of the estate of Nicoletta Nicolacopoulos, deceased, pursuant to Rule 25 of the Federal Rules of Civil Procedure.

1. On November 15, 2019, Plaintiff Nicoletta Nicolacopoulos filed a products liability lawsuit in the United States District Court for the Northern District of California, Case No. 3: 20-cv-01018.

2. Plaintiff Nicoletta Nicolacopoulos passed away on January 22, 2022. *See* Exhibit A.

3. On April 6, 2023, Plaintiff filed a Suggestion of Death in this case.

4. On May 6, 2022, Charles Nicolacopoulos was appointed Personal Representative by the Probate and Family Court of the Commonwealth of Massachusetts. *See* Exhibit B.

5. As personal representative of Nicoletta Nicolacopoulos's estate, Charles Nicolacopoulos is the proper party to make this suggestion and has a right to pursue a wrongful death action against Defendants.

6. Charles Nicolacopoulos moves to be substituted as the sole Plaintiff in the present action, individually and on behalf of the wrongful death beneficiaries of Nicoletta Nicolacopoulos.

7. No party will be prejudiced by this amendment, and it serves the needs of justice.

8. Therefore, Plaintiff requests that this Court enter an Order substituting Charles Nicolacopoulos in place of Nicoletta Nicolacopoulos.  The case caption is requested to be amended as follows: "Charles Nicolacopoulos, as personal representative of the Estate of Nicoletta Nicolacopoulos, and on behalf of the wrongful death beneficiaries of Nicoletta Nicolacopoulos."

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that CHARLES NICOLACOPOULOUS, personal representative of the Estate of Nicoletta Nicolacopoulos, be substituted as Plaintiff in place of the deceased, so that claims may survive and the action on the estate's behalf may proceed.

DATED:  July 18, 2023

        Respectfully submitted,

        */s/ David Bricker*
        David Bricker, Esq.   (BBO# 158896)
        **THORNTON LAW FIRM LLP**
        One Lincoln St., 13th Fl.
        State Street Financial Center
        Boston, MA 02111
        (617) 720-1333  FAX (617)720-2445
        dbricker@tenlaw.com

## CERTIFICATE OF SERVICE

I, David Bricker, Esq., hereby certify that on this day I electronically served, via email, the foregoing on all defendants' counsel of record in the above-captioned matter.

DATED:  July 18, 2023        */s/David Bricker*
        David Bricker, Esq.   (BBO# 158896)
        **THORNTON LAW FIRM LLP**
        One Lincoln St., 13th Fl.
        State Street Financial Center
        Boston, MA 02111
        (617) 720-1333  FAX (617)720-2445
        dbricker@tenlaw.com