# The Commonwealth of Massachusetts

**VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW**

1159484





**Commonwealth of Massachusetts**
**Registry of Vital Records and Statistics**
### CERTIFICATE OF DEATH

State File #: 2022 003928
Registered #: 463

| Field | Value |
|---|---|
| Place of Death | MASSACHUSETTS GENERAL HOSPITAL, BOSTON, MA |
| Date of Death | JANUARY 22, 2022 |
| Age | 78 YRS |
| Sex | FEMALE |
| Current Name | NICOLACOPOULOS, NICOLETTA |
| Surname at Birth or Adoption | NICOLACOPOULOS |
| AKA | — |
| SSN | — |
| Date of Birth | — |
| Birthplace | UNKNOWN, GREECE |
| Residence | 127 CENTRAL STREET, SAUGUS, MASSACHUSETTS 01906 |
| Race | WHITE |
| Education | HIGH SCHOOL GRADUATE OR GED |
| Marital Status | MARRIED |
| Occupation/Industry | HOME MAKER/OWN HOME |
| Last Spouse | MCDONOUGH, JAMES (MCDONOUGH) |
| Decedent: U.S. Veteran (Most Recent) | NO |
| Parent Name | NICOLACOPOULOS, MARIA (KONSTANTACOPOULOS) |
| Birthplace | GREECE |
| Parent Name | NICOLACOPOULOS, SPEROS (NICOLACOPOULOS) |
| Birthplace | MASSACHUSETTS |

**Part I. Cause of Death** — Sequentially list immediate cause then antecedent causes then underlying cause

| | Cause | Interval between onset and death |
|---|---|---|
| a. Immediate Cause | HYPOXEMIC RESPIRATORY FAILURE | 2.5 WKS. |
| b. Due to or as a consequence of: | COVID-19 | 2 MOS. |
| c. Due to or as a consequence of: | — | — |
| d. Due to or as a consequence of: | — | — |

**Part II. Other significant conditions contributing to death but not resulting in underlying cause:** —

| Field | Value |
|---|---|
| Manner of Death | NATURAL |
| Time of Death | 02:49 AM |
| Result of Injury | NO |
| Certifier | PAUL F. CURRIER, MD |
| Lic # | 211099 |
| Addr. | 55 FRUIT STREET, BOSTON, MASSACHUSETTS 02114 |
| Funeral Licensee/Designee | RICHARD C NADWORNY, JR |
| Lic # | 6019 |
| Facility/Addr. | NADWORNY FUNERAL HOME, LYNN, MASSACHUSETTS |
| Immediate Disposition | BURIAL |
| Date of Immediate Disposition | JANUARY 27, 2022 |
| Place/Address | PINE GROVE CEMETERY, 145 BOSTON STREET, LYNN, MASSACHUSETTS 01904 |
| Date of Record | JANUARY 24, 2022 |
| Date of Amendment | — |

*Patricia A McMahon*
REGISTRAR, CITY OF BOSTON

DATE ISSUED: APRIL 19, 2022

I, the undersigned, hereby certify that I am the Registrar of the City of Boston; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records, as held in the Commonwealth's central vital records information repository.

*Patricia A McMahon*
Registrar
City of Boston

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

R-301 p. 2 of 2     NICOLACOPOULOS     SFN: 2022 003928

BOSTON 463
SAUGUS 024
STATE VOL/PG: /

| | |
|---|---|
| *If U.S. war veteran, specify war/conflict(s)* | |
| --- | |
| *Branch of military (most recent)* | *Rank/organization/outfit(most recent)* |
| --- | --- |
| *Date entered(most recent)*    *Date Discharged (most recent)* | *Service Number(most recent)* |
| ---    --- | --- |

| Place of Death Type | Date of Pronouncement | Time of Pronouncement |
|---|---|---|
| **HOSPITAL - INPATIENT** | --- | --- |

| RN/NP/PA Pronouncement? | Name of RN/NP/PA Pronouncing Death | Lic # |
|---|---|---|
| NO | --- | --- |

| RN/NP/PA Employing Agency or Institution | Name of Physician or Medical Examiner notified |
|---|---|
| --- | --- |

| Was M.E. Notified? | Provider in charge of patient's care, if not certifier |
|---|---|
| NO | **GABRIELLE BROMBERG, MD** |

| Autopsy Performed? | Findings available for Cause? | Tobacco contribute to death? | Pregnancy Status, if female |
|---|---|---|---|
| NO | --- | NO | --- |

| Date of Injury | Time of Injury | Injury at Work? | If Transportation Injury, specify: |
|---|---|---|---|
| --- | --- | --- | --- |

| Place of Injury | Location/Address of Injury: |
|---|---|
| --- | --- |

| Describe How Injury Occurred |
|---|
| --- |

**Expanded Race:** WHITE
*Ethnicity:* GREEK

| Informant Name | Relationship |
|---|---|
| **CHARLES C NICOLAOPOULOS** | **SON** |
| Addr. 3 AMESBURY ROAD, NEWTON, NEW HAMPSHIRE 03858 | |

| Date Disposition Permit Issued: | JANUARY 23, 2022 | Board of Health Agent | **PAUL SHOEMAKER** |
|---|---|---|---|
| State Tracking No. | 003928 | Local Permit No. | B22003928 |

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND AND EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT.