UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF CHARLES NICOLACOPOULOS IN PLACE OF NICOLETTA NICOLACOPOULOS** |
| *Nicoletta Nicolacopoulos v. Monsanto Co.*, *Monsanto Co.*, Case No.: 3:20-cv-01018 | |

1. Counsel for Plaintiff's Motion to Substitute Charles Nicolacopoulos in Place of Nicoletta Nicolacopoulos pursuant to F.R.C.P.25 is **GRANTED.**

2. Charles Nicolacopoulos is here by substituted in place of Nicoletta Nicolacopoulos.

3. Accordingly, the case caption shall be amended as follows: Charles Nicolacopoulos, as personal representative of the Estate of Nicoletta Nicolacopoulos, and on behalf of the wrongful death beneficiaries of Nicoletta Nicolacopoulos.

SIGNED on this the _____ day of _____, 2023.

_____
VINCE CHHABRIA
United States District Court Judge