UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
|---|---|
| | \| |
| | \| **MOTION TO SUBSTITUTE BRUCE** |
| | \| **TURNER IN PLACE OF JUDY TURNER** |
| This document relates to: | \| |
| | \| |
| *Judy Turner and Bruce Turner v.* | \| |
| *Monsanto Co.*, | \| |
| Case No.: 3:19-cv-06392 | \| |

Counsel for Plaintiff in the above-referenced action respectfully moves this Court to substitute Bruce Turner, as the surviving spouse of Judy Turner, deceased, pursuant to Rule 25 of the Federal Rules of Civil Procedure.

1. On September 13, 2019, Plaintiffs Judy Turner and Bruce Turner filed a products liability lawsuit in the United States District Court for the Northern District of California, Case No. 3:19-cv-06392.

2. Plaintiff Judy Turner passed away on April 25, 2021. *See* Exhibit A.

3. Judy Turner died with a fully executed will in which she named her surviving spouse, Bruce Turner, as Executor of the joint Last Will and Testament. *See* Exhibit B.

4. On May 1, 2023, Plaintiff filed a Suggestion of Death was filed in this case.

5. Bruce Turner is the proper party to make this suggestion because he is Judy Turner's surviving spouse who has a right to pursue a wrongful death action against Defendants.

6. Bruce Turner moves to be substituted as the sole Plaintiff in the present action, individually and on behalf of the wrongful death beneficiaries of Judy Turner.

7. No party will be prejudiced by this amendment, and it serves the needs of justice.

8. Therefore, Plaintiff requests that this Court enter an Order substituting Bruce Turner in

place of Judy Turner.  The case caption is requested to be amended as follows: "Bruce

Turner, individually and on behalf of the wrongful death beneficiaries of Judy Turner."

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby

requested that BRUCE TURNER, surviving spouse and expected representative of the Estate of

Judy Turner, be substituted as Plaintiff in place of the deceased, so that claims may survive and

the action on the estate's behalf may proceed.

DATED:  July 18, 2023

                                              Respectfully submitted,

                                              */s/ David Bricker*

David Bricker, Esq.   (BBO# 158896)
**THORNTON LAW FIRM LLP**
One Lincoln St., 13th Fl.
State Street Financial Center
Boston, MA 02111
(617) 720-1333  FAX (617)720-2445
dbricker@tenlaw.com

## CERTIFICATE OF SERVICE

       I, David Bricker, Esq., hereby certify that on this day I electronically served, via email, the foregoing on all defendants' counsel of record in the above-captioned matter.

DATED:  July 18, 2023                  */s/David Bricker*

                                     David Bricker, Esq.   (BBO# 158896)
**THORNTON LAW FIRM LLP**
One Lincoln St., 13th Fl.
State Street Financial Center
Boston, MA 02111
(617) 720-1333  FAX (617)720-2445
dbricker@tenlaw.com