# Last Will and Testament of

## BRUCE ALLEN TURNER AND JUDY BURTON TURNER

We, Bruce Allen Turner and Judy Burton Turner, residents of Pulaski County, Kentucky, being of sound and disposing mind, memory and understanding, do make, publish and declare this to be my our joint Last Will and Testament, hereby revoking all Wills and Codicils by either of us heretofore made.

### ITEM I

We direct that all of the just debts and funeral expenses, costs of administration, and inheritance and estate taxes, if any, of the one of us who is first to die, be paid out of the estate of the one of us who is first to die as soon after that person's decease as shall be practicable.

### ITEM II

All of the rest, residue and remainder of the estate and property of the one of us who is first to die, of every kind and description, real, personal and mixed, wheresoever the same may be situate, now owned or hereafter acquired, is hereby given, devised and bequeathed unto the survivor of us, to be his or hers absolutely and in fee simple.

### ITEM III

In the event we should sustain simultaneous deaths, or in the event we should perish in a common tragedy or occurrence, or in the event we should perish so close in time that it should be impractical or impossible to ascertain who of us was the first to die, we do then give, devise and bequeath all of the said rest, residue and remainder of our estates and property unto our children, Reece Allen Turner and Rachel Lyn Turner, in equal shares, per stirpes. In the event that our children shall not have attained the age of eighteen (18) at the time of our demise, we do then give, devise and bequeath the aforementioned rest, residue and remainder of our estates and property unto Sherry B. Daughetee, as Trustee for the use and benefit of Reece Allen Turner and Rachel Lyn Turner, under the following terms and provisions:

(a) That no bond shall be required of our Trustee as such.

(b) That we do nominate Sherry B. Daughetee to serve as Guardian over the persons of Reece Allen Turner and Rachel Lyn Turner, reposing in her full confidence to raise our children in the manner in which we would have raised them had we survived.

(c) We do direct that our Trustee shall expend, at least quarterly, all of the income from the corpus of the trust for the use and benefit of said children, within her sole discretion.

*Bruce Allen Turner*
BRUCE ALLEN TURNER

*Judy Burton Turner*
JUDY BURTON TURNER

WITNESSES:

*Evelyn Thomas*

LAST WILL AND TESTAMENT OF
BRUCE ALLEN TURNER AND
JUDY BURTON TURNER
PAGE TWO

    (d) That we do give and grant unto our Trustee the fullest power and authority in all matters concerning said trust property, including complete power and authority to sell, exchange, convey, transfer, assign, mortgage, lease, pledge, invest and reinvest the whole or any part of the trust estate, in any manner, and to perform all acts and to execute such instruments as may be necessary to pass a good and sufficient title thereto without the need for Court order.

    (e) That we do give and grant unto our Trustee, within her sole discretion, the power and authority to invade the corpus of the trust, at any time, to provide for the health, education or welfare of said infant children, or either of them, and to maintain them in the station of life and the standard of living which they had enjoyed prior to our demise.

    (f) That our Trustee shall, at the inception of the trust, divide the trust into two equal portions, allocating one of such equal portions to each of our children, but that, thereafter, our Trustee shall have the authority and power to mingle and commingle the assets in said trust for the purpose of permitting the trust to obtain the highest and best income thereto, within the sole discretion of our Trustee, requiring only that our Trustee shall maintain separate books of account so that the portions allocable to each beneficiary shall be readily ascertainable.

    (g) That our Trustee shall, upon the attainment of age eighteen (18) of each child, distribute unto that child one-fourth (1/4) of the corpus of the trust allocable to that particular child; that our Trustee shall, upon the attainment of age twenty-two (22) by each child, distribute unto said child one-third (1/3) of the remaining trust allocable to that particular child; that our Trustee shall, upon the attainment of age twenty-five (25), distribute unto said child one-half (1/2) of the remaining corpus of the trust allocable to that particular child; and that our Trustee shall distribute the remainder of the trust allocable to each particular child, upon attainment of age twenty-seven (27) by that child. We do give and grant unto our Trustee, within her sole discretion, the right to accelerate the distribution of the corpus of the trust after said child shall attain age twenty-two (22) or shall obtain a Baccalaureate Degree from a four-year college or university, whichever event shall first occur. That neither child shall have the right or privilege to compel the Trustee to make an advance distribution but that such advance distribution shall be solely within the discretion of our Trustee.

    (h) In the event our Trustee should be unable or unwilling to complete her duties as Trustee prior to the final distributions set forth herein, we do then designate Robin Daughetee (James Robin Daughetee) as successor Trustee, under the same terms and provisions contained herein.

    (i) Upon the final distribution of the corpus of the trust (and any accumulated income thereunto pertaining) as provided herein, we do

*[signature]*
BRUCE ALLEN TURNER

*[signature]*
JUDY BURTON TURNER

WITNESSES:

LAST WILL AND TESTAMENT OF
BRUCE ALLEN TURNER AND
JUDY BURTON TURNER
PAGE THREE

direct that this trust shall cease and terminate in its entirety. Our Trustee shall not be required to make any accountings pertaining to the trust except upon the distributions as provided herein and upon a final distribution.

## ITEM IV

We hereby nominate, constitute and appoint the survivor of us to serve as Executor or Executrix of this, our joint Last Will and Testament, to serve without bond or surety. Should this Will be probated under the provisions of Item III above, or should the survivor of us be unable or unwilling to serve prior to the complete discharge of his or her duties as such, we then nominate, constitute and appoint Sherry B. Daughetee as alternate Executrix, to serve without bond or surety. We hereby give our said Executor and Executrix and alternate Executrix the fullest power and authority in all matters, including complete power and authority to sell, exchange, convey, transfer, assign, mortgage, lease, pledge, invest and reinvest the whole or any part of our real or personal estates, in any manner, and to perform all acts and to execute such instruments as may be necessary to pass a good and sufficient title thereto without the need for Court order.

IN WITNESS WHEREOF, we have signed and published this to be our joint Last Will and Testament on this the _8th_ day of _June_, 1984.

_____
BRUCE ALLEN TURNER

_____
JUDY BURTON TURNER

The foregoing instrument was on the date thereof by Bruce Allen Turner and Judy Burton Turner, husband and wife, in the presence of each other, subscribed, published and declared to be his and her joint Last Will and Testament, in the presence of us, and each of us, who, at his and her request and in his and her presence, and in the presence of each other, have signed the same as witnesses thereto, this the _8th_ day of _June_, 1984.

_Evelyn Thomas_____ residing at Somerset, Kentucky.
_Nina Prather_____ residing at Somerset, Kentucky.

THIS INSTRUMENT PREPARED BY:
LAW OFFICES OF JOHN G. PRATHER
P. O. Box 106
Somerset, Kentucky 42501

By _John Prather Jr._____
   ATTORNEY AT LAW