UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| | \| |
| | \| Case No.: 3:20-cv-06656-VC |
| | \| |
| This document relates to: | \| |
| | \| |
| *Joslyn Ethel Kooi, individually and as* | \| |
| *personal representative of Douglas Kooi,* | \| |
| *v. Monsanto Co.* | \| |
| *Case No.: 3:20-cv-06656-VC* | \| |

## **Unopposed Motion to Move Case to Wave VII**

**COMES NOW,** Plaintiff [insert plaintiff name] (hereinafter "Plaintiff"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VI to Wave VIII:

1.  The case of Joslyn Ethel Kooi is part of Wave VI.

2.  The deposition of Plaintiff has been taken.

3.  Plaintiff has served a Plaintiff Fact Sheet, medical records and authorizations to obtain medical records.

4.  Despite their efforts, the Parties have not been able to complete the discovery in this case.

5.  Plaintiff believes the best course of action is to move this case to Wave VII in order to complete the outstanding discovery.

6.  The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

7.  Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VII.

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VII.

Dated: July 20, 2023

Respectfully submitted,

RASTEGAR LAW GROUP, APC

By:     *s/ Douglas W. Perlman*

Farzad Rastegar, (*pro hac vice pending*)
Douglas W. Perlman, (*pro hac vice pending*)
RASTEGAR LAW GROUP, APC
22760 Hawthorne Blvd., Suite 200
Torrance, California 90505
Telephone: (310) 961-9600
Facsimile: (310) 961-9094
*farzad@rastegarlawgroup.com*
*douglas@rastegarlawgroup.com*

Daniel F. Johnson, WSBA #27848
BRESKIN JOHNSON & TOWNSEND,
PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Fax: (206) 652-8290
*djohnson@bjtlegal.com*

*Attorneys for Plaintiff*

2