EXHIBIT
A

RON D. SCHIFF, M.D., Ph.D.

Schiff Biomedical Consulting
6625 Stonington Drive
Tampa, Florida 33647

813-978-8327

Florida Medical License ME0066534

Certified by the American Board of Internal Medicine
in Internal Medicine, Medical Oncology,
and Hematology

August 15, 2022

Jerome P. Prather, Esq.
Garmer and Prather, PLLC
141 North Broadway
Lexington, KY   60602

Re: Estate of Kenzie Murdock, *et al. v.* Monsanto

Dear Mr. Prather,

The following summarizes my background, qualifications to serve as an expert witness, methodology, factual review, and opinions in the above-referenced case:

BIOGRAPHICAL

I attended college at Northwestern University in Evanston, Illinois between 1970 and 1973, graduating with a B.A. in Biological Sciences and Psychology.  I attended medical school and graduate school at Saint Louis University in St. Louis, Missouri from 1973 until 1980, graduating with a Ph.D. in Molecular and Cellular Biology in 1979 and an M.D. in 1980.  During my final year of medical school, I completed a one-year post-doctoral fellowship in Molecular and Cellular Biology.  I then completed an internship and residency in Internal Medicine at Northwestern University Medical Center in Chicago between 1980 and 1983.  I also completed a subspecialty fellowship in Medical Oncology and Hematology at Memorial Sloan-Kettering Cancer Center in New York from 1983 until 1986.

Once my training was completed, I served as a faculty member in the Department of Medicine, Division of Hematology/Oncology, at the Medical University of South Carolina in Charleston from 1986 until 1992. Subsequently, I was in private practice in Medical Oncology and Hematology in Charleston from 1992 until 1994. In July 1994, I relocated to Tampa, Florida, where I was in private practice in Medical Oncology and Hematology until I retired in May 2015. During my time in Tampa, I served as the Chair of the Cancer Committee at University Community Hospital and its successor, Florida Hospital Tampa, from January 1995 until April 2014.

I am Board-certified by the American Board of Internal Medicine in Internal Medicine (1983), Medical Oncology (1985), and Hematology (1988).

I established Schiff Biomedical Consulting for continuation of my medicolegal work in early 2011, and serve as its principal.

Additional biographical information is provided in my curriculum vitae.

## EXPERT QUALIFICATIONS

Based on my background, training, and experience, I present myself as an expert in medical oncology and hematology, and in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Medical oncology and hematology, which are subspecialties of internal medicine, encompass the causes, disease mechanisms, diagnosis, staging, treatment, and prognosis of the various forms of cancer and of the disorders of the blood and bone marrow, respectively. Expertise in the causes and disease mechanisms of cancer and hematologic disorders applies not only to knowledge of the relevant biology, but also to the concept of causation in legal settings.

Medical oncologists and hematologists are trained in the biological (for example, genetic mutations), chemical (carcinogens), and physical (radiation) causes of cancer involving solid organs, the bone marrow, the blood, and the lymphatic system. Epidemiology, which is the study of the distribution and determinants of diseases in populations, is an important component of training in cancer causation. Medical oncologists and hematologists must also have a detailed understanding of the molecular and cellular pathways by which a cancer develops, progresses, invades nearby tissues, and spreads via the lymphatic system to nearby lymph nodes and through the blood circulation to distant metastatic sites.

With respect to the present legal matter, my 29 years of clinical practice included the diagnosis and treatment of the full range of hematopoietic and lymphoid neoplasms, including non-Hodgkin lymphoma. I am being compensated in this matter, although my compensation is not dependent upon the outcome. In reaching my conclusions, I have reviewed and relied upon a number of sources of information, including textbooks and published research articles, as well as upon my background, training, and experience in medical oncology, hematology, and molecular and cellular biology. My biographical information and professional qualifications are summarized in the first section of the present report as well as in my curriculum vitae. As a

medical oncologist and hematologist with an additional doctoral degree in molecular and cellular biology, I submit that my educational background, training, experience in the management of patients with non-Hodgkin lymphoma, and familiarity with the medical literature, substantiate my ability to serve as an expert witness in the Kenzie Murdock legal matter.

## METHODOLOGY

The procedures that I utilize in determining whether a causal relationship exists between exposure to an environmental agent and a disease, condition, or illness are the generally accepted scientific methods utilized by regulatory agencies and reported in peer-reviewed medical and scientific journals. This methodology is based upon established and accepted rules of scientific evidence, including assessment of the Hill criteria (1) as they apply to evaluation of causation, and the weight-of-evidence approach recommended by the National Research Council of the National Academy of Sciences and by the International Agency for Research on Cancer. I have also employed these methods when assessing disease causation in the clinical practice of medical oncology and hematology.

In reaching my opinions about general causation between exposure to a chemical agent and the development of a disease, I apply the generally accepted Hill criteria (1) for analyzing causation, including strength and consistency of association, dose (or exposure)-response, temporality, biological plausibility, specificity, coherence, availability of animal or other experimental models, and analogy to previously unexplained exposure-outcome findings in different clinical and experimental systems. In reaching my opinions about specific causation, I consider the relevant exposure, or "dose," of the chemical agent, and whether or not that dose has been associated with the disease in the medical and scientific literature. As part of this process I perform a differential etiological analysis, considering evidence for alternative or competing causes.

## FACTUAL REVIEW

At your request, I have reviewed all of the medical records provided to me concerning Ms. Kenzie Murdock, date of birth 6/3/01, and the diagnosis and treatment of her lymphoma, along with the First Amended Complaint; Plaintiff Fact Sheet; the toxicology report of Dr. William Sawyer; and a document entitled Murdock Chemicals--List of herbicides, pesticides, surfactants and other chemicals used on Murdock properties. All of these documents were sent to me by your office. I have formed opinions regarding the information disclosed therein.

Ms. Murdock's past medical and surgical history predating and/or unrelated to her non-Hodgkin lymphoma includes left lower lobe pneumonia at age six years, cellulitis of the left heel at age nine years, eczema of the anterior aspect of the neck at age ten years, herpes simplex virus type 1 dermatitis involving the left temple and the nose at age 13 years, and apparent right lower lobe pneumonia at age 14 years.

On April 4, 2013, CBC values included hemoglobin 14.2, hematocrit 42.6, MCV 80, WBC 10.1 with 62.5% neutrophils, and platelets 272.

On June 21, 2015, CBC values included hemoglobin 13.3, hematocrit 43.4, MCV 86, WBC 9.9 with 69.2% neutrophils, and platelets 341.

On July 22, 2015, CBC values included hemoglobin 13.7, hematocrit 40.2, MCV 85, WBC 11.6 with 80.2% neutrophils, and platelets 267. A urinalysis revealed ketones 15, trace blood, 0 to 2 red blood cells, and no white blood cells. A chest x-ray showed an ill-defined airspace opacity in the right lower lobe suggestive of pneumonia and a questionable pulmonary nodule in the left lower lung field.

A follow-up chest x-ray on August 5, 2015 showed interval resolution since the previous films on July 22, 2015 of the right lower lobe infiltrate and questionable left lung nodule.

As part of an evaluation for dizziness, near-syncope, sore throat, and headache on March 4, 2016, CBC values included hemoglobin 13.3, hematocrit 38.8, MCV 81.5, WBC 10.9 with 74.2% neutrophils, and platelets 300. A blood chemistry profile revealed no significant abnormalities. The free T4 was 0.92 and the TSH 0.695; these values were normal. The C-reactive protein was 5.0 (normal range up to 9.9). Epstein-Barr virus acute infection antibodies were early antigen IgG antibody negative, nuclear antigen IgG antibody positive at 354.0, viral capsid antigen IgG positive at greater than 600.0, and viral capsid antigen IgM negative.

On March 17, 2016, a CT scan of the head without contrast administration was normal.

On March 18, 2016, an echocardiogram showed preserved left ventricular contractility with a left ventricular ejection fraction of 60%, trace mitral regurgitation, and mild tricuspid insufficiency.

On December 9, 2016, a CT scan of the head with and without contrast administration was normal.

On January 22, 2017, Ms. Murdock complained of sinus and chest congestion and a cough. Her height was 5 feet 5 inches and her weight 161 pounds, corresponding to a BMI of 26.8 kg/sq m. Physical examination was normal. CBC values included hemoglobin 13.6, hematocrit 39.4, MCV 82.4, WBC 12.7 with 64.3% neutrophils, and platelets 329. A chest x-ray was normal and unchanged compared with the most recent prior films from August 5, 2015.

On February 28, 2017, Ms. Murdock was referred to the Monroe Carell Jr. Children's Hospital at Vanderbilt for further evaluation and management of sharp, throbbing headaches for one year. The headaches were localized to the left hemicranial or frontal region or were generalized. Associated symptoms were photophobia and phonophobia. Rest and sleep provided relief. She related a history of infectious mononucleosis approximately one year earlier, a recent diagnosis of exercise-induced asthma, and a history of stress and anxiety. Her height was 165 cm and her weight 75.8 kg, corresponding to a BMI of 27.8 kg/sq m. Physical examination was normal. Ms. Murdock's symptoms were considered consistent with migraine headaches.

Blood tests were obtained on March 28, 2017 as part of an evaluation for influenza B

manifested by fever and vomiting for four days. CBC values included hemoglobin 13.0, hematocrit 38.2, MCV 81, WBC 3.6, and platelets 240. The WBC differential was 47 neutrophils, 43 lymphocytes, 9 monocytes, and 1 basophil. A comprehensive metabolic panel (CMP) was normal. The free T4 was 1.25 and the TSH 0.902. The 25-hydroxyvitamin D was normal at 41.8. The C-reactive protein was normal at 1.4 (normal range up to 4.9).

On July 6, 2017, it was noted that Ms. Murdock had been headache-free for four months. She has been treated with (Zoloft) by a psychiatrist for depression. Her height was 165 cm and her weight 76.5 kg, corresponding to a BMI of 28.0 kg/sq m. Physical examination was normal.

On February 6, 2018, a CT scan of the head without contrast administration was obtained after Ms. Murdock hit her head during a basketball game, and was normal.

On February 7, 2018, Ms. Murdock complained of a fever, sore throat, headache, and myalgias. She was 5 feet 5 inches tall and weighed 172 pounds, corresponding to a BMI of 28.6 kg/sq m. Physical examination revealed an acutely ill appearance with a thin, clear nasal discharge and tender shotty anterior cervical lymphadenopathy bilaterally, but was otherwise normal. CBC values included hemoglobin 12.9, hematocrit 37.1, MCV 82.6, WBC 16.5 with 82.2% neutrophils, and platelets 252. Ms. Murdock was treated with a ceftriaxone (Rocephin) injection and a prescription for amoxicillin-clavulanate (Augmentin).

On February 22, 2018, Ms. Murdock complained of a recurrent sore throat. Reference was made to a recent white blood cell count of 20.3, subsequently decreasing to 19.3. Limited physical examination revealed pharyngeal injection and anterior and posterior cervical lymphadenopathy. CBC values included hemoglobin 12.6, hematocrit 38.0, MCV 83, WBC 11.0, and platelets 398. The WBC differential was 66 neutrophils, 29 lymphocytes, 4 monocytes, and 1 eosinophil. A CMP was normal. Cytomegalovirus antibody IgG was high at 2.90. A qualitative mononucleosis test was negative. Ms. Murdock was treated for pharyngitis with the antibiotic azithromycin (Z-Pak).

On August 24, 2018, Ms. Murdock underwent an apparent attempt to excise a 1-cm subcutaneous cyst in the region of the left iliac crest.

On August 31, 2018, dehiscence of the incision was noted, with serous drainage. The antibiotic cephalexin (Keflex) was prescribed.

On September 12, 2018, Ms. Murdock complained of swelling on her head and a sensation of heaviness of her head after being struck in the head while playing volleyball. Additional symptoms included fatigue, decreased energy, an episode of nausea during the previous evening, back pain, and episodes of dizziness. Reference was made to a personal history of chronic headaches, depression, and difficulty sleeping and a family history of breast cancer in one of her great-grandmothers and heart disease in a great-uncle. Ms. Murdock weighed 167.2 pounds. Physical examination revealed a fatigued and ill appearance and slight edema and tenderness in the left frontoparietal region, but was otherwise normal.

On September 23, 2018, Ms. Murdock complained of nausea, pain across the mid-abdomen radiating to the lower back, gas, and bloating for one week and the acute onset of diarrhea. Ms. Murdock weighed 166 pounds, corresponding to a BMI of 27.6 kg/sq m. CBC values included hemoglobin 12.1, hematocrit 35.6, MCV 84.0, WBC 13.0 with 49.3% neutrophils, and platelets 304. A urinalysis revealed trace ketones, small bilirubin, moderate blood, 2 to 4 red blood cells, and 0 to 2 white blood cells. An H. pylori antibody assay was negative. Ms. Murdock's symptoms were attributed to gastritis. She was treated with the proton pump inhibitor omeprazole (Prilosec) and another Z-Pak. An ultrasound examination of the abdomen was planned. However, Ms. Murdock was evaluated at the Jackson Purchase Medical Center Emergency Room in Mayfield, Kentucky that evening for the same complaints. Physical examination was normal. CBC values included hemoglobin 13.7, hematocrit 39.6, MCV 83.9, WBC 14.4, and platelets 371. The WBC differential was 5 bands, 49 segmented neutrophils, 22 lymphocytes, 5 monocytes, and 19 eosinophils. A urinalysis revealed moderate blood, 2 to 5 red blood cells, and 0 to 1 white blood cell. A CMP was normal. Neither the serum amylase nor the lipase was elevated. A urine pregnancy test and urine drug screen were negative. A CT scan of the abdomen and pelvis revealed small bilateral pleural effusions, but was otherwise normal. Ms. Murdock was treated with the anti-emetic ondansetron (Zofran) with improvement in the nausea, and with the antispasmodic drug dicyclomine (Bentyl) with improvement in the abdominal pain.

On September 24, 2018, Ms. Murdock reported that the abdominal pain was worse with eating. Limited physical examination revealed epigastric and right upper quadrant abdominal tenderness. A frontal chest x-ray and upright and supine abdominal films were unremarkable.

On September 26, 2018, an ultrasound examination of the right upper abdominal quadrant was normal.

On October 2, 2018, Ms. Murdock was evaluated at the Murray-Callaway County Hospital Emergency Room in Murray, Kentucky for sharp and cramping epigastric and right upper quadrant abdominal pain which began three weeks earlier. The pain had been intermittent during the first week, but subsequently became continuous. At its worst, the pain was severe. The pain was exacerbated by movement and deep breaths. Additional symptoms included subjective fever, chills, sweats, vomiting, moderately severe sharp pleuritic mid-chest pain, moderate shortness of breath, an occasional cough, and loose stools. Physical examination revealed moderate diaphoresis, vomiting of yellow bile, coarse breath sounds at the lung bases and moderate epigastric and right-sided abdominal tenderness, but was otherwise normal. Arterial blood gases included pH 7.430, PCO2 32.0, PO2 61.0, bicarbonate 21.2, and oxygen saturation 94.7% on room air. The arterial lactic acid was normal at 1.2. CBC values included hemoglobin 12.9, hematocrit 37.2, MCV 84.0, WBC 27.6, and platelets 453. The WBC differential was 49 neutrophils, 21 lymphocytes, 1 atypical lymphocyte, 4 monocytes, and 25 eosinophils. A CMP revealed no significant abnormalities. Neither the serum amylase nor the lipase was elevated. The C-reactive protein, however, was markedly elevated at 5.86 (normal range up to 0.30). A troponin-I level was negative. The N-terminal pro-BNP was normal at 86. A urine pregnancy test was negative. A chest x-ray revealed the interval development since previous films on February 20, 2018 of cardiomegaly, mild bibasilar atelectasis or pneumonia,

and moderate bilateral pleural effusions. An EKG showed sinus rhythm with diffuse nonspecific repolarization abnormalities. A CT pulmonary angiogram and CT scan of the abdomen and pelvis demonstrated a 9.1 x 4.8-cm superior mediastinal mass encasing the mediastinal blood vessels, mild bilateral atelectasis and/or infiltrates, moderate pericardial and moderate right and small to moderate left pleural effusions, and an apparent small cystocele. A nuclear hepatobiliary (HIDA) scan obtained prior to the Emergency Room visit revealed a decreased gallbladder ejection fraction of 28% (normal range at least 35%). Treatment included an intravenous normal saline bolus, the antibiotic ertapenem (Invanz), and anti-emetics.

Ms. Murdock was transferred to Monroe Carell Jr. Children's Hospital at Vanderbilt through the Emergency Department from October 3 until October 4, 2018 for evaluation and management of the mediastinal mass. At the time of transfer, Ms. Murdock stated that the constant right upper quadrant abdominal pain had been present for two weeks and exertional shortness of breath for one week. She confirmed the occurrence of low-grade fevers, chills, sweats, and a dry cough and indicated that she had been treated with valacyclovir (Valtrex) for herpetic lesions on the forehead approximately three weeks prior to admission, but was unable to tolerate it because of nausea. Additional symptoms included fatigue, malaise, palpitations, headache, chronic nosebleeds, anxiety, and an eight-pound weight loss over three weeks. Otherwise, her past medical history was limited to exercise-induced asthma and depression. There was no family history of leukemia, lymphoma, or pediatric cancers. Ms. Murdock never smoked. She weighed 165 pounds 5.5 ounces. Physical examination revealed tachypnea, diminished breath sounds over the left lung or at both lung bases, right upper quadrant abdominal tenderness, and left upper abdominal quadrant fullness, but was otherwise normal. CBC values included hemoglobin 11.3, hematocrit 32, MCV 83, WBC 12.5 with 66.7% neutrophils and 10.9% eosinophils, and platelets 325. Blood chemistry values included LDH 492 (normal range 130 to 250); there were no other significant abnormalities, with a normal BUN, creatinine, and phosphorus, and a normal uric acid of 4.9. The beta-hCG was normal at less than 2. The alpha-fetoprotein was normal at less than 2.0. Additional findings on the CT scans obtained at Murray-Callaway County Hospital were a possible 0.6-cm right-sided thyroid nodule and mild periportal edema; the mediastinal mass was measured to be at least 9.5 x 6.3 cm, with mass effect on the aorta, main pulmonary artery, superior vena cava, and brachiocephalic vessels. An EKG showed normal sinus rhythm. Immediate treatment included the administration of intravenous hydration fluids and as-needed pain medication and anti-emetics. Ultrasound-guided core biopsies of the mediastinal mass revealed abnormal immature thymocyte proliferation most consistent with T-lymphoblastic leukemia/lymphoma. The predominant cell population was described as a diffuse proliferation of intermediate- to large-sized immature cells. Immunohistochemical staining revealed a predominance of CD3-positive cells that were partially positive for TdT. Flow cytometric analysis demonstrated a small population of maturing thymic T-lymphocytes, but also a predominant population of CD4-positive and CD8-positive T-lymphocytes with bright surface CD3 expression as well as expression of CD45 and CD1a. The flow cytometric findings were interpreted as most consistent with sampling of normal thymic tissue. However, the overall findings from the biopsies of the mediastinal mass appeared most consistent with involvement by T-lymphoblastic leukemia/lymphoma, with focal areas of residual thymic tissue. The histologic, immunohistochemical, and flow cytometric findings were reviewed at St. Jude Children's Research Hospital. On October 4, 2018, CBC values included hemoglobin 11.8, hematocrit 34,

MCV 84, WBC 18.2 with 33.3% neutrophils and 51.2% eosinophils, and platelets 341. A basic metabolic panel (BMP) revealed no significant abnormalities. The LDH remained elevated at 438, while the phosphorus and uric acid (4.0) remained normal. Ms. Murdock underwent insertion of a right basilic vein dual-lumen peripherally inserted central catheter (PICC), without complications. A post-procedure single-view chest x-ray revealed interval insertion of the right upper extremity PICC, worsening atelectasis at the left lung base since the previous films on October 2, 2018, and bilateral pleural effusions.

Ms. Murdock was transferred to St. Jude Children's Research Hospital from October 4 until October 10, 2018 for further evaluation and management of newly diagnosed T-lymphoblastic leukemia/lymphoma. Reference was made to treatment with valacyclovir for a herpetic rash on the eyelid three weeks prior to admission. This treatment was complicated by nausea, progressive abdominal pain, and a decreased appetite. Admission chest x-ray revealed bibasilar compressive atelectasis; bilateral pleural effusions, larger on the left side, obscuring the cardiac silhouette and hemidiaphragms; and a right-sided PICC. A third interpretation of the findings on the CT scans obtained at Murray-Callaway County Hospital on October 2, 2018 included mildly heterogeneous enhancement of the thyroid with multifocal low-density areas, most prominently in the right lobe; multifocal ground-glass densities throughout the lungs, but predominantly in the lower lobes bilaterally, most likely related to compression of small airways by the pleural effusions; scattered patchy, "almost nodular" densities throughout both lungs, although without discrete focal nodules; bibasilar atelectasis; shotty axillary lymph nodes; a 1.0 x 1.5-cm left retropectoral lymph node; a 1.1 x 2.0-cm midline pericardial lymph node; a 5.9 x 10.6 x 11.5-cm homogeneous anterior mediastinal mass surrounding all three aortic arch vessels and extending superiorly into the lower neck, with associated marked narrowing of the left brachiocephalic vein at its junction with the superior vena cava, collateral venous structures surrounding the mass and in the left side of the neck, and possible erosive change at the superior posterior margin of the sternum; a large pericardial effusion measuring up to 2.4 cm in thickness; bilateral large pleural effusions; apparent patchy adipose tissue deposition along the falciform ligament; mild periportal edema; and apparent small lymph nodes in the porta hepatis.

On October 5, 2018, Ms. Murdock complained of nausea; the development of pain, swelling, and warmth of the left upper extremity after attempted insertion of a peripheral intravenous catheter; gradual worsening of her headache; and decreased appetite. Physical examination revealed bilateral rhonchi, more pronounced on the left side; slightly distant heart tones; palpation of the liver edge 4 or 5 cm below the right costal margin; a dual-lumen PICC in the right upper extremity; and swelling and decreased range of motion of the left upper extremity, but was otherwise normal. CBC values included hemoglobin 12.0, hematocrit 34.5, MCV 82.5, WBC 17.26 with 39.5% segmented neutrophils and 49.2% eosinophils, and platelets 312. Coagulation studies were PT 13.4, APTT 20.0, and fibrinogen 362; all of these values were normal. A blood chemistry profile revealed no significant abnormalities. The LDH was elevated at 388 (normal range 94 to 260). The serum amylase and lipase were normal. A lipid panel included HDL cholesterol 21 and triglycerides 165, but was otherwise normal. The bone fraction alkaline phosphatase was 8.8 (normal range 10.5 to 44.8). Thyroid function tests were total T4 10.5 (normal range 5.0 to 8.2), free T4 normal at 1.7, and TSH normal at 2.018. The 25-hydroxyvitamin D was 30 (normal range 32 to 100). The intact parathyroid hormone was 40.5

with a calcium of 9.1; both of these values were normal.  The N-mid-osteocalcin was 17 (normal range 24 to 99).  The urine N-telopeptide was normal at 82.  A urine pregnancy test was negative. Quantitative serum immunoglobulins were IgG 646, IgA 114, and IgM 108; all of these values were normal.  The glucose-6-phosphate dehydrogenase was normal at 15.2.  The C-reactive protein was elevated at 2.2.  A surveillance rectal culture for vancomycin-resistant enterococci was negative.  Bartonella IgG and IgM antibodies were negative.  Histoplasma blood and urine antigen assays and serum antibody panel were negative.  Toxoplasma IgG and IgM antibodies were negative.  A hepatitis profile included hepatitis B surface antigen negative, hepatitis B core antibody IgG and IgM negative, hepatitis B surface antibody borderline, and hepatitis C virus antibodies negative.  Cytomegalovirus antibodies were IgG positive and IgM negative.  Epstein-Barr virus serologic studies were nuclear antigen IgG antibody positive, viral capsid antigen IgG antibody positive, and viral capsid antigen IgM antibody negative.  Varicella-zoster virus IgG antibody was positive.  An echocardiogram showed preserved left ventricular contractility with trace pulmonic and tricuspid insufficiency; a large circumferential pericardial effusion with associated diastolic collapse of the right ventricular wall and 27% variation in mitral inflow velocity with respiration, suggestive of tamponade physiology; a large left pleural effusion; and a 5.0 x 2.75-cm echogenic mass in the pleural space.  Flow cytometric analysis of the peripheral blood revealed a small population (0.0003 to 0.01%) of blasts expressing CD3, CD5 (subset), CD7, CD45 (dim), CD79a (subset), CD117 (dim), c (cytoplasmic) CD3, and TdT (subset), consistent with the established diagnosis of T-lymphoblastic lymphoma.  A bone marrow aspirate and biopsy were normocellular, with trilineage hematopoiesis, increased eosinophils, an M:E ratio of 2.2, and no evidence of leukemia.  Flow cytometric analysis of the bone marrow aspirate revealed no evidence of T-lymphoblasts.  Ms. Murdock underwent pericardiocentesis on the same date with insertion of a pericardial drainage catheter; approximately 35 cc of pericardial fluid was drained immediately and approximately 375 cc of additional fluid during the subsequent twelve hours.  Cytologic analysis of the pericardial fluid identified a predominant lymphoblast population.  Flow cytometric analysis of the pericardial fluid identified a predominant (77%) T-lymphocyte population expressing CD1a, CD2, surface CD3 uniformly, both CD4 (dim) and CD8, CD5, CD7, CD10 (subset, dim), cCD3, T-cell receptor gamma-delta, and TdT (subset), consistent with pericardial involvement by T-lymphoblastic lymphoma. Without a diffuse keratin-positive epithelial network in the biopsy specimens, a diagnosis of T-lymphoblastic lymphoma was favored.  Ms. Murdock was transferred to the Intensive Care Unit because of the large pericardial effusion and associated tamponade.  High-dose prednisone administration was initiated, but complicated by the development of blood pressure elevation requiring the administration of hydralazine for control.

On October 6, 2018, a chest x-ray revealed widening of the superior mediastinum; interval enlargement since the previous films from October 4, 2018 of the moderate bilateral pleural effusions, now with loculation laterally on the left and along the left lung apex and associated compressive atelectasis; haziness throughout the right upper and mid-lung fields, possibly reflecting layering pleural effusion, edema, or pneumonia; and a right-sided PICC with its tip in the right atrium.  A duplex venous ultrasound examination of the upper extremities revealed an occlusive deep venous thrombosis in the left internal jugular vein and a superficial venous thrombosis in the left cephalic vein.  Therapeutic anticoagulation with enoxaparin (Lovenox) was initiated.  Chemotherapy for the T-lymphoblastic lymphoma was initiated

according to the TOTAL17 protocol, the first phase of which included daunorubicin (Cerubidine); vincristine (Oncovin); PEG-L-asparaginase (Oncaspar); prednisone; and intrathecal methotrexate, cytarabine (Cytosar-U, ara-C), and hydrocortisone, followed by leucovorin rescue for the methotrexate.

On October 7, 2018, the pericardial drainage catheter was removed.  A chest x-ray revealed a right-sided PICC with its tip terminating at the junction of the superior vena cava and right atrium; moderate bilateral pleural effusions, with an interval slight decrease in volume; compressive atelectasis and/or consolidation in the lower lobes of both lungs; and widening of the superior mediastinum, consistent with lymphadenopathy.  A follow-up echocardiogram revealed only a small residual posterior pericardial effusion without associated compression of the right ventricle.

On October 8, 2018, the edema of the left upper extremity was noted to have improved. The insulin level was 65.5 (normal range up to 16.9).  HIV-I and -II antibody/antigen was negative.  A portable chest x-ray demonstrated a right-sided PICC terminating at the junction of the superior vena cava and right atrium, an interval slight decrease since the prior films on October 6, 2018 in the apparent volumes of the moderate bilateral pleural effusions, stable bilateral compressive atelectasis and/or consolidation in the lower lobes, and widening of superior mediastinum.  Another follow-up echocardiogram showed mild concentric left ventricular hypertrophy with a left ventricular ejection fraction of 60 to 65%, trace pulmonic and tricuspid insufficiency, no residual pericardial effusion, and a large pleural effusion.  Ms. Murdock underwent a lumbar puncture for cerebrospinal fluid analysis and intrathecal chemotherapy.  There was no morphologic evidence of malignancy, and an immunocytochemical stain for TdT was negative.  Ms. Murdock was transferred out of the Intensive Care Unit.

On October 9, 2018, Ms. Murdock developed atypical chest pain, which was treated with the H2-blocker ranitidine (Zantac).  A portable chest x-ray revealed a further decrease in the volume of the large bilateral pleural effusions compared with the previous films from October 7, 2018, along with clearer and better-inflated lungs; the other findings were reported to be unchanged.  CT scans of the neck, chest, abdomen, and pelvis demonstrated interval regression since the previous CT scans on October 2, 2018 of the anterior mediastinal mass from 5.9 x 5.8 x 14.8 cm to 8.3 x 4.0 x 12.8 cm; an increase in prominence of an area of low density in the substernal portion of the mass, possibly representing necrosis; a marked decrease in the apparent volume of the pericardial and moderate-sized pleural effusions; regression or resolution of the enlarged retropectoral and pericardial lymph nodes; and development of a faint punctate nodule in the posterior aspect of the right upper lobe at the junction of the major and minor fissures, possibly representing a small intrapleural lymph node or focal pleural thickening.  Extension of the anterior mediastinal mass into the superior mediastinum and AP window, contiguity with the thymus, and encasement of the great vessels; 0.4-cm and 0.2-cm low-density lesions in the right thyroid lobe; and subsegmental atelectasis in both lower lobes, more so on the left, and in the right middle lobe and lingula were stable.

On October 10, 2018, it was noted that the initiation of chemotherapy had been well-tolerated, evidently without nausea, vomiting, or other acute adverse effects.  CBC values

included hemoglobin 12.3, WBC 9.55, and platelets 358. The LDH had decreased gradually to 357; there were no other abnormal blood chemistry values, with a uric acid of 2.1 and a normal phosphorus and magnesium. Ms. Murdock was discharged from the hospital. Discharge medications included the prophylactic antibiotic levofloxacin (Levaquin) and antifungal agent micafungin (Mycamine).

On October 12, 2018, another echocardiogram showed borderline concentric left ventricular hypertrophy with a left ventricular ejection fraction of 60 to 65%, trace pulmonic and tricuspid insufficiency, and trace pericardial effusion. Ms. Murdock underwent a lumbar puncture for cerebrospinal fluid analysis and administration of intrathecal chemotherapy. The results of the cerebrospinal fluid analysis have been unavailable.

On October 13, 2018, Ms. Murdock complained of intermittent pain at the lumbar puncture site, improved with the administration of morphine. CBC values included hemoglobin 12.8, hematocrit 36.0, MCV 79.5, WBC 17.55 with 90.3% segmented neutrophils, and platelets 455. Blood chemistry values included sodium 132 (normal range 134 to 143), BUN 23 (normal range up to 17) with a normal creatinine of 0.47, ALT 45 (normal range up to 40), and LDH further decreased to 305; there were no other significant abnormalities. Flow cytometric analysis of the peripheral blood for minimal residual disease revealed fewer than 0.01% of peripheral blood mononuclear cells expressing the leukemia-associated immunophenotype defined at the time of diagnosis, using the markers CD1a, s (surface) CD3, cCD3, CD4, CD5, CD7, CD8, CD19/CD33, CD45, and HLA-DR.

On October 14, 2018, Ms. Murdock complained of a recurrent headache. CBC values included hemoglobin 12.9, hematocrit 36.0, WBC 11.63 with an absolute neutrophil count of 8.2, and platelets 436. Blood chemistry values included BUN 24 with a normal creatinine of 0.56 and total protein 6.0 (normal range 6.4 to 8.2); there were no other significant abnormalities, with the sodium having normalized to 137, the ALT to 39, and the LDH to 257. The uric acid remained normal at 3.0.

On October 16, 2018, occasional vomiting was reported.

On October 17, 2018, CBC values included hemoglobin 14.4, hematocrit 40.7, WBC 5.75 with an absolute neutrophil count of 4.0, and platelets 433. Blood chemistry values included BUN 31 with a normal creatinine of 0.69 and glucose 166; there were no other significant abnormalities, with the LDH remaining normal at 235.

On October 19, 2018, nausea and vomiting were again noted. Physical examination was normal. CBC values included hemoglobin 13.0, hematocrit 38.0, MCV 80.2, WBC 6.24 with 55.1% neutrophils, and platelets 281. Blood chemistry values included BUN 28 with a normal creatinine of 0.66, total bilirubin 1.4 (normal range up to 1.0) with a normal direct bilirubin of 0.3, ALT 42, albumin 3.4 (normal range 3.8 to 5.0), and total protein 5.7. The LDH remained normal at 248. A pregnancy test was negative. Ms. Murdock underwent another lumbar puncture for cerebrospinal fluid analysis and the administration of intrathecal chemotherapy. Again, the results of the cerebrospinal fluid analysis have been unavailable. Trimethoprim-

sulfamethoxazole (Septra DS) prophylaxis for Pneumocystis pneumonia was to begin on October 22, 2018.

Cycle-1, day-15 chemotherapy with the combination of daunorubicin and vincristine on the TOTAL17 protocol was administered on October 20, 2018.

On October 24, 2018, Ms. Murdock reported that her nausea and vomiting were better controlled since starting scopolamine patches two days earlier. However, she had been treated with pantoprazole (Protonix) on the same date for epigastric pain, which persisted. She was also being treated with famciclovir (Famvir) for an apparently herpetic lip lesion. Ms. Murdock was depressed. She weighed 68.7 kg, corresponding to a BMI of 25.9 kg/sq m. Physical examination revealed a healing lip lesion and epigastric tenderness, but was otherwise normal. CBC values included hemoglobin 12.7, absolute neutrophil count 4.8, and platelets 271. Blood chemistry values included BUN 24 with a normal creatinine of 0.61, ALT 51, albumin 2.9, total protein 5.0, and LDH increased again to 344; there were no other significant abnormalities, with the total bilirubin having normalized to 0.7. The uric acid was actually low at 2.4 and the serum amylase and lipase were normal. Psychiatry consultation was obtained for evaluation and management of depression and anxiety. Additional symptoms were a feeling of being overwhelmed, hair loss in clumps, an exacerbation of anxiety lasting for a few hours and associated with shortness of breath on the previous day, intermittent confusion for one week, and disturbed sleep. Ms. Murdock's family also reported that she had experienced two episodes of infectious mononucleosis during the preceding two years. An increase in the daily dose of Ms. Murdock's chronic antidepressant medication sertraline (Zoloft) from 50 to 100 mg was prescribed.

On October 26, 2018, Ms. Murdock complained of fatigue, hot flashes, acute throat discomfort possibly due to dryness, nausea without further associated vomiting, pain across the upper abdomen, constipation, and bloating, but reported improvement in a previous complaint of heartburn. Ms. Murdock weighed 67.9 kg, corresponding to a BMI of 25.6 kg/sq m. Physical examination revealed mild epigastric tenderness, but was otherwise unremarkable. CBC values included hemoglobin 13.1, hematocrit 38.4, MCV 81.2, WBC 8.87 with 57.4% neutrophils, and platelets 224. Blood chemistry values included BUN 33, ALT 60, GGT 28, albumin 2.8, total protein 5.0, LDH further increased to 478, and lipase increased to 113 from 20 on October 24, 2018; there were no other significant abnormalities, with the uric acid remaining low at 2.3 and the serum amylase remaining normal. The triglycerides were elevated at 450. Cycle-1, day-22 chemotherapy with the combination of cyclophosphamide (Cytoxan) and vincristine on the TOTAL17 protocol was administered. Ms. Murdock also underwent a lumbar puncture for cerebrospinal fluid analysis and the administration of intrathecal chemotherapy; the results of the cerebrospinal fluid analysis were once again unavailable. An ultrasound examination of the abdomen was obtained because of worsening abdominal pain throughout the day and revealed rectal mural thickening, possibly reflecting mild proctitis. The planned administration of the chemotherapy drug cytarabine was evidently postponed.

