1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3

4    * * * * * * * * * * * * * *    MDL NO. 2741

5    IN RE:  ROUNDUP PRODUCTS    *    Case No. MDL No.
     LIABILITY LITIGATION        *
6                                          3:16-MD-02741-VC
     * * * * * * * * * * * * * *
7

     This document relates to:
8
     Estate of Kenzie Elizabeth Murdock, et al.,
9
     vs.
10
     Monsanto Company.
11
     Case No. 5:20-cv-00023
12

13
                                 * * * * *
14

15

16

17               The video deposition of RON D. SCHIFF, M.D.,

18               PH.D., taken via Zoom videoconference on the

19               3rd day of March, 2023, commencing at

20               approximately 10:00 a.m., EST.

21

22

23

24

25

Ron D. Schiff, M.D., Ph.D.

```
 1                    A P P E A R A N C E S

 2     FOR THE PLAINTIFF:

 3               GARMER & PRATHER, PLLC
                 141 North Broadway
 4               Lexington, Kentucky  40507
                 BY:  Jerome Prather, Esquire
 5                    Jprather@garmerprather.com

 6
       FOR THE DEFENDANT:
 7
                 NELSON MULLINS
 8               1600 Utica Avenue South, Suite 750
                 Minneapolis, Minnesota  55416
 9               BY:  Barry J. Koopmann, Esquire
                      Barry.koopmann@nelsonmullins.com
10

11

12

13     VIDEOGRAPHER:

14               James Vonwiegen

15

16

17
                 Jillian Doctor, RPR, CRR
18               Court Reporter

19

20

21

22

23

24

25
```

Ron D. Schiff, M.D., Ph.D.

```
1                    I N D E X

2   EXAMINATION                              PAGE

3   By Mr. Koopmann                            5

4   By Mr. Prather                           150

5   By Mr. Koopmann                          154

6   By Mr. Prather                           155

7   By Mr. Koopmann                          157

8

9                    * * * * * *

10  EXHIBITS                                 PAGE

11  Deposition Exhibit Number 1               11

12     Notice of Deposition

13  Deposition Exhibit Number 2               14

14      Invoices and Time Notes

15  Deposition Exhibit Number 3               18

16    Curriculum Vitae

17  Deposition Exhibit Number 4               20

18     Ron D. Schiff MD, PA Fees

19  Deposition Exhibit Number 5               21

20     Testimony List

21  Deposition Exhibit Number 6               28

22     Murdock Chemicals List

23  Deposition Exhibit Number 7               29

24     Other File Materials

25
```

Ron D. Schiff, M.D., Ph.D.

1    EXHIBITS                                        PAGE

2    Deposition Exhibit Number 8                      30

3      Dr. Schiff Report with page numbers

4    Deposition Exhibit Number 9                   35 and 55

5      Sawyer Preliminary Report

6    Deposition Exhibit Number 10                     91

7      Patient Medical Records

8    Deposition Exhibit Number 11                    108

9      Murdock Chemicals List

10   Deposition Exhibit Number 12                    110

11     Safety Data Sheets

12   Deposition Exhibit Number 13                    148

13     T-Cell Lymphomas and Epstein-Barr Virus - Jones

14   Deposition Exhibit Number 14                    148

15     Parental Occupation and Other Environmental Factors - Magnani

16

17

18

19

20

21

22

23

24

25

Ron D. Schiff, M.D., Ph.D.

```
 1    THE VIDEOGRAPHER:

 2           We're now on the record.  My name is

 3    James Vonwiegen.  I'm a videographer for Golkow

 4    Litigation Services.  Today's date is March 3rd,

 5    2023 and the time is 10:00 a.m.

 6           This remote video deposition is being

 7    held in the matter of Roundup.  Estate of Kenzie

 8    Elizabeth Murdock, et al versus Monsanto Company,

 9    et al.  The deponent is Ron D. Schiff.

10           All parties to the deposition are

11    appearing remotely and have agreed to the witness

12    being sworn in remotely.  Due to the nature of

13    remote reporting, please pause briefly before

14    speaking to ensure all parties are heard

15    completely.

16           Counsel will be noted on the

17    stenographic record.  The court reporter is Jill

18    Doctor and will now swear in the witness.

19              RON D. SCHIFF, M.D.,

20           having been first duly sworn,

21        was examined and testified as follows:

22                  EXAMINATION

23    BY MR. KOOPMANN:

24    Q       Good morning, Dr. Schiff.  My name is

25    Barry Koopmann and I represent Monsanto in this
```

Ron D. Schiff, M.D., Ph.D.

1    case.  Would you please state your full name and

2    spell your last name for the record.

3    A         My name is Ron D. Schiff.  The last

4    name is S, like Sam, C-H-I, double F, like Frank.

5    Q         If you don't understand one of my

6    questions today, will you please ask me to repeat

7    it or rephrase it?

8    A         Yes, sir.

9    Q         And if you answer a question, I will

10   assume that you understood it.  Is that fair?

11   A         No.  It might mean that I did not

12   understand it at the time I answered it.  And if

13   I can figure it out later, I would like to

14   reserve the right to return to the question.  For

15   the most part, I don't anticipate any difficulty

16   understanding your questions.

17   Q         Okay.  But if you don't understand it

18   at the time I ask it, you'll let me know that?

19   A         I will try.

20   Q         If you refer to anything in the course

21   of answering one of my questions, will you please

22   let me know that?

23   A         Yes.

24   Q         I would ask that you refrain from

25   texting or e-mailing or anything like that while

Ron D. Schiff, M.D., Ph.D.

1    we are on the record today.  Is that fair?

2    A      Yes.

3    Q      And for ease of reference during

4    today's deposition, I'll refer to non-Hodgkin's

5    lymphoma as NHL.  Okay?

6    A      That's okay.

7    Q      My job today here, sir, is to ask you

8    questions about your opinions in the Murdock

9    case, and I need you to provide answers to the

10   best of your recollection and memory.  Are you

11   prepared to do that today?

12   A      I will do that.

13   Q      Are you taking any medications that

14   would impact your ability to provide truthful and

15   accurate answers today?

16   A      I am not.

17   Q      Dr. Schiff, what did you do to prepare

18   for your deposition today?

19   A      I reviewed the -- actually most of the

20   effort was spent in reviewing the report that I

21   wrote that I submitted last August.  I reviewed

22   selected references from within that report, and,

23   you know, a few references that I have considered

24   but not relied upon in this case.  I can't think

25   of anything else that I reviewed for that, but I

Ron D. Schiff, M.D., Ph.D.

```
1     have everything with me.

2            The only qualification is that the

3     medical records and some other materials are so

4     voluminous that they are on a table perhaps

5     15 feet away in the kitchen.  And at some point

6     if you ask me about them, I may need to retrieve

7     them.  Everything else is on a table right to my

8     left.

9     Q        Did you have any meetings with counsel

10    in preparation for today's deposition?

11    A        There was a telephone conference

12    yesterday afternoon.

13    Q        How long did that last approximately?

14    A        Almost 90 minutes.

15    Q        Who was present for that telephone

16    conference?

17    A        Only Mr. Prather and myself.

18    Q        Was that the only telephone conference

19    or video conference that you had in preparation

20    for the deposition?

21    A        Well, you know, I've had one -- at

22    least one prior telephone conference with

23    Mr. Prather, which was a month ago.  And whether

24    one wants to classify that as deposition prep or

25    not, I don't know.  I will disclose it, but, you
```

Ron D. Schiff, M.D., Ph.D.

```
1    know, I don't -- I don't know how it would be

2    regarded.

3    Q       Who was present for that conference?

4    A       The same.  Only Mr. Prather and myself.

5    Q       Approximately how long was that

6    meeting?

7    A       I'd have to look that up, but I have

8    that right here.  That was one hour.

9    Q       How much time would you estimate that

10   you've spent preparing for today's deposition?

11   A       I can estimate that from my handwritten

12   billing records, but it will take me a minute to

13   add that up.

14           That would be 14 hours including the

15   telephone conference yesterday with Mr. Prather.

16   And you do have those records by now.  So my

17   quick addition may be inaccurate, but I'm usually

18   pretty good at doing that.

19   Q       But when you say, "I have those

20   records," you mean the handwritten notes that you

21   used to prepare your invoices?

22   A       Correct.

23   Q       You mentioned that you have the

24   voluminous medical records in this case to your

25   left on the kitchen table.  Do you have any other
```

Ron B. Schiff, M.D., Ph.D.

```
1    hard copy documents with you today?

2    A        Yes.  I have quite a few on a table

3    closer to me as well as some additional expert

4    material.  But everything that -- you know, that

5    strikes me as being relevant to what you're

6    likely to ask me about is at hand on the table

7    immediately to my left.

8    Q        Okay.  And what does that include

9    generally speaking?  You don't have to go

10   document by document.  But is it your report and

11   selected articles?

12   A        Yes.  That's -- yeah.  In a nutshell

13   that's what it is, yes.

14   Q        Sharing on the screen now a copy of the

15   notice for today's deposition.  Can you see that

16   on your screen, Doctor?

17   A        Yes.

18   Q        Okay.  Were you provided with a copy of

19   this before the deposition?

20   A        I received it on Tuesday, yes, sir.

21   Q        All right.  And did you make an effort

22   to go through the various requests for production

23   and gather any documents that are responsive to

24   those requests?

25   A        I reviewed the request for production,
```

```
 1      and I have already provided those documents that

 2      I believe I should be providing.

 3      Q        Okay.  And Mr. Prather provided some

 4      documents electronically to me today.  We'll go

 5      through and mark some of those as we go along

 6      today.  Is there anything that's been removed

 7      from your file at any point since it was added?

 8      A        I'm sorry.  What file are you referring

 9      to?

10      Q        Your file materials that you keep for

11      purposes of this Murdock case.

12      A        Oh, for the Murdock case?  No.

13      Everything is present and in one place in my

14      kitchen.

15      MR. KOOPMANN:

16               I'll mark the deposition notice as

17      Exhibit 1 to the deposition.

18               (DEPOSITION EXHIBIT NUMBER 1

19               WAS MARKED FOR IDENTIFICATION.)

20      Q        I received two invoices from

21      Mr. Prather today.  One is on the screen here.

22      It shows entries for work done between May 29th,

23      2021 and September 24th, 2021 totalling $22,350.

24      Do you see that on your screen, Doctor?

25      A        I do.
```

Ron B. Schiff, M.D., Ph.D.

```
 1      Q        Okay.  And that's an invoice that you

 2    prepared?

 3      A        Well, my wife prepared it off my

 4    handwritten billing records, yes.  That's

 5    correct.

 6      Q        And then the second invoice we've

 7    received is -- appears to be for work done by you

 8    between June 6th, 2022 and August 15th, 2022

 9    totalling $22,200.  Do you see that on your

10    screen?

11      A        Also correct.

12      Q        Okay.  And this is your second invoice

13    that you've prepared for this case or your wife

14    has prepared?

15      A        That's correct.

16      Q        Okay.  Are there any other invoices

17    that have been prepared that reflect your work

18    performed in this case?

19      A        No.  The only other billing record of

20    my work is the handwritten one covering the

21    period from January 29 through yesterday.  And

22    that also was provided.  That has not been

23    invoiced yet.

24      Q        And am I showing that on the screen

25    now?
```

Ron B. Schiff, M.D., Ph.D.

```
1     A        No.  That's the 2021 billing records.

2     Q        Okay.  This document titled Time

3     Records that I'm showing on the screen with

4     handwriting, that's your handwritten notes that

5     your wife used to prepare your invoice?

6     A        Yes.  Except that at the time each

7     invoice was provided, she wrote the total amount

8     and the calculation.  For example, that's her

9     handwriting right there, which is very distinct

10    from mine.

11    Q        Okay.

12    A        Now you're in the 2022 billing records.

13    And my wife's notation about the amount that was

14    invoiced there.  And at the bottom of that page

15    now you're getting into what has not yet been

16    invoiced over a period of the last, I don't know,

17    five weeks.

18    Q        Okay.  What is the -- where it says 15

19    and then a superscript 1, what does that signify?

20    A        Yeah.  That's actually not a one.

21    That's medical notation.  The superscript circle

22    is ours.  The superscript line is minutes.  You

23    see that in handwritten medical records.  And

24    I've been recording that way for a million years.

25    Q        Okay.  Thank you.  Learn something
```

```
1       every day.

2       MR. KOOPMANN:

3               All right.  I will mark the two

4       invoices and this time record collectively as

5       Exhibit 2 to the deposition.

6               (DEPOSITION EXHIBIT NUMBER 2

7               WAS MARKED FOR IDENTIFICATION.)

8       Q       Is it fair to say, sir, that the total

9       amount of time you've spent on this case to date

10      is -- well, the total amount of time invoiced was

11      74 hours so far?

12      A       Yes.  Yes.  That's correct.  74 and a

13      quarter, if I'm adding it up correctly from my

14      wife's notations.

15      Q       And then we can add to those 74 hours

16      the time noted in this time record from January

17      and February of 2023 and March?

18      A       Yes, sir.  I did not enter the time

19      spent for independent preparation of deposition

20      yesterday because I did not complete that until

21      after the -- this document was e-mailed to

22      Mr. Prather.  So that would be, as I recall,

23      another 45 minutes.

24      Q       Okay.  Did you take any notes during

25      your review of materials for purposes of this
```

Ron B. Schiff, M.D., Ph.D.

```
 1      case?

 2      A         No, sir.

 3      Q         Have you had any communications between

 4      you and either of Kenzie Murdock's parents?

 5      A         Yes.  That is cited in my report.  I

 6      interviewed Mr. Kyle Murdock by telephone

 7      concerning Ms. Murdock's exposure last summer.  I

 8      can get you the exact date on that.  But that's

 9      in Section 6 under my opinions.

10      Q         Okay.  If I remember correctly, it was

11      from --

12      A         Let me get you that date.  Let me get

13      you that date.  That took place on July 15th,

14      2022.  And I'm prepared to tell you how I

15      integrated what he said into my report because I

16      did not take handwritten notes during that

17      conversation.  I had already completed a draft

18      exposure section.  And I sat at the computer in

19      front of that.

20              I went with him systematically through

21      all of the material that I had compiled from

22      other sources and asked him for any additions or

23      corrections and I input that into my report at

24      that time.  So there is no separate handwritten

25      record.
```

Ron B. Schiff, M.D., Ph.D.

```
 1      Q       Okay.  And that interview was on

 2   July 15th of 2021?

 3      A       No.  2022.

 4      Q       Did you also interview Mrs. Mandi

 5   Murdock?

 6      A       No, I've had no communication with her

 7   at any time.

 8      Q       How long did your interview with

 9   Mr. Murdock last?

10      A       Well, what I wrote in my billing

11   records was that that lasted one hour and

12   15 minutes but included a portion of the

13   completion of the remaining report.

14              And, you know, I'm sure that you can

15   see how I itemized that on the invoice billing

16   records and on my handwritten billing records.

17   So the heading is Telephone Conference with

18   Mr. Kyle Murdock and Mr. Prather and Completion

19   of Report, one hour 15 minutes on July 15th,

20   2022.

21      Q       Did anyone participate in that call

22   besides you, Mr. Prather, and Mr. Murdock?

23      A       No, sir.

24      Q       Okay.  Is that the only time you've

25   spoken to Mr. Murdock?
```

Ron B. Schiff, M.D., Ph.D.

```
 1    A        Yes, sir.

 2    Q        Have you spoken to anybody else in the

 3    Murdock family besides Mr. Murdock?

 4    A        I have not.

 5    Q        Have you had any communications between

 6    you and any of Kenzie Murdock's physicians or

 7    other medical providers?

 8    A        No.

 9    Q        Have you had any communications with

10    any of the plaintiff's other expert witnesses in

11    this case?

12    A        Are you referring to Item Number 7 in

13    the notice of deposition?

14    Q        I'm just asking that question

15    generally.  It might correspond to Item Number 7,

16    but I'm wondering if you've spoken to or

17    corresponded with Dr. Sawyer?

18    A        No.  I mean, I have his preliminary and

19    revised reports as you know, but I've never had

20    any direct communication with him.

21    Q        Any communications with Dr. William

22    Baldwin?

23    A        I've never heard of Dr. Baldwin.  So

24    that's -- that's a no.

25    Q        I'm sharing on the screen now the
```

 1     curriculum viteae that we received this morning

 2     from Mr. Prather.  Does this appear to be a

 3     current copy of your CV, Dr. Schiff?

 4     A        Yes.  It's dated May 26, 2015, which is

 5     12 days after I retired from medical practice.

 6     In that interim, I revised the CV to reflect my

 7     retirement, and there have been no modifications

 8     in the nearly eight years since then.

 9     MR. KOOPMANN:

10             I'll mark this as Deposition Exhibit

11     Number 3.

12             (DEPOSITION EXHIBIT NUMBER 3

13             WAS MARKED FOR IDENTIFICATION.)

14     Q        I'm now sharing on the screen the

15     document that we received today titled Schiff Fee

16     Schedule at Time of Retention.  Do you see that

17     on your screen, sir?

18     A        I do.

19     Q        And are those actually the rates that

20     are currently in effect as well or were those

21     only in effect at the time of your retention in

22     this case?

23     A        They remain in effect.

24     Q        Okay.  So your time for records

25     reviewed and telephone conferences and deposition

```
1      time in this case is $600 per hour?

2      A       Yes.  That amount also applies to

3      preparation of any reports.  I don't know why

4      that's not on the fee schedule, but that's

5      exactly the same.  All aspects of my

6      participation in a medical legal case are

7      invoiced at that rate.

8      Q       If you testify at trial, it will be at

9      $600 per hour?

10     A       That's correct.  With regard to travel,

11     I expect my travel expenses to be reimbursed.

12     And assuming that I'm continuing my prep en route

13     to the trial, I will bill for that time as well.

14     My time on the way home, I will not.

15     Q       What if you spend time driving or

16     walking through an airport.  Is that time billed?

17     A       No.  I no longer do that.  I did that

18     when I was still in practice.  And I would then

19     bill door to door locally because that was

20     additional time taken away from my practice.

21     Once I retired, I suspended that provision.

22     Q       And did you charge a retainer of $1,200

23     in this case?

24     A       I did.

25     Q       And then do you draw that retainer down
```

Ron B. Schiff, M.D., Ph.D.

```
 1      as work is performed?

 2      A        Correct.

 3      Q        Do you know what the current total

 4      amount that you've been paid for your work on

 5      behalf of plaintiffs in the Roundup litigation

 6      is?

 7      A        Oh, I have no idea.

 8      Q        Are you still retired from clinical

 9      practice?

10      A        Yes.

11      MR. KOOPMANN:

12               I'll mark this fee schedule as

13      Exhibit 4.

14               (DEPOSITION EXHIBIT NUMBER 4

15               WAS MARKED FOR IDENTIFICATION.)

16      Q        Sir, I'm now sharing on the screen a

17      list of depositions and trial testimony that we

18      received this morning.  Is this an up-to-date

19      copy of your list of depositions and trial

20      testimony?

21      A        It is.  The most recent prior

22      deposition is the one on the bottom of this

23      three-page list that took place in December.

24      That is December '22.  You're looking at it right

25      now.  So that is current, yes, sir.
```

Ron D. Schiff, M.D., Ph.D.

```
 1      MR. KOOPMANN:

 2              All right.  I'll mark this as

 3      Deposition Exhibit 5.

 4              (DEPOSITION EXHIBIT NUMBER 5

 5              WAS MARKED FOR IDENTIFICATION.)

 6      Q       Sir, do you now work exclusively in

 7      medical legal consulting?

 8      A       I would have to say that that is

 9      correct, yes.  I am, however, trying to slow down

10      with that, too.

11      Q       In 2022, what percentage of your

12      medical legal consulting was done in product

13      liability cases?

14      A       I would have to say that that was

15      100 percent because I don't think I had an open

16      medical liability or patent litigation case in

17      2022.

18      Q       Have you ever served as an expert

19      witness for a defendant in a product liability

20      case?

21      A       I have consulted for defendants in

22      product liability cases, but I have not, as I

23      recall, at least written a report, been deposed,

24      or appeared at trial.  However, in my medical

25      liability consulting, I would say over 90 percent
```

1    of that previous work was done on behalf of

2    defendant physicians and healthcare

3    organizations.

4    Q        Do you recall when the last time was

5    that you consulted with the defendant in a

6    product liability case?

7    A        On a product -- oh, no, I do not recall

8    that.  That would not appear on that list

9    because, as I said, it never reached the stage of

10   deposition or trial.  I suspect that it's been

11   six years.  Maybe a little longer.

12   Q        Do you recall ever testifying in

13   another case involving T lymphoblastic lymphoma?

