UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Richard Deneve v. Monsanto Co.*, No. 3:19-cv-07341 | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Plaintiff Richard Deneve - without opposition from Defendant Monsanto Company - respectfully requests the Court move his case from Wave VI to Wave VII:

1. Richard Deneve's case is currently part of Wave VI

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition, as well as that of his wife's, and treating physician, have been taken. Written discovery has been produced and an inspection of Plaintiff's property has been timely completed.

3. However, there are aspects of discovery still to be conducted. Additionally, the deadlines posed by Wave VII presents challenges to Plaintiff to present required expert reports.

4. Plaintiff believes the best; most prudent course of action would be to move this case to a later Wave.

5. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VII.

1

2

Therefore, Plaintiff Richard Deneve, with the consent of Defendant Monsanto Company, respectfully request the Court move his case from Wave VI to Wave VII.

Dated: July 25, 2023

        *Respectfully submitted,*

        CHARLES E. BOYK LAW OFFICES, LLC

By: /s/ *Wesley D. Merillat*
    Wesley D. Merillat (*pro hac vice*)
    Ohio Bar. No. 0080253
    CHARLES E. BOYK LAW OFFICES, LLC
    1500 Timberwolf Dr.
    Holland, Ohio 43528
    Tel: 419.241.1395
    wmerillat@charlesboyk-law.com

    ***Attorney for Plaintiff Richard Deneve***

## **CERTIFICATION**

I certify that on July 25, 2023, the foregoing was filed with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

                                      Respectfully submitted,

                                      By:  /s/  *Wesley D. Merillat*
                                                 Wesley D. Merillat