# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: <br><br> *Richard Deneve v. Monsanto Co.*, <br> Case No: 3:19-cv-07341 | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |

Plaintiff's motion to move their case from Wave VI to Wave VII is GRANTED.

**IT IS SO ORDERED.**

Dated: August ___, 2023

                                                                        _____
                                                                        JUDGE VINCE CHHABRIA