JAMES GRIFFIN O'BRIEN (Cal. 308239)
Bey & Associates, LLC
191 Peachtree Street | Suite 3200
Atlanta, Georgia 30303
Direct: 513.506.1515
Main:   404.344.4448
Email: jim@beyandassociates.com

*Counsel for Plaintiffs*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.     2741<br>MDL Case  16-MD-2741-VC<br>Judge:         Hon. Vince Chhabria |
| This document relates to:<br><br>*David Booth v. Monsanto Company*, No. 3:20-cv-4654-VC<br><br>*Estate of James Coressel v. Monsanto Company*, No. 3:20-cv-3720-VC<br><br>*Catherine Cryan v. Monsanto Company*, No. 3:17-cv-5084-VC<br><br>*Estate of Floyd Dominique v. Monsanto Company*, No. 3:21-cv-2705-VC<br><br>*Catherine Perry v. Monsanto Company*, No. 3:21-cv-5621-VC<br><br>*Jason Rhuland v. Monsanto Company*, No. 3:19-cv-5598-VC<br><br>*Dean Rowland v. Monsanto Company*, No. 3:19-cv-5310-VC<br><br>*Estate of William Setzer v. Monsanto Company*, No. 3:17-cv-3448-VC<br><br>*Robert Wistinghausen v. Monsanto Company,* No. 3:20-cv-27-VC | **UNOPPOSED MOTION<br>TO MOVE CASES TO WAVE 7** |

## **U**NOPPOSED **M**OTION TO **M**OVE **C**ASES TO **W**AVE 7

The nine above-captioned Plaintiffs—without opposition from Defendant Monsanto Company—respectfully request the Court move their cases to remand Wave 7.

1. The Parties have worked diligently to complete discovery and prepare the cases for remand, but some issues remain:
   a. Every plaintiff or surviving spouse has been deposed.
   b. All relevant treating physicians have been deposed.
   c. Thousands of pages of records have been collected, but some records requests remain outstanding.
   d. Monsanto has conducted site visits at seven plaintiffs' properties but still would like to conduct one more.
   e. Plaintiffs supplemented their discovery responses pursuant to the Court's Order. (MDL Doc. 15800.)
2. The Court has already established the Wave 7 schedule. (MDL Doc. 15506.)
3. Allowing these cases to join the Wave 7 schedule will promote the interests of justice and allow the Parties to complete discovery and expert workup without causing undue delay.
4. Plaintiffs' counsel met and conferred with counsel for Monsanto and Monsanto does not oppose the request.

THEREFORE, the nine above-captioned Plaintiffs respectfully request the Court move their cases to Wave 7.

BEY & ASSOCIATES, LLC
191 Peachtree Street | Suite 3200
Atlanta, Georgia 30303
404.344.4448

| | | |
|---|---|---|
| 1 | July 25, 2023 | BEY & ASSOCIATES, LLC |
| 2 | | */s/ James Griffin O'Brien* |
| | | James Griffin O'Brien (Cal. 308239) |
| 3 | | BEY & ASSOCIATES, LLC |
| | | 191 Peachtree Street | Suite 3200 |
| 4 | | Atlanta, Georgia 30303 |
| | | Direct:  513.506.1515 |
| 5 | | Main:   404.344.4448 |
| | | Email:  jim@beyandassociates.com |
| 6 | | |
| | | *Counsel for Plaintiffs* |

BEY & ASSOCIATES, LLC
191 Peachtree Street | Suite 3200
Atlanta, Georgia 30303
404.344.4448

- 3 -

## CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing upon:

> Joe G. Hollingsworth
> HOLLINGSWORTH LLP
> 1350 I Street, N.W.
> Washington, DC 20005
> (202) 898-5800
> Fax: (202) 682-1639
> Email: jhollingsworth@hollingsworthllp.com
>
> *Counsel for Monsanto Company*

by filing a copy on the Court's electronic filing system.

July 25, 2023           */s/ James G. O'Brien*
                        James G. O'Brien (Cal. 308239)

BEY & ASSOCIATES, LLC
191 Peachtree Street | Suite 3200
Atlanta, Georgia 30303
404.344.4448