**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Lakshmi Achari
lachari@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508

*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Livier Chavez, et al. v. Monsanto Co.*<br>Cause No. 3:20-CV-06775-VC<br>(N.D. Cal) | **REPLY ISO MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET** |

<u>**MONSANTO COMPANY'S REPLY ISO MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET**</u>

Defendant ("Monsanto") files this Reply in Support of Its Motion to Dismiss with Prejudice for Failure to Submit a Plaintiff Fact Sheet. On July 7, 2023, Monsanto filed a motion to dismiss for failure to submit a Plaintiff Fact Sheet pursuant to Pretrial Order 50. Plaintiff's deadline to file a response was July 21, 2023. As of July 26, 2023, plaintiff has still not filed a response to Monsanto's motion to dismiss, rendering it unopposed. (Exhibit A).

Thus, Monsanto's Motion to Dismiss is ripe for ruling by the Court and Monsanto respectfully requests that this lawsuit be dismissed with prejudice.

**Conclusion**

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the case for the above Plaintiff with prejudice for failure to submit a Plaintiff Fact Sheet.

DATED: July 26, 2023                                     Respectfully submitted,

*/s/ Anthony R. Martinez*
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:  (816) 474-6550
Facsimile: (816) 421-5547

*/s/ Lakshmi Achari*
Lakshmi Achari (SBN: 24126364)
lachari@shb.com
600 Travis, Suite 3400
Houston, Texas 77002-2926
Telephone:  (713) 227-8008
Facsimile:  (713) 227-9508

**SHOOK, HARDY & BACON L.L.P.**

*Attorneys for Defendant Monsanto Company*

---

2
DEFENDANT'S REPLY ISO MOTION TO DISMISS FOR FAILURE TO SUBMIT PFS
3:16-md-02741-VC & 3:20-CV-06775

**CERTIFICATE OF SERVICE**

I, Lakshmi Achari, hereby certify that on July 26, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Lakshmi Achari*
Lakshmi Achari
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*