# EXHIBIT A

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:20-cv-06775-VC

Livier Chavez et al v. Monsanto Company et al  
Assigned to: Judge Vince Chhabria  
Demand: $75,000  
Lead case: [3:16-md-02741-VC](#)  
Member case: [(View Member Case)](#)  
Case in other court:  California Central, 2:20-cv-08381  
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 09/29/2020  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Livier Chavez**  
*an individual*

represented by **Christopher Terrence Aumais**  
Good Gustafson Aumais LLP  
2330 Westwood Blvd.  
Suite 103  
Los Angeles, CA 90064  
310-274-4663  
Email: cta@ggallp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Hovig John Abassian**  
First Legal Solution APC  
16255 Ventura Boulevard Suite 1205  
Encino, CA 91436  
818-650-6363  
Fax: 818-647-6402  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Thomas V Girardi**  
Girardi Keese  
1126 Wilshire Boulevard  
Los Angeles, CA 90017  
213-977-0211  
Email: tgirardi@girardikeese.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Jose Brown**  
*an individual*

represented by **Christopher Terrence Aumais**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Hovig John Abassian**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

                                                **Thomas V Girardi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**                                     represented by   **Anthony R. Martinez**
*a Delaware corporation*                                                 Shook, Hardy and Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550
Email: amartinez@shb.com
*ATTORNEY TO BE NOTICED*

                                                **John Lawrence Ackley**
Nelson Mullins Riley & Scarborough LLP
5830 Granite Parkway
Ste 100
Plano, TX 75024
469-484-6274
Fax: 469-828-7217
Email: john.ackley@nelsonmullins.com
*ATTORNEY TO BE NOTICED*

                                                **Lakshmi Achari**
Shook, Hardy & Bacon L. L. P.
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008
Email: lachari@shb.com
*ATTORNEY TO BE NOTICED*

                                                **Eskandar Alex Beroukhim**
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000
Fax: (213) 243-4199
Email: Alex.Beroukhim@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**1-50 Does**
*1 through 1000, inclusive*

**Trustee**

**Elissa D. Miller**                                                        represented by   **Kyra Elizabeth Andrassy**
Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
(714) 445-1000

Fax: 714-445-1002
Email: kandrassy@swelawfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2020 | 1 | NOTICE OF REMOVAL from Superior Court for the County of Los Angeles, case number 20STCV25233 Receipt No: ACACDC-28066678 - Fee: $400, filed by defendant Monsanto Company. (Attachments: # 1 Exhibit 1 (Complaint), # 2 Exhibit 2 (State Court Civil Cover Sheet), # 3 Exhibit 3 (Summons), # 4 Exhibit 4 (Case Assignment Notice), # 5 Exhibit 5 Proof of Service of Complaint), # 6 Exhibit 6 (Answer), # 7 Proof of Service of Notice of Removal) (Attorney Eskandar Alex Beroukhim added to party Monsanto Company(pty:dft))(Beroukhim, Eskandar) (Entered: 09/14/2020) |
| 09/14/2020 | 2 | CIVIL COVER SHEET filed by Defendant Monsanto Company. (Beroukhim, Eskandar) (Entered: 09/14/2020) |
| 09/14/2020 | 3 | Certification and Notice of Interested Parties filed by defendant Monsanto Company, identifying Bayer AG as parent of Monsanto Company. (Beroukhim, Eskandar) (Entered: 09/14/2020) |
| 09/14/2020 | 4 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Monsanto Company identifying Bayer AG as Corporate Parent. (Beroukhim, Eskandar) (Entered: 09/14/2020) |
| 09/14/2020 |  | CONFORMED COPY OF COMPLAINT filed by Plaintiffs Livier Chavez and Juan Jose Brown in Los Angeles Superior Court on 7/2/2020, attached as Exhibit 1. (jtil) (Entered: 09/16/2020) |
| 09/14/2020 |  | NON CONFORMED COPY OF ANSWER to Complaint filed by Defendant Monsanto Company, attached as Exhibit 6.(jtil) (Entered: 09/16/2020) |
| 09/16/2020 | 5 | NOTICE OF ASSIGNMENT to District Judge R. Gary Klausner and Magistrate Judge Patricia Donahue. (jtil) (Entered: 09/16/2020) |
| 09/16/2020 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (jtil) (Entered: 09/16/2020) |
| 09/17/2020 | 7 | STANDING ORDER by Judge R. Gary Klausner. (jre) (Entered: 09/17/2020) |
| 09/17/2020 | 8 | ORDER SETTING INITIAL SCHEDULING CONFERENCE by Judge R. Gary Klausner. Scheduling Conference set for 2/1/2021 at 09:00 AM. See order for further details. (jre) (Entered: 09/17/2020) |
| 09/28/2020 | 9 | CONDITIONAL TRANSFER ORDER - (CTO-235) from the United States Judicial Panel on Multidistrict Litigation, MDL 2741, transferring case to USDC, Northern District of California for coordinated or consolidated pretrial proceedings, and with the consent of that court, assigned to Honorable Vince Chhabria. Case transferred electronically. (MD JS-6. Case Terminated.) (jp) (Entered: 09/29/2020) |
| 09/29/2020 | 10 | Case transferred in from District of California Central; Case Number 2:20-cv-08381. Original file certified copy of transfer order and docket sheet received. (Entered: 09/29/2020) |
| 09/29/2020 |  | MEMBER CASE OPENED MDL 2741: CENTRAL DISTRICT OF CALIFORNIA, 2:20cv08381RGKPD, Livier Chavez et al v. Monsanto Company et al, Opened in California Northern District as 3:20-cv-6775-VC pursuant to Conditional Transfer Order 235 cc: JPMDL (arkS, COURT STAFF) (Filed on 9/29/2020) (Entered: 09/29/2020) |

