UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>Plaintiff:<br>DOUGLAS LOCSIN,<br>_____<br><br>This document relates to:<br><br>*Douglas Locsin v. Monstanto Co.,*<br>Case No. 3:23-cv-02571-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>Judge Vince Chhabria<br><br>**NOTICE OF APPEARANCE** |

     Please take notice that the undersigned appears herein as counsel for the plaintiff and demands that all papers served herein be served upon him.

Dated: New York, New York
       July 26, 2023

                                         Yours, etc.,

                                By: _____
                                     Harris Marks
                                     BELLUCK & FOX LLP
                                     Attorneys for Plaintiff
                                     546 Fifth Avenue, 5th Floor
                                     New York, New York 10036
                                     (212) 681-1575
                                     *Admitted in New York*