UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Marc Williams v. Monsanto Co.*, Case No.: 3:21-cv-02912-VC | |

**Unopposed Motion to Move Case to Wave VII**

Plaintiff Marc Williams – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave V to Wave VII-D:

1. Mr. Williams' case is part of Wave V.

2. On October 6, 2022, Roberta L. Burns, lead attorney for plaintiff passed away.

3. Plaintiff's counsel requires additional time to meet upcoming deadlines.

4. Counsel for Williams met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Marc Williams, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave V to Wave VII-D.

Dated: July 28, 2023

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
A PROFESSIONAL LAW CORPORATION

BY:   /s/ Beau F. Camel
SIDNEY D. TORRES, III (No. 12869)
BEAU F. CAMEL (No. 30231)
VALERIE L. RODRIGUE (No. 37523)
8301 West Judge Perez Drive, Suite 303
Chalmette, Louisiana  70043
Telephone:	(504) 271-8422
Facsimile:	(504) 271-1961
E-mail:	storres@torres-law.com
	rburns@torres-law.com
	bcamel@torres-law.com
	vrodrigue@torres-law.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on  the 28 day of July, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Beau F. Camel
BEAU F. CAMEL