UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | |
| | **ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |
| This document relates to: | |
| *Marc Williams v. Monsanto Co.*, Case No.: 3:21-cv-02912-VC | |

Plaintiff's unopposed motion to move the case from Wave V to Wave VII-D is granted.

**IT IS SO ORDERED.**

Dated:

_____

JUDGE VINCE CHHABRIA