**MORGAN & MORGAN**
Frank M. Petosa
(fpetosa@forthepeople.com)
600 North Pine Island Road
Ste. 400
Plantation, FL 33324
T: 954-318-0268
F: 954-327-3018

*Attorney for Plaintiffs*

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>All 183 cases/183 plaintiffs listed on Exhibit A to this Stipulation of Dismissal With Prejudice | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of all 183 cases/183 plaintiffs listed on Exhibit A to this Stipulation of Dismissal With Prejudice (including all claims asserted by Plaintiffs), with each party to bear their own attorneys' fees and costs.

Counsel for Plaintiffs have read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiffs hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed

pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for Plaintiffs further certify that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion.

DATED:  July 28, 2023                              Respectfully submitted,

*/s/Frank M. Petosa*
Frank M. Petosa
(fpetosa@forthepeople.com)
MORGAN & MORGAN
600 North Pine Island Road
Ste. 400
Plantation, FL 33324
T: 954-318-0268
F: 954-327-3018

*Attorney for Plaintiffs*

*/s/ Anthony R. Martinez*
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*