# EXHIBIT A

Morgan and Morgan - Single Plaintiff

| Case # | Pltf Last Name | Pltf First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 1 | Aabbott | Douglas | Aabbott, Douglas | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06267 |
| 2 | Adlman | Susan | Adlman, Susan | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06734 |
| 3 | Angeleri | Joseph | Angeleri, Joseph Martin | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-07393 |
| 4 | Anstett | Terry | Anstett, Terry | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06949 |
| 5 | Bailey | Timothy Edward | Bailey, Timothy Edward | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06266 |
| 6 | Baird | Nikki Diane | Baird, Nikki Diane | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06032 |
| 7 | Barry | Kaye Ann | Barry, Kaye Ann | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-01230 |
| 8 | Bartley | Donald | Bartley, Donald Jerry | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07107 |
| 9 | Bassett | Douglas Lee | Bassett, Douglas Lee | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-02632 |
| 10 | Batson | Richard | Batson, Richard | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07102 |
| 11 | Beck | John | Beck, John | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06960 |
| 12 | Bederow | David | Bederow, Marilyn | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-02973 |
| 13 | Bender | Jeffrey Andrew | Bender, Jeffrey Andrew | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-01916 |
| 14 | Bickertion | Lesley | Bickerton, Lesley | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06033 |
| 15 | Birch | Robert | Birch, Robert | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06294 |
| 16 | Blakeman | Mark | Blakeman, Mark K. | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06748 |
| 17 | Blevins | Donald | Blevins, Donald | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06746 |
| 18 | Bostick | George | Bostick, George | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-05879 |
| 19 | Boudreaux | Jonathan | Boudreaux, Jonathan | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06796 |
| 20 | Broadway | Ronald | Broadway, Ronald | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-02636 |
| 21 | Brown | Edward | Brown, Edward | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06963 |
| 22 | Brown | Johnny Ray | Brown, Johnny Ray | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03681 |
| 23 | Bryant | Robert Steven | Bryant, Robert Steven | Morgan & Morgan - Columbus, GA | CA - N.D. | 3:20-cv-02292 |
| 24 | Burnett | Josephine | Osborne, Debra | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03830 |

Morgan and Morgan - Single Plaintiff

| Case # | Pltf Last Name | Pltf First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 25 | Burton | David Henry | Burton, Jennie | Morgan & Morgan | CA - N.D. | 3:20-cv-05529 |
| 26 | Bussmann | Robert Lindsay | Bussmann, Robert Lindsay | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-00850 |
| 27 | Cajina | Simeon | Cajina, Simeon | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06828 |
| 28 | Caldwell | Robert Eugene | Caldwell, Robert Eugene | Morgan & Morgan - Columbus, GA | CA - N.D. | 3:20-cv-03436 |
| 29 | Callahan, Sr. | Harry | Callahan, Sr., Harry | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06795 |
| 30 | Calis | Samuel | Callis, Samuel | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07101 |
| 31 | Campbell | Richard Estil | Campbell, Richard Estil | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-01064 |
| 32 | Carella | Anthony | Carella, Anthony | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06288 |
| 33 | Cargle | Jeff | Cargle, Jeff | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:19-cv-07096 |
| 34 | Carter | Charles | Carter, Charles | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06947 |
| 35 | Castro | Mauricio | Castro, Mauricio | Morgan & Morgan, PA - Tampa | CA - N.D. | 3:19-cv-06034 |
| 36 | Catalano | Michael | Catalano, Michael | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07614 |
| 37 | Catanzarite | Sharon Ann | Catanzarite, Sharon Ann | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-00849 |
| 38 | Cato | Susanne | Cato, Susanne | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06269 |
| 39 | Chipperfield | Alan | Chipperfield, Alan | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06430 |
| 40 | Cichowicz | Thomas | Cichowicz, Valerie | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03437 |
| 41 | Clock | Alan | Clock, Alan | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:19-cv-07094 |
| 42 | Coleman | Amanda | Coleman, Amanda T. | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-00022 |
| 43 | Colvin | Gary D. | Colvin, Gary D. | Morgan & Morgan // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07104 |
| 44 | Cooksey | Kevin | Cooksey, Kevin | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07135 |
| 45 | Corban | Debra Kay | Corban, Debra Kay | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03823 |

Morgan and Morgan - Single Plaintiff

| Case # | Pltf Last Name | Pltf First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 46 | Cosgrove, III | Charles | Cosgrove, Maryellen | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:20-cv-02631 |
| 47 | Cox | Charles Jeffrey | Cox, Charles Jeffrey | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-05656 |
| 48 | Croft-Bailey | Patricia Ann | Croft-Bailey, Patricia Ann | Morgan & Morgan - Columbus, GA | CA - N.D. | 3:20-cv-03438 |
| 49 | Crouch | Leonard | Crouch, Leonard | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06944 |
| 50 | Dades, Jr. | Edward | Dades, Jr, George Edward | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06289 |
| 51 | Dixon | Alan | Dixon, Alan | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06279 |
| 52 | Dolenc | Anton | Dolenc, Cheryl L. | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03361 |
| 53 | Dougherty | John J. | Dougherty, John J. | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06952 |
| 54 | Drover | Douglas | Drover, Douglas | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06951 |
| 55 | Dunlap | Gary | Dunlap, Gary | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06716 |
| 56 | Dunlap | Joel Michael | Dunlap, Joel Michael | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06280 |
| 57 | Dwyer | Curtis | Dwyer, Curtis | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06954 |
| 58 | Economy | Alice Bolles | Economy, Alice Bolles | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:20-cv-02400 |
| 59 | Edelstein | George | Edelstein, George | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:19-cv-07137 |
| 60 | Estrella | Romualdo | Estrella, Romualdo | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06039 |
| 61 | Farber | Daniel | Farber, Daniel | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06719 |
| 62 | Farrell | Jeffrey Michael | Farrell, Jeffrey Michael | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03721 |
| 63 | Ferguson | Howard | Ferguson, Howard | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06945 |
| 64 | Fields | Rodney | Fields, Rodney | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06803 |
| 65 | Fiumara | Rosario Reno | Fiumara, Rosario Reno | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06283 |
| 66 | Flannery | Donald | Flannery, Donald | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06261 |
| 67 | Floyd | Betsy | Floyd, Betsy | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06976 |
| 68 | Foote | Jeffrey | Foote, Jeffrey | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03600 |
| 69 | Forward | Roy | Forward, Roy | Morgan & Morgan - Columbus, GA | CA - N.D. | 3:19-cv-07097 |
| 70 | Friesen | Paula | Friesen, Paula | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06811 |
| 71 | Galison | Robin | Galison, Robin | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06441 |
| 72 | Gallegos | Santiago | Gallegos, Santiago | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06813 |
| 73 | Gardner | Bryon | Gardner, Bryon | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06287 |

Morgan and Morgan - Single Plaintiff

| Case # | Pltf Last Name | Pltf First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 74 | Getz | Donald | Getz, Donald | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-05653 |
| 75 | Gibbens | Clement | Gibbens, Clement | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06962 |
| 76 | Gilroy | Gerard Daniel | Gilroy, Gerard Daniel | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03441 |
| 77 | Gleeson | Margaret Ann | Gleeson, John Charles | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-05962 |
| 78 | Guevara | Luz A. | Guevara, Luz A. | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-00020 |
| 79 | Hacker | Brenda | Hacker, Brenda | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06432 |
| 80 | Hardison | Maxie | Hardison, Maxie | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06805 |
| 81 | Harris | James Charles | Harris, James Charles | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-00847 |
| 82 | Herbster | Nancy | Herbster, Nancy | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07233 |
| 83 | Hernandez | Milton | Hernandez, Milton | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-05654 |
| 84 | Herzek | Michael | Herzek, Michael | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06804 |
| 85 | Hoff | Barbara | Hoff, Barbara | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06036 |
| 86 | Holden | Nellie | Holden, Nellie | Morgan & Morgan - Columbus, GA | CA - N.D. | 3:19-cv-07141 |
| 87 | Insalaco | Nancy | Insalaco, Nancy | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06961 |
| 88 | Jackson | Micheal | Jackson, Michael | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:19-cv-07345 |
| 89 | Jenkins | Charles | Jenkins, Charles | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06815 |
| 90 | Jones, Jr. | Johnny Jay | Jones, Jr., Johnny Jay | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-02808 |
| 91 | Jordan | Louie Curklin | Jordan, Louie Curklin | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:20-cv-03365 |
| 92 | Keen | Horace Clark | Keen, Horace Clark | Morgan & Morgan - Columbus, GA | CA - N.D. | 3:19-cv-07856 |
| 93 | Klingensmith, Jr. | John Joseph | Klingensmith, Jr., John Joseph | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03603 |
| 94 | Kneifer | John | Kneifer, John | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06435 |
| 95 | Krumrine | Joellen | Krumrine, Joellen | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07201 |
| 96 | LaCount | Linda | LaCount, Linda | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06827 |
| 97 | Lapadula | Jack | Lapadula, Jack | Morgan & Morgan, PA - Tampa | CA - N.D. | 3:19-cv-06391 |
| 98 | Lawrence | Theresa | Lawrence, Theresa | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06818 |
| 99 | Leonard | Robert Winchester | Leonard, Robert Winchester | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06715 |

Morgan and Morgan - Single Plaintiff

| Case # | Pltf Last Name | Pltf First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 100 | Leslie | Sherry Lee | Leslie, Sherry Lee | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-07394 |
| 101 | Lewis | Gary | Lewis, Gary | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07337 |
| 102 | Lezcano | Marco | Lezcano, Marco | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06720 |
| 103 | Lipman | Phillip Alan | Lipman, Phillip Alan | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06721 |
| 104 | Lukacs | Barbara Delane | Lukacs, Barbara Delane | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-01223 |
| 105 | Machen, Jr. | Robert | Machen, Wendy | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-01270 |
| 106 | MacKenn | William Keith | MacKenn, William Keith | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07199 |
| 107 | Manger | Doreen | Manger, Doreen | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06717 |
| 108 | Martin | Donna | Martin, Donna | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:19-cv-07138 |
| 109 | McDonagh | John P. | McDonagh, John P. | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06431 |
| 110 | McDonald | Don | McDonald, Don C. | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06284 |
| 111 | McGruder | Carolyn | McGruder, Carolyn | Morgan & Morgan - Columbus, GA | CA - N.D. | 3:19-cv-07139 |
| 112 | McNally | Patricia | McNally, Patricia | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:19-cv-07237 |
| 113 | Miller | Robert | Miller, Robert | Morgan & Morgan | CA - N.D. | 3:19-cv-07112 |
| 114 | Mitchell | Robert, Sr. | Mitchell, Robert, Sr. | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06736 |
| 115 | Moscovita | Peter | Moscovita, Peter | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06739 |
| 116 | Mueller | Cory | Mueller, Cory | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-05655 |
| 117 | Mulder | Robert Douglas | Mulder, Robert Douglas | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-01063 |
| 118 | Musfeldt | Linda | Musfeldt, Linda | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07098 |
| 119 | Nation | Ronnie Lynn | Nation, Ronnie Lynn | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06281 |
| 120 | Newmark | Jack | Newmark, Jack | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06824 |
| 121 | Nicholar | George | Nicholar, George | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06285 |
| 122 | Norman | Anthony | Norman, Anthony | Morgan & Morgan, PA - Tampa | CA - N.D. | 3:19-cv-06737 |
| 123 | O'Brien | Edward Lee | O'Brien, Edward Lee | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-01917 |
| 124 | Oldfield | Darlene | Oldfield, Darlene | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06956 |
| 125 | Paoletti | Lisa | Paoletti, Lisa | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06802 |
| 126 | Passaro | Donald | Passaro, Donald | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06801 |

Morgan and Morgan - Single Plaintiff

| Case # | Pltf Last Name | Pltf First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 127 | Payne | J.W. | Payne, J.W. | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:19-cv-07108 |
| 128 | Peddycoart | Anthony | Peddycoart, Anthony | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06277 |
| 129 | Perry | Harvey | Perry, Harvey | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06953 |
| 130 | Phillips | Lydia Carolyn | Phillips, Lydia Carolyn | Morgan & Morgan | CA - N.D. | 3:19-cv-06946 |
| 131 | Ploplis | Vincent J. | Ploplis, Vincent J. | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07099 |
| 132 | Portera-Kmiec | Nancy | Portera-Kmiec, Nancy | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03831 |
| 133 | Powlick | Robert | Powlick, Robert | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-06122 |
| 134 | Purvis | Eve | Purvis, Eve C. | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06293 |
| 135 | Raymond | Patricia | Raymond, Patricia | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06735 |
| 136 | Rayne | David Walter | Rayne, David Walter | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03113 |
| 137 | Reeves | Leanne M. | Reeves, Leanne M. | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-00851 |
| 138 | Reyff | Howard | Reyff, Howard | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-05880 |
| 139 | Ricardo | Patria | Ricardo, Patria | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06291 |
| 140 | Roberts | Donna Jean | Roberts, Donna Jean | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-02058 |
| 141 | Roger | Stanley R. | Roger, Stanley R. | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03832 |
| 142 | Ruddy | Marc | Ruddy, Marc | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06817 |
| 143 | Russell | Patricia Ann | Russell, Patricia Ann | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-00620 |
| 144 | Saichek | Richard | Saichek, Richard | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06823 |
| 145 | Schott | David | Schott, David | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06040 |
| 146 | Scroggs | Barbara | Scroggs, Barbara | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:19-cv-07095 |
| 147 | Shaffer | Francis | Shaffer, Francis | Morgan & Morgan Complex Litigation Group // Morgan & Morgan, PA - Tampa | CA - N.D. | 3:19-cv-07198 |
| 148 | Sherrill | James, David | Sherrill, James David | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06745 |
| 149 | Shields | Derwin | Shields, Derwin | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06964 |
| 150 | Sieger | Bertram | Sieger, Bertram | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07613 |
| 151 | Silver | Wanda | Silver, Wanda | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07344 |
| 152 | Sims | Dustin | Sims, Dustin | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06290 |
| 153 | Slezak | James | Slezak, James | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06442 |
| 154 | Smith | Richard Warren | Smith, Wendy | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-02635 |
| 155 | Staber | Wilbur | Staber, Wilbur | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06819 |
| 156 | Stanton | James | Stanton, James | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06820 |

| Case # | Pltf Last Name | Pltf First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 157 | Staton | William Brian | Staton, William Brian | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06282 |
| 158 | Stockland | Wilbur | Stockland, Wilbur | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06943 |
| 159 | Storf | Ronald | Storf, Ronald | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03834 |
| 160 | Swedland | Robert | Swedlund, Robert Dean | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07403 |
| 161 | Taylor | Lawrence Lee | Taylor, Lawrence Lee | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-03061 |
| 162 | Taylor | Linda | Taylor, Linda | Morgan and Morgan Atlanta, PLLC | CA - N.D. | 3:19-cv-07236 |
| 163 | Terry | Phillip | Terry, Phillip | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07203 |
| 164 | Tharrington | Walter | Tharrington, Walter | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06270 |
| 165 | Tio | Efren Moises | Tio, Efren Moises | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07206 |
| 166 | Torres | Efrain | Torres, Efrain | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07615 |
| 167 | Troyano | Sherry | Troyano, Sherry | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07200 |
| 168 | Tumenas | Lorraine M. | Tumenas, Lorraine M. | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-04520 |
| 169 | Villella | William | Villella, William | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07204 |
| 170 | Walker | Richard | Walker, Richard | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07205 |
| 171 | Walker | Robert Kenneth | Walker, Robert Kenneth | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-02399 |
| 172 | Warro | Ernest | Warro, Ernest | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:20-cv-01269 |
| 173 | Watts | George | Watts, George | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06292 |
| 174 | Wible | Dennis | Wible, Dennis | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-05657 |
| 175 | Willets | Linda | Willets, Linda | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-07742 |
| 176 | Williams | Carmen | Williams, Carmen | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-05950 |
| 177 | Williams | Charles | Williams, Charles | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06714 |
| 178 | Wing | Kenneth | Wing, Kenneth | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06278 |
| 179 | Wingler | Darcy | Wingler, Darcy | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06262 |
| 180 | Wolfe | Wade | Wolfe, Wade | Morgan & Morgan Complex Litigation Group // Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06955 |

Morgan and Morgan - Single Plaintiff

| Case # | Pltf Last Name | Pltf First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 181 | Woodcock | Gregory | Woodcock, Gregory | Morgan & Morgan - Savannah | CA - N.D. | 3:19-cv-07793 |
| 182 | Younker, Sr. | Blair | Younker, Sr., Blair | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06718 |
| 183 | Zampa | Ralph | Zampa, Ralph | Morgan & Morgan Complex Litigation Group | CA - N.D. | 3:19-cv-06263 |