UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No. 2741<br>MDL Case 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*David Booth v. Monsanto Company*, No. 3:20-cv-4654-VC<br><br>*Estate of James Coressel v. Monsanto Company*, No. 3:20-cv-3720-VC<br><br>*Catherine Cryan v. Monsanto Company*, No. 3:17-cv-5084-VC<br><br>*Estate of Floyd Dominique v. Monsanto Company*, No. 3:21-cv-2705-VC<br><br>*Catherine Perry v. Monsanto Company*, No. 3:21-cv-5621-VC<br><br>*Jason Rhuland v. Monsanto Company*, No. 3:19-cv-5598-VC<br><br>*Dean Rowland v. Monsanto Company*, No. 3:19-cv-5310-VC<br><br>*Estate of William Setzer v. Monsanto Company*, No. 3:17-cv-3448-VC<br><br>*Robert Wistinghausen v. Monsanto Company,* No. 3:20-cv-27-VC | **ORDER MOVING CASES TO WAVE 7** |

Plaintiffs' unopposed motion to move the above-captioned individual cases to Wave 7 is granted.

**IT IS SO ORDERED.**

Dated: July 28, 2023

_____
VINCE CHHABRIA
United States District Judge