# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Mosely v. Monsanto Co.,*<br>Case No. 19-cv-5088-VC | |

## ORDER

The motion to dismiss for failure to prosecute is granted. Pursuant to Federal Rule of Civil Procedure 41(b), this case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: __July 28, 2023__

_____
VINCE CHHABRIA
United States District Judge