Robin Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: (212) 558-5802
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Karen Delorme-Barton v. Monsanto,*<br>3:18-cv-01427-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXLUDE THE OPINIONS AND TESTIMONY OF MONSANTO COMPANY'S PROPOSED EXPERT DR. WILLIAM JOHNSON, PH.D., M.S.** |

**I, Robin L. Greenwald, declare and state:**

1. I am an attorney at Weitz & Luxenberg, P.C., attorney of record for Plaintiff. I submit this declaration in support of Plaintiff's Motion to Exclude the Opinions and Testimony of Monsanto Company's Proposed Expert Dr. William Johnson, Ph.D., M.S. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit F is a true and correct copy of excerpts from the Expert Report of Dr. William Johnson, Ph.D., M.S. (Mar. 28, 2023), *Karen Delorme-Barton v. Monsanto*, Case No. 3:18-cv-01427-VC, U.S. District Court of the Northern District of California.

3. Annexed hereto as Exhibit G is a true and correct copy of excerpts from the Deposition Transcript of Dr. William Johnson, Ph.D., M.S. (May 22, 2023), *Karen Delorme-Barton v. Monsanto*, Case No. 3:18-cv-01427-VC, U.S. District Court of the Northern District of California.

Executed this 28th Day of July 2023.

Respectfully submitted,

By:   */s/ Robin L. Greenwald*
Robin L. Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: 212-558-5802
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin Greenwald*

- 2 -

DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF DAUBERT MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF MONSANTO COMPANY'S PROPOSED EXPERT DR. WILLIAM JONHSON, PH.D., M.S.