UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Doran v. Monsanto Co., Case No. 20-cv-2650-VC<br><br>Boucher v. Monsanto Co., Case No. 21-cv-7475-VC<br><br>Collins v. Monsanto Co., Case No. 20-cv-1419-VC<br><br>Kooi v. Monsanto Co., Case No. 20-cv-6656-VC<br><br>LaHote v. Monsanto Co., Case No. 19-cv-6448-VC<br><br>Elzey v. Monsanto Co., Case No. 19-cv-7373-VC<br><br>Deneve v. Monsanto Co., Case No. 19-cv-7341-VC<br><br>Williams v. Monsanto Co., Case No. 21-cv-2912-VC | MDL No 2741<br><br>Case No. 16-md-02741-VC<br><br>**ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES**<br><br>Re: Dkt. Nos. 16989, 16997, 17010, 17019, 17022, 17023, 17024, 17044 |

The above-listed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: July 28, 2023

_____
VINCE CHHABRIA
United States District Judge