Robin Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: (212) 558-5802
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Karen Delorme-Barton v. Monsanto,* 3:18-cv-01427-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF DAUBERT MOTION TO PRECLUDE THE OPINIONS AND TESTIMONY OF MONSANTO COMPANY'S PROPOSED EXPERT DR. WILLIS NAVARRO, M.D.** |

**I, Robin L. Greenwald, declare and state:**

1. I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiff. I submit this declaration in support of Plaintiff's *Daubert* Motion Preclude Testimony from Monsanto Company's Proposed Expert Dr. Willis Navarro, M.D. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit N is a true and correct copy of page 75 from the Deposition of Dr. Willis Navarro, M.D. (April 26, 2023), *Delorme-Barton, Karen v. Monsanto Co.,* Case No. 3:16-md-02741-VC.  This page is a continuance of Exhibit D to Plaintiff's motion seeking to exclude Dr. Navarro.

Executed this 28th Day of July, 2023.

                                              Respectfully submitted,

By:    */s/ Robin L. Greenwald*
         Robin L. Greenwald (*Pro Hac Vice*)
         **WEITZ & LUXENBERG, P.C.**
         700 Broadway, Fifth Floor
         New York, NY 10003
         Telephone: 212-558-5802
         Facsimile: (212) 344-5461
         rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                */s/ Robin Greenwald*

DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF DAUBERT MOTION TO PRECLUDE THE OPINIONS AND TESTIMONY OF MONSANTO COMPANY'S PROPOSED EXPERT DR. WILLIS NAVARRO, M.D.