# EXHIBIT N

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3   IN RE: ROUNDUP PRODUCT        )MDL No. 2741
     LIABILITY LITIGATION          )
 4                                 )Case No. 3:16-md-02741-VC
     _____)
 5                                 )
     This document relates to:     )
 6                                 )
     Karen Delorme-Barton v.       )
 7   Monsanto Company,             )
                                   )
 8   Case No. 3:18-cv-01427-VC     )
     _____)
 9

10

11                   April 26, 2023

12

13

14          Remote Videotaped deposition of WILLIS NAVARRO,

     M.D., conducted via Zoom videoconference at 7337 East

15   Cascada Circle, Tucson, Arizona 85715 commencing at

16   9:01 a.m. CST on the above date, before Jesse L.

17   Anders, Stenographer and Notary Public.

18

19

20

21

22
                   GOLKOW LITIGATION SERVICES
23          877.370.3377 ph | 917.591.5672 fax
                      deps@golkow.com
24

25
```

Willis Navarro, M.D.

```
 1              A P P E A R A N C E S

 2   JOSEPH J. MANDIA
         Attorney at Law
 3           Of
         Weitz & Luxenberg, PC
 4       220 Lake Drive East
         Suite 210
 5       Cherry Hill, NJ 08002
         jmandia@weitzlux.com
 6   Attorney for Plaintiff

 7   CHANTAL KHALIL
         Attorney at Law
 8           Of
         Weitz & Luxenberg, PC
 9       700 Broadway
         New York, NY 10003
10       ckhalil@weitzlux.com
     Attorney for Plaintiff
11
     GREGORY STAMATOPOULOS
12       Attorney at Law
             Of
13       Weitz & Luxenberg, PC
         Fisher Building
14       3011 West Grand Blvd.
         24th Floor
15       Detroit, MI 48202
         gstamatopoulos@weitzlux.com
16   Attorney for Plaintiff

17   KATHLEEN FRAZIER
         Attorney at Law
18           Of
         SHOOK, HARDY, & BACON LLP
19       JPMorgan Chase Tower
         600 Travis St.
20       Suite 3400
         Houston, TX 77002
21       kfrazier@shb.com
     Attorney for Defendant Monsanto Company
22

23   ALSO PRESENT:
         CHRISTOPHER CLEE
24       Legal Videographer
             Of
25       Golkow Litigation Services
```

**Exhibit N Page 2**

```
 1                        INDEX

 2   WITNESS:                                PAGE
         WILLIS NAVARRO, MD
 3          Direct Exam by JOSEPH J. MANDIA      4

 4

 5                *      *      *      *

 6

     EXHIBITS AND/OR REFERRED-TO EXHIBITS
 7   EXHIBIT NUMBER - DESCRIPTION             PAGE

 8   EX. NO. 1 - (Notice of Deposition)       10

 9   EX. NO. 2 - (Invoice)                    12

10   EX. NO. 3 - (Curriculum Vitae)           14

11   EX. NO. 4 - (Expert Report)              50

12   EX. NO. 5 - (Notes)                      95

13   EX. NO. 6 - (Materials Considered Reviewed   98
                  And/or Relied Upon List)
14
     EX. NO. 7 - (2017 Tomasetti Article)     105
15

16
                    *      *      *      *
17

18

19

20

21

22

23

24

25
```

Willis Navarro, M.D.

1    Q.  For the, for the time that you've spent since you

2    submitted the bill in March 31st, up until today, has

3    that all been work that's been done at the 575 rate, or

4    is that 675; can you tell me?

5    A.  Everything has been at the 575 rate with the

6    exception of the two meetings that I've had in

7    preparation for today's deposition with counsel.

8    Q.  Okay.  Understood.  I'm going to show you what

9    I'm marking as Plaintiff's Exhibit 3.  Do you see that?

10   (Plaintiff's Exhibit #3 was marked for identification.)

11   A.  Yes.

12   Q.  Do you recognize that document?

13   A.  Yes.  That's my CV.

14   Q.  Okay.  I'm going to scroll through it, and one of

15   the questions I'm going to ask you when I get to the end

16   is whether this is your most current and up-to-date CV.

17   Let me know if I'm moving too fast.  Okay.  Do you know,

18   and it says here updated at the bottom, but do you know

19   if this is your current and most up-to-date CV?

20   A.  Yes.  This is the most current.

21   Q.  Is it fair to say that you are a practicing

22   academic malignant hematologist and oncology expert as

23   well as a drug developer and clinical scientist in

24   biotechnology?

25   A.  Yes.  I think that accurately sums up my, my

Willis Navarro, M.D.

1    current career hybrid.

2       Q.  Okay.  And I've got listed here on your CV

3    "EMPLOYMENT-BIOTECHNOLOGY."  And what is biotechnology,

4    as you understand it?

5       A.  Biotechnology is the use of the different

6    techniques that have been developed in, in molecular

7    biology to create new drugs and new therapeutics.

8       Q.  Is the work in biotechnology different from, when

9    I, and I just gave a description of what you do, I

10   described you as a drug developer.  Is the work that you

11   do in biotechnology the same as the drug, being a drug

12   developer or different; do you view them differently?

13      A.  My role in biotechnology is in drug development,

14   so I --

15      Q.  Okay.

16      A.  -- believe that is accurate.

17      Q.  As it relates to drug development, would, what I

18   have here shown on your CV, which is on Page 2, which is

19   listed under the "EMPLOYMENT-BIOTECHNOLOGY," would that

20   consist of all the occupations in which you've worked in

21   drug development?

22      A.  Yes.  Everything that's listed here is, is my

23   work that's, that then has, in my career in drug

24   development, correct.

25      Q.  Okay.  And so is it fair to say you've been

**Exhibit N Page 5**

Willis Navarro, M.D.

1   consulting work at that point.  So it's 50, I was 50

2   percent Atara and about, well, roughly, about 40 percent

3   or slightly less, doing consulting for biotechnology,

4   other biotechnology companies.  And then I was still

5   doing clinic at that point as well, so that was still,

6   you know, about ten percent.  And then this work was the

7   remainder, so, you know, couple percent on average, but

8   probably some weeks more, some weeks less.

9       Q.  Okay.  So is it fair to say, based off that, that

10  since 2005 to the present, 95 percent of your time has

11  been spent working in biotech while 10 percent of your

12  time has been spent in clinical practice?

13      A.  I think that's a pretty decent approximation,

14  yes.

15      Q.  Okay.  Can you tell me what percent of your

16  income is related to the Roundup litigation?

17      A.  Over what time period in -- can you be more --

18      Q.  Well, I'm ask, I'm asking currently, but if you

19  can, you know, if you want to tell me since the time you

20  started in 2019 to the present, what the percent of your

21  income has been related to the Roundup litigation,

22  that's fine too.

23      A.  That would be more difficult, but I can tell you

24  just based on taxes from 2022, which I just completed,

25  it was about somewhere around five or seven percent of

Exhibit N Page 6

Willis Navarro, M.D.

```
 1      Q.  Okay.  Dr. Navarro, we're back from a short
 2   break.  We're going to pick back up.  Am I correct
 3   you're not a geneticist?
 4      A.  I am not officially a geneticist, but, of course,
 5   genetics play a role in hematologic malignancies, so
 6   from that perspective, I'm familiar with some aspects of
 7   it.
 8      Q.  Are you a part of any type of genetics department
 9   at any type of hospital or university?
10      A.  No, I'm not.
11      Q.  Do you perform genetic sequencing?
12      A.  Are you asking if I personally perform genetic
13   sequencing?
14      Q.  Yes.  Are you involved in any way with the
15   performance of genetic sequencing?
16      A.  No, I do not directly --
17          MS. FRAZIER:  Objection to the form.
18      A.  Sorry.  I do not directly perform genetic
19   sequencing but I do order it on patients.
20      Q.  Okay.  Do you, do you read and/or -- I want to
21   strike that.  Do you interpret the results of genetic
22   sequencing?
23      A.  Please define what you mean by interpret.
24      Q.  Well, have you ever done any type of report
25   related to any genetic sequencing that was done?
```

Willis Navarro, M.D.

1   A.  Do you mean, do you mean have I -- please

2   clarify.  I'm sorry.  In the context of medical

3   practice, we, we work with this information, and we add

4   it to the medical records so that's a report, so I'm not

5   sure what you mean.

6   Q.  Have you ever signed off on any type of report in

7   which you were the one who was reporting on the genetic

8   sequencing, the actual test, the actual sequencing and

9   the results that were done?

10   A.  I see.  No, I have not done that.

11   Q.  Okay.  In what ways, in what ways do you work

12   with genetic sequencing?

13   A.  So in my current role at Aadi, one of the

14   components of our clinical trial is to find patients who

15   have particular mutations that are determined by next

16   generation sequencing, and then in my clinical practice,

17   I see patients with hematologic malignancies and order

18   next generation sequencing and other similar kinds of

19   genetic tests like Fluorescence in situ hybridization or

20   -- I think that's the majority of it -- and in, in terms

21   of trying to understand the aspects of their disease.

22   Q.  Are you familiar with genetic signatures related

23   to Non-Hodgkin's lymphoma?

24   A.  Let's just make sure we're talking about the same

25   thing.  What do you mean by genetic signatures?

Willis Navarro, M.D.

1    Q.  Are you, do you know what a genetic signature is?

2    A.  I think you have to define it for me because I

3    think that could be used in multiple ways.

4    Q.  What's your understanding in the ways in which

5    genetic signatures can be used?

6         MS. FRAZIER:  Objection to form.

7    A.  I guess I'm still not clear what you mean by

8    genetic signature.

9    Q.  Okay.  I haven't had trouble asking this question

10   yet, so that's why I guess I'm sort of taken back.  Have

11   you ever heard the term genetic signature ever used as

12   it relates in anything that you've ever done?

13   A.  Not really.  I mean, not, not that terminology

14   exactly, no.

15   Q.  Okay.  How about genetic profiling, have you ever

16   heard that term?

17   A.  Again, I'm not sure I know exactly what you mean.

18   If you could be more specific about what sort of genetic

19   profiling you're talking about.

20   Q.  I'm asking you to see if you have ever heard of

21   the concept of genetic profile and/or genetic profiling.

22        MS. FRAZIER:  Objection to form.

23   A.  Could you give me an example of what you're

24   taking about?

25   Q.  No.  I'm asking you whether or not you know it or

Exhibit N Page 9

Willis Navarro, M.D.

```
 1   don't know, if, if you've ever heard the term used in

 2   the field of medicine or in anything that you've ever

 3   done.

 4           MS. FRAZIER:  Objection to form.

 5     A.  That exact phrase, genetic profiling, is not a

 6   phrase that we commonly would use in the course of

 7   particular patients, I'm not sure.

 8     Q.  Okay.  In going back to signatures in genetics,

 9   have you ever had anyone refer to signatures in

10   genetics?

11           MS. FRAZIER:  Objection to form.

12     A.  You know, again, I think, similar to my comment

13   about genetic profiling, genetic signatures, I think,

14   could, could be used very broadly, so I just don't know

15   exactly what, what you're, what you're asking.

16     Q.  Are you familiar with the

17   National Cancer Institute's definition for gene

18   signature?

19     A.  Obviously not.

20     Q.  Okay.  Do you have any information -- strike

21   that.  Do you have any information about the activities

22   of specific groups of genes and/or cells and/or tissue

23   as it relates to any form of Non-Hodgkin's lymphoma?

24           MS. FRAZIER:  Objection to form.

25     A.  Could you repeat that?  Sorry.  I'm just not
```

**Exhibit N Page 10**

Willis Navarro, M.D.

```
 1   report, which has been marked as Exhibit 4, which is

 2   dated March 28, 2023?

 3      A.  I'm sorry.  One more time.

 4      Q.  Are all the opinions that you intend to offer at

 5   the time of trial set forth in this report, which has

 6   been marked as Exhibit 4?

 7      A.  Yes.

 8      Q.  In your opinion, can we agree that

 9   Karen Delorme-Barton has been diagnosed with follicular

10   lymphoma?

11      A.  Yes, I agree that that's the correct diagnosis

12   based on the records that I reviewed.

13      Q.  Okay.  You have no reason to dispute that

14   diagnosis.  Correct?

15      A.  The diagnosis of follicular lymphoma, no, I have

16   no reason to dispute it.

17      Q.  Okay.  In your opinion, what caused

18   Karen Delorme-Barton's follicular lymphoma?

19      A.  My take on her, on the causation of her

20   follicular lymphoma is an accumulation of genetic hits

21   that then resulted in the mutation that we saw on her

22   report with IgH/BCR(sic) -- BCL2 and potentially others,

23   of course, that we don't know, but that one for sure,

24   that occurred over time and with age.

25      Q.  Do you have an opinion as to what the cause of
```

1  the, the accumulation of the genetic hits was?

2    A.  Yes, summarizing it, I guess you could say

3  living.  By virtue to the fact that we're all exposed to

4  background radiation just from everywhere, we're exposed

5  to environmental carcinogens, barbecued meats; you name

6  it.  There are multiple genetic stressors, if you will,

7  things that can potentially impact DNA.  They're

8  everywhere; flying in an airplane at altitude increases

9  your exposure to cosmic rays.  That constitutes a

10  nontrivial amount of radiation from, from that kind --

11  those types of exposures are ubiquitous, and over time,

12  we, we all experience those as we grow older and

13  multiple hits take place.

14    Q.  Do you believe that over time she had those

15  environmental factors that you've identified, which

16  ultimately caused the genetic hits, which ultimately

17  caused her Non-Hodgkin's lymphoma, which was follicular

18  lymphoma?

19    A.  Yes, I, I believe that that's the case.

20    Q.  Okay.  Do you believe --

21    A.  I just, I --

22    Q.  Do you --

23    A.  I'm sorry.  I just, just to clarify,

24  environmental factors plus just errors that occur over

25  time in DNA repair that we all have.

Willis Navarro, M.D.

1   yeah, that, that seems to be, that is intrinsic to the

2   nature of biologic systems in general.  That's how

3   mutations occur; that's how evolution occurs.

4      Q.  But you said even when there's no environmental

5   component, how could there ever be a situation in which

6   we don't have an environmental component when you've

7   testified that we are exposed to ubiquitous

8   environmental factors, including radiation, which are

9   causing replication errors, which are capable of causing

10  cancer?

11     A.  No.  I'm just saying that there intrinsically are

12  repair, mechanism repairs that occur, and then there are

13  environmental factors that also contribute to, again,

14  radiation being a good example, where chemical changes

15  to DNA occur when they get struck by ionizing radiation

16  in just the right place.  But there are replication

17  errors and then there are environmental factors, and

18  they're, they're, they both are at play in any cancer

19  that occurs in anybody as they grow older.

20     Q.  Okay.  How much radiation do you believe that

21  Karen Delorme-Barton had exposure to prior to her time

22  being diagnosed with follicular lymphoma?

23     A.  Depends on how many trips she took by air or --

24  you know, I mean, I, there's no way for me to calculate

25  that, but I can tell you that we're all exposed to

1    radiation just from rocks in the environment, from

2    medical films and, or, I'm sorry, medical radiographic

3    studies, by the food we eat, there's, there's

4    radioactive materials.  It's just at, at a very low

5    level.  It's present everywhere.  That's just the nature

6    of living on Earth.

7        Q.  Do you agree that there's also glyphosate in the

8    food that we eat?

9        A.  You know, I'm not a toxicologist, so I can't

10   really speak to that.

11       Q.  Is glyphosate a ubiquitous environmental factor

12   that we're all exposed to?

13           MS. FRAZIER:  Objection to form.

14       A.  Yeah, again, I'm, I'm not a toxicologist, so

15   that's certainly not my area of expertise.

16       Q.  Okay.  What's the basis to say that we are,

17   there's a ubiquitous environmental factor of radiation

18   that we're all exposed to?

19       A.  Because all the rocks in the environment have

20   very, very low levels of radioactive materials that have

21   been there forever, and so there is a baseline level of

22   radiation exposure that we all face, depending on where

23   you've lived geographically, some places more, some

24   places with less.  But, again, how much you fly, how

25   much medical radiographic studies have been performed,

Willis Navarro, M.D.

```
 1   all those kinds of factors, but those are not,
 2   certainly, they're very hard to measure.
 3     Q.  What was the, what is the baseline radiation rate
 4   that we are all exposed to?
 5     A.  Well, that is a good question that I would have
 6   to look up, but I don't remember, but everybody is
 7   exposed to low levels every year.
 8     Q.  Have you done any investigation to determine
 9   whether there's a baseline rate of glyphosate and/or
10   glyphosate-based Roundup that we're all exposed to?
11     A.  No.
12           MS. FRAZIER:  Objection to form.
13     A.  Again, I'm not a toxicologist, so not my area of
14   expertise.
15     Q.  Is there, what other ubiquitous environmental
16   factor would Karen Delorme-Barton have been exposed to
17   throughout her lifetime, which would have contributed to
18   her follicular lymphoma?
19     A.  I think that it's very difficult for me to, you
20   know, in, as a, I'm not, I'm not taking care of her
21   directly, so I don't, I don't have all of her -- I mean,
22   I, the point of --
23     Q.  Hold on.  I just want to, I just wanted to get an
24   answer to my question because it was pretty direct.
25   What --
```

Willis Navarro, M.D.

1    Q.  When we talked earlier, you said throughout your

2    career that 90 percent of your was spent in the

3    biotechnology drug development versus the clinical

4    practice.  How much of your time for the 10 percent of

5    the clinical practice was related to Non-Hodgkin's

6    lymphoma and treating patients with Non-Hodgkin's

7    lymphoma?

8    A.  That is a good question but difficult to say

9    because I see a mixture of patients who have hematologic

10   malignancies, certainly including Non-Hodgkin's

11   lymphoma, but as well as other, other types of, other

12   types of hematologic malignancies.  I would, I would

13   guess that, and it's a guess -- I'd have to, I've never

14   done the numbers, but maybe quarter to a half at this

15   point, maybe toward a quarter.

16   Q.  And you say a quart.  I'm working off the 10

17   percent number that you talked about through your

18   clinical practice.  So of that 10 percent, how much,

19   what percentage of your time would have been spent

20   treating patients with Non-Hodgkin's lymphoma?

21   A.  I see.  So probably 25 to 50 percent of that 10

22   percent, so that would be two and a half to five

23   percent.

24   Q.  And within that two and a half to five percent,

25   how much of that time would have been spent treating

Exhibit N Page 16

Willis Navarro, M.D.

1  Non-Hodgkin's lymphoma?

2     A.  I have been asked that question before and my

3  response is nearly universally that nothing that the

4  patient did made this happen and nothing that they could

5  have done would have prevented it.

6     Q.  And have you ever, did you ever tell patients

7  that their Non-Hodgkin's lymphoma -- well, strike that.

8  Have you ever consulted a, a non-physician mathematician

9  to determine the cause of any of your patient's

10  Non-Hodgkin's lymphoma?

11     A.  I've never consulted a mathematician about a

12  diagnosis of lymphoma, no.

13     Q.  Okay.  And that's not anything you would ever do.

14  Correct?

15          MS. FRAZIER:  Objection to form.

16     A.  In the course -- sorry -- in the course of taking

17  care of patients, I would not consult with a

18  mathematician, but, of course, in the context of

19  clinical trials, biostatistician, which I guess you

20  would say is a mathematician is intimately involved in

21  studies.

22     Q.  All right.  But as it relates to cancer causation

23  related to a patient, you would never consult with a

24  non-physician mathematician.  Correct?

25     A.  In the course of clinical care, no.

Willis Navarro, M.D.

1  development of a malignancy.  A good example of that

2  would be the BCR AB1 fusion protein.

3    Q.  And have you identified the driver gene mutation

4  that plaintiff Karen Delorme-Barton had, any of them?

5    A.  She has a gene mutation that, or a translocation

6  that's been associated with follicular lymphoma that's

7  been useful for diagnosis, but I'm, I'm not a hundred

8  percent sure that that is the driver for her disease,

9  but certainly it is present, present in, in one of the

10  characteristic translocations in that disease.

11    Q.  Do you believe all cancers originate with stem

12  cells?

13    A.  There is, there is a continuing effort to

14  understand the nature of cancer cells and the stem-ness

15  of them, and it appears that that is likely to be an

16  important theory in, in oncogenes, yes.

17        MR. MANDIA:  Okay.  I'm going to move to

18  strike the nonresponsive portions.

19    Q.  My question was, do all cancers originate with

20  stem cells?

21        MS. FRAZIER:  Objection to form.

22    A.  I don't, I don't know if we're sure that all

23  cancers originate from stem cells, no.  I'm not sure.

24    Q.  Do you know if Non-Hodgkin's lymphoma originates

25  from stem cells?

Willis Navarro, M.D.

1     A.  I don't think that it necessarily does.  I think

2  it originates from the cell that is earlier in the

3  development pathway but maybe not necessarily stem cell.

4     Q.  What, what cell would you identify earlier than a

5  stem cell that you believe would be related to

6  Non-Hodgkin's lymphoma?

7     A.  Well, in the case of Non-Hodgkin's lymphoma,

8  depends on the type of Non-Hodgkin's lymphoma where the,

9  where the malignant transformation occurs in terms of

10  the development pathway of a normal lymphoid cell.

11     Q.  So let me ask you with regard to follicular

12  lymphoma, do you believe follicular lymphomas originate

13  with stem cells?

14     A.  I don't think so because the follicular lymphomas

15  are farther along in the development pathway for B cell

16  development, so not, they're not stem cell like, no.

17     Q.  And when is the -- okay.  Define for me what, for

18  Karen Delorme-Barton, she had, you've identified a

19  translocation.  Correct?

20     A.  Yes.  She has translocation.

21     Q.  And can you, was that a, was it a chromosome

22  swap; can you, was it a DNA brand strike, brand, was it

23  a -- explain to me what type of translocation that

24  Karen Delorme-Barton had.

25     A.  She has a translocation between chromosomes 8 and

Willis Navarro, M.D.

1    14, I think, don't quote me because I'd have to go back

2    and look.  I can't remember off the top of my head, but

3    she has a translocation between two chromosomes creates

4    a fusion gene between IgH and DCL2.

5       Q.  Okay.  And that wouldn't be related to stem cell

6    division.  Correct?

7       A.  Well, it probably -- well, it's a translocation

8    between chromosomes, so it, directly related to stem

9    cell division, I, I don't know that we can say, but it's

10   certainly that in the course of that cell's life that

11   was the first cell to develop this mutation, there was a

12   switch in chromosomal material between the two

13   chromosomes that the IgH and the BCL2 chromosomes.

14   (Inaudible) --

15      Q.  Are you able to identify the time when the switch

16   in the chromosome occurred for Karen Delorme-Barton?

17      A.  No.  That would be impossible to know.

18      Q.  Why don't we take, we've been going for another

19   hour, so why don't we take a five-minute break.

20              MS. FRAZIER:  Okay.

21              THE VIDEOGRAPHER:  Going off the record.

22   The time is 11:09 a.m.

23              (Recess taken at 11:09 a.m.)

24              THE VIDEOGRAPHER:  We are now back on the

25   record.  The time is 11:22 a.m.

1          MS. FRAZIER:  Objection to form.

2     A.  Again, I think it would depend on the, the, the

3  risk from the environmental factor and the risk, and the

4  risk from the, the replication errors, and just to

5  whatever degree the patient is older versus younger.

6     Q.  Do you agree that the more DNA damage created,

7  the more likelihood for cancer?

8          MS. FRAZIER:  Objection to form.

9     A.  In, in a general sense, that's true.  For

10  example, with chemotherapy, patients who receive

11  chemotherapy are at increased risk of developing

12  particular hematologic malignancies, presumably because

13  of DNA hits that the chemotherapy imposed on the

14  patient's DNA.  But that's a very extreme sample.

15     Q.  What is the basis for your opinion that random

16  replicative errors was a cause or contributed to

17  plaintiff Karen Delorme-Barton's Non-Hodgkin's lymphoma?

18     A.  It's based on my clinical experience over the

19  years seeing that patients who are older tend to be the

20  ones who develop malignancies, certainly not always.

21  But the older the patient, the more likely they are to

22  have a malignancy.  That holds true for nearly all, all

23  types of cancer.

24     Q.  Okay.  So is there anything else, are you relying

25  on any type of medical article or literature related to

Willis Navarro, M.D.

```
 1   your opinion that random replicative error was, caused

 2   or contributed to Karen Delorme-Barton's follicular

 3   lymphoma?

 4      A.  I mean, the other thing we talked about is

 5   Tomasetti's paperwork about this very same thing, and

 6   it, you know, it fits well with my clinical experience.

 7   That's, that's exactly what I've observed taking care of

 8   patients, that sort of, that correlation of time and age

 9   fits with the increased incidence of sub malignancies

10   over, over time.

11      Q.  Are there any other medical articles other than,

12   and I'm, just so I'm clear, it's the Tomasetti 2015

13   article and the Tomasetti 2017 article?

14      A.  Yes, '17 in particular is what I have in front of

15   me, but yes.

16      Q.  Okay.  So with that opinion, are you relying on

17   both the 2015 and 2017, or just the 2017 article?

18      A.  Primarily, the 2017 just because that's what I

19   looked at most recently, yep, and, and my clinical

20   experience, of course, guiding my, guiding me, plus

21   every epidemiologic study I've seen on cancer showing

22   increases of age.

23      Q.  Sorry, I'm going through your reliance material.

24   I just want to make sure I -- so the Tomasetti article

25   that you're referring to would be the one that's called
```

Exhibit N Page 22

Willis Navarro, M.D.

1    Stem Cell Division Somatic Mutation Cancer Ideology and

2    Cancer Prevention.  Correct?

3        A.   Correct.

4        Q.   Okay.  You talked about, in your clinical

5    experience, and you talked about age and how you're

6    using your clinical experience as part of your support

7    for your opinion.  For the people that you have treated

8    that, I guess that are of a certain age that have --

9    are, are you saying that there, are you saying that

10   you're specifically going to be referring to the

11   patients you've treated with follicular lymphoma or just

12   cancer in general?

13       A.   Cancer in general.

14       Q.   Okay.

15       A.   From the general, from a -- parallels that pretty

16   well.

17       Q.   Okay.  And in both settings when you've treated

18   patients with cancer at a certain age or follicular

19   lymphoma at a certain age, did you attempt for those

20   patients to do any type of occupational history?

21       A.   As a routine part of an intake of any patient, I

22   always ask about work and other types of general things

23   like that, but those typically are not relevant to

24   ascertaining an ideology for the disease, so they're

25   typically fairly limited in scope.

Willis Navarro, M.D.

1    social activities of your patients and whether you

2    inquire into them only as to whether or not it's an

3    environmental factor capable of causing cancer.  And I

4    asked you in a situation where you are treating patients

5    of a certain age, whether or not you do any type of

6    occupational history, which you said that you did.

7        A.  Yeah.

8        Q.  Do you specifically -- let's, let's talk about

9    the patients that have Non-Hodgkin's lymphoma or

10   follicular lymphoma that are at a certain age.  I'm

11   correct, you've never asked those patients whether or

12   not they had any exposure to glyphosate or

13   glyphosate-based Roundup.  Correct?

14       A.  That's correct.  I do not ask them that.

15       Q.  All right.  Okay.  As it relates to people that

16   generally just have cancer and you're treating them

17   clinically, have you determined for every one of those

18   patients that are at a certain age, which are supporting

19   your opinions related to age and random replicative

20   errors, did you, with all those patients, rule out every

21   possibility of every environmental factor for those

22   patients?

23            MS. FRAZIER:  Objection to form.

24       A.  In assessing any patient with any particular

25   malignancy, we look at risk factors to understand less

Willis Navarro, M.D.

1    about the ideology of the disease because it already

2    happened, but more to understand about the risks,

3    ramifications of the likely, their likely response to

4    therapy and their long-term prognosis.  And most of

5    those are disease-related factors.  They have to do

6    with, for example, with things like, like their

7    dehydrogenase levels at presentation, but as far as

8    going back and querying about every environmental

9    exposure for diseases that typically don't have any

10   clear ideology, I don't do that, no.

11   Q.  Okay.  And also, I think you said you're less

12   concerned about the ideology because you're treating the

13   cancer.  The cancer's already happened.  Correct?

14           MS. FRAZIER:  Objection to form.

15   A.  That, that is, that is generally the case because

16   the proverbial horse is out of the barn, but the one

17   area where we do inquire is about, one area which is

18   particularly potentially relevant is family history in

19   some hematologic malignancies, not so much in follicular

20   lymphoma, a little bit.  But patients will ask me, do my

21   kids have an increased risk because I have X, Y or Z

22   disease, and the answer is usually no.  But it depends

23   on the disease.

24           MR. MANDIA:  Move to strike the

25   nonresponsive portions.

Willis Navarro, M.D.

1  are irrelevant.  And so, therefore, we don't probe for

2  irrelevant exposures.

3      Q.  And you in your --

4      A.  (Inaudible) -- for glyphosate exposure either.

5          MR. MANDIA:  I'm going to move to strike the

6  nonresponsive portions.

7      Q.  And you automatically assume, when you are

8  treating the patients who come to you at a certain age

9  and have cancer, you automatically assume that they've

10  had a ubiquitous radiation environmental factor

11  exposure.  Correct?

12         MS. FRAZIER:  Objection to form.

13     A.  By virtue you of being alive on the planet, yes,

14  I do assume that they've had exposure to all the usual

15  environmental things that all of us have had exposure

16  to, natural background radiation, certainly being one of

17  them.  And then if, if there's any occupational

18  exposures, that would, that would be noted.

19     Q.  I'm going to show you what I'm marking as

20  Plaintiff's Exhibit 5.  Do you see that?

21  (Plaintiff's Exhibit #5 was marked for identification.)

22     A.  Yes.

23     Q.  And is Plaintiff's Exhibit 5 the notes that

24  you've taken in the Karen Delorme-Barton case?

25     A.  Yes.

Willis Navarro, M.D.

```
1    haven't seen any papers or looked at someone who's had
2    an exposure to glyphosate-based Roundup, that person
3    also had random replicative errors, and the paper
4    concluded that it's the random replicative errors alone
5    that was the cause of the Non-Hodgkin's lymphoma.
6    Correct?
7              MS. FRAZIER:  Objection to form.
8    A.  These are epidemiologic studies, not case
9    reports, so no, I haven't seen that.
10   Q.  Great.  Have you seen anything in the, have you
11   reviewed Ms. Delorme-Barton's diagnostic images in this
12   case, the actual images?
13   A.  No, I have not seen the actual images, just the
14   reports.
15   Q.  Okay.  In any of the diagnostic imaging reports,
16   did you see any evidence that supports your opinion that
17   random replicative errors contributed to
18   Karen Delorme-Barton's follicular lymphoma?
19             MS. FRAZIER:  Objection to form.
20   A.  Are you asking about radiographic reports?
21   Q.  Yes, diagnostic, diagnostic images, if you know
22   what that means.  If you don't, I'll have to ask a
23   different question.
24   A.  No.  I understand what diagnostic imaging means,
25   but in diagnostic radiographic reports, they don't
```

Willis Navarro, M.D.

1   discuss causality, only findings, so no.

2      Q.  I'm sorry.  So the answer was no?

3      A.  The answer is the reports don't cover that area.

4      Q.  Okay.  In any of the medical records, did you see

5   anything, any type of medical information or anything

6   that you believe would support your opinion that random

7   replicative errors contributed to Karen Delorme-Barton's

8   follicular lymphoma?

9            MR. MANDIA:  Yes.  And her --

10           MS. FRAZIER:  Objection to form.

11     A.  In her initial consultation, her age was 63.

12     Q.  Is there anything other than the mere fact that

13  her age, as you can point to in the medical records that

14  you believe supports your opinion that random

15  replicative errors was the cause of her Non-Hodgkin's

16  lymphoma, specifically her follicular lymphoma?

17     A.  The fact that there are no other clear defining

18  risk factors for her follicular lymphoma other than her

19  age, to me points to the fact that there were random

20  replication errors that led to her disease.

21     Q.  I'm not asking you for what, not the absence of

22  evidence.  I'm asking you, other than, is there anything

23  affirmatively that you're going to point to, other than

24  her age and the medical records, that you believe

25  supports your opinion that it was random replicative

Willis Navarro, M.D.

1   errors that contributed to her Non-Hodgkin's lymphoma.

2          MS. FRAZIER:  Objection to form.

3      A.  Her age, her age is the, is the thing that I

4   would point to.

5      Q.  Okay.  And my question was, is there anything

6   else?  I'm just looking for an answer.  It sounds like

7   there's nothing else other than her age that you can

8   point to in the medical records that --

9      A.  Correct, her age is the thing I would point to.

10     Q.  Okay.  Is there anything else?

11     A.  Nothing else.

12     Q.  Other than her age, do you believe that she had

13  any other type of risk factors related to her diagnosis

14  of follicular lymphoma?

15     A.  Nothing of any significance, she's Caucasian,

16  which has a slight increase versus non-Caucasian, but I

17  don't think that that's particularly relevant, other

18  than that, nothing else.

19     Q.  Have you done any research as to whether or not

20  you believe any pesticides or herbicides, other than

21  glyphosate or glyphosate-based Roundup, can increase the

22  risk of Non-Hodgkin's lymphoma?

23     A.  In the literature, there are some other

24  pesticides that have been potentially implicated, but

25  I'd have to say I haven't seen any consistent story,

Willis Navarro, M.D.

 1   meaning I haven't seen consistent data across different

 2   studies that point to any one particular, one particular

 3   pesticide that is problematic to Non-Hodgkin's lymphoma.

 4      Q.  So you haven't identified any other pesticides or

 5   herbicides that you believe would increase the risk of

 6   Non-Hodgkin's lymphoma.  Correct?

 7      A.  No consistently, no.

 8      Q.  I just want to make sure I get the correct answer

 9   to my question.  So you said not consistently no.  So I

10   would ask you, have you determined as to whether or not

11   there's any other pesticide or herbicide that you

12   believe increases the risk of Non-Hodgkin's lymphoma?

13      A.  There's not any one substance that, across

14   multiple studies, has convincingly been implicated, so

15   the answer is no.

16      Q.  Okay.  Have you reviewed any of the raw data that

17   Dr. Tomasetti utilized as it relates to his 2017 paper?

18      A.  I have not reviewed the raw data, no.

19      Q.  Okay.  Do you have an understanding as to what

20   the calculation was that Dr. Tomasetti did in his 2017

21   paper?

22          MS. FRAZIER:  Objection to form.

23      A.  I have an understanding of the, the way that the

24   calculations were performed, but Dr. Tomasetti is a

25   biostatistician, so I, I, I leave the, I leave the depth

Willis Navarro, M.D.

1            NOTARY REPORTERS CERTIFICATE

2    STATE OF MINNESOTA

3            I, JESSE LEE ANDERS, a Notary Public, within and

4    for the County of Clay and State of MINNESOTA did hereby

5    certify:  That the afore-named witness was by me sworn

6    to testify the truth, the whole truth and nothing but

7    the truth.

8            That the foregoing one hundred and sixteen(116)

9    pages contain an accurate transcription of my shorthand

10   notes then and there taken.

11           I further certify that I am neither related to

12   any of the parties or counsel, nor interested in this

13   matter directly or indirectly.

14

15

16   _____

17   JESSE L. ANDERS

18   NOTARY PUBLIC

19

20   THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT

21   APPLY TO THE PRODUCTION OF THE SAME BY ANY MEANS, UNLESS

22   UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE

23   CERTIFYING STENOGRAPHER.

24

25   My commission expires:  Jan 31, 2024