Robin Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: (212) 558-5802
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Karen Delorme-Barton v. Monsanto,*<br>3:18-cv-01427-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF MONSANTO COMPANY'S PROPOSED EXPERT DR. ROBERT TARONE, PH.D.** |

**I, Robin L. Greenwald, declare and state:**

1. I am an attorney at Weitz & Luxenberg, P.C., attorney of record for Plaintiff. I submit this declaration in support of Plaintiff's Motion to Exclude the Opinions and Testimony of Monsanto Company's Proposed Expert Dr. Robert Tarone, Ph.D. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit I is a true and correct copy of an e-mail chain started by Bob Tarone to David Saltmiras, a Monsanto official concerning "glyphosate rodent review", dated Sept. 08, 2015, and Sept. 10, 2015.

3.  Annexed hereto as Exhibit J is a true and correct copy of an e-mail chain started by Bob Tarone to David Saltmiras, a Monsanto official concerning "glyphosate rodent review", dated Sept. 08, 2015, and Sept. 09, 2015.

4.  Annexed hereto as Exhibit K is a true and correct copy of an e-mail chain started by Bob Tarone to David Saltmiras, a Monsanto official concerning "glyphosate rodent review", dated Sept. 09, 2015, and Sept. 10, 2015.

Executed this 28th Day of July 2023.

Respectfully submitted,

By:  */s/ Robin L. Greenwald*
Robin L. Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: (212) 558-5802
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin Greenwald*