# EXHIBIT I

**From:** Bob Tarone [[ HYPERLINK ]
**Sent:** Thursday, September 10, 2015 8:39 AM
**To:** SALTMIRAS, DAVID A [AG/1000]
**Subject:** RE: glyphosate rodent review

David:

I'm on the way to Washington state to spend 10 days with my daughter and grandkids. I'll be back the 21st, but will basically be off the grid until then. The CEO of IEI and I met with a lawyer representing Monsanto yesterday to talk about how to deal with the IARC process, so whatever information I have has been passed on to the legal team.

As I told the lawyer, the way IARC dealt with the mouse studies in their report was, in my opinion, fraudulent. They emphasize the questionable small increase in renal tubule adenomas in male mice, and say that no data was given for females. Obviously they had the opportunity to get the female data, which showed (as you know) that there were no renal tubule tumors in females. Even worse, they totally ignore the renal tubule results in the second study they cite (instead emphasizing the sarcoma results). Again, as you no doubt know, the only renal tubule adenomas and carcinomas in the second study were in the control and low dose male groups. Thus there is absolutely no evidence that glyphosate causes renal tubule tumors in the CD-1 mouse if one does an scientifically valid combination of the results of the two experiments.

The way IARC treated glyphosate is unfathomable to me, but they will continue to defend their process no matter what arguments are made (see the 124-author defense of the IARC monograph process in Environmental Health Perspectives - last month I believe).

Bob


**From:** Bob Tarone
**Sent:** Tuesday, September 08, 2015 10:03 AM
**To:** 'david.a.saltmiras@monsanto.com'
**Subject:** glyphosate rodent review

Dear Dr. Saltmiras:

I have a couple of questions about the excellent Critical Reviews in Toxicology review on rodent studies of glyphosate. Mouse experiments 10 and 11 were the only studies IARC relied on in the monograph working group deliberations. I note in the table summarizing the mouse results the IARC monograph notes that no data on the female mouse kidney tumors were reported. I assume that means there were no kidney tumors to report, but I just want to verify that. I bought the review paper from informa, but was unable to access the supplementary data noted in the text of the review paper. If there is any way you can send me the supplementary files I would greatly appreciate it.

The second question I have relates to the sarcoma results highlighted in the IARC monograph from Mouse experiment 11. These tumors are not mentioned in your review, and I am curious why there weren't mentioned, and what you would say about them.

We have been in a long-standing debate with IARC about biases in their monograph working group. I have attached a commentary we wrote for Cancer Epidemiology, Biomarkers and Prevention that may

Confidential - Produced Subject to Protective Order

be of interest to you.  The statistical issues may not be of interest to you, but the last three paragraphs and the appendices relate to our debate with IARC.  Rather than respond to our commentary in CEBP, IARC chose to have 124 authors write an advertisement for IARC in the June 2015 issue of Environmental Health Perspectives. They don't want an honest debate.

Sincerely,

Bob Tarone

Confidential - Produced Subject to Protective Order