# EXHIBIT K

Message

| | |
|---|---|
| **From**: | KOCH, MICHAEL S [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=MSKOCH] |
| **Sent**: | 9/10/2015 1:57:28 PM |
| **To**: | SALTMIRAS, DAVID A [AG/1000] [david.a.saltmiras@monsanto.com]; FARMER, DONNA R [AG/1000] [donna.r.farmer@monsanto.com]; HEYDENS, WILLIAM F [AG/1000] [william.f.heydens@monsanto.com] |
| **Subject**: | RE: glyphosate rodent review |

Good stuff.

---

**From:** SALTMIRAS, DAVID A [AG/1000]
**Sent:** Thursday, September 10, 2015 8:56 AM
**To:** FARMER, DONNA R [AG/1000]; HEYDENS, WILLIAM F [AG/1000]; KOCH, MICHAEL S [AG/1000]
**Subject:** FW: glyphosate rodent review

FYI, interesting email exchanges with Bob Tarone regarding IARC.

*David Saltmiras, Ph.D., D.A.B.T.*
Science Fellow
Novel Chemistry and Microbials Product Lead
Toxicology and Nutrition Center
Monsanto
ph

---

**From:** Bob Tarone
**Sent:** Thursday, September 10, 2015 8:39 AM
**To:** SALTMIRAS, DAVID A [AG/1000]
**Subject:** RE: glyphosate rodent review

David:

I'm on the way to Washington state to spend 10 days with my daughter and grandkids. I'll be back the 21st, but will basically be off the grid until then. The CEO of IEI and I met with a lawyer representing Monsanto yesterday to talk about how to deal with the IARC process, so whatever information I have has been passed on to the legal team.

As I told the lawyer, the way IARC dealt with the mouse studies in their report was, in my opinion, fraudulent. They emphasize the questionable small increase in renal tubule adenomas in male mice, and say that no data was given for females. Obviously they had the opportunity to get the female data, which showed (as you know) that there were no renal tubule tumors in females. Even worse, they totally ignore the renal tubule results in the second study they cite (instead emphasizing the sarcoma results). Again, as you no doubt know, the only renal tubule adenomas and carcinomas in the second study were in the control and low dose male groups. Thus there is absolutely no evidence that glyphosate causes renal tubule tumors in the CD-1 mouse if one does an scientifically valid combination of the results of the two experiments.

The way IARC treated glyphosate is unfathomable to me, but they will continue to defend their process no matter what arguments are made (see the 124-author defense of the IARC monograph process in Environmental Health Perspectives - last month I believe).

Bob

---

**From:** SALTMIRAS, DAVID A [AG/1000] [david.a.saltmiras@monsanto.com]
**Sent:** Wednesday, September 09, 2015 5:39 PM
**To:** Bob Tarone

Confidential - Produced Subject to Protective Order

**Cc:** FARMER, DONNA R [AG/1000]
**Subject:** RE: glyphosate rodent review

Thank you Bob,

Yes, we concur with your overview on the epidemiology studies with each of their strengths & weaknesses. We also agree with you that there is not sufficient evidence in animals... as you are aware, the IARC panel opinion of the animal data as "sufficient evidence" is what drove the 2A categorization. Do you have any further thoughts on this or on the yet to be published IARC reviews on the other four pesticides in meeting 112?

Interestingly, in the attached IARC report, glyphosate was posted as a medium priority for IARC in April last year, and 2,4-D was not even listed, yet both were assigned to meetings 112 & 113 respectively. An epidemiology meta-analysis was published by IARC scientists around the same time, also attached, and leveraged to elevate glyphosate to a high priority. I'd be interested to hear your opinion on the Schinasi & Leon paper.

Regards,

*David Saltmiras, Ph.D., D.A.B.T.*
Science Fellow
Novel Chemistry and Microbials Product Lead
Toxicology and Nutrition Center
Monsanto
ph

---

**From:** Bob Tarone
**Sent:** Wednesday, September 09, 2015 3:54 PM
**To:** SALTMIRAS, DAVID A [AG/1000]
**Subject:** RE: glyphosate rodent review

Just saw your question about the epidemiology. The epidemiologic evidence is very weak. The only epidemiologic "evidence" for an association between glyphosate and NHL comes from population-based case-control studies, the weakest kind of study for investigating occupational or environmental exposures (because so few cases and controls are usually exposed to the agent in question). Furthermore, the investigator on most of the Swedish case-control studies, Hardell, is well known for producing greatly inflated risk estimates for whatever he investigates (e.g., phenoxy herbicides, chlorophenols, and cell phones/cordless phones). The prospective cohort study (the NCI Agricultural Health Study) is a much stronger study design, and all dose-response risk estimates for glyphosate and NHL are less than one.

Bob

This e-mail message may contain privileged and/or confidential information, and is
intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the
sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-
mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and
archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the
presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any
such code transmitted by or accompanying
this e-mail or any attachment.

```
The information contained in this email may be subject to the export control laws and
regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions
regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information
you are obligated to comply with all
applicable U.S. export laws and regulations.
```

Confidential - Produced Subject to Protective Order                                      MONGLY12102981-R

**Exhibit K Page 3**