Robin Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Karen Delorme-Barton v. Monsanto,* 3:18-cv-01427-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF MONSANTO COMPANY'S PROPOSED EXPERT DR. CRISTIAN TOMASETTI, PH.D.** |

**I, Robin L. Greenwald, declare and state:**

1. I am an attorney at Weitz & Luxenberg, P.C., attorney of record for Plaintiff. I submit this declaration in support of Plaintiff's Reply Motion to Exclude the Opinions and Testimony of Monsanto Company's Proposed Expert Dr. Cristian Tomasetti, Ph.D. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit U is a true and correct copy of excerpts from Deposition of Dr. Cristian Tomasetti, Ph.D. (June 30, 2023), *Barbara Allegrezza, et al. v. Monsanto,* No. 19SL-CC03421.

3. Annexed hereto as Exhibit V is a true and correct copy of excerpts from the Supplementary Materials for S*tem Cell divisions, Somatic Mutations, Cancer Etiology, and Cancer Prevention* (March 24, 2017).

4. Annexed hereto as Exhibit W is a true and correct copy of a scientific research report published by Derek Macallan, et al. (2005) in *The American Society of Hematology*.

5. Annexed hereto as Exhibit X is a true and correct copy of excerpts from Deposition of Dr. Cristian Tomasetti, Ph.D. (June 10, 2022), *Larry Johnson, et al. v. Monsanto*, No. 21CV10291.

6. Annexed hereto as Exhibit Y is a true and correct copy of excerpts from Deposition of Dr. Cristian Tomasetti, Ph.D. (Feb. 13, 2020), *Leroy Seitz, et al. v. Monsanto,* No. 1722-CC11325.

7. Annexed hereto as Exhibit Z is a true and correct copy of excerpts from Deposition of Dr. Cristian Tomasetti, Ph.D. (Sept. 13, 2021), *Daniel Jimenez, et al. v. Monsanto,* No. FCS056642.

8. Annexed hereto as Exhibit AA is a true and correct copy of excerpts from Trial Testimony of Dr. Cristian Tomasetti, Ph.D. (May 16, 2023), *Sharlean Gordon v. Monsanto,* No. 17SL-CC02721.

Executed this 28th Day of July 2023.

                                          Respectfully submitted,

By:    */s/ Robin L. Greenwald*
          Robin L. Greenwald (*Pro Hac Vice*)
          **WEITZ & LUXENBERG, P.C.**
          700 Broadway, Fifth Floor
          New York, NY 10003
          Telephone: 212-558-5802
          Facsimile: (212) 344-5461
          rgreenwald@weitzlux.com

          *Attorney for Plaintiff*

DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF DAUBERT MOTION TO EXCLUDE DR. CRISTIAN TOMASETTI, PH.D.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin Greenwald*
