# EXHIBIT V



www.sciencemag.org/content/355/6331/1330/suppl/DC1

# Supplementary Materials for

## Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention

Cristian Tomasetti,* Lu Li, Bert Vogelstein*

*Corresponding author. Email: ctomasetti@jhu.edu (C.T.); vogelbe@jhmi.edu (B.V.)

Published 24 March 2017, *Science* **355**, 1330 (2017)
DOI: 10.1126/science.aaf9011

**This PDF file includes:**

    Materials and Methods
    Figs. S1 and S2
    Captions for tables S1 to S6
    References

**Other Supplementary Materials for this manuscript includes the following:**
(available at www.sciencemag.org/content/355/6331/1330/suppl/DC1)

    Tables S1 to S6 (Excel)

Exhibit V Page 1

*Esophageal tissue estimates*. We updated our estimates of the lifetime number of stem cell divisions from those used in (*6*), which were based on mouse rather than from human esophageal tissues (*49*). The epithelial turnover rate of the healthy human esophagus is ~11 days (*50*). Additionally, 0.28% of the IdU-positive label retaining cells (LRC) were Ki67 positive when stained after 11 days (Fig. 6A of (*50*)). As the turnover is 11 days, 0.28% ·11= 3.08% of the cells in the basal layer of the esophagus are LRC and therefore assumed to be stem cells.

Relationship between environment and the lifetime number of stem cell divisions

It is important to point out that environmental factors have no effect on our estimates of the lifetime number of stem cell divisions. These estimates are exclusively determined by the average number of stem cell divisions that arise during normal development and growth in the lifetime of a healthy individual. The effects of environmental (E) and inherited (H) should be seen as multiplicative with respect to the replicative (R), as E and H either increase the number of stem cell divisions over and above the basal number plotted on the x-axis, or they increase the somatic mutation probability per cell division. It is possible, in theory, that the high correlation coefficients (rather than the x-axis values) could be partially attributable to environmental factors. For example, the larger the tissue, the more divisions and the more opportunities for environmental factors to increase cancer risk.

At present there is no evidence that a single E or H factor, or some combination of them, increases the risk for cancer of *each* tissue proportionally to its number of stem cell divisions. All known E and H factors increase the risk of cancer in only a subset of tissues, based on the nature of the exposure. For example, the effects of cigarette smoke and aristolochic acid are most pronounced in lung and kidney (*51, 52*). The new data presented in the main text, demonstrating that similar correlations are found among so many countries, despite the large differences in environmental factors present across the world, provide additional evidence that the correlations we observed are driven largely by the number of stem cell divisions and the associated R factor rather than by confounding environmental factors. However, we further tested the correlation between the total number of stem cells in a tissue and the proportion of cancer cases in that tissue that are attributable to environmental factors, and therefore preventable, in the following two ways.

First, the mutagen "content" after some types of radiation varies only ~2-fold among most major tissues and can be accurately quantified by radiation physics (*53*). Thus, the data on the effects of radiation following the atomic bombs on Hiroshima and Nagasaki provide a way to objectively determine whether environmental mutagens confer cancer risks across tissues that are correlated with the total number of cell divisions in that tissue. Among the cancer types included in a study of cancer risk in atomic bomb survivors (Table 11 of (*54*)), twelve corresponded to those for which the lifetime number of stem cell divisions could be estimated (*6*): head and neck, esophagus, colon, liver, gallbladder, pancreas, lung, non-melanoma skin, brain, thyroid, female breast, and prostate. No significant correlation between the lifetime number of stem cell divisions and the excess relative rate of cancer risk (ERR) (Pearson's r= 0.10, P=0.75; Spearman's