# EXHIBIT X




```
         IN THE CIRCUIT COURT OF THE STATE OF
              OREGON FOR JACKSON COUNTY
```

LARRY JOHNSON and GAYLE JOHNSON,

    Plaintiffs,

v.

MONSANTO COMPANY, a corporation; EAGLE POINT HARDWARE, LLC, a corporation,

    Defendants.
_____

**TRANSCRIPT OF**

**JURY TRIAL - DAY THIRTEEN**

**HELD ON**
**FRIDAY, JUNE 10, 2022**
**9:36 A.M.**

**BEFORE**
**THE HONORABLE CHARLES KOCHLACS**

**JACKSON COUNTY CIRCUIT COURTHOUSE**
**100 SOUTH OAKDALE AVENUE**
**MEDFORD, OREGON 97501**

Exhibit X Page 1

```
 1  APPEARANCES
 2
 3  For the Plaintiffs:
 4  James Orr, Esquire
 5  HEYGOOD ORR & PEARSON
 6  6363 North State Highway 161, Suite 450
 7  Irving, TX 75038
 8  (214) 237-9001
 9  (214) 237-9002 Fax
10  jim@hop-law.com
11
12  David Linthorst
13  ANDERSEN MORSE & LINTHORST
14  1730 East McAndrews, Suite A
15  Medford, OR 97504
16  (541) 773-7000
17  (541) 608-0535 Fax
18  david@andersenlaw.com
19
20
21
22
23
24
25
```

```
 1                  APPEARANCES CONTINUED
 2
 3  Kimberly Loutey, Esquire
 4  KIRKENDALL DWYER
 5  4343 Sigma Road, Suite 200
 6  Dallas, TX 75244
 7  (877) 503-1595
 8
 9  For the Defendants:
10  Frederic Norris, Esquire
11  Jennifer Lee, Esquire
12  HUSCH BLACKWELL, LLP
13  1999 Harrison Street, Suite 700
14  Oakland, CA 94612
15  (510) 768-0650
16  (510) 768-0651 Fax
17  rick.norris@huschblackwell.com
18  jennifer.lee@huschblackwell.com
19
20
21
22
23
24
25
```



Exhibit X Page 3

|    |                                          |
|----|------------------------------------------|
| 1  | **APPEARANCES CONTINUED**                |
| 2  |                                          |
| 3  | Kurt Mathas, Esquire                     |
| 4  | George Lombardi, Esquire                 |
| 5  | **WINSTON & STRAWN, LLP**                |
| 6  | 35 West Wacker Drive                     |
| 7  | Chicago, IL 60601                        |
| 8  | (312) 558-5600                           |
| 9  | (312) 558-5700 Fax                       |
| 10 | kmathas@winston.com                      |
| 11 |                                          |
| 12 | Dominic Campanella, Esquire              |
| 13 | **BROPHY SCHMOR, LLP**                   |
| 14 | 201 West Main Street, 5th Floor          |
| 15 | Medford, OR 97501                        |
| 16 | (541) 772-7123                           |
| 17 | (541) 772-7249 Fax                       |
| 18 | dcampanella@brophylegal.com              |
| 19 |                                          |
| 20 |                                          |
| 21 |                                          |
| 22 |                                          |
| 23 |                                          |
| 24 |                                          |
| 25 |                                          |



```
 1                  APPEARANCES CONTINUED
 2
 3   Alex Whitworth, Esqiuire
 4   BRYAN CAVE
 5   120 Broadway, Suite 300
 6   Santa Monica, CA 90401
 7   (310) 576-2100
 8   (310) 576-2200 Fax
 9   alex.whitworth@bryancave.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                              INDEX
 2                                                          Page
 3  CRISTIAN TOMASETTI
 4
 5  DIRECT EXAMINATION BY MR. LOMBARDI                       1635
 6
 7  CROSS-EXAMINATION BY MR. ORR                             1728
 8
 9  REDIRECT EXAMINATION BY MR. LOMBARDI                     1840
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

NAEGELI DEPOSITION & TRIAL   (800)528-3335   NAEGELIUSA.COM

Exhibit X Page 6

```
 1                        EXHIBITS
 2  No.  Description              Offered       Admitted
 3
 4                         (NONE MARKED)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

NAEGELI DEPOSITION & TRIAL    (800)528-3335    NAEGELIUSA.COM

Exhibit X Page 7

```
 1  one towards you, please.
 2      Q.   (BY MR. ORR)  Okay.  Please -- what is --
 3  what number did you put in for the R?
 4      A.   So, first of all, let me explain what R
 5  is, otherwise it doesn't -- so R, we can -- maybe
 6  everyone is more familiar with this terminology, RR,
 7  relative risk.  So I'm looking at one -- I have to
 8  do it for every single exposure.  Okay?  So for
 9  every exposure, if there is an exposure that causes
10  an increase in cancer, then that is called relative
11  risk in epidemiology.  It means by how much it
12  increases the risk of cancer.  Okay?
13      Q.   So my question is, so the RR, that's what
14  you're solving for, right?  The RR is the answer,
15  right?
16      A.   No.  Wrong.
17      Q.   That's what you're trying to figure out?
18      A.   I know it's a bit confusing, but I know in
19  general the equations, you would like to see this as
20  the result.  In this case, actually, the interesting
21  part is I can use that and I can use the fact that I
22  know N and X to estimate C.  And C is what you are
23  asking me.
24      Q.   Okay.  So you put in a number for RR to do
25  this calculation?
```



1   A.   I put a number for R, I put a number for
2   N, I put a number for X, and that will tell me what
3   is the C that solves this equation.
4   **Q.   And what number did you put in for RR for**
5   **NHL?**
6   A.   So for every exposure that was listed as
7   an environmental exposure for NHL -- I actually
8   looked at the paper to go and see what was exactly -
9   - there is a relative risk, which is estimated by
10  SEER dataset or -- actually, in this case, maybe it
11  was UK Cancer Research database.  So that's given to
12  me from the largest study of the most well-
13  established epidemiologist in the world.
14  **Q.   I found that -- I was questioning that**
15  **this morning when Mr. Lombardi was asking you**
16  **questions.  You said you pulled the data from SEER.**
17  **But the data for your calculations, you actually**
18  **pulled it from Cancer Research UK, correct?**
19  A.   So it depends on which paper.  It gets to
20  be confusing, yeah.  There are some papers where I
21  did SEER and some papers where it's Cancer Research.
22  They are very similar. Depending on the type of
23  studies, some have more information than the other,
24  and so I may use the American and sometimes the UK
25  one.



1  Q.  And so what did you plug in for -- so you
2  said you got the information from Cancer Research UK
3  for RR; is that right?
4  A.  Right.
5  Q.  And so what -- what number did you get
6  from Cancer Research UK?
7  A.  I have to look at the tables for the
8  paper.  It's there.
9  Q.  But the number -- what did it -- what was
10 the number? Not like whether it was one, two, or
11 three.  What did it represent?  One, two, three, of
12 what?
13         MR. LOMBARDI:  Object to the form of the
14 question.
15         THE COURT:  Overruled.
16         THE WITNESS:  It's risk.  Right?
17  Q.  (BY MR. ORR)  Risk?
18  A.  It's the -- so, okay, just to understand
19 what RR means, if I am a normal individual with no
20 exposure, then the number is one.
21         MR. ORR:  Your Honor, objection.
22 Nonresponsive.
23         MR. LOMBARDI:  Your Honor, he's trying to
24 answer the question.
25         THE COURT:  This is becoming chaotic.  So

```
 1       A.   Just to -- can I say something to
 2  facilitate you? Because I think it would help?
 3       Q.   Sure.
 4       A.   Can we -- from this equation, I can make
 5  it even simpler and eliminate the X.  It's actually
 6  all the C to the N. How about that?  So then we
 7  don't even worry about how well X was estimated.  So
 8  just C to the N would be proportional to R.
 9       Q.   If you were doing a calculation for lung
10  cancer, you'd use the same background mutation rate,
11  correct?
12       A.   Again, yes.  The reality is that we don't
13  need it. So we didn't even use X in the equation.
14  This is the general equation to understand why you
15  can have that result.  But then in the actual
16  calculation, it's easy to show mathematically that
17  you don't need X.  You just use C to the N.
18       Q.   And liver cancer, you would use the same
19  background mutation rate?
20       A.   Again, I didn't actually use the mutation
21  rate in the calculation.  If you're talking about
22  the equation, it's there. But then in the actual
23  calculation, it's just enough to use C to the N.
24       Q.   So you didn't use the background mutation
25  rate in the calculation?
```



```
 1        A.   No.  In the actual calculation, you don't
 2   even need that.
 3        Q.   And so then this isn't the formula that
 4   you used to calculate the 3.9 percent for NHL?
 5        A.   It is.
 6        Q.   It hasn't -- you said the background
 7   mutation rate was -- was that C or X?
 8        A.   X.
 9        Q.   So you did use the background mutation
10   rate or you didn't?  I'm confused?
11        A.   So this is the equation where I was going
12   to explain how it works and it's the full equation.
13   But then when you have to estimate C, you don't
14   really need X.  And I can show you why.  But the key
15   part is that when you look at R, there is a tilde
16   sign.  It's not equal.  If it was equal, then the
17   equation wouldn't hold just for C.  But tilde means
18   that it's proportional to.
19        Q.   So if you take out X, then you pretty much
20   just have C equals RR?
21        A.   C to the N is proportional to R, yes.
22        Q.   And C stands for what, again?
23        A.   C is the increase in mutation rate that
24   you would -- that you would observe due to the
25   exposure.  So like in smoking, C would be 3 or 4,
```



```
 1                    REPORTER CERTIFICATION

 2            I, PHOEBE S. MOORHEAD, Registered Professional

 3   Reporter, do hereby certify:

 4            That the foregoing proceedings were taken before me

 5   at the time and place set forth herein and were taken down by

 6   me in shorthand and thereafter transcribed into typewriting

 7   under my direction and supervision;

 8            That the foregoing pages contain a true and

 9   correct transcription of my said shorthand notes so taken.

10            I FURTHER CERTIFY that I am neither counsel for nor

11   related to any party to said action nor in anywise interested

12   in the outcome thereof.

13            Certified and dated this 11th day of June, 2022.

14

15

16
                     _____
17
                     PHOEBE S. MOORHEAD, RPR, CRR
18                   Certified Shorthand Reporter
                     for the State of Utah
19
```

Exhibit X Page 13