# EXHIBIT Y

```
 1      IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2                    STATE OF MISSOURI
 3
 4    LEROY SEITZ, et al.,          )   Case No.
 5           Plaintiffs,            )   1722-CC11325
 6       v.                         )
 7    MONSANTO COMPANY,             )
 8           Defendant.             )
 9    _____)
10
11              VIDEOTAPED DEPOSITION OF
12               CRISTIAN TOMASETTI, PH.D.
13
14                  February 13, 2020
15                     9:05 a.m.
16
17       Nelson Mullins Riley & Scarborough LLP
18         100 S. Charles Street, Suite 1600
19                  Baltimore, Maryland
20
21
22
23    Reported By:  Lori J. Goodin, RPR, CLR, CRR, RSA
24              California CSR #13959
25    Assignment Number:  237497
```

Cristian Tomasetti, Ph.D.

 1                APPEARANCES OF COUNSEL

 2

 3   On Behalf of Plaintiffs:

 4       WEITZ & LUXENBERG, P.C.

 5       JERRY KRISTAL, ESQUIRE

 6       700 Broadway, 5th Floor

 7       New York, New York  10003

 8       212-558-5500

 9       jkristal@weitzlux.com

10

11   On Behalf of the Defendant and the Witness:

12       GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP

13       EMMA C. ROSS, ESQUIRE

14       200 South Wacker Drive, 22nd Floor

15       Chicago, Illinois  60606

16       312-881-5952

17       eross@goldmanismail.com

18

19

20

21

22

23

24

25

Cristian Tomasetti, Ph.D.

1          APPEARANCES (CONTINUED)

2

3   On Behalf of the Defendant:

4      NELSON MULLINS RILEY & SCARBOROUGH LLP

5      MICHAEL W. HOGUE, ESQUIRE

6      100 S. Charles Street, Suite 1600

7      Baltimore, Maryland  21201

8      443-392-9400

9      michael.hogue@nelsonmullins.com

10

11

12  ALSO PRESENT:

13     David Kroniger, Videographer

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                INDEX OF EXAMINATION
 2
 3   WITNESS:  CRISTIAN TOMASETTI, PH.D.
 4   EXAMINATION                              PAGE
 5   By Mr. Kristal                              7
 6   By Ms. Ross                               300
 7   By Mr. Kristal                            306
 8                 INDEX OF EXHIBITS
 9   TOMASETTI
10   Exhibit         Description              Page
11   Exhibit 1    Materials considered list     42
12   Exhibit 2    Supplemental materials
13                reviewed list, 2/13/20        81
14   Exhibit 3    Dr. Tomasetti's invoices,
15                11/8/19, 12/9/19, and 2/4/20  86
16   Exhibit 4    Portier, et al., article,
17                5/3/16                       102
18   Exhibit 5    Zhang, et al.,
19                2019 meta-analysis           109
20   Exhibit 6    Minority Staff Report, 2/6/18 115
21   Exhibit 7    Hardeman vs. Monsanto        149
22   Exhibit 8    Pilliod vs. Monsanto         162
23   Exhibit 9    Monsanto Study, 10/24/83     179
24   Exhibit 10   Kang, et al., 2008 study     186
25   Exhibit 11   Prasad, et al. 2009 article  209
```

Cristian Tomasetti, Ph.D.

1              INDEX OF EXHIBITS (CONTINUED)

2    TOMASETTI

3    Exhibit           Description                  Page

4    Exhibit 12   Wang, et al, 2019 article          231

5    Exhibit 13   Tomasetti and Vogelstein

6                 2015 article                       245

7    Exhibit 14   Q&A to Tomasetti and

8                 Vogelstein 2015 article            252

9    Exhibit 15   YouTube screenshot about

10                Tomasetti and Vogelstein

11                2017 article                       261

12   Exhibit 16   Critiques of Tomasetti and

13                Vogelstein 2015 article,

14                and Dr. Tomasetti's response       266

15   Exhibit 17   Sornett and Favre critiques        273

16   Exhibit 18   Yong article                       276

17   Exhibit 19   Dr. Tomasetti's transcript

18                from 2017 press conference         284

19   Exhibit 20   Notice of Deposition               288

20

21

22

23

24

25

1    A.    As I said, I would have to look at
2  the actual paper to answer that question.
3    Q.    Okay.
4    A.    And also the other one I was
5  mentioning before.
6    Q.    Pazmino?
7    A.    It was with a P.  Yes, Pazmino --
8  well, no.  Maybe Pazmino.  I don't remember.  I
9  have to look at those papers.
10    Q.    Okay.  And, B cells and T cells are
11  the cells from which non-Hodgkin lymphoma
12  comes -- comes from?
13    A.    So, there are various types of
14  non-Hodgkin lymphoma.  I'm not -- you know, I
15  cannot -- there are several types.
16          Certainly B cells.  So, diffuse
17  large B cells.  It is a type from which -- I
18  mean, so B cells is definitely a type from which
19  you can get NHL.
20          And, I believe T cells, too.
21    Q.    You are not sure of T cells?
22    A.    But, I have to -- let's see.  Yes,
23  right now before -- you know, it is amazing how
24  much you, in this type of situation, you don't --
25  yes, I would have to double-check to confirm.

1       Q.   Okay.

2       A.   I believe so, but I will have to

3 double-check.

4       Q.   Other than diffuse large B-cell

5 lymphoma, which is derived from B cells, what

6 other subtypes of non-Hodgkin lymphoma are there?

7         MS. ROSS:  Object to the form of the

8   question.

9 BY MR. KRISTAL:

10      Q.   Well, strike that.

11         Do you believe there are other

12 subtypes of lymphoma other than diffuse large

13 B-cell?

14      A.   Yes, of course.  There are a few.

15 As I said, they are listed in almost every single

16 paper on human studies that I have reviewed.

17         I don't keep them, you know, in

18 my -- for example, follicular lymphoma is one of

19 them.  Some papers cite, what is that, SLL.  I

20 believe it is SLL.  And CLL.

21      Q.   But they all derive -- I'm sorry.

22      A.   From lymphatic leukemia, yes.

23      Q.   Those all derive from B cells,

24 correct?

25      A.   Oh, I'm not saying that.  What I

1  said before is that the NHL certainly derives

2  from B cells.  And almost certainly, but I would

3  have to double-check from some T cells.

4              But, again, I would have to

5  double-check that.  And there are several types.

6                  (Tomasetti Exhibit Number 9

7                   marked for identification.)

8  BY MR. KRISTAL:

9       Q.    I'm going to mark as Exhibit 9.

10 This is a 1983 Monsanto study.  The study

11 director is Ridley, R-I-D-L-E-Y.  It is dated

12 October 24th, 1983.

13              And it is entitled A Study of the

14 Plasma and Bone Marrow Levels of Glyphosate

15 Following Intraperitoneal Administration in the

16 Rat.  Do you see that?

17      A.    Yes.

18      Q.    Have you seen this before?

19      A.    I don't remember, but I don't

20 think so.

21      Q.    It is certainly not on your list,

22 correct?

23      A.    Yeah, it is not.

24      Q.    If you take a minute to look at it,

25 but I'm really going to just ask you about the

 1                CERTIFICATE OF COURT REPORTER

 2    STATE OF MARYLAND          )

 3    COUNTY OF ANNE ARUNDEL     )

 4              I, LORI J. GOODIN, the reporter before

 5    whom the foregoing deposition was taken, do

 6    hereby certify that the witness whose testimony

 7    appears in the foregoing deposition was sworn by

 8    me; that the testimony of said witness was taken

 9    by me in machine shorthand and thereafter

10    transcribed by computer-aided transcription; that

11    said deposition is a true record of the testimony

12    given by said witness; that I am neither counsel

13    for, related to, nor employed by any of the

14    parties to the action in which this deposition

15    was taken; and, further, that I am not a relative

16    or employee of any attorney or counsel employed by

17    the parties hereto, or financially or otherwise

18    interested in the outcome of this action.

19

20              _____

21                     LORI J. GOODIN

22                Notary Public in and for the

23                State of Maryland

24    My Commission expires:

25    August 2, 2021