# EXHIBIT Z

```
 1      IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2               FOR THE COUNTY OF SOLANO

 3   ----------------------------------x

 4   DANIEL JIMENEZ, et al.,              :

 5              Plaintiffs,      : Case No.:

 6         vs.                   : FCS056642

 7   MONSANTO COMPANY, et al.,            :

 8              Defendants.      :

 9   ----------------------------------x

10

11       VIDEOTAPED DEPOSITION OF CRISTIAN TOMASETTI

12               Via Remote Videoconference

13               Monday, September 13, 2021

14                    9:16 a.m. EST

15

16          Videotaped deposition of CRISTIAN

17   TOMASETTI, Ph.D. was held remotely via Zoom

18   Videoconference, commencing at 9:16 a.m. EST, on

19   Monday, September 13, 2021, and taken down

20   stenographically by Elizabeth Mingione, Registered

21   Professional Reporter and Electronic Notary Public

22   for the Commonwealth of Virginia.

23

24   Job No.:  107750

25   Pages:  1 - 280
```

Cristian Tomasetti, Ph.D.

```
 1   A P P E A R A N C E S  O F  C O U N S E L:

 2   ON BEHALF OF THE PLAINTIFFS:

 3            James C. Orr, Jr, Esquire

 4            Charles W. Miller, Esquire

 5            HEYGOOD, ORR & PEARSON

 6            6363 North State Highway 161, Suite 450

 7            Irving, Texas 75038

 8            (214) 237-9001

 9            Charles@hop-law.com

10            Jim@hop-law.com

11                  AND

12            Karen Barth Menzies, Esquire

13            GIBBS LAW GROUP, LLP

14            505 14th Street, Suite 1110

15            Oakland, California 94612

16            (510) 350-9700

17            Kbm@classlawgroup.com

18

19   ON BEHALF OF MONSANTO COMPANY, DEFENDANT:

20            Katherine B. Farkas, Esquire

21            WINSTON & STRAWN, LLP

22            333 South Grand Avenue, 38th Floor

23            Los Angeles, California 90071-1543

24            (213) 615-1991

25            Kfarkas@winston.com
```

```
 1                       AND
 2          Nasir Hussain, Esquire
 3          WINSTON & STRAWN, LLP
 4          35 W. Wacker Drive
 5          Chicago, Illinois 60601-9703
 6          (312) 558-3761
 7          Nhussain@winston.com
 8                       AND
 9          tho
10          GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM, LLP
11          200 South Wacker Drive, 22nd Floor
12          Chicago, Illinois 60606
13          Eross@goldmanismail.com
14          (312) 881-5952
15
16            A L S O   P R E S E N T
17            Carrie Howard, Videographer
18
19
20
21
22
23
24
25
```

Cristian Tomasetti, Ph.D.

```
 1                    C O N T E N T S

 2            WITNESS:  CRISTIAN TOMASETTI, Ph.D.

 3   EXAMINATION BY:                                   PAGE

 4   Mr. Orr ..................................   6

 5

 6                        *    *    *

 7

 8                  DEPOSITION EXHIBITS

 9                   CRISTIAN TOMASETTI

10    NUMBER         DESCRIPTION                       PAGE

11    Exhibit 1   List of Documents Reviewed            24

12    Exhibit 2   Swartz Presentation                   71

13    Exhibit 3   Gillezeau Paper                       71

14    Exhibit 4   Wozniak Study                        137

15    Exhibit 5   Hao Study                            186

16    Exhibit 6   Tomasetti Report                     210

17    Exhibit 7   Invoices                             216

18    Exhibit 8   Tomasetti Research Article:  Half or

19         More of the Somatic Mutations...            264

20

21

22           (Exhibits Attached to Transcript)

23

24

25
```

1      A.    I have -- I have to -- I have to check for
2   AML.  I -- I honestly cannot make a statement for
3   sure.  I haven't -- I haven't looked at AML risk
4   factors like, you know, in the last few days.  So I
5   -- I work with factors all the time, and there are so
6   many and for so many cancer types that it's
7   complicated to remember which one is for which
8   sometimes, but I wouldn't -- I wouldn't be surprised
9   if I think -- I would expect radiation to be a risk
10  factor for both.
11     Q.    And is that because it can produce DNA
12  damage in a stem cell before it decides what it wants
13  to be when it grows up?
14     A.    That's -- that's certainly a way, again, I
15  don't like the grow up part of the question, but that
16  is certainly a way in which radiation can contribute
17  to a cancer which is by -- by causing the damage in a
18  stem cell.
19     Q.    Before it decides what it's going to be, a
20  myeloid or a lymphoid cell, correct?
21     A.    Right.  Right.  By definition, if it's a
22  stem cell, it cannot have a radiation differentiated
23  cell.  Yeah.
24     Q.    And you can have damage to a stem cell
25  before it has committed to becoming a myeloid cell or

1  a lymphoid cell.  And then after the damage occurs,
2  then it becomes committed to one or the other.  And
3  depending on which direction it goes, that determines
4  whether it's going to be a lymphoid leukemia or a
5  myeloid leukemia, correct?
6        A.    That is a possibility.  You are making the
7  case where a stem cell ends up differentiating one of
8  the two lineages, so either myeloid or lymphoids.
9  Another possibility which is very similar to what you
10 just said is that this stem cell creates a
11 progenitor, a daughter cell, okay, slightly -- like
12 in the first step toward maturation, to -- toward
13 differentiation.  And this progenitor decide carrying
14 this damage, decides to become a lymphoid or a
15 myeloid, you know, cell, also -- or go in that
16 direction.
17            There is -- but there is a very important
18 thing to keep in mind, which is that it's possible
19 for a stem cell to contain a mutation and have in
20 both lineages, but then cancer shows up only on one
21 site.
22       Q.    Explain how that happens?
23       A.    Very simple.  For example, when you look
24 at carrier of BRCA mutations, the -- the carrier of
25 the BRCA mutation would typically develop -- or it's

1  a higher risk of developing breast cancer, ovarian
2  cancer, and potentially a few others, but not the
3  case for many other cancer types while every single
4  cell in the body of that patient essentially has the
5  same BRCA mutation.
6          And so it is -- it depends on the tissue,
7  because tissue use genes in different ways.  And so
8  something that can be very deleterious for one type
9  of tissue or one type of lineage may not necessarily
10 be deleterious to another type of lineage.
11         And, by the way, I want to make clear this
12 is -- I'm talking about stem cells because I think
13 that's the most natural place where to think in terms
14 of where the damage occurs, but of course this can
15 happen at the progenitor level too.  It doesn't have
16 to be necessarily a stem cell.
17         And if it's a progenitor on the lymphoid
18 side, then it's already decided that's a lymphoid,
19 that is can only become a lymphoid cancer.
20     Q.    Once a stem cell produces a progenitor
21 cell, is it already committed to either being myeloid
22 or lymphoid, or can you have progenitor cells that
23 are still early to where they haven't decided which
24 way to go yet?
25     A.    Right.  So there I would have -- I would

 1  have to review the literature to give you a -- a
 2  statement close to -- close to certainty.
 3           For what I remember, the -- it all depends
 4  on the definition of what is a stem cell and a
 5  progenitor.  It's easy to put these labels on cells,
 6  then in reality we have to use markers the same for
 7  each one of these types.  And there are many types of
 8  these cells.  There are in the literature sometimes
 9  still it's not clear what should be defined with --
10  as the most primitive stem cell and how many types
11  there are.
12           So I think it's a delicate -- it's a
13  delicate situation where I think it's not so easy to
14  make a clear statement.
15      Q.   Am I correct that stem cells sometimes
16  divide and create other stem cells, right?
17      A.   Absolutely.
18      Q.   And so you could have a stem cell that
19  suffers DNA damage, and then it divides and -- and
20  results in two stem cells that both have the DNA
21  damage?
22      A.   Correct.
23      Q.   And then either one of those stem cells
24  with DNA damage could produce a myeloid or lymphoid
25  progenitor cell that also has the DNA damage?

```
 1                  C E R T I F I C A T E

 2    UNITED STATES OF AMERICA   )

 3                               ss:

 4    COMMONWEALTH OF VIRGINIA   )

 5              I, ELIZABETH MINGIONE, Notary Public

 6    within and for the Commonwealth of Virginia do hereby

 7    certify:

 8              That the witness whose deposition is

 9    hereinbefore set forth was duly sworn, and that the

10    within transcript is a true record of the testimony

11    given by such witness.

12              I further certify that I am not related to

13    any of the parties to this action by blood or

14    marriage and that I am in no way interested in the

15    outcome of this matter.

16              IN WITNESS WHEREOF, I have hereunto set my

17    hand this 24th day of September, 2021.

18

19                              _____

20    Notary Registration No. 104119

21    My Commission Expires:

22    May 31, 2023

23

24

25
```