# EXHIBIT AA

```
       IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
           TWENTY-FIRST JUDICIAL CIRCUIT, DIVISION 1
                     Honorable Brian H. May

SHARLEAN GORDON,              )
                              )
           Plaintiff,         )
                              )
vs.                           ) Cause No. 17SL-CC02721
                              )
MONSANTO COMPANY,             )
                              )
           Defendant.         )
========================================================
                       May 16, 2023
                  Transcript of Proceedings
========================================================

For the Plaintiff:            For the Defendant:

Mike Pendell                  Tim Larkin
Fidelma Fitzpatrick           Kat Hacker
Aimee Wagstaff                Chris Miller
Benjamin Gillig               Mark Ouweleen
Chelsea Monroe                Lindley Brenza
Alexis Lilly                  Reid Bolton
Lance Oliver                  Dawson Robinson
Jack Garvey                   Tim Hasken
                              Erik Hansell
                              Dominique Savinelli




Special Master:  Robert Blitz








                        Reported by:
            Julie L. Bloome, CCR #1496, RPR
                  Official Court Reporter
           Twenty-First Judicial Circuit, Division 1
                       (314) 615-2688
```

1  the scientific literature?
2      A.   Oh, those are well known.  In fact, this
3  is data that we took from, you know, the sources that
4  we cited.  It wasn't -- We didn't make that list.
5      Q.   And what sources did you rely on for that?
6      A.   The main source for this analysis was
7  actually coming from England, greater than United
8  States, just because they had a better database at
9  that time in terms of ability to use that information
10 to put that in the calculations.  And so it was
11 Cancer Research UK, which is considered the
12 equivalent -- or the major funding source for cancer
13 research in England.  You can think of the equivalent
14 in the sense of NIH, the National Institute of Health
15 in the United States.
16     Q.   Let's just make sure that it's absolutely
17 clear what the percentages you calculated and the
18 data we see here are talking about.  Are these the
19 percentages of mutations that lead to non-Hodgkin
20 lymphoma and these other types of cancer, or the
21 percentage of cases of these type of cancer that are
22 driven by replication errors and the other factors?
23     A.   Yeah, these are the proportions of
24 mutations that are found in this cancers.  They are
25 due to this different causes.  It's not a proportion

1  of cases.  But there is, of course, an important
2  relationship.
3        Q.   And what is that important relationship?
4        A.   Well, I think it's very intuitive.  And if
5  you don't look at the mathematical relationship to
6  understand that if there is a very small proportion
7  of mutations that, say, is due to the environment
8  associated with those cancers, then the proportion of
9  cancer cases that can be explained by the environment
10 must also be small.  It cannot be large since the
11 mutations that cause those cancers is a small
12 proportion.
13       Q.   Have other researchers or institutions
14 published data on the percentage of non-Hodgkin
15 lymphoma cases caused by environmental factors?
16       A.   Yes.
17       Q.   Can you give us some examples?
18       A.   If I believe correctly, at that time -- In
19 fact, we used that publication, I think by Parkin,
20 but the Cancer Research UK.  And, you know, even our,
21 I think it was about 8 percent.  Eight percent of
22 cases could be attributable to the environment.  So
23 that was in -- Well, this paper was in 2017.  I think
24 that those publications were from 2011, so a few
25 years earlier.

Reporter's Certificate

I, Julie L. Bloome, a Certified Court Reporter, hereby certify that I was the official court reporter for Division 1 of the Circuit Court of the County of St. Louis, State of Missouri; that on the 16th day of May, 2023, I was present and reported all the proceedings had in the case of Sharlean Gordon, Plaintiff, versus Monsanto Company, Defendant, Cause No. 17SL-CC02721; and I further certify that the foregoing pages contain a true and accurate reproduction of the proceedings had on that date.

/s/ Julie L. Bloome_____

Julie L. Bloome, CCR #1496, RPR
Official Court Reporter
Twenty-First Judicial Circuit, Division 1
(314) 615-2688