1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:       jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                       UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
   | This document relates to: | |
   | *Garry Gilbert v. Monsanto Co.*, Case No. 3:23-cv-03124-VC | |

### **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  July 31, 2023            Respectfully submitted,

            SHOOK, HARDY & BACON L.L.P.

            BY: */s/ Jennise W. Stubbs*
              Jennise W. Stubbs
              600 Travis Street, Suite 3400
              Houston, TX 77002-2926
              Telephone:   (713) 227-8008
              Facsimile:    (713) 227-9508
              Email:           jstubbs@shb.com

            *Attorneys for Defendant*
            *MONSANTO COMPANY*

## **CERTIFICATE OF SERVICE**

I certify that on the 31th day of April, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

            */s/Jennise W. Stubbs*
            Jennise W. Stubbs