1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:    (713) 227-8008
   Facsimile:    (713) 227-9508
4  Email:         jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                 UNITED STATES DISTRICT COURT

7                NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
   | LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
9
10 | This document relates to: |
11 | *Michael Briggs v. Monsanto Co.*, |
   | Case No. 3:23-cv-03156-VC |
12

13

14     **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16  ("Monsanto") makes the following disclosures:

17          1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18          2.      Bayer AG is a publicly held corporation.

19

20

21

22

23

24

25

26

27

28

DATED:  July 31, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone:   (713) 227-8008
    Facsimile:    (713) 227-9508
    Email:         jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 31th day of April, 2023, I electronically transmitted the foregoing MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs