**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. MDL No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: <br><br> *Mark Stackhouse v. Monsanto Company* <br> Case No: 3:21-cv-02908-VC | VINCE CHHABRIA <br> U.S. DISTRICT JUDGE |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE 6-D**

Plaintiff Mark Stackhouse, Executor of the Estate of Walter Stackhouse – without opposition from Defendant Monsanto Company – respectfully requests the Court move this case from Wave 6-D to Wave 7-D:

1.  Mr. Stackhouse's case is currently included in Wave 6-D.

2.  Mindful of the deadlines pertaining to Wave 6-D, the parties have exchanged discovery, the property involved has been inspected by the defense, and the depositions of the Plaintiff and of the Plaintiff's father's oncologist have been completed.

3.  Counsel for Plaintiff met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later wave and Monsanto does not oppose this request.

Therefore, Plaintiff Mark Stackhouse, Executor of the Estate of Walter Stackhouse, without opposition from Defendant Monsanto Company, respectfully requests that the Court move this case from Wave 6-D to Wave 7-D.

DATED:     August 2, 2023         Respectfully submitted,

/s/ *Margaret M. Murray*
Margaret M. Murray (Ohio Bar No. 0066633)
mmm@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky OH  44870
Telephone: (419) 624-3000
Direct Dial: (419) 624-3128
Facsimile: (419) 624-0707

Attorney for Plaintiff, Mark Stackhouse

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

/s/ *Margaret M. Murray*
Margaret M. Murray (Ohio Bar No. 0066633)
mmm@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.

Attorney for Plaintiff, Mark Stackhouse