# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741** |
| | **Case No. MDL No. 3:16-md-02741-VC** |
| **THIS DOCUMENT RELATES TO:** | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE 7-D** |
| *Mark Stackhouse v. Monsanto Company* Case No: 3:21-cv-02908-VC | |

The parties' consent motion to move the case from Wave 6-D to Wave 7-D is granted.

**IT IS SO ORDERED.**

This _____ day of _____, 2023.

_____