UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

Case No. 16-MD-2741-VC

THIS DOCUMENT RELATES TO

Bundy v. Monsanto, et al. 20-cv-06345-VC
_____ /

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

Plaintiff Robert Bundy, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI to Wave VII.

1. Mr. Bundy's case is part of Wave VI.
2. Plaintiff has responded to Defendant's discovery, the property involved has been inspected by the defense, and the depositions of Plaintiff and his oncologist have been timely completed. Despite the diligent efforts of the parties additional time is needed to complete discovery.
3. Counsel for Plaintiff met and conferred with Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Robert Bundy without opposition from Defendant Monsanto Company, respectfully request the Court move his case from Wave VI to Wave VII.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on August 2, 2023, and was provided via e-service to Anthony N. Upshaw, Esq. and Melissa R. Alvarez, Esq., McDermott

01773642-1

Will & Emery, LLP 333 SE 2nd Avenue, Suite 4500, Miami, FL 33131 (aupshaw@mwe.com) and (malvarez@mwe.com) and Joe G. Hollingsworth, Esq., Hollingsworth LLP, 1350 I Street N.W., Washington, D.C. 20005 (jhollingsworth@hollingsworthllp.com) and Anthony R. Martinez, Esq., Shook, Hardy & Bacon, L.L.P., 2555 Grand Blvd., Kansas City, MO 64108 (amartinez@shb.com).

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Postal Drawer 4195
Sarasota, Florida 34230
(941) 366-8100 - Phone
*(941) 366-6384 - Fax*

_____
ANTHONY J. MANGANIELLO, III, ESQ.
amanganiello@icardmerrill.com
Florida Bar No. 0052307
Attorneys for Plaintiff, BUNDY

01773642-1