UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-MD-2741-VC |
| THIS DOCUMENT RELATES TO<br>VII<br>Bundy v. Monsanto, et al. 20-cv-06345-VC_____/ | ORDER GRANTING MOTION TO MOVE CASE TO WAVE |

Plaintiff's motion to move the case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**

Dated: _____

_____

01773643-1