UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| *This document relates to:* *Estate of Robert Hammons v Monsanto Co,* Case No. 3:22-CV-5286 | Case No. 16-md-02741-VC |

## ORDER TO AMEND COMPLAINT

Motion by Plaintiff having been made, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to amend their Complaint filed herein and the Amended Complaint is hereby deemed filed and served on all parties.

**IT IS FURTHER ORDERED** that the clerk shall issue summons for **Monsanto Company.**

**IT IS FURTHER ORDERED** that the clerk strike Bayer Corporation as a Defendant.

Dated: August 3, 2023

Vince Chhabria
United States District Judge