**SHOOK, HARDY & BACON L.L.P,**
Anthony Martinez
2555 Grand Blvd.
Kansas City, MO  64108
Telephone: (816) 559-2683
E-Mail:	amartinez@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-MD-02741-VC |
| This document relates to: *Robert E. Eason v. Monsanto Co.* Case No. 3:22-cv-07291-VC | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court by agreement of the parties. Plaintiff Robert E. Eason appear by and through his attorneys of record, George B. Recile and Jeremy N. Gettes of Chehardy, Sherman, Williams, Recile & Hayes, L.L.P.  Defendant Monsanto Company appears by and through its counsel of record, Anthony R. Martinez of Shook, Hardy & Bacon L.L.P.

Counsel for Plaintiffs have read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiffs hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been withheld in trust pending instruction of distribution. Counsel for Plaintiffs further certify that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs.

By  */s/ George B. Recile*
    George B. Recile (#11414)
    Jeremy N. Gettes (#38231)
    CHEHARDY, SHERMAN, WILLIAMS,
    RECILE & HAYES, L.L.P.
    One Galleria Boulevard, Suite 1100
    Metairie, Louisiana 70001
    Telephone:  (504) 833-5600
    Facsimile    (504) 833-8080
    E-Mail:       gbr@chehardy.com
                 jgettes@chehardy.com

*Attorneys for Plaintiff*

By  */s/ Anthony Martinez*
    Anthony Martinez
    SHOOK, HARDY & BACON, L.L.P.
    2555 Grand Blvd.
    Kansas City, MO  64108
    Telephone:  (816) 559-2683
    E-Mail:       amartinez@shb.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system on the 3rd day of August 2023.

Signature:  */s/ Anthony Martinez*
                     Anthony Martinez