UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> Boatright v. Monsanto Company, <br> Case No.: 3:21-cv-00675 | ) MDL No. 2741 <br> ) <br> ) Case Number: MDL No. 3:16-md-02741-VC <br> ) <br> ) **"PROPOSED" ORDER GRANTING** <br> ) **UNOPPOSED MOTION TO MOVE CASE** <br> ) **TO WAVE VII, SUB-WAVE D** |

Plaintiff, Allen Boatright's unopposed motion to move case from Wave VI, Sub-Wave D to Wave VII, Sub-Wave D is granted.

**IT IS SO ORDERED.**

DATED:  August _____, 2023                    _____
                                                                                District Judge Vince Chhabria