**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*Engilis v. Monsanto Company*,<br>3:19-cv-07859-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF JED P. WHITE IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S *DAUBERT* ORDER EXCLUDING THE TESTIMONY AND OPINIONS OF ANDREW SCHNEIDER, M.D.**<br><br>Hearing date: January 12, 2023<br>Time: 10:00 a.m. |

**DECLARATION OF JED P. WHITE**

I, Jed P. White, declare and state as follows:

1. I am a partner at the law firm of Bryan Cave Leighton Paisner LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this Declaration in Support of Monsanto's Opposition to Plaintiffs' Motion for Reconsideration of the Court's Daubert Order Excluding the Testimony and Opinions of Andrew Schneider, M.D.

2. Annexed hereto as Exhibit A is a true and correct copy of excerpts of the deposition of Andrew Schneider in the above-referenced matter, dated August 9, 2022.

3. Annexed hereto as Exhibit B is a true and correct copy of excerpts of the deposition of Andrew Schneider in in *Ferro, et al. v. Monsanto Company*, St. Louis County, Missouri Circuit Court Case No. 20SL-CC03678, dated June 13, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of August 2023, in Santa Monica, California.

_____
Jed P. White

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Jed P. White*
Jed P. White
