# EXHIBIT B

```
 1           IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
 2                      STATE OF MISSOURI
 3
 4     -------------------------------|
                                      |
 5   PAUL FERRO, et al.,              |
                                      |
 6       Plaintiffs,                  |
                                      |
 7   vs.                              | Case No. 20SL-CC03678
                                      |
 8   MONSANTO COMPANY,                |
                                      |
 9       Defendant.                   |
                                      |
10     -------------------------------|
11                          - - -
12                  Monday, June 13, 2022
13                          - - -
14
15          This is the Videotaped Deposition of ANDREW
16   M. SCHNEIDER, M.D., Volume 1, commencing at
17   11:13 a.m. EDT, on the above date, at 3030 Holiday
18   Drive, Ft. Lauderdale, Florida, before Susan D.
19   Wasilewski, Registered Professional Reporter,
20   Certified Realtime Reporter, Certified Manager of
21   Reporting Services, Certified Realtime Captioner,
22   and Florida Professional Reporter.
23                          - - -
24              GOLKOW LITIGATION SERVICES
              877.370.3377 ph | 917.591.5672 fax
25                    deps@golkow.com
```

```
 1                    APPEARANCES
 2
 3   Counsel for Plaintiffs:
 4       SCHLESINGER LAW OFFICES, P.A.
         BY:  JEFFREY L. HABERMAN, ESQUIRE
 5            jhaberman@schlesingerlaw.com
         1212 SE Third Avenue
 6       Fort Lauderdale, Florida 33316
         Phone:  (954) 467-8800
 7
 8
 9        THE SIMON LAW FIRM P.C.
          BY:  PAUL J. TAHAN, ESQUIRE  (via Zoom)
10             ptahan@simonlawpc.com
          800 Market Street, Suite 1700
11        St. Louis, Missouri 63101
          Phone:  (314) 241-2929
12
13
14   Counsel for Defendant:
15       GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
         BY:  EMMA C. ROSS, M.D., J.D.
16            eross@goldmanismail.com
         200 South Wacker Drive, 22nd Floor
17       Chicago, Illinois 60606
         Phone:  (312) 681-6000
18
19
20   Also Present:
21       DUKE STEPHENSON, Videographer
22
23
24
25
```

```
 1    oxygen free radicals causing damage or lymphoma.
 2       Q.   Exhibit 3 to your expert deposition was your
 3    original materials list, right?
 4       A.   Yes.
 5       Q.   I'm sorry, no.  I'm wrong.
 6       A.   Okay.
 7       Q.   Exhibit 2 -- new question.
 8            Exhibit 2 to your expert deposition is your
 9    original materials list, correct?
10       A.   If you say so, I'm sure it's true.
11       Q.   You'll see that it's somewhat shorter than
12    the materials list in Exhibit 3.
13       A.   Okay.
14       Q.   Do you see that?
15       A.   I do.  I do.
16       Q.   Can you identify for me the articles on
17    Exhibit 2 to your deposition, your original
18    materials list, that discuss the genotoxicity of
19    glyphosate?
20       A.   Sure.  I wouldn't be able to do that from
21    memory because I reviewed, as you can see, many,
22    many articles, and I have a general opinion based
23    upon what I read.  If you want me to look through
24    some of the things I have here, I probably could
25    find something if you want me to take that time.
```

 1      Q.   I'd like to start just by understanding when
 2   you reviewed what.  Okay?
 3      A.   What's your specific question?
 4      Q.   There are 30 articles listed on your
 5   original materials list.  I counted them up, but
 6   you're welcome to do the same.  All right?
 7      A.   Okay.
 8      Q.   Of the 30 articles that you originally
 9   reviewed on Roundup and for this case, how many of
10   those articles discussed genotoxicity?
11      A.   I wouldn't be able to tell you from memory
12   without looking at each individual article.
13      Q.   When did you first review any literature
14   related to the genotoxicity of Roundup?
15      A.   Probably after I was told that there would
16   be a deposition coming.
17      Q.   And when was that?
18      A.   I don't remember.
19      Q.   That would have been sometime presumably in
20   May of 2022, correct?
21      A.   I can't tell you whether it was April or
22   May.
23      Q.   Are there any other cellular changes you
24   intend to tell the jury about?
25      A.   Those are the two that I have to talk about.

```
 1      A.   Yes.
 2      Q.   Do you recall what the most recent medical
 3   record for Mr. Moore was that you reviewed?
 4      A.   I don't.
 5      Q.   You also reviewed the deposition of William
 6   Pleu, correct?
 7      A.   Correct.
 8      Q.   You reviewed Mr. Pleu's Plaintiff Fact
 9   Sheet, right?
10      A.   Yes.
11      Q.   You reviewed Mr. Pleu's medical records,
12   correct?
13      A.   Yes.
14      Q.   Do you recall what the most recent medical
15   record for Mr. Pleu was that you reviewed?
16      A.   I don't.
17      Q.   There is medical literature listed on
18   Exhibit 2, right?
19      A.   Yes.
20      Q.   There's additional medical literature listed
21   on your amended materials list, Exhibit 3, right?
22      A.   Correct.
23      Q.   Did you take anything off your reliance list
24   between Exhibits 2 and 3, or did you just add?
25      A.   I didn't prepare the reliance list, so I
```

1  can't tell you.
2    Q.   Okay.  All the medical literature you
3  reviewed in forming your opinions is listed in
4  Exhibit 3, correct?
5    A.   Yes.
6    Q.   If something is not on your reliance list,
7  we can assume that you did not review it in forming
8  your opinions, true?
9        MR. HABERMAN:  Objection.
10   A.   Yeah.  I'm -- I don't know, unless it's
11  something in my fund of knowledge that you've asked
12  me a question, and I just happen to know something
13  from somewhere else, but, yes.
14   Q.   What other materials are you relying on for
15  your opinions in this case?
16   A.   Just what's on the reliance list.
17   Q.   One thing you reviewed in forming your
18  opinions was a chapter in Goldman-Cecil Medicine on
19  non-Hodgkin's lymphoma, correct?
20   A.   Yes.
21   Q.   Did you find that chapter supported the
22  opinions you are offering today?
23   A.   So honestly speaking, I did not get access
24  to that chapter, so I did not -- I did not review
25  it.

 1    Q.   It's true that prior to April of 2022, you
 2    had no opinion on whether or not Roundup caused
 3    non-Hodgkin's lymphoma, right?
 4    A.   Correct.
 5    Q.   Your references on your materials list
 6    initially included 30 references to medical
 7    literature.  Did you -- withdrawn.  New question.
 8         How did you identify the articles on your
 9    reliance list?
10    A.   So some I found myself, and some plaintiffs'
11    counsel suggested or gave to me.
12    Q.   Is there any way that you can identify which
13    articles you found yourself and which plaintiffs'
14    counsel identified for you?
15    A.   No.
16    Q.   Did you, for the articles that you
17    identified yourself, perform a search of the
18    published medical literature?
19    A.   Yes.
20    Q.   How did you conduct that search?
21    A.   Through a Google search.
22    Q.   Google Scholar?
23    A.   No, just regular Google.
24    Q.   So you did a regular Google search for
25    Roundup and non-Hodgkin's lymphoma?

```
 1      A.   Correct.
 2      Q.   Are you familiar with PubMed?
 3      A.   I am.
 4      Q.   Have you ever used PubMed?
 5      A.   So I don't use PubMed specifically, but
 6   often I'm led there by my Google search.
 7      Q.   Did you, in searching for literature on
 8   Roundup and non-Hodgkin's lymphoma, conduct a PubMed
 9   search?
10      A.   No.
11      Q.   Did you, in searching for literature on
12   Roundup and non-Hodgkin's lymphoma, conduct a
13   specific Google Scholar search as opposed to a
14   general Google search?
15      A.   No.
16      Q.   Did you include all the relevant articles
17   that you found in your Google search on your
18   reliance list?
19      A.   Yes.
20      Q.   You included relevant articles in your
21   review whether or not they supported your opinions,
22   correct?
23      A.   Correct.
24      Q.   Did you attempt to be balanced in what you
25   reviewed and included in your references?
```

1    it's hundreds of days over 20 years, so I didn't

2    bother getting the exact number.

3        Q.   I'm correct that you did not calculate a

4    total number of exposure days for Mr. Pleu prior to

5    today, right?

6        A.   I was going to do it here if you asked me.

7        Q.   And you are able to do that by take the

8    number of times every two weeks that Mr. Pleu said

9    he sprayed Roundup and multiplying that by 26,

10   correct?

11       A.   So I have in my notes he did it a couple

12   times per year, so just taking that, we have 26

13   years times twice a year, that's 52, but again, he

14   did it more often when he was at Landowne, two to

15   three times every two weeks.  So, you know, he's

16   going to have a large exposure.

17       Q.   Does anyone who uses Roundup for more than

18   two days per year, in your expert opinion, have an

19   increased risk of non-Hodgkin's lymphoma?

20       A.   I'm sorry.  Say that question again.

21       Q.   Does anyone who uses Roundup for more than

22   two days per year have an increased risk of

23   non-Hodgkin's lymphoma, in your expert opinion?

24       A.   Yes.  You look at the data.  Some data

25   doesn't even mention any risk or no risk.  Some

1  breaks it down by number of days per year and some
2  breaks it down by lifetime exposure.
3      Q.   Does anyone who uses Roundup for more than
4  10 lifetime days have an increased risk of
5  non-Hodgkin's lymphoma, in your expert opinion?
6      A.   Yes.
7      Q.   Did you calculate a number of hours that
8  Mr. Pleu was exposed to Roundup?
9      A.   I did not because it wouldn't change my
10 opinion that his Roundup exposure caused his
11 lymphoma.
12     Q.   The particular number of hours that Mr. Pleu
13 was exposed to Roundup wouldn't change your opinion
14 that Roundup exposure caused his lymphoma; is that
15 right?
16          MR. HABERMAN:  Objection.
17     A.   Sure.  So as I said, there are some studies
18 where it's an any -- it's an all-or-none phenomena,
19 you know, you've been exposed to Roundup.  Some
20 studies, like McDuffie, greater than two days per
21 year, Eriksson, greater than 10 days per year.
22          So depending upon what study you're looking
23 at, he meets those criteria.
24     Q.   You were just looking at a summary table
25 from Dr. Weisenberger's publication on the McDuffie

```
 1                  C E R T I F I C A T E

 2              I, Susan D. Wasilewski, Registered

 3    Professional Reporter, Certified Realtime Reporter,

 4    Certified Manager of Reporting Services, Certified

 5    Realtime Captioner, and Florida Professional

 6    Reporter, hereby certify that the witness named

 7    herein appeared before me on Monday, June 13, 2022,

 8    and was duly sworn.

 9              I FURTHER CERTIFY that I was authorized to

10    and did stenographically report the examination of

11    the witness named herein; that a review of the

12    transcript was requested; and that the foregoing

13    transcript is a true record of my stenographic

14    notes.

15              I FURTHER CERTIFY that I am not related to

16    or an employee of any of the parties, nor am I

17    related to or an employee of any of the parties'

18    attorneys or counsel connected with this action, nor

19    am I financially interested in the outcome of this

20    action.

21              WITNESS my hand this 20th of June, 2022.

22

23    _____

24         Susan D. Wasilewski, RPR, CRR, CMRS, CRC, FPR

25
```