UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |

# NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Sarah Neuman of WILKINSON STEKLOFF LLP, hereby enters an appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel. This appearance is made pursuant to Pretrial Order No. 1 in MDL No. 2741. The undersigned is admitted to practice and is in good standing in the U.S. District Court for the District of Columbia.

DATED: August 7th, 2023

Respectfully submitted,

/s/ *Sarah Neuman*
Sarah Neuman (*pro hac vice*)
sneuman@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:    202-847-4238
Fax:    202-847-4005

- 1 -

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**
**3:16-MD-02741-VC**

Brian L. Stekloff (*pro hac vice*)
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru *(pro hac vice)*
rkilaru@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 2 -

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**
**3:16-MD-02741-VC**

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7th, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court for the Northern District of California using the M/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Sarah Neuman*
Sarah Neuman