## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | |
| *Johnetta Scheh, Individually and as Representative for the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG* | |
| Case No. 3:20-cv-02427-VC | |

### PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL MICHAEL J. STANLEY

COME NOW, JOHNETTA SCHEH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD SCHEH, DECEASED, AND TROY SCHEH, Plaintiffs and request the Court to permit Michael J. Stanley of Stanley Law, P.C., 230 Westcott Street, Suite 120, Houston, Texas 77007, to substitute and enroll as counsel for Plaintiffs and to allow that Wesley Todd Ball of the law firm of Farrar & Ball, L.L.P, 1117 Herkimer St., Houston, Texas 77008, (713) 221-8300, to withdraw as counsel of record.

WHEREFORE JOHNETTA SCHEH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD SCHEH, DECEASED and TROY SCHEH, pray that the instant motion be granted and the Court enter an Order substituting and enrolling Michael J. Stanley and Stanley Law, P.C., as their counsel of record and removing Wesley Todd Ball of the law firm of Farrar & Ball, L.L.P. to withdraw as their counsel of record.

DATED: August 7, 2023.                Respectfully submitted,

                                      Stanley Law, P.C.


                                      */s/ Michael J. Stanley*
                                      Michael J. Stanley
                                      State Bar No. 19046600
                                      Federal Bar No. 13283
                                      230 Westcott St. Suite 120
                                      Houston, Texas 77007
                                      P: (713) 980-4381
                                      F: (713) 980-1179
                                      mstanley@stanleylaw.com

                                      Farrar & Ball, LLP


                                      */s/ Wesley Todd Ball*
                                      Wesley Todd Ball
                                      State Bar No. 24038754
                                      Federal Bar No. 431881
                                      1117 Herkimer St.
                                      Houston, Texas 77008
                                      P: (713) 221-8300
                                      F: (713) 221-8301
                                      Email:  wes@fbtrial.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and a copy of this filing has been forwarded to all counsel of record in accordance with the ECF local rules.

                                      */s/ Michael J. Stanley*
                                      Michael J. Stanley

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| THIS DOCUMENT RELATES TO: *Johnetta Scheh, Individually and as Representative for the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG* | |
| Case No. 3:20-cv-02427-VC | |

**PROPOSED ORDER**
**PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL MICHAEL J. STANLEY**

THIS MATTER having come before the Court on Plaintiffs Johnetta Scheh, Individually

and as Representative of the Estate of Donald Scheh, Deceased and Troy Scheh's Motion Substitute

Counsel Michael J. Stanley, and Stanley Law, P.C., and the Court having reviewed such and being

otherwise sufficiently advised, it is hereby ordered that said motion is **HEREBY GRANTED**.

DATED: _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE