UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 <br><br> Case No. MDL No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: <br><br> *Johnetta Scheh, Individually and as Representative for the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG* <br> Case No. 3:20-cv-02427-VC | |

## PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

Plaintiffs Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh, without opposition from Defendant Monsanto Company, respectfully request the Court move this case from Wave VI to Wave VII:

1. The case of Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh is part of Wave VI.

2. Counsel for Plaintiffs will be withdrawing and there will be new counsel for Plaintiffs appearing who will need additional time to become familiar with the file and matters pertaining to these Plaintiffs.

3. Counsel for Plaintiffs met and conferred with counsel for Monsanto. Plaintiffs believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiffs Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave VI to Wave VII.

DATED: August 7th, 2023.  Respectfully submitted,

*/s/ Michael J. Stanley*
Michael J. Stanley
State Bar No. 19046600
Federal Bar No. 13283
230 Westcott St. Suite 120
Houston, Texas 77007
P: (713) 980-4381
F: (713) 980-1179
mstanley@stanleylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and a copy of this filing has been forwarded to all counsel of record in accordance with the ECF local rules.

*/s/ Michael J. Stanley*
Michael J. Stanley