UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Johnetta Scheh, Individually and as Representative for the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG*<br><br>Case No. 3:20-cv-02427-VC | MDL NO. 2741 |

**PROPOSED ORDER**
**UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

THIS MATTER having come before the Court on Plaintiffs Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased and Troy Scheh's Unopposed Motion to Move Plaintiffs' Case to Wave VII and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that said Plaintiffs' Unopposed Motion to move their Case to Wave VII is **HEREBY GRANTED**.

DATED: _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE