UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | [PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D |
| *Eugene L. Aiken, Jr. v. Monsanto Co. and John Does 1-100,* Case No.: 3:20-cv-00065-VC | |

    Plaintiff's motion to move the case from Wave VII, Sub-Wave A to Wave VII, Sub-Wave D is granted.

    **IT IS SO ORDERED.**

Dated: _____, 2023

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT