UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Terry Benson v. Monsanto Co. & John Does 1-100 inclusive,* Case No.: 3:19-cv-04953-VC | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |

Plaintiff Terry Benson – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VII, Sub-Wave A to Wave VII, Sub-Wave D:

1. Plaintiff Terry Benson's case is part of Wave VII, Sub-Wave A.

2. Mindful of the deadlines pertaining to Wave VII, Sub-Wave A cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff Terry Benson's deposition on January 25, 2023. However, Plaintiff's treating oncologist and primary physician depositions have yet to be completed.

4. Defendant has not yet served its first round of written discovery and document production requests. Plaintiff intends to propound written discovery and document requests.

5. Counsel for the Plaintiff, Terry Benson, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Sub-Wave, and Monsanto does not oppose this request.

Therefore, Plaintiff Terry Benson, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VII, Sub-Wave A to Wave VII, Sub-Wave D.

Date:  August 10, 2023

Respectfully Submitted,

By: *Kristy M Arevalo*

Kristy M. Arevalo
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2023, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo