# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741<br>\| Master Docket Case No. 16-md-02741-VC<br>\|<br>\| **[PROPOSED] ORDER GRANTING MOTION**<br>\| **TO MOVE CASE TO WAVE VII,**<br>\| **SUB-WAVE D** |
| This document relates to: | |
| *Beverly Bray v. Monsanto Co. &*<br>*John Does 1-100 inclusive,*<br>Case No.: 3:19-cv-05060-VC | \|<br>\|<br>\| |

Plaintiff's motion to move the case from Wave VII, Sub-Wave A to Wave VII, Sub-Wave D is granted.

**IT IS SO ORDERED.**

Dated: _____, 2023            _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT