UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *Jeffrey Crooks v. Monsanto Co. & John Does 1-100 inclusive,* Case No.: 3:19-cv-05027-VC | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D |

Plaintiff Jeffrey Crooks – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VII, Sub-Wave A to Wave VII, Sub-Wave D:

1. Plaintiff Jeffrey Crooks' case is part of Wave VII, Sub-Wave A.

2. Mindful of the deadlines pertaining to Wave VII, Sub-Wave A cases, the parties have diligently pursued discovery in this matter.

3. The parties completed Plaintiff Jeffrey Crooks' deposition on March 2 and 6, 2023, and his spouse's deposition on March 13, 2023. However, Plaintiff's treating oncologist and primary physician depositions have yet to be completed.

4. Defendant has not yet served its first round of written discovery and document production requests. Plaintiff intends to propound written discovery and document requests.

5. Counsel for the Plaintiff, Jeffrey Crooks, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Sub-Wave, and Monsanto does not oppose this request.

Therefore, Plaintiff Jeffrey Crooks, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VII, Sub-Wave A to Wave VII, Sub-Wave D.

Date: August 10, 2023

Respectfully Submitted,

By: *Kristy M Arevalo*

Kristy M. Arevalo
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, a true and correct copy of the foregoing document was service upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo