Charles H. Johnson
**Law Offices of Charles H. Johnson, P.A.**
2599 Mississippi Street
New Brighton, MN 55112
(651) 633-5685
Fax: (651) 633-4442
bdehkes@charleshjohnsonlaw.com

*Attorney for Plaintiff*

Jennise W. Stubbs
**Shook Hardy & Bacon L.L.P.**
600 Travis Street, Suite 3400
Houston, TX 77002-2926
(713) 227-8008
Fax: (713) 227-9508
jstubbs@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>Allen Winters v. Monsanto Company<br>3:22-cv-03822 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs. Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

| | |
|---|---|
| DATED:  August 10, 2023 | Respectfully submitted, |
| | */s/ Charles H. Johnson* |
| | Charles H. Johnson |
| | **Law Offices of Charles H. Johnson, P.A.** |
| | 2599 Mississippi Street |
| | New Brighton, MN 55112 |
| | (651) 633-5685 |
| | Fax: (651) 633-4442 |
| | bdehkes@charleshjohnsonlaw.com |
| | |
| | *Attorney for Plaintiff* |
| | |
| | */s/ Jennise W. Stubbs* |
| | Jennise W. Stubbs |
| | **Shook Hardy & Bacon L.L.P.** |
| | 600 Travis Street, Suite 3400 |
| | Houston, TX 77002-2926 |
| | (713) 227-8008 |
| | Fax: (713) 227-9508 |
| | jstubbs@shb.com |
| | |
| | *Attorney for Defendant Monsanto Company* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Jennise W. Stubbs, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Jennise W. Stubbs*
Jennise W. Stubbs
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*