UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | **UNOPPOSED MOTION TO MOVE CASES TO WAVE VII(D)** |
| This document relates to: | |
| Prahba Baid et al. v. Monsanto Co., Case No. 3:20-cv-06774-VC | |

Lisa Breger v. Monsanto Co.,
Case No. 3:18-cv-02257-VC

Est. Paul Humphrey et al v. Monsanto Co.,
Case No. 3:20-cv-00019-VC

Wayne Morin et al.  v. Monsanto Co.,
Case No. 3:20-cv-01019-VC

## **UNOPPOSED MOTION TO MOVE CASES TO WAVE VII(D)**

Plaintiffs, without opposition from Defendant Monsanto Company, respectfully request the Court to move the above listed cases from Wave VI(D) to Wave VII(D):

1. Plaintiffs' counsel and Defense counsel continue to conduct relevant discovery and seek additional records that cannot be obtained within the fact discovery timeframe outlined in Wave VI.

2. Counsel for Plaintiffs met and conferred with counsel for Monsanto.  Plaintiffs believe the best course of action would be to move these cases to a later Wave and Monsanto does not oppose this request.

1

Therefore, Plaintiffs, without opposition from Defendant, Monsanto Company, respectfully request the Court move their cases from Wave VI(D) to Wave VII(D).

DATED: August 11, 2023                           Respectfully submitted,

/s/David Bricker
David Bricker, Esq.
**THORNTON LAW FIRM LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676

David C. Strouss, BBO#546253
Evan R. Hoffman, BBO# 678975
**THORNTON LAW FIRM LLP**
One Lincoln Street
Boston, MA  02111
(617) 720-1333

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of August, 2023, the foregoing Unopposed Motion to Move to Wave VI was served by electronic mail upon counsel for Defendant Monsanto.

DATED:  August 11, 2023                          Respectfully submitted,

/s/David Bricker
David Bricker, Esq.
**THORNTON LAW FIRM LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676

David C. Strouss, BBO#546253
Evan R. Hoffman, BBO# 678975
**THORNTON LAW FIRM LLP**
One Lincoln Street
Boston, MA  02111
(617) 720-1333

*Attorneys for Plaintiffs*