UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) ) ) |
| This document relates to: | ) **[PROPOSED] ORDER GRANTING** ) **UNOPPOSED MOTION TO MOVE** ) **CASE TO WAVE VII(D)** ) |
| Prahba Baid et al. v. Monsanto Co., Case No. 3:20-cv-06774-VC | ) ) ) ) |

Lisa Breger v. Monsanto Co.,
Case No. 3:18-cv-02257-VC

Est. Paul Humphrey et al v. Monsanto Co.,
Case No. 3:20-cv-00019-VC

Wayne Morin et al. v. Monsanto Co.,
Case No. 3:20-cv-01019-VC

---

Plaintiffs' Unopposed Motion to move their cases to Wave VII(D) is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____