Duke Holzman Photiadis & Gresens LLP
Christopher M. Berloth, Esq.
Thomas D. Lyons, Esq.
Attorneys For Third-Parties in Interest
Cellino & Barnes, P.C. and
Cellino Law LLP
701 Seneca Street, Suite 750
Buffalo, New York 14210
(716) 855-1111
cberloth@dhpglaw.com
tlyons@dhpglaw.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Civ. Action No.:  3:16-md-02741-VC |

**NOTICE OF MOTION
TO DISMISS OR STAY
VERIFIED PETITION/MOTION TO SETTLE ATTORNEYS' FEES**

| | |
|---|---|
| MOTION BY: | Third Parties in Interest Cellino & Barnes, P.C. and Cellino Law LLP |
| RETURN DATE/LOCATION: | On submission at a date and time to be determined by the Court. |
| RELIEF REQUESTED: | Third-Parties in Interest respectfully request an Order: |

(a) Pursuant to Fed. R. Civ. P. 12(b)(1) & (6), dismissing the Verified Petition/Motion to Settle Attorneys' Fees (*see* Doc. 16895);

(b) In the alternative, staying the Verified Petition/Motion to Settle Attorneys' Fees, pursuant to *Wilton* and/or *Colorado River*, pending the resolution of certain "New York Actions", as defined in this motion;

(c) In the further alternative, setting a schedule for substantive opposition to be filed to the Verified Petition/Motion to Settle Attorneys' Fees; and

|   |   |
|---|---|
| | (d)   Awarding such other and further relief as this Court may deem just and proper. |
| GROUNDS: | Fed. R. Civ. P. 12(b)(1) & (6); *Wilton v. Seven Falls Co.*, 515 U.S. 277 (1995); and *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976). |
| SUPPORTING PAPERS: | Declaration of Christopher M. Berloth, Esq., dated August 11, 2023, with exhibits; Declaration of Ross M. Cellino, Jr., Esq., dated August 11, 2023, with exhibits; and proposed Order. |

Dated: August 11, 2023
      Buffalo, New York

DUKE HOLZMAN PHOTIADIS & GRESENS LLP

By: *s/ Christopher M. Berloth*
    Christopher M. Berloth
    Thomas D. Lyons
    *Attorneys For Third-Parties in Interest*
    *Cellino & Barnes, P.C. and*
    *Cellino Law LLP*
    701 Seneca Street, Suite 750
    Buffalo, New York 14210
    (716) 855-1111
    cberloth@dhpglaw.com
    tlyons@dhpglaw.com