# EXHIBIT 2

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE
*********************************************************

CELLINO LAW LLP and
CELLINO & BARNES, P.C.
    Plaintiffs,

v

GOLDSTEIN GRECO, P.C,
BRIAN GOLDSTEIN, ESQ. and,
ALEXANDER GRECO, ESQ
    Defendants.

*********************************************************

**CPLR §511 DEMAND**

**Index No.: 804192/2023**

Pursuant to CPLR § 503 and 511(a) and (b) defendants assert and demand the venue and place of trial be changed from ERIE county to the proper county of NIAGARA.

1. All proceedings in *Terah Jackson as Administrator of the Estate of Ronald Winans v Newfane Rehabilitation & Health Ctr*, Index No. E169868/2019 were and remain ongoing in Niagara County before Hon. Frank A. Sedita, III, J.S.C.

2. Plaintiffs' created fee dispute with Terah Jackson who is not a resident of Erie County and over whom plaintiffs have not obtained jurisdiction.

3. Fee hearing in *Terah Jackson as Administrator of the Estate of Ronald Winans v Newfane Rehabilitation & Health Ctr*, Index No. E169868/2019 is scheduled in Niagara County Supreme Court on May 17, 2023 before Hon. Frank A. Sedita, III, J.S.C.

DATED: April 25, 2023
          Buffalo, New York

Yours, etc.,

GOLDSTEIN GRECO, P.C.

By: _____
Brian A. Goldstein, Esq.

_____
BRIAN GOLDSTEIN, ESQ.

_____
ALEX GRECO, ESQ.
2354 Wehrle Drive
Bufflao, New York 14221
(716) 568-9090

## ATTORNEY AFFIRMATION OF SERVICE

STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF ERIE      )

Alexander J. Greco, an attorney at law duly licensed to practice law in the State of New York affirm under the penalty of purjury pursuant to CPLR §2106 that I am over 18 years of age, is not a party to the action and resides at, Buffalo, New York, and that on April 25, 2023 I served the within CPLR §511 Demand on:

Cellino Law LLP
Gregory V. Pajak (gregory.pajak@cellinolaw.com)
*Attorneys for Plaintiffs Cellino Law LLP and Cellino & Barnes, P.C.*
800 Delaware Avenue
Buffalo, NY  14209-2006

Cellino Law LLP
Kelly Riley (kelly.riley@cellinolaw.com)
*Attorneys for Plaintiffs Cellino Law LLP and Cellino & Barnes, P.C.*
800 Delaware Avenue
Buffalo, NY  14209-2006

that being the addresses designated for that purpose, by Emailing the foregoing, and electronically filing the foregoing document with the Clerk of the Court using the NYSCEF system which will send the notification of such filing to all attorneys of record.

_____
ALEXANDER J. GRECO

# AFFIDAVIT OF SERVICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

Client's File No.: _____
Index Number: 804192/2023
Date Filed: March 31, 2023

CELLINO LAW LLP and
CELLINO & BARNES, P.C.

*Plaintiff(s)/Petitioner(s)*

vs

GOLDSTEIN GRECO, P.C.,
BRIAN GOLDSTEIN, ESQ. and
ALEXANDER GRECO, ESQ.

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF ERIE, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: **April 25, 2023**, at the following time: **10:05 AM**, at **800 Delaware Avenue, Buffalo, New York 14209-2006** deponent served the within **CPLR §511 Demand**.

[X] Papers so served were properly endorsed with the Index Number

Upon: **Cellino Law LLP**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____ a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served in a depository maintained by the U.S.P.S., mailed by first-class mail to the above address on _____

[X] **Corporation LLC / LLP** — By delivering to and leaving with **Ethel Harden** said individual to be **an Administrative Assistant** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**: Sex: **Female**  Color of skin: **White**  Color of hair: **Brown**  Age: **35-50 y/o**  Height: **5'2" - 5'8"**  Weight: **185-250 lbs.**  Other Features: **short hair**

[ ] **Witness Fees** — advanced payment was made.

[ ] **Military Service** — I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on April 25, 2023

NOTARY PUBLIC
(Seal: ALEXANDER J GRECO, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Erie County, 02GR6445934, MY COMMISSION EXPIRES 01/03/2027)

Victoria J. Mueller
PROCESS SERVER LICENSE # _____

SS

Goldstein Greco, P.C., 2954 Wehrle Drive Buffalo, NY 14221

## AFFIDAVIT OF SERVICE

Client's File No.: _____

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ERIE**

Index Number: 804192/2023
Date Filed: March 31, 2023

CELLINO LAW LLP and
CELLINO & BARNES, P.C.

*Plaintiff(s)/Petitioner(s)*

vs

GOLDSTEIN GRECO, P.C.,
BRIAN GOLDSTEIN, ESQ. and
ALEXANDER GRECO, ESQ.

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF ERIE, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: **April 25, 2023**, at the following time: **10:05 AM**, at **800 Delaware Avenue, Buffalo, New York 14209-2006** deponent served the within **CPLR §511 Demand.**

[X] Papers so served were properly endorsed with the Index Number

Upon: **Cellino & Barnes, P.C.**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served in a depository maintained by the U. S. P. S., mailed by first-class mail to the above address on _____

[X] **Corporation LLC / LLP** By delivering to and leaving with **Ethel Harden** said individual to be **an Administrative Assistant** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**: Sex: **Female** Color of skin: **White** Color of hair: **Brown** Age: **35-50 y/o** Height: **5'2" - 5'8"** Weight: **185-250 lbs.** Other Features: **short hair**

[ ] **Witness Fees** advanced payment was made.

[ ] **Military Service** I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on April 25, 2023

NOTARY PUBLIC
(Seal: ALEXANDER J GRECO, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Erie County, 02GR6445934, MY COMMISSION EXPIRES 01/03/2027)

Victoria J. Mueller

PROCESS SERVER LICENSE # _____

SS

4 of 4