# EXHIBIT 3

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF ERIE
**********************************************
CELLINO LAW LLP and
CELLINO & BARNES, P.C.,

  Plaintiffs,

                **AFFIDAVIT**

v.

GOLDSTEIN GRECO, P.C., BRIAN    Index No.: 804192/2023
GOLDSTEIN, ESQ. and ALEXANDER GRECO,
ESQ.,

  Defendants.
**********************************************

STATE OF NEW YORK )
           : ss:
COUNTY OF ERIE   )

  Ross Cellino, Esq., being duly sworn, deposes and say:

  1. I am a principal with the Plaintiffs, Cellino Law LLP and Cellino & Barnes, P.C. and make this affidavit pursuant to CPLR §511(b) in response to Defendants demand for change of venue dated April 25, 2023, alleging that Erie County is an improper county to prosecute this action and seeking to change venue for trial of this action to Niagara County.

  2. Erie County is a proper venue for this action as the Plaintiffs, Cellino & Barnes, P.C./Cellino Law LLP, has its principal place of business in Erie County.

  3. Erie County is a proper venue for this action as the Defendant, Goldstein Greco, P.C., has its principal place of business in Erie County.

  4. Erie County is a proper venue for this action as the Defendant, Brain Goldstein, Esq., is a resident of Erie County.

5.    Erie County is a proper venue for this action as the Defendant, Alexander Greco, Esq., is a resident of Erie County.

6.    Cellino Law LLP is a limited liability partnership and its principal office is located in Erie County at 800 Delaware Avenue, Buffalo, New York.

7.    Plaintiff designated Erie County as the place of trial as this designation is appropriate pursuant to CPLR §§ 503(c) and 509 which provides that a domestic corporation shall be deemed a resident of the county in which its principal office is located and additionally all the parties to the action reside in Erie County.

8.    The Defendants filed an RJI in Erie County in this action and have requested a pretrial conference and this action has been assigned to Supreme Court Justice Timothy Walker.

Dated: Buffalo, New York
       April 26, 2023

_____
Ross M. Cellino, Esq.

Sworn to me before this
26th day of April, 2023

_____
Notary Public

GREGORY V. PAJAK
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 2/16/27