# EXHIBIT 9

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

ROSS M. CELLINO, JR.,

Petitioner,

v.

CELLINO & BARNES, P.C. and
STEPHEN E. BARNES,

Respondents.

**STIPULATED ORDER OF DISSOLUTION**

Index No. 806178/2017

The Court enters this Order of Dissolution upon the request and stipulation of all parties, Petitioner Ross Mr. Cellino, Jr. ("Petitioner"), Respondents Cellino & Barnes, P.C. ("C&B") and Stephen E. Barnes (collectively "Respondents"). It is hereby

ORDERED, that Cellino & Barnes, P.C. shall be dissolved voluntarily and its business affairs wound up in accordance with Article 10 of the New York Business Corporation Law; it is further

ORDERED, the Court shall retain jurisdiction of this proceeding for the issues that may arise in connection with C&B's winding-up; it is further

ORDERED, that the parties shall report to the Court the winding-up issues upon which they agree, and those upon which they cannot reach agreement, by January 24, 2020; it is further

ORDERED, that the parties shall meet with the Court on January 28, 2020 at 9:30 am, at which time the Court will determine how the winding-up issues will be addressed; it is further

ORDERED, that subject to subsequent Order of this Court, the parties shall meet with the Court on February 25, 2020 at 10:00 a.m., at which time the Court will establish a time table for the parties to open their own separate firms, and address the issue of whether the Court's Status Quo Order of May 15, 2017 will be vacated or modified.

The above Order is stipulated to by the parties via their undersigned respective counsel.

DUKE HOLZMAN PHOTIADIS & GRESSENS LLP

Gregory P. Photiadis, Esq.
Christopher M. Berloth, Esq.
*Attorneys for Respondents*
*Cellino & Barnes, P.C. and Stephen E. Barnes*
701 Seneca Street, Suite 750
Buffalo, New York 14210

Dated: Buffalo, New York
January 22, 2020

CONNORS LLP

Terrence M. Connors, Esq.
Vincent E. Doyle III, Esq.
*Attorneys for Petitioner*
*Ross M. Cellino, Jr., Esq.*
1000 Liberty Building
Buffalo, New York 14202

Dated: Buffalo, New York
January 22, 2020

**SO ORDERED.**

1/28/2020

Hon. Deborah A. Chimes, J.S.C.

ENTER: