# EXHIBIT 10

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

ROSS M. CELLINO, JR.,

                Petitioner,

v.                                        Index No. 806178/2017

CELLINO & BARNES, P.C. and
STEPHEN E. BARNES,

                Respondents.

---

## SECOND STIPULATED ORDER OF DISSOLUTION

      The Court enters this Order to supplement its prior Order, entered on January 28, 2020 (Dkt. No. 327), granting Dissolution upon the request and stipulation of all parties, Petitioner Ross M. Cellino, Jr. ("Petitioner"), Respondents Cellino & Barnes, P.C. ("C&B") and Stephen E. Barnes (collectively "Respondents"). Between January 28 and March 12, 2020, the Parties met with the Court on several occasions to discuss the winding-up issues upon which they agree, and those upon which they cannot reach agreement. It is hereby,

      ORDERED, that John Schmidt, Esq., previously appointed by this Court as a temporary receiver on February 6, 2018 (Dkt. No 241), is hereby appointed to continue as Referee for the duration of Cellino & Barnes, P.C.'s voluntary dissolution and winding up of business affairs; it is further,

      ORDERED, that John Schmidt, Esq. in his role as Referee is permitted to use the same lawyers and accountants that he has utilized to date; and, the Referee will be paid at the same hourly rate previously approved by this Court; it is further,

ORDERED, that to the extent the Parties cannot agree among themselves on any actions necessary to facilitate the winding up of Cellino & Barnes, P.C., the Referee is vested with the authority to make a binding final determination as is necessary to effectuate the winding up of Cellino & Barnes, P.C.; it is further,

ORDERED, the Referee shall be vested with the authority as agreed to by the Parties, to the extent the Parties' confidential Settlement Agreement provides for authority to be vested in the Referee; and, any such authority shall result in a binding final determination as is necessary to effectuate the winding up of Cellino & Barnes, P.C.; it is further,

ORDERED, that this Court's Status Quo Order of May 15, 2017 is modified to allow any conduct agreed to in the confidential Settlement Agreement reached between the Parties; and, vacated as of the Closing Date as defined by the confidential Settlement Agreement; it is further,

ORDERED, that Cellino & Barnes will be entitled to assert attorneys charging liens on cases that transfer to other firms, and that as to cases that transfer to either the new Cellino firm or the new Barnes firm, Cellino & Barnes shall be entitled to a lien determined pursuant to the following "Quantum Meruit Calculation," namely that as to any transferred case, Cellino & Barnes will be entitled to a percentage of the attorneys' fee equivalent to the ratio of time the new firm retained the case compared to Cellino & Barnes. The "Quantum Meruit Calculation" is further described in a confidential Settlement Agreement between the parties. This court specifically approves the "Quantum Meruit Calculation" as a fair and equitable way to determine the appropriate attorney's lien amount pursuant to Judiciary Law section 475.

The above Order is stipulated to by the parties via their undersigned respective counsel.

Dated: 6-16 , 2020

**DUKE HOLZMAN PHOTIADIS & GRESENS LLP**
*Attorneys for Respondents*
*Cellino & Barnes, P.C. and Stephen E. Barnes*

By: _____
Gregory P. Photiadis, Esq.
Christopher M. Berloth, Esq.
701 Seneca Street, Suite 750
Buffalo, New York 14210

**CONNORS LLP**
*Attorneys for Petitioner*
*Ross M. Cellino, Jr., Esq.*

By: _____
Terrence M. Connors, Esq.
Vincent E. Doyle III, Esq.
1000 Liberty Building
Buffalo, New York 14202

**SO ORDERED:**

_____
Hon. Deborah A. Chimes, J.S.C.

Dated: June 18, 2020