# EXHIBIT 12

| | |
|---|---|
| **From:** | efile@nycourts.gov |
| **To:** | kelly.riley@cellinolaw.com; amalacho@hodgsonruss.com; vm@goldsteingreco.com; gregory.pajak@cellinolaw.com; Christopher Berloth; jtuholsk@nycourts.gov; ann.file@cellinolaw.com; mmikan@courts.state.ny.us; jhillike@hodgsonruss.com; tracey.falconer@cellinolaw.com; ag@goldsteingreco.com; Courtney Poirier; mricheal@nycourts.gov; bg@goldsteingreco.com |
| **Subject:** | NYSCEF Alert: Erie - Torts - Other - <SUMMONS + COMPLAINT> 804192/2023 (Cellino Law LLP et al v. Goldstein Greco, P.C. et al) |
| **Date:** | Tuesday, August 1, 2023 8:27:28 AM |

This sender is trusted [I-Evolve i-Filter Service]



# Erie County Supreme Court
## CASE JUDGE ASSIGNED
## 08/01/2023

On 08/01/2023, **Judge Deborah Chimes was assigned** to the case listed below.

## Case Information

Index #: **804192/2023**

Caption: **Cellino Law LLP et al v. Goldstein Greco, P.C. et al**

Assigned Case Judge: **Deborah Chimes**

**NOTICE: This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.**

**If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.**

| | |
|---|---|
| **From:** | efile@nycourts.gov |
| **To:** | jtuholsk@nycourts.gov; Courtney Poirier; mricheal@nycourts.gov; mmikan@courts.state.ny.us; Christopher Berloth |
| **Subject:** | NYSCEF Alert: Erie - Commercial Division - <SUMMONS + COMPLAINT> 808360/2023 (The Barnes Firm, P.C. v. Goldstein Greco, P.C. et al) |
| **Date:** | Tuesday, August 1, 2023 8:27:49 AM |

This sender is trusted [I-Evolve i-Filter Service]



# Erie County Supreme Court
## CASE JUDGE ASSIGNED
## 08/01/2023

On 08/01/2023, **Judge Deborah Chimes was assigned** to the case listed below.

## Case Information

Index #: **808360/2023**

Caption: **The Barnes Firm, P.C. v. Goldstein Greco, P.C. et al**

Assigned Case Judge: **Deborah Chimes**

*NOTICE: This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.*

*If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.*