# EXHIBIT 13

Case 1:23-cv-00741-VC   Document 17115-16   Filed 08/11/23   Page 2 of 10

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

ERIC HENDEL, as Administrator of
the Estate of Raymond Hendel,

      Plaintiffs,

v.

GARY GROSNER, M.D.,
JANERIO ALDRIDGE, M.D.,
KATHLEEN HUMPHREY, N.P.,
MOHAMMAD ASHRAF, M.D.,
GENERAL PHYSICIAN SUB II, PLLC,
BUFFALO GENERAL MEDICAL CENTER,
AND
KALEIDA HEALTH,

      Defendants.

**CONSENT TO CHANGE
ATTORNEYS**

**Index No.: 805134/2018**

      **IT IS HEREBY CONSENTED THAT** the law firm of GOLDSTEIN GRECO, P.C. located at 2354 Wehrle Drive, Buffalo, New York 14221 be substituted as attorneys of record for the undersigned party(ies) in the above-entitled action in place and stead of CELLINO LAW, LLP located at 800 Delaware Avenue, Buffalo, New York 14209.

Dated: _____10/4_____ , 2022
Buffalo, New York

_____
ERIC HENDEL, Plaintiff

_____
Brian A. Goldstein, Esq.
CELLINO LAW, LLP (outgoing attorneys)

_____
Brian A. Goldstein, Esq.
GOLDSTEIN GRECO, PC (incoming attorneys)

STATE OF NEW YORK )
CITY OF BUFFALO     ) SS:
COUNTY OF ERIE      )

      On the 4th day of _____Oct_____ , 2022, before me personally appeared ERIC HENDEL, personally known to me, or proved to me by satisfactory evidence to be the individual(s) whose name(s) is subscribed to th Consent to Change Attorneys and who acknowledged to me that said individual executed the same.

_____
Notary Public

JANICE S. HILDEBRANT
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 11/10/20 25

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE
***************************************************************

JESSE BREWSTER, JR.,

     Plaintiff,

v.

MITCHELL N. CALKINS,

     Defendant.

***************************************************************

**CONSENT TO CHANGE
ATTORNEYS**

**Index No.: 805851/2022**

     **IT IS HEREBY CONSENTED THAT** the law firm of GOLDSTEIN GRECO, P.C. located at 2354 Wehrle Drive, Buffalo, New York 14221 be substituted as attorneys of record for the undersigned party(ies) in the above-entitled action in place and stead of CELLINO LAW, LLP located at 800 Delaware Avenue, Buffalo, New York 14209.

Dated: 09-30-, 2022
Buffalo, New York

_____
JESSE BREWSTER, JR., Plaintiff

_____
Alexander J. Greco, Esq.
CELLINO LAW, LLP (outgoing attorneys)

_____
Alexander J. Greco, Esq.
GOLDSTEIN GRECO, PC (incoming attorneys)

STATE OF NEW YORK )
CITY OF BUFFALO    ) SS:
COUNTY OF ERIE    )

     On the 30th day of September, 2022, before me personally appeared JESSE BREWSTER, JR., personally known to me, or proved to me by satisfactory evidence to be the individual(s) whose name(s) is subscribed to th Consent to Change Attorneys and who acknowledged to me that said individual executed the same.

LAQUITA E. RUCKER
Notary Public, State of New York
Qualified in Erie County
Commission Expires 06-15-2023

_____
Notary Public

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE
****************************************************

YOLANDA HUNT, as Administrator of
the Estate of TEMIKA N. ROBERTSON,

      Plaintiff,

v.

JASON M. DAVIES, M.D.,
MATHEW K. MOSER, M.D.,
UNIVERSITY AT BUFFALO
NEUROSURGERY, INC.,
KENAN R. RAJJOUB, M.D.,                 **CONSENT TO CHANGE**
ANISHA RAHMATH VARODAN, MBBS,               **ATTORNEYS**
MONT. P. STERN, M.D.,
JOANNE M. MASSUCCI, M.D.,
BUFFALO NIAGARA ANESTHESIA;             **Index No.: 806386/2022**
MAPLE-GATE ANESTHESIOLOGISTS, P.C.,
JENII T. STATT, NP,
JAMIE N. NADLER, M.D.,
UB MD INTERNAL MEDICINE,
MARY K. GAYNOR, NP,
KATHRYN J. LARSON, RN,
NICOLE M. DUPLACY, RN,
KEVIN A. O'CONNELL, M.D.,
GENERAL PHYSICIAN, PC,
KALEIDA HEALTH, INC.,
BUFFALO GENERAL MEDICAL CENTER, and
GATES VASCULAR INSTITUTE,

      Defendants.

****************************************************

     **IT IS HEREBY CONSENTED THAT** the law firm of GOLDSTEIN GRECO, P.C. located at 2354 Wehrle Drive, Buffalo, New York 14221 be substituted as attorneys of record for the undersigned party(ies) in the above-entitled action in place and stead of CELLINO LAW, LLP located at 800 Delaware Avenue, Buffalo, New York 14209.

Dated: 3rd October , 2022
Buffalo, New York

                                        _____
                                        YOLANDA HUNT, Plaintiff

                                        _____
                                        Brian A. Goldstein, Esq.
                                        CELLINO LAW, LLP (outgoing attorneys)

                                        _____
                                        Brian A. Goldstein, Esq.
                                        GOLDSTEIN GRECO, PC (incoming attorneys)

STATE OF NEW YORK )
CITY OF BUFFALO      ) SS:
COUNTY OF ERIE      )

On the 3rd day of October , 2022, before me personally appeared YOLANDA HUNT, personally known to me, or proved to me by satisfactory evidence to be the individual(s) whose name(s) is subscribed to th Consent to Change Attorneys and who acknowledged to me that said individual executed the same.

Notary Public

JAIMEE MARIE JORDAN
Notary Public - State of New York
No. 01JO6388828
Qualified in Erie County
My Commission Exp. 02/25/2023

Case 1:23-cv-00279-JLS-JJM   Document 17115-16   Filed 08/11/23   Page 6 of 10

STATE OF NEW YORK

SUPREME COURT : COUNTY OF ERIE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DARLENE MILLER and
JAMES MILLER

        Plaintiffs,

v.

JOHN ROSS MCGRATH, M.D.,
KALEIDA HEALTH, INC.,
BUFFALO GENERAL MEDICAL CENTER, and
GATES VASCULAR INSTITUTE

        Defendant.

**CONSENT TO CHANGE
ATTORNEYS**

**Index No.: 815965 /2020**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    **IT IS HEREBY CONSENTED THAT** the law firm of GOLDSTEIN GRECO, P.C. located at 2354 Wehrle Drive, Buffalo, New York 14221 be substituted as attorneys of record for the undersigned party(ies) in the above-entitled action in place and stead of CELLINO LAW, LLP located at 800 Delaware Avenue, Buffalo, New York 14209.

Dated: _9-29-22_ , 2022
Buffalo, New York

_____  _____
DARLENE MILLER and JAMES MILLER, Plaintiffs

_____
Brian A. Goldstein, Esq.
CELLINO LAW, LLP (outgoing attorneys)

_____
Brian A. Goldstein, Esq.
GOLDSTEIN GRECO, PC (incoming attorneys)

STATE OF NEW YORK )
CITY OF BUFFALO    ) SS:
COUNTY OF ERIE    )

    On the 21th day of September, 2022, before me personally appeared DARLENE MILLER and JAMES MILLER, personally known to me, or proved to me by satisfactory evidence to be the individual(s) whose name(s) is subscribed to th Consent to Change Attorneys and who acknowledged to me that said individual executed the same.

_____
Notary Public

SARAH A NICKERSON
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01NI6371802
COMM. EXP. 03/05/2026 .

THE STATE OF NEW YORK
SUPREME COURT : COUNTY OF NIAGARA
********************************************************

JESSICA BENTON, Individually and as Parent
and Natural Guardian of K.B., an Infant,

                                              **CONSENT TO CHANGE**
                                                  **ATTORNEYS**

      Plaintiff(s),

v.                                            **Index No.: E169310/2019**

FARZANA HABIB, M.D., and
LOCKPORT MEMORIAL HOSPITAL

      Defendant.

********************************************************

      **IT IS HEREBY CONSENTED THAT** the law firm of GOLDSTEIN GRECO, P.C. located at 2354 Wehrle Drive, Buffalo, New York 14221 be substituted as attorneys of record for the undersigned party(ies) in the above-entitled action in place and stead of CELLINO LAW, LLP located at 800 Delaware Avenue, Buffalo, New York 14209.

Dated: _OCTOBER 18_____, 2022
Buffalo, New York

                _____
                JESSICA BENTON, Plaintiff

                _____
                Brian A. Goldstein, Esq.
                CELLINO LAW, LLP (outgoing attorneys)

                _____
                Brian A. Goldstein, Esq.
                GOLDSTEIN GRECO, PC (incoming attorneys)

STATE OF NEW YORK )
CITY OF BUFFALO    ) SS:
COUNTY OF ERIE     )

      On the _18TH_ day of _OCTOBER_____, 2022, before me personally appeared JESSICA BENTON, personally known to me, or proved to me by satisfactory evidence to be the individual(s) whose name(s) is subscribed to th Consent to Change Attorneys and who acknowledged to me that said individual executed the same.

        **BRIAN A. GOLDSTEIN**
     **Notary Public, State of New York**
        **Qualified in Erie County**
**My Commission Expires Jan. 13, _2024_**

                _____
                Notary Public

Case 3:16-md-02741-VC   Document 17115-16   Filed 08/11/23   Page 8 of 10

STATE OF NEW YORK
SUPREME COURT : COUNTY OF NIAGARA
************************************************************

CYNTHIA CROCKETT,

      Plaintiffs,

v.

HOME DEPOT U.S.A., INC.,
HOME DEPOT STORE #1287,
RWC LANDSCAPE SERVICES MANAGEMENT,
and JA KRANTZ LANDSCAPE DESIGN, LLC,
      Defendants.
************************************************************

**CONSENT TO CHANGE ATTORNEYS**

**Index No.: E174513/2021**

      **IT IS HEREBY CONSENTED THAT** the law firm of GOLDSTEIN GRECO, P.C. located at 2354 Wehrle Drive, Buffalo, New York 14221 be substituted as attorneys of record for the undersigned party(ies) in the above-entitled action in place and stead of CELLINO LAW, LLP located at 800 Delaware Avenue, Buffalo, New York 14209.

Dated: September _19_, 2022
Buffalo, New York

_____
CYNTHIA CROCKETT, Plaintiff

_____
Brian A. Goldstein, Esq.
CELLINO LAW, LLP (outgoing attorneys)

_____
Brian A. Goldstein, Esq.
GOLDSTEIN GRECO, PC (incomming attorneys)

STATE OF NEW YORK )
CITY OF BUFFALO   ) SS:
COUNTY OF ERIE    )

      On the _19th_ day of _September_ 2020, before me personally appeared CYNTHIA CROCKETT, personally known to me, or proved to me by satisfactory evidence to be the individual(s) whose name(s) is subscribed to th Consent to Change Attorneys and who acknowledged to me that said individual executed the same.

_____
Notary Public

GRANIT PERZHITA
No. 001PE6421169
Notary Public. State of New York
Qualified in Erie County
My Commission Expires 08/30/2025

1 of 1

STATE OF NEW YORK
SUPREME COURT : COUNTY OF NIAGARA
*********************************************************

SHELLY YAMONACO,

      Plaintiff,

v.

DONNA L. FELDMAN, M.D.,
LAURA M. DEBACCO, PA,
WOMEN'S MEDICINE OF NIAGARA, PLLC,
NIAGARA FALLS MEDICAL CENTER,

      Defendants.

*********************************************************

**CONSENT TO CHANGE ATTORNEYS**

**Index No.:** E177614/2022

      **IT IS HEREBY CONSENTED THAT** the law firm of GOLDSTEIN GRECO, P.C. located at 2354 Wehrle Drive, Buffalo, New York 14221 be substituted as attorneys of record for the undersigned party(ies) in the above-entitled action in place and stead of CELLINO LAW, LLP located at 800 Delaware Avenue, Buffalo, New York 14209.

Dated: 10/3/22 , 2022
Buffalo, New York

_____
SHELLY YAMONACO, Plaintiff

_____
Brian A. Goldstein, Esq.
CELLINO LAW, LLP (outgoing attorneys)

_____
Brian A. Goldstein, Esq.
GOLDSTEIN GRECO, PC (incoming attorneys)

STATE OF NEW YORK )
CITY OF BUFFALO    ) SS:
COUNTY OF ERIE     )

      On the _3rd_ day of _October_ , 2022, before me personally appeared SHELLY YAMONACO, personally known to me, or proved to me by satisfactory evidence to be the individual(s) whose name(s) is subscribed to th Consent to Change Attorneys and who acknowledged to me that said individual executed the same.

_____
Notary Public

MICHAELYN A BEAUDRY
NOTARY PUBLIC STATE OF NEW YORK
NIAGARA
LIC. #01BE6394505
COMM. EXP. July 08 2023

STATE OF NEW YORK
SUPREME COURT : COUNTY OF CHAUTAUQUA
************************************************************

CARL SPITALE, INDIVIDUALLY AND
AS ADMINISTRATOR OF THE
ESTATE OF PATRICIA SPITALE

      Plaintiffs,

v.

JAMES P. FITZGERALD, M.D.,
MELISSA K. RANNEY, RPA-C,
GREAT LAKES PHYSICIAN PRACTICE, P.C.,
UPMC CHAUTAUQUA WCA,
LUKE T. SEHY, M.D., and
PREMIER ANESTHESIA NEW YORK, PC

      **Defendants.**

************************************************************

**CONSENT TO CHANGE
ATTORNEYS**

**Index No.: EK12019000102**

      **IT IS HEREBY CONSENTED THAT** the law firm of GOLDSTEIN GRECO, P.C. located at 2354 Wehrle Drive, Buffalo, New York 14221 be substituted as attorneys of record for the undersigned party(ies) in the above-entitled action in place and stead of CELLINO LAW, LLP located at 800 Delaware Avenue, Buffalo, New York 14209.

Dated: _____10-06-2022_____, 2022
Buffalo, New York

_____
CARL SPITALE, Plaintiff

_____
Brian A. Goldstein, Esq.
CELLINO LAW, LLP (outgoing attorneys)

_____
Brian A. Goldstein, Esq.
GOLDSTEIN GRECO, PC (incoming attorneys)

STATE OF NEW YORK )
CITY OF BUFFALO    ) SS:
COUNTY OF ERIE     )

      On the 6th day of October, 2022, before me personally appeared CARL SPITALE, personally known to me, or proved to me by satisfactory evidence to be the individual(s) whose name(s) is subscribed to th Consent to Change Attorneys and who acknowledged to me that said individual executed the same.

_____
Notary Public

LANA M. HUSTON, #02HU6125449
Notary Public, State of New York
Qualified in Chautauqua County
My Commission Expires April 18, 2025