DUKE HOLZMAN PHOTIADIS & GRESENS LLP
Christopher M. Berloth, Esq.
Thomas D. Lyons, Esq.
*Attorneys For Third-Parties in Interest*
*Cellino & Barnes, P.C. and*
*Cellino Law LLP*
701 Seneca Street, Suite 750
Buffalo, New York 14210
(716) 855-1111
cberloth@dhpglaw.com
tlyons@dhpglaw.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Civ. Action No.: 3:16-md-02741-VC |

**PROPOSED ORDER**

WHEREAS, on June 26, 2023, Goldstein Greco, P.C. ("GGPC") filed a Verified Petition/Motion to Settle Attorneys' Fees (Doc. 16895), which, in relevant part, seeks to have the Court issue declaratory relief regarding any rights purportedly held by alleged Third Parties in Interest Cellino & Barnes, P.C. ("C&B") and Cellino Law LLP ("Cellino Law") (collectively, "Third Parties in Interest") with respect to the following Plaintiffs named in this litigation:

    a.    Daniel Badzinksi;
    b.    Cynthia Vavara;
    c.    Todd Faut;
    d.    Francine Hillpot;
    e.    Bruce Lasko;
    f.    Phillip Lee;
    g.    David Leys;
    h.    John Nesbitt;
    i.    David Pietrzak;
    j.    Aaron Potter;

  k. Norman Bauman;
  l. Margaret Chrisman;
  m. Leon Komm;
  n. Richard Hammett;
  o. Mary Ann Liesinger;
  p. Richard Nusbaum;
  q. Gerald Pasternak;
  r. Paul Pierce;
  s. Ray Duff;
  t. George LoBianco;
  u. Edward Struzik;
  v. Mark Estruch;
  w. Kelli Suchan;
  x. Deborah Brown;
  y. Irene Proctor;
  z. William Frueh;
  aa. Alphonso Faso; and
  bb. Thomas Hill; and

WHEREAS, on August 11, 2023, the Third Parties in Interest filed a Motion to Dismiss or Stay the Verified Petition/Motion to Settle Attorneys' Fees (Doc. ___), and in support of that motion the Third Parties in Interest filed the Declaration of Christopher M. Berloth, Esq., dated August 11, 2023 (Doc. ___), with exhibits; Declaration of Ross M. Cellino, Jr., Esq., dated August 11, 2023, with exhibits (Doc. ___); and a Memorandum of Law, dated August 11, 2023 (Doc. ___).

WHEREAS, in opposition to the motion by the Third Parties in Interest, GGPC filed _____, (Doc. ___); _____ (Doc. ___); and _____ (Doc. ___).

WHEREAS, in further support of their motion, the Third Parties in Interest filed a Reply Memorandum of Law, dated _____, 2023 (Doc. ___).

NOW, with the Court having reviewed all of the foregoing papers, and with due deliberation having been had thereon, it is hereby

ORDERED, that motion by the Third Parties In Interest is granted, and the Verified Petition/Motion to Settle Attorneys' Fees (*see* Doc. 16895) is hereby dismissed and denied in its entirety.

SO ORDERED this ___ day of _____, 20___.

_____
HON.