**SMITH BUKOWSKI, LLC**
Jeffrey D. Bukowski, Esquire
Attorney I.D. No. 76102
JBukowski@SmithBukowski.com
1050 Spring Street, Suite 1
Wyomissing, PA 19610
(610) 685-1600

*Attorneys for Petitioner, Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, and Renae L. Kirsch, individually, in her own right*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2741 |
| | : | |
| | : | CASE NO. 3:16-md-02741-VC |
| | : | |
| | : | **NOTICE OF WITHDRAWAL** |
| THIS DOCUMENT RELATES TO: | : | **OF COUNSEL** |
| | : | |
| *Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, deceased, et. al. v. Monsanto Co.,* | : | |
| | : | |
| | : | |
| Case No. 3:18-cv-00064-VC | : | |

1

**TO:   CLERK OF THE ABOVE-ENTITLED COURT and ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, attorney Jeffrey D. Bukowski requests to be withdrawn as counsel for Renae L. Kirsch in this case, because Case No. 3:18-cv-00064-VC settled pursuant to the Court Order of November 17, 2021. Further, Attorney Bukowski requests he be removed from the electronic service list.

Dated:  August 11, 2023                                   **SMITH BUKOWSKI, LLC**

                                          By:   /s/Jeffrey D. Bukowski
                                                  Jeffrey D. Bukowski, Esquire
                                                  JBukowski@SmithBukowski.com
                                                  1050 Spring Street, Suite 1
                                                  Wyomissing, PA 19610
                                                  (610) 685-1600

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 11, 2023, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

                     By: /s/Jeffrey D. Bukowski
                          Jeffrey D. Bukowski, Esquire
                          Attorney I.D. No. 76102
                          JBukowski@SmithBukowski.com
                          1050 Spring Street, Suite 1
                          Wyomissing, PA 19610
                          (610) 685-1600