UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 2741<br>Case No. 3:16-md-02741-VC |
| **This document relates to:** ) ) | |
| *Bryan J. Madere v. Monsanto Co.,* ) ) | |
| *Case No. 3:18-cv-07057-VC* ) | |

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

Comes the Plaintiff, Bryan J. Madere, by counsel, and without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI to Wave VII. The Defendant states the following:

1. Bryan J. Madere is part of Wave VI;

2. Over the past several months, Plaintiff's counsel has been taking and defending fact witness, expert witness, treating physician depositions, engaging in written discovery, and preparing for trial in other cases which are scheduled for trials in the current calendar year.

3. Counsel for the Plaintiff has conferred with Defendant's counsel and believe the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff, Bryan J. Madere, without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave VI to Wave VII.

Respectfully Submitted,

/s/ *Matthew B. Moreland*
**MATTHEW B. MORELAND**

**JIM S. HALL AND ASSOCIATES, LLC**
800 NORTH CAUSEWAY BLVD.
METAIRIE, LOUISIANA 70001
(504) 832-3000
mmoreland@jimshall.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed using the ECF filing system for the United States District Court for the Northern District of California on this 11th day of August, 2023, using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ *Matthew B. Moreland*
**MATTHEW B. MORELAND**