UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jerald Carriere v. Monsanto Company*<br>Case No. 3:18-cv-05887 | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-2741-VC |

### NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that H. Grant Law of the firm Shook, Hardy & Bacon L.L.P. hereby withdraws as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests to withdraw and be removed from ECF service of all pleadings, notices, orders, correspondence, and other papers in connection with this action.

August 14, 2023                                       Respectfully Submitted,

                                                      By: /s/ H. Grant
                                                      H. Grant Law
                                                      SHOOK, HARDY & BACON L.L.P.
                                                      555 Mission Street, Suite 2300
                                                      San Francisco, CA 94105
                                                      Phone: (415)544-1900
                                                      Fax: (415)391-0281
                                                      hlaw@shb.com