# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 |
| | ) |
| | ) Case No. 3:16-md-02741-VC |
| This document relates to: | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| ALL ACTIONS | ) **JOINT REQUEST FOR REVISED** |
| | ) **SCHEDULE FOR WAVE 6-7 CASES** |
| | ) **AND ADDING WAVE 8 SCHEDULE** |
| | ) |

THIS MATTER came before the Court based on the Court's order for a revised schedule for Wave 6-8 cases. Having reviewed the proposed schedule and finding good cause shown, the Court GRANTS the parties' proposed schedule for Wave 6-7 cases as detailed below and designates the following below cases as part of Wave 8.  Cases that were assigned in previous Waves 1-6, and already moved to a later Wave on at least one occasion, will not be permitted to transfer to later Waves absent extraordinary circumstances.

**Wave 6 Schedule**

**Wave 6A6-6D Expert Schedule – No Change**

**Wave 6 Briefing Schedule**

| Event | Date |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 12/14/2023 |
| Plaintiffs' *Daubert* briefs due. | 12/14/2023 |
| Oppositions to *Daubert* and summary judgment motions due. | 1/8/2024 |
| Replies re: *Daubert* and summary judgment due. | 1/22/2024 |
| *Daubert* hearing (if necessary). | 3/1/2024 |

The below cases remain in Wave 6 and are assigned the below sub-waves for expert discovery purposes as follows:

**Wave 6A**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Anderson, Gary | 3:20-cv-01584 | MT - District of MT |
| Fitz, Marcus | 3:21-cv-03580 | NY - S.D. |
| Fitzpatrick, Kelsea Rookard | 3:20-cv-01959 | KY - E.D. |
| Geter, Franklin | 3:19-cv-08380 | NY - S.D. |
| Holt, Alvin, et al. | 3:21-cv-05795 | ID - District of ID |

**Wave 6B**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Barry, Mary Gail | 3:21-cv-03581 | NY - S.D. |
| Caccia, Michael J. | 3:20-cv-01915 | NJ - District of NJ |
| Chavez, Livier | 3:20-cv-06775 | CA - C.D. |
| Dobberpuhl, Rickie D. | 3:21-cv-03754 | MO - E.D. |
| Gonzalez, Benito Ornelas | 3:20-cv-06198 | CA - C.D. |
| Hernandez, Edwin | 3:19-cv-05872 | MO - E.D. |
| Kaup, Michael N. | 3:20-cv-01070 | NE - District of NE |
| Kelly-Leppert, Consuelo E. | 3:21-cv-02910 | MO - E.D. |
| Rodgers, David | 3:20-cv-06121 | KY - E.D. |

**Wave 6C**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Beavers, Jr., Ricky | 3:20-cv-08799 | WA - W.D. |

| Beckfield, Brett | 3:21-cv-05322 | IA - N.D. |
| Bischoff, David | 3:20-cv-05937 | MO - E.D. |
| Canning, Richard | 3:19-cv-04230 | MA - District of MA |
| Casale, Patricia A. | 3:19-cv-05238 | FL - S.D. |
| Cotter, Robert | 3:20-cv-03108 | MA - District of MA |
| Daniels, Jerry | 3:19-cv-05870 | MO - E.D. |
| Fallon, Thomas I. | 3:20-cv-00248 | NY - S.D. |
| Garrison, Richard | 3:19-cv-00280 | OH - S.D. |
| Hebert, Marta J. | 3:21-cv-04636 | MO - E.D. |
| Lloyd, Betty J. | 3:20-cv-00588 | OH - N.D. |
| Lopez, Jose De Jesus Gonzalez | 3:20-cv-05888 | CA - N.D. |
| Mefford, Robert | 3:20-cv-02565 | MI - W.D. |
| Nelson, Gerald | 3:19-cv-04576 | MA - District of MA |
| Ryan, William Beau | 3:20-cv-03936 | MA - District of MA |

**Wave 6D**

| **Case Name** | **MDL Case No.** | **Transferor Court** |
| --- | --- | --- |
| Baker, Brenda | 3:19-cv-05873 | MO - E.D. |
| Batts, Stanley | 3:20-cv-05939 | MO - E.D. |
| Bulone, Angelo | 3:20-cv-03719 | SC - District of SC |
| Gordon, Garfield | 3:19-cv-06423 | AZ - District of AZ |
| Guiberson, Don | 3:20-cv-06780 | MT - District of MT |
| Lincourt, Catherine | 3:21-cv-05317 | NY - N.D. |

| | | |
|---|---|---|
| McNamara, Jr., Dennis | 3:21-cv-00963 | LA - E.D. |
| Mendivil, Adam | 3:19-cv-05482 | CA - N.D. |
| Nissen, Richard A. | 3:20-cv-06989 | OH - N.D. |
| Pickert, Alan M. | 3:20-cv-06248 | FL - M.D. |
| Pinheiro, Eduino N. | 3:21-cv-00041 | AZ - District of AZ |
| Pinheiro, Paula | 3:20-cv-08173 | AZ - District of AZ |
| Rolish, Lois | 3:20-cv-01421 | CA - C.D. |
| Searle, John M. | 3:20-cv-08850 | OH - N.D. |
| Tierney, Colleen | 3:20-cv-04211 | OH - N.D. |
| Turnoff, William C. | 3:19-cv-03837 | FL - S.D. |
| Williams, Thomas N. | 3:19-cv-03537 | IA - S.D. |

**Wave 7 Schedule:**

| Event | Date |
|---|---|
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 7 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state | 7/21/2024 |

**Wave 7A Schedule**

| Event | Date |
|---|---|
| Close of Wave 7A fact discovery | 1/8/2024 |
| Plaintiffs' expert reports due. | 1/15/2024 |
| Monsanto's expert reports due. | 2/14/2024 |

| Close of expert discovery. | 3/15/2024 |

**Wave 7B Schedule**

| Event | Date |
| --- | --- |
| Close of Wave 7B fact discovery | 2/7/2024 |
| Plaintiffs' expert reports due. | 2/14/2024 |
| Monsanto's expert reports due. | 3/15/2024 |
| Close of expert discovery. | 4/15/2024 |

**Wave 7C Schedule**

| Event | Date |
| --- | --- |
| Close of Wave 7C fact discovery | 3/8/2024 |
| Plaintiffs' expert reports due. | 3/15/2024 |
| Monsanto's expert reports due. | 4/15/2024 |
| Close of expert discovery. | 5/15/2024 |

**Wave 7D Schedule**

| Event | Date |
| --- | --- |
| Close of Wave 7D fact discovery | 4/8/2024 |

| | |
|---|---|
| Plaintiffs' expert reports due. | 4/15/2024 |
| Monsanto's expert reports due. | 5/15/2024 |
| Close of expert discovery. | 6/14/2024 |

**Wave 7E Schedule**

| Event | Date |
|---|---|
| Close of Wave 7E fact discovery | 5/8/2024 |
| Plaintiffs' expert reports due. | 5/15/2024 |
| Monsanto's expert reports due. | 6/14/2024 |
| Close of expert discovery. | 7/15/2024 |

**Wave 7F Schedule**

| Event | Date |
|---|---|
| Close of Wave 7F fact discovery | 6/7/2024 |
| Plaintiffs' expert reports due. | 6/14/2024 |
| Monsanto's expert reports due. | 7/15/2024 |
| Close of expert discovery. | 8/15/2024 |

**Wave 7G Schedule**

| Event | Date |
|---|---|
| Close of Wave 7G fact discovery | 7/8/2024 |
| Plaintiffs' expert reports due. | 7/15/2024 |
| Monsanto's expert reports due. | 8/15/2024 |
| Close of expert discovery. | 9/16/2024 |

**Wave 7H Schedule**

| Event | Date |
|---|---|
| Close of Wave 7H fact discovery | 8/8/2024 |
| Plaintiffs' expert reports due. | 8/15/2024 |
| Monsanto's expert reports due. | 9/16/2024 |
| Close of expert discovery. | 10/16/2024 |

**Wave 7 Briefing Schedule**

| Event | Date |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 10/30/2024 |
| Plaintiffs' *Daubert* motions due | 10/30/2024 |
| Oppositions re: *Daubert* and summary judgment due. | 11/21/2024 |
| Replies re: *Daubert* and summary judgment due. | 12/5/2024 |
| *Daubert* hearing (if necessary). | TBD |

**Wave 7 Case Assignments**

The below cases are assigned to Wave 7 and are assigned the below sub-waves for expert and fact discovery purposes as follows:

**Wave 7A**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Arnt, Phillip | 3:20-cv-02412 | MI - W.D. |
| Aultman, James | 3:19-cv-05236 | CA - N.D. |
| Berrios-Sampler, Ramon | 3:22-cv-02310 | CA - N.D. |
| Booth, David | 3:20-cv-04654 | OH - N.D. |
| Borum, Jay | 3:19-cv-05242 | CA - N.D. |
| Breymeyer, Henry | 3:20-cv-06344 | IL - C.D. |
| Brown, Virginia F. | 3:21-cv-04930 | NM - District of NM |
| Butterfield, Estel | 3:19-cv-05243 | CA - N.D. |
| Cantu, Gilberto P. | 3:19-cv-08036 | TX - S.D. |
| Carchia, Kathryn | 3:20-cv-05873 | MA - District of MA |
| Costa, Melvin | 3:19-cv-05245 | CA - N.D. |
| Dixon, Lawrence | 3:19-cv-05885 | HI - District of Hawaii |
| Finnell, Patrick | 3:20-cv-02419 | MO - E.D. |
| Frye, Martin | 3:21-cv-00039 | MD - District of MD |
| Gannon, Jason | 3:19-cv-08064 | WA - E.D. |
| Gerlach, Stan | 3:19-cv-05246 | CA - N.D. |
| Glassman, Philip | 3:20-cv-00024 | FL - S.D. |
| Gonzalez, Carlos M. Plaza | 3:22-cv-02303 | CA - N.D. |
| Gonzalez, Edilia | 3:19-cv-08225 | CA - C.D. |

| | | |
|---|---|---|
| Gordon, Andrew | 3:19-cv-05252 | CA - N.D. |
| Griffiths, Alyne | 3:20-cv-07736 | NV - District of NV |
| Hedges, Roylee | 3:19-cv-05306 | NM - District of NM |
| Hoffman, Robert | 3:19-cv-05253 | CA - N.D. |
| Hoge, Merril | 3:19-cv-04606 | ID - District of ID |
| Holland, Joseph | 3:20-cv-08521 | LA - W.D. |
| Hollander, Michael | 3:20-cv-03114 | CA - N.D. |
| Holliday, Michael L. | 3:19-cv-03014 | OH - N.D. |
| Hutchison, Leslie | 3:20-cv-03444 | MO - E.D. |
| Iona, Deborah | 3:20-cv-02404 | FL - S.D. |
| Katte, Sandra | 3:20-cv-00039 | MO - E.D. |
| Kay, Linda | 3:21-cv-00175 | SC - District of SC |
| Kimura, Karl | 3:20-cv-00190 | HI - District of Hawaii |
| Mattingly, Owen A. | 3:21-cv-01658 | KY - W.D. |
| May, James | 3:21-cv-02126 | MA - District of MA |
| Miller, Deborah | 3:19-cv-04946 | CA - N.D. |
| Moomey, Eva | 3:20-cv-01311 | NM - District of NM |
| Newman, Danielle | 3:20-cv-08524 | LA - W.D. |
| Pagan, Juan Rivera | 3:22-cv-02287 | CA - N.D. |
| Poroz, Natala | 3:19-cv-01243 | ME - District of ME |
| Porter, Patrick | 3:20-cv-05371 | CA - C.D. |
| Porteus, Kevin | 3:20-cv-03309 | NY - E.D. |
| Powell, Donnie Leon | 3:20-cv-05623 | TX - N.D. |

| Rios, Martin Velez, et al. | 3:20-cv-08552 | PR - District of Puerto Rico |
| Romano, Frank | 3:21-cv-01214 | LA - E.D. |
| Roth, Philip W., et al. | 3:20-cv-01543 | CO - District of CO |
| Sanchez, Luz M. Rodriguez | 3:22-cv-02301 | CA - N.D. |
| Sayles, Reginald | 3:20-cv-02417 | MO - E.D. |
| Scott, Stacy F. | 3:17-cv-05686 | LA - E.D. |
| Skonicki, Barbara | 3:20-cv-08053 | FL - M.D. |
| Tiddark, Linda | 3:20-cv-03060 | MO - E.D. |
| Trefry, Charleen | 3:19-cv-04921 | CA - N.D. |
| Vitale, Ralph | 3:19-cv-04919 | CA - N.D. |
| Wade, Craig | 3:20-cv-08178 | MO - E.D. |
| Waligura, Mark | 3:19-cv-04981 | CA - N.D. |
| Wallace, Joseph | 3:21-cv-01660 | CA - S.D. |
| Wilcome, Francis | 3:19-cv-04875 | CA - N.D. |

**Wave 7B**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Berenfeld, Sharon | 3:18-cv-01428 | FL - M.D. |
| Boucher, Robert | 3:21-cv-07475 | CA - N.D. |
| Bundy, Rob | 3:20-cv-06345 | FL - M.D. |
| Carriere, Hiram | 3:19-cv-06830 | TX - S.D. |
| Castro, Renilda | 3:19-cv-03887 | CA - N.D. |
| Connell, Spirit | 3:19-cv-05244 | CA - N.D. |

| | | |
|---|---|---|
| Corbett, Timothy M. | 3:20-cv-00118 | NE - District of NE |
| Cryan, Catherine | 3:17-cv-05084 | OH - N.D. |
| Deneve, Richard | 3:19-cv-07341 | IA - N.D. |
| Doran, Jr., Richard A. | 3:20-cv-02650 | SC - District of SC |
| Dotson, LaTanya | 3:20-cv-02414 | MO - E.D. |
| Drons, Robert | 3:20-cv-08167 | FL - N.D. |
| Elzey, Arnold | 3:19-cv-07373 | OH - N.D. |
| Embaan, Ben | 3:21-cv-01336 | NV - District of NV |
| Eordekian, Sophie | 3:20-cv-05874 | MA - District of MA |
| Farrell, Eric | 3:20-cv-07321 | CT - District of CT |
| Fleischhauer, Dieter | 3:21-cv-05971 | IL - N.D. |
| Garrott, Richard | 3:19-cv-05063 | CA - N.D. |
| Giri, Meena | 3:20-cv-04750 | PA - E.D. |
| Glaze, Deborah | 3:20-cv-00064 | MO - E.D. |
| Gniadek, Alan | 3:19-cv-05249 | CA - N.D. |
| Goik, Justin | 3:19-cv-04812 | CA - N.D. |
| Gorman, John George | 3:20-cv-01670 | MO - E.D. |
| Hallisey, Ann Maire | 3:19-cv-08116 | NH - District of NH |
| Hill, Belinda | 3:21-cv-01335 | NV - District of NV |
| Hochstein, Marvin J. | 3:21-cv-00605 | NE - District of NE |
| Humphrey, Kevin | 3:20-cv-04647 | MO - E.D. |
| Johnson II, William | 3:19-cv-05095 | CA - N.D. |
| Johnson, Michael Henry | 3:20-cv-01234 | MO - E.D. |

| | | |
|---|---|---|
| Jones, Bobby | 3:19-cv-05256 | CA - N.D. |
| Keeney, Pamela | 3:20-cv-00433 | MO - E.D. |
| Khal, Sami | 3:20-cv-09292 | NV - District of NV |
| Kimble, Nacole | 3:21-cv-01334 | NV - District of NV |
| Kuehn, Nathan | 3:20-cv-00669 | CA - N.D. |
| Lahote, Michael | 3:19-cv-06448 | MI - E.D. |
| Lowery, Michael | 3:19-cv-07375 | TX - W.D. |
| Luetcke, Christopher | 3:22-cv-03963 | CA - N.D. |
| Lundy, Thomas | 3:20-cv-09289 | FL - M.D. |
| Martin, Patrick | 3:22-cv-03966 | CA - N.D. |
| Montgomery, Steven R. | 3:20-cv-07397 | LA - W.D. |
| Moss, Douglas | 3:22-cv-04012 | CA - N.D. |
| Norgren, Suzanne | 3:22-cv-03967 | CA - N.D. |
| Pellerin, Sr., Gilbert P. | 3:21-cv-04634 | LA - W.D. |
| Pinkard, Marty | 3:22-cv-04011 | CA - N.D. |
| Proctor, Mark | 3:21-cv-00172 | FL - S.D. |
| Pullen, Howard | 3:19-cv-07462 | HI - District of Hawaii |
| Rose, Katrina | 3:21-cv-03167 | NM - District of NM |
| Schoonover, John | 3:22-cv-03969 | CA - N.D. |
| Simmons, Andrew C. | 3:20-cv-03311 | NY - E.D. |
| Slominski, Edwin | 3:17-cv-05481 | NM - District of NM |
| Smither, Lewis | 3:20-cv-08054 | FL - M.D. |
| Sullivan, Patrick | 3:22-cv-00092 | MA - District of MA |

| Teela, Michael | 3:22-cv-03382 | MN - District of MN |
| Tullio, Megan | 3:22-cv-03452 | MN - District of MN |
| Williams, Marc | 3:21-cv-02912 | LA - E.D. |
| Young, Amy | 3:22-cv-04832 | MN - District of MN |

**Wave 7C**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adams, III, Jesse R. | 3:20-cv-04746 | LA - E.D. |
| Akrawi, Habib | 3:19-cv-05874 | MI - E.D. |
| Aldoupolis, George | 3:20-cv-03433 | MA - District of MA |
| Beisner, Eric | 3:20-cv-00056 | MO - E.D. |
| Belfleur, Jean | 3:20-cv-00621 | FL - M.D. |
| Bodie, John | 3:20-cv-00057 | MO - E.D. |
| Burlingame, Linda | 3:20-cv-01629 | DE - District of DE |
| Calloway, John | 3:20-cv-00059 | MO - E.D. |
| Collins, James | 3:20-cv-01419 | NJ - District of NJ |
| Coressel, Denise | 3:20-cv-03720 | OH - N.D. |
| Daulton, Renee Theresa | 3:20-cv-08518 | MN - District of MN |
| Dillon, John | 3:19-cv-06184 | MI - E.D. |
| Dinner, Marie Bernice | 3:20-cv-03360 | CO - District of CO |
| Dominique, Vivian L. | 3:21-cv-02705 | OH - N.D. |
| Fox, Susan | 3:20-cv-08847 | NY - E.D. |
| Gilberg, Ellen | 3:20-cv-07735 | FL - M.D. |

| | | |
|---|---|---|
| Hayes, Robin | 3:21-cv-05398 | IL - C.D. |
| Howe, Thomas | 3:20-cv-00036 | MO - E.D. |
| Hueschen, Lee A. | 3:21-cv-04937 | NE - District of NE |
| Jessop, LeAnnah | 3:20-cv-00042 | MO - E.D. |
| Klaveano, Jerry K. | 3:20-cv-00198 | WA - E.D. |
| Kooi, Joslyn Ethel | 3:20-cv-06656 | WA - W.D. |
| Madere, Bryan | 3:18-cv-07057 | LA - E.D. |
| McCulloch, Karen | 3:20-cv-01672 | MO - E.D. |
| Moers, John Warren | 3:20-cv-01671 | MO - E.D. |
| Moore, Glenn | 3:20-cv-00041 | MO - E.D. |
| Moore, Larry | 3:19-cv-04517 | MO - E.D. |
| Moore, Ray | 3:19-cv-04974 | CA - N.D. |
| Moreland, Jr., Emory | 3:20-cv-03069 | GA - S.D. |
| Myers, Philip | 3:19-cv-04411 | MO - E.D. |
| Neff, Jerry | 3:19-cv-05294 | MO - E.D. |
| Oehlmann, Michael | 3:20-cv-03067 | NJ - District of NJ |
| Perry, Catherine A. | 3:21-cv-05621 | OH - N.D. |
| Poteet, Izora | 3:20-cv-02415 | MO - E.D. |
| Rice, William | 3:19-cv-04941 | CA - N.D. |
| Rivera, Diane | 3:19-cv-04962 | CA - N.D. |
| Sarafian, Alexander | 3:20-cv-01068 | MI - E.D. |
| Saunders, Virgenna | 3:19-cv-05053 | CA - N.D. |
| Scheh, Johnetta | 3:20-cv-02427 | TX - E.D. |

| | | |
|---|---|---|
| Scheideman, Kelly | 3:20-cv-01674 | MO - E.D. |
| Slagle, Kristin | 3:20-cv-05964 | NE - District of NE |
| Sorensen, Carol | 3:22-cv-03971 | CA - N.D. |
| Sparkman, Gisela | 3:21-cv-06497 | CA - S.D. |
| Stormes, Lacy | 3:19-cv-06026 | CA - C.D. |
| Sullivan, Dan | 3:20-cv-03549 | CA - N.D. |
| Terriaca, Joseph | 3:19-cv-07210 | NY - E.D. |
| Thompson, Matthew | 3:20-cv-08851 | FL - S.D. |
| Trobona, Charles | 3:19-cv-07234 | LA - E.D. |
| Watson, Jack | 3:22-cv-03972 | CA - N.D. |
| Weeder, Tracie E. | 3:19-cv-05378 | OR - District of OR |
| Whitehouse, Sidney E. | 3:19-cv-05964 | CA - E.D. |
| Whitford, Robert | 3:22-cv-04014 | CA - N.D. |
| Williams, Larry | 3:20-cv-02416 | MO - E.D. |
| Woolfolk, Marilyn | 3:20-cv-04760 | LA - M.D. |
| Zanelli, Richard Louis | 3:20-cv-05373 | CA - C.D. |
| Zuiderveen, Randall | 3:20-cv-00582 | MI - W.D. |

**Wave 7D**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adams, Leland | 3:22-cv-07590 | CA - C.D. |
| Aiken, Jr., Eugene L. | 3:20-cv-00065 | MO - E.D. |
| Albrecht, Michael David | 3:20-cv-01636 | MO - E.D. |

| | | |
|---|---|---|
| Baid, Prabha | 3:20-cv-06774 | MA - District of MA |
| Benson, Terry | 3:19-cv-04953 | CA - N.D. |
| Boatright, Allen | 3:21-cv-00675 | FL - N.D. |
| Bray, Beverly | 3:19-cv-05060 | CA - N.D. |
| Breger, Lisa | 3:18-cv-02257 | MA - District of MA |
| Burris, James | 3:21-cv-01337 | NV - District of NV |
| Carroll, Sharlyn | 3:20-cv-08516 | MO - E.D. |
| Carter, Alaine | 3:22-cv-01655 | UT - District of UT |
| Catania, Anthony | 3:20-cv-03300 | NY - E.D. |
| Christy, Monique | 3:19-cv-03969 | LA - E.D. |
| Clausen, Steven | 3:22-cv-02293 | MO - E.D. |
| Colton, Andrew | 3:20-cv-04834 | FL - N.D. |
| Crooks, Jeffrey | 3:19-cv-05027 | CA - N.D. |
| Culp, David | 3:20-cv-03439 | MO - E.D. |
| Emmons, Janice | 3:20-cv-06219 | CA - N.D. |
| Ferris, Dennis | 3:19-cv-05077 | CA - N.D. |
| Fritscher, Bryan | 3:21-cv-04928 | LA - E.D. |
| Ghaznavi, Rafat K. | 3:21-cv-02706 | FL - N.D. |
| Glatt, Fredda | 3:20-cv-04649 | CA - S.D. |
| Glenn, Earl | 3:23-cv-01270 | UT - District of UT |
| Helmich, Gerald | 3:20-cv-05941 | NY - W.D. |
| Holden, Walter | 3:19-cv-05085 | CA - N.D. |
| Humphrey, Paul | 3:20-cv-00019 | DE - District of DE |

| | | |
|---|---|---|
| Hunter, Sadie | 3:21-cv-09947 | CA - C.D. |
| Jackson, Elouise | 3:20-cv-08522 | MO - E.D. |
| Johnson, Joseph | 3:22-cv-02294 | MO - E.D. |
| Joiner, William Travis | 3:20-cv-03828 | LA - W.D. |
| Katz, Bernice | 3:20-cv-01825 | MI - E.D. |
| Lindstrom, Dennis | 3:19-cv-05070 | CA - N.D. |
| Martinez, Elpidia | 3:21-cv-01508 | CA - C.D. |
| Miller, Eileen | 3:20-cv-08523 | MO - E.D. |
| Miller, Eric | 3:19-cv-07399 | SC - District of SC |
| Morin, Wayne | 3:20-cv-01019 | MA - District of MA |
| Penalver, Jorge | 3:20-cv-08801 | FL - S.D. |
| Perillo, Antonio | 3:21-cv-02550 | FL - M.D. |
| Poulsen, Mandi | 3:21-cv-03757 | UT - District of UT |
| Price, Rodney | 3:22-cv-05046 | UT - District of UT |
| Prince, Spencer L. | 3:21-cv-02127 | UT - District of UT |
| Ramey, Lenvil | 3:17-cv-05878 | KY - W.D. |
| Reiser, Brenda | 3:21-cv-05220 | SC - District of SC |
| Reno, David | 3:22-cv-02295 | MO - E.D. |
| Rhuland, Jason C. | 3:19-cv-05598 | OH - N.D. |
| Rodgers, Roy | 3:21-cv-03297 | Virgin Islands - District of Virgin Islands |
| Rogers, Thomas G. | 3:20-cv-07221 | NM - District of NM |
| Rowland, Dean | 3:19-cv-05310 | OH - N.D. |
| Rubin, Joel | 3:20-cv-05870 | MA - District of MA |

| Setzer, William | 3:17-cv-03448 | OH - N.D. |
|---|---|---|
| Swartz, Arlen, Individually and as a Surviving Heir of Patricia Swartz, Deceased | 3:19-cv-04859 | CA - N.D. |
| Tudal, Steven | 3:20-cv-05871 | MA - District of MA |
| Vander Groef, Chris | 3:19-cv-07858 | NJ - District of NJ |
| Williams, Charles | 3:20-cv-04758 | SC - District of SC |
| Wistinghausen, Robert | 3:20-cv-00027 | OH - N.D. |
| Zollinger, Courtney | 3:21-cv-04472 | UT - District of UT |

**Wave 7E**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Abel, Augustus | 3:21-cv-07124 | OH - S.D. |
| Agosta, Carl | 3:21-cv-06562 | MI - E.D. |
| Andrews, Robert | 3:21-cv-07745 | MA - District of MA |
| Barnhart, David | 3:21-cv-09295 | TX - S.D. |
| Colucci, Richard | 3:22-cv-00860 | NY - S.D. |
| Denenberg, Doug | 3:21-cv-08920 | IL - N.D. |
| Fattakhov, Albert | 3:21-cv-09293 | NY - E.D. |
| Ferrington, Charles | 3:21-cv-06113 | LA - W.D. |
| Fisher, Marylnn | 3:21-cv-06764 | IL - N.D. |
| Fuller, Juliana | 3:21-cv-09588 | MO - E.D. |
| Gautier, Nadezhda | 3:22-cv-00101 | LA - E.D. |
| Goranson, Gordon | 3:21-cv-06832 | IN - N.D. |

| Graham, Jr., Larry | 3:21-cv-10048 | SC - District of SC |
|---|---|---|
| Graves, Brent L. | 3:21-cv-09832 | SD - District of SD |
| Grubb, Shawn | 3:20-cv-09293 | OK - W.D. |
| Hayes, Michael Randy | 3:21-cv-00965 | AL - N.D. |
| Hensley, Norman | 3:22-cv-02298 | VA - W.D. |
| Hesse, Samuel | 3:21-cv-08551 | WI - E.D. |
| Howell, Tony | 3:20-cv-07322 | NC - W.D. |
| Jobman, Jeffrey T. | 3:22-cv-00093 | NE - District of NE |
| King, Jr., Arthur J. | 3:21-cv-09294 | GA - N.D. |
| Lampert, Laurie | 3:22-cv-05044 | FL - M.D. |
| Lane, David | 3:22-cv-01022 | VA - E.D. |
| LeBlanc, Jr., Thomas C. | 3:22-cv-00455 | LA - W.D. |
| Luby, Jr., John, et al. | 3:22-cv-03830 | TX - S.D. |
| Magner, Madeline A. | 3:22-cv-02497 | NJ - District of NJ |
| Martin, Brian | 3:21-cv-08549 | WA - W.D. |
| Mazzeo, Peter A. | 3:19-cv-02315 | WA - W.D. |
| McNeely, Carol K. | 3:22-cv-00307 | SC - District of SC |
| Mellon, William | 3:22-cv-01951 | FL - M.D. |
| Mercer, Lance Dylan | 3:19-cv-06403 | WA - W.D. |
| Merchant, Randolph J. | 3:19-cv-03497 | WA - W.D. |
| Moore, Carol H. | 3:22-cv-00091 | LA - E.D. |
| Mosley, Barbara | 3:19-cv-01618 | GA - S.D. |
| Occhipinti, Connie | 3:22-cv-00470 | FL - M.D. |

| | | |
|---|---|---|
| Pierrot, Charles M. | 3:22-cv-02967 | NJ - District of NJ |
| Ragan, Doris | 3:21-cv-08939 | GA - M.D. |
| Redmond, Earl | 3:20-cv-07738 | TN - M.D. |
| Ricci, Patrick J. | 3:22-cv-02498 | NJ - District of NJ |
| Romano, Nathan P. | 3:20-cv-06194 | WV - N.D. |
| Rotella, Thomas P. | 3:21-cv-10050 | NY - W.D. |
| Rutherford, Michael | 3:22-cv-03823 | NJ - District of NJ |
| Sarkissian, Vigen J. | 3:22-cv-00309 | CA - C.D. |
| Saunders, Alfred | 3:21-cv-10002 | NY - E.D. |
| Seieroe, David | 3:21-cv-09840 | IA - N.D. |
| Smith, Pamela | 3:21-cv-01505 | OK - W.D. |
| Smith, Thomas | 3:20-cv-08517 | SD - District of SD |
| Stackhouse, Mark | 3:21-cv-02908 | OH - N.D. |
| Terrell, Fannie | 3:22-cv-00785 | OH - N.D. |
| Trimmer, Mark H. | 3:22-cv-04120 | RI - District of RI |
| Valinoti, Henrietta | 3:22-cv-02966 | NJ - District of NJ |
| Waldrop, Molly-Jack | 3:20-cv-08798 | TX - N.D. |
| Warholak, Diane E. | 3:21-cv-06112 | PA - W.D. |
| Wilson, Linda | 3:22-cv-04266 | MO - E.D. |
| Zeig, Rosemary | 3:22-cv-05047 | MN - District of MN |

**Wave 7F**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Bentley, Randall | 3:22-cv-05050 | LA - W.D. |
| Birmingham, Anne | 3:22-cv-02701 | MD - District of MD |
| Bowe, William P. | 3:22-cv-01229 | OH - N.D. |
| Bowen, Mary Rachel | 3:22-cv-02965 | TX - S.D. |
| Dallen, Jeanette Garvito | 3:22-cv-02495 | FL - Broward County |
| Davis, Laura | 3:22-cv-02297 | NJ - District of NJ |
| Demarmels, Michael | 3:22-cv-04406 | NY - S.D. |
| Dennis, Alzonia | 3:22-cv-03225 | NJ - District of NJ |
| Dunaway, Joyce Hutchinson | 3:22-cv-04055 | KY - E.D. |
| Estruch, Mark | 3:22-cv-01134 | NY - W.D. |
| Froemming, Patrick J. | 3:22-cv-01754 | SC - District of SC |
| Galvan, Richard | 3:22-cv-01889 | CA - N.D. |
| Greenwald, Leslie | 3:22-cv-01135 | LA - E.D. |
| Greenwood, Elizabeth | 3:22-cv-04830 | PA - E.D. |
| Hutchings, Jeremy | 3:22-cv-04636 | MO - E.D. |
| Jacobs, Billie June | 3:22-cv-02969 | NC - M.D. |
| Kamm, III, Carl J. | 3:22-cv-00786 | OH - N.D. |
| Manukyan, Sofia | 3:22-cv-01268 | CA - C.D. |
| Matherne, Michael J. | 3:22-cv-01948 | LA - E.D. |
| McAllister, Robert D. | 3:22-cv-04302 | CA - N.D. |
| Mohler, Troy | 3:22-cv-01947 | KY - W.D. |

| | | |
|---|---|---|
| Monson, Curtis | 3:22-cv-03824 | LA - E.D. |
| Montgomery, Diane | 3:19-cv-04782 | CA - N.D. |
| Moon, Linda Nicholson | 3:22-cv-05284 | LA - E.D. |
| Mythen, Daniel Richard | 3:19-cv-06402 | WA - W.D. |
| Parry, Diane | 3:22-cv-03226 | TX - S.D. |
| Parsons, Kenneth J. | 3:19-cv-02577 | WA - W.D. |
| Pearson, Verna | 3:19-cv-07525 | WA - W.D. |
| Pease, Marc | 3:21-cv-10049 | FL - M.D. |
| Pelz, Leon | 3:22-cv-03224 | NJ - District of NJ |
| Piesik, Margaret Rae | 3:19-cv-05660 | WA - W.D. |
| Plank, Wilson | 3:20-cv-03450 | FL - M.D. |
| Randazzo, Nicholas | 3:22-cv-02492 | LA - E.D. |
| Redmon, Vernon | 3:19-cv-04887 | CA - N.D. |
| Ricke, Anne | 3:19-cv-06090 | FL - M.D. |
| Roman, Albert | 3:22-cv-03855 | FL - M.D. |
| Ruiz, Irene C. | 3:22-cv-04716 | TX - W.D. |
| Sanders, Thomas Lake | 3:19-cv-07401 | WA - E.D. |
| Shaffer, Mary Metz | 3:22-cv-04404 | PA - M.D. |
| Sorrell, Chad | 3:22-cv-05287 | NC - E.D. |
| Stejskal, James D. | 3:19-cv-07524 | WA - W.D. |
| Stolz, Marcel | 3:19-cv-07402 | WA - E.D. |
| Storlie, Frances | 3:19-cv-03785 | WA - E.D. |
| Straub, Richard | 3:22-cv-03829 | AZ - District of AZ |

| | | |
|---|---|---|
| Suchan, Kelli A. | 3:22-cv-00862 | NY - W.D. |
| Sullivan, Maria E. | 3:22-cv-01269 | CT - District of CT |
| Taylor, Marilyn | 3:22-cv-04400 | LA - E.D. |
| Teston, Michael | 3:22-cv-04828 | GA - N.D. |
| Thompson, Jr., James C. | 3:22-cv-05053 | PA - E.D. |
| Tierney, Patrick | 3:19-cv-01937 | WA - W.D. |
| Toyer, Joan Elizabeth | 3:19-cv-06405 | WA - W.D. |
| Vaughn, John | 3:22-cv-03228 | TN - M.D. |
| Wood, Johnny | 3:22-cv-03818 | TX - N.D. |
| Yant, Richard | 3:22-cv-03820 | OH - N.D. |
| Yoder, Howard H. | 3:22-cv-03140 | OH - S.D. |

**Wave 7G**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Axelson, Maynard Russell | 3:19-cv-06400 | WA - W.D. |
| Benzel, Thomas Jay | 3:19-cv-03462 | WA - E.D. |
| Bergeson, Carl | 3:22-cv-03826 | MN - District of MN |
| Bray, Angela Holder | 3:22-cv-01133 | TN - E.D. |
| Brown, Karen R. | 3:22-cv-03819 | MT - District of MT |
| Bull, Sr., Kenneth | 3:22-cv-03380 | MN - District of MN |
| Carmiel, Bilha | 3:22-cv-03389 | NJ - District of NJ |
| Cockerham, Amaj | 3:19-cv-08089 | NC - M.D. |
| Coe, John Edward | 3:22-cv-01949 | WA - W.D. |

| Cohen, David Robert | 3:19-cv-02077 | WA - W.D. |
|---|---|---|
| Cormier, Monique | 3:22-cv-04167 | MN - District of MN |
| Cox, Nancy | 3:22-cv-03453 | MN - District of MN |
| Culler, Barbara Zellers | 3:19-cv-06401 | WA - W.D. |
| Delsuc, Laurent | 3:19-cv-02079 | WA - W.D. |
| Dinicola, Paul | 3:22-cv-05049 | LA - E.D. |
| DiQuollo, Robert | 3:22-cv-03978 | MN - District of MN |
| El-Hakam, Bakri | 3:21-cv-09937 | TX - S.D. |
| Finneman, Connie | 3:18-cv-07021 | MO - E.D. |
| Flowers, Sr., William Edward | 3:20-cv-00347 | TN - M.D. |
| Fontenot, Terrell | 3:22-cv-03854 | MN - District of MN |
| Gebo, Ron | 3:17-cv-00168 | FL - M.D. |
| Ginkel, Peter | 3:22-cv-00358 | NJ - District of NJ |
| Johnson, Joseph | 3:19-cv-05255 | CA - N.D. |
| Jones, David Robert | 3:21-cv-08048 | NY - N.D. |
| Kirby, Robert | 3:21-cv-08447 | CA - E.D. |
| Laurianti, Jason | 3:19-cv-02587 | PA - W.D. |
| Levy, Robert | 3:21-cv-07643 | FL - S.D. |
| Lindvall, Daniel | 3:20-cv-07218 | GA - N.D. |
| Miramon, Mary Anne | 3:22-cv-02491 | LA - E.D. |
| Myers, Stacy Lynn | 3:20-cv-01308 | MS - S.D. |
| Norman, Gazzell | 3:21-cv-06495 | TX - N.D. |
| O'Dell, Roger Dean | 3:21-cv-03756 | WV - S.D. |

| | | |
|---|---|---|
| Paggett, Terrisa | 3:22-cv-02105 | LA - W.D. |
| Penny, Perry Ramon | 3:21-cv-07644 | MO - E.D. |
| Perez, Michael | 3:22-cv-00089 | FL - M.D. |
| Phillips, Ronald Edward | 3:19-cv-04379 | TN - M.D. |
| Ponzini, Larry | 3:19-cv-03535 | AL - N.D. |
| Prevost, Kenneth | 3:22-cv-01506 | LA - E.D. |
| Pronnette, Veronica | 3:22-cv-03813 | MN - District of MN |
| Putzrath, Mario J. | 3:19-cv-03786 | NC - W.D. |
| Reed, Anne | 3:22-cv-03454 | MN - District of MN |
| Reinert, Bradford | 3:22-cv-03383 | MN - District of MN |
| Sabouri, Anousheh | 3:22-cv-02292 | CA - N.D. |
| Sanchez, Maria | 3:20-cv-02634 | AL - M.D. |
| Schumacher, Bud | 3:22-cv-03817 | MN - District of MN |
| Scruggs, John L. | 3:19-cv-05867 | AL - N.D. |
| Seaman, Charles | 3:21-cv-02546 | FL - M.D. |
| Serpe, John | 3:22-cv-03385 | MN - District of MN |
| Shedd, Jr., Ray | 3:20-cv-03833 | MS - S.D. |
| Smith, Frederick, et al. | 3:17-cv-02142 | MO - E.D. |
| Somach, Michael | 3:19-cv-06048 | FL - M.D. |
| Southerland, Willie | 3:19-cv-06049 | FL - M.D. |
| Stevens, Vickie Hall | 3:22-cv-03859 | FL - M.D. |
| Tolbert, Lena Faye | 3:19-cv-05375 | TN - M.D. |
| von Rentzell, Aaron A. | 3:22-cv-02494 | NE - District of NE |

**Wave 7H**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Allemann, Jerry | 3:22-cv-02496 | NE - District of NE |
| Anderson, Jacklyn Lee | 3:20-cv-00848 | FL - M.D. |
| Anderson, Michael | 3:19-cv-06092 | FL - M.D. |
| Arnold, Carl | 3:22-cv-02810 | NJ - District of NJ |
| Audiino, Jacqueline | 3:22-cv-02700 | NY - E.D. |
| Bennett, Linda | 3:22-cv-00659 | NJ - District of NJ |
| Bokhari, Enver | 3:22-cv-02108 | NY - E.D. |
| Buchanan, Mark | 3:20-cv-03718 | FL - M.D. |
| Camara, Victor | 3:19-cv-06965 | FL - M.D. |
| Chapman, Dick | 3:19-cv-06723 | FL - M.D. |
| Cruikshank, Janene | 3:21-cv-07122 | NE - District of NE |
| DeMent, Scott | 3:19-cv-01182 | AZ - District of AZ |
| Djurdjevic, Mirjana | 3:19-cv-04765 | CA - N.D. |
| Eilmes, Jr., Kenneth Noel | 3:19-cv-05345 | WA - E.D. |
| Ellis, Timothy | 3:19-cv-06091 | FL - M.D. |
| Faschingbauer, Larry J. | 3:17-cv-03202 | WI - W.D. |
| Foral, Sr., Robert | 3:20-cv-03440 | MO - E.D. |
| Giannetto, Marc | 3:22-cv-03381 | MN - District of MN |
| Gibson, Faith | 3:22-cv-04399 | FL - M.D. |
| Godsey, Patricia | 3:19-cv-00923 | TX - S.D. |
| Greiner, Robert | 3:22-cv-03384 | MN - District of MN |

| Haase, Caryl Ann | 3:19-cv-05957 | WA - E.D. |
|---|---|---|
| Haley, Brenda | 3:22-cv-04401 | GA - M.D. |
| Hanson, Larry | 3:21-cv-06514 | IL - C.D. |
| Hayden, Neal Allen | 3:19-cv-05600 | WA - W.D. |
| Hazel, Mary | 3:19-cv-01560 | MO - E.D. |
| Hogue, Christopher Michael | 3:19-cv-04117 | NC - W.D. |
| Holmes, Christoper | 3:20-cv-03363 | FL - S.D. |
| Huntley, Carol Ann | 3:19-cv-06407 | WA - W.D. |
| Jilnicki, Robert | 3:19-cv-06047 | FL - M.D. |
| Jizhak, Eugene | 3:20-cv-04646 | CA - S.D. |
| Johnson-Tannan, Lowell | 3:19-cv-05956 | WA - E.D. |
| Jones, Sheldon | 3:22-cv-04265 | GA - M.D. |
| Jones-Basler, Caitlin et al. | 3:19-cv-03536 | CA - E.D. |
| Kincell, Bonnie | 3:20-cv-03446 | MO - E.D. |
| Lane, II, Thomas | 3:22-cv-03814 | MN - District of MN |
| Lanier, Tammy | 3:20-cv-04751 | GA - S.D. |
| Laroche, Suzanne | 3:22-cv-04637 | MN - District of MN |
| Lydon, Marilyn | 3:19-cv-04795 | CA - N.D. |
| McCaskill, Matthew | 3:19-cv-03539 | MS - N.D. |
| McDermott, Michael | 3:20-cv-07219 | MA - District of MA |
| Paris, Robert | 3:22-cv-03387 | MN - District of MN |
| Piganelli, Robert | 3:20-cv-07398 | IN - S.D. |
| Reid, Charles Fredric | 3:22-cv-04080 | NC - M.D. |

| | | |
|---|---|---|
| Renteria, Marita | 3:22-cv-00877 | NM - District of NM |
| Schoenberg, Robert L. | 3:20-cv-06783 | KS - District of KS |
| Scolieri, Antonino | 3:20-cv-05771 | NY - E.D. |
| Sheller, Aaron | 3:19-cv-07972 | IN - S.D. |
| Smith, Roy H. | 3:19-cv-03597 | FL - M.D. |
| Stewart, Mark D. | 3:20-cv-01835 | OK - W.D. |
| Thuss, Robert W. | 3:19-cv-07533 | GA - N.D. |
| Trinidad, Damaris | 3:20-cv-07325 | NY - S.D. |
| Webb, Dan W. | 3:20-cv-00493 | MS - N.D. |
| Wiggins, Susan | 3:23-cv-00721 | WY - District of WY |
| Winer, Paula M. | 3:20-cv-04844 | IN - N.D. |

## Wave 8 Schedule:

| Event | Date |
|---|---|
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 7 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 7/12/2025 |

## Wave 8A Schedule

| Event | Date |
|---|---|
| Close of Wave 8A fact discovery | 11/18/2024 |
| Plaintiffs' expert reports due. | 12/9/2024 |

| Event | Date |
|---|---|
| Monsanto's expert reports due. | 1/9/2025 |
| Close of expert discovery. | 2/10/2025 |

**Wave 8B Schedule**

| Event | Date |
|---|---|
| Close of Wave 8B fact discovery | 12/18/2025 |
| Plaintiffs' expert reports due. | 1/9/2025 |
| Monsanto's expert reports due. | 2/10/2025 |
| Close of expert discovery. | 3/12/2025 |

**Wave 8C Schedule**

| Event | Date |
|---|---|
| Close of Wave 8C fact discovery | 1/17/2025 |
| Plaintiffs' expert reports due. | 2/18/2025 |
| Monsanto's expert reports due. | 3/20/2025 |
| Close of expert discovery. | 4/21/2025 |

**Wave 8D Schedule**

| Event | Date |
|---|---|
| Close of Wave 8D fact discovery | 2/27/2025 |
| Plaintiffs' expert reports due. | 3/3/2025 |
| Monsanto's expert reports due. | 4/4/2025 |
| Close of expert discovery. | 5/5/2025 |

**Wave 8E Schedule**

| Event | Date |
|---|---|
| Close of Wave 8E fact discovery | 3/27/2025 |
| Plaintiffs' expert reports due. | 4/4/2025 |
| Monsanto's expert reports due. | 5/5/2025 |
| Close of expert discovery. | 6/5/2025 |

**Wave 8F Schedule**

| Event | Date |
|---|---|
| Close of Wave 8F fact discovery | 4/27/2025 |
| Plaintiffs' expert reports due. | 5/5/2025 |

| | |
|---|---|
| Monsanto's expert reports due. | 6/5/2025 |
| Close of expert discovery. | 7/11/2025 |

**Wave 8 Briefing Schedule**

| Event | Date |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 7/25/2025 |
| Plaintiffs' *Daubert* motions due | 7/25/2025 |
| Oppositions re: *Daubert* and summary judgment due. | 8/28/2028 |
| Replies re: *Daubert* and summary judgment due. | 9/12/2025 |
| *Daubert* hearing (if necessary). | TBD |

**Wave 8 Case Assignments**

The below cases are assigned to Wave 8 and are assigned the below sub-waves for expert and discovery purposes as follows:

**Wave 8A**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adler, Marilyn | 3:23-cv-02166 | MO - E.D. |
| Akins, Ruby | 3:23-cv-01923 | MO - E.D. |
| Altomari, Marie | 3:23-cv-01746 | MN - District of MN |
| Bailey, Darrell | 3:23-cv-01926 | FL - M.D. |
| Baranova, Irina | 3:23-cv-02959 | MO - E.D. |
| Barnett, Mark A. | 3:22-cv-07289 | MN - District of MN |
| Becker, Caroline | 3:23-cv-01909 | MN - District of MN |
| Bernardo, Becky | 3:23-cv-01916 | MO - E.D. |
| Besse, Nikki | 3:23-cv-03187 | MO - E.D. |

| | | |
|---|---|---|
| Billigen, Sr., Thomas J. | 3:22-cv-08892 | MN - District of MN |
| Bosch, Jeannie M. | 3:23-cv-01917 | MO - E.D. |
| Bostic, Peggy | 3:23-cv-02569 | MO - E.D. |
| Boucher, Daniel | 3:23-cv-03155 | MO - E.D. |
| Bradley, Charles | 3:23-cv-02565 | MO - E.D. |
| Briggs, Michael | 3:23-cv-03156 | MO - E.D. |
| Call, Kathleen | 3:23-cv-02168 | MO - E.D. |
| Callahan, Tana | 3:22-cv-05663 | LA - E.D. |
| Chilton, Brian | 3:23-cv-02377 | MN - District of MN |
| Danowski, William | 3:23-cv-00722 | FL - M.D. |
| Defelice, Christopher | 3:23-cv-00716 | FL - M.D. |
| Derrick, David | 3:23-cv-02000 | MO - E.D. |
| Ditoro, Charles | 3:23-cv-01960 | FL - S.D. |
| Garrison, Sheri Mabile | 3:22-cv-05664 | LA - E.D. |
| Gottstein, Ross | 3:23-cv-02961 | FL - M.D. |
| Harris, Pamela | 3:23-cv-02564 | LA - E.D. |
| Latham, Walter B. | 3:22-cv-06391 | LA - E.D. |
| Lenhart, Gerald | 3:23-cv-01574 | OH - N.D. |
| Luby, Jr., John, et al. | 3:22-cv-03830 | TX - S.D. |
| Rohloff, Anna | 3:22-cv-07292 | OH - N.D. |
| Bergstresser, Patricia | 3:23-cv-03946 | MI - W.D. |
| Shaffer, Steven A. | 3:23-cv-01084 | IL - N.D. |
| Shelton, Norma Jean | 3:22-cv-08890 | LA - W.D. |

| | | |
|---|---|---|
| Spychala, Edward | 3:23-cv-01872 | OH - N.D. |
| Ulrich, John | 3:20-cv-05117 | MA - District of MA |
| White, Brandon | 3:22-cv-07592 | MI - W.D. |

**Wave 8B**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Aitkens, Christopher | 3:23-cv-00630 | MO - E.D. |
| Alegi, Paula | 3:23-cv-00267 | MA - District of MA |
| Bennett, Larry | 3:23-cv-00631 | MO - E.D. |
| Birdstraw, Allison | 3:23-cv-02167 | MO - E.D. |
| Butts, Carol | 3:23-cv-03123 | MO - E.D. |
| Dawson, Jesse | 3:23-cv-01927 | MN - District of MN |
| Dusenbury, Brian | 3:22-cv-05661 | MN - District of MN |
| Farr, Cheri | 3:23-cv-02295 | MN - District of MN |
| Faulkner, Carl | 3:23-cv-03158 | MO - E.D. |
| Flynn, Roy | 3:23-cv-02296 | MO - E.D. |
| Foster, Davis Lee | 3:23-cv-01059 | MO - E.D. |
| Gell, William | 3:23-cv-01921 | MN - District of MN |
| Gilbert, Garry | 3:23-cv-03124 | MO - E.D. |
| Goddard, Thomas | 3:23-cv-00955 | MO - E.D. |
| Griffie, Tanya | 3:22-cv-07331 | MN - District of MN |
| Griffith, David | 3:23-cv-03268 | MO - E.D. |
| Gunn, Betty | 3:23-cv-03161 | MO - E.D. |

| Haberman, Guy | 3:23-cv-02297 | MO - E.D. |
| Hammons, Robert E. | 3:22-cv-05286 | KY - E.D. |
| Harris, Jorja | 3:23-cv-02378 | MO - E.D. |
| Hinkson, Thomas | 3:23-cv-03506 | MO - E.D. |
| Hirvela, Kathleen | 3:23-cv-00718 | FL - N.D. |
| Holleman, Richard | 3:23-cv-03606 | MO - E.D. |
| Howard, Virginia | 3:22-cv-05315 | MO - E.D. |
| Hueckel, Jeanne | 3:22-cv-09088 | FL - M.D. |
| Jackson, Clarice | 3:22-cv-06599 | MO - E.D. |
| Jennings, Jason | 3:23-cv-00499 | TN - E.D. |
| Johnson, Charles D. | 3:22-cv-06598 | MO - E.D. |
| Jones, Robert T. | 3:23-cv-00563 | MN - District of MN |
| Katz, David | 3:22-cv-05732 | FL - S.D. |
| Emelander, Renee Y. | 3:23-cv-01573 | MO - E.D. |
| King, Genevieve | 3:23-cv-02169 | MO - E.D. |
| Levy, Sally | 3:23-cv-00761 | FL - S.D. |
| Locklair, Melody | 3:23-cv-00719 | FL - M.D. |
| Zarate, Juan Delgado | 3:23-cv-03877 | CA - E.D. |

**Wave 8C**

| Case Name | MDL Case No. | Transferor Court |
| --- | --- | --- |
| Bati, Sami | 3:23-cv-01915 | NY - N.D. |
| Brown, Deborah | 3:23-cv-01473 | NY - E.D. |

| Collier, Timothy | 3:23-cv-03947 | FL - M.D. |
|---|---|---|
| Doherty, Eric | 3:23-cv-01676 | NY - W.D. |
| Faso, Alphonso | 3:23-cv-01751 | NY - S.D. |
| Frueh, William | 3:23-cv-01817 | NY - W.D. |
| Harms, Nathan M. | 3:23-cv-03876 | NC - M.D. |
| Jenkins, Nancy | 3:23-cv-03507 | MO - E.D. |
| Jolin, Jeffrey | 3:23-cv-02001 | MO - E.D. |
| Kimball, Teresa Sue | 3:22-cv-06148 | MO - E.D. |
| Laury, Romeil | 3:23-cv-01361 | MO - E.D. |
| Ledet, Edward | 3:23-cv-02298 | MO - E.D. |
| Lee, Kevin | 3:23-cv-00957 | MO - E.D. |
| Lingle, Darla | 3:22-cv-05735 | MN - District of MN |
| Link, Kim | 3:23-cv-02570 | MO - E.D. |
| Lipman, Sumner | 3:23-cv-01717 | FL - M.D. |
| Lono, Krissey | 3:23-cv-01475 | MN - District of MN |
| Luther, Darlene | 3:23-cv-03508 | MO - E.D. |
| Marchica, Frank | 3:23-cv-01271 | FL - M.D. |
| Means, Ira | 3:23-cv-03509 | MO - E.D. |
| Moon, Nancy | 3:23-cv-02036 | MO - E.D. |
| Morehart, Daniel | 3:22-cv-06392 | MN - District of MN |
| Morrissey, John | 3:22-cv-05731 | FL - M.D. |
| Munday, Chris | 3:23-cv-00720 | GA - M.D. |
| Nadeau, Paul | 3:23-cv-03510 | MO - E.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Nelson, Rebecca | 3:23-cv-03511 | MO - E.D. |
| Plummer, Robert | 3:23-cv-01269 | FL - M.D. |
| Portuondo, Ernesto | 3:23-cv-01085 | FL - S.D. |
| Portuondo, Laurie | 3:23-cv-01086 | FL - S.D. |
| Pratt, Christopher | 3:23-cv-00052 | FL - M.D. |
| Pruitt, Michael | 3:23-cv-01718 | MN - District of MN |
| Ramos, III, Valentin | 3:23-cv-00220 | MN - District of MN |
| Smith, Lanny | 3:23-cv-01087 | MO - E.D. |
| Walker, Tracy Dean | 3:23-cv-02002 | MO - E.D. |

**Wave 8D**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Austin, Robert | 3:22-cv-07589 | CA - C.D. |
| Cromack, Wayne | 3:23-cv-00565 | MA - District of MA |
| Fazal, Faiz | 3:22-cv-06071 | NC - E.D. |
| Hill, Thomas | 3:23-cv-01928 | NY - S.D. |
| Jarrell, Robert | 3:23-cv-04025 | LA - W.D. |
| Kane, Mary | 3:23-cv-02682 | MO - E.D. |
| Leblanc, Nolan | 3:22-cv-05978 | LA - E.D. |
| Muladzhanov, Yuzef | 3:23-cv-01785 | NY - E.D. |
| Newberry, Dennis | 3:23-cv-01918 | MO - E.D. |
| Pagliaro, Lisa | 3:23-cv-02246 | MO - E.D. |
| Peabody, Susan | 3:23-cv-02037 | MO - E.D. |

| | | |
|---|---|---|
| Phelps, James | 3:23-cv-03512 | MO - E.D. |
| Spindle, Janet | 3:23-cv-01008 | MO - E.D. |
| Powell, Suzanna | 3:23-cv-03513 | MO - E.D. |
| Proctor, Irene | 3:23-cv-01818 | NY - W.D. |
| Rhoades, Cherie | 3:23-cv-03535 | MO - E.D. |
| Ritcheson, Kenneth | 3:23-cv-02170 | MO - E.D. |
| Robertson, Darlene | 3:23-cv-03515 | MO - E.D. |
| Roesky, Kathleen | 3:23-cv-03570 | MO - E.D. |
| Rogers, Loy | 3:23-cv-02572 | MN - District of MN |
| Rugg, Deborah | 3:23-cv-00345 | MN - District of MN |
| Salinas, Edward | 3:22-cv-05737 | MN - District of MN |
| Sammons, Amy | 3:23-cv-00050 | NY - N.D. |
| Schob, Sandra | 3:23-cv-02573 | MO - E.D. |
| Shackleford, Isabel | 3:23-cv-03607 | MO - E.D. |
| Shock, John | 3:23-cv-03548 | MO - E.D. |
| Sutton, Jackson | 3:23-cv-00221 | MN - District of MN |
| Svejda, Sharon | 3:22-cv-08857 | MN - District of MN |
| Von Staden, Richard | 3:23-cv-01182 | FL - M.D. |
| Ward, Daniel | 3:23-cv-01738 | NY - W.D. |
| Westbrook, Norton | 3:23-cv-02985 | FL - M.D. |
| Wilson, Robert S. | 3:22-cv-07528 | MN - District of MN |
| Wolff, Elizabeth | 3:22-cv-05313 | KY - W.D. |
| Yeargain, Betty | 3:22-cv-05976 | MN - District of MN |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Wave 8E**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Buntz, Robert | 3:23-cv-03658 | WI - W.D. |
| Coppess, Steven | 3:22-cv-07530 | OH - S.D. |
| Crutchfield, III, Charles E. | 3:22-cv-08860 | MN - District of MN |
| Delaney, Todd | 3:22-cv-05646 | CA - N.D. |
| Dufrene, Richard Brent | 3:23-cv-00051 | LA - E.D. |
| Efimenko, Alexander | 3:19-cv-00485 | AZ - District of AZ |
| Golling, John Michael | 3:23-cv-02960 | WA - W.D. |
| Hendrickson, Michael | 3:22-cv-09090 | WA - W.D. |
| Jackson, Kathleen | 3:23-cv-01572 | FL - M.D. |
| Jansen, Jeffrey | 3:22-cv-08891 | MN - District of MN |
| Kuhn, Michael | 3:23-cv-00046 | MS - N.D. |
| Lafrance, Adam J. | 3:22-cv-05977 | MI - E.D. |
| Mee, Kevin | 3:20-cv-01237 | ID - District of ID |
| Mistich, Raymond | 3:23-cv-04015 | LA - E.D. |
| Orsborne, Mark P. | 3:22-cv-09041 | MA - District of MA |
| Pioppi, Nerio W. | 3:22-cv-07529 | MA - District of MA |
| Prieto-Rodriguez, Miguel A. | 3:22-cv-04833 | PR - District of Puerto Rico |
| Rowland, Dan | 3:22-cv-06660 | CA - C.D. |
| Schrag, Paul | 3:22-cv-08888 | FL - S.D. |

| Sheppard, Christine | 3:16-cv-05650 | HI - District of Hawaii |
|---|---|---|
| Smith, Marcia | 3:23-cv-01922 | MO - E.D. |
| Smith, Richard S. | 3:23-cv-01919 | MO - E.D. |
| Soltyka, Nicole | 3:22-cv-05734 | MD - District of MD |
| Vanlandingham, Clifford | 3:23-cv-03549 | MO - E.D. |
| Vigilante, Robert | 3:23-cv-01920 | MO - E.D. |
| Vincent, Roger | 3:23-cv-00648 | ID - District of ID |
| Weathersby, Erlinda | 3:23-cv-02171 | MO - E.D. |
| Weaver, Douglas | 3:23-cv-00352 | MI - E.D. |
| White, James | 3:23-cv-03550 | MO - E.D. |
| Wiedman, Stephanie | 3:23-cv-03551 | MO - E.D. |
| Williams, Benny | 3:22-cv-06597 | MO - E.D. |
| Wood, Gloria | 3:23-cv-03608 | MO - E.D. |
| Wright, Winston | 3:23-cv-03609 | MO - E.D. |
| Zenz, Berniece | 3:23-cv-02148 | OH - N.D. |

**Wave 8F**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Aulakh, Amirk | 3:23-cv-00603 | CA - E.D. |
| Banet, John | 3:20-cv-07883 | IN - S.D. |
| Bartholomew, Michael | 3:23-cv-01914 | IA - N.D. |
| Besser, Matthew | 3:22-cv-05733 | IA - S.D. |
| Bricker, Ricky | 3:23-cv-00960 | IA - S.D. |

| | | |
|---|---|---|
| Casey, Gerard | 3:22-cv-07330 | MA - District of MA |
| Cilli, Gregory S. | 3:23-cv-00147 | CA - S.D. |
| Colburn, David A. | 3:23-cv-01959 | PA - W.D. |
| Curtin, Maria P. | 3:23-cv-00471 | PA - W.D. |
| Danilecki, Brian | 3:23-cv-02716 | MA - District of MA |
| Feit, Susan | 3:23-cv-01596 | NJ - District of NJ |
| Harris, Sarah M. | 3:23-cv-02566 | AL - N.D. |
| Heuberger, James A. | 3:23-cv-00717 | IA - N.D. |
| Holbrook, Vetril | 3:23-cv-00956 | NC - W.D. |
| Sinder, Fredric L. | 3:22-cv-08893 | OH - S.D. |
| Levine, Susan | 3:22-cv-08859 | CA - S.D. |
| Lamar, Shanda | 3:22-cv-06389 | FL - M.D. |
| Locsin, Douglas | 3:23-cv-02571 | CA - E.D. |
| Lubischer, David | 3:23-cv-02962 | PA - W.D. |
| Mast, Brock | 3:22-cv-06390 | IA - N.D. |
| Lopez, Ariana | 3:23-cv-02681 | CA - C.D. |
| Murphy, Mark | 3:22-cv-07527 | MN - District of MN |
| Nederhoff, David | 3:22-cv-07287 | MN - District of MN |
| Pietri, Wayne R. | 3:23-cv-01679 | LA - E.D. |
| Pope, Glen | 3:22-cv-08887 | OK - W.D. |
| Pridgen, Jerry | 3:23-cv-03025 | NC - E.D. |
| Ross, Lawrence | 3:23-cv-00961 | IL - N.D. |
| Schank, Lorraine | 3:23-cv-02433 | PA - E.D. |

| | | |
|---|---|---|
| Sengstaken, Bruce | 3:22-cv-07328 | FL - M.D. |
| Strickland, Silas | 3:23-cv-02509 | GA - S.D. |
| Tsakrios, Manuel | 3:19-cv-01617 | FL - M.D. |
| Tyler, William | 3:22-cv-09089 | MO - E.D. |
| Vonahn, Ray B. | 3:23-cv-01929 | IA - N.D. |
| Wasson, William | 3:22-cv-05412 | CA - C.D. |

Date: _____, 2023

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT