UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION ) <br> _____ ) <br> ) <br> This document relates to: ) <br> ) <br> *David Ayres and Karen Ayres v. Monsanto Co.*, ) <br> Case No.: 3:17-cv-05716-VC ) <br> _____ ) | MDL NO. 2741 <br> **Case No.   3:16-md-02741-VC** |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Karen Ayres, as Successor to David Ayres, and Defendant, Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned action, with each party to bear its own attorneys' fees and costs.

Counsel for Plaintiff has read Pretrial Order No. 236, ECF 13192, and hereby certifies that he has complied with the common benefit hold back required therein.  Specifically, Counsel for Plaintiff hereby certifies that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation has been withheld in trust pending instruction of

1

distribution.   Counsel for Plaintiff further certifies that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not his client's portion.

   IT IS SO STIPULATED AND AGREED

Dated:   August 16, 2023                BY:    */s/ Eugene C. Brooks, IV*
                                                               EUGENE C. BROOKS, IV
                                                               Brooks Law Office
                                                               Georgia State Bar No. 084750
                                                               PO Box 9545
                                                               Savannah, GA 31412
                                                               313 West York Street
                                                               Savannah, GA 31401
                                                               T: (912) 233-9696; F: (912) 232-8620
                                                               gbrooks@brooks-law.com
                                                               Attorney for Plaintiffs


                                                               */s/ Anthony R. Martinez*
                                                               ANTHONY R. MARTINEZ
                                                               Shook, Hardy & Bacon, LLP
                                                               Missouri State Bar No. 61791
                                                               2555 Grand Blvd.
                                                               Kansas City, MO   64108
                                                               T: (816) 474-6550; F: (816) 421-5547
                                                               amartinez@shb.com
                                                               Attorney for Defendant, Monsanto

## CERTIFICATE OF SERVICE

This certificate certifies that on this day the undersigned served filed the foregoing via the U.S.D.C. Electronic Filing System to all counsel registered to receive automatic e-file notifications on the above-captioned matter.

This 16th day of August, 2023.

/s/ *Eugene C. Brooks, IV*
EUGENE C. BROOKS, IV
Brooks Law Office
Georgia State Bar No. 084750
PO Box 9545
Savannah, GA 31412
313 West York Street
Savannah, GA 31401
T: (912) 233-9696; F: (912) 232-8620
gbrooks@brooks-law.com
Attorney for Plaintiffs