John C. Enochs
Morris Bart, P.L.C.
601 Poydras Street, 24th Floor
New Orleans, LA 70130
(504) 526-1087
Fax: (833) 277-4214
jenochs@morrisbart.com

*Attorney for Plaintiff*

Jennise W. Stubbs
Shook Hardy & Bacon L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
(713) 227-8008
Fax: (713) 227-9508
jstubbs@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>Terrisa Paggett v. Monsanto Company<br>3:22-cv-02105-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs. Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

1  DATED:  August 16, 2023                    Respectfully submitted,

2                                             */s/ John C. Enochs*

3                                             John C. Enochs
                                              Morris Bart, P.L.C.
4                                             601 Poydras Street, 24th Floor
                                              New Orleans, LA 70130
5                                             (504) 526-1087
                                              Fax: (833) 277-4214
6                                             jenochs@morrisbart.com

7                                             *Attorney for Plaintiff*

8                                             */s/ Jennise W. Stubbs*

9                                             Jennise W. Stubbs
                                              Shook Hardy & Bacon L.**L.P.**
10                                            600 Travis Street, Suite 3400
                                              Houston, TX 77002-2926
11                                            (713) 227-8008
                                              Fax: (713) 227-9508
12                                            jstubbs@shb.com

13                                            *Attorney for Defendant Monsanto Company*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
STIPULATION OF DISMISSAL WITH PREJUDICE
3:16-md-02741-VC & 3:22-cv-02105-VC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Jennise W. Stubbs, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Jennise W. Stubbs*
Jennise W. Stubbs
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*

STIPULATION OF DISMISSAL WITH PREJUDICE
3:16-md-02741-VC & 3:22-cv-02105-VC