UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to:<br><br>*Jose de Jesus Gonzalez Lopez v. Monsanto Co.*,<br>Case No. 3:20-CV-05888 | Case No. 3:16-md-02741-VC |

**Unopposed Motion to Move Case to Wave VII**

**COMES NOW,** Plaintiff Jose de Jesus Gonzalez Lopez (hereinafter "Plaintiff"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VI to Wave VII:

1. The case of Jose de Jesus Gonzalez Lopez is part of Wave VI.
2. The deposition of Plaintiff has been taken.
3. Plaintiff has served a Plaintiff Fact Sheet, medical records, and authorizations to obtain medical records.
4. Despite their efforts, the Parties have not been able to complete the discovery in this case.
5. Plaintiff believes the best course of action is to move this case to Wave VII in order to complete the outstanding discovery.
6. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

7. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VII.

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VII.

Dated: August 15, 2023

Respectfully submitted,

_____
Duncan M. James (CA SB# 40505)
JAMES & McMULLEN, LLP
445 N. State Street
P.O. Box 1381
Ukiah, CA 95482
Tel: (707) 468-9271
Fax: (707) 468-0453
lawoffice@james-mcmullen.com
*Attorney for Plaintiff*
JOSE DE JESUS GONZALEZ LOPEZ

Date: August 15, 2023

_____
John K. Sherk (CA SB# 295838)
SHOOK, HARDY & BACON LLP
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
JSHERK@shb.com
*Attorney for Defendant*

### Certificate of Service

I certify that on August 16, 2023, I served the foregoing by filing with the Court using the CM/ECF system which sent notice to counsel of record when accepted and filed.

_____
Katie Brown