# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Jose de Jesus Gonzalez Lopez v. Monsanto Co.*, Case No. 3:20-CV-05888 | Case No. 3:16-md-02741-VC **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII** |

Plaintiff's motion to move the case from Wave VI to Wave VII is granted.

**IT IS SO ORDERED.**

Dated: _____