1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs

2

600 Travis Street, Suite 3400
Houston, TX 77002-2026

3

Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508

4

Email:        jstubbs@shb.com

5

*Attorneys for Defendant*
*MONSANTO COMPANY*

6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| --- | --- |
| | Case No. 3:16-md-02741-VC |

9

10

This document relates to:

11

*Nathan M. Harms, individually, and Jennifer H. Harms, individually, v. Monsanto Company,*
Case No. 3:23-cv-03876-VC

12

13

14

## **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16

("Monsanto") makes the following disclosures:

17

1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18

2.      Bayer AG is a publicly held corporation.

19

20

21

22

23

24

25

26

27

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:23-cv-03876-VC

DATED:  August 18, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone:   (713) 227-8008
Facsimile:     (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 18th day of August, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs