Jeremiah Boling (LA Bar No. 34249)
Benjamin Rumph (LA Bar No. 37851)
Adam Whitworth (LA Bar No. 34149)
**Boling Law Firm**
541 Julia Street, Suite 300
New Orleans, LA 70130
Telephone: (504) 569-5904
Fax: (504) 569-5774
jboling@bolingfirm.com
brumph@bolingfirm.com
awhitworth@bolingfirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2741 |
| **This document relates to**: | * * * * * * | DECLARATION OF JEREMIAH BOLING IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND |
| *Raymond Mistich v. Monsanto Co., et al* Case No. 3:23-cv-04015-VC | | |

DECLARATION OF JEREMIAH BOLING

IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

I, Jeremiah Boling, declare:

1. I am an attorney at law and am a member of Boling Law Firm LLC, counsel for Plaintiff Raymond Mistich ("Plaintiff") in this case. I make this Declaration in support of Plaintiff's Motion to Remand. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. On May 28, 2021, Plaintiff filed his Original Complaint against Monsanto Company and Harry's Hardware, Inc. Case No. 2021-04605, *Raymond Mistich versus Monsanto Company, Et Al* in the Civil District Court for the Parish of Orleans, State of Louisiana.

3. Harry's Hardware, Inc. at all times was a Louisiana resident.

4. Four of the five Plaintiffs in Case No. 2021-04605, *Raymond Mistich versus Monsanto Company, Et Al* in the Civil District Court for the Parish of Orleans, State of Louisiana are Louisiana residents.

5. A three-week jury trial in Case No. 2021-04605, *Raymond Mistich versus Monsanto Company, Et Al* in the Civil District Court for the Parish of Orleans, State of Louisiana is scheduled on January 16, 2024.

6. I make this declaration in support of Plaintiff's motion for an order remanding this action to the Civil District Court for the Parish of Orleans, State of Louisiana.

7. Attached hereto as **Exhibit 1** is a true and correct copy of the discovery sent to Harry's Hardware, Inc. in Case No. 2021-04605, *Raymond Mistich versus Monsanto Company, Et Al* in the Civil District Court for the Parish of Orleans, State of Louisiana on July 5, 2021.

8. Attached hereto as **Exhibit 2** is a complete, true and correct copy of the deposition of Janiece Mistich taken on May 30, 2023 in *Raymond Mistich versus Monsanto Company, Et Al* in the Civil District Court for the Parish of Orleans, State of Louisiana.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that if called as a witness I would and could testify competently, and that I make this declaration on my personal knowledge. Executed in New Orleans, Louisiana on August 18, 2023.

/s/ Jeremiah Boling
Jeremiah Boling