Janeiece Yvonne Mistich

```
1            CIVIL DISTRICT COURT

2             PARISH OF ORLEANS

3             STATE OF LOUISIANA

4     No.  2021-4605          Division A-16

5             RAYMOND MISTICH

6                versus

7         MONSANTO COMPANY, ET AL

8

9

10      Video deposition of JANEIECE YVONNE MISTICH,

11   taken on Tuesday, May 30, 2023, at the Courtyard

12   Marriott, located at 101 Northpark Boulevard,

13   Covington, Louisiana  70433, commencing at 9:10

14   a.m.

15

16

17

18

19

20

21   Reported by:
             QUINCEE B. ROCCAFORTE
22           CERTIFIED COURT REPORTER
             REGISTERED PROFESSIONAL REPORTER
23

24

25
```

EXHIBIT
2

```
1                    I N D E X

2

3

4              E X A M I N A T I O N

5       MR. CHERNACK....................    5

6

7

8              E X H I B I T S

9    No. 1   Notice of Deposition.......   10

10   No. 2   Timeline..................   12

11   No. 3   Plaintiff's Fact Sheet.....   14

12   No. 4   Google Earth photographs   74

13           100 Leah Drive............

14   No. 5   Google Earth photographs   86

15           524 Hutchinson Drive.......

16   No. 6   Google Earth photographs   92

17           2525 Garden Drive..........

18   No. 7   Google Earth photographs   100

19           7605 Mayfair Place.........

20   No. 8   Google Earth photographs   106

21           7531 Fieldston Road........

22   No. 9   Petition for Damages.......   185

23

24

25
```

Janeiece Yvonne Mistich

```
 1              A P P E A R A N C E S

 2    REPRESENTING RAYMOND MISTICH:

 3         BOLING LAW FIRM
           BY:  JEREMIAH BOLING, ESQ.
 4         541 Julia Street, Suite 300
           New Orleans, Louisiana 70130
 5         504-615-6309
           jboling@bolingfirm.com
 6

 7    REPRESENTING MONSANTO COMPANY:

 8         HOLLINGSWORTH, LLP
           BY:  GREGORY S. CHERNACK, ESQ.
 9         BY:  DANIEL MURNER, ESQ.
           BY:  GREGORY ENG, ESQ. (VIA ZOOM)
10         1350 I Street NW
           Washington, DC  20005
11         202-898-5800
           gchernack@hollingsworthllp.com
12         dmurner@hollingsworthllp.com

13

14    THE VIDEOGRAPHER:

15         MARK ANCALADE

16

17

18

19

20

21

22

23

24

25
```

Janeiece Yvonne Mistich

1             S T I P U L A T I O N

2         It is stipulated by and among Counsel that

3    the deposition of JANEIECE YVONNE MISTICH is being

4    taken under the Louisiana Code of Civil Procedure

5    for all purposes permitted under the law.

6         The formalities of reading and signing are

7    waived.

8         The formalities of sealing, certification

9    and filing are hereby waived.  The party

10   responsible for services of the discovery material

11   shall retain the original.

12        All objections, except those as to the

13   form of the questions and/or the responsiveness of

14   the answers, are reserved until the time of the

15   trial of this cause.

16                   *   *   *   *   *

17        Quincee B. Roccaforte, Certified Court

18   Reporter, Registered Professional Reporter, in and

19   for the State of Louisiana, officiated in

20   administering the oath to the witness.

21

22

23

24

25

Janeiece Yvonne Mistich

```
 1        THE VIDEOGRAPHER:

 2              We're now on the record.  My name is

 3        Mark Ancalade, the videographer, with Golkow

 4        Litigation Services.  Today's date is

 5        May 30th, 2023.  The time is approximately

 6        9:10 a.m.

 7              Today's deposition is being held in

 8        Covington, Louisiana in the matter of Raymond

 9        Mistich versus Monsanto Company, et al.

10        Today's deponent is Janeiece Mistich.

11              I would ask that counsel please state

12        their names for the record which thereafter

13        would the court reporter please swear in the

14        witness.

15        MR. BOLING:

16              Jeremiah Boling for plaintiffs.

17        MR. CHERNACK:

18              Greg Chernack along with Daniel Murner

19        for defendants.

20              JANEIECE YVONNE MISTICH,

21   after having been first duly sworn by the

22   above-mentioned Certified Court Reporter was

23   examined and testified as follows:

24              E X A M I N A T I O N

25   BY MR. CHERNACK:
```

1        Q.    Good morning, Ms. Mistich.

2        A.    Good morning.

3        Q.    We met a few minutes ago.  My name is

4   Greg Chernack.  I am counsel for the defendants in

5   a lawsuit initially your husband brought, which now

6   you and three of your children are acting as the

7   plaintiffs.

8              Could you state your full name and home

9   address for the record, please?

10       A.    Janeiece Mistich, 100 Leah Drive,

11  Mandeville, Louisiana, 70448.

12             I do have four children, though.

13       Q.    You do.  But one of them is not a

14  plaintiff in this litigation.

15       A.    Okay.

16       Q.    Is that correct?

17  MR. BOLING:

18             We amended it, and I think initially

19        I -- just for the record, I initially brought

20        with Ms. Jan the three kids and we amended

21        maybe a few months ago with the fourth child.

22  MR. CHERNACK:

23             Okay.

24  MR. BOLING:

25             And that was an oversight on my part.

Janeiece Yvonne Mistich

```
 1        MR. CHERNACK:

 2              No problem.  I just want to make sure

 3        we had it correct.

 4              I note for the record, we are still

 5        receiving medical records.  I know it's

 6        unlikely, but it's possible that something

 7        might come in that we would have to re-open

 8        this.  But as you are not a physician, it's

 9        probably unlikely, but I just want to put

10        that out there.

11 BY MR. CHERNACK:

12        Q.    Have you ever been deposed before?

13        A.    Never.

14        Q.    I imagine you have some idea what's

15 going to happen, but let me just go over a few

16 things.  The next few hours, I'll be asking you a

17 series of questions.  You'll be answering them.

18 From time to time, Mr. Boling might object to one

19 of them.  Unless he tells you not to answer,

20 however, you should still answer the question.  If

21 he does instruct you not to answer, he and I can

22 discuss that, but you don't need to worry about

23 that.

24              As you can see, our court reporter here

25 is taking down everything that's being said.  It's
```

Janeiece Yvonne Mistich

```
1    therefore very important we both don't speak at the

2    same time.  If we do speak at the same time, she

3    won't be happy, and we don't want that to happen.

4              I'm going to do my best not to ask you

5    a question until you finish answering.  And if you

6    can try and wait until I finish asking, even if you

7    think you know what I'm asking about, just let me

8    finish and then answer.  It would make her life

9    much better.  We like that.

10             Similarly -- similarly, that word

11   always tangles my tongue a little bit -- if you

12   just shake or nod your head, I'll follow up "do you

13   mean yes", "do you mean no", because that won't be

14   clear on the record.

15             Likewise, if you say something like

16   "uh-huh", very normal in regular conversation, but

17   again, not clear on a record.  I'll follow up.  I'm

18   not trying to be a pain about it.  I just want a

19   clear record.

20             If you don't understand one of my

21   questions, let me know.  I'll try and rephrase it.

22   If you do answer, we're going to assume you

23   understood; is that fair?

24        A.   Okay.

25        Q.   When I'm asking you things, I want your
```

Janeiece Yvonne Mistich

1    best recollection, what you know, what you

2    remember.  If you don't remember, just tell me you

3    don't remember.  I don't want you guessing about

4    things.

5         A.    (Nods head.)

6         Q.    I want to know what you know.  And I

7    realize some of the questions I'm going to be

8    asking you about are events that occurred years and

9    years ago.  Very often we don't remember things,

10   it's very natural.

11              So just tell me what you remember, tell

12   me you don't remember.  Or if you never knew, just

13   say I don't know.  That's okay.

14              If you need a break for any reason,

15   just say I need five minutes.  You don't need to

16   tell me why.  We're not in fifth grade.

17        A.    I used to teach fifth grade.

18        Q.    It's a little different in this

19   setting.  I will tell you probably every hour we'll

20   take a short break just to stretch our legs.  We

21   all need that.  Depending on where we are in terms

22   of lunch, we'll take a lunch break.  You know, if I

23   think we're close to finishing and, again, probably

24   we will take a lunch break.  But if not, if we can

25   finish before lunch, we'll finish before lunch.

Janeiece Yvonne Mistich

```
 1   We'll see how we're doing.  Just play that by ear.
 2              You understand that you're testifying
 3   under oath here today?
 4        A.    I do.
 5        Q.    Have you ever testified in court
 6   before?
 7        A.    Never.
 8        Q.    Okay.  So as you said, you're obligated
 9   to tell the truth, I don't think that will be a
10   problem, you understand that, correct?
11        A.    Yes.
12        Q.    I'm going to hand you what I'm marking
13   as Exhibit 1 which is a notice of today's
14   deposition.
15        (Exhibit No. 1 was marked for
16        identification.)
17   BY MR. CHERNACK:
18        Q.    By the way, is it Mistich or Mistich?
19        A.    Mistich.
20        Q.    Okay.  That's what I've been saying.  I
21   just wanted to make sure it was correct.
22              Ms. Mistich, have you ever seen this
23   document before?
24        A.    No, I don't think so.  Just this one
25   here, a fact sheet that Ray filled out.
```

Janeiece Yvonne Mistich

```
 1        MR. BOLING:
 2             Just to -- I think she has seen it.
 3        It's just the -- I don't think I showed her
 4        the front page, just...
 5   BY MR. CHERNACK:
 6        Q.   So if you turn to page -- the fifth
 7   page and I realize when it's double there's no page
 8   numbers.  The next to last page, there's a series
 9   of document requests.
10        A.   Oh, okay.
11        Q.   Have you seen that before?
12        A.   I saw that today, I think.
13        Q.   Did you review it?
14        A.   Yes.
15        Q.   Okay.  Based upon your review, do you
16   have any documents responsive to these requests?
17        A.   No.
18        MR. BOLING:
19             And just to help matters, we provided
20        this, which I think was Ms. Mistich's
21        recollections that might have missed one
22        address from the plaintiff fact sheet.
23        THE WITNESS:
24             Two.  Two addresses, my husband -- my
25        father-in-law's house and the beauty shop
```

```
1              where -- that my father-in-law and
2              mother-in-law owned.
3         MR. CHERNACK:
4              Okay.  So I just Marc as Exhibit 2 a
5         document that your attorney handed to me, I
6         don't know, 20 minutes ago or so.  And let me
7         ask you just a couple of questions about this
8         right now.
9         (Exhibit No. 2 was marked for
10        identification.)
11        THE WITNESS:
12             Okay.
13   BY MR. CHERNACK:
14        Q.    And I'll get into the underlying
15   specifics about it probably a little later.  But
16   first, whose handwriting is on there?
17        A.    This is my handwriting.
18        Q.    And there's both what appears to be pen
19   and Xerox, and then there's some pencil on as well.
20   I'm assuming, but please tell me if I'm wrong,
21   these were written at different times?
22        A.    No, they were all written today.
23   My -- I went into the bedroom and got the pencil
24   for -- I don't remember why.  I think I
25   remembered -- I don't have that copy in front of
```

Janeiece Yvonne Mistich

```
 1   me, because I gave it to Jeremiah.  So I don't have
 2   what I wrote on the side.
 3              I think I was trying to remember when
 4   my husband -- when my father-in-law had his stroke
 5   and my husband actually was doing different things
 6   for my father-in-law.
 7      Q.    Okay.  So there are dates on here, but
 8   they're -- they're overlapping, so they're
 9   obviously -- they are not all where you were living
10   at different times because you're only, I assume,
11   living in one place at that time?
12      A.    Correct.  Some of them were my
13   father-in-law's home.
14      Q.    Okay.  So 1980 to '90?
15      MR. BOLING:
16           (Handing.)
17      MR. CHERNACK:
18           Thank you.
19      MR. BOLING:
20           I think this corresponds.  And this,
21           for the record, is the plaintiff fact sheet
22           that Jan had.  And I have --
23      THE WITNESS:
24           And that's what I used to --
25      MR. CHERNACK:
```

Janeiece Yvonne Mistich

```
1              So I'm marking as Exhibit 3 a copy of
2         the plaintiff fact sheet.
3         (Exhibit No. 3 was marked for
4         identification.)
5    BY MR. CHERNACK:
6         Q.    And I note on page 9 -- I have not
7    looked throughout this entire document -- there is
8    some additional handwriting on here, editing the
9    response to the addresses where Roundup® was used.
10        A.    Correct.
11        Q.    Okay.  Did you make any other edits to
12   what I marked as Exhibit 3, the plaintiff fact
13   sheet?
14        A.    No, I did not.
15        Q.    Okay.  And so the list you handed me,
16   which we marked as Exhibit 2, and obviously I'm not
17   handing you these -- actually, I'm going to hand
18   you -- just so you have it, I'm going to hand you a
19   copy of the PFS.
20             It does not have the handwriting that's
21   on Exhibit 3.  But you have a copy of it, just in
22   case you need to look at it.
23        A.    Okay.  So wait, what is this now?
24        Q.    Actually, that one -- excuse me, let me
25   see that.
```

Janeiece Yvonne Mistich

```
 1                    Yeah.  There you go.
 2        A.    Do you need this back?
 3        Q.    No, you're going to hold onto that for
 4   now.
 5              So the 19 -- the first entry, what I'm
 6   looking at Exhibit 2, 1980 to 1990, first of all,
 7   are all of these addresses in Mandeville?
 8        A.    No.
 9        Q.    Okay.
10        A.    No.  I lived in New Orleans east,
11   first, with my father-in-law and then he -- we
12   moved to the Northshore.
13        Q.    So 7531 Fieldston Road --
14        A.    Is New Orleans East.
15        Q.    And it says Nanu's house.  Is Nanu your
16   father-in-law?
17        A.    Nanu is my -- yeah, that's what we all
18   called him, Nanu.
19        Q.    So that is Raymond Mistich's father?
20        A.    Correct.
21        Q.    Okay.  And then you also list for that
22   same time period, 7605 Mayfair Place --
23        A.    That is my house --
24        Q.    -- New Orleans East.
25        A.    I'm sorry.
```

Janeiece Yvonne Mistich

```
 1        Q.     Were you living at your

 2   father-in-law's, or were you living in Mayfair

 3   Place?

 4        A.     No, I was living -- we were living at

 5   7605 Mayfair Place in New Orleans East, a few

 6   blocks from my father-in-law's house.

 7        Q.     Okay.  But the reason -- we'll talk

 8   more about this.  But the reason you list the

 9   Fieldston Road address is because you believe your

10   husband also used Roundup® at that address?

11        A.     He did because my mother-in-law had

12   been diagnosed with cancer and was not able to do a

13   lot of the work during those years because he was

14   taking care of his wife.  So that was my

15   father -- my husband's opportunity to help my

16   father-in-law.  So he did the yard work for me, us,

17   and for them.

18        Q.     And your -- you said your father-in-law

19   or your mother-in-law was diagnosed with cancer?

20        A.     Mother-in-law.

21        Q.     Am I -- is there -- is it a writing

22   about Nana as well?

23        A.     Yeah, that's my mother-in-law.

24        Q.     Okay.

25        A.     So that's Nana and Nanu.
```

Janeiece Yvonne Mistich

```
 1         Q.    When was your mother-in-law diagnosed
 2   with cancer?
 3         A.    I would say it was around 1980 or 1979.
 4   I got married in 1978, and she may -- I think she
 5   was diagnosed with cancer at that time or around
 6   that time.
 7         Q.    Okay.  Do you know what type of cancer?
 8         A.    Breast.
 9         Q.    And when did she pass away?
10         A.    1990, in July.
11         Q.    And that same year, 1990, Nanu had a
12   stroke?
13         A.    That's when my father-in-law had a
14   stroke, three or four months later.
15         Q.    And you also list 1980 to 2005 Vanity
16   Fair Beauty Salon?
17         A.    Correct.
18         Q.    What is that?
19         A.    That's my father -- that's in -- on
20   St. Roch and Prentiss Street, which is in New
21   Orleans, Gentilly area.  It's on the corner of
22   Prentiss and St. Roch and my father-in-law owned
23   the beauty shop there from the '70s all the way to
24   2005 when Hurricane Katrina kind of wiped it out.
25         Q.    And your understanding is that your
```

Janeiece Yvonne Mistich

```
1    husband applied Roundup® at that address, too?

2          A.    Yes, he did.

3          Q.    We'll talk more about that later.

4          A.    Okay.

5          Q.    And then you list from 1990 to 1991,

6    2525 Garden Drive?

7          A.    That's when we -- yeah, we rented a

8    house in St. Bernard Parish after we sold our house

9    and were moving to the Northshore.

10         Q.    Okay.  And then is the 300 Laura Drive

11   North, is that on the Northshore?

12         A.    Yes, that is my father-in-law's house.

13         Q.    Okay.

14         A.    And he lived in my neighborhood.

15         Q.    And did your father-in-law pass away in

16   2012?

17         A.    Yes, he did.  July -- June of 2012.

18         Q.    And is that in Mandeville?

19         A.    That is in Mandeville.

20         Q.    Okay.  And then you list 1994 to 2019,

21   100 Leah Drive?

22         A.    That is where I lived, which was right

23   down the street.

24         Q.    Where were you living between 1991 and

25   1994?
```

Janeiece Yvonne Mistich

1        A.    We were living -- from 1991 to -- on

2    Hutchinson Street, 524 Hutchison Street, I believe

3    is the address.  And that was in Mandeville.  We

4    were renting a house.

5        Q.    You did not -- your husband did not

6    apply Roundup® at that address?

7        A.    No, he did.  He used Roundup®

8    everywhere we lived because the kids were little,

9    and we have poison ivy everywhere.

10       Q.    Okay.  Is there a reason, though, you

11   didn't list that address here then?

12       A.    I think it's on the --

13   MR. BOLING:

14            The fact sheet.

15   THE WITNESS:

16            The fact sheet.

17   BY MR. CHERNACK:

18       Q.    Okay.  I see it.  You list it there as

19   '91 to '93.

20       A.    Right.  19 -- well, it was really

21   19 -- well, we moved into our house in 1994.  So we

22   lived there -- okay.  We lived from May or June of

23   the year that we lived on Garden Drive, which was

24   2525 -- 2525 Garden Drive in Chalmette.  We

25   lived -- it was in Meraux.  We lived there for one

Janeiece Yvonne Mistich

```
 1   year.  Then we moved to the Northshore.  We lived
 2   on Hutchinson Street for about 18 months while the
 3   house was being built.
 4              Then when the house was built, which
 5   was, I believe, 1994 of April, we moved into the
 6   house and we lived there until -- I still live
 7   there.
 8        Q.   Okay.  And then your husband stopped
 9   using Roundup®, according to this, in 2019 -- and
10   I'm going to apologize, because the pronunciation
11   here -- a brain issue in 2019?
12        A.   Yes.  Yes.
13        Q.   Do you know how to pronounce that?
14        A.   Meningoencephalocele.
15        Q.   Okay.  And what is that?
16        A.   That is a -- it's where the base of the
17   brain actually starts to -- not the brain, the
18   skull actually starts to have a -- it weakens and
19   it allows the brain tissue to start to descend into
20   the opening.
21              And so they noticed that he had this
22   little cloudiness when we went to the doctor.  So
23   they did an MRI, they noticed that.  So that's when
24   we stopped -- that's when he stopped doing
25   everything, because he was told not to move around
```

```
 1    too much, to kind of stay put, to stay in one

 2    place.  Just because it was a danger if he were to

 3    fall.

 4         Q.    Okay.

 5         A.    So if he were to fall because of the

 6    weakening in the skull, that -- that could be a

 7    problem.

 8         Q.    Okay.

 9         A.    And they did do a surgery on that.  And

10    you know, he was -- they sealed that, everything

11    before he was diagnosed with the mycosis fungoides.

12         Q.    Do you know who diagnosed him with the

13    meningoencephalocele?

14         A.    Yeah.  Dr. -- there were two doctors,

15    one is Dr. Connolly.  And he was the one who did

16    the MRI and felt there was something there.  Then

17    we went to a Dr. Arriaga, which is on the Westbank,

18    and he's the one that actually, I believe gave the

19    formal diagnosis.

20         Q.    Did any doctor ever indicate what might

21    have caused that condition?

22         A.    Frequent earaches growing up.  He said

23    frequent earaches and ear infections were what

24    caused that.

25         Q.    Other than what we marked as Exhibit 2,
```

Janeiece Yvonne Mistich

1   this document, as well as -- and actually let me

2   ask you this.  When did you edit what we marked as

3   Exhibit 3?

4        A.    Today.

5        Q.    Other than -- so the handwritten notes

6   on Exhibit 3 and the notes you handed me which we

7   marked as Exhibit 2, did you take any other notes,

8   including any electronic in preparation for today's

9   deposition?

10       A.    I did not.

11       Q.    Okay.  Have you -- do you have any

12  other documents you rely upon in support of your

13  lawsuit?

14       A.    I do not.

15       Q.    Okay.  Do you have any documents

16  regarding your husband's use or handling or

17  purchase of any pesticide, including, but not

18  limited to Roundup®?

19       A.    No.  We weren't people to -- we weren't

20  people to keep receipts.

21       Q.    Do you have any documents about any

22  pesticide or Roundup® that your husband purchased

23  or used?

24       A.    No, I do not.

25       Q.    Okay.  Do you have any correspondence

1  with any of your husband's medical care providers

2  regarding his mycosis fungoides?

3       A.    No, I do not.

4             Just like documents -- you know, if he

5  had an MRI, if they sent a copy, but it was all

6  electronic.  And so all of those electronic

7  documents that showed the results of his tests were

8  in his My Chart, which we -- I no longer have

9  access since he died.

10      Q.    So you're saying there was stuff you

11 would have had access -- or he would have had

12 access to going through a computer website --

13      A.    Just, you know, like the

14 results -- what the results of the MRI would look

15 like and things like that.

16      Q.    Right.  Do you have any documents

17 regarding the properties at which your husband

18 applied Roundup®?

19      A.    I don't understand that.  Like, you

20 mean, like, titles?

21      Q.    Either title or pictures or things like

22 that?

23      A.    I do have -- I mean, I can get the

24 title for my house.  I've recently moved back in my

25 house, so anything I do have is in boxes.  I moved

Janeiece Yvonne Mistich

1   back in two weeks ago because I was redoing my

2   house.

3              It was -- we were in the process of

4   redoing it when he died.  And so I had boxes

5   everywhere.  So anything I have might be in boxes,

6   but I'm sure there's a title to this house.  I

7   don't know if I have any other documents.  I

8   haven't looked through them.

9       Q.    I would ask that you get that to your

10  attorney.

11      A.    Okay.

12      Q.    I'm not asking you to send it straight

13  to me.

14      A.    Okay.  Like the title of the house?

15      Q.    Sure.

16      A.    Okay.

17      Q.    How long were you living outside of

18  your home during the renovation?

19      A.    Since January 15th, and I moved back in

20  May 5th.

21      Q.    That's all in 2023?

22      A.    Correct.

23      Q.    And where were you living in a rental?

24      A.    I was living in my camper in my

25  sister's driveway in Lacombe.

```
1          Q.     Got it.

2                 Did you or your husband or any of your

3    children ever have any communications with Monsanto

4    or any subsidiary or parent company?

5          A.     No.  Not to my knowledge.

6          Q.     Fair enough.

7          (Off the record.)

8    BY MR. CHERNACK:

9          Q.     Did you ever have any communications or

10   did your husband of any of your children with the

11   United States Environmental Protection Agency or

12   any state regulatory agency regarding Roundup® or

13   glyphosate?

14         A.     No.

15         Q.     By the way, if I say glyphosate, do you

16   know what I'm referring to?

17         A.     Yes.

18         Q.     Have you taken any medications in the

19   past 48 hours that could affect your ability to

20   testify completely or accurately here today?

21         A.     No.

22         Q.     Did you consume any alcohol in the past

23   24 hours?

24         A.     No.

25         Q.     Any reason you're not able to testify
```

Janeiece Yvonne Mistich

```
1    completely and accurately here today?
2         A.    No.
3         Q.    What is your date of birth?
4         A.    2/11/1956.
5         Q.    So that makes you --
6         A.    67 years old.
7         Q.    Okay.  And where were you born?
8         A.    I was born in Yuma, Arizona.
9         Q.    Did you spend your entire childhood in
10   Yuma?
11        A.    No, I moved here when I was two.  Well,
12   I say here, New Orleans, when I was two.  My dad
13   went to medical school at Tulane.  And then we
14   stayed.
15        Q.    Was your father a practicing physician?
16        A.    Yes, he -- I mean, he was a
17   practicing -- he was an OB/GYN.
18        Q.    That was my next question.
19              Is he no longer living?
20        A.    No, he is alive.
21        Q.    Okay.  Do you know when he stopped
22   practicing?
23        A.    No.  I would say 20 years ago.  He's
24   80- -- I want to say he's 86.  He was born in 1936,
25   so he's -- whatever that is, 36 plus.
```

Janeiece Yvonne Mistich

```
 1          Q.     That's 86 or 7, depending on when his
 2    birthday is.
 3          A.     Yeah, I think he probably stopped
 4    practicing maybe 20 years ago.  No, he was in his
 5    70s.
 6          Q.     Okay.
 7          A.     So maybe 15 years ago.
 8          Q.     Where did you attend high school?
 9          A.     Abramson High School in New Orleans
10    East.
11          Q.     And did you graduate?
12          A.     Yes.
13          Q.     What year?
14          A.     1973.
15          Q.     Did you have further education after
16    high school?
17          A.     I did, I graduated from Vanderbilt
18    University in 1977.  I graduated from UNO with a
19    masters in 1982 from UNO, and I graduated in 2010
20    with a plus-30 from Southeastern University in
21    Hammond.
22          Q.     What was the masters in from UNO?
23          A.     The masters was in -- as a reading
24    specialist.
25          Q.     What is a plus-30?
```

Janeiece Yvonne Mistich

1          A.     Plus-30 is when you're an educator and

2     you don't want to go as far as the doctorate, you

3     can earn additional hours that would go toward

4     a -- it's a higher ranking, so you get more money

5     at you -- in your position as a teacher.

6          Q.     Are you still working?

7          A.     I'm a retired -- I am a substitute

8     teacher for St. Tammany Parish.

9          Q.     Previously, you were a full-time

10    teacher?

11         A.     Correct.

12         Q.     When did you stop full-time teaching?

13         A.     2014.

14         Q.     When did you start full-time teaching?

15         A.     1977.

16         Q.     So right after graduating from

17    Vanderbilt?

18         A.     Correct.

19         Q.     Did you do your masters concurrently

20    with your teaching?

21         A.     I did.

22         Q.     As well as your plus-30?

23         A.     Correct.

24         Q.     When did you start substitute teaching?

25         A.     2014, I had to wait a year, because

Janeiece Yvonne Mistich

1    they did not allow you to teach the first year you

2    retired in St. Tammany Parish.  Stupid rule,

3    but -- so 2015, I substituted for two years and

4    then I did not substitute after that until the year

5    that my husband was diagnosed with the mycosis

6    fungoides.  I started subbing that year.

7          Q.    Okay.

8          A.    And then I stopped because I couldn't

9    do it because he was sick.

10         Q.    Okay.

11         A.    So I think I did it seven times, which

12   wasn't enough to -- they bumped me out of the

13   substitute pool, because I didn't do it enough

14   times.  And I started back this last year.

15         Q.    You have any medical training?

16         A.    Do I have any medical training, no.

17         Q.    Any legal training?

18         A.    No.

19         Q.    When did you and your husband meet?

20         A.    1970 -- 1970.  No, I met him in 1969.

21   I started dating him in 1970, when I was 15.

22         Q.    Where did you meet?

23               If you need a moment, that's fine.

24         A.    I met him at my church while I was

25   preparing for my confirmation.

1        Q.    And how old was he at the time?

2        A.    He was 16, probably, because I was 15.

3  No, I was 14, so he was 15.

4        Q.    When did you get married?

5        A.    I got married in 1978.

6        Q.    So right after -- a year after you

7  graduated from Vanderbilt?

8        A.    Correct.

9        Q.    Okay.  That was your first marriage?

10       A.    That's my only marriage.

11       Q.    Okay.  And it was Mr. Mistich's only

12  marriage?

13       A.    Yes.

14       Q.    Okay.  And you were never separated

15  during the entire time you were married?

16       A.    No.

17       Q.    And this is something that comes up a

18  lot in depositions, you said no.  When you read the

19  record, it sounds like you're disagreeing with me.

20  I don't think you were, so I'm going to follow up.

21             You were -- you were never separated

22  from Mr. Mistich during the time you were married

23  to him; is that correct?

24       A.    That is correct.

25       Q.    Thank you.

Janeiece Yvonne Mistich

```
 1                 And I may do that again and again --
 2        A.    That's okay.
 3        Q.    -- it's totally normal, I understand,
 4   but as I said, on a cold record, it gets confusing.
 5   That's one of the wonders of the English language.
 6                 What are your current sources of
 7   income?
 8        A.    Substitute and that's it.  Well, wait,
 9   I'm sorry.  I have just my retirement, and I have
10   my husband's retirement and I substitute.
11        Q.    And you receive social security?
12        A.    No, and I did not -- I was not eligible
13   for my husband's.
14        Q.    What about yours?
15        A.    I'm -- I've applied for it, but I
16   haven't received it.
17        Q.    But that should happen soon?
18        A.    Well, I don't know.  It's in the
19   process, correct.  I think I applied for it a month
20   ago.
21        Q.    Got it.
22                 Do you rely on anyone else to assist
23   you on your financial needs?
24        A.    No.
25        Q.    I'm going to ask you about your
```

Janeiece Yvonne Mistich

1    preparation for your deposition.  I'm not asking

2    you for any details of any conversations you had

3    with Mr. Boling or any of your other attorneys.  So

4    I don't want you to tell me what you talked about

5    with them.  But I can ask you, did you talk with

6    them and things like that.

7                I'm asking you, starting with, what did

8    you do to prepare for today's deposition?

9          A.    I spoke with Mr. Boling one time last

10   week.

11         Q.    Was that in person, or was that by

12   phone?

13         A.    In person.

14         Q.    Okay.  Where did that occur?

15         A.    It occurred at my son's house.

16         Q.    Where does your -- which son?

17         A.    Christopher Mistich.

18         Q.    Where does Christopher live?

19         A.    He lives in Beau Chene, which is in

20   Mandeville.

21         Q.    Okay.  Was anyone else present for this

22   meeting?

23         A.    I have to think.  I think my daughter,

24   Christine Howell, was there.  I'm not sure if my

25   son, Russell Mistich, was there.

Janeiece Yvonne Mistich

1     Q.   And was Christopher present?

2     A.   And Christopher was there, I'm sorry.

3     Q.   Okay.  No problem.

4          How long did that meeting take place?

5     A.   45 minutes, maybe an hour.

6     Q.   Was that the first time you had ever

7     met Mr. Boling in person?

8     A.   Correct.  Yes.

9     Q.   Had you spoken to him on the phone?

10    A.   Yes, one time prior to that, I believe.

11    Q.   And did you meet with Mr. Boling this

12    morning?

13    A.   For 15 minutes before the deposition,

14    correct.

15    Q.   Okay.  Other than these meetings with

16    Mr. Boling, did you do anything to prepare for

17    today's deposition?

18    A.   No.

19    Q.   Did you review your --

20    A.   Yes.

21    Q.   -- the plaintiff fact sheet?

22    A.   Yes, I did.  I did review the questions

23    that my husband answered on the paper that -- you

24    know, the timeline and the diagnoses, the dates.

25    Q.   Okay.  Did you help your husband

Janeiece Yvonne Mistich

```
1    respond -- fill out the plaintiff fact sheet?
2         A.    I did not.
3         Q.    Okay.  Other than what we marked as
4    Exhibit 3, did you review anything else in
5    preparation for today?
6         A.    No.
7         Q.    Did you do any research of any type?
8         A.    No.
9         Q.    Have you reviewed the transcripts of
10   any depositions that have been taken in this case?
11        A.    No.
12              Have there been any depositions taken
13   in this case?  I think I am the first deposition.
14        Q.    Have you met with any experts retained
15   in this case?
16        A.    No.
17        Q.    At your current address in Mandeville
18   on Leah Drive, other than your husband, who else
19   lived there with you?
20        A.    My children lived there until they were
21   old enough to go to college.
22        Q.    Okay.
23        A.    We built the house.  So we lived in the
24   house until all of my kids went away to go to
25   college or moved out and got married.  And then
```

Janeiece Yvonne Mistich

1    since then, it's just been my husband and I.  And

2    then since my husband's passing, it's just been me.

3         Q.    Have you ever had any vacation or

4    rental homes where you and your husband lived for

5    more than a month?

6         A.    Never.

7         Q.    Ever get -- ever get temporarily

8    relocated for work?

9         A.    Never.

10        MR. CHERNACK:

11             You know, I know it's only been

12             40 minutes, but let's take five minutes if

13             that's okay.

14        THE WITNESS:

15             Okay.

16        THE VIDEOGRAPHER:

17             We're now off the record.  The time is

18             9:41.

19        (Brief recess.)

20        THE VIDEOGRAPHER:

21             We're now back on the record.  The time

22             is 9:50.

23   BY MR. CHERNACK:

24        Q.    Ms. Mistich, I'd like to talk to you

25   about your husband's employment history.  So let

Janeiece Yvonne Mistich

```
1   me -- or actually let me go back a little further,
2   even before that.
3              Where did your husband go to high
4   school?
5        A.    Abramson.
6        Q.    So the same as you?
7        A.    Same as me.
8        Q.    Was he a year ahead of you?
9        A.    He was -- no, we graduated the same
10  year, because I got out of high school a year
11  early.
12       Q.    So 1973?
13       A.    1973.
14       Q.    And then did he do further education
15  after graduation?
16       A.    He did.  He went to Loyola and he went
17  to UNO.  He did not get his final degree.  I think
18  he was 12 hours shy of graduating, and he started
19  working at UPS and we started having kids.
20       Q.    Okay.
21       A.    So he decided that he didn't think he
22  needed to finish it --
23       Q.    Okay.
24       A.    -- so...
25       Q.    Let me -- first, Loyola, that's Loyola
```

Janeiece Yvonne Mistich

```
 1    here in New Orleans.

 2         A.     Correct.

 3         Q.     When did he start working for UPS?

 4         A.     He worked for UPS while he was in

 5    college.  So we graduated in 1973 and while he was

 6    in college, he worked for UPS for a couple of years

 7    and then I think he left for a year or two and then

 8    he went back and he worked with them until he

 9    retired.

10         Q.     Okay.  When he left them for a year or

11    two, was he working?

12         A.     He worked at BFGoodrich as a tire

13    salesman.  He also worked at -- for Tom Benson in a

14    car dealership as a financial -- the financial

15    person that you would go to when you were finished

16    working up your deals.  I forgot what that's

17    called.

18         Q.     So were his only -- were his only

19    employment, at least as of the time he entered

20    college, UPS, BFGoodrich and Tom Benson?

21         A.     Correct.

22         Q.     Okay.  How long was he at BFGoodrich

23    for?

24         A.     A year maybe.

25         Q.     And where was that located?
```

1        A.      There was a store at Lakeside Shopping

2    Center in Metairie.  I remember he worked there.

3    And there was a store downtown New Orleans close to

4    the French Quarter.  I'm not sure.  Basin Street or

5    Canal Street, somewhere down there, there was a

6    BFGoodrich store, which he worked at.  Both of

7    those were probably at the most a year or part of a

8    year.

9        Q.      And what about the Tom Benson car

10   dealership?

11       A.      He worked off and on.  He worked for,

12   like, four or five of their different dealerships

13   as their financial manager.

14       Q.      For -- I'm sorry.  For how long --

15       A.      I'm trying to think he -- when I was

16   pregnant for Russell, Russell was born in 1987,

17   that year, I think is the year that he stopped

18   working for them.

19              And he was part-time and part-time.  He

20   worked at UPS -- he worked at UPS at night by the

21   time -- and then he worked at Tom Benson during the

22   day.  So he kind of was working many hours, maybe

23   20 -- no.  Not 20.  I'm sorry, maybe 16 hours a day

24   or...  Between -- between 12 and 16 hours a day,

25   for a few years.  I think he did that for three

Janeiece Yvonne Mistich

1   years.

2        Q.    Okay.

3        A.    Then we moved to the Northshore,

4   because he was driving across the lake to do that.

5        Q.    All right.  Let's focus on the UPS.

6        A.    Correct.  Okay.

7        Q.    Did he have different job titles

8   while --

9        A.    He was the job steward, which meant

10  that he met with employees that were -- needed

11  their -- needed to be defended for being late,

12  things like that.  You know, issues with employees,

13  he represented them against the company.

14             And then he also worked as an over

15  goods -- it was called over goods, where he handled

16  the high value packages and packages that came in

17  that addresses had been lost on, trying to figure

18  out who they belonged to.  That was his job.

19        Q.    What was his position when he first

20  started with UPS?

21        A.    A package person, you know.  Unloader.

22  He was an unloader they called it.  Preload and

23  unload, I think, were his two titles when he was

24  part-time.

25        Q.    Was he ever a delivery person?

1           A.    He delivered -- he never was like -- he

2     never drove a UPS brown truck, but he did

3     deliver -- pick up packages from the airport and

4     bring them to UPS or vice versa.

5           Q.    Okay.  Just so --

6           A.    And that was random, I mean, that

7     wasn't -- he didn't do that every day, like he

8     didn't have a set job, they would call him and say,

9     we need you to run, pick up a package from

10    UPS -- from the airport.

11          Q.    And just so it's clear, UPS is United

12    Parcel Service?

13          A.    Correct.

14          Q.    When Raymond was working for UPS in

15    college, that was a part-time position?

16          A.    I think so.  I was away in college, so

17    I know he worked there, but I don't know what his

18    hours were.  Probably part-time.  I think he was

19    part-time for the first 10 or 15 years he worked

20    for UPS.  And then when he started working for

21    Benson, the two together gave him full-time.

22          Q.    So when, to your knowledge, did he

23    start working for UPS full-time?

24          A.    I know that my husband -- let me

25    think -- he had two part-time jobs and he -- UPS --

Janeiece Yvonne Mistich

1  he worked for UPS part-time as a job steward, and

2  then he also worked for them part-time for the

3  company.  So he worked -- he was paid by UPS, the

4  company, for part-time.  He also was paid through

5  the Teamsters union for being the job steward

6  part-time.

7           And together that would be

8  considered -- he considered it working there

9  full-time.  But I guess full-time for UPS -- he was

10 always the job steward.  I don't know.

11     Q.    Did he work for UPS at different

12 locations?

13     A.    Yes, two places.  He worked for UPS in

14 New Orleans East on Morrison Road and -- Downman

15 and Morrison, I believe, is the cross section where

16 the UPS store -- I mean, the UPS packaging place

17 was.

18           And then he also worked in -- it's in

19 Metairie under a bridge off of Central Street, but

20 I don't know where -- I don't know the exact

21 address for that one.

22     Q.    Do you know the name of any of his

23 supervisors?

24     A.    I know one died.  His name was Ray, but

25 I don't know his last name.

Janeiece Yvonne Mistich

```
 1          Q.      You said he passed away?

 2          A.      He passed away.

 3                  I don't.

 4          Q.      That's okay.  Do you know the name of

 5     any of his coworkers that he worked with most

 6     frequently?

 7          A.      I have to think of first -- one used to

 8     live in Mandeville.  He didn't -- my husband did

 9     not socialize with them, so I would know them by

10     their first names, but I didn't know -- my husband

11     was not a socializing person.  I can't remember

12     their names.  That's terrible.

13          Q.      If it --

14          A.      I'm sorry.  I don't remember names.

15          Q.      Okay.  If they come to you, just let me

16     know.

17          A.      Okay.

18          Q.      Was your husband ever disciplined or

19     suspended while working at UPS?

20          A.      Never.

21          Q.      How about at any of his other jobs?

22          A.      Never.

23          Q.      And when did he retire?

24          A.      He retired in 2015, the year after me.

25     Like the October after me, I think.
```

Janeiece Yvonne Mistich

1       Q.     And why did he retire?

2       A.     He -- okay.  Let me think.  He

3  had -- he had gone back to work -- yeah, I think he

4  retired to be with me, personally, but -- you know,

5  ended -- because I got to retire first.  I think he

6  retired -- he had had a spine injury at work, and

7  he had been out of work for three years.  And

8  during those three years with the spine injury,

9  he -- he was constantly going to battle with his

10 doctor to go back to work, because he wanted to go

11 back to work because we had four kids.

12             And then let me think.  He went back to

13 work.  He had a second spinal fusion, but I don't

14 know the year.

15      THE WITNESS:

16             Do you have that in your records, the

17      year of the second spinal fusion?

18 BY MR. CHERNACK:

19      Q.     And just if you --

20      A.     It doesn't --

21      Q.     Answer, if you know.

22      A.     I'm sorry.

23      Q.     It's okay.  Don't apologize.

24      A.     Anyway, I don't know -- I don't know.

25 Don't know when.  I think he retired to be with me,

Janeiece Yvonne Mistich

```
 1   but I don't remember.
 2        Q.   And he was 60 years old when he
 3   retired, if I'm doing that correctly.
 4        A.   He retired in 2015, and he was born in
 5   '54.
 6        Q.   60, 61, fair?
 7        A.   Correct.
 8        Q.   What was his birth date?
 9        A.   8/13/54.
10        Q.   After retiring in 2015, did he work at
11   all?
12        A.   No.
13        Q.   What did he rely upon for income?
14        A.   He had disability with social security
15   and he had -- he got his retirement, I guess.
16        Q.   And you continue to receive his
17   disability?
18        A.   No.  No.
19        Q.   No?
20        A.   He received --
21        Q.   You receive --
22        A.   He received disability -- I don't know.
23   He received -- he might have received disability.
24   He might have gone -- he might have retired on
25   disability.  He did not receive -- I don't know
```

Janeiece Yvonne Mistich

1    when he restarted receiving disability, but it was

2    probably about the time he retired, I am guessing.

3         Q.    Okay.

4         A.    And then he received his retirement and

5    that's what he lived -- and then on my retirement.

6    So my retirement plus his retirement, plus social

7    security.

8         Q.    And you said at least for some of the

9    time at UPS he was working nights, correct?

10        A.    Most of the time, he was working

11   nights.

12        Q.    Okay.  So most of the -- so he was with

13   UPS for much of -- I'm trying to do the math in my

14   head, which is always dangerous, but a period of --

15   extending for about 40 years off and on, correct?

16        A.    Correct.

17        Q.    Of those, say, 40 years, what -- how

18   many of those would you say he was with UPS,

19   working for UPS?

20        A.    He worked with UPS our entire marriage.

21   We were married 44 years when he died.

22        Q.    And he had retired a few years -- he

23   retired in 2015?

24        A.    Correct.  Correct.

25        Q.    Okay.  So from -- you said you were

Janeiece Yvonne Mistich

```
 1    married in '78 --

 2         A.    Uh-huh.

 3         Q.    -- and he retired in 2015?

 4         A.    (Nods head.)

 5         Q.    So that's 37 years right there?

 6         A.    Okay.  And then he worked some in

 7    college.

 8         Q.    Okay.  And virtually that entire time

 9    he worked nights, you say, for UPS?

10         A.    Correct.

11         Q.    And when he worked nights, what hours

12    would those be?

13         A.    He would go in from, like, 2 in the

14    morning.  It varied, but sometimes he would work --

15    when he was working part-time, it was 10 to 2.  And

16    then when he was working part-time plus the other

17    part-time for UPS, it was 2 in the morning until

18    10 -- 2 and 8, until 10 in the morning.

19         Q.    When you said 10 to 2 was that --

20         A.    10 to 2.  10 midnight -- I mean, 10 the

21    night before, 10:00 p.m. to 2:00 a.m. were his four

22    hours as a job steward, and then he would take over

23    and work his job for UPS.  And his job for UPS was

24    a four-hour job, so that total, he could get eight

25    hours work for them.
```

Janeiece Yvonne Mistich

```
 1         Q.    And so it would be 10:00 p.m. to
 2    2:00 a.m. as the steward, and then 2:00 a.m. to
 3    6:00 a.m.?
 4         A.    Yeah.  I'm sorry.
 5         Q.    No problem.  That's --
 6         A.    10 to 2, 2 to 6.  Yeah.  That makes
 7    sense.
 8         Q.    I just want to make sure we have it as
 9    accurate as possible.
10         A.    That's correct.
11         Q.    Don't apologize, though.
12               Do you know if in any of his positions
13    he ever worked with any chemicals?
14         A.    Not to my knowledge.
15         Q.    He ever applied pesticides for any of
16    his jobs?
17         A.    No.
18         Q.    Ever applied insecticides or
19    rodenticides for any of his jobs?
20         A.    No.
21         Q.    Would he be exposed to gasoline or
22    diesel fuel at any of his jobs?
23         A.    That, I don't know.
24         Q.    Okay.  Do you know if he worked around
25    any hazardous materials in any workplace?
```

1           A.    Not that I know of.  I don't know what

2    UPS facility looks like, so I don't know.  But he

3    was inside the building.

4           Q.    Now, you said he did take medical leave

5    at times for surgeries?

6           A.    Yes.

7           Q.    On how many occasions?

8           A.    He took medical leave -- when he was

9    diagnosed -- he was diagnosed with colorectal

10   cancer in 1999.  And he took five -- five

11   or -- maybe -- I don't even think it was five

12   months off.  But he took a few months off in there.

13   I don't know, maybe until March.  November.  He was

14   diagnosed in October or November of '99, maybe

15   until March.  So he took some time off there.  I

16   would be guessing as to the number of months.

17               And then he had a spine surgery.  He

18   was injured at work.  They moved a big -- he moved

19   a big piece of equipment off of the dock to get

20   past it -- well, he didn't move it off the dock,

21   but he moved it out of the way, and it took off and

22   went that way, so he injured his neck real bad.

23               And so he had a spine surgery, 2002, I

24   want to say.  So he was out of work for a while

25   there, by the time they finally figured out what

Janeiece Yvonne Mistich

1    was wrong.  I don't know if -- he was out of work

2    three years.  He went back to work in 2005.  And

3    he -- he worked until he retired, I believe.

4              Q.    Okay.

5              A.    He had a second spine surgery, though,

6    in 2000- -- I want to say 2014, he had -- that's

7    when he had a second spine surgery in December of

8    2014.  I'm -- I'm pretty sure that's the date.  I

9    don't have my paper to know my times.

10                   That's probably when he retired after

11    that.

12             Q.    You said you don't have your paper, you

13    said.  What paper?

14             A.    Like what I just gave you, that has the

15    dates and things like that.

16             Q.    Okay.  It doesn't mention the spine

17    surgery.

18             A.    Okay.  It doesn't say anything about

19    spine?

20             Q.    No, I'll happily --

21             A.    He did -- I know that he had two spine

22    surgeries.  He had one, then he had another one.

23    Because after ten years, the spine -- the hardware

24    began to fail.  And so he needed a second spine

25    surgery to accommodate that.  So he has something

1    in the front of his neck and then the back of his

2    neck.  Hardware.

3         Q.   For the spinal issues, your husband

4    filed a workers' compensation claim?

5         A.   I believe so.

6         Q.   Okay.  Do you know when that claim was

7    filed?

8         A.   I don't.

9         Q.   Do you know the outcome of that claim?

10        A.   He was granted workmans' comp for a few

11   years -- the three-year time.  The other time, I

12   think he did not file workmans' comp.  I don't

13   believe the second time.  I think he did the first

14   time when he was out of work, but when it started

15   to fail, I don't believe he filed workmans' comp.

16   I don't know.

17        Q.   Okay.  Do you have any paperwork

18   regarding the workers' comp claim?

19        A.   I'm sure it's somewhere in the boxes.

20        Q.   If you locate that, I will ask that you

21   provide that to Mr. Boling, please.

22        A.   Okay.

23        Q.   Did your husband file a claim ever -- I

24   believe you said he did for social security

25   disability income?

Janeiece Yvonne Mistich

1      A.    Yes, he did.

2      Q.    Okay.  Was that -- what was that tied

3  to?

4      A.     It was tied to the surgeries of his

5  (indicating).

6      Q.    When did he file that claim?

7      A.    I want to say it was in 2014.

8      Q.    And that was granted?

9      A.    Yes, it was granted.

10      Q.    And, again, do you have any paperwork

11  about that claim?

12      A.    Might be in the boxes.

13      Q.    And again, I'll ask you to provide

14  that.

15      A.    Okay.

16      Q.    Did he file any other types of

17  disability claims?

18      A.    No.

19      Q.    What about for the colorectal cancer?

20  Did he file any claim about that?

21      A.     Well, I think he was out of work for a

22  few months while he was receiving treatments.  So I

23  don't know if that would be considered workmans'

24  -- I don't know what you get, Family Medical Leave.

25  I don't know what that would be called.

Janeiece Yvonne Mistich

1        Q.      Was your husband ever denied life

2    insurance?

3        A.      Never.

4        Q.      Did he have life insurance?

5        A.      No.   He did have life insurance through

6    UPS.   I'm sorry.   He did.

7        Q.      And was that still in effect at the

8    time of his passing?

9        A.      No.

10       Q.      Was your husband ever denied medical

11   insurance?

12       A.      No.

13       Q.      Did your husband ever serve in the

14   military or reserves?

15       A.      No.

16       Q.      Did your husband have any hobbies or

17   activities he did on a regular basis?

18       A.      He used to like to do woodworking until

19   he had the spinal injury, and then he couldn't bend

20   his neck to do it.   So he liked to, you know, do

21   woodworking.

22       Q.      What type of woodworking would he do?

23       A.      He played with -- he played with the

24   power tools.   So he would have -- he had a lathe

25   and he would practice -- I guess it's a lathe,

Janeiece Yvonne Mistich

```
 1   where you practice spinning the wood.  He did a lot
 2   of the framework in our house when we built it.  So
 3   he would do -- he would do the final touches.  He
 4   liked to put his own frames around the windows,
 5   that kind of stuff.
 6        Q.   Would he stain the wood that he worked
 7   with?
 8        A.   I think it was painted.
 9        Q.   Do you know what type of paint he would
10   use?
11        A.   Whatever you could wash off, because we
12   had kids, the semigloss, latex, I don't know.  But,
13   that was -- yeah.
14        Q.   Did your husband belong to any clubs or
15   organizations?
16        A.   No.
17        Q.   Belong to a church?
18        A.   No.
19        Q.   Did he do any volunteer work?
20        A.   No.
21        Q.   Would you go on vacations or travel?
22        A.   Yes.  We would go -- periodically, we
23   would go to the mountains for a week.  And that was
24   really basically it.  We didn't take a lot of
25   vacations.  We would go camping at campgrounds with
```

Janeiece Yvonne Mistich

```
 1    campers.
 2         Q.    You say go to the mountains, that's
 3    obviously not in Louisiana.
 4         A.    No.
 5         Q.    Where would that be?
 6         A.    That's in -- well, we would go to
 7    Murphy, North Carolina.  And -- or we would go to
 8    Franklin, Tennessee.  I think those were the two
 9    places he liked to go.  And we would rent a cabin,
10    and we would just -- he just liked to drive.  So
11    all we would do is drive up and down mountain
12    roads.  That was his -- that was his thrill.  And
13    camping.  He did like camping with our campers.  We
14    had three campers over time.
15         Q.    You didn't have three at once.  You had
16    it sequentially?
17         A.    Right.
18         Q.    Did your husband handle any household
19    chores?
20         A.    He did all the outside stuff, and I did
21    all the inside stuff.  And he cooked.
22         Q.    All right.  When you say "all the
23    outside stuff," what would that consist of?
24         A.    He would do all of the yard work and
25    anything that required -- anything outside.  We
```

Janeiece Yvonne Mistich

1    didn't have a garden.  We still don't have a

2    garden.  Neither one of us were gardeners.  Mostly

3    it was just the stuff you have to do around your

4    house.

5         Q.    How often would he cook?

6         A.    He cooked every day.

7         Q.    Which meals would he cook?

8         A.    Dinner.

9         Q.    What would he typically make?

10        A.    Italian food, spaghetti, meat sauce,

11   soups.  I don't know.  Italian -- he was a great

12   Italian cook like his mom.

13        Q.    Did your husband provide physical care

14   to anyone else?

15        A.    He helped his father a lot.

16        Q.    Did your family have any pets?

17        A.    We had puppies, dogs.  We have a cat

18   now, we got a cat the year before he passed away.

19   We had a cat when the kids were young -- an outside

20   cat.  And then we had dogs over -- that was it.

21        Q.    Would he watch TV regularly?

22        A.    Yeah, he did watch TV regularly.

23        Q.    What type of stuff did he watch?

24        A.    He liked espionage, you know,

25   action -- action, he liked war stories, things like

1    that.

2           Q.    Would he read magazines or newspapers?

3           A.    He read a lot of biographies of people.

4    He didn't read magazines at all.

5           Q.    Newspapers?

6           A.    He read the news on the phone once it

7    started being available on the phone, but he did

8    not read -- I don't think we ever had the newspaper

9    delivered to our house, maybe three years in our

10   total marriage.  So I don't know.  I would say if

11   he did, he did that at work.

12          Q.    You would attend at least some of your

13   medical appointments -- your husband's medical

14   appointments?

15          A.    I went to every single medical

16   appointment my husband ever went to unless I was

17   working.

18          Q.    Okay.

19          A.    Because we did it to keep each other --

20   we did it so that we could help each other

21   remember, because you get amnesia when go in there

22   and you don't listen to what the doctor is telling

23   you.  So the other person could back you up and say

24   okay, you remember, he told you to take this

25   medicine or whatever.  So I did go to all of his

Janeiece Yvonne Mistich

```
 1   appointments.
 2        Q.   Did you and your husband have four
 3   children?
 4        A.   Correct.
 5        Q.   Three boys and a girl?
 6        A.   Correct.
 7        Q.   Your husband has no other children?
 8        A.   No.
 9        Q.   You're agreeing with me again, that is
10   correct?
11        A.   Oh, I'm sorry.  My husband has no other
12   children.
13        Q.   Thank you.  Again, don't apologize.
14   It's just a quirk of the language.
15        A.   Okay.
16        Q.   Are your children all biological or
17   adopted?
18        A.   They're all biological.
19        Q.   Okay.  And your sons are Jeffrey,
20   Christopher, and Russell?
21        A.   Correct.
22        Q.   And your daughter is Christine?
23        A.   Correct.
24        Q.   Let's start with Jeffrey -- actually,
25   let me ask you this first.
```

Janeiece Yvonne Mistich

```
 1                    Do any of your children still live with
 2      you?
 3           A.    No.
 4           Q.    Let me start -- is Jeffrey your oldest?
 5           A.    Jeffrey is my oldest.
 6           Q.    When was Jeffrey born?
 7           A.    1980, September of 1980.
 8           Q.    And where does he live?
 9           A.    He lives in Tallahassee, Florida.
10           Q.    Is he married?
11           A.    He is married with two children.
12           Q.    Does he work?
13           A.    He works for the state department in
14      Medicare and Medicaid.  He has a doctorate.
15           Q.    Okay.  And your next child, just in
16      terms of order of birth?
17           A.    Christine Howell.
18           Q.    And when was she born?
19           A.    She was born in July of 1983.
20           Q.    And where does she live?
21           A.    She lives in Mandeville.
22           Q.    And is she married?
23           A.    She is married with two children.
24           Q.    Okay.  And her married name is Howell,
25      you said?
```

Janeiece Yvonne Mistich

```
1        A.    Is Howell.

2        Q.    H-O-W-E-L-L?

3        A.    Correct.

4        Q.    And what does she do?

5        A.    She owns her own counseling service

6   call Instar Counseling.

7        Q.    What type of counseling does she

8   provide?

9        A.    Marriage and family therapy.

10       Q.    And then is Christopher the next child?

11       A.    No.   Russell, Russell Mistich.

12       Q.    When was Russell born?

13       A.    He was born November of 1987.

14       Q.    And where does he live?

15       A.    He lives in Mandeville, Louisiana.

16       Q.    And is he married?

17       A.    He is married with two children.

18       Q.    And what does he do?

19       A.    He works for James Hardie, Hardie

20   board.  He's like a -- he flies all over the

21   country.  He does something with -- he's like a

22   director or a supervisor.  I don't know.

23       Q.    Okay.

24       A.    He puts programs into place to train

25   people to do -- to use the product, and he sells
```

Janeiece Yvonne Mistich

```
 1    the product around the country.

 2          Q.    And Christopher is your youngest?

 3          A.    Yes.

 4          Q.    And when was he born?

 5          A.    He was born in April of 1989.

 6          Q.    And where does he live?

 7          A.    He lives in Mandeville.

 8          Q.    Is he married?

 9          A.    He is married with two children.

10         ·Q.    Seems to be a theme.

11          A.    Yeah, they all have two.

12          Q.    What does he do?

13          A.    He is a lawyer.

14          Q.    What type of law does he practice?

15          A.    Ochsner -- he works for Ochsner and he

16    handles contracts.

17          Q.    Okay.  Did your husband have any

18    siblings?

19          A.    He had -- yes, he does.  He has three.

20          Q.    What are their names?

21          A.    Marlene Mistich -- well, I'm sorry.

22    Let me start with the oldest.  Kathleen Mistich.  I

23    think that's what she goes by, she's been married a

24    couple of times.

25                Marlene Mistich -- Marlene -- it's
```

Janeiece Yvonne Mistich

```
1    Marlene Scariano, I believe is what she goes by, is

2    her married name, she's divorced.  But I think she

3    goes by Marlene Scariano.  And Joseph Mistich.

4         Q.   Are those all full siblings?

5         A.   Correct.

6         Q.   Does he have any half siblings?

7         A.   No half siblings.

8         Q.   How often would he see his siblings?

9         A.   In the past -- in his whole life?  I

10   don't understand.

11        Q.   Say, in the past -- the last decade of

12   his life.

13        A.   He would see two of his siblings.  He

14   did not see one of them very often.  Well,

15   they -- one lives down the street, so he would see

16   her in passing.

17        Q.   Which one is that?

18        A.   That's Kathleen.

19        Q.   Okay.

20        A.   Marlene lives in Mandeville, they all

21   live -- well, one lives in Covington, so he would

22   see them periodically.  But I don't know, holidays,

23   those kind of things.

24        Q.   Other than you, would any family

25   members accompany your husband to any of his
```

Janeiece Yvonne Mistich

1  medical appointments?

2       A.    My children did for the last couple of

3  appointments.

4       Q.    All four of them or just some of them?

5       A.    No, it was one or the other, because in

6  Dr. Saux's office, only one person was allowed in.

7       Q.    And my question was poorly-worded.  I

8  wasn't mean to ask it --

9       A.    I would go, but I would just sit in the

10 waiting room.

11      Q.    No, let me -- it's my bad question.

12 What I was trying to ask was, when one of your

13 children would accompany your husband, was it the

14 same child, or was it different children at

15 different visits?

16            Do you understand what I'm trying to

17 ask?

18      A.    I do.  It was mostly Russell, because

19 Russell was available to drive him more

20 opportunity -- you know, more times.  Christopher

21 did bring him to a couple of his very latest

22 appointments at the doctors.  But mainly, he

23 dropped him off so I could go in with him because

24 he was in a wheelchair by then.

25            Okay.  Now, let me think.  The last few

Janeiece Yvonne Mistich

```
 1    appointments, Russell and Tipper took turns going

 2    into Dr. Saux's office, because they had questions

 3    they wanted to ask him that I couldn't understand.

 4            I don't know what the questions were

 5    except they wanted to find out if the medicines he

 6    was taking -- could he get off of some of the

 7    medicines he was taking in the last two months of

 8    his life.  So they would go in.

 9        Q.    Your mother-in-law, what was her name?

10        A.    Nina Paternostro Mistich.

11        Q.    And was it -- was her formal first name

12    Antonine?

13        A.    Antonine.

14        Q.    And was it -- and you gave -- was that

15    her maiden name, you also provided --

16        A.    Yeah, Paternostro.

17        Q.    You said she passed away in 1990,

18    correct?

19        A.    Correct.

20        Q.    From breast cancer, correct?

21        A.    Correct.

22        Q.    And what was your husband's father's

23    full name?

24        A.    Raymond Robert -- no, yeah.  Raymond

25    Robert Mistich.  I want to say Robert was the
```

```
 1    middle name.

 2           Q.    And you said he passed away in 2012?

 3           A.    2012.

 4           Q.    And what was the cause of his passing?

 5           A.    He had -- he -- well, he died of

 6    actual -- he actually died of sepsis in the

 7    hospital, but he -- the last year of his life, he

 8    had MDS.

 9           Q.    What is MDS?

10           A.    Myoplastic dysplasia something.

11           Q.    And I said D --

12           A.    Syndrome, maybe.

13           Q.    MPS, right?

14           A.    No, MDS.

15           Q.    Okay.  Myoplastic --

16           A.    Myoplastic dysplasia --

17           Q.    -- dysplasia syndrome --

18           A.    Syndrome.

19           Q.    Got you.

20           A.    I think that's what it stands for.

21           Q.    Do you know when he was diagnosed with

22    MDS?

23           A.    I would say one year prior to his

24    death.

25           Q.    To your knowledge, was he ever
```

1    diagnosed with cancer?

2         A.    Never before.  That -- well, I think

3    MDS is a type of cancer.

4         Q.    To your knowledge, were any of your

5    husband's siblings ever diagnosed with cancer?

6         A.    No.

7         Q.    Have any of your children ever been

8    diagnosed with cancer?

9         A.    No.

10        Q.    Have any of your grandchildren been

11   diagnosed with cancer?

12        A.    No.

13        Q.    Good.

14              Other than your husband's parents, do

15   you know if any of his extended family was

16   diagnosed with cancer?

17        A.    His grandmother died of breast cancer.

18   That's the mother's mother.

19        Q.    Okay.

20        A.    And that's the only one I'm aware of.

21        Q.    To your knowledge, other than your

22   husband, has anyone in your immediate family ever

23   used Roundup®?

24        A.    I do not know.

25        Q.    Okay.  To your knowledge, other than

```
 1   your husband, has anyone in your family --
 2   immediate family ever used any glyphosate-based
 3   weed killers?
 4        A.   I do not know.
 5        Q.   Do you have any neighbors or friends
 6   with knowledge or facts relevant to this lawsuit?
 7        A.   Friends or neighbors, no.  My husband
 8   was very to himself.  He didn't really -- he --
 9   family is all that he communicated with.  He didn't
10   do things with people.
11        Q.   Let me turn to your husband's
12   application of Roundup®.
13        A.   Oh, I'm looking for an application.
14   I'm sorry.
15        Q.   No.  No.  No.  No.
16             Do you have independent knowledge
17   regarding your husband's use of Roundup®?
18        A.   I do.
19        Q.   What is the basis of that?
20        A.   Watching him use it.  He did all of the
21   outside work and he's the one that -- you know, the
22   Roundup® is what he used.
23        Q.   At what addresses did you watch your
24   husband use Roundup®?
25        A.   100 Leah Drive, which is where we live
```

**Janeiece Yvonne Mistich**

1   now -- or I live now.  7531 Fieldston Road, which

2   was at his father's.  He would do that on weekends,

3   on Saturdays we would go over there, and he would

4   take care of yard work for his dad.  Fieldston

5   Road.

6              2025 Garden Drive in Meraux, where we

7   lived for a year.  524 Hutchinson Street in

8   Mandeville where we lived for a year and a half.

9              I know that he would go to the beauty

10  shop, but I never went with him to the beauty shop

11  when he did -- he would help his dad on the

12  weekends and do yard work over there.

13             That would be -- let me think what else

14  I'm forgetting.  Fieldston Road -- 7605 Mayfair

15  Place where we lived for 11 years.  That was a

16  condo -- well, it was a townhome, it was our own

17  townhome.

18             So Fieldston Road, then Garden Drive,

19  Hutchinson Street, Leah Drive St. Roch.  300 Laura

20  Drive North, which was where his father lived down

21  in the neighborhood.  I believe that's everywhere.

22       Q.    Do you recall any conversations you had

23  with your husband regarding his use of Roundup®?

24       A.    Yeah, close to the end, when I told him

25  to stop using it because he had been diagnosed with

```
 1   the mycosis fungoides, and he wasn't supposed to be

 2   outside doing anything.

 3            And I would say didn't -- I mean, over

 4   the last couple of years of him using it, I was

 5   starting to hear that it could possibly cause

 6   problems and since he had already had cancer, I

 7   said you don't need anything new causing you any

 8   kind of cancer.  So I would -- I would say maybe,

 9   you know, just in passing and talking to him at the

10   house telling him, but...

11        Q.   Did he continue to use Roundup® after

12   you had those conversations about hearing stuff

13   that Roundup® might cause cancer?

14        A.   I -- if he did, it was

15   maybe -- probably not.  I don't know because I was

16   pretty adamant about him not using it.

17        Q.   I believe you said he didn't stop using

18   Roundup® --

19        A.   Until 2019.

20        Q.   Right.  When he was --

21        A.   And that's when he got the mycosis -- I

22   mean, the meningoencephalocele.

23        Q.   Right.

24            You've -- between the last couple

25   minutes and earlier today, you listed all the
```

Janeiece Yvonne Mistich

1    addresses where you believe your husband may have

2    used Roundup®, correct?

3          A.    Uh-huh.

4          Q.    Yes?

5          A.    Yes.  I'm sorry.

6          Q.    What would he wear when he was applying

7    Roundup®?

8          A.    Just regular yard clothes.  I mean,

9    just regular clothes.  He did not wear any

10   protective gear, if that's what you're asking.

11         Q.    Would he wear pants or shorts?

12         A.    He would -- different things different

13   times.  I would say in the summer, it was shorts.

14   And in the spring to fall, if it was cold, he would

15   wear pants.

16         Q.    Okay.  Would he wear shoes?

17         A.    Absolutely.

18         Q.    Socks.

19         A.    Most of the time.  He liked white crew

20   socks.

21               He usually had those on.

22         Q.    At a particular location, how often

23   would your husband apply the Roundup® product?

24         A.    I think at a each location, he usually

25   did all of his yard work on the weekends, so I

Janeiece Yvonne Mistich

1    would say every weekend during the times he would

2    use it, which is usually spring to fall, maybe, in

3    Louisiana.

4          Q.    Do you know if your husband ever read

5    the label on a Roundup® bottle?

6          A.    I do not know.  I'm sure.  I don't

7    know.  He knows -- he knew it worked, and he liked

8    it -- you know, used it because it worked.

9          Q.    It was good at killing weeds?

10         A.    It was good at killing weeds.

11         Q.    Do you know if he used concentrated

12   Roundup® or ready-to-use versions?

13         A.    He used both.  But I know that he did

14   use some that could go into a spray container,

15   because he owned a spray container.  And so he

16   would use that when he could.  But, you know, he

17   would use the kind that you just squirt, you

18   know --

19         Q.    Ready to use?

20         A.    Yeah.

21         Q.    Do you have this sprayer still?

22         A.    I don't think so, but I don't know.

23         Q.    If you do locate it, again, I'll ask

24   that you hold onto that --

25         A.    Okay.

Janeiece Yvonne Mistich

1        Q.    -- let us know.

2              Do you still have any bottles of

3    Roundup® that your husband used?

4        A.    No, we got rid of Roundup®, you know,

5    2019.  We don't have any models?  Models, what do

6    you mean by models?

7        Q.    Bottles?

8        A.    Oh, bottles, no.

9        Q.    Do you have any recollection of seeing

10   your husband mix the concentrated Roundup®?

11       A.    No.  I really didn't pay attention to

12   that.

13       Q.    Did you ever discuss with him mixing

14   Roundup®?

15       A.    No.

16       Q.    Why do you believe at times he used

17   concentrated Roundup®?

18       A.    Because he used -- I thought it was

19   concentrated because he would put it into a con --

20   he would put it into a sprayer.

21       Q.    When you say he would put it into a

22   sprayer, was he adding water to it, or you don't

23   know?

24       A.    I don't know.  I just know that he

25   poured it into it and he administered it a lot of

Janeiece Yvonne Mistich

```
 1   times with a sprayer.
 2         Q.    Did you ever discuss with your children
 3   your husband's use of Roundup® products?
 4         A.    I mean, I did after he got cancer,
 5   but...
 6         Q.    Okay.  We'll get to that in a little
 7   bit.
 8         A.    Okay.
 9         Q.    I -- but other than that, did you ever
10   discuss with your children your husband's use of
11   Roundup® products?
12         A.    I do not remember if I did.
13         Q.    Okay.
14         A.    I would say no, but I don't know.
15         Q.    After your husband did his yard work,
16   what would he typically do?
17         A.    Wait, let me go back.  Can I go back to
18   that question?
19         Q.    Of course.
20         A.    My husband's use of Roundup®, or them
21   using Roundup®?  Because I told them not to use it
22   after my husband's was diagnosed with cancer.  But
23   as far as him using it, you're asking me if I --
24         Q.    If you ever discussed with your
25   children your husband's use of Roundup®?
```

Janeiece Yvonne Mistich

```
1          A.     Okay.  I don't remember that.

2          Q.     Okay.  After your husband did the yard

3   work, what would he typically do afterwards?

4          A.     Usually go take a shower.

5          Q.     Okay.  Would he change his clothes,

6   too?

7          A.     I'm sure.

8          MR. CHERNACK:

9                 Let's take another short break then.

10          THE VIDEOGRAPHER:

11                We're now off the record.  The time is

12          10:30.

13          (Brief recess.)

14          THE VIDEOGRAPHER:

15                We're now back on the record.  The time

16          is 10:38.

17          MR. CHERNACK:

18                Thank you.

19   BY MR. CHERNACK:

20          Q.     I want to turn more specifically to

21   some of the properties or all the properties where

22   your husband applied Roundup®.

23          A.     Okay.

24          Q.     Let me start with your current address,

25   the Leah Drive address in Mandeville.  And you said
```

Janeiece Yvonne Mistich

1   you moved in there in 1993?

2        A.    I want to -- it was either '93 or '94.

3   It was April of the year.  My son, let's see, was

4   in kindergarten -- Russell was finishing up his

5   kindergarten year when we moved into the house.  So

6   he was 6 and he was born in '87.  So -- yeah, '93.

7   It was 1993, I believe.

8        MR. CHERNACK:

9             Okay.  Handing you what I marked as

10            Exhibit 4, which are some pictures of the

11            property that we got from Google.

12            (Exhibit No. 4 was marked for

13            identification.)

14        THE WITNESS:

15             I see the church.

16   BY MR. CHERNACK:

17        Q.    Let me ask you, if you turn several

18   pages in.

19        A.    Okay.

20        Q.    There are close -- what look to be

21   close-up pictures, but the house is blurred out, do

22   you see that?

23        A.    Yes.

24        Q.    Do you know why that's the case?

25        A.    He didn't like people searching him

Janeiece Yvonne Mistich

1   years and years ago, so he put -- he didn't want

2   people -- I don't know.  He just -- I know he -- I

3   remember when he did it and I said -- I asked him

4   why and he said I don't like people figuring out my

5   house and where my layout of my house is and where

6   everything is.  That was back in -- that was years

7   ago, I don't know when he did that.  Well, this is

8   2011 -- this picture is from 2011?

9         Q.    They go back to 2011, yes.

10        A.    Okay.  So he had it blocked out a long

11   time ago.

12        Q.    Okay.  If you look, I would say the

13   second page -- the one dated April 2016.  It's a

14   little bit more of a close-up than the first page.

15   Why don't we look at that one?

16        A.    Okay.

17        Q.    Does that appear to be an accurate

18   picture of your property while you and your husband

19   were living there?

20        A.    Yes.

21        Q.    Okay.  And is your property the one

22   that has written on top of it 100 Leah Drive?

23        A.    Correct.

24        Q.    And then there's another property right

25   behind your house?

Janeiece Yvonne Mistich

1      A.    That's the Mandeville police station.

2      Q.    Okay.  And the address is on -- your

3  home opens onto -- or the driveway goes onto Leah

4  Drive, not onto US 190, correct?

5      A.    Correct.

6      Q.    Okay.  Are you able to Marc -- I'm

7  going to hand you a color pen.  Blue is good.

8            Could you Marc where you believe your

9  husband applied Roundup® on that property?  And I

10 apologize?

11     A.    It was mostly the backyard.  (Drawing.)

12 I think the property kind of goes like a pie shape,

13 and it was mostly in the backyard, because that's

14 where our kids were most of the time.  And then

15 along the side of the house.

16     Q.    This may be better, actually.  This may

17 -- that may appear better than what I gave you

18 initially.

19     A.    Along the fence line right here.

20 (Drawing.)  Pool, on the sides of the house.  We

21 didn't have gardens, so...  I guess that.

22            Do you need this back?

23     Q.    I do.  But I'm going to give it back to

24 you as well.

25     A.    Okay.

Janeiece Yvonne Mistich

1       Q.    This is helpful.

2             You said the fence line.  Was there a

3   fence all the way around the property or --

4       A.    No -- well, yes.  We have a fence all

5   the way around the property.  But the fence goes

6   all the way -- it's along the highway.  And so

7   there's a fence that goes from the very front of

8   the driveway, and that goes back quite a way and

9   then -- I mean, there's a -- that's where -- that's

10  the fence line that was alongside the driveway.

11  Then we had fence line that goes all the way to the

12  back.

13      Q.    So based on where you indicate -- and

14  correct me if I'm wrong -- your husband was

15  applying Roundup® along the exterior of the --

16  around the property line and around the -- then

17  just around the home itself?

18      A.    Right.  Right.

19      Q.    Okay.

20      A.    Once he built the -- once he put the

21  bamboo along the fence line at the end of our

22  driveway to the very back of the property, then the

23  Roundup® would be more interior to that.  It was on

24  the inside of the bamboo.

25            So along the inside of the bamboo -- we

```
 1   had a lot of big trees in the backyard that had
 2   poison ivy -- old growth poison ivy growing up the
 3   trees, and so it was more interior to the fence
 4   line once the bamboo was planted along the outside
 5   edge.
 6             So should I have drawn that a little
 7   closer in?
 8        Q.   No, whatever.  If you think that's
 9   pretty accurate, I'm okay with that.
10        A.   No, that's the area.
11        Q.   Sure.
12             Do you know what type of plants your
13   husband was targeting with the Roundup®?
14        A.   Mostly weeds and anything that would
15   come up around the pool and the poison ivy.  We had
16   a lot of poison ivy on our property.
17        Q.   And is the pool what's in the back of
18   the house that you're seeing?
19        A.   Yes, that's the pool.
20        Q.   Okay.  And you built this house,
21   correct?
22        A.   We built the house and the pool.
23        Q.   Do you know when during the year your
24   husband -- what months of the year your husband
25   would use Roundup®?
```

Janeiece Yvonne Mistich

```
1          A.    I would say from March to October.
2          Q.    And you said he would -- you believed
3    he would apply it weekly?
4          A.    He did it mostly weekly or every other
5    week.  But it was -- I would say mostly weekly, he
6    was out in the yard every weekend.
7          Q.    Was he applying Roundup® in the same
8    locations or different locations?
9          A.    Wherever he saw weeds, I guess.
10         Q.    Okay.
11         A.    I didn't really watch him.  I -- I'm
12   sorry.  I didn't watch him.  I know he was out
13   there using it as part of his cutting the grass,
14   applying the Roundup® and weed eating, all that
15   kind of stuff.
16         Q.    So he also had a weed eater?
17         A.    Yes.
18         Q.    Like a weedwhacker, I guess?
19         A.    Yes.
20         Q.    Do you know how much time he was
21   spending actually applying Roundup® when he was
22   working in the yard?
23         A.    No.
24         Q.    How much -- do you know how much time
25   he would generally spend working in the yard?
```

Janeiece Yvonne Mistich

```
 1          A.    Yeah, probably an hour and a half to
 2    two hours.
 3          Q.    And that would be one day a week?
 4          A.    One day a week.
 5          Q.    So you think some of that time, but not
 6    all of that time --
 7          A.    Correct.
 8          Q.    -- was spent applying that Roundup®?
 9          A.    Correct.
10          Q.    You can't say if it was --
11          A.    No.
12          Q.    What percentage of that?
13          A.    I could not.
14          Q.    Okay.
15          A.    I don't think he applied it for two
16    hours, no.
17          Q.    Yeah.
18          A.    Maybe 20, 30 minutes.  I don't know.  I
19    would be guess -- I would be guessing and you don't
20    want me to guess.
21          Q.    I don't want you guessing.  That's
22    fine.
23                Do you know how much Roundup® your
24    husband would use?
25          A.    I don't, I'm sorry.
```

Janeiece Yvonne Mistich

```
 1          Q.    Do you know what type of Roundup® your
 2    husband would use?
 3          A.    I don't know.  It's that kind you buy
 4    at the store.
 5          Q.    Would you ever be the one buying it?
 6          A.    No, usually he bought it.
 7          Q.    Did you ever buy it to your
 8    recollection?
 9          A.    If I did, I don't -- not to my
10    recollection.
11          Q.    And you mentioned your husband had a
12    sprayer?
13          A.    He had a sprayer.
14          Q.    And then do you know where he bought
15    the sprayer?
16          A.    Probably at Ace Hardware where he got
17    the Roundup®, I would imagine.
18          Q.    But you don't know for sure?
19          A.    No.
20          Q.    And -- but you know sometimes he was
21    just using a spray bottle?
22          A.    Sometimes he would use a spray bottle,
23    because it was easy, yes.
24          Q.    Do you know how -- how your husband
25    would hold the sprayer?
```

Janeiece Yvonne Mistich

1          A.    Well, I mean, I don't know.  I mean,

2    the sprayer, I think he would hold it with his left

3    hand and he was right-handed, so I would imagine he

4    used the sprayer with the right hand.  So if

5    you (demonstrating).

6          Q.    Do you know -- I'm sorry, I didn't mean

7    to interrupt.

8                Do you know how close he would hold the

9    nozzle to whatever he was spraying?

10         A.    I think he got pretty close, but I

11   don't know.

12         Q.    Were there certain weather conditions

13   your husband would not do yard work in?

14         A.    I'm sure he would not do it in the

15   rain.

16         Q.    What if it was very windy?

17         A.    I would say no, he would not, but I

18   don't -- I would be guessing.

19         Q.    Okay.

20         A.    I think he did it when the conditions

21   were right as far as weather.  I don't think he

22   would do anything in super windy conditions.  And I

23   also don't believe he would ever do it in the rain.

24         Q.    Do you know where your husband stored

25   the Roundup® and sprayer?

Janeiece Yvonne Mistich

1         A.      In the garage.

2         Q.      Do you know if anyone would have

3    witnessed your husband applying Roundup® on the

4    property other than you?

5         A.      I'm sure my children did.

6         Q.      Okay.  Anyone else?

7         A.      Maybe my father-in-law when he was at

8    his house.

9         Q.      Let's focus right now on the Leah Drive

10   address.

11        A.      Oh, Okay.  On Leah, I'm sorry.

12        Q.      But those answers would apply more

13   generally as well?

14        A.      Correct.

15        Q.      And were your answers, by the way,

16   about the house, the percentage of time your

17   husband spent in the yard applying Roundup®, also

18   your uncertainty, would that apply across the board

19   to other properties?

20        A.      My uncertainty?

21        Q.      As to what percentage of the time he

22   was working in the yard he was actually using

23   Roundup®?

24        A.      Well, I know that when he was at

25   my -- when he was at the beauty shop, that's all he

Janeiece Yvonne Mistich

1    did was the Roundup®.

2         Q.    And we'll get to that.

3         A.    Okay.  But when he was at -- at other

4    houses and he would do the yard work for his dad,

5    then he would use the Roundup® there, too.

6         Q.    But you're not sure what percentage of

7    the time when he was doing yard work he was

8    actually spraying Roundup®?

9         A.    No.

10        Q.    You're not -- you're agreeing with me?

11        A.    I agree with you.  I'm sorry.

12        Q.    No.  No.  No.  Don't apologize.

13        A.    No, I do not know the timeframe.

14        Q.    Okay.  And what you said about weather

15   conditions, when he didn't apply it, that would

16   apply to all the properties?

17        A.    Correct.

18        Q.    I'm just trying to avoid having to

19   repeat questions if it's the same.

20        A.    Okay.

21        Q.    And to your knowledge, did your husband

22   use different types of Roundup® at different

23   properties?

24        A.    I mean, he used the spray container and

25   then he would use the spray thing.  I do not

Janeiece Yvonne Mistich

1  realize -- I do not know if there are different

2  types of Roundup®.

3      Q.    But all the different properties -- you

4  don't think he used the sprayer -- the pump on

5  one -- at one property and the ready-to-use at a

6  different property, at least to your recollection,

7  or is that --

8      A.    I know that at my father-in-law's house

9  and at my house, he used the sprayer a lot.  He did

10  use the hand-held once in a while.

11          On the beauty shop, I don't think he

12  had a sprayer at 2525 Garden Drive.

13      Q.    Okay.

14      A.    I don't -- I don't believe.  If he did,

15  I don't remember.  That was one year out of my

16  life.  I don't remember.

17      Q.    Okay.  Did anyone else help with the

18  yard work at this location?

19      A.    Yeah, my kids would do the -- they

20  would have to rake up the yard after, you know, he

21  would cut the grass, if he didn't have the right

22  kind of grass cutter.

23      Q.    But the kids would not be spraying the

24  Roundup®?

25      A.    No.

Janeiece Yvonne Mistich

1      Q.    Okay.

2      A.    Not on our property.  What they did on

3  their own property, I don't know.

4      Q.    Let me turn to the 524 Hutchinson

5  Street address.

6      MR. BOLING:

7            And are you Marc these in globo or are

8      you just going to --

9      MR. CHERNACK:

10           I marked this already.  I marked this

11     one.

12           I'm marking as Exhibit 5 some more

13     pictures.

14     (Exhibit No. 5 was marked for

15     identification.)

16     THE WITNESS:

17           (Views document.)  So this is

18     Hutchinson?  I have to orient myself here.

19  BY MR. CHERNACK:

20     Q.    Sure.

21     A.    This should be Monroe Street close to

22  this.  I don't see Monroe Street.

23     Q.    If you turn to the second and third

24  pages, does this look like the property you lived

25  in on Hutchinson Street in Mandeville?

Janeiece Yvonne Mistich

```
1          A.    I don't think the driveway was on the
2    left.  I think the driveway was on the right.
3          Q.    Let me ask you this first:  The
4    Hutchinson Street property, this is where you were
5    living while your home on Leah --
6          A.    Was being built, so we were renting it.
7          Q.    And you were there for about 18 months?
8          A.    About 18 months.
9          Q.    So from sometime in 1991 to sometime in
10   1993 sound right?
11         A.    Correct.
12         Q.    Okay.  But you don't think these
13   pictures look -- resemble where you lived?
14         A.    I would have to drive back down the
15   street, but it just doesn't -- for some reason,
16   maybe the driveway -- I don't remember the driveway
17   being on the left, but...  I remember the driveway
18   being -- I thought the driveway was on the right.
19         Q.    Okay.
20         A.    I'm not sure.
21         Q.    Okay.
22         A.    I know that it had those thin posts,
23   because we knocked down one of them and it had to
24   be replaced.
25         Q.    By the way, any of the properties in
```

Janeiece Yvonne Mistich

```
 1   which you lived, did they have large gardens?
 2        A.     They had gardens, but not large
 3   gardens.
 4        Q.     Did they have flower beds?
 5        A.     My husband and I are not gardeners, so
 6   we did not have fancy gardens, but we did have like
 7   your regular plants that you would plant that were
 8   perennials, so that you would not have a lot of
 9   flowers, it would be more perennial.
10        Q.     Okay.  Was this true at which
11   properties?
12        A.     All of the properties.
13        Q.     Okay.
14        A.     Now, my father-in-law had gardens.  His
15   gardens were more -- my father-in-law's property
16   had gardens.  My properties -- our properties had
17   the kind of gardens that were just green, green
18   plants.  Mostly green, not flowers.
19        Q.     Would your husband apply Roundup® in or
20   around any of those gardens?
21        A.     Yeah.
22        Q.     Did you mark those areas in what we
23   marked as Exhibit 4?
24        A.     Well, I don't have -- I mean, they
25   don't have garden gardens showing, so, I just did
```

Janeiece Yvonne Mistich

1    the general area.

2         Q.    Okay.  Could you just tell me where

3    they were?

4         A.    Okay.  We had gardens along the front

5    of the property, so I did try to Marc along the

6    front of the property up to the door.  We had

7    gardens on both sides.  We had greenery around our

8    two air-conditioners that are on the -- if you're

9    looking at the -- if you're looking at the Leah

10   Drive, it would be on the left side of the

11   property, away from the highway along that side.

12   He would use Roundup® there because of the

13   air-conditioners being there and needing the weeds

14   not to be on the intakes for the air-conditioners.

15             We didn't have gardens, per se, in the

16   backyard, but we did have a concrete area around

17   the edge of the pool.  An apron, is it called?  So

18   he would use it around the outside of the apron of

19   the pool.  He would use it around the trees.  There

20   were some trees back here that were -- I don't

21   know.  There's, like, two or three trees back here

22   that had poison ivy growing up them.  He has a big

23   tree right here (indicating).  So I would say those

24   areas.  And along the fence over here (indicating).

25        Q.    Okay.  So what we marked as Exhibit 5

Janeiece Yvonne Mistich

```
 1    what we believe was the Hutchinson Street address,
 2    but you're not even sure that's the case, correct?
 3         A.    No.
 4         Q.    Okay.
 5         A.    I haven't been to that house in so
 6    long, I'm guessing.
 7         Q.    Sure.
 8         A.    I only lived there a year and a half.
 9    It is in Mandeville.
10         Q.    Let me ask you a couple of questions
11    then, not using the picture, because I don't want
12    you to --
13         A.    Okay.
14         Q.    Do you recall -- let me start with
15    this.  Do you recall how much time your husband
16    would spend doing yard work at that property?
17         A.    I mean, just on a Saturday cutting the
18    grass and doing the weed eating, because we had
19    little kids.  Not the weed eating, the spraying.
20         Q.    Do you recall though -- was it -- am I
21    correct, the Hutchinson Street property is smaller
22    than the Leah Drive property?
23         A.    Yes.
24         Q.    So would he spend less time in the yard
25    at the Hutchinson Street address?
```

Janeiece Yvonne Mistich

```
1        A.    Yes.

2        Q.    Okay.  And you don't know what

3   percentage of the time that he spent at that

4   address would have been spent on applying Roundup®?

5        A.    No.

6        Q.    Do you recall where on that property he

7   did apply Roundup®?

8        A.    Probably the backyard, but I

9   don't -- the backyard.

10       Q.    Okay.

11             And that would also be, I believe,

12  between March and October, you said?

13       A.    Uh-huh.

14       Q.    Yes?

15       A.    Yes.

16       Q.    And that -- the March to October time

17  period is true for all the properties you

18  mentioned?

19       A.    Correct.

20       Q.    And the weather conditions that he

21  would or would not apply is the same that you've

22  already talked about at all the properties?

23       A.    Correct.

24       Q.    Okay.  Is there anything you recall

25  being different about the way your husband applied
```

Janeiece Yvonne Mistich

```
 1    Roundup® at the Hutchinson Street property than at
 2    the Leah Street property?
 3         A.    No.
 4         Q.    Okay.  Would anyone else help with the
 5    yard work at this location?
 6         A.    My children were very young at that
 7    one, so, no.
 8         Q.    Let me move to the 2525 Garden Drive
 9    address.  That's in Meraux?
10         A.    Meraux.
11         Q.    Meraux.  Sorry.
12         A.    That's okay.  I don't live there.  I
13    live --
14               I taught -- I taught in Meraux.  And
15    that's why we lived over there.  I was teaching in
16    St. Bernard Parish.
17         MR. CHERNACK:
18               I marked that as Exhibit 6.
19         (Exhibit No. 6 was marked for
20         identification.)
21         THE WITNESS:
22               Oh, that's blurry.
23    BY MR. CHERNACK:
24         Q.    It gets better, I think.
25               And you were at this address for about
```

Janeiece Yvonne Mistich

```
1    a year; is that --

2         A.    Yeah, one year.

3         Q.    So 1990 to '91 sound right?

4         A.    Yes.

5         Q.    Okay.

6         A.    Because we were living in Meraux when

7    my husband -- when my father-in-law had his stroke.

8    And he had his stroke in October of 1990, and so --

9    because we had to drive from this property all the

10   way to Kenner when he had his stroke.

11        Q.    Do these pictures resemble the home in

12   Meraux?

13        A.    Okay.  Here's the actual house, okay.

14        Q.    Yeah, if you --

15        A.    I was going to say, I'm seeing this

16   empty lot.  I don't remember there being an empty

17   lot next to us.  That might have happened with

18   Katrina.

19        MR. BOLING:

20             Yep.

21   BY MR. CHERNACK:

22        Q.    So if you go third to the last page,

23   for example, I'm going to show you.

24        A.    Is this considered first, second, third

25   to last.  This one here?  Okay.
```

Janeiece Yvonne Mistich

```
1          MR. BOLING:
2               This one.
3    BY MR. CHERNACK:
4          Q.    Does that appear to resemble, at least,
5    the home that you lived in?
6          A.    I only lived there for a year, but,
7    yes, I do believe that is.
8          Q.    Okay.  Do you recall where your husband
9    would have applied Roundup® at this property?
10         A.    I would say the backyard only.
11         Q.    Okay.  So what we're looking at in that
12   picture in the third to last page, you do not see
13   the backyard, correct?
14         A.    Correct.
15         Q.    If you turn back two pages where you're
16   seeing an empty -- is that the side of the house
17   you're seeing the empty lot mostly featured in it?
18         A.    I'm totally confused at his -- Okay.
19   So this is the last page.  So this page here you
20   talking about --
21         Q.    Yes, that's the last page.  And
22   that's -- so you don't see the backyard in any of
23   these pictures; is that correct?
24         A.    I do not.
25         Q.    Do you recall how much time your
```

Janeiece Yvonne Mistich

1    husband would spend on a Saturday or Sunday doing

2    yard work at this property?

3        A.    I would say at the most an hour and a

4    half.  It's not a very big property.

5        Q.    And again, you don't know what

6    percentage of that time was spent using Roundup®?

7        A.    No, he was just very meticulous about

8    the yard work.  That was something he -- I do not

9    know why, but that was something -- yard work was

10   his thing outside.  That was his --

11       Q.    I'm sorry.  I didn't mean to cut you

12   off.

13       A.    No, that was just -- yard work was

14   his -- so here you can kind of see -- is this the

15   backyard?

16       Q.    Tell me what page you're looking at.

17       A.    I'm looking at the -- how do you count?

18       Q.    I agree with you.

19       A.    If you're on the last page.  Well,

20   let's see -- yeah, the sticker on this page.

21       Q.    Sticker would be the first page.

22       A.    Then you going to go all the way

23   to -- I would say this would be the page

24   that -- right here (indicating.)

25       Q.    Okay.

1       A.      So it was close to the back.

2       Q.      So --

3       A.      It shows the side yard with the empty

4    lot, and it shows the extension of the property all

5    the way back to that other fence that's there now.

6       Q.      So the fifth from the end, I believe,

7    is what you're referring to.

8       A.      This --

9       Q.      Show me again.  I just want to make

10   sure we're looking at the same.  It's either fourth

11   or fifth from the end.

12      A.      (Indicating).

13      Q.      I think I see it.  It's fourth from the

14   end.  Okay.  Fourth from the end.

15              Is that the back of the house you're

16   seeing?

17      A.      That's the side of the house and then

18   you can see the back of the house.  The yard in the

19   back, from what I remember, was not very big.  It

20   was from here a little bit -- it was past that

21   window there, but not -- I can't -- if we open the

22   window and we can see.  You can -- I think there's

23   a fence line back there.

24              Could you part the blinds just for a

25   second, the curtain?  I'm just trying to -- oh, no,

```
 1   it was a little bit bigger than that.  The yard
 2   was -- like, if this was the back door, it was
 3   probably maybe twice that size.
 4        Q.    Twice the size --
 5        A.    The yard -- from here to there and then
 6   twice that size.  So twice --
 7        Q.    Is "there" the window, or is "there"
 8   the wall?
 9        A.    No, no, "there" is the wall.  So twice
10   the size of that wall, I would imagine, is the size
11   of the yard.
12        Q.    So from here to the wall, just
13   eyeballing it is almost 20 -- little more than
14   20 feet, I think.  Maybe more than that, actually?
15        A.    It's probably more than that.
16        Q.    Probably 30 feet.  So you think it was
17   60 feet?
18        A.    I think the backyard was -- it wasn't
19   very, very big, but it was big enough to -- for the
20   kids to play out there and they had a little
21   swimming pool out there, I remember.  There was a
22   lot more greenery around this property at the time.
23   This is all post-Katrina.
24        Q.    And at all the properties your
25   husband -- I'm sorry.
```

1          A.     Because the -- I'm sorry, the house had

2    a -- you can see how there's a long that wall along

3    that side -- right by the fence line there, is a

4    wall that extends from the front of the house to

5    where the back of that house is.  But then on the

6    other side of that was a bigger cutout area.

7    Should be able to see it on one of the other -- if

8    you look down on the property.

9          Q.     So if you turn to the first page, for

10   example?

11         A.     Let's go back to the first page.  Yeah,

12   the first page, if you look at the house there,

13   then behind it, you had all of that green area to

14   the right of the drive -- you know, at the end of

15   the driveway, you had all of that.

16         Q.     Can you circle that -- just circle the

17   yard, the backyard.

18         A.     Sure.  All right.  (Complies.)

19         Q.     Just so we all know we're talking about

20   the same thing.

21         A.     Okay.  There was a tree there, but I

22   don't think -- I don't remember a tree being that

23   massive.

24         Q.     Okay.  Can I see that, just so I can

25   make sure I see what you circle (handing.)

Janeiece Yvonne Mistich

```
 1          A.    Sure.

 2          Q.    Okay.

 3          A.    And that's from my recollection.   I'm

 4   remembering the pool in the backyard that the kids

 5   played in, you know, those kind of little pools,

 6   they had, like, play pools, you know, the size of

 7   the yard, based on that.

 8          Q.    And this area to the left?

 9          A.    That is not -- that was somebody -- I

10   don't know what that is.

11          Q.    That's someone else's property?

12          A.    Yeah, I think there was a house there.

13          Q.    Okay.   Thank you.

14                And your husband would always work just

15   one of the two days of the weekend in the yard; is

16   that fair?

17          A.    Say that again.

18          Q.    Your husband, when he was doing yard

19   work, at any of the properties, it would always be

20   just one of the two weekends days?

21          A.    Correct.   I mean, unless -- you know,

22   unless something happened in the middle and he had

23   to leave and go back.

24          Q.    Sure.

25          A.    But I would say most of the time he did
```

Janeiece Yvonne Mistich

```
 1   it in a one-day deal.
 2        Q.    Okay.  Let me turn to the property at
 3   7605 Mayfair Place.
 4        A.    Okay.
 5   MR. CHERNACK:
 6             I'm going to Marc this as Exhibit 7.
 7        (Exhibit No. 7 was marked for
 8        identification.)
 9   THE WITNESS:
10             I actually had gardens in that
11        property.  Little gardens.  The condo, let's
12        see.
13   BY MR. CHERNACK:
14        Q.    And this was your home from 1989 to
15   1990?
16        A.    Yes.
17        Q.    By the way, where did you live before
18   1980?
19        A.    Lived in apartments.  I lived -- we got
20   married in 1977, so we lived in Valhalla East
21   Apartments from '77 to '78.  Then we moved to
22   Metairie and lived in Castille Severn from 1978 to
23   1980, maybe '80 and then we moved -- when Jeffrey
24   we born -- six months before Jeffrey was born, I
25   moved in with my grandmother who lived at 4702
```

Janeiece Yvonne Mistich

 1   Lafaye Street, which was Gentilly.

 2              I lived at her house for six months

 3   until we could save up enough money to put the

 4   deposit down on our house at Mayfair Place.  So I

 5   lived at two places -- well, three.  So I lived at

 6   Castille Severn, which was in New Orleans East -- I

 7   lived in -- I mean, that was in Metairie.  I'm

 8   sorry.  I lived in Valhalla East in eastern New

 9   Orleans.  I lived in Castille Severn for a year or

10   two in Metairie, because I was teaching at

11   St. Catherine of Sienna.

12              Then we stayed -- we moved in with my

13   grandmother for six months, who lived on Lafaye

14   Street, and then we bought the house and moved into

15   it when Jeffrey was six weeks old.

16        Q.    And none of those other properties, to

17   your knowledge, did your husband ever use Roundup®

18   on, correct?

19        A.    Not in any of the apartments.

20        Q.    Right.

21        A.    Because we lived on the third floor and

22   we lived in an inner apartment that you'd walk in,

23   and it was dark and you moved -- you know, you were

24   in a passageway.

25        Q.    What year do you believe your husband

Janeiece Yvonne Mistich

1   first used Roundup®?

2        A.     Probably when we moved into -- let me

3   think.  I would think that he probably started

4   using it in 1980, when we moved into Mayfair Place.

5        Q.     Do you know when Roundup® for home use

6   first became available?

7        A.     No.

8        Q.     Do these pictures look like your

9   property at 7605 Mayfair Place?

10       A.     Is it on this side or is it on this

11   side?  I see, is that a number -- I thought that

12   was actually where.

13       MR. BOLING:

14            So (indicating).

15       THE WITNESS:

16            Okay.

17       MR. BOLING:

18            Let's turn it around like that.  You

19       see that ID, that's just the exhibit number.

20       THE WITNESS:

21            It was the second townhome in from the

22       corner.

23   BY MR. CHERNACK:

24       Q.     So there's a pin drop --

25       A.     Okay.

Janeiece Yvonne Mistich

1      Q.    -- as they call it?

2      A.    Yes.

3      Q.    Do you see that?

4      A.    Yes.

5      Q.    Is that the property?

6      A.    Yes.

7      Q.    Okay.  And then there's some closer up

8  pictures as you turn back, like the last page that

9  has a picture on it seems to be the most close-up.

10  Could you highlight where you believe your husband

11  used Roundup® on this property?

12      A.    Are you talking about this one?

13      Q.    No, I was talking about the last page

14  that has a picture on it.  The last page is blank.

15  There you go.

16      A.    (Views document.)  Oh, wow, that's

17  blurry.

18      Q.    If you think that's too blurry, go back

19  one more page, there's a picture that's less

20  blurry.

21      A.    (Views document.)

22      Q.    I'm looking at this, Ms. Mistich

23  (indicating).

24      A.    Okay.

25      Q.    If you think that's an accurate

1    representation.

2         A.    That is an accurate representation.

3    However, this one here is clearer (indicating).

4         Q.    Okay.  Show me which one.

5         A.    It looks like that (indicating).

6         Q.    Oh.  Do you think -- Okay.  Are you

7    able to show on that picture -- and what that is,

8    that's the second page, correct?

9         A.    Oh, goodness, here we go again.  Wait a

10   second.  Okay.  Page 1, page 2, that's the back --

11   yeah, that's the backyard.

12        Q.    Right.

13        A.    That doesn't show the front yard, so

14   you need the back and the front yard, you need to

15   know.

16        Q.    Was your husband using --

17        A.    He used it in the backyard.

18        Q.    Just in the backyard?

19        A.    No, I mean, he used it in the front

20   because we had gardens there.  But he -- it was a

21   small -- okay.  Let's see if I have -- do you have

22   a close-up of the front of the property?

23        Q.    I think there's just overheads.

24   Whatever you think is the clearest picture, just

25   circle it.

Janeiece Yvonne Mistich

1      A.    So let's see.  So in the front, I would

2   say it's from right here up to the door.  So we had

3   gardens on this side, and we had a garden on this

4   side.  That was my only attempt at serious

5   gardening with flowers.  And then the other was the

6   backyard.  The backyard was like this.

7      Q.    Let me see.

8      A.    (Handing.)

9      Q.    How much time, to your recollection,

10  would your husband spend working in the yard at

11  this property?

12     A.    I don't know.  I would guess -- you

13  don't want me to guess.  An hour maybe, hour and a

14  half.

15     Q.    Okay.

16     A.    He didn't have a lot of grass to cut

17  there.  It was mostly taking care of the weeds and

18  the edging around the -- around the

19  property -- around any driveways and things like

20  that.  Not driveways, but walkways.

21     MR. CHERNACK:

22         Okay.  I'm going to Marc as Exhibit 8,

23         a picture, I believe, of the property at 7531

24         Fieldston Road.

25     THE WITNESS:

Janeiece Yvonne Mistich

```
1              Okay.
2              (Exhibit No. 8 was marked for
3              identification.)
4    BY MR. CHERNACK:
5         Q.    And this was his parent's home?
6         A.    Correct.  And I was there a lot since I
7    dated him from when I was 15 on.  Oh, goodness.
8    Yeah, they built this driveway after.  Let's see.
9    I know they raised the house.  We used to drive out
10   and look at -- oh, from above, it doesn't -- it's
11   blurry also.  Yeah, there it is.  Okay.  This is
12   the picture that I recognize the house from.  The
13   other is blurry.
14        Q.    That's on the last page?
15        A.    That's on the -- yeah, front of the
16   last page.  Do you have the backyard?  Because he
17   had a nice, big backyard.
18        Q.    Okay.  These are the only pictures I
19   have.
20        A.    Okay.
21        Q.    So you either can go with this one --
22        A.    Okay.  So I can go with this one for
23   the front of the yard, but he had gardens.
24        Q.    Okay.  So why don't you circle where
25   you think --
```

Janeiece Yvonne Mistich

```
1        A.    Okay.  That's where this raised thing
2   is -- they raised after Katrina.  Because my
3   father-in-law did not raise that.
4        MR. BOLING:
5             Jan, I think your Siri is going off on
6        your --
7        MR. CHERNACK:
8             Probably something it thought, it
9        misheard and --
10       THE WITNESS:
11            Okay.  Sorry.  I got this for Mother's
12       Day because I fell -- I fell recently and
13       broke my foot.  So my kids think I need that
14       now.
15            Okay.  So let's see.  He had -- he had
16       area back here (indicating).  And I guess
17       area on the side.  So not this.  Let me
18       scratch that out.  He had a garden here
19       (indicating).  He also had property on that
20       side.  I mean, like this area back here, he
21       had some.
22            I'm going up with this because I don't
23       know how to make it look slanted.  Okay.  Do
24       you understand what I'm saying?  Is it went
25       back along that side of the property?
```

1    BY MR. CHERNACK:

2         Q.    I understand.  Okay.  So what looks

3    like it's going straight up --

4         A.    Right.

5         Q.    Obviously, it wasn't.

6         A.    Right.

7         Q.    What you're indicating there is it's

8    going back and there's a fence back there, correct?

9         A.    There's a fence back there, correct.

10        Q.    So it goes along the side of the house

11   to the fence; is that fair?

12        A.    Correct.  On both sides of the house,

13   correct.  It was like a little alleyway kind of.

14              You don't have anything -- do you have

15   something from above?  Fieldston Road, this is

16   7531, okay.  He had a nice sized backyard.  I would

17   say here would be the backyard.  And then here

18   would be the fence line.  And then here would be a

19   fence line.

20        Q.    Let me --

21        A.    And then in the front it would be the

22   garden, right on that side.  Okay.

23        Q.    Okay.  So you highlighted areas where

24   you believe your husband was applying Roundup®?

25        A.    Correct.

Janeiece Yvonne Mistich

1        Q.    About how much time would he spend

2   working in the yard on this property?

3        A.    He was at my father-in-law's a lot of

4   time.  My father-in-law was meticulous, and so my

5   husband was doing a lot of the work for him.  But

6   my father-in-law was out there telling him do this,

7   do that, do the other.

8        Q.    So how --

9        A.    So I would say -- I would say -- cut

10  grass, I mean, total yard work, I'm not considering

11  just the Roundup®, but total yard work, he would

12  probably do that -- he would be there an hour and a

13  half to two hours on a Saturday.

14       Q.    Was he going there every Saturday or

15  just some Saturdays?

16       A.    Most Saturdays.  It was whenever -- I

17  would say almost every Saturday, so I would

18  say -- I mean, I don't -- my father-in-law was

19  very -- my husband got it from my father-in-law, I

20  believe.  They were both very meticulous about

21  their yards.  I am sure there are Saturdays that my

22  husband did not go and help him do his yard.

23             But my father-in-law, my husband --

24  that was what my husband did for may father-in-law.

25  He cut my father-in-law's grass and did his yard

1   from when I was 17, 16, so...

2          Q.    And this was also a March to October

3   thing?

4          A.    It was all summer.  It was spring,

5   summer.  Whenever -- whenever the grass and the

6   weeds started back again.

7          Q.    Okay.  Do you when your husband first

8   used Roundup® at this property?

9          A.    Probably back at the same time, because

10  he used it -- I would say around 19 -- maybe even

11  earlier than '80.  I don't know, '79, '80, I don't

12  know.

13         Q.    Do you know if your father-in-law would

14  also apply Roundup® at this property?

15         A.    I'm sure he did on occasions, yes.

16  When my husband didn't go.

17         Q.    And am I correct, the only other

18  property you're aware of where your husband applied

19  Roundup® is the beauty salon?

20         A.    Correct.

21         Q.    Okay.  And I don't have any pictures of

22  that one.

23         A.    Okay.

24         Q.    Do you know how often would he

25  do -- you said he -- he would not do any yard work

1   other than Roundup® at that property?

2        A.    Right.  All he did was go around and

3   spray weeds, maybe weed eat along that -- you know,

4   the walkway that the old -- it was for very old

5   ladies.  It was a -- and so they would all, you

6   know, all the old ladies would park their little

7   cars along the road.  So I'm sure that that area in

8   the front was where he did it.

9        Q.    How often would he do yard work at that

10  property?

11       A.    I would say that was on an as-needed

12  for when his father would ask him to go.  I don't

13  know, maybe a couple of times a month.

14       Q.    Do you know how long it would take to

15  do the yard work there?

16       A.    Not much, because it was just the front

17  of the property.  It was mostly the edging and

18  the -- spraying Roundup® as needed.

19       Q.    When you say not much, what do you

20  mean, less than a half hour?

21       A.    Less than an hour.  Probably less

22  than -- probably 45 minutes.  Yeah, less than an

23  hour.

24       Q.    Do you -- you told me before, just

25  remind me.  What was the address of the beauty

Janeiece Yvonne Mistich

```
 1    salon?
 2         A.    I don't know.  It was on the corner of
 3    St. Roch and Prentiss, I do know that.  I do know
 4    that after Hurricane Katrina, it was torn down.  I
 5    want to say it was torn down within a year after
 6    Katrina, because I remember going in -- with them
 7    after the hurricane to see what the inside of it
 8    looked like and everything had layers of mud and
 9    all that inside.
10         Q.    Do you -- did your husband ever wear
11    gloves when he was applying Roundup®?
12         A.    I don't know.
13         Q.    Would your husband wear --
14         A.    He does have -- I mean, he did have
15    work -- yard gloves.  He did have gloves for the
16    yard.  I don't know when he wore them.  I mean, I
17    would be guessing.
18         Q.    Would he wear a hat?
19         A.    He always wore a hat.
20         Q.    Would he wear any sort of face
21    covering?
22         A.    No.
23         Q.    And you say always wore a hat.  You
24    mean whenever he was doing yard work?
25         A.    He always wore a baseball cap.
```

1        Q.    Whenever he was doing yard work at any

2   of the properties?

3        A.    I would say when he was out in the sun,

4   he also wore a hat on his head.

5        Q.    Okay.  And that would include when he

6   was doing yard work?

7        A.    Yes.  I'm sorry.

8        Q.    No problem.

9              Do you recall any specific instances

10  when your husband had Roundup® on his skin?

11       A.    I can't recall any specific instances.

12  But using a sprayer, you would get that contact

13  with the stuff that would come out of the, you

14  know -- so I would say he probably did have contact

15  on his skin on some occasions just because of the

16  type of sprayer that he was using.

17       Q.    So you're assuming that would be the

18  case; is that fair?

19       A.    I am assuming.

20       Q.    To your recollection, your husband

21  never told you about Roundup® being on his skin?

22       A.    I mean, he'd go to wash, take a shower

23  after because he had chemicals on his skin.  But,

24  you know, he'd say that.  I got to get this off of

25  me.

Janeiece Yvonne Mistich

```
 1        Q.    Would he say chemicals, or would he say

 2  he was working in the yard?  It could be dirt, it

 3  could be sweat, it could be all sorts of things,

 4  correct?

 5        MR. BOLING:

 6              Object to the form.  Asked and

 7        answered.

 8        THE WITNESS:

 9              What does that mean?

10        MR. CHERNACK:

11              You can go ahead.

12        MR. BOLING:

13              I'm just making an objection.  You can

14        go ahead and answer.

15        THE WITNESS:

16              Ask the question, again, please.

17        MR. CHERNACK:

18              Sure.

19  BY MR. CHERNACK:

20        Q.    Again -- actually, let me ask it this

21  way.  Before -- you said after he would do yard

22  work, your husband would wash, take a shower,

23  correct?

24        A.    (Nods head.)

25        Q.    Yes?
```

Janeiece Yvonne Mistich

```
1        A.    Yes.  I'm sorry.

2        Q.    It's okay.

3        A.    I'm good at nodding.

4        Q.    Would he ever tell you what he

5   had -- what he was -- why he was taking a shower?

6        A.    He would -- he was dirty.  He was, you

7   know, he had sweat, he had dirt on him, he had

8   grass on him and he -- and on occasion, he would

9   tell me that he had chemicals on him from the

10  sprayer.  And that would be the only time.  But

11  that was not -- he didn't say I got to go get this

12  chemical off of me every time that he did have

13  chemicals on him.

14       Q.    Did your husband ever tell you that

15  Roundup® spilled on him?

16       A.    I would say when he said that the

17  chemicals were on his hands and he needed to get it

18  off, but not actually spilling on him.

19       Q.    Okay.  To your knowledge, did your

20  husband use any other types of lawn care products

21  when he was doing yard work at any of the

22  properties?

23       A.    He did use Sevin dust on occasions.  It

24  was a powdered form.  And he used that in the

25  middle of the grass.
```

1        Q.    You said it was your husband that would

2   almost always be the one to purchase any type of

3   Roundup® product, correct?

4        A.    Correct.

5        Q.    And you said you might have, but you're

6   not sure?

7        A.    No, I don't remember ever buying any

8   Roundup® products, because that was something he

9   knew he wanted.  I mean, he knew what he wanted.

10  He knew what brand.  You know, he knew what he

11  wanted, and I just -- I didn't even go into Ace

12  Hardware very often.

13       Q.    So where would he go to purchase it?

14       A.    He would buy it -- there's a hardware

15  store in New Orleans East that was on -- I can

16  picture where it is.  I think -- I want to say it

17  was on Downman Road, but it was Ace Hardware.

18  Larry Giroir owned it.  Larry and Betty Giroir

19  owned it.  I do know that because we knew them

20  personally.

21       Q.    Is that the only location -- is that

22  one or two locations?

23       A.    That's one location, Ace Hardware.

24       Q.    Okay.

25       A.    But I mean, that's in New Orleans, when

Janeiece Yvonne Mistich

```
 1    he moved in Mandeville.  I'm sure he used the Ace
 2    Hardware around the corner, because that's
 3    where -- that was closest.  That's on Florida
 4    Street, and there's an Ace Hardware right in there
 5    next to -- close to set Saia's.  I don't know the
 6    actual address, but it's on Florida Street.
 7         Q.    Are you aware that Harry's Ace Hardware
 8    is also a defendant in this lawsuit?
 9         A.    What is a defendant?  Oh wait, no.
10         Q.    You've also sued Harry's.
11         A.    Oh.
12         Q.    Are you aware of that?
13         A.    I'm aware that those were the two
14    hardware stores that he used.  I did not know -- I
15    didn't know you-all sued the company.
16               You sued the company --
17         Q.    No.  No.
18    MR. BOLING:
19               No, you did.
20    THE WITNESS:
21               I'm confused.
22    MR. BOLING:
23               You did.
24    MR. CHERNACK:
25               Or your husband did.
```

```
1          THE WITNESS:
2               My husband did.
3          MR. BOILING:
4               Greg personally did not.
5          MR. CHERNACK:
6               I did not.
7          THE WITNESS:
8               My husband did.  I'm sorry.
9     BY MR. CHERNACK:
10         Q.   Do you know -- I assume the answer is
11    you don't, but I'm going to ask anyway.
12              Do you know why you selected those --
13    that hardware store to sue and not others where he
14    bought the product?
15         A.   Because my husband usually purchased
16    what he needed close to the house.  And Ace's
17    Hardware was the only hardware store in New Orleans
18    East that we used.  That's the reason
19    I would -- that's the reason I am sure my husband
20    selected that one because that's where he
21    used -- that's where he purchased Roundup®.
22         Q.   But he also purchased from a
23    different -- from a location in Mandeville,
24    correct?
25         A.   Correct.  That's after we moved from
```

Janeiece Yvonne Mistich

```
1   New Orleans East, yes.
2        Q.    Sure.
3              But you -- okay.
4        A.    When we moved to the Northshore, we
5   used Ace's -- we used Harry's hardware store, yes.
6   It changed names, though.  Yes.
7        Q.    Am I correct your husband would not go
8   to New Orleans East to purchase Roundup® after you
9   moved to Mandeville?
10       A.    Correct.
11       Q.    Okay.  When would be the last time your
12  husband purchased Roundup® in New Orleans to your
13  knowledge?
14       A.    Probably before we moved.  We moved to
15  the Northshore in 1991.  So I would say 1991.
16       Q.    Okay.  Do you know when your husband
17  would purchase Roundup®, how much he would
18  purchase?
19       A.    No.
20       Q.    Not in terms of money, in terms of like
21  number of bottles, number of --
22       A.    I do not know.
23       Q.    Do you know how often he would purchase
24  Roundup®?
25       A.    All I know is whenever he would get
```

Janeiece Yvonne Mistich

```
 1   low, he would buy more, but I don't know.
 2        Q.    Do you know if he would use cash or
 3   credit to make purchases?
 4        A.    I don't know if we even had a debit
 5   card back then, so I would say he used cash.  He
 6   might have written checks.  But cash, checks.
 7        Q.    Do you know if he had any membership or
 8   reward account at any of the places?
 9        A.    No, he never did that.
10        Q.    To your knowledge, did anyone else ever
11   purchase Roundup® that your husband used?
12        A.    He might have for my father-in-law.
13        Q.    So your father-in-law might have
14   purchased it?
15        A.    Correct.  Yeah.  I'm sure that when he
16   was doing the house on Fieldston Road, and the
17   house on Laura Drive North, that his -- my
18   father-in-law would have purchased the Roundup®
19   that my husband used.
20        Q.    Do you know why your husband started
21   using Roundup®?
22        A.    Just because he heard it worked so
23   good, and he worked -- you know, he was trying to
24   get rid of all the poison ivy and the weeds.
25   Mostly it was the -- we had a lot of poison ivy.
```

1    The kids always getting poison ivy.  So we used a

2    lot of it for that, to kill that type of weed

3    specifically.  And around the pool.  The pool had

4    all those little (demonstrating).  We put the pool

5    in ourself, therefore, we put the apron around it

6    ourself.

7              And so there were a lot of little

8    divisions around it where you would have the weeds

9    growing back, and I know we had that plus the

10   poison ivy in the back of the yard.

11        Q.    Although you said, I think, you believe

12   your husband used Roundup® before you even had

13   children; is that correct?

14        A.    Yes.

15        Q.    Okay.

16        A.    Well, 1980 -- we had Jeffrey in 1980.

17        Q.    Okay.  Do you -- you said you believe

18   your husband began using Roundup® because it

19   worked.  Who told him that?

20        A.    I don't know.

21        Q.    Okay.

22        A.    Probably advertisements.

23        Q.    But you can't -- you're not sure?

24        A.    No.

25        Q.    To your knowledge, did your husband

```
 1   ever use any insecticides?
 2       A.   No.
 3       Q.   To your knowledge, did he ever use any
 4   rodenticides?
 5       A.   No.
 6            What -- is that for, like, roaches
 7   and --
 8       Q.   Any type of rodent.
 9       A.   I mean, mousetraps.
10       Q.   Okay.  Other than Roundup® and Sevin,
11   are you aware of any other products he used --
12   chemical products?
13       A.   The only products I know of were some
14   sort of like a caulking, something for roaches that
15   he would use along the floorboards.
16       Q.   At which address or addresses?
17       A.   Anywhere he saw a roach.  I mostly
18   remember it at Laura -- at Leah Drive.
19       Q.   Okay.  Did your husband ever live or
20   work in a building with led paint?
21       A.   I do -- work or live... Not live, work
22   I'm not sure because I don't know what UPS was
23   like.
24       Q.   Do you know if your husband ever lived
25   or worked in a building with asbestos?
```

Janeiece Yvonne Mistich

1        A.      Not unless-- same reason, not unless it

2    was UPS.

3        Q.      Okay.   Would your husband grill?

4        A.      Yes.

5        Q.      Okay.   Charcoal?

6        A.      Yes.

7        Q.      Would his parents grill with charcoal?

8        A.      That's probably all they ever grilled

9    with was charcoal.   My husband did use -- excuse

10   me, he did have a gas grill on occasions.

11       Q.      Okay.

12       A.      Until... But he did have a big charcoal

13   grill.   That's mostly what he used.

14       Q.      How often would he use it?

15       A.      Every couple of weeks.

16       Q.      Did your husband ever live in a home

17   with a wood stove?

18       A.      No.

19       Q.      Did your husband or his family ever use

20   a burn pit to get rid of things?

21       A.      Burn pit...   No, they piled wood in the

22   backyard before and burned it.

23       Q.      Okay.

24       A.      You know, like debris after the

25   hurricane, trash, you know, like leaves, that kind

Janeiece Yvonne Mistich

```
 1   of stuff, but maybe, maybe four times as long as I
 2   can remember.
 3          Q.    Did your husband ever live in a house
 4   where it got water from a well?
 5          A.    No.
 6          Q.    Am I correct, your husband was
 7   diagnosed with mycosis fungoides in December of
 8   2020?
 9          A.    Correct.
10          Q.    Okay.  And as you said, he had been
11   diagnosed with colorectal cancer back in 1999,
12   correct?
13          A.    Correct.
14          Q.    As I said before, if you need a break
15   at any of this --
16          A.    It's fine.
17          Q.    -- I know this might be a little
18   tougher.
19                When did your husband first start
20   experiencing symptoms regarding his colorectal
21   cancer?
22          A.    A few months before he was diagnosed,
23   we were out on a boat and the -- the -- the motion
24   on the boat was causing him some bowel issues.  So
25   after that, you know, he was having a couple of
```

1   bowel issues, bleeding.  And so we went to the

2   doctor.  Dr. Mula was the doctor that diagnosed

3   that.  So it was within a few months of him having

4   symptoms.

5        Q.   Okay.  Did he initially go to see

6   primary care provider for that?

7        A.   Dr. Mula was on the Northshore.  It

8   happened on the Northshore.  I don't think so, but

9   I don't know.  Gastro because it was bleeding from

10  the rectum.

11       Q.   You said he went to Dr. Mula?

12       A.   Gregory Mula.  We call him Mula', I

13  don't know if is Mula.

14       Q.   Had you ever seen Dr. Mula before this?

15       A.   No.

16       Q.   And what did the doctor do to diagnose

17  him?

18       A.   He did a colonoscopy and found that he

19  had a huge polyp inside the -- close to the rectum,

20  where the rectum -- where the rectum and the colon

21  meet, and he removed it and it was -- and biopsied

22  it and said that it was cancerous.

23       Q.   Had your husband ever had a colonoscopy

24  prior to this?

25       A.   I don't remember.  I don't think so.  I

Janeiece Yvonne Mistich

```
 1   think that was our first journey into
 2   colonoscopies.
 3        Q.    And who did -- did Dr. Mula refer your
 4   husband to anyone?
 5        A.    Well, he referred him to Dr.  -- let's
 6   see if I can remember his name -- Longcope who did
 7   the surgery.  And I don't remember his first name.
 8   I think it was David, but it could be John.  I
 9   don't know.
10        Q.    Okay.  And what type of surgery did he
11   have?
12        A.    He had a bowel resection.  They did an
13   ileostomy first.  He had the ileostomy for maybe
14   six months, and then they did a reversal and they
15   put him back together.  And he lived with the
16   reversal for maybe nine or ten years.
17              And the surgery caused -- it caused
18   con -- I can't say concrete, but the scar tissue
19   closed up the rectum to the point where he was
20   having a lot of issues going to the bathroom.  So
21   they went back in and did a colonoscopy -- I mean,
22   a colostomy.  So he had a colostomy after, I would
23   say ten years, but I don't know.  Somewhere in
24   there.
25        Q.    Did your husband receive chemotherapy
```

```
 1   for his colorectal cancer?

 2        A.    Yes, he did.  Dr. Julia Lawrence.

 3        Q.    Okay.

 4        A.    Out of East Jefferson Hospital.

 5        Q.    And do you recall what type -- what

 6   chemotherapy regimen it was?

 7        A.    No, if you said the name of it, I could

 8   say yes or no, but I don't -- I don't remember.

 9        Q.    Did he also receive radiation therapy

10   for the colon?

11        A.    He did.  He received six weeks of

12   radiation.

13        Q.    Okay.  How did the surgery and

14   treatment go for the colorectal cancer?

15        A.    I mean, they removed all of it.  He

16   only had one lymph node involvement, so they were

17   able to remove all of it.  And he was fine.  I

18   mean, he -- he thought in 2005 he thought -- he

19   thought that it might have come back, so we

20   went -- we sent all of our paperwork to MD

21   Anderson, and we asked MD Anderson to monitor him.

22            And they did the -- they kept doing all

23   the different tests, and they said it did not come

24   back.  So we went -- we were under their care just

25   as follow-up appointments just to make sure that it
```

1    had not come back.

2         Q.    What negative effects did your husband

3    experience with cancer, the colorectal cancer?

4         A.    The -- what it did to the -- what it

5    did to his colon.  Just the fact that -- I mean, to

6    the rectum area.  Just the -- the -- it was just

7    the -- the scar tissue.  The scar tissue.  The

8    treatments itself didn't seem to bother him, but

9    the scar tissue over time afterwards caused

10   bathroom issues, trying to use the bathroom.

11        Q.    Did your husband experience any

12   depression or anxiety following the diagnosis?

13        A.    I'm sure he did, yeah.  My husband was

14   a negative individual, so he would -- he would

15   dwell on it, yes.

16        Q.    Did he seek any type of treatment

17   either from a psychiatrist or psychologist?

18        A.    No.  He did not believe in that.

19        Q.    Did he take any medication for

20   depression or anxiety?

21        A.    My husband had a very low tolerant -- I

22   don't want to say high, low -- almost every

23   medicine, he would try it, but he didn't like it.

24   So no -- none of the medicines that he tried he was

25   on any more than a couple of weeks.  If they made

Janeiece Yvonne Mistich

1    him sleepy or if they made him tired or if they

2    made him whatever, he didn't take it.

3              I do believe he was prescribed

4    Cymbalta, but he took that less than a month.  He

5    just didn't -- he didn't -- he just didn't like

6    what it -- how it made him feel.

7         Q.    Okay.  Was he told that his colon

8    cancer had resolved?

9         A.    Yes.

10        Q.    Okay.

11        A.    And every time we went to Dr. Mula, we

12   did, you know, colonoscopies every year for a

13   while.  Then we did them every three years, and

14   then he got to where it was every five years that

15   he did the colonoscopy, and it was always clear.

16        Q.    Other than the colorectal cancer and

17   the mycosis fungoides, was your husband ever

18   diagnosed with any other type of cancer?

19        A.    No.

20        Q.    Other than having the regular

21   colonoscopies that you just talked about, was he

22   ever told to get screened for any other types of

23   cancer?

24        A.    No.

25        Q.    Was your husband ever diagnosed with

Janeiece Yvonne Mistich

```
1    any sort of immune deficiency?
2         A.   No.
3         Q.   Was he ever told that he had any
4    autoimmune condition?
5         A.   No.
6         Q.   Your husband did have chronic hay
7    fever?
8         A.   Yes.
9         Q.   Was any cause of that ever told?
10        A.   No.  He just had that from young.  I
11   mean, it was pollen.  I...
12        Q.   Okay.
13        A.   I -- he just had hay fever.
14        Q.   Was he ever diagnosed with Rheumatoid
15   arthritis?
16        A.   No.
17        Q.   Celiac disease?
18        A.   No.
19        Q.   Ulcers?
20        A.   He did have a stomach ulcer once.
21        Q.   Do you recall when that was?
22        A.   I would say it was within the last five
23   years --
24        Q.   Did he see a doctor --
25        A.   -- before he died.
```

Janeiece Yvonne Mistich

```
1          Q.    I'm sorry.
2          A.    Dr. Mula -- Dr. Mula diagnosed it.
3                It was the beginning of one, I think
4     they said.  And he had to get -- yeah.
5          Q.    Did any doctor ever indicate the cause
6     of the ulcer?
7          A.    No.
8          Q.    Was he ever diagnosed or did he have
9     eczema?
10         A.    No.
11         Q.    Psoriasis?
12         A.    No.
13         Q.    Hashimoto's disease?
14         A.    No.
15         Q.    Any thyroid condition?
16         A.    No.
17         Q.    Did he ever have an organ transplant?
18         A.    No.
19         Q.    Did he ever have a stem cell
20    transplant?
21         A.    No.
22         Q.    Did he ever take any immunosuppressive
23    medications?
24         A.    I don't -- I don't know what those
25    would be, so, no.  I would say no.  Because he
```

Janeiece Yvonne Mistich

1    didn't -- he never was told he had an immuno

2    disease.

3         Q.    He did have Type 2 diabetes, correct?

4         A.    Yes.

5         Q.    Do you know when he was diagnosed with

6    that?

7         A.    Dr. -- I think it was the doctor before

8    Dr. Simon Davis.  Dr. Kluchin is the one that

9    diagnosed it and it was the year before he started

10   going to Dr. Simon Davis.  And he did Dr. Simon

11   Davis for the last ten or so years before he died.

12   I don't know.  Dr. Kluchin is Ronald Kluchin and

13   he's over here.

14        Q.    Okay.

15        A.    I don't know.

16              I would say maybe -- my husband died in

17   2022.  2012, maybe around 2010, 2012, somewhere in

18   there.

19        Q.    Do you know what was prescribed for his

20   diabetes?

21        A.    Metformin.  Not Janumet.  He didn't do

22   Januvia.  I think it was Janumet initially, then

23   they took him off of that and put him on Metformin.

24   And then Ozempic was the -- what he took the last,

25   maybe, two years of his life.

Janeiece Yvonne Mistich

1        Q.    Was your husband ever diagnosed with

2   Epstein-Barr virus?

3        A.    No.

4        Q.    Lyme disease?

5        A.    No.

6        Q.    HTLV-1?

7        A.    No.

8        Q.    Hepatitis?

9        A.    No.

10       Q.    Other than -- again, I apologize, my

11   pronunciation.  Meningoencephalocele --

12       A.    Meningoencephalocele.

13       Q.    There you go.  That's a tongue twister.

14   But any other conditions he was diagnosed with

15   other than what we just discussed, the cancers, the

16   diabetes?

17       A.    When he was young, he had his tonsils

18   taken out.  When he was, like, six years old, he

19   had an eye injury.  No diagnoses of anything.  He

20   got hit with a baseball.

21             The cancer, colorectal cancer, the

22   spine fusion.  Those were -- those were the only

23   things.

24       Q.    Did he have hyperlipidemia?

25       A.    Never heard of that, so I don't know

Janeiece Yvonne Mistich

```
1    what that is.
2         Q.    High cholesterol?
3         A.    Oh, I think so.
4         Q.    How about hypertension?
5         A.    Yes.
6         Q.    Fatty liver disease?
7         A.    I'm not sure.  I do believe.
8         Q.    What about chronic kidney disease?
9         A.    No.
10        Q.    Do you know when your husband began
11   taking antianxiety medication?
12        A.    He never really took it.  I mean, the
13   Cymbalta, they prescribed to him after the first
14   cancer, but he never took it.  I mean, he
15   didn't -- he tried different ones.  Dr. Brandy
16   Simon-Davis is the doctor who would prescribe
17   those.
18             But he -- he didn't like taking
19   medicines.  He had enough that he had to take
20   already.  So he did not take -- I don't think he
21   ever took an antianxiety medication for longer than
22   a couple of weeks before he gave it up.
23        Q.    And those were initially prescribed
24   well before he was diagnosed with mycosis
25   fungoides?
```

Janeiece Yvonne Mistich

```
1          A.    Correct.

2          Q.    Was he ever prescribed antidepressants?

3          A.    No, I'm not -- I don't think so.

4          Q.    And he never saw a therapist, correct?

5          A.    Never.

6          Q.    Did he struggle with obesity?

7          A.    He had years where he was -- he had

8    years where he was heavy and then years when he was

9    very skinny, like a yo-yo, like we all do.

10               Well, I shouldn't say you-all.  You-all

11   are skinny.

12         Q.    Did a doctor ever tell your husband to

13   lose weight?

14         A.    Yes.

15         Q.    Which doctor?

16         A.    Dr. Simon-Davis.

17         Q.    When was that?

18         A.    Oh, I don't know.  During the last ten

19   years of his life.

20               I don't know.  I don't know -- maybe

21   the last -- the last ten years, somewhere -- I

22   would say further back than six or seven years

23   before he died.  He had like a two-year period in

24   there where he was overweight.  I think that was

25   when he was -- I think after he was diagnosed with
```

1    the cancer, the first cancer and then just staying

2    home.  Those three years that he stayed home after

3    he had his spinal fusion, just staying home and not

4    working those three years, very often, just doing

5    stuff around the house.

6         Q.    Did -- how tall is your husband?

7         A.    5-11.

8         Q.    Was he ever diagnosed with inflammatory

9    bowel syndrome?

10        A.    I do not think so.

11        Q.    Other than the radiation therapy he

12   received for both the colorectal cancer and mycosis

13   fungoides, do you know if he was ever --

14        A.    Wait a minute.  Mycosis fungoides, I

15   don't think he had radiation --

16        Q.    Okay.

17        A.    -- for that.

18              He received -- he received light

19   therapy in Dr. Boh's office.  He had a cream -- a

20   cream medication for the -- because mycosis

21   fungoides attacks your skin first.  It's a blood

22   cancer, but it settles in your skin.  It

23   first -- it first represents itself, whatever that

24   word is, in your skin.  So Dr. Boh gave him topical

25   creams for the bumps when they would appear, the...

1    And then let me think what else.

2         Q.   Did he see Dr. Henkelmann?

3         A.   Yes.  He did receive radiation.  I'm

4    sorry.  That's when it -- when it moved into his

5    throat.

6         Q.   Okay.  Other than the -- that

7    radiation --

8         A.   I forgot.

9         Q.   The two treatment radiation therapies,

10   do you know if he was ever exposed to radiation?

11        A.   Not to my knowledge, except for x-rays

12   when you go to the doctor and MRIs and CT scans,

13   you know.

14             Dr. Henkelmann, I forgot.  He did have

15   two series of radiation with Dr. Henkelmann after

16   he was diagnosed.

17        Q.   Was he allergic to any medications?

18        A.   Every medication, no.  That's why he

19   stayed -- he didn't stay on them very long.

20   Allergic -- he would try a medicine that a doctor

21   would recommend and after a week, if he didn't like

22   the way he felt, he would take -- get off of it.

23   But penicillin is the only medicine he's allergic

24   to.

25        Q.   Am I correct he was also allergic to

Janeiece Yvonne Mistich

1    latex?

2         A.    Yes, because he would end up with his

3    colostomy bags -- whatever the material in them, he

4    would get little rashes around the outsides of his

5    colostomy bag.

6         Q.    Did he ever have an adverse reaction to

7    any vaccine?

8         A.    No.

9         Q.    How did this spine injury impact him?

10        A.    Well, he had to miss work for a while.

11   He was out of work after they did the spinal

12   fusion.  Dr. Gust -- Gutnisky took him out of work.

13   And Dr. Gutnisky -- he was out of work for three

14   years.  So that's -- it affected him by not being

15   able to work at the job at UPS that he did, because

16   they had a rule that you couldn't lift anything

17   over 20 pounds.  That was their rule.  I mean, no,

18   you had to -- UPS's rule was you had to be able to

19   lift at least 20 pounds to be able to work there.

20        Q.    Okay.  And then he was diagnosed with

21   the skull illness --

22        A.    Uh-huh.

23        Q.    -- in 1999, correct?  2019, excuse me.

24        A.    20 -- yes.  2019.

25        Q.    Excuse me.  Sorry.  I don't know how

1    that came out as 1999, but it did.

2              How did that impact him?

3         A.    Well, he was -- it was right around the

4    time of COVID, so we went into deep COVID

5    isolation.  He was told he couldn't drive, because

6    they were concerned that the thinness of the skull

7    at the base of the skull could cause catastrophic

8    damage if he were to get into a car accident, so he

9    did not drive very much.  He just stayed around the

10   house.  And we did not have our kids in the house

11   during COVID.

12        Q.    Was he prescribed any antidepressant

13   medication or recommended to take any

14   antidepressant medication?

15        A.    He may have been recommended to take

16   it, but he didn't take it.

17        Q.    Did your husband drink alcohol?

18        A.    Very -- no.  He would have a beer, I

19   mean, once in a great while.  Neither one of us are

20   drinkers.

21        Q.    Was he ever told to stop or cut back on

22   alcohol consumption --

23        A.    No.

24        Q.    -- by a physician or anyone?

25        A.    No.  Huh-uh.

```
 1          Q.    Did he ever go through any
 2   rehabilitation for alcohol or drug use?
 3          A.    No.
 4          Q.    He was for a time a smoker, correct?
 5          A.    Correct.
 6          Q.    Okay.  What type of cigarettes would he
 7   smoke?
 8          A.    Marlboro Light.
 9          Q.    When did he start smoking cigarettes?
10          A.    He was smoking in high school.  I don't
11   know when he started.
12          Q.    How much would he smoke?
13          A.    Maybe one pack a day when he first
14   started.  When he was young, he would smoke around
15   one pack a day.  As he got older, he cut back a lot
16   on that.  And he went to every type of treatment he
17   could go to, hypnosis and all these different
18   things to try to stop smoking.  So he was cutting
19   back, but he still smoked a couple of cigarettes
20   every day.
21          Q.    And when you and your husband were in
22   high school, there already was a warning about
23   cigarette smoking causing cancer; is that right?
24          A.    I don't know.  I don't know when -- I
25   know there was a warning, but I just don't know
```

1    when it was.

2         MR. BOLING:

3              Object to form.  Misrepresents

4         cigarette labels.

5    BY MR. CHERNACK:

6         Q.    When did he quit smoking cigarettes?

7         A.    When he had the first spine surgery, so

8    whatever year that was is the year he stopped.  He

9    stopped before he went in.  He stopped two weeks

10   before he went in, and he never smoked again after

11   that.  So he had the spine surgery in -- yeah, I'm

12   not sure what year he had the spine surgery.

13        Q.    According to the medical records, he

14   stopped smoking around 2015.  Are you saying that's

15   inaccurate?

16        A.    I think he -- I know he stopped smoking

17   the year -- he went in -- I know two weeks -- he

18   finally stopped smoking was two weeks or so before

19   he went into the -- the -- let me think when it

20   was.  It was the second surgery, then it was 2014.

21        Q.    Oh.

22        A.    Because that's when he had -- that's

23   when he had the second surgery (indicating).

24        Q.    Oh, okay.

25        A.    And that's -- yeah, two weeks before

1    that is when he put the cigarettes down and he

2    didn't stop smoking again, so that was the second

3    spine surgery.

4          Q.    So that's consistent with what I said.

5          A.    Yeah.

6          Q.    I said around 2015.  You're saying

7    2014.

8          A.    I think that's when he had the second

9    spine surgery was 2014.  It was December, because I

10   remember he was -- he got home on Christmas Eve.

11         Q.    So he smoked for 40 years, correct?

12         A.    Yeah, I guess.

13         Q.    And why did he quit?

14         A.    Because he'd always been trying to quit

15   because he didn't think it was good for him.

16         Q.    Did a doctor or doctors ever tell him

17   he should quit?

18         A.    I'm sure they did, but I don't remember

19   specific, you know.  I'm sure every doctor he went

20   to told him to quit smoking.  Doctors do that.

21         Q.    Do you believe your husband at least at

22   some point was aware that smoking cigarettes could

23   cause cancer?

24         A.    I think when he was diagnosed with

25   colorectal cancer he probably was aware that

Janeiece Yvonne Mistich

```
 1   smoking could cause cancer, that it could have
 2   caused the colorectal cancer.
 3        Q.    Other than cigarettes, did your husband
 4   smoke cigars?
 5        A.    Yes.
 6        Q.    How often would he smoke cigars?
 7        A.    When he was trying to stop smoking
 8   cigarettes, he went to cigars, and he would chew on
 9   them mostly.  He would light them, but he would
10   just chew on them.
11              I don't know.  He would have one that
12   would last him almost a week.  He would keep it in
13   a cigar case, so he would puff on it a little bit,
14   I don't know.
15        Q.    Do you know what brand or type of
16   cigars?
17        A.    Huh-uh.  No.  I'm sorry.
18        Q.    That's okay.
19        A.    I do not know.
20              I'm trying to think, they were in a
21   little tin can.  And then he -- he also had them
22   deliver unusual -- I say unusual, he would get
23   boxes -- what was the name of the company?  They
24   would have like ten different kinds of cigars in
25   one box, sample cigars.  He would get those in the
```

 1    mail every so often.

 2            Q.    Did any of his doctors tell him to stop

 3    smoking cigars?

 4            A.    Never.

 5            Q.    And he was smoking cigars while he was

 6    being treated for mycosis fungoides?

 7            A.    No.  No.

 8            Q.    When did he stop smoking cigars?

 9            A.    I don't know.  Once he started

10    treatment and taking the medi -- he wasn't smoking

11    anything then.  I would say -- I would say at

12    around 2014 or '15 when he stopped smoking the

13    cigarettes, he stopped smoking cigars.

14            Q.    If medical records indicate that he was

15    still smoking cigars in 2021, do you believe that's

16    inaccurate?

17            A.    I do not know.

18            Q.    Okay.

19            A.    I do not -- I do not remember him

20    smoking cigars after he was diagnosed because of

21    just the way the treatments were affecting him

22    health-wise.  I don't remember him smoking cigars.

23            Q.    Do you know if your husband ever saw a

24    warning label with cigars?

25            A.    I've never seen a warning label, so I

Janeiece Yvonne Mistich

1    don't know if he ever did.

2         Q.    Do you know if your husband understood

3    there were health risks with cigar smoking?

4         A.    I don't know.

5         Q.    Did your husband ever smoke a pipe?

6         A.    Yes.

7         Q.    When did he start smoking a pipe?

8         A.    He did -- he didn't do the pipe very

9    often or very long.  He had a couple of pipes, and

10   then he would -- but it was, like, once every

11   couple of weeks, and it was more because his kids

12   were there and he was showing off, I think.  He

13   didn't smoke it as a regular way of ingesting any

14   type of tobacco.

15        Q.    What type of tobacco would he use the

16   most?

17        A.    Some sweet smelling stuff, I don't

18   know.

19        Q.    Do you know when he stopped smoking his

20   pipe?

21        A.    Well, it was -- no, I don't.

22        Q.    Okay.  Was it before or after his

23   diagnosis with colorectal cancer that he stopped

24   smoking his pipe?

25        A.    I would say it was after.

Janeiece Yvonne Mistich

1          Q.     Was it before or after his diagnosis

2    with mycosis fungoides that he stopped smoking a

3    pipe?

4          A.     Before.

5          Q.     Do you recall -- any idea how much

6    before?

7          A.     I do not.

8          Q.     Okay.  Do you know if your husband was

9    aware of health risks of pipe smoking?

10         A.     I don't think he felt that pipe smoking

11   or cigar smoking were detrimental like the

12   cigar -- the cigarettes.  I don't think he felt

13   that they were, but I don't know.

14         Q.     Did your husband ever use chewing

15   tobacco?

16         A.     No.

17         Q.     Did your husband ever smoke marijuana?

18         A.     Yes.

19         Q.     When did he do that?

20         A.     Mostly while he was in pain from

21   the -- the -- the years that he had the -- the

22   tightening of the colon, where the scar tissue was

23   building up, and he was in the bathroom a lot.  He

24   used it for pain relief.

25         Q.     Did a doctor ever suggest he do that?

Janeiece Yvonne Mistich

```
1         A.    No.

2         Q.    Did a doctor ever tell him he should

3    not do that?

4         A.    No.

5         Q.    How often would he smoke marijuana?

6         A.    Several times a week.  He really didn't

7    smoke it.  He -- what did he do with it?  He did

8    vapes.

9         Q.    I'm sorry?

10        A.    I think he used the little vape thing.

11        Q.    Cartridges?

12        A.    Cartridges.  No, he did smoke it for a

13   while, but I don't know.

14        Q.    Was there a point at which he stopped

15   using marijuana?

16        A.    No.

17        Q.    Are there any foods that your husband

18   couldn't or would not eat?

19        A.    No.

20        Q.    Did he have favorite foods?

21        A.    He didn't -- he didn't do any raw

22   oysters.  He never did that.

23        Q.    They don't throw you out of Louisiana

24   for that?

25        A.    I know.  He didn't do raw oysters.  He
```

1    didn't -- he wanted to do sushi, but I hated sushi,

2    so he never did sushi -- I mean, he went on

3    occasions with other people, but not me.

4              Not that he didn't -- no, I don't know

5    of any that he didn't like to eat.

6         Q.    Did he have favorite foods?

7         A.    He liked Italian food a lot.  He liked

8    fried shrimp and catfish.

9         Q.    How would you describe his diet?

10        A.    Well, he would eat eggs and breakfast

11   in the morning, eggs and grits.  He loved eggs and

12   grits in the morning.  When he wasn't -- when he

13   was home, he would make himself eggs and grits if

14   he would come in and I was teaching.

15             Lunch -- we usually two meals a day

16   kind of thing, he would start cooking around 4 and

17   he would make a dinner.  I don't know.

18             What kind of foods did he eat?  Is that

19   what you're asking me?

20        Q.    (Nods head.)

21        A.    He ate at lot of Italian foods.  So he

22   ate a lot -- He ate a lot of spaghetti, he ate red

23   gravy, he ate meatballs.  He ate -- he liked to

24   make Doberge -- no, not Doberge, it's called -- I

25   forgot what that stuff's called, but you wrap it up

Janeiece Yvonne Mistich

```
 1    with a string, you put an egg in the middle of it.
 2                He liked making Italian dishes, so he
 3    did a lot of that.  He made a lot of soups.  A lot
 4    of homemade soups.  Vegetable and beef soups.  He
 5    liked steak.  He ate chicken.  He grilled chicken.
 6    He liked hot dogs.
 7         Q.    How often would he eat red meat?
 8         A.    Red meat, maybe once a week.
 9         Q.    What about processed meats like cold
10    cuts?
11         A.    Maybe once a week, I don't know, twice
12    a week.  Maybe for sandwiches.
13         Q.    Would he usually eat at home or would
14    he go out?
15         A.    No, he usually ate at home.
16         Q.    Did he change his diet in the ten years
17    before his diagnosis of mycosis fungoides in any
18    way?
19         A.    No.
20         Q.    Did he change it following his
21    diagnosis of mycosis fungoides?
22         A.    Well, once the cancer moved into his
23    throat, he couldn't eat at all, so his diet changed
24    at that point.  And that happened during Hurricane
25    Ida, was when he started having the throat issues.
```

1  Because he thought it was related to the pollen and

2  everything in the air from Hurricane Ida.

3          So I want to say it was Hurricane Ida.

4  It was that hurricane.  There were two hurricanes

5  back to back.  One was Ida, one was, but whatever.

6  I think it was Ida.  We were out at the farm in

7  Angie, and he started having throat issues, and he

8  stopped -- he started really cutting down on what

9  he could eat then.

10          Q.    Did a doctor ever encourage him to

11  adopt a particular type of diet such as low salt?

12          A.    Oh, yeah, low -- not -- was it low salt

13  or low something?

14          Q.    Low fat?

15          A.    Probably low salt, because he did like

16  salt.

17          Q.    Did he follow that advice?

18          A.    Oh, yeah.  He would try.  He went to

19  all those Mrs. Dash kind of things.

20          Q.    Do you know what doctor told him that?

21          A.    Probably Dr. Simon-Davis.

22          Q.    Other than marijuana, did your husband

23  ever use any sort of illegal drugs?

24          A.    No.

25          Q.    Did he ever use any legal drugs for a

1    purpose other than their intended purpose?

2          A.    No.

3          MR. CHERNACK:

4                Let's go off the record.

5          THE VIDEOGRAPHER:

6                Sure.  We're now off the record.  The

7          time is 12:01.

8          (Brief lunch recess.)

9          THE VIDEOGRAPHER:

10               We're now back on the record.  The time

11         is 12:47.

12   BY MR. CHERNACK:

13         Q.    Ms. Mistich, I hope you had a good

14   lunch.

15         A.    It was quick.

16         Q.    Okay.  I know your husband took a

17   number of medications.  Did he take a medication

18   for -- to stop smoking?

19         A.    He took Chantix for a while.  That was

20   one of the things he tried.  He tried hypnosis and

21   he tried -- yeah.

22         Q.    Do you know if he ever took fluoxetine?

23         A.    No.  Wait, fluoxetine?

24         Q.    Yes.

25         A.    That names sounds familiar, but I don't

1    know if that's because he takes it or I took it.

2            Q.    Okay.

3            A.    What is it?  What is it generic for?

4    I'll tell you.

5            Q.    It's an antidepressant, a serotonin

6    inhibitor.

7            A.    The name sounds familiar.

8            Q.    Okay.  Do you know if your husband ever

9    used a prescription drug in excess of what his

10   doctor told him to do?

11           A.    No.

12           Q.    How often would your husband get

13   infections?

14           A.    Infections...  He got an infection

15   right after they did the second spine surgery.  But

16   that's the only -- the only infection I know of.

17           Q.    You said he got ear infections when he

18   was --

19           A.    Oh yeah, he did growing up, but

20   those -- I mean, I call them ear infection, he

21   had -- he was always doing the -- yeah, I guess he

22   did antibiotics.  That was high school mostly.

23   Once we got married, I don't remember a lot of ear

24   infections.  But as a kid growing up, he had a lot

25   of ear infections, he said.  He had tonsils taken

1    out when he was young.  So I'm assuming he took

2    antibiotics then, but I -- I -- trying to remember.

3              It was one antibiotic he took

4    that -- one time I'm trying to remember what it was

5    for.  I'm sure he's had infections over the time.

6    I just don't know.  I'm sorry.

7         Q.    No problem.

8         A.    He had so many medical concerns at the

9    end.  It all runs together.

10        Q.    Did he ever get sinus infections?

11        A.    I would say he probably had several,

12   but I don't know specifics.

13        Q.    How about upper respiratory infections?

14        A.    No, I don't remember him ever really

15   suffering with that.

16        Q.    Would your husband spend a lot of time

17   outdoors?

18        A.    He did until he came down with the

19   mycosis because they put him on a medication that

20   he was not supposed to be in the sun.  So, but

21   prior to that, he was outside -- mainly was yard

22   work and we had a swimming pool in the backyard.

23              But he didn't -- you know, we didn't go

24   out.  When he had the spine surgeries, he was

25   limited in mobility, so he couldn't walk a lot of

Janeiece Yvonne Mistich

1   places, so he didn't go outside a lot.  He would

2   just go in the backyard, and he would go in the

3   pool.

4        Q.   How many days a week would he go in the

5   pool when it was warm enough to go in the pool?

6        A.   Every few days, every two days.

7        Q.   And how many months a year down here in

8   south Louisiana would you find --

9        A.   Probably from May until November you

10  could go out and be in a pool.  Late May because --

11  I mean, he would go earlier, but I would not go

12  until June because it was always too cold.  But I

13  would say late May until November -- beginning of

14  November.

15       Q.   Would he wear sunscreen?

16       A.   Yes.

17       Q.   What brand?

18       A.   Oh, gosh.

19            It's really whatever.  I don't know the

20  specific name.  I would be guessing.

21       Q.   Do you know what SPF it was?

22       A.   He usually did between 30 and 50.

23       Q.   Do you know where he would apply it?

24       A.   He would apply it on his face, for

25  sure.  He applied it -- he had bald spots on his

Janeiece Yvonne Mistich

```
1    head so he applied it on his head and then he

2    applied it on his shoulders.

3         Q.    Okay.  But not anywhere else?

4         A.    No.  I mean...

5         Q.    Other than the sun protection, the

6    sunscreen you just mentioned, you said when he was

7    doing yard work he would wear a baseball hat,

8    correct?

9         A.    Uh-huh.

10        Q.    Yes?

11        A.    Yes.

12        Q.    Any other ways he would look to protect

13   himself in the sun?

14        A.    I mean, he always had a shirt -- he

15   always had a shirt on.

16        Q.    When he was swimming, would he have a

17   shirt on?

18        A.    Yeah, he wore a T-shirt a lot because

19   of the colostomy bag.  So he always wore a T-shirt

20   just because he was self-conscious.

21        Q.    And he'd wear swim trunks?

22        A.    Uh-huh.

23        Q.    Yes?

24        A.    Yes.

25        Q.    Okay.  When did your husband first
```

1   start experiencing symptoms you believe were

2   related to his mycosis fungoides?

3          A.    The first symptom that we knew was

4   related to it was when he had the tumor that he got

5   on his forehead.  It looked -- I just thought it

6   was a little skin cancer, because his dad had had

7   the skin cancer a couple of times and had things

8   removed, so I told him to go to the dermatologist.

9   And that -- Dr. Ananth.  And that was probably his

10  first time ever going to a dermatologist, too.

11              No, I'm sorry, he did go to previous

12  ones because he had -- he would get rashes on

13  the -- around the colostomy bag, so I would be

14  wrong on that.

15              But Dr. Ananth diagnosed the

16  (indicating) -- he had a couple of patches on his

17  arm where -- no, on his leg, right on the inside of

18  his leg where he lost hair and it would get red at

19  certain times.  I would say that was maybe up to a

20  year before the other diagnosis.  But that's the

21  only thing that now I might equate to that.

22          Q.    Did any physician ever say what

23  occurred on his leg was related to his mycosis

24  fungoides?

25          A.    No.

1      Q.    Okay.  So --

2      A.    He never even showed that to the doctor

3  ever.  He thought it was from wearing pants and

4  they would rub, so he would lose hair right there.

5      Q.    Am I correct that the first note -- he

6  first noticed the symptoms that led him to see

7  Dr. Ananth, the thing on his forehead, that was

8  late 2020?

9      A.    Correct.

10      Q.    Okay.  How did these initial symptoms

11  starting in late 2020 affect your husband

12  physically?

13      A.    They really didn't at the beginning.

14  At the beginning, he just had the bump on his

15  forehead and we went to the doctor and then they

16  referred us to Dr. Boh in January.  We started

17  under her care in January.  And she put him on

18  medications.

19            He had to do light therapy because he

20  started breaking out with little rashes and -- what

21  they called them, plaques and patches.  He would

22  have patches and plaques on different parts of his

23  skin that would start to manifest themselves, and

24  he was taking the chemo creams and all.

25            What did -- what were you asking me

Janeiece Yvonne Mistich

1    about that?  I'm sorry.

2         Q.    No, that's fine.

3         A.    He -- as it got -- when he developed

4    the throat issues --

5         Q.    We'll get to that.

6         A.    Okay.  Okay.

7         Q.    So that's -- and it was Dr. Ananth who

8    diagnosed the mycosis fungoides?

9         A.    Correct.

10        Q.    What -- were you there when she told

11   your husband the diagnosis?

12        A.    Yes.

13        Q.    Okay.  What do you recall her telling

14   your husband about the diagnosis?

15        A.    Well, she did the biopsy in December.

16        Q.    2020, correct?

17        A.    In 2020.  And we did not get the

18   results until after Christmas, so we kept calling

19   and she said didn't give us our response -- you

20   know, she said she had to send it off to Virginia,

21   some special place in Virginia, because it was

22   unusual.  And the person -- the place in Virginia

23   gave us the final diagnosis.  And so we did make an

24   appointment and go in and see her.

25              And she told him -- we didn't know what

Janeiece Yvonne Mistich

1    it was.  We had never heard of mycosis fungoides.

2    And I did research it to find out what it was.

3    And, you know, we were told he could live a long

4    time with it, up to 17 years, depending on the

5    staging.

6              He went -- because he presented with a

7    tumor, the stage was 2-B, which is -- dramatically

8    reduces the longevity of being able to live with

9    it.  So I think it put him in a tailspin because he

10   had cancer, and it was a blood cancer and not just

11   a skin cancer.

12             I don't know.  It affected him.  I mean

13   -- he was upset, distressed, very depressed -- he

14   was depressed for that.  Because he knew he had it

15   again.  Or had a cancer.  We thought we had beat

16   the cancer, or any cancer.

17        Q.    You said he was depressed following

18   this.  How did he -- how did that manifest itself?

19        A.    He just didn't want to go anywhere,

20   didn't want to do anything.  Just wanted to be at

21   home.  Unfortunately, we went into COVID at that

22   time, so we couldn't have the kids come around.  So

23   it was just him and me, and we were in the house.

24        Q.    What did Dr. Ananth do in terms of a

25   treatment plan?

1        A.     Dr. Ananth wasn't there that long.  She

2    recommended us -- she moved -- I think she moved

3    out of state.  She referred us to Dr. Boh and

4    Dr. Erin Boh was the specialist in Louisiana, the

5    big specialist that could help with this kind of

6    cancer that had cases -- a lot of cases of this

7    kind of cancer.

8              So referred us to her, and we started

9    going to her, and we never did go back to

10   Dr. Ananth because she moved.

11       Q.     Did Dr. Ananth indicate any prognosis

12   for your husband?

13       A.     Yes, she's the one that gave him the

14   prognosis.  Dr. Ananth is the person who diagnosed

15   and said that the cancer he had was mycosis

16   fungoides.

17       Q.     And did she say what to expect the

18   outcome --

19       A.     No, she did not tell us that.

20       Q.     Did Dr. Boh provide any indication of

21   expected course of the disease?

22       A.     Well, she said -- I don't remember.  I

23   think -- I think she just said that, you know, you

24   can live with it for a while to be -- my husband

25   takes -- when you tell him that there's a chance

1   he's going to die, then he'll take that and he'll

2   run with it.  That's his -- that was his mindset.

3            So none of the doctors actually said,

4   you know, how long he would live with it.  And I

5   might have maybe even said to them don't -- don't

6   give him a death notice, because if you do, he'll

7   just get in the bed and not do anything.

8       Q.    Did your husband have a similar

9   reaction when he had been diagnosed with colorectal

10  cancer?

11      A.    No, because we didn't -- it was not

12  a -- I don't think he did at the beginning, I

13  really -- I don't know.  I don't -- I remember him

14  being upset.  He was a lot younger.  He was more

15  concerned about the kids and getting them through

16  school.  They were still in like 7th, 8th -- they

17  were young.  So I think he was more worried about

18  working and doing what he could do for them,

19  because they -- he wanted to get them out of high

20  school and he was worried about me raising them by

21  myself.

22            But yes, he always -- I mean, felt that

23  Dr. Merlin, who was the radiation doctor for the

24  colorectal cancer told him that, you know, with

25  that kind of cancer, you live five years.  And he

Janeiece Yvonne Mistich

1   lived way past that.  And he survived it.

2        Q.    Okay.  Did --

3        A.    So he did take that for the first five

4   years and feel like that it was imminent that he

5   was going to die.  But after that, when he got past

6   it and he was cancer free, I think it...

7        Q.    How did your husband react when he had

8   been diagnosed the prior year with the skull

9   condition?

10        A.    I don't think that really bothered him

11   that much.  I think it was more like here we go

12   again.  You know, what can I have -- what else can

13   I have wrong with me over the years, you know.

14        Q.    At the time your husband first saw

15   Dr. Boh -- first, did you accompany him to that

16   visit?

17        A.    Yes.

18        Q.    Did he have any additional symptoms by

19   that point?

20        A.    He had rashes and patches on other

21   areas on his body.

22        Q.    Did Dr. Boh order any further tests?

23        A.    Yes, she did a whole bunch of blood

24   tests.  I don't -- to determine T-cell markers,

25   some sort of markers.  To determine, I guess to

Janeiece Yvonne Mistich

1    narrow it down to the exact type of non-Hodgkin's

2    lymphoma that he had.

3        Q.    And did she prescribe any additional

4    treatments?

5        A.    She did -- prescribed the light

6    therapy.  She gave him buroxatine, which is some

7    sort of an oral chemo.  She gave him -- I can't

8    remember the name of it.  Man, I can't believe I

9    would ever forget that.  Some sort of cream that

10   was a chemo cream.  So he was on the chemo creams.

11   He was on the buroxatine, which is a generic for

12   some sort of chemo drug that you take orally.  And

13   light therapy.  He had a lot of light therapy,

14   several times a week for light therapy to

15   just -- they felt that the light therapy would

16   reduce the rashes and the plaques that would be on

17   his skin.

18       Q.    Was there any recommended treatments

19   that Dr. Boh or actually any of the physicians that

20   your husband ever saw for the mycosis fungoides

21   that they recommended that he decided not to do?

22       A.    No.  No.  As a matter of fact, we kind

23   of asked them, you know, what about this, can he do

24   this, can he do that, because I did research what

25   kind of therapies he could do.

```
 1              He stayed under Dr. Boh's care
 2    until -- and we saw Dr. Saux and then Dr. Saux was
 3    just on -- what do you call it when you're on call,
 4    but, you know, Dr. Boh was treating him until the
 5    cancer moved inside.
 6              And once the cancer moved inside, then
 7    Dr. -- Dr. Saux started giving him the intravenous
 8    chemo.  He didn't get to go -- it is Mogabalim --
 9    Moga -- I used to be able to say that.
10    Mogamulizumab.
11              Anyway, that's when he started on -- he
12    was only able to go through one course of the
13    treatment, and he got too sick and couldn't finish
14    anymore.
15         Q.    And was it Dr. Saux that prescribed the
16    Moga --
17         A.    Uh-huh.  But at --
18         Q.    Yes?
19         A.    -- at Dr. Boh -- yes, at Dr. Boh's -- I
20    think at Dr. Boh's request, because he said that
21    the cancer that Ray had was not a cancer that he
22    had a lot of experience with, so he was going to
23    use Dr. Boh, her recommendations for the course of
24    treatment.
25              So I personally believed that the chemo
```

```
 1   he started was chemo that was recommended by

 2   Dr. Boh.

 3        Q.    Okay.

 4        A.    But I don't know.  It may have been his

 5   choice.

 6        Q.    And at some point did someone refer

 7   your husband, again, to Dr. Henkelmann?

 8        A.    Yes.  Dr. Henkelmann -- let me think

 9   how that worked.  Dr. -- Raymond had the sore

10   throat and it wouldn't get better, wouldn't get

11   better.  So Dr. Saux is the one who referred us to

12   Dr. Henkelmann, because they work in the same

13   building.

14             Dr. Connolly is the person who did the

15   biopsy on his throat because he felt there was

16   something going on in there that wasn't healing.

17   And we didn't want to believe that cancer had moved

18   inside, because we thought the cancer was something

19   you could have for a long time.

20             Dr. Henkelmann's the one who said he

21   felt that it had been -- it had been moving into

22   what's called large cell transformation.  And the

23   large cell transformation is when it moves inside

24   and becomes very aggressive.

25             So he gave him the radiation treatment,
```

```
 1   but I think it was Dr. Saux sent us to
 2   Dr. Henkelmann downstairs to do the radiation.
 3        Q.    And radiation at least initially was to
 4   the forehead, correct?
 5        A.    Radiation was on the forehead the first
 6   time.  I think he did two sets of radiation on the
 7   forehead.  He did 15 treatments and then another
 8   one popped up right afterwards on the forehead,
 9   another tumor.  And then they did radiation for
10   that.
11              And then after that, it was a while
12   before the throat started.  Because I think that
13   was over, like, October, November, December.  And
14   it was in July or August when the throat...
15        Q.    How did your husband respond to the
16   radiation therapy?
17        A.    It didn't make his throat feel better,
18   so he just felt like his throat was very, very sore
19   and he had trouble eating.
20        Q.    I'm focusing right now on the forehead
21   radiation.
22        A.    Oh, I'm sorry.
23              He didn't have any that I can remember.
24        Q.    Any negative reactions?
25        A.    No.
```

Janeiece Yvonne Mistich

```
1          Q.     Okay.  Did he have any negative
2     reactions to the photo therapy?
3          A.     Well, he would get real, real red.
4          Q.     Was it painful or was it just
5     discoloration?
6          A.     No, just red, you know, like -- never
7     painful that I remember.
8          Q.     How about to the chemotherapy he
9     received?
10         A.     Yeah, the chemotherapy caused a lot of
11    problems for him.  He had a lot of -- the oral
12    chemotherapy caused a lot of headaches.  The
13    biggest problem he had was the headaches.  They
14    were really debilitating.
15         Q.     What about the topical treatments?
16         A.     No.  The topical treatments didn't
17    bother him.  It was the headaches mostly and
18    tiredness.
19         Q.     And am I correct Dr. Saux prescribed
20    interferon?
21         A.     Yeah, Dr. Boh, that's the -- that's the
22    buroxatine.  That's the correct name for it.  His
23    was the -- I guess, the generic or whatever you
24    call it.
25         Q.     And did that cause headaches?
```

Janeiece Yvonne Mistich

1      A.      Yeah.   It caused headaches.

2      Q.      Okay.

3      A.      They were getting ready to switch him

4   to a different type of -- he did take an -- wait,

5   an intra -- he took an injection chemo, he took an

6   oral chemo, and those he was -- those he was taking

7   at home.

8              Is the interferon the one that's a

9   liquid one?  I don't know.  I don't know.  He had

10  one that was injected, and I don't remember the

11  name now.  But the buroxatine I do believe was a

12  cream.  So that must have ben the interferon that

13  was the other one.  I'd have to look it up.

14             But he did take an injectable one, and

15  those -- it was really bad.  The headaches were

16  from -- we couldn't figure out if the headaches

17  were from one or the other, because he took them

18  both concurrently.

19     Q.      Does it sound correct that around

20  November of 2021 is when he had the sore throat

21  that ultimately resulted in the biopsy at the base

22  of his tongue?

23     A.      The sore throat started while we

24  were -- after Hurricane Ida.  So we were at the

25  farm, and he came home with a sore throat that

1   didn't get better, didn't get better.  And we tried

2   treating it for, like, a month on our own.

3                Then he went to Dr. Connolly.

4   Dr. Connolly tried treating it just as a sore

5   threat and as a whatever.  And then Dr. Connolly,

6   probably around October or November suggested to

7   do the -- that he wanted -- he saw something

8   on -- he is the one that diagnosed the

9   meningoencephalocele, too.  So I'm sorry.  I may be

10  getting them confused.

11               But he saw something in the throat and

12  he wanted to do the biopsy at St. Tammany.  So he

13  did the biopsy on Ray for the throat.  I guess it

14  was around October or November.  I know he suffered

15  with the sore throat for a while, because he just

16  thought it was allergies that weren't getting

17  better.

18       Q.    Prior to developing the sore throat,

19  how was your husband doing?

20       A.    I think he was doing okay.  I mean, he

21  was -- the sore throat was really -- I mean, just,

22  you know, he would have the redness and he would

23  have itching.  He would have itching, but...  That

24  was it.

25               And then he would worry when he would

1    see the patches pop up. There's a new one. And,

2    you know, we would ask Dr. Boh about it, and he

3    would do the light therapy for him. But at that

4    time, we thought we were controlling it because it

5    was all in the skin.

6         Q.    Following the biopsy at the base of the

7    tongue --

8         A.    Uh-huh.

9         Q.    -- what were you told about his

10   condition?

11        A.    That it was moving -- well,

12   Dr. Henkelmann's the one who told us that he

13   felt it had moved -- because it had moved inside,

14   he was going through what's called large cell

15   transformation.

16              We also went to see Dr. Saba, which is

17   at Tulane, which is one of Dr. Boh's cohorts or

18   whatever who deals with stem cell transfers -- is

19   that what it's called? Stem --

20        Q.    Transplant.

21        A.    Transplants, but we only saw him twice.

22   And he said he felt that everything was okay. And

23   that it wasn't large cell transformation. He did

24   do blood tests. He didn't think it had gone into

25   large cell transformation yet.

1              Dr. Henkelmann thought it was because

2    of the fact that it had gone inside, and that it

3    was now inside and that it was -- he didn't feel

4    that was common.  That it would present itself at

5    the base of the tongue.

6              So Dr. Henkelmann thought that and said

7    he felt that's what it was.  But he didn't -- he

8    kept referring us back to our regular doctors for

9    the diagnosis.  He wouldn't diagnose it.

10        Q.    The last PET scan we have is from

11   November of 2021.  Do you know if there were any

12   further PET scans?

13        A.    I know that twice he was scheduled for

14   PET scans, and he -- he was too sick to have them.

15   Can I look on my calendar in my phone?  I have days

16   that I know he was booked for it, I don't know

17   if --

18        Q.    Go ahead.

19        A.    I have that on my calendar, I think.  I

20   want to say he had one in the spring.

21        Q.    Spring of what --

22        A.    Of 2022.  Like early on, but... Sorry.

23   Okay.  (Views phone.)  Saw Dr. Saba on

24   December 3rd.  I think that was the last time, and

25   he told us he thought we didn't need to come back

1   and see him for a year.  Dr. Saba.
2          Q.   So let me actually ask you about -- so
3   why did Dr. Saba in December of 2021 indicate
4   that -- is Dr. Saba a he or she?
5          A.   It's a he.
6          Q.   That he wouldn't need to see your
7   husband for a year?
8          A.   Because the blood tests -- the
9   results that he had at that time -- I think he did
10  blood work -- or the blood test results that he had
11  seen he did not feel that it was going through the
12  large cell transformation at that time.
13              So he didn't think -- I remember going
14  on -- we had to leave the appointment because we
15  were there three and a half hours and we never
16  really got to see him on that date.  He called us
17  on the way home because we missed -- we just -- we
18  left after three and a half hours.  We had to be
19  brought there by my son who had to get back home to
20  pick up grandkids so we left.
21              And he called us on the Causeway bridge
22  going home to tell us that he felt like everything
23  was fine with him.  And that just continue our
24  course of treatment with Dr. Boh.
25              Looking for PET scans...  I know there

Janeiece Yvonne Mistich

1    were appointments with him but I don't see the word

2    PET scan in here and I usually would write that.

3              PET scan on the 18th of March was

4    scheduled.  I don't think he was able to do that

5    one.  I think that's the one he had to cancel.  But

6    you could check that date.  March 18th.  And the

7    other one would have been January if he went.

8              Dr. Henkelmann was January.  You said

9    it was in November, so I'm going to check and see

10   in November.  PET scan was November 23rd, so I do

11   have that one down.  We did the biomarkers test on

12   December the 8th.

13             Radiation, radiation, Dr. Boh...  I

14   guess that was from November and then to

15   March -- March he was supposed to do the PET scan

16   in March, and he wasn't able to do it.

17        Q.    Okay.  It seems that I believe the

18   final medical record we have is dated February 4th

19   of 2022.

20        A.    Medical record for who?

21        Q.    Your husband, I'm sorry.

22        A.    I know that.  I'm sorry.  The final

23   medical record of -- not Dr. Saux going all the way

24   up to --

25        Q.    We have nothing from Dr. Saux after

Janeiece Yvonne Mistich

```
 1    that.

 2         A.    We saw Dr. Saux a lot after that.

 3         Q.    Where did you see him after --

 4         A.    In his office.

 5         Q.    Okay.

 6         A.    It's Mary Bird Perkins in Mandeville,

 7    no, in Covington.

 8         Q.    Do you know --

 9         A.    We had emergency room visits that we

10    were in the emergency room several times, and he

11    stayed in the hospital a few times.  He started him

12    on the intravenous chemo, where we'd sit in the

13    doctor's office.  I think that was -- I mean, we

14    had to see Dr. Saux every week before they

15    did -- every day before they did the chemo, we had

16    to see Dr. Saux.  So, like, April 13th, we saw

17    Dr. Saux, April 6th...

18         Q.    And which chemo is that that --

19         A.    That's the intravenous -- that's the

20    mogamulizumab -- whatever.

21         Q.    The Moga?

22         A.    The Moga.  They started him on that.  I

23    want to say they started him on that either in

24    February or in March.  He was only able to go -- he

25    was only able to go through five treatments and
```

Janeiece Yvonne Mistich

```
 1   then they were going to wait two weeks and then
 2   they were going to start him on the next round of
 3   five treatments.
 4               And he never could do that because he
 5   was too sick.  Every time he'd go in to visit, they
 6   would give him hydration and it -- at Mary Bird
 7   Perkins, but...
 8        Q.    When did your husband enter hospice?
 9        A.    Six days before he died.  He died on
10   the 21st.  We went into the hospital on the
11   Saturday before.  We were in the hospital for three
12   days, came home on, I think, on a Tuesday, and he
13   died on Saturday.
14        Q.    Do you recall that your husband was
15   originally supposed to be deposed in this case in
16   March --
17        A.    Yes.  Yes.
18        Q.    What happened to him?
19        A.    He was too sick.  He had -- he just had
20   -- I don't know.  He was just too sick.  We were in
21   the hospital a couple of those times.  He -- he had
22   a PET scan scheduled for May.  I do know that was
23   when he died.  We had an actual PET scan.
24        Q.    I'm sorry.  I couldn't hear the last
25   thing you said.
```

1      A.    We had already had a PET scan scheduled

2   for in May when he died.  He didn't get to that one

3   either...  I'm sorry.

4      Q.    That's okay.

5      A.    You're asking me for -- what

6   information again?  I'm sorry.

7      Q.    I was asking you about what happened in

8   March of 2022.  In 2022, on how many occasions was

9   he hospitalized?

10      A.    Okay.  Let's see.  He went to the

11   emergency room -- see, I think his first

12   hospitalization -- I don't know.  I don't have that

13   written down.

14      Q.    That's okay.

15      A.    I'd be guessing.  I know that he went

16   to the emergency room a few times because had what

17   we thought was blood in his urine.  And we didn't

18   know if that was -- if the -- if the medication or

19   something was affecting the -- the kidneys and he

20   went to Dr. Saux before that.  And Dr. Saux is the

21   one that sent us to the hospital.

22           So I don't have those dates, but I do

23   know that we went to see Dr. Saux on a couple of

24   occasions, and he sent us to the emergency room.

25   We spent at least one night in the hospital two or

Janeiece Yvonne Mistich

1    three times.  We were five days in the hospital

2    when he started the chemo.

3              I don't know.  Those are -- those are

4    what I remember.

5         Q.    That's fine.  Which hospital?

6         A.    St. Tammany.

7         Q.    Okay.  And how did you make the

8    decision, or who made the decision for your husband

9    ultimately to enter into hospice?

10        A.    What happened was we had a -- Dr. Mula

11   had put a feeding tube in my husband about a month

12   prior to his dying, and he didn't -- he -- he

13   couldn't handle any of the medicines that he was

14   taking with the -- with the feeding tube.

15             So we went -- when my husband woke up

16   one morning and, you know, started with really bad

17   shaking and vibrating or whatever, and we called an

18   ambulance and took him to the hospital.

19             While we were in the hospital, all of

20   the doctors, they did -- they did x-rays on him and

21   saw that something was in his lungs.  They --

22   first, they thought it was a collapsed lung.  Then

23   they thought it was air in his abdomen from the

24   feeding tube.

25             So they pulled in a whole bunch of

1    doctors and all the doctors looked at everything

2    and told us that they felt that he -- he should go

3    on hospice, which we didn't want to do.  I didn't

4    want to do because I guess I just didn't want to

5    believe he was ready for that.

6              Dr. Mula had done the surgery and was

7    on staff at St. Tammany, even though he didn't do

8    the surgery at St. Tammany.  So we called and asked

9    him to come in and look at all the records because

10   we would believe him because he was the doctor that

11   we trusted and had been treating my husband since

12   he was 45 or whenever he had the first cancer.

13             And he looked at all of his records and

14   told us that now that he had the whole picture, he

15   felt that he -- we should take him home because it

16   was either that or put him in their palliative care

17   or whatever they have at the hospital.  And that he

18   felt we should take him home.  He said if we took

19   him home, he could be around his family.

20             And so that's what we did.  We took him

21   home on Tuesday.  He died on Saturday.  He never

22   regained consciousness when he went into the

23   hospital.

24        Q.   Did you want to take a short break

25   or --

Janeiece Yvonne Mistich

1      A.   I'm okay.

2      Q.   Okay.  So where was he when he passed?

3      A.   At home.

4      Q.   Okay.  So was he ever -- so he was in a

5  hospice and then he came home or what?

6      A.   No, he was just in intensive care.

7      Q.   Okay.  At St. Tammany?

8      A.   At St. Tammany.  And then he came home

9  and he entered hospice when he came home, like, on

10  a Tuesday, I think it was.

11      Q.   Were you with him when he passed?

12      A.   (Nods head.)

13      Q.   Yes?

14      A.   1:20 in the morning.

15      Q.   Were any of your children with you?

16      A.   They were all with me.  They were all

17  in the bedroom with me.

18      Q.   Were any of their families with them or

19  was it just the five of you plus your husband?

20      A.   My sisters were there.  Well, they had

21  all gone home for the night.  So nobody was

22  actually in the house, but my kids were there, my

23  grandkids were there that were -- my daughter was

24  there and her husband was there.  So their two kids

25  were there.  My daughter is coming in this

Janeiece Yvonne Mistich

1    afternoon.

2              My son had taken -- Tipper, the

3    youngest, his -- they live down the street, so his

4    wife had taken them home.  So it was just Tipper

5    there.  Russell was there.  Jeffrey was there.

6    Jeffrey's whole family was there, because they came

7    in from Florida.

8              My sister had gone home.  Both my

9    sisters had gone.  Ray's siblings had gone home.

10   But I think when he actually passed, it was the

11   kids and a couple of the kids, -- grandkids, I

12   mean.

13        Q.    And what were you told was the actual

14   cause of his passing?

15        A.    The lung -- that it had gotten into his

16   lungs.  The cancer had gone into his lungs.

17        Q.    Okay.  Did any physician ever tell you

18   what the cause of your husband's mycosis fungoides

19   was?

20        A.    No.

21        Q.    Did any of you -- did any of them ever

22   tell you that the cause of mycosis fungoides was

23   unknown?

24        A.    No.

25        Q.    Did you ever ask any of his

Janeiece Yvonne Mistich

```
 1    physicians or did --
 2         A.    They just said it was a very rare
 3    cancer.
 4         Q.    But did you or your husband ever ask
 5    any of his physicians what caused him to develop
 6    mycosis fungoides?
 7         A.    No.
 8         Q.    Did you or your husband or any of your
 9    family members ever discuss Roundup® or glyphosate
10    with any of his physicians?
11         A.    I'm trying to think if Ray would have
12    had recom -- had a discussion on that with -- I do
13    not believe we did.
14         Q.    Okay.  How did you come to believe that
15    your husband's mycosis fungoides was caused by his
16    exposure to Roundup® or glyphosate?
17         A.    Because my husband believed it.  I
18    guess he had done some research to find out what
19    could cause the type of cancer that he had.
20         Q.    Do you know where he first heard about
21    the possibility of --
22         A.    I do not.
23         Q.    Do you know if he saw television
24    advertisements about lawsuits involving Roundup®?
25         A.    I would be guessing.  I don't know.
```

1          Q.     Did you ever see TV ads?

2          A.     Oh, yes.  TV ads are always all over

3     the place on all kind of those things.

4          Q.     And you saw a number about lawsuits

5     involving Roundup® and non-Hodgkin's lymphoma?

6          A.     Well, not Roundup®, just that it could

7     cause cancer.  You know, that it could cause

8     cancer, and that I guess they did say -- I'm sure

9     that most of the commercials that were out there

10    would be commercials that would talk about

11    lawsuits, I guess, that's how they would relate

12    them.

13         Q.     Do you know -- you said you think your

14    husband did research.  Do you know what he

15    researched?

16         A.     I do not.  I think he just wanted to

17    know what could -- what could cause -- what could

18    have caused it.

19         Q.     What do you think Monsanto should have

20    done differently?

21         A.     I think once Monsanto knew that their

22    drug even could cause cancer, that they should

23    have -- I don't know, I guess they -- I don't know

24    if they -- did Monsanto put warnings out there?

25    I'm not aware.  I think they should have removed

Janeiece Yvonne Mistich

1    product, especially now that so many people are...

2    I don't know.

3         Q.    Do you --

4         A.    I think they should have removed it

5    personally from the shelves.

6         Q.    Okay.

7         A.    But I think that about all kind of

8    drugs that need to be removed from the shelves.

9         Q.    Like what other drugs?

10        A.    Well, the warnings that they tell you

11   now when they do all the commercials, any

12   commercial for any drug, and they tell you all the

13   fine prints at the end.  It can cause this, this,

14   this, this, and this.

15             To me, as a daughter of a doctor, I

16   feel that when they tell you that it can cause all

17   these things, I would say don't take those.  Don't

18   take them.  Don't take them.

19        Q.    Do you know when your husband first

20   thought about filing a lawsuit?

21        A.    Long after he got it.  He had cancer

22   for 18 -- 17 months when he died.  Maybe six months

23   prior to his death.  I don't know.  I guess -- I'm

24   guessing.

25        Q.    Okay.  If the lawsuit -- the initial

Janeiece Yvonne Mistich

```
 1   lawsuit was filed in May of 2021 --

 2        A.    Okay.  He had cancer since -- the

 3   diagnosis since December, so six months after.

 4   Okay.

 5        Q.    Do you know how your husband and you

 6   now have found counsel?

 7        A.    We asked my son, Tipper, if he knew

 8   somebody who could -- who he would recommend that

 9   we could talk about it, my husband did.

10        Q.    And was it Mr. Boling he recommended?

11        A.    Uh-huh.

12        Q.    Yes?

13        A.    Yes.  Sorry.

14        Q.    Did you ever speak to any other

15   lawyers?

16        A.    No.

17        Q.    Okay.

18        A.    I didn't speak to any other lawyers.

19   My husband, I don't think he did.

20        Q.    Okay.  Do you know if your husband read

21   the complaint that was filed in this case before it

22   was filed?

23        A.    In this compliant?  This thing here?

24   He read that --

25        Q.    No, no, not that.  It's what's called a
```

Janeiece Yvonne Mistich

1    complaint.

2         MR. CHERNACK:

3              I will -- I can mark it, I'll Marc it

4         as Exhibit 9.

5         (Exhibit No. 9 was marked for

6         identification.)

7         MR. CHERNACK:

8              Do you want a copy?

9         MR. BOLING:

10             No.

11        THE WITNESS:

12             I mean, he might know the answer to

13        that.  I don't know.

14   BY MR. CHERNACK:

15        Q.    This is what is filed to start a

16   lawsuit.

17        A.    Okay.

18        Q.    Let me ask you this first.

19        A.    Okay.

20        Q.    Have you ever seen this document

21   before?

22        A.    No.

23        Q.    Do you know one way or another if your

24   husband saw it before it was filed?

25        A.    I do not know.

Janeiece Yvonne Mistich

1        Q.    Okay.  That's all we need.

2        A.    That's basically what you wanted to

3   know?

4        Q.    That's all I need to know about that.

5        A.    Okay.  Do you need that back?

6        Q.    No, it's marked as an exhibit.

7              What are you seeking as compensation in

8   this case?

9        MR. BOLING:

10             Object to form.  Calls for speculation.

11       MR. CHERNACK:

12             You can answer.

13       THE WITNESS:

14             (Shrugs.)

15   BY MR. CHERNACK:

16       Q.    You don't know?

17       A.    No.

18       Q.    Okay.

19       A.    I just want my -- my husband died -- my

20   husband died of a very rare cancer...  I can't

21   answer.

22       Q.    Okay.  At the time your -- several

23   years before your husband was diagnosed, he had

24   already retired, correct?

25       A.    He retired in 2015.

1        Q.    So you're not seeking -- one thing

2   you're not seeking compensation for is lost

3   earnings, correct?

4        A.    Correct.

5        MR. BOLING:

6              Yeah, and we'll stipulate to that,

7        Greg.

8        MR. CHERNACK:

9              I'm sorry, what?

10        MR. BOLING:

11              We'll stipulate.  No lost wage claim.

12        MR. CHERNACK:

13              Thank you.

14   BY MR. CHERNACK:

15        Q.    Have you seen a psychologist or

16   psychiatrist for any issues involving your

17   husband's passing?

18        A.    Yes.

19        Q.    When did you first see a mental

20   healthcare professional?

21        A.    Maybe four months after he passed.

22        Q.    And --

23        A.    Five months.  I see her -- I was seeing

24   her every two weeks, now I'm down to one a month.

25   Once a month I go see her.  Dr. Shannon -- well,

1    she's not a doctor.  Shannon Frances is her name.

2         Q.    Had you ever seen a mental healthcare

3    professional prior to first seeing Ms. Frances?

4         A.    Never.

5         Q.    Are you taking any medication for

6    depression or --

7         A.    I take -- I take lorazepam when I drive

8    Causeway bridges.  Not when I drive them, but when

9    I'm a passenger, because I don't drive the Causeway

10   bridge.  But when I drive in the rain -- when I'm

11   with somebody who's driving in the rain.  And you

12   know, that's what I use it for.  I --

13        Q.    When did you first take lorazepam or

14   any other type of antianxiety medication?

15        A.    It's been several years.

16        Q.    Fair to say you started taking that

17   before your husband --

18        A.    Oh, yes.

19        Q.    -- was diagnosed with mycosis

20   fungoides?

21        A.    Yes.

22        Q.    So we agree that's unrelated?

23        A.    Yes.  No, it's not relevant.  It was

24   driving with my husband to Tallahassee all the time

25   and him being a -- he was a good driver, but I'm

Janeiece Yvonne Mistich   .

```
 1    not a very good passenger, and I get nervous when
 2    you get close to any other cars at all.
 3              And I don't drive the interstate, and I
 4    don't drive in the rain, and I don't drive bridges.
 5    So it was for that.
 6         Q.    After your husband was diagnosed with
 7    mycosis fungoides, how did it impact his
 8    relationship with you?
 9         A.    I mean, as he got sicker, we couldn't
10    do anything.  We couldn't go anywhere.  Didn't
11    have -- I -- we just -- I don't know.  All we did
12    was stay in the house, I don't know what do you
13    mean.  I don't know what you're asking.  Did not
14    have -- I mean...
15         Q.    And how did it affect his relationship
16    with his children and grandchildren after his
17    diagnosis?
18         A.    He talked to them on the phone all the
19    time, but he couldn't -- they couldn't come over.
20         Q.    Just to be clear --
21         A.    I don't think it affected them in a
22    negative way.
23         Q.    They couldn't come over because of the
24    COVID pandemic?
25         A.    Right.
```

Janeiece Yvonne Mistich

```
1         Q.    Okay.

2         A.    They were afraid to bring him anything

3    that would further complicate what he had.

4         Q.    Was there a point at which it was

5    considered safe enough for that they could resume

6    visiting?

7         A.    Yes, and then they did.

8         Q.    When was that?

9         A.    After we all got vaccinated.

10        Q.    So early -- sometime early in 2021?

11        A.    Vaccinations weren't -- he died in 2022

12   in May, we didn't get the vaccine until October

13   before that.  No, February for me.  It was February

14   and March.  I don't know.  Vaccines were available

15   when -- and whenever we could get the vaccine, we

16   did.

17        Q.    So the vaccine became generally

18   available to the public, I'll represent in the

19   early part of 2021.

20        A.    Okay.  So in -- I actually have my

21   COVID card.

22        Q.    Okay.

23        A.    After that, my daughter did not get the

24   COVID vaccine as quickly as my sons did.  My sons

25   got it so they could be back around their dad.  I
```

Janeiece Yvonne Mistich

```
 1    have the card in here, I know.  All folded up.  You
 2    know what, I also have it on that Louisiana pass or
 3    the Louisiana wallet.  It tells me when I had it.
 4                 Louisiana Wallet.  I don't want to make
 5    you-all wait.  Here it is.  Okay.  (Views
 6    document.)  March -- February 12th was when I had
 7    it.  He had it --
 8         Q.    Was that 2021?
 9         A.    2021.  He had it before me because he
10    was able to have the vaccination before me.
11         Q.    And do you know when your children
12    started getting vaccinated?
13         A.    I think Russell got vaccinated and
14    Heather got vaccinated before me because they were
15    able to do it with their job or with something.
16    Tipper got vaccinated first because he works for
17    Ochsner and as a -- and he got vaccinated first.
18    And I don't know.  I'd be mixing them up.
19         Q.    That's okay.
20         A.    But I think all of them -- everyone was
21    vaccinated probably sometime in the spring of 2021.
22    Whenever they were allowed to because they were
23    younger.  So they had to wait until they were
24    younger.  I mean, they had to wait later -- that I
25    could do it before them.
```

Janeiece Yvonne Mistich

1        Q.      I realize this is a tough question.

2  But how has your husband's death impacted you and

3  your family?

4        A.      The way it's impacted -- I mean, it's

5  impacted me because I've never lived by myself in

6  my life.  I'm having to live by myself and that's

7  just been very difficult for me to get used to.

8  You know, seeing a counselor so that I can focus

9  day-to-day and do what I need to do.

10              I don't know how it affected my

11  children except, you know, just personal -- my kids

12  don't talk a lot about it to me.  Bringing it up is

13  difficult for them.  I don't know.

14        Q.      Just to clarify one thing, you

15  mentioned Tipper on several occasions.  Is that

16  Christopher?

17        A.      Yes.  I'm sorry.  Yes, Christopher.

18  Call him Tipper.

19        Q.      I just have a few more questions.

20        A.      Okay.

21        Q.      These should not be as difficult, I

22  think.

23        A.      Okay.

24        Q.      I believe you answered this, but maybe

25  I'm going to phrase it slightly differently.

Janeiece Yvonne Mistich

1          Did you or your husband ever attempt to

2    contact or speak with anyone at Monsanto?

3          A.    No.

4          Q.    Did you or your husband ever attempt to

5    speak with anyone at the United States

6    Environmental Protection Agency or any state

7    regulatory agency?

8          A.    No.

9          Q.    Okay.

10         A.    I'm speaking for me.  I don't know if

11   my husband did.  He did not tell me if he did.

12         Q.    To your knowledge, your husband never

13   did --

14         A.    To my knowledge, my husband did not.

15         Q.    Okay.  Did you or your husband ever

16   have any discussions with his doctors regarding

17   this lawsuit?

18         A.    No.

19         Q.    Did your husband ever see any doctors

20   that were recommended to him by an attorney?

21         A.    No.

22         Q.    All right.

23         A.    I went to all of his doctors

24   appointments.  He didn't go to any.

25         Q.    Have you discussed this lawsuit with

Janeiece Yvonne Mistich

```
 1    anyone other than your children and your attorneys?
 2         A.    No.
 3         Q.    Other than people you've mentioned, are
 4    you aware of anyone else who has knowledge of your
 5    husband's use of Roundup®?
 6         A.    His father who died, my brother-in-law,
 7    Joseph.
 8         Q.    Where does Joseph live?
 9         A.    He lives in Covington, Louisiana.
10    Close by.  We're in Covington, as a matter of fact.
11         Q.    And why do you believe your
12    brother-in-law has knowledge of your husband's use?
13         A.    Because he lived in the house with his
14    dad when he was young and he -- you know, he spent
15    a lot of time around all of us around here.
16         Q.    Have you or your husband ever attended
17    any public meetings regarding this litigation?
18         A.    No.
19         Q.    Did your husband -- do you or your
20    husband have any social media accounts?
21         A.    Yes, I have.  He doesn't.
22         Q.    All right.  What do you have?
23         A.    I have Facebook and I have Instagram.
24    And Pinterest.
25         Q.    Did you ever put on Facebook or
```

1    Instagram anything about your husband's mycosis

2    fungoides?

3         A.    Yes.

4         Q.    What --

5         A.    As a group -- a Facebook group called

6    living with mycosis fungoides or something like

7    that.  Something -- I haven't been on it since my

8    husband passed, except to tell everyone on the

9    Facebook group that he had passed.

10        Q.    Did you ever discuss on either Facebook

11   or Instagram or -- I'll say Pinterest as well just

12   to be complete -- any issues regarding difficulties

13   your husband was having or you were having

14   regarding his mycosis fungoides?

15        A.    On my Facebook, on that one group about

16   some of his symptoms.  And if other people had some

17   of the similar symptoms that he had.  And if -- I

18   think I only posted maybe three or four times the

19   entire time I was on.  It was more to get

20   information about the disease and whether or not --

21   what I could expect.

22        Q.    Did you ever put anything on Facebook

23   or Instagram --

24        A.    No.

25        Q.    -- about Monsanto or Roundup®?

1       A.    I did not.

2       Q.    Do you know if anyone in this Facebook

3   group you were talking about ever put anything

4   about Monsanto or Roundup® on it?

5       A.    Not to my knowledge.  Unless Facebook

6   in general might put something out once in a while

7   that runs through their little things, but not

8   anything that I ever responded to.

9       Q.    Are you able to get any of your posts

10   you put up on this group -- this Facebook group?

11      A.    I can.

12      Q.    If you could provide those to

13   counsel --

14      A.    Okay.

15      Q.    -- I ask that you do so.

16            Have you ever been on the Monsanto

17   website?

18      A.    No.

19      Q.    Have you ever deleted items from your

20   social media accounts?

21      A.    No.

22      Q.    Have you or your husband ever been

23   charged with a crime?

24      A.    No.

25      Q.    Have you or your husband ever been

1    involved in a civil lawsuit either as a plaintiff

2    or defendant other than this one?

3         A.    Bank -- the bankruptcy, is that

4    considered civil lawsuit?

5         Q.    Let's treat that separately.

6         A.    Okay.

7         Q.    I'll ask you about that in a moment.

8         A.    Okay.

9         Q.    So other than bankruptcy, have you ever

10   been in a lawsuit other than that?

11        A.    No.

12        Q.    Okay.  Am I correct you did file for

13   bankruptcy?

14        A.    Yes.

15        Q.    When was that?

16        A.    1989.

17        Q.    Okay.  And where did you file?

18        A.    New Orleans.  I don't know -- I mean,

19   just New Orleans.

20        Q.    And why did you file for bankruptcy?

21        A.    Because I was -- I was pregnant with my

22   fourth child.  My third and my fourth child were

23   difficulty pregnancies, so I had to leave work and

24   at the time I was teaching in a private school, and

25   so I wasn't making very much, Lake Castle.

Janeiece Yvonne Mistich

```
 1                     And then my husband was working
 2     full-time, and he -- at Tom Benson and he left Tom
 3     Benson, or he lost the job at Tom Benson, I'm
 4     trying to remember what happened.  He quit.
 5                     And he was only working part-time at
 6     UPS, so he was working part-time at UPS, we were
 7     living on Mayfair Place, and I was working at Lake
 8     Castle and I lost -- when you leave Lake Castle to
 9     go out on home care, you have no income, so we
10     couldn't pay the bills.
11          Q.    And do you know what chapter of
12     bankruptcy that was filed?
13          A.    The only one I ever hear on the news is
14     Chapter 13, so I'm assuming it's that.  But I don't
15     know.
16          Q.    Was there a repayment plan for your
17     debts?
18          A.    We didn't have very many debts.  It was
19     mainly the house, so we had given up the house.  I
20     think the house went back to the bank.  That was
21     Mayfair Place.
22          Q.    And did the bankruptcy case close?
23          A.    Yeah, I guess.  What does that mean?
24          Q.    Got refinished?
25          A.    Oh, yeah.
```

Janeiece Yvonne Mistich

1      Q.    And do you recall when?

2      A.    No.

3      Q.    Did you have attorneys that represented

4   you?

5      A.    I'm sure we did.  My husband handled

6   all that.

7      Q.    You don't recall their names?

8      A.    I don't recall any names.

9            Somebody that started with a C.  I

10   think there was a doctor -- a lawyer.

11     Q.    That may make the search a little

12   lengthy.

13     A.    I'm sorry.

14     Q.    No.  No.  No.

15     A.    I really don't know.  That was so long

16   ago.

17     Q.    One last thing to clarify.  You talked

18   about a sprayer your husband used for one of the

19   ways he applied Roundup®.

20            Could you describe it?

21     A.    It was yellow, it was like a barrel.

22   And it had a thing on the top with a -- with

23   a -- well, he had a handle and he had a sprayer.

24   That's all I can remember.  It was barrel, though.

25   It was like a yellow barrel shape with a --

Janeiece Yvonne Mistich

```
 1    something on the top that would unscrew.  And then
 2    I do believe the handle was separate.  I think he
 3    held it like this and sprayed like this.
 4              Q.    And the sprayer was, like, a wand?
 5              A.    Yes.  It was a wand.
 6              Q.    And there was a trigger?
 7              A.    Yes.
 8              Q.    Okay.  Just to clarify, the beauty shop
 9    you mentioned --
10              A.    Uh-huh.
11              Q.    -- that was owned by your
12    father-in-law?
13              A.    My father-in-law and my mother-in-law.
14              Q.    Okay.  And who worked there?
15              A.    His -- his -- my mother-in-law's sister
16    worked there.  She's 94 now.  And then just some
17    people, you know, hairdressers.
18              Q.    Did your father-in-law and
19    mother-in-law also work there?
20              A.    No, my mother-in-law did.
21              Q.    Okay.  But not -- where did your
22    father-in-law work?
23              A.    He was -- he worked for the sewerage
24    and water board for New Orleans.
25              MR. CHERNACK:
```

Janeiece Yvonne Mistich

1              Okay.  I don't have anything else right

2      now.

3      MR. BOLING:

4              You got my questions about the sprayer.

5      I'm good.

6      MR. CHERNACK:

7              I just want to say, again, I'm really

8      sorry about your husband's passing.  Just we

9      know it's difficult and I appreciate you

10     giving us the time today.  And I know which

11     at times it was tough for you.  So thank you.

12     I hope you stay well, and we can go off the

13     record.

14     THE VIDEOGRAPHER:

15             This concludes today's deposition.

16     We're now off the record.

17             The time is 1:46.

18     (At this time, 1:46 p.m., testimony was

19     concluded and the record was closed.)

20

21

22

23

24

25

Janeiece Yvonne Mistich

```
1                    REPORTER'S CERTIFICATE

2

          I, QUINCEE B. ROCCAFORTE, Certified Court
3    Reporter in and for the State of Louisiana,
     Certificate No. 21016, as the officer before whom
4    this testimony was taken, do hereby certify that
     JANEIECE YVONNE MISTICH, after having been duly
5    sworn by me on May 30, 2023, upon authority of R.S.
     37:2554, did testify as hereinbefore set forth in
6    the foregoing 201 pages;
          That this testimony was reported by me in the
7    stenotype reporting method, was prepared and
     transcribed by me or under my personal direction
8    and supervision, and is a true and correct
     transcript to the best of my ability and
9    understanding;
          That the transcript has been prepared in
10   compliance with transcript format guidelines
     required by statute or by rules of the board, and
11   that I am informed about the complete arrangement,
     financial or otherwise, with the person or entity
12   making arrangements for deposition services;
          That I have acted in compliance with the
13   prohibition on contractual relationships, as
     defined by Louisiana Code of Civil Procedure
14   Article 1434 and in rules and advisory opinions of
     the board;
15        That I have no actual knowledge of any
     prohibited employment or contractual relationship,
16   direct or indirect between a court reporting firm
     and any party litigant in this matter or is that
17   any such relationship between myself and a party
     litigant in this matter.
18        I am not related to counsel or to the parties
     herein, nor am I otherwise interested in the
19   outcome of this matter.

20

          Dated this 23rd day of June, 2023.
21

22

23

                         /s:/ Quincee B. Roccaforte
24                       QUINCEE B. ROCCAFORTE, CCR, RPR
                         Certificate No. 21016
25
```