UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: <br><br> *Robert Mefford v. Monsanto Co.*, <br> No. 3:20-cv-02565 | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |

Plaintiff's motion to move their case from Wave VI to Wave VII is GRANTED.

    IT IS SO ORDERED.

Dated: September ___, 2023

_____
JUDGE VINCE CHHABRIA