UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>Hon. Vince Chhabria |
| This document relates to: | |
| *Garfield Gordon v. Monsanto Co.*, Case No.: 3:19-cv-06423-VC | |
| *Paula Pinheiro v Monsanto Co.,* Case No.: 3:20-cv-08173-VC | |
| *Eduino N. Pinheiro v Monsanto Co.,* Case No.: 3:21-cv-00041-VC | |

**Unopposed Administrative Motion to Move Cases to Wave 7H**

Plaintiffs Garfield Gordon, Paula Pinheiro and Eduino N. Pinheiro respectfully request that the Court move their cases from Wave 6D to Wave 7H, for the following reasons:

1. Plaintiffs Garfield Gordon, Paula Pinheiro and Eduino N. Pinheiro have retained the undersigned counsel. Undersigned counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer these cases to Wave 7H.

2. Plaintiffs Garfield Gordon, Paula Pinheiro and Eduino N. Pinheiro's cases are currently included in Wave 6D.

3. Mindful of the deadlines pertaining to Wave 6D, the parties have been diligently conducting discovery in these matters. The Plaintiffs' depositions have been taken and Plaintiffs have produced documents responsive to Defendant's requests.

4. Despite the parties' best efforts, however, there are aspects of discovery still to be conducted, including the collection of additional medical, employment, and insurance

records, which are not yet complete, and will likely lead to the need for additional depositions, including physician depositions.

5. The parties do not believe that they will be able to complete all discovery in time for the currently established expert report deadlines for Wave 6D.

6. Plaintiffs believe the best, most practical course of action would be to move their cases from Wave 6D to Wave 7H. Defendant has no opposition to this request.

Therefore, Plaintiff Garfield Gordon, Paula Pinheiro and Eduino N. Pinheiro respectfully request that the Court move their cases from Wave 6D to Wave 7H.

Dated: August 22, 2023

Respectfully submitted,

**RUEB STOLLER DANIEL, LLP**

By:*/s/Behram V. Parekh*
Behram V. Parekh
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 22nd day of August 2023, which will send notification of the same to all counsel of record.

                */s/ Behram V. Parekh*