UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| | \| |
| | \| |
| This document relates to: | \| **ORDER GRANTING MOTION TO MOVE** \| **CASES TO WAVE 7H** |
| | \| |
| *Garfield Gordon v. Monsanto Co.*, Case No.: 3:19-cv-06423-VC | \| |
| | \| |
| *Paula Pinheiro v Monsanto Co.,* Case No.: 3:20-cv-08173-VC | \| |
| | \| |
| *Eduino N. Pinheiro v Monsanto Co.,* Case No.: 3:21-cv-00041-VC | \| |

Plaintiffs' motion to move the above captioned cases from Wave 6D to Wave 7H is granted.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Vince Chhabria
United States District Judge