

**ATTORNEYS**
JOSEPH A. OSBORNE
GREGORIO A. FRANCIS
ANDREW NORDEN
DOUGLAS H. MORRIS
AMI ROMANELLI
J. ROBERT BELL, III
BENJAMIN GARCIA
RYAN FLETCHER
CARLY GLASER

**PARALEGALS**
DENNIS FAULKNER
GINA GIOVANNI
ANGELIA SMART

August 23, 2023

United States District Court Northern District of California
Attention: The Honorable Vince Chhabria
450 Golden Gate Avenue
San Francisco Courthouse, Courtroom 4 – 17th Floor
San Francisco, CA 94102

    **RE:**     Kevin Mee (Case No.: 3:20-cv-01237)
                Letter to Request Return to Active Status

Plaintiff Kevin Mee and Defendant Monsanto Company, by and through undersigned counsel, hereby submits this letter brief to activate case-specific discovery for remand and trial.

**In support of this letter, Plaintiff submits as follows:**

Pursuant to Pretrial Order No. 246, Plaintiff requests to activate this case for case-specific discovery. Plaintiff Kevin Mee filed his complaint on January 17, 2020 in the District of Idaho. Plaintiff's case was transferred to this MDL [In Re: Roundup Products Liability Litigation (MDL No. 2741)] by the Judicial Panel of Multidistrict Litigation on February 13, 2020. On May 13, 2020, Plaintiff submitted the Plaintiff Fact Sheet, Authorizations, Medical Records & Declaration Page to Defendants via MDL Centrality. Plaintiff was subsequently part of the Aylstock Witkin Kreis & Overholtz and Dugan Law Firm settlement program. The case did not resolve as part of the settlement program.

South Florida Office
925 S. FEDERAL HWY., SUITE 175 • BOCA RATON, FL 33432
TELEPHONE 561-293-2600 • FAX 561-923-8100

Orlando Office
805 S. KIRKMAN RD., SUITE 205 • ORLANDO, FL 32811
TELEPHONE 407-655-3333 • FAX 407-955-4865

WWW.REALTOUGHLAWYERS.COM

Over the course of the last six months, counsel for Plaintiff has conferred with Counsel for Defendant on multiple occasions and also attempted to engage Mr. Feinberg to try to resolve the case. All contact and correspondence to Mr. Feinberg went unanswered. After months of trying to find an avenue to resolve Plaintiff's case with Counsel for Defendant, no settlement has occurred.

This MDL was created more than six years ago. Plaintiff believes activating case-specific discovery in this case is the fairest and most efficient way to give Plaintiff his day in Court and potentially incentive the Parties to resolve the case. Plaintiff is hereby requesting to activate the present case for case-specific discovery, expert reports, and dispositive motion practice before this Court and ultimately remand for trial to the appropriate District Court.

Prior to submitting this letter, the Parties met and conferred pursuant to Pretrial Order No. 246. Accordingly, the Parties were unable to resolve the dispute without the involvement of the Court.

**Defendants' Position:**

Plaintiff's counsel conferred with Defendant's counsel and Defendant takes no position.

Sincerely yours

*/s/ Joseph A. Osborne*
*/s/ J. Robert Bell III*
Joseph A. Osborne, Esq. and J. Robert Bell III, Esq.
Attorney for Plaintiff Kevin Mee