Christopher Baker Hall
Hall & Lampros, LLP
Suite 1150
400 Galleria Pkwy
Atlanta, GA 30339
404-876-8100
Fax: 404-876-3477
chall@hallandlampros.com

*Attorney for Plaintiff*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Daniel Lindvall v. Monsanto Company*<br>Case No. 3:20-cv-07218-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs. Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

| | |
|---|---|
| 1  DATED:  August 23, 2023 | Respectfully submitted, |
| 2 | |
| 3 | */s/ Christopher Baker Hall* |
|   | Christopher Baker Hall |
|   | Hall & Lampros, LLP |
| 4 | Suite 1150 |
|   | 400 Galleria Pkwy |
| 5 | Atlanta, GA 30339 |
|   | 404-876-8100 |
| 6 | Fax: 404-876-3477 |
|   | chall@hallandlampros.com |
| 7 | |
|   | *Attorney for Plaintiff* |
| 8 | |
|   | */s/ Anthony R. Martinez* |
| 9 | Anthony R. Martinez |
|   | (amartinez@shb.com) |
| 10 | SHOOK, HARDY & BACON, LLP |
|   | 2555 Grand Blvd |
| 11 | Kansas City, MO 64108 |
|   | Tel: (816) 474-6550 ext. 2001 |
| 12 | |
|   | *Attorney for Defendant Monsanto Company* |

2

STIPULATION OF DISMISSAL WITH PREJUDICE
3:16-md-02741-VC & 3:20-cv-07218-VC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*