# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2741**  <br><br>Case No. 3:16-md-02741-VC |
| **This Document Relates to:** <br> *Brenda Baker v. Monsanto* <br><br> Case No. 3:19-cv-05873-VC | **Judge Vince Chhabria** |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE TO WAVE 7

Having reviewed the unopposed motion seeking transfer of this case to Wave 7, the Court **GRANTS** the requested relief and transfers this case to Wave 7.

**IT IS SO ORDERED**.

Date: _____, 2023

_____
VINCE G. CHHABRIA
Presiding Judge
United States District Court