# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) This Document Relates to: ) *Edwin Hernandez v. Monsanto* ) ) Case No. 3:19-cv-05872-VC ) ) | MDL NO. 2741 Case No. 3:16-md-02741-VC Judge Vince Chhabria |

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

1. On August 7, 2023, Plaintiff's counsel consulted with Defendant's counsel who requested that this case be moved to Wave 7.

2. This case is presently situated in Wave 6b.

3. The parties to this action have diligently pursued discovery, with the Plaintiff having served his fact sheet, produced medical records and authorizations, exchanging written discovery and the deposition of Plaintiff having been taken. Plaintiff has also retained experts and has tendered expert reports to Defendant.

4. Nevertheless, the current Wave 6b presents challenges to the parties to meet the impending deadlines with respect to the completion of treating doctor depositions and the finalization of expert depositions and discovery.

5. The parties have conferred regarding these challenges and believe that transferring this case to Wave 7 would enable them to complete the requisite expert discovery and also be in the best interests of justice, and respectfully request enter an order to that effect.

DATED:  August 23, 2023

*Attorney for Plaintiff*
/s/ *Charles W. Miller*
Charles W. Miller
HEYGOOD, ORR & PEARSON
6363 North State Highway 161,
Suite 450
Irving, TX  75038
Telephone: (214) 237-9001
Facsimile: (241) 237-9002
charles@hop-law.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

/s/ *Charles W. Miller*
Charles W. Miller