Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | CASE NO.:  3:16-md-02741-VC |
| This document relates to: | **NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE** |
| *Robert Austin v. Monsanto Company* Case No. 3:22-cv-07589-VC | |
| *James Burris v. Monsanto Company* Case No. 3:21-cv-01337-VC | |
| *Alyne Griffiths v. Monsanto Company* Case No. 3:20-cv-07736-VC | |
| *Belinda Hill v. Monsanto Company* Case No. 3:21-cv-01335-VC | |
| *Sami Khal v. Monsanto Company* Case No. 3:20-cv-09292-VC | |
| *Nacole Kimble v. Monsanto Company* Case No. 3:21-cv-01334-VC | |
| *Elpidia Martinez, Individually and on Behalf of Carlos Celedon v. Monsanto Company* Case No. 3:21-cv-01508-VC | |

*Patrick Porter v. Monsanto Company*
Case No. 3:20-cv-05371-VC

*Richard Louis Zanelli and Edward Zanelli v. Monsanto Company*
Case No. 3:20-cv-05373-VC

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Paul Dagostino is no longer associated with the firm of Bisnar Chase LLP. Accordingly, he should be removed as counsel of record for the Plaintiffs in the above-captioned cases.

      PLEASE FURTHER TAKE NOTICE that Tom G. Antunovich is still with the firm Bisnar Chase LLP, but is no longer the assigned handling attorney for the above-referenced cases. Accordingly, he should be removed as counsel of record for the Plaintiffs in the above-captioned cases.

      PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1 and Local Rule 5-1(c)(2)(B), Michael K. Teiman of the firm Bisnar Chase LLP hereby substitutes for Paul Dagostino and Tom G. Antunovich of the firm Bisnar Chase LLP as counsel for Plaintiffs in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

      The undersigned, Michael K. Teiman of Bisnar Chase LLP, hereby enters his appearance for Plaintiffs in the above-captioned cases. Please direct all further filings, discovery, and correspondence to Michael K. Teiman at Bisnar Chase LLP, 1301 Dove, Suite 120, Newport Beach, CA 92660. My telephone number is (949) 752-2999; and my e-mail address is mteiman@bisnarchase.com.

      Plaintiffs respectfully request that all necessary changes be made to the Court's records regarding this change of counsel.

Dated:  August 23, 2023                 **BISNAR | CHASE LLP**

                              By: */s/ Michael K. Teiman*
                                Brian D. Chase
                                Michael K. Teiman
                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

By: /s/ Michael K. Teiman
Michael K. Teiman

NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE