UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.  16-md-02741-VC |
|  | **ORDER DENYING REQUEST FOR REVISED SCHEDULE** |
| This document relates to: | Re: Dkt. No. 17122 |
| All cases. |  |

The parties have submitted a proposed order that would delay adjudication of the cases in Wave 7, proposing to move summary judgment/*Daubert* hearings from September 2024 to December 2024 at the earliest. The proposed order would also place all cases filed since the creation of Wave 7 into a new Wave 8. The proposed order contemplates that summary judgment/*Daubert* hearings for Wave 8 will take place in roughly October 2025.

The request to delay adjudication of the Wave 7 cases and to create such an elongated schedule for the Wave 8 cases is denied. It is important that any individual plaintiff who does not wish to settle with Monsanto be given the opportunity to have their pretrial motions adjudicated promptly and have their case remanded for trial (assuming a triable issue of fact exists). Accordingly, the Wave 7 cases will be adjudicated through summary judgment in September 2024 as planned. And the Wave 8 cases listed in the proposed order must be adjudicated through summary judgment by March 2025.

The parties shall submit a revised proposed order by August 29, 2023, in accordance with these guidelines.

**IT IS SO ORDERED.**

Dated: August 24, 2023

VINCE CHHABRIA
United States District Judge