UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Honorable Vince Chhabria |
| Marta J. Hebert v. Monsanto Company Case No.  3:21-cv-04636-VC | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

Plaintiff Marta J. Hebert - without opposition from Defendant Monsanto Company - respectfully requests the Court move his case from Wave VI to Wave VII:

1.  Marta J. Hebert's case is currently part of Wave VI

2.  Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.  Plaintiff's deposition, as well as that her treating physician, have been taken. Written discovery has been produced and an inspection of Plaintiff's property has been timely completed.

3.  However, there are aspects of discovery still to be conducted.  Additionally, the deadlines posed by Wave VII presents challenges to Plaintiff to present required expert reports.

4.  Plaintiff believes the best; most prudent course of action would be to move this case to a later Wave.

5.  In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VII.

6.  Therefore, Plaintiff Marta J. Hebert, with the consent of Defendant Monsanto Company, respectfully request the Court move his case from Wave VI to Wave VII.

DATED this 24th day of August, 2023.

Mart J. Hebert, Plaintiff,

By:      /s/ Christopher P. Welsh
Christopher P. Welsh - MO #52413
WELSH & WELSH, P.C., L.L.O.
9290 West Dodge Road
204 The Mark
Omaha, NE  68114
Phone: 402-384-8160
Fax: 402-384-8211
cwelsh@welsh-law.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send electronic notification to counsel of record, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  None.

 /s/ Christopher P. Welsh