UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Marta J. Hebert v. Monsanto Company* Case No.  3:21-cv-04636-VC | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII** |

Plaintiff's motion to move case from Wave VI to VII is GRANTED.

**IT IS SO ORDERED.**

Dated this _____ day of August, 2023.

_____
JUDGE VINCE CHHABRIA