**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Juan Delgado Zarate v. Monsanto Co., et al.,* Case No. 3:23-cv-03877-VC | |

## MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.     Bayer AG is a publicly held corporation.

DATED:  August 25, 2023            Respectfully submitted,

                                    SHOOK, HARDY & BACON L.L.P.

                                    BY: */s/ Jennise W. Stubbs*
                                         Jennise W. Stubbs
                                         600 Travis Street, Suite 3400
                                         Houston, TX 77002-2926
                                         Telephone:  (713) 227-8008
                                         Facsimile:    (713) 227-9508
                                         Email:        jstubbs@shb.com

                                    *Attorneys for Defendant*
                                    *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 25th day of August, 2023, I electronically transmitted the foregoing

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court

using the ECF system for filing and transmittal, and a true and correct copy of the foregoing

document was served electronically as authorized by FED. R. CIV. P. 5.

                                    */s/Jennise W. Stubbs*
                                    Jennise W. Stubbs