UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES** |
| Stackhouse v. Monsanto Co., Case No. 21-cv-2908-VC | Re: Dkt. No. 17075, 17079, 17091, 17095, 17101–06, 17108–09, 17114, 17117, 17142, 17199, 17200, 17204, 17208, 17211, 17212, 17215, 17219, 17220 |
| Bundy v. Monsanto Co., Case No. 20-cv-6345-VC | |
| Boatright v. Monsanto Co., Case No. 21-cv-675-VC | |
| Scheh v. Monsanto Co., Case No. 20-cv-2427-VC | |
| Aiken v. Monsanto Co., Case No. 20-cv-65-VC | |
| Albrecht v. Monsanto Co., Case No. 20-cv-1636-VC | |
| Benson v. Monsanto Co., Case No. 19-cv-4953-VC | |
| Bray v. Monsanto Co., Case No. 19-cv-5060-VC | |
| Crooks v. Monsanto Co., Case No. 19-cv-5027-VC | |
| Emmons v. Monsanto Co., Case No. 20-cv-6219-VC | |

Ferris v. Monsanto Co,
Case No. 19-cv-5077-VC

Lindstrom v. Monsanto Co.,
Case No. 19-cv-5070-VC

Baid v. Monsanto Co.,
Case No. 20-cv-06774-VC

Breger v. Monsanto Co.,
Case No. 18-cv-02257-VC

Humphrey v. Monsanto Co.,
Case No. 20-cv-19-VC

Morin v. Monsanto Co.,
Case No. 20-cv-1019-VC

Madere v. Monsanto Co.,
Case No. 18-cv-7057-VC

Lopez v. Monsanto Co.,
Case No. 20-cv-5888-VC

Lloyd v. Monsanto Co.,
Case No. 20-cv-588-VC

Mefford v. Monsanto Co.,
Case No. 20-cv-2565-VC

Gordon v. Monsanto Co.,
Case No. 19-cv-6423-VC

Pinheiro v Monsanto Co.,
Case No. 20-cv-8173-VC

Pinheiro v Monsanto Co.,
Case No. 21-cv-41-VC

Baker v. Monsanto Co.,
Case No. 19-cv-5873-VC

Batts v. Monsanto Co.,
Case No. 20-cv-5939-VC

Bischoff v. Monsanto Co.,
Case No. 20-cv-5937-VC

Hernandez v. Monsanto Co.,
Case No. 19-cv-5872-VC

Dobberpuhl v. Monsanto Co.,
Case No. 21-cv-3754-VC

Hebert v. Monsanto Co.,
Case No. 21-cv-4636-VC

The above-listed motions to move cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: August 28, 2023

VINCE CHHABRIA
United States District Judge