UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | ) | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2741 |
| _____ | ) ) | |
| This document relates to: | ) ) | |
| *David Rodgers v. Monsanto Co.,* Case No. 3:20-cv-06121-VC | ) ) ) | |
| _____ | ) | |

**ORDER GRANTING PLAINTIFF DAVID RODGERS'
MOTION TO MOVE TO WAVE VII**

Plaintiff's motion to move case from Wave VI to VII is GRANTED.

**IT IS SO ORDERED.**

Dated this ___ day of August, 2023.

_____
JUDGE VINCE CHHABRIA

c:\documents\tkh\roundup cases\rodgers, david\rodgers - proposed order - motion to move to wave vii.docx