UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, ) ) ) ) *This document relates to:* ) ) ROBERT SOLOMON, Plaintiff, ) v. MONSANTO COMPANY, INC., ) Defendant, ) ) Case No. 3:22-cv-5660-VC ) | MDL No. 2741 Case No. 3:16-md-02741-VC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court by agreement of the parties. Plaintiff Robert Solomon appears by and through his attorney of record, Julie E. Lamkin of the Law Offices of Jeffrey S. Glassman, LLC. Defendant Monsanto Company appears by and through its counsel of record, Anthony R. Martinez of Shook, Hardy & Bacon L.L.P.

Counsel for Plaintiff have read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been withheld in trust pending instruction of distribution. Counsel for Plaintiff further certify that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their client's portion.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| By  /s/ Julie E. Lamkin  <br> Julie E. Lamkin (MA BBO 680482) <br> LAW OFFICES OF JEFFREY S. GLASSMAN <br> One International Place, Suite 1810 <br> Boston, MA 02110 <br> Telephone: (617) 367-2900 <br> Facsimile: (617) 722-9999 <br> E-Mail: jlamkin@jeffreysglassman.com <br><br> *ATTORNEY FOR PLAINTIFF* | By  /s/ Anthony R. Martinez  <br> Anthony Martinez <br> SHOOK, HARDY & BACON L.L.P. <br> 2555 Grand Blvd. <br> Kansas City, MO 64108 <br> Telephone: (816) 559-2683 <br> E-Mail:  amartinez@shb.com <br><br><br> *ATTORNEY FOR DEFENDANT* |

CERTIFICATE OF SERVICE

The undersigned certifies that service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system on the 28th day of August 2023.

Signature:   /s/ Anthony R. Martinez