UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Livier Chavez v. Monsanto Co.,*<br>Case No. 3:20-cv-06775-VC | |

### ~~PROPOSED~~ ORDER ON MONSANTO'S MOTION TO DISMISS ~~WITH PREJUDICE~~

THIS MATTER having been brought before the Court by defendant Monsanto, Co. ("Defendant"), for an Order dismissing Plaintiff Livier Chavez's Complaint for failure to provide a Plaintiff Fact Sheet pursuant to Pretrial Order No. 50; and the Court having considered the papers submitted; and the Court having heard the arguments of counsel, if any; and for good cause shown;

IT IS, on this __30th__ day of __August__, 2023;

**ORDERED** that the Complaint of Plaintiff Livier Chavez is hereby dismissed without ~~with~~ prejudice; and

**ORDERED** that a signed copy of this Order be served upon all counsel within seven (7) days of the date hereof.

**ORDERED** that Monsanto must make its best effort to find a mailing address for the plaintiff and attempt to serve a copy of this Order on her. Monsanto shall file a declaration on the docket describing its effort to serve a copy of this Order on the plaintiff within 14 days.

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT