UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | [PROPOSED] ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF CHARLES NICOLACOPOULOS IN PLACE OF NICOLETTA NICOLACOPOULOS |
| *Nicoletta Nicolacopoulos v. Monsanto Co.*, Monsanto Co., Case No.: 3:20-cv-01018 | |

1. Counsel for Plaintiff's Motion to Substitute Charles Nicolacopoulos in Place of Nicoletta Nicolacopoulos pursuant to F.R.C.P.25 is **GRANTED.**

2. Charles Nicolacopoulos is here by substituted in place of Nicoletta Nicolacopoulos.

3. Accordingly, the case caption shall be amended as follows: Charles Nicolacopoulos, as personal representative of the Estate of Nicoletta Nicolacopoulos, and on behalf of the wrongful death beneficiaries of Nicoletta Nicolacopoulos.

SIGNED on this the 30th day of August, 2023.

_____
VINCE CHHABRIA
United States District Court Judge