UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *Judy Turner and Bruce Turner v. Monsanto Co.*, Case No.: 3:19-cv-06392 | **[PROPOSED]** **ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF BRUCE TURNER IN PLACE OF JUDY TURNER** |

1. Counsel for Plaintiff's Motion to Substitute Bruce Turner in Place of Judy Turner pursuant to F.R.C.P.25 is **GRANTED.**

2. Bruce Turner is here by substituted in place of Judy Turner.

3. Accordingly, the case caption shall be amended as follows: Bruce Turner, individually and on behalf of the wrongful death beneficiaries of Judy Turner.

SIGNED on this the 30th day of August, 2023.

VINCE CHHABRIA
United States District Court Judge