UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Johnetta Scheh, Individually and as Representative for the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG*<br><br>Case No. 3:20-cv-02427-VC | MDL NO. 2741 |

~~PROPOSED~~ ORDER
PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL MICHAEL J. STANLEY

THIS MATTER having come before the Court on Plaintiffs Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased and Troy Scheh's Motion Substitute Counsel Michael J. Stanley, and Stanley Law, P.C., and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that said motion is **HEREBY GRANTED**.

DATED:   August 30, 2023

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE