UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Mee v. Monsanto Co.*, Case No. 20-cv-1237-VC | MDL No 2741 <br><br> Case No.  16-md-02741-VC <br><br> **ORDER RETURNING CASE TO ACTIVE STATUS** <br><br> Re: Dkt. No. 17205 |

The plaintiff's unopposed request to return this case to active status is granted.

**IT IS SO ORDERED.**

Dated: August 30, 2023

_____
VINCE CHHABRIA
United States District Judge