UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

This document relates to:

*King v. Monsanto Co.*,
Case No. 19-cv-4531-VC

Case No.  16-md-02741-VC

**ORDER GRANTING MOTION FOR
RECONSIDERATION AND
SUBSTITUTION OF PARTY**

Re: Dkt. No. 17011

The plaintiff's motion for reconsideration is granted for the reasons generally stated in *In re Roundup Prod. Liab. Litig.*, 2022 WL 17842222, at *1 (N.D. Cal. Dec. 5, 2022), Dkt. 15899. And although the plaintiff certainly should have responded to the show cause order, the plaintiff nonetheless did submit a settlement claim to the special master a month before the case was dismissed.

The plaintiff's request for substitution of party is also granted. *See* Dkt. 17011 at 3.

**IT IS SO ORDERED.**

Dated: August 30, 2023

VINCE CHHABRIA
United States District Judge