**UNITED STATED DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * | MDL NO. 2741 <br><br> CASE NO.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | * <br> * | |
| **GERARD C. BREAUX, SR.,**<br>    Plaintiff,<br>Versus<br><br>**MONSTANTO COMPANY, et al.,**<br>    Defendants. | * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 3:20-cv-01633 |

**ORDER TO TERMINATE ATTORNEYS**

IT IS HEREBY ORDERED that the above Motion to Terminate Attorneys is GRANTED.

**SO ORDERED,** this 30th day of August, 2023.

_____
VINCE CHABRIA
United States District Judge

3