# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2741 |
| | | CASE NO.: 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | * * | |
| YVETTE A. D'AUNOY,       Plaintiff, | * * | Civil Action No. 3:20-cv-01014-VC |
| Versus | * * | Judge:  Barry W. Ashe |
| MONSTANTO COMPANY, et al.,       Defendants. | * * | |

## NOTICE TO TERMINATE ATTORNEYS

IT IS HEREBY ORDERED that the above Motion to Terminate Attorneys is GRANTED.

**SO ORDERED,** this 30th day of August 2023.

_____
VINCE CHABRIA

United States District Judge

3