Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary, Esq. (SBN:312569)
pesfandiary@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| *This document relates to:*<br>TOMMY M. JUE, Plaintiff, v. MONSANTO COMPANY, a corporation, Defendant.<br>Case No. 3:22-cv-09202-VC | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tommy M. Jue voluntarily dismisses the above-captioned action without prejudice.

Dated: August 30, 2023                                **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

                                                                 */s/ R. Brent Wisner*
                                                                  R. Brent Wisner
                                                                  Attorney for Plaintiff