**EXHIBIT C**

## Case Search Results

Business/Organization Name: **Cellino**

Sort By: Received Date: newest to oldest ˅

| Case # / Received Date | eFiling Status / Case Status | Caption | Court / Case Type |
|---|---|---|---|
| CA 23-01337<br>08/04/2023 | Partial Participation Recorded | Gerald D. Browning et al v. L. M. Hoeglmeier et al | Appellate Division - 4th Dept<br>*Tort* |
| CA 23-00967<br>06/03/2023 | Partial Participation Recorded | MTR OF LOONEY INJURY LAW, PLLC V CELLINO LAW LLP | Appellate Division - 4th Dept<br>*Tort* |
| 805055/2023<br>04/21/2023 | Full Participation Recorded<br>*Pre-RJI* | Cellino Law LLP et al v. Looney Injury Law, PLLC et al | Erie County Supreme Court<br>*Torts - Other* |
| 804192/2023<br>03/31/2023 | Full Participation Recorded<br>*Active* | Cellino Law LLP et al v. Goldstein Greco, P.C. et al | Erie County Supreme Court<br>*Torts - Other* |
| CV-23-0611<br>03/30/2023 | Partial Participation Recorded | Great American Alliance Ins Co et al v. JACQUELINE SZALASNY et al | Appellate Division - 3rd Dept<br>*Workers Compensation* |
| CA 23-00448<br>03/14/2023 | Partial Participation Recorded | Looney Injury Law PLLC et al v. Cellino Law, LLP et al | Appellate Division - 4th Dept<br>*Special Proceeding - Other* |
| 801678/2023<br>02/03/2023 | Full Participation Recorded<br>*Pre-RJI* | CELLINO LAW LLP v. JOHN E LAVELLE ESQ | Erie County Supreme Court<br>*Commercial - Contract* |
| CA 23-00219<br>02/02/2023 | Partial Participation Recorded | TEANTE I. SMITH et al v. FIRST STUDENT, INC. et al | Appellate Division - 4th Dept<br>*Tort* |
| CA 22-01921<br>12/05/2022 | Full Participation Recorded | Cellino Law LLP et al v. Looney Injury Law, PLLC et al | Appellate Division - 4th Dept<br>*Commercial* |
| 814589/2022<br>11/30/2022 | Full Participation Recorded<br>*Pre-RJI* | Cellino Law LLP et al v. Parisi & Bellavia L.L.P. | Erie County Supreme Court<br>*Torts - Other* |
| CA 22-01887<br>11/28/2022 | Partial Participation Recorded | SHIRLEY A. JONES et al v. WILLIAM C. GRAHAM et al | Appellate Division - 4th Dept<br>*Special Proceeding - Other* |
| 814611/2022E<br>10/03/2022 | Full Participation Recorded<br>*Pre-RJI* | ADRIANA HERNANDEZ et al v. EL SOL/DEFOE JV et al | Bronx County Supreme Court<br>*Torts - Motor Vehicle* |
| 157304/2022<br>08/26/2022 | Full Participation Recorded<br>*Disposed-Consolidated Into* | RONJA KLEEMOLA v. CENTRAL PARK CONSERVANCY | New York County Supreme Court<br>*Torts - Other Negligence* |
| CA 22-01320<br>08/22/2022 | Partial Participation Recorded | CARLISHA SHAW et al v. UBER et al | Appellate Division - 4th Dept<br>*Tort* |
| CA 22-01313<br>08/19/2022 | Partial Participation Recorded | CARLISHA SHAW et al v. UBER et al | Appellate Division - 4th Dept<br>*Tort* |
| E177883/2022<br>07/27/2022 | Full Participation Recorded<br>*Disposed* | Looney Injury Law PLLC et al v. Cellino Law, LLP | Niagara County Supreme Court<br>*Special Proceedings - Other* |
| 807980/2022<br>07/15/2022 | Full Participation Recorded<br>*Active* | Cellino Law LLP et al v. Looney Injury Law, PLLC et al | Erie County Supreme Court<br>*Torts - Other* |
| 807631/2022<br>07/06/2022 | Full Participation Recorded<br>*Disposed* | Daniel J. Caffrey et al v. Cellino Law LLP et al | Erie County Supreme Court<br>*Commercial Division* |

| Case #<br>Received Date | eFiling Status<br>Case Status | Caption | Court<br>Case Type |
|---|---|---|---|
| 606876/2022<br>05/25/2022 | Full Participation Recorded<br>*Disposed* | Munawar & Hashmat, LLP v. Gaspare Fundaro et al | Nassau County Supreme Court<br>*Torts - Motor Vehicle* |
| 806991/2022E<br>05/06/2022 | Full Participation Recorded<br>*Active* | DESSLOK JASON ROLLE v. MD M. RAHAMAN et al | Bronx County Supreme Court<br>*Torts - Motor Vehicle* |
| 605908/2022<br>05/05/2022 | Full Participation Recorded<br>*Active* | DANIEL MILLER v. SIMON GARCIA et al | Nassau County Supreme Court<br>*Torts - Motor Vehicle* |
| 510308/2022<br>04/07/2022 | Partial Participation Recorded<br>*Active* | MOHIUDDIN AHMED et al v. CITY OF NEW YORK et al | Kings County Supreme Court<br>*Torts - Motor Vehicle* |
| 803712/2022<br>03/29/2022 | Partial Participation Recorded<br>*Pre-RJI* | Cellino Law LLP et al v. Jeffrey A. Aronsky, P.C. | Erie County Supreme Court<br>*Torts - Other* |
| 508064/2022<br>03/18/2022 | Partial Participation Recorded<br>*Active* | Luis Sanz v. City of New York et al | Kings County Supreme Court<br>*Torts - Other Negligence* |
| 816467/2021<br>12/08/2021 | Full Participation Recorded<br>*Disposed* | In the Matter of the Application of Cellino Plumbing Inc., Petitioner, for an Order Continuing a Mechanic's Lien for Account of a Private Improvement of a single-family dwelling at SBL No. 89.60-5-7, more commonly known as 29 Kenova Street, Buffalo, New York 14214. | Erie County Supreme Court<br>*Special Proceedings - Mechanic's Lien* |

# Case Search Results

Business/Organization Name: **Cellino**

Sort By: Received Date: newest to oldest ▼

| Case # / Received Date | eFiling Status / Case Status | Caption | Court / Case Type |
|---|---|---|---|
| 814054/2021 10/12/2021 | Full Participation Recorded Active | Luis J Lebron-Ortiz v. Cellino Plumbing, Inc. et al | Erie County Supreme Court Torts - Motor Vehicle |
| 813811/2021 10/06/2021 | Full Participation Recorded Pre-RJI | Cellino & Barnes, P.C. v. Rheingold, Giuffra, Ruffo & Plotkin, LLP | Erie County Supreme Court Commercial - Business Entity |
| 64226/2021 10/05/2021 | Full Participation Recorded Active | Baase Fentress et al v. Justin Szilva et al | Westchester County Supreme Court Torts - Motor Vehicle |
| 525250/2021 10/05/2021 | Partial Participation Recorded Active | Shilleen Smith v. New York City Transit Access-A-Ride Para Transit Service et al | Kings County Supreme Court Torts - Motor Vehicle |
| 610370/2021 08/12/2021 | Full Participation Recorded Disposed | CELLINO & BARNES, P.C. v. LAW OFFICES OF NEIL MOLDOVAN, P.C. | Nassau County Supreme Court Special Proceedings - Other |
| 155751/2021 06/16/2021 | Full Participation Recorded Active | RONJA KLEEMOLA v. CITY OF NEW YORK et al | New York County Supreme Court Torts - Other |
| 605867/2021 04/01/2021 | Partial Participation Recorded Pre-RJI | In the Matter of the Application of SACCO & FILLAS, LLP v. CELLINO & BARNES | Suffolk County Supreme Court Torts - Other |
| 704717/2021 03/01/2021 | Partial Participation Recorded Pre-RJI | In the Matter of the Application of Sacco & Fillas, LLP v. Cellino & Barnes | Queens County Supreme Court Torts - Other |
| 617497/2020 11/12/2020 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. v. Edelman, Krasin & Jaye | Suffolk County Supreme Court Special Proceedings - Other |
| 156980/2020 08/31/2020 | Full Participation Recorded Disposed | CELLINO & BARNES, P.C. v. KRENSTEL & GUZMAN, LLP | New York County Supreme Court Special Proceedings - Other |
| 805212/2020 06/02/2020 | Full Participation Recorded Disposed | John L Egan v. Cellino & Barnes PC | Erie County Supreme Court Commercial - Contract |
| CA 20-00608 05/21/2020 | Full Participation Recorded | Cellino & Barnes, P.C. v. Martin, Lister & Alvarez, PLC | Appellate Division - 4th Dept Commercial |
| 604835/2020 03/12/2020 | Full Participation Recorded Active | BRYAN FORD v. THE COUNTY OF SUFFOLK et al | Suffolk County Supreme Court Torts - Other Negligence |
| 803104/2020 03/02/2020 | Full Participation Recorded Pre-RJI | Denis J. Bastible v. Cellino & Barnes, P.C. | Erie County Supreme Court Commercial - Contract |
| 651250/2020 02/25/2020 | Partial Participation Recorded Disposed | Ellen B. Sturm v. Cellino & Barnes, P.C. et al | New York County Supreme Court Commercial Division |
| 2019-07942 11/26/2019 | Partial Participation Recorded | JOSEPH DOS SANTOS v. CELLINO & BARNES, P.C. et al | Appellate Division - 2nd Dept Civil Action - General |
| 808198/2019 07/02/2019 | Full Participation Recorded Disposed | CELLINO & BARNES, P.C. v. GOMEZ & BECKER, LLP et al | Erie County Supreme Court Torts - Other |
| 154019/2019 04/15/2019 | Partial Participation | IN THE MATTER OF THE APPLICATION FOR DISTRIBUTION OF ATTORNEY FEES MICHAEL J. | New York County Supreme Court |

| Case #<br>Received Date | eFiling Status<br>Case Status | Caption | Court<br>Case Type |
|---|---|---|---|
| | Recorded<br>Disposed | CROCE, ESQ., P.C. v. LAW OFFICE OF CELLINO AND BARNES | Special Proceedings - Other |
| 706010/2019<br>04/04/2019 | Partial Participation<br>Recorded<br>Disposed | GARY E. ROSENBERG, P.C. v. CELLINO & BARNES, P.C. | Queens County Supreme Court<br>Special Proceedings - Other |
| CA 18-02270<br>12/05/2018 | Partial Participation<br>Recorded | Ross M. Cellino Jr. v. Cellino & Barnes, P.C. et al | Appellate Division - 4th Dept<br>Commercial Division |
| 715863/2018<br>10/17/2018 | Partial Participation<br>Recorded<br>Active | JOSEPH DOS SANTOS v. CELLINO & BARNES, P.C. et al | Queens County Supreme Court<br>Torts - Other<br>Professional Malpractice |
| E2018007807<br>09/28/2018 | Partial Participation<br>Recorded<br>Disposed | CELLINO & BARNES, P.C. - v. - SALVATORE J. MARCERA, JR., ESQ. | Monroe County Supreme Court<br>Special Proceedings - Other |
| 808436/2018<br>05/30/2018 | Full Participation<br>Recorded<br>Disposed | Cellino & Barnes, P.C. - v. - Greene & Reid, PLLC | Erie County Supreme Court<br>Torts - Other |
| 25242/2018E<br>05/03/2018 | **Closed to EF**<br>Disposed | LAW OFFICES OF D.L. SERVICE, P.L.L.C. - v. - CELLINO & BARNES | Bronx County Supreme Court<br>Special Proceedings - Other |
| 806814/2018<br>04/30/2018 | Full Participation<br>Recorded<br>Disposed | Cellino & Barnes, P.C. - v. - Rappaport, Glass, Levine & Zollo, LLP. | Erie County Supreme Court<br>Commercial - Contract |

| Case #<br>Received Date | eFiling Status<br>Case Status | Caption | Court<br>Case Type |
|---|---|---|---|
| 513511/2016<br>08/04/2016 | Full<br>Participation<br>Recorded<br>*Disposed* | SCOTT BARON & ASSOCIATES, P.C. - v. - THE LAW OFFICE OF CELLINO & BARNES, P.C. | Kings County<br>Supreme Court<br>*Torts - Motor Vehicle* |
| 42012/2017E<br>06/30/2016 | Partial<br>Participation<br>Recorded<br>*Disposed* | Cellino & Barnes, P.C. - v. - Peter J. Sweeney et al | Bronx County<br>Supreme Court<br>*Torts - Other* |
| 24247/2016E<br>06/22/2016 | Partial<br>Participation<br>Recorded<br>*Disposed* | DONNA RANDALL - v. - Esperanza Management Corp. et al | Bronx County<br>Supreme Court<br>*Torts - Motor Vehicle* |
| 24207/2016E<br>06/21/2016 | Partial<br>Participation<br>Recorded<br>*Disposed* | Angela Calderon - v. - 156 E. 184th Street Holding, LLC | Bronx County<br>Supreme Court<br>*Torts - Other Negligence* |
| 804299/2016<br>04/26/2016 | Full<br>Participation<br>Recorded<br>*Disposed* | Cellino & Barnes, P.C. f/k/a The Barnes Firm, P.C. - v. - Thomas Rzepka Esq. | Erie County<br>Supreme Court<br>*Torts - Other* |
| 506159/2016<br>04/18/2016 | Full<br>Participation<br>Recorded<br>*Pre-RJI* | Daniel Chaparro Jr. - v. - CELLINO & BARNES, P.C. et al | Kings County<br>Supreme Court<br>*Torts - Other Professional Malpractice* |
| 151628/2016<br>02/25/2016 | Partial<br>Participation<br>Recorded<br>*Disposed* | Segal & Lax, P.C. - v. - Cellino & Barnes, P.C. | New York County<br>Supreme Court<br>*Special Proceedings - Other* |

## Case Search Results

Business/Organization Name: **Cellino**

Sort By: Received Date: newest to oldest ▼

| Case # / Received Date | eFiling Status / Case Status | Caption | Court / Case Type |
|---|---|---|---|
| CA 18-00670 / 04/19/2018 | Partial Participation Recorded | Ross M. Cellino Jr. - v. - Cellino & Barnes, P.C. et al | Appellate Division - 4th Dept / Commercial Division |
| CA 18-00669 / 04/19/2018 | Full Participation Recorded | Ross M. Cellino Jr. - v. - Cellino & Barnes, P.C. et al | Appellate Division - 4th Dept / Commercial Division |
| 812312/2016 / 04/10/2018 | Closed to EF / Active | Cellino & Barnes, P.C. - v. - Law Offices of Richard L. Geller, P.C. et al | Erie County Supreme Court / Torts - Other |
| 810498/2017 / 03/05/2018 | Closed to EF / Active | Cellino & Barnes, P.C. - v. - Law Offices of Lawrence Perry Biondi | Erie County Supreme Court / Commercial - Other |
| 42120/2018E / 08/02/2017 | Full Participation Recorded / Disposed | Cellino & Barnes, P.C. - v. - Law Offices of Lawrence Perry Biondi | Bronx County Supreme Court / Commercial - Other |
| 156077/2017 / 07/06/2017 | Partial Participation Recorded / Disposed | LAW OFFICES OF DAVID J. KRESMAN - v. - CELLINO & BARNES, P.C. et al | New York County Supreme Court / Special Proceedings - Other |
| 808527/2017 / 06/28/2017 | Full Participation Recorded / Disposed | CELLINO & BARNES, P.C. - v. - RAMOS & RAMOS | Erie County Supreme Court / Torts - Other |
| 806178/2017 / 05/10/2017 | Full Participation Recorded / Disposed | Ross M. Cellino Jr. - v. - Cellino & Barnes, P.C. et al | Erie County Supreme Court / Commercial Division |
| 805135/2017 / 04/14/2017 | Full Participation Recorded / Pre-RJI | CELLINO & BARNES,P.C. - v. - EPPINGER, REINGOLD & KORDER | Erie County Supreme Court / Commercial - Contract |
| 153214/2017 / 04/05/2017 | Full Participation Recorded / Active | In the Matter of the Application of Maria T. Vullo, Superintendent of Financial Services of the State of New York, for an Order of Appointment as Ancillary Receiver of - v. - CASTLEPOINT NATIONAL INSURANCE COMPANY | New York County Supreme Court / Special Proceedings - Other |
| 53852/2017 / 03/24/2017 | Partial Participation Recorded / Active | WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2004-OP1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-OP1 v. Albert Cellini et al | Westchester County Supreme Court / Real Property - Mortgage Foreclosure - Residential |
| 803134/2017 / 03/07/2017 | Full Participation Recorded / Disposed | Cellino & Barnes, P.C. - v. - Brown Chiari LLP | Erie County Supreme Court / Commercial - Contract |
| 806947/2016 / 01/30/2017 | Closed to EF / Disposed | Cellino & Barnes, P.C. - v. - Peter J. Sweeney Esq. et al | Erie County Supreme Court / Torts - Other |
| 800045/2017 / 01/04/2017 | Full Participation Recorded / Pre-RJI | Cellino & Barnes, P.C. - v. - Sonkin & Fifer, LLP et al | Erie County Supreme Court / Torts - Other |
| 800125/2017 / 01/03/2017 | Partial Participation Recorded / Pre-RJI | Cellino & Barnes, P.C. - v. - Asher & Associates, P.C. et al | Erie County Supreme Court / Commercial - Contract |
| 604648/2018 / 11/04/2016 | Full Participation Recorded / Disposed | Cellino & Barnes, P.C. - v. - Law Offices of Richard L. Geller, P.C. et al | Nassau County Supreme Court / Torts - Other |
| 811510/2016 / 10/17/2016 | Full Participation Recorded / Disposed | Cellino & Barnes, P.C. - v. - Samuel L. Rosenberg | Erie County Supreme Court / Torts - Other |
| 809205/2016 / 08/18/2016 | Full Participation Recorded / Disposed | Cellino & Barnes, P.C. - v. - Douglas and London, P.C. | Erie County Supreme Court / Torts - Other |

## Case Search Results

Business/Organization Name: **Cellino**

Sort By: Received Date: newest to oldest ⌄

| Case # / Received Date | eFiling Status / Case Status | Caption | Court / Case Type |
|---|---|---|---|
| 801509/2016 02/16/2016 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. - v. - Law Offices of Ami Morgenstern et al | Erie County Supreme Court Torts - Other |
| 700166/2016 01/07/2016 | Partial Participation Recorded Disposed | SCOTT BARON & ASSOCIATES, P.C. - v. - CELLINO & BARNES, P.C. | Queens County Supreme Court Torts - Motor Vehicle |
| 812538/2015 10/26/2015 | **Closed to EF** Disposed | Cellino & Barnes, P.C. - v. - Ganguly Brothers, PLLC | Erie County Supreme Court Tort |
| 812123/2015 10/16/2015 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. - v. - Mark E. Weinberger, P.C. | Erie County Supreme Court Tort |
| 812124/2015 10/16/2015 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. - v. - Finkelstein & Partners, LLP | Erie County Supreme Court Tort |
| 810981/2015 09/14/2015 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. - v. - Davidson Fink, LLP | Erie County Supreme Court Tort |
| 810922/2015 09/11/2015 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. - v. - The Law Offices of Christopher J. Cassar, P.C. | Erie County Supreme Court Tort |
| 708871/2015 08/24/2015 | Partial Participation Recorded Disposed | PABLO UYAGUARI et al v. VICTOR R MARINO et al | Queens County Supreme Court Torts - Motor Vehicle |
| 809583/2015 08/03/2015 | Partial Participation Recorded Pre-RJI | Cellino & Barnes, P.C. - v. - Law Offices of Kenneth A. Wilhelm | Erie County Supreme Court Tort |
| 23977/2015E 07/20/2015 | Full Participation Recorded Disposed | DIONNE WYATT - v. - PINE HILL-KINGSTON BUS CORPORATION et al | Bronx County Supreme Court Tort |
| 806766/2015 06/02/2015 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. - v. - The Battoloro Law Group | Erie County Supreme Court Tort |
| 805578/2015 05/04/2015 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. - v. - Thomas Rzepka Esq. | Erie County Supreme Court Tort |
| 804618/2015 04/08/2015 | Full Participation Recorded Disposed | Joseph Chimento - v. - Cellino & Barnes, P.C. et al | Erie County Supreme Court Tort |
| 801221/2015 01/29/2015 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. - v. - Brian Chapin York Esq. | Erie County Supreme Court Tort |
| 811964/2014 10/15/2014 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. - v. - Law Offices of Christopher J. Cassar, P.C. et al | Erie County Supreme Court Tort |
| 705504/2014 08/06/2014 | Partial Participation Recorded Disposed | GYRELL GRAHAM - v. - CELLINO & BARNES, P.C. et al | Queens County Supreme Court Tort |
| 064598/2014 06/17/2014 | Partial Participation Recorded Disposed | MICHELE GRECO et al - v. - ST. CATHERINE OF SIENA MEDICAL CENTER et al | Suffolk County Supreme Court Medical Malpractice |
| 59457/2014 06/16/2014 | Partial Opt out Recorded Disposed | Peter James Sweeney Esq - v. - Young & Bartlett LLC et al | Westchester County Supreme Court Contract (Non-Commercial) |
| 804866/2014 05/12/2014 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. - v. - Nicholas, Perot, Smith, Bernhardt & Zosh, P.C. | Erie County Supreme Court Tort |
| 803830/2014 04/11/2014 | Full Participation Recorded Disposed | Cellino & Barnes, P.C. - v. - Nelson S. Torre Esq. | Erie County Supreme Court Tort |
| 802162/2014 03/03/2014 | Partial Participation Recorded Pre-RJI | Cellino & Barnes, P.C. - v. - Regina Lewis et al | Erie County Supreme Court Tort |
| 801976/2014 02/26/2014 | Partial Participation Recorded Pre-RJI | Cellino & Barnes, P.C. - v. - Albert L. Parisi Esq. | Erie County Supreme Court Tort |

Case 3:16-md-02741-VC   Document 17248-3   Filed 08/31/23   Page 9 of 10
NYSCEF - New York State Courts Electronic Filing (Live System)

## Case Search Results

Business/Organization Name: **Cellino**

Sort By: Received Date: newest to oldest ▾

| Case # / Received Date | eFiling Status / Case Status | Caption | Court / Case Type |
|---|---|---|---|
| 803472/2013<br>11/19/2013 | Full Participation<br>Recorded<br>*Disposed* | Cellino & Barnes, P.C. - v. - Steven A. Lucia Esq. | Erie County Supreme Court<br>*Tort* |
| 803386/2013<br>11/15/2013 | Full Participation<br>Recorded<br>*Pre-RJI* | Theodore R. Jenkins - v. - Niagara Frontier Transportation Authority et al | Erie County Supreme Court<br>*Tort* |
| 150478/2013<br>01/17/2013 | Full Participation<br>Recorded<br>*Disposed* | Desi Tiburcio - v. - A.A. Truck Renting Corp. et al | New York County Supreme Court<br>*Tort* |
| 158039/2012<br>11/15/2012 | Partial Participation<br>Recorded<br>*Disposed* | JILL SUTTON - v. - MITSUI FUDOSAN (NEW YORK) INC. et al | New York County Supreme Court<br>*Tort* |
| 66762/2012<br>10/08/2012 | Waiting for Consent<br>*Pre-RJI* | Curtis Terry - v. - Dolores Lemonier | Westchester County Supreme Court<br>*Tort* |
| 154777/2012<br>07/23/2012 | Full Participation<br>Recorded<br>*Disposed* | DUANA CREWS et al - v. - AURORA QUIPIT et al | New York County Supreme Court<br>*Tort* |
| 153954/2012<br>06/25/2012 | Partial Participation<br>Recorded<br>*Disposed* | Latoya Cummings - v. - Advance Transit Co., Inc d/b/a Access-A-Ride et al | New York County Supreme Court<br>*Tort* |
| 56781/2012<br>04/27/2012 | Approved for EF<br>*Disposed* | Corey Benjamin et al - v. - Peter Walker | Westchester County Supreme Court<br>*Tort* |
| 152118/2012<br>04/25/2012 | Partial Participation<br>Recorded<br>*Disposed* | Gyrell Graham - v. - New York City Department of Transportation et al | New York County Supreme Court<br>*Tort* |
| 50062/2012<br>01/04/2012 | Waiting for Consent<br>*Pre-RJI* | Gilbert J. Cox et al - v. - Cathey Y. Green | Westchester County Supreme Court<br>*Tort* |

| Case #<br>Received Date | eFiling Status<br>Case Status | Caption | Court<br>Case Type |
|---|---|---|---|
| 800120/2014<br>01/08/2014 | Partial Participation<br>Recorded<br>*Disposed* | Cellino & Barnes, P.C. - v. - Francis M. Letro Esq. et al | Erie County Supreme Court<br>*Tort* |
| 804057/2013<br>12/05/2013 | Partial Participation<br>Recorded<br>*Disposed* | Cellino & Barnes, P.C. - v. - Richard B. Johansen Esq. et al | Erie County Supreme Court<br>*Tort* |
| 803473/2013<br>11/19/2013 | Full Participation<br>Recorded<br>*Disposed* | Cellino & Barnes, P.C. - v. - Thomas C. Pares Esq. | Erie County Supreme Court<br>*Tort* |