# EXHIBIT D

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial $\underline{J \cdot A}$  1.  Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____  2.  I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____  3.  Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7·23·2020

_____
*[Signature of Client]*

JALILA ALI
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

All

1. Brian A. Goldstein, Esq. is requested to continue to represent me on all open matters, with all open matters to be transferred with him/her to Ceiling Law.

2. I have selected new counsel to represent me. All my files, both open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney:

_____

3. Return all files to me at the address listed below.

_____

By signing below, Ceiling & Barnes is authorized to carry out my directives with respect to my legal representation and the disposition of my file.

Dated: _____

_____
Signature of Client

_____
Print Name

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _OK-C_ 1.    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.    I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.    Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _07-23-2020_

_____
[Signature of Client]

_____DEBRA   K.   COREY_____
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Corey

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _____ 1.   Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with.him/her to Cellino Law.

Initial _____ 2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _____9/25/20_____

_____
[Signature of Client]

_____MICHAEL J CRAWFORD_____
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Crawford

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _TF_    1.    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____    2.    I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____    3.    Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _7/23/2020_

_____
[Signature of Client]

_Tim Fitzsimmons_
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Fitzsimmons

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial ___SF___  1.  Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____  2.  I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____  3.  Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: ___7 - 22 - 20___

_____
*[Signature of Client]*

___SEAN  Foster___
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Foster

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _D.H._ 1.  Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.  I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.  Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _7-28-2020_

_Dorothy A. Hill_
[Signature of Client]

_Dorothy A. Hill_
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Hill

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial ___ 1.   Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial ___ 2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial ___ 3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7-25- 2020

_____
*[Signature of Client]*

DEAN W KNAUSS
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Knauss

Case 3:16-md-02741-VC Document 17248-4 Filed 08/31/23 Page 10 of 37

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial A.K.    1.    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____    2.    I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____    3.    Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 07-21-20

*[Signature of Client]*

ANGELINE M. KROLL
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Kroll

## INSTRUCTIONS

## REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _____ 1. Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2. I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3. Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7-27-20

_____
[Signature of Client]

_____
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Shelley

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial $\underline{DC.}$ 1. Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2. I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3. Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: July 23 2020

_____
[Signature of Client]

Diane G Shipley
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Shipley

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _CDW_ 1.   Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _7/ /20_

_Cindy D Winslow_
[Signature of Client]

_CiNDy D WiNSlow_
Print Name

_[signature]_

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Winslow

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _RC_  1.  Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____  2.  I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____  3.  Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _7·23·2020_

_____
[Signature of Client]

_Rebecca A Conlin_
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Conlin

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _CD_    1.    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____    2.    I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____    3.    Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: __7/24/2020__

_____
[Signature of Client]

__Colleen L. DeJohn__
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

DeJohn

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _C.D_  1.  Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____  2.  I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____  3.  Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: __7/23/20__

_Charles Dunn_
*[Signature of Client]*

_Charles Dunn_
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Dunn

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _____    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____  2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____  3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7/27/20

_____
[Signature of Client]

SANDRA HANSEN
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Hansen (Deceased)

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _____ 1.   Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: ___7/22/20___

_____
[Signature of Client]

Daniel Kelley
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Kelley

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _W.R_  1.  Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____  2.  I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____  3.  Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _8/3/20_

I did not receive
this letter until 8/1.
I apologize for the
delay.

_William Ryan_
[Signature of Client]

_William Ryan_
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Ryan

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _____ 1.   Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _July 27, 2020_

_____
[Signature of Client]

_Chris J Van Leuwen_
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

VanLeuwen

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _GDL_    1.    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____    2.    I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____    3.    Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _7-23-20_

_____
[Signature of Client]

Jess Whelan
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Whelan

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _ DJ _   1.   Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____   2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____   3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _ 7/24/2020 _

_Daniel Jasinski_
[Signature of Client]

DANIEL JASINSKI
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Jasinski

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _CM_    1.    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____    2.    I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____    3.    Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: **7/27/20**

_Charles Macli_
[Signature of Client]

_CHARLES MACLI_
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Macli

## INSTRUCTIONS

## REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial **GM**     1.     Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____     2.     I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____     3.     Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: __7/24/2020__

_____
*[Signature of Client]*

ERIC D. MUSSINAN
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Mussinan

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _____ 1.    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.    I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.    Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7/24/2020

_____
[Signature of Client]

Alice Rothen berger
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Rothenberger

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial ⟨W⟩   1.   Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____   2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____   3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7/27/2020

_____
*[Signature of Client]*

Jedword Williams
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Williams

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _____ 1.    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.    I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.    Return all files to me at the address listed below:

190 Brookwood Dr.
Hamburg, NY 14075

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7-28-20

_____
[Signature of Client]

Daniel Badzinski
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Badzinski

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial __CV__  1.  Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____  2.  I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____  3.  Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: July 25, 2020

_____
Cynthia Vavara
*[Signature of Client]*

_____
Cynthia Vavara
Print Name

_____

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Vavara

## INSTRUCTIONS

## REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial ___TVF___ 1.   Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: ___7/23/2020___

Todd V. Faut

*[Signature of Client]*

Todd V. Faut

Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Faut

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _____ 1.    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.    I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.    Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: __7/27/20__

_____
[Signature of Client]

Francine Hillpot
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Hillpot

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me.

Initial _____  1.  Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____  2.  I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____  3.  Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7-22-2020

_____
[Signature of Client]

BRUCE  LAKSO
Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Lakso

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial **D** 1.   Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _Aug 1 2020_

_[Signature]_

_[Signature of Client]_

DAWid R. Leys

Print Name

CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Leys

INSTRUCTIONS

REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial ___ 1.   Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial ___ 2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial ___ 3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7-26-20

_____
[Signature of Client]

John Thomas Nesbith
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Nesbitt

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _____ 1.   Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.   I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.   Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7/24/2020

_____
[Signature of Client]

Joanne Selden
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Pietrzak (deceased)

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial ᴍᴄ  1.  Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____  2.  I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____  3.  Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7/28/20

_____
*[Signature of Client]*

Margaret Chrisman
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Chrisman

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial ~~FRV~~ 1.    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial ~~FRV~~ 2.    I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial ~~FRV~~ 3.    Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: 7/28/2020

_____
[Signature of Client]

Leon B. Komm
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Komm

## INSTRUCTIONS

### REGARDING CLIENT MATTER

I have received your letter of July 20, 2020.

Please do the following with respect to all matter(s) Cellino & Barnes, P.C. is handling for me:

Initial _MAL_ 1.    Brian A. Goldstein, Esq. is requested to continue representing me on all open matters, with all open and closed files to be transferred with him/her to Cellino Law.

Initial _____ 2.    I have selected new counsel to represent me. All my matters, open and closed, are to be transferred to my new counsel. The following counsel will be my new attorney(s):

_____

Initial _____ 3.    Return all files to me at the address listed below:

_____

_____

By signing below, Cellino & Barnes is authorized to carry out my directives with respect to future legal representation and the disposition of my file.

Dated: _7/23/2020_

_____
[Signature of Client]

_MARY ANN LIESINGER_
Print Name

_____
CELLINO & BARNES, P.C.
Brian A. Goldstein, Esq. Managing Attorney, Mass Torts

Liesinger