**EXHIBIT H**

# Brian A. Goldstein

| | |
|---|---|
| **From:** | Ross Cellino |
| **Sent:** | Wednesday, August 31, 2022 3:29 PM |
| **To:** | Brian A. Goldstein |
| **Subject:** | Misc Matters |

As a follow-up to our conversation, you and Alex will continue on CL's payroll till the end of this week. Starting next week, you and Alex will be "Of Counsel" to CL till September 30, 2022. During this time period you will work with Granit to digitally copy the files that will be following you and Alex. You have agreed to take 100% of the Mass Tort files so that there will be no obligation of CL to follow up on any of Mass Tort files. That there are 600 + files that need to be attended to. Granit will stay on our payroll and if he does not follow you in your practice we will have a position available for him. That CL will no longer pay for any disbursements needed for files that will be following you. Arrangements need to be made by you to open your own disbursement checking account to cover any costs that may come up between now and 9/30/22. You will move to your new office on or before 9/30/22.

For any cases that you settle through 9/30/22, you will receive your 10% commission on those cases even if the money and liens are not resolved by 9/30/22.

For Mass Tort files, you are proposing a 60/40 split in your favor and for all other files, 50/50.  I will need to obtain Richie's consent on the proposed fee split.



**ROSS CELLINO**
Cellino Law, LLP
800 Delaware Ave
Buffalo, NY, 14209
Tel: (716) 566-2225
Fax: (716) 259-2020
Web: www.cellinolaw.com
**Car Crash? Call Cellino**