# EXHIBIT I

-----Original Message-----
From: Gregory Pajak <gregory.pajak@cellinolaw.com>
Sent: Thursday, October 22, 2020 3:10 PM
To: Attorneys - All <attorneys-all@cellinolaw.com>
Cc: Karen Byrns <karen.byrns@cellinolaw.com>
Subject: Emailing: Cellino Law Procedures 10_22_2020

Attached is a revised policy and procedure outline--this incorporates many of the suggestions that were discussed when we met. Thank you for your input. Again, this is a work in progress and we will continue to improve the way we do things.

📎 **Cellino Law Procedures 10_22_2020.pdf**
114K

directly to accounting so that any filing fees can be associated with the correct file.

17. FRIENDS AND FAMILY CASES

- Attorneys will receive 50% on any Friends and Family cases. A Friends and Family case is a direct referral from a relative or friend. It also includes a referral from another attorney that is a friend. For examply, if your Aunt Mitilda is in a care accident calls you, you receive 50% of the fee. If an attorney friend of yours refers you a case that attorney gets his or her referral percentage and then you receive 50% of the fee that Cellino Law receives. Friends and Family are not former clients that you represented that came in through the firm's advertising and that contact you again to represent them.