# EXHIBIT J1



Brian A. Goldstein
Founding Partner

**Without Prejudice**
January 5, 2023

Ross M. Cellino, Esq.
Cellino Law, LLP
800 Delaware Avenue
Buffalo, New York 14209

                RE:    *Winans v. Newfane*
                        Index No. (Niagara County) E169868/2019

Dear Mr. Cellino;

Enclosed please find our check in the amount of $11,671.92 in full reimbursement of Cellino Law's case costs/disbursements in this matter. Additionally enclosed please find copies of the following:

- Order Approving Settlement ($■■■■■■)
- Insurance settlement draft ($■■■■■■)
- Signed Release ($■■■■■■)
- Signed Settlement Statement w/consent for fee division (with case expense report)
- Jackson Affidavit w/consent for fee division
- Receipt (Niagara County) Motion Fee ($46.35)
- Lien Payment cover letter and check – Other Party Liability ($9,300.00)

As you are aware, Ms. Jackson was personally referred to me. Goldstein Greco obtained and finalized settlement, liens, drafted & obtained approval for the release & indemnification agreement, Plaintiffs' Motion to Approve the Settlement including medical assessment for apportionment of wrongful death - conscious pain and suffering, Order Approving Settlement, Stipulation, client counseling, consent & approval for final settlement and fee division, and we will necessarily continue to remain involved through Surrogates' Court distribution.

Goldstein Greco obtained Court approval of attorneys' fees totaling $137,500.00. Upon receipt of a copy of this letter signed below (terms applicable to this case only) I will promptly forward our check for attorneys' fees in the amount of $68,750.00.

Very truly yours;

Brian A. Goldstein

**Division of attorneys' fees agreed 50% to Cellino Law and 50% to Goldstein Greco.**

_____
Ross M. Cellino, Esq./Cellino Law, LLP
Encs.
cc: Ms. Terah Jackson (w/o enc.)