# EXHIBIT K

At an IAS Term of Supreme Court
in and for the County of Niagara,
held at the Angelo Delsignore Civic Building
775 Third Street, Niagara Falls, New York
on the 6th day of February 2023

PRESENT: Hon. Frank A. Sedita III, J.S.C.
Justice Presiding

STATE OF NEW YORK
SUPREME COURT: COUNTY OF NIAGARA

MICHAEL J. PUTNAM,

        Plaintiff,

v.

PANERA BREAD COMPANY,
PANERA HOLDINGS CORPORATION
and PANERA, LLC,

        Defendants.

**ORDER**

Index No.: E173764/2020

Assigned Justice:
Hon. Frank A. Sedita III, J.S.C.

In the Matter of the Petition of

LOONEY INJURY LAW, PLLC
and JOHN W. LOONEY, ESQ.
8340 Main Street, Suite 2A
Williamsville, New York 14221

        Petitioners,

v.

CELLINO LAW LLP
and ROSS M. CELLINO, JR., ESQ.
800 Delaware Avenue
Buffalo, New York 14209

        Respondents.

*in re* allocation of the contingent attorney fee
in Supreme Court Index No. E173764/2020

Upon the Notice of Petition originally dated and filed December 11, 2022, amended

December 21, 2022 (NYSCEF Doc. No. 13), the Verified Petition dated December 6, 2022, verified December 7, 2022, and filed December 11, 2022 (NYSCEF Doc. No. 14) by Petitioners Looney Injury Law, PLLC and John W. Looney, Esq., with Exhibits 1-3 (NYSCEF Doc. Nos. 15-17), the Affidavit of John W. Looney, Esq. sworn to December 7, 2022, and filed December 11, 2022 (NYSCEF Doc. No. 18), submitted pursuant to Judiciary §475 Law to determine attorneys' claims and rights to compensation in this action; and Respondents Cellino Law LLP and Ross M. Cellino, Jr., Esq., having filed their Verified Answer, verified January 3, 2023 and filed January 17, 2023 (NYSCEF Doc. No. 27) and the Responding Affidavit of Gregory V. Pajak, sworn to and filed January 17, 2023 (NYSCEF Doc. No. 22), with Exhibits A-D (NYSCEF Doc. Nos. 23-26); and Petitioners having submitted the Reply Affidavit of John W. Looney, Esq., sworn to and filed January 19, 2023 (NYSCEF Doc. No. 28) in further support of the Petition.

NOW, THEREFORE, upon reading and filing the above papers, and after hearing oral argument via Microsoft Teams by Gerald T. Walsh, Esq., counsel for Petitioners, and Gregory V. Pajak, Esq., counsel for Respondents, after due consideration, and the Court having issued a decision from the bench on February 6, 2023, set forth in the transcript attached hereto; it is hereby

ORDERED that Petitioner Looney Injury Law, PLLC is allocated and awarded seventy-five percent (75%) of the attorneys' fee earned in representing Plaintiff in this action; and it is further

ORDERED that Respondent Cellino Law, LLP is allocated and awarded twenty-five percent (25%) of the attorneys' fee earned in representing Plaintiff in this action, and it is further,

ORDERED that Petitioner Looney Injury Law, PLLC shall release funds from its attorney trust account and remit payment of the aforesaid allocations of attorneys' fees as outlined herein.

ENTER : February 22, 2023

_____
Hon. Frank A. Sedita III, J.S.C.