# EXHIBIT M

# Brian A. Goldstein

**From:** Ross Cellino
**Sent:** Tuesday, August 30, 2022 10:24 AM
**To:** David Blaszak; Brian A. Goldstein; Alexander Greco
**Cc:** Annmarie Cellino
**Subject:** RE: ATO License/Setup

Annmarie, just suggested that you should consider using drop box from Google.

**CellinoLaw**

ROSS CELLINO
Cellino Law, LLP
800 Delaware Ave
Buffalo, NY, 14209
Tel: (716) 566-2225
Fax: (716) 259-2020
Web: www.cellinolaw.com
**Car Crash? Call Cellino**

---

**From:** David Blaszak <david.blaszak@cellinolaw.com>
**Sent:** Tuesday, August 30, 2022 9:47 AM
**To:** Brian A. Goldstein <brian.goldstein@cellinolaw.com>; Alexander Greco <alex.greco@cellinolaw.com>
**Cc:** Ross Cellino <ross.cellino@cellinolaw.com>
**Subject:** ATO License/Setup

Brian,
Ross informed me about the upcoming changes this morning. He mentioned that you were looking to buy licenses for ATO and I just wanted to give you a heads up on the costs and setup that goes with that.

Unfortunately, the way ATO works you cannot just by two or three licenses and starting using the system. ATO requires two servers to be setup and a product called Microsoft SQL server. The SQL server licenses alone can run in the thousands of dollars along with the setup times from ATO support etc.

I would estimate it would cost at least 25K to get ATO setup and going for you and Alex along with the time to move all the data for the files.

I would suggest looking at a new cloud/web-based product for your setup and move the data to that. I have not looked in a while, but I am sure they have web-based software packages that cater to Mass Tort practices.

If you have any questions or other concerns, please let me know.

Thank you!



DAVID BLASZAK
DIRECTOR OF INFORMATION TECHNOLOGY
Cellino Law, LLP
800 Delaware Ave
Buffalo, New York, 14209
Tel: (716) 262-8967
Fax: (716) 259-2020
Web: www.cellinolaw.com
**Car Crash? Call Cellino**