# EXHIBIT N

bg@goldsteingreco.com

| | |
|---|---|
| **From:** | Ross Cellino <ross.cellino@cellinolaw.com> |
| **Sent:** | Thursday, October 20, 2022 4:46 PM |
| **To:** | bg@goldsteingreco.com |
| **Cc:** | Gregory V. Pajak; Annmarie Cellino |
| **Subject:** | RE: Proposed settlement of fee disputes for C&B and CL cases. Without prejudice |

Yes to the 60/40 CL med mal cases.  Please send the minor tweaks to the agreement to me.  I am heading out of town on Saturday and will be gone for a week.



**ROSS CELLINO**
Cellino Law, LLP
800 Delaware Ave
Buffalo, NY, 14209
Tel: (716) 566-2225
Fax: (716) 259-2020
Web: www.cellinolaw.com
**Car Crash? Call Cellino**

**From:** bg@goldsteingreco.com <bg@goldsteingreco.com>
**Sent:** Thursday, October 20, 2022 4:43 PM
**To:** Ross Cellino <ross.cellino@cellinolaw.com>
**Cc:** Gregory V. Pajak <gregory.pajak@cellinolaw.com>; Annmarie Cellino <acellino@cellinolaw.com>
**Subject:** RE: Proposed settlement of fee disputes for C&B and CL cases. Without prejudice

Hi Ross, appreciate continuing to work together to resolve.  (1) Yes to 35% on the +/- 30 Barnes cases and Yes to escape clause for those cases so we can button this up. (2)  Yes to 50/50 on C & B Med Mals; the few CL Med Mals are relatively fresh with the majority of work still to be done, one not even sued yet.  Can we agree 60/40 on the few CL Med Mals (same as CL Mass Tort) is ok?  (3) There are a handful of hopefully easier to tweak issues in the remainder of the proposed agreement.  If we are agreed on %, let me know your thoughts on the easiest way to get this done.  Thanks.  Brian



**BRIAN A. GOLDSTEIN**
FOUNDING PARTNER
2354 Wehrle Drive
Buffalo, New York 14221
Tel: (844) 716-4653
Fax: (716) 568-9090
Web: www.goldsteingreco.com

**From:** Ross Cellino <ross.cellino@cellinolaw.com>
**Sent:** Thursday, October 20, 2022 4:00 PM
**To:** bg@goldsteingreco.com
**Cc:** Gregory V. Pajak <gregory.pajak@cellinolaw.com>; Annmarie Cellino <acellino@cellinolaw.com>
**Subject:** Proposed settlement of fee disputes for C&B and CL cases

Brian,

ag@goldsteingreco.com

**From:** Ross Cellino <ross.cellino@cellinolaw.com>
**Sent:** Thursday, October 20, 2022 4:00 PM
**To:** bg@goldsteingreco.com
**Cc:** Gregory V. Pajak; Annmarie Cellino
**Subject:** Proposed settlement of fee disputes for C&B and CL cases

Brian,

Although Rich has not agreed to the following terms:

- 50/50 split on all Mass Tort cases except Barnes Firm cases
- 50/50 split on Med Mal cases that you are handling
- 60/40 split in your favor on all CL Mass Tort Cases
- 60/40 split in your favor on all CL PI cases handled by Alex
- Disbursements paid back to CL at time cases settle
- 35/65 split in our favor for Barnes Firm cases

I believe Daryl and Rich will back down and not litigate the issue if you make a concession on the Barnes Firm cases. However, I will need an escape clause in our settlement agreement that provides if Barnes does litigate down the road that our agreement is vitiated and that each case will become a fee dispute on a case by case basis.

Does that work for you?

Ross
Note: This e-mail may contain privileged or confidential information.