# EXHIBIT O



Brian A. Goldstein

November 9, 2022

Via e-mail ~~micheledjt@gmail.com~~ and U.S. Mail

Ms. ~~Michele F.~~ Cellino

~~West Seneca, NY 14224~~

RE:  Johnson & Johnson Talcum Powder

Dear Ms. Cellino;

Thank you for speaking with our office yesterday. As you are aware, Cellino Law is no longer pursuing Johnson & Johnson Talcum Powder cases. You may recall that I founded and managed the mass tort division at Cellino & Barnes for decades and continued as founding and managing attorney for all mass tort cases at Cellino Law. Accordingly, I am delighted to be able to offer all Cellino Law mass tort cases, including your Johnson & Johnson Talcum Powder case, continued seamless representation with the same attorneys.

Should you wish me to continue pursuit of your case without interruption along with all other Cellino Law mass tort cases, kindly sign and return the enclosed/attached retainer agreement. The agreement provides the identical terms of your prior Cellino Law retainer. Should you instead wish your file sent elsewhere, kindly advise.

I look forward to continuing to represent you and, as always, please feel free to contact me at any time.

Very truly yours;

Brian A. Goldstein

Enc.
cc: AnnMarie Cellino (acellino@cellinolaw.com w/o enc.)

2354 Wehrle Drive, Buffalo, NY 14221 • 844.716.GOLD (4653)
www.goldsteingreco.com

**RETAINER AGREEMENT**

I, ▓▓▓▓▓ Cellino ("CLIENT") retain **GOLDSTEIN GRECO, P.C.** ("ATTORNEY") for personal injuries and damages regarding <u>Talcum Powder.</u> This agreement includes all steps reasonably necessary to bring the action to settlement or verdict. The scope of legal services includes: investigation; securing potential witnesses and evidence; gathering relevant medical records, employment records, wage records, educational records and other records; drafting, filing and responding to court documents; selection and retention of experts and investigators as necessary; appearance at court proceedings, depositions and arbitrations; conducting settlement negotiations; preparing for and conducting trial as appropriate; and maintaining appropriate contact with the client. Representation does not include defending client in any cross or counter claim, appellate practice, surrogate's, probate, estate, bankruptcy, tax, financial advice/counseling, workers' compensation, non-recourse lending/funding, health insurance/Medicare/Medicaid lien resolution and Set Aside funds. There is no guarantee of recovery. Medicare/Medicaid, social services, health insurance companies and others may assert liens or rights against any recovery and recovery may affect entitlement to benefits. Required lien resolution may take a considerable period of time. Attorneys may hire outside assistance in evaluating, negotiating and resolving any healthcare, Medicare, Medicaid or other liens, which will be a cost deducted from my recovery.

Attorneys' fees are in accordance with the Laws and Rules of the New York State Appellate Division and shall be **33 1/3rd percent** which may be calculated, at my choosing, in one of two ways: (a) the costs, disbursements and litigation expenses could be paid by me on an on-going basis during the case, in which case the one-third attorneys' fee would be calculated on the net sum recovered after deducting from the amount recovered the costs, disbursements and litigation expenses; or (b) I may choose to have the law firm pay the costs, disbursements and litigation expenses during the life of the case pursuant to Judiciary Law Section 488(2)(d), then the one-third attorneys' fee shall be calculated on the gross sum recovered before deducting costs, disbursements and litigation expenses. I further understand that attorney shall have to right to cease advancing costs, disbursements and litigation expenses at their discretion.

Understanding the above, I choose the following:

Option (a)  _____  (initials)    (**client wants to pay all costs** upfront)

Option (b)  ▓▓▓▓  (initials)    (**client wants law firm to pay all costs** throughout)

I understand and agree that there will be ongoing evaluation of the claim and I that if attorney determines that the claim is not valid, feasible, reasonable or practical to prosecute or if an impasse or irreconcilable disagreement develops as to the value of the claim or how the claim should further be prosecuted, attorney shall have the right to withdraw from representation.

I agree to promptly advise attorney of any bankruptcies, lien notifications, change in address/phone, and to secure and maintain all evidence including social media. I understand and agree if there is a change of counsel, attorney I grant attorneys an attorneys' lien on the file for costs and attorneys' fees. I may have the right to arbitrate any fee dispute under the New York State Fee Dispute Resolution Program.

**THERE WILL BE <u>NO</u> ATTORNEYS FEES OWED AND THERE WILL BE <u>NO</u> COSTS OWED UNLESS A RECOVERY IS OBTAINED**

I fully understand this retainer agreement and have had any questions explained to my satisfaction. I have had sufficient time to review this retainer agreement and to reflect upon my choice of counsel.

X ▓▓▓▓▓ Cellino                                  11-14-22
CLIENT SIGNATURE                                 Date

X _(signature)_                                  11-16-2022
ATTORNEY SIGNATURE                               Date