1 | Anthony R. Martinez
2 | SHOOK, HARDY & BACON L.L.P.
3 | 2555 Grand Blvd.
    Kansas City, MO 64108
    Telephone: (816) 474-6550
    Facsimile: (816) 421-5547
4 | amartinez@shb.com

5 | *Attorney for Defendant*
    *MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md-2741-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF ANTHONY R. MARTINEZ ON BEHALF OF MONSANTO COMPANY** |
| *Ellen Gilberg v. Monsanto Co.* Case No. 3:20-cv-07735-VC |  |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Anthony R. Martinez of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant Monsanto Company in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

August 31, 2023                                  Respectfully Submitted,

                                                By:  */s/ Anthony R. Martinez*
                                                    Anthony R. Martinez
                                                    SHOOK, HARDY & BACON L.L.P.
                                                    2555 Grand Blvd.
                                                    Kansas City, MO 64108
                                                    Telephone: (816) 474-6550
                                                    Fax: (816) 421-5547
                                                    amartinez@shb.com

                                                    *Attorney for Defendant*
                                                    *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Anthony R. Martinez, hereby certify that, on August 31, 2023 I electronically filed NOTICE OF APPEARANCE OF ANTHONY R. MARTINEZ ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                                 */s/ Anthony R. Martinez*
                                                 Anthony R. Martinez

                                                 *Attorney for Defendant*
                                                 *MONSANTO COMPANY*