Jeffrey Louis Haberman
Schlesinger Law Offices, P.A.
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
(954) 320-9507
Fax: (954) 320-9509
JHaberman@schlesingerlaw.com

*Attorney for Plaintiff*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to: *Ellen Gilberg v. Monsanto Company* Case No. 3:20-cv-07735-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs. Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

| | |
|---|---|
| 1  DATED:  August 31, 2023 | Respectfully submitted, |
| 2 | */s/ Jeffrey Louis Haberman* |
| 3 | Jeffrey Louis Haberman |
|   | Schlesinger Law Offices, P.A. |
| 4 | 1212 Southeast Third Avenue |
|   | Fort Lauderdale, FL 33316 |
| 5 | (954) 320-9507 |
|   | Fax: (954) 320-9509 |
| 6 | JHaberman@schlesingerlaw.com |
| 7 | *Attorney for Plaintiff* |
| 8 | */s/ Anthony R. Martinez* |
|   | Anthony R. Martinez |
| 9 | (amartinez@shb.com) |
|   | SHOOK, HARDY & BACON, LLP |
| 10 | 2555 Grand Blvd |
|    | Kansas City, MO 64108 |
| 11 | Tel: (816) 474-6550 ext. 2001 |
| 12 | *Attorney for Defendant Monsanto Company* |

2
STIPULATION OF DISMISSAL WITH PREJUDICE
3:16-md-02741-VC & 3:20-cv-07735-VC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*