1  Jennise W. Stubbs
2  SHOOK, HARDY & BACON L.L.P.
   600 Travis Street, Suite 3400
3  Houston, TX 77002-2926
   Telephone: (713) 227-8008
4  Facsimile: (713) 227-9508
   jstubbs@shb.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-2741-VC |
| This document relates to: *Raymond Mistich v. Monsanto Co.* Case No. 3:23-cv-04015-VC | **NOTICE OF APPEARANCE OF JENNISE W. STUBBS ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jennise W. Stubbs of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant Monsanto Company in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

September 1, 2023                             Respectfully Submitted,

                                              By:  */s/ Jennise W. Stubbs*
                                                   Jennise W. Stubbs
                                                   SHOOK, HARDY & BACON L.L.P.
                                                   600 Travis Street, Suite 3400
                                                   Houston, TX 77002-2926
                                                   Telephone: (713) 227-8008
                                                   Facsimile: (713) 227-9508
                                                   jstubbs@shb.com

                                                   *Attorney for Defendant*
                                                   *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Jennise W. Stubbs, hereby certify that, on September 1, 2023 I electronically filed NOTICE OF APPEARANCE OF JENNISE W. STUBBS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

 */s/ Jennise W. Stubbs*
Jennise W. Stubbs

*Attorney for Defendant*
*MONSANTO COMPANY*