# EXHIBIT A

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:2021-4605                                                    DIVISION: A-16

RAYMOND MISTICH

VERSUS

MONSANTO COMPANY, ET AL

FILED: _____                    _____
                                                                    **DEPUTY CLERK**

**DEFENDANT MONSANTO COMPANY'S
NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF RAYMOND MISTICH**

**PLEASE TAKE NOTICE** that pursuant to the Louisiana Code of Civil Procedure, Defendant Monsanto Company, by and through their counsel, will take the deposition upon oral examination of Plaintiff **Raymond Mistich** commencing at **10:00 A.M. CST on March 24, 2022** and continuing day-to-day until the examination is completed.

The deposition will be taken before an official Court Reporter and Notary Public or other officer duly authorized to administer oaths and will be recorded stenographically and by videotape at the **Hampton Inn Covington, 68700 Highway 190 Service Road, Covington, Louisiana 70433**. You are hereby notified and invited to appear and take part as you deem appropriate.

Please take further notice that the deponent shall bring to the deposition the documents listed in Attachment A.

Respectfully submitted,

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso (Bar No. 02814)
Shaun P. McFall (Bar No. 37225)
Barrasso Usdin Kupperman
Freeman & Saver, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Lousiana 70112
Telephone: (504) 589-9720
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com
smcfall@barrassousdin.com

*Attorneys for Defendant*
  *MONSANTO COMPANY*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 22nd day of February, 2022.

_____

**ATTACHMENT A**

**DEFINITIONS**

(a) "COMMUNICATION" or "COMMUNICATIONS" means the transmittal of information by any means.

(b) "COMPLAINT" and "LAWSUIT" means the Complaint filed on or about May 28, 2021 by plaintiff Raymond Mistich against Defendant Monsanto Company, currently pending in Civil District Court for the Parish of Orleans, Docket No. 2021-04605.

(c) "DOCUMENT" or "DOCUMENTS" means all tangible and electronic things and recorded information, including any written, printed, recorded or graphic matter, computer generated or maintained matter, photographic matter, film or videotaped matter, and all written, typed or printed matter and all electronic, magnetic or other records, including both the original and/or non-identical draft(s). Examples of Documents include, but are not limited to, handwritten, typed, or printed papers; letters, cards, memoranda, notes; invoices, purchase orders, financial statements, manuals, receipts; diaries, logs, journals, calendars; electronic mail, discussion board postings, blogs, chat room messages and posts, and social media communications (*e.g.*, posts or messages sent via Facebook, Facebook Messenger, LinkedIn, MySpace, Snapchat, Twitter, FourSquare, Pinterest, Gmail, Yahoo, Comcast, Verizon, iChat, Apple FaceTime, AOL Instant Messenger, BlackBerry Messenger, etc.); phone text messages, voicemail recordings, facsimile, notes of telephone conversations; drawings, photographs, audio, tapes, disks, videotape recordings, DVD recordings, CD-ROM, films, and other forms of electronically or magnetically maintained information.

(d) "GLYPHOSATE" or "GLYPHOSATE PRODUCTS" means any product containing glyphosate, *N*-(phosphonomethyl) glycine, and/or $C_3H_8NO_5P$. Such term includes but is not limited to ROUNDUP®-BRANDED PRODUCTS.

(e) "HEALTH CARE PROVIDER" means any hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, psychiatric, mental, emotional or psychological care or advice and any doctor, physician, surgeon, oncologist, radiologist, endocrinologist, clinical geneticist, natural health care provider, rheumatologist, homeopath, osteopath, chiropractor, paramedic, nurse (registered or otherwise), physician's assistant, physiotherapist, psychologist, psychiatrist, therapist, or any other person practicing any healing art, or performing any physical, radiological, or mental evaluation or examination, or any other persons or entities involved in the evaluation, diagnosis, care and/or

4

treatment of Plaintiff Raymond Mistich.

(f) "MONSANTO" means defendant Monsanto Company, headquartered in St. Louis County, Missouri.

(g) "NON-PESTICIDE PRODUCTS" is any agent other than PESTICIDES that are used in the construction, cleaning, maintenance, repair, or destruction of any part of any buildings, grounds, tangible item, or other property.

(h) "PESTICIDES" or "OTHER PESTICIDE PRODUCTS" means any substance or mixture of substances intended for preventing, destroying, repelling, or mitigating any pest, weed, or intended for use as a plant regulator, defoliant, or desiccant. The term PESTICIDES includes but is not limited to substances intended for the controlling, destroying or inhibiting the growth of unwanted plants, weeds and vegetation, commonly referenced as herbicides, unwanted insects, larvae, and eggs, commonly referenced as insecticides, and unwanted parasitic fungi, commonly referenced as fungicides. Such term includes but is not limited to ROUNDUP®-BRANDED PRODUCTS and GLYPHOSATE PRODUCTS.

(i) "RELATING TO" (including the other tense forms) means describing, constituting, reflecting, showing, comprising, considering, discussing, regarding, setting forth, studying, analyzing, commenting upon recommending, alluding to or mentioning, in whole or in part.

(j) "ROUNDUP®-BRANDED PRODUCTS" means GLYPHOSATE PRODUCTS labeled and/or packaged as the Roundup® brand. Such term excludes GLYPHOSATE PRODUCTS not labeled and/or packaged as the Roundup® brand.

## DOCUMENT REQUESTS

1. ALL notes (including electronic versions) made by you in preparation for your deposition.

2. ALL DOCUMENTS that relate to your loss of consortium claim in the above-captioned case.

3. ALL DOCUMENTS that constitute, contain, or refer to your or Raymond Mistich's use, handling, application, or purchase of any PESTICIDE, including but not limited to any diaries, journals, calendars, notes, inventory lists, schedules, receipts, and chronologies (including electronic versions).

4. ALL DOCUMENTS that constitute, contain, or refer to your or Raymond Mistich's use, handling, application, or purchase of ROUNDUP®-BRANDED PRODUCTS or any other

5

glyphosate-containing products, including but not limited to any diaries, journals, calendars, notes, inventory lists, schedules, receipts, and chronologies (including electronic versions).

5. ALL DOCUMENTS that constitute, contain, or refer to Raymond Mistich's use, handling, application, or purchase of NON-PESTICIDE PRODUCTS, including but not limited to any diaries, journals, calendars, notes, inventory lists, schedules, receipts, and chronologies (including electronic versions).

6. ALL DOCUMENTS, including medical records, diaries, journals, calendars, notes, schedules, chronologies (including electronic versions of such documents), and other writings, which relate to Raymond Mistich's Mycosis Fungoides, including his diagnosis and treatment for this condition.

7. ALL DOCUMENTS exchanged between you and any of Raymond Mistich's HEALTH CARE PROVIDER (or any staff associated therewith) relating to Mr. Mistich's Mycosis Fungoides diagnosis, treatment, or condition.

8. ALL DOCUMENTS exchanged between you and any of Raymond Mistich's HEALTH CARE PROVIDERS (or staff associated therewith) RELATING TO the subject matter of this LAWSUIT or MONSANTO, including any discussion about Mr. Mistich's use of ROUNDUP®-BRANDED PRODUCTS or other glyphosate-containing products, and whether exposure to such products caused or contributed to Mr. Mistich's Mycosis Fungoides.

9. ALL DOCUMENTS and COMMUNICATIONS (including electronic communications, such as e-mails, social media messages or posts, and text messages) that you have made or received over the past forty (40) years, and continuing through the present, which RELATE TO MONSANTO, ROUNDUP®-BRANDED PRODUCTS, GLYPHOSATE, Raymond Mistich's use of PESTICIDES, Mr. Mistich's Mycosis Fungoides, or the subject matter of this LAWSUIT.

10. ALL medical bills (including bills paid by insurers or other third party payors) or documents referring or relating to any medical bills, which you contend are related to any injuries caused by Raymond Mistich's use or exposure to ROUNDUP®-BRANDED PRODUCTS or other glyphosate-containing products as alleged in the above-captioned LAWSUIT.

11. ALL DOCUMENTS that refer or relate to the properties Raymond Mistich listed

6

in Section VII, Subpart C in his Plaintiff's Fact Sheet, where Mr. Mistich allegedly used ROUNDUP®-BRANDED PRODUCTS or other glyphosate-containing products, including maps, drawings, legal property descriptions, aerial and/or street view photographs, and any documents that identify the size or square footage of such properties and dwellings.

12. ALL DOCUMENTS that constitute, contain, refer to, or RELATE TO any COMMUNICATION you have had with any manufacturer or supplier about any pesticide or herbicide.

13. ALL DOCUMENTS that constitute, contain, refer to, or RELATE TO any COMMUNICATION you have had with MONSANTO, MONSANTO subsidiaries, or MONSANTO-related vendors.

14. ALL DOCUMENTS that constitute, contain, refer to, or RELATE TO any COMMUNICATION you have had with the U.S. Environmental Protection Agency.

15. ALL DOCUMENTS that RELATE TO any bankruptcy proceeding filed by you, claims filed against you, or settlement of bankruptcy proceeding.

16. ALL DOCUMENTS that RELATE TO any lawsuit, court proceeding, or other litigation brought by you, against you, or involving you in any manner.

17. ANY ROUNDUP®-BRANDED PRODUCTS or other glyphosate-containing products in your possession, custody, or control that Raymond Mistich used.

18. ALL DOCUMENTS RELATING TO any ROUNDUP®-BRANDED PRODUCTS or other glyphosate-containing products Raymond Mistich used, including packaging, instructions, catalogs, pamphlets, brochures, advertisements, or written materials.

19. ALL DOCUMENTS, including all journal articles, newspaper articles, scientific literature, printouts from Internet websites, and written or published materials in your possession, custody, or control that concern PESTICIDES, ROUNDUP®-BRANDED PRODUCTS, or other glyphosate-containing products and the alleged health risks of using such products.

20. ALL photographs, videos, or other images or recordings in your possession, custody, or control that are related to your and Raymond Mistich's injuries, damages, or causes of action alleged in this LAWSUIT.

7