# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF GREGORY S. CHERNACK IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |
| This document relates to:<br><br>*Raymond Mistich v. Monsanto Company et al.*,<br>Case No. 3:23-cv-04015-VC | |

1. My name is Gregory S. Chernack. I am a partner with the law firm Hollingsworth LLP, and I am counsel for Defendants Monsanto Company and Harry's Hardware, Inc. ("Harry's") in the above-captioned action. I am over the age of eighteen. If I were called to testify, I could and would competently testify to the statements set forth below. The statements made in this declaration are based on my personal knowledge and involvement in this case.

2. I am familiar with the pleadings, files, and documents in this case, including emails between counsel and the state of discovery.

3. Plaintiffs in this case served Harry's with Requests for Admission, Interrogatories, and Requests for Production. However, even after confirming with Harry's counsel that responses to the Requests for Production and Interrogatories remained outstanding, Plaintiffs never actually required Harry's to respond to these discovery requests.

4. One of the Requests for Production included a request for "any and all purchase orders for Roundup by Harry's between 1980 to today." Counsel for Harry's informally responded to counsel for Plaintiff, explaining that Harry's did not have "purchase orders" but did receive deliveries of Roundup®-branded products. Counsel for Harry's further offered to facilitate the inspection of "paperwork from such deliveries from Ace going back to 2015." Plaintiffs' counsel responded as follows: "No I don't need to review those PO's for post 2015."

5. Plaintiffs did not take (or attempt to take) any depositions of Harry's or its employees and did not otherwise develop any information during discovery to establish that Harry's had actual or constructive knowledge, during the relevant period, that Roundup®-branded herbicides cause cancer or that the labeling for those herbicides was inadequate.

6. Monsanto noticed the decedent (and original plaintiff) Raymond Mistich's deposition for March 24, 2022. Mr. Mistich's counsel subsequently informed Monsanto that Mr. Mistich was unable to be deposed for health reasons. Monsanto withdrew the deposition notice. Thereafter, counsel for Plaintiffs never informed Monsanto that Mr. Mistitch was well enough to be deposed.

I declare under penalty of perjury that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

Executed on August 31, 2023.

_____
Gregory S. Chernack

1