# EXHIBIT C

```
 1                    CIVIL DISTRICT COURT

 2                     PARISH OF ORLEANS

 3                     STATE OF LOUISIANA

 4     No.  2021-4605              Division A-16

 5                      RAYMOND MISTICH

 6                          versus

 7                  MONSANTO COMPANY, ET AL

 8

 9

10       Video deposition of JANEIECE YVONNE MISTICH,

11    taken on Tuesday, May 30, 2023, at the Courtyard

12    Marriott, located at 101 Northpark Boulevard,

13    Covington, Louisiana  70433, commencing at 9:10

14    a.m.

15

16

17

18

19

20

21    Reported by:
                QUINCEE B. ROCCAFORTE
22              CERTIFIED COURT REPORTER
                REGISTERED PROFESSIONAL REPORTER
23

24

25
```

```
 1   this document, as well as -- and actually let me
 2   ask you this.  When did you edit what we marked as
 3   Exhibit 3?
 4        A.   Today.
 5        Q.   Other than -- so the handwritten notes
 6   on Exhibit 3 and the notes you handed me which we
 7   marked as Exhibit 2, did you take any other notes,
 8   including any electronic in preparation for today's
 9   deposition?
10        A.   I did not.
11        Q.   Okay.  Have you -- do you have any
12   other documents you rely upon in support of your
13   lawsuit?
14        A.   I do not.
15        Q.   Okay.  Do you have any documents
16   regarding your husband's use or handling or
17   purchase of any pesticide, including, but not
18   limited to Roundup®?
19        A.   No.  We weren't people to -- we weren't
20   people to keep receipts.
21        Q.   Do you have any documents about any
22   pesticide or Roundup® that your husband purchased
23   or used?
24        A.   No, I do not.
25        Q.   Okay.  Do you have any correspondence
```

1    Q.    You said it was your husband that would
2  almost always be the one to purchase any type of
3  Roundup® product, correct?
4    A.    Correct.
5    Q.    And you said you might have, but you're
6  not sure?
7    A.    No, I don't remember ever buying any
8  Roundup® products, because that was something he
9  knew he wanted.  I mean, he knew what he wanted.
10 He knew what brand.  You know, he knew what he
11 wanted, and I just -- I didn't even go into Ace
12 Hardware very often.
13   Q.    So where would he go to purchase it?
14   A.    He would buy it -- there's a hardware
15 store in New Orleans East that was on -- I can
16 picture where it is.  I think -- I want to say it
17 was on Downman Road, but it was Ace Hardware.
18 Larry Giroir owned it.  Larry and Betty Giroir
19 owned it.  I do know that because we knew them
20 personally.
21   Q.    Is that the only location -- is that
22 one or two locations?
23   A.    That's one location, Ace Hardware.
24   Q.    Okay.
25   A.    But I mean, that's in New Orleans, when

```
 1   he moved in Mandeville.  I'm sure he used the Ace
 2   Hardware around the corner, because that's
 3   where -- that was closest.  That's on Florida
 4   Street, and there's an Ace Hardware right in there
 5   next to -- close to set Saia's.  I don't know the
 6   actual address, but it's on Florida Street.
 7        Q.   Are you aware that Harry's Ace Hardware
 8   is also a defendant in this lawsuit?
 9        A.   What is a defendant?  Oh wait, no.
10        Q.   You've also sued Harry's.
11        A.   Oh.
12        Q.   Are you aware of that?
13        A.   I'm aware that those were the two
14   hardware stores that he used.  I did not know -- I
15   didn't know you-all sued the company.
16             You sued the company --
17        Q.   No.  No.
18        MR. BOLING:
19             No, you did.
20        THE WITNESS:
21             I'm confused.
22        MR. BOLING:
23             You did.
24        MR. CHERNACK:
25             Or your husband did.
```

```
 1            THE WITNESS:
 2                 My husband did.
 3            MR. BOILING:
 4                 Greg personally did not.
 5            MR. CHERNACK:
 6                 I did not.
 7            THE WITNESS:
 8                 My husband did.  I'm sorry.
 9    BY MR. CHERNACK:
10       Q.   Do you know -- I assume the answer is
11    you don't, but I'm going to ask anyway.
12            Do you know why you selected those --
13    that hardware store to sue and not others where he
14    bought the product?
15       A.   Because my husband usually purchased
16    what he needed close to the house.  And Ace's
17    Hardware was the only hardware store in New Orleans
18    East that we used.  That's the reason
19    I would -- that's the reason I am sure my husband
20    selected that one because that's where he
21    used -- that's where he purchased Roundup®.
22       Q.   But he also purchased from a
23    different -- from a location in Mandeville,
24    correct?
25       A.   Correct.  That's after we moved from
```

1  New Orleans East, yes.
2       Q.    Sure.
3             But you -- okay.
4       A.    When we moved to the Northshore, we
5  used Ace's -- we used Harry's hardware store, yes.
6  It changed names, though.  Yes.
7       Q.    Am I correct your husband would not go
8  to New Orleans East to purchase Roundup® after you
9  moved to Mandeville?
10      A.    Correct.
11      Q.    Okay.  When would be the last time your
12 husband purchased Roundup® in New Orleans to your
13 knowledge?
14      A.    Probably before we moved.  We moved to
15 the Northshore in 1991.  So I would say 1991.
16      Q.    Okay.  Do you know when your husband
17 would purchase Roundup®, how much he would
18 purchase?
19      A.    No.
20      Q.    Not in terms of money, in terms of like
21 number of bottles, number of --
22      A.    I do not know.
23      Q.    Do you know how often he would purchase
24 Roundup®?
25      A.    All I know is whenever he would get

1            Okay.  I don't have anything else right
2      now.
3      MR. BOLING:
4            You got my questions about the sprayer.
5      I'm good.
6      MR. CHERNACK:
7            I just want to say, again, I'm really
8      sorry about your husband's passing.  Just we
9      know it's difficult and I appreciate you
10     giving us the time today.  And I know which
11     at times it was tough for you.  So thank you.
12     I hope you stay well, and we can go off the
13     record.
14     THE VIDEOGRAPHER:
15           This concludes today's deposition.
16     We're now off the record.
17           The time is 1:46.
18     (At this time, 1:46 p.m., testimony was
19     concluded and the record was closed.)
20
21
22
23
24
25

```
 1                  REPORTER'S CERTIFICATE

 2
         I, QUINCEE B. ROCCAFORTE, Certified Court
 3   Reporter in and for the State of Louisiana,
     Certificate No. 21016, as the officer before whom
 4   this testimony was taken, do hereby certify that
     JANEIECE YVONNE MISTICH, after having been duly
 5   sworn by me on May 30, 2023, upon authority of R.S.
     37:2554, did testify as hereinbefore set forth in
 6   the foregoing 201 pages;
         That this testimony was reported by me in the
 7   stenotype reporting method, was prepared and
     transcribed by me or under my personal direction
 8   and supervision, and is a true and correct
     transcript to the best of my ability and
 9   understanding;
         That the transcript has been prepared in
10   compliance with transcript format guidelines
     required by statute or by rules of the board, and
11   that I am informed about the complete arrangement,
     financial or otherwise, with the person or entity
12   making arrangements for deposition services;
         That I have acted in compliance with the
13   prohibition on contractual relationships, as
     defined by Louisiana Code of Civil Procedure
14   Article 1434 and in rules and advisory opinions of
     the board;
15       That I have no actual knowledge of any
     prohibited employment or contractual relationship,
16   direct or indirect between a court reporting firm
     and any party litigant in this matter or is that
17   any such relationship between myself and a party
     litigant in this matter.
18       I am not related to counsel or to the parties
     herein, nor am I otherwise interested in the
19   outcome of this matter.

20
         Dated this 23rd day of June, 2023.
21

22

23
                         /s:/ Quincee B. Roccaforte
24                       QUINCEE B. ROCCAFORTE, CCR, RPR
                         Certificate No. 21016
25
```