1 | **SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman
2 | Sarah J. Schultz
3 | 1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
4 | Telephone: (954) 467-8800
Facsimile: (954) 320-9509
5 | jhaberman@schlesingerlaw.com
sarah@schlesingerlaw.com
6 |
7 | *Attorneys for Plaintiff, Peter Engilis*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No: 2741 |
|---|---|
| | Case No.: 3:19-cv-07859-VC |
| Peter Engilis, Jr., *et al*., | **PLAINTIFFS' NOTICE OF WITHDRAWAL OF EXPERT JOEL GAGNIER, PH.D.** |
| Plaintiff, | |
| vs. | **Hearing date: September 11-12, 2023** |
| Monsanto Company., | **Time: 10:00 a.m.** |
| Defendant. | |
| Individual Case No.: 3:19-cv-07859-VC | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs hereby withdraw Joel Gagnier, Ph.D. as an expert witness in this case. Plaintiff will not be calling Dr. Gagnier at trial. Accordingly, Defendant's Motion to Exclude the Testimony of Joel J. Gagnier, Ph.D. should be denied as moot. (Doc. 27).

DATED:  September 6, 2023                    Respectfully submitted,

                         */s/ Jeffrey L. Haberman*
                         JEFFREY L. HABERMAN (*pro hac vice*)
                         **SCHLESINGER LAW OFFICES, P.A.**

                         *Attorneys for Plaintiff, Peter Engilis*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: /s/ Jeffrey L. Haberman
Jeffrey L. Haberman