# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 11, 2023 | **Time:** 4 hours | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC, 3:19-cv-07859-VC | **Case Name:** In re Roundup Products Liability Litigation, Engilis, Jr. et al v. Monsanto Company | |

**Attorney for Government:** Jeffrey Haberman
**Attorney for Defendant:** Brian Stekloff, Sarah Neuman

**Deputy Clerk:** Bhavna Sharma          **Court Reporter:** Belle Ball

## PROCEEDINGS:

Evidentiary Hearing – held.

## RULINGS AND ORDERS:

**Witnesses:** Dr. Ambrose Charles

**Exhibits admitted:** 1, 2, 4, 5, 7, 8, 12.