UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN SULLIVAN <br><br> Plaintiff(s) <br><br> v. <br><br> MONSANTO COMPANY <br><br> Defendant(s) | CASE NUMBER <br> MDL No. 2741 <br> Master Docket Case No. 16-md-02741-VC <br> 3:20-cv-03549-VC <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Dan Sullivan     ☒ Plaintiff ☐ Defendant ☐ Other
_Name of Party_

to substitute Kristy M. Arevalo who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

3281 E. Guasti Road, Suite 100
_Street Address_

Ontario, CA  91761                               kma@mccunewright.com
_City, State, Zip_                                   _E-Mail Address_

(909) 557-1250              (909) 557-1275              216308
_Telephone Number_            _Fax Number_                _State Bar Number_

as attorney of record instead of Clarissa E. Kearns
_List **all** attorneys from same firm or agency who are withdrawing._

**is hereby**     ☐ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                           _____
                                                        U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)     (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY