Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
amartinez@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Livier Chavez v. Monsanto Company*<br>Case No. 3:20-cv-06775-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF ANTHONY R. MARTINEZ PURSUANT TO THIS COURT'S ORDER [DKT. 24 AND 17238]** |

Counsel submits this Declaration pursuant to this Honorable Court's Order (Dkt. 24 and 17238) entered on August 30, 2023 (the "Order").

I, Anthony R. Martinez hereby declare as follows:

1. I am an attorney at the law firm of Shook, Hardy & Bacon LLP, counsel for Monsanto Company ("Monsanto"). I make this declaration pursuant to the Court's Order. This declaration is based on my personal knowledge, and if called to testify, I would and could testify on these matters.

2. On August 30, 2023, the Judge ordered Monsanto to "make its best effort to find a mailing address for the plaintiff and attempt to serve a copy of this Order on her."

3. Counsel attempted to find Plaintiff Livier Chavez's mailing address on a public records search, but was unsuccessful due to a lack of information about Plaintiff Livier Chavez.

4. Counsel corresponded with Kyra Andrassy, the attorney representing the Chapter 7 Trustee for the bankruptcy estate of the Girardi Keese, the firm that previously

       represented Plaintiff Livier Chavez.

5. Ms. Andrassy provided Counsel with Plaintiff Livier Chavez's last known address.

6. Counsel mailed the Order to Plaintiff Livier Chavez at that last known address via Certified Mail Return Receipt Requested and Regular U.S. Mail on September 7, 2023.

7. As of September 13, 2023, the status of the Certified Mail Return Receipt Requested mailing is "Moving Through Network – In Transit to Next Facility." Counsel will continue to track this mailing via the USPS website and tracking number 9414726699042165863099.

I declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 13th day of September in Kansas City, Missouri.

                                            */s/ Anthony R. Martinez*
                                            Anthony R. Martinez

2

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on September 13, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CMF/ECF system which sent notice of the filing to all appearing parties of records.

                */s/ Anthony R. Martinez*
                Anthony R. Martinez