1  Anthony R. Martinez
2  SHOOK, HARDY & BACON L.L.P.
   2555 Grand Blvd.
   Kansas City, MO 64108
3  Telephone: (816) 474-6550
   Facsimile: (816) 421-5547
4  amartinez@shb.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6
                    **UNITED STATES DISTRICT COURT**
7                   **NORTHERN DISTRICT OF CALIFORNIA**

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
9  | | Case No. 3:16-md-2741-VC |
10 | This document relates to: | |
11 | *Tammy Lanier v. Monsanto Co.* | **NOTICE OF APPEARANCE OF ANTHONY R. MARTINEZ ON BEHALF OF MONSANTO COMPANY** |
12 | Case No. 3:20-cv-04751-VC | |

13

14  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

15         PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Anthony R. Martinez of the
16  firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant Monsanto
17  Company in the above-captioned matter and respectfully requests that all pleadings, notices, orders,
18  correspondence, and other papers in connection with this action be served on and directed to the
19  undersigned counsel.

20  September 13, 2023                               Respectfully Submitted,

21
                                                    By: */s/ Anthony R. Martinez*
22                                                       Anthony R. Martinez
                                                         SHOOK, HARDY & BACON L.L.P.
23                                                       2555 Grand Blvd.
                                                         Kansas City, MO 64108
24                                                       Telephone: (816) 474-6550
                                                         Fax: (816) 421-5547
25                                                       amartinez@shb.com

26                                                       *Attorney for Defendant*
                                                         *MONSANTO COMPANY*
27

28

**CERTIFICATE OF SERVICE**

I, Anthony R. Martinez, hereby certify that, on September 13, 2023 I electronically filed NOTICE OF APPEARANCE OF ANTHONY R. MARTINEZ ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                           */s/ Anthony R. Martinez*
                                           Anthony R. Martinez

                                           *Attorney for Defendant*
                                           *MONSANTO COMPANY*