Ashleigh Ruth Madison
Southeast Law, LLC
1703 Abercorn Street
Savannah, GA 31401
912-662-6612
Fax: 877-417-2943
southeastlaw@gmail.com

*Attorney for Plaintiff*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Tammy Lanier v. Monsanto Company*<br>Case No. 3:20-cv-04751-VC | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal, without prejudice, of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs.  Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

| | |
|---|---|
| DATED: September 13, 2023 | Respectfully submitted, |
| | */s/ Ashleigh Ruth Madison* |
| | Ashleigh Ruth Madison |
| | Southeast Law, LLC |
| | 1703 Abercorn Street |
| | Savannah, GA 31401 |
| | 912-662-6612 |
| | Fax: 877-417-2943 |
| | southeastlaw@gmail.com |
| | |
| | *Attorney for Plaintiff* |
| | |
| | */s/ Anthony R. Martinez* |
| | Anthony R. Martinez |
| | (amartinez@shb.com) |
| | SHOOK, HARDY & BACON, LLP |
| | 2555 Grand Blvd |
| | Kansas City, MO 64108 |
| | Tel: (816) 474-6550 ext. 2001 |
| | |
| | *Attorney for Defendant Monsanto Company* |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*