UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Colleen Tierney v. Monsanto Co.*, No. 3:20-cv-04211 | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7b**

Plaintiff Colleen Tierney - without opposition from Defendant Monsanto Company - respectfully requests the Court move her case from Wave 6 to Wave 7b

1. Colleen Tierney's case is currently part of Wave 6.

2. Mindful of the deadlines pertaining to Wave 6 cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition, as well as that of her treating physician, have been taken.

3. However, Plaintiff just completed chemotherapy. As such, there are aspects of discovery still to be conducted. Additionally, the deadlines posed by Wave 6 presents challenges to Plaintiff to present required expert reports.

4. Plaintiff believes the best; most prudent course of action would be to move this case to a later Wave.

5. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave 7b.

Therefore, Plaintiff Colleen Tierney, with the consent of Defendant Monsanto Company,

respectfully requests the Court move her case from Wave 6 to Wave 7b.

Dated: September 13, 2023

            *Respectfully submitted,*

            CHARLES E. BOYK LAW OFFICES, LLC

            By: /s/   *Wesley D. Merillat*
              Wesley D. Merillat (*pro hac vice*)
              Ohio Bar. No. 0080253
              CHARLES E. BOYK LAW OFFICES, LLC
              1500 Timberwolf Dr.
              Holland, Ohio 43528
              Tel:  419.241.1395
              wmerillat@charlesboyk-law.com

            ***Attorney for Plaintiff Colleen Tierney***

## **CERTIFICATION**

I certify that on September 13, 2023, the foregoing was filed with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

Respectfully submitted,

By: /s/ *Wesley D. Merillat*
      Wesley D. Merillat