# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: *Colleen Tierney v. Monsanto Co.*, Case No: 3:20-cv-04211 | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 6** |

Plaintiff's motion to move their case from Wave 6 to Wave 7b is GRANTED.

   **IT IS SO ORDERED.**

Dated: September ___, 2023

_____
JUDGE VINCE CHHABRIA