UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Kelly-Leppert v. Monsanto Company,* Case No. 21-cv-02910-VC | **ORDER GRANTING SUMMARY JUDGMENT** |
| | Re: Dkt. No. 17224 |

Monsanto has filed a motion for summary judgment in this case because the plaintiff has failed to produce an expert for specific causation. The plaintiff has not submitted a response, and the opposition deadline has passed. Accordingly, the motion is granted.

Judgment is entered in Monsanto's favor.

**IT IS SO ORDERED.**

Dated: September 13, 2023

VINCE CHHABRIA
United States District Judge