UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN SULLIVAN<br><br>Plaintiff(s)<br>v.<br><br>MONSANTO COMPANY<br><br>Defendant(s) | CASE NUMBER<br>MDL No. 2741<br>Master Docket Case No. 16 md 02741 VC<br>3:20 cv 03549 VC<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Dan Sullivan                                                                                  ☒ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to substitute Kristy M. Arevalo                                                                                                     who is

☒ Retained Counsel       ☐ Counsel appointed by the Court (Criminal cases only)       ☐ Pro Se

3281 E. Guasti Road, Suite 100
*Street Address*

Ontario, CA  91761                                                    kma@mccunewright.com
*City, State, Zip*                                                            *E-Mail Address*

(909) 557-1250                           (909) 557-1275                           216308
*Telephone Number*                    *Fax Number*                          *State Bar Number*

as attorney of record instead of Clarissa E. Kearns
*List all attorneys from same firm or agency who are withdrawing.*

is hereby       ☒ GRANTED       ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   September 13, 2023                                  _____
                                                                              U. S. District Magistrate Judge

APPROVED
Judge Vince Chhabria

G 01 ORDER (09/17)           (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY