1  **MCCUNE LAW GROUP**
   Kristy M. Arevalo
2  3281 East Guasti Road, Suite 100
   Ontario, CA 91761
3  Telephone: (909) 557-1250
   Email: kma@mccunewright.com
4

5  *Attorneys for Plaintiff*

6  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
7  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
8  Telephone: (713) 227-8008
   Facsimile: (713) 227-9508
9  Email: jstubbs@shb.com

10 *Attorneys for Defendants Monsanto Company
   and Bayer Corporation*
11

12

13
                   UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Leland Adams v. Monsanto Co. et al.*, Case No. 3:22-cv-07590-VC | |

20

21              **STIPULATION OF DISMISSAL WITHOUT
                PREJUDICE AS TO BAYER CORPORATION**
22

23       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and

   Defendants Bayer Corporation and Monsanto Company, by and through their undersigned
24

25

- 1 -

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO BAYER CORPORATION
3:16-md-02741-VC & 3:22-cv-07590-VC

counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiff), as to Bayer Corporation only, with each party to bear his or its own attorneys' fees and costs.

For the avoidance of doubt, this filing dismisses only Plaintiff's claims against Bayer Corporation, so Plaintiff's other claims and this lawsuit remain pending.

Respectfully submitted this 14th day of September, 2023.

**MCCUNE LAW GROUP**

*/s/Kristy M. Arevalo*
Kristy M. Arevalo
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
Email: kma@mccunewright.com
*Attorney for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**

*/s/Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorneys for Defendants
Monsanto Company and
Bayer Corporation*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Jennise Stubbs, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*/s/Jennise Stubbs*
Jennise Stubbs