**MCCUNE LAW GROUP**
Kristy M. Arevalo
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
Email: kma@mccunewright.com

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorneys for Defendants Monsanto Company
and Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Sadie Hunter v. Monsanto Co. et al.*, Case No. 3:21-cv-09947-VC | |

**STIPULATION OF DISMISSAL WITHOUT
PREJUDICE AS TO BAYER CORPORATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants Bayer Corporation and Monsanto Company, by and through their undersigned

- 2 -

counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including all claims asserted by Plaintiff), as to Bayer Corporation only, with each party to bear hers or its own attorneys' fees and costs.

For the avoidance of doubt, this filing dismisses only Plaintiff's claims against Bayer Corporation, so Plaintiff's other claims and this lawsuit remain pending.

Respectfully submitted this 14th day of September, 2023.

**MCCUNE LAW GROUP**

*/s/Kristy M. Arevalo*
Kristy M. Arevalo
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
Email: kma@mccunewright.com
*Attorney for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**

*/s/Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorneys for Defendants*
*Monsanto Company and*
*Bayer Corporation*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Jennise Stubbs, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*/s/Jennise Stubbs*
Jennise Stubbs