UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741<br>)<br>)<br>) |
| This document relates to:<br><br>*Catherine Lincourt v. Monsanto Co.*,<br>Case No. 3:21-cv-05317-VC | ) **UNOPPOSED MOTION TO MOVE**<br>) **CASE TO WAVE VII, SUB-WAVE D**<br>)<br>)<br>)<br>)<br>) |

Plaintiff, Catherine Lincourt, without opposition from Defendant Monsanto Company, respectfully request that the Court move her case from Wave VI-D to Wave VII-D.

1.  Plaintiff's case has been assigned to Wave VI-D pursuant to the Court's June 16, 2023 Order.

2.  The parties have been diligently pursuing discovery.

3.  Plaintiff Catherine Lincourt was deposed on December 6, 2022.  Plaintiff's husband, William Lincourt, was deposed on February 9, 2023.

4.  Defendant served written discovery demands on or about April 18, 2023, to which plaintiff served responses on or about August 7, 2023.

5.  On or about September 12, 2023, Defendant served a notice of deposition of plaintiff's treating doctor, Marcel Bingham.  The parties are collaborating to schedule same.

6.  Counsel for Plaintiff Lincourt met and conferred with counsel for Monsanto.  Plaintiff believes the best course of action would be to move this case to Wave  VII-D, and Monsanto does not oppose this request.

Therefore, Plaintiff, Catherine Lincourt, without opposition from Defendant, Monsanto Company, respectfully requests that the Court move her case from Wave VI-D to Wave VII-D.

DATED:  September 14, 2023

Respectfully submitted,

/s/ *Kelsey W. Shannon*

Kelsey W. Shannon (*pro hac vice*)
(kshannon@lynnlaw.com)
LYNN LAW FIRM LLP
333 W. Washington St., Suite 100
Syracuse, NY  13202
Tel: (315) 474-1267

*Attorneys for Plaintiff*
*CATHERINE LINCOURT*

3:16-md-02741-VC & 3:21-cv-05317-VC

**CERTIFICATE OF SERVICE**

I hereby certify that, on this September 14, 2023, I served a copy of the forgoing by CM/ECF, which will provide automatic notifications to all parties and counsel of record.

/s/Kelsey W. Shannon

Kelsey W. Shannon