UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) ) |
| ———————————————— | ) **[PROPOSED] ORDER GRANTING** ) **MOTION TO CONTINUE TO WAVE** ) **VII-D** |
| This document relates to: | ) ) |
| *Catherine Lincourt v. Monsanto Co.*, Case No. 3:21-cv-05317-VC | ) ) ) |

Plaintiff's motion to continue the above-listed matter to Wave VII-D is granted.

**IT IS SO ORDERED.**

DATED:  September __, 2023

————————————————

VINCE CHHABRIA

United States District Judge