# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Adam Mendivil v. Monsanto Co.*,<br>Case No: 3:19-cv-05482 | [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7c |

Plaintiff's motion to move their case from Wave 6 to Wave 7c is GRANTED.

**IT IS SO ORDERED.**

Dated: September 14, 2023

