UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Richard Nissen v. Monsanto Co.*,<br>Case No: 3:20-cv-06989 | [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7b |

Plaintiff's motion to move their case from Wave 6 to Wave 7b is GRANTED.

IT IS SO ORDERED.

Dated: September 14, 2023

