Jeremiah Boling (Bar No. 34249)
Benjamin Rumph (Bar No. 37851)
Adam Whitworth (Bar No. 34149)
**Boling Law Firm**
541 Julia Street, Suite 300
New Orleans, LA 70130
Telephone: (504) 569-5904
Fax: (504) 569-5774
jboling@bolingfirm.com
brumph@bolingfirm.com
awhitworth@bolingfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2741 |
| **This document relates to**: | * | **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR VIA VIDEO CONFERENCE** |
| *Raymond Mistich v. Monsanto., et al* Case No. 3:23-cv-04015-VC | * * * * | |
| | * * * | DISTRICT JUDGE: Vince Chhabria, presiding |

## MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR VIA VIDEO CONFERENCE

Now comes Plaintiff, Raymond Mistich, by and through his attorney, pursuant to Civil L.R. 7-11 and the Court's Notice relating to civil law and motion calendars, and requests permission from this Court to appear via video conference for oral argument on Plaintiff's Motion to Remand currently set for hearing on September 21, 2023 at 10:00 a.m., as Plaintiff's counsel who will be arguing the motion resides in New Orleans, Louisiana (outside of the Northern District of California). Appearance in-person would require Plaintiff to incur costs and expenses for travel and lodging.

Plaintiff asserts that appearance via video conference would enable Plaintiff to present his argument as well as could be presented in person.

Plaintiff has contacted counsel for Defendant, Monsanto, to inquire if there were any objection to appearance via video conference and has not received a response.

Plaintiff certifies that he has read and is familiar with the requirements for appearances via video conference and that he meets the technology requirements.

WHEREFORE, Plaintiff prays that this Motion for Administrative Relief to appear via video conference be GRANTED and that the attached proposed order be signed.

Respectfully submitted,

**BOLING LAW FIRM, LLC**

 */s/ Jeremiah Boling*
Jeremiah Boling (Bar No. 34249)
Benjamin Rumph (Bar No. 37851)
Adam Whitworth (Bar No. 34149)
541 Julia Street, Suite 300
New Orleans, LA 70130
Telephone: (504) 615-6309
Fax: (504) 369-3421
jboling@bolingfirm.com
brumph@bolingfirm.com
awhitworth@bolingfirm.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2741 |
| **This document relates to**: | * | **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEFTO APPEAR VIA VIDEO CONFERENCE** |
| *Raymond Mistich v. Monsanto., et al* Case No. 3:23-cv-04015-VC | * * * * * | |
| | * | DISTRICT JUDGE: Vince Chhabria, presiding |
| | * * | |

## **PROPOSED ORDER**

Plaintiff's Motion for Administrative Relief to Appear via Video Conference at the hearing on Plaintiff's Motion to Remand currently scheduled on September 21, 2023 at 10:00 a.m., is GRANTED.

Plaintiff's Motion for Remand shall be heard on September 21, 2023 at 1:00 p.m.

Counsel shall comply with the Court's Rules and Requirements for participating via video conference.

IT IS SO ORDERED.

This ___ day of _____, 2023.

_____
JUDGE VINCE CHHABRIA
United Stated District Court Judge

iv