UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2741 |
| **This document relates to**: | * | **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR VIA VIDEO CONFERENCE** |
| *Raymond Mistich v. Monsanto., et al* Case No. 3:23-cv-04015-VC | * * * * * | |
| | * | DISTRICT JUDGE: Vince Chhabria, presiding |
| | * * | |

## **PROPOSED ORDER**

Plaintiff's Motion for Administrative Relief to Appear via Video Conference at the hearing on Plaintiff's Motion to Remand currently scheduled on September 21, 2023 at 10:00 a.m., is GRANTED.

Plaintiff's Motion for Remand shall be heard on September 21, 2023 at 1:00 p.m.

Counsel shall comply with the Court's Rules and Requirements for participating via video conference.

IT IS SO ORDERED.

This ___ day of _____, 2023.

_____
JUDGE VINCE CHHABRIA
United Stated District Court Judge