JOSHUA S. GOODMAN – State Bar #116576
ZACHARY S. TOLSON – State Bar #242824
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
jgoodman@gnhllp.com; ztolson@ghnllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT HOME DEPOT U.S.A., INC.** |
| *Martin et al v. Monsanto Company, et al.* Case No. 3:19-cv-07572-VC | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that the undersigned attorney, Zachary S. Tolson, is substituted as counsel of record in place of Patricia L. Bonheyo for defendant Home Depot U.S.A., Inc. All notices should now be directed to:

Joshua S. Goodman
Zachary S. Tolson
Goodman Neuman Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
T: (415) 705-0400 / F: (415) 705-0411
jgoodman@gnhllp.com
ztolson@gnhllp.com

///

DATED:  September 15, 2023          GOODMAN NEUMAN HAMILTON LLP

By: /s/ *Zachary S. Tolson*
　　JOSHUA S. GOODMAN
　　ZACHARY S. TOLSON
　　Attorneys for Defendant
　　HOME DEPOT U.S.A., INC.

Goodman Neuman
Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411