

2001 M Street NW, 10th Floor
Washington, DC 20036

WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY PARTNERSHIP

# *ENGILIS* DAUBERT HEARING (AMBROSE K. CHARLES) 9/11/2023
## EXHIBIT INDEX

| Exh | Description | Date |
|---|---|---|
| 2 | Charles, Ambrose Expert Report (*Engilis*) | 06/23/2022 |
| 4 | Peter Engilis Affidavit | 12/16/2021 |
| 5 | Eriksson: Pesticide Exposure as Risk Factor for non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis | 2008 |
| 7 | McDuffie: Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health | 2001 |
| 8 | Pahwa: Glyphosate Use and Associations with non-Hodgkin Lymphoma Major Histological Sub-types: Findings from the North American Pooled Project | 2018 |
| 12 | Charles, Ambrose Notes for 9/11/2023 Hearing | 9/11/2023 |