UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** September 11, 2023 | **Time:** 4 hours | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.:** 16-md-02741-VC, 3:19-cv-07859-VC | **Case Name:** In re Roundup Products Liability Litigation, Engilis, Jr. et al v. Monsanto Company | |

**Attorney for Government:** Jeffrey Haberman
**Attorney for Defendant:** Brian Stekloff, Sarah Neuman

**Deputy Clerk:** Bhavna Sharma  **Court Reporter:** Belle Ball

**PROCEEDINGS:**

Evidentiary Hearing – held.

**RULINGS AND ORDERS:**

**Witnesses:** Dr. Ambrose Charles

**Exhibits admitted:** 2, 4, 5, 7, 8, 12.