UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HEARING SHEET, EXHIBIT and WITNESS LIST**

16-md-02741-VC In re Roundup Products Liability Litigation
3:19-cv-07859-VC Engilis, Jr. et al v. Monsanto Company

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Jeffrey Haberman | Brian Stekloff, Sarah Neuman |
| HEARING DATE: | REPORTERS: | CLERK: |
| September 11, 2023 | Belle Ball | Bhavna Sharma |

| TRIAL EX. NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 10:06 AM | | | Court in session. All parties present in courtroom. No objection to the Court recording and making part of the record the audio portion of the hearing. | |
| | 10:08 AM | | | Discussion held with parties regarding additional experts. | |
| | 10:18 AM | | | Witness **Dr. Ambrose Charles** called to the stand and sworn for testimony. Direct examination conducted by Mr. Haberman on behalf of the plaintiff. | |
| | 11:42 AM | | | Court informed parties that Mr. Haberman's direct examination will be paused for Mr. Stekloff to conduct cross-examination regarding general causation. Dr. Charles to provide Mr. Stekloff his notes, which he was referring to during examination, for review for cross-examination. Mr. Haberman ordered to not discuss any portion of the testimony with Dr. Charles. | |
| | 11:44 AM | | | Court in recess. | |
| | 11:52 AM | | | Court in session. All parties present. Cross-examination conducted by Mr. Stekloff on behalf of the defendant. | |
| | 12:29 PM | | | Cross-examination concluded. | |
| | 12:30 PM | | | Re-direct examination, on general causation only, conducted by Mr. Haberman. | |
| | 12:34 PM | | | Re-direct concluded. Court excluded Dr. Charles' opinion on general causation. Court to issue written ruling. Direct examination regarding specific causation to commence after the break. Court to grant [49] Motion for Reconsideration of Dr. Schneider. | |
| | 12:40 PM | | | Court in recess. | |

|  | 1:19 PM |  |  | Court in session. All parties present. Exhibits 5, 7, 8 and Dr. Charles' notes (Exhibit 12) are admitted. |  |
|---|---|---|---|---|---|
|  | 1:20 PM |  |  | Direct examination re specific causation conducted by Mr. Haberman on behalf of plaintiff. |  |
| 4 | 1:26 PM | X | X | Engilis Affidavit. |  |
| 2 | 1:49 PM | X | X | Expert Report Ambrose Charles. |  |
|  | 1:50 PM |  |  | Cross-examination conducted by Mr. Stekloff on behalf of the defendant. |  |
|  | 2:25 PM |  |  | Re-direct conducted by Mr. Haberman on behalf of the plaintiff. |  |
|  | 2:33 PM |  |  | Re-direct concluded. Court asked follow up question. |  |
|  | 2:33 PM |  |  | Re-cross conducted by Mr. Stekloff. |  |
|  | 2:47 PM |  |  | Re-cross concluded. Witness thanked and excused. Parties to meet and confer and inform the CRD of available dates regarding scheduling an Evidentiary Hearing re Dr. Schneider. Court expressed interest in scheduling hearing sooner rather than later. Parties to file 5-page supplemental brief on specific causation re Dr. Charles' testimony. Defendants brief due by 4:00PM on 9/15. Plaintiffs brief due by 4:00PM on 9/20. Evidentiary Hearing previously scheduled for 9/12 is vacated. |  |
|  | 2:53PM |  |  | Court adjourned. |  |