# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** September 20, 2023 | **Time**: 1 hour, 44 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC, 3:19-cv-07859-VC | **Case Name:** In re Roundup Products Liability Litigation, Engilis, Jr. et al v. Monsanto Company | |

**Attorney for Government:** Jeffrey Haberman
**Attorney for Defendant:** Julie duPont, Kathryn Podsiadlo

**Deputy Clerk:** Bhavna Sharma               **Court Reporter:** Belle Ball

### PROCEEDINGS:

Evidentiary Hearing – held.

### RULINGS AND ORDERS:

**Witnesses:** Dr. Schnieder

**Exhibits admitted:** 101, 103, 107, 113, 115, 114, 104.