UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## HEARING SHEET, EXHIBIT and WITNESS LIST

16-md-02741-VC In re Roundup Products Liability Litigation
3:19-cv-07859-VC Engilis, Jr. et al v. Monsanto Company

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Jeffrey Haberman | Julie duPont, Kathryn Podsiadlo |
| **HEARING DATE:** | **REPORTERS:** | **CLERK:** |
| September 20, 2023 | Belle Ball | Bhavna Sharma |

| TRIAL EX. NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 9:08 AM |  |  | Court in session. All parties present in courtroom. No objection by parties to Court video recording hearing. Court to grant Motion for Reconsideration as to specific causation only. Court to issue order vacating prior ruling and issue new ruling as to why general causation is excluded. |  |
|  | 9:11 AM |  |  | Witness **Dr. Andrew Schnieder** called to the stand and sworn for testimony. Direct examination conducted by Mr. Haberman on behalf of the plaintiff. |  |
|  | 9:58 AM |  |  | Direct examination concluded. Court in recess. |  |
|  | 10:07 AM |  |  | Court reconvened. Witness provided clarification of testimony provided prior to Court breaking for recess. Cross-examination conducted by Ms. duPont on behalf of defendant. |  |
| 101 |  | X |  | Schneider Dep. Tr (Ferro). |  |
| 107 |  | X |  | Eriksson_2008. |  |
| 113 |  | X |  | Chiu 2007. |  |
| 114 |  | X |  | 2.04.2000 Medical Record. |  |
| 104 |  | X |  | 104_Schneider Expert Report (Engilis)_06.22.2022. |  |
|  | 10:59 AM |  |  | Cross-examination concluded. No re-direct. Witness thanked and excused. Defendant to file post-hearing brief within 7 days. Plaintiff to file post-hearing brief within 14 days. Court to issue written ruling after briefs have been submitted. |  |
|  | 11:00 AM |  |  | Discussion held regarding admission of exhibits. Parties to meet and confer regarding which exhibits are to be admitted and inform the CRD. |  |
|  | 11:01 AM |  |  | Court adjourned. |  |

| | | | | *Off the record – counsel stipulated to the admission of the following exhibits: 101, 103, 107, 113, 115, 114, 104. Parties to file index of admitted exhibits on the docket. | |