**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | |
| Patricia Casale, | Honorable Vince Chhabria |
| Plaintiff, | Case No. 3:19-cv-05238-VC |
| v. | |
| Monsanto Company, | |
| Defendant. | |

## NOTICE OF APPEARANCE OF D. TODD MATHEWS ON BEHALF OF PLAINTIFF

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that D. Todd Mathews of Bailey & Glasser, LLP hereby enters an appearance as counsel for Plaintiff in the above-referenced action. Please serve said counsel with all pleadings and notices in these actions.

DATED: September 21, 2023                    Respectfully submitted,

/s/ D. Todd Mathews
D. Todd Mathews (IL Bar No. 6276652)
**BAILEY & GLASSER LLP**
P.O. Box 993
Maryville, IL 62062
T:    618.418.7803
F:    304.342.1110
E:    tmathews@baileyglasser.com

**CERTIFICATION**

I HEREBY CERTIFY that, on this 21st day of September 2023, the foregoing Notice of Appearance was served by filing with the Court using the CMM/ECF system, which sent notice to counsel of record when accepted and filed.

By:   D. Todd Mathews