UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAN SULLIVAN

Plaintiff(s)

v.

MONSANTO COMPANY

Defendant(s)

CASE NUMBER

MDL No. 2741
Master Docket Case No. 16 md 02741 VC
3:20 cv 03549 VC

(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

The Court hereby orders that the request of:

Dan Sullivan                         ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute Kristy M. Arevalo _____ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

3281 E. Guasti Road, Suite 100
*Street Address*

Ontario, CA 91761                                kma@mccunewright.com
*City, State, Zip*                                *E-Mail Address*

(909) 557-1250               (909) 557-1275               216308
*Telephone Number*           *Fax Number*                 *State Bar Number*

as attorney of record instead of Clarissa E. Kearns
*List all attorneys from same firm or agency who are withdrawing.*

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  September 13, 2023                        _____
                                                 U. S. District Magistrate Judge

APPROVED
Judge Vince Chhabria

G 01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY