Manuel D. Gomez (MDG – 6851)
**Law Office of Manuel D. Gomez, P.C**
225 Broadway Suite 900
New York, NY, 10007
Tel.: 212-571-2640
Fax.: 212-571-2302
ManuelDGomezesq@gmail.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | UNOPPOSED MOTION TO MOVE CASE TO WAVE VII |
| This document relates to: | |
| *Thomas J. Fallon & Brigitte B. Fallon v. Monsanto Co.*, Case No. 3:20-cv-00248-VC | |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE VII**

**TO THE HONORABLE COURT:**

 **COMES NOW,** Plaintiffs Thomas J. Fallon and Brigitte B. Fallon, through the undersigned attorney and – without opposition from Defendant Monsanto Company – respectfully requests this Honorable Court to move his case from Wave VI to VII:

1. The case of Plaintiffs Thomas J. Fallon and Brigitte B. Fallon is part of wave VI.
2. Plaintiff has served a Plaintiff Fact Sheet, medical records and authorizations to obtain medical records.
3. The deposition of the Plaintiff has been taken.
4. Despite the diligent efforts of the parties, additional time is needed to complete discovery.
5. The undersigned attorney has conferred with counsel for defendant Monsanto Company.
6. Counsel for defendant Monsanto Company has expressed that there is no opposition to this course of action and agree to move this case to Wave VII.

 **WHEREFORE**, Plaintiffs Thomas J. Fallon and Brigitte B. Fallon without opposition from Defendant Monsanto Company, respectfully requests that this case be moved to Wave VII.

DATED: September 20, 2023

              Respectfully submitted,
              /s/ Manuel D. Gomez_____

              Manuel D. Gomez (MDG – 6851)
              **Law Office of Manuel D. Gomez, P.C**
              225 Broadway Suite 900
              New York, NY, 10007
              Tel.: 212-571-2640
              Fax.: 212-571-2302
              ManuelDGomezesq@gmail.com
              *Attorney for Plaintiffs*