# CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of September 2023, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE VII was served by electronic and first-class mail upon the following counsel for defendant and MDL Co-Lead Counsel:

| | |
|---|---|
| Gregory S. Chernack (*pro hac vice*) (gchernack@hollingsworthllp.com) HOLLINGSWORTH LLP 1350 I St. NW Washington, DC 20005 Tel: (202) 898-5815 Fax: (202) 682-1639 | Daniel Pariser (daniel.pariser@arnoldporter.com) ARNOLD & PORTER KAYE SCHOLER 555 12th St. NW Washington, DC 20004 Tel: (202) 942-5000 |
| Brian L. Stekloff (*pro hac vice*) (bstekloff@wilkinsonstekloff.com) Rakesh Kilaru (*pro hac vice*) (rkilaru@wilkinsonstekloff.com) WILKINSON STEKLOFF LLP 2001 M St. NW, 10th Floor Washington, DC 20036 Tel: (202) 847-4030 Fax: (202) 847-4005 | Anthony Martinez (pro hac vice) (amartinez@shb.com) SHOOK, HARDY & BACON LLP 2555 Grand Blvd. Kansas City, MO 64108 Tel: (816) 559-2683 |

*Attorneys for Defendant*
*MONSANTO COMPANY*

DATED:  September 20, 2023

                                              Respectfully submitted,

                                              /s/ Manuel D. Gomez_____

Manuel D. Gomez (MDG – 6851)
**Law Office of Manuel D. Gomez, P.C**
225 Broadway Suite 900
New York, NY, 10007
Tel.: 212-571-2640
Fax.: 212-571-2302
ManuelDGomezesq@gmail.com
*Attorney for Plaintiffs*