\* \* \* \* \* \* \*
# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \* \*

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> This document related to: <br><br> Don Guiberson v. Monsanto Co. <br> Case No. 3:20-cv-06780-VC | MDL No. 2741 <br> MDL Case No. 16-md-2741-VC <br><br><br> **UNOPPOSED MOTION TO MOVE CASE TO WAVE VII, SUB-WAVE D** |

    Plaintiff Don Guiberson, at the request of Defendant Monsanto Company, respectfully requests that the Court move his case from Wave VI-D to Wave VII-D.

1. Plaintiff's case has been assigned to Wave VI-D.

2. The parties have been diligently pursuing discovery.

3. Plaintiff was deposed on December 9, 2022.

4. Plaintiff's wife, Emily Guiberson, was deposed on December 9, 2022.

5. Defendant served written discovery on or about May 1, 2023, to which Plaintiff served responses on or about June 14, 2023.

6. Defendant has not served notice of deposition of Plaintiff's treating physician. The parties are collaborating to schedule this deposition.

7. Counsel for Monsanto met and conferred with Counsel for Plaintiff Guiberson. The Parties believe the best course of action would be to move the case to Wave VII-D, and all Counsel approve of this motion.

Therefore, Plaintiff, Don Guiberson, without opposition from Defendant Monsanto Company, respectfully requests that the Court move his case from Wave VI-D to Wave VII-D.

DATED this 22nd day of September 2023.

        Respectfully submitted,

        /s/ Justin P. Stalpes
        JUSTIN P. STALPES, Esq.
        BECK AMSDEN & STALPES, PLLC
        610 Professional Drive
        Bozeman, MT 59718
        Phone: (406) 586-8700
        Fax: (406) 586-8960
        justin@becklawyers.com

        *Attorneys for Plaintiff Don Guiberson*

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 22, 2023, I served a copy of the forgoing by CM/ECF, which will provide automatic notification to all parties and counsel of record.

/s/ Justin P. Stalpes

Justin P. Stalpes