\* \* \* \* \* \* \*
# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \* \*

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> This document related to: <br><br> Don Guiberson v. Monsanto Co. <br> Case No. 3:20-cv-06780-VC | Case No. 16-md-2741-VC <br><br> **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII-D** |

      Plaintiff's motion to move the above-listed matter from Wave VI-D to Wave VII-D is granted.

      **IT IS SO ORDERED.**


DATED: September __, 2023

                                                          _____
                                                          VINCE CHHABRIA
                                                          United States District Judge