Manuel D. Gomez (MDG – 6851)
**Law Office of Manuel D. Gomez, P.C**
225 Broadway Suite 900
New York, NY, 10007
Tel.: 212-571-2640
Fax.: 212-571-2302
ManuelDGomezesq@gmail.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) ORDER GRANTING ) ) UNOPPOSED MOTION TO ) MOVE CASE TO WAVE VII |
| _____ | ) |
| This document relates to: | ) ) |
| *Thomas J. Fallon & Brigitte B. Fallon v. Monsanto Co.,* Case No. 3:20-cv-00248-VC | ) ) ) ) ) ) |

**ORDER**

   Plaintiffs' motion to move the case from Wave VI to Wave VII is granted.

   **IT IS SO ORDERED.**

Dated:____September 22, 2023_____

_____
APPROVED
Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA