# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |

**THIS DOCUMENT RELATES TO:**

Patricia Casale,

          Plaintiff,

      v.

Monsanto Company,

          Defendant.

Honorable Vince Chhabria

Case No. 3:19-cv-05238-VC

## <u>PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII-C</u>

COMES NOW, Plaintiff Patricia Casale, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave VI-C to Wave VII-C:

1. Patricia Casale's case is currently part of Wave VI.

2. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.  Plaintiff's deposition, as well as those of her treating physicians, have been taken.  Written discovery has been produced and an inspection of Plaintiff's property has been timely completed.

3.  There are, however, aspects of discovery still to be conducted.  Additionally, the deadlines posed by Wave VI present challenges to Plaintiff to present required expert reports.

4.  Plaintiff believes the best, most prudent course of action would be to move this case to Wave VII-C.

5.  Counsel for Defendant Monsanto Company has expressed that there is no opposition to this course of action and agree to move this case to Wave VII-C.

Wherefore, Plaintiff Patricia Casale, without opposition of Defendant Monsanto Company, respectfully requests the Court move her case from Wave VI-C to Wave VII-C. DATED:  September 22, 2023

Respectfully submitted,

*/s/ D. Todd Mathews*

*Attorney for Plaintiff Patricia Casale*

## CERTIFICATION

I HEREBY CERTIFY that, on this 22nd day of September 2023, the foregoing Plaintiff's Unopposed Motion to Move Case to Wave VII-C was served by filing with the Court using the CMM/ECF system, which sent notice to counsel of record when accepted and filed.

By: */s/ D. Todd Mathews*