UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** Patricia Casale,<br><br>           Plaintiff,<br><br>      v.<br><br>Monsanto Company,<br><br>           Defendant. | Honorable Vince Chhabria<br><br>Case No. 3:19-cv-05238-VC<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPOSED MOTION TO MOVE CASE TO WAVE VII-C** |

Plaintiff's motion to move their case from Wave VI-C to Wave VII-C is GRANTED.

**IT IS SO ORDERED.**

Dated _____

_____
JUDGE VINCE CHHABRIA