**SULIVAN, DUPRE' AND SOLOUKI, LLC**
Wanda Anderson Davis
Three Lakeway Center
3838 N. Causeway Blvd. Suite 3010
Metairie, LA 70002
Telephone: (504) 830-3990
Facsimile: (888) 440-7722
Email: wadavis@sdslawllc.com

*Attorney for Plaintiffs*

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorney for Defendants Monsanto Company and Bayer Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Monique Christy et al. v. Monsanto Co. et al.*, Case No. 3:19-cv-03969-VC | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO BAYER CORPORATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants Bayer Corporation and Monsanto Company, by and through their undersigned

- 1 -

- 2 -

1  counsel, hereby stipulate to the voluntary dismissal without prejudice of this lawsuit (including
2  all claims asserted by Plaintiffs), as to Bayer Corporation only, with each party to bear his or
3  its own attorneys' fees and costs.

For the avoidance of doubt, this filing dismisses only Plaintiffs' claims against Bayer Corporation, so Plaintiffs' other claims and this lawsuit remain pending.

Respectfully submitted this 25th day of September, 2023.

**SULIVAN, DUPRE' AND SOLOUKI, LLC**

*/s/Wanda Anderson Davis*
Wanda Anderson Davis
Three Lakeway Center
3838 N. Causeway Blvd. Suite 3010
Metairie, LA 70002
Telephone: (504) 830-3990
Facsimile: (888) 440-7722
Email: wadavis@sdslawllc.com
***Attorney for Plaintiffs***

**SHOOK, HARDY & BACON L.L.P.**

*/s/Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

***Attorney for Defendants Monsanto Company and Bayer Corporation***

# **ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Jennise W. Stubbs, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*/s/Jennise W. Stubbs*
Jennise Stubbs