UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Colleen Tierney v. Monsanto Co.*, No. 3:20-cv-04211<br><br>*Catherine Lincourt v. Monsanto Co.*, No. 3:21-cv-05317<br><br>*Richard Nissen v. Monsanto Co.*, No. 3:20-cv-06989<br><br>*John M. Searle v. Monsanto Co.*, No. 3:20-cv-08850<br><br>*Patricia Casale v. Monsanto Co.*, No. 3:19-cv-05238 | **ORDER DENYING MOTIONS TO MOVE CASES**<br><br>Re: Dkt. Nos. 17281, 17282, 17283, 17291, & 17312 |

The motions to move cases from Wave VI to Wave VII are denied. An August 30, 2023, scheduling order—that the parties proposed and that the Court granted—states that "cases that were assigned in previous Waves 1-6, and already moved to a later wave on at least one occasion, will not be permitted to transfer to later Waves absent extraordinary circumstances." Dkt. No. 17234. Each of these member cases has previously been moved back a wave. The parties in these cases may refile their motions citing any extraordinary circumstances, describing their impact on discovery, and what discovery has yet to be taken.

Future motions to move a case to a later wave must either (1) note that the case has not already been moved to a later wave or (2) identify and explain the extraordinary circumstances

that warrant the additional move.

**IT IS SO ORDERED.**

Dated: September 26, 2023

_____
VINCE CHHABRIA
United States District Judge