UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Sandra Phillips, Individually and as Administratrix of the Estate of Norman Phillips v. Monsanto Co.*, Case No.: 3:20-cv-00844 | |

## SUGGESTION OF DEATH UPON THE RECORD

Counsel for Plaintiff in the above-referenced action hereby give notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that the death of Sandra Phillips, on June 8, 2022, during the pendency of this action.

1. Plaintiff's death certificate is attached hereto as **Exhibit A**.

2. Probate of the Estate of Sandra Phillips is attached hereto as **Exhibit B**.

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that TODD PHILLIPS and DEBRA SCHWEIM, personal representatives of the Estate of Sandra Phillips, be substituted as Plaintiff in place of the deceased, so that claims may survive and the action on the estate's behalf may proceed.

DATED:  September 29, 2023

Respectfully submitted,

*/s/ David Bricker*
David Bricker, Esq.  (BBO# 158896)
**THORNTON LAW FIRM LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676
dbricker@tenlaw.com
Attorney for Plaintiffs.

1

## <u>CERTIFICATE OF SERVICE</u>

      I, David Bricker, Esq., hereby certify that on this day I electronically served the foregoing **SUGGESTION OF DEATH UPON THE RECORD** on all defendants' counsel of record in the above-captioned matter.

DATED:  September 29, 2023        <u>*/s /David Bricker*</u>
                                     David Bricker, Esq.

# Exhibit A



STATE OF WISCONSIN
DEPARTMENT OF HEALTH SERVICES
ORIGINAL CERTIFICATE OF DEATH
FACT OF DEATH

**STATE FILE DATE:** JUNE 13, 2022
**STATE FILE NUMBER:** 2022026704

| 1. DECEDENT'S NAME | | | | 2. SOCIAL SECURITY NUMBER | 3. DATE PRONOUNCED DEAD |
|---|---|---|---|---|---|
| First SANDRA | Middle LEE | | Last PHILLIPS | . | JUNE 08, 2022 |

| 4. TIME PRONOUNCED DEAD (24hr) 03:57 | 5. AGE 80 YEARS | 6. DATE OF BIRTH | 7. SEX FEMALE | 8. CITY, VILLAGE, OR TOWNSHIP OF DEATH SPARTA (CITY) | 9. COUNTY OF DEATH MONROE |
|---|---|---|---|---|---|

| 10. PLACE OF DEATH | 11. FACILITY NAME AND ADDRESS OF DEATH |
|---|---|
| DECEDENT'S RESIDENCE - HOSPICE CARE | 503 SOUTH WATER STREET   (MAYO CLINIC HOSPICE) |

| 12. RESIDENCE ADDRESS 503 SOUTH WATER STREET | 13. RESIDENCE CITY, VILLAGE, OR TOWNSHIP SPARTA (CITY) | 14. RESIDENCE COUNTY MONROE | 15. RESIDENCE STATE WISCONSIN |
|---|---|---|---|

| 16. MARITAL STATUS WIDOWED | 17. WI DOMESTIC PARTNERSHIP NO | 18. SURVIVING SPOUSE'S BIRTH NAME | 19. STATE OF BIRTH WISCONSIN | 20. DECEDENT'S BIRTH LAST NAME NOLAN |
|---|---|---|---|---|

| 21. FATHER'S BIRTH NAME ROGER BENJAMIN NOLAN | 22. MOTHER'S BIRTH NAME VIOLET ELEANOR JOHNSON |
|---|---|

| 23. INFORMANT'S NAME TODD A PHILLIPS | 24. INFORMANT'S MAILING ADDRESS 109 PEBBLE CREEK COURT, MANKATO, MN 56001 |
|---|---|

| 25. NAME AND ADDRESS OF FUNERAL FACILITY LANHAM-SCHANHOFER FUNERAL HOME, 106 W FRANKLIN ST, SPARTA, WI 54656 | 26. FUNERAL DIRECTOR'S NAME SCHANHOFER, JEFFERY L | 27. DATE SIGNED JUNE 11, 2022 |
|---|---|---|

| 28. TYPE OF MEDICAL CERTIFIER PHYSICIAN | 29. MEDICAL CERTIFIER'S NAME AND TITLE HILARY BINGOL, MD | | 30. DATE SIGNED JUNE 10, 2022 |
|---|---|---|---|

| 31. DATE OF DEATH JUNE 08, 2022 | 32. TIME OF DEATH (24hr) 03:57 | 33. MEDICAL CERTIFIER'S MAILING ADDRESS 700 WEST AVENUE SOUTH, LA CROSSE, WI 54601 |
|---|---|---|

### EXTENDED FACT OF DEATH

| 34. USUAL OCCUPATION HOMEMAKER | 35. KIND OF BUSINESS/INDUSTRY OWN HOME | 36. EVER IN US ARMED FORCES NO | 37. DECEDENT TRIBAL MEMBER NO   TRIBE NAME(S): |
|---|---|---|---|

| 38. MANNER OF DEATH NATURAL | 39. METHOD OF DISPOSITION BURIAL | 40. PLACE AND LOCATION OF DISPOSITION SAINT JOHNS EVANGELICAL LUTHERAN CEMETERY, SAINT CLAIR, MINNESOTA |
|---|---|---|

**41. PART I. The conditions listed are the diseases, injuries, or complications that caused death. Conditions leading to the immediate cause are listed sequentially and the underlying cause is listed last.**

| | | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause: (a) | DEMENTIA OF MULTIPLE ETIOLOGIES | YEARS |
| Due to or as a consequence of: (b) | END STAGE CARDIORENAL SYNDROME | YEARS |
| Due to or as a consequence of: (c) | | |
| Due to or as a consequence of: (d) | | |

**41. PART II. OTHER SIGNIFICANT CONDITIONS** contributing to death but not resulting in the underlying cause given in Part I.

| 42. AUTOPSY PERFORMED NO | 43. DATE OF INJURY | 44. TIME OF INJURY (24hr) | 45. INJURY AT WORK | 46. PLACE OF INJURY |
|---|---|---|---|---|

| 47. LOCATION OF INJURY | 48. COUNTY OF INJURY |
|---|---|

**49. IF INJURY STATED ANYWHERE IN CAUSE OF DEATH (Part I or Part II), DESCRIBE HOW IT OCCURRED.**

NO AMENDMENTS PRESENT

4390754

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.

*Deb Brandt*
DEB BRANDT
MONROE COUNTY REGISTER OF DEEDS

24166808

Date Issued: JUNE 14, 2022



# Exhibit B

07-PR-22-2657

Electronically Served
9/22/2022 9:17 AM
Blue Earth County, MN

Filed in District Court
State of Minnesota
September 21, 2022

---

**STATE OF MINNESOTA**
**COUNTY OF BLUE EARTH**

**DISTRICT COURT**
**FIFTH JUDICIAL DISTRICT**
Court File No.: 07-PR-22-2657

In Re: Estate of

**LETTERS TESTAMENTARY**

Sandra L. Phillips,

Decedent.

---

1. The decedent died on June 8, 2022.

2. Todd A. Phillips and Debra L. Schweim have been appointed and have authority to act as co-personal representatives of the decedent's estate and to administer the estate according to Minnesota law.

3. Administration of the decedent's estate is unsupervised. 09/21/2022 03:07:39 PM

_____
[Judge of District Court]