UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 \|  \| **MOTION TO SUBSTITUTE TODD** \| **PHILLIPS AND DEBRA SCHWEIM** |
| This document relates to: | \| **IN PLACE OF SANDRA PHILLIPS** \| |
| *Sandra Phillips, Individually and as Administratrix of the Estate of Norman Phillips v. Monsanto Co.*, Case No.: 3:20-cv-00844 | \| \| \| \| |

Counsel for Plaintiff in the above-referenced action respectfully moves this Court to substitute Todd Phillips and Debra Schweim, as personal representatives of the estate of Sandra Phillips, deceased, pursuant to Rule 25 of the Federal Rules of Civil Procedure.

1. On December 30, 2019, Plaintiff Sandra Phillips filed the present products liability lawsuit in the United States District Court of Delaware and was later transferred to the United States District Court for the Northern District of California, Case No. 3:20-cv-00844.

2. At the time of filing, Sandra Phillips was the personal representative of the Estate of Norman Phillips, the injured party.  *See* Exhibit A.

3. Plaintiff Sandra Phillips passed away on June 8, 2022.  *See* Exhibit B.

4. On September 21, 2022, Todd Phillips and Debra Schweim were appointed co-personal representatives by the Minnesota District Court.  *See* Exhibit C.

5. As personal representatives of Sandra Phillips' estate, Todd Phillips and Debra Schweim are the proper parties to make this suggestion and has a right to pursue a wrongful death action against Defendants.

6. Todd Phillips and Debra Schweim move to be substituted as the Plaintiffs in the present

action, individually and on behalf of the wrongful death beneficiaries of Sandra Phillips and Norman Phillips.

7. No party will be prejudiced by this amendment, and it serves the needs of justice.

8. Therefore, Plaintiff requests that this Court enter an Order substituting Todd Phillips and Debra Schweim in place of Sandra Phillips.  The case caption is requested to be amended as follows: "Todd Phillips and Debra Schweim, as personal representatives of the Estate of Sandra Phillips, and on behalf of the wrongful death beneficiaries of Norman Phillips."

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that TODD PHILLIPS and DEBRA SCHWEIM, personal representatives of the Estate of Sandra Phillips, be substituted as Plaintiffs in place of the deceased, so that claims may survive and the action on the estate's behalf may proceed.

DATED:  September 29, 2023              Respectfully submitted,

*/s/ David Bricker*
David Bricker, Esq.   (BBO# 158896)
**THORNTON LAW FIRM LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676
dbricker@tenlaw.com

## CERTIFICATE OF SERVICE

I, David Bricker, Esq., hereby certify that on this day I electronically served, via email, the foregoing on all defendants' counsel of record in the above-captioned matter.

DATED:  September 29, 2023              */s/David Bricker*
David Bricker, Esq.   (BBO# 158896)
**THORNTON LAW FIRM LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676
dbricker@tenlaw.com

# Exhibit A

| MDOCS 2001 GENERAL P-010 | Content created and owned by Minnesota Continuing Legal Education |
|---|---|
| Minn. Stat. 524.3-601 | Miller/Davis Co., St. Paul, MN 651-642-1988 |

**STATE OF MINNESOTA**

**COUNTY OF BLUE EARTH**

**DISTRICT COURT**
**PROBATE DIVISION**
**FIFTH JUDICIAL DISTRICT**

Court File No. P5-02-463

**ESTATE OF**
Norman H. Phillips

**LETTERS**
☑ **TESTAMENTARY**
☐ **OF GENERAL ADMINISTRATION**

**DECEDENT**

1. The Decedent died on 01/02/2002.

2. Sandra L. Phillips
   has been appointed Personal Representative of Decedent's Estate in

   ☑ an unsupervised
   ☐ a supervised administration

   and is now qualified to act as Personal Representative of the Estate and has authority to administer the Estate according to law.

_____  3/28/02
Judge/Registrar                  Date

(COURT SEAL)

P5-02-463
FILED

MAR 2 8 2002

Court Administrator Blue Earth Co., MN
By _____ Deputy
                                    Letters
☐ Testamentary ☐ of General Administration

**MDOCS**™ 2005 **INVENTORY P-682**
Minn. Stat. 524.3-1003

Content created and owned by Minnesota Continuing Legal Education
Miller/Davis Co., St. Paul, MN 651-642-1988

**STATE OF MINNESOTA**

**COUNTY OF BLUE EARTH**

**DISTRICT COURT**
**PROBATE DIVISION**
**FIFTH JUDICIAL DISTRICT**

**ESTATE OF**
**Norman H. Phillips**

**DECEDENT**

Court File No. **P5-02-463**

**UNSUPERVISED PERSONAL REPRESENTATIVE'S STATEMENT TO CLOSE ESTATE**

**STATE OF MINNESOTA**

**COUNTY OF BLUE EARTH**

} SS

I, _____ Sandra L. Phillips _____,
the Personal Representative(s) of the Estate, state that I (or a prior Personal Representative whom I have succeeded) have:

1. Published notice to creditors. The date of the notice was more than four months prior to the date of this statement.

2. Fully administered this Estate by making payment, settlement or other disposition of all claims which were presented, expenses of administration, estate and other taxes, except as specified in this statement.

3. Inventoried the assets of the Estate and distributed them to the persons entitled to them. Listed below are all unpaid claims, expenses or taxes which remain undischarged (If none, so state; otherwise state in detail other arrangements which have been made to accommodate all outstanding liabilities.):

NONE

FILED 11-10-05
NO. P5-02-463
Court Administrator
Blue Earth County, Minnesota

UNSUPERVISED PERSONAL REPRESENTATIVE'S STATEMENT TO CLOSE ESTATE

INVENTORY P-682

WARNING: UNAUTHORIZED COPYING OF THIS FORM PROHIBITED.

| MDOCS 2002™ INVENTORY P-682<br>Minn. Stat. 524.3-1003 | Content created and owned by Minnesota Continuing Legal Education<br>Miller/Davis Co., St. Paul, MN 651-642-1988 |
|---|---|

Court File No. <u>P5-02-463</u>

4. Sent a copy of this statement to all distributees of this Estate and to all creditors or other claimants whose claims are neither paid nor barred and have furnished a full account in writing of this administration to the distributees whose interests are affected by the administration of this Estate.

This statement is filed for the purpose of closing this Estate and terminating my appointment as Personal Representative of the Estate.

*Sandra L. Phillips*    11/7/05
Sandra L. Phillips
Personal Representative    Date

NOTARIAL STAMP OR SEAL (OR OTHER TITLE OR RANK)



MARY L. JOERG
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

**Attorney For Personal Representative(s)**

THIS INSTRUMENT WAS DRAFTED BY (NAME AND ADDRESS):

John C. Peterson
MASCHKA, RIEDY & RIES
201 North Broad Street, Suite 200
P.O. Box 7
Mankato, MN 56002-0007
507-625-6600
86034

Signed and sworn to (or affirmed) before me on
<u>November 7, 2005</u>

by<u>Sandra L. Phillips</u>
*Mary L. Joerg*
Signature of Notary Public or Other Official

NOTE: Appointment of the personal representative terminates one year following the filing of this statement with the court. Letters of appointment remain in full force and effect during that year.

UNSUPERVISED PERSONAL REPRESENTATIVE'S STATEMENT TO CLOSE ESTATE

# Exhibit B

# STATE OF WISCONSIN
## DEPARTMENT OF HEALTH SERVICES
### ORIGINAL CERTIFICATE OF DEATH
FACT OF DEATH

**STATE FILE DATE:** JUNE 13, 2022
**STATE FILE NUMBER:** 2022026704

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S NAME | First: SANDRA  Middle: LEE  Last: PHILLIPS |
| 2 | SOCIAL SECURITY NUMBER | |
| 3 | DATE PRONOUNCED DEAD | JUNE 08, 2022 |
| 4 | TIME PRONOUNCED DEAD (24hr) | 03:57 |
| 5 | AGE | 80 YEARS |
| 6 | DATE OF BIRTH | |
| 7 | SEX | FEMALE |
| 8 | CITY, VILLAGE, OR TOWNSHIP OF DEATH | SPARTA (CITY) |
| 9 | COUNTY OF DEATH | MONROE |
| 10 | PLACE OF DEATH | DECEDENT'S RESIDENCE - HOSPICE CARE |
| 11 | FACILITY NAME AND ADDRESS OF DEATH | 503 SOUTH WATER STREET (MAYO CLINIC HOSPICE) |
| 12 | RESIDENCE ADDRESS | 503 SOUTH WATER STREET |
| 13 | RESIDENCE CITY, VILLAGE, OR TOWNSHIP | SPARTA (CITY) |
| 14 | RESIDENCE COUNTY | MONROE |
| 15 | RESIDENCE STATE | WISCONSIN |
| 16 | MARITAL STATUS | WIDOWED |
| 17 | WI DOMESTIC PARTNERSHIP | NO |
| 18 | SURVIVING SPOUSE'S BIRTH NAME | |
| 19 | STATE OF BIRTH | WISCONSIN |
| 20 | DECEDENT'S BIRTH LAST NAME | NOLAN |
| 21 | FATHER'S BIRTH NAME | ROGER BENJAMIN NOLAN |
| 22 | MOTHER'S BIRTH NAME | VIOLET ELEANOR JOHNSON |
| 23 | INFORMANT'S NAME | TODD A PHILLIPS |
| 24 | INFORMANT'S MAILING ADDRESS | 109 PEBBLE CREEK COURT, MANKATO, MN 56001 |
| 25 | NAME AND ADDRESS OF FUNERAL FACILITY | LANHAM-SCHANHOFER FUNERAL HOME, 106 W FRANKLIN ST, SPARTA, WI 54656 |
| 26 | FUNERAL DIRECTOR'S NAME | SCHANHOFER, JEFFERY L |
| 27 | DATE SIGNED | JUNE 11, 2022 |
| 28 | TYPE OF MEDICAL CERTIFIER | PHYSICIAN |
| 29 | MEDICAL CERTIFIER'S NAME AND TITLE | HILARY BINGOL, MD |
| 30 | DATE SIGNED | JUNE 10, 2022 |
| 31 | DATE OF DEATH | JUNE 08, 2022 |
| 32 | TIME OF DEATH (24hr) | 03:57 |
| 33 | MEDICAL CERTIFIER'S MAILING ADDRESS | 700 WEST AVENUE SOUTH, LA CROSSE, WI 54601 |

## EXTENDED FACT OF DEATH

| # | Field | Value |
|---|---|---|
| 34 | USUAL OCCUPATION | HOMEMAKER |
| 35 | KIND OF BUSINESS/INDUSTRY | OWN HOME |
| 36 | EVER IN US ARMED FORCES | NO |
| 37 | DECEDENT TRIBAL MEMBER | NO  TRIBE NAME(S): |
| 38 | MANNER OF DEATH | NATURAL |
| 39 | METHOD OF DISPOSITION | BURIAL |
| 40 | PLACE AND LOCATION OF DISPOSITION | SAINT JOHNS EVANGELICAL LUTHERAN CEMETERY, SAINT CLAIR, MINNESOTA |

**41. PART I.** The conditions listed are the diseases, injuries, or complications that caused death. Conditions leading to the immediate cause are listed sequentially and the underlying cause is listed last.

| | Cause | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause: (a) | DEMENTIA OF MULTIPLE ETIOLOGIES | YEARS |
| Due to or as a consequence of: (b) | END STAGE CARDIORENAL SYNDROME | YEARS |
| Due to or as a consequence of: (c) | | |
| Due to or as a consequence of: (d) | | |

**41. PART II. OTHER SIGNIFICANT CONDITIONS** contributing to death but not resulting in the underlying cause given in Part I.

| # | Field | Value |
|---|---|---|
| 42 | AUTOPSY PERFORMED | NO |
| 43 | DATE OF INJURY | |
| 44 | TIME OF INJURY (24hr) | |
| 45 | INJURY AT WORK | |
| 46 | PLACE OF INJURY | |
| 47 | LOCATION OF INJURY | |
| 48 | COUNTY OF INJURY | |
| 49 | IF INJURY STATED ANYWHERE IN CAUSE OF DEATH (Part I or Part II), DESCRIBE HOW IT OCCURRED. | |

**NO AMENDMENTS PRESENT**

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.

4390754

DEB BRANDT
MONROE COUNTY REGISTER OF DEEDS

24166808   Date Issued: JUNE 14, 2022

# Exhibit C

Electronically Served
9/22/2022 9:17 AM
Blue Earth County, MN

07-PR-22-2657

Filed in District Court
State of Minnesota
September 21, 2022

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF BLUE EARTH | FIFTH JUDICIAL DISTRICT |
| | Court File No.: 07-PR-22-2657 |

In Re: Estate of             **LETTERS TESTAMENTARY**

Sandra L. Phillips,
                    Decedent.

1. The decedent died on June 8, 2022.

2. Todd A. Phillips and Debra L. Schweim have been appointed and have authority to act as co-personal representatives of the decedent's estate and to administer the estate according to Minnesota law.

3. Administration of the decedent's estate is unsupervised. 09/21/2022 03:07:39 PM

_____
[Judge of District Court]