UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF TODD PHILLIPS AND DEBRA SCHWEIM IN PLACE OF SANDRA PHILLIPS** |
| *Sandra Phillips, Individually and as Administratrix of the Estate of Norman Phillips v. Monsanto Co.*, Case No.: 3:20-cv-00844 | |

1. Counsel for Plaintiff's Motion to Substitute Todd Phillips and Debra Schweim in Place of Sandra Phillips pursuant to F.R.C.P.25 is **GRANTED.**

2. Todd Phillips and Debra Schweim are here by substituted in place of Sandra Phillips.

3. Accordingly, the case caption shall be amended as follows: Todd Phillips and Debra Schweim, as personal representatives of the Estate of Sandra Phillips, and on behalf of the wrongful death beneficiaries of Norman Phillips.

SIGNED on this the ____ day of _____, 2023.

_____
VINCE CHHABRIA
United States District Court Judge