UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) _____ ) ) This document relates to: ) ) *Barbara Mosley v. Monsanto Co.*, ) Case No.: 3:19-cv-01618-VC ) ) _____ ) | MDL NO. 2741 **Case No.   3:16-md-02741-VC** |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Carmen Batch, and Defendant, Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned action, with each party to bear its own attorneys' fees and costs.

Counsel for Plaintiff has read Pretrial Order No. 236, ECF 13192, and hereby certifies that he has complied with the common benefit hold back required therein.    Specifically, Counsel for Plaintiff hereby certifies that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation has been withheld in trust pending instruction of

1

distribution.   Counsel for Plaintiff further certifies that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not his client's portion.

    IT IS SO STIPULATED AND AGREED


Dated:   October 2, 2023        BY:    */s/ Eugene C. Brooks, IV*
    EUGENE C. BROOKS, IV
    Brooks Law Office
    Georgia State Bar No. 084750
    PO Box 9545
    Savannah, GA 31412
    313 West York Street
    Savannah, GA 31401
    T: (912) 233-9696; F: (912) 232-8620
    gbrooks@brooks-law.com
    Attorney for Plaintiff


    */s/ Anthony R. Martinez*
    ANTHONY R. MARTINEZ
    Shook, Hardy & Bacon, LLP
    Missouri State Bar No. 61791
    2555 Grand Blvd.
    Kansas City, MO   64108
    T: (816) 474-6550; F: (816) 421-5547
    amartinez@shb.com
    Attorney for Defendant, Monsanto

**CERTIFICATE OF SERVICE**

This certificate certifies that on this day the undersigned served filed the foregoing via the U.S.D.C. Electronic Filing System to all counsel registered to receive automatic e-file notifications on the above-captioned matter.

This 2nd day of October, 2023.

>   */s/ Eugene C. Brooks, IV*
>   EUGENE C. BROOKS, IV
>   Brooks Law Office
>   Georgia State Bar No. 084750
>   PO Box 9545
>   Savannah, GA 31412
>   313 West York Street
>   Savannah, GA 31401
>   T: (912) 233-9696; F: (912) 232-8620
>   gbrooks@brooks-law.com
>   Attorney for Plaintiff