UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

*************************************************************************

This document relates to:

| | | |
|---|---|---|
| YVETTTE A. D'AUNOY<br>       v.<br>MONSANTO COMPANY; HARRY'S HARDWARE, INC.; and OHIO SECURITY INSURANCE COMPANY | * * * * * * * | LAE/2:19-cv-13594 |

*************************************************************************

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

**NOW INTO COURT**, through undersigned counsel, jointly come Plaintiff, Yvette A. D'Aunoy and Defendants, Harry's Hardware, Inc. ("Harry's Hardware") and Ohio Security Insurance Company ("Ohio Security"), who hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the above captioned matter, MDL No. 2741, Case No. 3:16-md-02741-VC, relating *solely* to the claims of Plaintiff, Yvette A. D'Aunoy, LAE/2:19-cv-13594, should now be dismissed with prejudice, each party to bear its own attorney's fees, costs and expenses.

02829396-1

Respectfully submitted:

**PHILIP C. HOFFMAN, LLC**

*/s/Philip C. Hoffman*
**PHILIP C. HOFFMAN (#32277)**
**DAYAL S. REDDY (#31928)**
643 Magazine Street, Suite 300 - A
New Orleans, LA 70130
Telephone: (504) 822-6050
Facsimile : (504) 313-3911
phil@pchlawfirm.com
***Counsel for Plaintiff, Yvette A. D'Aunoy***

and

**DUPLASS APLC**

*/s/Joseph E. Bearden, III*
**JOSEPH E. BEARDEN, III (#26188)**
**ANDREW D. WEINSTOCK (#18495)**
**CHRISTIAN B. BOGART (#22954)**
433 Metairie Road, Suite 600
Metairie, LA 70005
Telephone: (504) 832-3700
Facsimile (504) 617-7636
jbearden@duplass.com
***Counsel for Defendants, Harry's Hardware, Inc. and Ohio Security Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by filing through the Court's CM/ECF system on this 2nd day of October 2023.

*/s/ Philip C. Hoffman*
**Philip C. Hoffman**