Joseph R. Saveri (SBN 130064)
Christopher K. L. Young (SBN 318371)
Itak K. Moradi (SBN 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
imoradi@saverilawfirm.com

Robert L. Lieff (SBN 37568)
P.O. Box A
Rutherford, CA 94573
Telephone: (415) 250-4800
rlieff@lieff.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONAS PEREZ-HERNANDEZ, ISABEL PAZ-HERNANDEZ, MOISES PEREZ-PAZ, ALLISON PEREZ-PAZ, and ABIGAIL PEREZ-PAZ**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**BAYER AKTIENGESELLSCHAFT**, a German joint-stock company; **BAYER CORPORATION**, an Indiana corporation; and **MONSANTO COMPANY**, a Delaware corporation,<br><br>*Defendants*. | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**ADMINISTRATIVE MOTION OF PLAINTIFFS TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12(b) and 7-11) |

Pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiffs Jonas Perez-Hernandez, Isabel Paz-Hernandez, Moises Perez-Paz, Allison Perez-Paz, and Abigail Perez-Paz, plaintiffs in *Perez-Hernandez et al v. Bayer Aktiengesellschaft et al*, No. 3:23-cv-4946-KAW (N.D. Cal. filed September 26, 2023) ("*Perez-Hernandez*"), respectfully move the Court to consider whether *Perez-Hernandez* is related to In re Roundup Products Liability Litigation, No. 3:16-md-02741-VC (N.D. Cal. filed Oct. 4, 2016) ("Roundup"). "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a).

On October 3, 2016, the United States Judicial Panel on Multidistrict Litigation issued a Transfer Order (ECF No. 1) (the "Transfer Order") centralizing 19 substantially similar cases for coordinated pretrial proceedings in this Court before the Honorable Vince Chhabria (MDL No. 2741). Those actions allege that Roundup, a widely used weed killer manufactured by Monsanto Company ("Monsanto"), can cause non-Hodgkin's lymphoma. The Transfer Order states that "These actions share common factual questions arising out of allegations that Monsanto's Roundup herbicide, particularly its active ingredient, glyphosate, causes non-Hodgkin's lymphoma." Transfer Order at 2. Since the Transfer Order, thousands of additional cases have been transferred to this Court and assigned to Judge Chhabria.

Prior to the issuance of the Transfer Order, on May 23, 2016, Bayer Aktiengesellschaft ("Bayer"), a corporate defendant in *Perez-Hernandez*, announced that it had made an unsolicited all-cash offer to acquire Monsanto (the "Acquisition"). The Acquisition was ultimately completed on June 7, 2018. As a result of the Acquisition, Monsanto became a wholly-owned subsidiary of Bayer. *Perez-Hernandez* alleges that, since the acquisition, Bayer and certain of its current and former senior executives misrepresented and continue to misrepresent the risk of liability from lawsuits brought against Monsanto alleging that Roundup caused non-Hodgkin's lymphoma.

Pursuant to Civil Local Rule 3-12(a)(1), *Perez-Hernandez* should be designated as related to Roundup because both actions assert claims against substantially similar defendants— namely, Bayer, by virtue of its acquisition of Monsanto, and Monsanto—and the allegations in Roundup address

misconduct that is integral to the claims asserted in *Perez-Hernandez*. Consequently, the requirement of Civil Local Rule 3-12(a)(1) is satisfied.

In addition, pursuant to Civil Local Rule 3-12(a)(2), relation of these actions is appropriate because, given the substantially similar parties and events at issue in the actions, it appears likely that there would be unduly burdensome duplication of labor and expenses if the cases were conducted before different judges. For example, the actions will involve substantially similar witnesses and will involve overlapping discovery. Relating *Perez-Hernandez* and Roundup will serve the interests of judicial economy, consistent with Civil Local Rule 3-12(a)(2).

Accordingly, a finding that *Perez-Hernandez* is related to Roundup is appropriate under Civil Local Rule 3-12(a).

Dated: October 2, 2023

Respectfully Submitted,

**JOSEPH SAVERI LAW FIRM, LLP**

By:   */s/ Joseph R. Saveri*
          Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Christopher K. L. Young (SBN 318371)
Itak K. Moradi (SBN 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
imoradi@saverilawfirm.com

Robert L. Lieff (SBN 37568)
P.O. Box A
Rutherford, CA 94573
Telephone: (415) 250-4800
rlieff@lieff.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

Pursuant to Civil Local Rule 5-5, I hereby certify that on October 2, 2023, I served a true and correct copy of this Administrative Motion to Consider Whether Cases Should be Related, the Saveri Declaration, and the Proposed Order using the CM/ECF system which will send a notification of such filing to counsel of record.

                                                */s/ Joseph R. Saveri*
                                                Joseph R. Saveri