1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONAS PEREZ-HERNANDEZ, ISABEL PAZ-HERNANDEZ, MOISES PEREZ-PAZ, ALLISON PEREZ-PAZ, and ABIGAIL PEREZ-PAZ**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**BAYER AKTIENGESELLSCHAFT**, a German joint-stock company; **BAYER CORPORATION**, an Indiana corporation; and **MONSANTO COMPANY**, a Delaware corporation,<br><br>*Defendants*. | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES UNDER CIVIL LOCAL RULE 3-12** |

1     Having considered the administrative motion of Jonas Perez-Hernandez, Isabel Paz-Hernandez, Moises Perez-Paz, Allison Perez-Paz, and Abigail Perez-Paz, plaintiffs in *Perez-Hernandez et al v. Bayer Aktiengesellschaft et al*, No. 3:23-cv-4946-KAW (N.D. Cal. filed September 26, 2023) ("*Perez-Hernandez*"), which was filed in *In re Roundup Products Liability Litigation*, No. 3:16-md-02741-VC (N.D. Cal. filed Oct. 4, 2016) ("*Roundup*"), under Civil Local Rules 3-12 and 7-11, to consider whether *Perez-Hernandez* should be related to *Roundup*, and good cause appearing, the Court grants this administrative motion.

    *Perez-Hernandez* is hereby related to *Roundup* and shall be reassigned to the undersigned judge pursuant to Civil Local Rule 3-12(f).

IT IS SO ORDERED.

DATE:

                                              HON. VINCE CHHABRIA
                                              UNITED STATES DISTRICT JUDGE