UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER ENFORCING PRETRIAL ORDER NO. 240** |
| See Appendix 1 | |

The plaintiffs are reminded of their obligations under Pretrial Order No. 240, which requires every current and future plaintiff in this MDL to participate in Special Master Ken Feinberg's settlement program. *See* Appendix 2 (Pretrial Order No. 240, Dkt. No. 13323). The Special Master recently informed the Court that the plaintiffs in the attached list have not complied with PTO No. 240. *See* Appendix 1. These plaintiffs are ordered to comply and submit the information requested by the special master within **21 days**—failure to do so will result in the case being dismissed with prejudice under Federal Rule of Civil Procedure 41(b), and there will not be another warning. If the plaintiff requires more time to complete the submission, then counsel may request it from the Special Master.

Lead counsel shall notify counsel for each of these plaintiffs of this Order.

**IT IS SO ORDERED.**

Dated: October 2, 2023

VINCE CHHABRIA

United States District Judge

# Appendix 1

|  | Law Firm | Plaintiff Last Name | Plaintiff First Name | Case No. |
|---|---|---|---|---|
| 1 | Antonio Le Mon, A.P.L.C. | Sheldon | Thomas | 3:21-cv-02545-VC |
| 2 | Belluck & Fox, LLP | Sammons | Douglas | 3:23-cv-00050-VC |
| 3 | Belluck & Fox, LLP | Tomion | Alan | 3:22-cv-00940-VC |
| 4 | Christina Pendleton and Associates, P.C. | Sutliff | Timothy | 3:19-cv-02832-VC |
| 5 | Corrie Yackulic Law Firm PLLC | Stejskal | James | 3:19-cv-07524-VC |
| 6 | Corrie Yackulic Law Firm PLLC | Stolz | Marcel | 3:19-cv-07402-VC |
| 7 | Diamond Law | DeMent | Scott | 3:19-cv-01182-VC |
| 8 | Diamond Law | Efimenko | Alexander | 3:19-cv-00485-VC |
| 9 | Eaves Law Firm, LLC | Hambright | William | 3:19-cv-04714-VC |
| 10 | Farzam Law Firm | Swanson | Naomi | 3:21-cv-08047-VC |
| 11 | Fitts Law Firm | Bowen | Mary | 3:22-cv-02965-VC |
| 12 | Fitts Law Firm | Shrum | Matthew | 3:22-cv-02489-VC |
| 13 | Forester Haynie PLLC | Beisner | Eric | 3:20-cv-00056-VC |
| 14 | Forester Haynie PLLC | Birdstraw | Allison | 3:23-cv-02167-VC |
| 15 | Forester Haynie PLLC | Bodie | John | 3:20-cv-00057-VC |
| 16 | Forester Haynie PLLC | Finnell | Patrick | 3:20-cv-02419-VC |
| 17 | Forester Haynie PLLC | Foster | Davis | 3:23-cv-01059-VC |
| 18 | Forester Haynie PLLC | Goddard | Thomas | 3:23-cv-00955-VC |
| 19 | Forester Haynie PLLC | Goodman | Jasmine | 3:20-cv-03726-VC |
| 20 | Forester Haynie PLLC | Howard | Walter | 3:22-cv-05315-VC |

| 21 | Forester Haynie PLLC | King | Genevieve | 3:23-cv-02169-VC |
| 22 | Forester Haynie PLLC | Laury | Romeil | 3:23-cv-01361-VC |
| 23 | Forester Haynie PLLC | Lee | Kevin | 3:23-cv-00957-VC |
| 24 | Forester Haynie PLLC | Sayles | Reginald | 3:20-cv-02417-VC |
| 25 | Forester Haynie PLLC | Smith | Lanny | 3:23-cv-01087-VC |
| 26 | Forester Haynie PLLC | Walker | Tracy Dean | 3:23-cv-02002-VC |
| 27 | Fredric L. Sinder | Holten-Sinder | Paulyne | 3:22-cv-08893-VC |
| 28 | Gale, Angelo, Johnson, & Pruett, P.C. | Locsin | Douglas | 3:23-cv-02571-VC |
| 29 | Hendler Flores Law PLLC | Ruiz | Irene | 3:22-cv-04716-VC |
| 30 | Houssiere, Durant & Houssiere, LLP | Howard | Christopher | 3:20-cv-02806-VC |
| 31 | Humphrey, Farrington & McClain, PC // Turnbull, Cain & Holcomb, LLC | Harris, Sr. | Braxton | 3:23-cv-02566-VC |
| 32 | Ifediba Law Group, P.C. | Shackleford | William | 3:23-cv-03607-VC |
| 33 | Ifediba Law Group, P.C. | Wiedman | Thomas | 3:23-cv-03551-VC |
| 34 | Joseph Farzam Law Firm | Galvan | Richard | 3:22-cv-01889-VC |
| 35 | Kagan Legal Group // Moore Law Group, PLLC | Camara | Victor | 3:19-cv-06965-VC |
| 36 | Keegan & Baker, LLP | Penny | Perry | 3:21-cv-07644-VC |
| 37 | Kline & Specter, P.C. | Schank | Lorraine | 3:23-cv-02433-VC |
| 38 | Law Office of Paul Mankin, APC | Adler | Marilyn | 3:23-cv-02166-VC |
| 39 | Law Office of Paul Mankin, APC | Bernardo | Becky | 3:23-cv-01916-VC |
| 40 | Law Office of Paul Mankin, APC | Bosch | Jeannie | 3:23-cv-01917-VC |
| 41 | Law Office of Paul Mankin, APC | Call | Kathleen | 3:23-cv-02168-VC |

| 42 | Law Office of Paul Mankin, APC | Derrick | David | 3:23-cv-02000-VC |
| 43 | Law Office of Paul Mankin, APC | Johnson | Charles | 3:22-cv-06598-VC |
| 44 | Law Office of Paul Mankin, APC | Jolin | Jeffrey | 3:23-cv-02001-VC |
| 45 | Law Office of Paul Mankin, APC | Kimball | Teresa | 3:22-cv-06148-VC |
| 46 | Law Office of Paul Mankin, APC | Link | Kim | 3:23-cv-02570-VC |
| 47 | Law Office of Paul Mankin, APC | Pagliaro | Lisa | 3:23-cv-02246-VC |
| 48 | Law Office of Paul Mankin, APC | Peabody | Susan | 3:23-cv-02037-VC |
| 49 | Law Office of Paul Mankin, APC | Schob | Sandra | 3:23-cv-02573-VC |
| 50 | Law Office of Paul Mankin, APC | Smith | Marcia | 3:23-cv-01922-VC |
| 51 | Law Office of Paul Mankin, APC | Smith | Richard | 3:23-cv-01919-VC |
| 52 | Law Office of Paul Mankin, APC | Vigilante | Robert | 3:23-cv-01920-VC |
| 53 | Law Office of Paul Mankin, APC | Weathersby | Erlinda | 3:23-cv-02171-VC |
| 54 | Law Offices of Charles H. Johnson, PA | Bergeson | Carl | 3:22-cv-03826-VC |
| 55 | Law Offices of Charles H. Johnson, PA | Dawson | Jesse | 3:23-cv-01927-VC |
| 56 | Law Offices of Charles H. Johnson, PA | Dusenbury | Brian | 3:22-cv-05661-VC |
| 57 | Law Offices of Charles H. Johnson, PA | Reed | Anne | 3:22-cv-03454-VC |
| 58 | Law Offices of Charles H. Johnson, PA | Salinas | Edward | 3:22-cv-05737-VC |
| 59 | Law Offices of Kenneth W. DeJean | LeBlanc, Jr. | Thomas | 3:22-cv-00455-VC |
| 60 | Law Offices of Paul A.Weykamp | Dickerson | Richard | 3:22-cv-00656-VC |
| 61 | Meshbesher & Spence, LTD. | Buntz | Robert | 3:23-cv-03658-VC |
| 62 | Milberg Coleman Bryson Phillips Grossman, PLLC | Kidwell | Rita | 3:23-cv-01573-VC |
| 63 | Nancy E.S. Calloway | Campbell | David | 3:21-cv-02911-VC |

| 64 | Nass Cancelliere Brenner | Johnson | Melvin | 3:19-cv-01244-VC |
| 65 | Nass Cancelliere Brenner | Manuel | Leon | 3:19-cv-04125-VC |
| 66 | O'Brien Law, LLC | Zenz | Leo | 3:23-cv-02148-VC |
| 67 | Pettus / Farnsworth, LLC | Hensley | Norman | 3:22-cv-02298-VC |
| 68 | Points Law, PLLC | Adelson | Sally | 3:19-cv-00122-VC |
| 69 | Romanucci & Blandin | Francis | Edward | 3:21-cv-08445-VC |
| 70 | Saracino Morris Law Group, PLLC | Geter | Franklin | 3:19-cv-08380-VC |
| 71 | Singleton Schreiber, LLP | Jones-Basler | Caitlin | 3:19-cv-03536-VC |
| 72 | SMT Legal | Colburn | David | 3:23-cv-01959-VC |
| 73 | Terrell Hogan & Yegelwel, P.A. | Smith | Roy | 3:19-cv-03597-VC |
| 74 | The Ruth Law Team | Ditoro | Charles | 3:23-cv-01960-VC |
| 75 | The Ruth Law Team | Gottstein | Ross | 3:23-cv-02961-VC |
| 76 | The Ruth Law Team | Locklair | Melody | 3:23-cv-00719-VC |
| 77 | The Ruth Law Team | Marchica | Frank | 3:23-cv-01271-VC |
| 78 | The Ruth Law Team | Plummer | Robert | 3:23-cv-01269-VC |
| 79 | The Ruth Law Team | Von Standen | Richard | 3:23-cv-01182-VC |
| 80 | The Ruth Law Team | Westbrook | Norton | 3:23-cv-02985-VC |
| 81 | The Smith Law Office, PLLC | Waldrop | Molly-Jack | 3:20-cv-08798-VC |
| 82 | Vanderpool Law Firm PC | Winer | Brady | 3:20-cv-04844-VC |
| 83 | Watters Law PLLC | Straub | Richard | 3:22-cv-03829-VC |
| 84 | Wilentz, Goldman & Spitzer, P.A. | Rutherford | Michael | 3:22-cv-03823-VC |

# Appendix 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO. 240: ORDER REQUIRING PARTICIPATION IN SPECIAL MASTER PROGRAM** |
| *ALL CASES* | |

Court-appointed Special Master Ken Feinberg has established a program to allow plaintiffs in this MDL to receive an offer of a payment to settle their cases. Every current and future plaintiff in this MDL who has not already reached a settlement with Monsanto is ordered to participate in the program.

Pursuant to the program, counsel for individual plaintiffs (or the plaintiffs themselves, if they are unrepresented) will receive a letter from the Special Master requesting certain information (and supporting documentation) regarding their claims. Every plaintiff is ordered to submit the information requested by the Special Master by the deadline he establishes. Failure to do so will be deemed a violation of this order.

Once the Special Master has received the information from the plaintiff, Monsanto will be given an opportunity to submit its own information regarding the plaintiff's claims. Pursuant to Monsanto's consent, the Special Master will then consider all the information submitted regarding the plaintiff's claims and make a written settlement offer to the plaintiff, based on his independent analysis of the claims. Once the Special Master has made this offer, it is binding on Monsanto—the company is required to pay it if the plaintiff accepts. The plaintiff may either accept or reject the offer, but there will be no further negotiation once the Special Master has

conducted his analysis and made his offer.

There is no penalty for refusal of an offer, and there will be no delay in the litigation process while a plaintiff timely participates in the Special Master's program. However, if a plaintiff fails to participate in the program in accordance with the deadlines set by the Special Master, that could result in a delay of the litigation, and it will be deemed a violation of this order, which could result in sanctions.

The Special Master will contact each plaintiff; plaintiffs do not need to reach out to him.

**IT IS SO ORDERED.**

Dated: July 23, 2021

VINCE CHHABRIA
United States District Judge