Manuel D. Gomez (MDG – 6851)
**Law Office of Manuel D. Gomez, P.C**
225 Broadway Suite 900
New York, NY, 10007
Tel.: 212-571-2640
Fax.: 212-571-2302
ManuelDGomezesq@gmail.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *Thomas J. Fallon & Brigitte B. Fallon v. Monsanto Co.,* Case No. 3:20-cv-00248-VC | UNOPPOSED MOTION TO AMEND CAPTION |

## UNOPPOSED MOTION TO AMEND CAPTION

**TO THE HONORABLE COURT:**

**COMES NOW**, Plaintiffs Thomas J. Fallon and Brigitte B. Fallon, through the undersigned attorney and – without opposition from Defendant Monsanto Company – respectfully requests this Honorable Court to amend the caption.

1. This case was commenced on or about November 18, 2019. Plaintiff Thomas J. Fallon used Roundup products extensively in his garden located in Palisades, New York until 2016. Following his extensive exposure to Roundup, Mr. Fallon was diagnosed in 2016 with non-Hodgkin lymphoma and leukemia. As a result of this illness, Mr. Fallon underwent chemotherapy and other treatment and has had his life irreversibly altered.

2. Unfortunately, Mr. Fallon succumbed to his illness on or about August 19, 2021 from complications arising from his non-Hodkin lymphoma and leukemia. Annexed hereto as Exhibit 'A' is the death certificate.

3. My office filed with the Surrogates Court with Rockland County of the State of New York a petition to appoint Brigitte Fallon the administrator of the Estate of Thomas Fallon. Letters of Administration were issued on or about On July 27, 2022, a copy of which is annexed hereto as Exhibit 'B'. On or about November 11, 2021.

4. Due to law office failure, we have failed to move to amend the caption earlier. The undersigned attorney has conferred with counsel for defendant Monsanto Company.

5. Counsel for defendant Monsanto Company has expressed that there is no opposition to this course of action and agree to amend the caption from what it appears above, to the

following:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) |
| _____ | ) |
| This document relates to: | ) ) |
| *The Estate of Thomas J. Fallon, deceased, & Brigitte B. Fallon v. Monsanto Co.,* Case No. 3:20-cv-00248-VC | ) ) ) ) ) |

**WHEREFORE**, Plaintiffs Thomas J. Fallon and Brigitte B. Fallon without opposition from Defendant Monsanto Company, respectfully requests that this case caption be amended from what it appears above, to the following:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) |
| _____ | ) |
| This document relates to: | ) ) |
| *The Estate of Thomas J. Fallon, deceased, & Brigitte B. Fallon v. Monsanto Co.,* Case No. 3:20-cv-00248-VC | ) ) ) ) ) |

DATED: September 22, 2023

                                     Respectfully submitted,
                                     /s/ Manuel D. Gomez

Manuel D. Gomez (MDG – 6851)
**Law Office of Manuel D. Gomez, P.C**
225 Broadway Suite 900
New York, NY, 10007
Tel.: 212-571-2640
Fax.: 212-571-2302
ManuelDGomezesq@gmail.com
*Attorney for Plaintiffs*