Law Office of Manuel D. Gomez, P.C
225 Broadway Suite 900
New York, NY, 10007
Tel.: 212-571-2640
Fax.: 212-571-2302
ManuelDGomezesq@gmail.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) |
| _____ | ) UNOPPOSED MOTION ) TO AMEND CAPTION |
| This document relates to: | ) ) |
| *Thomas J. Fallon & Brigitte B. Fallon v. Monsanto Co.,* Case No. 3:20-cv-00248-VC | ) ) ) ) |

## **ORDER**

Plaintiffs' unopposed motion to amend the caption from what it appears above, to the following:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) |
| _____ | ) ) |
| This document relates to: | ) ) |
| *The Estate of Thomas J. Fallon, deceased, & Brigitte B. Fallon v. Monsanto Co.,* Case No. 3:20-cv-00248-VC | ) ) ) ) |

is granted.

**IT IS SO ORDERED.**

**Dated:** _____

_____

UNOPPOSED MOTION TO AMEND CAPTION
3:16-md-02741-VC & 3:20-cv-00248-VC