**EXHIBIT A**

# CERTIFICATE OF DEATH

**REGISTER NUMBER:** 120

**STATE FILE NUMBER:** 431-2021-00071686

## Decedent

- **1. Name:** Thomas John Fallon
- **2. Sex:** Male
- **3A. Date of Death:** 08 / 18 / 2021
- **3B. Hour:** 09:05 AM
- **4A. Place of Death:** Private Residence
- **4C. Name of Facility / Address:** 32 Iroquois Avenue
- **4D. Locality:** Town — Orangetown Town
- **4E. County of Death:** Rockland
- **4G. Transferred from another institution:** No
- **5. Date of Birth:** 04 / 05 / 1938
- **6A. Age in Years:** 83
- **7A. City and State of Birth:** Ireland
- **8. Served in U.S. Armed Forces:** Yes — 1961-1963
- **9. Hispanic Origin:** No, not Spanish/Hispanic/Latino
- **10. Race:** White/Caucasian
- **11. Education:** Bachelor's degree
- **12. Social Security Number:** 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
- **13. Marital Status:** Married
- **14. Surviving Spouse (birth name):** Bridget Fanning
- **15A. Usual Occupation:** Owner/proprietor
- **15B. Kind of Business or Industry:** Restaurant/Tavern
- **15C. Name and Locality of Company or Firm:** Beekman Pub, Manhattan, NY
- **16A. Residence State:** NY
- **16B. County:** Rockland
- **16C. Locality:** Town — Orangetown Town
- **16D. Street and Number of Residence:** 32 Iroquois Avenue, Palisades
- **16E. Zip Code:** 10964
- **17. Birth Name of Father/Parent:** Thomas John Fallon
- **18. Birth Name of Mother/Parent:** Margaret McTernan
- **19A. Name of Informant:** Bridget Fallon
- **19B. Mailing Address:** 32 Iroquois Avenue, Palisades Hamlet, NY 10964

## Disposition

- **20A.** Cremation
- **Date:** 08 / 21 / 2021
- **20B. Place of Burial, Cremation, Removal or Other Disposition:** Cedar lawn Crematory
- **20C. Location:** Paterson, New Jersey
- **21A. Name and Address of Funeral Home:** Pizzi Funeral Home, 120 Paris Avenue, Northvale, NJ 07647
- **21B. Registration Number:** 23JB001646
- **22A. Name of Funeral Director:** John C Patterson
- **22B. Signature of Funeral Director:** John C Patterson *Electronically Signed*
- **22C. Registration Number:** 12804
- **23A. Signature of Registrar:** Rosanna Sfraga *Electronically Signed*
- **23B. Date Filed:** 08 / 20 / 2021
- **24A. Burial or Removal Permit Issued By:** Rosanna Sfraga
- **24B. Date Issued:** 08 / 20 / 2021

## Certifier

- **25A. Certifier's Name:** Melissa Moreno, NP
- **License No.:** 334757
- **Signature:** Melissa Moreno, NP *Electronically Signed*
- **Date:** 08 / 20 / 2021
- **Certifier's Title:** Coroner
- **Address:** 11 Stokum Ln, New City Hamlet, NY 10956
- **26A. Attending physician attended deceased:** From 08/02/2021 to 08/18/2021
- **26B. Deceased last seen alive by attending physician:** 08 / 18 / 2021
- **26C. Pronounced Dead:** 08 / 18 / 2021 at 09:05 AM
- **27. Manner of Death:** Natural Cause
- **28. Was case referred to Coroner or Medical Examiner?** Yes
- **29A. Autopsy?** No
- **29B. If yes, were findings used to determine cause of death?** —

## Cause of Death

**30. Death was caused by:**

- **Part I. Immediate Cause:**
  - (A) Primary Lymphoid leukemia — Approximate interval: months
  - (B) <<<>>>
  - (C) <<<>>>

- **Part II. Other Significant Conditions Contributing to Death but not related to cause given in Part I (A):** unspecified neoplasm of skin

**Did tobacco use contribute to death?** Unknown