# EXHIBIT B

*On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:*

|  |  |
|---|---|
| Name of Decedent: | **Thomas John Fallon** |
|  | AKA **Thomas J Fallon** |

File #: **2021-913**
Date of Death: **August 18, 2021**

Domicile of Decedent: **Palisades, New York**

Fiduciary Appointed: **Bridget B Fallon**
Mailing Address  32 Iroquois Avenue
Palisades NY  10964

Letters Issued:   **LETTERS OF ADMINISTRATION**

Limitations:   **The fiduciary is prohibited from collecting or distributing any proceeds of a claim for wrongful death or personal injuries or both without the further order of the Rockland County Surrogate's Court. These letters may only be modified by the Rockland County Surrogate's Court.**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

**Dated:  July 27, 2022**

IN TESTIMONY WHEREOF,   the seal of the Rockland County Surrogate's Court has been affixed.

WITNESS, Hon   Keith J Cornell, Judge of the Rockland County Surrogate's Court.

*Eileen Horan*
Eileen Horan, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Rockland County Surrogate's Court*

**Attorney:**
**Manuel D Gomez**
**Law Office Of Manuel D Gomez PC**
225 Broadway Suite 1010
New York NY  10007



**FILED JUL 27 2022 SURROGATE'S COURT COUNTY OF ROCKLAND**

At a Surrogate's Court of the State of New York held in and for the County of Rockland at New City, New York.

PRESENT: Hon. Keith J Cornell, Surrogate

**Administration Proceeding, Estate of Thomas John Fallon**

aka Thomas J Fallon

Deceased.

**DECREE GRANTING ADMINISTRATION WITH LIMITATIONS**
**File No. 2021-913**

A verified petition having been filed by Bridget B Fallon praying that administration of the goods, chattels and credits of the above-named decedent be granted to Bridget B Fallon and all persons named in such petition, required to be cited, having been cited to show cause why such relief should not be granted, have either failed to appear in response to a served citation or having waived the issuance of such citation and consented thereto; and it appearing that Bridget B Fallon is in all respects competent to act as administrator of the estate of said deceased; now it is

ORDERED AND DECREED, that Letters of Administration issue to Bridget B Fallon upon proper qualification and the filing of a bond be and hereby is dispensed with; and it is further

ORDERED AND DECREED, that the authority of such administrator be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions: The fiduciary is prohibited from collecting or distributing any proceeds of a claim for wrongful death or personal injuries or both without the further order of the Rockland County Surrogate's Court. These letters may only be modified by the Rockland County Surrogate's Court.

DATED: July 27, 2022

Keith J Cornell
Surrogate