UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) |
| This document relates to: | ) **[PROPOSED] ORDER GRANTING** ) **MOTION TO CONTINUE TO WAVE** ) **VII-D** ) |
| *Catherine Lincourt v. Monsanto Co.*, Case No. 3:21-cv-05317-VC | ) ) ) |

Plaintiff's renewed motion to continue the above-listed matter to Wave VII-D is granted.

**IT IS SO ORDERED.**

DATED: October __, 2023

_____

VINCE CHHABRIA

United States District Judge

3:16-md-02741-VC & 3:21-cv-05317-VC