UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Catherine Lincourt v. Monsanto Co.*, Case No. 3:21-cv-05317-VC | ) MDL No. 2741<br>)<br>)<br>)<br>) [PROPOSED] ORDER GRANTING<br>) MOTION TO CONTINUE TO WAVE<br>) VII-D<br>)<br>)<br>)<br>) |

Plaintiff's renewed motion to continue the above-listed matter to Wave VII-D is granted.

**IT IS SO ORDERED.**

DATED: October 3 , 2023

APPROVED
Judge Vince Chhabria
United States District Judge