Nathan E. Hoffman
NELSON MULLINS RILEY & SCARBOROUGH LLP
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
Phone: (615) 664-5308
Fax: (615) 664-5399
nathan.hoffman@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ryan, et al. v. Monsanto Company*<br>Case No. 3:20-cv-03936-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-2741-VC<br><br>**NOTICE OF APPEARANCE OF NATHAN E. HOFFMAN ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Nathan E. Hoffman of the firm Nelson Mullins Riley & Scarborough LLP hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 4, 2023                                                  Respectfully Submitted,

By: */s/ Nathan E. Hoffman*
Nathan E. Hoffman
NELSON MULLINS RILEY & SCARBOROUGH LLP
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
Phone: (615) 664-5308
Fax: (615) 664-5399
nathan.hoffman@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Nathan E. Hoffman, hereby certify that on October 4, 2023 I electronically filed the foregoing NOTICE OF APPEARANCE OF NATHAN E. HOFFMAN ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Respectfully submitted,

 */s/ Nathan E. Hoffman*
Nathan E. Hoffman
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
Phone: (615) 664-5308
Fax: (615) 664-5399
nathan.hoffman@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*