**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | **MDL No. 2741** |
| | **Case No. 3:16-md-02741-CS** |
| This document relates to: | **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF** |
| *Marcel Stolz v. Monsanto Co.,* | |
| Case No. 3:19-cv-07402-VC | |

### MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR THE PLAINTIFF

COMES NOW Corrie J. Yackulic, counsel for Plaintiff, Marcel Stolz, and hereby requests the Court's leave to withdraw as counsel pursuant to Local Civil Rule 11-5. In support of this Motion, Counsel states as follows:

1. We have attempted on many different occasions to reach Plaintiff Marcel Stolz between March 26, 2023 and present. We have been unable to connect with the Plaintiff.

2. After getting no response to our emails and letters, we performed a skip trace on Marcel Stolz which shows his last known address of 85154 Tum A Lum Rd., Milton Freewater, OR 97862. After verifying his address we sent him another letter asking him to contact us.

MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF
PAGE- 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

3. This letter, like the previous attempts to reach him, went unanswered. We have exhausted all options in our efforts to reach the plaintiff in this case.

4. On July 10, 2023, we sent by US Mail and email, letters to Mr. Stolz's last known addresses that we intended to withdraw as attorney of record. This letter has also gone unanswered.

5. A copy of this Motion for Leave to Withdrawal as Attorney of Record for Plaintiff was emailed to Plaintiff and also sent to him by certified US Mail, a copy of the envelope is attached hereto as Exhibit 1.

DATED this 5th day of October 2023.

CORRIE YACKULIC LAW FIRM, PLLC

*Corrie J. Yackulic*

_____
Corrie J. Yackulic, WSBA No. 16063
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Tel. 206.787.1915
corrie@cjylaw.com
*Attorney for Plaintiff*

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF**
PAGE- 2

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725