




MARCEL STOLZ
85099 TUM A LUM RD
MILTON FRWTR OR 97862-7411

EXHIBIT 1







7019 2280 0001 8991 4360

MARCEL STOLZ
85154 TUM A LUM RD
MILTON FRWTR OR 97862-7412