UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | **MDL No. 2741**<br><br>**Case No. 3:16-md-02741-CS** |
| This document relates to:<br><br>*James D. Stejskal and Laurie T. Stejskal v. Monsanto Co.,*<br><br>Case No. 3:19-cv-07524-VC | **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS** |

## **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR THE PLAINTIFFS**

COMES NOW Corrie J. Yackulic, counsel for Plaintiffs, James D. Stejskal and Laurie T. Stejskal, and hereby requests the Court's leave to withdraw as counsel pursuant to Local Civil Rule 11-5.  In support of this Motion, Counsel states as follows:

1. We believe that Plaintiff James D. Stejskal has passed away, and we have been unable to connect with his wife or other family members.

2. We have attempted on many different occasions to connect with Plaintiff James D. Stejskal as well as his wife Laurie T. Stejskal.  We have been unable to connect with either party since January, 2021.  We have attempted to connect via email, telephone and US Mail.

MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS
PAGE- 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

3. After getting no response to our emails, letters and phone calls, we performed a skip trace on both James D. Stejskal and Laurie T. Stejskal which showed their last known address of 11745 87th Ave S. Seattle, WA 98178, however according to public records this home was sold on March 3, 2021.

4. The other address we have on file is 810 54th St., Springfield, OR 97478. This home was also sold, according to public records, on February 11, 2022.

5. All of our contact attempts have gone unanswered. We have no way to connect or reach the plaintiffs in this case. We have exhausted all option in our efforts to reach the plaintiffs in this case.

6. On July 10, 2023, we sent by US Mail and email, letters to all known addresses to James D. Stejskal and Laurie T. Stejskal, advising them that we intended to withdraw as attorney of record. These attempts to reach them have also gone unanswered.

7. A copy of this Motion for Leave to Withdrawal as Attorney of Record for Plaintiffs was emailed to Plaintiffs as well as sent certified US Mail to all possible addresses. A copy of the envelopes are attached hereto as Exhibit 1.

DATED this 5th day of October 2023.

                                          CORRIE YACKULIC LAW FIRM, PLLC

                                        *Corrie J. Yackulic*

                                        _____
Corrie J. Yackulic, WSBA No. 16063
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Tel. 206.787.1915
corrie@cjylaw.com
*Attorney for Plaintiffs*

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFFS**
PAGE- 2

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725