



7019 2280 0001 8991 4414

JAMES AND LAURIE STEJSKAL
525 MINOR AVE N APT 303
SEATTLE WA 98109-5666

EXHIBIT 1





7019 2280 0001 8991 4407

JAMES AND LAURIE STEJSKAL
363 EARLINGTON AVE SW
RENTON WA 98057-2222

$8.53
US POSTAGE
FIRST-CLASS
FROM 98104
10/05/2023
stamps
endicia






**Corrie Yackulic** LAW FIRM PLLC
110 Prefontaine Place So., #304  Seattle, WA 98104

CERTIFIED MAIL

7017 2400 0000 3947 9548

JAMES AND LAURIE STEJSKAL
1745 RIDGLEY BLVD
EUGENE OR 97401-6973

$8.53
US POSTAGE
FIRST-CLASS
FROM 98104
10/05/2023
stamps
endicia



**Corrie Yackulic** | LAW FIRM PLLC
110 Prefontaine Place So., #304  Seattle, WA 98104



CERTIFIED MAIL®

7017 2400 0000 3947 9579

JAMES AND LAURIE STEJSKAL
810 54TH ST
SPRINGFIELD OR 97478-7602



$8.53 0
US POSTAGE
FIRST-CLASS
FROM 98104
10/05/2023
stamps
endicia






**CERTIFIED MAIL**

7017 2400 0000 3947 9562

JAMES AND LAURIE STEJSKAL
11745 87TH AVE S
SEATTLE WA 98178-4039

$8.53⁰
US POSTAGE
FIRST-CLASS
FROM 98104
10/05/2023
stamps
endicia

Corrie Yackulic LAW FIRM PLLC
110 Prefontaine Place So., #304  Seattle, WA 98104