AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| NATHAN M. HARMS, individually; and JENNIFER H. HARMS, individually;<br><br>*Plaintiff(s)*<br>v.<br><br>MONSANTO COMPANY<br>*Defendant(s)* | Civil Action No. 1:23-cv-00578 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MONSANTO COMPANY
c/o Corporation Service Company, Registered Agent
262 Glenwood AVe. Ste. 550
Raleigh, NC 27608

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Whitley Law Firm             Gomez Trial Attorneys
3301 Benson Dr., Ste. 120    755 Front Street
Raleigh, NC 27609            San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Alexis Bowers
Deputy Clerk

July 14, 2023
Date

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00578

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                              *Server's signature*

                              _____
                              *Printed name and title*

                              _____
                              *Server's address*

Additional information regarding attempted service, etc:

GOMEZ TRIAL ATTORNEYS
755 FRONT STREET
SAN DIEGO, CA  92101
619-237-3490
Atty. File No.: HARMS

UNITED STATES DISTRICT COURT

| | |
|---|---|
| PLAINTIFF  : NATHAN M. HARMS, INDIVIDUALLY; ET AL. | Case No. : 1:23-CV-00578 |
| DEFENDANT : MONSANTO COMPANY | **PROOF OF SERVICE OF SUMMONS** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION (2); APPEARANCE OF COUNSEL; NOTICE OF RIGHT TO CONSENT; NOTICE AND RESPONSE ON REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

3. a. Party Served    : MONSANTO COMPANY
                        C/O CORPORATION SERVICE COMPANY
   b. Person Served  : HEATHER HUGHES, CUSTOMER SERVICE
                        (AUTHORIZED TO ACCEPT SERVICE)

4. Address where the party was served: 2626 GLENWOOD AVE    SUITE 550
                                        RALEIGH, NC  27608   (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 25, 2023 (2) at: 11:48 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: MONSANTO COMPANY
                    C/O CORPORATION SERVICE COMPANY
      under  [xx]  CCP 416.10  (corporation)

7. **Person who served papers**
   a. RACHEL CLEVE
   b. KNOX ATTORNEY SERVICE
      1550 HOTEL CIRCLE NORTH SUITE 440
      SAN DIEGO, CA 92108
   c. 619-233-9700
   d. Fee For Service : $ 193.15
   e. I am
      (3) a registered California process server
          (i) an independent contractor
          (ii) Registration No.: 152
          (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  July 25, 2023                    Signature: _____
                                                    RACHEL CLEVE

Jud. Coun. form, rule 2.150 CRC          **PROOF OF SERVICE**          Ref. No. :  0781852-01
JC Form POS 010 (Rev. January 1, 2007)