\* \* \* \* \* \* \*
## UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \* \*

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  _____  This document related to:  Don Guiberson v. Monsanto Co. Case No. 3:20-cv-06780-VC | Case No. 16-md-2741-VC  [PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII-D |

Plaintiff's motion to move the above-listed matter from Wave VI-D to Wave VII-D is granted.

**IT IS SO ORDERED.**

DATED: ~~September ___, 2023~~ October 6, 2023

