**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jeanette Garavito Dallen, as the Personal Representative of the Estate of: Dallen, Russell M. Jr. on behalf of the Estate and Survivors v. Monsanto Company*,<br>Case No. 3:22-cv-02495-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: N/A |

Plaintiff filed a version of this same motion on May 2, 2022. In violation of PTO 1, however, that motion was filed only in the MDL master docket. Case No., 3:16-md-02741-VC, ECF No. 14872; *see also* PTO 1 (requiring any document pertaining to "certain actions" to "be filed in the individual cases to which the document pertains"). On June 27, 2022, this Court terminated the motion due to the PTO 1 violation, advising that the motion would be considered if refiled in accordance with PTO 1. Case No., 3:16-md-02741-VC, ECF No. 14982.

Plaintiff did nothing for more than a year. Then, she violated PTO 1 yet again. On September 26, 2023, Plaintiff filed the Motion at issue here in the *individual docket*, Case No., 3:22-cv-02495-VC, ECF No. 17, 18, but did not file the Motion in the master docket, *see* PTO 1 at 2 ("All documents must be filed in the master docket, 16-md-2741."). Plaintiff also failed, once again,

to notice the Motion for a hearing, to include the mandatory hearing-related information, and to include a proposed order.  *See* L.R. 7-2(b)–(c).  Thus, this Motion has the same defects as its terminated predecessor.

For this MDL to function properly, plaintiffs must follow the rules.  Because Plaintiff persists in violating PTO 1 and this Court's Local Rules, Monsanto opposes her defective motion to amend the complaint.

DATED:  October 10, 2023          Respectfully submitted,

BY: */s/ Jennise W. Stubbs*
Jennise W. Stubbs
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorney for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

I certify that on the 10th day of October, 2023, I electronically transmitted the foregoing **NOTICE OF OPPOSITION TO PLAINTIFFS' MOTION TO AMEND** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/ Jennise W. Stubbs*
Jennise W. Stubbs