UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | |
| Patricia Casale, | Honorable Vince Chhabria |
| Plaintiff, | Case No. 3:19-cv-05238-VC |
| v. | |
| Monsanto Company, | |
| Defendant. | |

### PLAINTIFF'S RENEWED MOTION TO MOVE CASE TO WAVE VII-C

COMES NOW, Plaintiff Patricia Casale, respectfully requests the Court to reconsider her Motion to move this case from Wave VI-C to Wave VII-C, and states the following:

1. Patricia Casale's case is currently part of Wave VI.

2. Counsel for Defendant Monsanto Company has expressed that there is no opposition to moving this case to Wave VII-C.

3. On September 26, 2023, the Court issued an Order denying Plaintiff's September 22, 2023 Motion to Move Case to Wave VII.

4. The Court's September 26, 2023 Order included the stipulation that Plaintiff may re-file a Motion which cites and describes extraordinary circumstances which may warrant moving this case to Wave VII.

5. Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition, as well as those of her treating physicians, have been taken. Written discovery has been produced and an inspection of Plaintiff's property has been timely completed.

6. There are, however, aspects of discovery still to be conducted, including disclosure of required expert reports.

7. The deadlines posed by Wave VI create challenges to Plaintiff to present required expert reports due to the following extraordinary circumstances:

   a. Plaintiff Patricia Casale was unable to participate in her case due to health concerns, including a heart condition, hospitalization, and surgeries.

   b. Plaintiff's prior Lead Counsel recently suffered a medical issue, which caused her to take unexpected medical leave during the course of discovery. Her medical leave has since been extended indefinitely.

   c. Plaintiff has retained new Lead Counsel.

WHEREFORE, Plaintiff Patricia Casale, due to the aforesaid extraordinary circumstances, and without opposition of Defendant Monsanto Company, respectfully prays the Court reconsider its Order of September 26, 2023, and move her case from Wave VI-C to Wave VII-C.

DATED: October 11, 2023

                                           Respectfully submitted,

                                           */s/ D. Todd Mathews*
                                           *Attorney for Plaintiff Patricia Casale*

## CERTIFICATION

I HEREBY CERTIFY that, on this 11th day of October 2023, the foregoing Plaintiff's Motion to Reconsider Motion to Move Case to Wave VII-C was served by filing with the Court using the CMM/ECF system, which sent notice to counsel of record when accepted and filed.

By: */s/D. Todd Mathews*