# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Patricia Casale, | Case No. 3:19-cv-05238-VC |
| Plaintiff, | |
| v. | |
| Monsanto Company, | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPOSED MOTION TO MOVE CASE TO WAVE VII-C** |
| Defendant. | |

Plaintiff's renewed Motion to move their case from Wave VI-C to Wave VII-C is GRANTED.

**IT IS SO ORDERED.**

Dated _____

_____
JUDGE VINCE CHHABRIA