Kristy M. Arevalo (SBN 216308)
**MCCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Facsimile: (909) 557-1275
kma@mccunewright.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jerrad Bergeret, Shalee Bergeret, and Shane Bergeret, individually, as next of kin for Dennis Bergeret, deceased, v. Monsanto Co., et al.*<br>Case No.: 3:23-cv-04960 | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**DECLARATION OF KRISTY M. AREVALO IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT TO ADD PLAINTIFFS AND REVISE NOMINAL DEFENDANTS PURSUANT TO F.R.CP. RULE 21** |

I, Kristy Arevalo, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an attorney and partner at McCune Law Group and attorney of record for Plaintiffs Jerrad, Shalee, and Shane Bergeret. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. Jerrad, Shalee, and Shane Bergeret are three surviving heirs of Dennis Bergeret. They have three half-siblings from their deceased father Dennis Bergeret, whose names are David, Eric, and Derek Bergeret. In Plaintiffs' August 23, 2023,

1

complaint, David and Eric Bergeret were named as nominal defendants, as the Plaintiffs were not previously in contact with them. A third "Doe" Bergeret was listed in the Complaint, as the Plaintiffs were unsure of his true first name.

3. After filing the Complaint on August 23, 2023, my office conducted further investigation and made contact with David and Eric Bergeret. Both David and Eric Bergeret were retained by my office and wish to pursue their father's wrongful death action as Plaintiffs. Furthermore, my office learned that "Doe" Bergeret's first name is actually Derek.

4. Additionally, the proposed First Amended Complaint is the same as the original Complaint in all aspects. The only differences are the revisions of David and Eric Bergeret as Plaintiffs instead of as nominal defendants and renaming "Doe" Bergeret as Derek Bergeret.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed October 11, 2023, in Ontario, California.

/s/Kristy M. Arevalo
Kristy M. Arevalo