1  Anthony R. Martinez
   SHOOK, HARDY & BACON L.L.P.
2  2555 Grand Blvd.
   Kansas City, MO 64108
3  Telephone: (816) 474-6550
   Facsimile: (816) 421-5547
4  amartinez@shb.com

5  *Attorney for Defendant Monsanto Company*

6  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
7

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Edward J. Berry Jr. v. Monsanto Co.*<br>Case No. 3:20-cv-05963-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**NOTICE OF APPEARANCE OF ANTHONY R. MARTINEZ ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Anthony R. Martinez of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant Monsanto Company in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 12, 2023                                   Respectfully Submitted,


                                                   By: */s/ Anthony R. Martinez*
                                                       Anthony R. Martinez
                                                       SHOOK, HARDY & BACON L.L.P.
                                                       2555 Grand Blvd.
                                                       Kansas City, MO 64108
                                                       Telephone: (816) 474-6550
                                                       Fax: (816) 421-5547
                                                       amartinez@shb.com

                                                   *Attorney for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

I, Anthony R. Martinez, hereby certify that, on October 12, 2023 I electronically filed NOTICE OF APPEARANCE OF ANTHONY R. MARTINEZ ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

 /s/ Anthony R. Martinez
Anthony R. Martinez

*Attorney for Defendant Monsanto Company*