# EXHIBIT "A"

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021195749  
**DATE ISSUED:** SEPTEMBER 30, 2021  
**DATE FILED:** SEPTEMBER 30, 2021

### DECEDENT INFORMATION
NAME: RUSSELL M DALLEN II

DATE OF DEATH: SEPTEMBER 17, 2021  SEX: MALE  SSN: 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  AGE: 058 YEARS  
DATE OF BIRTH: JANUARY 20, 1963  BIRTHPLACE: BILOXI, MISSISSIPPI, UNITED STATES  
PLACE OF DEATH: INPATIENT  
FACILITY NAME OR STREET ADDRESS: UNIVERSITY OF MIAMI HOSPITAL  
LOCATION OF DEATH: MIAMI, MIAMI-DADE COUNTY, 33136  
RESIDENCE: 1301 SW 75TH AVENUE, PLANTATION, FLORIDA 33317, UNITED STATES  COUNTY: BROWARD  
OCCUPATION, INDUSTRY: CONSULTANT, FINANCE  
EDUCATION: DOCTORATE OR PROFESSIONAL DEGREE  EVER IN U.S. ARMED FORCES? NO  
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN  
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: MARRIED  
SURVIVING SPOUSE NAME: JEANETTE GARAVITO  
FATHER'S/PARENT'S NAME: RUSSELL DALLEN  
MOTHER'S/PARENT'S NAME: FAYE ANNETTE WARNER

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: JEANETTE DALLEN  
RELATIONSHIP TO DECEDENT: WIFE  
INFORMANT'S ADDRESS: 1301 SW 75TH AVENUE, PLANTATION, FLORIDA 33317, UNITED STATES  
FUNERAL DIRECTOR/LICENSE NUMBER: LAWRENCE M SCHUVAL, F024258  
FUNERAL FACILITY: EDEN FUNERAL SERVICES LLC F328597  
  2450 W SAMPLE RD 2, POMPANO BEACH, FLORIDA 33073  
METHOD OF DISPOSITION: BURIAL  
PLACE OF DISPOSITION: TEMPLE BETH EL MEMORIAL GARDENS  
  DAVIE, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE  
TIME OF DEATH (24 HOUR): 0128  DATE CERTIFIED: SEPTEMBER 29, 2021  
CERTIFIER'S NAME: LAZAROS JOHN LEKAKIS  
CERTIFIER'S LICENSE NUMBER: ME108303  
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL  
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH  
a. DIFFUSE LARGE B CELL LYMPHOMA   9 MONTHS  
b.  
c.  
d.  

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:  
STREPTOCOCCAL BACTEREMIA

AUTOPSY PERFORMED? NO  AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?  
DATE OF SURGERY:  DID TOBACCO USE CONTRIBUTE TO DEATH? NO  
REASON FOR SURGERY:  
PREGNANCY INFORMATION: NOT APPLICABLE  
DATE OF INJURY: NOT APPLICABLE  TIME OF INJURY (24 HOUR):  INJURY AT WORK?  
LOCATION OF INJURY:  
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:  
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:  TYPE OF VEHICLE:

, STATE REGISTRAR

REQ: 2023214218

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.  
WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

*58916850*

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD


Florida HEALTH