1  Wesley D. Merillat
   CHARLES E. BOYK LAW OFFICES, LLC
2  1500 Timberwolf Drive
   Holland, Ohio 43528
3  419-720-4460
   Fax: 419-241-8731
4  wmerillat@charlesboyk-law.com

5  *Attorney for Plaintiff*

6
   Anthony R. Martinez
7  SHOOK, HARDY & BACON, LLP
   (amartinez@shb.com)
8  2555 Grand Blvd.
   Kansas City, MO 64108
9  Tel: (816) 474-6550 ext. 2001

10 *Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Manuel Cobian v. Monsanto Company*<br>Case No. 3:19-cv-07351 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal, with prejudice, of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs.

DATED:  October 13, 2023

Respectfully submitted,

*/s/ Wesley D. Merillat*
Wesley D. Merillat
CHARLES E. BOYK LAW OFFICES, LLC
1500 Timberwolf Drive
Holland, Ohio 43528
419-720-4460
Fax: 419-241-8731
wmerillat@charlesboyk-law.com

*Attorney for Plaintiff*

*/s/ Anthony R. Martinez*
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

        /s/ *Anthony R. Martinez*
        Anthony R. Martinez
        SHOOK, HARDY & BACON LLP

        *Attorney for Defendant Monsanto Company*

## HOLD BACK CERTIFICATION

Counsel for Plaintiff has read Pretrial Order No 236, ECF 13192, and hereby certifies they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certifies that the 8% hold back of the gross recovery has been sent to the Common Benefit Fund. Counsel for Plaintiff further certifies that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their client's portion.

        */s/ Wesley D. Merillat*
        Wesley D. Merillat
        CHARLES E. BOYK LAW OFFICES, LLC

        *Attorney for Plaintiff Manuel Cobian*