UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | Hon. Vince Chhabria<br><br>**JOINT STATEMENT APPOINTING A FEE COMMITTEE** |

Pursuant to Special Master William A. Foster's Order Setting Process to Apply for Disbursements from the Common Benefit Fund [Dkt. No. 17367], Plaintiffs' Co-Lead Counsel hereby file this Joint Statement identifying the three individuals appointed to the Fee Committee:

**I.     Fee Committee**

Co-Lead Counsel hereby appoint the following individuals to the Fee Committee:

1. Robin Greenwald
   Weitz & Luxenberg, PC
   700 Broadway
   New York, NY 10003
   Tel: 212-558-5500
   Fax: 212-344-5461

2. Aimee Wagstaff
   Wagstaff Law Firm
   940 Lincoln Street
   Denver, CO 80203
   Tel: 303-376-6360
   Fax: 888-875-2889

3. David J. Dickens
   The Miller Firm, LLC
   108 Railroad Avenue
   Orange, VA 22960
   Tel: 540-672-4224
   Fax: 540-672-3055

All Common Benefit Fund Applications should be sent to the Fee Committee at the following email address: **RoundupCBSubmission@AndrusWagstaff.com**.

**II.       Basis for the Appointment of Lead Counsel to the Fee Committee**

As the Special Master noted in his October 6, 2023 Order, "to be eligible for compensation, work must have been performed at the direction of Co-Lead counsel or the Executive Committee for the common benefit of plaintiffs in this MDL, and the attorney must have complied with the reporting and record-keeping requirements set forth in Pretrial Order No. 12 . . . work performed in state court or related legal proceedings is not eligible." Dkt. No. 17367 at 2. Therefore, to reasonably propose an allocation from the common benefit fund, the Fee Committee must have direct knowledge of: (1) what work was approved by Co-Lead counsel or the Executive Committee; and (2) whether any requests are seeking compensation for work performed outside the MDL.

Co-Lead Counsel is best positioned to conduct the necessary audit of the time entries submitted with Common Benefit Fund Applications to assure they meet the requirements of Pretrial Orders No. 12 and No. 236 and to weigh the relative merit of other counsel's contribution to this MDL.  From the outset of the MDL in 2016, Co-Lead Counsel and other members of their firms, (together with Executive Committee members) oversaw the briefing, discovery, depositions, and the only federal trial to date.  It is imperative that the Fee Committee consist of those best suited to recognize what work qualifies as common benefit as defined by the Court. As noted by a Special Master appointed to allocate common benefit funds in a separate MDL: "my various experiences in other MDLs in serving as a Special Master in the role of making allocations among common benefit firms is that it is commonplace that time entries are simply not accurate in many instances." *In re E.I. Du Pont De Nemours & Co. C-8 Pers. Inj. Litig.*, No. 2-13-MD-2433, 2018 WL 4771524, at *4 (S.D.

Ohio Oct. 3, 2018), report and recommendation adopted sub nom. *In re E.I. Du Pont De Nemours Co. C-8 Pers. Inj. Litig.*, No. 2-13-MD-2433, 2018 WL 4810290 (S.D. Ohio Oct. 3, 2018).

In this particular case, the number of firms that have submitted common benefit time is extremely limited. Given the small number of firms that submitted time, compared to the extraordinary amount of work that was done over the past seven years, it is evident that the Co-Lead Counsel would be well aware of the work performed by any firm expected to submit a common benefit applications. For these reasons, the Fee Committee shall consist of Co-Lead Counsel.

DATED:  October 13, 2023                                        Respectfully submitted,

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003

/s/ Aimee Wagstaff
Aimee Wagstaff
awagstaff@wagstafflawfirm.com
Wagstaff Law Firm
940 Lincoln Sreet
Denver, CO 80203

/s/ David Dickens
David Dickens
ddickens@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of October 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

      /s/ Robin Greenwald