Heather M. Fields
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone:   804.533.2900
Facsimile:    804.616.4129
heather.fields@nelsonmullins.com
*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. MDL 3:16-md-02741-VC |
| This document relates to: *ANGELO BULONE v. MONSANTO COMPANY* Case No. 3:20-cv-03719-VC | **NOTICE OF APPEARANCE OF HEATHER M. FIELDS ON BEHALF OF DEFENDANT MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Heather M. Fields of the firm Nelson Mullins Riley & Scarborough LLP hereby enters an appearance as counsel for Defendant Monsanto Company in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: October 16, 2023            Respectfully submitted,

By: _____
Heather M. Fields
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone:   804.533.2900
Facsimile:    804.616.4129
heather.fields@nelsonmullins.com
*Attorney for Monsanto Company*

**CERTIFICATE OF SERVICE**

I, Heather M. Fields, hereby certify that, on October 16, 2023 I electronically filed NOTICE OF APPEARANCE OF HEATHER M. FIELDS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

_____
Heather M. Fields
*Attorney for Monsanto Company*