UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741
Case No: 3:16-md-02741-VC

This document relates to:

*ALAN M. PICKERT and LINDA PICKERT, his wife, v. MONSANTO CO.,*
Case No. 3:20-cv-06248-VC
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7G OR LATER

The Plaintiffs, **ALAN M. PICKERT** and **LINDA PICKERT** (hereinafter "Plaintiffs"), without opposition from the Defendant, **MONSANTO CO.** (hereinafter "Defendant"), respectfully request that this Court move their case from Wave 6 to Wave 7G or a later wave. As grounds, the Plaintiffs state:

1. Plaintiffs' case was originally in Wave 4. On April 6, 2023, Plaintiffs filed their *Unopposed Motion to Move Case to Wave 7*. In response, the Court moved Plaintiffs' case to Wave 6.

2. Plaintiffs respectfully request that the Court reconsider the assignment to Wave 6, and to move their case to Wave 7G or a later wave for the following reasons:

   a. Plaintiff Alan M. Pickert is the law partner of the undersigned attorney. Plaintiffs and Defendant are working with each other to accommodate each other's needs for additional time in relation to expert disclosures and depositions.

   b. Plaintiffs and the undersigned attorney believe that Plaintiffs would be best served if the undersigned attorney hereinafter acts as a fact witness regarding damages.

c.      Attorney Juan P. Bauta, II, of the Ferraro Law Firm, 600 Brickell Avenue, Suite 3800, Miami, Florida 33131-3073, has indicated that he is willing to substitute as counsel of record for the Plaintiffs.  However, Mr. Bauta already represents other clients whose Roundup cases are pending in Waves 6 and 7, as well as clients with Roundup cases pending in Florida state court.  Accordingly, Mr. Bauta cannot represent Plaintiffs unless their case is moved to Wave 7G or later.

3.    In conferring with each other in this regard, Plaintiffs' counsel and Defendant's counsel mutually agree that it would be preferable to move Plaintiffs' case to Wave 7G or later.

WHEREFORE, the Plaintiffs, **ALAN M. PICKERT** and **LINDA PICKERT**, with the consent of counsel for the Defendant, **MONSANTO CO.**, respectfully request that this Court move their case from 6 to Wave 7G or later.

Dated:  October 6, 2023

Respectfully submitted,

/s/ Christopher Shakib, Esq.
**Christopher Shakib, Esquire**
**TERRELL HOGAN YEGELWEL, P.A.**
233 East Bay Street, 8th Floor
Jacksonville, Florida  32202
Telephone:      (904) 632-2424
Facsimile:       (904) 758-5356
Primary Email:   shakibteam@terrellhogan.com
Secondary Email:jhall@terrellhogan.com
Florida Bar No.: 0947865
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Christopher N. Shakib