UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741 |
| This document relates to: | | |
| *Kelsea Fitzpatrick v. Monsanto Co.,* Case No. 3:20-cv-01959-VC | | |

**ORDER GRANTING PLAINTIFF KELSEA FITZPATRICK'S MOTION TO MOVE TO WAVE VII**

Plaintiff's motion to move case from Wave VI to VII is GRANTED.

**IT IS SO ORDERED.**

Dated this ___ day of October, 2023.

_____
JUDGE VINCE CHHABRIA

c:\documents\js\ecf-pdf filings (federal)\fitzpatrick  proposed order-wave vii(10-17-23).docx