**HERREN LAW, PLLC**
Thomas K. Herren
(tom.herren@herrenadams.com)
148 N. Broadway
Lexington, KY  40507
Tel:    (859) 254-0024
Fax:    (859) 254-5991

*Attorney for Plaintiff*
DAVID RODGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> This document relates to: <br><br> *David Rodgers v. Monsanto Co.*, <br> Case No. 3:20-cv-06121-VC | MDL No. 2741 |

**PLAINTIFF, DAVID RODGERS', UNOPPOSED MOTION TO MOVE
CASE TO WAVE VII**

Plaintiff David Rodgers – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VI to Wave VII:

1.     David Rodgers' case is currently part of Wave VI.

2.     Mindful of the deadlines pertaining to Wave VI cases, the parties have diligently pursued discovery in this matter.  Plaintiff's deposition and his wife's deposition have been taken.  Written discovery has been produced and an inspection of Plaintiff's property has been timely completed.

3.     The undersigned Plaintiff's counsel, although an experienced trial lawyer, has not had the involvement or experience in extensive multi-district litigation.  Therefore, we have sought and agreed to associate or transfer these cases to representation by more experienced counsel in the Roundup litigation.  The additional time will be necessary for such counsel to become fully oriented to the case.

4.     However, there are aspects of discovery still to be conducted.  Additionally, the deadlines posed by Wave VI presents challenges to Plaintiff to present required expert reports.

5.     Plaintiff believes the best most prudent course of action would be to move this case to a later Wave.

6.     In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VII.

7.     Therefore, Plaintiff David Rodgers, with the consent of Defendant Monsanto Company, respectfully requests the Court move his case from Wave VI to Wave VII.

DATED this 28th day of August, 2023.

Respectfully submitted,

/s/ *Thomas K. Herren*

THOMAS K. HERREN
(tom.herren@herrenadams.com)
HERREN LAW, PLLC
148 N. Broadway
Lexington, KY 40507
Tel: (859) 254-0024
Fax: (859) 254-5991

*Attorney for Plaintiff*
DAVID RODGERS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 28th day of August, 2023, the foregoing Motion was served by electronic and first-class mail upon the following counsel for defendant:

Gregory S. Chernack (*pro hac vice*)
(gchernack@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5815
Fax: (202) 682-1639

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.

Kansas City, MO 64108
Tel: (816) 559-2683

*/s/ Thomas K. Herren*
ATTORNEY FOR PLAINTIFF,
DAVID RODGERS

c:\documents\tkh\roundup cases\rodgers, david\rodgers - motion to move to wave vii.docx