UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) This document relates to: ) ) *David Rodgers v. Monsanto Co.,* ) Case No. 3:20-cv-06121-VC ) ) | MDL No. 2741 |

**ORDER GRANTING PLAINTIFF DAVID RODGERS'
MOTION TO MOVE TO WAVE VII**

Plaintiff's motion to move case from Wave VI to VII is GRANTED.

**IT IS SO ORDERED.**

Dated this ___ day of October, 2023.

_____
JUDGE VINCE CHHABRIA

c:\documents\js\ecf-pdf filings (federal)\rodgers - proposed order - motion to move to wave vii(10-17-23).docx