UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:**<br><br>Patricia Casale,<br><br>       Plaintiff,<br><br>    v.<br><br>Monsanto Company,<br><br>       Defendant. | Honorable Vince Chhabria<br><br>Case No. 3:19-cv-05238-VC<br><br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII-C |

Plaintiff's renewed Motion to move their case from Wave VI-C to Wave VII-C is GRANTED.

**IT IS SO ORDERED.**

Dated: October 18, 2023



JUDGE