UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | [PROPOSED] ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF TODD PHILLIPS AND DEBRA SCHWEIM IN PLACE OF SANDRA PHILLIPS |
| *Sandra Phillips, Individually and as Administratrix of the Estate of Norman Phillips v. Monsanto Co.,* Case No.: 3:20-cv-00844 | |

1. Counsel for Plaintiff's Motion to Substitute Todd Phillips and Debra Schweim in Place of Sandra Phillips pursuant to F.R.C.P.25 is **GRANTED.**

2. Todd Phillips and Debra Schweim are here by substituted in place of Sandra Phillips.

3. Accordingly, the case caption shall be amended as follows: Todd Phillips and Debra Schweim, as personal representatives of the Estate of Sandra Phillips, and on behalf of the wrongful death beneficiaries of Norman Phillips.

SIGNED on this the  18  day of  October , 2023.

_____
VINCE CHHABRIA
United States District Judge

