UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Pickert et al. v. Monsanto Company, No. 3:20-cv-06248-VC* | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE 7G**<br><br>Re: Dkt. No. 17404 |

The motion to move the member case to Wave 7G is granted.

**IT IS SO ORDERED.**

Dated: October 18, 2023

VINCE CHHABRIA
United States District Judge