Kristy M. Arevalo (SBN 216308)
**MCCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Facsimile: (909) 557-1275
kma@mccunewright.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jerrad Bergeret, Shalee Bergeret, and Shane Bergeret, individually, as next of kin for Dennis Bergeret, deceased, v. Monsanto Co., et al.*<br>Case No.: 3:23-cv-04960 | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT TO ADD PLAINTIFFS AND REVISE NOMINAL DEFENDANTS PURSUANT TO F.R.CP. RULE 21** |

This Court, having considered Plaintiffs' Motion to Amend Complaint Pursuant to F.R.C.P. Rule 21, the declarations and other evidence submitted, and the arguments of counsel, hereby rules as follows:

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' motion to amend the complaint to add David and Eric Bergeret as Plaintiffs, remove David and Eric Bergeret as nominal defendants, and revise nominal defendant "Doe" Bergeret to Derek Bergeret is GRANTED.
2. The Clerk of the Court shall file forthwith Plaintiff's First Amended Complaint

1

1 | to add plaintiffs and revise nominal defendants.

2 | IT IS SO ORDERED.

3

4 | Date: October 18, 2023

5 | Hon. Vince Chhabria

6 | District Judge

7 | Northern District of California

*APPROVED* — Judge Vince Chhabria

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT TO ADD PLAINTIFFS AND REVISE NOMINAL DEFENDANTS PURSUANT TO F.R.CP. RULE 21