SHOOK, HARDY & BACON, LLP
Anthony R. Martinez
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

CIRESI CONLIN LLP
Robert J. King, Jr.
225 S. 6th St.
Suite 4600
Minneapolis, MN 55402
Tel: (612) 361-8242
Email: rjk@ciresiconlin.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Edward Berry, Jr. v. Monsanto Company*<br>Case No. 3:20-cv-05963-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned case (including all claims asserted by Plaintiff), with each party to bear their own attorneys' fees and costs.

Counsel for Plaintiff has read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for

Plaintiff further certifies that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion. Judge Chhabria has ruled that common-benefit fees should not be taken from Plaintiffs' recovery. Because no attorney fees were taken in this case, a common-benefit fee cannot be assessed without it being taken from Plaintiff's recovery and thus is not appropriate in this case.

DATED: October 19, 2023                     Respectfully submitted,

/s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

/s/ Robert J. King, Jr.
Robert J. King, Jr.
CIRESI CONLIN
225 S. 6th St.
Suite 4600
Minneapolis, MN 55402
Tel: (612) 361-8242
Email: rjk@ciresiconlin.com

*Attorney for Plaintiff*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON, LLP

*Attorney for Defendant*
