UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 |
| | Honorable Vince Chhabria |
| **This Document Relates To:** | |
| *Alfred Court v. Monsanto* v. *Monsanto Company* | Case No. 3:20-cv-00091-VC |

## PLAINTIFF'S MOTION TO PERMANENTLY SEAL

Plaintiff, Alfred Court, though his counsel, the Law Offices of James Vasquez, P.C. respectfully requests that this Court permanently seal the Declaration of James Vasquez, Esquire erroneously filed in the within matter, (Dkt. 13).

On October 12, 2023, James Vasquez, Esquire drafted a Declaration pursuant to Pretrial Order 287 dated October 6, 2023 (Dkt.17366), which was intended to advise the Special Master and Fund Administrator about the number of cases the Law Offices of James Vasquez, P.C. had in the MDL, and the attorneys' fees from the cases. The Declaration was initially filed in error via ECF as Dkt. 13 in the within matter. The Declaration was later emailed to the Special Master and Fund Administrator at the address CBFspecialmaster@pillsburycoleman.com on October 12, 2023.

Our firm contacted the Clerk who put a temporary seal on the document.

We respectfully request that the Court permanently seal Dkt. 13.

Prior to filing this motion, the undersigned counsel certify that they conferred with Defendant, Monsanto's counsel in a good faith effort to resolve by agreement the issues raised

in this motion, and have been authorized to represent that Defendant takes no position on this motion.

Dated: October 19, 2023   Respectfully submitted,

LAW OFFICES OF JAMES VASQUEZ, P.C.

By:   */s/ James Vasquez*
James Vasquez, Esq.
NJ Attorney ID: 013262008
Law Offices of James Vasquez, P.C.
433 Clifton Avenue
Clifton, New Jersey 07011
Tel: (862) 247-8711
james@jamesvasquezlaw.com
*Attorneys for Plaintiff, Alfred Court*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October 2023, a copy of the foregoing document was served via electronic service through the Court's electronic filing system on all counsel of record.

*/s/ James Vasquez*
James Vasquez, Esq.