UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 |
| | Honorable Vince Chhabria |
| **This Document Relates To:** | |
| *Alfred Court v. Monsanto* v. *Monsanto Company* | Case No. 3:20-cv-00091-VC |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PERMANENTLY SEAL

**THIS MATTER** comes before the Court on Plaintiff's Motion to Permanently Seal the Declaration of James Vasquez, Esquire erroneously filed in the within matter, (Dkt. 13). The Court having reviewed Plaintiff's Motion to Permanently Seal the Declaration of James Vasquez, Esquire, (Dkt. 13), it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

**IT IS SO ORDERED.**

Dated:

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE