Nathan A Duncan (#17056)
PECK BAXTER WATKINS BAILEY, LLC
399 North Main, Suite 300
Logan, Utah 84321
Telephone: (435)787-9700
Facsimile: (435)787-2455
Email: nduncan@peckbaxter.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILTY LITIGATION | |
| This document relates to:<br><br>SUSAN WIGGINS, individually and as personal representative for the Estate of SCOTT WIGGINS, and as Wrongful Death Representative of SCOTT WIGGINS,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, INC.,<br><br>    Defendant. | **PLAINTIFF'S NOTICE TO WITHDRAW FIRST AMENDED COMPLAINT**<br><br>**MDL No. 2741**<br><br>Case No. 3:16-md-02741-VC<br><br>Individual Case No.: 3:23-CV-00721-VC |

PLEASE TAKE NOTICE that the Plaintiff respectfully withdraws her Amended Complaint. On August 14, 2023, Plaintiff filed Motion for Leave to File Amended Complaint. Plaintiff prematurely filed Amended Complaint on October 17, 2023 prior to the Court entering an order granting Plaintiff leave to file the Amended Complaint. Plaintiff, Susan Wiggins, respectfully requests this Court disregard the Amended Complaint, filed on October 17, 2023.

DATED this 20th day of October 2023.

PECK BAXTER WATKINS & BAILEY, LLC

*/s/ Nathan A Duncan*
Nathan A Duncan
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 20th day of October 2023, I electronically transmitted the foregoing **PLAINTIFFS' NOTICE TO WITHDRAW FIRST AMENDED COMPLAINT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Nathan A. Duncan*
Nathan A. Duncan