Nathan A. Duncan (#17056)
Brandon J. Baxter (#9122)
PECK BAXTER WATKINS & BAILEY, LLC
399 North Main Street, Suite 300
Logan, Utah 84321
Telephone: (435)787-9700
Facsimile: (435)787-2455
Email: nduncan@peckbaxter.com
Email: bbaxter@peckbaxter.com

Kaden B. Canfield (WSB No.: 7-6238)
EDWARDS LAW OFFICE, P.C.
107736 U.S. Highway 89, Suite 109
Etna, Wyoming 83118
Telephone: (307) 883-2222
Facsimile: (307) 883-0555
Email: kaden@edwardslawofficepc.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | |
| This document relates to:<br><br>SUSAN WIGGINS, individually and as personal representative for the Estate of SCOTT WIGGINS, and as Wrongful Death Representative of SCOTT WIGGINS,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, INC.,<br><br>    Defendant. | **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**MDL No. 2741**<br><br>Case No. 3:16-md-02741-VC<br><br>Individual Case No.: 3:23-CV-00721-VC |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Susan

Wiggins, individually, and in her capacity as personal representative for the Estate of Scott

Wiggins and as wrongful death representative of Scott Wiggins, and respectfully moves the Court for leave to file her First Amended Complaint. In support of this motion, Plaintiff, Susan Wiggins, states as follows:

1. On January 23, 2023, Plaintiff filed her complaint against Defendant, Monsanto Company (herein after "Defendant") in the United States District Court, District of Wyoming, Case No. 2:23-cv-00017-ABJ for damages for the injuries she and her deceased husband, Scott Wiggins sustained as result of the wrongful conduct and negligence of Defendant. Subsequently, the case was transferred to MDL Master File No. 3:16-MD-02741 in the Northern District of California assuming the individual case no. 3:23-CV-00721-VC.

2. At the time of filing her initial complaint, Plaintiff had not yet been appointed personal representative of her husband's estate. As such, she did not have standing to bring survival claims for injuries and damages suffered prior to Mr. Wiggins' death pursuant to Wyo. Stat. § 1-4-101.

3. On May 23, 2023, the District Court of the Sixth Judicial District in Weston County, Wyoming entered its order appointing Susan Wiggins personal representative and administrator for the state of Scott Wiggins. Copies of the order and letters of administration are attached to this motion as Exhibits 1 and 2 respectively.

4. Plaintiff, Susan Wiggins, seeks leave to file her First Amended Complaint to assert survival claims against Defendant. The proposed amended complaint is attached to this motion as Exhibit 3.

5. Pursuant to Fed. R. Civ. P. 15(a)(2), a party may amend its pleading with the court's leave. The court should freely give leave when justice so requires. It is in the interest of justice to permit Plaintiff to file her First Amended Complaint. At the time she filed her initial complaint,

she could not have asserted the survivorship claims she now seeks to bring. She brings the present motion only 2.5 months after the state court appointed her personal representative. The parties have taken no depositions or conducted any discovery aside from the disclosures required by the Court's case management orders. No trial date has been set. This is Plaintiff's first motion for leave to file an amended pleading. Plaintiff does not bring this motion in bad faith or for any dilatory reason.

6.  Plaintiff respectfully requests this Court enter an order granting Plaintiff leave to file her First Amended Complaint.

WHEREFORE, Plaintiff, Susan Wiggins, respectfully requests this Court enter an order granting Plaintiff leave to file her First Amended Complaint and granting Plaintiff such other relief as the Court deems just and proper.

Dated: August 14, 2023

> EDWARDS LAW OFFICE, P.C.
>
> /s/ *Kaden B. Canfield*
>
> PECK BAXTER WATKINS & BAILEY, LLC
>
> /s/Nathan A. Duncan
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 14th day of August 2023, I electronically transmitted the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

> /s/Nathan A. Duncan
> Nathan A. Duncan