Nathan A. Duncan (#17056)
Brandon J. Baxter (#9122)
PECK BAXTER WATKINS & BAILEY, LLC
399 North Main Street, Suite 300
Logan, Utah 84321
Telephone: (435)787-9700
Facsimile: (435)787-2455
Email: nduncan@peckhadfield.com
Email: bbaxter@peckhadfield.com

Kaden B. Canfield (WSB No.: 7-6238)
EDWARDS LAW OFFICE, P.C.
107736 U.S. Highway 89, Suite 109
Etna, Wyoming 83118
Telephone: (307) 883-2222
Facsimile: (307) 883-0555
Email: kaden@edwardslawofficepc.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | |
| This document relates to:<br><br>SUSAN WIGGINS, individually and as personal representative for the Estate of SCOTT WIGGINS, and as Wrongful Death Representative of SCOTT WIGGINS,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, INC.,<br><br>    Defendant. | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**MDL No. 2741**<br><br>Case No. 3:16-md-02741-VC<br><br>Individual Case No.: 3:23-CV-00721-VC |

    This action is before the Court on the Plaintiffs Motion for Leave of Court to Amend Complaint. Having reviewed the same, and being fully advised on the premises, the Court hereby GRANTS Plaintiffs' Motion for Leave of Court to Amend Complaint.

The Court further orders the Amended Complaint be deemed filed as of the date of this Order.

Done this _____ day of _____, 2020.

By the Court

_____
United States District Court

*Approved as to Form and Content:*

EDWARDS LAW OFFICE, P.C.

/s/ *Kaden B. Canfield*
Kaden B. Canfield

PECK BAXTER WATKINS & BAILEY, LLC

*/s/Nathan A. Duncan*
Nathan A. Duncan
*Attorneys for Plaintiff*