# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| IN RE: ROUND UP PRODUCTS LIABILITY LITIGATION | |
| BILL CROWDER<br>*Plaintiff,*<br><br>v.<br>MONSANTO COMPANY<br>*Defendant.* | MDL No. 2741<br>Case No.: 3:16-MD-02741-VC<br><br>**NOTICE OF APPEARANCE**<br>**NATHANIEL LEE ON BEHALF OF**<br>**BILL CROWDER**<br>**Plaintiff ID# 5291** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT, pursuant to Pretrial Order No. 1, Nathaniel Lee of the firm Lee, Cossell Feagley, LLP, hereby enters an appearance as counsel for Bill Crowder, in the above-captioned matter and respectfully requests that all pleadings, notice, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned Counsel at the following email addresses: nlee@nleelaw.com and jlee@nleelaw.com.

Respectfully Submitted,

Date: October 20, 2023

/s/ Nathaniel Lee
_____
Nathaniel Lee, 10159-49
531 E. Market Street
Indianapolis, IN 46204
Nlee@nleelaw.com
Phone: 317-631-5151
Fax: 317-682-6477

*Attorney for Plaintiff*
BILL CROWDER

**CERTIFICATE OF SERVICE**

I, Nathaniel Lee, hereby certify that, on October 20, 2023 I electronically filed NOTICE OF APPEARANCE OF NATHANIEL LEE ON BEHALF OF PLAINTIFF BILL CROWDER with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Nathaniel Lee
_____
Nathaniel Lee, 10159-49
531 E. Market Street
Indianapolis, IN 46204
Nlee@nleelaw.com
Phone: 317-631-5151
Fax: 317-682-6477

*Attorney for Plaintiff*
BILL CROWDER