**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Marcus Fitz; Jeffrey Fitz,* 3:21-cv-03580-VC | **PROPOSED ORDER GRANTING MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |
| | <u>Hearing:</u><br>Date: December 7, 2023<br>Time: 1:00 p.m.<br>Place: Courtroom 4 (Via Zoom) |

1   The Motion for Summary Judgment filed by Defendant Monsanto Company
2 ("Monsanto") came for a hearing on December 7, 2023, in Courtroom 4, in the above-
3 entitled Court, the Honorable Vince Chhabria presiding.  Having considered all papers
4 submitted by the parties concerning the Motion for Summary Judgment, and
5 pleadings and papers on file in this action,
6   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
7   1.   Monsanto's Motion for Summary Judgment is granted as set forth in the
8 Court's Order dated _____.
9   2.   Judgment is hereby entered in favor of Monsanto.

Dated:     By: _____
             Honorable Vince Chhabria
             United States District Judge