1  **SHOOK, HARDY & BACON L.L.P.**
   Anthony R. Martinez
2  2555 Grand Boulevard
   Kansas City, MO  64108
3  Telephone: (816) 474-6550
   Facsimile: (816) 521-5547
4  Email: amartinez@shb.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Susan Wiggins, et al. v. Monsanto Co.,* Case No. 3:23-cv-00721-VC | |

### NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Defendant Monsanto Company ("Monsanto") hereby provides notice that it does not oppose Plaintiffs' Motion for Leave to File First Amended Complaint.

DATED:  October 23, 2023          Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Anthony R. Martinez*
    Anthony R. Martinez
    SHOOK, HARDY & BACON, LLP
    2555 Grand Boulevard
    Kansas City, MO 64108-2613
    Telephone: (816) 474-6550
    Email: amartinez@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

-1-

## **CERTIFICATE OF SERVICE**

I certify that on the 23rd day of October, 2023, I electronically transmitted the foregoing **NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Anthony R. Martinez*
Anthony R. Martinez