1 | **NELSON MULLINS RILEY & SCARBOROUGH LLP**
2 |
3 | Marina G. Batalias
901 East Byrd Street, Suite 1650
Richmond, VA 23219
4 | Telephone:  (804) 533-4614
Facsimile:   (804) 616-4129
5 | marina.batalias@nelsonmullins.com
6 | *Attorney for Defendant MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| Case No. MDL No. 3:16-md-2741-VC | **NOTICE OF APPEARANCE OF MARINA G. BATALIAS ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Marina G. Batalias of the firm Nelson Mullins Riley & Scarborough LLP hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, order, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated:  October 24, 2023

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:   */s/Marina G. Batalias*_____

Marina G. Batalias

1

NOTICE OF APPEARANCE OF MARINA G. BATALIAS ON BEHALF OF
DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 533-4614
Facsimile: (804) 616-4129
marina.batalias@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Marina G. Batalias, hereby certify that on October 24, 2023 I electronically filed the foregoing NOTICE OF APPEARANCE OF MARINA G. BATALIAS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

    Respectfully submitted,

    /s/Marina G. Batalias
Marina G. Batalias
NELSON MULLINS RILEY &
SCARBOROUGH LLP
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone: (804) 533-4614
Facsimile: (804) 616-4129
marina.batalias@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*