UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2741 |
| | | Case No. 3:16-md-02741-VC |
| This document relates to: | * * | |
| *Dennis McNamara Jr. v. Monsanto Co.*, Case No. 3:21-cv-00963-VC | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S OPPOSED MOTION TO MOVE CASE TO WAVE 7

Plaintiff, Frederick Tujague, substituted party plaintiff in place of Dennis McNamara, Jr., respectfully moves the Court to transfer his case from Wave 6 to Wave 7:

1. Dennis Benjamin McNamara, Jr. was diagnosed with T-cell indolent, classic mycosis fungoides stage 1B, a form of non-Hodgkin's lymphoma on September 10th, 2020.

2. Dennis Benjamin McNamara, Jr. regularly used Round Up Weed Killer from 2011-2020.

3. As a result, Dennis Benjamin McNamara, Jr. filed suit against Monsanto, Co. in United States District Court, Eastern District of Louisiana on January 19th, 2021 (Case 2:21-cv-00112, Doc 1).

4. Dennis Benjamin McNamara, Jr.'s suit was transferred to the Northern District of California on February 8, 2021 (Case 2:21-cv-00112-JCZ-DMD, Doc. 5).

5. Dennis Benjamin McNamara, Jr.'s claim was initially assigned to Wave 5-D (Doc. #13819). On April 5th, 2023, Dennis Benjamin McNamara, Jr. moved this Court to transfer his claim to Wave 6 (Doc. #10, case 3:21-cv-00963-VC). The Motion was

granted on April 17, 2023 (Doc. #11).

6. On April 2, 2022, Dennis Benjamin McNamara, Jr. died from complications related to non-Hodgkin's lymphoma.

7. On May 11, 2022, a suggestion of death was filed into the record with a Motion to Substitute Plaintiff's surviving spouse as the party plaintiff herein ((Doc. #9, case 3:21-cv-00963-VC).

8. On November 10th, 2022, the Court issued an order providing for Plaintiff's expert reports no later than September 25th, 2023.

9. On May 30, 2023, Frederick Tujague (the surviving spouse of decedent) filed his claim with special master Kenneth R. Feinberg, which is still pending.

10. On September 28, 2023, counsel for Plaintiff contacted counsel for defendant, Anthony Martinez and asked if defendant objected to this Motion to Transfer to Wave 7 in order to extend the expert report deadlines and allow sufficient time for evaluation by Kenneth Feinberg and possible settlement of plaintiff's claim. Anthony Martinez objected to Plaintiff's Motion stating that the Court could not transfer any case that already had been transferred before. (Ex. A)

11. The Court's order provides that a case previously transferred from one Wave to another can be transferred to a later Wave under extraordinary circumstances (MDL Dkt. No. 17323). Plaintiff submits that extraordinary circumstances exist in this matter justifying granting plaintiff's motion to transfer to Wave 7, to wit: a) the death of Dennis McNamara; b) the suggestion of death and motion to substitute plaintiff's surviving spouse as a party plaintiff; c) undersigned counsel's staff underwent major transition (three different persons had been hired and three discontinued their

employment) subsequent to the Covid pandemic; and d) the filing of the plaintiff's claims with special master Kenneth R. Feinberg which is pending.

12. Dennis McNamara's case is currently part of Wave 6-D.

13. The deadlines posed by Wave 6 presented challenges to Plaintiff to present required expert reports.

14. Plaintiff believes the best course of action would be to move this case to a later Wave.

Therefore, Plaintiff, Frederick Tujague, substituted party plaintiff in place of Dennis McNamara, Jr., without the consent of Defendant Monsanto Company, respectfully requests the Court move his case from Wave 6 to Wave 7.

Respectfully submitted:

/s/ *John M. Robin*

_____
JOHN M. ROBIN (LSBA #11341)
ZACHARY D. RHODES, LSBA #38063
CATHERINE M. ROBIN (LSBA #37398)
600 Covington Center
Covington, Louisiana 70433
Telephone: (985) 893-0370
Fax: (985) 893-2511
johnmrobin@johnmrobinlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 24th day of October, 2023.

/s/ *John M. Robin*