**John Robin**

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Friday, September 29, 2023 11:12 PM
**To:** John Robin
**Subject:** RE: McNamara - Wave 6D - Expert Reports

John, sorry for the late reply but due to the Court's recent denial of these motions, we cannot agree to this one. This one will need to be dismissed without prejudice or they will need to consider the Feinberg deal.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



---

**From:** John Robin <johnmrobin@johnmrobinlaw.com>
**Sent:** Thursday, September 28, 2023 1:07 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Subject:** RE: McNamara - Wave 6D - Expert Reports

**EXTERNAL**

Anthony,

Do you have any objection to us filing a Motion to transfer the McNamara matter to Wave 7?

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Thursday, September 28, 2023 10:55 AM
**To:** John Robin <johnmrobin@johnmrobinlaw.com>
**Subject:** RE: McNamara - Wave 6D - Expert Reports

I believe this case has moved Waves previously and Chhabria is no longer granting Wave transfers for previously transferred cases.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com





EXHIBIT A