1  Michael P. Moran
   NELSON MULLINS RILEY & SCARBOROUGH LLP
2  1320 Main Street, 17th Floor
   Columbia, SC 29201
3  Phone: (803) 799-2000
   Fax: (803) 256-7500
4  michael.moran@nelsonmullins.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| Case No. MDL No. 3:16-md-2741-VC | **NOTICE OF APPEARANCE OF MICHAEL P. MORAN ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Michael P. Moran of the firm Nelson Mullins Riley & Scarborough LLP hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: October 24, 2023                    Respectfully Submitted,

                                           By: /s/Michael P. Moran
                                               Nathan E. Hoffman
                                               NELSON MULLINS RILEY &
                                               SCARBOROUGH LLP
                                               1320 Main Street, 17th Floor
                                               Columbia, SC 29201
                                               Phone: (803) 799-2000
                                               Fax: (803) 256-7500
                                               michael.moran@nelsonmullins.com

                                               *Attorney for Defendant*
                                               *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Michael P. Moran, hereby certify that on October 24, 2023 I electronically filed the foregoing NOTICE OF APPEARANCE OF MICHAEL P. MORAN ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Respectfully submitted,

 /s/Michael P. Moran
Michael P. Moran
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Phone: (803) 799-2000
Fax: (803) 256-7500
michael.moran@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*