**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (California Bar No. 277092)
klmarshall@bclplaw.com
Three Embarcadero Center, 7th Floor
San Francisco, California  9411
Telephone:  (415) 675-3400
Facsimile:   (415) 675-3434

Jed P. White (California Bar No. 232339)
jed.white@bclplaw.com
Linda C. Hsu (California Bar No. 239880)
linda.hsu@bclplaw.com
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200

Attorneys for Defendants Monsanto Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL Case No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF LINDA C. HSU ON BEHALF OF MONSANTO COMPANY** |
|---|---|

USA.609407329.1/PRD

NOTICE OF APPEARANCE

1  **TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES,**
2  **AND THEIR ATTORNEYS OF RECORD:**

3      **PLEASE TAKE NOTICE** that, pursuant to Pretrial Order No. 1, Linda C.
4  Hsu of the firm Bryan Cave Leighton Paisner LLP hereby enters an appearance as
5  counsel for Defendants Monsanto Company in the above-captioned matter and
6  respectfully requests that all pleadings, notices, order, correspondence, and other
7  papers in connection with this action be served on and directed to the undersigned
8  counsel.  The email address for Linda C. Hsu for purposes of receipt of Notices of
9  Electronic Filing is as follows: linda.hsu.thompson@bclplaw.com

10  Dated:  October 24, 2023    **BRYAN CAVE LEIGHTON PAISNER LLP**

12      By:    */s/ Linda C. Hsu*
             Linda C. Hsu
13      Attorneys for Defendants Monsanto Company

*Bryan Cave Leighton Paisner LLP*
*120 Broadway, Suite 300*
*Santa Monica, CA 90401-2386*

USA.609407329.1/PRD.1

2

NOTICE OF APPEARANCE