UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER RE: INCORRECTLY FILED MOTION** |
| Dallen, v., Monsanto, Company, No., 3:22-cv-02495-VC | Re: Dkt. No. 17390 |

Pursuant to Pretrial Order No. 1 of *In re Roundup Products Liability Litigation*, 16-md-2741-VC, all documents filed in MDL member cases must be filed on both the master docket and the docket of the member case.

The motion filed at the above docket number is being terminated because it was not also filed on the docket of the member case. The motions to amend currently pending on the member case docket are also terminated. If the document is refiled in accordance with Pretrial Order No. 1, the Court will consider the filing.

A bit more detail is warranted in this instance. In May 2022, Dallen filed a motion to amend the complaint on the master docket but not the member case docket. In June 2022, the Court terminated that motion as improperly filed. In September 2023, Dallen again attempted to file a motion to amend the complaint, but there were numerous issues: The motion was filed twice, four days apart, and only one of the iterations was noticed to include a briefing schedule. And this time, both motions were only filed on the member docket and were not filed on the master docket. On October 11, 2023, this Court reminded all plaintiffs that documents must be

filed on both dockets. Presumably in response to that reminder, on October 12, 2023, Dallen filed the motion to amend the complaint on the master docket—but Dallen did not also file it on the member docket. The result is three different iterations of the same motion to amend and two different briefing schedules for that motion.

Dallen may properly file the order in accordance with Pretrial Order No. 1, on *both* the member case docket and master docket. The Court will consider the filing after Monsanto has had its opportunity to respond, and Dallen their opportunity to reply in turn. Lead plaintiffs' counsel are urged to assist lawyers in the member cases to ensure that papers are properly filed.

**IT IS SO ORDERED.**

Dated: October 25, 2023

VINCE CHHABRIA
United States District Judge