UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Marcel Stolz v. Monsanto Co.,* No. 3:19-cv-07402-VC<br><br>*James D. Stejskal and Laurie T. Stejskal v. Monsanto Co.,* No. 3:19-cv-07524-VC | **ORDER GRANTING LEAVE TO WITHDRAW AS ATTORNEY**<br><br>Re: Dkt. Nos. 17344, 17345 |

The motions for leave to withdraw as attorney in the above cases are granted. The actions will be dismissed without prejudice for failure to prosecute if plaintiffs do not, within 28 days of this ruling, file a notice with the Court that they intend to pursue the action, either with new counsel or representing themselves. Counsel shall send a copy of this order to their clients, and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: October 25, 2023

VINCE CHHABRIA
United States District Judge