**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**
Hunter W. Lundy
501 Broad St.
Lake Charles, LA 70605
T: (337) 439-0707
F: (337) 439-1029
Email: hlundy@lundylawllp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md—02741-VC |
| This document relates to:<br>**Lawrence G. Couey**<br>3:16-cv-05653<br><br>              Plaintiff | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal, with prejudice, of the above-captioned matter (including all claims asserted by all Plaintiffs) with each party to bear their own attorneys' fees and costs.

    Counsel for Plaintfff have read pretrial Order No. 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certifies that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for Plaintiff further certify that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their client's portion.

Dated: October 26, 2023

Respectfully submitted:

/s/ Hunter W. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH LLP
501 Broad St.
Lake Charles, LA 70601
T: (337) 439-0707
hlundy@lundylawllp.com

*Attorney for Plaintiff*

/s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
T: (816) 474-6550 ext. 2001
amartinez@shb.com

*Attorney for Defendant Monsanto Company*

STIPULATION OF DISMISSAL WITH PREJUDICE