Kristy M. Arevalo (SBN 216308)
**MCCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JERRAD BERGERET, SHALEE BERGERET, SHANE BERGERET, DAVID BERGERET, and ERIC BERGERET, individually, as next of kin for DENNIS BERGERET, deceased,<br><br>         Plaintiffs,<br><br>  v.<br><br>MONSANTO COMPANY; DEREK BERGERET; and JOHN DOES 1 through 100 inclusive;<br><br>         Defendants. | **Individual Case No.: 3:23-CV-04960**<br>**MDL Case No.: 3:16-md-02741**<br>**MDL No.: 2741**<br><br>**DECLARATION OF KRISTY AREVALO IN SUPPORT OF PLAINTIFFS' NEXT OF KIN STATUS** |

I, Kristy Arevalo, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California. I am an attorney at McCune Law Group and attorney of record for Plaintiffs Jerrad, Shalee, Shane, David, and Eric Bergeret. I have personal knowledge of the matters

contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2.      Dennis Bergeret passed away on August 25, 2021. *See* <u>Exhibit B</u>.

3.      Jerrad, Shalee, Shane, David, and Eric Bergeret are five surviving heirs of Dennis Bergeret. Their declarations attesting to your kinship are attached hereto respectively as <u>Exhibit A1</u>, <u>Exhibit A2</u>, <u>Exhibit A3</u>, <u>Exhibit A4</u>, and <u>Exhibit A5</u>.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 30, 2023, in Ontario, California.


*/s/ Kristy M. Arevalo*
Kristy M. Arevalo