## DECLARATION OF SURVIVORSHIP/NEXT OF KIN

State of Nevada              )
                             )
County of Lyon               )

Shane Bergeret, the declarant herein, first being duly sworn, under oath states:

1.  I, Shane Bergeret, am the biological son of Dennis Bergeret.

2.  My father Dennis Bergeret died on August 25, 2021, in the County of Denver, State of Colorado, as shown in a certified copy of the decedent's death certificate attached to this declaration.

4.  Dennis Bergeret died without leaving a last will and testament.

5.  No application or petition for the appointment of a personal representative has or had been filed, nor is one pending in this or any other jurisdiction.

6.  The declarant, Shane Bergeret, being the surviving child of Dennis Bergeret is entitled to receive Dennis Bergeret's estate and to file an action for his wrongful death under the laws of Nevada.

7.  The declarant affirms under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED: 8/16/23                          Shane Bergeret

-1-