# DECLARATION OF SURVIVORSHIP/NEXT OF KIN

State of Arizona            )
                            )
County of Maricopa          )

Eric Bergeret, the declarant herein, deposes and states the following:

1. I, Eric Bergeret, am the biological son of Dennis Bergeret.
2. My father Dennis Bergeret died on August 25, 2021, in the County of Denver, State of Colorado, as shown in a certified copy of the decedent's death certificate attached to this declaration.
4. Dennis Bergeret died without leaving a last will and testament.
5. No application or petition for the appointment of a personal representative has or had been filed, nor is one pending in this or any other jurisdiction.
6. The declarant, Eric Bergeret, being the surviving child of Dennis Bergeret is entitled to receive Dennis Bergeret's estate and to file an action for his wrongful death under the laws of Arizona.
7. The declarant affirms under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

DATED: 10/21/23

Eric Bergeret

-1-