# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF DEATH

STATE FILE NUMBER 1052021031105

**DECEDENT'S LEGAL NAME:** DENNIS CARL BERGERET
**DATE OF DEATH:** AUGUST 25, 2021

| Field | Value |
|---|---|
| SEX | MALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE-Last Birthday (Years) | 69 |
| UNDER 1 YEAR | |
| UNDER 1 DAY | |
| DATE OF BIRTH (Mo/Day/Yr) | SEPTEMBER 02, 1951 |
| BIRTHPLACE | NEVADA |

**IF DEATH OCCURRED IN HOSPITAL:** INPATIENT
**IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:**

**Facility Name:** PRESBYTERIAN ST LUKES MEDICAL CENTER
**CITY, TOWN OR LOCATION OF DEATH:** DENVER
**COUNTY OF DEATH:** DENVER

**RESIDENCE - STREET AND NUMBER:** 1042 PEPPER LANE
**APT. NO.:**
**ZIP CODE:** 89408
**INSIDE CITY LIMITS:** YES

**RESIDENCE STATE:** NEVADA
**COUNTY:** LYON
**CITY OR TOWN:** FERNLEY

**DECEDENT'S USUAL OCCUPATION:** CARPENTER
**KIND OF BUSINESS/INDUSTRY:** CARPENTRY
**DECEDENT'S EDUCATION:** HIGH SCHOOL GRADUATE OR GED COMPLETED

**DECEDENT OF HISPANIC ORIGIN:** NO
**DECEDENT'S RACE:** White

**EVER IN US ARMED FORCES:** NO
**MARITAL STATUS AT TIME OF DEATH:** MARRIED BUT SEPARATED
**SPOUSE/PARTNER NAME:** NEANA SIMONS

**FATHER'S NAME:** RICHARD CLIFFORD BUTLER
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** LEE HOOPER

**INFORMANT'S NAME:** NEANA BERGERET
**INFORMANT'S RELATIONSHIP TO DECEASED:** WIFE

**NAME OF FUNERAL HOME:** A BETTER PLACE FUNERAL & CREMATION
**CITY AND STATE OF FUNERAL HOME:** DENVER COLORADO
**WAS CORONER NOTIFIED:** YES

**METHOD OF DISPOSITION:** CREMATION
**PLACE OF DISPOSITION:** S H CREMATION SERVICES
**LOCATION - CITY, COUNTY, STATE:** UNINCORPORATED ADAMS ADAMS COLORADO

**INJURY AT WORK:**
**IF TRANSPORTATION RELATED, SPECIFY:**
**DATE OF INJURY:**
**TIME OF INJURY:**

**PLACE OF INJURY:**
**LOCATION OF INJURY:**
**DESCRIBE HOW INJURY OCCURRED:**

**WAS DECEDENT UNDER HOSPICE CARE:**
**ACTUAL OR PRESUMED TIME OF DEATH:** 22:14 MIL
**DATE PRONOUNCED DEAD:** AUGUST 25, 2021
**TIME PRONOUNCED DEAD:** 22:14 MIL

**MANNER OF DEATH:** NATURAL
**WAS AN AUTOPSY PERFORMED:** NO
**WERE AUTOPSY FINDINGS CONSIDERED IN DETERMINING THE CAUSE OF DEATH?**

## CAUSE OF DEATH

**PART I** Enter the chain of events -diseases, injuries, or complications- that directly caused the death.

| | Cause | Approximate interval: Onset to death |
|---|---|---|
| a | ACUTE RESPIRATORY FAILURE | <24 HRS |
| b | SEVERE LACTIC ACIDOSIS | <24 HRS |
| c | MESENTERIC ISCHEMIA | <24 HRS |
| d | BURKITT-LIKE LYMPHOMA | MONTH |

**PART II** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
THORACOABDOMINAL AORTIC ANEURYSM

**TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF PHYSICIAN:** ANDRAS A BODONI MD 1601 E 19TH AVENUE 6250 DENVER CO 80218
**DATE SIGNED:** AUGUST 26, 2021

**TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF CORONER:**
**DATE SIGNED:**

**DATE FILED BY REGISTRAR:** SEPTEMBER 13, 2021



**DATE ISSUED:** SEPTEMBER 24, 2021

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

A. ALEX QUINTANA
STATE REGISTRAR

*010748033*

REV 01/19