**SHOOK HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 770022926
Telephone: (713) 2278008
Facsimile: (713) 2279508
Email: jstubbs@shb.com

*Attorneys for Defendant*
*BAYER CORPORATION*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No.:  3:16-md-02741-VC

*Carolyn Brown v. Monsanto Co., et al.*
Case No. 3:23-cv-05240-VC

## MONSANTO COMPANY'S ANSWER TO PLAINTIFFS' COMPLAINT

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant Bayer Corporation, by and through its counsel, respectfully responds by generally denying all allegations contained in plaintiffs' Complaint and Jury Demand ("the Complaint"), except as set forth below. Bayer Corporation denies – and objects to – allegations by plaintiffs that purport to lump Bayer Corporation together with other defendants. Bayer Corporation responds to this Complaint only on behalf of Bayer Corporation and not on behalf of any other defendant. Silence as to any allegations shall constitute a denial.

1. In response to the allegations in paragraph 1, Bayer Corporation admits that plaintiffs purport to bring this action but denies any liability to plaintiffs.

2. The allegations in paragraph 2 set forth conclusions of law for which no response is required. To the extent that a response is deemed required, Bayer Corporation admits the allegations in paragraph 2 based upon the allegations in plaintiffs' Complaint.

3. The allegations in paragraph 3 set forth conclusions of law for which no response is required.

4. The allegations in paragraph 4 set forth conclusions of law for which no response is required.

5. The allegations in paragraph 5 set forth conclusions of law for which no response is required. To the extent a response is deemed required, the allegations in paragraph 5 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

6. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 6 and therefore denies those allegations.

7. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 7 and therefore denies those allegations.

8. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 8 and therefore denies those allegations.

9. The allegations in paragraph 9 comprise attorney characterizations and are accordingly denied.

10. In response to the allegations in paragraph 10, Bayer Corporation admits that it is an Indiana corporation with its principal place of business in New Jersey

11. Bayer Corporation admits that it is authorized to do business in Pennsylvania. The remaining allegations in paragraph 11 are vague and conclusory and comprise attorney characterizations and are accordingly denied.

12. The allegations in paragraph 12 are vague and conclusory and comprise attorney characterizations and are accordingly denied.

13. The allegations in paragraph 13 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

14. In response to the allegations in paragraph 14, Bayer Corporation admits that it is an indirect, wholly owned subsidiary of Bayer AG. The remaining allegations in of paragraph 14 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

15. The remaining allegations in of paragraph 15 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

16. The allegations in the first sentence of paragraph 16 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations. Bayer Corporation denies the remaining allegations in paragraph 16 and denies – and object to – allegations by plaintiff that purport to lump Bayer Corporation together with other defendants.

17. Bayer Corporation denies the allegations in paragraph 17.

18. Bayer Corporation admits that it is authorized to do business in Pennsylvania. The remaining allegations in paragraph 18 are vague and conclusory and comprise attorney characterizations and are accordingly denied.

19. The allegations in paragraph 19 are vague and conclusory and comprise attorney characterizations and are accordingly denied.

20. The allegations in paragraph 20 are vague and conclusory and comprise attorney characterizations and are accordingly denied.

21. Bayer Corporation denies the allegations in paragraph 21.

22. The allegations in the first sentence of paragraph 22 set forth conclusions of law for which no response is required. Bayer Corporation denies the remaining allegations in paragraph 22.

23. Bayer Corporation denies the allegations in paragraph 23.

24. The allegations in of paragraph 24 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

25. In response to the allegations in paragraph 25, Bayer Corporation admits that glyphosate is an herbicide that is used to kill invasive plants and weeds. The remaining allegations in paragraph 25 are vague and ambiguous and Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 25 and therefore denies those allegations.

26. Bayer Corporation lacks information or knowledge sufficient to form a belief as to

1    the truth of the allegations in paragraph 26 and therefore denies those allegations.

2        27.    Bayer Corporation denies that Roundup®-branded products are Bayer Corporation's

3    products and denies that Roundup®-branded products pose dangers to health and safety. To the

4    extent that allegations in paragraph 27 are directed at a defendant other than Bayer Corporation, no

5    response from Bayer Corporation is required for these allegations. Bayer Corporation lacks

6    information or knowledge sufficient to form a belief as to the truth of the remaining allegations in

7    the Petition's second-numbered paragraph 27 and therefore denies those allegations.

8        28.    Bayer Corporation denies that Roundup®-branded products are Bayer Corporation's

9    products and denies that Roundup®-branded products pose dangers to health and safety. To the

10   extent that allegations in paragraph 28 are directed at a defendant other than Bayer Corporation, no

11   response from Bayer Corporation is required for these allegations. Bayer Corporation lacks

12   information or knowledge sufficient to form a belief as to the truth of the remaining allegations in

13   the Petition's second-numbered paragraph 28 and therefore denies those allegations.

14       29.    Bayer Corporation denies the allegations in paragraph 29.

15       30.    The allegations in of paragraph 30 are directed at a defendant other than Bayer

16   Corporation, so no response from Bayer Corporation is required for these allegations.

17       31.    The allegations in the first and last sentences of paragraph 31 are directed at a

18   defendant other than Bayer Corporation, so no response from Bayer Corporation is required for

19   these allegations. Bayer Corporation lacks information or knowledge sufficient to form a belief as

20   to the truth of the remaining allegations in paragraph 31 and therefore denies those allegations.

21       32.    Bayer Corporation denies the allegations in paragraph 32.

22       33.    The allegations in paragraph 33 set forth conclusions of law for which no response is

23   required.

24       34.    Bayer Corporation lacks information or knowledge sufficient to form a belief as to

25   the truth of the allegations in the first sentence of numbered paragraph 34 and therefore denies those

26   allegations. The remaining allegations in paragraph 34 set forth conclusions of law for which no

27   response is required.

28

35.     The allegations in paragraph 35 set forth conclusions of law for which no response is required.

36.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 36 and therefore denies those allegations.

37.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 37 and therefore denies those allegations.

38.     The allegations in paragraph 38 set forth conclusions of law for which no response is required.

39.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 39 and therefore denies those allegations.

40.     The allegations in the second sentence paragraph 40 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations paragraph 40 and therefore denies those allegations.

41.     The allegations in paragraph 41 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

42.     The allegations in the first sentence of paragraph 42 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 42 and therefore denies those allegations.

43.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in numbered paragraph 43 and therefore denies those allegations.

44.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the Petition's second-numbered paragraph 44 and therefore denies those allegations.

45.     The allegations in the first sentence of paragraph 45 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

1    Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the

2    allegations in paragraph 45 and therefore denies those allegations.

3    46.    The allegations in paragraph 46 are directed at a defendant other than Bayer

4    Corporation, so no response from Bayer Corporation is required for these allegations.

5    47.    The allegations in paragraph 47 are directed at a defendant other than Bayer

6    Corporation, so no response from Bayer Corporation is required for these allegations.

7    48.    The allegations in the first, third, and fourth sentences of 48 are directed at a defendant

8    other than Bayer Corporation, so no response from Bayer Corporation is required for these

9    allegations. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the

10   truth of the remaining allegations in paragraph 48 and therefore denies those allegations.

11   49.    The allegations in the first and second sentences of paragraph 49 are directed at a

12   defendant other than Bayer Corporation, so no response from Bayer Corporation is required for

13   these allegations. Bayer Corporation lacks information or knowledge sufficient to form a belief as

14   to the truth of the allegations in the paragraph 49 and therefore denies those allegations.

15   50.    The allegations in the first and second sentences of the paragraph 50 are directed at a

16   defendant other than Bayer Corporation, so no response from Bayer Corporation is required for

17   these allegations. Bayer Corporation lacks information or knowledge sufficient to form a belief as

18   to the truth of the remaining allegations in paragraph 50 and therefore denies those allegations.

19   51.    The allegations in the paragraph 51 are directed at a defendant other than Bayer

20   Corporation, so no response from Bayer Corporation is required for these allegations.

21   52.    The allegations in the paragraph 52 are directed at a defendant other than Bayer

22   Corporation, so no response from Bayer Corporation is required for these allegations.

23   53.    The allegations in the paragraph 53 are directed at a defendant other than Bayer

24   Corporation, so no response from Bayer Corporation is required for these allegations.

25   54.    In response to the allegations in paragraph 54, Bayer Corporation states that the cited

26   document speaks for itself and does not require a response. To the extent that the allegations in

27   paragraph 54 go beyond a restatement of the cited document, Bayer Corporation lacks information

28

BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT
3:16-md-02741-VC & 3:23-cv-05240-VC

or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 54 and therefore denies those allegations.

55.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 55 and therefore denies those allegations.

56.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 56 and therefore denies those allegations.

57.     In response to the allegations in paragraph 57, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that the allegations in paragraph 57 go beyond a restatement of the cited document, Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 57 and therefore denies those allegations.

58.     In response to the allegations in the first and second sentences of paragraph 58, Bayer Corporation denies that Roundup®-branded products are Bayer Corporation's products and denies that Roundup®-branded products pose dangers to health and safety.  Bayer Corporation denies the remaining allegations in the first and second sentences of paragraph 58. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 58 and therefore denies those allegations.

59.     In response to the allegations in paragraph 59, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 59 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in the paragraph 59.

60.     In response to the allegations in paragraph 60, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 60 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in paragraph 60.

61.     In response to the allegations in paragraph 61, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 61

characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in paragraph 61.

62.     In response to the allegations in paragraph 62, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 62 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in paragraph 62.

63.     In response to the allegations in paragraph 63, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 63 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in paragraph 63.

64.     In response to the allegations in paragraph 64, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 64 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in the Petition's second-numbered paragraph 64.

65.     Bayer Corporation denies the allegation that the cited studies support the allegation that glyphosate or Roundup®-branded products pose any risk to human health and denies the remaining allegations in paragraph 65.

66.     Bayer Corporation denies the allegations in paragraph 66.

67.     Bayer Corporation denies the allegations in paragraph 67.

68.     Bayer Corporation denies the allegations in paragraph 68.

69.     Bayer Corporation denies the allegations in paragraph 69.

70.     Bayer Corporation denies the allegations in paragraph 70.

71.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 71 and therefore denies those allegations.

72.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 72  and therefore denies those allegations.

73.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to

1   the truth of the allegations in paragraph 73 and therefore denies those allegations.

2   74.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to

3   the truth of the allegations in paragraph 74 and therefore denies those allegations.

4   75.   In response to the allegations in paragraph 75, Bayer Corporation admits that the

5   IARC working group classified glyphosate under Group 2A. Bayer Corporation lacks information

6   or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 75

7   and therefore denies those allegations.

8   76.   In response to the allegations in numbered paragraph 76, Bayer Corporation admits

9   that the full IARC Monograph regarding glyphosate was published on July 29, 2015.   Bayer

10  Corporation lacks information or knowledge sufficient to form a belief as to the truth of the

11  remaining allegations in paragraph 76 and therefore denies those allegations.

12  77.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to

13  the truth of the allegations in paragraph 77 and therefore denies those allegations.

14  78.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to

15  the truth of the allegations in paragraph 78 and therefore denies those allegations.

16  79.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to

17  the truth of the allegations in paragraph 79 and therefore denies those allegations.

18  80.   In response to the allegations in paragraph 80, Bayer Corporation denies that

19  glyphosate exposure causes cancer.  Bayer Corporation lacks information or knowledge sufficient

20  to form a belief as to the truth of the remaining allegations in paragraph 80 and therefore denies

21  those allegations.

22  81.   In response to the allegations in paragraph 81, Bayer Corporation denies that

23  glyphosate exposure causes DNA and chromosomal damage.  Bayer Corporation lacks information

24  or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 81

25  and therefore denies those allegations.

26  82.   In response to the allegations in paragraph 82, Bayer Corporation denies that

27  glyphosate exposure causes cancer.  Bayer Corporation lacks information or knowledge sufficient

28

to form a belief as to the truth of the remaining allegations in paragraph 82 and therefore denies those allegations.

83.     In response to the allegations in paragraph 83, Bayer Corporation denies that glyphosate exposure causes DNA and chromosomal damage.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 83 and therefore denies those allegations.

84.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 84 and therefore denies those allegations.

85.     In response to the allegations in paragraph 85, Bayer Corporation denies that glyphosate exposure causes cancer.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 85 and therefore denies those allegations.

86.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 86 and each of its subsection, therefore denies those allegations.

87.     In response to the allegations in paragraph 87, Bayer Corporation states that the cited document speaks for itself and does not require a response.

88.     In response to the allegations in paragraph 88, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 88 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in paragraph 88.

89.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 89 and therefore denies those allegations.

90.     The allegations in paragraph 90 are vague and ambiguous and are accordingly denied.

91.     In response to the allegations in paragraph 91, Bayer Corporation states that the cited document speaks for itself and does not require a response.

92.     In response to the allegations in paragraph 92, Bayer Corporation states that the cited

document speaks for itself and does not require a response. To the extent that paragraph 92 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in paragraph 92.

93.     In response to the allegations in paragraph 93, Bayer Corporation states that the cited document speaks for itself and does not require a response. Bayer Corporation otherwise denies the allegations in paragraph 93.

94.     In response to the allegations in paragraph 94, Bayer Corporation states that the cited document speaks for itself and does not require a response. Bayer Corporation otherwise denies the allegations in paragraph 94.

95.     Bayer Corporation admits that there is no reliable evidence that Roundup®-branded products are genotoxic and that regulatory authorities and independent experts agree that Roundup®-branded products are not genotoxic. Bayer Corporation otherwise denies the allegations in paragraph 95.

96.     Bayer Corporation denies the allegations in paragraph 96.

97.     Bayer Corporation denies the allegations in paragraph 97.

98.     Bayer Corporation denies the allegations in paragraph 98.

99.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 99 and therefore denies those allegations.  In response to the allegations in the second sentence of paragraph 99, Bayer Corporation states that the cited document speaks for itself and does not require a response.  To the extent that paragraph 99 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in paragraph 99.

100.   In response to the allegations in paragraph 100, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 100 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in paragraph 100.

101.   In response to the allegations in paragraph 101, Bayer Corporation states that the cited

document speaks for itself and does not require a response. To the extent that paragraph 101 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in paragraph 101.

102.   In response to the allegations in paragraph 102, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 102 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in paragraph 102.

103.   In response to the allegations in paragraph 103, Bayer Corporation states that the cited document speaks for itself and does not require a response. To the extent that paragraph 103 characterizes the meaning of the cited study, Bayer Corporation denies the remaining allegations in paragraph 103.

104.   Bayer Corporation denies the allegations in paragraph 104.

105.   Bayer Corporation denies the allegations in paragraph 105.

106.   Bayer Corporation denies the allegations in paragraph 106.

107.   Bayer Corporation denies the allegations in paragraph 107.

108.   Bayer Corporation denies the allegations in paragraph 108.

109.   Bayer Corporation denies the allegations in paragraph 109.

110.   Bayer Corporation denies the allegations in paragraph 110.

111.   In response to the allegations in paragraph 111, Bayer Corporation admits that independent experts and regulatory agencies agree that there is no evidence of carcinogenicity or genotoxicity in glyphosate and Roundup®-branded products.   Bayer Corporation denies the remaining allegations in paragraph 111.

112.   Bayer Corporation denies that Roundup®-branded products are Bayer Corporation's products and denies that Roundup®-branded products pose dangers to health and safety. Bayer Corporation denies the remaining allegations in paragraph 112.

113.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 113 and therefore denies those allegations.

114.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 114 and therefore denies those allegations.

115.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 115 and therefore denies those allegations.

116.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 116 and therefore denies those allegations.

117.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 117 and therefore denies those allegations.

118.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 118 and therefore denies those allegations.

119.   The allegations in of paragraph 119 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

120.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 120 and therefore denies those allegations.

121.   Bayer Corporation denies the allegations in paragraph 121.

122.   Bayer Corporation denies the allegations in paragraph 122.

123.   Bayer Corporation denies the allegations in paragraph 123.

124.   Bayer Corporation denies the allegations in paragraph 124.

125.   Bayer Corporation denies the allegations in paragraph 125.

126.   Bayer Corporation denies the allegations in paragraph 126.

127.   Bayer Corporation denies the allegations in paragraph 127.

128.   Bayer Corporation denies the allegations in paragraph 128.

129.   Bayer Corporation denies the allegations in paragraph 129.

130.   Bayer Corporation denies the allegations in paragraph 130.

131.   Bayer Corporation denies the allegations in paragraph 131.

132.   Bayer Corporation denies the allegations in paragraph 132.

133.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to

BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT
3:16-md-02741-VC & 3:23-cv-05240-VC

the truth of the allegations in paragraph 133 and therefore denies those allegations.

134.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 134 and therefore denies those allegations.

135.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 135 and therefore denies those allegations.

136.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 136 and therefore denies those allegations.

137.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 137 and therefore denies those allegations.

138.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 138 and therefore denies those allegations.

139.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 139 and therefore denies those allegations.

140.   Bayer Corporation incorporates by reference its responses to paragraphs 1 through 139 in response to paragraph 140 of plaintiffs' Complaint.

141.   In response to the allegations in paragraph 141, Bayer Corporation admits that plaintiff purports to bring claims for strict liability design defect but denies any liability as to that claim.

142.   Bayer Corporation denies the allegations in paragraph 142.

143.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 143 and therefore denies those allegations.

144.   Bayer Corporation denies the allegations in paragraph 144.

145.   Bayer Corporation denies the allegations in paragraph 145.

146.   Bayer Corporation o denies the allegations in paragraph 146 and each of its subparts.

147.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 147 regarding plaintiff's claimed use of and/or exposure to Roundup®-branded products and therefore denies those allegations.  Bayer Corporation denies the

1  remaining allegations in paragraph 147, including that Roundup®-branded products have

2  "dangerous characteristics."

3  148.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to

4  the truth of the allegations in paragraph 148 concerning plaintiff's claimed use of or exposure to

5  Roundup®-branded products and therefore denies those allegations. Bayer Corporation denies the

6  remaining allegations in paragraph 148, including that Roundup®-branded products have

7  "dangerous characteristics."

8  149.   Bayer Corporation denies the allegations in paragraph 149 regarding defects and risk

9  associated with Roundup®-branded products. Bayer Corporation lacks information or knowledge

10  sufficient to form a belief as to the truth of the remaining allegations in paragraph 149 and therefore

11  denies those allegations.

12  150.   Bayer Corporation denies the allegations in paragraph 150.

13  151.   Bayer Corporation denies the allegations in paragraph 151.

14  152.   Bayer Corporation denies the allegations in paragraph 152.

15  153.   Bayer Corporation denies the allegations in paragraph 153.

16  154.   Bayer Corporation denies the allegations in paragraph 154.

17  155.   Bayer Corporation denies the allegations in paragraph 155.

18  156.   Bayer Corporation denies the allegations in paragraph 156.

19  157.   Bayer Corporation denies the allegations in paragraph 157.

20  158.   Bayer Corporation denies the allegations in paragraph 158.

21  In response to the "WHEREFORE" paragraph following paragraph 158, Bayer Corporation

22  demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be

23  dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable

24  attorney's fees as allowed by law and such further and additional relief as this Court may deem just

25  and proper.

26  159.   Bayer Corporation incorporates by reference its responses to paragraphs 1 through

27  158 in response to paragraph 159 of plaintiffs' Complaint. To the extent that the allegations in Claim

Two are directed at a defendant other than Bayer Corporation, those allegations do not require a response from Bayer Corporation.

160.   In response to the allegations in paragraph 160, Bayer Corporation admits that plaintiffs purport to bring claims for strict liability failure to warn, but denies any liability as to that claim.

161.   Bayer Corporation denies the allegations in paragraph 161.

162.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 162 that plaintiff purchased Roundup®-branded products and therefore denies those allegations. The allegations in paragraph 162 also set forth conclusions of law for which no response is required. Bayer Corporation denies the remaining allegations in paragraph 162.

163.   The allegations in paragraph 163 set forth conclusions of law for which no response is required.

164.   Bayer Corporation denies the allegations in paragraph 164. All labeling of Roundup®-branded products has been and remains EPA-approved and in compliance with all federal requirements under FIFRA.

165.   Bayer Corporation denies the allegations in paragraph 165.

166.   Bayer Corporation denies the allegations in paragraph 166.

167.   Bayer Corporation denies the allegations in paragraph 167.

168.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 168 and therefore denies those allegations.

169.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 169 concerning plaintiff's alleged use of or exposure to Roundup®-branded products and therefore denies those allegations. Bayer Corporation denies the remaining allegations in paragraph 169, including that Roundup®-branded products have "dangerous characteristics."

170.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to

the truth of the allegations in paragraph 170 concerning plaintiff's claimed use of and exposure to Roundup®-branded products and therefore denies those allegations. Bayer Corporation denies the remaining allegations in paragraph 170, including that Roundup®-branded products have "dangerous characteristics."

171.   Bayer Corporation denies the allegations in paragraph 171 regarding defects and risks associated with Roundup®-branded products. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 171 and therefore denies those allegations.

172.   Bayer Corporation denies the allegations in paragraph 172.

173.   Bayer Corporation denies the allegations in paragraph 173.

174.   Bayer Corporation denies the allegations in paragraph 174.

175.   Bayer Corporation denies the allegations in paragraph 175.

176.   Bayer Corporation denies the allegations in paragraph 176.

177.   Bayer Corporation denies the allegations in paragraph 177.

178.   Bayer Corporation denies the allegations in paragraph 178.

179.   Bayer Corporation denies the allegations in paragraph 179.

180.   Bayer Corporation denies the allegations in paragraph 180.

181.   Bayer Corporation denies the allegations in paragraph 181.

In response to the "WHEREFORE" paragraph following paragraph 181, Bayer Corporation demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

182.   Bayer Corporation incorporates by reference its responses to paragraphs 1 through 181 in response to paragraph 182 of plaintiffs' Complaint. To the extent that the allegations in Claim Three are directed at a defendant other than Bayer Corporation, those allegations do not require a response from Bayer Corporation.

1    183.    Bayer Corporation denies the allegations in paragraph 183.

2    184.    Bayer Corporation denies the allegations in paragraph 184.

3    185.    Bayer Corporation denies the allegations in paragraph 185.

4    186.    Bayer Corporation denies the allegations in paragraph 186.

5    187.    Bayer Corporation denies the allegations in paragraph 187.

6    188.    Bayer Corporation denies the allegations in paragraph 188.

7    189.    Bayer Corporation denies the allegations in paragraph 189.

8    190.    Bayer Corporation denies the allegations in paragraph 190.

9    191.    Bayer Corporation denies the allegations in paragraph 191, including each of its
10    subparts.

11    192.    Bayer Corporation denies the allegations in paragraph 192.

12    193.    Bayer Corporation lacks information or knowledge sufficient to form a belief as to
13    the truth of the allegations in paragraph 193 regarding plaintiff's knowledge and therefore denies
14    those allegations. Bayer Corporation denies the remaining allegations in paragraph 194, including
15    that intended use of and/or exposure to Roundup®-branded products causes any injuries.

16    194.    Bayer Corporation denies the allegations in paragraph 194.

17    195.    Bayer Corporation denies the allegations in paragraph 195.

18    196.    Bayer Corporation denies the allegations in paragraph 196.

19    197.    Bayer Corporation denies the allegations in paragraph 197.

20    198.    Bayer Corporation denies the allegations in paragraph 198.

21    In response to the "WHEREFORE" paragraph following paragraph 198, Bayer Corporation
22    demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be
23    dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable
24    attorney's fees as allowed by law and such further and additional relief as this Court may deem just
25    and proper.

26    199.    Bayer Corporation incorporates by references its responses to paragraphs 1 through
27    198 in response to paragraph 199 of plaintiffs' Complaint. To the extent that the allegations in Claim

28

Four are directed at a defendant other than Bayer Corporation, those allegations do not require a response from Bayer Corporation.

200. Bayer Corporation denies the allegations in paragraph 200.

201. Bayer Corporation denies the allegations in paragraph 201.

202. Bayer Corporation denies the allegations in paragraph 202.

203. Bayer Corporation denies the allegations in paragraph 203.

204. Bayer Corporation denies the allegations in paragraph 204.

205. Bayer Corporation denies the allegations in paragraph 205.

206. Bayer Corporation denies the allegations in paragraph 206.

207. Bayer Corporation denies the allegations in paragraph 207.

208. Bayer Corporation denies the allegations in paragraph 208.

209. Bayer Corporation denies the allegations in paragraph 209.

210. Bayer Corporation denies that there is any risk of serious injury associated with the as directed use of and/or exposure to Roundup®-branded products and/or glyphosate. Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 210 regarding plaintiffs' knowledge about Roundup®-branded products and therefore denies the remaining allegations in paragraph 210.

211. Bayer Corporation denies the allegations in paragraph 211.

212. Bayer Corporation denies the allegations in paragraph 212.

213. Bayer Corporation denies the allegations in paragraph 213.

214. Bayer Corporation denies the allegations in paragraph 214.

215. Bayer Corporation denies the allegations in paragraph 215.

In response to the "WHEREFORE" paragraph following paragraph 215, Bayer Corporation demands that judgment be entered in its favor and against plaintiffs and that plaintiffs' Complaint be dismissed, with prejudice, and that Bayer Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT
3:16-md-02741-VC & 3:23-cv-05240-VC

1     216.   Bayer Corporation incorporates by references its responses to paragraphs 1 through

2   215 in response to paragraph 216 of plaintiffs' Complaint. To the extent that the allegations in Claim

3   Five are directed at a defendant other than Bayer Corporation, those allegations do not require a

4   response from Bayer Corporation.

5     217.   Bayer Corporation denies the allegations in paragraph 217.

6     218.   Bayer Corporation denies the allegations in paragraph 218.

7     219.   Bayer Corporation denies the allegation in paragraph 219 that Roundup®-branded

8   products are "dangerous." The remaining allegations in paragraph 219 set forth conclusions of law

9   for which no response is required.

10     220.   Bayer Corporation denies the allegations in paragraph 220.

11     221.   Bayer Corporation denies the allegations in paragraph 221.

12     222.   Bayer Corporation denies the allegations in paragraph 222.

13     223.   Bayer Corporation denies the allegations in paragraph 223.

14     224.   Bayer Corporation denies the allegations in paragraph 224.

15     225.   Bayer Corporation denies the allegations in paragraph 225.

16     226.   Bayer Corporation denies the allegations in paragraph 226.

17     In response to the "WHEREFORE" paragraph following paragraph 226, Bayer Corporation

18   demands that judgment be entered in its favor and against plaintiffs and that plaintiffs' Complaint

19   be dismissed, with prejudice, and that Bayer Corporation be awarded costs of suit and reasonable

20   attorney's fees as allowed by law and such further and additional relief as this Court may deem just

21   and proper.

22     227.   Bayer Corporation incorporates by reference its responses to paragraphs 1 through

23   226 in response to paragraph 227 of plaintiffs' Complaint. Bayer Corporation denies the allegations

24   in the second sentence of paragraph 227.

25     228.   Bayer Corporation denies the allegations in paragraph 228.

26     229.   Bayer Corporation denies the allegations in paragraph 229.

27     230.   Bayer Corporation denies the allegations in paragraph 230.

28

1   231.   Bayer Corporation denies the allegations in paragraph 231.

2   232.   Bayer Corporation denies the allegations in paragraph 232.

3   233.   Bayer Corporation denies the allegations in paragraph 233.

4   234.   Bayer Corporation denies the allegations in paragraph 234.

5   235.   Bayer Corporation denies the allegations in paragraph 235.

6   236.   Bayer Corporation denies the allegations in paragraph 236.

7   237.   Bayer Corporation denies the allegations in paragraph 237.

8   238.   Bayer Corporation denies the allegations in paragraph 238.

9   In response to the "WHEREFORE" paragraph following paragraph 238, Bayer Corporation

10   demands that judgment be entered in its favor and against plaintiffs and that plaintiffs' Complaint

11   be dismissed, with prejudice, and that Bayer Corporation be awarded costs of suit and reasonable

12   attorney's fees as allowed by law and such further and additional relief as this Court may deem just

13   and proper.

14   Every allegation in the Complaint that is not specifically and expressly admitted in this

15   Answer is hereby specifically and expressly denied.

16   **SEPARATE AND AFFIRMATIVE DEFENSES**

17   1.   The Complaint, in whole or part, fails to state a claim or cause of action upon which

18   relief can be granted.

19   2.   Plaintiffs' claims against Bayer Corporation are barred for lack of personal

20   jurisdiction.

21   3.   Venue may be improper and/or inconvenient.

22   4.   Plaintiffs' claims are barred because plaintiffs cannot proffer any scientifically

23   reliable evidence that the products at issue were defective or unreasonably dangerous.

24   5.   Any alleged negligent or culpable conduct of Bayer Corporation, none being

25   admitted, was so insubstantial as to be insufficient to be a proximate or substantial contributing

26   cause of plaintiffs' alleged injuries.

27   6.   Plaintiffs' claims are barred, in whole or in part, because the products at issue were

28

BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT
3:16-md-02741-VC & 3:23-cv-05240-VC

designed, manufactured, marketed and labeled with proper warnings, information, cautions and instructions, in accordance with the state of the art and the state of scientific and technological knowledge.

7.  Plaintiffs' claims are barred, in whole or in part, because the products at issue were not defective or unreasonably dangerous in that they complied with, at all relevant times, all applicable government safety standards.

8.  Any claims based on allegations that Bayer Corporation misled, defrauded, made misrepresentations to, or withheld information from U.S. EPA are preempted by federal law. *See, e.g., Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001); *Nathan Kimmel, Inc. v. Dowelanco*, 275 F.3d 1199 (9th Cir. 2002).

9.  Plaintiffs' claims are preempted, in whole or in part, by applicable federal law relating to the design, testing, producing, manufacturing, labeling, distributing, modeling, processing, and supply of Roundup®-branded products and/or glyphosate-containing products.

10.  Plaintiffs' claims are preempted, in whole or in part, because of U.S. EPA findings that glyphosate does not cause cancer in humans and/or because of U.S. EPA-approved product labeling.

11.  Plaintiffs' claims are barred, in whole or in part, by the doctrine of primary jurisdiction, including by the authority delegated by Congress to the U.S. EPA.

12.  Plaintiffs' claims are barred, in whole or in part, because plaintiffs' injuries, if any, were the result of conduct of plaintiff, independent third parties, and/or events that were extraordinary under the circumstances, not foreseeable in the normal course of events, and/or independent, intervening and superseding causes of the alleged injuries, including but not limited to plaintiffs' preexisting medical conditions.

13.  The doctrines contained in Restatement (Second) of Torts § 402A, comments j and k, bar plaintiffs' claims in whole or in part.

14.  Applicable statutes of limitations and/or repose bar plaintiffs' claims in whole or in part.

15.   Plaintiff's misuse or abnormal use of the product or failure to follow instructions bar plaintiffs' claims in whole or in part.

16.   If plaintiffs suffered injuries or damages as alleged, which is denied, such injuries or damages resulted from: (a) acts or omissions of persons or entities for which Bayer Corporation is neither liable nor responsible or, in the alternative, Bayer Corporation is entitled to an assessment of the relative degree of fault of all such persons and entities; or (b) resulted from diseases and/or causes that are not related or connected with any product sold, distributed, or manufactured by Bayer Corporation. Such acts or omissions on the part of others or diseases or causes constitute an independent, intervening and sole proximate cause of plaintiffs' alleged injuries or damages.

17.   Bayer Corporation had no legal relationship or privity with plaintiffs and owed no duty to plaintiffs by which liability could be attributed to it.

18.   Bayer Corporation made no warranties of any kind or any representations of any nature whatsoever to plaintiffs. If any such warranties were made, which Bayer Corporation specifically denies, then plaintiffs failed to give notice of any breach thereof.

19.   Plaintiffs' claims are preempted or otherwise barred in whole or in part by the Freedom of Speech Clause of the First Amendment of the U.S. Constitution.

20.   Plaintiffs' claims for punitive, exemplary, and/or treble damages are barred because such an award would violate Bayer Corporation's due process, equal protection and other rights under the United States Constitution, the Georgia Constitution, and/or other applicable state constitutions.

21.   Plaintiffs' claims for punitive, exemplary, and/or treble damages are barred because plaintiffs have failed to allege conduct warranting imposition of such damages under Georgia law, and/or other applicable state laws.

22.   Plaintiffs' claims for punitive, exemplary, and/or treble damages are barred and/or limited by operation of state and/or federal law, including O.C.G.A. § 51-12-5.1.

23.   Plaintiffs' claims are barred in whole or in part by plaintiffs' own contributory/comparative negligence.

24.    Plaintiffs' claims are barred in whole or in part by plaintiffs' own failure to mitigate damages.

25.    Plaintiffs' claims are barred in whole or in part by the sophisticated user doctrine.

26.    Plaintiffs' recovery, if any, shall be reduced by those payments that plaintiffs receive from collateral sources.

27.    If plaintiffs have been injured or damaged, no injury or damages being admitted, such injuries were not caused by a Bayer Corporation product.

28.    Plaintiffs' claims are barred to the extent that plaintiffs seek relief under the laws of states that do not govern plaintiffs' claims.

29.    Plaintiffs' claims are barred or limited to the extent that plaintiffs assert claims that are governed by the laws of a state that does not recognize, or limits, such claims.

30.    Bayer Corporation hereby gives notice that it intends to rely upon such other defenses as may become available or apparent during the course of discovery and thus reserves its right to amend this Answer to assert such defenses.

**WHEREFORE**, Defendant Bayer Corporation demands judgment in its favor and against plaintiffs, dismissing plaintiffs' Complaint with prejudice, together with the costs of suit and such other relief as the Court deems equitable and just.

### <u>JURY TRIAL DEMAND</u>

Bayer Corporation demands a jury trial on all issues so triable.

DATED: October 31, 2023                Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By: /s/ *Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 770022926
    Telephone: (713) 2278008
    Facsimile: (713) 2279508
    Email: jstubbs@shb.com

    *Attorneys for Defendant*
    *BAYER CORPORATION*

1

## **CERTIFICATE OF SERVICE**

2          I certify that on the 31st day of October, 2023, I electronically transmitted the foregoing

3   **BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT** to the Clerk of the court using the

4   ECF system for filing and transmittal of a true and correct copy of the foregoing document was

5   served electronically or by another manner as authorized by FED. R. CIV. P. 5.

6                                             */s/ Jennise W. Stubbs*
                                              Jennise W. Stubbs
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT
3:16-md-02741-VC & 3:23-cv-05240-VC