1
2
3
4
5

**SPITTLER & ASSOCIATES, P.A.**
John J. Spittler, Jr.
1865 Brickell Avenue, TH-5
Miami, Florida 33129
Telephone: (305) 860-9991
Email: jjs@spittlerlaw.com

*Attorneys for Plaintiff*

6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES AND REPLY/AVOIDANCE OF AFFIRMATIVE DEFENSES.** |
| *Jeanette Garavito Dallen, as the Personal Representative of the Estate of: Dallen, Russell M. Jr. on behalf of the Estate and Survivors v. Monsanto Company*, Case No. 3:22-cv-02495-VC | |

15
16
17
18
19
20
21
22
23
24
25

On September 26, 2023, Plaintiff JEANETTE GARAVITO DALLEN, as Personal Representative of the Estate of DALLEN, RUSSELL M., JR. on behalf of the Estate and Survivors, filed her Motion to Strike Affirmative Defenses and Reply/Avoidance of Affirmative Defenses (the "Motion to Strike").  *See* Dkt. No. 16.  **Plaintiff hereby withdraws the Motion to Strike.**[1]

26
27
28

---

[1] Plaintiff has also moved for an order permitting her to amend her complaint.  That request was denied without prejudice to its refiling.  Dkt. No. 21.  Monsanto has now provided written consent to the filing of Plaintiff's amended complaint, and Plaintiff will file the amended complaint on the basis of that written consent. *See* FED. R. CIV. P. 15(a)(2).

DATED:  November 1, 2023.

Respectfully submitted,

**SPITTLER & ASSOCIATES, P.A.**

BY: <u>*/s/ John J. Spittler, Jr.*</u>
JOHN J. SPITTLER, JR.
1865 Brickell Avenue, TH-5
Miami, Florida 33129
Telephone: (305) 860-9991
Email: jjs@spittlerlaw.com

***Attorney for Plaintiff***

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 1th day of November, 2023, I electronically transmitted the foregoing to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/ John J. Spittler, Jr.
JOHN J. SPITTLER, JR.