UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Karen Delmore-Barton v. Monsanto Co.*, Case No. 3:18-cv-01427-VC | **ORDER SETTING DAUBERT HEARING** |
| | Re: Dkt. Nos. 16947, 17001, 17053 |

A *Daubert* hearing regarding the plaintiff's motion to exclude testimony of Dr. Cristian Tomasetti in *Karen Delmore-Barton v. Monsanto Co.*, Case No. 3:18-cv-01427-VC, is scheduled for December 12, 2023, at 10 a.m.

**IT IS SO ORDERED.**

Dated: November 3, 2023

VINCE CHHABRIA
United States District Judge