Jeffrey Louis Haberman
Sarah Schultz
Schlesinger Law Offices, P.A.
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
(954) 320-9507
Fax: (954) 320-9509
JHaberman@schlesingerlaw.com

*Attorneys for Plaintiff*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
amartinez@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Thomas Lundy v. Monsanto Company*<br>Case no. 3:20-cv-09289-VC | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs.

## CERTIFICATION OF COMPLIANCE

Counsel for Plaintiff and Defendant Monsanto Company have read Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that this case is not subject to common benefit holdback requirement.

DATED:  November 6, 2023                                Respectfully submitted,

*/s/ Jeffrey L. Haberman*
Jeffrey L. Haberman, Esq. (FL 98522)
Sarah J. Schultz, Esq.
SCHLESINGER LAW OFFICES, P.A.
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Tel (954) 467-8800
Fax (954) 320-9509
JHaberman@schlesingerlaw.com
*Attorneys for Plaintiffs*

*/s/ Anthony Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: /s/ *Jeffrey L. Haberman*
Jeffrey L. Haberman