John J. Rosenthal
WINSTON & STRAWN LLP
1901 L St. NW
Washington, DC 20036
Tel: (202) 282-5785
Fax: (202) 282-5100
jrosenthal@winston.com

Jeff Wilkerson (SBN 284044)
WINSTON & STRAWN LLP
300 S. Tryon St., 16th Floor
Charlotte, North Carolina 28202
Tel: (704) 350-7714
Fax: (704) 350-7800
jwilkerson@winston.com

*Attorneys for Defendants Bayer Corporation and Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONAS PEREZ-HERNANDEZ, et al., | Case No. 4:23-cv-4946 |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND STIPULATED REQUEST AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE** |
| v. | |
| BAYER AKTIENGESELLSCHAFT, BAYER CORPORATION, and MONSANTO COMPANY, | Hon. Kandice A. Westmore |
| Defendants. | |

## **RECITALS**

1. Plaintiffs filed the above-captioned action on September 26, 2023, and have filed returns of service purporting to evidence service of process on all Defendants.[1]

---

[1] In Defendants' view, Bayer Aktiengellschaft ("Bayer AG") has not been properly served. This stipulation is not intended to be, and shall not be construed as, a waiver of service of process or any other defense, including but not limited to personal jurisdiction and venue, by any Defendant.

2. Counsel for Plaintiffs and Defendants have met and conferred and agreed that is appropriate to extend the time for any served Defendant to respond to the complaint and to set an orderly schedule for any related briefing.

### STIPULATION AND STIPULATED REQUEST

In light of the foregoing, the parties, by and through their respective counsel, hereby stipulate pursuant to Local Rule 6-1(a) that the time for any served Defendant to respond to the complaint shall be extended to **December 1, 2023**.

Further, the parties hereby stipulate, and respectfully request per Local Rule 6-2(d), that:

1. The deadline for Plaintiffs to respond to any Rule 12 motion filed by any Defendant shall be **January 12, 2024.**

2. The deadline for Defendants to reply to any such opposition by Plaintiffs shall be **February 2, 2024.**

DATED: October 20, 2023

[Signature blocks on following page]

| | |
|---|---|
| */s/ Joseph R. Saveri* | */s/ John J. Rosenthal* |
| Joseph R. Saveri (SBN 130064) | John J. Rosenthal |
| Christopher K. L. Young (SBN 318371) | jrosenthal@winston.com |
| Itak K. Moradi (SBN 310537) | WINSTON & STRAWN |
| JOSEPH SAVERI LAW FIRM, LLP | 1901 L St. NW |
| 601 California Street, Suite 1000 | Washington, DC 20036 |
| San Francisco, CA 94108 | Telephone: (202) 282-5785 |
| Telephone: (415) 500-6800 | Facsimile: (202) 282-5100 |
| Facsimile: (415) 395-9940 | |
| jsaveri@saverilawfirm.com | Jeff Wilkerson (SBN 284044) |
| cyoung@saverilawfirm.com | jwilkerson@winston.com |
| imoradi@saverilawfirm.com | 300 S. Tyron St., 16th Floor |
| | Charlotte, NC 28201 |
| Robert L. Lieff (SBN 37568) | Telephone: (704) 350-7714 |
| P.O. Box A | Facsimile: (704) 350-7800 |
| Rutherford, CA 94573 | |
| Telephone: (415) 250-4800 | *Attorneys for Defendants Bayer Corporation* |
| rlieff@lieff.com | *and Monsanto Company* |

*Attorneys for Plaintiffs*

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulated request and have authorized the filing of this stipulated request.

DATED: October 20, 2023

Respectfully submitted,

*/s/ John J. Rosenthal*

John J. Rosenthal

**IT IS SO ORDERED.**

Dated: November 6, 2023

~~THE HONORABLE OTIS D. WRIGHT, II MORE~~
~~UNITED STATES DISTRICT JUDGE~~

APPROVED

Judge Vince Chhabria