UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Dennis McNamara Jr. v. Monsanto Co.,*<br>*Case No. 3:21-cv-00963-VC* | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VII AND SUBSTITUTING PARTY PLAINTIFF**<br><br>Re: Dkt. No. 17432 |

The motion to move the above-captioned case from Wave VI to Wave VII is granted. No further such extensions will be granted.

In addition, Frederick Tujague, III shall be substituted as party plaintiff in the above-captioned case in place of Dennis McNamara Jr.

**IT IS SO ORDERED.**

Dated: November 6, 2023

VINCE CHHABRIA
United States District Judge