UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*See* Appendix 1 | **ORDER DISMISSING CASES WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 240** |

On October 2, 2023, the Court ordered certain plaintiffs to comply with Pretrial Order No. 240 within 21 days. *See* Dkt. No. 17336. PTO No. 240 requires every plaintiff in this MDL to participate in Special Master Ken Feinberg's settlement program. *See* Pretrial Order No. 240, Dkt. No. 13323.

Twenty-one days have elapsed, and the Special Master has informed the Court that the plaintiffs in the attached list have failed to comply with the Court's October 2 order. All cases listed in Appendix 1 are therefore dismissed with prejudice under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: November 6, 2023

VINCE CHHABRIA
United States District Judge

# Appendix 1

| | Law Firm | Plaintiff Last Name | Plaintiff First Name | Case No. |
|---|---|---|---|---|
| 1 | Antonio Le Mon, A.P.L.C. | Sheldon | Thomas | 3:21-cv-02545-VC |
| 2 | Keegan & Baker, LLP | Penny | Perry | 3:21-cv-07644-VC |
| 3 | Farzam Law Firm | Swanson | Naomi | 3:21-cv-08047-VC |
| 4 | The Ruth Law Team | DiToro | Charles | 3:23-cv-01960-VC |
| 5 | The Ruth Law Team | Locklair | Melody | 3:23-cv-00719-VC |
| 6 | The Ruth Law Team | Marchica | Frank | 3:23-cv-01271-VC |
| 7 | The Ruth Law Team | Plummer | Robert | 3:23-cv-01269-VC |
| 8 | The Ruth Law Team | Von Standen | Richard | 3:23-cv-01182-VC |
| 9 | The Ruth Law Team | Westbrook | Norton | 3:23-cv-02985-CV |
| 10 | Law Office of Paul Mankin, APC | Johnson | Charles | 3:22-cv-06598-VC |
| 11 | Saracino Morris Law Group PLLC | Geter | Franklin | 3:19-cv-08380-VC |
| 12 | Terrell Hogan & Yegelwel, P.A. | Smith | Roy | 3:19-cv-03597-VC |
| 13 | Points Law, PLLC | Adelson | Sally | 3:19-cv-00122-VC |
| 14 | Law Offices of Charles H. Johnson, PA | Bergeson | Carl | 3:22-cv-03826-VC |
| 15 | Kagan Legal Group | Camara | Victor | 3:19-cv-06965-VC |
| 16 | Nancy E.S. Calloway | Campbell | David | 3:21-cv-02911-VC |
| 17 | Diamond Law | DeMent | Scott | 3:19-cv-01182-VC |
| 18 | Law Offices of Paul A.Weykamp | Dickerson | Richard | 3:22-cv-00656-VC |
| 19 | Law Offices of Charles H. Johnson, PA | Dusenbury | Brian | 3:22-cv-05661-VC |
| 20 | Romanucci & Blandin, LLC | Francis | Edward | 3:21-cv-08445-VC |
| 21 | Farzam Law Firm | Galvan | Richard | 3:22-cv-01889-VC |
| 22 | Pettus / Farnsworth, LLC | Hensley | Norman | 3:22-cv-02298-VC |
| 23 | Fredric L. Sinder | Holten-Sinder | Paulyne | 3:22-cv-08893-VC |
| 24 | Singleton Schreiber, LLP | Jones-Basler | Caitlin | 3:19-cv-03536-VC |

| | | | | |
|---|---|---|---|---|
| 25 | | | | |
| 26 | Law Offices of Kenneth W. DeJean | LeBlanc, Jr. | Thomas | 3:22-cv-00455-VC |
| 27 | Law Offices of Charles H. Johnson, PA | Reed | Anne | 3:22-cv-03454-VC |
| 28 | Law Offices of Charles H. Johnson, PA | Salinas | Edward | 3:22-cv-05737-VC |
| 29 | Belluck & Fox, LLP | Sammons | Douglas | 3:23-cv-00050-VC |
| 30 | Corrie Yackulic Law Firm, PLLC | Stejskal | James | 3:19-cv-07524-VC |
| 31 | Corrie Yackulic Law Firm, PLLC | Stolz | Marcel | 3:19-cv-07402-VC |
| 32 | Christina Pendleton and Associates, P.C. | Sutliff | Timothy | 3:19-cv-02832-VC |
| 33 | Belluck & Fox, LLP | Tomion | Alan | 3:22-cv-00940-VC |
| 34 | The Smith Law Office, PLLC | Waldrop | Molly-Jack | 3:20-cv-08798-VC |
| 35 | Vanderpool Law Firm PC | Winer | Brady | 3:20-cv-04844-VC |
| 36 | Eaves Law Firm, LLC | Hambright | William | 3:19-cv-04714-VC |
| 37 | Houssiere, Durant & Houssiere, LLP | Howard | Christopher | 3:20-cv-02806-VC |
| 38 | Law Office of Paul Mankin, APC | Bernardo | Becky | 3:23-cv-01916-VC |
| 39 | Law Office of Paul Mankin, APC | Bosch | Jeannie | 3:23-cv-01917-VC |
| 40 | Law Office of Paul Mankin, APC | Smith | Richard | 3:23-cv-01919-VC |
| 41 | Law Office of Paul Mankin, APC | Vigilante | Robert | 3:23-cv-01920-VC |
| 42 | Law Offices of Charles H. Johnson, PA | Dawson | Jesse | 3:23-cv-01927-VC |
| 43 | Nass Cancelliere Brenner | Johnson | Melvin | 3:19-cv-01244-VC |
| 44 | Nass Cancelliere Brenner | Manuel | Leon | 3:19-cv-04125-VC |
| 45 | SMT Legal | Colburn | David | 3:23-cv-01959-VC |
| 46 | Law Office of Paul Mankin, APC | Adler | Marilyn | 3:23-cv-02166-VC |
| 47 | Law Office of Paul Mankin, APC | Call | Kathleen | 3:23-cv-02168-VC |
| 48 | Law Office of Paul Mankin, APC | Peabody | Susan | 3:23-cv-02037-VC |
| 49 | Law Office of Paul Mankin, APC | Weathersby | Erlinda | 3:23-cv-02171-VC |

| 50 | Gallagher & Pruett | Angleton-Johnson | Douglas | 3:16-md-02741-VC 3:23-cv-02571-VC |
|----|---|---|---|---|
| 51 | Kline & Specter, P.C. | Schank | Lorraine | 3:23-cv-02433-VC |
| 52 | Law Office of Paul Mankin, APC | Link | Kim | 3:23-cv-02570-VC |
| 53 | Milberg Coleman Bryson Phillips Grossman, PLLC | Kidwell | Rita | 3:23-cv-01573-CV |
| 54 | Ifediba Law Group, LLC | Shackleford | William | 3:23-cv-03607-VC |
| 55 | Ifediba Law Group, LLC | Wiedman | Thomas | 4:23-cv-03551-VC |