Aimee Wagstaff, Esq. (SBN 278480)
Kathryn Forgie, Esq. (SBN 110404)
Tara King, Esq. (Pro Hac Vice)
WAGSTAFF LAW FIRM
940 N. Lincoln St.
Denver, CO 80204
Phone: (303) 376-6360
Awagstaff@wagstafflawfirm.com
Kforgie@wagstafflawfirm.com
Tking@wagstafflawfirm.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:20-cv-03114-VC |
| This document relates to:<br><br>MICHAEL HOLLANDER<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, ET AL<br><br>Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs. Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282

(ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

Dated: November 6, 2023          **WAGSTAFF LAW FIRM**

By: /s/ *Aimee Wagstaff*
Aimee Wagstaff, Esq. (SBN 278480)
Kathryn Forgie, Esq. (SBN 110404)
Tara King, Esq. (Pro Hac Vice)
WAGSTAFF LAW FIRM
940 N. Lincoln St.
Denver, CO 80204
Phone: (303) 376-6360
Awagstaff@wagstafflawfirm.com
Kforgie@wagstafflawfirm.com
Tking@wagstafflawfirm.com

Ivan Golde
LAW OFFICES OF IVAN GOLDE
508 16th Street
Oakland, CA 94610

*Attorneys for Plaintiff*


By: /s/  *Anthony Martinez*
ANTHONY R. MARTINEZ
Shook, Hardy & Bacon, LLP
Missouri State Bar No. 61791
2555 Grand Blvd.
Kansas City, MO 64108
T: (816) 474-6550; F: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant Monsanto*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

         /s/ Aimee Wagstaff