**BAILLY & MCMILLAN, LLP**
John J. Bailly, Esq
(jbailly@bandmlaw.com)
Richard DePonto, Esq.
(rdeponto@bandmlaw.com)
707 Westchester Ave, Suite 405
White Plains, NY 10604
Tel: (914) 684-9100
Fax: (914) 684-9108

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) ) ) |
| This document relates to: | ) ) ) |
| *Marcus Fitz and Jeffrey Fitz v. Monsanto Co.,* Case No.:3:21-cv-03580-VC | ) ) ) |

     Plaintiffs, Marcus Fitz and Jeffrey Fitz, by their attorneys, Bailly and McMillan, LLP as and for their Response to Defendant's Demand for Expert Reports, hereby state and allege as follows:

     Annexed hereto please find the expert report of Charles Farber, MD as to specific causation.

     Plaintiffs reserve the right to supplement and/or amend this response at any time up to and including the time of trial.

1

Dated: White Plains, New York
October 27, 2023

Bailly  and  McMillan,  LLP

/s/ John Bailly
John Bailly, Esq.
Attorneys for Plaintiffs
707 Westchester Avenue
Suite 405
White Plains, NY 10604
(914)684-9100

**Charles M. Farber, M.D., Ph.D.**
**Carol G. Simon Cancer Center**
**100 Madison Avenue, 2nd Floor**
**Morristown, NJ  07960**

October 26, 2023

Richard DePonto, Esq.
Bailly & McMillan, LLP
707 Westchester Ave. Suite 405
White Plains, NY 10604

                              Re:    **Marcus Fitz**

Dear Mr. DePonto:

I have review the records that you have provided to me in the above captioned matter.

## I. QUALIFICATIONS

I received my undergraduate degree in Chemistry from the University of Rochester in 1980. I received a Masters degree in Pathology from New York University Graduate School of Arts and Sciences in 1983. I received a PhD degree in Pathology from New York University Graduate School of Arts and Sciences in 1986. I received my MD from New York University School of Medicine in 1986 and performed an internship and residency in Internal Medicine at Weill Cornell Medical Center (formerly known as The New York Hospital) from 1986-1988. I also completed a fellowship in Hematology-Oncology at Weill Cornell Medical Center from 1988-1992 and was the chief fellow from 1991-1992. I am Board Certified in Medical Oncology.

After completing my fellowship, I have held clinical and academic appointments in the field of Hematology-Oncology. I was a clinical assistant physician at Memorial Sloan Kettering Cancer Center in Manhattan, New York until 1995. I am an attending physician in the Hematology-Oncology Division at Morristown Medical Center in Morristown, New Jersey. I am also the Medical Director of the Cancer Research Network Development for Atlantic Health System in Northern New Jersey. In my busy clinical practice I consult and treat approximately 15 lymphoma patients per week. I currently hold academic appointments as a Clinical Assistant Professor of Medicine Rutgers University and at the Cancer Institute of New Jersey and Adjunct Associate Professor of Molecular Medicine at the Translational Genomics Research Institute. In my academic role I have had the opportunity to teach and lecture extensively to medical students, medical residents and fellows and the medical community, and to develop teaching curriculum related to lymphoma.

Marcus Fitz

I have authored numerous peer-reviewed publications on various topics related to lymphoma and lymphoid malignancies. I serve on the board of the Morristown Medical Center Cancer Committee and have served on the Board of Directors of the New Jersey Chapter of the Leukemia Lymphoma Society. I am currently a member of the American Society of Hematology, the American Society of Clinical Oncology and the Vice President of the Oncology Society of New Jersey. I am also licensed as a National Cancer Institute Investigator.

## II. BACKGROUND

I was retained in this case to assess and provide an opinion on whether Marcus Fitz's exposure to glyphosate-based formulations ("GBFs") was a substantial contributing factor to Marcus developing Non-Hodgkin's Lymphoma ("NHL"), specifically Burkitt's Lymphoma. In conducting an evaluation of Marcus' case for purposes of opining on specific-causation, I have had the opportunity to review his medical records including, but not limited to, medical history, family history, social history, laboratory studies, imaging studies, operative reports, pathology reports, the affidavit of Marcus' treating pediatric oncologist, Dr. Heather Grossman and other medical providers' assessments. I have also reviewed Marcus' and his father, Jeffrey's, deposition transcript.

Prior to reviewing the materials, I studied the substantial medical literature assessing the association between exposure to GBFs and NHL and formed an opinion on whether exposure to GBFs is generally capable of causing NHL; so called "general causation". I also will rely on the opinions of the Plaintiff's general causation experts for their evaluations of the available scientific data for the association between exposure to GBFs and the development of NHL. In reaching my opinions in the current matter, I employed the same scientific methodology and discipline of interpreting medical literature, evaluating a patient's past medical history - including a consideration other potential risk factors for NHL - that I have applied over the course of over 30 years of clinical practice. This report employs basic scientific principles from the fields of oncology and hematology - with a focus on NHL and its subtype of Burkitt's Lymphoma - and I reserve the right to contextualize my opinions by testifying to the basic science in these fields. I further reserve the right to revise, supplement, or amend this report in the event additional information is made available to me and to respond to the opinions and testimonies of Monsanto's experts.

## III. HISTORY OF PATIENT'S ILLNESS

In August of 2006, Marcus presented to his pediatrician with complaints of severe pain in his lower right flank. On August 15, 2006, Marcus underwent a CT of his chest, abdomen and pelvis which revealed enlarged precardial and epicardial lymph nodes suspicious of metastatic disease. The differential diagnosis at that time was Burkitt's Lymphoma and less likely rhabdomyosarcoma. A laparoscopic guided biopsy of the abdominal tumor was performed on August 16, 2006, which confirmed the diagnosis of Burkitt's Lymphoma. Marcus immediately underwent an intensive six (6) month in-patient treatment, which consisted of six (6), 21-day cycles of high dose chemotherapy, followed by court recovery. Marcus underwent 12 intrathecal administrations of chemotherapy with

2

Marcus Fitz

lumbar puncture, which required sedation. From August to December of 2006, Marcus underwent at least 12 CT scans, two (2) PET scans and frequent blood tests and transfusions, along with other tests and regular check-ups. Although there were periods between chemotherapy treatments when Marcus was allowed to go home, he was rushed back to the hospital on several occasions as he developed fevers and neutropenia, a potentially life-threatening condition. Marcus was discharged from his in-patient treatment in December of 2006 and went into remission in the winter of 2007.

**(a) PAST MEDICAL HISTORY**

No significant findings

**(b) PAST SURGICAL HISTORY**

None known.

**(c) ALLERGIES TO MEDICATIONS**

None known

**(d) FAMILY HISTORY**

No known family history of cancer, heart disease, congenital disorders, skin diseases, developmental issues,

**(e) SOCIAL HISTORY**

Marcus was five years old at the time of his diagnosis.

## IV. EXPOSURE HISTORY

Marcus' exposure resulted from him playing and otherwise being present in areas where Roundup has recently been applied by his father, Jeffrey Fitz, at their residence in Pound Ridge, New York. Jeffrey Fitz first began spraying Roundup at his residence in the spring/summer of 1999. He purchased the Roundup products from local hardware stores in the area. The Roundup came in a white bottle with a nozzle that detached for spraying. He believes it was the "ready to use" version of the Roundup spray.

From early spring through the fall, Jeffrey Fitz would walk his property 3-4x/week spraying Roundup because dandelions and crabgrass continued to grow on the property. He would spot spray in the yard, which was approximately 3/4 of an acre to an acre in size. He would spray the perimeter of his 300 foot driveway, including between the concrete

Marcus Fitz

and Belgian blocks of the walkway in front of his house. He would spot-spray his four flower beds which ranged in size from 8'x10', 30'x'30', 8'x50' and 3'x8'. The length of time he sprayed ranged from an average of 5-10 minutes to more than 30 minutes. He stopped using Roundup in the winter of 2006.

Prior to being diagnosed with Burkitt's Lymphoma, Marcus was an active child who would play outside in his yard anytime the weather was over 50 degrees. He would play with his family and friends. There was a play set and trampoline he used to play on in his backyard. He would play baseball and wiffle ball in his driveway and backyard. He liked to play tag and hide and seek and often wore shorts and short-sleeved shirts when the weather was warmer. There were occasions when he would play outside barefoot.

## V. GENERAL CHARACTERIZATION OF BURKITT LYMPHOMA

Burkitt lymphoma is a type of B-cell non-Hodgkin lymphoma. It's a rare but highly aggressive type of cancer that often starts in people's organs like their bellies (abdomen) or spleens. This condition typically affects children and, less frequently, younger adults. Burkitt affects 4 in 1 million children under the age of 16. It makes up about 1% to 2% of all adult lymphomas. Burkitt lymphoma accounts for more than 40% of all non-Hodgkin lymphoma in children. On average, children tend to develop this lymphoma type between ages 3 to 12. Burkitt lymphoma is most common in boys between ages 5 and 10. If left untreated, Burkitt lymphoma can be fatal.

Like other types of NHL, the exact cause of Burkitt lymphoma isn't known. Research has linked the condition to changes in the MYC gene and other genes they've found in the cancer cells. The MYC gene controls some aspects of cell growth. Researchers are still investigating what causes the genetic changes. Some viral infections may increase a child's risk of having Burkitt lymphoma. The viruses that are linked to Burkitt lymphoma include:

Epstein-Barr virus (EBV), the virus that causes mono (mononucleosis); and

HIV, the virus that causes AIDS.

## VI. ANALYSIS OF PATIENT'S RISK FOR DEVELOPING CLL/SLL

1. Marcus was not exposed to ionizing radiation;

2. Marcus is not known to have any infection known to be associated with increased risk for lymphoma;

3. Marcus does not have a family history of lymphoma or lymphoproliferative disorder;

4. Marcus does not have a history of known immunodeficiency;

4

5. Marcus does not have a history of any autoimmune disease that is associated with the development of lymphoma.

6. Marcus was 5 years old when she was diagnosed with Burkitt lymphoma.

7. Marcus was not diagnosed with Epstein-Barr virus or HIV;

8. Marcus was not diagnosed with any other viral infections that may increase his risk to develop Burkitt lymphoma;

9. Marcus had a significant exposure to Roundup. His exposure to Roundup was intensive (large quantities with less use of an effective barrier to prevent absorption/inhalation). Based on the available evidence (discussed below), exposure to GBFs is associated with an increased risk of developing non-Hodgkin lymphoma. It is my conclusion that Marcus' exposure to GBFs is not only sufficient, but exceeds the exposure that is reported to either cause or significantly increase one's risk of developing Non-Hodgkin lymphoma and that his exposure to GBFs is a substantial contributing factor in the development of his non-Hodgkin lymphoma.

## VII. DISCUSSION OF MARCUS' CAUSATION

In arriving at my conclusions regarding the causation of Marcus' NHL, I have utilized both my extensive personal knowledge and experience in teaching and writing about lymphoma, researching novel treatments for lymphoma and caring for patients diagnosed with lymphoma, but have also had the opportunity to review the substantial literature regarding the relationship between exposure to GBFs and non-Hodgkin lymphoma. In particular, I have evaluated (but not limited) my research to the following papers that address human epidemiologic associations: DeRoos (2003), Hardell (2002), Eriksson (2008), McDuffie (2001), Orsi (2009), the North American Pooled Project ("NAPP") (2019), De Roos (2005), Andreotti (2018), and Leon (2019). All of these studies, except the Agricultural Health Study ("AHS") (comprised of De Roos (2005) and Andreotti (2018)) consistently report an elevated increase in odds and risk ratios for exposure to GBFs and development of NHL and its subtypes, and when the data is combined in the most recent, comprehensive meta-analysis (Zhang, 2019), demonstrate a strong association between exposure to GBFs and the development of NHL. Indeed, the meta-analyses conducted to date consistently report an increased risk between exposure to GBFs and NHL (see Schinasi et al. (2014); IARC (2015); Chang & Delzell (2016); and Zhang et al. (2019).

The systematic evaluation of the data performed by the International Agency for Research on Cancer ("IARC") also supports the conclusion that GBFs probably cause NHL. However, it is important to note that following IARC's 2015 classification of glyphosate as a 2A probable human carcinogen, additional data - some negative but most positive - has emerged which confirms the link between exposure to GBFs and NHL

5

Marcus Fitz

(Zhang (2019); NAPP (2019). And, although the results of the AHS cohort are negative, the AHS data was included in the most recent Zhang (2019) meta-analysis which, nevertheless, characterized the association between GBFs and NHL as "compelling". I have additionally reviewed the literature on genotoxicity and oxidative stress associated with exposure to GBFs and found that this literature provides a biologically plausible basis for the findings in human epidemiologic studies, as also confirmed by the Zhang (2019) meta-analysis.

## VIII. CONCLUSIONS

Marcus has been exposed to GBFs in a manner and magnitude that fits within the published epidemiologic literature where causation and an association between NHL and GBFs has been demonstrated. In performing the differential diagnosis of causation of Marcus' NHL, I conclude to a reasonable degree of medical certainty that his exposure to GBFs is a substantial contributing factor to the development of his non-Hodgkin lymphoma.

Respectfully,

Charles M. Farber, MD, PhD

# CURRICULUM VITAE

## CHARLES M. FARBER

CITIZENSHIP:          U.S.

## EDUCATION

| | |
|---|---|
| B.A., University of Rochester, magna cum laude | 1980 |
| M.S., New York University Graduate School of Arts and Sciences | 1983 |
| M.D., New York University School of Medicine | 1986 |
| Ph.D., New York University Graduate School of Arts and Sciences | 1986 |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| Teaching Assistant, University of Rochester, Department of Chemistry | 1978-1980 |
| Clinical Associate in Medicine, Cornell University Medical College | 1987-1988 |
| Fellow in Medicine, Cornell University Medical College | 1988-1991 |
| Instructor in Medicine, Cornell University Medical College | 1991-1995 |
| Clinical Associate, Cancer Institute of New Jersey | 1996-Pres |
| Clinical Assistant Professor, Rutgers | 2000-Pres |

## PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| Medical Intern, The New York Hospital, New York, NY | 1986-1987 |
| Medical Resident, The New York Hospital, New York, NY | 1987-1988 |
| Hematology-Oncology Fellow, The New York Hospital, New York, NY | 1988-1991 |
| Chief Fellow, Hematology/Oncology Service, The New York Hospital, New York, NY | 1991-1992 |
| Assistant Attending Physician, The New York Hospital, New York, NY | 1991-1992 |
| Clinical Assistant Physician, Memorial Sloan Kettering Cancer Center, New York, NY | 1992-1995 |
| Attending Physician, Morristown Memorial Hospital, Morristown, NJ | 1995-Pres |
| Chief, Division of Hematology/Oncology, Morristown Memorial Hospital, Morristown, NJ | 2007-2011 |
| Medical Director, Cancer Research Network Development, Atlantic Health System, Morristown, NJ | 2018-Pres |

## COMMITTEES

| | |
|---|---|
| Morristown Memorial Hospital (MMH) Cancer Committee | 1995-2011 |
| MMH Institutional Review Board | 1996-2002 |

cv-Charles M. Farber-December 2018

| | |
|---|---|
| MMH Dept. of Medicine Organizational CME Committee | 1997-2006 |
| MMH Chairman, Special Oncology Programs | 1997-2006 |
| MMC Cancer Subcommittee Chair, Hematologic Malignancy Panel | 1998-2018 |
| Impath Physicians Network Research Advisory Board | 1998-2000 |
| Cure for Lymphoma Foundation New Jersey Medical Affiliates Board | 2001-2003 |
| "Best of ASCO 2003" Program Planning Committee NJ State Representative | 2003 |
| Scientific Advisory Board National LymphoCare Study | 2003-2015 |
| MMC Vice Chairman, CME Committee | 2006-Pres |
| Secretary/Treasurer, Oncology Society of New Jersey | 2009-Pres |
| Hematology Committee, US Oncology Research 2009-2014 | |
| Scientific Advisory Board for CONNECT CLL Disease Registry | 2009-2017 |
| MMC Cancer Subcommittee Co-Chair, Adolescent & Young Adult Panel | 2012-Pres |
| Transfusion Committee Chairperson, Morristown Medical Center | 2015-Pres |

PROFESSIONAL ORGANIZATIONS

American College of Physicians
American Society of Hematology
American Society of Clinical Oncology
New Jersey Oncology Society
Morris County Medical Society

LICENSE/CERTIFICATION/REGISTRATION

New York State Medical License #170644, inactive
New Jersey State Medical License #61750
Diplomate, National Board of Medical Examiners 07/1987
Diplomate, American Board of Internal Medicine 09/1990, re-certified 11/2000
Diplomate, American Board of Internal Medicine, Medical Oncology Subspecialty 10/1991,
        re-certified 11/2000, re-certified 11/2017
Diplomate, American Board of Internal Medicine, Hematology Subspecialty 11/1996
Diplomate, National Board of Physicians and Surgeons, Internal Medicine, Hematology and
        Medical Oncology, 04/30/20
National Cancer Institute Investigator #24257

HONORS

| | |
|---|---|
| Departmental Honors (Chemistry)-High Distinction | 1980 |
| Merck Index Award | 1980 |
| Phi Beta Kappa | 1980 |
| Medical Scientist Training Program | 1980-1986 |
| Cancer Research Institute Fellowship | 1988-1989 |
| Susan Johnson Murphy Fellowship | 1991-1992 |
| Lymphoma Research Foundation of America Fellowship | 1993-1994 |
| The Best Doctors in America selected by Woodward/White Inc. | 1998 |

2

cv-Charles M. Farber-December 2018

<u>HONORS (con't)</u>

| | |
|---|---|
| New Jersey Monthly Magazine November 1998 Top Docs in Medical Oncology and Hematology Subspecialty | 1998 |
| Marquis Who's Who in Medicine and Healthcare Millennium Edition | 1999 |
| How to Find the Best Doctors: New York Metropolitan Area 4th Edition | 2000 |
| Strathmore's Who's Who in Medicine and Healthcare 3rd Edition | 2000 |
| How to Find the Best Doctors: New York Metropolitan Area 5th Edition | 2001 |
| Life Member #182208 National Registry of Who's Who 2002 Edition | 2001 |
| How to Find the Best Doctors: New York Metropolitan Area 6th Edition | 2002 |
| Best Doctors in America | 2002 |
| BetterLiving Magazine Best Doctors Northwest Jersey Edition | 2003 |
| How to Find the Best Doctors: New York Metropolitan Area 7th Edition | 2003 |
| Consumers' Research Council of America Guide to America's Top Physicians | 2003 |
| Best Doctors in America | 2003 |
| Top Doctors: New York Metro Area 8th Edition | 2004 |
| Best Doctors in America | 2005 |
| Top Doctors: New York Metro Area 9th Edition | 2005 |
| Consumers' Research Council of America Guide to America's Top Physicians | 2006 |
| Top Doctors: New York Metro Area 10th Edition | 2006 |
| Best Doctors in America | 2007-2008 |
| Top Doctors: New York Metro Area 11th Edition | 2007 |
| Consumers' Research Council of America Guide to America's Top Oncologists, First Ed. | 2007 |
| Top Doctors: New York Metro Area 12th Edition | 2008 |
| Patients' Choice Award | 2008-2009 |
| Top Doctors: New York Metro Area 13th Edition | 2009 |
| Best Doctors in America | 2009 |
| Inside NJ Living, Best Doctors | 2009 |
| NJ.com Top Doctors 2009 | 2009 |
| Inside NJ-Top Doctors for Women's Health | 2010 |
| Patients' Choice Award | 2010 |
| Inside Jersey Magazine's Top Doctors | 2010 |
| New York Metro Area Top Doctor 10th Anniversary | 2010 |
| Top Doctors: New York Metro Area 14th Edition | 2010 |
| National Consumers Survey-Most Recommended Physicians | 2011 |
| Compassionate Doctor | 2011 |
| Patients' Choice Award | 2011 |
| Top Doctors: New York Metro Area 15th Edition | 2011 |
| Best Doctors in America | 2011-2012 |
| Castle Connolly Top Doctor | 2012 |
| Inside Jersey Top Doctors | 2012 |
| Inside Jersey Top Doctors for Cancer | 2012 |
| Castle Connolly Top Doctor | 2013 |

3

cv-Charles M. Farber-December 2018

HONORS (con't)

Top Doctors: New York Metro Area 16th Edition                    2013

PRINCIPAL INVESTIGATORSHIPS

"The mechanism of the triggering of the respiratory burst in human neutrophils
by adherence and cytokines." Sponsor: Cancer Research Institute ($25,500)     1988-1989

"A phase III trial of recombinant human interferon gamma in the treatment of
patients with chronic granulomatous disease." Sponsor: Genentech ($15,000)    1988-1989

"Safety and efficacy of recombinant human granulocyte-colony stimulating
factor (G-CSF) in the amelioration of neutrophil function in burn injury."
Sponsor: Amgen (~$275,000)                                                    1990-1992

"Elevated ascorbic acid concentrations and the hydrogen peroxide-mediated
killing of lymphocytes from lymphoid neoplasms" Sponsor: LRFA ($10,000)       1993-1994

"HD-4: A phase II trial of Taxol for patients with recurrent or resistant
Hodgkin's disease." Sponsor: Bristol-Myers ($15,000)                          1993-1994

SYMPOSIUM ORGANIZATION/MODERATION

"Breast Cancer-Biology and Management" Morristown Memorial Hospital-Sponsor: Bristol-
Myer Squibb ($25,000)                                                  September 1997

 "Lymphoid Malignancies in the Next Millenium: an Educational Forum" Morristown Memorial
Hospital-Sponsor: Bristol-Myer Squibb ($20,000)                        September 1998

"Advances and Challenges in Thoracic Oncology" Morristown Memorial Hospital-Sponsor:
Bristol-Myer Squibb ($30,000)                                          September 1999

"Gastrointestinal Malignancies: an Educational Forum" Morristown Memorial Hospital-Sponsor:
Bristol-Myer Squibb ($20,000)                                          September 2000

"Breast Cancer-New Developments in the Biology, Diagnosis and Treatment" Morristown
Memorial Hospital-Sponsor: Bristol-Myer Squibb ($35,000)                      March 2002

"Lymphoma Treatment Today and Tomorrow" Short Hills Hilton-Sponsors: Lymphoma
Research Foundation and Genentech ($35,000)                            September 2003

"Women's Cancer Symposium" Morristown Memorial Hospital-Sponsor: Bristol-Myer Squibb
(~$20,000)                                                               October 2003

cv-Charles M. Farber-December 2018

SYMPOSIUM ORGANIZATION/MODERATION (cont)

"Post-American Society of Hematology National Meeting 2004 Review" Short Hills Hilton-Sponsor: Genentech & IDEC ($35,000)                                    January 2005

"Post-American Society of Hematology National Meeting 2005 Review" Short Hills Hilton-Sponsors: Genentech, BiogenIDEC and Novartis (~$35,000)                  January 2006

"Post-American Society of Hematology National Meeting 2006 Review" Morristown Memorial Hospital-Sponsors: Genentech/BiogenIDEC and Novartis (~$30,000)          January 2007

"Post-American Society of Hematology National Meeting 2007 Review" Morristown Memorial Hospital-Sponsors: Genentech/BiogenIDEC, Bristol-Myer Squibb and Novartis (~$30,000)
                                                                             January 2008

"Post-American Society of Hematology National Meeting 2008 Review" Morristown Memorial Hospital-Sponsors: Genentech/BiogenIDEC, Novartis, Bristol-Myer Squibb and Celgene (~$30,000)                                                        January 2009

JOURNAL REVIEWER
Cancer
Cancer Research
Journal of the American Nutraceutical Association
New England Journal of Medicine
National Cancer Institute, Clinical Trial Directory

SPEAKER'S BUREAU
Genentech, Inc.-NHL & CLL/Gazyva™ & Venclexta™
Gilead Sciences, Inc.-Zydelig™
Pharmacyclics-Imbruvica™
Seattle Genetics-Hodgkin's Lymphoma & sALCL (Unbranded)

NATIONAL PRESENTATIONS
"B-lymphocyte toxicity is potentiated by calcium and prevented by non-steroidal anti-inflam-matory agents (NSAIA)." American Society for Clinical Investigation meeting, Washington, D.C., May 6, 1984.

"Stimulus-induced myristoylation of proteins in human neutrophils."  American Society for Clinical Investigation meeting, Washington, D.C., May 6, 1990.

"High Grade/Intermediate/Aggressive NHL." Cure for Lymphoma Foundation Living Well With Lymphoma Family Forum, Secaucus, NJ, September 8, 2001.

cv-Charles M. Farber-December 2018

PUBLICATIONS

1. Stahl, R.L., L.F. Liebes, C.M. Farber, and R. Silber. 1983.  A spectrophotometric assay for dehydroascorbate reductase. *Anal Biochem* 131:341.

2. Farber, C.M., S. Kanengiser, R. Stahl, L. Liebes, and R. Silber. 1983.  A specific high-performance liquid chromatography assay for dehydroascorbic acid shows an increased content in CLL lymphocytes. *Anal Biochem* 134:355.

3. Farber, C.M., L.F. Liebes, D.N. Kanganis, and R. Silber. 1984.  Human B lymphocytes show greater susceptibility to hydrogen peroxide toxicity than T lymphocytes. *J Immunol* 132:2543.

4. Silber, R., R.L. Stahl, C.M. Farber, D. Kanganis, A. Astrow, and L.F. Liebes. 1984.  Chronic lymphocytic leukemia lymphocytes: membrane anomalies and hydrogen peroxide vulnerability. *Blood Cells* 10:233.

5. Stahl, R.L., C.M. Farber, L.F. Liebes, and R. Silber. 1985.  Relationship of dehydroascorbic acid transport to cell lineage in lymphocytes from normal subjects and patients with chronic lymphocytic leukemia. *Cancer Res* 45:6506.

6. Farber, C.M. 1986.  Antioxidants and the characterization of the mechanism of hydrogen peroxide toxicity to human B-lymphocytes. Doctoral Dissertation, New York University.

7. Farber, C.M., D.N. Kanganis, L.F. Liebes, and R. Silber. 1989.  Antioxidant enzymes in lymphocytes from normal subjects and patients with chronic lymphocytic leukemia: increased glutathione peroxidase activity in CLL B lymphocytes. *Brit J Haem* 72:32.

8. Nathan, C., S. Srimal, C. Farber, E. Sanchez, L. Kabbash, A. Asch, J. Gailit, and S.D. Wright. 1989.  Cytokine-induced respiratory burst of human neutrophils: dependence on interaction of CD11/CD18 integrins with extracellular matrix proteins. *J Cell Biol* 109:1341.

9. The International Chronic Granulomatous Disease Cooperative Study Group (40 authors including C. Farber). 1991.  A phase III study establishing the efficacy of recombinant human interferon gamma for infection prophylaxis in chronic granulomatous disease. *N Engl J Med* 324:509.

10. Silber, R., C.M. Farber, E. Papadopoulos, D. Nevrla, L. Liebes, M. Bruck, R. Brown, and Z. Canellakis. 1992.  Glutathione depletion in chronic lymphocytic leukemia B lymphocytes. *Blood* 80:2038.

11. Vera, J.C., C.I. Rivas, R.H. Zhang, C.M. Farber, and D.W. Golde. 1994.  Human HL-60 myeloid leukemia cells transport dehydroascorbic acid via the glucose transporters and accumulate reduced ascorbic acid. *Blood* 84:1628.

cv-Charles M. Farber-December 2018

PUBLICATIONS (cont)

12. Younes A, F. Cabanillas, P.W. McLaughlin, F.B. Hagemeister, C. Farber, A. Sarris, O. Pate, J. Myers, and C. Portlock. 1996. Preliminary experience with paclitaxel for the treatment of relapsed and refractory Hodgkin's disease. *Ann Oncol* 7:1083.

13. Guaiquil, V., C.M. Farber, D.W. Golde, and J.C. Vera. 1997. Efficient transport and accumulation of vitamin C in HL-60 cells depleted of glutathione. *J Biol Chem* 272:9915.

14. Colodny, L., K. Lynch, C. Farber, S. Papish, K. Phillips, M. Sanchez, K. Cooper, O. Pickus, D. Palmer, T. B. Percy, M. Farooqui, and J.B. Block. 2000. Results of a study to evaluate the use of Propax$^{TM}$ to reduce adverse effects of chemotherapy. *JANA* 3;2:17.

15. Pan, D., J. Qin, C. Farber, J. O'Brien, D. Filippa, and C. Portlock. 2003. CHOP with high dose cyclophosphamide consolidation versus CHOP alone as initial therapy for advanced stage, indolent non-Hodgkin's lymphomas. *Leuk Lymphoma* 44:967.

16. Friedberg, J.W., M.D. Taylor, J.R. Cerhan, C.R. Flowers, H. Dillon, C.M. Farber, E.S. Rogers, J.D. Hainsworth, E.K. Wong, J.M. Vose, A.D. Zelenetz, and B.K. Link. 2008. Follicular Lymphoma in the United States: First Report of the National LymphoCare Study. *J Clin Oncol* 27:1202.

17. Berenson, J.R., O. Yellin, J. Crowley, A. Makary, D.S. Gravenor, H.H. Yang, G.H. Upadhyaya, I.W. Flinn, H. Staszewski, N.M. Tiffany, S. Sanani, C.M. Farber et. al. 2011. Prognostic factors and jaw and renal among multiple myeloma patients treated with zoledronic acid. *American Journal of Hematology* 86:25.

18. Farber, C. and R. Axelrod. 2010. The value of rituximab for the treatment of hematologic malignancies. *Am J Pharm Benefits. 2010;2(6):360-370.*

19. Charles M. Farber, MD, PhD; and Randy C. Axelrod, MD. 2011.The Clinical and Economic Value of Rituximab for the Treatment of Hematologic Malignancies. *Contemporary Oncology* 3:2-17.

20. Farber, C. M. 2011. Assessing outcomes in clinical trials for myeloma: an oncologist's perspective. Editorial in *Value-Based Care in Multiple Myeloma.*

21. Farber, C. M. 2012. Treatment options in the non-transplant setting: one size doesn't fit all. Editorial in *Value-Based Care in Multiple Myeloma.*

cv-Charles M. Farber-December 2018

<u>PUBLICATIONS</u> (cont)

22. George O. Negrea, Rebecca Elstrom, Steven L. Allen, Kanti R. Rai, Rashid M. Abbasi, Charles M. Farber, Nick Teoh, Heather Horne, William A. Wegener, and David M. Goldenberg 2010. Subcutaneous injections of low-dose veltuzumab (humanized anti-CD20 antibody) are safe and active in patients with indolent non-Hodgkin's lymphoma. *Haematologica* 96:567.

23. Eradat, H.A., S.E. Coutre, J.C. Barrientos, K.R. Rai, C.M. Farber, et. al. 2013. A phase III, randomized, double-blind, placebo-controlled study evaluating the efficacy and safety of idelalisib (GS-1101) in combination with bendamustine and rituximab for previously treated chronic lymphocytic leukemia (CLL). *J Clin Oncol* Jan. 2013.

24. Pashos, C.L., C.R. Flowers, N.E. Kay, M. Weiss, N. Lamanna, C. Farber, et. al. 2013. Association of health-related quality of life with gender in patients with B-cell chronic lymphocytic leukemia. *Sup Care in Cancer* 21:2853.

25. Drach, J., H. Huang, O.S. Samoilova, A. Belch, C.M. Farber, et. al. 2014. Efficacy and Safety of Frontline Bortezomib, Rituximab, Cyclophosphamide, Doxorubicin, and Prednisone (VR-CAP) Vs R-CHOP in a Subset of Newly Diagnosed Mantle Cell Lymphoma (MCL) Patients (Pts) Medically Eligible for Transplantation in the Randomized Phase 3 LYM-3002 Study. *Blood* 124:3064.

26. Casulo, C., M. Byrtek, K.L. Dawson, X. Zhou, C.M. Farber, et. al. 2015. Early Relapse of Follicular Lymphoma After Rituximab Plus Cyclophosphamide, Doxorubicin, Vincristine, and Prednisone Defines Patients at High Risk for Death: An Analysis From the National LymphoCare Study. *J Clin Oncol* 33:2516.

27. Casulo, C., B. Day, K.L. Dawson, X. Zhou, C.R. Flowers, C.M. Farber, et. al. 2015. Disease characteristics, treatment patterns, and outcomes of follicular lymphoma in patients 40 years of age and younger: An analysis from the National Lymphocare Study. Annals of Oncology. 26:.

28. Mato, A. C., Nabhan, N.E. Kay, M.A. Weiss, N. Lamanna, T.J. Kipps, D.L. Grinblatt, I.W. Flinn, M.F. Kozloff, C.R. Flowers, C.M. Farber, et. al. 2016. Real-world clinical experience in the Connect ® chronic lymphocytic leukaemia registry: a prospective cohort study of 1494 patients across 199 US centres. *British Journal of Haematology* 175:892 https://doi.org/10.1111/bjh.14332.

29. Sharman, J.P., C.M. Farber, et. al. 2016. Ublituximab (TG-1101), a Novel Glycoengineered Anti-CD20 Antibody, in Combination with Ibrutinib is Safe and Highly Active in Patients with Relapsed and/or Refractory Chronic Lymphocytic Leukaemia: Results of a Phase 2 Trial. *British Journal of Haematology* 176:412.

cv-Charles M. Farber-December 2018

<u>PUBLICATIONS</u> (cont)

30. Sawas, A., C.M. Farber, et. al. 2017. A phase 1/2 trial of ublituximab a novel anti-CD20 monoclonal antibody, in patients with B-cell non-Hodgkin lymphoma or chronic lymphocytic leukaemia previously exposed to rituximab. *British Journal of Haematology* 177:243.

31. Feldman, T. , C.M. Farber, K. Choi, C. Faria, A. Goy, J. Connors, D. Paramanathan, S. Kaur, E. Schultz, M. McGuire M[4], Goldberg SL[5]. Treatment of Peripheral T-Cell Lymphoma in Community Settings. *Clin Lymphoma Myeloma Leuk.* 17:354.

32. Ahn, I.E., C.M. Farber, et. al. 2017. Early progression of disease as a predictor of survival in chronic lymphocytic leukemia. *Blood Advances* 1:2433.

33. Mato, A., N.E. Kay, N. Lamanna, T.J. Kipps, D.L. Grinblatt, C.R. Flowers, C.M. Farber, et. al. 2017. Prognostic Testing Patterns and Outcomes of Chronic Lymphocytic Leukemia Patients Stratified by Fluorescence in Situ Hybridization/Cytogenetics: A Real-World Clinical Experience in the Connect CLL Registry. *Clin Lymphoma Myeloma Leuk.* S2152-2650:31539-2 https://doi.org/10.1016/j.clml.2017.11.010

34. Drach**, J.,** H. Huang**,** O. Samoilova**,** A. Belch, C**.** Farber, et. al. 2018. Efficacy and safety of frontline rituximab, cyclophosphamide, doxorubicin and prednisone plus bortezomib (VR-CAP) or vincristine (R-CHOP) in a subset of newly diagnosed mantle cell lymphoma patients medically eligible for transplantation in the randomized, phase 3 LYM-3002 study. *Leuk Lymphoma.* https://doi.org/10.1080/10428194.2017.1365855

35. Flowers, C.R., C. Nabhan, N.E. Kay, A. Mato, N. Lamanna, C. M. Farber, et. al. 2018. Reasons for initiation of treatment and predictors of response for patients with Rai stage 0/1 chronic lymphocytic leukemia (CLL) receiving first-line therapy: an analysis of the Connect[®] CLL cohort study. *Leuk Lymphoma.* https://doi.org/10.1080/10428194.2018.1427860

cv-Charles M. Farber-December 2018

ABSTRACTS

1. Farber, C., M. Levin, L. Morgano, L. Liebes, M. Potmesil, and R. Silber. 1981. Detection of DNA damage in normal and chronic lymphocytic leukemia (CLL) lymphocytes using DNA alkaline elution. *Blood* 58:129a.

2. Levin, M., H. Batt, T. Forlenza, C. Farber, A. Penziner, M. Potmesil, and R. Silber. 1982. Damage and repair of chronic lymphocytic leukemia (CLL) lymphocyte DNA following exposure to radiation and/or chlorambucil. *Blood* 60:156a.

3. Farber, C.M., D. Kanganis, L.F. Liebes, and R. Silber. 1983. Susceptibility of B-lymphocytes to hydrogen peroxide damage: protective effects of cyclooxygenase inhibitors. *Blood* 62:94a.

4. Farber, C.M., D. Kanganis, L.F. Liebes, and R. Silber. 1984. B-lymphocyte toxicity is potentiated by calcium and prevented by non-steroidal anti-inflammatory agents (NSAIA). *Clin Res* 32:495b.

5. Stahl, R.L., L. Liebes, C.M. Farber, D. Kanganis, and R. Silber. 1984. Glutathione (GSH) as a regulator of lymphocyte ascorbic acid (AA) content. *Blood* 64:81a.

6. Papadopoulos, E., D. Kanganis, B. Bank, C. Farber, K. Abrams, and R. Silber. 1987. Interaction of glutathione (GSH) and chlorambucil (CLB) in chronic lymphocytic leukemia (CLL) lymphocytes. *Blood* 70:236a.

7. Nathan,C., S. Srimal, C. Farber, E. Sanchez, A. Asch, J. Gailit, and S. Wright. 1989. Binding of CD11/CD18 integrin to matrix proteins capacitates neutrophils to mount a respiratory burst to cytokines. *Clin Res* 37:603a.

8. Farber, C.M., S. Srimal, and C.F. Nathan. 1990. Stimulus-induced myristoylation of proteins in human neutrophils. *Clin Res* 38:434a.

9. O'Brien, J.P., P. O'Keefe, A. Alvarez, N. Roistacher, C. Farber, K. Offit, D. Filippa, R. Castellino, D. Straus, J. Yahalom, A.D. Zelenetz, J. Bertino, and C. Portlock. 1994. The NHL-15 protocol for diffuse aggressive lymphomas: two year median follow-up on the first 100 patients. *Am Soc Clin Oncol*. 14:a.

10. Pan, D., J. Qin, C. Farber, A.D. Zelenetz, J.P. O'Brien, and C.S. Portlock. 2001. Intensification with high dose cyclophosphamide following CHOP offers no significant benefit compared to CHOP alone as initial therapy for indolent non-Hodgkin's lymphomas. *Am Soc Clin Oncol*. 21:a.

11. Link, B.K., J.R. Cerhan, H. Dillon, C.M. Farber et al. 2005. Prospective validation of the FLIPI: Baseline distribution and correlates in newly diagnosed follicular lymphoma (FL) patients from the US: First report of the National LymphoCare Study. *Blood* 106:1000a.

cv-Charles M. Farber-December 2018

ABSTRACTS (cont)

12. Friedberg, J.W., J. Huang, H. Dillon, C.M. Farber et al. 2006. Initial therapeutic strategy in follicular lymphoma (FL): An analysis from the National Lymphocare Study (NLCS). *J Clin Oncol*. 24:7527:a.

13. Berenson, J.R., O. Yellin, J. Crowley, A Makary, D.S. Gravenor, H.H. Yang, G. H. Upadhyaya, I.W. Flinn, H. Staszewski, N. M. Tiffany, S. Sanani, C.M. Farber et al. 2009. Overall survival among patients with multiple myeloma (MM) treated with zoledronic Acid (ZOL). *ASCO National Meeting May 2009.*

14. Rai, K.R., R. Elstrom, O.G. Negrea, C.M. Farber, et al. 2009. Subcutaneous (SC) administration of low-dose humanized anti-CD20 monoclonal antibody (MAb), veltuzumab, in indolent non-Hodgkin's lymphoma (NHL) or chronic lymphocytic leukemia (CLL): initial results of a phase I/II study. *ASCO National Meeting May 2009.*

15. Saleh, M.N., H. Liebman, Z.P. Bernstein, O.G. Negrea, J.B. Bussel, A.C. Onyegbula, C.M. Farber, et al. 2009. Subcutaneous injections of low-dose anti-CD20 veltuzumab for treatment of relapsed immune thrombocytopenia (ITP) *Blood* 1322a Poster Board I-344.

16. Negrea, O.G., S.L. Allen, K.R. Rai, R. Elstrom, R. Abassi, C.M. Farber, et. al. 2009. Subcutaneous Injections of Low Doses of Humanized Anti-CD20 Veltuzumab for Treatment of Indolent B-Cell Malignancies *Blood* 3757a Poster Board III-693.

17. Mahadevan, D., M. Lanasa, C. Farber, et al. 2010. A phase I/II study targeting the immunosuppressive molecule CD200 in B-cell chronic lymphocytic leukemia (CLL) using the humanized antibody samalizumab. *8th International Symposium on Targeted Anticancer Therapies* Abstract 55, poster presented 5/3/2010.

18. Heffner, L.T., M.C. Lanasa, C.M. Farber, et al. 2010. A phase I/II study of a humanized anti-CD200 antibody (Samalizumab; ALXN6000) in patients (pts) with relapsing or refractory B-cell chronic lymphocytic leukemia (CLL). *ASCO National Meeting May 2010.*

19. Mahadevan, D., M. Lanasa, C. Farber, et al. 2010. A phase I/II study targeting the immunosuppressive molecule CD200 in B-cell chronic lymphocytic leukemia (CLL) using the humanized antibody samalizumab. *8th International Symposium on Targeted Anticancer Therapies ASCO National Meeting May 2010. Abstract 55.*

20. Negrea, G.O. R. Elstrom, S.L. Allen, K.R. Rai, R.M. Abbasi, C.M. Farber, et al. 2010. Subcutaneous injections of low-dose veltuzumab (humanized anti-CD20 antibody) are safe and active in patients with indolent non-Hodgkin's lymphoma. *ASH December 2010.*

cv-Charles M. Farber-December 2018

ABSTRACTS (cont)

21. Mahadevan, D., M. Lanasa, C. Farber, et al. 2010. Targeted Anticancer Therapies A Phase I/II Study Targeting the Immunosuppressive Molecule CD200 in B-Cell Chronic Lymphocytic Leukemia (CLL) using the Humanized Antibody Samalizumab. *ASH December 2010.*

22. Kipps, T.J., S. Lerner, C.R. Flowers, N. Kay, M. Weiss, D. Grinblatt, I.W. Flinn, N. Lamanna, C. Farber, et al. 2011. Insights Into the Management of CLL: Introduction to the Chronic Lymphocytic Leukemia Disease Registry (Connect CLL). *IWCLL 2011.*

23. Rafiyath, S.M., C.M. Farber, et. al. 2011. Retrospective review of modified-R-CHOP (MRCHOP), substituting liposome-encapsulated doxorubicin (LED) for doxorubicin in high-risk patients with aggressive B-cell lymphoma. *Journal of Clinical Oncology* 29 e18527.

24. Sharman, J., C.R. Flowers, M. Weiss, D. Grinblatt, C. Farber, et al. 2011. Patterns of Care for Patients with Chronic Lymphocytic Leukemia (CLL): The Connect® CLL Disease Registry. *ASH 2011 2864.*

25. Pashos, C.L., C.R. Flowers, M. Weiss, Nicole Lamanna, MD[4], C.M. Farber, et. al. 2011. Variation in Health-Related Quality of Life by Age Among Patients with Chronic Lymphocytic Leukemia. *ASH 2011 2085.*

26. Liebman, H.A., M.N. Saleh, J.B. Bussel, Z.P. Bernstein, O.G. Negrea, A.C. Onyegbula, C.M. Farber, et. al. 2011. Phase I/II Study of Subcutaneous Injections of Low-Dose Anti-CD20 Veltuzumab in Relapsed Immune Thrombocytopenia. *ASH 2011 3302.*

27. Flowers, C.R., C.L. Pashos, M. Weiss, N. Lamanna, C. Farber, et. al. 2012. Variation in Health-related quality of life (HRQOL) by ECOG Performance Status (PS) and Fatigue among Patients with Chronic Lymphocytic Leukemia (CLL). *ASCO 2012.*

28. Flowers, C.R., M. Weiss, N. Lamanna, C.M. Farber, et. al. Variation in Health-Related Quality of Life by Age Among Patients with Chronic Lymphocytic Leukemia. *ASCO 2012.*

29. Pashos, C.L., C.R. Flowers, M. Weiss, C.M. Farber, et. al. 2012. PCN103 Variation in health-related quality of life by age among patients with chronic lymphocytic leukemia. *Value in Health* 15:A226.

30. Pashos, C.L., C.R. Flowers, M. Weiss, N. Lamanna, C. Farber, et. al. 2012. Association of Health-related Quality of Life With Gender of Patients With Chronic Lymphocytic Leukemia. *MASCC/ISOO 2012.*

31. Flowers, C.R., C.L. Pashos, M. Weiss, N. Lamanna, C. Farber, et. al. 2013. Variation in health-related quality of life (HRQOL) by ECOG performance status (PS) and fatigue among patients with chronic lymphocytic leukemia (CLL). *ASCO 2013.*

cv-Charles M. Farber-December 2018

ABSTRACTS (cont)

32. Flowers, C.R., C.M. Farber, et. al. 2013. Variation in health-related quality of life (HRQOL) no by line of therapy, age and gender among patients with chronic lymphocytic leukemia.

33. Casulo, C., M. Byrtek, K.L. Dawson, X. Zhou, C. Farber, et. al. 2013. Early Relapse of Follicular Lymphoma (FL) after RCHOP Uniquely Defines Patients at High Risk for Death: An analysis from the National Lymphocare Study. *Lugano 2013.*

34. Pashos, C.L., C.M. Farber, et. al. 2013. Variation in fatigue impact by line of therapy, age and gender among patients with chronic lymphocytic leukemia. *ICML 2013.*

35. Flowers, C., C.M. Farber, et. al. 2013. Variation in health-related quality of life (HRQOL) by line of therapy, age, and gender among patients with chronic lymphocytic leukemia. *ASCO 2013 7086.*

36. Eradat, H.A., S.E. Coutre, J.C. Barrientos, K.R. Rai, C.M. Farber, et. al. 2013. A phase III, randomized, double-blind, placebo-controlled study evaluating the efficacy and safety of idelalisib (GS-1101) in combination with bendamustine and rituximab for previously treated chronic lymphocytic leukemia (CLL). *ASCO 2013 TPS7133.*

37. Deng, C., J.E. Amengual, M.T. Schreeder, C.M. Farber, et. al. 2013. A pjhase I dose escalation trial of ublituximab, a novel anti-CD20 monoclonal antibody (mAb) for rituximab relapsed and/or refractory B-cell lymphoma patients. *ASCO National Meeting* Abstract 8575.

38. O'Connor, O.W. et. al. including last author C.M. Farber. 2014. A phase I trial of ublituximab, a novel anti-CD20 monoclonal antibody (mAb) in B-cell lymphoma patients with prior exposure to rituximab. *ASCO National Meeting* Abstract 8524.
ABSTRACTS (cont)

39. O'Connor, O.W. et. al. including last author C.M. Farber. 2014. Ublituximab (TG-1101), a novel anti-CD20 monoclonal antibody for rituximab relapsed/refractory B-cell malignancies. *European Hematology Association 19th Congress* presentation.

40. Sharman, J.P., C.M. Farber, et. al. 2014. Ublituximab (TG-1101), a novel glycoengineered anti-CD20 monoclonal antibody, in combination with ibrutinib in patients with CLL and MCL; results of an ongoing phase II trial. *European Hematology Association 19th Congress* presentation.

cv-Charles M. Farber-December 2018

ABSTRACTS (cont)

41. Sharman, J.P., C.M. Farber, et. al. 2014. Ublituximab (TG-1101), a novel glycoengineered anti-CD20 monoclonal antibody, in combination with ibrutinib is highly active in patients with relapsed and/or refractory CLL and MCL; Results of a phase II trial. *Proceedings ASH National Meeting* 2014, Abstract 4679.

42. Sharman, J., C.M. Farber, et. al. 2015. Ublituximab (TG-1101), a novel glycoengineered anti-CD20 mAb, in combination with ibrutinib achieves 95% ORR in patients with high-risk relapsed/refractory CLL. *International Congress on Malignant Lymphoma (ICML)* Abstract 105.

43. Egyed, M., A. Szoke, A. Suvorov, A. Perkins, J. Mayer, P. Ganly, E. Jourdan, H.C. Schouten, P. Tosi, C.M. Farber, et. al. 2015. Results of the PERSIST-1 phase III study of pacritinib (PAC) versus best available therapy (BAT) in primary myelofibrosis (PMF), post-polycythemia vera myelofibrosis (PPV-MF), or post-essential thrombocythemia-myelofibrosis (PET-MF). *Journal of Clinical Oncology* 33:18S.

44. Kolibaba, K.S., H.D. Brooks, D. Mahadevan, J. Melear, C.M. Farber, et. al. 2015. Ublituximab (TG-1101), a novel glycoengineered anti-CD20 monoclonal antibody, in combination with ibrutinib is highly active in patients with relapsed and/or refractory mantle cell lymphoma: results of a phase II trial. *Blood* Abstract 3980.

45. Budde, L.E., A.S. Halwani, C. Yasenchak, C.M. Farber, et. al. 2016. Results of an Ongoing Phase 2 Study of Brentuximab Vedotin with RCHP as Frontline Therapy in Patients with High-Intermediate/High-Risk Diffuse Large B Cell Lymphoma (DLBCL) *Blood* Abstract 128:104.

46. Ghobrial, I.M., et. al. including author C.M. Farber. 2016. Phase II trial of combination of elotuzumab, lenolidamide, and desxamethasone in high-risk smoldering multiple myeloma. 2016. *Blood* Abstract 128:0976.

47. Vannucchi, A.M. et. al. including author C.M. Farber. 2016. Relationship of JAK2V617F alleic burden (AB) to demographics, disease characteristics, and response to therapy in Persist-1, a randomized phase III study of pacritinib (PAC) versus best available therapy (BAT) in patients (pts) with primary and secondary myelofibrosis (MF). *Blood* Abstract 128:3131.

48. Ahn, I.E. et. al. including author C.M. Farber. 2016. Early progression of disease (CLL Registry). *Blood* 3581.

49. Hamlin, P.A., C.M. Farber, et. al. 2017. The dual SYK/JAK inhibitor cerdulatinib demonstrates rapid tumor responses in a phase 2 study in patients with relapsed/refractory B-cell malignancies. *Hematological Oncology* 35 (S2):74 (EHA-2619).

cv-Charles M. Farber-December 2018

ABSTRACTS (cont)

50. Davids, M.S. et. al. including C.M. Farber. 2017. An integrated safety analysis of the next generation PI3Kδ inhibitor umbralisib (TGR-1202) in patients with relapsed/refractory lymphoid malignancies. *Blood* Abstract 4037.

15

## CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of October 2023, the foregoing Response to Defendant's Demand for Expert Report was served by electronic and first-class mail upon the following counsel for Defendant and MDL Co-Lead Counsel:


Gregory S. Chernack (pro hac vice)
(gchernack@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5815
Fax: (202) 682-1639

Brian L. Stekloff (pro hac vice)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (pro hac vice)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

Anthony Martinez (pro hac vice)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2683


Dated: October 27, 2023


                                        Bailly and McMillan, LLP

                                         /s/ John Bailly
                                        John Bailly, Esq.
                                        Attorneys for Plaintiff
                                        707 Westchester Avenue
                                        Suite 405
                                        White Plains, NY 10604
                                        (914)684-9100

3