**BAILLY & MCMILLAN, LLP**
John J. Bailly, Esq
([jbailly@bandmlaw.com](jbailly@bandmlaw.com))
Richard DePonto, Esq.
([rdeponto@bandmlaw.com](rdeponto@bandmlaw.com))
707 Westchester Ave, Suite 405
White Plains, NY 10604
Tel: (914) 684-9100
Fax: (914) 684-9108

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | **DECLARATION OF JOHN J. BAILLY IN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO MODIFY THE SCHEDULING ORDER AND IN OPPOSITION OF DEFENDANT MONSATO COMPANY'S MOTION FOR SUMMARY JUDGMENT** |
| This document relates to: | |
| *Marcus Fitz and Jeffrey Fitz v. Monsanto Co.,* Case No.:3:21-cv-03580-VC | **Hearing:** Date: December 7, 2023 Time: 1:00 p.m. Place: Courtroom 4 (via Zoom) |

**DECLARATION OF JOHN J. BAILLY**

I, John J. Bailly, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of New York. I am an attorney and member of the law firm Bailly and McMillan, LLP, counsel of record for Plaintiffs Marcus Fitz and Jeffrey Fitz in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Plaintiffs' Motion for leave to modify the scheduling order permitting the service of Plaintiffs' expert report, served on October 27, 2023, to be deemed timely. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. On October 27, 2023, my office served Defendant with the expert report of Dr. Charles Farber, whose opinion provides case-specific evidence of a specific causal link between the Roundup exposure and Marcus Fitz's cancer.

I hereby declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed November 3, 2023, at White Plains, New York.

                                                    */s/ John J. Bailly*
                                                      John J. Bailly

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

                                                    */s/ John Bailly*
                                                   John Bailly, Esq.