**BAILLY & MCMILLAN, LLP**
John J. Bailly, Esq
(jbailly@bandmlaw.com)
Richard DePonto, Esq.
(rdeponto@bandmlaw.com)
707 Westchester Ave, Suite 405
White Plains, NY 10604
Tel: (914) 684-9100
Fax: (914) 684-9108

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | **PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO MODIFY THE SCHEDULING ORDER** |
| This document relates to: | |
| *Marcus Fitz and Jeffrey Fitz v. Monsanto Co.,* Case No.:3:21-cv-03580-VC | **Hearing:** Date: December 7, 2023 Time: 1:00 p.m. Place: Courtroom 4 (via Zoom) |

The motion for leave to modify the scheduling order permitting the service of Plaintiffs' expert report, served on October 27, 2023, to be deemed timely came for a hearing on December 7, 2023, in Courtroom 4, in the above-entitled Court, the Honorable Vince Chharbia presiding. Having considered all papers submitted by the parties concerning the Motion for Leave, and the pleadings and papers on file in this action,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    Plaintiffs' Motion for Leave is granted as set forth in the Court's Order dated _____.

2.    The case scheduling order is hereby modified to the extent that Plaintiffs' expert report, served on October 27, 2023, is hereby deemed timely.


Dated:                      By: _____
                                Honorable Vince Chhabria
                                United States District Judge