# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 |
| _____ **THIS DOCUMENT RELATES TO:** | Master Docket Case No.: 16-md-02741-VC |
| *Raleigh Ward v. Monsanto Co.,* C/A No.: 3:20-cv-00028-VC | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal without prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs.

## CERTIFICATION OF COMPLIANCE

Counsel for the Plaintiff has read Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certifies he has sent the common benefit funds as required.

DATED: November 7, 2023

AIKEN, BRIDGES, ELLIOTT, TYLER
& SALEEBY, P.A.

By: **s/James M. Saleeby, Jr.**
JAMES M. SALEEBY, JR.
FED ID# 6715
181 E. Evans Street, Suite 409
P. O. Drawer 1931
Florence, South Carolina 29503
Phone: (843) 669-8787
jms@aikenbridges.com
*ATTORNEY FOR THE PLAINTIFF*

SHOOK, HARDY & BACON LLP

By: **s/Anthony R. Martinez**
ANTHONY R. MARTINEZ
255 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I, J. Logan B. Yates, hereby certify that on November 7, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

By: s/*J. Logan B. Yates* _____
J. Logan B. Yates

3