1

2

3

4

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:  (816) 474-6550
Facsimile: (816) 421-5547

5

*Attorneys for Defendant Monsanto Company*

6

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8

9

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No. 3:16-md-02741-VC

10

11

12

13

This document relates to:

*Ben Embaan. v. Monsanto Co.*
Cause No. 3:21-CV-01336-VC
(N.D. Cal)

**MOTION TO DISMISS
FOR FAILURE TO PROSECUTE OR, IN
THE ALTERNATIVE, FOR AN ORDER TO
SHOW CAUSE**

14

15

16

**MONSANTO COMPANY'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR,
IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE**

17

18

19

20

21

22

23

Defendant Monsanto Company ("Monsanto") files this motion to dismiss for failure to prosecute or, in the alternative, for an order to show cause. On May 11, 2023, counsel for Plaintiff, Steven Burris, filed a motion to withdraw as attorney. (Dkt. Nos. 16650 and 10.) On May 25, 2023, this Court granted the motion "subject to the requirement that counsel transmit this order to the plaintiff." (Dkt. Nos. 16747 and 12.) The Order further required that, "[w]ithin 28 days of this Order, the plaintiff shall notify the Court whether he intends to represent himself or hire new counsel for this case." (*See id.*)

24

25

26

On October 18, 2023, Lakshmi Achari of Shook, Hardy & Bacon LLP sent correspondence to Plaintiff and Plaintiff's listed Counsel, Steven Burris, via certified US Postal Mail, enclosing the May 25, 2023 Order of Court. (*See* Exhibit A.) To date, Plaintiff has failed to notify the Court whether he

27

28

DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE
ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:21-CV-01336

intends to represent himself or hire new counsel for this case, as required by this Court's May 25, 2023, Order of Court.

A court may dismiss a case for failure to prosecute pursuant to Rule 41(b), which provides:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Dismissal is authorized by Rule 41(b) and warranted under the May 25, 2023, Order because Plaintiff has failed to prosecute his case.

If the Court is not presently inclined to dismiss this case, Monsanto requests, in the alternative, an order requiring Plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute. Monsanto further requests that the Court indicate that the case will be dismissed pursuant to Fed. R. Civ. P. 41(b) if no response is filed within 21 days of the order's entry.  In the event the Court issues an order to show cause Monsanto will, within seven days of its issuance, transmit said order to Plaintiff at the address reflected in Exhibit A.

### Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case without prejudice for failure to prosecute or, in the alternative, for an order to show cause.

DATED:  November 7, 2023

Respectfully submitted,

*/s/ Anthony R. Martinez*
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:  (816) 474-6550
Facsimile: (816) 421-5547

**SHOOK, HARDY & BACON L.L.P.**

*Attorney for Defendant Monsanto Company*

DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE
ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:21-CV-01336

## **CERTIFICATE OF SERVICE**

I, Anthony Martinez, hereby certify that on November 7, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.


*/s/ Anthony Martinez*
Anthony Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*

DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE
ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:21-CV-01336