# EXHIBIT A



October 18, 2023

Lakshmi Achari

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
d 713.546.5663
f 713.227.9508
lachari@shb.com

*<u>Via CM/RRR & Regular U.S. Mail</u>*
Ben Embaan
10091 Bonham Court
Las Vegas, NV 89148

RE:   Case No. 3:21-cv-01336-VC; *Ben Embaan v. Monsanto Co.;* In the United States District Court for the Northern District of California.

Dear Mr. Embaan:

Enclosed for your records is a copy of the Order on Plaintiff's Motion to Withdraw as Counsel. To date, neither Monsanto nor the Court has been notified whether you intend to represent yourself or hire new counsel for this case.

If there is no response from either you or your counsel within 14 days, Monsanto intends to move to dismiss this case.

Sincerely,

Lakshmi Achari

LAZ:sdc
Enclosure

cc:   Steven M. Burris, Esq.
      BURRIS & THOMAS, LLC
      2810 W. Charleston Boulevard, Suite F-58
      Las Vegas, NV  89102

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER
9414 7266 9904 2165 8444 70

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark Here

Sent to:
BEN EMBAAN
10091 BONHAM COURT
LAS VEGAS, NV 89148

Reference Information
Lakshmi Achari
31943.390401

Embaan v. Monsanto - Ltr. forwarding
Order Granting Motion to Withdraw

PS Form 3800, Facsimile, July 2015

---

Return Receipt (Form 3811) Barcode

9590 9266 9904 2165 8444 73

1. Article Addressed to:
BEN EMBAAN
10091 BONHAM COURT
LAS VEGAS, NV 89148

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2165 8444 70

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Ben Embaan
C. Date of Delivery: 10-24-23
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
31943.390401
Lakshmi Achari
Embaan v. Monsanto - Ltr. forwar
Order Granting Motion to Withdra

Domestic Return Receipt