# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |
| This document relates to: *David Yarbrough v. Monsanto Company* Civil Action No. 3:20-cv-02811-VC | Case No. 3:16-md-02741-VC |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, David Yarbrough, and by and through his undersigned attorney, voluntarily dismisses his Complaint in the above-referenced matter without prejudice.

Respectfully submitted this 7th day of November, 2023.

_____
Mark A. Tate
Georgia Bar No. 698820
marktate@tatelawgroup.com
Andrew A. Zemany
Georgia Bar No. 459060
azemany@tatelawgroup.com
Madison T. Elton
Georgia Bar No. 660714
melton@tatelawgroup.com

TATE LAW GROUP, LLC
25 Bull Street, 2nd Floor
Savannah, Georgia 31401
(912) 234-3030
(912) 234-9700 (fax)
tlgservice@tatelawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served to all counsel of record the foregoing Voluntary Dismissal Without Prejudice via the CM/ECF system.

This 7th day of November, 2023.

 _____
Mark A. Tate
Georgia Bar No. 698820
marktate@tatelawgroup.com
Andrew A. Zemany
Georgia Bar No. 459060
azemany@tatelawgroup.com
Madison T. Elton
Georgia Bar No. 660714
melton@tatelawgroup.com

TATE LAW GROUP, LLC
25 Bull Street, 2nd Floor
Savannah, Georgia 31401
(912) 234-3030
(912) 234-9700 (fax)
tlgservice@tatelawgroup.com