| | |
|---|---|
| **WILKINSON STEKLOFF LLP** | **COVINGTON & BURLING LLP** |
| Brian L. Stekloff (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (bstekloff@wilkinsonstekloff.com) | (mimbroscio@cov.com) |
| Rakesh Kilaru (*pro hac vice*) | One City Center |
| (rkilaru@wilkinsonstekloff.com) | 850 10th St. NW |
| 2001 M St. NW | Washington, DC 20001 |
| 10th Floor | Tel: 202-662-6000 |
| Washington, DC 20036 | |
| Tel: 202-847-4030 | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| Fax: 202-847-4005 | K. Lee Marshall (CA Bar No. 277092) |
| | (klmarshall@bclplaw.com) |
| **HOLLINGSWORTH LLP** | Three Embarcadero Center, 7th Floor |
| Eric G. Lasker (*pro hac vice*) | San Francisco, CA 94111 |
| (elasker@hollingsworthllp.com) | Tel: 415-675-3400 |
| 1350 I St. NW | Fax: 415-675-3434 |
| Washington, DC 20005 | |
| Tel: 202-898-5843 | Jed P. White (CA Bar No. 232339) |
| Fax: 202-682-1639 | (jed.white@bclplaw.com) |
| | 120 Broadway, Suite 300 |
| | Santa Monica, CA 90401 |
| | Tel: 310-576-2100 |
| | Fax: 310-576-2200 |

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Estate of Thomas N. Williams and Mary Jo Williams v. Monsanto Company*<br>Case No. 3:19-cv-03537-VC | **PROPOSED ORDER GRANTING MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |
| | <u>Hearing:</u><br>Date: December 21, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 4 - 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

The Motion for Summary Judgment filed by Defendant Monsanto Company ("Monsanto") came for a hearing on December 21, 2023, in Courtroom 4, in the above-entitled Court, the Honorable Vince Chhabria presiding. Having considered all papers submitted by the parties concerning the Motion for Summary Judgment, and pleadings and papers on file in this action,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Monsanto's Motion for Summary Judgment is granted as set forth in the Court's Order dated _____.
2. Judgment is hereby entered in favor of Monsanto.

Dated:

By: _____
Honorable Vince Chhabria
United States District Judge