Joshua Rubenstein
Blake Jones Law Firm, LLC
701 Poydras St.
New Orleans, LA 70139
(504) 525-4361
Fax: (504_ 525-4380
jrubenstein@nola-law.com

*Attorney for Plaintiff*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Leslie Greenwald v. Monsanto Company, et al.*<br>3:22-cv-01135-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs.  Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff(s) hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been sent to the

Common Benefit Fund. Counsel for Plaintiff(s) further certify that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion.

DATED: October 27, 2023   Respectfully submitted,

/s/ Joshua Rubenstein
Joshua Rubenstein
Blake Jones Law Firm, LLC
701 Poydras St.
New Orleans, LA 70139
(504) 525-4361
Fax: (504) 525-4380
jrubenstein@nola-law.com

*Attorney for Plaintiff*

/s/ Anthony R. Martinez
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*