**BROWN & CROUPPEN, P.C.**
Seth Sharrock Webb
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
sethw@getbc.com
*Attorney for Plaintiff*

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (pro hac vice)
Eric G. Lasker (pro hac vice)
Martin C. Calhoun (pro hac vice)
1350 I Street, N.W.
Washington, DC 20005
jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This Document Relates To: | **STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE** |
| *Shirley J. Planche v. Monsanto Company.,*<br>*Case No. 3:19-cv-07608-VC* | |

## STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Shirley J. Planche by and through her undersigned counsel and Defendant Monsanto Company, by and through its undersigned counsel hereby stipulate to the dismissal, with prejudice, of this lawsuit pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own attorney's fees and cost.

Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order No 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

DATED: November 09, 2023

/s/Seth Sharrock Webb_____

Seth Sharrock Webb,

**BROWN & CROUPPEN, P.C.**

211 N. Broadway, Suite 1600

St. Louis, Missouri 63102

sethw@getbc.com

*Attorney for Plaintiff*


/s/ _Martin C. Calhoun_____

**HOLLINGSWORTH LLP**

Joe G. Hollingsworth (pro hac vice)

Eric G. Lasker (pro hac vice)

Martin C. Calhoun (pro hac vice)

1350 I Street, N.W.

Washington, DC 20005

jhollingsworth@hollingsworthllp.com

elasker@hollingsworthllp.com

mcalhoun@hollingsworthllp.com

*Attorneys for Defendant*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Seth Sharrock Webb, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in, and has authorized this filing.

/s/Seth Sharrock Webb_____

Seth Sharrock Webb,

**BROWN & CROUPPEN, P.C**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 9th day of November 2023, I electronically transmitted the foregoing STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE to the Clerk of the court using the ECF system for filing and transmittal. A true and correct copy of the foregoing document was served on all parties electronically or in another manner as authorized by FED. R. CIV. P. 5.

*/s/Seth Sharrock Webb*_____
Seth Sharrock Webb
