**BISNAR | CHASE LLP**
Michael K. Teiman
mteiman@bisnarchase.com
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999

*Attorney for Plaintiff*

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>James Burris v. Monsanto Company<br>3:21-cv-01337 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs.  Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

///

///

///

DATED: November 9, 2023                     Respectfully submitted,

                                                                             /s/ Michael K. Teiman
                                                                             Michael K. Teiman
                                                                             mteiman@bisnarchase.com
                                                                             BISNAR | CHASE LLP
                                                                             1301 Dove Street, Suite 120
                                                                             Newport Beach, CA 92660
                                                                             Tel: (949) 752-2999

                                                                             *Attorney for Plaintiff*

DATED: November 9, 2023                     */s/ Anthony R. Martinez*
                                                                             Anthony R. Martinez
                                                                             (amartinez@shb.com)
                                                                             SHOOK, HARDY & BACON, LLP
                                                                             2555 Grand Blvd
                                                                             Kansas City, MO 64108
                                                                             Tel: (816) 474-6550 ext. 2001

                                                                             *Attorney for Defendant Monsanto Company*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Michael K. Teiman, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

                                                                             /s/ *Michael K. Teiman*
                                                                             Michael K. Teiman
                                                                             BISNAR | CHASE LLP

                                                                             *Attorney for Plaintiff James Burris*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

/s/ *Michael K. Teiman*
Michael K. Teiman