**CHAPPELL, CHAPPELL & NEWMAN**
Graham L. Newman (pro hac vice)
(graham@chappell.law)
Post Office Box 61170
Columbia, South Carolina 29260
Tel: (803) 233-7050
Fax: (803) 233-0570

Attorneys for Plaintiffs
ERIC MILLER AND DONNA MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This document relates to:<br><br>Eric Miller, et al. v. Monsanto Co.,<br>Case No. 3:19-cv-7399-VC | )<br>)   MDL No. 2741<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE 8

1. Plaintiff's counsel has consulted with Defendant's counsel who does not oppose the motion to move this case to Wave 8.
2. The case is presently placed in Wave 7A.
3. Extraordinary circumstances support moving the case to Wave 8.
4. Specifically, Eric Miller recently passed away from Non-Hodgkin's Lymphoma. This necessitates the substation of Donna Miller as principal plaintiff as the Executor of the Estate of Eric Miller and the amendment of the complaint to add a cause of action for wrongful death.

5. Plaintiff Donna Miller is presently petitioning the probate court for this appointment but has been advised that at least several more weeks will be needed to complete this process.
6. When the substitution is made and the complaint amended, additional time will be needed to permit the Defendant to answer the complaint. Furthermore, additional discovery may be needed to address questions of causation pertaining to Eric Miller's death.
7. For these reasons, the Plaintiff respectfully requests the Court grant the Plaintiff's motion.

Respectfully submitted,

/s/ Graham L. Newman
Graham L. Newman (SC Fed ID #9746)
CHAPPELL, CHAPPELL & NEWMAN
Post Office Box 61170
Columbia, South Carolina 29260
(803) 233-7050
(803) 233-0570 (facsimile)
graham@chappell.law

ATTORNEYS FOR ERIC AND DONNA MILLER

**CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing upon:

> Joe G. Hollingsworth
> HOLLINGSWORTH, LLP
> 1350 I Street, N.W.
> Washington, D.C. 20005
> (202) 898-5800
> Fax: (202) 682-1639
> Email: jhollingsworth@hollingsworthllp.com
> Counsel for Monsanto Company

by filing a copy on the Court's electronic filing system.

> /s/ Graham L. Newman
> Graham L. Newman (SC Fed ID #9746)
>
> Counsel for the Plaintiff