**BISNAR | CHASE LLP**
Michael K. Teiman
mteiman@bisnarchase.com
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999

*Attorney for Plaintiff Belinda Hill*

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>Belinda Hill v. Monsanto Company<br>3:21-cv-01335 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs.  Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

///

///

///

DATED:  November 10, 2023                         Respectfully submitted,

                                                      */s/ Michael K. Teiman*
                                                      Michael K. Teiman
                                                      mteiman@bisnarchase.com
                                                      BISNAR | CHASE LLP
                                                      1301 Dove Street, Suite 120
                                                      Newport Beach, CA 92660
                                                      Tel: (949) 752-2999

                                                      *Attorney for Plaintiff Belinda Hill*

DATED:  November 10, 2023                          */s/ Anthony R. Martinez*
                                                      Anthony R. Martinez
                                                      (amartinez@shb.com)
                                                      SHOOK, HARDY & BACON, LLP
                                                      2555 Grand Blvd
                                                      Kansas City, MO 64108
                                                      Tel: (816) 474-6550 ext. 2001

                                                      *Attorney for Defendant Monsanto Company*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Michael K. Teiman, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

                                                      */s/ Michael K. Teiman*
                                                      Michael K. Teiman
                                                      BISNAR | CHASE LLP

                                                      *Attorney for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

/s/ *Michael K. Teiman*
Michael K. Teiman