UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Barry v. Monsanto Co.*, Case No. 21-cv-03581-VC<br><br>*Kaup v. Monsanto Co.*, Case No. 20-cv-1070-VC | **ORDER ON MOTIONS FOR SUMMARY JUDGMENT; FINAL JUDGMENT**<br><br>Re: Dkt. Nos. 17422, 17424 |

Monsanto has filed motions for summary judgment in the above-captioned cases because the plaintiff has failed to produce an expert for specific causation. The plaintiffs have not responded, and the opposition deadline has passed. Accordingly, the motions are granted.

Judgment is entered in Monsanto's favor.

**IT IS SO ORDERED.**

Dated: November 13, 2023

_____

VINCE CHHABRIA
United States District Judge