UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **ORDER REGARDING MOTIONS FOR LEAVE TO APPEAR IN PRO HAC VICE**<br><br>Dkt. Nos. 16663, 16666, 17430 |

Pretrial Order No. 1 provides that "[a]ttorneys admitted to practice in good standing in any United States District Court are admitted pro hac vice in this MDL" and that "[t]he requirements of Northern District of California Civil Local Rule 11-3, including the requirement to retain local counsel, are waived." Dkt. No. 2 at 2. The motions for leave to appear in pro hac vice filed by Joseph E. Gallo (Dkt. No. 16663), Wendy J. Dickieson (Dkt. No. 16666), and Donald W. O'Brien (Dkt. No. 17430) are therefore deemed moot.

**IT IS SO ORDERED.**

Dated: November 13, 2023

VINCE CHHABRIA
United States District Judge