UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Cause No. 16-md-2741-VC |
| | ORDER GRANTING SUBSTITUTION OF PARTY [PROPOSED][1] |
| THIS DOCUMENT RELATES TO: | |
| Lazaro Molina v. Monsanto Co. | |
| Cause no. **3:20-cv-03448-VC** | |

**ORDER GRANTING SUBSTITUTION OF PLAINTIFF**

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party Plaintiff, LAZARO MOLINA, upon suggestion of death of Lazaro Molina, with Corina Molina, surviving spouse of Plaintiff. The Court is of the opinion that it should be in all respects Granted. Therefore,

IT IS HEREBY ORDERED that the Motion to Substitute Party Plaintiff is GRANTED; and

IT IS HEREBY ORDERED that Plaintiff, Corina Molina, as surviving spouse to Lazaro Molina, deceased, is substituted as Plaintiff in this action.

SIGNED on this the 13th day of November, 2023.

APPROVED
Judge Vince Chhabria

ORDER GRANTING SUBSTITUTION OF PARTY PLAINTIFF
**3:20-CV-03448-VC**

1