UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE:ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL CASE NO. 3:16-md-2741-VC |
|---|---|
| THIS DOCUMENT RELATES TO: | **ORDER GRANTING SUBSTITUTION OF PARTY** [PROPOSED] |
| *Donald Moody, et al. v. Monsanto Co.* Civil Action No. ~~2:19-cv-00119~~ 3:19-cv-04015-VC | |

THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party Plaintiff, Donald Moody, upon Suggestion of Death of Donald Moody, with Rebecca Moody, surviving spouse of Plaintiff. This Court is of the opinion that it should be in all respects GRANTED. Therefore,

IT IS HEREBY ORDERED that the Motion to Substitute Party Plaintiff is GRANTED; and

IT IS HEREBY ORDERED that Rebecca Moody, as surviving spouse of Donald Moody, deceased, is substituted as Plaintiff in this action.

SIGNED on this the 13th day of November, 2023.

HONORABLE JUDGE PRESIDING

APPROVED
Judge Vince Chhabria

---

1

ORDER GRANTING SUBSTITUTION OF PARTY PLAINTIFF