Honorable Vince Chhabria

Marshall Casey, WSBA# 42552
Sweetser Law Office, PLLC
1020 N. Washington Street
Spokane, WA 99201
(509) 328-0678
Email: mcasey@sweetserlawoffice.com

AND

Chris Hogue, WSBA# 48041
Hogue Law Firm
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
Tele: 509-315-8390
Email: chris@spokaneadvocate.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION.<br><br>This document related to<br>*Jason Gannon v. Monsanto Company*<br>Case No. 3:19-cv-08064-CV | MDL No 2741<br><br>Case# 3:16-md-02741-VC<br><br>**PLAINTIFF'S MOTION FOR REVISION OF ORDER IN DOCUMENT 17234** |

Plaintiff Jason Gannon respectfully moves this Court to clarify document 17234, filed on August 30, 2023. On May 18, 2023 the Plaintiff filed an uncontested motion with this court to move his case in to Wave 7B (ECF 8 in case 3:19-cv-08064-CV). On May 25, 2023 this court granted that request, ordering *Gannon v. Monsanto Company* into Wave 7B (ECF 8 in case 3:19-cv-08064-CV).

On August 30, 2023 the court issued out document 17234 that represented *Gannon v. Monsanto* had been ordered into 7A. No party had moved to change or amend the prior order of the court entered on May 25, 2023.  Plaintiff is seeking revision of document 17234 *Gannon v. Monsanto* that it is in Wave 7B as this Court previously ordered.   This is a motion for clarification and revision, since any change was done without a motion or petition of the parties.

DATED this 13th day of November, 2023, at Spokane, Washington.

s/*Marshall Casey*
Marshall Casey, WSBA# 42552
Attorney for Plaintiff Gannon
1020 N. Washington
Spokane, WA 99201
Tele: 509-328-0678
Fax# 509-326-2932

**PLAINTIFF'S MOTION FOR REVISION**
**pg.-2**

**SWEETSER LAW OFFICE, PLLC**
1020 N. Washington
Spokane, WA 99201
509-328-0678

## CERTIFICATE OF SERVICE

I hereby certify that on 13th of November, 2023, I filed a true copy of the above document VIA CM/ECF Electronic Filing System in the United States District Court, Northern District of California under MDL Case# 3:16-md-02741-VC and concurrently caused the above-entitled document to be sent to the recipients listed in the database for Case# 3:16-md-02741-VC. This will constitute service of the above document.

                                             *s/ Anna Adams*
                                             Anna Adams
                                             RN, BSN
                                             Sweetser Law Office, PLLC

**PLAINTIFF'S MOTION FOR REVISION**
**pg.-3**

**SWEETSER LAW OFFICE, PLLC**
1020 N. Washington
Spokane, WA 99201
509-328-0678