**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Marcus Fitz; Jeffrey Fitz,*<br>3:21-cv-03580-VC | **MONSANTO COMPANY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>**Hearing:**<br>Date:   December 7, 2023<br>Time:   1:00 p.m.<br>Place:  Courtroom 4 (Via Zoom) |

Wave 6A Plaintiffs Marcus Fitz and Jeffrey Fitz ("Plaintiffs") were required to submit expert reports no later than June 26, 2023. *See* Order Granting Joint Request for Revised Schedule for Wave 5-6 Cases and Adding Wave 7 Schedule ("Scheduling Order") (MDL ECF #15506). As demonstrated in Monsanto's Motion for Summary Judgment ("Motion"), Plaintiffs did not submit an expert report regarding specific causation by the June 26, 2023 deadline.

Monsanto's Motion was filed on October 20, 2023. (ECF #12.) Plaintiffs did not file a timely response to the Motion, which was due by November 3, 2023. Instead, on October 27, 2023, Plaintiffs served an untimely expert report of Charles Farber, MD as to specific causation and then filed a motion for leave to have the expert report deemed timely. (ECF #15.)

Because Plaintiffs did not file a timely response to the Motion, Monsanto respectfully requests that the Court grant the Motion and enter summary judgment in Monsanto's favor on all of Plaintiffs' claims.

In the alternative, if the Court is willing to permit Plaintiffs' late disclosure of Dr. Farber, then Monsanto respectfully requests that this case be moved to Wave 7D.

Dated: November 13, 2023            Respectfully submitted,

*/s/ Jed P. White*
Jed P. White
Attorney for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Jed P. White*
Jed P. White