UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Miller et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-07399-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII**<br>Re: Dkt. No. 17490 |

The motion to move the above-captioned case from Wave VII to Wave VIII is granted.

Further extensions in this member case are unlikely to be granted.

**IT IS SO ORDERED.**

Dated: November 15, 2023

VINCE CHHABRIA
United States District Judge