# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

Case No. 16-md-02741-VC

-----------------------------------------------------------------------X

ALAN TOMION,

        Plaintiff,

- against -

MONSANTO COMPANY,

        Defendant.

3:22-cv-00940-VC

-----------------------------------------------------------------------X

DOUGLAS SAMMONS,

        Plaintiff,

- against -

MONSANTO COMPANY,

        Defendant.

3:23-cv-00050-VC

-----------------------------------------------------------------------X

DOUGLAS LOCSIN,

        Plaintiff,

- against -

MONSANTO COMPANY,

        Defendant.

3:23-cv-02571-VC

**NOTICE OF MOTION TO VACATE ORDER OF DISMISSAL OR OTHER SUITABLE RELIEF**

-----------------------------------------------------------------------X

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

        **Date: TBD**
        **Time: TBD**
        **Courtroom: Courtroom 4**

        **Judge Assigned: Vince Chhabria**

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, as soon as counsel may be heard on submission or as the Judge determines, for the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Joint Motion to Vacate the Order of Dismissal or other suitable relief dated November 6, 2023 (Docket No. 17469), the Declaration of Harris Marks, and the Exhibits thereto, all of which are filed simultaneously herewith and adopted and incorporated herein, the undersigned counsel for Plaintiffs Alan Tomion, Douglas Sammons, and Douglas Locsin, hereby jointly moves this Court, pursuant to F.R.C.P 60(b)(1), for an Order vacating the Order of Dismissal as to these respective Plaintiffs.

Dated: New York, New York
November 16, 2023

Respectfully submitted,
BELLUCK & FOX LLP

_____
Harris Marks
546 Fifth Avenue, 5th Floor
New York, New York 10036
T: 212.681.1575
F: 212.681.1574

*Attorneys for Plaintiffs Alan Tomion, Douglas Sammons, Douglas Locsin*

TO:
Anthony R. Martinez
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
T: 816.474.6550
F: 816.421.5547

Jennise W. Stubbs
Shook, Hardy & Bacon L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, TX 77002
T: 713.227.8008
F: 713.227.9508

*Attorneys for Defendants Monsanto Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2023, a true and correct copy of the Motion to Vacate, and supporting documents, was delivered via ECF Filing and/or via overnight mail, postage prepaid, to all defendants/counsel of record on the following service list:

_____
Harris Marks