UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| ------------------------------------------------------------------X | Case No. 16-md-02741-VC |
| ALAN TOMION, | |
|                   Plaintiff, | 3:22-cv-00940-VC |
|      - against - | |
| MONSANTO COMPANY, | |
|                   Defendant. | |
| ------------------------------------------------------------------X | |
| DOUGLAS SAMMONS, | |
|                   Plaintiff, | 3:23-cv-00050-VC |
|      - against - | |
| MONSANTO COMPANY, | |
|                   Defendant. | |
| ------------------------------------------------------------------X | |
| DOUGLAS LOCSIN, | |
|                   Plaintiff, | 3:23-cv-02571-VC |
|      - against - | |
| MONSANTO COMPANY, | **DECLARATION OF HARRIS MARKS IN SUPPORT OF MOTION TO VACATE ORDER OF DISMISSAL OR OTHER SUITABLE RELIEF** |
|                   Defendant. | |
| ------------------------------------------------------------------X | |

**HARRIS MARKS**, an attorney admitted to practice law in the State of New York and in the MDL, affirms as follows, subject to the penalties of perjury:

1. I am an associate of the firm of Belluck & Fox, LLP Esq, attorneys for the plaintiffs herein. I am making this affirmation in support of plaintiff's motion for an order:

a) VACATING the November 6, 2023 Order (Docket No. 17469) or other suitable relief, pursuant to Federal Rule of Civil Procedure 60(b)(1), as it relates solely to the matters of (1) *Alan Tomion v. Monsanto Company*, 3:22-00940-VC, (2) *Douglas Sammons v. Monsanto Company*, 3:23-00050-VC, and (3) *Douglas Locsin v. Monsanto Company*, 3:23-02571-VC; and

b) Permitting acceptance, *nunc pro tunc,* of the Plaintiffs documents in the Independent Roundup Settlement Program that were transmitted to the Special Master on November 13, 2023, and to include these Plaintiffs in such program;

c) And for any other relief deemed appropriate or warranted.

2. I am the attorney that was assigned to handle the instant three matters.

3. Either due to emails going to a spam/filtered inbox or my inadvertently missing some of the MDL emails, I did not see several emails regarding the Special Master and Plaintiff's liaison counsel regarding the Special Master's deadline to submit, the Court's October 2, 2023 order and several of the other emails generated by CM/ECF from the MDL docket.

4. I have now modified my office's computer and calendaring practices to ensure that I do not miss pertinent emails in the future.

5. Had I seen such emails, I certainly would have provided the Special Master with the basic information requested pursuant to the Individual Roundup Settlement Program, and my clients would have certainly participated therein. They still wish to do so.

6.      My office has a long history of working with the Special Master dating back to the time the founding partner, Joseph Belluck volunteered for 6 months to do the initial work on 9/11 fund claims and to help 9/11 families mediate cases.

7.      Upon learning of the dismissals of these actions on November 6, 2023, I promptly contacted counsel for Defendant on November 8, 2023 and November 9, 2023 to inquire if they would stipulate to vacate the Order as to my three clients. Defendant declined. (Exhibit 1)

8.      I also contacted Plaintiffs' liaison counsel on November 8, 2023 to inquire if a mechanism existed to vacate the Order as to my clients without the need to burden this Court with motion practice. (Exhibit 2).

9.      On November 13, 2023, prior to the filing of this motion, the requisite information for this Program was emailed to RoundupProgram@FeinbergLawOffices.com, as previously instructed by the Special Master. (Exhibit 3).

10.     The following day, on November 14, 2023, we received a response from the Special Master regarding our submissions which stated in sum and substance, that it could only accept these claims into Program, if the Court approves. (Exhibit 4).

11.     Upon information and belief, the Program is still active, and cases are currently being evaluated for settlement and mediation.

WHEREFORE, it is respectfully submitted that this Court should vacate the November 6, 2023 Order insofar as it dismissed the actions of *Alan Tomion v. Monsanto Company*, 3:22-00940-VC, (2) *Douglas Sammons v. Monsanto Company*, 3:23-00050-VC, and (3) *Douglas Locsin v. Monsanto Company*, 3:23-02571-VC, and permit these Plaintiffs to participate in the Settlement Program and/or prosecute their claims on the merits.

Dated:  New York, New York
        November 16, 2023

*/s/ Harris Marks*

Harris Marks
Belluck & Fox, LLP
546 5th Ave, 5th Floor
New York, New York 10036
(212) 681-1575