# EXHIBIT 1

# Harris Marks

**From:** Harris Marks
**Sent:** Wednesday, November 8, 2023 5:24 PM
**To:** Stubbs, Jennise (SHB) <JSTUBBS@shb.com>
**Subject:** In RE: RoundUp Products Liability Litigation

Dear Ms. Stubbs,

We represent three plaintiffs, Douglas Sammons 3:23-cv-00050-VC, Alan Tomion 3:22-cv-00940-VC, and Douglas Locsin 3:23 -cv- 02571. We were just advised by Order dated November 6, 2023, the Court has dismissed these three matters for the failure to comply with Pre-Trial order No. 240. Unfortunately, we were not aware of the deadlines that were set in the prior orders for the Special Master's program and as such were not in compliance.  We are writing to request defendants' consent to vacate the  November 6, 2023 order with reference to these three matters and allow them to proceed to provide the fact sheets to the Independent Mediator and move forward on the merits of their claims.

Very truly yours,

Harris Marks


Harris Marks, Esq.
Belluck & Fox, LLP
546 5th Avenue, 5th Floor
New York, NY 10036
Phone: (212) 681-1575
Fax: (212) 681-1574
Email: hmarks@belluckfox.com
Website: www.belluckfox.com


Follow us on:

Facebook.com/BelluckFox
Twitter.com/BelluckFox


This message originates from the law firm of Belluck & Fox. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Belluck & Fox.

# Harris Marks

**From:** Harris Marks
**Sent:** Thursday, November 9, 2023 4:38 PM
**To:** amartinez@shb.com
**Subject:** In RE: RoundUp Products Liability Litigation

Counsel,

We represent three plaintiffs, Douglas Sammons 3:23-cv-00050-VC, Alan Tomion 3:22-cv-00940-VC, and Douglas Locsin 3:23 -cv- 02571. We were just advised by Order dated November 6, 2023, the Court has dismissed these three matters for the failure to comply with Pre-Trial order No. 240.  We are writing to request defendants' consent to vacate the November 6, 2023 order with reference to these three matters and allow them to proceed to provide the fact sheets to the Independent Mediator and move forward on the merits of their claims.

Very truly yours,

Harris Marks



Harris Marks, Esq.
Belluck & Fox, LLP
546 5th Avenue, 5th Floor
New York, NY 10036
Phone: (212) 681-1575
Fax: (212) 681-1574
Email: hmarks@belluckfox.com
Website: www.belluckfox.com


Follow us on:

Facebook.com/BelluckFox
Twitter.com/BelluckFox


This message originates from the law firm of Belluck & Fox. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Belluck & Fox.