# EXHIBIT 3

# Alexandra Belenkaya

| | |
|---|---|
| **From:** | Alexandra Belenkaya |
| **Sent:** | Monday, November 13, 2023 4:06 PM |
| **To:** | roundupprogram@feinberglawoffices.com |
| **Cc:** | Harris Marks |
| **Subject:** | Roundup Independent Settlement Program - MDL NO. 2741 (N.D.Cal.) - Douglas Victor Sammons |
| **Attachments:** | Submission of Roundup Claim Documents - Douglas Victor Sammons.pdf |

Please see the attached submission.

**Alexandra Belenkaya**
*Paralegal Manager*
**Belluck & Fox**
546 5th Avenue, 5th Floor
New York, NY 10036
Phone: (212) 681-1575
Email: abelenkaya@belluckfox.com
Website: www.belluckfox.com

Follow us on:
Facebook.com/BelluckFox
Twitter.com/BelluckFox

*This message originates from the law firm of Belluck & Fox. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Belluck & Fox.*



546 Fifth Avenue, 5th Floor, New York, New York 10036
Tel (212) 681-1575  Fax (212) 681-1574
www.belluckfox.com

November 13, 2023

**VIA EMAIL roundupprogram@feinberglawoffices.com**

Law Offices of Kenneth R. Feinberg, P.C.
1455 Pennsylvania Avenue NW, Suite 390
Washington, DC 20004

> Re: **Roundup Independent Settlement Program - MDL NO. 2741 (N.D.Cal.)**
> **Claimant: Douglas Victor Sammons, deceased, by Administrator of the Estate Amy Sammons**
> **Docket No. 1:22-cv-01223**

Dear Counsel:

Please be advised that this office represents the **Estate of Douglas Victor Sammons** in connection with personal injuries and other damages sustained by them as a result of Roundup Product usage.

Enclosed please find the following documents:

1. A complete Plaintiff Fact Sheet, which also includes authorizations for medical records and insurance records;
2. The completed Claim Form.

Your anticipated courtesy and cooperation are greatly appreciated. Should you have any questions, kindly do not hesitate to contact the undersigned.

Very truly yours,

**BELLUCK & FOX, LLP**
Harris L. Marks, Esq.

Enclosures

# Alexandra Belenkaya

| | |
|---|---|
| **From:** | Alexandra Belenkaya |
| **Sent:** | Monday, November 13, 2023 4:22 PM |
| **To:** | 'roundupprogram@feinberglawoffices.com' |
| **Cc:** | Harris Marks |
| **Subject:** | Roundup Independent Settlement Program - MDL NO. 2741 (N.D.Cal.) - Alan Tomion |
| **Attachments:** | Submission of Roundup Claim Documents - Alan Tomion.pdf |

Please see the attached submission.

**Alexandra Belenkaya**
*Paralegal Manager*
**Belluck & Fox**
546 5th Avenue, 5th Floor
New York, NY 10036
Phone: (212) 681-1575
Email: abelenkaya@belluckfox.com
Website: www.belluckfox.com

Follow us on:
Facebook.com/BelluckFox
Twitter.com/BelluckFox

*This message originates from the law firm of Belluck & Fox. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Belluck & Fox.*

1



546 Fifth Avenue, 5th Floor, New York, New York 10036
Tel (212) 681-1575  Fax (212) 681-1574
www.belluckfox.com

November 13, 2023

**VIA EMAIL roundupprogram@feinberglawoffices.com**

Law Offices of Kenneth R. Feinberg, P.C.
1455 Pennsylvania Avenue NW, Suite 390
Washington, DC 20004

      Re:     **Roundup Independent Settlement Program - MDL NO. 2741 (N.D.Cal.)**
               **Claimant: Alan Tomion**
               **Docket No.  1:22-cv-00093**

Dear Counsel:

Please be advised that this office represents the **Alan Tomion** in connection with personal injuries and other damages sustained by them as a result of Roundup Product usage.

Enclosed please find the following documents:

1. A complete Plaintiff Fact Sheet, which also includes authorizations for medical records and insurance records, and purchase receipts of Roundup products;
2. The completed Claim Form.

Your anticipated courtesy and cooperation are greatly appreciated.  Should you have any questions, kindly do not hesitate to contact the undersigned.

                                          Very truly yours,

                                          **BELLUCK & FOX, LLP**
                                          Harris L. Marks, Esq.

Enclosures

# Alexandra Belenkaya

| | |
|---|---|
| **From:** | Alexandra Belenkaya |
| **Sent:** | Monday, November 13, 2023 5:37 PM |
| **To:** | roundupprogram@feinberglawoffices.com |
| **Cc:** | Harris Marks |
| **Subject:** | Roundup Independent Settlement Program - MDL NO. 2741 (N.D.Cal.) - Douglas Locsin |
| **Attachments:** | Submission of Roundup Claim Documents - Douglas Locsin.pdf |

Please see the attached submission.

**Alexandra Belenkaya**
*Paralegal Manager*
**Belluck & Fox**
546 5th Avenue, 5th Floor
New York, NY 10036
Phone: (212) 681-1575
Email: abelenkaya@belluckfox.com
Website: www.belluckfox.com

Follow us on:
Facebook.com/BelluckFox
Twitter.com/BelluckFox

*This message originates from the law firm of Belluck & Fox. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Belluck & Fox.*



546 Fifth Avenue, 5th Floor, New York, New York 10036
Tel (212) 681-1575   Fax (212) 681-1574
www.belluckfox.com

November 13, 2023

**VIA EMAIL roundupprogram@feinberglawoffices.com**

Law Offices of Kenneth R. Feinberg, P.C.
1455 Pennsylvania Avenue NW, Suite 390
Washington, DC 20004

        **Re:**    **Roundup Independent Settlement Program - MDL NO. 2741 (N.D.Cal.)**
                 **Claimant: Douglas Locsin**
                 **Docket No. 2:23-cv-00426**

Dear Counsel:

Please be advised that this office represents the **Douglas Locsin** in connection with personal injuries and other damages sustained by them as a result of Roundup Product usage.

Enclosed please find the following documents:

1. The completed Claim Form.

The complete Plaintiff Fact Sheet will be provided under separate cover. Your anticipated courtesy and cooperation are greatly appreciated. Should you have any questions, kindly do not hesitate to contact the undersigned.

                                                Very truly yours,

                                                **BELLUCK & FOX, LLP**
                                                Harris L. Marks, Esq.

Enclosures