# EXHIBIT 4

# Harris Marks

| | |
|---|---|
| **From:** | Roundup Program <roundupprogram@feinberglawoffices.com> |
| **Sent:** | Tuesday, November 14, 2023 1:28 PM |
| **To:** | Alexandra Belenkaya; Harris Marks |
| **Subject:** | Claim Submissions - Sammons, Tomion and Locsin |
| **Attachments:** | ORDER DISMISSING CASES 11.6.23.pdf |

> **Caution:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please reach out to IT if any questions and concerns.

Dear Counsel,

We noted that you submitted the claims for Douglas Sammons, Alan Tomion and Douglas Locsin to the Roundup inbox yesterday, November 13, 2023. However, those three Claimants are included on the recent Order from Judge Chhabria dated November 6, 2023 (attached) dismissing these cases for failure to comply to PTO 240. The November 6th Order explains that these three Claimants were included on a previous order from October 2, 2023, which noted that these Claimants needed to comply with PTO 240 within 21 days. In order for us to accept these claims into the Program, you will need to contact the Court and get approval.

Thank you,
Feinberg Law Offices

1