**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                        **MDL No. 2741**
-----------------------------------------------------------------------X   **Case No. 16-md-02741-VC**
ALAN TOMION,

                                 Plaintiff,                          **3:22-cv-00940-VC**

       - against -

MONSANTO COMPANY,

                                 Defendant.
-----------------------------------------------------------------------X
DOUGLAS SAMMONS,

                                 Plaintiff,                          **3:23-cv-00050-VC**

       - against -

MONSANTO COMPANY,

                                 Defendant.
-----------------------------------------------------------------------X
DOUGLAS LOCSIN,

                                 Plaintiff,                          **3:23-cv-02571-VC**

       - against -                                                 **[PROPOSED] ORDER**
                                                                            **GRANTING PLAINTIFF'S**
MONSANTO COMPANY,                                                           **JOINT MOTION TO**
                                                                            **VACATE THE ORDER OF**
                                 Defendant.   **DISMISSAL**

-----------------------------------------------------------------------X

**[PROPOSED] ORDER**

1. Plaintiffs' Joint Motion to Vacate the Order of Dismissal is GRANTED to the extent
   that this Court's Dismissal Order (Dkt. No. 17469) is hereby amended to exclude
   *Tomion v. Monsanto*, Case No. 3:22-cv-00940, *Sammons v. Monsanto*, Case No. 3:23-
   cv-00050, *Locsin v. Monsanto*, Case No. 3:23-cv-02571.

2.   The Clerk of the Court is ORDERED to re-open these cases, *Tomion v. Monsanto*, Case No. 3:22-cv-00940, *Sammons v. Monsanto*, Case No. 3:23-cv-00050, *Locsin v. Monsanto*, Case No. 3:23-cv-02571.

3.   Counsel shall inform the Court by letter as to the status of the submission to the Special Master Settlement Program.

Dated: New York, New York
        November 16, 2023

_____
Hon. VINCE CHHABRIA
United States District Court Judge