# EXHIBIT 1:

# Letter from Settlement Master Feinberg dated January 22, 2021

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

January 22, 2021

**BY FEDERAL EXPRESS**

David Randolph Smith, Esq.
David Randolph Smith & Associates
1913 21st Avenue South
Nashville, TN 37212

In Re: **Roundup Products Liability Litigation
MDL. No. 2741 (N.D. Cal.) (Voluntary Settlement Program)
Potential Claimant: Brian Caton**

Dear Counsel,

As you may know, I have been appointed Settlement Master by the Honorable Vince Chhabria, United States District Judge for the Northern District of California, to assist the parties as a neutral third party in attempting to resolve pending Roundup litigation. As part of my duties, I am now offering to assist interested litigants in resolving their individual Roundup cases.

Monsanto informs me that it is interested in resolving your client's case. If you and your client are similarly interested, please complete the attached Claim Form in its entirety (along with the required supporting documentation) and return it to me at RoundupProgram@FeinbergLawOffices.com. A copy of your completed Claim Form and attachments will be forwarded to Monsanto representatives for their information. As the independent Settlement Master, I will make a <u>final determination</u> and notify you of my determination as to eligibility and the amount of the settlement offer for your claim.

Whether you accept my offer is entirely up to you and your client. **This Settlement Program is entirely voluntary.** No litigation release need be signed by your client until and unless you and your client accept my settlement offer.

This Settlement Program is designed to provide you and your client an opportunity to resolve your case quickly and efficiently.

Please do not hesitate to contact me by the above referenced email if you have any questions.

Sincerely,

*Kenneth R. Feinberg*

Kenneth R. Feinberg
Settlement Master

Enclosure (Claim Form)

# ROUNDUP® CLAIM FORM

## Independent Roundup® Settlement Program Guide and CLAIM FORM

These instructions explain what you must do to submit a claim for compensation from Monsanto for injuries associated with exposure to Roundup Products in the Independent Roundup Settlement Program ("Program"). **Your decision to participate in this Program is voluntary.**

PLEASE CAREFULLY READ ALL THE INSTRUCTIONS
BEFORE SUBMITTING YOUR CLAIM

## INSTRUCTIONS

To be eligible to receive a settlement offer from the Independent Roundup Settlement Program you must submit all of the following documents:

- <u>A fully complete Claim Form.</u>

    o The attached Claim Form must be completed in its entirety.
    o An affidavit establishing the Claimant's Roundup use and duration of exposure; alternatively, other evidence of duration of exposure including, but not limited to, receipts, photographs, medical records, and/or employment records.

- <u>Medical records that establish:</u>

    o A diagnosis of non-Hodgkin's lymphoma or a subtype of non-Hodgkin's lymphoma through a signed medical report from a licensed treating physician or an anatomic pathology report signed by Board Certified Pathologist:

    Diffuse Large B-Cell Lymphoma, Follicular Lymphoma, Chronic Lymphocytic Leukemia, Small Lymphocytic Lymphoma, Burkitt Lymphoma, Lymphoplasmacytic Lymphoma (Waldenstrom Macroglobulinemia), Hairy Cell Leukemia, Mantle Cell Lymphoma, Marginal Zone B-Cell Lymphoma, Lymphoblastic Lymphoma, Peripheral T-Cell Lymphoma, Large Granular Lymphocytic Leukemia, Anaplastic Large Cell Lymphoma, Extradonal Marginal Zone B-Cell Lymphoma, Nodal Marginal Zone B- Cell Lymphoma, Cutaneous T-Cell Lymphoma, Primary Central Nervous System Lymphoma

    **The diagnosis and treatment plan must be from your licensed treating physician and/or oncologist. This information must be clearly delineated in the submitted document/medical records. You must "highlight" the relevant language in the submitted documents. Medical records that do not clearly delineate the diagnosis and medical treatment plan will adversely impact the processing of your claim. You will be notified of the deficiency and the documents will be returned to you for clarification, further processing, and/or timely resubmission.**

    o Pertinent treatment records from Claimant's oncologist(s) from date of diagnosis to the present.

    o Records from any other provider reflecting treatment for Claimant's cancer and any records that establish whether Claimant's cancer is in remission. **All diagnosis and treatment plan records must be highlighted and clearly delineated.**

1

## 1. ROUNDUP PRODUCT USER

Please complete the information requested below:

(If the Claimant is deceased, incapacitated, or a minor, this section should be completed with the information pertaining to the deceased, incapacitated or minor Claimant. In that case, the individual completing this Claim Form on behalf of a deceased, incapacitated, or minor Claimant should enter his/her personal information and contact information where indicated below.)

| Roundup Product User Name | Last | First | Middle |
|---|---|---|---|
| Social Security Number | ☐☐☐ ■ ☐☐ ■ ☐☐☐☐ | Date of Birth ____/____/____ (Month/Day/Year) | |
| Address | Street/P.O. Box | | Apt./Suite |
| | City | State | Zip |

| User's Contact Information | Phone | ☐ Work ☐ Mobile ☐ Home |
|---|---|---|
| | Alt. Phone | ☐ Work ☐ Mobile ☐ Home |
| | Email | |

| Citizenship | Are you a currently a U.S. citizen?<br>　　　YES ☐　　　NO ☐<br><br>If No, are you currently a Legal Resident of the United States?<br>　　　YES ☐　　　NO ☐<br><br>Were you a U.S. citizen at the time of exposure?<br>　　　YES ☐　　　NO ☐<br><br>If No, were you a Legal Resident of the United States at the time of exposure?<br>　　　YES ☐　　　NO ☐ |
|---|---|

## 2. PERSONAL REPRESENTATIVE INFORMATION (MINOR, DECEASED, OR INCAPACITATED CLAIMANTS)

Is the Claim being brought by a Representative on behalf of the Roundup Product User?

　　　YES ☐　　　NO ☐

If Yes, complete Section 2.

| Relationship to Roundup Product User (Check all that apply; attach appointment documents if applicable) | ☐ Spouse     ☐ Parent     ☐ Stepparent ☐ Adult Child     ☐ Sibling ☐ Ex-Spouse     ☐ Lawyer     ☐ Guardian ☐ Estate Administrator ☐ Other (specify): | | |
|---|---|---|---|
| Representative's Name | Last | First | Middle |
| Representative's Address | Street/P.O. Box | | Apt./Suite |
| | City | State | Zip |
| Representative's Social Security Number | [_][_][_]-[■][■]-[_][_][_][_] | Date of Birth ___/___/___(Month/Day/Year) | |
| Date of Death of Roundup Product User (if applicable) | ___/___/___ (Month/Day/Year) | Do you claim that Roundup Products caused the User's death? (if applicable)  YES ☐     NO ☐ | |
| Representative's Contact Information | | Phone | ☐ Work ☐ Mobile ☐ Home |
| | | Alt. Phone | ☐ Work ☐ Mobile ☐ Home |
| | | Email | |

### 3. EXPOSURE TO ROUNDUP PRODUCTS [Required for all Claims]

a. On ___/___/___ (Month/Day/Year), I was first diagnosed with Non-Hodgkin Lymphoma.

b. To the best of my recollection, my first exposure to Roundup Products was on ___/___/___ (Month/Day/Year).

c. To the best of my recollection, I was first exposed to Roundup Products at least one year prior to my first diagnosis with NHL.

   YES ☐     NO ☐

d. To the best of my recollection, the time period of my exposure to Roundup Products was _____ [insert date] to _____ [insert date].

e. To the best of my recollection, the frequency of my exposure to Roundup products during the time period provided in question 3.d above was ____ days (insert frequency of use in days) per year.

f. To the best of my recollection, I was exposed to Roundup Products by using these Products in ☐ agricultural/industrial ☐ residential ☐ ornamental ☐ turf applications (select appropriate application/use).

3

g. To the best of my recollection, I was exposed to the following Roundup Products: _____
_____ (insert product name(s)).

h. I purchased or acquired Roundup Products at _____ (insert location(s) of acquisition and/or purchase).

i. I have attached all available proof of Roundup Products use (receipts, photographs, medical records, and/or employment records) to this verification [if available].

   YES ☐     NO ☐

j. Medical record(s) documenting diagnosis of NHL are attached to this Claim Form.

   YES ☐     NO ☐

### 4. MEDICAL HISTORY

a. Check any statement below that applies to the Roundup Product User. <u>For statements concerning medical conditions or diagnosis, a statement should only be checked if the condition was present BEFORE or AT THE TIME OF the claimant's diagnosis of Non-Hodgkin's Lymphoma or a Non-Hodgkin's Lymphoma sub-type.</u>

   *First degree relative is defined as a family member who shares about 50 percent of their genes with a particular individual in a family, including parents, offspring, and siblings.*

   ☐ Claimant has a first degree relative who has been diagnosed with Lymphoma.
   ☐ Claimant has a first degree relative who has been diagnosed with Leukemia.
   ☐ Claimant has a first degree relative who has been diagnosed with Non-Hodgkin's Lymphoma.
   ☐ Claimant has undergone an organ or stem cell transplant.
   ☐ Claimant has been diagnosed with an autoimmune disorder.
   ☐ Claimant has been diagnosed with Epstein-Barr virus.
   ☐ Claimant takes immunosuppressive medications.
   ☐ Claimant has been diagnosed with HIV or AIDS.
   ☐ Prior to being diagnosed with Non-Hodgkin's Lymphoma or a Non-Hodgkin's Lymphoma sub-type, Claimant has undergone chemotherapy treatment.
   ☐ Claimant has been diagnosed with Hepatitis C virus.
   ☐ Claimant has ocular lymphoma AND has been diagnosed with chlamydia psittaci.
   ☐ Claimant has gastric MALT lymphoma AND has been diagnosed with H. Pylori.
   ☐ Prior to being diagnosed with Non-Hodgkin's Lymphoma or a Non-Hodgkin's Lymphoma sub-type, Claimant has received radiation treatment.

b. Check any statement below that applies to the Roundup Product User. <u>For statements concerning medical conditions or diagnosis, a statement should only be checked if the condition was present BEFORE or AT THE TIME OF the claimant's diagnosis of Non-Hodgkin's Lymphoma.</u>

☐ Claimant has a prior personal history of cancer.
☐ Claimant has a family history of cancer.
☐ Claimant is a current or former smoker who smoked at least one (1) pack per day for 20 years or more.
☐ Claimant has been diagnosed with Hepatitis B.
☐ On the date the Claimant was diagnosed with non-Hodgkin lymphoma, Claimant's Body Mass Index (BMI) was greater than 30.
☐ Claimant has diabetes.
☐ Claimant has breast implants.

c. Check only one statement that applies to the status of the Roundup Product User's remission of non-Hodgkin lymphoma (or subtype of non-Hodgkin lymphoma).
  ☐ Claimant has been in remission for five or more years.
  ☐ Claimant has been in remission between three to five years.
  ☐ Claimant has been in remission for less than three years.
  ☐ Claimant has been diagnosed with recurrence of non-Hodgkin lymphoma.

## 5. OCCUPATIONAL HISTORY

Check any and all that apply. Roundup Product User was employed in the following occupation(s) preceding the claimant's diagnosis of non-Hodgkin's lymphoma or non-Hodgkin's lymphoma subtype.

☐ Car mechanic
☐ Cleaning service
☐ Electrician
☐ Agricultural
☐ Hairdressing
☐ Handling fission products, jet propellant, or solvents
☐ Horticultural
☐ Landscaping
☐ Metal working
☐ Painting
☐ Pest exterminator
☐ Petroleum refinery
☐ Rubber factory
☐ Textiles
☐ Woodworking
☐ X-radiation or gamma radiation

5

### 6. DOCUMENT REQUIREMENTS [Required for all Claims]

Attach all required documents. By checking the boxes below, indicate all documents you are submitting:

| | |
|---|---|
| ☐ | Completed Claim Form |
| ☐ | Medical record(s) establishing diagnosis of non-Hodgkin's lymphoma (NHL) or a subtype of non-Hodgkin's lymphoma and treatment plan Medical records that do not clearly delineate the diagnosis and medical treatment plan will cause delay in the processing of your claim. You will be notified of the deficiency and the documents will be returned to you for clarification, further processing, and/or timely resubmission. |
| ☐ | All available proof of Roundup Products use and duration of exposure (receipts, photographs, and/or employment records) required by Section 3 [if available]. Alternatively, an affidavit pertaining to Roundup use and duration of exposure. |

### 7. VERIFICATION & SIGNATURE

I certify under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all statements and information submitted in support of my claim, including the information contained within this Claim Form, are true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Claim Form, may result in fines, imprisonment, and/or any other remedy available by law.

| Claimant / Representative's Signature | | | DATE | ____/____/____ (Month/Day/Year) |
|---|---|---|---|---|
| Printed Name | First | MI | Last | |

Electronic Signature Verification [DocuSign® or similar]

Alternative for those Claimants unable to electronically sign: **Attach Copy of Government Issued Photo Identification**
[Driver's licenses or other state photo identity cards issued by Department of Motor Vehicles (or equivalent); U.S. passport; U.S. passport card; DHS trusted traveler cards (Global Entry, NEXUS, SENTRI, FAST); U.S. Department of Defense ID, including IDs issued to dependents; Permanent resident card; Border crossing card; State-issued Enhanced Driver's License; Federally recognized, tribal-issued photo ID; HSPD-12 PIV card; Foreign government-issued passport; Canadian provincial driver's license or Indian and Northern Affairs Canada card; Transportation worker identification credential; U.S. Citizenship and Immigration Services Employment Authorization Card (I-766); U.S. Merchant Mariner Credential]

6