**EXHIBIT 2**:

E-mail thread with Monsanto's Attorneys

at King & Spalding



David Randolph Smith <drs@drslawfirm.com>

## Roundup Settlement
12 messages

---

**David Randolph Smith** <drs@drslawfirm.com>                    Fri, Jul 10, 2020 at 11:43 AM
To: "Varney, Lana" <lvarney@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>

Lana:
Aimee Wagstaff told me to contact you directly regarding negotiating settlement of my two Roundup cases.
**Brian Caton- filed**
**Danny Stepehns- tolled**
We have registered both of these clients with MDL Centrality and have completed the PFS with appropriate authorizations.
Would you let us know what we need to do to move forward toward resolution?
David

David Randolph Smith
Board Certified Medical Malpractice Specialist
**David Randolph Smith & Associates**
1913 21st Avenue South
Nashville, Tennessee 37212
office:(615) 742-1775
cell: 615-957-0912
fax: (615) 742-1223
http://www.drslawfirm.com

This e-mail and its attachments contain information from David Randolph Smith & Associates which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.

---

**Varney, Lana** <LVarney@kslaw.com>                              Sun, Jul 12, 2020 at 4:29 PM
To: David Randolph Smith <drs@drslawfirm.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>, "Zimmer, Fritz" <FZimmer@kslaw.com>

Hi David,

Thanks for reaching out.  Can you please send to me the PFSs for your clients?  I can ask our litigation team for them, but thought you might have them at your fingertips.

Once reviewed, we will contact you to discuss further.  Do you have a demand letter you'd like to send along?

Thanks,

Lana

---

**Lana K. Varney**
*Partner*

T: +1 512 457 2060  |  E: lvarney@kslaw.com  |  www.kslaw.com

BIO  |  vCARD

King & Spalding LLP
500 West 2nd Street
Suite 1800
Austin, Texas 78701

**KING & SPALDING**

**From:** David Randolph Smith <drs@drslawfirm.com>
**Sent:** Friday, July 10, 2020 11:44 AM
**To:** Varney, Lana <LVarney@KSLAW.com>
**Cc:** Catherine Gemmato-Smith <cgs@drslawfirm.com>
**Subject:** Roundup Settlement

**\*\*External Sender\*\***

[Quoted text hidden]

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.

---

**David Randolph Smith** <drs@drslawfirm.com>                                    Sun, Jul 12, 2020 at 6:21 PM
To: "Varney, Lana" <LVarney@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>

Thank you. We will get back to you ASAP.

[Quoted text hidden]

--
[Quoted text hidden]

---

**David Randolph Smith** <drs@drslawfirm.com>                                  Sun, Jul 12, 2020 at 7:27 PM
To: "Varney, Lana" <LVarney@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>, "Zimmer, Fritz" <FZimmer@kslaw.com>

Lana:
Attached are the fact sheets for Brian Caton and Danny Stephens.  Let's discuss the fact sheets when your team has
reviewed.  At this point we do not have a demand but will get you one soon.
David

On Sun, Jul 12, 2020 at 4:29 PM Varney, Lana <LVarney@kslaw.com> wrote:
[Quoted text hidden]


--
[Quoted text hidden]

---

**2 attachments**

 **Caton_Brian _PFS.pdf**
236K

 **Stephens, Danny_PFS.pdf**
238K

---

**David Randolph Smith** <drs@drslawfirm.com>                                  Tue, Sep 22, 2020 at 8:28 AM
To: "Varney, Lana" <LVarney@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>, "Zimmer, Fritz" <FZimmer@kslaw.com>
Bcc: David Randolph Smith <drs@drslawfirm.com>

Hello Lana:
At your request, we sent you the PFSs for our two roundup clients in July.   I was following up to see  what the next
steps are.
David
[Quoted text hidden]

---

**David Randolph Smith** <drs@drslawfirm.com>                                  Wed, Oct 28, 2020 at 10:31 AM
To: "Varney, Lana" <LVarney@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>, "Zimmer, Fritz" <FZimmer@kslaw.com>

Hello Lana:
Do you have any updates on next steps with our Roundup cases?
David
[Quoted text hidden]

---

**David Randolph Smith** <drs@drslawfirm.com>                                  Tue, Nov 10, 2020 at 2:11 PM
To: "Varney, Lana" <LVarney@kslaw.com>, "Zimmer, Fritz" <FZimmer@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>

Lana/Fritz:

I am checking in to see what the next steps are on the Roundup settlements?
David
[Quoted text hidden]

---

**David Randolph Smith** <drs@drslawfirm.com>                                    Wed, Nov 25, 2020 at 10:48 AM
To: "Varney, Lana" <LVarney@kslaw.com>, "Zimmer, Fritz" <FZimmer@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>

Lana/Fritz:
 We would like to move our two roundup cases toward resolution.  Is it possible to have a call with someone on your
team to discuss next steps?
David
[Quoted text hidden]

---

**Varney, Lana** <LVarney@kslaw.com>                                             Wed, Nov 25, 2020 at 12:37 PM
To: David Randolph Smith <drs@drslawfirm.com>
Cc: "Zimmer, Fritz" <FZimmer@kslaw.com>, Catherine Gemmato-Smith <cgs@drslawfirm.com>, "Bailey, Mel"
<MBailey@kslaw.com>

Hi David,
Thanks for reaching out again.  And may i also give thanks for your patience.  My apologies for be tardy in responding;
just overwhelmed with pandemic pressures.

I'm looping in our partner Mel Bailey, who has graciously volunteered to take the baton from me and see if we can
move forward on resolving your two cases.  You should hear from Mel soon.

Thanks again,

Lana

On Nov 25, 2020, at 10:49 AM, David Randolph Smith <drs@drslawfirm.com> wrote:

**External Sender**
Lana/Fritz:
 We would like to move our two roundup cases toward resolution.  Is it possible to have a call with someone on your
team to discuss next steps?
David

On Tue, Nov 10, 2020 at 2:11 PM David Randolph Smith <drs@drslawfirm.com<mailto:drs@drslawfirm.com>> wrote:
Lana/Fritz:
I am checking in to see what the next steps are on the Roundup settlements?
David

On Wed, Oct 28, 2020 at 10:31 AM David Randolph Smith <drs@drslawfirm.com<mailto:drs@drslawfirm.com>>
wrote:
Hello Lana:
Do you have any updates on next steps with our Roundup cases?
David

On Tue, Sep 22, 2020 at 8:28 AM David Randolph Smith <drs@drslawfirm.com<mailto:drs@drslawfirm.com>> wrote:
Hello Lana:
At your request, we sent you the PFSs for our two roundup clients in July.   I was following up to see  what the next
steps are.
David

On Sun, Jul 12, 2020 at 7:27 PM David Randolph Smith <drs@drslawfirm.com<mailto:drs@drslawfirm.com>> wrote:
Lana:
Attached are the fact sheets for Brian Caton and Danny Stephens.  Let's discuss the fact sheets when your team has
reviewed.  At this point we do not have a demand but will get you one soon.
David

On Sun, Jul 12, 2020 at 4:29 PM Varney, Lana <LVarney@kslaw.com<mailto:LVarney@kslaw.com>> wrote:
Hi David,

Thanks for reaching out.  Can you please send to me the PFSs for your clients?  I can ask our litigation team for them,
but thought you might have them at your fingertips.

Once reviewed, we will contact you to discuss further.  Do you have a demand letter you'd like to send along?

Thanks,
Lana


___
Lana K. Varney
Partner

T: +1 512 457 2060  |  E: lvarney@kslaw.com<mailto:lvarney@kslaw.com>  |  www.kslaw.com<http://www.kslaw.com>

BIO<https://www.kslaw.com/people/lana-varney>  |  vCARD<https://www.kslaw.com/people/lana-varney.vcf>

King & Spalding LLP
500 West 2nd Street
Suite 1800
Austin, Texas 78701

<https://www.kslaw.com/>
<image001.png>


From: David Randolph Smith <drs@drslawfirm.com<mailto:drs@drslawfirm.com>>
Sent: Friday, July 10, 2020 11:44 AM
To: Varney, Lana <LVarney@KSLAW.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com<mailto:cgs@drslawfirm.com>>
Subject: Roundup Settlement

**External Sender**
Lana:
Aimee Wagstaff told me to contact you directly regarding negotiating settlement of my two Roundup cases.
Brian Caton- filed
Danny Stepehns- tolled
We have registered both of these clients with MDL Centrality and have completed the PFS with appropriate
authorizations.
Would you let us know what we need to do to move forward toward resolution?
David


David Randolph Smith
Board Certified Medical Malpractice Specialist

**David Randolph Smith & Associates**
1913 21st Avenue South<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
Nashville, Tennessee 37212<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
office:(615) 742-1775
cell: 615-957-0912
fax: (615) 742-1223
http://www.drslawfirm.com

This e-mail and its attachments contain information from  David Randolph Smith & Associates<http://www.drslawfirm.com> which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.

_____

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.
<https://www.kslaw.com/pages/privacy-notice>

--

**David Randolph Smith**
**Board Certified Medical Malpractice Specialist**
**David Randolph Smith & Associates**
1913 21st Avenue South<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
Nashville, Tennessee 37212<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
office:(615) 742-1775
cell: 615-957-0912
fax: (615) 742-1223
http://www.drslawfirm.com

This e-mail and its attachments contain information from  David Randolph Smith & Associates<http://www.drslawfirm.com> which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.

--

David Randolph Smith
Board Certified Medical Malpractice Specialist
David Randolph Smith & Associates
1913 21st Avenue South<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
Nashville, Tennessee 37212<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
office:(615) 742-1775
cell: 615-957-0912
fax: (615) 742-1223
http://www.drslawfirm.com

This e-mail and its attachments contain information from  David Randolph Smith & Associates<http://www.drslawfirm.com> which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.


--

David Randolph Smith
Board Certified Medical Malpractice Specialist
David Randolph Smith & Associates
1913 21st Avenue South<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
Nashville, Tennessee 37212<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
office:(615) 742-1775
cell: 615-957-0912
fax: (615) 742-1223
http://www.drslawfirm.com

This e-mail and its attachments contain information from  David Randolph Smith & Associates<http://www.drslawfirm.com> which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.


--

David Randolph Smith
Board Certified Medical Malpractice Specialist
David Randolph Smith & Associates
1913 21st Avenue South<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+

Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
Nashville, Tennessee 37212<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
office:(615) 742-1775
cell: 615-957-0912
fax: (615) 742-1223
http://www.drslawfirm.com

This e-mail and its attachments contain information from  David Randolph Smith & Associates<http://www.drslawfirm.com> which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.


--

David Randolph Smith
Board Certified Medical Malpractice Specialist
David Randolph Smith & Associates
1913 21st Avenue South<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
Nashville, Tennessee 37212<https://maps.google.com/maps?client=safari&oe=UTF-8&ie=UTF-8&q=David+Randolph+Smith+%26+Associates&fb=1&gl=us&hq=david+randolph+smith+associates&cid=6637819886783150375&ei=iM7ZUvCSKZDKsQSV44HgDQ&ved=0CKoBEPwSMAo>
office:(615) 742-1775
cell: 615-957-0912
fax: (615) 742-1223
http://www.drslawfirm.com

This e-mail and its attachments contain information from  David Randolph Smith & Associates<http://www.drslawfirm.com> which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.

KING & SPALDING    **image001.png**
17K

---

**David Randolph Smith** <drs@drslawfirm.com>                    Wed, Nov 25, 2020 at 12:41 PM
To: "Varney, Lana" <LVarney@kslaw.com>
Cc: "Zimmer, Fritz" <FZimmer@kslaw.com>, Catherine Gemmato-Smith <cgs@drslawfirm.com>, "Bailey, Mel" <MBailey@kslaw.com>

Thank you Lana.
I look forward to hearing from Mel.
David
[Quoted text hidden]
[Quoted text hidden]

Nashville, Tennessee 37212
office:(615) 742-1775
cell: 615-957-0912
fax: (615) 742-1223
http://www.drslawfirm.com

This e-mail and its attachments contain information from David Randolph Smith & Associates which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.

---

**David Randolph Smith** <drs@drslawfirm.com>                    Fri, Dec 11, 2020 at 8:57 AM
To: "Bailey, Mel" <MBailey@kslaw.com>
Cc: "Zimmer, Fritz" <FZimmer@kslaw.com>, "Varney, Lana" <LVarney@kslaw.com>, Catherine Gemmato-Smith
<cgs@drslawfirm.com>
Bcc: David Randolph Smith <drs@drslawfirm.com>

> Mel:
> I am checking in to see how we can move my two roundup cases towards resolution.  Looking forward to hearing from
> you.
> David
> [Quoted text hidden]

---

**Catherine Gemmato-Smith** <cgs@drslawfirm.com>                 Tue, Nov 14, 2023 at 7:22 AM
To: David Randolph Smith <drs@drslawfirm.com>


# Forwarded Conversation
## Subject: Roundup Settlement
------------------------

From: **David Randolph Smith** <drs@drslawfirm.com>
Date: Fri, Jul 10, 2020 at 11:44 AM
To: Varney, Lana <lvarney@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>


Lana:
Aimee Wagstaff told me to contact you directly regarding negotiating settlement of my two Roundup cases.
**Brian Caton- filed**
**Danny Stepehns- tolled**
We have registered both of these clients with MDL Centrality and have completed the PFS with appropriate
authorizations.
Would you let us know what we need to do to move forward toward resolution?
David




David Randolph Smith
Board Certified Medical Malpractice Specialist
**David Randolph Smith & Associates**
1913 21st Avenue South
Nashville, Tennessee 37212

office:(615) 742-1775
cell: 615-957-0912
fax: (615) 742-1223
http://www.drslawfirm.com

This e-mail and its attachments contain information from David Randolph Smith & Associates which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.

----------
From: Varney, Lana <LVarney@kslaw.com>
Date: Sun, Jul 12, 2020 at 4:29 PM
To: David Randolph Smith <drs@drslawfirm.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>, Zimmer, Fritz <FZimmer@kslaw.com>

Hi David,

Thanks for reaching out.  Can you please send to me the PFSs for your clients?  I can ask our litigation team for them, but thought you might have them at your fingertips.

Once reviewed, we will contact you to discuss further.  Do you have a demand letter you'd like to send along?

Thanks,

Lana

---

**Lana K. Varney**
*Partner*

T: +1 512 457 2060  |  E: lvarney@kslaw.com  |  www.kslaw.com

BIO  |  vCARD

King & Spalding LLP
500 West 2nd Street
Suite 1800
Austin, Texas 78701

KING & SPALDING

**From:** David Randolph Smith <drs@drslawfirm.com>
**Sent:** Friday, July 10, 2020 11:44 AM
**To:** Varney, Lana <LVarney@KSLAW.com>
**Cc:** Catherine Gemmato-Smith <cgs@drslawfirm.com>
**Subject:** Roundup Settlement


**External Sender**

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.


----------
From: **David Randolph Smith** <drs@drslawfirm.com>
Date: Sun, Jul 12, 2020 at 6:21 PM
To: Varney, Lana <LVarney@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>


Thank you. We will get back to you ASAP.
--


----------
From: **David Randolph Smith** <drs@drslawfirm.com>
Date: Sun, Jul 12, 2020 at 7:27 PM
To: Varney, Lana <LVarney@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>, Zimmer, Fritz <FZimmer@kslaw.com>


Lana:
Attached are the fact sheets for Brian Caton and Danny Stephens. Let's discuss the fact sheets when your team has reviewed. At this point we do not have a demand but will get you one soon.
David

On Sun, Jul 12, 2020 at 4:29 PM Varney, Lana <LVarney@kslaw.com> wrote:


--


----------
From: **David Randolph Smith** <drs@drslawfirm.com>
Date: Tue, Sep 22, 2020 at 8:28 AM
To: Varney, Lana <LVarney@kslaw.com>

Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>, Zimmer, Fritz <FZimmer@kslaw.com>

Hello Lana:
At your request, we sent you the PFSs for our two roundup clients in July.   I was following up to see  what the next steps are.
David

----------
From: **David Randolph Smith** <drs@drslawfirm.com>
Date: Wed, Oct 28, 2020 at 10:32 AM
To: Varney, Lana <LVarney@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>, Zimmer, Fritz <FZimmer@kslaw.com>

Hello Lana:
Do you have any updates on next steps with our Roundup cases?
David

----------
From: **David Randolph Smith** <drs@drslawfirm.com>
Date: Tue, Nov 10, 2020 at 2:11 PM
To: Varney, Lana <LVarney@kslaw.com>, Zimmer, Fritz <FZimmer@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>

Lana/Fritz:
I am checking in to see what the next steps are on the Roundup settlements?
David

----------
From: **David Randolph Smith** <drs@drslawfirm.com>
Date: Wed, Nov 25, 2020 at 10:49 AM
To: Varney, Lana <LVarney@kslaw.com>, Zimmer, Fritz <FZimmer@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>

Lana/Fritz:
 We would like to move our two roundup cases toward resolution.  Is it possible to have a call with someone on your team to discuss next steps?
David

----------
From: **Varney, Lana** <LVarney@kslaw.com>
Date: Wed, Nov 25, 2020 at 12:37 PM
To: David Randolph Smith <drs@drslawfirm.com>
Cc: Zimmer, Fritz <FZimmer@kslaw.com>, Catherine Gemmato-Smith <cgs@drslawfirm.com>, Bailey, Mel <MBailey@kslaw.com>
[Quoted text hidden]
----------
From: **David Randolph Smith** <drs@drslawfirm.com>
Date: Wed, Nov 25, 2020 at 12:41 PM
To: Varney, Lana <LVarney@kslaw.com>

Cc: Zimmer, Fritz <FZimmer@kslaw.com>, Catherine Gemmato-Smith <cgs@drslawfirm.com>, Bailey, Mel <MBailey@kslaw.com>


Thank you Lana.
I look forward to hearing from Mel.
David
Nashville, Tennessee 37212
office:(615) 742-1775
cell: 615-957-0912
fax: (615) 742-1223
http://www.drslawfirm.com

This e-mail and its attachments contain information from  David Randolph Smith & Associates which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.


----------
From: **David Randolph Smith** <drs@drslawfirm.com>
Date: Fri, Dec 11, 2020 at 8:57 AM
To: Bailey, Mel <MBailey@kslaw.com>
Cc: Zimmer, Fritz <FZimmer@kslaw.com>, Varney, Lana <LVarney@kslaw.com>, Catherine Gemmato-Smith <cgs@drslawfirm.com>
[Quoted text hidden]


--

Catherine Gemmato-Smith
DRS LAW
1913 21st Avenue South
Nashville, TN 37212
Phone:    615.742.1775
Fax:      615.742.1223
Cell:     615.293.4191

This e-mail and its attachments contain information from the Law Offices of David Randolph Smith & Associates which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.


---

**2 attachments**

 **Caton_Brian _PFS.pdf**
236K

**Stephens, Danny_PFS.pdf**
238K



David Randolph Smith <drs@drslawfirm.com>

---

## Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>                    Thu, Mar 18, 2021 at 12:40 PM
To: "Bailey, Mel" <MBailey@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>, "Varney, Lana" <lvarney@kslaw.com>, "Zimmer, Fritz"
<FZimmer@kslaw.com>

Hello Mel:
We sent you the requested documentation on our clients on January 14, 2021.  In the meantime we have reviewed
the eligibility and settlement criteria of Monsanto's settlement program that you provided us.

Both Mr. Stephens and Mr. Caton meet all of the eligibility criteria and neither has any of the value criteria that
Monsanto considers to reduce the value of their claims.

We have received updated lien information from Hill HIll Carter.

Mr. Stephens' lien is ▨▨▨▨ and Mr. Caton's lien is ▨▨▨▨
.
**Our opening demand to settle both cases is $▨▨▨▨.**

We look forward to hearing from you and are available to have a call to discuss our demand and the
settlement process.

So you have everything in one place, I am attaching to this e-mail the   a bookmarked pdf for each of the above
clients.

The pdfs include the following:
**1. Plaintiff Information Sheet**
**2. Notarized Exposure Affidavit**
**3. Product Photos and /or Receipts**
**4. Pathology**

I  have also attached to this e-mail the detail of the claims paid by BCBS TN for both Mr. Stephens and Mr. Caton.

Please confirm receipt of this e-mail.


David



David Randolph Smith
Board Certified Medical Malpractice Specialist
**David Randolph Smith & Associates**
1913 21st Avenue South
Nashville, Tennessee 37212
office:(615) 742-1775
cell: 615-957-0912
fax: (615) 742-1223
http://www.drslawfirm.com

DRS Law Personal Injury Lawyers Mail - Demands for Roundup cases Danny Stephens and Brian Caton
Case 3:16-md-02741-VC   Document 17506-2   Filed 11/16/23   Page 16 of 31
11/13/23, 12:04 PM

This e-mail and its attachments contain information from David Randolph Smith & Associates which may be confidential or protected by the attorney-client privilege and/or the attorney work product doctrine and is exempt from disclosure under applicable law. This message is intended only for the use of the individual or entity to which it is addressed. If you have received this message in error, you are prohibited from copying, distributing, or using any of the information in the message. Please contact the sender immediately by return e-mail and delete the original message from your system.

### 4 attachments

 **2021.01.14_Caton, Brian_Docs to Defense.pdf**
13055K

 **2020.01.14_Stephens,D_ Docs to Defense.pdf**
4146K

**2021.01.20_Stephens, Danny - Summary of Benefits - Round Up (BCBSTN) (1).xlsx**
46K

 **2021.01.20_Caton, Brian - Summary of Benefits - Round Up (BCBSTN) (1).xlsx**
33K



David Randolph Smith <drs@drslawfirm.com>

---

## Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>                    Tue, Apr 27, 2021 at 2:19 PM
To: "Bailey, Mel" <MBailey@kslaw.com>
Cc: Catherine Gemmato-Smith <cgs@drslawfirm.com>, "Varney, Lana" <lvarney@kslaw.com>, "Zimmer, Fritz" <FZimmer@kslaw.com>

> Hello Mel:
> We sent you a demand to settle our two cases  last month.  See below.  Do you have a response?
> David
> [Quoted text hidden]
> --
> [Quoted text hidden]



David Randolph Smith <drs@drslawfirm.com>

---

## Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>                                    Tue, Dec 21, 2021 at 7:22 AM
To: "Bailey, Mel" <MBailey@kslaw.com>
Bcc: David Randolph Smith <drs@drslawfirm.com>

Dear Mel:
We spoke earlier this year about resolving our two Roundup cases.
We sent you a demand on March 18,2021 and never heard back from you.  .
Would you kindly respond one way or the other on this?
David
[Quoted text hidden]
--
[Quoted text hidden]

---

**4 attachments**


**2021.01.14_Caton, Brian_Docs to Defense.pdf**
13055K


**2020.01.14_Stephens,D_ Docs to Defense.pdf**
4146K


**2021.01.20_Stephens, Danny - Summary of Benefits - Round Up (BCBSTN) (1).xlsx**
46K

**2021.01.20_Caton, Brian - Summary of Benefits - Round Up (BCBSTN) (1).xlsx**
33K



David Randolph Smith <drs@drslawfirm.com>

## Demand for Roundup cases - Danny Stephens and Brian Caton

**Mel Bailey** <MBailey@kslaw.com>                                              Tue, Dec 21, 2021 at 9:23 AM
To: David Randolph Smith <drs@drslawfirm.com>

Thanks David. I will get a response by next week.

**From:** David Randolph Smith <drs@drslawfirm.com>
**Sent:** Tuesday, December 21, 2021 7:22:51 AM
**To:** Mel Bailey <MBailey@KSLAW.com>
**Subject:** Demand for Roundup cases - Danny Stephens and Brian Caton

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

[Quoted text hidden]

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.

DRS Law Personal Injury Lawyers Mail - Demand for Roundup cases - Danny Stephens and Brian Caton                11/13/23, 12:06 PM



David Randolph Smith <drs@drslawfirm.com>

---

## Demand for Roundup cases - Danny Stephens and Brian Caton

---

**David Randolph Smith** <drs@drslawfirm.com>                                    Thu, Dec 30, 2021 at 8:44 AM
To: Mel Bailey <MBailey@kslaw.com>

Thank you Mel.  I look forward to hearing from you.
David

[Quoted text hidden]



David Randolph Smith <drs@drslawfirm.com>

## Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>                                     Mon, Jan 3, 2022 at 9:27 AM
To: Mel Bailey <MBailey@kslaw.com>

Mel:
I thought you were going to respond by last week?
David

[Quoted text hidden]



David Randolph Smith <drs@drslawfirm.com>

## Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>                                   Thu, Feb 3, 2022 at 12:26 PM
To: Mel Bailey <MBailey@kslaw.com>

Mel:
We would like to hear back from you on resolving our roundup claims.
David
[Quoted text hidden]



David Randolph Smith <drs@drslawfirm.com>

---

## Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>                                     Mon, Apr 11, 2022 at 4:04 PM
To: Mel Bailey <MBailey@kslaw.com>

Mel:
On 12/21/21 you e-mailed me that we would get a response to our demand on these cases in a week. We still have not heard from you. Please let me know something.
David
[Quoted text hidden]



David Randolph Smith <drs@drslawfirm.com>

## Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>                                      Wed, Nov 30, 2022 at 8:27 AM
To: Mel Bailey <MBailey@kslaw.com>

Mel:
Catherine Smith in my office just left you a voicemail regarding our two Roundup cases.  Please let us know the status
of responding to our demand.
David
[Quoted text hidden]



David Randolph Smith <drs@drslawfirm.com>

## Demand for Roundup cases - Danny Stephens and Brian Caton

**Mel Bailey** <MBailey@kslaw.com>                                    Wed, Nov 30, 2022 at 8:55 AM
To: David Randolph Smith <drs@drslawfirm.com>

Let me look into the status and I will give you a call.

[Quoted text hidden]

11/13/23, 12:09 PM



David Randolph Smith <drs@drslawfirm.com>

## Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>                           Wed, Nov 30, 2022 at 9:14 AM
To: Mel Bailey <MBailey@kslaw.com>

Thank you!

[Quoted text hidden]



David Randolph Smith <drs@drslawfirm.com>

## Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>                    Mon, Dec 12, 2022 at 9:41 AM
To: Mel Bailey <MBailey@kslaw.com>

Mel:
Have you an update on the status of our two cases?
Brian Caton and Danny Stephens?
In your last e-mail of 11/30/22, you said you were looking into the status  and would give us a call.
David
615-957-0912
[Quoted text hidden]



David Randolph Smith <drs@drslawfirm.com>

# Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>
To: Mel Bailey <MBailey@kslaw.com>

Mon, Dec 19, 2022 at 8:35 AM

Mel:
Have you found out any information about the status of these cases?
David

[Quoted text hidden]



David Randolph Smith <drs@drslawfirm.com>

---

## Demand for Roundup cases - Danny Stephens and Brian Caton

---

**David Randolph Smith** <drs@drslawfirm.com>                    Tue, Dec 27, 2022 at 10:08 AM
To: Mel Bailey <MBailey@kslaw.com>

Mel:
Checking in again on getting these cases wrapped up.  Please give me an update.
David
[Quoted text hidden]



David Randolph Smith <drs@drslawfirm.com>

---

## Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>
To: Mel Bailey <MBailey@kslaw.com>

Fri, Jan 13, 2023 at 10:38 AM

Mel:

Checking in again on my 2 Roundup cases.

Please let me know something one way or the other so I can communicate with my clients.

David

[Quoted text hidden]

11/13/23, 12:12 PM



David Randolph Smith <drs@drslawfirm.com>

## Demand for Roundup cases - Danny Stephens and Brian Caton

**David Randolph Smith** <drs@drslawfirm.com>
To: Mel Bailey <MBailey@kslaw.com>

Mon, Mar 27, 2023 at 10:23 AM

Mel:
Do you have a response to our demand?
David
[Quoted text hidden]