# **EXHIBIT 3**:

# Letter from Special Master Feinberg dated June 21, 2021

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

June 21, 2021

David Randolph Smith & Dominick Randolph Smith
David Randolph Smith & Associates
1913 21st Avenue South
Nashville, TN 37212

**In Re:   MDL. No. 2741 (N.D. Cal.)  Roundup Independent Settlement Program
Potential Claimant: Brian Caton**

Dear Counsel:

You are receiving this letter because to date, we have not received a completed Claim Form from you in the above-referenced Program (the "Program").  Please contact us at **RoundupProgram@FeinbergLawOffices.com** if you need more information about the Program and/or need assistance in completing the Claim Form.

You may send the completed Claim Form and associated documentation to **RoundupProgram@FeinbergLawOffices.com**. Once we receive the requested documentation we will finalize the review of your claim. Should you have any questions regarding this letter, please call us at 202-371-1110.  Thank you very much.

Sincerely yours,

Kenneth R. Feinberg
Independent Settlement Master