David J. Diamond, Esq.
AZ Bar No.: 010842 (Pro Hac Vice)
DIAMOND LAW, PLLC
1700 E. River Road, #65237
Tucson, AZ 85718
Telephone: (520) 909-0909
Facsimile:  (520) 527-1074
Email:  ddiamond@diamondlawusa.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Scott DeMent and Melody DeMent, | Case No. 3:19-cv-01182 |
| Plaintiffs, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

## UNOPPOSED MOTION TO REOPEN AND REINSTATE CASE TO ACTIVE STATUS

Plaintiffs, by and through undersigned Counsel, respectfully request that the Court reopen and reinstate Plaintiffs' case to active status. Undersigned Counsel has discussed this Motion with defense counsel who relayed there is no objection to DeMent's Motion.

The Court dismissed the DeMent case (Doc. 17469) for failure to comply with PTO 240. However, per the terms of Diamond Law's Master Settlement Agreement (MSA), Monsanto and DeMent, are proceeding to mediation with Special Master Glenn Norton.

UNOPPOSED MOTION TO REOPEN AND REINSTATE CASE TO ACTIVE STATUS - 3:19-cv-01182

Mr. Feinberg was made aware of this situation, most recently by email on October 6, 2023. **Exhibit 1**. The attached email provides, in relevant part: "Efimenko and DeMent are on the Judge's order requiring participation in your settlement program as they opted out of my client's global settlement program. However, per my MSA with Monsanto, these two clients are to have Judge Norton mediate their disputes. The DeMent matter is slowly proceeding forward towards a Norton mediation . . . ."

The DeMent case has been worked up, but mediation has not yet occurred in light of Dr. DeMent's health, scheduling, and to allow time for Monsanto to independently obtain Dr. DeMent's records. It is anticipated that mediation will occur in early 2024. Should DeMent not settle at mediation with Special Master Norton, the MSA allows DeMent to choose binding arbitration or to proceed forward with litigation.

For background, the MSA allowed Diamond Law clients to opt out of the settlement. Of the 415 eligible claimants,[1] only three clients opted out. One opt out case has now been resolved. Another is being mediated by Ken Feinberg per the claimant's request and Mr. Feinberg's agreement. The third, DeMent, is being mediated by Special Master, Judge Glenn Norton, retired, per the terms of the MSA.

For the forgoing reasons, it is respectfully requested that the Court reinstate Plaintiffs Dement's case to active status. Should this case settle at mediation, counsel will promptly notify the Court.

---

[1] Also, prior to entering into the MSA, two of Diamond Law's (formerly Goldberg & Osborne's) Wave 1 cases, and one Wave 2 case settled.

UNOPPOSED MOTION TO REOPEN AND REINSTATE CASE TO ACTIVE STATUS - 3:19-cv-01182

2

Dated: November 17, 2023

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond, Esq.
AZ Bar No.: 010842 (Pro Hac Vice)
DIAMOND LAW, PLLC
1700 E. River Road, #65237
Tucson, AZ 85718
Telephone: (520) 909-0909
Facsimile:  (520) 527-1074
Email:  ddiamond@diamondlawusa.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on November 17, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record. In addition, Mr. Feinberg also was copied by email.

*/s/ David J. Diamond*
David J. Diamond