# EXHIBIT 1

**David Diamond**

| | |
|---|---|
| **From:** | David Diamond |
| **Sent:** | Friday, October 6, 2023 4:03 PM |
| **To:** | Ken Feinberg |
| **Cc:** | ~~...y Hampton, David Diamond~~ |
| **Subject:** | Roundup Opt Outs –Feinberg Mediation |

Ken,

It was good talking to you earlier today about three of my clients: **Efimenko, Dement and Sessions**.

**Efimenko** and **Dement** are on the judge's order requiring participation in your settlement program as they opted out of my clients' global settlement program. However, per my MSA with Monsanto, these two clients are to have Judge Norton mediate their disputes. The **Dement** matter is slowly proceeding forward towards a Norton mediation, but **Efimenko** told my assistant that he would prefer that you mediate his case (he was on a call that you participated in a while back). Please let me know what you would like me to provide you prior to a **Efimenko** mediation and when would be a good time for the mediation.

The third case we discussed is Earl **Sessions**' case.

Redacted

Thanks for all of your help, Ken.

Best regards,

David J. Diamond
DIAMOND LAW
ddiamond@diamondlawusa.com
520-909-0909
Sent from my iPad

On Feb 14, 2023, at 8:55 AM, Ken Feinberg <kfeinberg@feinberglawoffices.com> wrote:

David,

Nope.

Ken

**From:** David Diamond <ddiamond@diamondlawusa.com>
**Sent:** Tuesday, February 14, 2023 10:42 AM