David J. Diamond, Esq.
AZ Bar No.: 010842 (Pro Hac Vice)
DIAMOND LAW, PLLC
1700 E. River Road, #65237
Tucson, AZ 85718
Telephone: (520) 909-0909
Facsimile:  (520) 527-1074
Email:  ddiamond@diamondlawusa.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Scott DeMent and Melody DeMent, | Case No. 3:19-cv-01182 |
| Plaintiffs, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO REOPEN AND REINSTATE CASE TO ACTIVE STATUS

Before the Court is the Unopposed Motion to Reopen and Reinstate Case to Active Status. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the *DeMent v. Monsanto* Case be reopened and returned to active status.

Dated: _____, 2021

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT