UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| ****************************************************************** | | |
| This document relates to: | | |
| YVETTTE A. D'AUNOY<br>        v.<br>MONSANTO COMPANY; HARRY'S HARDWARE, INC.; and OHIO SECURITY INSURANCE COMPANY | * * * * * * * | ~~LAE/2:19-cv-13594~~<br>3:20-cv-01014-VC |
| ****************************************************************** | | |

## ORDER OF DISMISSAL

The above captioned matter, MDL No. 2741, Case No. 3:16-md-02741-VC, relating *solely* to the claims of Plaintiff, Yvette A. D'Aunoy, ~~LAE/2:19-cv-13594,~~ having come before the Court on the Joint Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Court now having reviewed said request and finding good cause, **GRANTS** the Joint Stipulation of Dismissal With Prejudice and finds that the above captioned matter, MDL No. 2741, Case No. 3:16-md-02741-VC, relating *solely* to the claims of Plaintiff, Yvette A. D'Aunoy, ~~LAE/2:19-cv-13594~~, should be dismissed, with prejudice, each party to bear its own attorney's fees, costs and expenses.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the above captioned matter, MDL No. 2741, Case No. 3:16-md-02741-VC, relating *solely* to the claims of Plaintiff, Yvette A. D'Aunoy, ~~LAE/2:19-cv-13594~~, be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: November 20, 2023

