**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@getgomez.com*
Cristina Murillo (SBN 345769)
*cristina@getgomez.com*
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This Document Relates to: | Honorable Vince Chhabria |
| *All Actions Listed on Exhibit A* | **NOTICE OF APPEARANCE OF CRISTINA MURILLO ON BEHALF OF PLAINTIFFS** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Cristina Murillo of Gomez Trial Attorneys hereby enters an appearance as counsel for all Plaintiffs listed on Exhibit A. Please serve said counsel with all pleadings and notices in these actions.

Dated: November 21, 2023                    Respectfully submitted,

By: */s/ Cristina Murillo*
John H. Gomez, Esq.
Cristina Murillo, Esq.
**GOMEZ TRIAL ATTORNEYS**
**Attorneys for Plaintiff**
john@getgomez.com
cristina@getgomez.com

---

-1-
NOTICE OF APPEARANCE OF CRISTINA MURILLO ON BEHALF OF PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on 21st day of November, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                        */s/ Cristina Murillo*
                                        Cristina Murillo, Esq.

# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Allen v. Monsanto Company | 3:23-cv-05239 |
| Greenwood v. Monsanto Co. | 3:22-cv-04830 |
| Harms et al v. Monsanto Company | 3:23-cv-03876 |
| Holbrook v. Monsanto Company | 3:23-cv-00956 |
| Levine v. Monsanto Company | 3:22-cv-08859 |
| Pridgen et al v. Monsanto Company | 3:23-cv-03025 |
| Sorrell et al v. Monsanto Company | 3:22-cv-05287 |
| Sparkman et al. v. Monsanto | 3:21-cv-06497 |
| Wasson v. Monsanto Company | 3:22-cv-05412 |