**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *Marcus Fitz; Jeffrey Fitz,* <br> 3:21-cv-03580-VC | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **MONSANTO COMPANY'S OPPOSITION TO MOTION FOR LEAVE TO AMEND SCHEDULING ORDER** <br><br> **Hearing:** <br> Date: December 7, 2023 <br> Time: 1:00 p.m. <br> Place: Courtroom 4 (Via Zoom) |

Wave 6A Plaintiffs Marcus Fitz and Jeffrey Fitz ("Plaintiffs") were required to submit expert reports no later than June 26, 2023. *See* Order Granting Joint Request for Revised Schedule for Wave 5-6 Cases and Adding Wave 7 Schedule ("Scheduling Order") (MDL ECF #15506). Plaintiffs did not submit an expert report regarding specific causation by the June 26, 2023 deadline.

On October 20, 2023, Monsanto filed a Motion for Summary Judgment ("MSJ") based on causation. (ECF #12.) Plaintiffs did not file a timely response to the MSJ, which was due by November 3, 2023. Instead, on October 27, 2023, Plaintiffs served an untimely expert report of Charles Farber, MD as to specific causation and then on November 7, 2023 they filed this motion for leave to have the expert report deemed timely ("Motion"). (ECF #15.)

Because Plaintiffs did not file a timely response to the MSJ, Monsanto respectfully requests that the Court grant the MSJ and deny this Motion. Additionally, Monsanto would be prejudiced if the Court deems the expert report of Dr. Farber to be timely because Monsanto did not have the opportunity to submit a rebuttal expert report to Dr. Farber, which would have been due on July 26, 2023.

Thus, if the Court is inclined to grant this Motion and permit Plaintiffs' late disclosure of Dr. Farber, then Monsanto respectfully requests that this case be moved to Wave 7D.

Dated: November 21, 2023         Respectfully submitted,

*/s/ Jed P. White*
Jed P. White
Attorney for Defendant Monsanto Company

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send

1 | a notice of electronic filing (NEF) to all counsel of record who are CM/ECF
2 | participants.

*/s/ Jed P. White*
Jed P. White