1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs

2
600 Travis Street, Suite 3400
Houston, TX 77002-2026

3
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508

4
Email:        jstubbs@shb.com

5
*Attorneys for Defendant*
*MONSANTO COMPANY*

6
UNITED STATES DISTRICT COURT

7
NORTHERN DISTRICT OF CALIFORNIA

8
IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

9

10
This document relates to:

11
*Jerrad Bergeret; et al. v. Monsanto Co., et al.*,
3:23-cv-04960-VC

12

MDL No. 2741

Case No. 3:16-md-02741-VC

13

14
**<u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>**

15
Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16
("Monsanto") makes the following disclosures:

17
1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18
2.    Bayer AG is a publicly held corporation.

19

20

21

22

23

24

25

26

27

28

DATED:  November 24, 2023          Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone:   (713) 227-8008
    Facsimile:    (713) 227-9508
    Email:         jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 24th day of November, 2023, I electronically transmitted the foregoing MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/ Jennise W. Stubbs*
Jennise W. Stubbs