Robert J. King, Jr.
CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8242
rjk@ciresiconlin.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Edward Berry, Jr. v. Monsanto Co.*<br>Case No. 3:20-cv-05963-VC | Case No.: 3:16-md-02741-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, attorneys Robert J. King, Jr., Michael V. Ciresi, Michael A. Sacchet, and Megan L. Odom of Ciresi Conlin LLP request to be withdrawn as counsel for Edward Berry, Jr. in this case, because Case No. 3:20-cv-05963-VC settled pursuant to the Stipulation of Dismissal of October 19, 2023. Further, attorneys Robert J. King, Jr., Michael V. Ciresi, Michael A. Sacchet, and Megan L. Odom request that they be removed from the electronic service list for MDL No. 2741.

Respectfully submitted,

DATED: November 27, 2023              **CIRESI CONLIN LLP**

*/s/ Robert J. King, Jr.*
Robert J. King, Jr.
Michael V. Ciresi
Michael A. Sacchet
Megan L. Odom
CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
T: 612-361-8242
rjk@ciresiconlin.com

**CERTIFICATE OF SERVICE**

I, Robert J. King, Jr., hereby certify that, on November 27, 2023, I electronically filed NOTICE OF WITHDRAWAL OF COUNSEL ON BEHALF OF PLAINTIFF with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ *Robert J. King, Jr.*
Robert J. King, Jr.