**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Ben Embaan. v. Monsanto Co.*<br>Cause No. 3:21-CV-01336-VC<br>(N.D. Cal) | **REPLY ISO MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE** |

## MONSANTO COMPANY'S REPLY ISO MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE

Defendant ("Monsanto") files this Reply in Support of Its Motion to Dismiss for failure to prosecute or, in the alternative, for an order to show cause. On November 7, 2023, Monsanto filed a motion to dismiss for failure to prosecute or, in the alternative, for an order to show cause pursuant to this Court's order granting Plaintiff's Counsel's motion to withdraw as attorney. (Dkt. Nos. 17476 and 14; 16747 and 12.) Plaintiff's deadline to file a response to Monsanto's motion to dismiss was November 21, 2023. As of November 28, 2023, Plaintiff has still not filed a response to Monsanto's motion to dismiss, rendering it unopposed. (Exhibit A).

Thus, Monsanto's Motion to Dismiss is ripe for ruling by the Court and Monsanto respectfully requests that this lawsuit be dismissed without prejudice.

## CONCLUSION

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case without prejudice for failure to prosecute or, in the alternative, for an order to show cause.

| | | |
|---|---|---|
| 1 | DATED:  November 28, 2023 | Respectfully submitted, |
| 2 | | */s/ Anthony R. Martinez* |
| 3 | | Anthony R. Martinez<br>amartinez@shb.com |
| 4 | | 2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone:  (816) 474-6550 |
| 5 | | Facsimile: (816) 421-5547 |
| 6 | | **SHOOK, HARDY & BACON L.L.P.** |
| 7 | | *Attorneys for Defendant Monsanto Company* |

2

DEFENDANT'S REPLY ISO MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE
ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:21-CV-01336

## CERTIFICATE OF SERVICE

I, Anthony Martinez, hereby certify that on November 28, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

          */s/ Anthony Martinez*
          Anthony Martinez
          SHOOK, HARDY & BACON LLP

          *Attorney for Defendant Monsanto Company*

3

DEFENDANT'S REPLY ISO MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:21-CV-01336