Honorable Vince Chhabria

Marshall Casey, WSBA# 42552
Sweetser Law Office, PLLC
1020 N. Washington Street
Spokane, WA 99201
(509) 328-0678
Email: mcasey@sweetserlawoffice.com

AND

Chris Hogue, WSBA#
Hogue Law Firm
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
Tele: 509-315-8390
Email: chris@spokaneadvocate.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION.<br><br>This document related to<br>*Jason Gannon v. Monsanto Company*<br>Case No. 3:19-cv-08064-CV | MDL No 2741<br><br>Case# 3:16-md-02741-VC<br><br>**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION** |

Please take notice that since the commencement of this action on behalf of Plaintiff Jason Gannon the address and contact information for Mr. Gannon's counsel have changed. Plaintiff's counsel's updated information is listed below:

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION -1**

**SWEETSER LAW OFFICE, PLLC**
1020 N. Washington
Spokane, WA 99201
509-328-0678

**Attorney Christopher Hogue**:

Hogue Law Firm
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201

Tel:   509-315-8390
Fax:   509-818-1100
Email: chris@spokaneadvocate.com

**Attorney Marshall Casey**:

Sweetser Law Office, PLLC
1020 N. Washington St.
Spokane, WA 99201

Tel:   509-328-0678
Fax:   509-326-2932
Emails: mcasey@sweetserlawoffice.com
kjohnson@sweetserlawoffice.com
aadams@sweetserlawoffice.com

DATED this 29th day of November 2023.

s/*Marshall Casey*
Marshall Casey, WSBA# 42552
Attorney for Plaintiff Gannon
1020 N. Washington
Spokane, WA 99201
Tele: 509-328-0678
Fax# 509-326-2932

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION -2**

SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
509-328-0678

## **CERTIFICATE OF SERVICE**

I hereby certify that on 29th of November, 2023, I filed a true copy of the above document VIA CM/ECF Electronic Filing System in the United States District Court, Northern District of California under MDL Case# 3:16-md-02741-VC and concurrently caused the above-entitled document to be sent to the recipients listed in the database for Case# 3:16-md-02741-VC. This will constitute service of the above document.

*s/Kizzie Johnson*
Kizzie B. Johnson
Paralegal
Sweetser Law Office, PLLC
