UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Williams et al. v. Monsanto Co.*, Case No. 19-cv-03537 | **ORDER ON MOTION FOR SUMMARY JUDGMENT**<br>Re: Dkt. No. 17478 |

Monsanto has filed a motion for summary judgment in the above-captioned case because the plaintiff has failed to produce a specific causation expert. The plaintiff has not responded, and the opposition deadline has passed. Accordingly, the motion is granted.

Judgment shall be entered in Monsanto's favor.

**IT IS SO ORDERED.**

Dated: November 29, 2023

VINCE CHHABRIA
United States District Judge