1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:         jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                         UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
9  | | Case No. 3:16-md-02741-VC |

10 | This document relates to: | |
11 | *Richard Stratton v. Monsanto Co.*, Case No. 3:23-cv-05877-VC | |
12

13

14          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16 ("Monsanto") makes the following disclosures:

17          1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18          2.      Bayer AG is a publicly held corporation.

19

20

21

22

23

24

25

26

27

28

DATED:  November 29, 2023             Respectfully submitted,

                                      SHOOK, HARDY & BACON L.L.P.

                                      BY: */s/ Jennise W. Stubbs*
                                          Jennise W. Stubbs
                                          600 Travis Street, Suite 3400
                                          Houston, TX 77002-2926
                                          Telephone:  (713) 227-8008
                                          Facsimile:   (713) 227-9508
                                          Email:        jstubbs@shb.com

                                      *Attorneys for Defendant*
                                      *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 29th day of November, 2023, I electronically transmitted the

foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the

court using the ECF system for filing and transmittal, and a true and correct copy of the

foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                      */s/Jennise W. Stubbs*
                                      Jennise W. Stubbs