**BROWN & CROUPPEN, P.C.**
Seth Sharrock Webb
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
sethw@getbc.com
*Attorney for Plaintiff*

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (pro hac vice)
Eric G. Lasker (pro hac vice)
Martin C. Calhoun (pro hac vice)
1350 I Street, N.W.
Washington, DC 20005
jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This Document Relates To:<br><br>*Billy and Judith Rievley v. Monsanto Company.,*<br>*Case No. 3:18-cv-03956-VC* | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Seth S. Webb and the firm of Brown and Crouppen pursuant to LR 11-5, move the Court for an Order allowing them to withdraw as attorneys of record Plaintiffs, Billy and Judith Rievley. In support of this Motion counsel for Plaintiff states as follows:

1. On May 30, 2018 the undersigned filed the instant action on behalf of Plaintiffs, Billy and Judith Rievley.

2. Brown and Crouppen can no longer effectively represent Plaintiff due to a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privileges.

3. Written notice of the filing of this motion was sent via certified mail to Plaintiff's last known mailing address of 470 North West Circle Northwest, Cleveland, TN 37312.

4. All future notices should be sent to Plaintiff.

WHEREFORE, Seth Webb and Brown & Crouppen respectfully request this Court to grant its Motion to Withdraw.

Dated: November 20, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Seth S. Webb*
　　　　　　　　　　　　　　　　　　Seth S. Webb
　　　　　　　　　　　　　　　　　　Brown & Crouppen Law Firm
　　　　　　　　　　　　　　　　　　4900 Daggett Ave.
　　　　　　　　　　　　　　　　　　St. Louis, MO 63110
　　　　　　　　　　　　　　　　　　(314) 222-2222
　　　　　　　　　　　　　　　　　　Email: sethw@getbc.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Seth S. Webb*
Seth S. Webb
