**BROWN & CROUPPEN, P.C.**
Seth Sharrock Webb
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
sethw@getbc.com
*Attorney for Plaintiff*

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (pro hac vice)
Eric G. Lasker (pro hac vice)
Martin C. Calhoun (pro hac vice)
1350 I Street, N.W.
Washington, DC 20005
jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| In RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This Document Relates To: | **PROPOSED ORDER** |
| *Edgar W. Snyder and Barbara L. Snyder v. Monsanto Company.,* <br> *Case No. 3:19-cv-02373-VC* | |

## **PROPOSED ORDER**

      **IT IS ORDERED** that the Motion to Withdraw as Counsel of Record Without Substitution is hereby _____.

      ORDERED AND SIGNED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE