**NACHAWATI LAW GROUP, PLLC**
John Raggio (California Bar No. 338261)
jraggio@ntrial.com
Gibbs Henderson (Texas Bar No. 24041084)
ghenderson@ntrial.com
5489 Blair Road
Dallas, Texas 75231
T: (214) 890-0711
F: (214) 890-0712

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Angelo Bulone v. Monsanto Company*<br>Case No. 3:20-cv-03719-VC | MDL NO. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF GIBBS HENDERSON** |

**TO THE CLERK OF THIS COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Pretrial Order No. 1 (5), Gibbs Henderson of Nachawati Law Group, admitted to practice and in good standing in the United States District Court for the Northern District of Texas, hereby enters an appearance as counsel for Plaintiff Angelo Bulone in the above-captioned matter. The email address for Gibbs Henderson for the purposes of receipt of Notices of Electronic Filing is ghenderson@ntrial.com.

Dated: November 13, 2023.              NACHAWATI LAW GROUP, PLLC

                                       By: */s/ Gibbs Henderson*
                                           Gibbs Henderson

1