# EXHIBIT 2

## Luoping Zhang, Ph.D., M.S. – List of Prior Testimony

1. *Clark vs. Monsanto*: Deposition (July 2021) and Trial (September 2021)

2. *Stephens vs. Monsanto*: Deposition (June & July 2021)

3. *Jimenez vs. Monsanto*: Deposition (September 2021)

4. *Buttry vs. Monsanto*: Deposition (April 2022)

5. *Armstrong vs. Monsanto*: Deposition (February 2023)

6. *McCostlin vs. Monsanto*: Deposition (August 2023) and Trial (September 2023)