# EXHIBIT 3

```
        IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
            TWENTY-FIRST JUDICIAL CIRCUIT, DIVISION 1
                     Honorable Brian H. May


MARK McCOSTLIN and               )
KAREN McCOSTLIN,                 )
                                 )
            Plaintiffs,          )
                                 )
vs.                              )  Cause No. 19SL-CC03421
                                 )
MONSANTO COMPANY,                )
                                 )
            Defendant.           )
```

_____

                            JURY TRIAL
                       September 14, 2023
------------------------------------------------------------

For the Plaintiffs:            For the Defendant:

Gibbs Henderson                Jim Bennett
Erin Wood                      Jennifer Lee
Demetrios Zacharopoulos        Booker Shaw
Jack Garvey                    Ed Dowd



Special Master:  Bob Blitz




                         Reported by:
                Julie L. Bloome, CCR #1496, RPR
                     Official Court Reporter
             Twenty-First Judicial Circuit, Division 1
                        (314) 615-2688

1      Q.    You don't hold any board certifications;
2    is that correct?
3      A.    Yes, that's correct.
4      Q.    You are not a pathologist either; is that
5    right?
6      A.    That's correct.
7      Q.    And you do not consider yourself to be an
8    expert in biostatistics, correct?
9      A.    That's correct.
10     Q.    I think when counsel was asking you
11   questions on direct, he walked through a series of
12   meta-analysis that you had performed over the years.
13   Do you recall that testimony generally?
14     A.    Which testimony?  This one?
15     Q.    About all of the meta-analysis that you
16   have done throughout your career?
17     A.    Yes.
18     Q.    All right.  And in every one of those
19   publications, in every one of those meta-analysis,
20   you have concluded that there is an association
21   between the exposure you were studying and the
22   disease at issue, correct?
23     A.    Yes.
24     Q.    You also mentioned during counsel's
25   questioning that your general hourly rate is $500 per

1    hour; is that right?

2         A.    Yes.

3         Q.    But they're paying you $600 an hour for

4    testimony here at trial; is that right?

5         A.    I don't even know who pay me for the

6    trial.  But if -- if Monsanto lawyers pay, it's $600,

7    I think.  I think.

8         Q.    Okay.

9         A.    So that's why when Mr. Henderson asked me

10   the question, I said in general.  He was saying, you

11   know, he is paying me, so I paid $500.  So, yeah.

12              THE COURT:  Doctor, could you pull the

13   microphone a little closer to you and speak up just a

14   little bit.  Mr. Norris, could you speak up a little

15   bit too.

16              MR. NORRIS:  Yes, I can.

17              THE WITNESS:  Now you can hear me little

18   better?

19              THE COURT:  Yes, ma'am.  Maybe it's my old

20   ears.  I don't know.

21   BY MR. NORRIS:

22        Q.    So you charged Monsanto -- we've taken

23   your depositions before, that's testimony before

24   court, you charge us $600 an hour.  Is that what

25   you're saying?

<u>Reporter's Certificate</u>

       I, Julie L. Bloome, a Certified Court Reporter, hereby certify that I was the official court reporter for Division 1 of the Circuit Court of the County of St. Louis, State of Missouri; that on the 14th of September, 2023, I was present and reported all the proceedings had in the case of Mark McCostlin and Karen McCostlin, Plaintiffs, versus Monsanto Company, Defendant, Cause No. 19SL-CC03421; and I further certify that the foregoing pages contain a true and accurate reproduction of the proceedings had on that date.

<u>/s/ Julie L. Bloome            </u>

Julie L. Bloome, CCR #1496, RPR
Official Court Reporter
Twenty-First Judicial Circuit,
Division 1
(314) 615-2688