UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFONIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: Angelo Bulone v. Monsanto Co., Case No. 3:20-cv-03719 | **AFFIDAVIT IN SUPPORT OF PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S MOTION TO STRIKE EXPERT REPORT OF LUOPING ZHANG, PH.D., M.S.** |

I, Gibbs C. Henderson, declare as follows:

1. I am an attorney at law admitted to practice and in good standing in the United States District Court for the Northern District of Texas. I am an attorney with the Nachawati Law Group, counsel of record for Plaintiff in the above-referenced action. I am over eighteen years of age and am fully competent to make this Affidavit in support of Plaintiff's Response to Monsanto's Motion to Strike the Expert Report of Luoping Zhang, Ph.D. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Affidavit of Luoping Zhang, Ph.D., dated October 18, 2023 (including attached exhibits), which was produced to Defendant via email on October 18, 2023.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a document entitled, Luoping Zhang, Ph.D., M.S. – List of Prior Testimony, which was produced to Defendant via email on October 18, 2023.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Trial Transcript of Luoping Zhang, Ph.D., M.S. in *Allegrezza v. Monsanto*, dated Sept. 14, 2023.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 20th day of November, 2023.

_____
GIBBS HENDERSON

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

The foregoing Affidavit was subscribed and sworn to before me this 20th day of November, 2023.

_____
Notary Public

My Commission Expires: 02/27/2024

BRITTON ANTHONY OLIVAREZ
Notary Public, State of Texas
Comm. Expires 02-27-2024
Notary ID 129145192

2