**THE FERRARO LAW FIRM**
Juan P. Bauta, II, Esq.
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Phone: 305-375-0111
Fax:     305-379-6222

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS                    MDL No. 2741
LIABILITY LITIGATION                            Case No. 3:16-MD-02741-VC
_____/

*Alan Pickert, et al., v. Monsanto Co., et al.,*
3:20-cv-06248-VC

_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

TO:    CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES AND COUNSEL OF RECORD

Please take notice that Juan P. Bauta, II, Esq. of the Ferraro Law Firm, has been substituted for Christopher Shakib of Terrell Hogan Yegelwel, PA as attorney of record of the Plaintiff in the above-referenced action. The Clerk of Court is hereby requested to make such entries as may be required to record such substitution and to remove Christopher Shakib from ECF service on this case and replace him with ECF service to Juan P. Bauta, II, Esq.

Dated: November 29, 2023.

Respectfully submitted,

THE FERRARO LAW FIRM

/s/ JUAN P. BAUTA, II

JUAN P. BAUTA, II, ESQ.
Florida Bar Number: 894060
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Phone: (305) 375-0111
Fax: (305) 379-6222

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system to all counsel of record in this MDL on this 29th day of November, 2023.

/s/ JUAN P. BAUTA, II

JUAN P. BAUTA, II, ESQ.
Florida Bar Number: 894060