AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | **District of** | CALIFORNIA |
|---|---|---|

IN RE: ROUNDUP LITIGATION

Plaintiff (s),

V.

MONSANTO COMPANY, ET AL

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   3:20-CV-06248-VC

Notice is hereby given that, subject to approval by the court,   ALAN PICKERT   substitutes
(Party (s) Name)

JUAN P. BAUTA, II  , State Bar No.   894060   as counsel of record in
(Name of New Attorney)

place of   CHRISTOPHER SHAKIB  .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   The Ferraro Law Firm

Address:   600 Brickell Avenue, Suite 3800, Miami, FL 33131

Telephone:   (305) 375-0111   Facsimile   (305) 379-6200

E-Mail (Optional):   jbauta@ferrarolaw.com/nbauta@ferrarolaw.com

I consent to the above substitution.

Date:   11/16/23

(Signature of Party (s))

I consent to being substituted.

Date:   11/16/23

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**