IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION, | ) ) ) | CASE NO. 3:16-md-02741-VC |

MOTION TO WITHDRAW

COMES NOW Attorney Vincent Powers, 411 South 13th Street, Lincoln, Nebraska, 68508, and requests permission of this Court to withdraw from this litigation.

In support of said motion, counsel states that he was one of the attorneys for Plaintiff Rodney Gobber. That case has been resolved.

WHEREFORE Vincent. M. Powers requests his Motion to Withdraw be sustained and that he no longer receive any notices from this Court.

_____
Vincent M. Powers #15866
POWERS LAW
411 South 13th Street, Suite 300
Lincoln, NE 68508
402/474-8000
Powerslaw@me.com