UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Embaan v. Monsanto Co.*, Case No. 21-cv-01336-VC | **ORDER TO SHOW CAUSE** Re: Dkt. No. 17476 |

    Monsanto moves to dismiss the above-captioned case under Rule 41(b) of the Federal Rules of Civil Procedure or, in the alternative, for an order to show cause. On May 25, 2023, the Court allowed the withdrawal of Plaintiff Ben Embaan's counsel and directed Plaintiff Embaan to notify the Court within 28 days whether he intended to represent himself in this case or to hire new counsel. Six months have now passed and Plaintiff Embaan has failed to respond to the Court's order.

    Plaintiff Embaan is ordered to show cause why this case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. A response to the order to show cause is due within 28 days of the entry of this order. If the Court receives no response from the plaintiff, the case will be dismissed without prejudice.

    Monsanto's motion is granted only insofar as it seeks an order to show cause. Within seven days of the entry of this order, Monsanto shall transmit this order to Plaintiff Embaan at the address contained in Exhibit A of its motion and file a declaration on the docket indicating that it has done so.

2

**IT IS SO ORDERED.**

Dated: December 4, 2023

_____

VINCE CHHABRIA
United States District Judge