UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Gannon v. Monsanto Co.*,<br>Case No. 3:19-cv-8064-VC | **ORDER GRANTING MOTION TO REVISE SCHEDULING ORDER**<br>Re: Dkt. No. 17497 |

The motion is granted. The August 30 scheduling order, Dkt. No. 17234, erroneously listed the above-captioned case in Wave 7A. The case is part of Wave 7B, *see* Dkt. Nos. 16688, 16751, and the case shall proceed according to the Wave 7B schedule.

The schedule set forth in Dkt. No. 17234 is otherwise unchanged.

**IT IS SO ORDERED.**

Dated: December 4, 2023

VINCE CHHABRIA
United States District Judge