UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Bundy v. Monsanto Co. et al.*,<br>Case No. 20-cv-06345-VC | **ORDER REGARDING MOTION FOR SUGGESTION OF REMAND**<br>Re: Dkt. No. 17459 |

Monsanto is ordered to respond to Plaintiff Rob Bundy's motion for suggestion of remand by December 18, 2023. In the response, Monsanto should explain whether the case should be remanded. (The Court seems to recall that Monsanto may previously have taken the position in other cases that only plaintiffs with a diagnosis of NHL should be part of this MDL.) In addition, the Court is interested in hearing whether it would be appropriate to simply dismiss the case without prejudice (so that the plaintiff can refile a lawsuit based on his true diagnosis) rather than issue a suggestion of remand. Any reply from Bundy is due no later than January 8, 2024.

**IT IS SO ORDERED.**

Dated: December 4, 2023

VINCE CHHABRIA
United States District Judge