UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER REGARDING DECEMBER 7, 2023 MOTION HEARINGS** |
| *Fitz et al. v. Monsanto Co.,* 3:21-cv-03580-VC | Dkt. Nos. 12, 15 |

    The Court is tentatively inclined to grant Monsanto's motion for summary judgment and to deny the motion to modify the case schedule. At Thursday's hearing, the parties should be prepared to discuss whether, instead, the Court should grant the motion to modify the case schedule conditioned on the payment by plaintiff's counsel of Monsanto's attorneys' fees incurred in filing the summary judgment motion and opposing the motion to modify the case schedule.

    **IT IS SO ORDERED.**

Dated: December 4, 2023

_____

VINCE CHHABRIA
United States District Judge