# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS PEREZ-HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | Case No. 3:23-cv-4946 <br><br> **DECLARATION OF KEITH R. ABRAMS** |

I, Keith R. Abrams, declare and state as follows:

1. I am over the age of eighteen and am competent to give this affidavit.

2. I am Vice President, Head of Corporate Law and Assistant Secretary for Bayer Corporation. I am also Assistant Secretary for Monsanto Company ("Monsanto"). I have served in my functional role at Bayer Corporation for more than ten years. In the course of my employment, I have become knowledgeable about the corporate organization of Bayer AG and its U.S. subsidiaries.

3. The statements in this declaration are based on my personal knowledge and my knowledge of company business records.

4. Bayer Corporation is an Indiana corporation with its principal place of business in New Jersey. Bayer Corporation does not maintain an office or have employees in California.

5. Bayer Corporation is a subsidiary of Bayer AG. Bayer AG is a German "aktiengesellschaft" (or "stock company") that is based in Germany.

6. In 2018, Monsanto—a Delaware corporation with its principal place of business in Missouri—merged with an indirect subsidiary of Bayer AG. Monsanto survived the merger, and it maintains a separate corporate existence. Since the merger, Monsanto has been and continues to be an indirect, wholly owned subsidiary of Bayer AG.

7. Since 2003, Bayer Corporation has been a non-operating holding company. It is (and always has been) separate and distinct from Monsanto. It has never operated Monsanto, and it is not the direct parent of Monsanto.

8. Bayer Corporation has never researched, designed, developed, manufactured, tested, packaged, marketed, promoted, advertised, distributed, labeled, sold, or provided warnings for Roundup-brand herbicides. Any allegations to the contrary are false.

9. Bayer Corporation has not assumed any liabilities of Monsanto for claims arising out of alleged exposure to Roundup-branded herbicides.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2023

_/s/ Keith R. Abrams_

Keith R. Abrams