JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100

JEFF WILKERSON
Winston & Strawn LLP
jwilkerson@winston.com
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202
Tel: (704) 350-7714
Fax: (704) 350-7800

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Jonas Perez-Hernandez v. Monsanto Co.,* Case No. 3:23-cv-04946-VC | **DECLARATION OF JEFF WILKERSON IN SUPPORT OF MONSANTO'S MOTION TO DISMISS** |

According to 28 U.S.C. § 1746, I, Jeff Wilkerson, hereby declare:

1.      I am a partner at the law firm of Winston & Strawn LLP and counsel for Defendants Monsanto Company and Bayer Corporation.  I submit this declaration in support of Monsanto's Motion to Dismiss.  I have personal knowledge of the facts stated in this declaration.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a September 16, 1999, e-mail from William F. Heydens to Mark A Martens, et al.  This document was filed as docket entry number 192-7 in *In re Roundup Products Liability Litigation*, No. 3:16-MD-02741-CV (N.D. Cal. Mar. 15, 2017).  Plaintiffs cite to this e-mail in paragraph 50 of their complaint.  Compl. ¶ 50.

3.       Attached hereto as **Exhibit B** is a true and correct copy of a September 2, 1999, e-mail from Alan G. Wilson to Donna R Farmer.  This document was filed as docket entry number

1

192-4 in *In re Roundup Products Liability Litigation*, No. 3:16-MD-02741-CV (N.D. Cal. Mar. 15, 2017).  Plaintiffs cite to this e-mail in paragraph 51 of their complaint.  Compl. ¶ 51.

       4.       Attached hereto as **Exhibit C** is a true and correct copy of a February 5, 2015, e-mail from William F. Heydens to Michael Koch, et al.  This document was filed as docket entry number 187-12 in *In re Roundup Products Liability Litigation*, No. 3:16-MD-02741-CV (N.D. Cal. Mar. 14, 2017).  Plaintiffs cite to this e-mail in paragraphs 56-57 of their complaint.  Compl. ¶¶ 56-57.

       5.       Attached hereto as **Exhibit D** is a true and correct copy of a May 15, 2014, e-mail from Thomas M. Helscher to Samuel Murphey.  This document was previously produced in *In re Roundup Products Liability Litigation*, No. 3:16-MD-02741-CV, and it was subsequently made public on July 22, 2019.  Plaintiffs cite to this e-mail in paragraph 58 of their complaint.  Compl. ¶ 58.

       6.       Attached hereto as **Exhibit E** is a true and correct copy of a January 28, 2013, e-mail from Larry Kier to David Saltmiras.  This document was previously produced in *In re Roundup Products Liability Litigation*, No. 3:16-MD-02741-CV, and it was subsequently made public on July 22, 2019.  Plaintiffs cite to this e-mail in paragraph 59 of their complaint.  Compl. ¶ 59.

       7.       Attached hereto as **Exhibit F** is a true and correct copy of a March 16, 2015, e-mail from Ross Gilbert to Daniel A Goldstein.  This document was previously produced in *In re Roundup Products Liability Litigation*, No. 3:16-MD-02741-CV, and it was subsequently made public on December 25, 2018.  Plaintiffs cite to this e-mail in paragraph 66 of their complaint.  Compl. ¶ 66.

       8.       Attached hereto as **Exhibit G** is a true and correct copy of a document titled "Glyphosate: IARC" dated February 23, 2015.  This document was previously produced in *In re Roundup Products Liability Litigation*, No. 3:16-MD-02741-CV, and it was subsequently made public on August 1, 2017.  Plaintiffs cite to this document in paragraph 68 of their complaint.  Compl. ¶ 68.

9.  Attached hereto as **Exhibit H** is a true and correct copy of an article by Gary M. Williams, et al., titled "A Review of the Carcinogenic Potential of Glyphosate by Four Independent Expert Panels and Comparison to the IARC Assessment."  This document is publicly available and can be accessed online at https://doi.org/10.1080/10408444.2016.1214677 (last accessed Nov. 29, 2023).  Plaintiffs cite to this article in Paragraph 62 of their complaint.  Compl. ¶ 62.

10. Attached hereto as **Exhibit I** is a true and correct copy of a "Correction" article by Gary M. Williams, et al.  This document is publicly available and can be accessed online at https://doi.Org/10.1080/10408444.2018.1522175.  Plaintiffs cite to this article in Paragraph 63 of their complaint.  Compl. ¶ 63.

11. Attached hereto as **Exhibit J** is a true and correct copy of a August 1, 2017, article from the New York Times titled "Monsanto Emails Raise Issue of Influencing Research on Roundup Weed Killer."  This document is publicly available and can be accessed online at https://www.nytimes.com/2017/08/01/business/monsantos-sway-over-research-is-seen-in-disclosed-emails.html.

12. Attached hereto as **Exhibit K** is a true and correct copy of a March 16, 2017, article from USA Today titled "Emails Show Monsanto Tried to 'Ghostwrite' Research."  This document is publicly available and can be accessed online at https://www.usatoday.com/story/news/nation-now/2017/03/16/emails-show-monsanto-tried-ghostwrite-research/99248950/ (last accessed Nov. 29, 2023).

13. Attached hereto as **Exhibit L** is a true and correct copy of a March 15, 2017, article from the Wall Street Journal titled "Regulation of Monsanto's 'Roundup' Herbicide Called Into Question by Emails."  This document is publicly available and can be accessed online at https://www.wsj.com/articles/regulation-of-monsantos-roundup-herbicide-called-into-question-by-emails-1489604353?st=h029jmyqfhpfpb4&reflink=desktopwebshare_permalink   (last accessed Nov. 29, 2023).

14. Attached hereto as **Exhibit M** is a true and correct copy of a March 27, 2015, Article from the Wall Street Journal titled "For Monsanto, a Season of Woes: Warning on Roundup

Weed Killer Follows Low Crop Prices, Criticism of Biotech Food." This document is publicly available and can be accessed online at http://www.wsj.com/articles/for-monsanto-a-season-of-woes-1427397228?reflink=desktopwebshare_permalink (last accessed Nov. 29, 2023).

15. Attached hereto as **Exhibit N** is a true and correct copy of an April 10, 2015, article from the New Yorker titled "Roundup and Risk Assessment." This document is publicly available and can be accessed online at https://www.newyorker.com/news/daily-comment/roundup-and-risk-assessment (last accessed November 29, 2023).

16. Attached hereto as **Exhibit O** is a true and correct copy of a March 20, 2015, article from AP News titled "Popular Weed Killer Deemed Probable Carcinogen by UN." This document is publicly available and can be accessed online at https://apnews.com/e166afbe1a3b414493ec4144ffa43d9c/popular-weed-killer-deemed-probable-carcinogen-un ((last accessed November 29, 2023).

17. Attached hereto as **Exhibit P** is a true and correct copy of a March 21, 2015, article from US Newswire titled "Glyphosate Classified Carcinogenic by International Cancer Agency, Group Calls on U.S. to End Herbicide's Use and Advance Alternatives." This document is publicly available and can be accessed online at https://www.prnewswire.com/news-releases/glyphosate-classified-carcinogenic-by-international-cancer-agency-group-calls-on-us-to-end-herbicides-use-and-advance-alternatives-300053894.html (last accessed November 29, 2023).

18. Attached hereto as **Exhibit Q** is a true and correct copy of a March 21, 2015, article from the Huffington Post titled "Popular Weed-Killer Is Probably Carcinogenic, WHO." This document is publicly available and can be accessed online at https://www.huffpost.com/entry/weed-killer-carcinogenic_n_6916968#comments (last accessed November 29, 2023.

19. Attached hereto as **Exhibit R** is a true and correct copy of a March 20, 2015, article from Mirror UK titled "Cancer Fear Over Lawn Weedkiller Commonly Used in British Parks and on Wheat." This document is publicly available and can be accessed online at

https://www.mirror.co.uk/news/uk-news/cancer-fear-over-lawn-weedkiller-5373691 (last accessed November 29, 2023).

20. Attached hereto as **Exhibit S** is a true and correct copy of a May 14, 2019, article from the Wall Street Journal titled "Roundup of Cancer Evidence." This document is publicly available and can be accessed online at https://www.wsj.com/articles/roundup-of-cancer-evidence-11557876010 (last accessed November 29, 2023).

21. Attached hereto as **Exhibit T** is a true and correct copy of a March 20, 2019, article from the Wall Street Journal titled "Jury Finds Bayer's Roundup Weedkiller Caused Man's Cancer." This document is publicly available and can be accessed online at https://www.wsj.com/articles/jury-finds-bayers-roundup-weedkiller-caused-mans-cancer-11553030151 (last accessed November 29, 2023).

22. Attached hereto as **Exhibit U** is a true and correct copy of a December 20, 2017, blog post by law firm Wisner Baum titled "50 San Francisco Roundup Lawsuits Filed Against Monsanto." This document is publicly available and can be accessed online at https://www.wisnerbaum.com/blog/2017/december/50-san-francisco-roundup-lawsuits-filed-against-/ (last accessed November 29, 2023).

23. Attached hereto as **Exhibit V** is a true and correct copy of an April 4, 2019, article from Courthouse News Service titled "Judge Won't Bar Targeted Ads in Roundup Cancer Trial." This document is publicly available and can be accessed online at https://www.courthousenews.com/judge-wont-bar-targeted-ads-in-roundup-cancer-trial/ (last accessed November 29, 2023).

24. Attached hereto as **Exhibit W** is a true and correct copy of an October 10, 2019, article from Texans for Law Reform titled "Seeing All Those Roundup Commercials? That's Because Lawyers Have Spent $60M on Them This Year." This document is publicly available and can be accessed online at https://www.tortreform.com/news/seeing-all-those-roundup-commercials-thats-because-lawyers-have-spent-60m-on-them-this-year/ (last accessed November 29, 2023).

25. Attached hereto as **Exhibit X** is a true and correct copy of a May 22, 2018, article from the Guardian titled "Landmark Lawsuit Claims Monsanto Hid Cancer Danger of Weedkiller for Decades."  This document is publicly available and can be accessed online at https://www.theguardian.com/business/2018/may/22/monsanto-trial-cancer-weedkiller-roundup-dewayne-johnson (last accessed November 29, 2023).

26. Attached hereto as **Exhibit Y** is a true and correct copy of a October 15, 2015 article from Reuters titled "U.S. Lawsuits Build Against Monsanto Over Alleged Roundup Cancer Link." This document is publicly available and can be accessed online at https://www.reuters.com/article/us-usa-monsanto-lawsuits-idUSKCN0S92H720151015/  (last accessed November 29, 2023).

27. Attached hereto as **Exhibit Z** is a true and correct copy of the Complaint filed in *Rolish v. Monsanto Company*, No. 2:20-CV-01340 (C.D. Cal. Feb. 10, 2020).

28. Attached hereto as **Exhibit AA** is a true and correct copy of the First Amended Complaint filed in *Ramirez v. Monsanto Company*, MDL No. 2741, No. 3:19-cv-02224 (June 24, 2020) by Plaintiffs' attorney Robert Lief.

29. Attached hereto as **Exhibit BB** is a true and correct copy of the Complaint filed in *Applegate v. Monsanto Company*, No. 3:18-cv-03363-CV, 2018 U.S. Dist. Ct. Pleadings LEXIS 28521 (N.D. Cal. Jan. 17, 2018).

30. Attached hereto as **Exhibit CC** is a true and correct copy of the Complaint filed in *Johnson v. Monsanto Company*, No. CGC-16-550128 (Cal. Super. Ct. Jan 27, 2016).

31. Attached hereto as **Exhibit DD** is a true and correct copy of the Complaint filed in *Goodbred v. Monsanto Company*, No. 3:16-CV-06010 (N.D. Cal. Sept. 7, 2016).

32. Attached hereto as **Exhibit EE** is a true and correct copy of the Complaint filed in *Fitzgerald v. Monsanto Company*, No. 2:15-CV-05494 (E.D.N.Y. Sept. 22, 2015).

33. Attached hereto as **Exhibit FF** is a true and correct copy of the Complaint filed in *Patterson v. Monsanto Company*, No. 3:16-CV-00825 (S.D. Ill. July 20, 2016).

34. Attached hereto as **Exhibit GG** is a true and correct copy of the Complaint filed in *Perkins v. Monsanto Company*, No. 8:16-CV-01410 (C.D. Cal. July 29, 2016).

I declare under penalty of perjury that the foregoing is true and corrected.

Executed on this 1st day of December, 2023, in New York City, New York.

/s/ *Jeff Wilkerson*
Jeff Wilkerson