# Exhibit D

Message

**From:** HELSCHER, THOMAS M [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=▮▮▮▮
**Sent:** 5/15/2014 11:02:55 AM
**To:** MURPHEY, SAMUEL [AG/1000] [/O=MONSANTO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=▮▮▮▮
**Subject:** FW: a few edits...

Hi Sam, pls see below.   If you got law dept okay on the content, then I can circle back to Donna.   T

---

**From:** FARMER, DONNA R [AG/1000]
**Sent:** Thursday, May 15, 2014 10:01 AM
**To:** HELSCHER, THOMAS M [AG/1000]
**Subject:** a few edits...


Tom I was looking at the things they put out for talking points on the March against Monsanto and found this paragraph.

We are not to use "Roundup" alone.

Who are the scientists they are referring to?
What studies did they conduct?
Where are these studies published?

If they are referring to the published papers by Williams 2000, Williams 2012, Geisy 2000, Kier 2013, Kimmels 2013, mink 2011/2012 etc. These are people we contracted to write a review of studies and get them published.  They did not conduct any studies. The only people conducting studies are us the registrants or the Seralini's, Carrascos, etc. and their take is it is not "safe".

We cannot say it is "safe"…we can say history of safe use, used safely etc.

http://connection.monsanto.com/monsantonews/Documents/2_Key%20Messages.pdf

The active ingredient in Roundup, glyphosate, is one of the most thoroughly tested herbicides in the world. Scientists from around the globe have conducted and published studies indicating that glyphosate is safe, and today, glyphosate-based herbicides are approved for use in more than 166 countries. Simply put, the overwhelming consensus is that glyphosate, when used according to label directions, is safe for people, wildlife and the environment. Roundup-branded herbicides are our most popular crop protection product, and we're proud of their excellent safety record.

I would suggest this instead:

The active ingredient in Roundup-branded herbicides, glyphosate, is one of the most thoroughly tested
Herbicides in the world and is registered for use in more than 166 countries. The US EPA, Health Canada, the European Commission and many other regulatory bodies and science organizations such as the World Health Organization
have reviewed that data glyphosate. Simply put, the overwhelming consensus is that glyphosate, when used according to label directions, poses no unreasonable risks to people, wildlife and the environment. Roundup-branded herbicides are our most popular crop protection product, and we're proud of their excellent safety record.

Or
The active ingredient in Roundup-branded herbicides, glyphosate, is one of the most thoroughly

Confidential - Produced Subject to Protective Order   MONGLY12221202

tested
Herbicides in the world and is registered for use in more than 166 countries. The US EPA, Health Canada, the European Commission and many other regulatory bodies and science organizations such as the World Health Organization
have reviewed that data glyphosate. Simply put, the overwhelming consensus is that glyphosate, when used according to label directions, has a long history of safe use for people, wildlife and the environment. Roundup-branded herbicides are our most popular crop protection product, and we're proud of their excellent safety record.

Confidential - Produced Subject to Protective Order                                                        MONGLY12221203