# Exhibit F

Message

| | |
|---|---|
| **From:** | Gilbert Ross [Redacted] |
| **Sent:** | 3/16/2015 8:31:14 PM |
| **To:** | GOLDSTEIN, DANIEL A [Redacted] |
| **CC:** | CHERYL MARTIN [Redacted] |
| **Subject:** | Re: Request for Monsanto Support for ACSH, 2015, with "impacts" |

Great news, thanks Dan.

Please though—what happened/is happening/will happen re: IARC and glyphosate?   Gil

On Mar 16, 2015, at 4:15 PM, GOLDSTEIN, DANIEL [Redacted]

Gil-

　　**As of this AM- the answer is yes- we will contribute to ACSH.** I do not want to give you a wrong dollar value and I have a couple of conflicting budget sheets- so I need to check with budget folks who are not in their office at the moment. I will get you the correct number shortly- but definitely count us in!!

　　Sorry about the delay- the budget item I set up for this was tied to the herbicides project we hoped to undertake. It is now very clear that I am simply not going to have the time to get on that project and make it go.... BUT we still need to support ACSH. I needed to go back to the management folks and get them to understand that – while the project will not happen as hoped- the support remains important. They are not in a position to see the value of ACSH- so they are fully appropriate in asking why we would spend money on a project that won't happen. (I won't set it up that way next time.... Live and learn)

　　　　　　Dan

**From:** Gilbert Ross [Redacted]
**Sent:** Monday, March 16, 2015 2:38 PM
**To:** GOLDSTEIN, DANIEL [Redacted]
**Cc:** CHERYL MARTIN
**Subject:** Request for Monsanto Support for ACSH, 2015, with "impacts"

Hi Dan --

First let me say that we here at ACSH recognize that you are a friend and an advocate for ACSH, and your friendship is greatly valued. We are aware that you're there battling on ACSH's behalf. Thank you!

However it does gets frustrating at times when we feel as though we can't count on the unrestricted support of a company like Monsanto —whose products and technologies are constantly vilified by activists groups but heralded by ACSH. Each and every day, we work hard to

prove our worth to companies such as Monsanto — whose science-based endeavors provide so much benefit to American consumers and public health, yet are vilified constantly.  As our revered, departed president Beth Whelan would often lament on these occasions, "If a company like X (X = Monsanto in this case) won't support us, then who will?"

We spend a tremendous amount of our time and limited resources simply trying to raise funds to support our efforts.  Nevertheless, below (and attached for your convenience) are stats on ACSH's general outreach programs during the past twelve months, which we hope will serve to bolster your plea for support on our behalf.

In addition we are also presently working on submitting ACSH's scientific commentary to IARC on diesel exhaust — and as I've informed you we are also coming up to speed on the IARC/glyphosate issue (in fact, I've sought information on "Meeting 112" yet have not found anything new emanating from that body).

Thanks again for your help.
Best,
Gil
===================


## ACSH.org Website

A primary portal of communication's outreach, ACSH hosts an informative website at ACSH.org that serves as a resource for millions of online users searching for targeted health and environmental information. ACSH.org publishes ACSH's news releases, video and written commentaries, editorials, and research publications that are available for free download.  Below are some stats on these programs.

Website stats include:
Average number of visitors per month 32,188
Total page views: 615,302
Total sessions: 386,251
Average session duration: 1 minute, 23 seconds
New sessions: 67.72%
Total number of users: 265,214
Average age: 25-34


## ACSH Dispatch daily e-news briefs

ACSH's executive and research staff begins each morning with a meeting to discuss the day's breaking health news and events.  Whether the subject is GMOs, Ebola, fracking, estrogen therapy, e-cigarettes, hyperactivity in kids, lead toys, causes and treatment of obesity, mercury in fish, or a new pharmaceutical release, or the publication of a new health study, ACSH is prepared to discuss the science on the subject. ACSH's constituents tune in to these daily morning conversations by subscribing to Dispatch, which provides a daily email summary of ACSH's take on that day's health news.

In addition, ACSH produces a special weekly Media Alert Dispatch to members of media who prefer a more targeted weekly summary of ACSH's take on the news.

Dispatch stats:
Subscribers to Dispatch: 5,400
Dispatch currently opened by 16.9% of readership

Media Alert Dispatch stats:
Subscribers to Media Alert Dispatch: 252
Media Alert Dispatch currently opened by 7.0% of U.S. media members

### Educational Videos on ACSH's YouTube Channel
Along with ACSH's written daily commentaries publicized in ACSH Dispatch, we also produce a daily video commentary that is shared with Dispatch readers, posted on the ACSH homepage, posted on relevant Facebook pages—and published on the ACSH YouTube channel.  This distribution ensures that it reaches a broad spectrum of ACSH viewers on different platforms.  Each video is a news report conducted by ACSH news commentator Ana Dolaskie, and features interviews with ACSH scientists on that day's most important health topic. Stats include.

 Monthly views: 14,917
January 2015 – March 2015: 34,000 views
Last 365 days: 195,000 views
Demographics:  79% male, 29% female
Average age: 29-34 years old
Traffic sources: YouTube suggested video

### Social Media Outreach via Facebook and Twitter
Social media outreach via Facebook and Twitter offers a plethora of opportunities for ACSH to engage a more computer-savvy audience not ordinarily predisposed to becoming an

ACSH Dispatch subscriber, or surfing the ACSH website to download ACSH scientific publications. To engage this emerging readership ACSH hosts an ACSHorg Facebook pages and Twitter account to which new content is posted regularly to keep followers engaged.

ACSH Facebook Page
7,449 followers

Twitter:
# Of followers: 2279
Average number of retweets: 2
Engagements: 8 per day
Number of tweets: 675

**Op-ed and Editorial in national and local print and electronic newspapers and online journals:**
ACSH routinely publishes op-eds, editorials, letters-to-the editors, and commentaries that represents its scientific conclusions in major and local newspapers that have included include: *The Daily Caller, The Star-Ledger, Forbes.com, Detroit Free Press, Ithaca Journal, The American, The Buffalo News, The Washington Times, National Review Online, New York Post, Wall street Journal, The Observer, The Santa Fe New Mexican, Washington Examiner, TheHill.com, Syracuse.com.*

As a regular columnist and contributor to *Science 2.0,* ACSH also publishes its scientific commentary regularly on this respected online science journal, read by millions. (In fact, our Dr. Josh Bloom's essays received about 150,000 reader views over the past year).

*We hope this is substantial enough to justify your renewed support.*   Gil and the ACSH team


On Mar 10, 2015, at 3:28 PM, GOLDSTEIN, DANIEL A [Redacted] wrote:
Working on this and several other items- poor corn prices are putting pressure on budget.... Not asking for sympathy... just letting you know that budgets are in flux and that I/we in Scientific Affairs cannot "pull the trigger" on funding as readily as might usually be the case.

Do you have media impressions / impact data I can share as part of a presentation in support of funding???

I think this is a no-brainer but I want to convey my assessment to management as effectively as possible. (I have ALREADY assembled the titles and links of the many relevant postings since Jan 1 2014 already and of course point out the pesticide and GM publications)

Confidential - Produced Subject to Protective Order

Dan

Gilbert Ross M.D.
Medical and Executive Director, Acting President
The American Council on Science and Health
1995 Broadway   NYC NY 10023
[Redacted]
fax [Redacted]
cell
Website | Facebook | Twitter

<image001.jpg>

```
This e-mail message may contain privileged and/or confidential information, and is
intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify
the sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this
e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and
archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the
presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by
any such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and
regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and
sanctions regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this
information you are obligated to comply with all
applicable U.S. export laws and regulations.
```

Gilbert Ross M.D.
Medical and Executive Director,
The American Council on Science and Health
1995 Broadway   NYC NY 10023
[Redacted]

Confidential - Produced Subject to Protective Order                                                                MONGLY01981660_0004

Redacted
fax Redacted
cell
Website | Facebook | Twitter



Confidential - Produced Subject to Protective Order   MONGLY01981660_0005