# Exhibit Q



Support Us

/ WHAT'S HOT /



**Jennifer Lawrence Hired Security After Having A Baby Due To 'Intrusive Thoughts'**



**Supreme Court Conservatives Appear Hostile To Securities And Exchange Commission's Reach**



**Officer Who Put Elijah McClain In Chokehold Is Reinstated With $200,000 In Back Pay**



**Pentagon Backs Up Biden's Claim That Arming Ukraine Helps The U.S. Economy**

ENVIRONMENT GREEN

# Popular Weed-Killer Is Probably Carcinogenic, WHO Says

WHO: Weed Killer Produced By Monsanto Is Probably Carcinogenic

Mar 21, 2015, 06:58 PM EDT

    LEAVE A COMMENT



In this June 1, 2010 photo, central Illinois corn farmer Jerry McCulley sprays the weed killer glyphosate across his cornfield in Auburn, Ill. A handful of hardy weeds have adapted to survive glyphosate _ sold as Roundup and a variety of other brands _ which many scientists say threatens to make the ubiquitous herbicide far less useful to farmers. (AP Photo/Seth Perlman)

LONDON (AP) — One of the world's most popular weed-killers — and the most widely used kind in the U.S. — has been labeled a probable carcinogen by the International Agency for Research on Cancer.

The decision was made by IARC, the France-based cancer research arm of the World Health Organization, which considered the status of five insect and weed killers including glyphosate, which is used globally in industrial farming.



Support Us

The U.S. Environmental Protection Agency, which makes its own determinations, said it would consider the French agency's evaluation.

The French agency has four levels of risks for possible cancer-causing agents: known carcinogens, probable or possible carcinogens, not classifiable and probably not carcinogenic. Glyphosate now falls in the second level of concern.

The new classification is aimed mainly at industrial use of glyphosate. Its use by home gardeners is not considered a risk. Glyphosate is in the same category of risk as things like anabolic steroids and shift work. The decision was published online Thursday in the journal, Lancet Oncology.

According to the French agency, glyphosate is used in more than 750 different herbicide products and its use has been detected in the air during spraying, in water and in food. Experts said there was "limited evidence" in humans that the herbicide can cause non-Hodgkins lymphoma and there is convincing evidence that glyphosate can also cause other forms of cancer in rats and mice. IARC's panel said glyphosate has been found in the blood and urine of agricultural workers, showing the chemical has been absorbed by the body.

Monsanto and other producers of glyphosate-containing herbicides, strongly disagreed with the decision. "All labeled uses of glyphosate are safe for human health," said Monsanto's Phil Miller, global head of regulatory and government affairs, in a statement.

The EPA's 2012 assessment of glyphosate concluded that it met the statutory safety standards and that the chemical could "continue to be used without unreasonable risks to people or the environment."

The French agency's experts said the cancer risks of the weed killer were mostly from occupational exposure.



Support Us

agricultural use that will have the biggest impact. For the moment, it's just something for people to be conscious of."

**Support HuffPost**

At HuffPost, we believe that everyone needs high-quality journalism, but we understand that not everyone can afford to pay for expensive news subscriptions. That is why we are committed to providing deeply reported, carefully fact-checked news that is freely accessible to everyone.

Our News, Politics and Culture teams invest time and care working on hard-hitting investigations and researched analyses, along with quick but robust daily takes. Our Life, Health and Shopping desks provide you with well-researched, expert-vetted information you need to live your best life, while HuffPost Personal, Voices and Opinion center real stories from real people.

Help keep news free for everyone by giving us as little as $1. Your contribution will go a long way.

**SUPPORT HUFFPOST**

**RELATED**

GREEN

LEAVE A COMMENT

Suggest a correction

Do you have info to share with HuffPost reporters? Here's how.

GO TO HOMEPAGE

**POPULAR IN THE COMMUNITY**