# Exhibit R



(   Image: Getty)

NEWS          POLITICS          FOOTBALL
CELEBS        TV                CHOICE

# Cancer fear over lawn weedkiller commonly used in British parks and on wheat

Research by a respected agency concluded that glyphosate – a chemical found in hundreds of pesticide products including the Roundup range – is potentially carcinogenic

By **Danny Buckland**
23:31, 20 Mar 2015

| BOOKMARK

PRIVACY

Weedkiller used in parks, millions of gardens and huge swathes of crops could be linked to cancer, a report revealed last night.

Research by a respected agency concluded that glyphosate – a chemical found in hundreds of pesticide products including the Roundup range – is potentially **carcinogenic**.

It is used on lawns and on most of Britain's wheat supply. Campaigners say residues of the substance are in bread.

**Get email updates with the day's biggest stories**

Enter your email…                                                                                     Sign up

Dr Keith Tyrell, director of Pesticides Action Network UK, said: "Councils should stop using it and the Government needs to take action. I don't want to alarm people but the safest thing to do would be to restrict this chemical's use."

The report by the International Agency for Research on Cancer – part of the World Health Organisation – was published in medical journal The Lancet.

It comes two years after scientists linked glyphosate to Parkinson's disease, infertility and other health problems.

Glyphosate is the world's most widely used pesticide, generating around £1billion in global sales.

The IARC report has been blasted by US chemical giant Monsanto which manufactures the Roundup brand.

Bosses said that when the full facts are properly researched it proved its products are safe and glyphosate is not harmful.

PRIVACY

Monsanto chief Dr Philip Miller said: "We don't know how IARC could reach a conclusion that is such a dramatic departure from the conclusion reached by all regulatory agencies around the globe."

The IARC has no powers to insist a product be banned or reformulated.

A ban on selling glyphosate-based herbicides to the public is being introduced in the Netherlands this year. Denmark, Russia and Mexico also have restrictions.

- The stinging chemical in nettles could fight **cancer**, scientists have discovered.

University of Warwick researchers found that sodium formate – derived from acid in the plants – can make an ovarian cancer treatment up to 50 times more effective.

FollowMirror

Facebook    Twitter

Get email updates with the day's biggest stories

PRIVACY