# Exhibit S

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/roundup-of-cancer-evidence-11557876010

OPINION | REVIEW & OUTLOOK  Follow

# Roundup of Cancer Evidence

The EPA says the weed killer is safe and noncarcinogenic.

By The Editorial Board  Follow
May 14, 2019 7:20 pm ET



Bottles of Roundup weed killer move along the production line at the herbicide manufacturing facility operated by Monsanto Co. in Antwerp, Belgium, June 14, 2016. PHOTO: JASPER JUINEN/BLOOMBERG NEWS

A California jury awarded a stunning $2.055 billion Monday to a couple who claim that Bayer AG's Roundup weed killer caused their cancer. But would the judgment have been different if the judge had allowed the jury to see contradictory evidence?

That's the question Bayer will raise in its appeal thanks to Judge Winifred Smith, who presided over the trial. The Alameda County Superior Court judge denied a request by Bayer's lawyers to inform the jury that the Environmental Protection Agency concluded last month that Roundup's active ingredient, glyphosate, is noncarcinogenic and poses no risk to public health when used as directed.

"What's the relevance?" Judge Smith asked before dismissing Bayer's request. But if glyphosate is safe, then it isn't responsible for the non-Hodgkin lymphoma

of Alva and Alberta Pilliod. The verdict follows two other recent cases awarding $158 million against Roundup. Bayer now faces lawsuits from some 13,400 plaintiffs bringing similar claims.

The plaintiff lawyers behind these cases rely heavily on the World Health Organization's International Agency for Research on Cancer (IARC), which claimed glyphosate is "probably carcinogenic." But the EPA's new glyphosate assessment is far more robust than that 2015 analysis. Among other considerations, the EPA's experts looked at 167 epidemiological, animal carcinogenicity, and genotoxicity studies. The agency excluded 39 of those studies over concerns about quality.

The IARC relied on fewer than half as many such studies. It was "limited to data published in openly available scientific literature and as such only considered a subset of the studies that EPA considered," says Alexandra Dunn, the assistant administrator at EPA's Office of Chemical Safety and Pollution Prevention.

The international agency also failed to nix research focused on non-mammalian species like worms or reptiles, which the EPA considered irrelevant in determining human risk. And in 2017 Reuters reported the IARC ignored and omitted evidence that glyphosate was noncarcinogenic.

The IARC has issued cancer risk warnings for more than 1,000 products and activities, including hot beverages, aloe, red meat and working the night shift. An adviser for its glyphosate assessment, Christopher Portier, was accepting pay from Lundy, Lundy, Soileau & South, a firm known for its cancer class-action lawsuits. Mr. Portier now appears as a witness for the plaintiffs in the Roundup litigation.

The EPA's glyphosate judgment is an interim finding and awaits final approval. But it follows similar judgments by regulators from the European Union, Australia, Japan, Canada and other developed countries after comprehensive evaluations. A longitudinal study published in 2017 in the Journal of the National Cancer Institute tracked cancer incidence among nearly 45,000 licensed pesticide applicators who used Roundup. The study found that "in unlagged analyses, glyphosate was not statistically significantly associated with cancer at any site."

The EPA also looked for possible hazards to those who ate crops exposed to glyphosate. The agency made conservative assumptions about the levels of glyphosate residue on the crops and drinking water and concluded there is no risk to human health.

That sure sounds relevant, and perhaps the jury would have agreed. Big business isn't popular these days, but companies don't deserve to be looted based on a biased presentation of scientific evidence.

*Appeared in the May 15, 2019, print edition as 'Hiding the Roundup Cancer Evidence'.*