JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100

JEFF WILKERSON
Winston & Strawn LLP
jwilkerson@winston.com
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202
Tel: (704) 350-7714
Fax: (704) 350-7800

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS PEREZ-HERNANDEZ, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MONSANTO COMPANY, et al.,<br><br>    Defendants. | Case No. 3:23-cv-4946<br><br>**DECLARATION OF JAMES GUARD IN SUPPORT OF MONSANTO'S MOTION TO STRIKE CLASS ALLEGATIONS** |

According to 28 U.S.C. § 1746, I, James Guard, hereby declare:

1. I am the Global Lawn & Garden Lead for Monsanto Company ("Monsanto"). Prior to being promoted to Global Lawn & Garden Lead, I served as North American Lawn & Garden Lead. In September 2022, I also became the Global Lead for our Industrial Turf & Ornamental business ("IT&O"). I have worked for Monsanto since October 2009.

2. In my current position, I am responsible for overseeing the global Lawn & Garden and IT&O businesses. From my more than 14 years of experience working for Monsanto, I am also familiar Monsanto's glyphosate-containing herbicide products more broadly, including with products it sells in the agricultural segment ("AG").

3. Monsanto manufactures different glyphosate-containing products to control weeds for three distinct targeted customers: (i) AG—used by farmers to control weeds associated with commercial row crops to include corn, soybean, and cotton; (ii) IT&O—used by professional landscapers or groundskeepers to manage weeds at such sites as industrial parks, public parks, and golf courses; and (iii) Lawn & Garden—used in residential settings. As a general matter, the segments differ in terms of: (i) the customers; (ii) the products sold; (iii) the use of the products; (iv) the products themselves; (v) channels of distribution; and (vi) pricing.

### A. Glyphosate

4. The active ingredient in many Lawn & Garden, IT&O, and AG Roundup® products is glyphosate. Glyphosate is a non-selective herbicide derived from the amino acid glycine. Since its commercialization in 1974, glyphosate has become one of the most widely used herbicide products in history.

5. EPA approval is required not only for glyphosate, but for each formulated Roundup® product (and its labeling). This requires EPA to determine that the products do not pose any unreasonable risks of adverse effects to humans or the environment.

### B. The Roundup® Lawn & Garden Family of Products

6. The Lawn & Garden family of herbicide products includes, or has recently included, among other products, Roundup® Weed & Grass Killer III, Roundup® Max Control 365, Roundup® Extended Control Weed & Grass Killer Plus Weed Preventer II, Roundup® Poison Ivy Tough Brush Killer, Roundup® Landscape Weed Preventer, Roundup® Weed & Grass Killer Super Concentrate, Roundup® Weed & Grass Killer Concentrate Plus, Roundup® Concentrate Poison Ivy Plus Tough Brush Killer, and Roundup® for Lawns. Although many of those products contain glyphosate, the products are not exclusively glyphosate-based products. Roundup® for Lawns, for example, is a selective herbicide product that kills weeds but not grasses. Other products, such as Max Control 365 and Extended Control Weed & Grass Killer Plus Weed Preventer II, contain both glyphosate and

an additional active ingredient that prevents growth for an extended period of time.

7.     Among the Lawn & Garden products that contain glyphosate, individual products vary in a number of ways.  Specific product formulations also vary in the relative amounts of glyphosate, water, and other ingredients mixed together to create the product.

8.     Since 1998, The Scotts Company LLC ("Scotts") has served as Monsanto's exclusive agent for the sales, marketing, and distribution of non-selective Roundup® Lawn & Garden products in the United States and Canada.  Lawn & Garden products are sold to wholesalers and retailers who in turn sell directly to consumers.  The vast majority of the volume of the Lawn & Garden products is sold through retail outlets such as Home Depot, Lowe's, Walmart, and Ace Hardware.  Retailers also sell the products online.

**C. Roundup® AG Products**

9.     Unlike the products sold for Lawn & Garden, all Roundup® AG Products are concentrated.  The formulations used are also different.  In addition, within the AG sector, there are significant differences among the Roundup® Products that Monsanto sells and produces, including high-, mid-, and low-tier products.  These various Roundup® Products have different characteristics, such as different concentrations of glyphosate, different surfactants and other adjuvants, differing labeled uses, different levels of service and support, different prices, and different product guarantees.  Each of these products is labeled for agricultural use.

10.    Unlike the Lawn & Garden sector, farmers do not simply buy a ready-to-use product and apply that to the weeds.  Instead, AG customers purchase concentrated product and must mix it with water prior to application.  It also common for the products to be mixed with other, non-glyphosate-based products prior to application, known as "tank mixing."

11.    Although the ultimate end users of Roundup® Products sold in the AG sector are farmers, Monsanto does not sell these products directly to farmers.  Instead, Monsanto sells the products to distributors.  Distributors then sell the products to agricultural retailers (some but not all of whom are owned by distributors).

12. Farmers purchase Roundup® Products from retailers that sell within the AG sector for AG purposes. To that end, farmers differ in how the products are delivered to and applied at their farms. Some farmers purchase and take delivery of Roundup® Products that they then spray themselves (or have someone associated with or employed by their farm apply). Other farmers purchase "custom application" services, whereby the Roundup® Products (either alone or mixed with other products) are applied at their farms by independent, certified applicators, typically but not always employed by or associated with the retailer from which the farmers make their purchases.

**D. Monsanto's Industrial Turf & Ornamental Business**

13. Monsanto's IT&O business serves sophisticated commercial users, supplying their needs for herbicide and pesticide applications, including glyphosate.

14. As with AG Roundup® Products, Monsanto does not typically sell its IT&O products directly to individual end users. Monsanto primarily sells the products to distributors. The distributors then sell the products to end users, which are primarily commercial entities that hire or contract with professional applicators, or to retailers that sell to such users.

15. Monsanto's glyphosate-containing IT&O products are also used by state and local government agencies. Departments of transportation and other government entities either purchase the products directly from distributors or contract for weed management services with a private contractor that purchases the products and applies them as part of its services.

16. Monsanto's glyphosate-containing IT&O products are sold in several configurations. Unlike some of Monsanto's Lawn & Garden products, its IT&O products are sold only in concentrated, and not ready-to-use, formulations. The IT&O products are also sold in much larger containers than the Lawn & Garden products, typically in sizes ranging from 2.5-gallon jugs to 265-gallon totes. The concentration levels of these products range from lower-concentration formulations, designed to compete with generic glyphosate products and typically sold at lower prices, mid-tier products which are primarily marketed

for vegetative management use, and high-tier, the most concentrated products marketed mainly to professional landscaping companies.

    I declare under penalty of perjury that the foregoing is true and correct.

*James S. Guard* (signature)

James Guard

RESTRICTED