# Appendix 4

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Breach of Express Warranty: 51-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Pre-Suit Notice Required? |
|---|---|---|---|
| **Alabama** Ala. Code § 7-2-313 | **4 Years** Ala. Code § 7-2-725(1) | **No** *Massey-Ferguson, Inc. v. Laird*, 432 So.2d 1259, 1261-62 (Ala. 1983) | **Yes, and notice to manufacturer is required** *Hobbs v. Gen. Motors Corp.*, 134 F. Supp. 2d 1277, 1285 (M.D. Ala. 2001); *Parker v. Bell Ford, Inc.*, 425 So.2d 1101 (Ala. 1983) |
| **Alaska** Alaska Stat. § 45.02.313 | **4 Years** Alaska Stat. § 45.02.725; *Armour v. Alaska Power Auth.*, 765 P.2d 1372, 1375 (Alaska 1988). | **Yes** *Shooshanian v. Wagner*, 672 P.2d 455, 461 (Alaska 1983) | **No** *Shooshanian v. Wagner*, 672 P.2d 455, 462-63 and n.6 (Alaska 1983) (filing of the complaint by a consumer will suffice as notice to the seller). |
| **Arizona** Ariz. Rev. Stat. § 47-2313 | **4 Years** Ariz. Rev. Stat. § 47-2725 | **Yes** *Nalbandian v. Byron Jackson Pumps, Inc.*, 97 Ariz. 280, 286 (1965); *see Downs v. Shouse*, 501 P.2d 401, 405 (Ariz. Ct. App. 1972) | **No** The requirement of providing notice may be fulfilled by the filing of a complaint. *Pace v. Sagebrush Sales Co.*, 114 Ariz. 271, 274 (1977) (holding that notice via the pleadings was sufficient for a breach of warranty action for a commercial transaction); *see also Burge v. Freelife Intern., Inc.*, 2009 WL 3872343, at *5-6 (D. Arizona Nov. 18, 2009) (holding that notice via the pleadings was sufficient in a case involving retail consumer plaintiffs) |
| **Arkansas** Ark. Code § 4-2-313 | **3 Years** Ark. Code § 16-116-203; *Follette v. Wal-Mart Stores, Inc.*, 41 F.3d 1234, 1236 (8th Cir. 1994). | **Yes** *See Brooks v. Remington Arms Co.*, No. 1:09-CV-01054, 2010 WL 6971894, at *5 (W.D. Ark. Oct. 27, 2010) report and recommendation adopted sub nom. *Rodgers v. Remington Arms Co.*, No. 09-CV-1054, 2011 WL 2746150 (W.D. Ark. July 12, 2011) | **Yes** *See, re Ford Motor Co. E-350 Van Products Liab. Litig. (No. II)*, 2008 WL 4126264, at *10 (D.N.J. Sept. 2, 2008) |
| **California** Cal. Com. Code § 2313 | **2 Years** Cal. Civ. Proc. Code § 335.1 | **Yes, absent privity, and reliance is presumed until rebutted.** *Coleman v. Bos. Sci. Corp.*, 2011 WL 3813173, | **Yes, but only "sophisticated" plaintiffs need give notice to manufacturers** |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Breach of Express Warranty: 51-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Pre-Suit Notice Required? |
|---|---|---|---|
| | | at *5 (E.D. Cal. Aug. 29, 2011); *Ibrahim v. Ford Motor Co.*, 214 Cal. App. 3d 878, 890 (1989) | *Tasion Commc'ns, Inc. v. Ubiquiti Networks, Inc.*, 2014 WL 1048710, at *6 (N.D. Cal. Mar. 14, 2014) (applying California law) |
| **Colorado** Colo. Rev. Stat. § 4-2-313 | **3 Years** Colo. Rev. Stat. § 13-80-101(1)(a) | **No** *See Lutz Farms v. Asgrow Seed Co.*, 948 F.2d 638, 644-45 (10th Cir. 1991) | **Yes, but notice to direct seller will suffice** *Cooley v. Big Horn Harvestore Sys., Inc.*, 813 P.2d 736, 742 (Colo. 1991); *Palmer v. A.H. Robins Co.*, 684 P.2d 187 (Colo. 1984) |
| **Connecticut** Conn. Gen. Stat. § 42a-2-313 | **3 Years** Conn. Gen. Stat. § 52-577(a) | **Yes** *See Criteria, II Ltd. v. Co-Opportunity Precision Wood Products, Inc.*, 2001 WL 1178333, at *1 (Conn. Super. Ct. Aug. 30, 2001) | **No, unless suing the direct seller** *See Spencer v. Star Steel Structures, Inc.*, 96 Conn. App. 142, 148 (2006) |
| **Delaware** 6 Del. C. § 2-313 | **4 Years** 6 Del. C. § 2-725 | **Yes** *See Barba v. Carlson*, 2014 WL 1678246, *5 (Del.Super., 2014) ("In order to pursue a claim for breach of express warranty, the consumer must produce evidence of reliance on the express warranty.") | **Yes** *See Speakman Co. v. Harper Buffing Mach. Co., Inc.*, 583 F. Supp. 273, 277 (D. Del. 1984); *see also Pig. Imp. Co., Inc. v. Middle States Holding Co.*, 943 F.Supp. 392, 405 (D. Del. 1996). |
| **D.C.** D.C. Code § 28:2-313 | **4 Years** D.C. Code § 28:2-725 | **No** *See Rock Creek Ginger Ale Co., Inc. v. ThermiceCorp.*, 352 F. Supp. 522, 526 (D.D.C. 1971) | **Yes** *See Witherspoon v. Philip Morris Inc.*, 964 F. Supp. 455, 464-65 (D. D.C. 1997) |
| **Florida** Fla. Code § 72.313 | **5 Years** Fla. Code § 95.11(2)(b) | **Yes** *See State Farm Ins. Co. v. Nu Prime Roll-A-Way of Miami, Inc.*, 557 So.2d 107, 108 (Fla. 3d DCA 1990) | **Yes** *See Sclar v. OsteoMed, L.P.*, No. 17-23247-CIV, 2018 WL 559137, at *2 (S.D. Fla. Jan. 24, 2018); *see also Jovine v. Abbott Labs., Inc.*, 795 F.Supp.2d 1331, 1339-40 (S.D. Fla. 2011) (applying pre-suit notice requirement to class action suit against manufacturer) |
| **Georgia** O.C.G.A. § 11-2-313 | **4 Years** O.C.G.A. § 11-2-725 | **Yes** *See Davenport v. Ford Motor Co.*, 2006 WL 2048308, at *3 (N.D. Ga. July 20, 2006) (citing | **No** *See Frey v. Bayer Corp.*, 499 F. Supp. 3d 1283, 1293-94 (M.D. Georgia 2020); *see also Hudson v. Gaines*, 403 S.E.2d 852, 854 (Ga. App. 1991) |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Breach of Express Warranty: 51-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Pre-Suit Notice Required? |
|---|---|---|---|
| | | *Moore v. Berry*, 458 S.E.2d 879, 881 (Ga. Ct. App.1995)) | |
| **Hawaii** Haw. Rev. Stat. § 490:2-313 | 4 Years Haw. Rev. Stat. § 490:2-725 | No *Torres v. Nw. Eng'g Co.*, 949 P.2d 1004, 1013 (Haw. Inter. Ct. 1997) | Yes *See Hawaiian Fishing Co. v. M.D.R. Inc.*, 86 F.3d 1162 (9th Cir. 1996) (table decision) |
| **Idaho** Idaho Code § 28-2-313 | 2 Years Idaho Code § 5-219(4) | No *See Jensen v. Seigel Mobile Homes Grp.*, 668 P.2d 65, 71 (Idaho 1983) | Yes *Salmon Rivers Sportsman Camps, Inc. v. Cessna Aircraft Co.*, 544 P.2d 306, 314 (Idaho 1975) |
| **Illinois** 810 Ill. Comp. Stat. 5/2-313 | 4 Years 810 Ill. Comp. Stat. § 5/2-725 | **Yes, absent privity** *In re Nexus 6P Prod. Liab. Litig.*, 293 F. Supp. 3d 888, 917 (N.D. Cal. 2018) (summarizing and applying California law) | **Yes, unless defendant had actual knowledge of breach** *Whitwell v. Wal-Mart Stores, Inc.*, 2009 WL 4894575, at *6, n. 4 (S.D. Ill. Dec. 11, 2009) (citing *Connick v. Suzuki Motor Co.*, 675 N.E.2d 584, 589 (1996)) |
| **Indiana** Ind. Code § 26-1-2-313 | 4 Years Ind. Code § 26-1-2-725 | No *See Shambaugh v. Lindsay*, 445 N.E.2d 124, 126-27 (Ind. Ct. App. 1983) | Yes *Massey v. Nexus RVs, LLC*, 2023 WL 4861979 (N.D. Ind. June 30, 2023) (applying Indiana law) |
| **Iowa** Iowa Code § 554.2313 | 10 Years Iowa Code §§ 554.2725, 614.1(5) | Yes *See Dailey v. Holiday Distrib. Corp.*, 260 Iowa 859, 869, 151 N.W. 2d 477, 484-85 (1967) | **No, unless suing the direct seller** *See Wright v. Brooke Grp. Ltd.*, 114 F. Supp. 2d 797, 830 (N.D. Iowa 2000) |
| **Kansas** Kan. Stat. § 84-2-313 | 4 Years Kan Stat. § 84-2-725 | No *See Elwell v. Maiko Exploration & Drilling, Inc.*, 1991 WL 12018352, *11 (Kan. Ct. App. 1991) | **No, if plaintiff is a retail consumer** *City of Whichita, Kan. v. U.S. Gypsum Co.*, 828 F.Supp. 851, 857-58 (D. Kan. 1993), rev'd in part on other grounds, aff'd in part, 72 F.3d 1491 (10th Cir. 1996) |
| **Kentucky** Ky. Rev. Stat. § 355.2-313 | 4 Years Ky. Rev. Stat. § 355.2-725 | Yes *Leafguard of Kentuckiana, Inc. v. Leafguard of Kentucky, LLC*, 2016 WL 3088267, at *7 (E.D. Ky., May 31, 2016) (citing *Stanley v. Day*, 215 S.W. 175, 177 (Ky. 1919)) | No *Mullins v. Wyatt*, 887 S.W.2d 356, 358 (Ky. 1994) |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Breach of Express Warranty: 51-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Pre-Suit Notice Required? |
|---|---|---|---|
| **Louisiana** La. Rev. Stat § 9:2800.53(6) | **2 Years from Delivery or 1 Year from Discovery, Whichever is First** La. Civ. Code Ann. art. 2534 | No *See Mire v. EatelCorp, Inc.*, 849 So.2d 608, 614-15 (La. Ct. App. 2003) | **No, but failure to give notice may limit remedies** *See Pellegrin v. City Thibodaux*, 837 So.2d 139, 141 (La. Ct. App. 2002) ("Although the failure to give notice limits the remedies available to the buyer, it clearly does not prevent the filing of a lawsuit by the buyer.") |
| **Maine** 11 M.R.S.A. § 2-313 | **6 Years** 14 M.R.S.A. § 752 | Yes *See Phillips v. Ripley & Fletcher Co.*, 541 A.2d 946, 950 (Me. 1988); *Int'l Paper Co. v. Androscoggin Energy LLC*, 2002 WL 31507176, at *5 (N.D. Ill. Nov. 8, 2002) (applying Maine law). | **No** *See Muehlbauer v. Gen. Motors Corp.*, 431 F. Supp. 2d 847, 859 (N.D. Ill. 2006) (applying Maine law) |
| **Maryland** Md. Com. Law Code § 2-313 | **4 Years** Md. Com. Law Code § 2-725 | Yes *See Fischbach & Moore Int'l Corp. v. Crane Barge R 14*, 476 F. Supp. 282, 287 (D. Md. 1979) aff'd sub nom. *Fischbach & Moore Int'l Corp. v. Crane Barge R-14*, 632 F.2d 1123 (4th Cir. 1980). | **Yes, but notice to direct seller will suffice** *Firestone Tire & Rubber Co. v. Cannon*, 53 Md. App. 106, 452 A.2d 192 (1982), aff'd, 295 Md. 528, 456 A.2d 930 (1983) |
| **Massachusetts** Mass. Code 106, § 2-313 | **3 Years** Mass. Ann. Laws Ch. 106 § 2-318 | **Yes, but only some minimum of reliance** *See Pershouse v. L.L. Bean, Inc.*, 368 F. Supp. 3d 185 (D. Mass. 2019) ("No Massachusetts Court has ruled explicitly on whether reliance is a necessary element for a breach of warranty claim but District Courts have nevertheless found that 'some minimum of reliance' is required to state such a claim under Massachusetts law.") | **Yes** *See Smith v. Robertshaw Controls Co.*, 410 F.3d 29, 35-36 (1st Cir. 2005) (applying Massachusetts law) |
| **Michigan** Mich. Comp. Laws § 440.2313 | **4 Years** Mich. Comp. Laws § 440.2725 | Yes *See Dow Corning Corp. v. Weather Shield Mfg., Inc.*, 790 F. Supp. 2d 604, 611 (E.D. Mich. 2011) | **Yes** *See Gorman v. Am. Honda Motor Co.*, 839 N.W.2d 223, 232 (Mich. 2013) (applying pre-suit notice requirement to retail transactions as |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Breach of Express Warranty: 51-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Pre-Suit Notice Required? |
|---|---|---|---|
| | | | well as transactions between commercial buyers and commercial sellers) |
| **Minnesota** Minn. Stat. § 336.2-313 | **4 Years** Minn. Stat. § 336.2-725(1) | **Yes** *See Midland Loan Fin. Co. v. Madsen*, 217 Minn. 267, 278 (1944); *see also Hendricks v. Callahan*, 972 F.2d 190, 194 (8th Cir. 1992) | **Yes** *See Yarrington v. Solvay Pharm., Inc.*, No. A05-2288, 2006 WL 2729463, at *5 (Minn. Ct. App. Sept. 26, 2006) |
| **Mississippi** Miss. Code § 75-2-313 | **6 Years** Miss. Code § 75-2-725 | **Yes** *See Austin v. Will-Burt Co.*, 232 F.Supp.2d 682, 688 (N.D. Miss. 2002); *see also Forbes v. Gen. Motors Corp.*, 935 So.2d 869, 875-77 (Miss. 2006) | **No, if the plaintiff is a retail customer** *See Steel Dynamics Columbus, LLC v. Altech Env. USA Corp.*, 273 F.Supp.3d 627, 644 (N.D. Miss. 2017); *Peavey Elec. Corp. v. Baan USA, Inc.*, 10 So.3d 945, 958 (Miss. Ct. App. 2009) |
| **Missouri** Mo. Rev. Stat. § 400.2-313 | **5 Years** Mo. Rev. Stat. § 516.120 | **No** *See lnterco, Inc. v. Randustrial Corp.*, 533 S.W.2d 257, 261 (Mo. Ct. App. 1976) | **Yes** *See Ragland Mills, Inc. v. Gen. Motors Corp.*, 763 S.W.2d 357, 361 (Mo. Ct. App. 1989) |
| **Montana** Mont. Code § 30-2-313 | **4 Years** Mont. Code § 30-2-725 | **Yes,** *See Woodahl v. Matthews*, 196 Mont. 445, 450, 639 P.2d 1165, 1168 (1982) | **Yes** *See Fire Supply & Serv., Inc. v. Chico Hot Springs*, 196 Mont. 435, 442, 639 P.2d 1160, 1164 (1982) |
| **Nebraska** Neb. U.C.C. § 2-313 | **4 Years** Neb. U.C.C. § 2-725 | **Yes** *See Hillcrest Country Club v. N.D. Judds Co.*, 461 N.W.2d 55, 62 (Neb. 1990) | **Yes** *See Langner v. Boston Scientific*, 492 F.Supp.3d 925, 935-36 (D. Neb. 2020) |
| **Nevada** Nev. Rev. Stat. § 104.2313 | **4 Years** Nev. Rev. Stat. § 11.190 | **No** *See Allied Fid. Ins. Co. v. Pico*, 656 P.2d 849, 850 (Nev. 1983) | **Yes** *See Flores v. Merck & Co., Inc.*, 2022 WL 798374, at *6 (D. Nev. March 16, 2022) |
| **New Hampshire** N.H. Rev. Stat. § 382-A:2-313 | **4 Years** N.H. Rev. Stat. § 382-A:2-725 | **No** *See Kelleher v. Lumber*, 891 A.2d 477, 501 (N.H. 2005) | **Yes** *See Cheshire Med. Ctr. v. WR. Grace & Co.*, 767 F.Supp. 396, 397 (D.N.H. 1991); *Precourt v. Fairbank Reconst. Corp.*, 856 F.Supp.2d 327, 340-41 (D. N.H. 2012) |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Breach of Express Warranty: 51-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Pre-Suit Notice Required? |
|---|---|---|---|
| **New Jersey**<br>N.J. Stat. § 12A:2-313 | **4 Years**<br>N.J. Stat. § 12A:2-725 | **No**<br>*See Gladden v. Cadillac Motor Car Div.*, 416 A.2d 394, 396 (N.J. 1980) | **No, unless suing the direct seller**<br>*See Coyle v. Hornell Brewing Co.*, 2010 WL 2539386, at *6 (D.N.J. June 15, 2010); *See also Strzakowlski v. General Motors Corp.*, 2005 WL 2001912, at *3 (D.N.J. Aug. 16, 2005) |
| **New Mexico**<br>N.M. Stat. § 55-2-313 | **4 Years**<br>N.M. Stat. § 55-2-725(1) | **No**<br>*See Suttman-Villars v. Argon Medical Devices, Inc.*, 553 F.Supp.3d 946, 956-57 (D. N.M. 2021) | **Probably no, depending on the facts of the case**<br>*Thornton v. Kroger Co.*, 2022 WL 488932, at *104 (D.N.M. 2022). |
| **New York**<br>N.Y. U.C.C. § 2-313 | **4 Years**<br>N.Y. U.C.C. § 2-725(1) | **No**<br>*See CBS Inc. v. Ziff-Davis Pub. Co.*, 553 N.E.2d 997, 1000-01 (N.Y. 1990) | **Yes**<br>*See Barton v. Pret A Manger (USA) Ltd.*, 535 F.Supp.3d 225, 245-47 (S.D.N.Y. 2021); *Cosgrove v. Oregon Chai., Inc.*, 520 F.Supp.3d 562, 585-86 (S.D.N.Y. 2021) |
| **North Carolina**<br>N.C. Gen. Stat. § 25-2-313 | **3 Years**<br>N.C. Gen. Stat. § 1-52(1)-(5) | **Yes**<br>*See Harbor Point Homeowners' Ass'n, Inc. ex rel. Bd. of Directors v. DJF Enterprises, Inc.*, 697 S.E.2d 439, 447 (N.C. App. 2010) (quoting *Hall v. T.L. Kemp Jewelry, Inc.*, 322 S.E.2d 7, 10 (N.C. App. 1984)) | **No, unless suing the direct seller**<br>*See Seaside Resorts, Inc. v. Club Car, Inc.*, 416 S.E.2d 655, 663 (S.C. Ct. App. 1992) (applying North Carolina law) |
| **North Dakota**<br>N.D. Cent. Code § 41-02-30 | **4 Years**<br>N.D. Cent. Code § 41-02-104(1) | **No**<br>*See FastTrac Transp., LLC v. Pedigree Tech., LLC*, 2022 WL 3028048, at *4 (D.N.D. Aug 1, 2022) | **Yes, but inexperienced consumers may be held to a lower standard**<br>*Industrial Fiberglass v. Jandt*, 361 N.W.2d 595, 597-99 (N.D. 1985) |
| **Ohio**<br>Ohio Rev. Code § 1302.26 | **8 Years**<br>Ohio Rev. Code § 2305.06 | **No**<br>*See Norcold, Inc. v. Gateway Supply Co.*, 798 N.E. 2d 618, 624 (Ohio Ct. App. 2003) | **Yes**<br>*See St. Clair v. Kroger Co.*, 581 F. Supp. 2d 896 (N.D. Ohio 2008) |
| **Oklahoma**<br>Okla. Stat. Tit. 12A, § 2-313 | **5 Years**<br>Okla. Stat. Tit. 12A, § 2-725 | **Yes**<br>*Alexander v. Smith &Nephew, P.L.C.*, 98 F. Supp. 2d 1310, 1321-22 (N.D. Okla. 2000) | **No, if plaintiff is a retail consumer**<br>*Buzadzhi v. Bexco Enterprises, Inc.*, 2011 WL 43086, at *2 (N.D. Okla. Jan. 4, 2011) |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Breach of Express Warranty: 51-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Pre-Suit Notice Required? |
|---|---|---|---|
| **Oregon** Or. Rev. Stat. § 72.3130 | **4 Years** Or. Rev. Stat. § 72.7250(1) | **Yes** *See Newman v. Tualatin Dev. Co.*, 287 Or. 47, 53, 597 P.2d 800, 803 (1979) | **Yes** *See Redfield v. Mead, Johnson & Co.*, 266 Or. 273, 284, 512 P.2d 776, 781 (1973) |
| **Pennsylvania** 13 Pa. Stat. § 2313 | **4 Years** 42 Pa. Stat. § 5525 | **No** *See Samuel Bassett v. Kia Motors Am., Inc.*, 34 A.3d 1, 25 n.16 (Pa. 2011) | **Yes** *See Martin v. Ford Motor Co.*, 765 F.Supp.2d 673, 682-83 (E.D. Penn. 2011); *Schmidt v. Ford Motor Co.*, 972 F.Supp.2d 712, 718-19 (E.D. Pa. 2013). *But see Precision Towers, Inc. v. Nat–Com, Inc.*, No. 2143, 2002 WL 31247992, at *5 (Pa. Com. Pl. Sept. 23, 2002) (intimating that a complaint may sometimes provide adequate notice) |
| **Rhode Island** R.I. Gen. Laws § 6A-2-313 | **3 Years** R.I. Gen. Laws § 9-1-14 (b) | **Yes** *See Santos v. A.C. McLoon Oil Co.*, 2013 WL 861548, at *13 (R.I. Feb. 22, 2013) | **Undetermined** |
| **South Carolina** S.C. Code § 36-2-313 | **6 Years** S.C. Code § 36-2-725 | **No** *See Jones v. Ram Med., Inc.*, 807 F.Supp.2d 501, 509 (D.S.C. 2011) | **No, unless suing the direct seller** *Thomas v. Louisiana-Pac. Corp.*, 246 F.R.D. 505, 513 (D.S.C. 2007) |
| **South Dakota** S.D. Codified Laws § 57A-2-313 | **4 Years** S.D. Codified Laws § 57A-2-725 | **Yes** *See James River Equip. Co. v. Beadle Cnty. Equip., Inc.*, 2002 S.D. 61, ¶ 17, 646 N.W.2d 265, 268 (S.D. 2002) | **Yes** *Jorgensen Farms, Inc. v. Country Pride Corp.*, 2012 S.D. 78, ¶ 23, 824 N.W.2d 410, 418 (S.D. 2012); *see also Carlson v. Rysavy*, 262 N.W.2d 27, 30 (S.D. 1978) |
| **Tennessee** Tenn. Code § 47-2-313 | **4 Years** Tenn. Code § 47-2-725(1) | **Yes** *See Fletcher v. Coffee Cnty. Farmers Coop.*, 618 S.W.2d 490, 493 (Tenn. Ct. App. 1981); *see also McKee Foods Corp. v. Pitney Bowes, Inc.*, 2007 WL 896153, at *5 (E.D. Tenn. Mar. 22, 2007) | **No, if plaintiff is a retail consumer** *Smith v. Pfizer Inc.*, 688 F.Supp.2d 735, 749-51 (M.D. Tenn. 2010) |
| **Texas** Tex. Bus. & Comm. Code § 2.313 | **4 Years** Tex. Bus. & Comm. Code § 2.725 | **Yes** *Compaq Computer Corp. v. Lapray*, 135 S.W.3d 657, 676 (Tex. 2004) | **Yes** *See Wilcox v. Hillcrest Mem'l Park of Dallas*, 701 S.W.2d 842, 843 (Tex. 1986); *see also McKay v. Novartis Pharm. Corp.*, 751 F.3d 694, |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Breach of Express Warranty: 51-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Pre-Suit Notice Required? |
|---|---|---|---|
| | | | 707 (5th Cir. 2014); *see also U.S. Tire-Tech, Inc. v. Boeran*, B.V., 110 S.W.3d 194, 202 (Tex. App. 2003) |
| **Utah** Utah Code § 70A-2-313 | **4 Years** Utah Code § 78B-2-307(3) | No *See State v. GAF Corp.*, 760 P.2d 310, 315 (Utah 1988) | **Yes, but courts are lenient towards retail consumers** *See Johnson v. Blendtec, Inc.*, 500 F.Supp.3d 1271, 1290-91 (D. Utah 2020) |
| **Vermont** Vt. Stat. Tit. 9A, § 2-313 | **4 Years** Vt. Stat. Ann. Tit. 9A, § 2-725 | No *Mainline Tractor & Equip. Co. v. Nutrite Corp.*, 937 F. Supp. 1095, 1106-07 (D.Vt. 1996) | **No, if plaintiff is a retail consumer** *Ehlers v. Ben & Jerry's Homemade Inc.*, 2:19-CV-00194, 2020 WL 2218858, at *8 (D. Vt. May 7, 2020) |
| **Virginia** Va. Code § 8.2-313 | **2 Years** Va. Code § 8.01-243, 8.01-246 | No *See Daughtrey v. Ashe*, 413 S.E.2d 336, 337-39 (Va. 1992) | **Yes** *Kerr v. Hunter Div.*, 1981 WL 394232, at *4-8 (Va. Cir. Ct. 1981) |
| **Washington** Wash. Rev. Code § 62A.2-313 | **4 Years** Wash. Rev. Code § 62A.2-725 | No *See Touchet Valley Grain Growers, Inc. v. Opp & Seibold Gen. Constr., Inc.*, 831 P.2d 724, 731 (Wash. 1992) | **No** *Stockinger v. Toyota Motor Sales USA Inc.*, 2017 WL 10574372, at *11 (C.D. Cal. July 7, 2017) (applying Washington law) |
| **West Virginia** W. Va. Code § 46-2-313 | **4 Years** W. Va. Code § 46-2-725(1) | No *See Tyree v. Boston Scientific Corp.*, 2014 WL 5359008, at *5 (S.D. W.Va. Oct. 20, 2014) | **Yes, unless plaintiff seeks personal-injury damages** *See Hill v. Joseph T. Ryerson & Son, Inc.*, 268 S.E.2d 296, 301-03 (Ct. App. W.Va. 1980) |
| **Wisconsin** Wis. Stat. § 402.313 | **6 Years** Wis. Stat. § 402.725 | No *See Ewers v. Eisenzopf*, 276 N.W.2d 802, 805 (Wis. 1979) | **Yes** *See Wojciuk v. U.S. Rubber Co.*, 122 N.W.2d 737, 738-39 (Wis. 1963) |
| **Wyoming** Wyo. Stat. § 34.1-2-313 | **4 Years** Wyo. Stat. § 34.1-2-725 | **Yes** *See Tribe v. Peterson*, 964 P.2d 1238, 1241 (Wyo. 1998) | **Yes** *W. Equip. Co. v. Sheridan Iron Works, Inc.*, 605 P.2d 806, 810-11 (Wyo.1980) |