# Appendix 5

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Implied Warranty: 51-Jurisdiction Survey

| Jurisdiction | Vertical Privity Required? | Pre-Suit Notice Required | Statute of Limitations |
|---|---|---|---|
| Alabama | Yes<br><br>*Rhodes v. Gen. Motors Corp.*, 621 So. 2d 945, 947 (Ala. 1993). | Yes<br><br>*Rampey v. Novartis Consumer Health, Inc.*, 867 So.2d 1079, 1086 (Ala. 2003). | 6 years<br>Ala. Code § 6-2-34. |
| Alaska | No<br><br>*Morrow v. New Moon Homes, Inc.*, 548 P.2d 279, 289 (Ala. 1976). | No<br><br>*Shooshanian v. Wagner*, 672 P.2d 455, 462-63 and n.6 (Alaska 1983) (filing of the complaint by a consumer will suffice as notice to the seller). | 4 years<br>*Armour v. Alaska Power Auth.*, 765 P.2d 1372, 1375 (Alaska 1988); AS 45.02.725. |
| Arizona | Yes<br><br>*Flory v. Silvercrest Indus., Inc.*, 633 P.2d 383, 387 (Ariz. 1981). | No<br><br>*Davidson v. Wee*, 379 P.2d 744, 749 (Ariz. 1963) (filing of the complaint by a consumer will suffice as notice to the seller). | 3 years<br>Ariz. Rev. Stat. § 12-543 |
| Arkansas | No<br><br>*Mack Trucks of Ark., Inc. v. Jet Asphalt & Rock Co.*, 437 S.W.2d 459, 462 (Ark. 1969). | Yes<br><br>*Adams v. Wacaster Oil Co., Inc.*, 98 S.W.3d 832, 835-36 (Ark. Ct. App. 2003) (filing of the complaint by a consumer will not suffice as notice to the seller). | 3 years<br>Ark. Code Ann. § 16-56-105. |
| California | Yes<br><br>*Moran v. Edgewell Personal Care, LLC*, No. 21-cv-07669-RS, 2022 WL 3046906, at *6 (N.D. Cal. Aug. 2, 2022). | **It may depend on whether the defendant is a remote manufacturer.**<br><br>See *Tasion Commc'ns, Inc. v. Ubiquiti Networks, Inc.*, No. 3:13-cv- 01803- EMC, 2014 WL 1048710, at *6 (N.D. Cal. Mar. 14, 2014). | 4 years<br>*Tanner v. Ford Motor Co.*, 2019 U.S. Dist. LEXIS 204510 (N.D. Cal.) |
| Colorado | No<br><br>*Forest City Stapleton Inc. v. Rogers*, 393 P.3d 487, 490 (Colo. 2017). | **No, but notice has to be within a reasonable time**<br><br>*Palmer v. A.H. Robins Co., Inc.*, 684 P.2d 187, 207 n.3 (Colo. 1984) ("in the context of a retail | 3 years<br>Colo. Rev. Stat. § 13-80-101. |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Implied Warranty: 51-Jurisdiction Survey

| Jurisdiction | Vertical Privity Required? | Pre-Suit Notice Required | Statute of Limitations |
|---|---|---|---|
| | | purchase, the filing of a lawsuit, under some circumstances, may be sufficient to provide notice to a defendant") | |
| Connecticut | Yes<br><br>*Keollmer v. Chrysler Motor Corp.*, 276 A.2d 807, 812 (Conn. Cir. Ct. 1970) (imposing vertical privity requirement when only economic loss is involved). | **Yes, to direct seller of goods**<br><br>*Spencer v. Star Steel Structures, Inc.*, 96 Conn. App. 142, 148 (2006). | 3 years<br>Conn. Gen. Stat. § 52-577a. |
| Delaware | Yes<br><br>*Ciociola v. Delaware Coca-Cola Bottling Co.*, 172 A.2d 252, 256 | Yes<br><br>*Reybold Grp., Inc. v. Chemprobe Tech., Inc.*, 721 A.2d 1267 (Del. | 4 years<br>*Addison v. Emerson Elec. Co.*, C.A. No. 96-146, 1997 WL 129327, at *3 (D. Del. Feb. 24, 1997); *Amoroso v. Joy Mfg. Co.*, 531 A.2d 619, 620 (Del. Super. 1987). |
| District of Columbia | Yes<br><br>*Bowler v. Stewart-Warner Corp.*, 563 A.2d 344, 348 (D.C. App. 1989). | Yes<br><br>*Lee v. Air Care, Inc.*, 325 A.2d 598, 599 (D.C. App. 1974). | 4 years<br>D.C. Code § 28:2-316. |
| Florida | Yes<br><br>*Airport Rent-A-Car, Inc. v. Prevost Car, Inc.*, 788 F. Supp. 1203, 1206 (S.D. Fla. 1992) ("[p]rivity of contract between plaintiff and defendant is an essential element of the breach of implied warranty cause of action" in claim for economic loss), aff'd, 67 F.3d 901 (11th Cir. 1995). | **Yes, to remote manufacturers**<br><br>*Toca v. Tutco, LLC*, 430 F.Supp.3d 1313, 1323–24 (S.D. Fla. 2020) | 4 years<br>Fla. Stat. § 95.11(3)(d), (j) (2023). |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Implied Warranty: 51-Jurisdiction Survey

| Jurisdiction | Vertical Privity Required? | Pre-Suit Notice Required | Statute of Limitations |
|---|---|---|---|
| Georgia | **Yes**<br><br>*Ford Motor Co. v. Lee*, 224 S.E.2d 168, 171 (Ga. Ct. App.), aff'd in part and rev'd in part, 229 S.E.2d 379 (Ga. 1976); *Mullins v. M.G.D. Graphics Sys. Group*, 867 F. Supp. 1578, 1584 (N.D. Ga. 1994) ("[u]nder Georgia law, [p]laintiff cannot recover [for breach of implied warranty] unless [he] can demonstrate privity of contract"). | **No**<br><br>*Hudson v. Gaines*, 403 S.E.2d 852, 854 (Ga. App. 1991) | **4 years; 6 years for personal injury**<br>Adair v. Baker Bros, 185 Ga. App. 807, 808, 366 S.E.2d 164, 165 (1988). |
| Hawaii | **Yes**<br><br>*Larsen v. Pacesetter Sys., Inc.*, 74 Haw. 1, 21 (Haw. 1992) (privity required in implied warranty where "purely economic loss is the gravamen of the complaint"). | **It may depend on whether defendant sold goods to plaintiff or not.**<br><br>Pre-suit notice is required when plaintiff is suing seller of goods. Hawaii law does not appear to have addressed whether pre-suit notice is required in suits against non-seller manufacturers. *See* HRS § 490:2-607. | **4 years**<br>Haw. Rev. Stat. § 490:2-725(1) (1965). |
| Idaho | **Yes**<br><br>*Oats v. Nissan Motor Corp. in U.S.A.*, 879 P.2d 1095, 1102 (Idaho 1994). | **Yes**<br><br>*Salmon Rivers Sportsman Camps, Inc. v. Cessna Aircraft Co.*, 544 P.2d 306, 314 (Idaho 1975). | **2 years (Personal injury/personal property); 6 years (real property)**<br>Idaho Code § 5-219; Idaho Code § 5-218. |
| Illinois | **Yes**<br><br>*Thomas v. Bombardier-Rotax Motorenfabrik*, 869 F. Supp. 551, 556 & n.7 (N.D. Ill. 1994). | **No, if defendant has actual knowledge of breach**<br><br>*Whitwell v. Wal-Mart Stores, Inc.*, 2009 WL 4894575, at *6, n. 4 (S.D. Ill. Dec. 11, 2009). | **4 years**<br>810 Ill. Comp. Stat. 5/2-725(2). |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Implied Warranty: 51-Jurisdiction Survey

| Jurisdiction | Vertical Privity Required? | Pre-Suit Notice Required | Statute of Limitations |
|---|---|---|---|
| **Indiana** | **No**<br><br>*Hyundai Motor Am., Inc. v. Goodin*, 822 N.E.2d 947, 948 (Ind. 2005). | **Yes**<br><br>*B & B Paint Corp. v. Shrock Mfg., Inc.*, 568 N.E.2d 1017, 1019 (Ind. Ct. App. 1991). | **2 years** (Personal injury/personal property); **6 years** (real property) Ind. Code § 34-11-2-4. Real property: 6 years; Ind. Code § 34-11-2-7. |
| **Iowa** | **Yes**<br><br>*Tomka v. Hoechst Celanese Corp.*, 528 N.W.2d 103, 108 (Iowa 1995). | **Yes, if defendant is a remote manufacturer**<br><br>*Wright v. Brooke Group Ltd.*, 114 F.Supp.2d 797, 829–30 (N.D. Iowa 2000). | **5 years**<br>Iowa Code §§ 554.2725, 614.1(4), (5); *Fell v. Kewanee Farm Equip. Co.*, 457 N.W.2d 911 (Iowa 1990). |
| **Kansas** | **Yes, if only economic loss**<br><br>*Prof'l Lens Plan, Inc. v. Polaris Leasing Corp.*, 675 P.2d 887, 898- 99 (Kansas 1984). | **No, if buyer is a retail consumer**<br><br>*Wichita v. U.S. Gypsum Co.*, 828 F. Supp. 851, 856-57 (D. Kan. 1993), rev'd on other grounds, 72 F.3d 1491 (10th Cir. 1996). | **2 years**<br>Kan. Stat. Ann. § 60-513. Contract: Oral, 3 years. Kan. Stat. Ann. § 60-512. |
| **Kentucky** | **Yes**<br><br>*Compex Intern. Co. v. Taylor*, 209 S.W.3d 462, 464 (Ky. 2006). | **No**<br><br>*Mullins v. Wyatt*, 887 S.W.2d 356, 358 (Ky. 1994). | **1 year**<br>Ky. Rev. Stat. Ann. § 413.080 et. seq. |
| **Louisiana** | **No**<br><br>*Media Production Consultants, Inc. v. Mercedes-Benz of North Am., Inc.*, 262 So.2d 377, 381 (La. 1972). | **No, but failure to give notice may limit remedies**<br><br>*See Pellegrin v. City Thibodaux*, 837 So.2d 139, 141 (La. Ct. App. 2002) | **5 years**<br>La. R.S. § 9:5607; The provisions of § 9:5607 supersede La. R.S. § 9:227, La. Civ. Code Ann. art. 2762 and 3545.  La. R.S. § 9:5607. |
| **Maine** | **No**<br><br>*McNally v. Nicholson Mfg. Co.*, 313 A.2d 913, 922 (Me. 1973). | **No**<br><br>*See Muehlbauer v. Gen. Motors Corp.*, 431 F. Supp. 2d 847, 859 (N.D. Ill. 2006) (applying Maine law). | **6 years**<br>11 Me. Rev. Stat. Ann. § 2-725(2). |
| **Maryland** | **Yes, but only for implied warranty** | **Yes, if suing immediate seller** | **4 years** |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Implied Warranty: 51-Jurisdiction Survey

| Jurisdiction | Vertical Privity Required? | Pre-Suit Notice Required | Statute of Limitations |
|---|---|---|---|
| | of fitness for particular purpose<br><br>*Pulte Home Corp. v. Parex, Inc.*, 923 A.2d 971, 1000 (Md. App. 2007); Md. Code Ann. § 2-314(b). | *Firestone Tire & Rubber Co. v. Cannon*, 53 Md. App. 106, 452 A.2d 192 (1982), aff'd, 295 Md. 528, 456 A.2d 930 (1983) | MD. Commercial Law Code § 2-725 (2022). |
| **Massachusetts** | No<br><br>*Jacobs v. Yamaha Motor Corp., USA*, 649 N.E.2d 758, 762 (Mass. App. 1995). | Yes<br><br>*See Smith v. Robertshaw Controls Co.*, 410 F.3d 29, 35–36 (1st Cir. 2005) (applying Massachusetts law). | 3 years<br>Mass. Gen. Laws ch. 106, § 2-318 |
| **Michigan** | Yes<br><br>*Nat'l Sand Inc., v. Nagel Constr. Inc.*, 451 N.W.2d 618, 620 (Mich. 1990) (lack of vertical privity bars contract-based implied warranty claim). | Yes<br><br>*Knudsen v. Ethicon, Inc.*, 535 F.Supp.3d 1231, 1234 (M.D. Fla. 2021) (applying Michigan law). | 4 years<br>Mich. Comp. Laws § 440.2956 |
| **Minnesota** | No<br><br>*McCormack v. Hankscraft Co.*, 154 N.W.2d 488, 500–01 (Minn. 1967). | Yes<br><br>*Yarrington v. Solvay Pharm., Inc.*, No. A05-2288, 2006 WL 2729463, at *5 (Minn. Ct. App. Sept. 26, 2006). | 4 years<br>Minn. Stat. Ann. § 336.2-725 |
| **Mississippi** | No<br><br>*Watson Quality Ford, Inc. v. Casanova*, 999 So.2d 830, 834 (Miss. 2008). | **It depends on whether Plaintiff is a retail consumer or merchant.**<br><br>Pre-suit notice is not required where the plaintiff is a retail consumer, but is required where plaintiff is a merchant in the type of products at issue. *See Steel Dynamics Columbus, LLC v. Altech Env. USA Corp.*, 273 F.Supp.3d 627, 644 (N.D. Miss. 2017); *Peavey Elec. Corp. v. Baan USA, Inc.*, 10 So.3d 945, 958 (Miss. Ct. App. 2009). | 6 years<br>Miss. Code. § 75-2A-506. |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Implied Warranty: 51-Jurisdiction Survey

| Jurisdiction | Vertical Privity Required? | Pre-Suit Notice Required | Statute of Limitations |
|---|---|---|---|
| **Missouri** | **Yes**<br><br>*Captiva Lake Investments, LLC v. Ameristructure, Inc.*, 436 S.W.3d 619, 628–29 (Mo. Ct. App. 2014). | **Yes, if suing immediate seller**<br><br>*Ragland Mills, Inc. v. General Motors Corp.*, 763 S.W.2d 357, 361 (Mo. Ct. App. 1989). | **4 years**<br>Mo. Rev. Stat. § 400.2A-506. |
| **Montana** | No<br><br>*Streich v. Hilton-Davis*, 692 P.2d 440, 448 (Mont. 1984). | Yes<br><br>*See Fire Supply & Serv., Inc. v. Chico Hot Springs*, 196 Mont. 435, 442, 639 P.2d 1160, 1164 (1982). | 3 years<br>*Bennett v. Dow Chem. Co.*, 220 Mont. 117, 713 P.2d 992 (1986). |
| **Nebraska** | No<br><br>*Peterson v. North American Plant Breeders*, 354 N.W.2d 625, 631–32 (Neb. 1984). | Yes<br><br>*See Langner v. Boston Scientific*, 492 F.Supp.3d 925, 935–36 (D. Neb. 2020). | 2 years<br>Neb. Rev. Stat. § 25-222 (Reissue 2016). |
| **Nevada** | **Yes**<br><br>*Long v. Flanigan Warehouse Co.*, 382 P.2d 399, 402–03 (Nev. 1963). | Yes<br><br>*See Flores v. Merck & Co., Inc.*, 2022 WL 798374, at *6 (D. Nev. March 16, 2022). | **4 years**<br>Nev. Rev. Stat. § 11.190(1)(b); Nev. Rev. Stat. § 11.190(2)(c). |
| **New Hampshire** | No<br><br>*Dalton v. Stanley Solar & Stove, Inc.*, 629 A.2d 794, 797 (N.H. 1993). | Yes<br><br>*See Cheshire Med. Ctr. v. WR. Grace & Co.*, 767 F.Supp. 396, 397 (D.N.H. 1991); *Precourt v. Fairbank Reconst. Corp.*, 856 F.Supp.2d 327, 340–41 (D. N.H. 2012). | 3 years<br>NH Rev Stat § 382-A:2-316 (2018). |
| **New Jersey** | No<br><br>*Spring Motors Distributors, Inc. v. Ford Motor Co.*, 489 A.2d 660, | **It depends on whether defendant sold goods to plaintiff or not.**<br><br>Pre-suit notice is required only when plaintiff is suing seller of | **4 years**<br>N.J. Stat.§ 12A:2-725 (2022) |
| **New Mexico** | No | No | **4 years**<br>*See Fernandez v. Char-Li-Jon, Inc.*, 119 N.M. 25, 28, |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Implied Warranty: 51-Jurisdiction Survey

| Jurisdiction | Vertical Privity Required? | Pre-Suit Notice Required | Statute of Limitations |
|---|---|---|---|
| | *Badilla v. Wal-Mart Stores East Inc.*, 357 P.3d 936, 941 n.2 (N.M. 2015). | *Thornton v. Kroger Co.*, 2022 WL 488932, at *104 (D.N.M. 2022). | 888 P.2d 471, 474 (Ct. App. 1994), *overruled on other grounds by Romero v. Bachica*, 130 N.M. 610, 614-15, 28 P.3d 1151, 1155-56 (Ct. App. 2001). |
| New York | **Yes, if only economic loss**<br><br>*Arthur Jaffe Assocs. v. Bilsco Auto Serv., Inc.*, 448 N.E.2d 792, 792 (N.Y. 1983). | **Yes**<br><br>*MacNaughton v. Young Living Essential Oils*, 67 F.4th 89, 100 (2d Cir. 2023). | **4 years**<br>N.Y. U.C.C. § 2-725 (McKinney 1993). |
| North Carolina | **Yes, if only economic loss**<br><br>*Sharrad, McGee & Co. v. Suz's Software, Inc.*, 396 S.E.2d 815, 818 (N.C. Ct. App. 1990). | **It depends on whether defendant sold goods to plaintiff or not.**<br><br>Pre-suit notice is required only when plaintiff is suing seller of goods; pre-suit notice is not required when suing non-seller manufacturer. *See Seaside Resorts, Inc. v. Club Car, Inc.*, 416 S.E.2d 655, 663 (S.C. Ct. App. 1992) (applying North Carolina law) | **3 years**<br>N.C. Gen. Stat. § 25-2-725. |
| North Dakota | **No (do not need direct contractual privity**<br><br>*Lang v. Gen. Motors Corp.*, 136 N.W.2d 805, 810 (N.D. 1965) ("finding an absence of privity between the manufacturer and the buyer is immaterial in an action for breach of implied warranty of marketability when the manufacturer puts a new product into the stream of trade and promotes its sale to the public). | **Yes, but inexperienced consumers held to a lower standard**<br><br>*Industrial Fiberglass v. Jandt*, 361 N.W.2d 595, 597–99 (N.D. 1985). | **4 years**<br>N.D. Cent. Code § 41-02.1-104. |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Implied Warranty: 51-Jurisdiction Survey

| Jurisdiction | Vertical Privity Required? | Pre-Suit Notice Required | Statute of Limitations |
|---|---|---|---|
| **Ohio** | Yes<br><br>*St. Paul Fire & Marine Ins. Co. v. R. V. World, Inc.*, 577 N.E.2d 72, 75 (Ohio Ct. App. 1989) ("a long line of cases has developed the principle that absent privity, a plaintiff cannot bring a contract action for breach of implied warranty"). | Yes<br><br>*Lincoln Elec. Co. v. Technitrol, Inc.*, 718 F. Supp. 2d 876, 883 (N.D. Ohio 2010) (filing of the complaint by a consumer will not suffice as notice to the seller). | 4 years<br>*Miles v. Raymond Corp.*, 612 F. Supp. 2d 913, 926-27 (N.D. Ohio 2009). |
| **Oklahoma** | No<br><br>*Old Albany Estates, Ltd. v. Highland Carpet Mills, Inc.*, 604 P.2d 849, 852 (Okla. 1979). | **No, if plaintiff is a retail consumer**<br><br>*Buzadzhi v. Bexco Enterprises, Inc.*, 2011 WL 43086, at *2 (N.D. Okla. Jan. 4, 2011). | 4 years<br>Okla. Stat. §12A-2A-506 (2019). |
| **Oregon** | **Yes, if only economic loss**<br><br>*Davis v. Homasote Co.*, 574 P.2d 1116, 1118 (Or. 1978). | Yes<br><br>*Redfield v. Mead, Johnson & Co.*, 512 P.2d 776, 781 (Or. 1973). | 4 years<br>Or. Rev. Stat. § 72.7250. |
| **Pennsylvania** | **Yes, if only economic loss**<br><br>*McCrary v. Kelly Technical Coatings, Inc.*, 1985 WL 75663, at *3 (Tenn. Ct. App. Aug. 28, 1985);<br><br>**Generally No**<br><br>*Montgomery County v. MicroVote Corp.*, 152 F.Supp.2d 784, 799 (E.D. Pa. 2001) (Under Pennsylvania law, a party need not prove privity of contract to recover for breach of implied warranties.) | Yes<br><br>*Am. Fedn. of State County and Mun. Employees v. Ortho-McNeil- Janssen Pharm., Inc.*, 2010 WL 891150, at *7 (E.D. Pa. Mar. 11, 2010). | 4 years<br>*Webb v. Volvo Cars of N.A., LLC*, No. 13-2394, 2018 WL 1470470, at *8 (E.D. Pa. Mar. 26, 2018) (citing 13 Pa. C.S. §§ 2725(a) & (b)). |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Implied Warranty: 51-Jurisdiction Survey

| Jurisdiction | Vertical Privity Required? | Pre-Suit Notice Required | Statute of Limitations |
|---|---|---|---|
| Rhode Island | No<br><br>*Castrignano v. E.R. Squibb & Sons, Inc.*, 546 A.2d 775 (1988) (omitting privity as a required element necessary to recover for breach of implied warranty of merchantability under Rhode Island law) | Yes<br><br>*Parrillo v. Giroux Co.*, 426 A.2d 1313, 1317 (R.I. 1981). | 10 years<br>R. I. Gen. Laws § 9-1-36. |
| South Carolina | No<br><br>*Gasque v. Eagle Machine Co. Ltd.*, 243 S.E.2d 831, 832 (S.C. 1978); *Thomas v. Louisiana-Pacific Corp.*, 246 F.R.D. 505, 511 (D.S.C. 2007) (omitting privity as a required element necessary to recover for breach of implied warranty of merchantability under South Carolina law). | No, if defendant is a remote manufacturer<br><br>*Thomas v. Louisiana-Pac. Corp.*, 246 F.R.D. 505, 513 (D.S.C. 2007) | 6 years<br>S.C. Code Ann. § 36-2-725 (2003); *Atlas Food Sys. & Serv., Inc. v. Crane Nat'l Vendors Div. of Unidynamics Corp.*, 462 S.E.2d 858, 860 (S.C. 1995). |
| South Dakota | No<br><br>*Cundy v. International Trencher Service, Inc.*, 358 N.W.2d 233, 240 (S.D. 1984). | Yes<br><br>*Brookings Mun. Utilities, Inc. v. Amoco Chem. Co.*, 103 F. Supp. 2d 1169, 1176 n.6 (D.S.D. 2000). | 4 years<br>S.D. Codified Laws Ann. 57A-2-725 (2022). |
| Tennessee | No<br><br>*Commercial Truck & Trailer Sales, Inc. v. McCampbell*, 580 S.W.2d 765, 773 (Tenn. 1979). | No, if plaintiff is a retail consumer<br><br>*Smith v. Pfizer Inc.*, 688 F.Supp.2d 735, 749–51 (M.D. Tenn. 2010). | 4 years<br>Tenn. Code Ann. § 47-2-725. |
| Texas | No | Yes | 4 years |

Appendix 5 – Defendants' Motion to Strike Plaintiffs' Class Allegations
10

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Implied Warranty: 51-Jurisdiction Survey

| Jurisdiction | Vertical Privity Required? | Pre-Suit Notice Required | Statute of Limitations |
|---|---|---|---|
| | *Nobility Homes of Texas, Inc. v. Shivers*, 557 S.W.2d 77, 80–81 (Tex. 1977). | *Ibarra v. National Const. Rentals, Inc.*, 199 S.W.3d 32, 38 (Tex. App.—San Antonio, 2006). | *Nghiem v. Sajib*, 2019 WL 406123 (Tex.), 1 (Tex., 2019) |
| Utah | **Generally yes**<br><br>*Davidson Lumber Sales, Inc. v. Bonneville Inv., Inc.*, 794 P.2d 11, 18 n.8 (Utah 1990) (waiving privity requirement only with respect to certain beneficiaries of seller's warranty). | **Yes, but courts are lenient towards retail consumers**<br><br>*See Johnson v. Blendtec, Inc.*, 500 F.Supp.3d 1271, 1290–91 (D. Utah 2020) | **6 years**<br>UT Code § 78B-2-225. |
| Vermont | **No**<br><br>*Deveny v. Rheem Mfg. Co.*, 319 F.2d 124.(2nd Cir. 1963)  Under presumed law of Vermont, lack of privity of contract does not preclude manufacturer's liability for breach of implied warranty of fitness of product.<br><br>*Moffitt v. Icynene, Inc.*, 407 F. Supp. 2d 591 (D. Vt. 2005) (applying Vermont law). Privity was not required for remote buyer to recover under Vermont law for property damage under theory of implied warranty.  … Under Vermont law, the implied warranty of merchantability is primarily directed at the operative essentials of a product; it is not intended to guarantee high quality or perfection of detail. | **No, if plaintiff is a retail consumer**<br><br>*Ehlers v. Ben & Jerry's Homemade Inc.*, 2:19-CV-00194, 2020 WL 2218858, at *8 (D. Vt. May 7, 2020). | **4 years**<br>Vt. Stat. Ann. tit. 9A, § 2-725(1) (West 2018), Vt. Stat. Ann. tit. 9A, § 2-725(2) (West 2018). |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Implied Warranty: 51-Jurisdiction Survey

| Jurisdiction | Vertical Privity Required? | Pre-Suit Notice Required | Statute of Limitations |
|---|---|---|---|
| **Virginia** | No<br><br>*Rogers v. Dow Agrosciences, LLC*, No. 4:06CV00015, 2006 WL 3147393, at *7 n.4 (W.D. Va. Oct. 31, 2006) "Virginia abolished a defense of privity in warranty cases." | Yes<br><br>*Kerr v. Hunter Div.*, 1981 WL 394232, at *4–8 (Va. Cir. Ct. 1981) | 6 years<br>Va. Code § 55.1-2168. |
| **Washington** | Yes<br><br>*Baughn v. Honda Motor Co.*, 727 P.2d 655, 669 (Wash. 1986). | No<br><br>S*tockinger v. Toyota Motor Sales USA Inc.*, 2017 WL 10574372, at *11 (C.D. Cal. July 7, 2017) (applying Washington law). | 4 years<br>RCW 62A.2A-506. |
| **West Virginia** | No<br><br>*Dawson v. Canteen Corp.*, 212 S.E.2d 82, 82–83 (W. Va. 1975). | No, if the suit is for personal injury claims<br><br>*Hill v. Joseph T. Ryerson & Son, Inc.*, 268 S.E.2d 296, 301–03 (Ct. App. W.Va. 1980). | 4 years<br>W. Va. Code § 46-2-725(1) (1963). |
| **Wisconsin** | Yes<br><br>*Northridge Co. v. W.R. Grace & Co.*, 471 N.W.2d 179, 187 n.15 (Wis. 1991). | Yes<br><br>*Wojciuk v. U.S. Rubber Co.*, 122 N.W.2d 737, 738–39 (Wis. 1963). | 6 years<br>Wis. Stat. § 402.725(1)(1) |
| **Wyoming** | No<br><br>*Western Equip. Co., Inc. v. Sheridan Iron Works, Inc.*, 605 P.2d 806, 810 (Wy. 1980). | Yes<br><br>*W. Equip. Co. v. Sheridan Iron Works, Inc.*, 605 P.2d 806, 810-11 (Wyo.1980). | 4 years<br>§ 34.1-2.A-506 (2022). |