# Appendix 6

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Consumer Protection Laws: 43-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Statutory "Personal Use" Requirement? | Other Relevant Considerations |
|---|---|---|---|---|
| **Alaska** Alaska Stat. §§ 45.50.471 | 2 Years Alaska Stat. § 45.50.531(f) | No *State v. O'Neill Investigations, Inc.*, 609 P.2d 520, 534–35 (Alaska 1980) | No *Roberson v. Southwood Manor Assocs., LLC*, 249 P.3d 1059, 1061 (Alaska 2011) | |
| **Arizona** Ariz. Rev. Stat. § 44-1522 | 1 Year Ariz. Rev. Stat. § 12–541(5) | Yes *Schellenbach v. GoDaddy.com, LLC*, 321 F.R.D. 613, 624 (D. Ariz. 2017) (citing *Parks v. Macro–Dynamics, Inc.*, 591 P.2d 1005, 1008 (Ariz. Ct. App. 1979)) | No *Waste Mfg. & Leasing Corp. v. Hambicki*, 900 P.2d 1220, 1224 (Ariz. Ct. App. 1995) see *Flower World of Am., Inc. v. Wenzel*, 594 P.2d 1015, 1017 (Ariz. Ct. App. 1978) | |
| **Arkansas** Ark. Code Ann. §§ 4-88-107(a)(1)(10) and 4-88-108(1)(2) | 5 Years Ark. Code § 4-88-155 | Yes Ark. Code § 4-88-113(f)(1)(A). | No, but there must be a "consumer-oriented act" *Apprentice Info. Sys., Inc. v. DataScout, LLC*, 544 S.W.3d 536, 539 (Ark. 2018); *Electrocraft Arkansas, Inc. v. Super Elec. Motors, Ltd.*, 2009 WL 5181854, at *7 (E.D. Ark. Dec. 23, 2009) | |
| **California** Cal. Bus. & Prof. Code § 17200 | 4 Years Cal. Civ. Code § 17208 | **Yes, at least for claims that sound in fraud** *In re Tobacco II Cases*, 46 Cal. 4th 298, 306 (2009); *Sateriale v. R.J. Reynolds Tobacco Co.*, 697 F.3d 777, 793 (9th Cir. 2012). | No *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, 2017 WL 3727318, at *20-24 (N.D. Cal. 2017) | |
| **California False Advertising Law** Cal. Bus. & Prof. Code § 17500 | 3 Years *Yumul v. Smart Balance, Inc.*, 733 F. Supp. 2d 1134, | **Yes, at least for claims that sound in fraud** *Kwikset Corp. v. Superior Court*, 246 P.3d 877, 888 (Cal. 2011) | No *Arizona Cartridge Remanufacturers Ass'n, Inc. v. Lexmark Int'l, Inc.*, 290 F. Supp. | |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Consumer Protection Laws: 43-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Statutory "Personal Use" Requirement? | Other Relevant Considerations |
|---|---|---|---|---|
| | 1140 (C.D. Cal. 2010) (applying Cal. Civ. Proc. Code § 338) | | 2d 1034, 1041 (N.D. Cal. 2003), *aff'd*, 421 F.3d 981 (9th Cir. 2005); *S. Bay Chevrolet v. Gen. Motors Acceptance Corp.*, 85 Cal. Rptr. 2d 301, 310 (Ct. App. 1999) | |
| **Colorado** Col. Rev. Stat. § 6-1-105(1)(b), (c), (e), (g)[1] | 3 Years Colo. Rev. Stat. § 6-1-115 | **No, but causation is required and "reliance often provides a key causal link between a consumer's injury and a defendant's deceptive practice."** *Garcia v. Medved Chevrolet, Inc.*, 263 P.3d 92, 98 (Colo. 2011) (en banc). | No *Hall v. Walter*, 969 P.2d 224, 231 (Colo. 1998) (en banc) | **Scienter Requirement** Colo. Rev. Stat. 6-1-105(1)(e), (g), (u) (knowingly) |
| **Connecticut** Conn. Gen. Stat. § 42110(b) | 3 Years Conn. Gen. Stat. § 42-110g(f) | No *Hinchliffe v. Am. Motors Corp.*, 440 A.2d 810, 816 (Conn. 1981); *Izzarelli v. R.J. Reynolds Tobacco Co.*, 117 F. Supp. 2d 167, 176 (D. Conn. 2000) | No *Eder Bros. v. Wine Merchants of Connecticut, Inc.*, 880 A.2d 138, 149 (Conn. 2005); *Fink v. Golenbock*, 680 A.2d 1243, 1261 (Conn. 1996) | |
| **Delaware** Del. Code Ann. Title 6 § 2513 | 3 Years *Pender v. Daimlerchrysler Corp.*, 2004 WL 2191030, at *3 (Del. Super. Ct. July 30, 2004) (applying Del. | No *Teamsters Loc. 237 Welfare Fund v. AstraZeneca Pharms. LP*, 136 A.3d 688, 694 (Del. 2016) | No *Grand Ventures, Inc. v. Whaley*, 632 A.2d 63, 65-65, 70 (Del. 1993); *Arcelik A.S v. E. I. du Pont De Nemours & Co.*, 2018 WL 1401327, at *8 (D. Del. Mar. 20, 2018) | |

---

[1] Thought the Colorado Consumer Protection Act permits class actions for injunctive relief, it "excludes the recovery of actual damages, treble damages for bad faith conduct, and reasonable attorney fees in class actions." *Murtagh v. Bed Bath & Beyond Inc.*, 2020 WL 4195126, at *6 (D. Colo. July 3, 2020), *report and recommendation adopted*, 2020 WL 4193553 (D. Colo. July 21, 2020).

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Consumer Protection Laws: 43-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Statutory "Personal Use" Requirement? | Other Relevant Considerations |
|---|---|---|---|---|
| | Code Ann., tit. 10, § 8106(a)) | | | |
| **D.C.** D.C. Code §§ 28-3904(a), (d), (e), (f), (r) | 3 Years D.C. code § 12-301(a)(8) | No *Wells v. Allstate Ins. Co.*, 210 F.R.D. 1, 12 (D.D.C. 2002); *Athridge v. Aetna Cas. & Sur. Co.*, 351 F.3d 1166, 1175 (D.D.C. 2003) | Yes *Shaw v. Marriott Int'l, Inc.*, 605 F.3d 1039, 1043, 1044 (D.C. Cir. 2010); *Ford v. Chartone, Inc.*, 908 A.2d 72, 84 (D.C. 2006) | |
| **Florida** Fla. Stat. Ann. § 501.204(1) | 4 Years *Matthews v. Am. Honda Motor Co.*, 2012 WL 2520675, at *3 (S.D. Fla. June 6, 2012) (applying Fla. Stat. Ann. § 95.11(3)(f)) | No *Carriuolo v. Gen. Motors Co.*, 823 F.3d 977, 984 (11th Cir. 2016) (citing *Davis v. Powertel, Inc.*, 776 So.2d 971, 973 (Fla. Dist. Ct. App. 2000)) | No *Kelly v. Palmer, Reifler, & Assocs., P.A.*, 681 F. Supp. 2d 1356, 1374 (S.D. Fla. 2010); *Beacon Prop. Mgmt., Inc. v. PNR, Inc.*, 890 So. 2d 274, 278 (Fla. Dist. Ct. App. 2004) | |
| **Hawaii** Haw. Rev. Stat. Ann. § 481A3(a)(5), (7), (12); § 480-2(a) | 4 Years Haw. Rev. Stat. § 480-24 | No Haw. Rev. Stat. § 481A-3(b) | No Haw. Rev. Stat. § 481A-4(a) | |
| **Idaho** Idaho Code § 48-603(5), (7), (17), (18); § 48-603C | 2 Years Idaho Code § 48-619 | No *State ex rel. Kidwell v. Master Distributors, Inc.*, 615 P.2d 116, 123 (Idaho 1980) | No *Myers v. A.O. Smith Harvestore Prod., Inc.*, 757 P.2d 695, 704 (Idaho Ct. App. 1988) | |
| **Illinois** 815 Ill. Stat. § 505/2 815 Ill. Stat. | 3 Years 815 ILS 505/10a(e) | Yes *De Bouse v. Bayer*, 922 N.E. 2d 309, 316 (Ill. 2009) | **Yes, but the Seventh Circuit has interpreted the definition of "consumer" to allow suits by business consumers** | |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Consumer Protection Laws: 43-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Statutory "Personal Use" Requirement? | Other Relevant Considerations |
|---|---|---|---|---|
| § 510/2(a)(5), (7), (12) | | | *Morrison v. YTB Int'l, Inc.*, 649 F.3d 533, 538 (7th Cir. 2011) | |
| **Indiana** Ind. Code §§ 24-5-0.5-3(a), (b)(1), (b)(2) | 2 Years Ind. Code § 24-5-0.5-5(b). | Yes Ind. Code § 24-5-0.5-4 (a) | Yes, but one federal court has held that businesses sue under the Indiana act if they purchased goods for their own use as part of their business. Ind. Code § 24-5-0.5-2(a)(1); *IUE-CWA Local 901 v. Spark Energy, LLC,* 440 F. Supp. 3d 969, 976 (N.D. Ind. 2020) | |
| **Iowa** I.C.A. §§ 714H.3, 714H.5 | 2 Years Iowa Code § 714H.5(5). | Not clear, but the Act does require a showing of but-for causation *Brown v. Louisiana-Pac. Corp.*, 820 F.3d 339, 349 (8th Cir. 2016). | Unclear, but the limitation of rights of actions to "consumers"—which are defined as natural persons—in connection with the sale of "consumer merchandise" suggests businesses cannot sue under the Act. Iowa Code §§ 714H.2(3), 714H.5(1). | |
| **Kansas** Kan. Stat. §§ 50-626(a), (b)(1)(A)(D), (b)(3) | 3 Years Kan. Stat. Ann. § 60-512; *Alexander v. Certified Master Builders Corp.*, 1 P.3d 899, 908 (Kan. 2000). | Yes *Johnson v. MKA Enterprises, Inc.*, 2015 WL 4487037, at *5 (Kan. Ct. App. 2015) | Yes Kan. Stat. Ann. § 50-624(a), (c) | |
| **Maine** 10 M.R. S.A. | 6 Years | Yes | Yes | |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Consumer Protection Laws: 43-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Statutory "Personal Use" Requirement? | Other Relevant Considerations |
|---|---|---|---|---|
| §§ 1212(1)(E), (G) 5 M.R.S.A. § 207 | Me. Rev. Stat. tit. 14, § 752; *State v. Bob Chambers Ford, Inc.*, 522 A.2d 362, 364 (Me. 1987). | *GxG Mgmt., LLC v. Young Bros. & Co.*, 457 F. Supp. 2d 47, 51 (D. Me. 2006) | *Enercon v. Glob. Computer Supplies, Inc.*, 675 F. Supp. 2d 188, 193 (D. Me. 2009) | |
| **Maryland** Md. Code Com. Law, § 13 - 301(1), (2)(i), (2)(iv), (9)(i) | 3 Years Md. Code Ann., Cts. & Jud. Proc. § 5-101; *Palermino v. Ocwen Loan Servicing, LLC*, 2015 WL 6531003, at *3 (D. Md. Oct. 26, 2015) | Yes *Lloyd*, 916 A.2d at 277; *Bank of America v. Jill P. Mitchell Living Trust*, 822 F.Supp.2d 505, 532 (D. Md.2011) | Yes Md. Code Com. Law § 13-101(d)(1); *Morris v. Osmose Wood Preserving*, 667 A.2d 624, 635 (Md. 1995); *Fare Deals Ltd. v. World Choice Travel.Com, Inc.*, 180 F. Supp. 2d 678, 692 (D. Md. 2001) | |
| **Massachusetts** Ma. Gen. Laws Ann. Ch. 93A § 2(a) | 4 Years Mass. Gen. Laws ch. 260, § 5A | No *Giuffrida v. High Country Inv'r, Inc.*, 897 N.E.2d 82, 97 (Mass. 2008) | No *Kraft Power Corp. v. Merrill*, 981 N.E.2d 671, 682-83 (Mass. 2013) | |
| **Michigan** M.C.P.L.A. § 445.903(1)(c)(e), (s) (cc) | 6 Years Mich. Comp. Laws § 445.911(7) | No *Dix v. Am. Bankers Life Assur. Co. of Fla.*, 415 N.W.2d 206, 209 (Mich. 1987) | Yes Mich. Comp. Laws § 445.209(1)(g); *Slobin v. Henry Ford Health Care*, 666 N.W.2d 632, 634 (Mich. 2003); *Computer Network, Inc. v. AM Gen. Corp.*, 696 N.W.2d 49, 60 (Mich. Ct. App. 2005) | |
| **Minnesota** Minn. Stat. § 325D.44, subd. | 6 Years Minn. Stat. § 541.05(2); | **No, although "an element of individual reliance is embedded** | No *Ly v. Nystrom*, 615 N.W.2d 302, 310 (Minn. 2000); *La Parilla, Inc.* | |

Appendix 6 – Defendants' Motion to Strike Plaintiffs' Class Allegations

6

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Consumer Protection Laws: 43-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Statutory "Personal Use" Requirement? | Other Relevant Considerations |
|---|---|---|---|---|
| 1(5), (7), (13); § 325F.69, subd. 1; § 8.3 1, subd. 3(a) | *Drobnak v. Andersen Corp.*, 2008 WL 80632, at *4 (D. Minn. Jan. 8, 2008) | in the causal nexus requirement" *Johannessohn v. Polaris Indus., Inc.*, 450 F. Supp. 3d 931, 951 (D. Minn. 2020), aff'd, 9 F.4th 981 (8th Cir. 2021) (citing *State v. Minn. Sch. of Bus.*, Inc., 935 N.W.2d 124, 141 (Minn. 2019)) | v. Jones Lang LaSalle Americas, Inc., 2006 WL 2069207, at *7 (D. Minn. July 26, 2006) | |
| **Missouri** Mo. Ann. Stat. §407.020(1) | **5 Years** *Snelling v. HSBC Card Servs., Inc.*, 2015 WL 3621091, at *8, 8 n.6 (E.D. Mo. June 9, 2015) (applying Mo. Ann. Stat. § 516.120(2)) | **No** *White v. Just Born, Inc.*, 2017 WL 3130333, at *3 (W.D. Mo. July 21, 2017) | **Yes** *Tomlinson v. Monsanto Co.*, No. 1916-CV22788, slip op. at *3 (Mo. Cir. Ct. Aug. 31, 2020) (collecting cases); *Kerr v. Vatterott Educ. Ctrs., Inc.*, 439 S.W.3d 802, 810 (Mo. Ct. App. 2014) | |
| **Nebraska** Neb. Rev. Stat. § 59-1602; § 87-302(a)(5), (7) | **4 Years** Neb. Rev. Stat. § 59-1612; § 87-303.10 | **Undetermined, though one federal court has held that § 59-1612 does not require reliance** *In re Pharmaceutical Industry Average Wholesale Price Litig.*, 252 F.R.D. 83, 98 (D. Mass. 2008). | **Yes** Neb Rev. Stat. § 59-1617; § 87-304(a)(1) | |
| **Nevada** Nev. Rev. Stat. Ann. § 598.0915(5), (7) | **4 Years** Nev. Rev. Stat. Ann. § 11.190(2)(d). | **Yes** *Copper Sands Homeowners Ass'n, Inc. v. Copper Sands Realty, LLC*, 2013 WL 3270430, at *13 (D. Nev. June 26, 2013); *Picus v. Wal-Mart Stores, Inc.*, 256 F.R.D. 651, 658 (D. Nev. 2009) | **No** *Del Webb Communities, Inc. v. Partington*, 652 F.3d 1145, 1152-53 (9th Cir. 2011); *S. Serv. Corp. v. Excel Bldg. Servs., Inc.*, 617 F. Supp. 2d 1097, 1099-1100 (D. Nev. 2007) | |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Consumer Protection Laws: 43-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Statutory "Personal Use" Requirement? | Other Relevant Considerations |
|---|---|---|---|---|
| **New Hampshire** N.H. Rev. Stat. Ann. § 358-A:2(v), (vii) | **3 Years** *Bougopoulos v. Altria Grp., Inc.*, 954 F. Supp. 2d 54, 65 (D.N.H. 2013) (applying N.H. Rev. Stat. Ann. § 508:4(I)) | **No** *Hair Excitement, Inc. v. L'Oreal U.S.A., Inc.*, 965 A.2d 1032, 1038 (N.H. 2009) | **No** *E. Mountain Platform Tennis, Inc. v. Sherwin-Williams Co.*, 40 F.3d 492, 497-500 (1st Cir. 1994); *Orion Seafood Int'l, Inc. v. Supreme Grp. B.V.*, 2012 WL 3765172, at *5 (D.N.H. Aug. 29, 2012) | |
| **New Jersey** N.J. Stat. Ann. § 56:8-2 | **6 Years** *Marchi v. Hudson City Sav. Bank*, 2017 WL 628476, at *4 (D.N.J. Feb. 15, 2017) (applying N.J. Stat. Ann. § 2A:14-1) | **No** *Int'l Union of Op'g Engineers Local No. 68 Welfare Fund v. Merck & Co.*, 929 A.2d 1076, 1086 (N.J. 2007) | **No** *J&R Ice Cream Corp. v. Cal. Smoothie Licensing Corp.*, 31 F.3d 1259, 1273 (3d Cir. 1994); *Lawmen Supply Co. of New Jersey, Inc. v. Glock, Inc.*, 330 F. Supp. 3d 1020, 1044-45 (D.N.J. 2018) | **Scienter Requirement** N.J. Stat. Ann. § 56:8-2 (knowledge and intent for omissions) |
| **New Mexico** N.M. Stat. Ann. §§ 57-12-2(D)(5)(7), (14); 57-12-3 | **4 Years** *Nance v. L.J. Dolloff Assocs., Inc.*, 126 P.3d 1215, 1220 (N.M. Ct. App. 2005) (applying N.M. Stat. Ann. § 37-1-4) | **No** *Mulford v. Altria Grp., Inc.*, 242 F.R.D. 615, 621 (D.N.M. 2007) (citing *Smoot v. Physicians Life Ins. Co.*, 87 P.3d 545 (N.M. Ct. App. 2003)) | **No** *Gandydancer, LLC v. Rock House CGM, LLC*, 453 P.3d 434, 439-40 (N.M. 2019); *Gyros, Inc. v. Mahon*, 2020 WL 605062, at *3-5 (N.M. Ct. App. Jan. 29, 2020); *Guidance Endodontics, LLC v. Dentsply Int'l, Inc.*, 708 F. Supp. 2d 1209, 1256-57 (D.N.M. 2010) | |
| **New York** N.Y. Gen. Bus. Law § 349(a) | **3 Years** *Gould v. Helen of Troy Ltd.*, 2017 WL 1319810, at *2 (S.D.N.Y. Mar. 30, 2017) (applying | **No** *Koch v. Acker, Merrall & Condit Co.*, 967 N.E.2d 675, 676 (N.Y. 2012); *Hasemann v. Gerber Prod. Co.*, 331 F.R.D. 239, 257 (E.D.N.Y. 2019). | **No, but disputes between business must involve "consumer-oriented" conduct** *Cruz v. NYNEX Info. Res.*, 703 N.Y.S.2d 103, 106 (N.Y. App. Div. 2000); *Sheth v. New York Life* | |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Consumer Protection Laws: 43-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Statutory "Personal Use" Requirement? | Other Relevant Considerations |
|---|---|---|---|---|
| | N.Y. C.P.L.R. 214(2) to GBL §§ 349 and 350). | | *Ins. Co.*, 709 N.Y.S.2d 74, 75 (N.Y. App. Div. 2000); *Orange Transportation Servs., Inc. v. Volvo Grp. N. Am., LLC*, 2020 WL 1530844, at *10 (W.D.N.Y. Mar. 31, 2020) | |
| **North Carolina** N.C.G.S.A. § 75-1.1(a) | **4 Years** N.C. Gen. Stat. Ann. § 75-16.2. | **Yes** *Bumpers v. Cmty. Bank of N. Virginia*, 747 S.E.2d 220, 227 (N.C. 2013). | **No, business acting as both consumers and competitors may sue under the act** *Olivetti Corp. v. Ames Bus. Sys., Inc.*, 344 S.E.2d 82, 95 (N.C. Ct. App. 1986), *aff'd in part, rev'd in part on other grounds*, 356 S.E.2d 578 (N.C. 1987); *McDonald Bros. v. Tinder Wholesale, LLC*, 395 F. Supp. 2d 255, 270 (M.D.N.C. 2005) | |
| **North Dakota** N.D. Cent. Code § 51-15-02 | **6 years** *Hanson v. Acceleration Life Ins. Co.*, 1999 WL 33283345, *5 (D.N.D. Mar. 16, 1999) (applying N.D. Cent. Code Ann. § 28-01-16). | **Undetermined** | **No** *Jorgenson v. Agway, Inc.*, 627 N.W.2d 391, 394 (N.D. 2001); *DJ Coleman, Inc. v. Nufarm Americas, Inc.*, 693 F. Supp. 2d 1055, 1076 (D.N.D. 2010) | |
| **Ohio** Ohio Rev. Code Ann. § 1345.02(A), (B)(1), (B)(2) | **2 Years** Ohio Rev. Code Ann. § 1345.10(C) | **No** *Nessle v. Whirlpool Corp.*, 2008 WL 2967703, at *3 (N.D. Ohio July 25, 2008) (citing *Butler v. Sterling, Inc.*, 2000 WL 353502 at | **Yes** *Hubbard v. AASE Sales, LLC*, 104 N.E.3d 1027, 1039 (Ohio Ct. App. 2018); *Ford Motor Credit Co. v.* | |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Consumer Protection Laws: 43-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Statutory "Personal Use" Requirement? | Other Relevant Considerations |
|---|---|---|---|---|
| | | *4 (6th Cir. Mar. 31, 2000); Amato v. General Motors Corp.*, 11 Ohio App.3d 124, 126 (1982)) | *Ryan*, 939 N.E.2d 891, 918 (Ohio Ct. App. 2010). | |
| **Oklahoma** 15 Okl. Stat. Ann. § 753(5), (7), (20) | **3 Years** *Greer v. SunTrust Mortg., Inc.*, 2013 WL 5520010, *7 (N.D. Okla. Oct. 3, 2013) (applying Okla. Stat. Ann. tit. 12, § 95(A)(2)) | **Undetermined** | **No** Okla. Stat. Ann. tit. 15 § 752(2). | |
| **Oregon** Or. Rev. Stat. § 646.608(1)(e), (g), (u) | **1 Year** Or. Rev. Stat. Ann. § 646.638(6) | **Sometimes** *Sanders v. Francis*, 561 P.2d 1003 (Or. 1977) | **Yes** *E.g.*, Or. Rev. Stat. §§ 646.607(1); 646.608(1)(a)–(m); Or. Rev. Stat. § 646.605(6)(a); *Searle v. Exley Exp., Inc.*, 564 P.2d 1054, 1056 (1977); *Miller v. Hubbard-Wray Co.*, 905, 630 P.2d 880, 885, *modified*, 633 P.2d 1 (1981) | |
| **Pennsylvania** 73 P.S. §§ 201-2(4)(v), (vii), (xxi); 201-3 | **6 years** *Jacobs v. Halper*, 116 F. Supp. 3d 469, 480 (E.D. Pa. 2015) (applying 42 Pa. Stat. and Cons. Stat. Ann. § 5527(b)) | **Yes** *Toy v. Metro. Life Ins. Co.*, 928 A.2d 186, 201-s02 (Pa. 2007); *Hunt v. U.S. Tobacco Co.*, 538 F.3d 217, 224 (3d Cir. 2008) | **Yes** 73 Pa. Cons. Stat. § 201-9.2(a) | **Scienter Requirement** *Debbs v. Chrysler Corp.*, 810 A.2d 137, 155 (Pa. Super. 2002) (knowledge or reckless disregard) |
| **Rhode Island** R.I. Gen. Laws § 6-13.1-1(6)(v), | **4 Years** *Kennedy v. Acura*, 2002 WL | **Probably no** *Long v. Dell, Inc.*, 93 A.3d 988, 1003 (R.I. 2014) | **Yes** R.I. Gen. Laws Ann. § 6-13.1-5.2(a); *ERI Max Entm't, Inc., v.* | |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Consumer Protection Laws: 43-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Statutory "Personal Use" Requirement? | Other Relevant Considerations |
|---|---|---|---|---|
| (vii), (xii), (xiii), (xiv) | 31331373, at *6 (R.I. Super. Aug. 28, 2002) | | *Streisand*, 690 A.2d 1351, 1354 (1997); *Scully Signal Co. v. Joyal*, 881 F. Supp. 121, 741, 745 (D. R.I. 1995) | |
| **South Dakota** S.D. Codified Laws § 37-24-6(1) | **4 Years** S.D. Codified Laws § 37-24-33. | **Yes** *Rainbow Play Sys., Inc. v. Backyard Adventure, Inc.*, 2009 WL 3150984, at *7 (D.S.D. Sept. 28, 2009) (citing *Nygaard v. Sioux Valley Hosp. & Health Sys.*, 731 N.W.2d 184 (S.D.2007)). | **Undetermined** | |
| **Texas** Tex. Bus. & Com. Code. § 17.46(a), (b)(5), (7) | **2 Years** Tex. Bus. & Com. Code Ann. § 17.565 | **Yes** Tex. Bus. & Com. Code Ann. § 17.50(a)(1)(B) | **No, except business with assets of $25 million or more may not sue under the act** *Saenz Motors v. Big H. Auto Auction, Inc.*, 653 S.W.2d 521, 523 (Tex. App. 1983), writ granted (Oct. 5, 1983), *aff'd sub nom. Big H Auto Auction, Inc. v. Saenz Motors*, 665 S.W.2d 756 (Tex. 1984); Tex. Bus. & Com. Code Ann. § 17.45(4) | |
| **Utah** Utah Code Ann. § 13-11-4(1), (2)(a), (2)(b) | **3 Years** Utah Code Ann. § 78B-2-305(3). | **Probably no** *See Roberts v. C.R. England, Inc.*, 318 F.R.D. 457, 520 (D. Utah 2017) | **Yes** Utah Code Ann. § 13-11-3(2)(a), (4) | |
| **Vermont** Vt. Stat. Tit. 9, § 2453(a) | **6 Years** Vt. Stat. Ann. Tit. 12, § 511 | **Yes, absent a showing of damages or injury** *Dernier*, 87 A.3d at 481 (Vt. 2013) | **No** Vt. Stat. Ann. tit. 9, § 2451a(a); *Rathe Salvage, Inc. v. R. Brown & Sons, Inc.*, 965 A.2d 460, 467 (2008) | |

*Perez-Hernandez, et al. v. Bayer AG, et al.*
Case No. 3:23-CV-04946-VC
Consumer Protection Laws: 43-Jurisdiction Survey

| Jurisdiction | Limitations Period | Reliance Required? | Statutory "Personal Use" Requirement? | Other Relevant Considerations |
|---|---|---|---|---|
| **Virginia** Va. Code Ann. § 59.1-200(A)(5), (6), (14) | **2 Years** Va. Code Ann. § 59.1-204.1(A) | Yes *Adardour v. Am. Settlements Inc.*, 2009 WL 1971458, at *3 (E.D. Va. July 2, 2009), *aff'd*, 382 F. App'x 249 (4th Cir. 2010) | No *In re Zetia (Ezetimibe) Antitrust Litig.*, 400 F. Supp. 3d 418, 439 (E.D. Va. 2019) | |
| **Washington** Wash. Rev. Code § 19.86.020 | **4 Years** Wash. Rev. Code Ann. § 19.86.120 | No *Pierce v. NovaStar Mortg., Inc.*, 238 F.R.D. 624, 629 (W.D. Wash. 2006) | No Wash. Rev. Code Ann. § 19.86.090 | |
| **West Virginia** W.Va. Code § 46A-6-104 | **2 Years** W. Va. Code. Ann. § 55-2-12 | **Probably no, but plaintiffs must show proximate cause** W. Va. Code Ann. § 46A-6-106(b) | Yes W. Va. Code Ann. § 46A-6-106(a) | |
| **Wisconsin** Wis. Stat. § 100.20(1) | **3 Years** Wis. Stat. § 100.18(11)(b)(3) | **No, but the reasonableness of plaintiff's reliance may be relevant to "whether the representation materially induced (caused) the plaintiff to sustain a pecuniary loss."** *Novell v. Migliaccio*, 749 N.W. 2d 544, 554 (Wis. 2008). | **Undetermined** | |
| **Wyoming** Wyo. Stat. Ann. § 40-12-105(a), (i), (iii), (xv) | **1 Year** Wyo. Stat. Ann. § 40-12-109 | Yes Wyo. Stat. Ann. § 40-12-108(a) | Yes Wyo. Stat. Ann. § 40-12-102(a)(ii); § 40-12-105(a) | |