Accordingly, Ms. Murdock was admitted to St. Jude Children's Research Hospital from October 26 until October 29, 2018 to undergo an evaluation for possible pancreatitis and to receive the antibiotics cefepime (Maxipime) and metronidazole (Flagyl) intravenously for

possible proctitis. Cultures were reportedly negative, although the site or sites cultured were not documented. On October 27, 2018, Ms. Murdock reported improvement in her abdominal pain, now localized primarily to the periumbilical region. Physical examination was unchanged. CBC values included hemoglobin 11.5, hematocrit 33.9, MCV 80.7, WBC 6.48, and platelets 123. Blood chemistry values included BUN 22 with a normal creatinine of 0.51, ALT 55, albumin 2.4, total protein 4.1, LDH further increased to 490, and lipase further increased to 185; there were no other significant abnormalities, with the uric acid remaining low at 2.3 and the serum amylase remaining normal. The triglycerides had decreased markedly to 208. An ultrasound examination of the abdomen was inconclusive with respect to pancreatitis, as the pancreas was not visualized due to overlying bowel gas; overall, the study was otherwise normal. It was noted that Ms. Murdock was also receiving intravenous hydration fluids. Enoxaparin anticoagulation was withheld, evidently because of the bleeding risk associated with chemotherapy.

On October 28, 2018, Ms. Murdock reported continued improvement in her abdominal pain, especially after a bowel movement during the previous evening, but noted that at times it was painful to eat. She also complained of constant aching left elbow and bilateral knee pain. Physical examination revealed the overnight development of 1+ bilateral lower-extremity edema and mild lower-extremity tenderness, but otherwise remained unchanged. An ultrasound examination of the abdomen was repeated with a focus on the region of the pancreas, but again found the pancreas to be obscured by bowel gas. A CT scan of the abdomen revealed interval resolution since the previous CT scan of the chest, abdomen, and pelvis on October 9, 2018 of the pericardial and bilateral pleural effusions; development of peripancreatic inflammatory stranding, edema of the proximal portion of the pancreas with surrounding free fluid, inflammation and fluid around the duodenum, inflammation throughout the right pararenal space, and mild inflammation in the right side of the lesser sac, all consistent with adjacent acute pancreatitis; development of a small volume of ascites; development of mild right pelvocaliectasis without hydronephrosis, with the right ureter mildly distended as it traversed the right pararenal space, evidently due to inflammation from adjacent acute pancreatitis, but possibly also consistent with pyelonephritis; and development of shotty retroperitoneal and mesenteric lymph nodes, presumably reactive. Steatosis (fatty infiltration) of the liver and a mild, broad-based L4-5 disc bulge were also noted. Chemotherapy with cytarabine and 6-mercaptopurine (Purinethol) according to the continuation of the TOTAL17 protocol was initiated. Ms. Murdock was treated with gabapentin (Neurontin) for neuropathic pain.

By October 29, 2018, it appeared that the abdominal pain had most recently become localized to the left upper quadrant, but had resolved and was no longer triggered or exacerbated by eating. Physical examination revealed dried blood in the left nostril, which was attributed to a herpetic lesion, and mild left upper quadrant abdominal tenderness, but was otherwise normal; the presence or absence of lower-extremity edema or tenderness was not mentioned in the progress note. CBC values included hemoglobin 9.6, hematocrit 27.9, MCV 79.9, WBC 2.11 with an absolute neutrophil count of 1.8, and platelets 78. Blood chemistry values included glucose 153, ALT decreased to 47, albumin increased to 2.9, total protein increased slightly to 4.3, LDH decreased again to 433, and lipase normalized to 48; there were no other significant abnormalities, with the BUN having normalized to 13, the uric acid remaining low at 1.9, and the serum amylase remaining normal. As Ms. Murdock's presenting complaint of abdominal pain

was now attributed to acute pancreatitis rather than proctitis, the administration of the antibiotics cefepime and metronidazole was discontinued, and she was discharged from the hospital.

On October 30, 2018, Ms. Murdock was asymptomatic. Physical examination was normal. CBC values included hemoglobin 9.9, WBC 3.07 with an absolute neutrophil count of 1.7, and platelets 108. Blood chemistry values included ALT 51, albumin 3.0, and total protein further increased to 4.8; there were no other significant abnormalities, with the glucose having decreased to 120. The C-reactive protein was 1.4 (normal range up to 1.0). Enoxaparin anticoagulation was resumed. Prophylactic levofloxacin and micafungin administration was discontinued because of neutrophil recovery. The planned administration of PEG-L-asparaginase chemotherapy was deferred because of the recent episode of acute pancreatitis.

On November 2, 2018, Ms. Murdock reported satisfactory control of her nausea with ongoing anti-emetic medication and resolution of her abdominal pain. She weighed 69.2 kg, corresponding to a BMI of 25.2 kg/sq m. Physical examination was normal. CBC values included hemoglobin 10.7, WBC 8.83 with an absolute neutrophil count of 4.2, and platelets 90. Blood chemistry values included BUN 20 with a normal creatinine of 0.52, total bilirubin 1.3 with a normal direct bilirubin of 0.3, ALT 49, LDH increased again to 627, albumin further increased to 3.4, total protein further increased to 5.1, and lipase increased again to 84; there were no other significant abnormalities, with the uric acid remaining low at 1.7 and the serum amylase remaining normal.

On November 5, 2018, Ms. Murdock complained of progressive, severe constant pain in the hands, knees, and feet exacerbated by touch and cold for approximately two days; her gabapentin dose had been increased and morphine had been administered without relief. Physical examination revealed apparent mild distress; tenderness of the hands, knees, and feet; and an ecchymosis on the left knee, but was otherwise normal. CBC values included hemoglobin 9.4, WBC 15.04 with 41.7% neutrophils and 53.9% lymphocytes, and platelets 78. Blood chemistry values included BUN increased again to 31 with a normal creatinine of 0.70, ALT 48, LDH further increased to 696, albumin decreased again to 3.1, and total protein decreased again to 4.7; there were no other significant abnormalities, with the total bilirubin having normalized to 0.9 and the uric acid borderline low at 2.9. The lipase was reportedly elevated again, but the documentation has been unavailable. Ms. Murdock's pain was thought most likely due to neuropathy. The planned administration of cytarabine was deferred, although the planned initiation of 6-mercaptopurine apparently proceeded.

Ms. Murdock was readmitted to St. Jude Children's Research Hospital from November 5 until November 9, 2018 for pain control. Initial treatment included the administration of morphine by patient-controlled analgesia. On November 6, 2018, Ms. Murdock developed severe acute bilateral leg pain requiring the administration of two doses each of morphine and lorazepam (Ativan). CBC values included hemoglobin 7.6, WBC 8.50 with 37.8% segmented neutrophils and 62.2% lymphocytes, and platelets 59. BMP values included BUN decreased again to 25 with a normal creatinine of 0.58; there were no other significant abnormalities. The C-reactive protein had decreased to 1.1. By November 7, 2018, pain in the wrists and ankles had subsided, although knee pain persisted. Physical examination revealed right knee tenderness, but

was otherwise normal.  CBC values included hemoglobin 7.0, WBC 4.52 with 35.6% segmented neutrophils and 64.4% lymphocytes, and platelets 64.  A BMP revealed no significant abnormalities, the BUN having normalized again to 12.  The C-reactive protein was 1.2.  Ms. Murdock's pain was attributed to chemotherapy-related sensory and apparent motor peripheral neuropathy.  She received a transfusion of two units of packed red blood cells.  On November 8, 2018, Ms. Murdock received a lidocaine infusion for pain control, apparently with an excellent response.  CBC values included hemoglobin 10.1, WBC 2.64 with 31.0% segmented neutrophils and 65.1% lymphocytes, and platelets 70.  A BMP was normal.  The C-reactive protein was 1.2.  Her gabapentin and sertraline doses were increased further.  On November 9, 2018, it was noted that the lidocaine infusion on the previous day was effective for only about two hours after the infusion ended.  However, the hand and knee pain had resolved by the morning of November 9, 2018.  Overnight, Ms. Murdock had been upset about her diagnosis, although she indicated that a panic attack and crying may have been triggered by the administration of intravenous morphine for pain control.  Physical examination revealed an erythematous papular rash on both sides of the back, but was otherwise normal; right knee tenderness was not reported.  CBC values included hemoglobin 9.3, WBC 2.03 with 20.0% segmented neutrophils and 80.0% lymphocytes, and platelets 90.  Another BMP was normal.  The C-reactive protein was 1.4.  An echocardiogram revealed borderline concentric left ventricular hypertrophy with a left ventricular ejection fraction of 50%, trace pulmonic and tricuspid insufficiency, and trace pericardial effusion.  Another lidocaine infusion was administered, patient-controlled analgesia discontinued, and a transition from intravenous to oral pain medication initiated.  In the discharge summary on November 9, 2018, it was noted that Ms. Murdock had experienced gradually progressive bilateral wrist and hand numbness as well as bilateral knee and ankle pain prior to discharge.  Discharge medications included morphine, lorazepam, and gabapentin.

On November 14, 2018, Ms. Murdock complained of persistent knee pain, especially on the right side, as well as occasional shoulder pain.  However, she reported that her rash had improved significantly.  Physical examination revealed the use of a wheelchair and a resolving papular rash, but was otherwise normal.  CBC values included hemoglobin 7.2, WBC 1.21 with an absolute neutrophil count of 0.2, and platelets 41.  Blood chemistry values included ALT increased slightly further to 50, albumin increased again to 3.4, total protein increased again to 5.8, and lipase 132; there were no other significant abnormalities, with the serum amylase remaining normal.  A platelet transfusion was administered and the gabapentin dose further increased.

On November 15, 2018, Ms. Murdock was evaluated for an acute fever of 100.6°, a sore throat with swallowing for one day, and a right-sided mouth sore and nontender right submandibular lymph node for two or three days.  Chronic complaints of occasional headaches; epistaxis; bilateral knee pain, worse on the right side; a pruritic rash over the back and lower extremities; and constipation persisted.  Physical examination revealed a single ulcer on the right side of the oral mucosa posteriorly, right submandibular tenderness, and an erythematous papular rash over the back and lower extremities, but was otherwise normal.  CBC values included hemoglobin 8.6, hematocrit 25.4, MCV 83.3, WBC 3.05 with 23.6% segmented neutrophils and 74.8% lymphocytes, and platelets 46.  Blood chemistry values included ALT further increased to 65, LDH decreased again to 469, and phosphorus 5.6; there were no other significant

abnormalities, the albumin having normalized to 3.9 and the total protein to 6.5, and the uric acid remaining normal at 3.4. The C-reactive protein was 1.4. Blood cultures were negative. Ms. Murdock was treated with antibiotics cefepime, vancomycin (Vancocin), and ceftriaxone (Rocephin). Psychiatry follow-up was provided because of a recent exacerbation of anxiety and depression; the sertraline dose was increased.

On November 16, 2018, Ms. Murdock complained of fatigue and acknowledged experiencing intermittent abdominal discomfort. A PICC was noted in the left upper extremity [sic]. Physical examination also revealed regular tachycardia at a rate of 106/min, pallor, and soft heart tones, but was otherwise normal. An MRI scan of the lower extremities was obtained as part of an evaluation for the bilateral knee pain and revealed subtle but significant changes of osteonecrosis involving large areas of the femoral heads and, to a lesser extent, the left acetabulum and bilateral greater trochanters, and extensive early osteonecrosis of the knees.

Ms. Murdock was readmitted to St. Jude Children's Research Hospital again from November 18 until November 20, 2018, this time for evaluation and management of recurrent neutropenic fever, now 38.5° C. Her only other new complaints were mild clear rhinorrhea for three days and pain at the right-sided PICC insertion site for four days. The rash on Ms. Murdock's back had resolved. Previous stomatitis was resolving. Morphine was relieving the bilateral knee pain. Physical examination revealed mild distress due to lower-extremity pain, minimal to mild erythema at the PICC insertion site, a resolving right buccal lesion, mild right iliofemoral pain, and use of a wheelchair, but was otherwise normal. CBC values included hemoglobin 8.5, hematocrit 23.5, MCV 81.3, WBC 1.95 with an absolute neutrophil count of 0.1, and platelets 110. A CMP was normal, the ALT having normalized to 35. The C-reactive protein had increased to 2.1. Blood cultures were negative. Initial treatment included the administration of intravenous hydration fluids and the empiric administration of the antibiotics ceftriaxone and subsequently cefepime and vancomycin. On November 19, 2018, Ms. Murdock reported numbness in the fingertips. Physical examination was normal except for tenderness over the right knee medially; distress, erythema at the right-sided PICC insertion site, a right buccal lesion, and right iliofemoral pain or tenderness were not described. CBC values included hemoglobin 7.6, hematocrit 21.8, MCV 80.7, WBC 2.16 with 3.3% segmented neutrophils; 91.1% lymphocytes, and 3.3% blasts; and platelets 109. Blood chemistry values included LDH further decreased to 347, albumin decreased again to 3.2 and total protein to 5.6, and phosphorus increased to 6.0; there were no other significant abnormalities. The C-reactive protein was 2.0. Lidocaine patches were ordered for further control of the bilateral knee pain; a patch was applied only to the right knee, but was helpful. On November 20, 2018, Ms. Murdock reported continued pain and mild erythema at the PICC insertion site in the right upper extremity and persistent, although manageable bilateral knee pain. Physical examination was normal. CBC values included hemoglobin 7.5, hematocrit 20.9, MCV 80.4, WBC 1.07 with 2.6% segmented neutrophils, 84.6% lymphocytes, and 6.8% blasts; and platelets 149. Blood chemistry values revealed LDH 351, albumin increased again to 3.5, and total protein increased slightly again to 5.8; there were no other significant abnormalities, the phosphorus having normalized to 4.8. The C-reactive protein had decreased again to 1.4. CT scans of the neck and chest revealed interval marked regression since the previous CT scans of the neck, chest, abdomen, and pelvis on October 9, 2018 of the anterior mediastinal mass from 8.0 x 8.9 cm to 3.8 x 3.8 cm;

identification of small anterior mediastinal and AP window lymph nodes that previously were confluent with the large mediastinal mass; regression of several small right paratracheal lymph nodes; and resolution of a previously noted hazy nodular density in the right upper lobe, bilateral atelectasis, and bilateral pleural and small pericardial effusions. Small bilateral cervical and submandibular lymph nodes and small low-density lesions in the right thyroid lobe and possibly in the left lobe were stable. An echocardiogram showed preserved left ventricular contractility with a left ventricular ejection fraction of 55 to 60% and trace pulmonic and tricuspid insufficiency. The intravenous antibiotics were discontinued and Ms. Murdock was discharged from the hospital.

On November 21, 2018, Ms. Murdock complained of increased pain and erythema at the insertion site of the right upper extremity PICC. She still had intermittent bilateral knee pain. However, there was no recurrence of fever and her depression was controlled with continuation of sertraline administration. Erythema and tenderness were noted at the PICC insertion site; physical examination was otherwise normal. CBC values included hemoglobin 8.5, hematocrit 24.2, WBC 1.45 with an absolute neutrophil count of 0.1, and platelets 277. Blood chemistry values included LDH further increased to 414; there were no other significant abnormalities, with the uric acid remaining normal at 3.7 and the serum amylase and lipase now both normal. The PICC was removed from the right upper extremity, the catheter tip cultured, and administration of the antibiotic clindamycin (Cleocin) initiated for suspected insertion site infection. The results of the catheter tip culture have been unavailable. The antifungal agent voriconazole (Vfend) was substituted for micafungin. Enoxaparin administration was interrupted for planned insertion of a central venous access port.

On November 25, 2018, CBC values included hemoglobin 8.2; hematocrit 23.6; MCV 83.7; WBC 3.73 with 24.6% segmented neutrophils, 58.5% lymphocytes, and 1.7% blasts; and platelets 505. Blood chemistry values included LDH decreased again to 386, uric acid increased to 7.8, and phosphorus increased again to 5.8; there were no other significant abnormalities, with the serum amylase and lipase remaining normal. A lipid profile revealed HDL cholesterol low at 36 and triglycerides elevated at 309. The serum IgG had decreased to a below-normal value of 519. A urine pregnancy test was negative. Flow cytometric analysis of the peripheral blood for minimal residual disease panel was negative using the same panel of markers as with the previous determination on October 13, 2018.

On November 26, 2018, Ms. Murdock complained of occasional difficulty sleeping at night and still had right and occasional left knee pain, but was otherwise asymptomatic. Physical examination was normal. It was concluded that Ms. Murdock's T-lymphoblastic lymphoma was in remission. A duplex venous ultrasound examination of the upper extremities revealed the interval development since the previous duplex venous ultrasound examination of the upper extremities on October 6, 2018 of a small partially occlusive thrombus in the right basilic vein at the site of a previous intravenous catheter, but resolution of the previously noted occlusive clots in the left internal jugular and cephalic veins. CT bone densitometry revealed a moderate bone mineral density deficit. A central venous access port was inserted. A post-procedure single-view portable chest x-ray revealed interval insertion since the most recent prior chest x-ray from October 9, 2018 of a left-sided central venous access port with its catheter tip terminating in the

right atrium; trace fluid in the right minor fissure and a prominent AP window mediastinal contour consistent with the known anterior mediastinal mass were also noted. Enoxaparin anticoagulation for the previous deep venous thrombosis was resumed thereafter. Ms. Murdock entered the early intensification phase of the TOTAL17 protocol with the administration of vincristine and Erwinia L-asparaginase (Erwinaze) substituted for PEG-L-asparaginase because of the history of pancreatitis, and a lumbar puncture for cerebrospinal fluid analysis and the administration of intrathecal methotrexate and cytarabine chemotherapy with the corticosteroid hydrocortisone. The results of the cerebrospinal fluid analysis have been unavailable. Administration of the prophylactic antifungal agent voriconazole had been withheld in anticipation of vincristine administration.

On December 3, 2018, Ms. Murdock reported having experienced nausea, vomiting, and abdominal pain on the previous day. She was otherwise asymptomatic. Physical examination was normal. Early intensification chemotherapy with vincristine, cyclophosphamide, and cytarabine was administered and 6-mercaptopurine chemotherapy initiated. Prophylactic voriconazole administration was resumed. Ms. Murdock's sertraline dose was increased further by the Psychiatry service, specifically for relief of anxiety.

On December 5, 2018, Ms. Murdock was still experiencing occasional knee pain requiring lidocaine patches and morphine. Her chemotherapy-induced nausea was well-controlled with scopolamine patches. Ms. Murdock weighed 71.8 kg, corresponding to a BMI of 26.3 kg/sq m. Physical examination was normal, although it was noted that she was still using a wheelchair. CBC values included hemoglobin 9.5, WBC 5.95 with an absolute neutrophil count of 4.2, and platelets 264. Blood chemistry values included LDH further decreased to 320, albumin decreased again to 3.7 and total protein to 5.9, and phosphorus 5.9; there were no other significant abnormalities, with the serum amylase and lipase remaining normal. Ms. Murdock had received vincristine chemotherapy on the previous day, and it was noted that PEG-L-asparaginase at a reduced dose rather than Erwinia L-asparaginase had been administered on November 30, 2018.

A Genetic Counseling consultation was obtained on December 6, 2018. At that time, it was reported that cytogenetic analysis of the pericardial fluid obtained on October 5, 2018 had revealed a karyotype of 48,XX,+19,+20, while molecular analysis had shown overexpression of the partial NOTCH1 gene involving a complex translocation among chromosomes 1, 9, and 17; single-nucleotide variants in the PIK3R1 and NTRK3 genes; and copy number deletions (losses) in the CDKN2A (chromosome 9) and IKZF2 (chromosome 2) genes. A genetic counseling pedigree (family tree) constructed in conjunction with Ms. Murdock's evaluation recorded the occurrence of testicular cancer in a paternal great-grandfather, breast cancer in a maternal great-grandmother, and cervical cancer in Ms. Murdock's maternal grandmother; there was no evidence of hematologic malignancy among Ms. Murdock's relatives. It was concluded that Ms. Murdock's personal and family histories raised no immediate concern for the presence of a cancer predisposition syndrome, and no genetic testing was recommended.

On December 7, 2018, CBC values included hemoglobin 8.8, WBC 3.38 with an absolute neutrophil count of 2.4, and platelets 224. Blood chemistry values included LDH further

decreased to 300, albumin 3.7, total protein decreased slightly further to 5.7, and phosphorus decreased to 5.1; there were no other significant abnormalities, the uric acid having normalized to 4.2. A multidisciplinary review of the molecular pathology results determined that there were no genetic alterations associated with activation of the JAK-STAT pathway.

On December 11, 2018, CBC values included hemoglobin 7.3, WBC 2.75 with an absolute neutrophil count of 1.5, and platelets 148. Blood chemistry values included LDH further decreased to 283 and albumin to 3.4, and total protein increased slightly again to 5.9; there were no other significant abnormalities, the uric acid remaining normal at 4.0, the phosphorus having normalized to 5.0, and the serum amylase and lipase remaining normal.

Ms. Murdock was readmitted to St. Jude Children's Research Hospital from December 12 until December 15, 2018 to receive consolidation high-dose methotrexate chemotherapy according to the TOTAL17 protocol. She was asymptomatic and physical examination was normal. Enoxaparin anticoagulation was interrupted again in anticipation of chemotherapy. A 24-hour high-dose methotrexate chemotherapy infusion was initiated on the day of admission and complicated by the development of abdominal and recurrent knee pain; the abdominal pain was exacerbated by bowel movements and subsequently precipitated by eating, and was treated with intravenous ranitidine. Ms. Murdock's hospital course was also complicated by the development of dizziness when getting out of bed. Leucovorin rescue was initiated after the methotrexate infusion was completed. Prior to hospital discharge, reduced-dose PEG-L-asparaginase was again administered, although the initiation of 6-mercaptopurine chemotherapy was deferred because of neutropenia. On December 13, 2018, a stool specimen tested negative for occult blood. CBC values included hemoglobin 6.7, WBC 2.38 with 61.5% segmented neutrophils and 31.1% lymphocytes, and platelets 131. Blood chemistry values included LDH increased again to 300; there were no other significant abnormalities, the uric acid remaining normal at 2.9. On December 14, 2018, physical examination revealed a hemorrhoid, but otherwise remained normal. CBC values included hemoglobin 7.1, WBC 1.70 with 33.9% segmented neutrophils and 59.7% lymphocytes, and platelets 98. Blood chemistry values included LDH further increased to 316 and phosphorus increased again to 6.2; there were no other significant abnormalities, the uric acid remaining normal at 4.0. The serum amylase and lipase reportedly remained normal as well. Enoxaparin anticoagulation was resumed. On December 15, 2018, physical examination revealed a lip lesion and mild epigastric tenderness, but was otherwise normal, although the hemorrhoid was not reexamined. CBC values included hemoglobin 6.4, hematocrit 18.8, MCV 86.6, WBC 1.43 with 46.4% segmented neutrophils and 47.2% lymphocytes, and platelets 82. Blood chemistry values included LDH further increased to 368 and subsequently 403; there were no other significant abnormalities, with the phosphorus having normalized again to 5.1, the uric acid remaining normal at 3.3, and the serum amylase and lipase also remaining normal. A packed red blood cell transfusion was administered prior to discharge.

On December 16, 2018, Ms. Murdock reported mild abdominal pain associated with oral intake, but was otherwise asymptomatic. Physical examination revealed erythema of the oral mucosa, which was considered to reflect stomatitis caused by high-dose methotrexate chemotherapy, but was otherwise normal; the abdomen was non-tender. CBC values included hemoglobin 8.0, WBC 3.43 with an absolute neutrophil count of 2.1, and platelets 77. A BMP

was normal.

Another ultrasound examination of the abdomen was obtained on December 17, 2018 to evaluate persistent abdominal pain, and revealed mild mural thickening involving the entire colon and rectum; evaluation of the pancreas was obscured by overlying intestinal gas.

Ms. Murdock was readmitted to St. Jude Children's Research Hospital from December 18 until December 23, 2018 for evaluation and management of stomatitis and worsening abdominal pain. Documentation of this hospitalization has been unavailable. Treatment for the stomatitis evidently included intravenous hydration fluids and, despite an undetectable serum methotrexate level, intravenous leucovorin rescue at an increased dose.

On December 26, 2018, reference was made to discharge three days earlier from a hospitalization to receive maintenance vincristine chemotherapy or, more likely, maintenance chemotherapy including vincristine. The chemotherapy had been complicated by an apparent exacerbation of abdominal pain, which was attributed to recurrent pancreatitis, now resolving, with only residual pleuritic left upper quadrant abdominal pain. However, there had been no vincristine-induced recurrence of joint pain. Physical examination was normal except for left upper quadrant tenderness and an episode of tearfulness during the visit. On December 22, 2018, CBC values included hemoglobin 7.2, WBC 3.94 with 92.6% segmented neutrophils, and platelets 58. A BMP revealed no significant abnormalities. On December 23, 2018, CBC values included hemoglobin 6.7, WBC 3.26 with 91.3% neutrophils, and platelets 44. Another BMP revealed no significant abnormalities. The C-reactive protein had increased markedly again to 5.8. On December 26, 2018, CBC values included hemoglobin 8.6, WBC 2.34 with 83.3% neutrophils, and platelets 28. Blood chemistry values included LDH decreased again to 377, albumin to 2.8, and total protein to 5.4; there were no other significant abnormalities, the uric acid remaining normal at 2.8. From the hemoglobin trend, it can be deduced that a packed red blood cell transfusion was administered on or after December 23, 2018. The administration of maintenance 6-mercaptopurine and PEG-L-asparaginase chemotherapy was deferred because of the recent recurrence of pancreatitis. A platelet transfusion was administered.

On December 28, 2018, a CT scan of the abdomen and pelvis was obtained as part of an evaluation for persistent left-sided abdominal pain and revealed interval progression since the previous CT scan of the abdomen on October 28, 2018 of fatty liver infiltration, now diffuse, and development of a well-defined 6.4 x 8.3-cm cystic process arising from the body of the pancreas and causing significant mass effect on the stomach, with edema and irregularity of the tail of the pancreas and extension of fluid to the left side of the colon, into the left adrenal bed, and into the left Gerota's fascia. Non-specific ground-glass density in the right lower lobe and minimally in the left lower lobe; mild to moderate pelvic ascites; and multiple cysts in both ovaries, with the largest located on the left side and measuring approximately 2.3 x 2.5 cm, were also noted. The pancreatic findings were attributed to the development of a pseudocyst.

Orthopedic Surgery consultation was obtained on January 2, 2019 for evaluation and management of avascular necrosis. At that time, Ms. Murdock reported that she had been experiencing lower back, occasional bilateral groin, and bilateral knee pain since receiving her

first dose of vincristine in early October 2018. The administration of gabapentin had produced improvement in the pain and in Ms. Murdock's ability to walk. Physical examination was normal except for Ms. Murdock's use of a wheelchair. During follow-up with the Pain service on the same date it was noted that Ms. Murdock had discontinued the use of fentanyl (Duragesic) patches and was requiring less hydromorphone (Dilaudid) for pain control. The ability to walk with crutches was noted.

On January 4, 2019, Ms. Murdock reported further improvement in her abdominal pain, which was no longer exacerbated by eating. However, she complained of decreased appetite and early satiety. Physical examination was normal, with no abdominal tenderness, a steady gait, and no reported use of crutches or a wheelchair. CBC values included hemoglobin 10.6, WBC 4.28 with an absolute neutrophil count of 1.5, and platelets 155. Blood chemistry values included alkaline phosphatase increased again to 204, AST increased again to 58, ALT increased again to 83, LDH further decreased to 295, and albumin increased again to 3.3; there were no other significant abnormalities, the total protein having normalized again to 6.7 and the serum amylase and lipase remaining normal. Ms. Murdock's early satiety was tentatively attributed to the mass effect of the pancreatic pseudocyst on the stomach.

On January 9, 2019, it was noted that Ms. Murdock had received her second maintenance high-dose methotrexate chemotherapy infusion beginning on January 7, 2019. Leucovorin rescue was in progress. She complained of left shoulder pain when her central venous access port was being accessed and a painful tongue, but reported that her abdominal pain had resolved and her early satiety was improving slowly. Physical examination was normal. CBC values included hemoglobin 10.3, WBC 4.55 with an absolute neutrophil count of 2.8, and platelets 222. A BMP, phosphorus, and magnesium revealed no significant abnormalities. The serum IgG was 894. Maintenance 6-mercaptopurine chemotherapy continued to be held. Maintenance PEG-L-asparaginase chemotherapy was discontinued because of the recurrent pancreatitis and the development of the pancreatic pseudocyst.

On January 11, 2019, Ms. Murdock stated that she had developed mouth and throat pain on the previous day, which was stable to slightly improved overnight. Her oral intake was decreased as a result, and she complained of headaches due to the associated decrease in caffeine intake. Ms. Murdock's mother also reported that Ms. Murdock had been nauseated. The oral mucosa was erythematous and lesions were present on the corners of her lips; the physical examination was otherwise normal. CBC values included hemoglobin 10.2, WBC 3.34 with an absolute neutrophil count of 1.7, and platelets 200. Intravenous hydration and leucovorin rescue were in progress, with a further increase in the leucovorin dose recommended.

On January 12, 2019, it was noted that Ms. Murdock had minimal oral intake due to oral pain. Physical examination revealed progression of stomatitis compared with the previous day, with sores on the roof of the mouth, corners of the lips, and buccal mucosa. The administration of intravenous hydration fluids and leucovorin rescue was extended for another 48 hours despite an undetectable serum methotrexate level.

On January 14, 2019, it was noted that Ms. Murdock had most recently been discharged

from the hospital on January 8, 2019 after completion of the second high-dose methotrexate infusion. She reported that her mouth sores had improved and that as a result she was able to eat and drink more. She was taking hydromorphone frequently for control of the oral pain. Nausea was controlled by the antiemetic medications intravenous ondansetron (Zofran), oral promethazine (Phenergan), and scopolamine patches. She was experiencing abdominal pain associated with the nausea. She complained of migraine headaches, but previous neuropathic pain had resolved. Physical examination continued to reveal evidence of stomatitis, with an erythematous oral mucosa and one or more lesions, but was otherwise normal. CBC values included hemoglobin 9.7, WBC 2.83, and platelets 144. Blood chemistry values included alkaline phosphatase decreased again to 177, AST further increased to 75, ALT further increased to 154, LDH further decreased to 269, and phosphorus increased again to 5.5; there were no other significant abnormalities, with the uric acid remaining normal at 3.6. The administration of intravenous hydration fluids and leucovorin was finally discontinued.

On January 29, 2019, it was noted that Ms. Murdock had received her third 24-hour maintenance high-dose methotrexate chemotherapy infusion beginning on January 24, 2019. Leucovorin rescue was in progress. It was recorded that Ms. Murdock had sores toward the back of her throat on both sides and at the corners of her lips. It is not clear whether the administration of intravenous hydration fluids was discontinued.

On January 30, 2019, Ms. Murdock's stomatitis was noted to be improving and her oral intake was considered adequate. She weighed 72.7 kg, corresponding to a BMI of 26.6 kg/sq m. Physical examination revealed a resolving oral mucosal ulcer, but was otherwise normal. CBC values included hemoglobin 10.2, WBC 4.52 with an absolute neutrophil count of 1.4, and platelets 238. Blood chemistry values included glucose 144, ALT decreased again to 69, and LDH further decreased to 264; there were no other significant abnormalities, the alkaline phosphatase having normalized to 99, the AST to 38, and the phosphorus to 4.9 and the uric acid remaining normal at 4.4. Enoxaparin anticoagulation was to be interrupted in anticipation of a lumbar puncture and the fourth maintenance high-dose methotrexate chemotherapy infusion.

On February 13, 2019, it was noted that Ms. Murdock had indeed received a fourth maintenance high-dose methotrexate chemotherapy infusion. Documentation of the most recent lumbar puncture and associated cerebrospinal fluid analysis and intrathecal chemotherapy administration has not been available. Ms. Murdock was asymptomatic except for intermittent bilateral knee pain, treated with hydromorphone and lidocaine patches as needed. Physical examination was normal, with no evidence of residual stomatitis.

On February 19, 2019, a follow-up MRI scan of the lower extremities revealed interval marked progression since the previous MRI scan on November 16, 2018 of osteonecrosis involving the hips and knees, now extensive, with greater than 30% involvement of the femoral heads and distal femoral and proximal tibial epiphyses.

On February 20, 2019, Ms. Murdock complained of increasing right knee pain, persistent right hip pain, and occasional shoulder pain, no longer significantly relieved by lidocaine patches or hydromorphone. In the Orthopedic Clinic, however, she complained of right hip and left knee

pain. Physical examination was normal. CBC values included hemoglobin 10.5, WBC 6.64 with an absolute neutrophil count of 3.95, and platelets 208. Blood chemistry values included phosphorus increased again to 5.7; there were no other significant abnormalities, with the glucose having normalized to 99, the ALT to 25, and the LDH to 218 and the uric acid remaining normal at 3.9. The serum IgG was 717. Plain films of the shoulders revealed a left-sided central venous access port with its catheter tip in the expected location of the superior vena cava, but were otherwise normal. Week-1 chemotherapy with the combination of vincristine, doxorubicin (Adriamycin), and 6-mercaptopurine was initiated; week-1 and week-4 dexamethasone (Decadron) was to be held due to progressive, severe avascular necrosis.

On February 27, 2019, Ms. Murdock complained of worsening left knee pain for one week, and thought that vincristine chemotherapy might have been responsible. Ms. Murdock weighed 76.1 kg, corresponding to a BMI of 27.9 kg/sq m. Physical examination was normal. CBC values included hemoglobin 10.6, hematocrit 30.7, WBC 6.65 with an absolute neutrophil count of 4.56, and platelets 270. Blood chemistry values included ALT increased again to 43; there were no other significant abnormalities, the phosphorus having normalized again to 5.3, the LDH remaining normal at 197, and the uric acid actually low at 2.9. A urine pregnancy test was negative.

On March 1, 2019, Ms. Murdock complained of nasal congestion and a scratchy throat for two days and a nocturnal cough. She weighed 76.1 kg, corresponding to a BMI of 27.9 kg/sq m. Physical examination revealed use of a wheelchair and very slight pharyngeal injection, but was otherwise normal. CBC values included hemoglobin 10.2, hematocrit 30.1, WBC 4.79 with an absolute neutrophil count of 3.03, and platelets 221. Coagulation studies included PT 13.9 with an INR of 1.08, APTT 37.5, and fibrinogen 517; the fibrinogen level was high, while the other studies were normal. A BMP was normal. Enoxaparin anticoagulation was interrupted again in anticipation of planned orthopedic procedures, and a planned lumbar puncture for cerebrospinal fluid analysis and intrathecal chemotherapy was postponed.

On March 4, 2019, Ms. Murdock underwent left hip core decompression, left knee arthroscopy, and core decompression of the distal left femur and proximal left tibia. While the operative report or reports from these procedures have been unavailable, reports of plain films of the left hip and knee on March 7, 2019 confirmed that the core decompression procedures had indeed been performed.

On March 8, 2019, it was noted that 6-mercaptopurine had been held since March 4, 2019. Ms. Murdock complained of fever, difficulty urinating, and decreased appetite, but reported gradual improvement in her postoperative pain. She weighed 78.8 kg, corresponding to a BMI of 28.9 kg/sq m. Physical examination revealed the use of a wheelchair and a post-operative brace on the left lower extremity, with decreased range of left knee motion, but was otherwise normal. CBC values included hemoglobin 10.0, hematocrit 49.6, WBC 4.05 with an absolute neutrophil count of 2.24, and platelets 259. Blood chemistry values included phosphorus increased again to 6.3; there were no other significant abnormalities, the ALT having normalized again to 14 and the LDH remaining normal at 238 and the uric acid at 3.1. An echocardiogram showed preserved left ventricular contractility with a left ventricular ejection

fraction of 55 to 60% and trace pulmonic and tricuspid insufficiency. The difficulty urinating was attributed to opioid medication. 6-mercaptopurine chemotherapy was resumed.

On March 13, 2019, it was noted that Ms. Murdock most recently had been discharged from the hospital on March 6, 2019 after the orthopedic surgical procedures. She was asymptomatic except for knee pain. She was unable to bear weight on her left leg since the surgical procedures on March 4, 2019 and was using a wheelchair as a result. Physical examination was otherwise normal. CBC values included hemoglobin 9.8, hematocrit 29.3, WBC 4.77 with an absolute neutrophil count of 1.95, and platelets 261. Blood chemistry values included LDH increased again to 288 and phosphorus further increased to 6.6; there were no other significant abnormalities. Chemotherapy and lumbar puncture were deferred until March 15, 2019.

On March 15, 2019, it was noted that the most recently planned intravenous and intrathecal chemotherapy and cerebrospinal fluid analysis had been deferred because Ms. Murdock forgot to interrupt her enoxaparin injections. Her left lower extremity pain was improving, and she was otherwise asymptomatic. Physical examination was normal except for continued use of a wheelchair and left lower extremity brace. CBC values included hemoglobin 10.1, hematocrit 30.8, WBC 7.37 with an absolute neutrophil count of 5.42, and platelets 250. A CMP was normal; the LDH, uric acid, and phosphorus were not repeated. Intravenous vincristine and doxorubicin were administered and Ms. Murdock underwent a lumbar puncture for cerebrospinal fluid analysis and the administration of intrathecal chemotherapy; documentation of the lumbar puncture has not been available.

On March 20, 2019, Ms. Murdock reported that her left knee pain had improved significantly. She weighed 75.6 kg, corresponding to a BMI of 27.7 kg/sq m. Physical examination was normal except for continued use of a wheelchair. CBC values included hemoglobin 10.0, WBC 5.30 with an absolute neutrophil count of 4.01, and platelets 231. A CMP was normal; once again, the LDH, uric acid, and phosphorus were not repeated. Ms. Murdock's 6-mercaptopurine dose was increased.

On March 27, 2019, Ms. Murdock reported continued improvement in her left lower extremity pain and mobility. She weighed 77.7 kg, corresponding to a BMI of 28.5 kg/sq m. Physical examination was normal except for continued use of a wheelchair and a left lower extremity brace. CBC values included hemoglobin 9.7, hematocrit 29.8, WBC 2.92 with an absolute neutrophil count of 1.58, and platelets 178. Blood chemistry values included glucose increased again to 137 and ALT increased again to 87; there were no other significant abnormalities, the LDH having normalized again to 213, the phosphorus having normalized again to 4.3, and the uric acid again low at 2.2. A CT scan of the abdomen revealed interval improvement since the most recent prior CT scan of the abdomen and pelvis on December 28, 2018 in the previously noted diffuse fatty liver infiltration and resolution of the previously noted pancreatic pseudocyst and peripancreatic fluid. An MRI scan of the lower extremities revealed interval development since the previous MRI scan of the lower extremities on February 19, 2019 of edematous changes of the left femoral head and neck and enlargement of the left hip and knee effusions; the osteonecrotic changes involving the femoral heads and intertrochanteric regions

bilaterally and distal femoral and proximal tibial regions bilaterally, including previously noted edema immediately adjacent to the large osteonecrotic lesions involving the knees bilaterally and right hip and minimal right knee effusions, were otherwise unchanged.

On March 28, 2019, an MRI scan of the upper extremities revealed extensive avascular necrosis of the humeral heads, slightly worse on the left side, with sclerotic margins, associated edema, irregularity of some of the articular surfaces, and apparent small medullary infarcts in the left proximal humeral metaphysis.

On April 3, 2019, Ms. Murdock again reported improvement in her left lower extremity pain since the surgery on March 4, 2019. Physical examination revealed healed left hip and knee surgical scars and post-operative decreased range of motion of the left knee. CBC values included hemoglobin 10.3, hematocrit 32.4, WBC 2.62 with an absolute neutrophil count of 1.21, and platelets 228. Blood chemistry values included ALT decreased again to 52; there were no other significant abnormalities, the glucose having normalized to 105, and the LDH remaining normal at 237. A urine pregnancy test was negative. Plain films of the hips and knees revealed multifocal areas of osteonecrosis involving the femoral heads, femoral necks, proximal femoral shafts, and knees bilaterally. Ms. Murdock underwent a lumbar puncture for cerebrospinal fluid analysis and administration of intrathecal chemotherapy. The results of the cerebrospinal fluid analysis have been unavailable. The intrathecal chemotherapy consisted of methotrexate, cytarabine, and hydrocortisone. Ms. Murdock was also scheduled to receive reinduction chemotherapy with the combination of vincristine and doxorubicin.

On April 10, 2019, Ms. Murdock complained of back and bilateral lower-extremity pain since receiving vincristine and doxorubicin chemotherapy the previous week. Dexamethasone administration had evidently been resumed in conjunction with the most recent chemotherapy cycle. Ms. Murdock weighed 77.6 kg, corresponding to a BMI of 28.4 kg/sq m. Physical examination was normal except for continued use of a wheelchair. CBC values included hemoglobin 11.4, WBC 11.46 with an absolute neutrophil count of 9.14, and platelets 265. Blood chemistry values included glucose 209 and ALT increased again to 57; there were no other significant abnormalities, the LDH remaining normal at 226 and the uric acid again low at 1.5. The serum IgG was 822.

Ms. Murdock was evaluated at the Murray-Callaway County Hospital Emergency Room on April 13, 2019 for gradually progressive tingling from the neck down, generalized body aches, and sensation of skin tightness for two days. Additional symptoms included fatigue, generalized weakness, myalgias, night sweats interfering with sleep, nausea, mild exertional dyspnea, dizziness, and decreased urine output. Physical examination revealed generalized weakness and soft-tissue tenderness over the extremities, but was otherwise normal. CBC values included hemoglobin 9.4, hematocrit 28.0, MCV 88.6, WBC 3.5, and platelets 155. The WBC differential was 1 band, 50 segmented neutrophils, 41 lymphocytes, 2 atypical lymphocytes, 5 monocytes, and 1 eosinophil. A urinalysis revealed slight cloudiness and rare red and white blood cells. CMP values included ALT increased again to 124 and albumin decreased again to 3.3; there were no other significant abnormalities. The C-reactive protein was 0.6. Blood cultures were negative. A chest x-ray revealed a left-sided central venous access port with its catheter tip at the

junction of the superior vena cava and right atrium, and was otherwise normal.  Treatment included the administration of intravenous hydration fluids.

On April 17, 2019, Ms. Murdock reported situational depression related to missing school activities.  Physical examination was normal except for the use of a wheelchair or crutches.  Week-9 reinduction chemotherapy with the combination of vincristine and dexamethasone was initiated.

On May 1, 2019, CBC values included hemoglobin 10.7, hematocrit 32.3, WBC 4.84 with an absolute neutrophil count of 2.80, and platelets 146.

On May 8, 2019, Ms. Murdock reported no new complaints, although bilateral knee pain, more severe on the left side, persisted.  She weighed 82.5 kg, corresponding to a BMI of 30.2 kg/sq m.  Physical examination was normal.  CBC values included hemoglobin 9.8, hematocrit 29.9, WBC 5.22 with an absolute neutrophil count of 3.88, and platelets 161.  A urine pregnancy test was negative.  Ms. Murdock underwent another lumbar puncture for cerebrospinal fluid analysis and the administration of intrathecal chemotherapy with the combination of methotrexate, cytarabine, and hydrocortisone.  Once again, the results of the cerebrospinal fluid analysis have been unavailable.

On May 15, 2019, plain films of the left hip and knee were obtained because of persistent pain and revealed increasing lucency around the cement material in the left hip area, consistent with resorption, as well as stable minimal sclerosis in the left femoral head, slight irregularity of the articular surface of the mid-portion of the left femoral head, and sclerosis involving the distal left femoral and proximal tibial diametaphyses and epiphyses, compared with the most recent prior films from April 3, 2019.

Ms. Murdock was again evaluated at the Murray-Callaway County Hospital Emergency Room on June 2, 2019, this time for constant sharp, stabbing, aching upper abdominal pain for two or three days.  Exacerbating factors included movement, deep breaths, cough, and food.  Additional complaints were limited to chronic nausea, a recent cough, lower back pain for approximately two weeks, and acute loss of appetite.  Ms. Murdock stated that her symptoms were similar to those associated with the previous episode of acute pancreatitis.  Physical examination revealed a left-sided central venous access port and moderate upper abdominal tenderness with associated guarding, but was otherwise normal.  CBC values included hemoglobin 9.6, hematocrit 29.8, MCV 90.0, WBC 2.6, and platelets 148.  The WBC differential was 47 neutrophils, 43 lymphocytes, 2 atypical lymphocytes, 4 monocytes, and 4 eosinophils.  A urinalysis revealed slight cloudiness, ketones 40, and three or four white blood cells.  A CMP revealed AST increased again to 108 and ALT further increased to 216; there were no other significant abnormalities, the albumin having normalized to 3.7.  The serum amylase was normal at 43, but the lipase had increased markedly again to 928 (normal range 73 to 393).  Blood cultures were negative.  A chest x-ray revealed a central venous access port, borderline cardiomegaly, and interval enlargement of a previously unreported left hilar mass compared with the previous chest x-ray from April 13, 2019.  A CT scan of the chest, abdomen, and pelvis revealed a 5 x 7 x 9-cm anterior mediastinal mass which was interpreted as suspicious for

recurrent lymphoma, given the apparent absence of a mediastinal mass on the chest x-ray from April 13, 2019; a few enlarged mediastinal lymph nodes; and peripancreatic edema suggestive of pancreatitis. Treatment included n.p.o. status and the administration of intravenous hydration fluids, hydromorphone, and ondansetron. Ms. Murdock was transferred to St. Jude Children's Research Hospital for further evaluation and management of recurrent pancreatitis.

Ms. Murdock was evaluated at the Murray-Callaway County Hospital Emergency Room once again on June 6, 2019, this time for for a fever of 101.4° of acute onset with associated mild fatigue, rhinorrhea, and mild headache. She had evidently been discharged from St. Jude Children's Research Hospital on June 5, 2019 after her admission there for recurrent pancreatitis on June 2, 2019. On the day of discharge, CBC values had included hemoglobin 9.1, hematocrit 27.3, WBC 2.05 with an absolute neutrophil count of 1.34, and platelets 134. Blood chemistry values had included AST decreased again to 56, ALT decreased again to 120, LDH increased again to 473, albumin decreased again to 3.6, and total protein decreased again to 5.8. Her temperature in the emergency room was 100.4°. Physical examination was otherwise normal. CBC values included hemoglobin 9.3, hematocrit 28.1, MCV 87.5, WBC 1.8, and platelets 161. The WBC differential was 47 neutrophils, 40 lymphocytes, 10 monocytes, and 3 eosinophils. A urinalysis was normal. CMP values included AST increased again to 70 and ALT to 165; there were no other significant abnormalities, the albumin having normalized again to 3.9 and the total protein to 6.9. The serum lipase had normalized to 128. Blood cultures were negative. Treatment included the administration of intravenous hydration fluids and the antibiotic ceftriaxone.

On June 10, 2019, CBC values included hemoglobin 10.0, hematocrit 29.4, WBC 2.22 with an absolute neutrophil count of 0.72, and platelets 203. Blood chemistry values included ALT decreased again to 78, LDH further increased to 626; there were no other significant abnormalities, the AST having normalized again to 23.

On June 11, 2019, it was noted that Ms. Murdock had missed five of seven doses of 6-mercaptopurine during the previous week, when she was ill with pancreatitis.

On June 12, 2019, Ms. Murdock complained of recurrent fever, unchanged generalized back and joint pain, and one or two loose stools daily. Physical examination was normal. CBC values included hemoglobin 10.1, hematocrit 29.6, MCV 85.8, WBC 2.90 with 45.6% segmented neutrophils and 38.4% lymphocytes, and platelets 175. Blood chemistry values included ALT further decreased to 54, LDH further increased to 750, and uric acid increased to 6.3; there were no other significant abnormalities. A lipid profile included HDL cholesterol low at 25 and LDL cholesterol high at 109; the triglycerides were normal at 104. Blood cultures were negative. A PET-CT scan obtained on the previous day reportedly demonstrated increased radionuclide uptake suggestive of relapse, with markedly increased uptake in bilateral mediastinal masses; widespread abnormal uptake throughout the axial and proximal appendicular skeleton; multiple small areas of uptake in the lower neck and cardiophrenic region, consistent with lymph node involvement; and at least two small foci of uptake in the liver. These findings from the Impression section of the PET-CT report were included in a progress note from June 17, 2019. An MRI scan of the lower extremities revealed interval decreases since the most recent prior

MRI scan of the lower extremities on March 27, 2019 in the apparent volumes of the left hip and knee effusions, decreased edema associated with the core decompression tract in the left femoral neck, and decreased soft-tissue edema in the region of the left knee; the extensive osteonecrosis involving the bilateral femoral heads and necks, distal femurs, and proximal tibias was unchanged. Enoxaparin anticoagulation had been held on the previous day in anticipation of bone marrow examination. A bone marrow aspirate and biopsy were normocellular (50 to 70%), with trilineage hematopoiesis, up to 8.0% morphologically unremarkable blasts consistent with hematogones, and no definitive morphologic evidence of malignancy. Flow cytometric analysis for minimal residual disease was negative, demonstrating negligible expression of Ms. Murdock's original malignant immunophenotype. However, the increased number (approximately 25 to 50% of the bone marrow cellularity) of larger CD3-positive T-lymphocytes was considered worrisome for tumor despite their normal immunophenotype. PCR analysis of the bone marrow aspirate for T-cell receptor (TCR)-gamma gene rearrangements revealed that more than 90% of the T-lymphocytes were clonal. Next-generation sequencing analysis showed dominant clonal TCR-gamma and TCR-beta sequences. These molecular findings were consistent with a bone marrow relapse of Ms. Murdock's T-lymphoblastic lymphoma. The antibiotic ceftriaxone was administered.

On June 13, 2019, Ms. Murdock reported a fever of 100.8° and an intermittent foreign-body sensation in the throat. Physical examination was normal. Blood cultures were repeated, again with negative results, and the antibiotic ceftriaxone was administered.

On June 14, 2019, CBC values included hemoglobin 9.5, hematocrit 27.9, WBC 7.90 with an absolute neutrophil count of 4.57, and platelets 147. Blood chemistry values included LDH further increased to 1051; there were no other significant abnormalities, with the ALT having normalized again to 31, although the uric acid was not repeated. An echocardiogram was obtained as part of an evaluation for chest pain and showed preserved left ventricular contractility with a left ventricular ejection fraction of 55 to 60%, trace pulmonic and tricuspid insufficiency, and a small posterior pericardial effusion.

On June 15, 2019, Ms. Murdock complained of a recurrent fever of up to 100.9°. Her only other complaint was pruritus (itching). It was noted that she had been hospitalized until earlier that same day for evaluation and management of chest pain. A chest x-ray reportedly showed a widening mediastinal mass suspicious for relapse. The chest pain had resolved prior to the onset of the fever. Physical examination was normal. CBC values included hemoglobin 8.7, hematocrit 25.6, MCV 86.2, WBC 6.45 with 45.9% segmented neutrophils and 31.1% lymphocytes, and platelets 122. Blood chemistry values included LDH decreased again to 994, albumin to 3.7, and total protein to 5.8; there were no other significant abnormalities, the uric acid having normalized to 4.5. Once again, blood cultures were negative and the antibiotic ceftriaxone administered. The pruritus was treated with hydroxyzine (Atarax).

On June 16, 2019, Ms. Murdock complained of acute numbness and tingling on the right side of the face, resolved prior to evaluation. She also complained of a left lower toothache. Physical examination revealed a small cavity in a left lower molar, but was otherwise normal.

On June 17, 2019, Ms. Murdock reported a recurrent fever of 101.0° and complained of persistent generalized pruritus, predominantly right-sided oral numbness, the left lower toothache, thoracic dysphagia, intermittent mild exertional dyspnea, and mid- and lower back pain. Physical examination was reported to be normal, although reference to nasal herpetic lesions was made toward the end of the progress note. CBC values included hemoglobin 9.3, hematocrit 26.7, WBC 8.91 with 64.0% neutrophils, and platelets 64. The platelet count increased progressively to 92 and 117 on repetition later the same day. Blood chemistry values included LDH increased again to 1606 and uric acid to 6.3; there were no other significant abnormalities, the albumin having normalized again to 3.9 and the total protein to 6.5. The C-reactive protein was 3.0. A urine pregnancy test was negative. Blood cultures were negative again. A recent undated chest x-ray report described interval enlargement compared with the previous chest x-ray from June 2, 2019 of a lobular anterior mediastinal mass. A platelet transfusion and another dose of the antibiotic ceftriaxone were administered. Enoxaparin anticoagulation was interrupted again, this time in anticipation of a CT-guided biopsy of a recurrent mediastinal mass.

Ms. Murdock was readmitted to St. Jude Children's Research Hospital from June 18 until June 25, 2019. It was noted that she had been febrile intermittently since June 13, 2019, with a temperature of 100.4° on the morning of admission, and had continued to receive the antibiotic ceftriaxone. Her oral numbness was now located in the midline. Other complaints included back pain and intermittent chest pain and mild shortness of breath. Physical examination was normal except for a maximum temperature of 39.1° C. A BMP, phosphorus, and magnesium were normal. The uric acid had normalized again to 2.5. Blood cultures were negative. On the day of admission, Ms. Murdock underwent a CT-guided biopsy of the recurrent mediastinal mass, which reportedly confirmed the impression of relapse; the corresponding pathology reports have not been available. A post-procedure chest x-ray revealed mild tracheal compression, which was listed as the reason for admission. A post-procedure CT scan of the chest revealed interval enlargement compared with the CT images from the PET-CT scan on June 11, 2019 of a large anterior mediastinal mass and the development of bilateral pleural effusions; reference was subsequently made to an additional finding of compression of the superior vena cava by the mediastinal mass, although this was not described in the available report. Initial treatment included the administration of intravenous hydration fluids, dexamethasone because of the enlargement of the mediastinal mass, and rasburicase (Elitek) for control of progressive hyperuricemia with a uric acid of 7.4.

On June 19, 2019, Ms. Murdock complained of intermittent exertional dyspnea and required supplemental oxygen administration. She also complained of persistent jaw pain and numbness as well as a decreased appetite for several days. Blood cultures were negative. Chemotherapy with the combination of cyclophosphamide, nelarabine (Arranon), and etoposide (Vepesid) daily for five days was initiated for treatment of relapsed T-lymphoblastic lymphoma. Enoxaparin anticoagulation was resumed.

On June 20, 2019, it was noted that the initiation of chemotherapy had been complicated by the development of intermittent nausea without associated vomiting, and by the development of hyperglycemia due to the administration of dextrose-containing intravenous hydration fluids

and dexamethasone.  The LDH had increased further to 2133, but serial uric acid determinations revealed that the hyperuricemia had been controlled.  A recurrent fever of 39.1° C was noted in the evening.  Blood cultures were negative.

By June 21, 2019, the platelet count had decreased to 22 and the LDH to 1594.  It was noted that blood cultures had been obtained on June 4, 2019 and were negative.  A chest x-ray, including bilateral decubitus views, revealed bilateral dependent atelectasis and moderate left and small right pleural effusions as well as a left-sided central venous access port with its tip in the superior vena cava and a stable anterior mediastinal mass.  Dexamethasone administration was discontinued and a platelet transfusion administered.

On June 22, 2019, Ms. Murdock reported that her pruritus had improved.  There had been a recurrence of fever overnight.  The white blood cell count had decreased to 0.74 with an absolute neutrophil count of 0.54.  The LDH had decreased further to 1053.  Blood cultures were negative again.  The antibiotic cefepime was substituted for ceftriaxone because of the neutropenia, and prophylactic administration of the antifungal agent voriconazole (Vfend) initiated.  A packed red blood cell transfusion was administered.

On June 24, 2019, the antibiotic metronidazole was added empirically for what was described as an episode of colitis manifested by abdominal pain, watery diarrhea, and a finding on an ultrasound examination of the abdomen on that date of thickening of the wall of the colon from the hepatic flexure through the sigmoid colon; a left pleural effusion was also noted.  Stool analysis for C. difficile was negative.

By June 25, 2019, the day of discharge, Ms. Murdock was afebrile.  Her abdominal pain and diarrhea were improving.  Supplemental oxygen administration had been discontinued.  Physical examination again revealed a central venous access port, along with a well-healed mediastinal mass biopsy site on the left side of the chest wall, but was otherwise normal.  CBC values included hemoglobin 8.3, WBC 0.17 with an absolute neutrophil count of 0.12, and platelets 39.  A blood chemistry profile revealed an ongoing decrease in the LDH to 556; there were no other significant abnormalities, with the glucose having normalized to 113 and the uric acid remaining normal at 1.9.  Serial CBC values suggested that Ms. Murdock had received an additional platelet transfusion on June 23, 2019, resulting in an increase in her platelet count from 26 on that date to 47 on June 24, 2019; direct documentation of such a transfusion has been unavailable.  Another platelet transfusion was administered immediately prior to discharge and prophylactic administration of the antibiotic levofloxacin initiated.

On June 26, 2019, Ms. Murdock complained of fatigue, but reported that the abdominal pain had resolved and the diarrhea had improved further.  Physical examination was normal.  CBC values included hemoglobin 8.0, WBC 0.08 with an absolute neutrophil count of 0.04, and platelets 43.  Blood chemistry values revealed an LDH further decreased to 490; there were no other significant abnormalities, with the uric acid low at 1.9.  A chest x-ray revealed interval regression since the previous chest x-ray on June 21, 2019 of the anterior mediastinal mass, resolution of the previously noted left pleural effusion, and re-expansion of the left lower lobe; a left-sided central venous access port with its tip in the expected location of the junction between

the superior vena cava and right atrium was also noted.  A platelet transfusion was administered.

On July 3, 2019, Ms. Murdock complained of an episode of chest pain and cough during the previous evening, right-sided facial numbness for two weeks, occasional blurred vision when fatigued, and decreased appetite.  Ms. Murdock weighed 78.05 kg, corresponding to a BMI of 28.9 kg/sq m.  Physical examination was normal except for the use of a wheelchair.  CBC values included hemoglobin 9.2, WBC 0.22 with an absolute neutrophil count of 0, and platelets 51.  Blood chemistry values included bicarbonate low at 19 and LDH increased again to 636; there were no other significant abnormalities, the uric acid remaining low at 2.8.  A chest x-ray demonstrated interval enlargement compared with the most recent prior chest x-ray on June 26, 2019 of the anterior mediastinal mass, now measuring approximately 48% of the transthoracic diameter, and development of possible mild superior deviation of the left main bronchus, suggesting subcarinal disease, and a moderate to large left pleural effusion with possible associated compressive atelectasis within the left lower lobe.  Osteonecrosis of the right humeral head with adjacent sclerosis, partially visualized on the previous chest x-ray, was also reported.  An MRI scan of the brain and orbits was obtained as part of an evaluation for the facial numbness and blurred vision and was normal, although the quality of the images was somewhat degraded by motion artifact, raising the possibility of signal enhancement along the cisternal course of the trigeminal nerves.  Enoxaparin anticoagulation was interrupted again, this time in anticipation of another lumbar puncture for cerebrospinal fluid analysis and intrathecal chemotherapy administration.

Ms. Murdock was evidently readmitted to St. Jude Children's Research Hospital from July 3 until July 21, 2019, although documentation of the rationale for admission and the admission process has been unavailable.  On July 4, 2019, it was noted that Ms. Murdock had developed facial discoloration, an episode of vomiting, decreased urinary output, poor intake of solid food, and mild oxygen desaturation (90%) overnight.  In the morning, she complained of cold sensations in the hands and feet and numbness of the feet.  Neurologic examination was normal except for drowsiness due to administration of hydromorphone for pain control.  The urinary retention was also tentatively attributed to hydromorphone administration.  A chest x-ray revealed an interval increase in the apparent volume of the moderately large left pleural effusion compared with the chest x-ray obtained on the previous day; the mediastinal lymphadenopathy and a central venous access port with its tip in the superior vena cava were unchanged.  Intensive Care Unit transfer was subsequently considered because of the development of tachycardia, tachypnea, and a requirement for supplemental oxygen administration.

On July 5, 2019, a chest x-ray revealed an apparent minimal decrease since the chest x-ray obtained on July 4, 2019 in the volume of the left pleural effusion, now described as large.  The anterior mediastinal mass was now measured at approximately 49% of the thoracic diameter.  Atelectasis was now evident in the mid- and lower aspects of the left lung and at the right lung base.  Ill-defined areas of lucency and sclerosis in the humeral heads bilaterally and a left-sided central venous access port with its catheter tip in the region of the junction between the superior vena cava and the right atrium were also noted.  Ms. Murdock was treated with venetoclax (Venclexta) in combination with cyclophosphamide, vincristine, etoposide, and dexamethasone for the lymphoma relapse.

On July 6, 2019, two chest x-rays just over six hours apart demonstrated streaky markings and interstitial prominence in the aerated portions of both lungs, with only minimal aeration on the left, progressive since the most recent prior chest x-ray on July 5, 2019; interval development of apparent narrowing or obstruction of the airways in the mid- and lower left lung; and bilateral pleural effusions, still larger on the left side, with an apparent interval increase in the volume of the left pleural effusion.  The anterior mediastinal mass and a left-sided central venous access port with its catheter tip in the region of the lower superior vena cava were unchanged.  An ultrasound examination of the chest confirmed the presence of moderate right and large left pleural effusions, with adjacent atelectasis and/or infiltrate.  Ms. Murdock underwent bilateral thoracentesis, with drainage of 100 cc of fluid from the right side of the chest and 160 cc of fluid from the left side, and insertion of bilateral chest tubes in order to drain the bilateral pleural effusions.  The results of the pleural fluid analyses have not been available.  Ms. Murdock was breathing comfortably after the procedure.  Her lungs were clear except for minimal diffuse rhonchi, most prominent over the right lower lobe.

On July 7, 2019, Ms. Murdock's right-sided facial numbness, now of two weeks' duration, was described as progressive during the first days, with subsequent stabilization.  Numbness in the fingertips which gradually progressed proximally over a few days to the wrist, also with subsequent stabilization, and in the distal feet was also noted.  Reference was also made to a previous history of vincristine-induced neuropathy with mild distal weakness in January 2019.  Active symptoms also included fatigue, decreased activity, dry mouth, shortness of breath, and urinary frequency and urgency with only small amounts of urine.  Ms. Murdock was observed to be bedridden.  Neurologic examination also revealed decreased pinprick and temperature sensation over the right side of the chin and lower lip; diminished pinprick sensation over the hands, lower wrists, and toes; absent proprioception in the toes; decreased strength in all four extremities; absent reflexes except for bilateral flexor plantar reflexes; and truncal ataxia.  CBC values included hemoglobin 8.3, WBC 0.33, and platelets 88.  Blood chemistry values included LDH increased markedly further to 1244; there were no other significant abnormalities, the uric acid remaining low at 2.0.

On July 8, 2019, a chest x-ray revealed interval near-complete drainage since the previous chest x-rays from July 6, 2019 of the left pleural effusion; the chest tubes, a small left-sided pneumothorax, moderate atelectasis involving the left lung, and the contour of the mediastinal mass were also described.  An MRI scan of the entire spine revealed multiple enhancing vertebral lesions throughout the entire vertebral column, but especially from the lower thoracic level to the sacrum, with extension to the cortical surfaces of the vertebrae and possible multilevel epidural extension, although without spinal cord compression or spinal canal stenosis; interval enlargement of the anterior mediastinal mass since the CT scan of the chest, abdomen, and pelvis on June 2, 2019 with increased encasement of the aortic arch and supra-aortic blood vessels was also noted.

On July 10, 2019, a chest x-ray showed an interval decrease since the most recent prior films on July 8, 2019 in the size of the small left-sided pneumothorax and resolution of the residual left pleural effusion; the study was otherwise unchanged.  The administration of methadone for pain control was initiated.

On July 11, 2019, an MRI scan of the face again revealed mild enhancement of the cisternal segments of the trigeminal nerves bilaterally and previously unreported possible asymmetric mild dural thickening at the periphery of the left Meckel's cave. Both of these findings were described as unchanged compared with the MRI scan of the brain and orbits on July 3, 2019, and were not considered to represent evidence of meningeal spread of the lymphoma. A few shotty left anterior cervical lymph nodes were also noted.

On July 12, 2019, it was noted by a neurology consultant that Ms. Murdock's peripheral neuropathy began at approximately the same time that nelarabine chemotherapy was initiated, and that her symptoms had progressed during the preceding four days to include impaired weight-bearing culminating in a fall during a physical therapy session earlier the same day. Neurologic examination revealed stable numbness over the chin, diminished pinprick sensation over the fingers and entirety of the feet, diminished vibration sense in the toes, absent proprioception in the ankles and toes, and decreased strength in the distal upper extremities and throughout the lower extremities. Because of the lack of definitive evidence for meningeal spread of Ms. Murdock's lymphoma and the possibility of an autoimmune component for her peripheral neuropathy, she was treated with a five-day course of intravenous immunoglobulin.

On July 14, 2019, Ms. Murdock evidently developed a recurrent fever with associated tachycardia and tachypnea, as well as hot flashes and increasing chest pain. CBC values included hemoglobin 7.1, WBC 0.06 with an absolute neutrophil count of 0.01, and platelets 19. Blood chemistry values included LDH markedly decreased again to 448 and albumin decreased to 2.8; there were no other significant abnormalities. Blood cultures grew methicillin-resistant S. aureus and S. epidermidis. A CT scan of the chest and abdomen revealed bilateral dependent atelectasis, small bilateral pleural effusions, bilateral pleural drains, a new (since the previous CT scan of the chest, abdomen, and pelvis on June 2, 2019) small pericardial effusion, minimal anterior left pneumomediastinum, an interval increase in the size of the anterior mediastinal mass from 9.2 x 4.8 x 6.7 cm to 12.0 x 4.9 x 12.5 cm, mild esophageal mural and/or mucosal hyperenhancement suggestive of esophagitis, new right paratracheal/retrocaval/pretracheal lymphadenopathy measuring up to 1.87 cm in diameter, a new 1.63-cm right medial infrahilar lymph node, enlargement of a left axillary lymph node from 0.34 to 0.54 cm, a new 1.0-cm epiphrenic lymph node, mild splenomegaly with a transverse diameter of 13.3 cm, severe pancreatic atrophy, and mildly increased colonic fluid suggestive of a diarrheal illness. Ms. Murdock was treated with the antibiotics cefepime and vancomycin. She also received empiric treatment for the esophagitis with the antifungal agent micafungin and subsequently the antiviral agent acyclovir (Zovirax). The right-sided chest tube was clamped. A platelet transfusion was evidently administered.

By July 15, 2019, Ms. Murdock reported improvement in her discomfort, but not much improvement in strength. Reference was made to the development of the syndrome of inappropriate antidiuretic hormone secretion (SIADH). Twice-daily methadone and hydromorphone PCA were being administered for pain control. Recurrent fever was documented, with a maximum temperature of 38.5° C, this time with associated chills, tachycardia, and tachypnea. Possible minimal triceps weakness was noted. There was improvement in muscle strength in the hip area, but increased weakness distally. Proprioception

was now impaired at the wrist and fingers as well as the ankles and toes. Physical examination was otherwise normal. CBC values included hemoglobin 9.3, WBC 0.08 with an absolute neutrophil count of 0.01, and platelets 47. Blood chemistry values included alkaline phosphatase increased again to 138, LDH increased again to 695, and albumin 2.9; there were no other significant abnormalities. Blood cultures were negative. A chest x-ray revealed a left-sided central venous access port with its catheter tip in the distal superior vena cava; a further decrease since the previous chest x-ray on July 10, 2019 in the size of the small left pneumothorax; withdrawal of the left-sided chest tube into the subcutaneous tissue of the left lateral chest wall; stability of the large anterior mediastinal mass, now occupying approximately 51% of the transthoracic diameter; a left retrocardiac density consistent with pleural effusion, atelectasis, and/or infiltrate; and a likely small right pleural effusion. The chest tubes were removed. Morphine PCA was substituted for hydromorphone PCA. Further treatment of the lymphoma with bortezomib (Velcade) and eventual stem cell transplantation if a complete remission was achieved was considered.

By July 16, 2019, Ms. Murdock's overall clinical status appeared to have declined. She had developed urinary retention, tentatively attributed to the previous hydromorphone PCA and requiring insertion of a Foley catheter, and was generally weaker. An episode of urinary incontinence overnight was noted. Ms. Murdock was continuing to experience intermittent fevers. Diffusely diminished breath sounds were noted. Impairment of pinprick sensation and proprioception had progressed, all four extremities were weak, and reflexes were absent. Ms. Murdock was tearful as a result of a discussion of her disease progression and plans. CBC values included hemoglobin 9.4, WBC 0.13 with an absolute neutrophil count of 0.02, and platelets 32. Blood chemistry values included sodium 130, glucose 138, alkaline phosphatase decreased again to 131, LDH further increased to 1101, and albumin 2.9. The C-reactive protein was 15.8. A chest x-ray demonstrated interval removal since the most recent prior chest x-ray on the previous day of the bilateral chest tubes, a possible slight increase in the apparent volume of the left pleural effusion, and apparent resolution of the residual left pneumothorax; the left-sided central venous access port with its catheter tip at the junction of the superior vena cava and right atrium, the mediastinal mass, and the infiltrate and/or atelectasis in the left lower lobe were stable. An echocardiogram showed preserved left ventricular contractility with a left ventricular ejection fraction of 60 to 65%, possible left ventricular diastolic dysfunction, trace pulmonic and tricuspid insufficiency, a trivial pericardial effusion, and cystic areas of uncertain etiology in the anterior mediastinum. After several modifications of the regimen, administration of the venetoclax combination was discontinued. Ms. Murdock was treated with chemoimmunotherapy consisting of bortezomib, the monoclonal antibody daratumumab (Darzalex), vorinostat (Zolinza), and dexamethasone. The administration of daratumumab was complicated by the development of pruritus of the eyes, nose, and throat; nausea; and chest and abdominal pain. The daratumumab infusion was interrupted and albuterol, diphenhydramine (Benadryl), and the corticosteroid hydrocortisone administered before the infusion was resumed at a slower rate. Plans for discharge under hospice care rather than additional cancer-directed therapy were noted.

On July 17, 2019, blood cultures were negative. A duplex venous ultrasound examination of the upper extremities revealed no evidence of a deep venous thrombosis, although slow flow was noted in the left internal jugular vein, possibly predisposing to

thrombosis; several prominent lymph nodes measuring up to approximately 2.7 x 1.1 x 1.9 cm in the left side of the neck and subcutaneous edema of the left forearm were also noted.

On July 18, 2019, Ms. Murdock experienced increased shortness of breath and reported ongoing abdominal pain relieved by opioid analgesics and back pain relieved by the muscle relaxant cyclobenzaprine (Flexeril). Blood chemistry values included LDH 1115. A single-view portable chest x-ray revealed interval improved aeration of the right lung base since the previous chest x-ray on July 6, 2019 and a slight decrease in the apparent volume of the moderate left pleural effusion; the left-sided central venous access port with its catheter tip at the junction of the superior vena cava and right atrium, the large anterior mediastinal mass, and the infiltrate and/or atelectasis in the left lower lobe were unchanged. However, increasing consolidation in the left lower lobe and an increase in the apparent volume of the left pleural effusion were evident on comparison with the most recent prior chest x-ray on June 16, 2019. An abdominal x-ray demonstrated a left pleural effusion and a previous core decompression tract involving the left hip, but was otherwise normal. An ultrasound examination of the abdomen revealed a left pleural effusion; there was no mural thickening of any portion of the colon.

On July 19, 2019, it was noted that Ms. Murdock was receiving intravenous naloxone (Narcan) for pruritus associated with her PCA. A maximum temperature of 38.9° C was recorded. Edema of the left arm was noted to have improved. CBC values included hemoglobin 8.7, WBC 0.08 with an absolute neutrophil count of 0, and platelets 43. A repeat platelet count, presumably after a platelet transfusion, was 63. Blood chemistry values included sodium 132 and 135, potassium 3.1 and 3.0, LDH further increased to 1533, and albumin increased to 3.3; there were no other significant abnormalities, the glucose having normalized to 94 and 104 and the uric acid remaining normal at 3.6 and 4.0. The C-reactive protein was 5.2. Blood cultures were negative. A chest x-ray showed the left-sided central venous access port with its catheter tip in the region of the distal superior vena cava, a persistent large anterior mediastinal mass, possible slight narrowing of the distal trachea and left main bronchus, a fairly large left pleural effusion with juxtaposed consolidation at the left lung base, and a possible small right pleural effusion. An ultrasound examination of the chest revealed interval decreases since the previous ultrasound examination of the chest on July 6, 2019 in the apparent volumes of the moderate left and smaller right pleural effusions; atelectasis and/or infiltrate in the left lower lobe was also noted. The left pleural effusion was considered not to be large enough to permit the insertion of a tunneled chest tube.

On July 20, 2019, progressive bradycardia, now down to the 40s, over the preceding few days was noted. CBC values included hemoglobin 8.3, WBC 0.07 with an absolute neutrophil count of 0, and platelets 50. Blood chemistry values included sodium increased slightly to 132, glucose 133, LDH further increased to 1584, and albumin 2.9; there were no other significant abnormalities, the alkaline phosphatase having normalized again to 111 and the uric acid remaining normal at 2.4. The C-reactive protein was 11.9.

By July 21, 2019, the back pain was only mild on the current analgesic regimen. Physical examination revealed an ill appearance and 1+ pedal edema, but was otherwise normal, although a detailed neurologic examination was not recorded. CBC values included hemoglobin 7.7,

WBC 0.06 with an absolute neutrophil count of 0, and platelets 28. Blood chemistry values included sodium 133, LDH decreased again to 1246, and albumin 2.8; there were no other significant abnormalities. The C-reactive protein was 6.5. A platelet transfusion was administered. Ms. Murdock was discharged from the hospital to hospice care at home. A Foley catheter remained in place. The administration of intravenous hydration fluids, the antibiotics cefepime, vancomycin, and trimethoprim-sulfamethoxazole; the antifungal agent micafungin; and the antiviral agent acyclovir was continued. Dexamethasone administration, now on a palliative basis, was also continued; administration of the remainder of the chemoimmunotherapy regimen was discontinued. Other discharge medications included methadone, morphine PCA, gabapentin, cyclobenzaprine, and sertraline.

On July 24, 2019, CBC values included hemoglobin 7.5, hematocrit 21.1, MCV 77.6, WBC 0.3, and platelets 6. CMP values included sodium 134, alkaline phosphatase increased again to 184, and albumin decreased to 2.4; there were no other significant abnormalities.

Irradiated leukocyte-depleted packed red blood cells and platelets were transfused on July 25, 2019. Post-transfusion CBC values included hemoglobin 9.1, hematocrit 26.1, MCV 79.1, WBC 0.7, and platelets 13. The WBC differential was 6 bands, 14 segmented neutrophils, 45 lymphocytes, and 35 monocytes; there were 10 nucleated red blood cells per 100 white blood cells.

On July 26, 2019, CBC values included hemoglobin 8.7, hematocrit 24.4, MCV 77.0, WBC 0.6, and platelets 7. The WBC differential was 4 bands, 31 segmented neutrophils, 38 lymphocytes, 21 monocytes, 1 metamyelocyte, and 5 myelocytes; there were 15 nucleated red blood cells per 100 white blood cells. CMP values included sodium 133, alkaline phosphatase further increased to 211, AST increased again to 63, and albumin 2.5; there were no other significant abnormalities. Another irradiated leukocyte-depleted platelet transfusion was administered. Post-transfusion CBC values included hemoglobin 8.7, hematocrit 24.2, MCV 77.3, WBC 0.7, and platelets 35. The WBC differential was 5 bands, 25 segmented neutrophils, 51 lymphocytes, 1 atypical lymphocyte, and 18 monocytes; there were 16 nucleated red blood cells per 100 white blood cells.

On July 28, 2019, Ms. Murdock was evaluated at the Murray-Callaway County Hospital Emergency Room for progressive shortness of breath for several weeks, now severe, after a hospice nurse documented unresponsiveness and respiratory failure. Additional symptoms included nausea and weight loss. EMS was reportedly unable to obtain a blood pressure reading. Ms. Murdock weighed 72.5 kg, corresponding to a BMI of 25.8 kg/sq m. Physical examination revealed regular tachycardia at a rate of 117/min, fatigue, lethargy, pallor, and severe respiratory distress. A "Do Not Resuscitate," comfort measures only, order was in place. Accordingly, supplemental oxygen at a flow rate of 15 L/min by non-rebreather face mask, multiple doses of intravenous morphine, and a dose of intravenous lorazepam were administered and transfer to Hospice House initiated. Ms. Murdock passed away in the ambulance en route to Hospice House.

OPINIONS

1. <u>Diagnosis and staging</u>.  A diagnosis of T-cell lymphoblastic leukemia/lymphoma was established by ultrasound-guided core biopsies of a large mediastinal mass on October 3, 2018, which revealed abnormal immature thymocyte proliferation.  The predominant cell population was described as a diffuse proliferation of intermediate- to large-sized immature cells.  Immunohistochemical staining revealed a predominance of CD3-positive cells that were partially positive for TdT.  Flow cytometric analysis demonstrated a small population of maturing thymic T-lymphocytes, but also a predominant population of CD4-positive and CD8-positive T-lymphocytes with bright surface CD3 expression as well as expression of CD45 and CD1a.  The flow cytometric findings were interpreted as most consistent with sampling of normal thymic tissue.  However, the overall findings from the biopsies of the mediastinal mass appeared most consistent with involvement by T-cell lymphoblastic leukemia/lymphoma, with focal areas of residual thymic tissue.  The histologic, immunohistochemical, and flow cytometric findings were reviewed at St. Jude Children's Research Hospital.

The diagnosis of T-cell lymphoblastic lymphoma was supported at the time of Ms. Murdock's presentation by flow cytometric analysis of the peripheral blood and cytologic and flow cytometric analysis of the pericardial fluid on October 5, 2018.  Flow cytometric analysis of the peripheral blood revealed a small population (0.0003 to 0.01%) of blasts expressing CD3, CD5 (subset), CD7, CD45 (dim), CD79a (subset), CD117 (dim), c (cytoplasmic) CD3, and TdT (subset), consistent with the established diagnosis of T-lymphoblastic lymphoma.  Cytologic analysis of the pericardial fluid identified a predominant lymphoblast population.  Flow cytometric analysis of the pericardial fluid identified a predominant (77%) T-lymphocyte population expressing CD1a, CD2, surface CD3 uniformly, both CD4 (dim) and CD8, CD5, CD7, CD10 (subset, dim), cCD3, T-cell receptor gamma-delta, and TdT (subset), consistent with pericardial involvement by T-lymphoblastic lymphoma.  Without a diffuse keratin-positive epithelial network in the biopsy specimens, a diagnosis of T-lymphoblastic lymphoma was favored.

At the time of a Genetic Counseling consultation on December 6, 2018, it was reported that cytogenetic analysis of the pericardial fluid obtained on October 5, 2018 had revealed a karyotype of 48,XX,+19,+20, while molecular analysis had shown overexpression of the partial NOTCH1 gene involving a complex translocation among chromosomes 1, 9, and 17; single-nucleotide variants in the PIK3R1 and NTRK3 genes; and copy number deletions (losses) in the CDKN2A (chromosome 9) and IKZF2 (chromosome 2) genes.

On December 7, 2018, a multidisciplinary review of the molecular pathology results determined that there were no genetic alterations associated with activation of the JAK-STAT pathway.

The stage of Ms. Murdock's lymphoma was stage IV by virtue of pericardial involvement, as documented by pericardiocentesis on October 5, 2018.  According to the initial reading at Murray-Callaway County Hospital, the superior mediastinal mass measured 9.1 x 4.8 cm on a CT pulmonary angiogram and CT scan of the abdomen and pelvis on October 2, 2018, which also demonstrated, among other findings, encasement of the mediastinal blood vessels by the mass as well as moderate pericardial and moderate right and small to moderate left pleural

effusions. Upon review of the CT images at Monroe Carell Jr. Children's Hospital at Vanderbilt on the following day, the mediastinal mass was measured to be at least 9.5 x 6.3 cm and exhibited mass effect on the aorta, main pulmonary artery, superior vena cava, and brachiocephalic vessels. At the time of Ms. Murdock's transfer to St. Jude Children's Research Hospital on October 4, 2018, a third interpretation of the findings on the CT scans obtained at Murray-Callaway County Hospital on October 2, 2018 measured the anterior mediastinal mass at 5.9 x 10.6 x 11.5 cm and described it as surrounding all three aortic arch vessels and extending superiorly into the lower neck, with associated marked narrowing of the left brachiocephalic vein at its junction with the superior vena cava, collateral venous structures surrounding the mass and in the left side of the neck, and possible erosive change at the superior posterior margin of the sternum; other findings included shotty axillary lymph nodes, a 1.0 x 1.5-cm left retropectoral lymph node, a 1.1 x 2.0-cm midline pericardial lymph node, a large pericardial effusion measuring up to 2.4 cm in thickness, bilateral large pleural effusions, and apparent small lymph nodes in the porta hepatis.

On September 23, 2018, a CT scan of the abdomen and pelvis revealed small bilateral pleural effusions, but was otherwise normal. On September 26, 2018, an ultrasound examination of the right upper abdominal quadrant was normal. On October 2, 2018, a chest x-ray revealed the interval development since previous films on February 20, 2018 of cardiomegaly and moderate bilateral pleural effusions. Bilateral pleural effusions were also reported on a single-view chest x-ray on October 4, 2018. On October 4, 2018, another chest x-ray revealed bilateral pleural effusions, larger on the left side, obscuring the cardiac silhouette and hemidiaphragms. On October 5, 2018, an echocardiogram showed, among other findings, a large circumferential pericardial effusion with associated diastolic collapse of the right ventricular wall and 27% variation in mitral inflow velocity with respiration, suggestive of tamponade physiology, as well as a large left pleural effusion.

The pericardial effusion identified by the CT scans and echocardiogram, and manifested by cardiomegaly (enlargement of the heart) on the chest x-ray obtained on October 2, 2018, was indicative of pericardial involvement by Ms. Murdock's lymphoma. No convincing evidence of additional anatomic sites of involvement was detected by any of the imaging studies enumerated above. Further, a bone marrow aspirate and biopsy on October 5, 2018 revealed no evidence of bone marrow involvement by the lymphoma.

Discussion of Ms. Murdock's diagnostic evaluation would not be complete without noting that her LDH blood test was elevated at the time of her presentation. The values were 492 (normal range 130 to 250) on October 3, 2018, 438 on October 4, 2018, and 388 (normal range 94 to 260) on October 5, 2018.

T-cell lymphoblastic lymphoma is a high-grade non-Hodgkin lymphoma arising in precursor T-lymphocytes of the immune system. The terminology designating this category of non-Hodgkin lymphoma, and its diagnostic criteria, reflect the 2016 World Health Organization (WHO) classification of hematopoietic and lymphoid neoplasms (2, 3). Together, T-cell lymphoblastic lymphoma and its B-cell counterpart, B-cell lymphoblastic lymphoma, which arises from precursor B-lymphocytes of the immune system, comprise the second most common

type of non-Hodgkin lymphoma in children and adolescents, accounting for 25 to 35% of all cases (4).  T-cell lymphoblastic lymphoma is far more common than the B-cell subtype, representing some 70 to 90% of lymphoblastic lymphomas (3, 4).  The designation "high-grade" may be used to distinguish T-cell lymphoblastic lymphoma from "intermediate-grade" T-cell lymphomas, such as Sezary syndrome and peripheral T-cell lymphomas, unspecified, and from "low-grade" T-cell lymphomas, such as mycosis fungoides, which tend to be characterized by progressively slower growth rates and less aggressive clinical courses.

The stage of any malignancy provides important information about the extent of disease within the body and thus helps to determine optimal treatment, estimate prognosis, and compare results among treatment groups in different clinical trials.  Stage I refers to the presence of lymphoma in a single lymph node region, while stage II denotes the presence of lymphoma in two or more lymph node regions on just one side of diaphragm, stages III indicates the involvement of lymph node regions on both sides of the diaphragm, and IV signifies diffuse or disseminated involvement of at least one extralymphatic site (such as the bone marrow or pericardium) with or without associated lymph node enlargement (3).

In the case of the lymphoblastic malignancies, considerations of diagnosis and stage converge in the distinction between leukemias and lymphomas.  Lymphoblastic lymphomas are lymph node-based or other solid-tissue infiltrates of cells that are morphologically (referring to cellular structure) and immunophenotypically (referring to the pattern of proteins on the surface of the malignant cells) identical to the immature cells present in T-cell or B-cell acute lymphoblastic leukemia (3).  Predominantly lymph node-based disease with minimal or no involvement of the bone marrow generally establishes a diagnosis of lymphoblastic lymphoma, whereas the presence of more than 25% immature lymphocytes in the bone marrow defines acute lymphoblastic leukemia (3).  With a large anterior mediastinal mass, pericardial involvement, no evidence of bone marrow involvement, and at most minimal involvement of the peripheral blood, Ms. Murdock's case was entirely consistent with T-cell lymphoblastic lymphoma rather than with T-cell acute lymphoblastic leukemia.

Activation of the NOTCH1 signaling pathway, manifested in Ms. Murdock's case by overexpression of the partial NOTCH1 gene involving a complex translocation among chromosomes 1, 9, and 17, occurs in approximately 50 to 60% of patients with T-cell lymphoblastic lymphoma or T-cell acute lymphoblastic leukemia and may suggest a relatively favorable response to treatment or outcome (4, 5).  Similarly, mutations in the CDKN2A gene on chromosome 9, manifested in Ms. Murdock's case by a copy number deletion, are also favorable prognostic factors (5).  None of the other cytogenetic or molecular abnormalities identified by Ms. Murdock's pericardial fluid analysis on October 5, 2018 is known to have prognostic significance with respect to overall or relapse-free survival or the probability of obtaining a complete remission from chemotherapy (4, 5).

It should be noted that the stage of Mr. Murdock's lymphoma has been repeatedly reevaluated by imaging studies and by repetition of the bone marrow examination on June 12, 2019.

2. <u>Treatment and response</u>.  Unless contraindicated by coexisting serious medical illness, it is strongly recommended that patients with T-cell lymphoblastic lymphoma begin treatment as soon as their diagnostic evaluation is complete.  Examples of lymphoma complications which may require brief delays in the initiation of chemotherapy in order to stabilize the patient include serious bacterial infections requiring immediate antibiotic administration; active bleeding; and severe or progressive tumor lysis syndrome, which is a pattern of metabolic abnormalities caused by rapid turnover of leukemia cells or their destruction by chemotherapy.  None of these contraindications to immediate chemotherapy was present at the time of Ms. Murdock's diagnosis.  However, the presence of a large malignant pericardial effusion and associated tamponade necessitated urgent pericardiocentesis with insertion of a pericardial drainage catheter at St. Jude Children's Research Hospital with the removal of approximately 410 cc of pericardial fluid over twelve hours, Ms. Murdock's transfer to the Intensive Care Unit, and the initiation of high-dose prednisone administration on October 5, 2018, one day prior to the initiation of induction chemotherapy.

On October 6, 2018, two days after undergoing insertion of a right basilic vein dual-lumen peripherally inserted central catheter (PICC), chemotherapy for the T-cell lymphoblastic lymphoma was initiated according to the TOTAL17 protocol, the first phase of which included daunorubicin (Cerubidine); vincristine (Oncovin); PEG-L-asparaginase (Oncaspar); prednisone; and intrathecal (administered directly into the cerebrospinal fluid) methotrexate, cytarabine (Cytosar-U, ara-C), and hydrocortisone, followed by leucovorin rescue for the methotrexate.

On October 8, 2018, Ms. Murdock underwent a lumbar puncture for cerebrospinal fluid analysis and intrathecal chemotherapy.  There was no morphologic evidence of malignancy, and an immunocytochemical stain for TdT was negative.

On October 9, 2018, a portable chest x-ray revealed a further decrease in the volume of the large bilateral pleural effusions compared with the previous films from October 6 and October 7, 2018, along with clearer and better-inflated lungs; the other findings were reported to be unchanged.  CT scans of the neck, chest, abdomen, and pelvis demonstrated interval regression since the previous CT scans on October 2, 2018 of the anterior mediastinal mass from 5.9 x 5.8 x 14.8 cm to 8.3 x 4.0 x 12.8 cm; an increase in prominence of an area of low density in the substernal portion of the mass, possibly representing necrosis; a marked decrease in the apparent volume of the pericardial and moderate-sized pleural effusions; regression or resolution of the enlarged retropectoral and pericardial lymph nodes; and development of a faint punctate nodule in the posterior aspect of the right upper lobe at the junction of the major and minor fissures, possibly representing a small intrapleural lymph node or focal pleural thickening. Extension of the anterior mediastinal mass into the superior mediastinum and AP window, contiguity with the thymus, and encasement of the great vessels, as well as subsegmental atelectasis in both lower lobes, more so on the left, and in the right middle lobe and lingula were stable.

By October 10, 2018, the LDH had decreased gradually to 357.

On October 12, 2018, Ms. Murdock underwent a lumbar puncture for cerebrospinal fluid

analysis and administration of intrathecal chemotherapy.  The results of the cerebrospinal fluid analysis have been unavailable.

By October 13, 2018, the LDH had decreased further to 305.  Flow cytometric analysis of the peripheral blood for minimal residual disease revealed fewer than 0.01% of peripheral blood mononuclear cells expressing the leukemia-associated immunophenotype defined at the time of diagnosis, using the markers CD1a, s (surface) CD3, cCD3, CD4, CD5, CD7, CD8, CD19/CD33, CD45, and HLA-DR.

By October 14, 2018, the LDH had normalized to 257.  The LDH remained normal at 235 on October 17, 2018 and 248 on October 19, 2018.

Ms. Murdock underwent another lumbar puncture for cerebrospinal fluid analysis and the administration of intrathecal chemotherapy on October 19, 2018.  Again, the results of the cerebrospinal fluid analysis have been unavailable.

Cycle-1, day-15 chemotherapy with the combination of daunorubicin and vincristine on the TOTAL 17 protocol was administered on October 20, 2018.

By October 24, 2018, the LDH had increased again to 344.

By October 26, 2018, the LDH had increased further to 478.  Cycle-1, day-22 chemotherapy with the combination of cyclophosphamide (Cytoxan), and vincristine on the TOTAL17 protocol was administered.  Ms. Murdock also underwent a lumbar puncture for cerebrospinal fluid analysis and the administration of intrathecal chemotherapy; the results of the cerebrospinal fluid analysis were once again unavailable.  An ultrasound examination of the abdomen was obtained because of worsening abdominal pain throughout the day and revealed rectal mural thickening, possibly reflecting mild proctitis.  The planned administration of the chemotherapy drug cytarabine was evidently postponed.

By October 27, 2018, the LDH had increased further to 490.

On October 28, 2018, a CT scan of the abdomen revealed interval resolution since the previous CT scan of the chest, abdomen, and pelvis on October 9, 2018 of the pericardial and bilateral pleural effusions; development of peripancreatic inflammatory stranding, edema of the proximal portion of the pancreas with surrounding free fluid, inflammation and fluid around the duodenum, inflammation throughout the right pararenal space, and mild inflammation in the right side of the lesser sac, all consistent with adjacent acute pancreatitis; development of a small volume of ascites; development of mild right pelvocaliectasis without hydronephrosis, with the right ureter mildly distended as it traversed the right pararenal space, evidently due to inflammation from adjacent acute pancreatitis, but possibly also consistent with pyelonephritis; and development of shotty retroperitoneal and mesenteric lymph nodes, presumably reactive. Steatosis (fatty infiltration) of the liver was also noted.  Chemotherapy with cytarabine and 6-mercaptopurine (Purinethol) according to the continuation of the TOTAL17 protocol was initiated.

By October 29, 2018, the LDH had decreased again to 433.

On October 30, 2018, the planned administration of PEG-L-asparaginase chemotherapy was deferred because of the recent episode of acute pancreatitis.

By November 2, 2018, the LDH had increased again to 627.

By November 5, 2018, the LDH had increased further to 696.  Because of the onset of apparent neuropathic pain, the planned administration of cytarabine was deferred, although the planned initiation of 6-mercaptopurine apparently proceeded.

By November 15, 2018, the LDH had decreased again to 469.

On November 19, 2018, the LDH had decreased further to 347.

On November 20, 2018, the LDH was 351.  CT scans of the neck and chest revealed interval marked regression since the previous CT scans of the neck, chest, abdomen, and pelvis on October 9, 2018 of the anterior mediastinal mass from 8.0 x 8.9 cm to 3.8 x 3.8 cm; identification of small anterior mediastinal and AP window lymph nodes that previously were confluent with the large mediastinal mass; regression of several small right paratracheal lymph nodes; and resolution of a previously noted hazy nodular density in the right upper lobe, bilateral atelectasis, and bilateral pleural and small pericardial effusions.  Small bilateral cervical and submandibular lymph nodes were stable.

By November 21, 2018, the LDH had increased further to 414.

By November 25, 2018, the LDH had decreased again to 386 and the uric acid, previously normal, had increased to 7.8, although without other evidence of tumor lysis syndrome.  Flow cytometric analysis of the peripheral blood for minimal residual disease panel was negative using the same panel of markers as with the previous determination on October 13, 2018.

On November 26, 2018, it was concluded that Ms. Murdock's T-cell lymphoblastic lymphoma was in remission.  A left-sided central venous access port was inserted.  Ms. Murdock entered the early intensification phase of the TOTAL17 protocol with the administration of vincristine and Erwinia L-asparaginase (Erwinaze) substituted for PEG-L-asparaginase because of the history of pancreatitis, and a lumbar puncture for cerebrospinal fluid analysis and the administration of intrathecal methotrexate and cytarabine chemotherapy with the corticosteroid hydrocortisone.  The results of the cerebrospinal fluid analysis have been unavailable.

On December 3, 2018, early intensification chemotherapy with vincristine, cyclophosphamide, and cytarabine was administered and 6-mercaptopurine chemotherapy initiated.

By December 5, 2018, the LDH had decreased further to 320.  It was noted that Ms. Murdock had received vincristine chemotherapy on the previous day, and that PEG-L-

asparaginase at a reduced dose rather than Erwinia L-asparaginase had been administered on November 30, 2018.

By December 7, 2018, the LDH had decreased further to 300 and the uric acid had normalized to 4.2.

By December 11, 2018, the LDH had decreased still further to 283.

Ms. Murdock was readmitted to St. Jude Children's Research Hospital from December 12 until December 15, 2018 to receive consolidation high-dose methotrexate chemotherapy according to the TOTAL17 protocol. A 24-hour high-dose methotrexate chemotherapy infusion was initiated on the day of admission. By December 13, 2018, the LDH had increased again to 300. On December 14, 2018, the LDH had increased further to 316. On December 15, 2018, the LDH had increased further to 368 and subsequently 403.

On December 16, 2018, physical examination revealed erythema of the oral mucosa, which was considered to reflect stomatitis caused by high-dose methotrexate chemotherapy. Ms. Murdock was readmitted to St. Jude Children's Research Hospital from December 18 until December 23, 2018 for evaluation and management of stomatitis and worsening abdominal pain. Documentation of this hospitalization has been unavailable. Treatment for the stomatitis evidently included intravenous hydration fluids and, despite an undetectable serum methotrexate level, intravenous leucovorin rescue at an increased dose.

On December 26, 2018, reference was made to discharge three days earlier from a hospitalization to receive maintenance vincristine chemotherapy or, more likely, maintenance chemotherapy including vincristine. The chemotherapy had been complicated by an apparent exacerbation of abdominal pain, which was attributed to recurrent pancreatitis. By December 26, 2018, the LDH had decreased again to 377. The administration of maintenance 6-mercaptopurine and PEG-L-asparaginase chemotherapy was deferred because of the recent recurrence of pancreatitis.

On December 28, 2018, a CT scan of the abdomen and pelvis was obtained as part of an evaluation for persistent left-sided abdominal pain and revealed interval progression since the previous CT scan of the abdomen on October 28, 2018 of fatty liver infiltration, now diffuse, and development of a well-defined 6.4 x 8.3-cm cystic process arising from the body of the pancreas and causing significant mass effect on the stomach, with edema and irregularity of the tail of the pancreas and extension of fluid to the left side of the colon, into the left adrenal bed, and into the left Gerota's fascia. Non-specific ground-glass density in the right lower lobe and minimally in the left lower lobe and mild to moderate pelvic ascites were also noted. The pancreatic findings were attributed to the development of a pseudocyst.

By January 4, 2019, the LDH had decreased further to 295.

On January 9, 2019, it was noted that Ms. Murdock had received her second maintenance high-dose methotrexate chemotherapy infusion beginning on January 7, 2019. Leucovorin rescue

was in progress.  Maintenance 6-mercaptopurine chemotherapy continued to be held. Maintenance PEG-L-asparaginase chemotherapy was discontinued because of the recurrent pancreatitis and the development of the pancreatic pseudocyst.

On January 11, 2019, Ms. Murdock stated that she had developed mouth and throat pain on the previous day, which was stable to slightly improved overnight.  Her oral intake was decreased as a result, and she complained of headaches due to the associated decrease in caffeine intake.  Ms. Murdock's mother also reported that Ms. Murdock had been nauseated.  The oral mucosa was erythematous and lesions were present on the corners of her lips.  Intravenous hydration and leucovorin rescue were in progress, with a further increase in the leucovorin dose recommended.

On January 12, 2019, it was noted that Ms. Murdock had minimal oral intake due to oral pain.  Physical examination revealed progression of stomatitis compared with the previous day, with sores on the roof of the mouth, corners of the lips, and buccal mucosa.  The administration of intravenous hydration fluids and leucovorin rescue was extended for another 48 hours despite an undetectable serum methotrexate level.

On January 14, 2019, it was noted that Ms. Murdock had most recently been discharged from the hospital on January 8, 2019 after completion of the second high-dose methotrexate infusion.  She reported that her mouth sores had improved and that as a result she was able to eat and drink more.  She was taking hydromorphone frequently for control of the oral pain.  Physical examination continued to reveal evidence of stomatitis, with an erythematous oral mucosa and one or more lesions.  The LDH had decreased further to 269.  The administration of intravenous hydration fluids and leucovorin was finally discontinued.

On January 29, 2019, it was noted that Ms. Murdock had received her third 24-hour maintenance high-dose methotrexate chemotherapy infusion beginning on January 24, 2019. Leucovorin rescue was in progress.  It is not clear whether the administration of intravenous hydration fluids was discontinued.

By January 30, 2019, the LDH had decreased further to 264.

On February 13, 2019, it was noted that Ms. Murdock had received a fourth maintenance high-dose methotrexate chemotherapy infusion.  Documentation of a planned lumbar puncture and associated cerebrospinal fluid analysis and intrathecal chemotherapy administration has not been available.

By February 20, 2019, the LDH had normalized again to 218.  Week-1 chemotherapy with the combination of vincristine, doxorubicin (Adriamycin), and 6-mercaptopurine was initiated; week-1 and week-4 dexamethasone (Decadron) was to be held due to progressive, severe avascular necrosis.

On February 27, 2019, the LDH remained normal at 197.

On March 1, 2019, a planned lumbar puncture for cerebrospinal fluid analysis and intrathecal chemotherapy was postponed in anticipation of planned orthopedic procedures.

On March 4, 2019, Ms. Murdock underwent left hip core decompression, left knee arthroscopy, and core decompression of the distal left femur and proximal left tibia. While the operative report or reports from these procedures have been unavailable, reports of plain films of the left hip and knee on March 7, 2019 confirmed that the core decompression procedures had indeed been performed.

On March 8, 2019, it was noted that 6-mercaptopurine had been held since March 4, 2019. The LDH remained normal at 238. 6-mercaptopurine chemotherapy was resumed.

On March 13, 2019, it was noted that Ms. Murdock most recently had been discharged from the hospital on March 6, 2019 after the orthopedic surgical procedures. The LDH had increased again to 288. Chemotherapy and lumbar puncture were deferred until March 15, 2019.

On March 15, 2019, it was noted that the most recently planned intravenous and intrathecal chemotherapy and cerebrospinal fluid analysis had been deferred because Ms. Murdock forgot to interrupt her enoxaparin injections. Intravenous vincristine and doxorubicin were administered and Ms. Murdock underwent a lumbar puncture for cerebrospinal fluid analysis and the administration of intrathecal chemotherapy; documentation of the lumbar puncture has not been available.

On March 20, 2019, Ms. Murdock's 6-mercaptopurine dose was increased.

By March 27, 2019, the LDH had normalized again to 213.

On April 3, 2019, the LDH remained normal at 237. Ms. Murdock underwent a lumbar puncture for cerebrospinal fluid analysis and administration of intrathecal chemotherapy. The results of the cerebrospinal fluid analysis have been unavailable. The intrathecal chemotherapy consisted of methotrexate, cytarabine, and hydrocortisone. Ms. Murdock was also scheduled to receive reinduction chemotherapy with the combination of vincristine and doxorubicin.

On April 10, 2019, Ms. Murdock complained of back and bilateral lower-extremity pain since receiving vincristine and doxorubicin chemotherapy the previous week. Dexamethasone administration had evidently been resumed in conjunction with the administration of vincristine and doxorubicin chemotherapy the previous week, representing the most recent chemotherapy cycle. The LDH remained normal at 226.

On April 13, 2019, a chest x-ray revealed a left-sided central venous access port with its catheter tip at the junction of the superior vena cava and right atrium, and was otherwise normal.

On April 17, 2019, week-9 reinduction chemotherapy with the combination of vincristine and dexamethasone was initiated.

On May 8, 2019, Ms. Murdock underwent another lumbar puncture for cerebrospinal fluid analysis and the administration of intrathecal chemotherapy with the combination of methotrexate, cytarabine, and hydrocortisone. Once again, the results of the cerebrospinal fluid analysis have been unavailable.

Ms. Murdock was evaluated at the Murray-Callaway County Hospital Emergency Room on June 2, 2019 for constant sharp, stabbing, aching upper abdominal pain for two or three days. A chest x-ray revealed a central venous access port, borderline cardiomegaly, and interval enlargement of a previously unreported left hilar mass compared with the previous chest x-ray from April 13, 2019. A CT scan of the chest, abdomen, and pelvis revealed a 5 x 7 x 9-cm anterior mediastinal mass which was interpreted as suspicious for recurrent lymphoma, given the apparent absence of a mediastinal mass on the chest x-ray from April 13, 2019; a few enlarged mediastinal lymph nodes; and peripancreatic edema suggestive of pancreatitis.

By June 5, 2019, the LDH had increased again to 473.

By June 10, 2019, the LDH had increased further to 626.

On June 11, 2019, it was noted that Ms. Murdock had missed five of seven doses of 6-mercaptopurine during the previous week, when she was ill with pancreatitis.

By June 12, 2019, the LDH had increased further to 750, and the uric acid had increased to 6.3. A PET-CT scan obtained on the previous day reportedly demonstrated increased radionuclide uptake suggestive of relapse, with markedly increased uptake in bilateral mediastinal masses; widespread abnormal uptake throughout the axial and proximal appendicular skeleton; multiple small areas of uptake in the lower neck and cardiophrenic region, consistent with lymph node involvement; and at least two small foci of uptake in the liver. These findings from the Impression section of the PET-CT report were included in a progress note from June 17, 2019. A bone marrow aspirate and biopsy were normocellular (50 to 70%), with trilineage hematopoiesis, up to 8.0% morphologically unremarkable blasts consistent with hematogones, and no definitive morphologic evidence of malignancy. Flow cytometric analysis for minimal residual disease was negative, demonstrating negligible expression of Ms. Murdock's original malignant immunophenotype. However, the increased number (approximately 25 to 50% of the bone marrow cellularity) of larger CD3-positive T-lymphocytes was considered worrisome for tumor despite their normal immunophenotype. PCR analysis of the bone marrow aspirate for T-cell receptor (TCR)-gamma gene rearrangements revealed that more than 90% of the T-lymphocytes were clonal. Next-generation sequencing analysis showed dominant clonal TCR-gamma and TCR-beta sequences. These molecular findings were consistent with a bone marrow relapse of Ms. Murdock's T-lymphoblastic lymphoma.

By June 14, 2019, the LDH had increased further to 1051.

On June 15, 2019, it was noted that Ms. Murdock had been hospitalized until earlier that same day for evaluation and management of chest pain. A chest x-ray reportedly showed a widening mediastinal mass suspicious for relapse. The LDH had decreased again to 994 and the

uric acid had normalized to 4.5.

By June 17, 2019, the LDH had increased again to 1606 and the uric acid to 6.3.  A recent undated chest x-ray report described interval enlargement compared with the previous chest x-ray from June 2, 2019 of a lobular anterior mediastinal mass.

By June 18, 2019, the uric acid had normalized again to 2.5.  Ms. Murdock underwent a CT-guided biopsy of the recurrent mediastinal mass, which reportedly confirmed the impression of relapse; the corresponding pathology reports have not been available.  A post-procedure chest x-ray revealed mild tracheal compression.  A post-procedure CT scan of the chest revealed interval enlargement compared with the CT images from the PET-CT scan on June 11, 2019 of a large anterior mediastinal mass and the development of bilateral pleural effusions; reference was subsequently made to an additional finding of compression of the superior vena cava by the mediastinal mass, although this was not described in the available report.  Initial treatment included the administration of intravenous hydration fluids, dexamethasone because of the enlargement of the mediastinal mass, and rasburicase (Elitek) for control of progressive hyperuricemia with a uric acid of 7.4.

On June 19, 2019, chemotherapy with the combination of cyclophosphamide, nelarabine (Arranon), and etoposide (Vepesid) daily for five days was initiated for treatment of relapsed T-cell lymphoblastic lymphoma.

By June 20, 2019, the LDH had increased further to 2133, but serial uric acid determinations revealed that hyperuricemia had been controlled.

By June 21, 2019, the LDH had decreased to 1594.  A chest x-ray, including bilateral decubitus views, revealed, among other findings bilateral dependent atelectasis and moderate left and small right pleural effusions as well as a stable anterior mediastinal mass.  Dexamethasone administration was discontinued.

The LDH subsequently decreased progressively to 1053 on June 22, 2019, 556 on June 25, 2019, and 490 on June 26, 2019.

A chest x-ray on June 26, 2019 revealed, among other findings, interval regression since the previous chest x-ray on June 21, 2019 of the anterior mediastinal mass, resolution of the previously noted left pleural effusion, and re-expansion of the left lower lobe.

By July 3, 2019, the LDH had increased again to 636.  A chest x-ray demonstrated interval enlargement compared with the most recent prior chest x-ray on June 26, 2019 of the anterior mediastinal mass, now measuring approximately 48% of the transthoracic diameter, and development of possible mild superior deviation of the left main bronchus, suggesting subcarinal disease, and a moderate to large left pleural effusion with possible associated compressive atelectasis within the left lower lobe.  Osteonecrosis of the right humeral head with adjacent sclerosis, partially visualized on the previous chest x-ray, was also reported.  An MRI scan of the brain and orbits was obtained as part of an evaluation for the facial numbness and blurred vision

and was normal, although the quality of the images was somewhat degraded by motion artifact, raising the possibility of signal enhancement along the cisternal course of the trigeminal nerves.

Ms. Murdock was evidently readmitted to St. Jude Children's Research Hospital from July 3 until July 21, 2019, although documentation of the rationale for admission and the admission process has been unavailable.  On July 4, 2019, a chest x-ray revealed an interval increase in the apparent volume of the moderately large left pleural effusion compared with the chest x-ray obtained on the previous day; the mediastinal lymphadenopathy and a central venous access port with its tip in the superior vena cava were unchanged.

On July 5, 2019, a chest x-ray revealed an apparent minimal decrease since the chest x-ray obtained on July 4, 2019 in the volume of the left pleural effusion, now described as large. The anterior mediastinal mass was now measured at approximately 49% of the thoracic diameter. Atelectasis was now evident in the mid- and lower aspects of the left lung and at the right lung base.  Ill-defined areas of lucency and sclerosis in the humeral heads bilaterally and a left-sided central venous access port with its catheter tip in the region of the junction between the superior vena cava and the right atrium were also noted.  Ms. Murdock was treated with venetoclax (Venclexta) in combination with cyclophosphamide, vincristine, etoposide, and dexamethasone for the lymphoma relapse.

On July 6, 2019, two chest x-rays just over six hours apart demonstrated streaky markings and interstitial prominence in the aerated portions of both lungs, with only minimal aeration on the left, progressive since the most recent prior chest x-ray on July 5, 2019; interval development of apparent narrowing or obstruction of the airways in the mid- and lower left lung; and bilateral pleural effusions, still larger on the left side, with an apparent interval increase in the volume of the left pleural effusion.  The anterior mediastinal mass and a left-sided central venous access port with its catheter tip in the region of the lower superior vena cava were unchanged.  An ultrasound examination of the chest confirmed the presence of moderate right and large left pleural effusions, with adjacent atelectasis and/or infiltrate.  Ms. Murdock underwent bilateral thoracentesis, with drainage of 100 cc of fluid from the right side of the chest and 160 cc of fluid from the left side, and insertion of bilateral chest tubes in order to drain bilateral pleural effusions.  The results of the pleural fluid analyses have not been available.

By July 7, 2019, the LDH had increased markedly further to 1244.

On July 8, 2019, a chest x-ray revealed interval near-complete drainage since the previous chest x-rays from July 6, 2019 of the left pleural effusion; the chest tubes, a small left-sided pneumothorax, moderate atelectasis involving the left lung, and the contour of the mediastinal mass were also described.  An MRI scan of the entire spine revealed multiple enhancing vertebral lesions throughout the entire vertebral column, but especially from the lower thoracic level to the sacrum, with extension to the cortical surfaces of the vertebrae and possible multilevel epidural extension, although without spinal cord compression or spinal canal stenosis; interval enlargement of the anterior mediastinal mass since the CT scan of the chest, abdomen, and pelvis on June 2, 2019 with increased encasement of the aortic arch and supra-aortic blood vessels was also noted.

On July 10, 2019, a chest x-ray showed an interval decrease since the most recent prior films on July 8, 2019 in the size of the small left-sided pneumothorax and resolution of the residual left pleural effusion; the study was otherwise unchanged.

By July 14, 2019, the LDH had decreased markedly again to 448.  A CT scan of the chest and abdomen revealed bilateral dependent atelectasis, small bilateral pleural effusions, bilateral pleural drains, a new (since the previous CT scan of the chest, abdomen, and pelvis on June 2, 2019) small pericardial effusion, minimal anterior left pneumomediastinum, an interval increase in the size of the anterior mediastinal mass from 9.2 x 4.8 x 6.7 cm to 12.0 x 4.9 x 12.5 cm, mild esophageal mural and/or mucosal hyperenhancement suggestive of esophagitis, new right paratracheal/retrocaval/pretracheal lymphadenopathy measuring up to 1.87 cm in diameter, a new 1.63-cm right medial infrahilar lymph node, enlargement of a left axillary lymph node from 0.34 to 0.54 cm, a new 1.0-cm epiphrenic lymph node, mild splenomegaly with a transverse diameter of 13.3 cm, severe pancreatic atrophy, and mildly increased colonic fluid suggestive of a diarrheal illness.

By July 15, 2019, the LDH had increased again to 695.  A chest x-ray revealed a left-sided central venous access port with its catheter tip in the distal superior vena cava; a further decrease since the previous chest x-ray on July 10, 2019 in the size of the small left pneumothorax; withdrawal of the left-sided chest tube into the subcutaneous tissue of the left lateral chest wall; stability of the large anterior mediastinal mass, now occupying approximately 51% of the transthoracic diameter; a left retrocardiac density consistent with pleural effusion, atelectasis, and/or infiltrate; and a likely small right pleural effusion.  Further treatment of the lymphoma with bortezomib (Velcade) and eventual stem cell transplantation if a complete remission was achieved was considered.

By July 16, 2016, the LDH had increased further to 1101.  A chest x-ray demonstrated interval removal since the most recent prior chest x-ray on the previous day of the bilateral chest tubes, a possible slight increase in the apparent volume of the left pleural effusion, and apparent resolution of the residual left pneumothorax; the left-sided central venous access port with its catheter tip at the junction of the superior vena cava and right atrium, the mediastinal mass, and the infiltrate and/or atelectasis in the left lower lobe were stable.  An echocardiogram showed preserved left ventricular contractility with a left ventricular ejection fraction of 60 to 65%, possible left ventricular diastolic dysfunction, trace pulmonic and tricuspid insufficiency, a trivial pericardial effusion, and cystic areas of uncertain etiology in the anterior mediastinum.  After several modifications of the regimen, administration of the venetoclax combination was discontinued.  Ms. Murdock was treated with chemoimmunotherapy consisting of bortezomib, the monoclonal antibody daratumumab (Darzalex), vorinostat (Zolinza), and dexamethasone.  The administration of daratumumab was complicated by the development of pruritus of the eyes, nose, and throat; nausea; and chest and abdominal pain.  The daratumumab infusion was interrupted and albuterol, diphenhydramine (Benadryl), and the corticosteroid hydrocortisone administered before the infusion was resumed at a slower rate.  Plans for discharge under hospice care rather than additional cancer-directed therapy were noted.

On July 17, 2019, a duplex venous ultrasound examination of the upper extremities

revealed no evidence of a deep venous thrombosis, although slow flow was noted in the left internal jugular vein, possibly predisposing to thrombosis; several prominent lymph nodes measuring up to approximately 2.7 x 1.1 x 1.9 cm in the left side of the neck and subcutaneous edema of the left forearm were also noted.

On July 18, 2019, the LDH was 1115.  A single-view portable chest x-ray revealed interval improved aeration of the right lung base since the previous chest x-ray on July 6, 2019 and a slight decrease in the apparent volume of the moderate left pleural effusion; the left-sided central venous access port with its catheter tip at the junction of the superior vena cava and right atrium, the large anterior mediastinal mass, and the infiltrate and/or atelectasis in the left lower lobe were unchanged.  An abdominal x-ray demonstrated a left pleural effusion and a previous core decompression tract involving the left hip, but was otherwise normal.  An ultrasound examination of the abdomen revealed a left pleural effusion; there was no mural thickening of any portion of the colon.

By July 19, 2019, the LDH had increased further to 1533.  A chest x-ray showed the left-sided central venous access port with its catheter tip in the region of the distal superior vena cava, a persistent large anterior mediastinal mass, possible slight narrowing of the distal trachea and left main bronchus, a fairly large left pleural effusion with juxtaposed consolidation at the left lung base, and a possible small right pleural effusion.  An ultrasound examination of the chest revealed interval decreases since the previous ultrasound examination of the chest on July 6, 2019 in the apparent volumes of the moderate left and smaller right pleural effusions; atelectasis and/or infiltrate in the left lower lobe was also noted.  The left pleural effusion was considered not to be large enough to permit the insertion of a tunneled chest tube.

By July 20, 2019, the LDH had increased further to 1584.

By July 21, 2019, the LDH had decreased again to 1246.  Ms. Murdock was discharged from the hospital to hospice care at home.  Dexamethasone administration, now on a palliative basis, was continued; administration of the remainder of the chemoimmunotherapy regimen was discontinued.

Standard initial treatment for lymphoblastic lymphoma generally involves a complex, extremely intensive multiagent chemotherapy regimen similar or identical to those used to treat acute lymphoblastic leukemia (3, 4).  These chemotherapy programs are usually sequenced into induction, consolidation or intensification, central nervous system prophylaxis, maintenance, and periodic reinduction phases.  Well-known examples of such regimens including those developed by Memorial Sloan-Kettering Cancer Center, Cancer and Leukemia Group B, the Berlin-Frankfurt-Munster cooperative group, and M.D. Anderson Cancer Center.  The Total17 protocol on which Ms. Murdock was treated at St. Jude Children's Research Hospital is fully representative of this standard approach.

After documentation of the relapse of Ms. Murdock's T-cell lymphoblastic lymphoma in early to mid-June 2019, she was treated with the chemotherapy combination of cyclophosphamide, nelarabine (Arranon), and etoposide (Vepesid), followed successively by the

combination of venetoclax (Venclexta), cyclophosphamide, vincristine, etoposide, and dexamethasone and the chemoimmunotherapy regimen consisting of bortezomib, the monoclonal antibody daratumumab (Darzalex), vorinostat (Zolinza), and dexamethasone. Although none of these treatments produced a beneficial response in Ms. Murdock's case, all were comprised of drugs with known activity in relapsed or refractory lymphoblastic lymphoma and acute lymphoblastic leukemia, and thus were entirely appropriate choices once Ms. Murdock's lymphoma was no longer responding to her initial treatment.

All of the drug combinations administered to treat Ms. Murdock's T-cell lymphoblastic lymphoma are very intensive; the complications she experienced throughout her treatment are illustrative. The treatment approach employed and the supportive care and close clinical, laboratory, and radiographic monitoring which Ms. Murdock underwent were appropriate, entirely justified, and medically necessary.

3. Disease status and prognosis. After the initiation of induction chemotherapy according to the TOTAL17 protocol for Ms. Murdock's T-cell lymphoblastic lymphoma on October 6, 2018, the LDH blood test, a marker of tumor burden or disease activity in many hematologic malignancies, decreased progressively on October 10 and October 13, 2018, normalized by October 14, 2018, and remained normal on October 17 and October 19, 2018. However, the LDH subsequently increased progressively again, beginning on October 24, 2018 and continuing to increase on October 26 and October 27, 2018. Thereafter, the LDH continued to increase and decrease cyclically while Ms. Murdock remained on the TOTAL17 protocol, sometimes returning briefly to normal and sometimes correlating with the schedule of chemotherapy administration. Sustained normalization of the LDH did not occur.

On October 13, 2018, flow cytometric analysis of the peripheral blood for minimal residual disease revealed fewer than 0.01% of peripheral blood mononuclear cells expressing the leukemia-associated immunophenotype defined at the time of diagnosis, using the markers CD1a, s (surface) CD3, cCD3, CD4, CD5, CD7, CD8, CD19/CD33, CD45, and HLA-DR. On November 25, 2018, repeat flow cytometric analysis of the peripheral blood for minimal residual disease panel was negative using the same panel of markers as with the previous determination on October 13, 2018.

Modest regression of the anterior mediastinal mass and regression or resolution of the previously noted enlarged retropectoral and pericardial lymph nodes were documented by CT scans of the neck, chest, abdomen, and pelvis on October 9, 2018. Marked further regression of the anterior mediastinal mass was demonstrated by the next CT scan of the neck and chest on November 20, 2018.

No evidence of involvement by lymphoma was identified by analysis of the cerebrospinal fluid on October 8, 2018. However, the results of subsequent cerebrospinal fluid analyses on October 12, October 19, October 26, November 26, 2018; possibly in February 2019; and on March 15, April 3, and May 8, 2019 have been unavailable.

On November 26, 2018, Ms. Murdock's physicians concluded that her T-cell

lymphoblastic lymphoma was in remission.  However, documentation that Ms. Murdock's large anterior mediastinal mass ever resolved completely has been limited to the report of a chest x-ray on April 13, 2019 which did not mention a mediastinal mass; no corroborating CT scan or PET-CT scan report has been available.  Further doubt that a complete remission had ever been achieved is cast by a chest x-ray on June 2, 2019, which reportedly showed interval enlargement of a left hilar mass identified only in retrospect on the chest x-ray from April 13, 2019, and by a CT scan of the chest, abdomen, and pelvis on June 2, 2019, just seven weeks after the chest x-ray on April 13, 2019, which demonstrated a large (5 x 7 x 9 cm) anterior mediastinal mass.  If the anterior mediastinal mass had truly been undetectable by chest x-ray on April 13, 2019, enlargement to 5 x 7 x 9 cm in only seven weeks would appear unlikely.

Regardless of the quality of the remission produced by chemotherapy on the TOTAL17 protocol, relapse of Ms. Murdock's lymphoma was documented by several lines of evidence in early and mid-June 2019.  As just discussed, a chest x-ray on June 2, 2019 revealed an enlarging left hilar mass, while a CT scan of the chest, abdomen, and pelvis on the same date showed a 5 x 7 x 9-cm anterior mediastinal mass which was interpreted as suspicious for recurrent lymphoma.  Recurrent and progressive elevation of the LDH was first demonstrated on June 5, 2019.  On June 11, 2019, a PET-CT scan reportedly demonstrated increased radionuclide uptake suggestive of relapse, with markedly increased uptake in bilateral mediastinal masses; widespread abnormal uptake throughout the axial and proximal appendicular skeleton; multiple small areas of uptake in the lower neck and cardiophrenic region, consistent with lymph node involvement; and at least two small foci of uptake in the liver.  These findings from the Impression section of the PET-CT report were included in a progress note from June 17, 2019.  A bone marrow aspirate and biopsy on June 12, 2019 yielded molecular evidence of a bone marrow relapse of Ms. Murdock's T-lymphoblastic lymphoma, with more than 90% of the T-lymphocytes found to be clonal on PCR analysis of the bone marrow aspirate for T-cell receptor (TCR)-gamma gene rearrangements and dominant clonal TCR-gamma and TCR-beta sequences on next-generation sequencing analysis.  On June 15, 2019, a chest x-ray reportedly showed a widening mediastinal mass interpreted as suspicious for relapse.  Finally, a CT-guided biopsy of the recurrent mediastinal mass on June 18, 2019 reportedly confirmed the impression of relapse, although the corresponding pathology reports have not been available.  A post-procedure chest x-ray revealed mild tracheal compression.  A post-procedure CT scan of the chest revealed interval enlargement compared with the CT images from the PET-CT scan on June 11, 2019 of a large anterior mediastinal mass and the development of bilateral pleural effusions; reference was subsequently made to an additional finding of compression of the superior vena cava by the mediastinal mass, although this was not described in the available report.

After the initiation of chemotherapy for Ms. Murdock's relapsed T-cell lymphoblastic lymphoma with the combination of cyclophosphamide, nelarabine, and etoposide on June 19, 2019, the LDH decreased progressively but transiently again between June 20 and June 26, 2019, while a chest x-ray on June 26, 2019 revealed, among other findings, interval regression since a previous chest x-ray on June 21, 2019 of the anterior mediastinal mass, resolution of the previously noted left pleural effusion, and re-expansion of the left lower lobe.

However, recurrent and progressive elevation of the LDH was documented again on July

3 and July 7, 2019.  A chest x-ray on July 3, 2019 demonstrated interval enlargement compared with the most recent prior chest x-ray on June 26, 2019 of the anterior mediastinal mass, now measuring approximately 48% of the transthoracic diameter, and development of possible mild superior deviation of the left main bronchus, suggesting subcarinal disease, and a moderate to large left pleural effusion with possible associated compressive atelectasis within the left lower lobe.  Osteonecrosis of the right humeral head with adjacent sclerosis, partially visualized on the previous chest x-ray, was also reported.  An MRI scan of the brain and orbits was obtained as part of an evaluation for the facial numbness and blurred vision and was normal, although the quality of the images was somewhat degraded by motion artifact, raising the possibility of signal enhancement along the cisternal course of the trigeminal nerves.

Subsequent chest x-rays on July 4, July 5, and July 6, 2019 revealed no further change in the appearance of the anterior mediastinal mass.  However, by July 5, 2019, atelectasis had become evident in the mid- and lower aspects of the left lung and at the right lung base, while ill-defined areas of lucency and sclerosis in the humeral heads bilaterally were also noted.  Findings on two chest x-rays just over six hours apart on July 6, 2019 included only minimal residual aeration of the left lung, progressive since the most recent prior chest x-ray on July 5, 2019, and interval development of apparent narrowing or obstruction of the airways in the mid- and lower portions of the left lung.  On July 6, 2019, an ultrasound examination of the chest confirmed the presence of moderate right and large left pleural effusions, with adjacent atelectasis and/or infiltrate.  Ms. Murdock underwent bilateral thoracentesis, with drainage of 100 cc of fluid from the right side of the chest and 160 cc of fluid from the left side, and insertion of bilateral chest tubes in order to drain the bilateral pleural effusions.  The results of the pleural fluid analyses have not been available.

After the initiation of treatment with venetoclax, cyclophosphamide, vincristine, etoposide, and dexamethasone on July 5, 2019, the LDH decreased markedly by July 14, 2019 before increasing progressively once again on July 15 and July 16, 2019.  No change in the size of the anterior mediastinal mass was noted on chest x-rays on July 8, July 10, July 15, or July 16, 2019.  On July 8, 2019, an MRI scan of the entire spine revealed multiple enhancing vertebral lesions throughout the entire vertebral column, but especially from the lower thoracic level to the sacrum, with extension to the cortical surfaces of the vertebrae and possible multilevel epidural extension, although without spinal cord compression or spinal canal stenosis; interval enlargement of the anterior mediastinal mass since the CT scan of the chest, abdomen, and pelvis on June 2, 2019 with increased encasement of the aortic arch and supra-aortic blood vessels was also noted.  On July 11, 2019, an MRI scan of the face again revealed mild enhancement of the cisternal segments of the trigeminal nerves bilaterally and previously unreported possible asymmetric mild dural thickening at the periphery of the left Meckel's cave.  Both of these findings were described as unchanged compared with the MRI scan of the brain and orbits on July 3, 2019, and were not considered to represent evidence of meningeal spread of the lymphoma.  A few shotty left anterior cervical lymph nodes were also noted.  Because of the lack of definitive evidence for meningeal spread of Ms. Murdock's lymphoma and the possibility of an autoimmune component for her peripheral neuropathy, she was treated with a five-day course of intravenous immunoglobulin beginning on July 12, 2019.  On July 14, 2019, a CT scan of the chest and abdomen revealed, among other findings, a recurrent small pericardial effusion, which

was new since the previous CT scan of the chest, abdomen, and pelvis on June 2, 2019; an interval increase in the size of the anterior mediastinal mass from 9.2 x 4.8 x 6.7 cm to 12.0 x 4.9 x 12.5 cm; new right paratracheal/retrocaval/pretracheal lymphadenopathy measuring up to 1.87 cm in diameter; a new 1.63-cm right medial infrahilar lymph node; enlargement of a left axillary lymph node from 0.34 to 0.54 cm; a new 1.0-cm epiphrenic lymph node; and mild splenomegaly with a transverse diameter of 13.3 cm. The latest recurrent and progressive elevation of the LDH and the findings on the MRI scan of the spine and the CT scan of the chest and abdomen indicated that Ms. Murdock's T-cell lymphoblastic lymphoma was continuing to progress and that there had been no early beneficial response to treatment with venetoclax, cyclophosphamide, vincristine, etoposide, and dexamethasone.

On July 16, 2016, an echocardiogram confirmed that the recurrent pericardial effusion was only very small. After several modifications of the regimen, administration of the venetoclax combination was discontinued. Ms. Murdock was treated with chemoimmunotherapy consisting of bortezomib, the monoclonal antibody daratumumab, vorinostat, and dexamethasone, the final treatment for her lymphoma. Plans for discharge under hospice care rather than additional cancer-directed therapy were noted.

Further increases in the LDH were documented on July 18, July 19, and July 20, 2019, followed by another decrease on July 21, 2019. On July 17, 2019, a duplex venous ultrasound examination of the upper extremities revealed several prominent lymph nodes measuring up to approximately 2.7 x 1.1 x 1.9 cm in the left side of the neck. A single-view portable chest x-ray on July 18, 2019 and a chest x-ray on July 19, 2019 revealed no interval change in the appearance of the large anterior mediastinal mass. The chest x-ray on July 19, 2019 did, however, show possible slight narrowing of the distal trachea and left main bronchus. An ultrasound examination of the chest on that date revealed interval decreases since the previous ultrasound examination of the chest on July 6, 2019 in the apparent volumes of the moderate left and smaller right pleural effusions; atelectasis and/or infiltrate in the left lower lobe was also noted. The left pleural effusion was considered not to be large enough to permit the insertion of a tunneled chest tube.

On July 21, 2019, Ms. Murdock was discharged from the hospital to hospice care at home. Dexamethasone administration, now on a palliative basis, was continued; administration of the remainder of the chemoimmunotherapy regimen was discontinued.

The last month of Ms. Murdock's life was characterized by episodes of pain in the chest, abdomen, and back, for which strong opioid analgesics (hydromorphone, methadone, morphine) were administered; recurrent and progressive shortness of breath; progressive neurologic symptoms, including weakness and numbness; intermittent fevers, due at least in part to blood-borne methicillin-resistant S. aureus and S. epidermidis infections documented on July 14, 2019; and persistent moderately severe to severe pancytopenia, necessitating multiple platelet transfusions and a packed red blood cell transfusion on July 25, 2019.

On July 28, 2019, Ms. Murdock was evaluated at the Murray-Callaway County Hospital Emergency Room for progressive shortness of breath for several weeks, now severe, after a

hospice nurse documented unresponsiveness and respiratory failure.  Additional symptoms included nausea and weight loss.  EMS was reportedly unable to obtain a blood pressure reading. Physical examination revealed regular tachycardia at a rate of 117/min, fatigue, lethargy, pallor, and severe respiratory distress.  A "Do Not Resuscitate," comfort measures only, order was in place.  Accordingly, supplemental oxygen at a flow rate of 15 L/min by non-rebreather face mask, multiple doses of intravenous morphine, and a dose of intravenous lorazepam were administered and transfer to Hospice House initiated.  Ms. Murdock passed away in the ambulance en route to Hospice House.

In summary, Ms. Murdock's initial chemotherapy according to the multiagent, multiphase intensive TOTAL17 protocol, which was initiated on October 6, 2018, produced a remission of her T-cell lymphoblastic lymphoma by late November 2018, although the remission may well have been partial rather than complete, as discussed above.  Unfortunately, relapse of the lymphoma was documented in early to mid-June 2019 while Ms. Murdock was still receiving chemotherapy on the TOTAL17 protocol.  The relapse thus occurred just eight months after the initiation of chemotherapy.  Thereafter, Ms. Murdock's T-cell lymphoblastic lymphoma continued to progress.  There is no evidence that any of the three treatment regimens that she received for the relapse in June and July 2019 produced a beneficial therapeutic response.

Long-term disease-free survival and even cure should the goals of treatment in patients with T-cell lymphoblastic lymphomas.  However, the prognosis for patients with this malignancy has several dimensions (3, 4).  Fewer than 5% of patients with T-cell lymphoblastic lymphoma have localized disease (stages I or II) at the time of diagnosis (3, 4).  Using chemotherapy regimens for initial treatment similar to the TOTAL17 regimen administered to Ms. Murdock, event-free survival rates of 75 to 90%, typically at five years, can be expected based on the results of published clinical trials (4).  A number of adverse prognostic factors have been identified in patients with lymphoblastic lymphoma (3, 4).  These include an elevated LDH, which was characteristic of Ms. Murdock's clinical course; stage IV disease, which was present at the time of her presentation by virtue of cytologically documented pericardial involvement, and the subsequent development of bone marrow involvement; and central nervous system involvement, which was suspected late in Ms. Murdock's course, but not proven.  In contrast, activation of the NOTCH1 signaling pathway, manifested in Ms. Murdock's case by overexpression of the partial NOTCH1 gene involving a complex translocation among chromosomes 1, 9, and 17 as detected by pericardial fluid analysis on October 5, 2018, may be a favorable prognostic factor, suggesting, as previously discussed, a relatively favorable response to treatment or outcome (4, 5).  Similarly, mutations in the CDKN2A gene on chromosome 9, manifested in Ms. Murdock's case by a copy number deletion also detected by pericardial fluid analysis on October 5, 2018, are also favorable prognostic factors (5).  None of the other cytogenetic and molecular abnormalities which have been tentatively associated with a favorable or unfavorable prognosis in patients with lymphoblastic lymphoma (4, 5) was identified in Ms. Murdock's case.  Flow cytometric analysis of the peripheral blood on October 5, 2018 did not detect a sufficient amount of "minimal disseminated disease" to suggest an unfavorable prognosis at the time of Ms. Murdock's presentation (4).  On the same date, there was no evidence of bone marrow involvement.

Ms. Murdock's prognosis and outcome were doubtless impacted by her inability to receive the planned full course of chemotherapy according to the TOTAL17 regimen because of multiple severe treatment toxicities.  Omissions of drugs, dose reductions, and treatment delays necessitated by toxicity, discussed in detail in the immediately preceding and following sections of this report, may all compromise the outcome of treatment.

Despite the promising, even impressive, results achieved by the chemotherapy clinical trials in patients with T-cell lymphoblastic lymphoma, Ms. Murdock's outcome was abysmal.  As previously discussed, relapse of Ms. Murdock's lymphoma was documented in early to mid-June 2019 while Ms. Murdock was still receiving chemotherapy on the TOTAL17 protocol, just eight months after her diagnosis was established and treatment initiated in early October 2018.  Ms. Murdock subsequently survived for less than two months from the time of relapse until her death on July 28, 2019, despite the sequential administration of three treatment regimens for the relapse.  Had any of these treatments produced a beneficial response, Ms. Murdock would have been able to undergo a potentially curative hematopoietic stem cell transplant.  Instead, all of the treatments she received for the relapse were unsuccessful, and Ms. Murdock survived for less than ten months from the time of her diagnosis.

Certainly, most patients with T-cell lymphoblastic lymphoma should be alive and disease-free five years after the initiation of treatment.  However, it is a matter of common sense that a projected five-year or even ten-year event-free survival of 75 to 90% does not represent an optimal outcome for a patient diagnosed with T-cell lymphoblastic lymphoma at age 17, as was the case for Ms. Murdock.

4.  <u>Complications of Ms. Murdock's lymphoma and its treatment</u>.  Both T-cell lymphoblastic lymphoma and, separately, its treatment commonly produce complications which may be severe, producing symptoms, potentially compromising the survival and/or quality of life of the patient, and causing distress for the patient and family.  In lieu of a general catalog of such complications, only those specifically experienced by Ms. Murdock, all of which have been discussed above, will be listed.

For purposes of this discussion, the complications of Ms. Murdock's clinical course will be divided into the complications attributable directly to the lymphoma, which were already present at the time of her diagnosis, those which arose during her chemotherapy on the TOTAL17 protocol, and those associated with her treatment on each of the three regimens administered in a vain attempt to control her relapse..

<u>Presentation</u>:

On September 12, 2018, Ms. Murdock complained of swelling on her head and a sensation of heaviness of her head after being struck in the head while playing volleyball.  While these symptoms were obviously unrelated to her lymphoma, additional symptoms reported at that time included fatigue, decreased energy, an episode of nausea during the previous evening, back pain, and episodes of dizziness.  Physical examination revealed a fatigued and ill appearance as well as slight edema and tenderness in the left frontoparietal region.

On September 23, 2018, Ms. Murdock complained of nausea, pain across the mid-abdomen radiating to the lower back, gas, and bloating for one week and the acute onset of diarrhea. Ms. Murdock was evaluated at the Jackson Purchase Medical Center Emergency Room in Mayfield, Kentucky that evening for the same complaints. A CBC and WBC differential revealed mild leukocytosis (WBC 14.4) and marked eosinophilia (19%), the latter a possible indicator of active malignancy.

On September 24, 2018, Ms. Murdock reported that the abdominal pain was worse with eating. Limited physical examination revealed epigastric and right upper quadrant abdominal tenderness.

On October 2, 2018, Ms. Murdock was evaluated at the Murray-Callaway County Hospital Emergency Room in Murray, Kentucky for sharp and cramping epigastric and right upper quadrant abdominal pain which began three weeks earlier. The pain had been intermittent during the first week, but subsequently became continuous. At its worst, the pain was severe. The pain was exacerbated by movement and deep breaths. Additional symptoms included subjective fever, chills, sweats, vomiting, moderately severe sharp pleuritic mid-chest pain, moderate shortness of breath, an occasional cough, and loose stools. Physical examination revealed moderate diaphoresis, vomiting of yellow bile, coarse breath sounds at the lung bases and moderate epigastric and right-sided abdominal tenderness. A greater degree of leukocytosis (WBC 27.6) and persistent marked eosinophilia (25%) were documented by a CBC and WBC differential. A chest x-ray revealed the interval development since previous films on February 20, 2018 of cardiomegaly, mild bibasilar atelectasis or pneumonia, and moderate bilateral pleural effusions. A CT pulmonary angiogram and CT scan of the abdomen and pelvis demonstrated, among other findings, a 9.1 x 4.8-cm superior mediastinal mass encasing the mediastinal blood vessels, mild bilateral atelectasis and/or infiltrates, and moderate pericardial and moderate right and small to moderate left pleural effusions. The cardiomegaly, atelectasis and/or infiltrates, and pericardial and pleural effusions were direct cardiovascular and pulmonary consequences of the large mediastinal mass. Treatment included an intravenous normal saline bolus, the antibiotic ertapenem (Invanz), and anti-emetics.

Ms. Murdock was transferred to Monroe Carell Jr. Children's Hospital at Vanderbilt through the Emergency Department from October 3 until October 4, 2018 for evaluation and management of the mediastinal mass. At the time of transfer, Ms. Murdock stated that the constant right upper quadrant abdominal pain had been present for two weeks and exertional shortness of breath for one week. She confirmed the occurrence of low-grade fevers, chills, sweats, and a dry cough and indicated that she had been treated with valacyclovir (Valtrex) for herpetic lesions on the forehead approximately three weeks prior to admission, but was unable to tolerate it because of nausea. Additional symptoms included fatigue, malaise, palpitations, headache, chronic nosebleeds, anxiety, and an eight-pound weight loss over three weeks. Physical examination revealed tachypnea, diminished breath sounds over the left lung or at both lung bases, right upper quadrant abdominal tenderness, and left upper abdominal quadrant fullness. Both the leukocytosis (WBC 12.5) and eosinophilia (10.9%) were less severe on a CBC and automated WBC differential. A second interpretation of the CT scans obtained at Murray-Callaway County Hospital indicated that the mediastinal mass measured at least 9.5 x 6.3 cm,

with mass effect on the aorta, main pulmonary artery, superior vena cava, and brachiocephalic vessels. Immediate treatment included the administration of intravenous hydration fluids and as-needed pain medication and anti-emetics. On October 4, 2018, more severe leukocytosis (WBC 18.2) and eosinophilia (51.2%) were evident on a CBC and automated WBC differential. Ms. Murdock underwent insertion of a right basilic vein dual-lumen peripherally inserted central catheter (PICC), without complications. A post-procedure single-view chest x-ray confirmed interval insertion of the right upper extremity PICC and revealed worsening atelectasis at the left lung base since the previous films on October 2, 2018 and bilateral pleural effusions.

Ms. Murdock was transferred to St. Jude Children's Research Hospital from October 4 until October 10, 2018 for further evaluation and management of newly diagnosed T-cell lymphoblastic leukemia/lymphoma. Reference was made to treatment with valacyclovir for a herpetic rash on the eyelid three weeks prior to admission. This treatment was complicated by nausea, progressive abdominal pain, and a decreased appetite. Admission chest x-ray revealed bibasilar compressive atelectasis; bilateral pleural effusions, larger on the left side, obscuring the cardiac silhouette and hemidiaphragms; and a right-sided PICC. A third interpretation of the CT scans obtained at Murray-Callaway County Hospital on October 2, 2018 described, among other findings, multifocal ground-glass densities throughout the lungs, but predominantly in the lower lobes bilaterally, most likely related to compression of small airways by the pleural effusions; scattered patchy, "almost nodular" densities throughout both lungs, although without discrete focal nodules; bibasilar atelectasis; shotty axillary lymph nodes; a 1.0 x 1.5-cm left retropectoral lymph node; a 1.1 x 2.0-cm midline pericardial lymph node; a 5.9 x 10.6 x 11.5-cm homogeneous anterior mediastinal mass surrounding all three aortic arch vessels and extending superiorly into the lower neck, with associated marked narrowing of the left brachiocephalic vein at its junction with the superior vena cava, collateral venous structures surrounding the mass and in the left side of the neck, and possible erosive change at the superior posterior margin of the sternum; a large pericardial effusion measuring up to 2.4 cm in thickness; bilateral large pleural effusions; mild periportal edema; and apparent small lymph nodes in the porta hepatis.

On October 5, 2018, Ms. Murdock complained of nausea; the development of pain, swelling, and warmth of the left upper extremity after attempted insertion of a peripheral intravenous catheter; gradual worsening of her headache; and decreased appetite. Physical examination revealed bilateral rhonchi, more pronounced on the left side; slightly distant heart tones; palpation of the liver edge 4 or 5 cm below the right costal margin; a dual-lumen PICC in the right upper extremity; and swelling and decreased range of motion of the left upper extremity. A CBC and automated WBC differential again revealed marked leukocytosis (WBC 17.26) and eosinophilia (49.2%). An echocardiogram showed, among other findings, a large circumferential pericardial effusion with associated diastolic collapse of the right ventricular wall and 27% variation in mitral inflow velocity with respiration, suggestive of tamponade physiology; a large left pleural effusion; and a 5.0 x 2.75-cm echogenic mass in the pleural space. Because of the echocardiographic findings of a large pericardial effusion and associated tamponade, Ms. Murdock underwent urgent pericardiocentesis with insertion of a pericardial drainage catheter, with the removal of approximately 410 cc of pericardial fluid over twelve hours; transfer to the Intensive Care Unit; and the initiation of high-dose prednisone administration, all on October 5, 2018, one day prior to the initiation of induction chemotherapy. approximately 35 cc of

pericardial fluid was drained immediately and approximately 375 cc of additional fluid during the subsequent twelve hours.  Analysis of the pericardial fluid provided cytologic and flow cytometric evidence of pericardial involvement by T-cell lymphoblastic lymphoma.  High-dose prednisone administration was complicated by the development of blood pressure elevation requiring the administration of hydralazine for control.

On October 6, 2018, a chest x-ray revealed, among other findings, widening of the superior mediastinum; interval enlargement since the previous films from October 4, 2018 of the moderate bilateral pleural effusions, now with loculation laterally on the left and along the left lung apex and associated compressive atelectasis; haziness throughout the right upper and mid-lung fields, possibly reflecting layering pleural effusion, edema, or pneumonia.  A duplex venous ultrasound examination of the upper extremities revealed an occlusive deep venous thrombosis in the left internal jugular vein and a superficial venous thrombosis in the left cephalic vein. Therapeutic anticoagulation with enoxaparin was initiated.

<u>Initial chemotherapy: TOTAL17</u>:

On October 6, 2018, chemotherapy for the T-lymphoblastic lymphoma was initiated according to the TOTAL17 protocol, the first phase of which included daunorubicin; vincristine ; PEG-L-asparaginase; prednisone; and intrathecal methotrexate, cytarabine, and hydrocortisone, followed by leucovorin rescue for the methotrexate.

The TOTAL17 regimen is a complex, extremely intensive multiagent, multiphase chemotherapy regimen, which includes the administration of intrathecal chemotherapy to prevent the development of central nervous system involvement.  TOTAL17 is similar or identical to the regimens used to treat acute lymphoblastic leukemia (3, 4).  Complications of intensive chemotherapy regimens for lymphoblastic lymphoma, such as TOTAL17, include anemia, leukopenia, neutropenia, and thrombocytopenia, with their attendant risks of infection, bleeding, and requirement for transfusions.  These low blood counts are universal, universally severe, and even potentially life-threatening in patients treated with such chemotherapy combinations.

Ms. Murdock required the insertion of a right basilic vein dual-lumen peripherally inserted central catheter (PICC) on October 4, 2018, in anticipation of intensive chemotherapy for her lymphoma.  Central venous access devices require continuous maintenance.  They must be flushed to prevent blood clotting, and the overlying dressing must be changed regularly. Besides local pain with insertion, the insertion and maintenance of a central venous access port or catheter are associated with risks of infection and bleeding as long as the device remains present, particularly in patients with low white blood cell and neutrophil counts or a low platelet count, respectively, whether due to disease or chemotherapy.  Conversely, central venous access devices are also susceptible to clotting, which may progress to deep venous thrombosis of an upper extremity.  Most important, the risk of infection of a central venous access device should be regarded as elevated in anyone who is immunocompromised, a condition which may be due to lymphoma itself, chemotherapy, or even non-chemotherapeutic treatment for lymphoma.  In fact, an apparent insertion site infection necessitated the removal of Ms. Murdock's PICC on November 21, 2018 and insertion of a left-sided central venous access port on November 26,

2018.  The port remained in place for the rest of Ms. Murdock's life.

On October 7, 2018, the pericardial drainage catheter was removed.  A chest x-ray revealed, among other findings, moderate bilateral pleural effusions, with an interval slight decrease in volume; compressive atelectasis and/or consolidation in the lower lobes of both lungs; and widening of the superior mediastinum, consistent with lymphadenopathy.  A follow-up echocardiogram revealed only a small residual posterior pericardial effusion without associated compression of the right ventricle.

On October 8, 2018, the edema of the left upper extremity was noted to have improved.  A portable chest x-ray demonstrated, among other findings, an interval slight decrease since the prior films on October 6, 2018 in the apparent volumes of the moderate bilateral pleural effusions, stable bilateral compressive atelectasis and/or consolidation in the lower lobes, and widening of the superior mediastinum.  Another follow-up echocardiogram showed, among other findings, a large pleural effusion but no residual pericardial effusion.  Ms. Murdock was transferred out of the Intensive Care Unit.

On October 9, 2018, Ms. Murdock developed atypical chest pain, which was treated with the H2-blocker ranitidine (Zantac).  A portable chest x-ray revealed a further decrease in the volume of the large bilateral pleural effusions compared with the previous films from October 7, 2018, along with clearer and better-inflated lungs; the other findings were reported to be unchanged, although mild cardiomegaly was noted for the first time.  CT scans of the neck, chest, abdomen, and pelvis demonstrated, among other findings, interval regression since the previous CT scans on October 2, 2018 of the anterior mediastinal mass from 5.9 x 5.8 x 14.8 cm to 8.3 x 4.0 x 12.8 cm; an increase in prominence of an area of low density in the substernal portion of the mass, possibly representing necrosis; a marked decrease in the apparent volume of the pericardial and moderate-sized pleural effusions; regression or resolution of the enlarged retropectoral and pericardial lymph nodes; and development of a faint punctate nodule in the posterior aspect of the right upper lobe at the junction of the major and minor fissures, possibly representing a small intrapleural lymph node or focal pleural thickening.  Extension of the anterior mediastinal mass into the superior mediastinum and AP window, contiguity with the thymus, and encasement of the great vessels; and subsegmental atelectasis in both lower lobes, more so on the left, and in the right middle lobe and lingula were stable.

On October 10, 2018, Ms. Murdock was discharged from the hospital.  Discharge medications included the prophylactic antibiotic levofloxacin (Levaquin) and antifungal agent micafungin (Mycamine).

On October 12, 2018, another echocardiogram showed, among other findings, trace pericardial effusion.

On October 13, 2018, Ms. Murdock complained of intermittent pain at the site of her first lumbar puncture on October 8, 2018, improved with the administration of morphine.

On October 14, 2018, Ms. Murdock complained of a recurrent headache.

On October 16, 2018, occasional vomiting was reported.

On October 19, 2018, nausea and vomiting were again noted. Trimethoprim-sulfamethoxazole (Septra DS) prophylaxis for Pneumocystis pneumonia was to begin on October 22, 2018.

Cycle-1, day-15 chemotherapy with the combination of daunorubicin and vincristine on the TOTAL17 protocol was administered on October 20, 2018.

On October 24, 2018, Ms. Murdock reported that her nausea and vomiting were better controlled since starting scopolamine patches two days earlier. However, she had been treated with pantoprazole (Protonix) on the same date for epigastric pain, which persisted. She was also being treated with famciclovir (Famvir) for an apparently herpetic lip lesion. Physical examination revealed a healing lip lesion and epigastric tenderness. Ms. Murdock's family reported that she had experienced two episodes of infectious mononucleosis during the preceding two years.

On October 26, 2018, Ms. Murdock complained of fatigue, hot flashes, acute throat discomfort possibly due to dryness, nausea without further associated vomiting, pain across the upper abdomen, constipation, and bloating, but reported improvement in a previous complaint of heartburn. Physical examination revealed mild epigastric tenderness. The lipase had increased to 113 from 20 on October 24, 2018, although the serum amylase remained normal. The triglycerides were elevated at 450. An ultrasound examination of the abdomen was obtained because of worsening abdominal pain throughout the day and revealed rectal mural thickening, possibly reflecting mild proctitis. The planned administration of the chemotherapy drug cytarabine was evidently postponed.

Accordingly, Ms. Murdock was admitted to St. Jude Children's Research Hospital from October 26 until October 29, 2018 to undergo an evaluation for possible pancreatitis and to receive the antibiotics cefepime (Maxipime) and metronidazole (Flagyl) intravenously for possible proctitis. Cultures were reportedly negative, although the site or sites cultured were not documented. On October 27, 2018, Ms. Murdock reported improvement in her abdominal pain, now localized primarily to the periumbilical region. Physical examination was unchanged. The lipase had increased further to 185, although the serum amylase remained normal. The triglycerides had decreased markedly to 208. An ultrasound examination of the abdomen was inconclusive with respect to pancreatitis, as the pancreas was not visualized due to overlying bowel gas; overall, the study was otherwise normal. It was noted that Ms. Murdock was also receiving intravenous hydration fluids. Enoxaparin anticoagulation was withheld, evidently because of the bleeding risk associated with chemotherapy.

On October 28, 2018, Ms. Murdock reported continued improvement in her abdominal pain, especially after a bowel movement during the previous evening, but noted that at times it was painful to eat. She also complained of constant aching left elbow and bilateral knee pain. Physical examination revealed the overnight development of 1+ bilateral lower-extremity edema and mild lower-extremity tenderness. An ultrasound examination of the abdomen was repeated

with a focus on the region of the pancreas, but again found the pancreas to be obscured by bowel gas. A CT scan of the abdomen revealed interval resolution since the previous CT scan of the chest, abdomen, and pelvis on October 9, 2018 of the pericardial and bilateral pleural effusions; development of peripancreatic inflammatory stranding, edema of the proximal portion of the pancreas with surrounding free fluid, inflammation and fluid around the duodenum, inflammation throughout the right pararenal space, and mild inflammation in the right side of the lesser sac, all consistent with adjacent acute pancreatitis; development of a small volume of ascites; development of mild right pelvocaliectasis without hydronephrosis, with the right ureter mildly distended as it traversed the right pararenal space, evidently due to inflammation from adjacent acute pancreatitis, but possibly also consistent with pyelonephritis; and development of shotty retroperitoneal and mesenteric lymph nodes, presumably reactive. Steatosis (fatty infiltration) of the liver was also noted. Ms. Murdock was treated with gabapentin (Neurontin) for neuropathic pain.

By October 29, 2018, it appeared that the abdominal pain had most recently become localized to the left upper quadrant, but had resolved and was no longer triggered or exacerbated by eating. Physical examination revealed dried blood in the left nostril, which was attributed to a herpetic lesion and mild left upper quadrant abdominal tenderness; the presence or absence of lower-extremity edema or tenderness was not mentioned in the progress note. The lipase had normalized to 48, while the serum amylase remained normal. As Ms. Murdock's presenting complaint of abdominal pain was now attributed to acute pancreatitis rather than proctitis, the administration of the antibiotics cefepime and metronidazole was discontinued, and she was discharged from the hospital.

On October 30, 2018, enoxaparin anticoagulation was resumed. Prophylactic levofloxacin and micafungin administration was discontinued because of neutrophil recovery. The planned administration of PEG-L-asparaginase chemotherapy was deferred because of the recent episode of acute pancreatitis.

By November 2, 2018, the lipase had increased again to 84, while the serum amylase remained normal.

On November 5, 2018, Ms. Murdock complained of progressive severe constant pain in the hands, knees, and feet exacerbated by touch and cold for approximately two days; her gabapentin dose had been increased and morphine had been administered without relief. Physical examination revealed apparent mild distress; tenderness of the hands, knees, and feet; and an ecchymosis on the left knee. The lipase was reportedly elevated again, but the documentation has been unavailable. Ms. Murdock's pain was thought most likely due to neuropathy. The planned administration of cytarabine was deferred, although the planned initiation of 6-mercaptopurine apparently proceeded.

Ms. Murdock was readmitted to St. Jude Children's Research Hospital from November 5 until November 9, 2018 for pain control. Initial treatment included the administration of morphine by patient-controlled analgesia. On November 6, 2018, Ms. Murdock developed severe acute bilateral leg pain requiring the administration of two doses each of morphine and

lorazepam (Ativan). Leukocytosis and eosinophilia were no longer evident on the admission CBC and automated WBC differential. By November 7, 2018, pain in the wrists and ankles had subsided, although knee pain persisted. Physical examination revealed right knee tenderness, but was otherwise normal. Ms. Murdock's pain was attributed to chemotherapy-related sensory and apparent motor peripheral neuropathy. She received a transfusion of two units of packed red blood cells. On November 8, 2018, Ms. Murdock's gabapentin and sertraline doses were increased further. On November 9, 2018, it was noted that the lidocaine infusion on the previous day was effective for only about two hours after the infusion ended. However, the hand and knee pain had resolved by the morning of November 9, 2018. Overnight, Ms. Murdock had been upset about her diagnosis, although Ms. Murdock indicated that a panic attack and crying may have been triggered by the administration of intravenous morphine for pain control. Physical examination revealed an erythematous papular rash on both sides of the back, but was otherwise normal; right knee tenderness was not reported. An echocardiogram again revealed, among other findings, trace pericardial effusion. Another lidocaine infusion was administered, patient-controlled analgesia discontinued, and a transition from intravenous to oral pain medication initiated. In the discharge summary on November 9, 2018, it was noted that Ms. Murdock had experienced gradually progressive bilateral wrist and hand numbness as well as bilateral knee and ankle pain prior to discharge. Discharge medications included morphine, lorazepam, and gabapentin.

On November 14, 2018, Ms. Murdock complained of persistent knee pain, especially on the right side, as well as occasional shoulder pain. However, she reported that her rash had improved significantly. Physical examination revealed the use of a wheelchair and a resolving papular rash. A CBC and automated WBC differential revealed severe anemia, leukopenia, and neutropenia and moderately severe thrombocytopenia. The lipase remained elevated, while the serum amylase remained normal. A platelet transfusion was administered and the gabapentin dose further increased.

On November 15, 2018, Ms. Murdock was evaluated for an acute fever of 100.6°, a sore throat with swallowing for one day, and a right-sided mouth sore and nontender right submandibular lymph node for two or three days. Chronic complaints of occasional headaches; epistaxis; bilateral knee pain, worse on the right side; a pruritic rash over the back and lower extremities; and constipation persisted. Physical examination revealed a single ulcer on the right side of the oral mucosa posteriorly, right submandibular tenderness, and an erythematous papular rash over the back and lower extremities. A CBC and automated WBC differential revealed persistent moderately severe to severe neutropenia. Blood cultures were negative. Ms. Murdock was treated with antibiotics cefepime, vancomycin (Vancocin), and ceftriaxone (Rocephin).

On November 16, 2018, Ms. Murdock complained of fatigue and acknowledged experiencing intermittent abdominal discomfort. Physical examination revealed, among other findings, regular tachycardia at a rate of 106/min and pallor. An MRI scan of the lower extremities was obtained as part of an evaluation for the bilateral knee pain and revealed subtle but significant changes of osteonecrosis involving large areas of the femoral heads and, to a lesser extent, the left acetabulum and bilateral greater trochanters, and extensive early osteonecrosis of the knees.

Ms. Murdock was readmitted to St. Jude Children's Research Hospital again from November 18 until November 20, 2018, this time for evaluation and management of recurrent neutropenic fever, now 38.5° C. Her only other new complaints were mild clear rhinorrhea for three days and pain at the right-sided PICC insertion site for four days. The rash on Ms. Murdock's back had resolved. Previous stomatitis was resolving. Morphine was relieving the bilateral knee pain. Physical examination revealed mild distress due to lower-extremity pain, minimal to mild erythema at the PICC insertion site, a resolving right buccal lesion, mild right iliofemoral pain, and use of a wheelchair. Admission CBC and WBC differential were remarkable for severe neutropenia. Blood cultures were negative. Initial treatment included the administration of intravenous hydration fluids and the empiric administration of the antibiotics ceftriaxone and subsequently cefepime and vancomycin. On November 19, 2018, Ms. Murdock reported numbness in the fingertips. Physical examination was normal except for tenderness over the right knee medially; distress, erythema at the right-sided PICC insertion site, a right buccal lesion, and right iliofemoral pain or tenderness were not described. Lidocaine patches were ordered for further control of the bilateral knee pain; a patch was applied only to the right knee, but was helpful. On November 20, 2018, Ms. Murdock reported continued pain and mild erythema at the PICC insertion site in the right upper extremity and persistent, although manageable bilateral knee pain. Physical examination was normal. A CBC and automated WBC differential revealed severe anemia, leukopenia, and neutropenia; 6.8% blasts, suggestive of either early blood count recovery from chemotherapy or bone marrow involvement by lymphoma; and a normal platelet count. CT scans of the neck and chest revealed interval marked regression since the previous CT scans of the neck, chest, abdomen, and pelvis on October 9, 2018 of the anterior mediastinal mass from 8.0 x 8.9 cm to 3.8 x 3.8 cm; identification of small anterior mediastinal and AP window lymph nodes that previously were confluent with the large mediastinal mass; regression of several small right paratracheal lymph nodes; and resolution of a previously noted hazy nodular density in the right upper lobe, bilateral atelectasis, and bilateral pleural and small pericardial effusions. Small bilateral cervical and submandibular lymph nodes were stable. An echocardiogram showed no evidence of a residual pericardial effusion. The intravenous antibiotics were discontinued and Ms. Murdock was discharged from the hospital.

On November 21, 2018, Ms. Murdock complained of increased pain and erythema at the insertion site of the right upper extremity PICC. She still had intermittent bilateral knee pain. However, there was no recurrence of fever. Erythema and tenderness were noted at the PICC insertion site on physical examination. Persistent severe neutropenia was documented by a CBC and automated WBC differential. The serum amylase and lipase were now both normal. The PICC was removed from the right upper extremity, the catheter tip cultured, and administration of the antibiotic clindamycin (Cleocin) initiated for suspected insertion site infection. The results of the catheter tip culture have been unavailable. The antifungal agent voriconazole (Vfend) was substituted for micafungin. Enoxaparin administration was interrupted for planned insertion of a central venous access port.

On November 25, 2018, a CBC and automated WBC differential demonstrated partial neutrophil recovery and a decreasing proportion of blasts. Blood chemistry values included uric acid, previously normal, increased to 7.8. The serum IgG had decreased to a below-normal value of 519.

On November 26, 2018, Ms. Murdock complained of occasional difficulty sleeping at night and still had right and occasional left knee pain, but was otherwise asymptomatic. Physical examination was normal. A duplex venous ultrasound examination of the upper extremities revealed the interval development since the previous duplex venous ultrasound examination of the upper extremities on October 6, 2018 of a small partially occlusive thrombus in the right basilic vein at the site of a previous intravenous catheter, but resolution of the previously noted occlusive clots in the left internal jugular and cephalic veins. CT bone densitometry revealed a moderate bone mineral density deficit. A central venous access port was inserted. A post-procedure single-view portable chest x-ray revealed interval insertion since the most recent prior chest x-ray from October 9, 2018 of a left-sided central venous access port with its catheter tip terminating in the right atrium; trace fluid in the right minor fissure and a prominent AP window mediastinal contour consistent with the known anterior mediastinal mass were also noted. Enoxaparin anticoagulation for the previous deep venous thrombosis was resumed thereafter. Administration of the prophylactic antifungal agent voriconazole had been withheld in anticipation of vincristine administration.

On December 3, 2018, Ms. Murdock reported having experienced nausea, vomiting, and abdominal pain on the previous day. Physical examination was normal. Prophylactic voriconazole administration was resumed.

On December 5, 2018, Ms. Murdock was still experiencing occasional knee pain requiring lidocaine patches and morphine. Her chemotherapy-induced nausea was well-controlled with scopolamine patches. Ms. Murdock had received vincristine chemotherapy on the previous day, and it was noted that PEG-L-asparaginase at a reduced dose rather than Erwinia L-asparaginase had been administered on November 30, 2018.

Ms. Murdock was readmitted to St. Jude Children's Research Hospital from December 12 until December 15, 2018 to receive consolidation high-dose methotrexate chemotherapy according to the TOTAL17 protocol. She was asymptomatic and physical examination was normal. Enoxaparin anticoagulation was interrupted again in anticipation of chemotherapy. A 24-hour high-dose methotrexate chemotherapy infusion was initiated on the day of admission and complicated by the development of abdominal and recurrent knee pain; the abdominal pain was exacerbated by bowel movements and subsequently precipitated by eating, and was treated with intravenous ranitidine. Ms. Murdock's hospital course was also complicated by the development of dizziness when getting out of bed. Leucovorin rescue was initiated after the methotrexate infusion was completed. Prior to hospital discharge, reduced-dose PEG-L-asparaginase was again administered, although the initiation of 6-mercaptopurine chemotherapy was deferred because of neutropenia. On December 13, 2018, a stool specimen tested negative for occult blood. On December 14, 2018, physical examination revealed a hemorrhoid, but otherwise remained normal. Enoxaparin anticoagulation was resumed. On December 15, 2018, physical examination revealed a lip lesion and mild epigastric tenderness, but was otherwise normal, although the hemorrhoid was not reexamined. A CBC and automated WBC differential revealed severe anemia and moderately severe leukopenia, neutropenia, and thrombocytopenia. A packed red blood cell transfusion was administered prior to discharge.

On December 16, 2018, Ms. Murdock reported mild abdominal pain associated with oral intake. Physical examination revealed erythema of the oral mucosa, which was considered to reflect stomatitis caused by high-dose methotrexate chemotherapy; the abdomen was non-tender.

Another ultrasound examination of the abdomen was obtained on December 17, 2018 to evaluate persistent abdominal pain, and revealed mild mural thickening involving the entire colon and rectum; evaluation of the pancreas was obscured by overlying intestinal gas.

Ms. Murdock was readmitted to St. Jude Children's Research Hospital from December 18 until December 23, 2018 for evaluation and management of stomatitis and worsening abdominal pain. Documentation of this hospitalization has been unavailable. Treatment for the stomatitis evidently included intravenous hydration fluids and, despite an undetectable serum methotrexate level, intravenous leucovorin rescue at an increased dose.

On December 26, 2018, reference was made to discharge three days earlier from a hospitalization to receive maintenance vincristine chemotherapy or, more likely, maintenance chemotherapy including vincristine. The chemotherapy had been complicated by an apparent exacerbation of abdominal pain, which was attributed to recurrent pancreatitis, now resolving, with only residual pleuritic left upper quadrant abdominal pain. However, there had been no vincristine-induced recurrence of joint pain. Physical examination revealed left upper quadrant tenderness and an episode of tearfulness during the visit. On December 22, 2018, a CBC and automated WBC had revealed severe anemia, neutrophil recovery from the most recent prior chemotherapy, and moderately severe thrombocytopenia. On December 23, 2018, a CBC and automated WBC differential had shown persistent severe anemia, decreasing WBC and neutrophil counts, and progressive although still moderately severe thrombocytopenia. On December 26, 2018, a CBC and automated WBC differential demonstrated improvement in the anemia back to the moderately severe range; progressive decreases in the WBC and neutrophil counts; and progressive, now severe thrombocytopenia. From the hemoglobin trend, it can be deduced that a packed red blood cell transfusion was administered on or after December 23, 2018. The administration of maintenance 6-mercaptopurine and PEG-L-asparaginase chemotherapy was deferred because of the recent recurrence of pancreatitis. A platelet transfusion was administered.

On December 28, 2018, a CT scan of the abdomen and pelvis was obtained as part of an evaluation for persistent left-sided abdominal pain and revealed interval progression since the previous CT scan of the abdomen on October 28, 2018 of fatty liver infiltration, now diffuse, and development of a well-defined 6.4 x 8.3-cm cystic process arising from the body of the pancreas and causing significant mass effect on the stomach, with edema and irregularity of the tail of the pancreas and extension of fluid to the left side of the colon, into the left adrenal bed, and into the left Gerota's fascia. Non-specific ground-glass density in the right lower lobe and minimally in the left lower lobe and mild to moderate pelvic ascites were also noted. The pancreatic findings were attributed to the development of a pseudocyst.

Orthopedic Surgery consultation was obtained on January 2, 2019 for evaluation and management of avascular necrosis. At that time, Ms. Murdock reported that she had been

experiencing lower back, occasional bilateral groin, and bilateral knee pain since receiving her first dose of vincristine in early October 2018.  The administration of gabapentin had produced improvement in the pain and in Ms. Murdock's ability to walk.  Physical examination was normal except for Ms. Murdock's use of a wheelchair.  During follow-up with the Pain service on the same date it was noted that Ms. Murdock had discontinued the use of fentanyl (Duragesic) patches and was requiring less hydromorphone (Dilaudid) for pain control.  The ability to walk with crutches was noted.

On January 4, 2019, Ms. Murdock reported further improvement in her abdominal pain, which was no longer exacerbated by eating.  However, she complained of decreased appetite and early satiety.  The serum amylase and lipase remained normal.  Ms. Murdock's early satiety was tentatively attributed to the mass effect of the pancreatic pseudocyst on the stomach.

On January 9, 2019, it was noted that Ms. Murdock had received her second maintenance high-dose methotrexate chemotherapy infusion beginning on January 7, 2019.  Leucovorin rescue was in progress.  She complained of left shoulder pain when her central venous access port was being accessed and a painful tongue, but reported that her abdominal pain had resolved and her early satiety was improving slowly.  The serum IgG was 894.  Maintenance 6-mercaptopurine chemotherapy continued to be held.  Maintenance PEG-L-asparaginase chemotherapy was discontinued because of the recurrent pancreatitis and the development of the pancreatic pseudocyst.

On January 11, 2019, Ms. Murdock stated that she had developed mouth and throat pain on the previous day, which was stable to slightly improved overnight.  Her oral intake was decreased as a result, and she complained of headaches due to the associated decrease in caffeine intake.  Ms. Murdock's mother also reported that Ms. Murdock had been nauseated.  The oral mucosa was erythematous and lesions were present on the corners of her lips; the physical examination was otherwise normal.  Intravenous hydration and leucovorin rescue were in progress, with a further increase in the leucovorin dose recommended.

On January 12, 2019, it was noted that Ms. Murdock had minimal oral intake due to oral pain.  Physical examination revealed progression of stomatitis compared with the previous day, with sores on the roof of the mouth, corners of the lips, and buccal mucosae.  The administration of intravenous hydration fluids and leucovorin rescue was extended for another 48 hours despite an undetectable serum methotrexate level.

On January 14, 2019, it was noted that Ms. Murdock had most recently been discharged from the hospital on January 8, 2019 after completion of the second high-dose methotrexate infusion.  She reported that her mouth sores had improved and that as a result she was able to eat and drink more.  She was taking hydromorphone frequently for control of the oral pain.  Nausea was controlled by the anti-emetic medications intravenous ondansetron (Zofran), oral promethazine (Phenergan), and scopolamine patches.  She was experiencing abdominal pain associated with the nausea.  She complained of migraine headaches, but previous neuropathic pain had resolved.  Physical examination continued to reveal evidence of stomatitis, with an erythematous oral mucosa and one or more lesions.  The administration of intravenous hydration

fluids and leucovorin was finally discontinued.

On January 29, 2019, it was noted that Ms. Murdock had received her third 24-hour maintenance high-dose methotrexate chemotherapy infusion beginning on January 24, 2019. Leucovorin rescue was in progress.  It was recorded that Ms. Murdock had sores toward the back of her throat on both sides and at the corners of her lips.  It is not clear whether the administration of intravenous hydration fluids was discontinued.

On January 30, 2019, Ms. Murdock's stomatitis was noted to be improving and her oral intake was considered adequate.  Physical examination revealed a resolving oral mucosal ulcer. Enoxaparin anticoagulation was to be interrupted in anticipation of a lumbar puncture and the fourth maintenance high-dose methotrexate chemotherapy infusion.

On February 13, 2019, it was noted that Ms. Murdock had indeed received a fourth maintenance high-dose methotrexate chemotherapy infusion.  Ms. Murdock was asymptomatic except for intermittent bilateral knee pain, treated with hydromorphone and lidocaine patches as needed.  Physical examination was normal, with no evidence of residual stomatitis.

On February 19, 2019, a follow-up MRI scan of the lower extremities revealed interval marked progression since the previous MRI scan on November 16, 2018 of osteonecrosis involving the hips and knees, now extensive, with greater than 30% involvement of the femoral heads and distal femoral and proximal tibial epiphyses.

On February 20, 2019, Ms. Murdock complained of increasing right knee pain, persistent right hip pain, and occasional shoulder pain, no longer significantly relieved by lidocaine patches or hydromorphone.  In the Orthopedic Clinic, however, she complained of right hip and left knee pain.  The serum IgG was 717.  Plain films of the shoulders revealed a left-sided central venous access port with its catheter tip in the expected location of the superior vena cava, but were otherwise normal.  Week-1 chemotherapy with the combination of vincristine, doxorubicin (Adriamycin), and 6-mercaptopurine was initiated; week-1 and week-4 dexamethasone was to be held due to progressive, severe avascular necrosis.

On February 27, 2019, Ms. Murdock complained of worsening left knee pain for one week, and thought that vincristine chemotherapy might have been responsible.

On March 1, 2019, Ms. Murdock complained of nasal congestion and a scratchy throat for two days and a nocturnal cough.  Physical examination revealed use of a wheelchair and very slight pharyngeal injection.  Enoxaparin anticoagulation was interrupted again in anticipation of planned orthopedic procedures, and a planned lumbar puncture for cerebrospinal fluid analysis and intrathecal chemotherapy was postponed.

On March 4, 2019, Ms. Murdock underwent left hip core decompression, left knee arthroscopy, and core decompression of the distal left femur and proximal left tibia.  While the operative report or reports from these procedures have been unavailable, reports of plain films of the left hip and knee on March 7, 2019 confirmed that the core decompression procedures had

indeed been performed.

On March 8, 2019, it was noted that 6-mercaptopurine had been held since March 4, 2019. Ms. Murdock complained of fever, difficulty urinating, and decreased appetite, but reported gradual improvement in her postoperative pain. Physical examination revealed the use of a wheelchair and a post-operative brace on the left lower extremity, with decreased range of left knee motion. An echocardiogram showed no evidence of a pericardial effusion. The difficulty urinating was attributed to opioid medication. 6-mercaptopurine chemotherapy was resumed.

On March 13, 2019, it was noted that Ms. Murdock most recently had been discharged from the hospital on March 6, 2019 after the orthopedic surgical procedures. She was asymptomatic except for knee pain. She was unable to bear weight on her left leg since the surgical procedures on March 4, 2019 and was using a wheelchair as a result. Chemotherapy and lumbar puncture were deferred until March 15, 2019.

On March 15, 2019, it was noted that the most recently planned intravenous and intrathecal chemotherapy and cerebrospinal fluid analysis had been deferred because Ms. Murdock forgot to interrupt her enoxaparin injections. Her left lower extremity pain was improving, and she was otherwise asymptomatic. Physical examination was normal except for continued use of a wheelchair and left lower extremity brace.

On March 20, 2019, Ms. Murdock reported that her left knee pain had improved significantly. Physical examination was normal except for continued use of a wheelchair.

On March 27, 2019, Ms. Murdock reported continued improvement in her left lower extremity pain and mobility. Physical examination was normal except for continued use of a wheelchair and a left lower extremity brace. A CT scan of the abdomen revealed interval improvement since the most recent prior CT scan abdomen and pelvis on December 28, 2018 in the previously noted diffuse fatty liver infiltration and resolution of the previously noted pancreatic pseudocyst and peripancreatic fluid. An MRI scan of the lower extremities revealed interval development since the previous MRI scan of the lower extremities on February 19, 2019 of edematous changes of the left femoral head and neck and enlargement of the left hip and knee effusions; the osteonecrotic changes involving the femoral heads and intertrochanteric regions bilaterally and distal femoral and proximal tibial regions bilaterally, including previously noted edema immediately adjacent to the large osteonecrosis lesions involving the knees bilaterally and right hip and minimal right knee effusions, were otherwise unchanged.

On March 28, 2019, an MRI scan of the upper extremities revealed extensive avascular necrosis of the humeral heads, slightly worse on the left side, with sclerotic margins, associated edema, irregularity of some of the articular surfaces, and apparent small medullary infarcts in the left proximal humeral metaphysis.

On April 3, 2019, Ms. Murdock again reported improvement in her left lower extremity pain since the surgery on March 4, 2019. Physical examination revealed healed left hip and

knees surgical scars and post-operative decreased range of motion of the left knee. Plain films of the hips and knees revealed multifocal areas of osteonecrosis involving the femoral heads, femoral necks, proximal femoral shafts, and knees bilaterally.

On April 10, 2019, Ms. Murdock complained of back and bilateral lower-extremity pain since receiving vincristine and doxorubicin chemotherapy the previous week. Physical examination was normal except for continued use of a wheelchair. The serum IgG was 822.

Ms. Murdock was evaluated at the Murray-Callaway County Hospital Emergency Room on April 13, 2019 for gradually progressive tingling from the neck down, generalized body aches, and sensation of skin tightness for two days. Additional symptoms included fatigue, generalized weakness, myalgias, night sweats interfering with sleep, nausea, mild exertional dyspnea, dizziness, and decreased urine output. Physical examination revealed generalized weakness and soft-tissue tenderness over the extremities. Blood cultures were negative. A chest x-ray revealed a left-sided central venous access port with its catheter tip at the junction of the superior vena cava and right atrium, and was otherwise normal. Treatment included the administration of intravenous hydration fluids.

On April 17, 2019, physical examination was normal except for the use of a wheelchair or crutches.

On May 8, 2019, Ms. Murdock reported no new complaints, although bilateral knee pain, more severe on the left side, persisted.

Ms. Murdock was again evaluated at the Murray-Callaway County Hospital Emergency Room on June 2, 2019, this time for constant sharp, stabbing, aching upper abdominal pain for two or three days. Exacerbating factors included movement, deep breaths, cough, and food. Additional complaints were limited to chronic nausea, a recent cough, lower back pain for approximately two weeks, and acute loss of appetite. Ms. Murdock stated that her symptoms were similar to those associated with the previous episode of acute pancreatitis. Physical examination revealed a left-sided central venous access port and moderate upper abdominal tenderness with associated guarding. The serum amylase remained normal, but the lipase had increased markedly again to 928 (normal range 73 to 393). Blood cultures were negative. A chest x-ray revealed a central venous access port, borderline cardiomegaly, and interval enlargement of a previously unreported left hilar mass compared with the previous chest x-ray from April 13, 2019. A CT scan of the chest, abdomen, and pelvis revealed a 5 x 7 x 9-cm anterior mediastinal mass which was interpreted as suspicious for recurrent lymphoma, given the apparent absence of a mediastinal mass on the chest x-ray from April 13, 2019; a few enlarged mediastinal lymph nodes; and peripancreatic edema suggestive of pancreatitis. Treatment included n.p.o. status and the administration of intravenous hydration fluids, hydromorphone, and ondansetron. Ms. Murdock was transferred to St. Jude Children's Research Hospital for further evaluation and management of recurrent pancreatitis.

Ms. Murdock was evaluated at the Murray-Callaway County Hospital Emergency Room once again on June 6, 2019, this time for for a fever of 101.4° of acute onset with associated mild

fatigue, rhinorrhea, and mild headache. She had evidently been discharged from St. Jude Children's Research Hospital on June 5, 2019 after her admission there for recurrent pancreatitis on June 2, 2019. Her temperature in the emergency room was 100.4°. Physical examination was otherwise normal. The serum lipase had normalized again. Blood cultures were negative. Treatment included the administration of intravenous hydration fluids and the antibiotic ceftriaxone.

On June 10, 2019, a CBC and WBC differential revealed recurrent moderate to severe neutropenia..

On June 11, 2019, it was noted that Ms. Murdock had missed five of seven doses of 6-mercaptopurine during the previous week, when she was ill with pancreatitis.

On June 12, 2019, Ms. Murdock complained of recurrent fever, unchanged generalized back and joint pain, and one or two loose stools daily. Blood cultures were negative. An MRI scan of the lower extremities revealed interval decreases since the most recent prior MRI scan of the lower extremities on March 27, 2019 in the apparent volumes of the left hip and knee effusions, decreased edema associated with the core decompression tract in the left femoral neck, and decreased soft-tissue edema in the region of the left knee; the extensive osteonecrosis involving the bilateral femoral heads and necks, distal femurs, and proximal tibias was unchanged. Enoxaparin anticoagulation had been held on the previous day in anticipation of bone marrow examination. The antibiotic ceftriaxone was administered.

On June 13, 2019, Ms. Murdock reported a fever of 100.8° and an intermittent foreign-body sensation in the throat. Blood cultures were repeated, again with negative results, and the antibiotic ceftriaxone was again administered.

On June 14, 2019, an echocardiogram was obtained as part of an evaluation for chest pain and showed, among other findings, a small posterior pericardial effusion.

On June 15, 2019, Ms. Murdock complained of a recurrent fever of up to 100.9°. Her only other complaint was pruritus (itching). It was noted that she had been hospitalized until earlier that same day for evaluation and management of chest pain. A chest x-ray reportedly showed a widening mediastinal mass suspicious for relapse. The chest pain had resolved prior to the onset of the fever. Once again, blood cultures were negative and the antibiotic ceftriaxone administered. The pruritus was treated with hydroxyzine (Atarax).

On June 16, 2019, Ms. Murdock complained of acute numbness and tingling on the right side of the face, resolved prior to evaluation. She also complained of a left lower toothache. Physical examination revealed a small cavity in a left lower molar, but was otherwise normal.

On June 17, 2019, Ms. Murdock reported a recurrent fever of 101.0° and complained of persistent generalized pruritus, predominantly right-sided oral numbness, the left lower toothache, thoracic dysphagia, intermittent mild exertional dyspnea, and mid- and lower back pain. Physical examination was reported to be normal, although reference to nasal herpetic

lesions was made toward the end of the progress note.  Neutropenia was no longer evident on a CBC and automated WBC differential.  Blood cultures were negative again.  A platelet transfusion and another dose of the antibiotic ceftriaxone were administered.  Enoxaparin anticoagulation was interrupted again, this time in anticipation of a CT-guided biopsy of a recurrent mediastinal mass.

Ms. Murdock was readmitted to St. Jude Children's Research Hospital from June 18 until June 25, 2019.  It was noted that she had been febrile intermittently since June 13, 2019, with a temperature of 100.4° on the morning of admission, and had continued to receive the antibiotic ceftriaxone.  Her oral numbness was now located in the midline.  Other complaints included back pain and intermittent chest pain and mild shortness of breath.  Physical examination was normal except for a maximum temperature of 39.1° C.  Blood cultures were negative.  On the day of admission, Ms. Murdock underwent a CT-guided biopsy of the recurrent mediastinal mass, which reportedly confirmed the impression of relapse; the corresponding pathology reports have not been available.  A post-procedure chest x-ray revealed mild tracheal compression, which was listed as the reason for admission.  A post-procedure CT scan of the chest revealed interval enlargement compared with the CT images from June 11, 2019 of a large anterior mediastinal mass and the development of bilateral pleural effusions; reference was subsequently made to an additional finding of compression of the superior vena cava by the mediastinal mass, although this was not described in the available report.  Initial treatment included the administration of intravenous hydration fluids, dexamethasone because of the enlargement of the mediastinal mass, and rasburicase (Elitek) for control of progressive hyperuricemia.

On June 19, 2019, Ms. Murdock complained of intermittent exertional dyspnea and required supplemental oxygen administration.  She also complained of persistent jaw pain and numbness as well as a decreased appetite for several days.  Blood cultures were negative.  Chemotherapy with the combination of cyclophosphamide, nelarabine, and etoposide daily for five days was initiated for treatment of relapsed T-cell lymphoblastic lymphoma.  Enoxaparin anticoagulation was resumed.

Treatment #1 for relapse: Cyclophosphamide, nelarabine, and etoposide:

On June 20, 2019, it was noted that the initiation of chemotherapy with the combination of cyclophosphamide, nelarabine, and etoposide had been complicated by the development of intermittent nausea without associated vomiting, and by the development of hyperglycemia due to the administration of dextrose-containing intravenous hydration fluids and dexamethasone.  Serial uric acid determinations revealed that hyperuricemia has been controlled.  A recurrent fever of 39.1° C was noted in the evening.  Blood cultures were negative.

By June 21, 2019, severe thrombocytopenia had recurred.  It was noted that blood cultures had been obtained on June 4, 2019 and were negative.  A chest x-ray, including bilateral decubitus views, revealed, among other findings, bilateral dependent atelectasis and moderate left and small right pleural effusions as well as a stable anterior mediastinal mass.  A platelet transfusion was administered.

On June 22, 2019, Ms. Murdock reported that her pruritus had improved.  There had been a recurrence of fever overnight.  Severe leukopenia and neutropenia had also recurred.  Blood cultures were negative again.  The antibiotic cefepime was substituted for ceftriaxone because of the neutropenia and prophylactic administration of the antifungal agent voriconazole (Vfend) initiated.  A packed red blood cell transfusion was administered.

On June 24, 2019, the antibiotic metronidazole was added empirically for what was described as an episode of colitis manifested by abdominal pain, watery diarrhea, and a finding on an ultrasound examination of the abdomen on that date of thickening of the walls of the colon from the hepatic flexure through the sigmoid colon; a left pleural effusion was also noted.  Stool analysis for C. difficile was negative.

By June 25, 2019, the day of discharge, Ms. Murdock was afebrile.  Her abdominal pain and diarrhea were improving.  Supplemental oxygen administration had been discontinued.  Physical examination again revealed a central venous access port, along with a well-healed mediastinal mass biopsy site on the left side of the chest wall, but was otherwise normal.  A CBC and automated WBC differential revealed moderately severe anemia and thrombocytopenia and severe leukopenia and neutropenia.  Serial CBC values suggested that Ms. Murdock had received an additional platelet transfusion on June 23, 2019, resulting in an increase in her platelet count from 26 on that date to 47 on June 24, 2019; direct documentation of such a transfusion has been unavailable.  Another platelet transfusion was administered immediately prior to discharge and prophylactic administration of the antibiotic levofloxacin initiated.

On June 26, 2019, Ms. Murdock complained of fatigue, but reported that the abdominal pain had resolved and the diarrhea had improved further.  A CBC and automated WBC differential showed moderate to severe anemia and persistent severe anemia and leukopenia and moderately severe thrombocytopenia.  A chest x-ray revealed, among other findings, interval regression since the previous chest x-ray on June 21, 2019 of the anterior mediastinal mass, resolution of the previously noted left pleural effusion, and re-expansion of the left lower lobe.  A platelet transfusion was administered.

On July 3, 2019, Ms. Murdock complained of an episode of chest pain and cough during the previous evening, right-sided facial numbness for two weeks, occasional blurred vision when fatigued, and decreased appetite.  Physical examination was normal except for the use of a wheelchair.  A CBC and automated WBC differential revealed moderately severe anemia and thrombocytopenia and severe leukopenia and neutropenia.  A chest x-ray demonstrated interval enlargement compared with the most recent prior chest x-ray on June 26, 2019 of the anterior mediastinal mass, now measuring approximately 48% of the transthoracic diameter, and development of possible mild superior deviation of the left main bronchus, suggesting subcarinal disease, and a moderate to large left pleural effusion with possible associated compressive atelectasis within the left lower lobe.  Osteonecrosis of the right humeral head with adjacent sclerosis, partially visualized on the previous chest x-ray, was also reported.  An MRI scan of the brain and orbits was obtained as part of an evaluation for the facial numbness and blurred vision and was normal, although the quality of the images was somewhat degraded by motion artifact, raising the possibility of signal enhancement along the cisternal course of the trigeminal nerves.

Enoxaparin anticoagulation was interrupted again, this time in anticipation of another lumbar puncture for cerebrospinal fluid analysis and intrathecal chemotherapy administration.

Ms. Murdock was evidently readmitted to St. Jude Children's Research Hospital from July 3 until July 21, 2019, although documentation of the rationale for admission and the admission process has been unavailable. On July 4, 2019, it was noted that Ms. Murdock had developed facial discoloration, an episode of vomiting, decreased urinary output, poor intake of solid food, and mild oxygen desaturation (90%) overnight. In the morning, she complained of cold sensations in the hands and feet and numbness of the feet. Neurologic examination was normal except for drowsiness due to administration of hydromorphone for pain control. The urinary retention was also tentatively attributed to hydromorphone administration. A chest x-ray revealed, among other findings, an interval increase in the apparent volume of the moderately large left pleural effusion compared with the chest x-ray obtained on the previous day; the mediastinal lymphadenopathy was unchanged. Intensive Care Unit transfer was subsequently considered because of the development of tachycardia, tachypnea, and a requirement for supplemental oxygen administration.

On July 5, 2019, a chest x-ray revealed an apparent minimal decrease since the chest x-ray obtained on July 4, 2019 in the volume of the left pleural effusion, now described as large. The anterior mediastinal mass was now measured at approximately 49% of the thoracic diameter. Atelectasis was now evident in the mid- and lower aspects of the left lung and at the right lung base. Ill-defined areas of lucency and sclerosis in the humeral heads bilaterally were also noted. Ms. Murdock was treated with venetoclax in combination with cyclophosphamide, vincristine, etoposide, and dexamethasone for the lymphoma relapse.

> Treatment #2 for relapse: Venetoclax, cyclophosphamide, vincristine, etoposide, and dexamethasone:

On July 6, 2019, two chest x-rays just over six hours apart demonstrated, among other findings, streaky markings and interstitial prominence in the aerated portions of both lungs, with only minimal aeration on the left, progressive since the most recent prior chest x-ray on July 5, 2019; interval development of apparent narrowing or obstruction of the airways in the mid- and lower left lung; and bilateral pleural effusions, still larger on the left side, with an apparent interval increase in the volume of the left pleural effusion. The anterior mediastinal mass was unchanged. An ultrasound examination of the chest confirmed the presence of moderate right and large left pleural effusions, with adjacent atelectasis and/or infiltrate. Ms. Murdock underwent bilateral thoracentesis, with drainage of 100 cc of fluid from the right side of the chest and 160 cc of fluid from the left side, and insertion of bilateral chest tubes in order to drain bilateral pleural effusions. The results of the pleural fluid analyses have not been available. Ms. Murdock was breathing comfortably after the procedure. Her lungs were clear except for minimal diffuse rhonchi, most prominent over the right lower lobe.

On July 7, 2019, Ms. Murdock's right-sided facial numbness, now of two weeks' duration, was described as progressive during the first days, with subsequent stabilization. Numbness in the fingertips which gradually progressed proximally over a few days to the wrist,

also with subsequent stabilization, and in the distal feet was also noted.  Reference was also made to a previous history of vincristine-induced neuropathy with mild distal weakness in January 2019.  Active symptoms also included fatigue, decreased activity, dry mouth, shortness of breath, and urinary frequency and urgency with only small amounts of urine.  Ms. Murdock was observed to be bedridden.  Neurologic examination also revealed decreased pinprick and temperature sensation over the right side of the chin and lower lip; diminished pinprick sensation over the hands, lower wrists, and toes; absent proprioception in the toes; decreased strength in all four extremities; absent reflexes except for bilateral flexor plantar reflexes; and truncal ataxia.  A CBC showed moderately severe anemia and thrombocytopenia and severe leukopenia.

On July 8, 2019, a chest x-ray revealed interval near-complete drainage since the previous chest x-rays from July 6, 2019 of the left pleural effusion; the chest tubes, a small left-sided pneumothorax, moderate atelectasis involving the left lung, and the contour of the mediastinal mass were also described.  An MRI scan of the entire spine revealed multiple enhancing vertebral lesions throughout the entire vertebral column, but especially from the lower thoracic level to the sacrum, with extension to the cortical surfaces of the vertebrae and possible multilevel epidural extension, although without spinal cord compression or spinal canal stenosis; interval enlargement of the anterior mediastinal mass since the CT scan of the chest, abdomen, and pelvis on June 2, 2019 with increased encasement of the aortic arch and supra-aortic blood vessels was also noted.

On July 10, 2019, a chest x-ray showed an interval decrease since the most recent prior films on July 8, 2019 in the size of the small left-sided pneumothorax and resolution of the residual left pleural effusion; the study was otherwise unchanged.  The administration of methadone for pain control was initiated.

On July 11, 2019, an MRI scan of the face again revealed mild enhancement of the cisternal segments of the trigeminal nerves bilaterally and previously unreported possible asymmetric mild dural thickening at the periphery of the left Meckel's cave.  Both of these findings were described as unchanged compared with the MRI scan of the brain and orbits on July 3, 2019, and were not considered to represent evidence of meningeal spread of the lymphoma.  A few shotty left anterior cervical lymph nodes were also noted.

On July 12, 2019, it was noted by a neurology consultant that Ms. Murdock's peripheral neuropathy began at approximately the same time that nelarabine chemotherapy was initiated, and that her symptoms had progressed during the preceding four days to include impaired weight-bearing culminating in a fall during a physical therapy session earlier the same day.  Neurologic examination revealed stable numbness over the chin, diminished pinprick sensation over the fingers and entirety of the feet, diminished vibration sense in the toes, absent proprioception in the ankles and toes, and decreased strength in the distal upper extremities and throughout the lower extremities.  Because of the lack of definitive evidence for meningeal spread of Ms. Murdock's lymphoma and the possibility of an autoimmune component for her peripheral neuropathy, she was treated with a five-day course of intravenous immunoglobulin.

On July 14, 2019, Ms. Murdock evidently developed a recurrent fever with associated

tachycardia and tachypnea, as well as hot flashes and increasing chest pain. A CBC and automated WBC differential revealed severe pancytopenia. Blood cultures grew methicillin-resistant S. aureus and S. epidermidis. A CT scan of the chest and abdomen revealed bilateral dependent atelectasis, small bilateral pleural effusions, bilateral pleural drains, a new (since the previous CT scan of the chest, abdomen, and pelvis on June 2, 2019) small pericardial effusion, minimal anterior left pneumomediastinum, an interval increase in the size of the anterior mediastinal mass from 9.2 x 4.8 x 6.7 cm to 12.0 x 4.9 x 12.5 cm, mild esophageal mural and/or mucosal hyperenhancement suggestive of esophagitis, new right paratracheal/retrocaval/pretracheal lymphadenopathy measuring up to 1.87 cm in diameter, a new 1.63-cm right medial infrahilar lymph node, enlargement of a left axillary lymph node from 0.34 to 0.54 cm, a new 1.0-cm epiphrenic lymph node, mild splenomegaly with a transverse diameter of 13.3 cm, severe pancreatic atrophy, and mildly increased colonic fluid suggestive of a diarrheal illness. Ms. Murdock was treated with the antibiotics cefepime and vancomycin. She also received empiric treatment for the esophagitis with the antifungal agent micafungin and subsequently the antiviral agent acyclovir (Zovirax). The right-sided chest tube was clamped. A platelet transfusion was evidently administered.

By July 15, 2019, Ms. Murdock reported improvement in her discomfort, but not much improvement in strength. Reference was made to the development of the syndrome of inappropriate antidiuretic hormone secretion (SIADH). Twice-daily methadone and hydromorphone PCA were being administered for pain control. Recurrent fever was documented, with a maximum temperature of 38.5° C, this time with associated chills, tachycardia, and tachypnea. Possible minimal triceps weakness was noted. There was improvement in muscle strength in the hip area, but increased weakness distally. Proprioception was now impaired at the wrist and fingers as well as the ankles and toes. Physical examination was otherwise normal. A CBC and automated WBC differential revealed overnight improvement in the anemia and thrombocytopenia back to the moderately severe range, although there were persistent severe leukopenia and neutropenia. Blood cultures were negative. A chest x-ray revealed, among other findings, a further decrease since the previous chest x-ray on July 10, 2019 in the size of the small left pneumothorax; withdrawal of the left-sided chest tube into the subcutaneous tissue of the left lateral chest wall; stability of the large anterior mediastinal mass, now occupying approximately 51% of the transthoracic diameter; a left retrocardiac density consistent with pleural effusion, atelectasis, and/or infiltrate; and a likely small right pleural effusion. The chest tubes were removed. Morphine PCA was substituted for hydromorphone PCA.

By July 16, 2019, Ms. Murdock's overall clinical status appeared to have declined. She had developed urinary retention, tentatively attributed to the previous hydromorphone PCA and requiring insertion of a Foley catheter, and was generally weaker. An episode of urinary incontinence overnight was noted. Ms. Murdock was continuing to experience intermittent fevers. Diffusely diminished breath sounds were noted. Impairment of pinprick sensation and proprioception had progressed, all four extremities were weak, and reflexes were absent. Ms. Murdock was tearful as a result of a discussion of her disease progression and plans. Another CBC and automated WBC differential showed moderately severe anemia and thrombocytopenia and severe leukopenia and neutropenia. A chest x-ray demonstrated, among other findings,

interval removal since the most recent prior chest x-ray on the previous day of the bilateral chest tubes, a possible slight increase in the apparent volume of the left pleural effusion, and apparent resolution of the residual left pneumothorax; the mediastinal mass and the infiltrate and/or atelectasis in the left lower lobe were stable. An echocardiogram showed, among other findings, a trivial pericardial effusion and cystic areas of uncertain etiology in the anterior mediastinum. After several modifications of the regimen, administration of the venetoclax combination was discontinued.

Treatment #3 for relapse: Bortezomib, daratumumab, vorinostat, and dexamethasone:

On July 16, 2019, Ms. Murdock began to receive chemoimmunotherapy consisting of bortezomib, the monoclonal antibody daratumumab, vorinostat, and dexamethasone. The administration of daratumumab was complicated by the development of pruritus of the eyes, nose, and throat; nausea; and chest and abdominal pain. The daratumumab infusion was interrupted and albuterol, diphenhydramine (Benadryl), and the corticosteroid hydrocortisone administered before the infusion was resumed at a slower rate. Plans for discharge under hospice care rather than additional cancer-directed therapy were noted.

On July 17, 2019, blood cultures were negative. A duplex venous ultrasound examination of the upper extremities revealed no evidence of a deep venous thrombosis, although slow flow was noted in the left internal jugular vein, possibly predisposing to thrombosis; several prominent lymph nodes measuring up to approximately 2.7 x 1.1 x 1.9 cm in the left side of the neck and subcutaneous edema of the left forearm were also noted.

On July 18, 2019, Ms. Murdock experienced increased shortness of breath and reported ongoing abdominal pain relieved by opioid analgesics and back pain relieved by the muscle relaxant cyclobenzaprine (Flexeril). A single-view portable chest x-ray revealed, among other findings, interval improved aeration of the right lung base since the previous chest x-ray on July 6, 2019 and a slight decrease in the apparent volume of the moderate left pleural effusion; the large anterior mediastinal mass and the infiltrate and/or atelectasis in the left lower lobe were unchanged. An abdominal x-ray demonstrated a left pleural effusion and a previous core decompression tract involving the left hip, but was otherwise normal. An ultrasound examination of the abdomen revealed a left pleural effusion; there was no mural thickening of any portion of the colon.

On July 19, 2019, it was noted that Ms. Murdock was receiving intravenous naloxone (Narcan) for pruritus associated with her PCA. A maximum temperature of 38.9° C was recorded. Edema of the left arm was noted to have improved. Another CBC and automated WBC differential revealed moderately severe anemia and thrombocytopenia and severe leukopenia and neutropenia. A repeat platelet count, presumably after a platelet transfusion, was increased back to moderately severe range. Blood cultures were negative. A chest x-ray showed, among other findings, a persistent large anterior mediastinal mass, possible slight narrowing of the distal trachea and left main bronchus, a fairly large left pleural effusion with juxtaposed consolidation at the left lung base, and a possible small right pleural effusion. An ultrasound examination of the chest revealed interval decreases since the previous ultrasound examination of

the chest on July 6, 2019 in the apparent volumes of the moderate left and smaller right pleural effusions; atelectasis and/or infiltrate in the left lower lobe was also noted. The left pleural effusion was considered not to be large enough to permit the insertion of a tunneled chest tube.

On July 20, 2019, progressive bradycardia, now down to the 40s, over the preceding few days was noted. Another CBC and automated WBC differential demonstrated moderately severe anemia and thrombocytopenia and severe leukopenia and neutropenia.

By July 21, 2019, the back pain was only mild on the current analgesic regimen. Physical examination revealed an ill appearance and 1+ pedal edema, but was otherwise normal, although a detailed neurologic examination was not recorded. A CBC and automated WBC differential showed severe pancytopenia. A platelet transfusion was administered. Ms. Murdock was discharged from the hospital to hospice care at home. A Foley catheter remained in place. The administration of intravenous hydration fluids, the antibiotics cefepime, vancomycin, and trimethoprim-sulfamethoxazole; the antifungal agent micafungin; and the antiviral agent acyclovir was continued. Dexamethasone administration, now on a palliative basis, was also continued; administration of the remainder of the chemoimmunotherapy regimen was discontinued. Other discharge medications included methadone, morphine PCA, gabapentin, cyclobenzaprine, and sertraline.

Severe pancytopenia was still evident on a CBC and automated WBC differential on July 24, 2019.

Irradiated leukocyte-depleted packed red blood cells and platelets were transfused on July 25, 2019. A post-transfusion CBC revealed improvement in the anemia back to the moderately severe range, but persistent severe leukopenia, neutropenia, and thrombocytopenia.

On July 26, 2019, a CBC and WBC differential showed moderately severe anemia and persistent severe leukopenia, neutropenia, and thrombocytopenia. Another irradiated leukocyte-depleted platelet transfusion was administered. A post-transfusion CBC and WBC differential demonstrated persistent moderately severe anemia, persistent severe leukopenia and neutropenia, and improvement in thrombocytopenia back to the mild range.

On July 28, 2019, Ms. Murdock was evaluated at the Murray-Callaway County Hospital Emergency Room for progressive shortness of breath for several weeks, now severe, after a hospice nurse documented unresponsiveness and respiratory failure. Additional symptoms included nausea and weight loss. EMS was reportedly unable to obtain a blood pressure reading. Physical examination revealed regular tachycardia at a rate of 117/min, fatigue, lethargy, pallor, and severe respiratory distress. A "Do Not Resuscitate," comfort measures only, order was in place. Accordingly, supplemental oxygen at a flow rate of 15 L/min by non-rebreather face mask, multiple doses of intravenous morphine, and a dose of intravenous lorazepam were administered and transfer to Hospice House initiated. Ms. Murdock passed away in the ambulance en route to Hospice House.

In total, Ms. Murdock underwent at least sixteen invasive procedures as required for the

diagnosis and treatment of her T-cell lymphoblastic lymphoma.  As discussed above, these included ultrasound-guided core biopsies of the mediastinal mass on October 3, 2018; bone marrow examinations on October 5, 2018 and June 12, 2019; pericardiocentesis with insertion of a pericardial drainage catheter on October 5, 2018; lumbar punctures for cerebrospinal fluid analysis and intrathecal chemotherapy administration on October 8, October 12, October 19, October 26, and November 26, 2018 and March 15, April 3, and May 8, 2019; a possible additional lumbar puncture on February 13, 2019; insertion of a left-sided central venous access port on November 26, 2018; left hip core decompression, left knee arthroscopy, and core decompression of the distal left femur and proximal left tibia on March 4, 2019; CT-guided biopsy of the recurrent or progressive mediastinal mass on June 18, 2019; and bilateral thoracentesis and insertion of bilateral chest tubes on July 6, 2019.

5.  <u>Psychological effects</u>.  It is another matter of common sense, as well as personal and professional experience, that the diagnosis and treatment of cancer, and the complications of cancer and its treatment, are among the most stressful experiences that a person can undergo during his or her lifetime.

As previously discussed, Ms. Murdock was noted to be depressed on October 24, 2018. Psychiatry consultation was obtained for evaluation and management of depression and anxiety. Additional symptoms were a feeling of being overwhelmed, hair loss in clumps, an exacerbation of anxiety lasting for a few hours and associated with shortness of breath on the previous day, intermittent confusion for one week, and disturbed sleep.  An increase in the daily dose of Ms. Murdock's chronic antidepressant medication sertraline (Zoloft) from 50 to 100 mg was prescribed.

On the night of November 8, 2018, during her readmission to St. Jude Children's Research Hospital for control of pain attributed to chemotherapy-related sensory and apparent motor peripheral neuropathy, Ms. Murdock became upset about her diagnosis, although she indicated that a panic attack and crying may have been triggered by the administration of intravenous morphine for pain control.

On November 15, 2018, Psychiatry follow-up was provided because of a recent exacerbation of anxiety and depression; the sertraline dose was increased.  On November 21, 2018, Ms. Murdock indicated that her depression was controlled with continuation of sertraline administration.  On November 26, 2018, Ms. Murdock complained of occasional difficulty sleeping at night.  On December 3, 2018, Ms. Murdock's sertraline dose was increased further by the Psychiatry service, specifically for relief of anxiety.  On December 26, 2018, an episode of tearfulness was noted during an outpatient Leukemia Clinic visit.

On April 17, 2019, Ms. Murdock reported situational depression related to missing school activities.  On July 16, 2019, less than two weeks before she died, Ms. Murdock was tearful as a result of a discussion of her disease progression and plans.

Whether the prognosis is good, poor, or somewhere in between, any new finding after a cancer has been diagnosed raises the serious concern in a patient, the patient's family, and the

medical team alike of recurrence or progression of the malignancy. The potentially devastating significance of each new or persistent symptom, change in a pre-existing symptom, new physical finding, new laboratory or imaging abnormality--and every new medical encounter related to the cancer--are lifelong sources of fear and anxiety in virtually every person who has had cancer.

6. Exposure. Information about the frequency, duration, and circumstances of Ms. Murdock's Roundup exposure and her non-use of personal protective equipment while exposed to Roundup is derived from the First Amended Complaint, Plaintiff Fact Sheet, Dr. Sawyer's toxicology report, a brief mention in a Psychiatry consultation report from October 24, 2018, and a telephone conference with Ms. Murdock's father, Mr. Kyle Murdock, on July 15, 2022.

It is clear that Ms. Murdock had lifelong exposure to Roundup and, to a much lesser extent, other glyphosate-containing herbicide products not manufactured by Monsanto/Bayer. Ms. Murdock grew up on a farm in Calloway County, Kentucky at which Roundup was applied frequently and in large quantities. The Murdock family farming operation consists of both family-owned and leased agricultural properties now totaling approximately 4000 acres, much of which is located in close proximity to the family home in Calloway County. More specific information about the size of the farming operation over time is available. Between 2000 and 2006, reflecting the period from before Ms. Murdock was born until she was five years old and began to attend kindergarten, the farming operation encompassed approximately 1500 acres. The acreage in agricultural use increased progressively to 2000 acres between 2007 and 2010, 3000 acres in 2011 and 2012, and 4000 acres in 2013. Continuing acquisition of agricultural property by the Murdock family was documented on October 24, 2018, in an outpatient Psychiatry consultation report. However, even 1500 acres, the size of the farm when Ms. Murdock was born, represents a sizable agricultural operation and a very large area for the application of Roundup. Growing up, Ms. Murdock spent much of her time outdoors on these farm properties, where the Roundup exposure occurred.

In this environment, Ms. Murdock's Roundup exposure took several forms. As a child, she played on the farm and began to help with farming chores. Her recreational activities included riding go-karts in the fields beginning at age four years, and subsequently larger four-wheel all-terrain vehicles until she became ill in 2018. Ms. Murdock was present when Roundup was sprayed to kill weeds along the perimeter of the family home and in the yard, and may occasionally have sprayed those areas herself. From the age of three years until the onset of her illness, she often rode on the boom sprayers from which Roundup was sprayed for the same purpose on the large farm properties. During the same period, Ms. Murdock also rode on the vehicles on which were mounted the sprayers used in area- and spot-spraying of the fields and frequently participated directly in the spraying. Altogether, Ms. Murdock was exposed to Roundup through spraying by others in her presence or by spraying Roundup herself from two or three times per month to at least four times weekly during the annual growing season, from March until July or August, throughout her childhood and adolescence, until 2018.

More precise detail about the frequency, duration, and circumstances of Ms. Murdock's Roundup exposure during the growing season is also available. When riding on the boom sprayers, Ms. Murdock was in an enclosed cab. Those rides occurred up to two or three times

weekly between age three years and when Ms. Murdock entered kindergarten in Fall 2006 at age five years, for an average of fifteen to twenty times per year. Subsequently, the frequency decreased to approximately once weekly or three or four times monthly until Ms. Murdock began high school in Fall 2016 at age 15 years, and then decreased further to a frequency of three or four times per season. Ms. Murdock's father Kyle has estimated that his daughter rode on the boom sprayers an average of eight to twelve times per year (range three to 18 times per year) between ages five and 17 years. Each of these spraying sessions with Ms. Murdock on the boom sprayer lasted from a minimum of approximately two hours to a maximum of about six hours, for an average of 4.5 hours each time. Ms. Murdock's father has reported that she routinely climbed onto the boom sprayer in order to enter the cab, and often climbed on the ladder onto the flatbed trailer that held the large Roundup supply tank. He also reported that Ms. Murdock came into regular contact with Roundup chemical residue or liquid Roundup on various equipment, such as the cab of the large vehicle used to tow the boom sprayers, as she did not wear gloves.

As noted above, Ms. Murdock also rode on four-wheel all-terrain vehicles and tractors on which tanks or spot-sprayers were mounted for area- and spot-spraying the farm and residential properties. This exposure began when Ms. Murdock was three or four years old. At approximately age seven years, Ms. Murdock began to participate directly in the spraying. During this activity, Ms. Murdock stood alongside the stationary utility vehicle or rode on it as it moved through the fields, along the road or edges of the fields, or around buildings and grain bins. She used a hand-held pressure wand attached to a 25-, 60-, or 100-gallon sprayer on the back of the utility vehicle to apply Roundup as a mist or stream. Ms. Murdock was consequently exposed to Roundup drift and mist while actively spraying or simply riding on the open utility vehicle as her father or grandfather applied the spray. Additionally, photographic documentation is available that shows Ms. Murdock's bare hands in direct contact with a tire guard on one of the tractors. Ms. Murdock's father has estimated that she was involved in the spot-spraying for one or two hours per session approximately ten to twelve times per year for a period of ten years.

Commercially available Roundup concentrate was purchased by Mr. Murdock for both the agricultural and residential uses. Mixing the concentrate for application was performed by Ms. Murdock's father, sometimes assisted by employed workers; Ms. Murdock's grandfather; or occasionally Ms. Murdock herself. The Roundup was stored, mixed, and loaded at a family-owned utility building located approximately one-tenth of a mile from each of the residences in which Ms. Murdock grew up.

Ms. Murdock did not wear personal protective equipment, and usually did not even wear closed-toed shoes, when mixing or spraying Roundup or riding on the farm equipment used for spraying.

Ms. Murdock also pressure-washed the large boom-sprayers two to four times yearly for two years beginning at age 14, a task which required most of the day to pressure-wash just one boom-sprayer. Ms. Murdock did not wear gloves or use any other personal protective equipment while engaged in the pressure-washing. She was also responsible for washing the tractors and all-terrain vehicles.

Aspects of Ms. Murdock's residential history and community provide additional information relevant to a complete understanding of her Roundup exposure. Ms. Murdock lived in her original home until she was approximately four years old, at which time her family built a home about two-tenths of a mile away, where she lived for the rest of her life and where her parents and brother continue to live. Roundup was used for weed control at both of these residential properties. The Murdock family's homes are located in an agricultural community, where Roundup has been extensively used at the neighboring farms as well as on the Murdocks' own agricultural properties.

Ms. Murdock's exposure to Roundup therefore has been both inhalational and transdermal. With a total of 14 years of residential and agricultural use up to at least four times per week in spring and summer, it is therefore my opinion that Ms. Murdock's exposure to Roundup has been extensive.

7. <u>Etiology: risk factors for the development of non-Hodgkin lymphomas</u>. Recognized risk factors for the development of non-Hodgkin lymphomas include aging, male gender (T-cell lymphoblastic lymphoma typically presents with a mediastinal mass in young males), white ethnicity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific types of infection, previous treatment for Hodgkin lymphoma, a rather short list of drugs, occupational and environmental exposures, and a family history of malignancies of the blood or bone marrow (3, 4). Implicated occupational and environmental exposures include herbicides, organic solvents, other organic chemicals, hair dyes, and smoking (3). Some of the recognized risk factors, such as immunosuppressive drugs, infection with human T-lymphotrophic virus type I, or occupational and environmental exposures, are true causative factors or etiologic agents. Other risk factors, such as advanced age and male gender, are associated with an increased likelihood of developing non-Hodgkin lymphoma but are not directly causative. For example, the increased risk of developing non-Hodgkin lymphoma with advancing age may, at least in some cases, reflect the acquisition and accumulation of predisposing mutations in hematopoietic stem cells or lymphocytes in the bone marrow, or lymphocytes in the lymph nodes or elsewhere in the lymphatic system, or the natural decline in immune system function which accompanies aging.

8. <u>Lymphoma caused by Roundup</u>. I have reviewed all of the reliance materials provided to me by attorneys who have retained me in Roundup litigation or independently identified by me regarding the reported association between Roundup exposure and the development of non-Hodgkin lymphoma. I am deferring a detailed discussion of general causation regarding the association between Roundup and non-Hodgkin lymphoma to Plaintiffs' present or past general causation experts. I will highlight only those aspects which would be of interest to clinicians, especially medical oncologists and hematologists, caring for patients with non-Hodgkin lymphoma.

The carcinogenicity of glyphosate, the active herbicidal ingredient in Roundup, has been comprehensively evaluated by the International Agency for Research on Cancer (IARC) (6, 7). In 2015, IARC, which is a division of the World Health Organization, noted that "Glyphosate is a broad-spectrum herbicide, currently with the highest production volumes of all herbicides. It is

used in more than 750 different products for agriculture, forestry, urban, and home applications. Its use has increased sharply with the development of genetically modified glyphosate-resistant crop varieties. Glyphosate has been detected in air during spraying, in water, and in food...Glyphosate has been detected in the blood and urine of agricultural workers, indicating absorption." At that time, IARC classified glyphosate as "probably carcinogenic to humans"--a Group 2A carcinogen, according to the IARC classification. The Group 2A classification of glyphosate as a human carcinogen reflects "limited evidence" for carcinogenicity in humans, based on a positive association with non-Hodgkin lymphoma, plus "sufficient evidence" of carcinogenicity in animals and identification of genotoxicity and oxidative stress as the carcinogenic mechanisms of glyphosate. "Limited evidence" and "sufficient evidence" are part of the terminology used by IARC to summarize and communicate the results of its weight-of-the-evidence analyses of known or suspected carcinogens.

In 2019, Zhang *et al.* published an independent analysis of the risk of developing non-Hodgkin lymphoma in individuals exposed to glyphosate-based herbicides (8). The analysis included a meta-analysis of the available human epidemiologic data as well as an evaluation of available animal and mechanistic studies. The meta-analysis demonstrated a statistically significant 41% to 45% increase (compared to relevant control subjects) in the risk of developing non-Hodgkin lymphoma for individuals with high cumulative exposures to glyphosate-based herbicides. The magnitude of this increase is closely comparable to that reported for the development of non-Hodgkin lymphoma in individuals with high serum levels of polychlorinated biphenyls (PCBs) (9), which are considered persistent organochlorine pollutants and collectively have been classified as an IARC Group 1 (strongest evidence) human carcinogen (10, 11). Similar to IARC, Zhang *et al.* (8) concluded that the animal and mechanistic data provide supporting evidence for the carcinogenic potential of this group of herbicides.

Some of the studies which have investigated the association between glyphosate exposure and the development of non-Hodgkin lymphoma have also searched for more specific associations between glyphosate exposure and various histologic subtypes of non-Hodgkin lymphoma. However, less common non-Hodgkin lymphoma subtypes may not occur with sufficient frequency to permit detection of a statistically significant association with glyphosate exposure even if such an association exists. The three large studies which presented subtype-specific risk data have focused on diffuse large B-cell lymphoma, follicular lymphoma, and chronic lymphocytic leukemia/small lymphocytic lymphoma, and did not even include T-cell lymphoblastic lymphoma, the non-Hodgkin lymphoma subtype in Ms. Murdock's case, as a separate category (12-14).

Several epidemiologic studies have attempted to identify threshold exposure levels of Roundup which are associated with a statistically significant increased risk of developing non-Hodgkin lymphoma overall or one or more of its subtypes. The exposure metrics evaluated included cumulative lifetime days of use, also known as cumulative exposure days (15, 16); intensity-weighted cumulative (or lifetime) exposure days (15, 16); average number of days per year of exposure (17), and total days of exposure as defined by Eriksson *et al.* (14). In addition, the investigators of the North American Pooled Project extracted data from its component case-control studies to determine duration of glyphosate use in years, frequency of glyphosate use in

number of days per year, and lifetime-days of glyphosate use as the product of frequency and duration of glyphosate use (13).

Cumulative lifetime days of use and intensity-weighted cumulative exposure days were used in the Agricultural Health Study (AHS), a large occupational cohort study of licensed professional pesticide applicators in Iowa and North Carolina (15, 16).  Participant-specific factors involved in determining the exposure intensity score included whether the participant mixed as well as applied glyphosate, the glyphosate application method used, whether the participant repaired glyphosate-related equipment, and whether the participant used personal protective equipment (15, 16); these intensity criteria have already been addressed in the context of Ms. Murdock's case in the Exposure section of the present report.  The AHS did not detect an exposure-response relationship between the exposure measurements used and the risk of developing non-Hodgkin lymphoma (15, 16).  However, the study was limited by notable deficiencies in glyphosate exposure ascertainment, especially multiple sources of non-differential exposure misclassification (such as the 37% of participants who did not complete a follow-up questionnaire-based telephone interview, according to the 2018 update reported by Andreotti *et al.*), which led to "attenuated risk estimates" (16), meaning a reduction in the ability of any study to detect cause-and-defect relationships.  Nonetheless, the AHS data were incorporated into the Zhang *et al.* meta-analysis (8) and the exposure-response analyses reported by Pahwa *et al.* for the North American Pooled Project pooled case-control study (13).  The updated AHS study (16) noted that among the participants who used glyphosate, the median lifetime days of use was 48 with an interquartile range of 20 to 166 days, and the median lifetime years of use was 8.5 with an interquartile range of 5 to 14 years, while among the participants who used glyphosate and were diagnosed with cancer during follow-up, the median lifetime days of use was 38.75 with an interquartile range of 13.75 to 108.5 days, and the median lifetime years of use was 8.0 with an interquartile range of 3.5 to 13.0 years.

Reported exposure thresholds for a statistically significant increased risk of non-Hodgkin lymphoma overall include an average of more than two versus two or fewer days per year of exposure in a population-based Canadian case-control study which focused on individuals reporting at least ten hours per year of exposure to any pesticide or combination of pesticides (17), and more than ten versus ten or fewer days of exposure in a population-based Swedish case-control study of individuals with at least eight hours of glyphosate exposure (14).  The North American Pooled Project recognized more than two versus two or fewer days per year of exposure as the threshold for statistically significant increased risks of non-Hodgkin lymphoma overall and diffuse large B-cell lymphoma, with a borderline-statistically significant increased risk for follicular lymphoma, and more than 3.5 versus 3.5 or fewer lifetime-days of exposure as the threshold for a borderline-statistically significant increased risk of non-Hodgkin lymphoma overall (13).

The North American Pooled Project also demonstrated statistically significant "dose-response" relationships between glyphosate exposure duration and the risks of developing non-Hodgkin lymphoma overall and diffuse large B-cell lymphoma when exposure duration was measured in increasing five-year increments, with a borderline-statistically significant increased risk for small lymphocytic lymphoma; between glyphosate exposure frequency and the risks of

developing non-Hodgkin lymphoma overall and diffuse large B-cell lymphoma when exposure frequency was measured in increasing increments of five days per year, with a borderline-statistically significant increased risk for follicular lymphoma; and between cumulative glyphosate exposure and the risks of developing non-Hodgkin lymphoma overall, follicular lymphoma, and small lymphocytic lymphoma when cumulative exposure was measured in increasing increments of ten lifetime-days, with a borderline-statistically significant increased risk for diffuse large B-cell lymphoma (13). Such dose-response or exposure-response relationships constitute additional evidence for a causal relationship between glyphosate exposure and the development of non-Hodgkin lymphoma overall or one or more of its subtypes according to the Hill causation criteria (1).

It must be emphasized that Ms. Murdock's lifetime glyphosate exposure exceeded the cumulative exposure medians and even the ranges reported by the AHS in its updated publication (16), and greatly exceeded the frequency, duration, and cumulative glyphosate exposure thresholds for an increased risk of developing non-Hodgkin lymphoma in the individual case-control studies cited above (14, 17) and the pooled case-control study of the North American Pooled Project (13).

9. <u>Differential etiology: other risk factors</u>.  It has often been said that most cases of non-Hodgkin lymphoma are idiopathic--that is, the cause is unknown (3).  However, diseases don't just happen.  Every disease has one or more causes, even if not yet discovered by scientific research.  This applies to the causes of disease in individuals as well as populations.  Regarding causation, "idiopathic" means "not yet known" or "not known in this case," not "there is no cause."

Ms. Murdock was, of course, a female, and was only 17 years old at the time of diagnosis of her non-Hodgkin lymphoma.  Her medical records indicate white ethnicity.  Other than exposure to Roundup, and, to a much lesser extent, other glyphosate-containing herbicides not manufactured by Monsanto/Bayer, no risk factors for the development of lymphoma, such as predisposing medical conditions (including immunodeficiency states, autoimmune disorders, and specific infections), a family history of malignancies of the blood or bone marrow, or other candidate carcinogenic exposures, are identified in Ms. Murdock's medical records or other available documentation.

As previously discussed, a Genetic Counseling consultation was obtained on December 6, 2018.  A genetic counseling pedigree (family tree) constructed in conjunction with Ms. Murdock's evaluation recorded the occurrence of testicular cancer in a paternal great-grandfather, breast cancer in a maternal great-grandmother, and cervical cancer in Ms. Murdock's maternal grandmother; there was no evidence of hematologic malignancies (including leukemia, lymphoma, and multiple myeloma) or pediatric cancers among Ms. Murdock's relatives.  It was concluded that Ms. Murdock's personal and family histories raised no immediate concern for the presence of a cancer predisposition syndrome, and no genetic testing was recommended.

Ms. Murdock was a high school student, with no history of occupational carcinogenic exposures.  She never smoked.

The Murdock Chemicals document identifies agricultural products and ingredients, including but not limited to Roundup/glyphosate, to which Ms. Murdock was exposed by virtue of the use of those products at her family's agricultural properties. As previously discussed, glyphosate has been classified by IARC as a Group 2A probable human carcinogen, based in part on a positive association with non-Hodgkin lymphoma (6, 7).

Ms. Murdock was also exposed to two IARC Group 1 carcinogens. These were crystalline silica, which is associated with lung cancer (18), and petroleum distillates, defined as untreated or mildly treated mineral oils, which are associated with cancers of the skin and more specifically the scrotum (18, 19). Neither of these carcinogens has been implicated in the development of non-Hodgkin lymphoma.

No IARC Group 2A probable human carcinogens other than glyphosate were listed in the Murdock Chemicals document. However, the herbicide ingredient lactofen, at high doses, has been classified as a Group B2 probable carcinogen by the Environmental Protection Administration (EPA); it should be noted that this chemical is not listed by IARC and has not been associated with the development of non-Hodgkin lymphoma.

The Murdock Chemicals document also contains several IARC Group 2B possible human carcinogens. These are cumene (isopropylbenzene), naphthalene, 2,4-dichlorophenoxyacetic acid (2,4-D), ethylbenzene, attapulgite clay, talc for perineal use, and titanium dioxide. Talc applied to the perineum has been linked to the development of ovarian cancer, while extremely sparse evidence has implicated attapulgite clay in the causation of lung and stomach cancers. While not listed by IARC, acephate and propiconazole have been classified as Group C possible carcinogens by the EPA. With the previously suspected exception of 2,4-D, none of these products or ingredients has been associated with an increased risk of developing non-Hodgkin lymphoma.

Apparently motivated largely by positive results from a 1986 population-based case-control study of agricultural herbicide use in Kansas (20) and a 2005 nested case-control study of crop and pesticide exposure in unionized Hispanic farm workers in California (21), exposure to 2,4-D has been extensively evaluated for associated risks of developing non-Hodgkin lymphoma. As compiled by IARC, the results have been inconsistent and inconclusive (22). Consequently, 2,4-D's classification by IARC as possibly carcinogenic to humans (Group 2B) reflects inadequate epidemiologic evidence of carcinogenicity to humans and limited evidence of carcinogenicity in animal studies (22).

For completeness, the Murdock Chemicals document also lists atrazine, esfenvalerate, xylenes, toluene, and inhaled talc among the chemicals used at the Murdock family's agricultural properties. All of these products and ingredients have been classified by IARC as Group 3, signifying that they are not classifiable as to human carcinogenicity.

It is therefore clear that none of the agricultural chemicals to which Ms. Murdock was exposed at the Murdock family's agricultural or residential properties, other than glyphosate, is capable of causing or contributing to cause non-Hodgkin lymphoma.

Ms. Murdock's past medical and surgical history predating and/or unrelated to her non-Hodgkin lymphoma included left lower lobe pneumonia at age six years, cellulitis of the left heel at age nine years, eczema of the anterior aspect of the neck at age ten years, herpes simplex virus type 1 dermatitis involving the left temple and the nose at age 13 years, and apparent right lower lobe pneumonia at age 14 years. Pneumonia and cellulitis are not risk factors for the development of non-Hodgkin lymphoma, nor is their occurrence diagnostic of the existence of an immunodeficiency state, although recurrent pneumonia and other bacterial infections may raise the suspicion of immunodeficiency. Eczema is a risk factor for the cutaneous T-cell lymphomas known as mycosis fungoides and Sezary syndrome (23), but not for T-cell lymphoblastic lymphoma or B-cell lymphomas (24).

At the time of her transfer to Monroe Carell Jr. Children's Hospital at Vanderbilt through the Emergency Department on October 3, 2018 for evaluation and management of her newly identified mediastinal mass, Ms. Murdock indicated that she had been treated with valacyclovir for herpetic lesions on the forehead approximately three weeks prior to admission. This diagnosis was recorded again, localizing the herpetic rash to the eyelid, at the time of Ms. Murdock's transfer to St. Jude Children's Research Hospital on October 4, 2018 for further evaluation and management of newly diagnosed T-lymphoblastic leukemia/lymphoma. Just three weeks later, on October 24, 2018, it was noted that Ms. Murdock was being treated with famciclovir for an apparent herpetic lip lesion, with a healing lip lesion present on physical examination. Herpes simplex virus type 1 infection has never been identified as a cause of non-Hodgkin lymphoma, nor has it even been associated with an increased risk of developing non-Hodgkin lymphoma (3).

At the time of her referral to the Monroe Carell Jr. Children's Hospital at Vanderbilt on February 28, 2017 for further evaluation and management of sharp, throbbing headaches for one year, Ms. Murdock related a recent diagnosis of exercise-induced asthma, which she reiterated on October 3, 2018. Asthma has been inconsistently reported to be a risk factor for the development of marginal zone lymphoma (3, 24-26), a category of low-grade B-cell lymphomas, but not for non-Hodgkin lymphoma overall or T-cell lymphoblastic lymphoma (3, 24, 26).

Serologic evidence of established (that is, non-acute) Epstein-Barr virus infection was documented on March 4, 2016 as part of an evaluation for dizziness, near-syncope, sore throat, and headache, and confirmed on October 5, 2018 during Ms. Murdock's initial hospitalization at St. Jude Children's Research Hospital for further evaluation and management of newly diagnosed T-cell lymphoblastic lymphoma. In the interim, a qualitative mononucleosis test was negative on February 22, 2018. Epstein-Barr virus infection is extremely common, occurring in approximately 90% of the global population, typically during childhood in the developing world but later, in adolescence or young adulthood, in developed countries (27-29). Epstein-Barr virus is best known as the cause of infectious mononucleosis (29). It is noted that on February 28, 2017, Ms. Murdock indeed related a history of infectious mononucleosis approximately one year earlier. Further, on October 24, 2018, Ms. Murdock's family reported that she had experienced two episodes of infectious mononucleosis during the preceding two years. Also a known oncogenic DNA virus, however, Epstein-Barr is associated with only a limited and well-defined group of malignancies. For decades it has been known that Epstein-Barr virus causes endemic

Burkitt lymphoma in Africa and nasopharyngeal carcinoma primarily in the Far East (3, 29). This virus is also a risk factor for the development of Hodgkin disease (27) and certain relatively uncommon non-Hodgkin lymphomas in addition to endemic Burkitt lymphoma. These other Epstein-Barr-associated non-Hodgkin lymphomas include sporadic Burkitt lymphoma in Western countries; most cases of post-transplant lymphoma; AIDS-associated lymphomas, including plasmablastic lymphoma, which occurs mostly in HIV-infected individuals; lymphomas in patients with the rare genetic disorder known as X-linked lymphoproliferative syndrome; lymphomas of the central nervous system, especially in HIV-infected or other immunocompromised individuals; certain diffuse large B-cell lymphomas in elderly people; and extralymphatic (extranodal) NK/T-cell lymphoma (3, 28, 29). However, Epstein-Barr virus infection has never been associated with the development of T-cell lymphoblastic lymphoma, as in Ms. Murdock's case, or its leukemic counterpart, T-cell acute lymphoblastic leukemia (3, 29, 30).

Non-acute cytomegalovirus infection was also documented serologically on October 5, 2018, a diagnosis supported retrospectively by a positive cytomegalovirus antibody IgG on February 22, 2018 during an evaluation for recurrent sore throat. Similarly, varicella-zoster virus IgG antibody was positive on October 5, 2018, most consistent with previous chickenpox. Like herpes simplex viruses, as previously discussed, cytomegalovirus and varicella-zoster virus have never been identified as causes of non-Hodgkin lymphoma, nor have they even been associated with an increased risk of developing non-Hodgkin lymphoma (3).

Given the current prevalence of obesity, the present discussion of differential etiology would be incomplete without examining obesity as a risk factor for the development of non-Hodgkin lymphoma. The published information on this subject incorporates varying definitions of obesity and tends to focus on diffuse large B-cell lymphoma, perhaps because it is the most common subtype of non-Hodgkin lymphoma. Obesity may indeed be a risk factor for the development of diffuse large B-cell lymphoma, with obesity defined as a body mass index (BMI) of at least 30 kg/sq m (31). Alternatively, a large multicenter analysis in the U.S. of risk factors for the development of non-Hodgkin lymphoma and its subtypes identified 35 kg/sq m as the threshold for an association with the development of diffuse large B-cell lymphoma (26). IARC, which uses the term "excess body fatness" to encompass overweight and obesity, has concluded that there is limited evidence for an association with the development of diffuse large B-cell lymphoma (32). The caveat here is that the International Lymphoma Epidemiology Consortium (InterLymph) analysis of risk factors for the development of non-Hodgkin lymphoma and its subtypes found that a BMI of at least 25 kg/sq m as a young adult (ages 18 to 30), rather than "usual BMI," which would include BMI at the time the lymphoma was diagnosed, was a statistically significant risk factor for the development of diffuse large B-cell lymphoma and non-Hodgkin lymphomas overall (24, 33). For diffuse large B-cell lymphoma, both a young adult BMI and a usual BMI of at least 25 kg/sq m were statistically significant risk factors (24, 33, 34). However, young adult BMI of at least 25 but not usual adult BMI is a risk factor for the development of follicular lymphoma, at least in women (24, 26, 35). In contrast, no association between obesity, or any range of elevated BMI, and T-cell lymphoblastic lymphoma or T-cell acute lymphoblastic leukemia has ever been reported (3, 30). As documented, Ms. Murdock was never obese according to the standard definitions. Her BMI was consistently between 26.8 and

28.6 kg/sq m throughout the period immediately prior to the diagnosis of her lymphoma (January 22, 2017 until October 3, 2018) for which data are available.

10. <u>Conclusion</u>. Ms. Murdock was 17 years old when a diagnosis of stage IV T-cell lymphoblastic lymphoma with a bulky anterior mediastinal mass and pericardial involvement was established by a chest x-ray, CT pulmonary angiogram, and CT scan of the abdomen and pelvis on October 2, 2018; ultrasound-guided core biopsies of a large mediastinal mass on October 3, 2018; and flow cytometric analysis of the peripheral blood and an echocardiogram and pericardiocentesis with cytologic, flow cytometric, cytogenetic, and molecular analyses of the pericardial fluid on October 5, 2018. A bone marrow examination, also performed on October 5, 2018, yielded negative results, signifying that neither leukemia nor bone marrow involvement by the lymphoma was present.

The presence of a large malignant pericardial effusion and the associated medical emergency of pericardial tamponade necessitated urgent pericardiocentesis with insertion of a pericardial drainage catheter at St. Jude Children's Research Hospital with the removal of approximately 410 cc of pericardial fluid over twelve hours, Ms. Murdock's transfer to the Intensive Care Unit, and the initiation of high-dose prednisone administration on October 5, 2018, one day prior to the initiation of induction chemotherapy.

Standard initial treatment for lymphoblastic lymphoma generally involves a complex, extremely intensive multiagent chemotherapy regimen similar or identical to those used to treat acute lymphoblastic leukemia. These chemotherapy programs are usually sequenced into induction, consolidation or intensification, central nervous system prophylaxis, maintenance, and periodic reinduction phases. The Total17 protocol on which Ms. Murdock was treated at St. Jude Children's Research Hospital is fully representative of this standard approach.

On October 6, 2018, two days after undergoing insertion of a right basilic vein dual-lumen peripherally inserted central catheter (PICC), intensive multiagent chemotherapy for the T-cell lymphoblastic lymphoma was initiated according to the TOTAL17 protocol, the first phase of which included daunorubicin (Cerubidine); vincristine (Oncovin); PEG-L-asparaginase (Oncaspar); prednisone; and intrathecal (administered directly into the cerebrospinal fluid) methotrexate, cytarabine (Cytosar-U, ara-C), and hydrocortisone, followed by leucovorin rescue for the methotrexate.

On October 8, 2018, Ms. Murdock underwent a lumbar puncture for cerebrospinal fluid analysis, which yielded no evidence of meningeal involvement, and intrathecal chemotherapy. Additional lumbar punctures for cerebrospinal fluid analysis and administration of intrathecal chemotherapy were performed on October 12, October 19, and October 26, 2018.

The planned intravenous administration of the chemotherapy drug cytarabine was evidently postponed for two days on October 26, 2018 because of the development of pancreatitis.

Continuation of the TOTAL17 protocol on October 28, 2018 included the administration

of 6-mercaptopurine (Purinethol). On October 30, 2018, the planned administration of PEG-L-asparaginase chemotherapy was deferred because of the recent episode of acute pancreatitis. On November 5, 2018, the planned administration of cytarabine was again deferred, this time because of the onset of apparent neuropathic pain.

On November 26, 2018, it was concluded that Ms. Murdock's T-cell lymphoblastic lymphoma was in remission, although considerable lymphadenopathy persisted on CT scans of the neck and chest on November 20, 2018. A left-sided central venous access port was inserted. Ms. Murdock entered the early intensification phase of the TOTAL17 protocol with the administration of vincristine and Erwinia L-asparaginase (Erwinaze), the latter substituted for PEG-L-asparaginase because of the history of pancreatitis, and a lumbar puncture for cerebrospinal fluid analysis and intrathecal chemotherapy administration. On December 3, 2018, early intensification chemotherapy with vincristine, cyclophosphamide (Cytoxan), and cytarabine was administered and 6-mercaptopurine chemotherapy initiated. On December 5, 2018, it was noted that PEG-L-asparaginase at a reduced dose rather than Erwinia L-asparaginase had been administered on November 30, 2018.

The consolidation phase of the TOTAL17 protocol begin with the administration of high-dose methotrexate chemotherapy with leucovorin rescue on December 12, 2018. The administration of maintenance 6-mercaptopurine and PEG-L-asparaginase chemotherapy was deferred on December 26, 2018 because of a recent recurrence of pancreatitis. High-dose methotrexate chemotherapy was administered again beginning on January 7 and January 24, 2019 and in early February 2019. On January 9, 2019, maintenance 6-mercaptopurine chemotherapy continued to be held, while maintenance PEG-L-asparaginase chemotherapy was discontinued because of the recurrent pancreatitis and the development of a pancreatic pseudocyst.

On February 20, 2019, the planned administration of reinduction chemotherapy with the combination of vincristine, doxorubicin (Adriamycin), and 6-mercaptopurine was initiated, although the administration of dexamethasone (Decadron) at that time and again three weeks later was held due to progressive, severe avascular necrosis.

On March 1, 2019, a planned lumbar puncture for cerebrospinal fluid analysis and intrathecal chemotherapy was postponed in anticipation of planned orthopedic procedures, which were performed on on March 4, 2019. The timing of the orthopedic procedures also necessitated interruption in 6-mercaptopurine administration between March 4 and March 8, 2019. On March 15, 2019, cyclical administration of intravenous vincristine and doxorubicin reinduction chemotherapy was resumed, and Ms. Murdock underwent a lumbar puncture for cerebrospinal fluid analysis and the administration of intrathecal chemotherapy. Ms. Murdock underwent additional lumbar punctures for cerebrospinal fluid analysis and the administration of intrathecal chemotherapy on April 3 and May 8, 2019, and the administration of dexamethasone was resumed during the week of April 3, 2019. On June 11, 2019, it was noted that Ms. Murdock had missed five of seven doses of 6-mercaptopurine during the previous week, when she was again ill with pancreatitis.

Progression or recurrence of Ms. Murdock's lymphoma was documented by a chest x-ray and CT scan of the chest, abdomen, and pelvis on June 2, 2019 and a PET-CT scan on June 11, 2019.  PCR and next-generation sequencing analyses of a bone marrow aspirate obtained on June 12, 2019 revealed clonality of the T-cell receptor (TCR) genes, consistent with a bone marrow relapse of Ms. Murdock's T-cell lymphoblastic lymphoma.  On June 18, 2019, Ms. Murdock underwent a CT-guided biopsy of a recurrent mediastinal mass, which reportedly confirmed the impression of relapse; the corresponding pathology reports have not been available.  Dexamethasone administration was resumed until June 21, 2019 because of imaging evidence of rapid and progressive enlargement of the mediastinal mass.

On June 19, 2019, second-line chemotherapy with the combination of cyclophosphamide, nelarabine (Arranon), and etoposide (Vepesid) daily for five days was initiated for treatment of relapsed T-cell lymphoblastic lymphoma.

After interval regression of the anterior mediastinal mass since the most recent prior chest x-ray on June 21, 2019 was demonstrated by a follow-up chest x-ray on June 26, 2019, the mass was found to have enlarged again when another chest x-ray was obtained on July 3, 2019, just one week later.

Third-line treatment with venetoclax (Venclexta) in combination with cyclophosphamide, vincristine, etoposide, and dexamethasone was initiated on July 5, 2019 for this second lymphoma relapse.  Additionally, Ms. Murdock underwent bilateral thoracentesis on the following day, with drainage of 100 cc of pleural fluid from the right side of the chest and 160 cc of pleural fluid from the left side, and insertion of bilateral chest tubes in order to drain recurrent bilateral pleural effusions.

On July 8, 2019, an MRI scan of the entire spine revealed multiple enhancing vertebral lesions throughout the entire vertebral column, with extension to the cortical surfaces of the vertebrae and possible multilevel epidural extension, although without spinal cord compression or spinal canal stenosis, along with interval enlargement of the anterior mediastinal mass since a previous CT scan of the chest, abdomen, and pelvis on June 2, 2019.  The MRI findings were consistent with extensive vertebral involvement by lymphoma.

Further progression of the intrathoracic lymphadenopathy was demonstrated by a CT scan of the chest and abdomen on July 14, 2019.

Although further treatment of the lymphoma with bortezomib (Velcade) and eventual stem cell transplantation if a complete remission was achieved was considered on July 15, 2019, administration of the venetoclax combination was discontinued on the following day and Ms. Murdock was instead treated with fourth-line chemoimmunotherapy consisting of bortezomib, the monoclonal antibody daratumumab (Darzalex), vorinostat (Zolinza), and dexamethasone.  At the same time, plans for discharge under hospice care rather than additional cancer-directed therapy were noted.

Thus, after documentation of the relapse of Ms. Murdock's T-cell lymphoblastic

lymphoma in early to mid-June 2019, she was treated with the chemotherapy combination of cyclophosphamide, nelarabine, and etoposide, followed successively by the combination of venetoclax, cyclophosphamide, vincristine, etoposide, and dexamethasone and the chemoimmunotherapy regimen consisting of bortezomib, the monoclonal antibody daratumumab, vorinostat, and dexamethasone. All of these treatments were comprised of drugs with known activity in relapsed or refractory lymphoblastic lymphoma and acute lymphoblastic leukemia, but none produced a beneficial response in Ms. Murdock's case.

On July 21, 2019, Ms. Murdock was discharged from the hospital to hospice care at home. Dexamethasone administration, now on a palliative basis, was continued. Administration of the remainder of the chemoimmunotherapy regimen was discontinued.

In summary, Ms. Murdock's initial chemotherapy according to the multiagent, multiphase intensive TOTAL17 protocol, which was initiated on October 6, 2018, produced a remission of her T-cell lymphoblastic lymphoma by late November 2018, although the remission may well have been partial rather than complete, as previously discussed. Unfortunately, relapse of the lymphoma was documented in early to mid-June 2019 while Ms. Murdock was still receiving chemotherapy on the TOTAL17 protocol. The relapse thus occurred just eight months after the initiation of chemotherapy. Thereafter, Ms. Murdock's T-cell lymphoblastic lymphoma continued to progress. There is no evidence that any of the three treatment regimens that she received for the relapse in June and July 2019 produced a beneficial therapeutic response.

Ms. Murdock experienced a number of complications of her lymphoma and its treatment, among which a large malignant pericardial effusion and the associated medical emergency of pericardial tamponade, necessitating urgent pericardiocentesis with insertion of a pericardial drainage catheter on October 5, 2018; an occlusive deep venous thrombosis in the left internal jugular vein documented on October 6, 2018, necessitating therapeutic anticoagulation during chemotherapy despite the certain development of chemotherapy-induced severe thrombocytopenia, with a risk of severe bleeding posed by the combination of thrombocytopenia and anticoagulation; acute pancreatitis in late October 2018 with a recurrence and associated development of a large pancreatic pseudocyst in December 2018 and another recurrence in early June 2019; and repeated neutropenic episodes and associated fevers and infections were severe and even life-threatening.

Additionally, non-life-threatening but potentially debilitating complications of chemotherapy included Ms. Murdock's development of painful peripheral neuropathy and extensive osteonecrosis, the latter necessitating left hip core decompression, left knee arthroscopy, and core decompression of the distal left femur and proximal left tibia on March 4, 2019. Together, these complications resulted in the loss of Ms. Murdock's ability to walk unassisted. Because of the lack of definitive evidence for meningeal spread of Ms. Murdock's lymphoma and the possibility of an autoimmune component for her peripheral neuropathy, she was treated with a five-day course of intravenous immunoglobulin beginning on July 12, 2019.

The last month of Ms. Murdock's life was characterized by episodes of pain in the chest, abdomen, and back, for which strong opioid analgesics (hydromorphone, methadone, morphine)

were administered; recurrent and progressive shortness of breath; progressive neurologic symptoms, including weakness and numbness; intermittent fevers, due at least in part to blood-borne methicillin-resistant S. aureus and S. epidermidis infections documented on July 14, 2019; and persistent moderately severe to severe pancytopenia, necessitating multiple platelet transfusions and a packed red blood cell transfusion on July 25, 2019.

On July 28, 2019, Ms. Murdock was evaluated at the Murray-Callaway County Hospital Emergency Room for progressive shortness of breath for several weeks, now severe, after a hospice nurse documented unresponsiveness and respiratory failure. Additional symptoms included nausea and weight loss. EMS was reportedly unable to obtain a blood pressure reading. Physical examination revealed regular tachycardia at a rate of 117/min, fatigue, lethargy, pallor, and severe respiratory distress. A "Do Not Resuscitate," comfort measures only, order was in place. Accordingly, supplemental oxygen at a flow rate of 15 L/min by non-rebreather face mask, multiple doses of intravenous morphine, and a dose of intravenous lorazepam were administered and transfer to Hospice House initiated. Ms. Murdock passed away in the ambulance en route from the Emergency Room to Hospice House on July 28, 2019. She was 18 years old.

In total, Ms. Murdock underwent at least sixteen invasive procedures as required for the diagnosis and treatment of her T-cell lymphoblastic lymphoma. These included ultrasound-guided core biopsies of the mediastinal mass on October 3, 2018; bone marrow examinations on October 5, 2018 and June 12, 2019; pericardiocentesis with insertion of a pericardial drainage catheter on October 5, 2018; lumbar punctures for cerebrospinal fluid analysis and intrathecal chemotherapy administration on October 8, October 12, October 19, October 26, and November 26, 2018 and March 15, April 3, and May 8, 2019; a possible additional lumbar puncture on February 13, 2019; insertion of a left-sided central venous access port on November 26, 2018; left hip core decompression, left knee arthroscopy, and core decompression of the distal left femur and proximal left tibia on March 4, 2019; CT-guided biopsy of the recurrent or progressive mediastinal mass on June 18, 2019; and bilateral thoracentesis and insertion of bilateral chest tubes on July 6, 2019.

Despite the promising, even impressive, results achieved by the chemotherapy clinical trials in patients with T-cell lymphoblastic lymphoma, Ms. Murdock's outcome was abysmal. As previously discussed, relapse of Ms. Murdock's lymphoma was documented in early to mid-June 2019 while Ms. Murdock was still receiving chemotherapy on the TOTAL17 protocol, just eight months after her diagnosis was established and treatment initiated in early October 2018. Ms. Murdock subsequently survived for less than two months from the time of relapse until her death on July 28, 2019, despite the sequential administration of three treatment regimens for the relapse. Had any of these treatments produced a beneficial response, Ms. Murdock would have been able to undergo a potentially curative hematopoietic stem cell transplant. Instead, all of the treatments she received for the relapse were unsuccessful, and Ms. Murdock survived for less than ten months from the time of her diagnosis.

Lifelong psychological consequences of the diagnosis and treatment of cancer, and of the complications of the cancer and its treatment, are near-universal experiences in patients who

have been treated for cancer. Ms. Murdock did, in fact, experience anxiety and depression, due at least in part to her lymphoma and its treatment, complications, and prognosis. These psychological symptoms were a consistent feature of her clinical course after her lymphoma was diagnosed.

Ms. Murdock was exposed to Roundup through residential and agricultural spraying by others in her presence or by spraying Roundup herself from two or three times per month to at least four times weekly during the annual growing season, from March until July or August, throughout her childhood and adolescence for a total of 14 years of exposure until she became ill with lymphoma in 2018. It is therefore my opinion that Ms. Murdock's exposure to Roundup was extensive. Roundup has been implicated in the causation of non-Hodgkin lymphoma on the basis of human epidemiologic data and animal and mechanistic studies. Ms. Murdock's Roundup exposure was well above the threshold levels reported in the literature to be associated with an increased risk of developing non-Hodgkin lymphoma.

It is my conclusion that, to a reasonable degree of scientific and medical certainty, exposure to Roundup was a substantial factor in causing or contributing to cause Ms. Murdock's non-Hodgkin lymphoma.

All of these opinions are expressed to a reasonable degree of scientific and medical certainty. Please note that I reserve the right to amend the opinions contained in this report and to offer additional opinions should new information become available to me about Ms. Murdock's case.

Thank you for allowing me the opportunity to review this interesting but heartbreaking case. Please let me know if I may be of further assistance.

Sincerely,

*Ron D. Schiff*

Ron D. Schiff, M.D., Ph.D.

REFERENCES:

1. Hill, A.B., 1965. The environment and disease: association or causation? Proc Royal Soc Med 58:295-300.

2. Swerdlow, S.H., E. Campo, N.L. Harris, *et al.*, 2017. *WHO Classification of Tumours of Hematopoietic and Lymphoid Tissues.* International Agency for Research on Cancer, Lyon, France.

3. Bierman, P.J. and J.O. Armitage, 2020.  Non-Hodgkin lymphomas.  In Goldman, L. and A.I. Schafer, 2020.  *Goldman-Cecil Medicine*, 26th edition.  Elsevier Saunders, Philadelphia, pp 1229-40.

4. Burkhardt, B. and M.L. Hermiston, 2019.  Lymphoblastic lymphoma in children and adolescents: review of current challenges and future opportunities.  Br J Haematol 185:1158-70.

5. You, M.J., L.J. Medeiros, and E.D. Hsi, 2015.  T-lymphoblastic leukemia/lymphoma.  Am J Clin Pathol 144:411-22.

6. Guyton, K.Z., D. Loomis, Y. Grosse, *et al.*, 2015.  Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate.  Lancet Oncology 16:490-1.

7. International Agency for Research on Cancer, 2015.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 112.  Some organophosphate insecticides and herbicides, tetrachlorvinphos, parathion, malathion, diazinon and glyphosate.*  IARC Working Group, Lyon, France, pp 1-92.

8. Zhang, L., I. Rana, R.M. Shaffer, *et al.*, 2019.  Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence.  Mutat Res/Rev Mutat Res 781:186-206.

9. Freeman, M.D. and S.S. Kohles, 2012.  Plasma levels of polychlorinated biphenyls, non-Hodgkin lymphoma, and causation.  J Environ Public Health 2012, Volume 2012, Article ID 258981, 15 pages, doi:10.1155/2012/258981.

10. Lauby-Secretan, B., D. Loomis, Y. Grosse, *et al.*, 2013.  Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls.  Lancet Oncology 14:287-8.

11. International Agency for Research on Cancer, 2016.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 107.  Polychlorinated biphenyls and polybrominated biphenyls.*  IARC Working Group, Lyon, France, pp 33-440.

12. Leon, M.E., L.H. Schinasi, P. Lebailly, *et al.*, 2019.  Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium.  Int J Epidemiol 0:1-17 (doi: 10.1093/ije/dyz017).

13. Pahwa, M., L.E. Beane Freeman, J.J. Spinelli, *et al.*, 2019.  Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project.  Scand J Work Environ Health doi:10.5271/sjweh.3830.

14. Eriksson, M., L. Hardell, M. Carlberg, and M. Akerman, 2008.  Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis.  Int J

Cancer 123:1657-63.

15. De Roos, A.J., A. Blair, J.A. Rusiecki, *et al.*, 2005.  Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect 113:49-54.

16. Andreotti, G., S. Koutros, J.N. Hofmann, *et al.*, 2018.  Glyphosate use and cancer incidence in the Agricultural Health Study.  J Natl Cancer Inst 110:509-16.

17. McDuffie, H.H., P. Pahwa, J.R. McLaughlin, *et al.*, 2001.  Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health.  Cancer Epidemiol Biomarkers Prev 10:1155-63.

18. Loomis, D., N. Guha, A.L. Hall, and K. Straif, 2018.  Identifying occupational carcinogens: an update from the IARC Monographs.  Occup Environ Med 75:593-603.

19. International Agency for Research on Cancer, 2012.  Mineral oils, untreated or mildly treated. In *IARC Monogr Eval Carcinog Risks Hum Volume 100 F.  Chemical agents and related occupations.  A review of human carcinogens*.  IARC Working Group, Lyon, France, pp 179-96.

20. Hoar, S.K., A. Blair, F.F. Holmes, *et al.*, 1986.  Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma.  JAMA 256:1141-7.

21. Mills, P.K., R. Yang, and D. Riordan, 2005.  Lymphohematopoietic cancers in the United Farm Workers of America (UFW), 1988-2001.  Cancer Causes Control 16:823-30.

22. International Agency for Research on Cancer, 2018.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 113.  DDT, lindane, and 2,4,-D*.  IARC Working Group, Lyon, France, pp 373-498.

23. Aschebrook-Kilfoy, B., P. Cocco, C. La Vecchia, *et al.*, 2014.  Medical history, lifestyle, family history, and occupational risk factors for mycosis fungoides and Sezary syndrome: The InterLymph non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:98-105.

24. Morton, L.M., S.L. Slager, J.R. Cerhan, *et al.*, 2014.  Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: The InterLymph Non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:130-44.

25. Bracci, P.M., Y. Benavente, J.J. Turner, *et al.*, 2014.  Medical history, lifestyle, family history, and occupational risk factors for marginal zone lymphoma: The InterLymph non-Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:52-65.

26. Morton, L.M., S.S. Wang, W. Cozen, *et al.*, 2008.  Etiologic heterogeneity among non-

Hodgkin lymphoma subtypes.  Blood 112:5150-60.

27. Connors, J.M., 2020.  Hodgkin lymphoma.  In Goldman, L. and A.I. Schafer, 2020.
    *Goldman-Cecil Medicine*, 26th edition.  Elsevier Saunders,  Philadelphia, pp 1241-6.

28. Berger, J.R. and A. Nath, 2020.  Cytomegalovirus, Epstein-Barr virus, and slow virus
    infections of the central nervous system.  In Goldman, L. and A.I. Schafer, 2020.
    *Goldman-Cecil Medicine*, 26th edition.  Elsevier Saunders,  Philadelphia, pp 2174-8.

29. Schooley, R.T., 2020.  Epstein-Barr virus infection.  In Goldman, L. and A.I. Schafer, 2020.
    *Goldman-Cecil Medicine*, 26th edition.  Elsevier Saunders,  Philadelphia, pp 2198-2200.

30. Appelbaum, F.R. and R.B. Walter, 2020.  The acute leukemias.  In Goldman, L. and A.I.
    Schafer, eds., 2020.  *Goldman-Cecil Medicine*, 26th edition.  Elsevier, Philadelphia, pp
    1211-7.

31. Patel, A.V., W.R. Diver, L.R. Teras, *et al.*, 2013.  Body mass index, height and risk of
    lymphoid neoplasms in a large United States cohort.  Leuk Lymphoma 54:1221-7.

32. Lauby-Secretan, B., C. Scoccianti, D. Loomis, *et al.*, 2016.  Body fatness and cancer--
    viewpoint of the IARC Working Group.  N Engl J Med 375:794-8.

33. Morton, L.M., J.N. Sampson, J.R. Cerhan, *et al.*, 2014.  Rationale and design of the
    International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin
    Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:1-14.

34. Cerhan, J.R., A. Kricker, O. Paltiel, *et al.*, 2014.  Medical history, lifestyle, family history,
    and occupational risk factors for diffuse large B-cell lymphoma: The InterLymph Non-
    Hodgkin Lymphoma Subtypes Project.  J Natl Cancer Inst Monogr 48:15-25.

35. Linet, M.S., C.M. Vajdic, L.M. Morton, *et al.*, 2014.  Medical history, lifestyle, family
    history, and occupational risk factors for follicular lymphoma: The InterLymph non-
    Hodgkin lymphoma subtypes project.  J Natl Cancer Inst Monogr 48:26-40.