14   A        I do not.  I have testified in acute

15   lymphoblastic leukemia cases, which are

16   biologically identical.  The case that comes to

17   mind is the first one on that list.  And that was

18   a B-cell acute lymphoblastic leukemia.

19   Q        The Willis v. Shell Oil case?

20   A        Exactly.

21   Q        Dr. Schiff, was it important to you to

22   perform a thorough review of the information in

23   forming your opinions in this case?

24   A        Of course.

25   Q        You were asked to be a witness for the

Ron B. Schiff, M.D., Ph.D.

```
1     plaintiffs in this case; right?

2     A        Yes.

3     Q        And part of your job in this case is to

4     be a witness for the plaintiffs if the case goes

5     to trial; right?

6     A        Also correct.  That's the expectation.

7     Q        Have you been retained by the Garmer &

8     Prather firm in other cases that you can recall?

9     A        I have not.

10    Q        What percentage of your litigation work

11    in 2022 was for plaintiffs?

12    A        Well, in as much as it was product

13    liability only, I would say 100 percent.  But it

14    would help me to verify that, if you could put my

15    list of depositions and trial testimony back on

16    the screen.  But I do believe that it will verify

17    what I just said about the 100 percent

18    proportion.

19             Yes.  That is correct.  There are

20    obviously also some cases that are still in

21    progress that have not reached the deposition or

22    trial state yet.  But I believe that everything I

23    worked on in 2022 in products liability was,

24    indeed, under retention by plaintiff's counsel.

25    Q        So all of the litigation cases that you
```

Ron B. Schiff, M.D., Ph.D.

1    worked on in 2022, you worked on on behalf of

2    plaintiffs?

3    A        I believe that's correct, yes.

4    Q        Is the same true for 2021?

5    A        Well, you know, I have cases that have

6    still not reached deposition that are pending

7    from 2021 or further.  If you could continue

8    going up a little bit, yes, everything that I see

9    listed in 2021 is on -- is on the plaintiff's

10   side.  Correct.

11   Q        You're being paid for your work in this

12   case; right?

13   A        Yes.  But it is not outcome dependent.

14   It's based on my hourly effort.

15   Q        And you're being paid for your time

16   here today; right?

17   A        I anticipate being paid for that, yes,

18   sir.

19   Q        And if this case goes to trial and you

20   testify there, you'll be paid for that, too?

21   A        Yeah.  Exactly under the conditions we

22   discussed before.  That's correct.

23   Q        Have you ever written to the EPA

24   expressing your concerns about Glyphosate?

25   A        I have not.

1    Q        As of March 3rd, 2023, have you ever

2    written anything about Glyphosate other than a

3    report prepared as an expert witness for a

4    lawsuit?

5    A        I have not.

6    Q        Are your services as an expert witness

7    still advertised by an organization called SEAK,

8    S-E-A-K?

9    A        No.  I withdrew from that, I believe,

10   at the beginning of 2022 in conjunction with my

11   wish to slow down.  So I don't believe I still

12   have an active listing.  However, I still receive

13   outreach inquiries through SEAK as well as word

14   of mouth, et cetera.

15   Q        When you started working on this case

16   in 2021, at that time were you paying SEAK to

17   advertise your services as an expert witness?

18   A        I believe so.  I believe that I was in

19   the SEAK directory from 2014 through 2021.  The

20   dates on both ends may be off by a year, but I

21   would say with 90 percent certainty that that's

22   an accurate dating.

23   Q        Do you have any current sources of

24   earned income besides litigation work like you're

25   performing in this case?

Ron D. Schiff, M.D., Ph.D.

```
 1    A        I do not.

 2    Q        Dr. Schiff, I'm sharing on the screen

 3    here the folder of materials that we received

 4    this morning from Mr. Prather as the production

 5    and response to the deposition notice.  We've

 6    gone through some of these already such as the

 7    time record, your testimony list, your two

 8    invoices, your CV, and fee schedule.

 9            Are the other documents that appear on

10    the screen there parts of your Murdock file

11    materials?

12    A        No.  But that requires being discussed

13    because some I don't recognize and some I may

14    have seen in other formats.  I have something

15    that I've referred to in my report, Mr. Koopmann,

16    as the Murdock Chemicals document.  Okay.

17    Hopefully that was provided.  But if it was, it

18    was obviously under a different name.  I see that

19    there are several things there that could have

20    fit under that.  But I don't know how well those

21    correspond to the document that I received.  With

22    regard to -- and that's one of them right up

23    there where your cursor is.  James Ray Murdock.

24    And so forth.  I don't think that that's

25    familiar.  If you want, I can dig out the Murdock
```

Ron B. Schiff, M.D., Ph.D.

```
1    Chemicals document that I do have, and I can hold

2    that up to the camera.  What you have there does

3    not look familiar.

4    Q       Okay.  This is a 19-page document

5    titled James Ray Murdock Purchases.  I'll just

6    keep scrolling for a moment here to see if

7    anything else looks familiar to you.

8    A        Well, I suspect that I have seen some

9    of that information in a different format perhaps

10   prepared by Garmer & Prather.  I have now found

11   my notes on that.  The Murdock Chemicals document

12   which actually is entitled Murdock Chemicals.

13   And that is a document slightly over four pages.

14   And I cannot tell you exactly when that was

15   provided to me except that I believe that that

16   would have been provided sometime in June of 2022

17   prior to my completion of the report.  But I do

18   not know that more accurately.

19   Q       Okay.  I don't see that included in

20   what we received this morning.  So I'll just

21   reserve a spot as Exhibit 6 for that four-page

22   Murdock Chemicals list that you've got there.  If

23   you could just send that to Mr. Prather after the

24   deposition, we can get that to the court reporter

25   and have it included.
```

Ron B. Schiff, M.D., Ph.D.

```
 1              (DEPOSITION EXHIBIT NUMBER 6

 2              WAS MARKED FOR IDENTIFICATION.)

 3    A         Okay.  Well, that originated with

 4    Mr. Prather.  So he would have immediate access

 5    to that and be able to do it.  My wife is not

 6    here so I cannot send anything right now.  But

 7    that document originated with Mr. Prather and,

 8    you know, should be immediately accessible.

 9    Q         I think you mentioned a few moments ago

10    your notes regarding the Murdock purchases.  Did

11    you make notes on the document?

12    A         I don't remember saying that.  So --

13    Q         Do you know -- did you make notes on

14    the document?

15    A         So the answer to that is there are

16    notes on that document.  And I will tell you what

17    the notes are.

18    Q         No, that's okay.  You can just -- we'll

19    get a copy of it after the deposition.

20    A         Okay.  Yeah.  Although I -- yeah.  I

21    might not be able to provide that until later

22    today.  I had forgotten --

23    Q         That's fine, sir.

24    A         -- I made handwritten notes on it.  And

25    I'm more than happy to explain what the
```

Ron D. Schiff, M.D., Ph.D.

```
 1    handwritten notes were.

 2    MR. KOOPMANN:

 3            All right.  We'll mark as Exhibit 7 the

 4    remaining file materials that were provided to us

 5    as your deposition production this morning.

 6            (DEPOSITION EXHIBIT NUMBER 7

 7            WAS MARKED FOR IDENTIFICATION.)

 8    Q       Sir, I'm sharing on the screen here a

 9    copy of your August 15th, 2022 report for this

10    case.  Does that appear to be correct?

11    A       It does.

12    Q       Okay.

13    A       May I put away the notice of

14    deposition?

15    Q       Yes, you may.  Thank you.

16    A       And the handwritten billing records?

17    Q       Yes.

18    A       All right.  I'm going to retrieve my

19    report, which is right next to me.

20    Q       Okay.

21    A       I have it now.

22    Q       And, sir, just for ease of reference in

23    today's deposition, I know that your hard copy

24    doesn't have this, but we've included a page

25    number in the bottom right-hand corner.
```

Ron B. Schiff, M.D., Ph.D.

```
1     A         That's fine.

2     Q         Just so that it will be easier to

3     reference as we all look at the transcript later.

4               Sir, in preparation for the deposition

5     as you reviewed through the report, did you see

6     anything that you thought needed to be changed?

7     A         I did not.

8     Q         Okay.

9     A         I will point out that it's a lengthy

10    report and if -- you know, even though I'm very

11    careful with editing and proofreading and so on,

12    if typographical errors crept in and they come to

13    light during the deposition, I will be happy to

14    discuss that.  But the parts of the report that I

15    reviewed in advance of today's deposition, I did

16    not see anything that merited revision.

17    MR. KOOPMANN:

18              I will -- if I haven't already said it,

19    I will mark this copy -- this page numbered copy

20    of Dr. Schiff's report as Deposition Exhibit

21    Number 8.

22              (DEPOSITION EXHIBIT NUMBER 8

23              WAS MARKED FOR IDENTIFICATION.)

24    Q         Dr. Schiff, do you stand by all of the

25    statements you've included in your report?
```

```
 1    A         I do.

 2    Q         And does your report contain all of the

 3    opinions that you intend to give at trial and the

 4    bases for those opinions?

 5    A         Unless anything comes up today that is

 6    not addressed in my report and about which I'm

 7    expected to provide an opinion in the course of

 8    this deposition.  But yes.

 9    Q         Did you have access to all of the

10    information you needed to formulate your opinions

11    in this case?

12    A         Yes.  I felt that I did.  And that is

13    enumerated very shortly after the Expert

14    Qualification section now on the screen.

15    Q         So there is nothing that you wanted to

16    see but were not able to obtain?

17    A         There may have been things that I did

18    not have in realtime but, if so, I would have

19    requested them.

20    Q         Were there any medical records that you

21    did not have but which you saw referenced in

22    other medical records and you felt that you

23    wanted to see those?

24    A         I felt that the medical records

25    provided a fairly complete documentation.  Where
```

Ron B. Schiff, M.D., Ph.D.

```
1        there were things where I did not have primary

2        records, that was so noted in my report.  But

3        they would have been referenced in other parts of

4        the medical record that I did have available.

5        And if I judged those reliable, I was satisfied.

6                You know, there was quite a time

7        commitment in going through what I estimate as, I

8        don't know, 1,500 or more pages of medical

9        records.  So I did the best I could with what I

10       had.  If there was anything that I felt was

11       essential, I would have requested it as I was

12       going through.  But I am satisfied with the

13       materials provided me.

14   Q        Do you have a sense of approximately

15       how many pages of medical records you reviewed

16       for this case?

17   A        I'm looking at the stack right now.

18       And if I -- if I had to estimate it, I would say

19       1,500.  But I did not count them.  And,

20       consequently, I cannot attest to the accuracy of

21       that eyeball estimate.

22   Q        Okay.  Approximately how tall is that

23       stack of medical records?

24   A        Eight inches.

25   Q        And is it a single stack or multiple
```

```
 1     stacks?

 2     A        I have that all in a single stack.  I

 3     mean, if you want me to carry it over to the

 4     computer in front of the camera, I can do that.

 5     Q        That's okay.

 6     A        That's up to you.

 7     Q        But that eight-inch approximately stack

 8     of paper that you're looking at on your kitchen

 9     table, those are the medical records that you

10     reviewed for this case?

11     A        Yes, sir.

12     Q        Did you have any assistance with the

13     writing of your report?

14     A        No.

15     Q        How about the editing of your report?

16     A        Also no.

17     Q        Did you review any summaries of medical

18     records that were prepared by plaintiff's

19     counsel?

20     A        I would have to say the answer to that

21     is I have no recollection of doing so.  If I did,

22     they would have been a long time ago such as, you

23     know, summer of 2021.  I could look to see if

24     something like that is included in the medical

25     records, but I never rely on outside prepared
```

```
1    summaries anyhow.  So if I had received some, I

2    would have read it, but I still would have done

3    all the research in the actual medical records.

4    But, again, I'm making the offer that if you want

5    me to look to see if the summary was received, I

6    can do that right now.  That would be very quick.

7    Q        That's okay.  Your recollection is

8    fine.  I understand you received a copy of

9    Dr. William Sawyer's report for purposes of this

10   case?

11   A        Yes.  Two different reports.  But

12   that's correct.

13   Q        You received his initial report from

14   November of 22nd and then an updated report

15   produced just late last month?

16   A        No.  That is actually not correct.

17   The -- the preliminary report that I received, I

18   received in late July 2022.  The revised report I

19   received, I believe, on Tuesday of this week.  I

20   think it was the same time I got the deposition

21   notice.  So it was either Tuesday afternoon or

22   Wednesday morning.  I think Tuesday afternoon.

23   But, you know, I could be off a half a day on

24   that.

25   Q        Do you have the report of Dr. Sawyer
```

```
1      that you received in late July 2022 in front of

2      you there?

3      A         No.  That's also on the kitchen table.

4      I mean, I can retrieve that in a matter of

5      seconds.  But that's over there, not here.

6      Q        Okay.  We'd like a copy of that.

7      MR. KOOPMANN:

8               We'll mark that as deposition Exhibit 8

9      [sic].

10               (DEPOSITION EXHIBIT NUMBER 9

11               WAS MARKED FOR IDENTIFICATION.)

12      MR. PRATHER:

13               Barry, I object to producing that.

14      That's a preliminary report.  The draft report is

15      protected from disclosure.

16      MR. KOOPMANN:

17      Q        Dr. Schiff, did you review that Sawyer

18      report from July 2022 in the course of forming

19      your opinions in this case?

20      A        I did.

21      Q        Okay.  And is that something that you

22      relied on in forming your opinions?

23      A        Well, really only with regard to what

24      Dr. Sawyer contributed about exposure.  The --

25      you know, actually I have to take another look at
```

Ron B. Schiff, M.D., Ph.D.

1       my dates.  Okay.  Because my conference with

2       Mr. Murdock was July 15th.  And as it turns out,

3       I think that I misstated when I received the

4       preliminary report from Dr. Sawyer.  I believe

5       that I received that on or prior to June 30th,

6       2022.  That is not independently itemized in my

7       invoice.  It's only under review of additional

8       submitted materials.  However, I can verify that

9       I had that and I reviewed it before my telephone

10      conference with Mr. Murdock, which, again, took

11      place on July 15th, 2022.  So I believe I

12      received the preliminary report in June of last

13      year.

14      Q        And this preliminary report of

15      Dr. Sawyer that you received on or before

16      June 30th, 2022, that's something that you

17      reviewed and relied on in forming your opinions

18      in this case?

19      MR. PRATHER:

20               Object to form.  Asked and answered.

21      A        Well, again -- sorry.  You know, I --

22      I -- I went through it.  And I was particularly

23      interested in what Dr. Sawyer had to say about

24      exposure considerations.  But, again, those were

25      reviewed in detail and confirmed in my telephone

Ron D. Schiff, M.D., Ph.D.

```
 1    conference with Mr. Murdock along with the other

 2    sources of exposure information that I detailed

 3    in the first paragraph of the Exposure section,

 4    Section Number 6, under Opinions in my report.

 5    So all of those sources are cited.  They did

 6    include but were not limited to Dr. Sawyer's

 7    preliminary report.  And obviously my report was

 8    completed long before my receipt just this week

 9    of the revised toxicology report.

10    Q        What is the date on that revised

11    toxicology report from Dr. Sawyer that you

12    received?

13    A        Okay.  That is a little harder for me

14    to reconstruct because I do not have a hard copy

15    of that.  As I recall, it was February 21st or

16    maybe February 23rd of this year.  So I reviewed

17    that as an e-mail attachment only.

18    Q        Do you recall whether it was signed by

19    Dr. Sawyer?

20    A        I have no recollection of that.

21    Q        The preliminary Sawyer report, do you

22    have that in front of you?

23    A        That's on the table.  I'm happy to get

24    it.

25    Q        Is it signed by Dr. Sawyer?
```

```
1    A         I'd have to look at it.

2    Q         Okay.  Please get it.

3    A         Okay.  Okay.  Mr. Koopmann, I have the

4    report.  I'm looking at Page 232 and there is a

5    signature.

6    Q         Okay.  Sir, did you read the deposition

7    of Kyle Murdock?

8    A         No, sir.

9    Q         Did you read the deposition of Mandi

10   Murdock?

11   A         No, sir.  I did not receive either of

12   those.

13   Q         Did you receive the deposition of

14   Dr. Sameer Jauhar?

15   A         No, sir.

16   Q         If you had received those depositions

17   of Mr. And Mrs. Murdock and Dr. Jauhar, would you

18   have read them?

19   A         Time permitting, yes.

20   Q         Why did you elect to not interview

21   Mrs. Murdock?

22   A         The discussion that I had with

23   Mr. Prather, the contents of which I believe is

24   confidential, focused only on the opportunity to

25   interview Mr. Murdock specifically about
```

```
1     Ms. Murdock's exposure.  Nothing else was

2     discussed about interview options.

3     Q        Did you ask for the opportunity to

4     interview Mrs. Murdock?

5     A        I did not.

6     Q        Have you talked to anyone else about

7     this case other than Mr. Prather and Kyle

8     Murdock?

9     A        No, sir.  Well, my wife has known about

10    the scheduling and about the billing aspects,

11    but, you know, I have not discussed the substance

12    of the case with her.  Nor does she need any of

13    the relevant materials.

14    Q        You've never talked to Mr. -- sorry.

15    Strike that.

16             You've never talked to Dr. Sawyer about

17    this case?

18    A        No, sir.  I've never had any direct

19    communication with Dr. Sawyer concerning any

20    matter.

21    Q        And Dr. Sawyer was not on the telephone

22    call that you had with Kyle Murdock; correct?

23    A        That is correct.

24    Q        Did you take any notes during your

25    interview of Kyle Murdock?
```

```
 1      A         I explained about that.  I sat in front

 2      of the computer where I had the draft section

 3      of -- or the draft version of my Exposure section

 4      up on the screen.  And I made any additions or

 5      modifications during that conversation.  So there

 6      is no separate record.

 7      Q         Do you agree that Kenzie Murdock had

 8      T-lymphoblastic lymphoma?

 9      A         I do.

10      Q         Did you see any medical records that

11      suggested the correct diagnosis might be

12      something other than T-lymphoblastic lymphoma?

13      A         I did not.

14      Q         You mentioned possible but not proven

15      central nervous system involvement on Page 55 of

16      your report.  What's your basis for saying that

17      there was possible central nervous system

18      involvement that was not proven?

19      A         Okay.  Could you please put Page 55 up

20      on the screen so that I can find it more quickly

21      in my notes?  I have separated my notes out by

22      section, but this would be helpful.

23      Q         I sure can.

24      A         Okay.  So this -- okay.  So this is

25      under the Prognosis section of my opinions.  And
```

Ron B. Schiff, M.D., Ph.D.

1    it's toward the end of it with respect to the

2    long-term disease free survival.

3    Q       Yeah.  Right in the middle of that

4    paragraph.

5    A       Okay.  So in order to find that out, I

6    would have to look at the relevant -- I mean,

7    that's a summary statement.  That's, you know,

8    talking about disease status and prognosis alone.

9    And it makes reference to -- this is going to

10   take me a minute to sort out because, you know,

11   the Prognosis section is not my principal

12   discussion of that point.  So I will -- I will

13   endeavor to find it.

14   Q       All right.  Let me tell you what, let's

15   come back to this.  I'll ask a new question and

16   maybe we'll come back to this.

17           Sir, is there any particular genetic

18   feature of T-lymphoblastic lymphoma that is

19   characteristic of the disease?

20   A       I would answer that as a no.

21   Q       Did you see any tests in Ms. Murdock's

22   case showing what mutations occurred in her

23   T-cells that led to her T-lymphoblastic lymphoma?

24   A       No.  The mutations that were identified

25   were of prognostic significance.  Not that it

Ron B. Schiff, M.D., Ph.D.

1    proved to be beneficial to her, but they were not

2    diagnostic.  They were obtained as part of the

3    diagnostic evaluation, which is why I listed them

4    in that place.  But, nonetheless, they were not

5    necessary to -- well, actually, yeah.  That's not

6    true.  She did have T-cell receptor gene

7    rearrangements.  Those are mutations that

8    demonstrated the clonality of the malignant cell

9    population in her case; and, therefore,

10   substantiated the diagnosis of a T-lymphocyte

11   malignancy.

12   Q        Can you point me to any scientific data

13   showing that Roundup or Glyphosate causes any of

14   the mutations involved in T-lymphoblastic

15   lymphoma specifically?

16   A        I have -- okay.  Well, first of all, I

17   do not believe data like that exists.  What we

18   have is we have the documented history of Roundup

19   exposure, and we have a firm diagnosis reviewed

20   not only locally but at academic medical centers.

21   So I believe her diagnosis is firm in that

22   regard.

23   Q        But it's true that you do not believe

24   that data showing that Roundup or Glyphosate

25   causes any of the mutations involved in

Ron D. Schiff, M.D., Ph.D.

1       T-lymphoblastic lymphoma exists?

2       A       I have never seen specific data

3       investigating that potential connection.

4       Q       Did Ms. Murdock ever have measurements

5       taken that show the presence of Glyphosate in her

6       blood, urine, or body tissues?

7       A       No.  Those are generally not available

8       for clinical application.

9       Q       You're not relying on any measurements

10      of Glyphosate in Ms. Murdock's body for any of

11      your opinions in this case then; correct?

12      A       I would defer that to plaintiff's

13      toxicology expert.

14      Q       Okay.  But is what I said true?  That

15      you, for your opinions, are not relying on any

16      such measurement of Glyphosate in Ms. Murdock's

17      body?

18      A       That's correct.

19      Q       Can you identify any test result,

20      imaging study, pathology report, or physical exam

21      finding that points to Roundup as the cause of

22      Ms. Murdock's T-lymphoblastic lymphoma?

23      A       There is no specific finding associated

24      with the Glyphosate etiology in any form of

25      non-Hodgkin's lymphoma.  But there doesn't have

Ron B. Schiff, M.D., Ph.D.

```
 1        to be.  The diagnosis of a specific non-Hodgkin's

 2        lymphoma is firm in her case.  And we have the

 3        exposure history.

 4        Q        But there is no specific finding

 5        associated with Glyphosate on any such imaging

 6        study, pathology report, physical exam finding,

 7        or test result for Ms. Murdock?

 8        A        Such a finding has never been

 9        identified by research.

10        Q        Is T-lymphoblastic lymphoma a subtype

11        of NHL?

12        A        It is.

13        Q        Is T-lymphoblastic lymphoma most common

14        in teens or young adults?

15        A        Also correct.

16        Q        Is lymphoblastic lymphoma the second

17        most common type of NHL in childhood and

18        adolescence?

19        A        I can't recall if I put that -- a

20        statement about that in my report.  That is

21        correct, yes.  I have a citation for that.  But

22        that's correct.

23        Q        Are the vast majority of lymphoblastic

24        lymphoma cases of T-lymphoblastic origin?

25        A        That is correct.
```

Ron B. Schiff, M.D., Ph.D.

```
 1      Q         The median age of diagnosis of

 2      T-lymphoblastic lymphoma is around nine years of

 3      age; right?

 4      A         I don't recall.  I did not look up at

 5      that.  You know, my statement was specific for

 6      children and adolescents.  I did not provide

 7      greater precision in the assessment of the age of

 8      peak risk.

 9      Q         What percentage of patients with NHL

10      have T-lymphoblastic lymphoma?

11      A         Overall, it's a very small percentage.

12      I would say less than five percent.

13      Q         When you were in clinical practice, did

14      you treat patients with T-lymphoblastic lymphoma?

15      A         I did.

16      Q         Approximately how many patients with T

17      -lymphoblastic lymphoma did you see in your years

18      of clinical practice?

19      A         That would be a handsful.  Again, it's

20      an uncommon form of NHL.  There is well over 40

21      types of NHL.  Some people would say a lot more

22      than that.  So it is one of the rare types.

23      Q         Do you recall seeing a patient with no

24      risk factors develop T-lymphoblastic lymphoma?

25      A         Well, we have to -- we have to make a
```

1    pretty important distinction there.  I may not

2    have been able to identify any risk factors in a

3    case like that, but I do not remember details of

4    specific genetic or environmental risks that

5    individual patients may have had.

6           A medical oncologist and hematologist

7    like me would take a personal and social history,

8    which includes an occupational history, and

9    because of the time constraints involved in

10   patient interactions, we would only delve into

11   something if there was an element of that history

12   that was very prominent in terms of potential

13   relevance.  Do I remember anything about that in

14   particular?  I do not.

15   Q       What do you believe are the risk

16   factors for developing T-lymphoblastic lymphoma?

17   A       Well, you know, I believe -- and I do

18   have a Risk Factor section in my report.  And I

19   believe that most of those risk factors are

20   believed to overlap with those of non-Hodgkin's

21   lymphoma in general.  For example, I made the

22   point, the more specific point, that male gender

23   is more likely to be associated with the

24   development of a T-lymphoblastic lymphoma than in

25   females.  But other than that, the etiologic and

Ron B. Schiff, M.D., Ph.D.

```
 1      risk factor assessments are believed to be held

 2      in common between T-lymphoblastic lymphoma and

 3      other forms of NHL.  There might not be so much

 4      specific data about rare subtypes like

 5      T-lymphoblastic lymphoma because of their very

 6      rarity.  That is discussed by me also in the, I

 7      believe, Lymphoma Caused by Roundup section that

 8      immediately follows my discussion of etiology and

 9      risk factors.  Those are Sections 7 and 8 under

10      Opinions.

11      Q        So on Page 82 of your report, you have

12      a section there titled Etiology, risk factors for

13      the development of non-Hodgkin's lymphomas.  And

14      you indicate, "There are recognized risk factors

15      for the development of non-Hodgkin's lymphomas

16      included aging, male gender, (T-cell

17      lymphoblastic lymphoma typically presents with a

18      mediastinal mass in young males) white ethnicity,

19      geographic location, inherited or acquired

20      immunodeficiency, certain autoimmune disorders,

21      specific types of infection, previous treatment

22      for non-Hodgkin's lymphoma, a rather short list

23      of drugs, occupational and environmental

24      exposures, and a family history of malignancies

25      of the blood or bone marrow."  Did I read that
```

Ron B. Schiff, M.D., Ph.D.

1    correctly?

2    A        That is correct.

3    Q        And those risk factors for the

4    development of non-Hodgkin's lymphomas overlap

5    with the risk factors for the development of

6    T-lymphoblastic lymphoma?

7    A        To the extent the data and the

8    literature exists about that, I would say yes.

9    The one place where there was something that was

10   relatively specific to T-lymphoblastic lymphoma

11   was recognized by me in this second line of that

12   section.

13   Q        Did you ever tell one of your patients

14   in clinical practice that Roundup or Glyphosate

15   caused their T-lymphoblastic lymphoma?

16   A        I did not.  But there is explanations

17   for that.

18   Q        When you were in clinical practice, you

19   never diagnosed a patient with Glyphosate or

20   Roundup induced T-lymphoblastic lymphoma, did

21   you?

22   A        I did not.  But there are two factors,

23   which I would like to address.  One is the rarity

24   of the condition.  And the second is that my

25   retirement from clinical practice took place at

```
 1     almost the exact time that the IARC Monograph

 2     dealing with Glyphosate was published.  The

 3     publications before that were mostly in sources

 4     that would not routinely be reviewed by medical

 5     oncology and hematology clinicians.  On top of

 6     that, my practice was urban suburban and not

 7     really -- not really rural.  That's just where

 8     the location is relative to the community that I

 9     live in.

10     Q        Have you told any of your former

11     patients that they should not use Roundup or

12     Glyphosate?

13     A        I can't remember if I've told former

14     patients that, but I have told people of my

15     acquaintance who have been using Roundup that.

16     And I have made sure that the landscaper who

17     takes care of our yard also does not use Roundup.

18     And we've also verified that our neighbors don't.

19     Q        What risk factors did Kenzie Murdock

20     have for developing T-lymphoblastic lymphoma?

21     A        Well, that is discussed in, I would

22     say, considerable detail in my Differential

23     Etiology section, which is Section 9, and is the

24     next section after the one that you have on

25     there.  So looking at that, we indicate that
```

1      other than exposure to Roundup, and to a much

2      lesser extent other Glyphosate containing

3      herbicides not manufactured by Monsanto/Bayer, no

4      risk factors for the development of lymphoma are

5      identified in the medical records or other

6      available documentation.  That's that second

7      paragraph currently on the screen.

8      Q        So it's your opinion that the only risk

9      factor that Ms. Murdock had for developing

10     T-lymphoblastic lymphoma was Roundup exposure or

11     to some extent exposure to other non Roundup

12     Glyphosate containing herbicides?

13     A        Yes.  Those are the only -- that's the

14     only -- those are the only ones that can be

15     identified.  That's correct.  If others exist, we

16     may not know of them.  But this was a young

17     person and many other things that are associated

18     with an increased risk of developing

19     non-Hodgkin's lymphoma were able to be ruled out

20     in her case.  So, I mean, I stand behind that.

21     The only identifiable risk factors had to do with

22     Glyphosate exposure.

23     Q        Was the fact that she is a white or was

24     a white ethnicity a risk factor for her

25     development of T-lymphoblastic lymphoma?

1    A        Well, that's not a causative risk

2    factor, Mr. Koopmann.  That's something that can

3    be identified as an association.  That white

4    people have a higher risk of developing

5    non-Hodgkin's lymphomas than non whites.  But in

6    terms of a causative risk factor for developing

7    non-Hodgkin's lymphoma, like some of the other

8    things I've listed there -- specific infections,

9    combined modality treatment for Hodgkin's

10   disease, the answer is no.

11   Q        Are you aware of any studies or data

12   finding an increased risk of developing

13   T-lymphoblastic lymphoma with Glyphosate

14   exposure?

15   A        Well, that is also directly addressed

16   just a few paragraphs before what's on the screen

17   right now.  It's in my section on Lymphoma Caused

18   by Roundup.  And it's the paragraph, "Some of the

19   studies which have investigated the association."

20   That's it right there.  So my conclusion in that

21   paragraph is that the three large studies which

22   presented subtype specific risk data have focused

23   on diffuse large B-cell lymphoma, follicular

24   lymphoma, and chronic lymphocytic leukemia, which

25   is the same disease as small lymphocytic

1       lymphoma.  Just depends on the tissue in which it

2       presented.  And did not even include

3       T-lymphoblastic lymphoma, which was the subtype

4       in Ms. Murdock's case as a separate category.

5               And, you know, I have references for

6       that as well.  What's in common among diffuse

7       large B-cell follicular and CLL or SLL is those

8       are relatively common lymphoproliferative

9       malignancies.  They're at the top of the list in

10      incidents.  And T-lymphoblastic lymphoma is at

11      the lower end of that list.

12      Q       So is it true that the data that you're

13      aware of does not speak specifically to whether

14      there is an increased risk of developing

15      T-lymphoblastic lymphoma with Glyphosate

16      exposure?

17      A       That is correct.  But I will also point

18      out that IARC did not condition their designation

19      of Glyphosate as a group to a probable carcinogen

20      on non-Hodgkin's lymphoma subtype.  So I'm -- you

21      know, I'm quite confident that they took into

22      account the existing data on subtype and did not

23      feel that that should influence their

24      classification of Roundup carcinogenicity.

25      Q       Are you aware of any studies that show

1        a statistically significant association between

2        Glyphosate or Roundup exposure and T-cell

3        lymphomas?

4        A          Well, there are some.  But the point is

5        that the reason that I don't want to cite those

6        as evidence of causation in this case is that not

7        every T-cell lymphoma is a T-lymphoblastic

8        lymphoma.  More common than those are what I

9        would call low or intermediate grade T-cell

10       lymphomas such as, but not limited to, mycosis

11       fungoides and Sézary, S-E-Z-A-R-Y, syndrome.

12       Those are mentioned in the Diagnosis section of

13       my opinion.

14       Q          You noted in your report that on

15       November 26th, 2018, it was concluded that

16       Ms. Murdock's T-lymphoblastic lymphoma was in

17       remission.  Do you have an opinion regarding

18       whether as of that date Ms. Murdock's

19       T-lymphoblastic lymphoma was in remission?

20       A          Yes.  I do have an opinion.  And I

21       expressed that in at least a couple of different

22       places in my report.  Because I cannot support

23       the notion that it was a complete remission.

24       Without reviewing the imaging studies around that

25       period of time, I cannot say for certain.  But

Ron B. Schiff, M.D., Ph.D.

```
 1        the bottom line is, that -- and I'm going to find

 2        it because this is most neatly summarized in my

 3        Conclusion section.

 4               Yes.  It's in the Conclusion section in

 5        the paragraph beginning on November 26th, 2018.

 6        It was concluded that Ms. Murdock's

 7        T-lymphoblastic lymphoma was in remission,

 8        although considerable lymphadenopathy persisted

 9        on CT scans of the neck and chest on November 20,

10        2018.  Which, you know, was just six days

11        earlier.  So, you know, I have to believe that

12        the treating physicians were aware of that.  But

13        that's it right there.

14               So while she did have a response to the

15        total 17 multi agent multi phased treatments, I

16        believe that the most likely conclusion by far

17        was that it fell short of a complete response, a

18        complete remission.

19        Q       You noted on Page 51 of your report

20        that we've marked as Deposition Exhibit 8 --

21        MR. KOOPMANN:

22               And by the way, for the record, I do

23        want to mark as Exhibit 9 -- reserve a spot as

24        Exhibit 9 for that preliminary Sawyer report.  I

25        understand you're objecting to the production of
```

Ron B. Schiff, M.D., Ph.D.

```
1       that, Mr. Prather, but we can discuss that in

2       greater detail after the deposition and you can,

3       you know, consider that objection.  But I want

4       to, just for the record, note that I'm reserving

5       a spot at Exhibit 9 for that deposition -- or

6       that document.

7                 (DEPOSITION EXHIBIT NUMBER 9

8                 WAS MARKED FOR IDENTIFICATION.)

9       MR. PRATHER:

10                All right.  I understand and I will

11      reserve my objection.

12      MR. KOOPMANN:

13      Q       Dr. Schiff, on Page 51, you note that

14      in this section titled Disease Status and

15      Prognosis that Ms. Murdock's LDH blood test

16      results decreased progressively on October 10th

17      and October 13th, 2018; normalized by

18      October 14th, 2018 and remained normal on

19      October 17th and October 19th, 2018.  Do you see

20      that?

21      A       I do.

22      Q       Okay.  At those points in time when you

23      noted that her LDH levels were normal, was she in

24      complete remission at that time?

25      A       Absolutely not.  I would point out that
```

Ron B. Schiff, M.D., Ph.D.

```
1      total 17 chemotherapy began on October 6th.  And

2      which, you know, is in the first sentence of this

3      section.  So a rapid decline in the LDH is not

4      surprising.  The fact that it occurred quickly

5      and it occurred with complete normalization.  The

6      problem in Ms. Murdock's case is that while the

7      LDH was normal on October -- on October 19th,

8      just five days later, which is 18 days after the

9      initiation of therapy, it started to increase

10     again.  And over three days after that, it went

11     up progressively twice more.  So the longer term

12     pattern -- I did not put dates in here, although

13     they're in the Medical Facts section of the

14     report.  But I summarized it that it kind of went

15     up and down with treatment and it was cyclical in

16     that regard.

17             But, you know, I mean, just in terms of

18     my conclusion to that paragraph, sustained at

19     normalization of the LDH did not occur.  And

20     that's throughout her entire unfortunate course.

21     Q       On Page 38, sir, you've got a paragraph

22     that starts, "Discussion of Ms. Murdock's

23     diagnostic evaluation."  Do you see that

24     paragraph?

25     A       I do.  I want to find that in my notes.
```

Ron B. Schiff, M.D., Ph.D.

1    I have it right here.

2    Q        You say there, "Discussion of

3    Ms. Murdock's diagnostic evaluation would not be

4    complete without noting that her LDH blood test

5    was elevated at the time of her presentation."

6    A        Correct.

7    Q        Of what significance is that?

8    A        Well, as I indicated at the beginning

9    of my Prognosis section but also elsewhere in the

10   report, and I can't remember if that's under

11   Medical Facts or under Diagnosis and so forth,

12   but the last prior screening was Section 3,

13   Disease Status and Prognosis, the LDH blood test

14   is a marker of tumor burden or disease activity

15   in many hematologic malignancies.  That's not

16   unique to T-lymphoblastic lymphoma.  But it's up

17   in many of them.  Of course, that enzyme is also

18   present under normal circumstances in certain

19   tissues of healthy individuals and so forth.  And

20   there are non malignant diseases that can make it

21   go up.

22            But within the universe of the

23   hematologic malignancy, we do regard it as a

24   marker of tumor burden or disease activity.  So,

25   you know, even though these were just a few days

Ron B. Schiff, M.D., Ph.D.

1    prior to diagnosis, I would say that, you know,

2    it already showed that there was a significant

3    amount of tumor present.  That initial value was

4    nearly twice the upper limit of normal.  If you

5    inquire about why it declined between October 3

6    and October 5, 2018, it's almost certainly

7    because she received intravenous hydration fluids

8    during that interval.  That would dilute out the

9    LDH.  It was still being produced, but the blood

10   cells and the chemical components of the blood

11   serum would be diluted by the IV fluids.

12   Q        On Page 51 of your report marked as

13   Exhibit 8, you note -- in this sentence right

14   before Section 3 on Disease Status and Prognosis,

15   you note that "The treatment approach employed in

16   the supportive care and close clinical laboratory

17   and radiographic monitoring which Ms. Murdock

18   underwent were appropriate, entirely justified,

19   and medically necessary."  Is that your opinion?

20   A        Yeah.  That's my opinion.  If you have

21   one aspect of her care that you take an exception

22   to and want me to comment on, I'm happy to do it.

23   Q        Well, my question is just whether you

24   disagree with anything that Ms. Murdock's

25   treatment providers did for her?

```
 1      A         Well, the answer to that is also found

 2      in one paragraph higher than the one that starts

 3      with all of the drug combinations.  In other

 4      words, it's on this same page and I address that

 5      explicitly.  Although none of these treatments

 6      produced a beneficial response in Ms. Murdock's

 7      case, all were comprised of drugs with known

 8      activity in relapsed or refract rhythm for

 9      blastic lymphoma and acute lymphoblastic

10      leukemia, and, thus, were entirely appropriate

11      choices once Ms. Murdock's lymphoma was no longer

12      responding to her initial treatment.  By which I

13      mean the total 17.

14      Q       So is it fair for me to understand then

15      that you don't have any disagreements with any of

16      the treatment provided to Ms. Murdock?

17      A         Again, I understand why they did that.

18      Unfortunately, I believe the outcome was

19      predetermined by the time that it was clear that

20      she had not obtained a complete remission to the

21      initial therapy and the rapidity with which her

22      disease progressed.  And I believe it was

23      progression rather than relapse or recurrence

24      because I don't think it went into complete

25      remission at any point.  In other words, what I'm
```

Ron B. Schiff, M.D., Ph.D.

```
 1    saying is that -- and, you know, you would never

 2    tell a patient or the family that, but you would

 3    have to have some premonition of futility once

 4    you had seen her clinical course beginning with

 5    the fact that the LDH was already going up again

 6    18 days after she began treatment.  I mean, that

 7    right there is -- but, I mean, there are so many

 8    aspects of her case that are horrific.  That's

 9    only one.  And that's just the one that presented

10    itself first.  There are many, many other

11    extremely discouraging aspects.  And, you know,

12    perhaps we'll get into those because I think they

13    are important.

14    Q       All right.  With the benefit of

15    hindsight sitting here today in 2023, if you were

16    to go back with, you know, the benefit of that

17    hindsight, would you do something differently to

18    treat Kenzie Murdock if you were her oncologist?

19    A       Well, you know, the short answer to

20    that is no because we have to look at the way

21    things progressed in realtime.  By the time that

22    there was incontrovertible evidence of relapse,

23    yes, they talked about the possibility of her

24    going in the direction of a stem cell transplant.

25    But what's one of the requirements for a stem
```

Ron B. Schiff, M.D., Ph.D.

1    cell transplant?  You have to achieve as good a

2    remission as possible before you start harvesting

3    the cells from the individual or providing

4    preparative chemotherapy for the patient while

5    harvesting cells from another individual for an

6    LHL transplant.  Never in her course did she

7    reach that point.  That renders that

8    consideration moot.

9         You know, she did not receive the

10   universe of potential treatments, but everything

11   that she received was appropriate for what I --

12   you know, under the criteria that I described in

13   those two paragraphs that are currently on the

14   screen.

15        But, you know, I think that one has to

16   be aware that, A, her disease did not have an

17   optimal response and, B, her progression --

18   evidence of her progression began early and

19   continued unimpeded.  And then her entire course

20   was complicated -- and forgive my vocabulary

21   hear.  It was complicated by complications.  And

22   those complications, some resulted from her

23   disease.  Others resulted from her treatment or

24   from a combination.  But the bottom line is that

25   limited the treatment that was delivered to her

Ron B. Schiff, M.D., Ph.D.

```
 1     and that could be delivered to her.  And yet

 2     that's common, nearly universal, in a high grade

 3     lymphoproliferative malignancy like

 4     T-lymphoblastic lymphoma.  And that would be on

 5     the mind of the treating physicians on a

 6     day-to-day basis.

 7     Q       Are you critical in any way of any of

 8     the treatment decisions made by her medical

 9     providers?

10     A       No.  For the reasons that I just gave

11     you.  I mean, I spelled those out in my report

12     and I reiterated them verbally here.  You know,

13     she did not receive any inappropriate treatments.

14     They were designed to try to bring about a more

15     meaningful remission.  Especially after

16     progressive disease became clear.

17             Let me point one other thing out.  In

18     acute lymphoblastic leukemia and lymphoblastic

19     lymphoma, reintroduction of the initial protocol

20     drugs is often used even at the time of relapse

21     for progression.  And, you know, you could argue

22     that that might have something to do with the

23     sense of futility in treating this disease

24     because that's kind of a historical approach.

25     There are newer treatments and she got a number
```

1        of those treatments.  But the bottom line there

2        is that maintaining her on the different phases

3        of total 17 for a while, which allowed the

4        introduction of drugs that she did not receive at

5        the beginning, was also very reasonable.  That's

6        how it was done.

7                  I remembered distinctly a patient that

8        I had in her age group who presented with B-cell

9        acute lymphoblastic leukemia.  And I was utterly

10       unable to save the ellis pharasgynase [Phonetic]

11       for his post remission therapy as the protocol he

12       was on wanted and is my preference.  I had to use

13       it sooner because he wasn't going anywhere.  He

14       wasn't getting closer to remission.  I put him on

15       it.  He went into remission.  And then,

16       unfortunately, shortly after that his disease

17       progressed as well.

18                  This is the kind of situation that you

19       deal with regularly in young people and even

20       older adults with lymphoblastic lymphoma or acute

21       lymphoblastic leukemia.

22       MR. KOOPMANN:

23                  Okay.  Let's take a five-minute break

24       and go off the record.

25

```
1      THE VIDEOGRAPHER:

2              The time is 11:15.  We're off the

3      record.

4              (OFF THE RECORD AT 11:15 a.m.)

5              (ON THE RECORD AT 11:21 a.m.)

6      THE VIDEOGRAPHER:

7              The time is 11:21.  We're back on the

8      record.

9      MR. KOOPMANN:

10     Q       All right.  Dr. Schiff, your conclusion

11     on Page 94 of your report, which I'll share on

12     the screen here.  You say, "It is my conclusion

13     that to a reasonable degree of scientific and

14     medical certainty, exposure to Roundup was a

15     substantial factor in causing or contributing to

16     cause Ms. Murdock's non-Hodgkin's lymphoma."  Is

17     that right?

18     A       That is correct.

19     Q       Were there other causes or things that

20     contributed to cause her non-Hodgkin's lymphoma?

21     A       Well, we've already discussed that.

22     And, you know, that discussion is, I would say,

23     quite complete in my Differential Etiology

24     section.  And the answer to that is, no, there

25     was nothing that I was able to identify that was
```

1      another potential causative risk factor.

2              I do want to interject something if I

3      may, Mr. Koopmann.  During the five-minute break,

4      I located the section of my report where there is

5      an exposition of the business about suspected but

6      never proven central nervous system involvement.

7      If you want to circle back to that, I have that

8      in front of me and I can tell you where it is.

9      Q       Sure.  Where is that?

10     A       It goes on for several pages, but it's

11     there, and I think it's fairly clear.

12     Q       Where is it?

13     A       Okay.  So the place that I prefer to

14     look for this, because everything is spelled out

15     there in the timeline, is toward the end of the

16     Medical Fact section of my report.  There is a

17     paragraph that begins on July 3, 2019.  No.  It's

18     after that.  Okay.  It should be right before

19     that.  There it is.  Okay.  That's the paragraph

20     in question.

21             If you go down towards the bottom of

22     that paragraph, it refers to an MRI scan of the

23     brain and orbits.  It gives the reason why the

24     scan was obtained and it talks about the findings

25     from the scan.  The brain and the orbits, that

Ron B. Schiff, M.D., Ph.D.

1    means the eyes and eye sockets, were scanned as

2    part of an evaluation for facial numbness and

3    blurred vision.  The scan was normal, but the

4    radiologist noted that the quality of the images

5    was somewhat degraded by motion artifact.  That

6    means that Ms. Murdock was moving during the

7    relevant portions of the exam even a little bit.

8    And that raised the possibility of signal

9    enhancement along the cisternal course of the

10   trigeminal nerves.  That is a particular segment

11   of cranial nerve 5 on both sides that they

12   thought possibly could have tumor along the

13   meninges.

14          Now, if you work through this, and this

15   is -- you know, this is exactly what I put in the

16   summary at the tail end that you referenced

17   earlier that there was no proof of central

18   nervous system involvement.  If you go -- I have

19   to find this.  Yeah.  If you go along to the

20   paragraph that begins on July 11th, 2019.  Okay.

21   Here we're -- yes.  Okay.  Okay.  An MRI scan of

22   the face, again, revealed mild enhancement of the

23   cisternal segments of the trigeminal nerves

24   bilaterally and the previously unreported

25   possible asymmetric mild dural thickening at the

Ron B. Schiff, M.D., Ph.D.

```
1       periphery of the left Meckel's cave.  The dura is

2       one of the layers of the meninges, the external

3       covering of the brain and the spinal cord.

4              And people with hematologic

5       malignancies very prominently including acute

6       lymphoblastic leukemia and lymphoblastic lymphoma

7       meningeal involvement by far is the most common

8       form of central nervous system spread.

9              So the fact that they were concerned

10      about possible asymmetric mild dural thickening

11      was because they were wondering about spread to

12      the meninges.  At least at this stage of

13      Ms. Murkel's course -- Ms. Murdock's course.  But

14      both of those findings were not changed compared

15      with the MRI that we have looked at from just

16      eight days earlier, and were not considered to

17      represent evidence of meningeal spread of her

18      lymphoma.

19             Added to that, of course, are all those

20      numerous negative cerebral spinal fluid analyses.

21      And she received prophylactic chemotherapy

22      directly in the spinal fluid in order to prevent

23      the relatively common complication of central

24      nervous system spread of her lymphoblastic

25      lymphoma.
```

Ron B. Schiff, M.D., Ph.D.

```
 1     Q        Okay.  Thank you.

 2              Back to this discussion of your

 3     differential etiology and the other causes or

 4     contributors to the cause of her NHL that you

 5     considered, those are spelled out on Pages 85,

 6     86, 87, 88, and the very top of 89 of your

 7     report.  Is that correct?

 8     A        That's correct.  Yes.

 9     Q        Okay.  Ms. Murdock had some preexisting

10     anxiety that she was diagnosed with before she --

11     well, before she was diagnosed with cancer;

12     correct?

13     A        Also correct.

14     Q        Okay.  And she also had some

15     preexisting depression that she was diagnosed

16     with before being diagnosed with cancer; correct?

17     A        That's correct.

18     Q        Okay.  And Roundup did not cause

19     Ms. Murdock's underlying anxiety or depression,

20     did it?

21     A        Not the preexisting.  But the point is

22     the fact that she developed a lymphoma.  The

23     diagnosis, the treatment, and the prognosis

24     contributed to and exacerbated her preexisting

25     problems of anxiety and depression.  Something
```

Ron D. Schiff, M.D., Ph.D.

```
 1      like that is very common.  I spell all of that

 2      out in the Psychological Effects section, which

 3      is Section 5 under Opinions.  We talked about all

 4      of that, as well as the summary statement that

 5      appears in my Conclusion section.

 6      Q        Were there any other ingredients

 7      besides Glyphosate in the Roundup that Kenzie

 8      Murdock used that you considered significant to

 9      your analysis in this case?

10      A        Well, you know, the answer to that is

11      there are other presumed carcinogenic and

12      lymphomagenic components in the commercial

13      Roundup formulations.  But I will point out that

14      even though some of those, perhaps, surfactants

15      and other co-formulants are considered

16      scientifically, biologically significant -- there

17      is a comma between scientifically and

18      biologically in that statement -- that

19      nonetheless IARC, just like it doesn't restrict

20      its classification of Glyphosate as a Group 2A

21      probable human carcinogen, it also limits its

22      analysis and its conclusion to the active

23      ingredient Glyphosate alone.  So there may have

24      been other things in there, and different studies

25      may have looked at chemical grade Glyphosate
```

Ron D. Schiff, M.D., Ph.D.

```
1     purely -- I'm sorry -- specifically.  And, of

2     course, you know, those would be laboratory

3     studies, not epidemiologic studies.  Whereas

4     others including the epidemiologic studies would

5     have looked at the commercially available

6     herbicide preparations.

7     Q        But so is it fair for me to understand

8     that your analysis in this case was really

9     focused on the Glyphosate active ingredient in

10    Roundup and its potential connection to

11    Ms. Murdock's cancer?

12    A        Well, again, we have to break that down

13    into two parts.  What Ms. Murdock was exposed to

14    was Roundup as well as, to a much lesser extent,

15    other Glyphosate-based herbicides manufactured by

16    companies other than Monsanto or Bayer.  But that

17    the literature in terms of epidemiology looks at

18    people who were exposed to commercially available

19    herbicides.  And IARC reviewed everything in

20    terms of Glyphosate specifically, and it was on

21    that basis that it -- that it rendered its

22    opinion.

23             So, you know, the point is we're still

24    left with a Group 2A carcinogen with the opinion

25    having been expressed in terms of the active
```

1    ingredient but with full recognition that there

2    may be other components in the commercially

3    available Glyphosate-based formulations including

4    Roundup, perhaps especially Roundup, in terms of

5    Ms. Murdock's exposure history that were also

6    potential causes or contributing factors for her

7    lymphoma.

8           But the bottom line is she was exposed

9    to Glyphosate.  She was exposed to Roundup.

10   Those exposures were extensive.  And we even

11   compared that to the so-called high exposure

12   groups in the published literature where those

13   were delineated, and she was well in excess of

14   that.

15   Q      So is it fair for me to understand that

16   your analysis in this case was primarily focused

17   on her exposure to the active ingredient

18   Glyphosate in either Roundup or other non Roundup

19   Glyphosate-based herbicides?

20   A      Well, again no.  I mean, that's the

21   chemical substance in which IARC made its

22   determination.  But I have no reason to believe

23   that Ms. Murdock was exposed to pure -- what do

24   they call it -- chemical grade or research grade

25   Glyphosate.  She was always exposed to commercial

Ron D. Schiff, M.D., Ph.D.

```
1      formulations, Roundup, and to a much lesser

2      extent, some of the others.

3             So, you know, just like in the

4      epidemiology studies, the real world exposure is

5      to a commercial product that has Glyphosate and

6      various co-formulants.  But, again, IARC did not

7      make that distinction in classifying the

8      carcinogenicity and lymphomagenicity of

9      Glyphosate.  They called it Glyphosate.

10     Q       You're not offering an opinion in this

11     case that any ingredient in Roundup other than

12     Glyphosate caused or contributed to Ms. Murdock's

13     non-Hodgkin's lymphoma; right?

14     A       Well, you know, the answer to that is I

15     believe that her Roundup exposure did, which

16     Glyphosate is an active ingredient.  The issues

17     that you are raising are addressed in the

18     literature and are addressed in detail in

19     Dr. Sawyer's toxicology expert reports.  And I

20     would defer more detailed discussion of that to

21     those other sources.

22     Q       So your opinion in this case is that

23     her Roundup exposure caused or contributed to

24     cause her cancer; right?

25     A       That's correct.  Roundup exposure of
```

Ron D. Schiff, M.D., Ph.D.

```
 1      which the main ingredient is indeed Glyphosate.

 2      But, yes, what she was exposed to was Roundup and

 3      a few closely related other commercially

 4      available Glyphosate-based herbicides.

 5      Q       Can you point me to any test results,

 6      imaging study, pathology report, or physical exam

 7      finding that tells you that Roundup caused

 8      Ms. Murdock's cancer?

 9      A       What I can point to is her exposure

10      history.  There are no laboratory tests that make

11      that distinction nor would there be expected to

12      be.  A Glyphosate caused lymphoma is going to

13      have similar clinical and laboratory

14      characteristics to a lymphoma caused by risk

15      factors other than Glyphosate until eventually

16      it's proven otherwise.  But with all the research

17      that's gone on, no distinguishing features have

18      been identified.  Biospecimens are not utilized

19      in this clinical context.  And, therefore, we are

20      required to rely on considerations of exposure

21      and correlations of exposure history with the

22      published exposure thresholds for increased risk

23      of developing non-Hodgkin's lymphoma.

24      Q       So is it fair for me to understand that

25      if all you had to evaluate in this case was her
```

Ron B. Schiff, M.D., Ph.D.

1    medical records alone, you would not be able to

2    just look at those medical records alone and say

3    that Roundup caused her cancer?

4    A        I have not seen any medical records

5    that dealt with Roundup specifically.  However,

6    we are aware that in at least one entry, the

7    large size of her family's agricultural property

8    was highlighted.  And if I had been seeing her as

9    a patient and I was focused on Glyphosate and

10   Roundup, that might have led me to ask questions

11   about it.

12            But in point of fact, medical

13   oncologists and hematologists typically do not

14   have the time available in their patient

15   encounters to drill down into a granular exposure

16   history.  Only if something stands out.

17            So even if someone is living on an

18   agricultural property that measured anywhere from

19   1,500 to 4,000 acres during their lifetime, you

20   know, it's not really feasible to go through in

21   the course of a clinic visit or even a hospital

22   visit all the possible exposures that may have

23   occurred in that setting.  If something came up

24   or if a family member brought up, you know, we

25   spray Roundup all the time, then, you know,

Ron B. Schiff, M.D., Ph.D.

```
 1      further questioning would no doubt have been

 2      undertaken.  But that was recognized

 3      retrospectively as is generally the case.

 4      Q       But none of her records reference the

 5      word Roundup?

 6      A       Not that I saw.

 7      Q       And none of her records reference the

 8      word Glyphosate?

 9      A       Also not that I saw.  But I would not

10      really expect them to.

11      Q       Can you point me to anything in

12      Ms. Murdock's initial presentation, work-up,

13      treatment, or response to therapy that tells you

14      that Roundup caused Ms. Murdock's cancer?

15      A       Well, once again, there is no specific

16      diagnostic feature, whether it's under the

17      microscope or cell surface, proteins or

18      chromosomes or electro abnormalities that has

19      been identified as specific for Glyphosate

20      causation in T-lymphoblastic lymphoma or in any

21      other non-Hodgkin's lymphoma subtype.

22              Consequently, we are left with the fact

23      of her diagnosis and the history of her

24      Glyphosate and Roundup exposure.  Both of which I

25      would have to regard as firm and well documented.
```

Ron B. Schiff, M.D., Ph.D.

```
 1     Q        So is it true that as you sit here

 2     today, you can't point me to anything in her

 3     initial presentation, work-up, treatment, or

 4     response to therapy that tells you Roundup caused

 5     her cancer?

 6     A        It is not necessary to do so.  The fact

 7     that there --

 8     Q        But that's not what my question is

 9     though, sir.  I just want to know a yes or no

10     whether you can do that.

11     A        There is nothing --

12     Q        Let me finish my question.  Can you

13     point me to anything in Ms. Murdock's initial

14     presentation, work-up, treatment, or response to

15     therapy that tells you Roundup caused her cancer?

16     Yes or no?

17     A        Her Glyphosate exposure.  There are no

18     other features, clinical or pathologic, that have

19     been identified to date that distinguish lymphoma

20     cases caused by Glyphosate or Roundup from those

21     that are not.  Maybe one day we'll have that.  So

22     far we don't.

23     Q        So there is nothing in her medical

24     records that enables you to point to Roundup as

25     the cause of her cancer?
```

Ron B. Schiff, M.D., Ph.D.

```
1     A         No.  But in her personal history there

2     are the years of Glyphosate and Roundup exposure.

3     MR. KOOPMANN:

4              We'll move to strike everything after

5     "No."

6     Q        There is nothing unique about Kenzie

7     Murdock's T-lymphoblastic lymphoma that indicates

8     whether it was caused by Glyphosate; right?

9     A        Once again, no distinguishing features

10    at any of those levels, diagnostic, response to

11    treatment, prognostic has been identified to

12    that.  We know that she had T-lymphoblastic

13    lymphoma.  We know that she had extensive Roundup

14    exposure.  And that is the basis of the

15    conclusions that I have reached.

16    Q        So there is nothing unique about her

17    particular T-lymphoblastic lymphoma that

18    indicates whether it was caused by Roundup?

19    A        Nor would I expect that to be.  That

20    has not been identified in any of the

21    non-Hodgkin's lymphoma cases.

22    Q        Do random or sporadic mutations cause

23    some T-lymphoblastic lymphomas?

24    A        In some cases they -- well, okay.  In

25    T-lymphoblastic lymphoma, there is not much of a
```

```
 1      track record of genetic predisposition mutations.

 2      Mutations in other cases in the broader context

 3      may imply genetic predisposition and have to do

 4      with the pathogenesis of the disease.  But in

 5      other cases, the emergence of those mutations is

 6      actually part of the disease course and is not

 7      causative.

 8      Q        So is it the case that random or

 9      sporadic mutations cause some T-lymphoblastic

10      lymphomas or not or is it unknown?

11      A        At the next break I will consult the

12      listing that I have of that, but I do not, off

13      the top of my head, remember any patho -- any

14      pathogenic mutations that are associated with the

15      causation of T-lymphoblastic lymphoma.

16              What I can tell you with certainty is

17      that none were identified in her case with the

18      previously noted exception of the T-cell receptor

19      gene rearrangements.  And, you know, and I think

20      you'd spend a day arguing whether that is a

21      predisposing factor or risk factor or whether

22      it's part of the disease course that emerged as

23      her T lymphocytes were transformed to the

24      malignant state.

25              But, you know, there were no findings.
```

Ron D. Schiff, M.D., Ph.D.

1      No, they're not Glyphosate or Roundup specific.

2      But those do provide strong evidence for the fact

3      that she had a malignant process going on

4      involving the T lymphocytes.  I mean, we already

5      knew that from other lines of evidence.  But if

6      we're talking about mutations, those gene

7      rearrangements qualify.

8      Q        Hypothetically, if you saw Kenzie

9      Murdock as one of your patients and she never had

10     any exposure to Roundup or other Glyphosate-based

11     herbicides, what would you tell her was the cause

12     of her NHL?

13     MR. PRATHER:

14              Object to form.

15     A        Well, yeah.  So the answer to that

16     is -- and, you know, this is addressed in the

17     very first paragraph of my Differential Etiology

18     section.  I haven't identified any other positive

19     risk factors for the development of any

20     non-Hodgkin's lymphoma in her case.

21              So if she had no Glyphosate exposure, I

22     would have to tell her that the cause is not

23     known in your case.  And more broadly, I would

24     have to say that there are other cases of

25     lymphoma in which the cause is not yet known.

Ron B. Schiff, M.D., Ph.D.

1           However, there are two things with

2    that.  One is, Glyphosate, Roundup has now been

3    identified as a causative risk factor in certain

4    cases of non-Hodgkin's lymphoma.  And we also

5    know that it is pretty nearly ubiquitous in the

6    environment.  So that even if she did not have

7    the spraying history, either doing it herself or

8    accompanying family members who sprayed the

9    product over the years, you know, there is still

10   also a lot of exposure from air, soil, water,

11   and, of course, different crops and foods.

12           Nonetheless, that is not what has been

13   evaluated in the epidemiologic studies.  And I

14   would not posit to her in the clinic setting that

15   that type of exposure was responsible.

16           But, you know, in her case, she did

17   have the extensive agriculture and residential

18   exposure.  And if she did not have that, no other

19   documented risk factor applicable to her has been

20   identified.

21   Q       In the handful of patients that you

22   recall seeing in your clinical practice who had

23   T-lymphoblastic lymphoma, do you have a

24   recollection of telling any of them what the

25   cause of their cancer was?

```
 1    A         That I do not remember.  I mean, I

 2    simply don't remember.  I do remember some of

 3    those cases but in terms of the risk factor

 4    profile for those individuals, I can't come up

 5    with anything.  I know what kind of work-up I

 6    would have ordered for those patients.  And --

 7    Q         Sir, did you see any indication in

 8    Ms. Murdock's medical records that any of her

 9    treating physicians claim that Roundup exposure

10    caused her cancer?  Yes or no?

11    A         No, I do not.

12    Q         A patient with the exact same medical

13    history as Ms. Murdock but who never used Roundup

14    could still be diagnosed with T-lymphoblastic

15    lymphoma at age 17; right?

16    A         Yes.  Of course.  But she had the

17    extensive exposure.  And the fact that that was

18    not the focus of her treating physicians is not a

19    deviation from standard of care and is not a

20    surprise.  They would be focused on making the

21    diagnosis, deciding on a proper course of

22    treatment, and managing Ms. Murdock through her

23    treatment course.  That was the focus as it

24    should have been.

25    Q         Sir, you cannot say that Ms. Murdock
```

Ron B. Schiff, M.D., Ph.D.

```
 1      would not have been diagnosed with NHL if she had

 2      just avoided using Roundup, can you?

 3      A        I can say that to the --

 4      Q        Can you say that?

 5      A        No, I cannot.  Because that's a

 6      probabilistic argument and a probabilistic

 7      conclusion.  Her risk of developing non-Hodgkin's

 8      lymphoma was increased significantly by her

 9      extensive Roundup exposure.  So absent that

10      exposure, she may still have developed it.  But

11      the bottom line is that her Roundup and

12      Glyphosate exposure as detailed, very

13      significantly and substantially increased her

14      risk.

15      Q        Did Ms. Murdock have any genetic

16      testing done that, in your opinion, supports your

17      opinion that her Roundup exposure was a

18      substantial factor in causing or contributing to

19      cause her T-lymphoblastic lymphoma?

20      A        Well, yeah.  The answer to that

21      actually, Mr. Koopmann, is yes.  And this was

22      also addressed in my report.  If we want to find

23      the closest reference to that, it was in the

24      section that you have up on the screen right now.

25      The third paragraph under Differential Etiology.
```

1    She did have a genetic counseling consultation on

2    December 6th.  They constructed a pedigree or

3    family tree.  And they identified and recorded

4    the occurrence of other cancers in Ms. Murdock's

5    relatives.  There was no evidence of leukemia,

6    lymphoma, multiple myeloma, or pediatric cancers

7    among her relatives.  And so the genetic

8    counselor, who is a specialist in this area,

9    concluded that her personal and family histories

10   raised no immediate concern for the presence of a

11   cancer predisposition syndrome; and, therefore,

12   no genetic testing was recommended.

13           So that's the answer right there.  She

14   did go through genetic counseling looking

15   specific -- specifically for genetic

16   predisposition syndrome.  And there was no

17   suspicion of it once the family tree with

18   appropriate disease allocations was completed.

19   Q      And so as a result because no family

20   history concern was noted, it's your opinion that

21   that supports that Roundup was the cause of her

22   cancer?

23   A      Well, it takes genetic predisposition

24   syndromes out of the differential etiology.  This

25   was an assessment that was made again by a

Ron B. Schiff, M.D., Ph.D.

1    genetic counseling professional that was not made

2    by me in a retrospective analysis of her medical

3    records that was done in realtime just two months

4    after she began chemotherapy.

5    Q       Do you know when Ms. Murdock had her

6    first malignant cell that appeared in her body?

7    A       No.  But I would suggest that with this

8    particular disease, it would not have been as

9    long before diagnosis as would have been the case

10   with a low or intermediate grade non-Hodgkin's

11   lymphoma.  This is a rapidly growing, very

12   aggressive malignancy.  If I had to estimate, I

13   would say a period of weeks to months.  But you

14   never know that except in the very rare situation

15   of a patient in whom a diagnosis is established,

16   but the patient is either not a candidate to be

17   treated or refuses treatment but does agree to be

18   followed with serial diagnostic studies.  Under

19   those conditions, you can occasionally

20   extrapolate the rate of growth of the malignancy

21   back to when you believe it may have begun.

22   There is all sorts of assumptions and

23   inaccuracies inherent in that type of analysis.

24   But that's the only way that one can even

25   approximate an answer to the question that you've

1    just asked.

2    Q        Is it your opinion that there were

3    genetic mutations that occurred that led to

4    Ms. Murdock's T-lymphoblastic lymphoma or no?

5    A        I have no documentation of them.  And,

6    you know, in the Diagnosis section of my opinions

7    as well as in other locations, I do talk about

8    the results of her molecular as well as

9    cytogenetic analysis.  And the focus there is on

10   the so-called Notch1 and CDK and 2A genes,

11   neither of which, as far as I'm concerned, has

12   been shown to be responsible for the development

13   of T-lymphoblastic lymphoma or an increased risk.

14            In her case, those were felt to offer

15   some prognostic insight, in both cases favorable.

16   And, yet, we know that she had anything but a

17   favorable response to treatment and overall

18   course.

19   Q        Do you know whether Ms. Murdock's first

20   cancer cell developed during the months of the

21   year that she was spraying Roundup?

22   A        There is no possible way to know that,

23   Mr. Koopmann.

24   Q        Can you state to a reasonable degree of

25   scientific or medical certainty that there was

Ron D. Schiff, M.D., Ph.D.

```
 1        any Glyphosate in Ms. Murdock's body when her

 2        first cancerous cells appeared?

 3        A         Biospecimens were never obtained.  But

 4        given her environmental exposure, I would have a

 5        high degree of confidence that Glyphosate was

 6        present in her body at that time.

 7        Q        Because biospecimens were never

 8        obtained, is it true that you cannot state to a

 9        reasonable degree of medical certainty that there

10        was any Glyphosate in her body when her first

11        cancerous cells appeared?

12        A         Excuse me.  The absence of

13        Glyphosate -- the absence of biospecimens among

14        plaintiffs in the Roundup litigation or patients

15        in general indicate that you can never use that

16        type of measurement here.  It just is not

17        available.  So we have to look at a surrogate

18        measure, which is exposure, for which there are

19        reported thresholds of exposure for increased

20        risk.  There are other diseases and other

21        environmental toxins for which biospecimen data

22        are available.  The most obvious, at least for

23        me, are the polychlorinated biphenyls, which are

24        also causes of non-Hodgkin's lymphoma and were

25        also in the past manufactured by Monsanto.  There
```

Ron D. Schiff, M.D., Ph.D.

```
1     you have biospecimens --

2     Q       Sir, I'm not asking about

3     polychlorinated biphenyls.  I'm not clear on what

4     the answer to my question is.  So let me restate

5     it and just get a clean yes, no, or I don't know.

6             Can you state to a reasonable degree of

7     medical certainty that there was any Glyphosate

8     in Ms. Murdock's body when her first cancerous

9     cells appeared?

10    MR. PRATHER:

11            Objection.  Asked and answered and

12    explained.  You may answer again, Dr. Schiff.

13    A       Yeah.  I would say I have a high

14    confidence that there was Glyphosate in her body

15    at the time of the first cancer cell.

16    Q       Is that to a reasonable degree of

17    medical certainty?

18    A       Yes, sir.

19    Q       Okay.

20    A       And I'm happy to repeat the explanation

21    and to elaborate on it if you'd like.

22    Q       That's okay.  I just wanted the answer.

23    Is it true that the first malignant cells in

24    Ms. Murdock's body could have appeared during the

25    winter when they weren't spraying Roundup?
```

Ron D. Schiff, M.D., Ph.D.

```
 1     A        Once again, I have no idea when the

 2   first malignant cell occurred, the first event of

 3   transformation to the malignant state.

 4     Q        This is a different question now.  I'm

 5   not asking when it was.  I know that you said you

 6   can't know that.  I'm asking whether the first

 7   malignant cells in her body could have appeared

 8   during the winter when they weren't spraying

 9   Roundup.  Yes, no, or I don't know?

10     A        Well, in as much as I don't know when

11   the first malignant cell appeared, by definition

12   I can't know what season it appeared.  I do know

13   that Roundup was sprayed during many months of

14   the year and that it does not disappear

15   immediately from the media which are exposed to

16   it including human tissues.  So that underlies my

17   belief that she had it in her system.  Even

18   though neither I nor anyone can tell you when

19   that first malignant cell due to the effect of

20   Glyphosate or Roundup appeared.

21     Q        So is it your answer that you don't

22   know whether the first malignant cells could have

23   appeared during the winter?

24     A        There is no possible way to know that

25   about the emergence of the first malignant cell.
```

Ron B. Schiff, M.D., Ph.D.

```
1        But the equal part of my statement is that that

2        information is not necessary.

3        Q        Do you have an opinion regarding when

4        Ms. Murdock first developed T-lymphoblastic

5        lymphoma?

6        A        That depends on how you define it.  You

7        can define it from when the first malignant T

8        lymphocyte emerged in her blood, which is

9        something that we do not know the answer to.  We

10       can define it from when she had the first

11       symptoms.  We can define it from when she was

12       diagnosed.  And we can define it from the

13       unreliable method of extrapolating back from

14       diagnosis to how long it would have taken for a

15       rapidly growing lymphoma to reach the total body

16       tumor burden that it had when she was diagnosed

17       in early October 2018.

18              I mean, you know, certainly by

19       September of 2018, it was clear that the disease

20       process was established.  There is no question

21       about that.  But if we look at what we can say

22       before that, we don't have a great deal of

23       additional information.  If we look at her other

24       encounters from 2018, those on February 6th,

25       February 7, February 22, August 24, and August 31
```

Ron D. Schiff, M.D., Ph.D.

1        seem to have nothing to do with lymphoma.

2               On September 12th, though, she had a

3        sports injury, but at the same time, she

4        complained of fatigue, decreased energy, an

5        episode of nausea, back pain, and dizziness.

6        And, you know, the connections to, I think at

7        least in some cases, it was concluded that some

8        of those symptoms were connected.  And, of

9        course, from September 12th to the firm diagnosis

10       on October 3, was only a period of three weeks.

11       Q        Dr. Schiff, would you please grab the

12       stack of medical records that you referenced

13       earlier that you reviewed in forming your

14       opinions in this case?

15       A        Yes.  I will do that right now.  I'm

16       holding it up to the camera right now so that you

17       can see it before I set it down.

18       Q        Thank you for that, sir.  So those are

19       the medical records that you were sent in this

20       case?

21       A        Yes, sir.

22       Q        And those are the records that you

23       reviewed in forming your opinions in this case?

24       A        Also correct.

25

Ron D. Schiff, M.D., Ph.D.

```
 1     MR. KOOPMANN:

 2             Okay.  I want to mark those as

 3     Deposition Exhibit 10.

 4             (DEPOSITION EXHIBIT NUMBER 10

 5             WAS MARKED FOR IDENTIFICATION.)

 6     Q       We'll make arrangements after the

 7     deposition for those to be copied or scanned or

 8     whatever to be sent to the court reporter.  Okay?

 9     A       I would request that those be provided

10     by Mr. Prather along with the other outstanding

11     materials.  I will get you the Murdock Chemicals

12     document, which I had forgotten I had made notes

13     on and I'd be more than happy to explain about.

14     But that was so long ago, being July of 2022,

15     that I really forgot what I did with that

16     document.

17     Q       Well, I do want to have an exact copy

18     of those records that you just set down in front

19     of you that you reviewed because that's a

20     different subset than what Mr. Prather, I think,

21     could provide because there are approximately

22     40,000 pages of medical records in this case.

23     Many, many bankers boxes full.  And that's what

24     he indicated was sent to you.  So I don't know

25     how else other than making a copy of those
```

1       documents that you have just set down in front of

2       you we could go about getting a copy of those

3       other than making a copy of them.

4       A          Yeah.  I don't have the personal

5       resources to do that.  I can ship these to

6       Mr. Prather or through Mr. Prather to the court

7       reporter.  That will take me some time for me to

8       get that together.

9       Q          That's just fine.

10      A          But I can do that.

11      Q          That's totally fine.  We'll just mark

12      those as Deposition Exhibit 10.

13      A          Can I count on them being returned

14      after that?

15      Q          I'm sure Mr. Prather will get them back

16      to you.

17      A          Okay.

18      MR. PRATHER:

19              And we can discuss the logistics of

20      this after the deposition.  But we would ask

21      Dr. Schiff if he's going to ship them to ship

22      them directly to the court reporter and then

23      expect her to return them to him.

24      MR. KOOPMANN:

25      Q          We can talk about that off the record.

Ron D. Schiff, M.D., Ph.D.

```
1     A         May I put those records away now?

2     Q         Sure.

3               Dr. Schiff, you did not have an

4     opportunity to interview Ms. Murdock; right?

5     A         Correct.

6     Q         You were never one of her treating

7     physicians; correct?

8     A         Also correct.

9     Q         You never examined her; correct?

10    A         Also correct.  I entered this case in

11    May 2021, which would have been three and a half

12    years, almost four years -- no.  That's not

13    correct.  Almost two years after she passed away.

14    Q         You note on Page 80 of your report --

15    I'll pull it up on the screen here.  In the

16    section that starts with the heading Exposure.

17    Do you see that on the screen?

18    A         Yes, I have it.

19    Q         You indicate information about the

20    frequency, duration, and circumstances of

21    Ms. Murdock's Roundup exposure and her non use of

22    personal protective equipment while exposed to

23    Roundup is derived from the first amended

24    complaint; Plaintiff Fact Sheet; Dr. Sawyer's

25    toxicology report; a brief mention in a
```

Ron B. Schiff, M.D., Ph.D.

```
 1      psychiatry consultation report from October 24th,

 2      2018; and the telephone conference with

 3      Ms. Murdock's father, Mr. Kyle Murdock, on

 4      July 15th, 2022; correct?

 5      A       Yes.

 6      Q       When you referenced Dr. Sawyer's

 7      toxicology report there, that's the preliminary

 8      report that you mentioned earlier receiving on or

 9      before June 30th, 2021?

10      A       Yes.  That's correct.  That's the only

11      report that I had access to until earlier this

12      week.  The revised report was not complete -- or

13      at least the only revised report that I have seen

14      was not completed until late February of this

15      year.  Obviously, I did not have access to that

16      when I was preparing the report that's on the

17      screen right now.

18      Q       Okay.  And I'm sorry.  I think I

19      misspoke.  I said that you had Dr. Sawyer's

20      toxicology report that's referenced here in this

21      Section 6 on or before June 30th, 2021, but I

22      should have said June 30th, 2022.  Is that right?

23      A       Yes.  If you misspoke, I missed it as

24      well.  But that's correct.  That was just last

25      year.
```

Ron B. Schiff, M.D., Ph.D.

```
 1      Q        And what was the brief mention in a

 2   psychiatry consultation report from October 24th,

 3   2018?

 4      A        Okay.  I actually pulled that up

 5   because that is the one unique reference to

 6   anything having to do with agricultural history

 7   in Ms. Murdock's report.  That's on the table

 8   right here, but I have to find it in those

 9   papers.  I have that.

10      Q        Okay.

11      A        Okay.  What I'm looking at here, and

12   I'm happy to hold it up to the screen if you

13   want, is a psychiatry consultation note from

14   October 24th, 2018.  And, unfortunately, it looks

15   like the pages have gotten separated.  So if I

16   could have another moment to look for that.  But

17   I still can tell you what it says in there

18   because it is referenced directly in my report.

19      Q        Well, is there a Bates number on the

20   bottom right-hand corner of the document?

21      A        There is an RR ID number.

22      Q        Okay.  What is that?

23      A        32107593.

24      Q        And that's included in the stack of

25   medical records that we're going to mark as
```

Ron D. Schiff, M.D., Ph.D.

```
1       Exhibit 10?

2       A        That is correct.  I cannot find the

3       other sheet that goes with it.  So what I will do

4       instead is I will point out where I dealt with

5       this in the Exposure section.  It's in the large

6       paragraph on the bottom of the screen.  And it's

7       the third sentence from the end where it says,

8       "Continuing acquisition of agricultural property

9       by the Murdock family was documented on

10      October 24, 2018 in an outpatient psychiatry

11      consultation report."  And, in fact, I just found

12      it on the sheet where the Bates number was.  It

13      says, "She reports that Mom had just gotten a new

14      job and Dad had just bought a new farm."  So, you

15      know, I correlated that with all of the other

16      sources of data about Ms. Murdock's exposure and

17      that was how I distilled it into the Exposure

18      section.

19               So, you know, the reference in the

20      psychiatry note is not very detailed, but I put

21      it together compared with the other sources

22      including the Plaintiff Fact Sheet in this case.

23      Q        Is there any other Bates number on the

24      bottom right-hand corner of those documents other

25      than that RR ID?
```

Ron B. Schiff, M.D., Ph.D.

```
1    A        How about 010050.  It says, "Kenzie

2    Murdock, St. Jude medical records."  And then

3    010050.

4    Q        All right.  Thank you.

5             During your interview with

6    Mr. Murdock -- well, strike that.

7             Did you ask for an opportunity to

8    interview Mr. Murdock?  Is that how that came

9    about?

10   A         Okay.  I have to tell you, I don't

11   remember how that came up.  I know it was

12   discussed and that Mr. Prather and I agreed that

13   it would be helpful.  I do not recall who

14   suggested it.  It's possible I asked if he wanted

15   me to interview him.  It's equally possible that

16   I asked to interview him or that Mr. Prather

17   asked me to interview him.  I just don't recall.

18   Q        Do you recall there being information

19   that you were hoping to see in Dr. Sawyer's

20   report that you reviewed but that you didn't see

21   in that report that you then wanted to get from

22   Mr. Murdock?

23   A         I don't recall that specifically.  I

24   know that whatever information I had from other

25   sources I wanted to corroborate and see if there
```

```
 1    was anything else that would come up.  That was

 2    my motivation in the -- you know, in entering

 3    that interview.

 4    Q        And Mr. Murdock, in that interview, was

 5    providing his recollection of Kenzie Murdock's

 6    potential Roundup exposures over time; correct?

 7    A        Yes.

 8    Q        And in some instances dating back to

 9    2007 or earlier?

10    A        Yeah, I believe so.  Yes.  Sure.

11    Q        Is it possible that Ms. Murdock --

12    strike that.

13             Is it possible that Mandi Murdock might

14    have had a different recollection than Kyle

15    Murdock with respect to Kenzie's possible

16    exposures to Roundup or other herbicides or

17    pesticides?

18    MR. PRATHER:

19             Object to form.  Calls for speculation.

20    A        Well, yeah.  I mean, that would be

21    completely speculative.  I know that when

22    Ms. Murdock was out on the agricultural property,

23    it was typically with her father and/or

24    grandfather.  I see no references for her being

25    out there with her mother.  So, you know, I don't
```

Ron B. Schiff, M.D., Ph.D.

```
 1    know.  I mean, I -- I -- I would have to

 2    speculate as to the answer -- to the answer of

 3    that.  But I don't know that her mother ever

 4    witnessed her applying Roundup or being present

 5    in the field during the long hours that she spent

 6    applying Roundup, being present in proximity

 7    while others applied it, or while cleaning the

 8    farm equipment that was used to apply Roundup.

 9    Q        It's fair to say, though, that people

10    that experience certain events sometimes have a

11    different recollection of those events; fair?

12    A        My impression was that Mr. Murdock was

13    actually very sharp, very accurate, and very

14    consistent.  I did not -- I did not recall any

15    significant discrepancies between what he told me

16    in the interview and what I had read in the other

17    sources that I cited at the beginning of my

18    Exposure section at the top of this page right

19    here.

20    MR. KOOPMANN:

21            Madam Court Reporter, would you please

22    read back my last question?

23            (The court reporter read

24             the requested testimony.)

25    A        The answer to that is in general sense
```

Ron D. Schiff, M.D., Ph.D.

```
1      yes, but I did not see that as being a concern in

2      this case.

3      Q        Isn't it possible that if you had

4      interviewed Mandi Murdock, she might have

5      remembered other Roundup exposures that her

6      husband didn't remember?

7      A        I would be speculating to answer that

8      question.  Anything is possible, of course.  But

9      I thought that the person who had the greatest

10     degree of direct interaction with Ms. Murdock

11     during her exposure was the gentleman I was

12     talking to on the phone.

13     Q        And why did you think that?

14     A        Because, again, she was out in the

15     fields with her father and/or grandfather.  I

16     have not seen or heard anything that her mother

17     participated in that type of agricultural work.

18     Q        You indicate on Page 94 of your report

19     that it's your opinion that Ms. Murdock's

20     exposure to Roundup was extensive.  What

21     qualifies as extensive as you've used the term in

22     that page of your report?

23     A        Okay.  Okay.  That's very good.  And

24     what qualifies as extensive is present two

25     sentences later.  That it was well above the
```

Ron D. Schiff, M.D., Ph.D.

```
 1      threshold levels reported in the literature to be

 2      associated with an increased risk of developing

 3      non-Hodgkin's lymphoma.  There, the more complete

 4      discussion -- remember, the Conclusion section is

 5      exactly that.  It's conclusions.  But at the end

 6      of my Section 8, Lymphoma Caused by Roundup, I

 7      have quite a few paragraphs.

 8      Q        That talk about those threshold levels?

 9      A        Exactly.  With specific references to

10      the literature.  That begins with the paragraph

11      where the first words are "Several epidemiologic

12      studies."  And, you know -- and, I mean, I went

13      through that comprehensively and, you know -- and

14      the last paragraph says -- the last paragraph in

15      that section says that, "It must be emphasized

16      that Ms. Murdock's lifetime Glyphosate exposure

17      exceeded the cumulative exposure medians and even

18      the ranges reported by the AHS in its updated

19      publication and greatly exceeded the frequency,

20      duration, and cumulative Glyphosate exposure

21      thresholds for an increased risk of developing

22      non-Hodgkin's lymphoma in the individual case

23      reports cited above and the pooled case control

24      study of the North American pool project."

25               So, you know, I mean, I have dealt with
```

Ron D. Schiff, M.D., Ph.D.

1    that in as much detail as the literature permits

2    chapter and verse.

3    Q        Is it your understanding that some of

4    Ms. Murdock's Roundup exposure came from her spot

5    spraying Roundup from an ATV either on the ATV or

6    standing alongside of it?

7    A        Yeah.  Spot spraying and area spraying

8    as well as her exposure on the boom sprayers.

9    But, yes, all of those different mechanisms of

10   exposure appeared applicable in her case.

11   Q        Okay.  And when you say the boom

12   sprayers, does that mean when she was riding in a

13   tractor with her father?

14   A        Correct.  I don't know what is the

15   correct terminology for that vehicle, because as

16   I've seen, that's been consistently referred to

17   as boom sprayers.  I know she was not out on the

18   booms, but she was inside the vehicle and had

19   exposure to the exterior as well as I detailed in

20   my report.

21   Q        Is it your understanding that when

22   Ms. Murdock was spraying the Roundup herself as

23   opposed to just ride with her grandfather or her

24   father, that she was doing so from either riding

25   on the ATV or standing alongside of it?

```
 1     A        Correct.

 2     Q        And is it also your understanding that

 3     that spraying that she did of Roundup was

 4     nonagricultural spraying?

 5     A        No.

 6     Q        In other words, she wasn't spraying

 7     crops?

 8     A        No.  I think that -- I do not recall

 9     seeing a distinction drawn between residential

10     and agricultural spraying for that.  I thought

11     that the -- and what I put in the paragraph that

12     begins "As noted above," it said area and spot

13     spraying the farm and residential properties.

14     And, you know, two sentences later, it does

15     confirm that Ms. Murdock stood alongside the

16     stationary utility vehicle or rode on it as it

17     moved through the fields along the road or edges

18     of the fields or around buildings or grain bins.

19     That seems to indicate agricultural application

20     as well, perhaps, as residential.  And it

21     confirms that she was either standing outside

22     spraying or that she was inside spraying.

23     Q        You indicated earlier that you received

24     Dr. Sawyer's updated report just, I think, last

25     week sometime.  Is that right?
```

Ron D. Schiff, M.D., Ph.D.

```
 1     A          No.  It was this week, Mr. Koopmann.

 2     Q          Okay.  You received it this week and

 3     the report was from last week?

 4     A          I don't remember the date of the

 5     report.  And, again, I had no hard copy of it.

 6     But as memory serves, it was dated February 21 or

 7     February 23 of this year.

 8     Q          Did you read it?

 9     A          I paged through it.  I -- you know, it

10     was 309 pages.  I could not read it in detail.

11     If you want to ask me about it, I'll do my best

12     to answer, but there are some things that I

13     probably just do not know.  Did not pick up on.

14     Q          Are you relying on Dr. Sawyer's

15     opinions in any respect in this case?

16     A          Well, you know, I relied on his

17     exposure opinions as one of the sources of

18     exposure information that went into my report

19     when I completed it way back last summer.

20     Obviously, I am not proposing to modify the

21     exposure opinions based on the new report.  And

22     in terms of other reliance, I mean, sure.  The

23     toxicology aspects of this case, I would rely on

24     Dr. Sawyer's written and deposition testimony

25     rather than me presenting myself as an expert on
```

Ron D. Schiff, M.D., Ph.D.

1    that.

2    Q         Are you relying on Dr. Sawyer's

3    calculation of Ms. Murdock's systemic dose in

4    this case?

5    A         I am aware of that calculation and, you

6    know, I'm happy to discuss that with you.  But

7    that is not how the exposure thresholds

8    associated with an increased risk of developing

9    non-Hodgkin's lymphoma are -- are addressed in

10   the published literature.  You know, those things

11   look at, again, cumulative exposure, duration of

12   exposure, frequency of exposure, and so forth.

13   You know, so those were the parameters that would

14   have been of greatest interest to me.

15   Q         You note on Page 81 of your report in

16   this paragraph that starts, "As noted above," in

17   the second to the last sentence you say,

18   "Additionally, photographic documentation is

19   available that shows Ms. Murdock's bare hands in

20   direct contact with a tire guard on one of the

21   tractors."  Do you see that?

22   A         Yes.  I looked at the pictures of

23   Dr. Sawyer's report.  Sure.  I had no access to

24   independent photographs.  Although, in your list

25   of possible reliance materials at the beginning

Ron D. Schiff, M.D., Ph.D.

```
 1      of this deposition, which we did not go

 2      completely through, there was the representation

 3      that I had separately been sent photographs.

 4      That wasn't the case.

 5      Q       Well, let's look at that then.  So,

 6      Dr. Schiff, I'm sharing on the screen a document

 7      that we received today from Mr. Prather's office

 8      titled Kenzie Murdock Photos.  Can you see the

 9      photos on your screen?

10      A       Well, they're all at 90 degrees.  But,

11      yes, I can see them.

12      Q       All right.  Let's do that.

13      A       There is a lot more photos than I had

14      ever seen of her and those were certainly never

15      provided to me separately.  The subset of those

16      may have been in Dr. Sawyer's reports.  Those are

17      the only ones that I have seen.  The only ones

18      that I have been sent.

19      Q       Okay.  I believe this first photo of,

20      it appears to be Kenzie, possibly her younger

21      brother, and an older gentleman on a white Ford

22      tractor, is that the photo that you're

23      referencing on Page 81 when you say that --

24      A       I believe so.

25      Q       -- documentation is available that
```

Ron B. Schiff, M.D., Ph.D.

1      shows Ms. Murdock's bare hands in direct contact

2      with the tire guard?

3      A        I believe so.  And I believe that the

4      gentleman in that picture is her grandfather.

5      Q        Okay.  And of what significance is it

6      that Ms. Murdock's bare hands were in direct

7      contact with this tire guard?

8      A        Transdermal exposure to Glyphosate

9      residue.

10     Q        Okay.  Do you have an understanding

11     that this tractor that's pictured in this photo

12     was used to spray Glyphosate at the farm?

13     A        That is an assumption on my part, but

14     we know that other ATVs and tractors were used

15     for that purpose.  Whether it was that specific

16     one or not, I don't know.  But, you know, then

17     the question comes how many did they own at that

18     time.  How many did they own over the years.  I

19     have no idea.

20             It just shows that she was in a tractor

21     that would have been exposed to property that was

22     Roundup sprayed.  And that she was in contact

23     with the tire guard and, presumably, was at risk

24     for transdermal exposure to Glyphosate residue

25     through that route.

```
1      Q        All right.  Let's go through some of

2      the other file materials that we've marked as

3      Exhibit 7 just to see if you've seen these ever.

4      Kyle Murdock Purchases.  Does this document look

5      familiar?

6      A        I am sure that it overlaps with the

7      compiled document entitled Murdock Chemicals,

8      which I refer to in my report as Murdock

9      Chemicals document.  Again, what I have is a

10     complication.  It is not that.  I do not have

11     that.  I have not seen that.

12     Q        The Murdock Chemicals document that you

13     noted earlier that you would provide, we'll mark

14     that as Deposition Exhibit 11.

15     A        And I'm happy to explain my markings on

16     it so that it doesn't come up later.

17              (DEPOSITION EXHIBIT NUMBER 11

18              WAS MARKED FOR IDENTIFICATION.)

19     Q        Okay.  Go ahead.  What are they?

20     A        All right.  Basically what I had to do

21     is I would have to figure out of all of these

22     innumerable products, what their ingredients

23     were.  So in a case where I didn't know what they

24     were, for example, if they weren't an herbicide,

25     it was an insecticide, I wrote that down.  I
```

Ron D. Schiff, M.D., Ph.D.

1      wrote what the ingredients that were evaluated

2      toxicologically were in there.  And where there

3      was a classification according to either IARC or

4      EPA, I recorded that in writing because obviously

5      I couldn't, you know, memorize all of that.  But

6      100 percent of the relevant information from that

7      is incorporated in my Differential Etiology

8      report.  You will not find any surprises on here.

9      The main stuff you want to ask about like some of

10     my notations, but there is nothing on here that

11     anybody would regard as a smoking gun or that

12     anybody would highlight as a contradiction to

13     what made it into my Differential Etiology

14     section.  That wouldn't be in my interest.  I

15     wanted to get it accurate.

16     Q       Where did you obtain the information on

17     the ingredients on the -- in the products on that

18     Murdock Chemicals list that we're marking as

19     Exhibit 11?

20     A       Yeah.  That was a series of extensive,

21     painstaking internet searches where I printed

22     only a relatively small amount of what I had

23     found.  Most of it I just looked at it online and

24     moved on.  There were a few things that I

25     printed, which came under the heading.  And I'm

Ron B. Schiff, M.D., Ph.D.

1    pulling those out right now.  I have -- I'm

2    holding here what they now call SDSs.  No longer

3    MSDS.  Safety data sheets for things that I

4    thought were relevant.  And, you know, it's not

5    comprehensive.  But, you know, for a number of

6    products, I wanted them either for identification

7    of ingredients or for the carcinogenicity

8    classification.  I wanted to be able to hold onto

9    them.  So I have those, too.  If you ask me how

10   much that is, I would say, I don't know, 40, 50

11   pages.

12   MR. KOOPMANN:

13           All right.  We'll mark as Exhibit 12

14   the safety data sheets that Dr. Schiff is

15   referencing.

16           (DEPOSITION EXHIBIT NUMBER 12

17           WAS MARKED FOR IDENTIFICATION.)

18   Q       All right.  Dr. Schiff, back to what

19   I'm sharing on the screen here.  This document

20   that we were sent today as part of your file

21   materials titled Kyle Murdock Purchases.  Just

22   yes or no, do you have a recollection as you sit

23   here right now of reviewing this document in

24   forming your opinions?

25   A       No.  I've never seen that document

Ron D. Schiff, M.D., Ph.D.

```
1      before today.  The document that I was sent is

2      entitled Murdock Chemicals and is a compilation.

3      Q        How about this Murdock affidavit --

4      well, it's an affidavit.  The file is entitled

5      Murdock Affidavit of Acreage.  Do you recall

6      seeing this document before?

7      A        I can't -- it's very short obviously.

8      I can't say that I have.  But I do not recall it.

9      Q        Okay.  I'm now sharing a document

10     titled Murdock Farms Purchases.  As you sit here

11     right now, do you have a recollection of

12     reviewing this document in forming your opinions?

13     A        No.  I have not seen it.  But, you

14     know, some of the information that's on there

15     likely is also present on the Murdock Chemicals

16     document, which I was sent.  But, you know, I

17     didn't have any information about quantities,

18     dates, or purchase prices.  It was only the names

19     and some other identifying information.

20     Q        All right.  Now I'm sharing on the

21     screen a photo titled Murdock Map 1.  Can you see

22     that?

23     A        I can.

24     Q        And is this a document that you

25     reviewed in forming your opinions in this case?
```

Ron D. Schiff, M.D., Ph.D.

```
1     A        If it was in Dr. Sawyer's preliminary

2     or revised report, I would have seen it.  I can

3     tell you that I was not sent any photographic

4     documents separately.

5     Q        Is the same true for this file that I'm

6     sharing now entitled Murdock Map 2 that you were

7     never sent this?

8     A        Not separately.  Again, if it was in

9     Dr. Sawyer's report, then presumably I saw it.

10    But, you know, if it was in there, that's fine.

11    I seem to remember seeing something that showed

12    the Murdock's original residence plus the one

13    that they moved to when Ms. Murdock was a little

14    bit older.  And both were marked on that.  But

15    did I receive any of those presumably drone

16    photographs separately?  The answer is no.

17    Q        This is a document entitled Murdock

18    Musser purchases.  As you sit here today, do you

19    have a recollection of reviewing this document at

20    any point?

21    A        No.  I have not seen that before just

22    now.  And I also don't know who Nathan Musser is.

23    Q        The Plaintiff Fact Sheet was included

24    in your file materials that we were sent this

25    morning.  Did you review this document?
```

Ron B. Schiff, M.D., Ph.D.

```
 1    A        The answer is yes, but I want to pull

 2    it to make sure that we're talking about the same

 3    version.

 4    Q        The one I'm sharing on the screen is

 5    10-pages long, there is a date at the end of May

 6    19th, 2020, and it's unsigned.

 7    A        So far I have found the complaint but

 8    not the Plaintiff Fact Sheet.  My report says

 9    that I read it and relied on it.  That doesn't

10    mean that -- oh, I have it right now.  10 pages,

11    dated May 19th, 2020, no signature.

12    Q        Okay.  Another document in your file

13    materials that we were sent this morning is a

14    document entitled Security Seed Product List.

15    It's 45 pages.

16    A        I have never seen that until just now.

17    Q        Okay.

18    A        At the next break, I'm going to recheck

19    my medical records and make sure that there is

20    some things that I -- make sure that there is not

21    some things that I decided were irrelevant and

22    didn't review.  In other words, non curated

23    records that were sent.  If I find anything

24    having to do with these invoices or receipts or,

25    you know, other documentation of agricultural
```

Ron D. Schiff, M.D., Ph.D.

```
 1      chemical purchases, I will let you know.

 2      Q        Okay.

 3      A          I don't remember how much of what I was

 4      sent was relevant for compiling my report and how

 5      much wasn't.  But I will check that and I will

 6      respond to you at the beginning of our next

 7      session if I find anything whatsoever.

 8      Q        You mentioned non curated medical

 9      records.  What do you mean by that?

10      A        Well, you know, a lot of times -- and I

11      don't even remember.  I got my medical records on

12      Ms. Murdock's case back in late spring of 2021,

13      which is getting close to two years ago.

14      Different attorneys that I worked with will

15      occasionally just send me everything they have in

16      no particular order.  Others will sort it out by

17      date or by source.  I can't remember how

18      Ms. Murdock's records arrived to me.  But if it

19      included medical records or things like billing

20      records or other extraneous materials, I would

21      have weeded those out, pun intended, before I

22      would start my review in preparation of my

23      report.  I didn't discard them.  I still have

24      them.  But I would not have relied on them.

25      Q        All right.  Why don't we take that
```

Ron D. Schiff, M.D., Ph.D.

```
 1    five-minute break.

 2    A        I'll check that right now.

 3    THE VIDEOGRAPHER:

 4             The time is 12:27.  We are off the

 5    record.

 6             (OFF THE RECORD AT 12:27 p.m.)

 7             (ON THE RECORD AT 12:34 p.m.)

 8    THE VIDEOGRAPHER:

 9             The time is 12:34.  We're back on the

10    record.

11    MR. KOOPMANN:

12    Q        Dr. Schiff, you have a discussion of

13    Epstein-Barr virus on Pages 87 and 88 of your

14    report and cite a few articles there.  References

15    3, 27, 28, 29, and 30.  Did you specifically

16    review any other articles related to Epstein-Barr

17    virus for purposes of forming your opinions in

18    this case?

19    A        Okay.  So I have a couple of things to

20    say.  First, I did this search for agricultural

21    chemicals and business records in the big stack

22    of medical records that I showed you before the

23    break.  I found plenty of duplicated medical

24    records, which are ones that, you know, I was not

25    concerned with when I prepared my report.  But I
```

Ron D. Schiff, M.D., Ph.D.

```
 1        found no evidence of anything having to do with

 2        agricultural chemical purchases of the kind that

 3        you showed me on your list.  There was nothing

 4        like that.  The only document that I ever got

 5        with that is the so-called Murdock Chemicals

 6        document.

 7                 Now, with regard to the Epstein-Barr

 8        virus discussion, it's admittedly lengthy because

 9        Epstein-Barr virus has been associated with the

10        development of certain types of non-Hodgkin's

11        lymphoma as well as other disease.  No, basically

12        I already knew all that stuff, Mr. Koopmann.  I

13        needed to come up with some references that I

14        could put in my report to substantiate what I was

15        saying about it.

16                 You know, this has nothing to do with

17        her.  It has nothing to do in particular with the

18        T-lymphoblastic lymphoma.  In the --

19        Q        Let me stop you there and break that

20        down a little bit.  So is it fair for me to

21        understand that if I look at the references at

22        the end of your report, the articles that are

23        listed there that deal with Epstein-Barr virus

24        are not all of the articles you've ever read

25        about Epstein-Barr virus and cancer, but they're
```

1    the articles that you relied on for purposes of

2    this case to support the things you say in your

3    report regarding Epstein-Barr virus and its lack

4    of relation to her cancer?

5    MR. PRATHER:

6            Object to form.  Misstates his

7    testimony.

8    A        Yeah.  I mean, I -- you know, I just

9    wanted to have support from accessible sources

10   about the points I was making.  And, you know,

11   basically it comes down to the current addition

12   of the Cecil Textbook of Medicine.  Nothing, you

13   know, particularly esoteric or obscure about

14   that.  You know, I looked up the relevant

15   chapters in Cecil.

16           I do want to call your attention to the

17   second to the last sentence, which is the only

18   mention of anything having to do with a T-cell

19   lymphoproliferative malignancy.  We talk about

20   extralymphatic, extranotal -- I'm sorry --

21   extranodal NK/T-cell lymphoma.  That's not what

22   Ms. Murdock had.  That's a complete different

23   entity.  Everything else in there is B-cell.

24   Q        So what is the basis for your opinion

25   that her Epstein-Barr virus infection or

Ron D. Schiff, M.D., Ph.D.

```
 1      infections are unrelated to her subsequent cancer

 2      development?

 3      A        Well, there are -- you know, there are

 4      several points to that.  The first, Epstein-Barr

 5      virus infection is very common.  I laid that out

 6      toward the beginning of the paragraph.  And then

 7      I went through the relevant disease associations

 8      with it including mono, which she had.  But even

 9      having infectious mononucleosis is not a risk

10      factor for the development of T-lymphoblastic

11      lymphoma or T-cell acute lymphoblastic leukemia.

12               But, you know, because there have been

13      associations with a number of malignancies, most

14      especially lymphoproliferative malignancies, I

15      enumerated all of those just for clarity.  None

16      of them has anything to do with her case, though.

17      Q        So is it fair for me to understand that

18      you ruled out Epstein-Barr virus as having

19      anything to do with her cancer because the

20      available literature does not show an association

21      between Epstein-Barr virus infection and

22      T-lymphoblastic lymphoma?

23      A        Yeah.  It shows associations with a lot

24      of other lymphoproliferative malignancies

25      including rare ones like X-linked
```

Ron B. Schiff, M.D., Ph.D.

```
 1     lymphoproliferative syndrome.  But, you know --

 2     or the diffuse large B-cell lymphomas in elderly

 3     people.  But nothing about the high grade T-cell

 4     lymphomas like she had.

 5     Q        So although Epstein-Barr virus

 6     infection is associated with certain types of

 7     NHL, because the literature does not note an

 8     association between Epstein-Barr virus infection

 9     and T-lymphoblastic lymphoma specifically, you're

10     ruling out EBV infection as a cause or

11     contributing cause of her cancer?

12     A        Yes.  There is a couple of more reasons

13     that I want to bring to light of that.

14     Epstein-Barr virus infection has never been

15     alleged to be a cause of non-Hodgkin's lymphoma

16     overall.  These are very specific well-defined

17     entities.  On top of that, where does

18     Epstein-Barr virus proliferate in the cells in

19     the immune system?  It proliferates in the B

20     lymphocytes.  Not in the T lymphocytes.  So you

21     would expect that virus induced transformation

22     would occur preferentially in the B lymphocytes

23     and would leave the T cells alone.

24              I mean, that's part of how EBV works.

25     That's how it does and how it replicates and that
```

Ron E. Schiff, M.D., Ph.D.

1    explains its disease associations with the B-cell

2    proliferative malignancies.

3    Q        Did you evaluate whether any of

4    Ms. Murdock's cancer cells show the presence of

5    Epstein-Barr virus?

6    A        I don't think that testing was done.  I

7    would have to go back and look at my Diagnosis

8    section on that.  But I do not believe that there

9    would have been a study done for that.  There --

10   you know, there really would have been no reason

11   to because it was not necessary to establish the

12   diagnosis nor was it a consideration in selecting

13   her course of treatment.

14   Q        One of the implicated occupational and

15   environmental exposures you discussed in your

16   report is smoking; right?

17   A        That's correct.

18   Q        And you noted that Kenzie Murdock was

19   not a smoker?

20   A        Also correct.

21   Q        Is secondhand smoke exposure an

22   implicated occupational and environmental

23   exposure?

24   A        Well, it -- you know, it would be an

25   environmental exposure.  You know, we don't often

Ron D. Schiff, M.D., Ph.D.

1    think about smoking with regard to the

2    development of non-Hodgkin's lymphoma.  But I do

3    address that in my Etiology Risk Factors section,

4    which is Section 7.  So looking at that, the --

5    the biggest association with smoking, as I

6    recall, actually has to do with women with

7    follicular lymphoma.

8              But, again, there is not enough cases

9    with T-lymphoblastic lymphoma that that may have

10   been identified.  In terms of secondhand smoke, I

11   don't recall seeing a whole lot of epidemiology

12   research about that in non-Hodgkin's lymphoma

13   overall.  I've certainly never seen some in this

14   particular subtype.

15             But, you know, even so, the InterLymph

16   Project did look at smoking.  And they evaluated

17   that very carefully in their 2014 Journal of the

18   National Cancer Institute Monograph.  So, you

19   know, which by the way, does not include a

20   section on T-lymphoblastic lymphoma.  It has a

21   section on cutaneous T-cell lymphomas, which are

22   lower grade, as I discussed earlier.  But nothing

23   about the disease entity that Ms. Murdock had.

24   Q      Are you aware of any secondhand smoke

25   exposure that Kenzie had?

Ron D. Schiff, M.D., Ph.D.

```
1     A          I didn't look into it.  I don't know if

2     she had a family member who smoked or a more

3     distant relative or a friend.  I have no idea.

4     But if you look at what it is about smoking that

5     is associated with the elements of non-Hodgkin's

6     lymphoma, most of the interest focuses on the

7     benzene component of tobacco smoke.  Ms. Murdock

8     certainly didn't have any other benzene exposure

9     that is known in terms of occupational or

10    environmentals.  She didn't live in the city

11    center.  I don't know to what extent she was

12    responsible for, you know, pumping the gas for

13    the farm equipment.  Those are routes of

14    exposures that, you know, can bleed over into

15    being excessive or extraordinary.  I don't know

16    about any of that with her.  But, you know, other

17    more conventional causes of benzene exposure do

18    not appear to apply in her case.

19    Q          Does -- well, when you saw patients in

20    clinical practice as an oncologist, did you ask

21    people about regular exposure to secondhand

22    smoke?

23    A          Yes.  Sometimes I did.  I routinely

24    asked about personal smoking history.  But the

25    discussion generally included whether people who
```

Ron D. Schiff, M.D., Ph.D.

 1     lived with my patient smoked and my patient would

 2     have been exposed then.

 3     Q        Why did you ask about that for your

 4     patients?

 5     A        Primarily -- excuse me.  Primarily from

 6     the perspective of other malignancies which have

 7     a stronger epidemiologic association with

 8     smoking.  Like, for example, lung cancer and head

 9     and neck cancer.  There is a whole long list of

10     malignancies that are associated with smoking or

11     with tobacco smoke exposure.  Lymphoma is on the

12     list for sure but only under specific

13     circumstances.  And it's not a super strong

14     association.

15     Q        Did you ask Kyle Murdock if he was a

16     smoker?

17     A        No, I did not.

18     Q        Did you ask Kyle Murdock if his wife

19     was a smoker?

20     A        I did not.

21     Q        Does cigarette smoke contain benzene?

22     A        It does.

23     Q        Does it contain many other carcinogens

24     as well?

25     A        More than 70, yes.

Ron D. Schiff, M.D., Ph.D.

```
 1    Q        And if somebody breathes in secondhand
 2    smoke, are they breathing in benzene and those
 3    other carcinogens?
 4    A        In small quantities depending on the
 5    degree of exposure.  But even if that were the
 6    case, that does not take away Ms. Murdock's years
 7    of extensive exposure to Glyphosate and Roundup
 8    for residential and agricultural applications.
 9    Q        Would you agree that you cannot rule
10    out Ms. Murdock's exposure to secondhand smoke as
11    a contributing factor to her lymphoma?
12    A        Can't rule it out.  But it certainly
13    doesn't negate the contributory role of her
14    Glyphosate and Roundup exposure, which is very
15    extensive.
16    Q        You note on Page 88 of your report that
17    the InterLymph analysis risk factors for the
18    development of NHL and its subtypes found that a
19    BMI of at least 25, rather than a usual BMI, was
20    a statistically significant risk factor for the
21    development of DLBCL and NHL overall; right?
22    A        That's correct.  But most of the other
23    literature having to do with obesity is a risk
24    factor for cancer in general and non-Hodgkin's
25    lymphoma in particular uses the standard cut
```

Ron D. Schiff, M.D., Ph.D.

```
 1      points instead of 25.  I -- you know, I did make

 2      that clear in my report.  But even if we look at

 3      25, Ms. Murdock was borderline in that range.

 4              If I had a BMI of 25 and my primary

 5      physician told me that as a result of that I was

 6      obese, I would complain like nobody's business

 7      about that.  So it's a question of, you know,

 8      where you draw the cutoff.  If the epidemiologic

 9      data exists here, that's fine.  The data are what

10      they are.  And we're not saying anything to

11      contradict that.  But, you know, if we look at

12      where it comes --

13      Q       Sir, you've answered my question.  Let

14      me just start with another one here.

15              You note that Kenzie Murdock's BMI was

16      consistently between 26.8 and 28.6 kilograms per

17      meter squared throughout the period immediately

18      prior to the diagnosis of her lymphoma.  Is that

19      right?

20      A       Those are the data points I have.

21      That's correct.

22      Q       And those BMIs put her in the

23      overweight category; right?

24      A       Not in my book, no.

25      Q       How about in the federal government's
```

```
 1      book?

 2      A        Well, you know, here we have the 25

 3      cutoff which, you know, I dealt with explicitly

 4      here, especially with regard to diffuse large

 5      B-cell and follicular, especially in women.

 6      Using the terminology that correlates with that,

 7      Mr. Koopmann, I personally regard that as a value

 8      judgment.  So if you want to say that 25 is

 9      overweight, 30 is obese, and 35 is morbidly

10      obese, that's fine.  You can compartmentalize

11      those however you want.  I tend not to think of

12      it that way.  But in any event -- in other words,

13      I tend to focus on the data as it relates to

14      specific BMI thresholds.  So, you know, the use

15      of the descriptive terms I tend to stay away

16      from.  And quite frankly, so does IARC with the

17      use of that unique innovative term "excess body

18      fatness."  I mean, I don't know of anybody else

19      using that.  But they also try to stay away from

20      the value judgment in favor of more neutral

21      terminology.  And I don't blame them for that.

22      Q        So you note later on Page 88 of your

23      report that no association between obesity or any

24      range of elevated BMI and T-cell lymphoblastic

25      lymphoma or T-cell acute lymphoblastic leukemia
```

```
 1      has ever been reported; right?

 2      A        That's correct.  And I provided two

 3      citations --

 4      Q        Let me ask a new question.  I just

 5      wanted to know if that's correct.

 6               As a result, it's your opinion that

 7      Kenzie Murdock's weight was not a risk factor for

 8      her development of her cancer.  Is that right?

 9      A        I agree with that.  Not based on the

10      available data.  That's correct.

11      Q        So when it comes to assessing non

12      Glyphosate risk factors for the development of

13      Kenzie Murdock's cancer, you note the fact that

14      no studies report an association between that

15      risk factor and her particular type of cancer;

16      right?

17      A        Yes.  Especially risk factor in terms

18      of her range of body mass index measurements.

19      So, again, I'm aware of --

20      Q        You've answered --

21      A        There is not a whole lot of subtype

22      specific data.  I get that.  But I have to take

23      the data that exists and apply it to her

24      circumstances.  No?

25      Q        But when it comes to opining that her
```

Ron D. Schiff, M.D., Ph.D.

```
1        Roundup or Glyphosate exposure caused or
2        contributed to cause her particular type of
3        cancer, you're not bothered by lack of studies
4        noting an association between her particular type
5        of cancer and Roundup or Glyphosate exposure, are
6        you?
7        A        I'm not bothered with that because her
8        Glyphosate exposure, her Roundup exposure is well
9        documented.  And even if you did apply the more
10       extreme value judgment terms to her BMI, that
11       would not take away from her extensive herbicide
12       exposure.  So the answer to that is, no, I don't
13       think her weight or BMI is connected.  But even
14       if it was connected, even if you were to massage
15       the terms that you're using to correspond to the
16       BMI categories for most favorable interpretation,
17       it still doesn't take away from her exposure to
18       Glyphosate and Roundup.
19       Q        The InterLymph analysis that you cited
20       in your report indicates that a BMI of at least
21       25 was a statistically significant risk factor
22       for the development of non-Hodgkin's lymphoma;
23       right?
24       A        That's correct.
25       Q        Okay.  Did you see in Dr. Sawyer's
```

1      report in this case where he discussed the

2      Larsson and Wolk study from 2011?

3      A        I did not notice that.  I have no

4      recollection of that.  Perhaps it's in there.

5      But I just don't recall that.  It's possible that

6      I have that study here.  And --

7      Q        Did -- let me ask a new question.  Did

8      you assess Ms. Murdock's exposure to wood dust?

9      A        No.

10     Q        Did you ask Mr. Murdock about Kenzie's

11     exposure to sawdust?

12     A        No.

13     Q        Is wood dust or sawdust carcinogenic?

14     A        In some circumstances, but I haven't

15     heard of an association with lymphoma.  Any type.

16     Q        Wood dust is classified by IARC as

17     Group 1 carcinogenic to humans; right?

18     A        I don't know the answer to that, but I

19     would like to check my Murdock Chemical --

20     Murdock Chemicals document to see if I considered

21     it in that context.  The answer is I did not.  It

22     was not on that list.  I would not have

23     considered it.  But that is not a known lymphoma

24     carcinogen whether you call it wood dust or

25     sawdust.

1    Q        Okay.  And you never read Mandi

2    Murdock's deposition.  So you don't know what she

3    had to say about Kenzie's exposure to wood dust.

4    Is that correct?

5    A        That is correct.

6    Q        Would you agree that you cannot rule

7    out Ms. Murdock's exposure to wood dust as a

8    contributing factor to her lymphoma?

9    A        I can say that I am not aware that she

10   had any significant exposure to wood dust.  And I

11   can say further that wood dust is not a

12   recognized risk factor for lymphoma.

13   Q        You're not aware of any significant

14   exposure to wood dust that Kenzie had because you

15   never asked about it and it wasn't included on

16   the list that you were provided by plaintiff's

17   counsel; right?

18   A        Or in the toxicology report.  That's

19   correct.  I don't remember seeing anything about

20   wood dust there.

21   Q        When you say the toxicology report, you

22   mean the toxicology report from Dr. Sawyer that

23   you had back in -- on or before June 30th, 2022?

24   A        The preliminary and the final.  I only

25   paged through the final, but there was nothing

```
 1      about wood dust or sawdust that stuck out.  If

 2      it's in there and you want to direct me to it,

 3      I'd be happy to look at it.

 4      Q        Did you assess Ms. Murdock's exposure

 5      to wood smoke?

 6      A        No.

 7      Q        Is wood smoke carcinogenic?

 8      A        It might be, but not -- it's not a

 9      known cause of lymphoma.

10      Q        Well, you said it might be.  Do you

11      know if it is or not?

12      A        Carcinogenic?

13      Q        Yes.

14      A        If so, I would imagine it would have

15      something to do with the respiratory passages

16      because smoke is inhaled.  In terms of lymphoma

17      in the immune system, I cannot really come up

18      with a mechanism for that.  So I've never really

19      studied that particular point.

20      Q        Do you think Glyphosate or Roundup is

21      carcinogenic when it's inhaled?

22      A        It can be.  There is also the

23      transdermal route and there is also ingestion.

24      Q        So do you know as you sit here today

25      whether wood smoke is carcinogenic?
```

```
1    A        I suspect that it is but not for

     lymphoma.

2

3    Q        Do you agree that wood smoke has been

4    found to contain benzene?

5    A        I don't know about that.

6    Q        Are you aware of any significant wood

7    smoke exposures that Kenzie Murdock had?

8    A        It has not come up in any of the

9    materials that I read.  It would not take away

10   from her exposure to Glyphosate and Roundup,

11   which was excessive.

12   Q        So it is true then that you are not

13   aware of any significant wood smoke exposures

14   that Ms. Murdock had?

15   A        That's correct.  I don't know if there

16   was a fire in the fireplace every night or if

17   they barbecued outside or not.  I have no idea.

18   I do know she had excessive exposure to

19   Glyphosate and Roundup.

20   Q        Did you ask Mr. Murdock about Kenzie's

21   exposure to wood smoke?

22   A        I would have had no reason to.

23   Q        So that's a no?

24   A        That's a no because I had no reason to

25   ask him that.
```

Ron B. Schiff, M.D., Ph.D.

```
 1    Q        Did you ask Mr. Murdock how often fire

 2    curing of their tobacco occurs?

 3    A        Also no.

 4    Q        Did you assess what's involved in fire

 5    curing of tobacco at the Murdock farms?

 6    A        I did not.

 7    Q        Did you assess how much wood smoke is

 8    produced during the process of fire curing of

 9    tobacco at the Murdock farms?

10    A        I did not.

11    Q        Would you agree that you cannot rule

12    out Ms. Murdock's exposure to wood smoke as a

13    contributing factor to her lymphoma?

14    A        I would be speculating about that.  But

15    I do know about her Glyphosate and Roundup

16    exposure.  And we do know about its association

17    with the development of non-Hodgkin's lymphoma.

18    I don't know about the association of wood smoke

19    with non-Hodgkin's lymphoma.  I have never read

20    about the existence of such an association.

21    Q        So I asked you whether you would agree

22    that you cannot rule out Ms. Murdock's exposure

23    to wood smoke as a contributing factor to her

24    lymphoma, and you said you'd be speculating about

25    that.  What do you mean by that?
```

```
 1    A        That's correct.  Yes.  I doubt very

 2    much that would have been a contributing factor.

 3    But even if it was, it does not mitigate the

 4    lymphomagenic consequences of her Glyphosate and

 5    Roundup exposure.

 6    Q        So is it true then that you cannot rule

 7    out her exposure to wood smoke as a contributing

 8    factor to her lymphoma?

 9    A        Again, I would have to speculate about

10    that because I don't know what exposure she may

11    have had or how extensive it was.  But I'm also

12    not aware of an etiologic link between wood smoke

13    and lymphoma.  If you have evidence to the

14    contrary, I'm happy to look at the study.

15    Q        Well, if you don't know whether she was

16    exposed to wood smoke, how can you rule that out

17    as a factor in her lymphoma?

18    A        Because I don't think that wood smoke

19    is a lymphomagenic.

20    Q        Did you attempt to quantify

21    Ms. Murdock's exposure to diesel engine exhaust

22    or gasoline engine exhaust?

23    A        Nope.

24    Q        Every time that Ms. Murdock sprayed

25    Roundup from an ATV, is it fair to assume that
```

Ron D. Schiff, M.D., Ph.D.

1      she was exposed to gasoline engine exhaust?

2      A        Perhaps to some extent, yes.  That's

3      fair to assume.

4      Q        If she had any exposures while riding

5      in a tractor, she would have also had some diesel

6      exhaust exposure?

7      A        That's correct.

8      Q        Is diesel exhaust carcinogenic?

9      A        To the extent that it has benzene in it

10     and perhaps other carcinogens, benzene being the

11     main one, the answer is yes.  But, once again,

12     that would not mitigate her extensive Glyphosate

13     and Roundup exposure.

14     Q        Does diesel exhaust contain benzene?

15     A        I believe it does, yes.

16     Q        Do you agree that growing up on a farm

17     and spending significant amounts of time outside,

18     Ms. Murdock had diesel engine exhaust exposure?

19     A        I have not assessed that in particular

20     with her.  I don't know to what extent she may

21     have had such exposure.  But what I do know

22     chapter and verse is about her Roundup and

23     Glyphosate exposure.

24     Q        Do you agree that gasoline exhaust

25     contains several carcinogens?

Ron B. Schiff, M.D., Ph.D.

```
1    A       I do.

2    Q       Benzene being one of them?

3    A       Yes.

4    Q       Do you agree that when Ms. Murdock was

5    riding her ATV -- strike that.

6            Do you agree that gasoline engine

7    exhaust presents exposures to benzo[a]pyrene and

8    other polyaromatic hydrocarbons?

9    A       That's correct.  I would also point out

10   that the benzene content of gasoline has been

11   reduced over the years due to the efforts of the

12   regulatory agencies.  But, yes, all of the ones

13   that you've mentioned are, indeed, in there.

14   Q       Do you know whether Kenzie Murdock

15   pumped gas into the ATV that she rode on the

16   farm?

17   A       I think I mentioned earlier, I do not

18   know about that.  Gas or diesel fuel.

19   Q       Do you agree that diesel exhaust

20   includes benzene and polyaromatic hydrocarbons?

21   A       I think it does, yes.

22   Q       Do you agree that IARC has classified

23   diesel emissions as a Group 1 carcinogenic to

24   humans?

25   A       Yes.
```

Ron B. Schiff, M.D., Ph.D.

```
1      Q        Would you agree that you cannot rule

2    out Ms. Murdock's exposure to gasoline exhaust as

3    a contributing factor to her lymphoma?

4      A        I can't.  But that does not mitigate

5    the effects of her Glyphosate and Roundup

6    exposure.

7      Q        Would you agree you cannot rule out

8    Ms. Murdock's exposure to diesel exhaust as a

9    contributing factor to her lymphoma?

10     A        The exact same answer.  I don't know to

11   what extent she was exposed, but I also can tell

12   you that it does not take away from her exposure

13   to Glyphosate-based herbicides.

14     Q        Did you attempt to quantify

15   Ms. Murdock's exposure to benzene?

16     A        I would have no interest in doing that.

17     Q        Why not?

18     A        Because the issue in the current

19   litigation is about Glyphosate or Roundup, which

20   we did quantitate using exposure assessment

21   methodology.  And that is the link that we're

22   looking at.  Finding of other possible causes or

23   contributing factors will never take away from

24   etiological role attributable to Glyphosate or

25   Roundup.
```

Ron D. Schiff, M.D., Ph.D.

```
1      Q        Are you aware of any data indicating

2      that benzene exposure is associated with

3      non-Hodgkin's lymphoma?

4      A        According to IARC, there is an

5      association with it that's reported in their

6      reviews of benzene.  The most recent one of which

7      was either -- I can't remember.  2018 or 2019.

8      The difference there is that in 2010, IARC said

9      benzene causes acute myeloid leukemia and myeloid

10     dysplastic syndromes.  In the more recent

11     monograph, it speaks of an association with

12     non-Hodgkin's lymphoma.  That's not the basis for

13     the Group 1 classification.  But, yes, indeed

14     IARC does acknowledge that and has for a number

15     of years.

16     Q        So even though IARC has acknowledged

17     that benzene exposure is associated with

18     non-Hodgkin's lymphoma, you didn't have any

19     interest in attempting to quantify Ms. Murdock's

20     exposure to benzene?

21     A        Absolutely not.  Because the issue of

22     interest is about her Glyphosate or Roundup

23     exposure, which is also a known etiologic agent

24     in the causation of non-Hodgkin's lymphoma.  And

25     that's what today's deposition is about.
```

1    Q        Are you able to tell the jury what the

2    relative contributions of Ms. Murdock's

3    Glyphosate exposure and her diesel exhaust or

4    gasoline exhaust exposure was in causing her

5    lymphoma?

6    A        I will tell the jury that there is no

7    reliable method to estimate such proportionality,

8    but that it doesn't really matter anyhow because

9    of her exposure to Glyphosate and Roundup, which

10   is well-documented and detailed.  And which could

11   not be mitigated by anything else proven or

12   speculative in terms of other exposures or

13   anything else that one would come up with a

14   differential etiology.

15   MR. KOOPMANN:

16            Let's go off the record.

17   THE VIDEOGRAPHER:

18            The time is 1:03.  We're off the

19   record.

20            (OFF THE RECORD AT 1:03 p.m.)

21            (ON THE RECORD AT 1:09 p.m.)

22   THE VIDEOGRAPHER:

23            The time is 1:09.  We're back on the

24   record.

25

```
 1      MR. KOOPMANN:

 2      Q       Dr. Schiff, earlier you acknowledged

 3      that the InterLymph analysis you cited in the

 4      section discussing elevated BMI of at least 25,

 5      that that analysis indicated that a BMI of at

 6      least 25 was a statistically significant risk

 7      factor for the development of NHL overall; right?

 8      A       That is correct.

 9      Q       And so I'm wondering given that that is

10      the case, how do you rule out Kenzie Murdock's

11      BMI of approximately 27 or 28 as a contributing

12      factor to her cancer?

13      A       Okay.  So I have two comments.  One is

14      related to something that we discussed previously

15      and then the other has to do with obesity.

16      First, during the last break when you were

17      checking your notes, I looked up in

18      Dr. Applebaum's chapter on the acute leukemias in

19      the Cecil Textbook where there is a statement

20      that a Notch1 mutation is seen in 35 percent of

21      cases of T-cell acute lymphoblastic leukemia.

22      It's not clear whether that's caused in part of

23      the disease process.  It's certainly not

24      pathognomonic.  It doesn't mean you have to have

25      that in order to diagnose that disorder.
```

Ron D. Schiff, M.D., Ph.D.

```
1              Ms. Murdock did have it.  And it

2    appeared that the prognostic significance was of

3    interest.  The only other mutations that were

4    cited for T-cell acute lymphoblastic leukemia are

5    those that I mentioned earlier, which have to do

6    with the T-cell receptor gene rearrangements.

7              So nothing else was cited and there is

8    nothing in the non-Hodgkin's lymphoma chapter

9    either.

10             With regard to obesity, I cannot take

11   away from the InterLymph findings about that.

12   What I will say in response to that is that IARC

13   looked in approximately 2016 at evidence of

14   excess body fatness as a risk factor for the full

15   range of cancers.  And what they found in that

16   publication was limited to -- and that's my

17   Reference 32, by the way, in my report.  Was

18   limited to diffuse large B-cell.

19             So, you know -- so I would say that

20   even though we cannot take away from the

21   potential significance of the InterLymph finding

22   and conclusion, that, you know, there is not much

23   evidence there, IARC itself did not think too

24   much about that when they published it in the New

25   England Journal a couple of years later.
```

Ron B. Schiff, M.D., Ph.D.

```
1      Q        But given the InterLymph findings, is

2      it true that you cannot rule out, to a reasonable

3      degree of scientific and medical certainty, that

4      Kenzie Murdock's elevated BMI put her at

5      increased risk of developing non-Hodgkin's

6      lymphoma?

7      A        Well, you know, I would be doubtful

8      about it within the parameters of the available

9      data that, you know, if they wanted to look at

10     body mass index between age 18 and age 30 --

11     age 18 and age 30.  She died at age 18.  Earlier

12     body mass index assessments are not part of the

13     InterLymph database.  We don't know how long she

14     was in that range.  And even if she was in that

15     range for a while -- probably wasn't very long.

16     But even so, even if you want to include that as

17     another possible risk factor, it still doesn't

18     take away from her extensive exposure to

19     Glyphosate and Roundup.

20     Q        But can you rule out her elevated BMI

21     as a risk factor for her development of NHL?

22     A        I'm not particularly suspicious that it

23     was a risk factor in her case.  But on the

24     strength of the InterLymph study, you can't rule

25     it out.  But, again, it doesn't matter.
```

Ron B. Schiff, M.D., Ph.D.

```
 1    Q         I think you indicated earlier that

 2    infectious mononucleosis is not associated with

 3    non-Hodgkin's lymphoma.  Is that correct?

 4    A         No.  That misrepresents what I said.  I

 5    listed a number of types of non-Hodgkin's

 6    lymphoma.  All rare except possibly for African

 7    Burkitt lymphoma.  But the deal there is that

 8    there is no association reported in

 9    T-lymphoblastic or in T-cell acute lymphoblastic

10    leukemia.

11              And we also noted that EBV has been

12    implicated in the development of Hodgkin's

13    disease.  But that, of course, does not apply to

14    Ms. Murdock.

15    Q         I'm sharing on my screen an article

16    titled T-cell Lymphomas Containing Epstein-Barr

17    Viral DNA in Patients with Chronic Epstein-Barr

18    Virus Infections.  The lead author is James F.

19    Jones.  Do you see that on your screen, sir?

20    A         I do.

21    Q         Do you have a recollection of -- well,

22    strike that.

23              In the abstract at the end of the

24    abstract, it indicates, "We conclude that EBV may

25    infect T-cells and contribute to lymphomas in
```

Ron B. Schiff, M.D., Ph.D.

```
 1         selective patients with severe EBV infections."

 2         Do you see that?

 3         A         Sure.

 4         Q         Do you have a recollection of reading

 5         this article in the course of forming your

 6         opinions in this case?

 7         A         It's 35 years old.  And if there were

 8         corroborating articles in the literature, I would

 9         suspect that you would show them to me.

10              In addition to that, I don't know what

11         type of T-cell lymphomas these three individuals

12         had.  If you showed me that, I would be happy to

13         comment on that.  It said the helper T-cell

14         phenotype.  Ms. Murdock did not have a helper

15         T-cell lymphoma, which would be a mature T-cell

16         lymphoma.

17         Q         Okay.  So my question was a little

18         simpler than that.  It was just, do you have a

19         recollection of reviewing this paper in the

20         course of forming your opinions in this case?

21         A         I do want to take a moment to read the

22         descriptions of the diagnoses in these cases.

23         Can you go down a little bit for Patient C?  The

24         other way.  The other way, Mr. Koopmann.

25         Q         There you go.
```

Ron D. Schiff, M.D., Ph.D.

```
1      A         Okay.  So none of these patients had

2      T-lymphoblastic lymphoma or T-cell acute

3      lymphoblastic lymphoma.  Patient A had large cell

4      pulmonary T-cell lymphoma, which certainly in

5      1988 was considered a peripheral T-cell lymphoma

6      or a mature T-cell lymphoma.

7               Patient B had lymphomatoid

8      granulomatosis, which is in actual fact probably

9      a low grade T-cell lymphoma most closely related

10     to mycosis fungoides.

11              Patient C also had a peripheral T-cell

12     lymphoma like Patient A.  That's an intermediate

13     grade lymphoma.  None of these is T-lymphoblastic

14     lymphoma.  None of these is relevant to

15     Ms. Murdock.  And in 35 years, I have not seen

16     any evidence since this paper was published that

17     EBV is a significant etiologic agent in the

18     development of any T-cell lymphomas, much less

19     hers.

20     Q         All right.  And am I correct in

21     understanding that you're not aware of any data

22     showing a statistically significant association

23     between Glyphosate or Roundup exposure and

24     T-lymphoblastic lymphoma specifically.  Is that

25     right?
```

Ron D. Schiff, M.D., Ph.D.

```
1      A        In the setting of the Glyphosate

2      epidemiology research, Mr. Koopmann, there are

3      probably not enough cases to even investigate,

4      much less draw conclusions about that

5      association.  But, again, IARC was unconcerned

6      about that.

7      Q        So let me ask you a slightly different

8      question.  Are you aware of any data showing a

9      statistically significant association between

10     T-cell lymphomas in general and Glyphosate or

11     Roundup exposure?

12     A        The vast majority of T-cell lymphomas,

13     at least in adults, are intermediate or low grade

14     T-cell lymphomas, not the high-grade type that

15     Ms. Murdock was afflicted with.  And that's

16     reflected in that New England Journal paper from

17     1988.  So, no, I don't have data on that because

18     I don't think it exists.

19     Q        Okay.  Sharing on my screen an article

20     entitled Parental Occupation and Other

21     Environmental Factors in Etiology of Leukemias

22     and non-Hodgkin's Lymphomas in Childhood:  A Case

23     Control Study.  This is from 1990.  The lead

24     author is Corrado Magnani, M-A-G-N-A-N-I.

25              In this paper, sir, the author's
```

1    note -- I'll highlight it here so you can spot

2    it -- that the present study consistently

3    indicated a lack of an association between ALL

4    and parental smoking; whereas, a statistically

5    significant association was found between NHL and

6    paternal and maternal cigarette smoking.  Do you

7    see that?

8    A        I do see it.

9    Q        Do you have any reason to doubt the

10   accuracy of that statement?

11   A        I don't.  InterLymph didn't look at

12   that specifically.  But even if one or both of

13   Ms. Murdock's parents smoked, it does not

14   mitigate or neutralize her extensive personal

15   exposure to Glyphosate and/or Roundup.

16           What we're talking with here is

17   multifactorial causation of disease.  A principle

18   that has been accepted by pathologists,

19   epidemiologists, clinicians like me for many

20   decades.  So the finding of other things that,

21   you know, could or would or should have played a

22   role in her development of lymphoma, even if not

23   brought to light in the medical records or in

24   other available documents, do not diminish the

25   known effect of extensive Glyphosate or Roundup

Ron D. Schiff, M.D., Ph.D.

```
 1     exposure on increasing the risk of developing

 2     non-Hodgkin's lymphoma.

 3     Q        Did you read this article in the course

 4     of forming your opinions in this case?

 5     A        I did not.  I do not -- I have never

 6     made a point of reading that Italian Medical

 7     Journal.  If you wanted me to look at it in more

 8     detail, I'd ask you to put up the parts of it on

 9     the screen that you were interested in and that I

10     were interested in, including the breakdown of

11     which types of non-Hodgkin's lymphoma were

12     present in the offspring of parents who smoked.

13     MR. KOOPMANN:

14             I'll mark as Exhibit 13 the Jones

15     Article I showed a few moments ago.

16             (DEPOSITION EXHIBIT NUMBER 13

17             WAS MARKED FOR IDENTIFICATION.)

18     MR. KOOPMANN:

19             And then as Exhibit 14 that Magnani

20     Article that I just went through.

21             (DEPOSITION EXHIBIT NUMBER 14

22             WAS MARKED FOR IDENTIFICATION.)

23     A        Please note that I never saw, read or

24     had an opportunity to evaluate either of those

25     articles before today's deposition.  They were
```

Ron D. Schiff, M.D., Ph.D.

```
 1     not part of my reliance materials.  They're not

 2     on my reference list.  And this is all under the

 3     heading of general causation anyhow.

 4     Q        You mentioned they're not on your

 5     reliance materials, what are you referring to

 6     when you say they're not on your reliance

 7     materials?

 8     A        The reference list appended to my

 9     report.

10     Q        Okay.  That is the list of 35 different

11     sources?

12     A        Yes, sir.

13     Q        Dr. Schiff, between what's in your

14     report and what we've discussed today, are all of

15     your opinions in this matter covered?

16     A        There are some omissions in what we

17     have discussed today that I think merit some

18     attention.  But, you know, my report is pretty

19     comprehensive.  You did discuss, especially under

20     differential etiology, some factors that were not

21     included in my report that are, in my opinion, of

22     negligible relevance in Ms. Murdock's case.

23              But I think you have asked me very

24     little about the complications of her illness and

25     its treatment, which are extremely important and
```

Ron B. Schiff, M.D., Ph.D.

```
1      define the horrendous course that she underwent

2      from the time she became ill until her death,

3      which we recorded as being, I believe, less than

4      ten months from the time of her diagnosis.  Those

5      complications are listed in the series of

6      paragraph in my conclusion section.  And which I

7      would expect to be able to discuss before a jury.

8      Longer discussions are throughout the Medical

9      Facts Section of my report.  And there is a whole

10     section under Opinions Section Number 4 devoted

11     to complications.  Those are an essential part of

12     Ms. Murdock's narrative.

13     Q        All right.  And those are in your

14     report; right, sir?

15     A        Correct.

16     Q        So between what we've discussed today

17     and what's in your report, does that cover all of

18     your opinions in the matter?

19     A        I believe so.  Unless there is

20     something further that you want to call my

21     attention to.

22     Q        All right.  Those are all the questions

23     I have for you, sir.  Thank you.

24     A        Thank you, Mr. Koopmann.

25                      EXAMINATION
```

Ron B. Schiff, M.D., Ph.D.

```
 1     BY MR. PRATHER:

 2     Q       Dr. Schiff, I have just a couple of

 3     questions.

 4     MR. PRATHER:

 5             But, Barry, before I do that, could you

 6     put the Magnani Article back up on the screen for

 7     a moment just so I can fully identify it?

 8     MR. KOOPMANN:

 9             Sure.  One minute.

10     MR. PRATHER:

11             All right.  Thank you.  That's all I

12     need.

13     Q       Dr. Schiff, you were asked about the

14     records that you were sent by my office.  Did my

15     office send you all of the records that you

16     requested that we send you?

17     A       Yes.  There were not any omissions that

18     I felt were left over after I received the

19     records from your office.

20     Q       And were those records that you had

21     available for your review in your opinion

22     sufficient for you to form the opinions you've

23     testified to to a degree of reasonable medical

24     probability?

25     A       Absolutely.  Where there were things
```

Ron D. Schiff, M.D., Ph.D.

```
1     that were missing from the available records, I

2     did document those specifically in my report.

3     But there was nothing that was missing that would

4     have affected my opinions.  And there was not

5     much that was missing.

6     Q        Has all of testimony that you've

7     been -- that you have given today been stated in

8     terms of reasonable medical probability?

9     A        All of it.

10    Q        Has all of your testimony today been

11    based upon your education, training, and

12    experience as a physician and an oncologist?

13    A        Yes.

14    Q        As --

15    A        And --

16    Q        I'm sorry.  Go ahead.

17    A        And hematologist.

18    Q        As well as your background as a Ph.D.

19    in cell biology?

20    A        Molecular and cellular biology, yes.

21    MR. PRATHER:

22             I will reserve the remainder of my

23    questions for trial.

24    MR. KOOPMANN:

25             Just for the record, a housekeeping
```

Ron D. Schiff, M.D., Ph.D.

```
1    matter.  By my notes, I think Dr. Schiff will be

2    sending to you, Mr. Prather, Exhibit 6, which is

3    the Murdock Chemicals List.

4    A         That should happen before the end of

5    the afternoon today.

6    MR. KOOPMANN:

7              And then I think I might have actually

8    referred to that twice as Exhibit 11.

9              And then the Sawyer preliminary report

10   we marked as Exhibit 9, I understand you have an

11   objection to that, but I'd ask that you take a

12   look at the preliminary report and consider

13   whether you're going to stand by that objection

14   or produce the report to us.  Based on the

15   testimony today --

16   MR. PRATHER:

17             Barry, I'm sorry to -- didn't mean to

18   interrupt you.  I'm familiar with the report and

19   I do stand by the objection.  There is nothing

20   further that I need to look at.  I've reviewed

21   the rule and the report, and I believe my

22   objection is well taken.

23   MR. KOOPMANN:

24             Okay.  And Exhibit 10 is the medical

25   records stack that Dr. Schiff reviewed in the
```

Ron D. Schiff, M.D., Ph.D.

```
 1      course of forming his opinions.

 2              And then the Exhibit 12 was the safety

 3      data sheets.  And I think that covers that.

 4                      EXAMINATION.

 5      BY MR. KOOPMANN:

 6      Q       One last thing here.  All right.

 7              Dr. Schiff, I'm showing you Page 80 of

 8      your report.  In this exposure section you

 9      indicate that information about the frequency,

10      duration, and circumstances of Ms. Murdock's

11      Roundup exposure and her non-use of personal

12      protective equipment while exposed to Roundup is

13      derived from the First Amended Complaint,

14      Plaintiff's Fact Sheet, Dr. Sawyer's Toxicology

15      Report, and then the other materials mentioned

16      there; right?

17      A       Yeah.  I'm trying to clean up my work

18      area a little bit so I can keep track of these

19      documents.

20              But, yes, that is my list of

21      information that I relied on in composing my

22      exposure section.

23      Q       Okay.  And that -- when it says

24      Dr. Sawyer's toxicology report, that's the

25      preliminary toxicology report you referenced
```

Ron D. Schiff, M.D., Ph.D.

```
1    earlier; correct?

2    A        That's the only one that I had before I

3    had completed my report and it's the only one

4    that I had before this week.

5    Q        Okay.  Those are all the questions I

6    have.  Thank you.

7    A        Thank you.

8                      EXAMINATION

9    BY MR. PRATHER:

10   Q        Just one follow up, Dr. Schiff.

11            Is it true that you independently

12   corroborated through your direct interview with

13   Kyle Murdock any information you would have

14   relied on about exposure, extent of frequency

15   from Dr. Sawyer's report?

16   A        Yes.  Everything that I knew about

17   Ms. Murdock's Glyphosate and Roundup exposure was

18   specifically corroborated in that telephone

19   interview.

20   Q        And to the extent that you would rely

21   on or consider for trial any portion of the

22   opinions of Dr. Sawyer, would you rely on the

23   preliminary report or his final report that was

24   produced at his deposition?

25   A        Yeah.  I can't really answer that
```

Ron B. Schiff, M.D., Ph.D.

1    question.  I mean, you know, it -- it is fairly

2    clear from my handwritten billing records that I

3    spent three and a half hours on the revised

4    report.  That was three and a half hours that I

5    didn't have.  I don't think anybody could --

6    could claim that three and a half hours was

7    sufficient for a comprehensive review of the

8    309-page document.

9            So I cannot really tell you exactly

10   what I would rely on in that report.  There are

11   things that I remember about that.  I think that,

12   you know, if this case does come to trial, I may

13   need to spend more time on Dr. Sawyer's revised

14   report.  But by the same token, I am not a

15   toxicology expert in this litigation.  And I

16   would defer to him any kind of detailed or

17   technical questions concerning the toxicological

18   aspects for exposure.  I'm satisfied what I wrote

19   in that section.  I did not see anything that

20   seemed to deviate very much.  Although he did

21   have those exposure metrics towards the end of

22   his report, to which, I referred earlier in my

23   deposition testimony.

24           I do not recall off the top of my head

25   whether he addressed those same metrics in the

Ron D. Schiff, M.D., Ph.D.

1    earlier report.  The one about -- the one that I

2    called cumulative Glyphosate exposure, I'm

3    99 percent certain that that was not in his

4    preliminary report.  But as I indicated during my

5    deposition testimony, that was not one that I

6    would use to determine how Ms. Murdock's exposure

7    compared with the threshold exposure levels

8    associated in the published literature with an

9    increased risk of developing NHL.

10   Q        Thank you, Dr. Schiff.  That's all.

11                    EXAMINATION

12   BY MR. KOOPMANN:

13   Q        Dr. Schiff, just a couple of

14   follow-ups.  The preliminary Sawyer report that

15   you have there, how many pages is that?

16   A        259 as I recall.

17   Q        And is it dated on the first page?

18   A        I don't see it right now.  I'm going to

19   have to look for it.  It might be back on the

20   table.  I hope it's back on the table.  And,

21   nope, I have it.  It's dated June 3, 2022.

22   Q        On the first page?

23   A        Cover letter.

24   Q        Okay.  Does the report itself --

25   A        This is Page 1.  It is considered

1     Page 1 in his numbering system.

2     Q      Okay.

3     A      And, again, we're talking about the

4     preliminary report; correct?

5     Q      Yeah.

6     A      Okay.  It's dated June 3.  I'm happy to

7     hold that page up to the camera if you want.

8     Q      No, that's okay.

9            Does it say on the first page of the

10    report that it's preliminary?

11    A        It says draft.  It used the word --

12    tell you what.  I'm going to hold this up and

13    you'll see exactly what I'm talking about.

14    MR. PRATHER:

15            Dr. Schiff, don't do that.  Just leave

16    it down.  I don't think there is anything

17    objectionable.

18    A      It's dated June 3, 2022.  And it's

19    marked draft.

20    Q      Okay.  All right.  Those are all the

21    questions I have for you, sir.  Thank you.

22    A      Thank you.

23    MR. PRATHER:

24            Nothing else.

25

Ron D. Schiff, M.D., Ph.D.

```
 1    THE VIDEOGRAPHER:

 2         The time is 1:36.  We are off the

 3    record.

 4    MR. KOOPMANN:

 5         I would like the transcript by March

 6    9th, please.

 7    MR. PRATHER:

 8         Madam Reporter, we will need a physical

 9    address for Mr. Schiff to mail those records to

10    for you to scan.  And I will take a copy of the

11    transcript at the same time as Mr. Koopmann in

12    PDF format.

13    (Whereupon, the deposition concluded at 1:36

14    p.m., EST.)

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                C E R T I F I C A T E

 2

 3            I do hereby certify that the above and

 4     foregoing transcript of proceedings in the matter

 5     aforementioned was taken down by me in machine

 6     shorthand, and the questions and answers thereto

 7     were reduced to writing under my personal

 8     supervision, and that the foregoing represents a

 9     true and correct transcript of the proceedings

10     given by said witness upon said hearing.

11            I further certify that I am neither of

12     counsel nor of kin to the parties to the action,

13     nor am I in anywise interested in the result of

14     said cause.

15

16

17

18                  JILLIAN DOCTOR, RPR,

19                  CERTIFIED REALTIME REPORTER

20

21

22

23

24

25
```