| | | |
|---|---|---|
| 08/06/2021 | 11 | MOTION to Dismiss *with Prejudice for Failure to Submit Plaintiff Fact Sheet* filed by Monsanto Company. Responses due by 8/20/2021. Replies due by 8/27/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/6/2021) (Entered: 08/06/2021) |
| 08/12/2021 | 12 | Amended MOTION to Dismiss *with Prejudice for Failure to Submit Plaintiff Fact Sheet* filed by Monsanto Company. Responses due by 8/26/2021. Replies due by 9/2/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/12/2021) (Entered: 08/12/2021) |
| 08/18/2021 | 13 | Second MOTION to Dismiss *with Prejudice for Failure to Submit a Plaintiff Fact Sheet* filed by Monsanto Company. Responses due by 9/1/2021. Replies due by 9/8/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ackley, John) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 09/10/2021 | 14 | STATUS REPORT *on Second Amended Motion to Dismiss for Failure to Submit Plaintiff Fact Sheet* by Monsanto Company. (Ackley, John) (Filed on 9/10/2021) (Entered: 09/10/2021) |
| 09/10/2021 | 15 | STATUS REPORT *on Second Amended Motion to Dismiss for Failure to Submit Plaintiff Fact Sheet (Updated)* by Monsanto Company. (Ackley, John) (Filed on 9/10/2021) (Entered: 09/10/2021) |
| 09/15/2021 | 16 | STATUS REPORT *for Motion to Dismiss for Failure to Submit a PFS (Second Updated)* by Monsanto Company. (Ackley, John) (Filed on 9/15/2021) (Entered: 09/15/2021) |
| 09/27/2021 | 17 | **PRETRIAL ORDER NO. 253: Denying Motion to Dismiss for Failure to Submit Plaintiff Fact Sheets. Signed by Judge Vince Chhabria on 9/27/2021. (vclc3S, COURT STAFF) (Filed on 9/27/2021) (Entered: 09/27/2021)** |
| 09/28/2021 | 18 | NOTICE by Elissa D. Miller *Chapter 7 Trustee of Girardi Keese (Bankruptcy Case)- Notice of Lien for Attorneys' Fees and Costs with Proof of Service* (Attachments: # 1 Certificate/Proof of Service)(Andrassy, Kyra) (Filed on 9/28/2021) (Entered: 09/28/2021) |
| 07/03/2023 | 19 | NOTICE of Appearance by Lakshmi Achari (Achari, Lakshmi) (Filed on 7/3/2023) (Entered: 07/03/2023) |
| 07/03/2023 | 20 | NOTICE of Appearance by Anthony R. Martinez (Martinez, Anthony) (Filed on 7/3/2023) (Entered: 07/03/2023) |
| 07/07/2023 | 21 | MOTION to Dismiss *with prejudice for failure to submit a Plaintiff Fact Sheet* filed by Monsanto Company. Responses due by 7/21/2023. Replies due by 7/28/2023. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Achari, Lakshmi) (Filed on 7/7/2023) (Entered: 07/07/2023) |
| 07/10/2023 | 22 | Proposed Order re 21 MOTION to Dismiss *with prejudice for failure to submit a Plaintiff Fact Sheet* by Monsanto Company. (Achari, Lakshmi) (Filed on 7/10/2023) (Entered: 07/10/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/26/2023 10:16:38 | | | |
| **PACER Login:** | rkillian | **Client Code:** | 99999.00005 |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-06775-VC |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |