JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100

JEFF WILKERSON
Winston & Strawn LLP
jwilkerson@winston.com
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202
Tel: (704) 350-7714
Fax: (704) 350-7800

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jonas Perez-Hernandez v. Monsanto Co.,* Case No. 3:23-cv-04946-VC | **MONSANTO COMPANY AND BAYER CORPORATION'S REQUEST FOR JUDICIAL NOTICE OF EXHIBITS TO WILKERSON DECLARATION IN SUPPORT OF MOTION TO DISMISS**<br><br>Hon. Vince G. Chhabria |

## RECITALS

Under Federal Rule of Evidence 201, Defendants Monsanto Company and Bayer Corporation (collectively, "Defendants") request that the Court take judicial notice of exhibits to the declaration of Jeff Wilkerson (the "Wilkerson Declaration") in support of Monsanto's Motion to Dismiss.

- **Documents Incorporated into the Complaint:** The following exhibits are true and correct copies of documents that have been incorporated by Plaintiffs into their Complaint. Plaintiffs' reliance on these documents, with reference to specific paragraphs in the Amended Complaint, is described in more detail in the Wilkerson Declaration:
    - **Ex. A:** A September 16, 1999, e-mail from William F. Heydens to Mark A Martens, et al.
    - **Ex. B:** A September 2, 1999, e-mail from Alan G Wilson to Donna R Farmer
    - **Ex. C:** A February 5, 2015, e-mail from William F. Heydens to Michael Koch, et al.
    - **Ex. D:** A May 15, 2014, e-mail from Thomas M. Helscher to Samuel Murphey
    - **Ex. E:** A January 28, 2013, e-mail from Larry Kier to David Saltmiras
    - **Ex. F:** A March 16, 2015, e-mail from Ross Gilbert to Daniel A Goldstein
    - **Ex. G:** A document titled "Glyphosate: IARC" dated February 23, 2015
    - **Ex. H:** An article by Gary M. Williams, et al., titled "A Review of the Carcinogenic Potential of Glyphosate by Four Independent Expert Panels and Comparison to the IARC Assessment"
    - **Ex. I:** A "Correction" article by Gary M. Williams, et al.

- **Publicly Available Information and Government Submissions:** The Following exhibits are true and correct copies of judicially noticeable court filings, public documents, or government submissions. Evidence of the documents' public availability and/or status as public records or government submissions is provided in the Wilkerson Declaration.
    - **Ex. A:** A September 16, 1999, e-mail from William F. Heydens to Mark A Martens, et al.
    - **Ex. B:** A September 2, 1999, e-mail from Alan G Wilson to Donna R Farmer
    - **Ex. C:** A February 5, 2015, e-mail from William F. Heydens to Michael Koch, et al.
    - **Ex. H:** An article by Gary M. Williams, et al., titled "A Review of the Carcinogenic Potential of Glyphosate by Four Independent Expert Panels and Comparison to the IARC Assessment"
    - **Ex. I:** A "Correction" article by Gary M. Williams, et al.
    - **Ex. J:** An August 1, 2017, article from the New York Times titled "Monsanto Emails Raise Issues of Influencing Research on Roundup Weed Killer"
    - **Ex. K:** A March 16, 2017, article from USA Today titled "Emails Show Monsanto Tried to 'Ghostwrite' Research"
    - **Ex. L:** A March 15, 2017, article from the Wall Street Journal titled "Regulation of Monsanto's 'Roundup' Herbicide Called Into Question by Emails"
    - **Ex. M:** A March 27, 2015, article from the Wall Street Journal titled "For Monsanto, a Season of Woes: Warning on Roundup Weed Killer Follows Low Crop Prices, Criticism of Biotech Food"

- **Ex. N:** An April 10, 2015, article from the New Yorker titled "Roundup and Risk Assessment"
- **Ex. O:** A March 20, 2015, article from AP News titled "Popular Weed Killer Deemed Probable Carcinogen by UN"
- **Ex. P:** A March 21, 2015, article from US Newswire titled "Glyphosate Classified Carcinogenic by International Cancer Agency, Group Calls on U.S. to End Herbicide's Use and Advance Alternatives"
- **Ex. Q:** A March 21, 2015, article from the Huffington Post titled "Popular Weed-Killer Is Probably Carcinogenic, WHO"
- **Ex. R:** A March 20, 2015, article from Mirror UK titled "Cancer Fear Over Lawn Weedkiller Commonly Used in British Parks and on Wheat"
- **Ex. S:** A May 14, 2019, article from the Wall Street Journal titled "Roundup of Cancer Evidence"
- **Ex. T:** A March 20, 2019, article from the Wall Street Journal titled "Jury Finds Bayer's Roundup Weedkiller Caused Man's Cancer"
- **Ex. U:** A December 20, 2017, blog post by law firm Wisner Baum titled "50 San Francisco Roundup Lawsuits Filed Against Monsanto"
- **Ex. V:** An April 4, 2019, article from Courthouse News Service titled "Judge Won't Bar Targeted Ads in Roundup Cancer Trial"
- **Ex. W:** An October 10, 2019, article from Texans for Law Reform titled "Seeing All Those Roundup Commercials? That's Because Lawyers Have Spent $60M on Them This Year"
- **Ex. X:** A May 22, 2018, article from the Guardian titled "Landmark Lawsuit Claims Monsanto Hid Cancer Danger of Weedkiller for Decades"
- **Ex. Y:** A October 15, 2015, article from Reuters titled "U.S. Lawsuits Build Against Monsanto Over Alleged Roundup Cancer Link"

- **Ex. Z:** The Complaint filed in *Rolish v. Monsanto Company*, No. 2:20-CV-01340 (C.D. Cal. Feb. 10, 2020)
- **Ex. AA:** The First Amended Complaint filed in *Ramirez v. Monsanto Company*, MDL No. 2741, No. 3:19-cv-02224 (June 24, 2020) by Plaintiffs' attorney Robert Lief
- **Ex. BB:** The Complaint filed in *Applegate v. Monsanto Company*, No. 3:18-cv-03363-CV, 2018 U.S. Dist. Ct. Pleadings LEXIS 28521 (N.D. Cal. Jan. 17, 2018)
- **Ex. CC:** The Complaint filed in *Johnson v. Monsanto Company*, No. CGC-16-550128 (Cal. Super. Ct. Jan 27, 2016)
- **Ex. DD:** The Complaint filed in *Goodbred v. Monsanto Company*, No. 3:16-CV-06010 (N.D. Cal. Sept. 7, 2016)
- **Ex. EE:** The Complaint filed in *Fitzgerald v. Monsanto Company*, No. 2:15-CV-05494 (E.D.N.Y. Sept. 22, 2015)
- **Ex. FF:** The Complaint filed in *Patterson v. Monsanto Company*, No. 3:16-CV-00825 (S.D. Ill. July 20, 2016)
- **Ex. GG:** The Complaint filed in *Perkins v. Monsanto Company*, No. 8:16-CV-01410 (C.D. Cal. July 29, 2016)

## I. <u>Plaintiffs have incorporated documents by reference.</u>

Under the "incorporation by reference doctrine," courts will take judicial notice of the full text of documents referenced in a complaint. *See No. 84 Employer Teamster Joint Council Pension Trust Fund v. Am. W. Hldg. Corp.*, 320 F.3d 920, 925 n.2 (9th Cir. 2003) (considering "documents submitted by Defendants that were referenced in the complaint and whose authenticity has not been questioned" when reviewing an appeal of a motion to dismiss); *In re CNET Networks, Inc.*, 483 F. Supp. 2d 947, 953-54 (N.D. Cal. 2007) (considering "the full text of documents referenced in [the] complaint" in deciding a motion to dismiss). This is true even when the plaintiff "fail[s]

to attach those materials to the complaint." *Anderson v. Intel Corp. Inv. Pol'y Comm.*, 579 F. Supp. 3d 1133, 1145 (N.D. Cal. 2022).

The Complaint cites to and relies on the documents in Exhibits A-I, as shown in the concurrently filed Wilkerson declaration. Plaintiffs have therefore incorporated these documents into the complaint and the Court may consider them in deciding Monsanto's Motion to Dismiss.

## II. The Court may take judicial notice of the public record and government submissions.

Rule 201 permits a court to notice a fact "if it is not subject to reasonable dispute." Fed. R. Evid. 201(b). A fact is "not subject to reasonable dispute" if it is "generally known," or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). This includes matters of public record (*Khoja v. Orexigen Therapeutics*, 899 F.3d 988, 999 (9th Cir. 2018)); "records[] and reports of government bodies" (*Nelson v. F. Hoffman-La Roche*, 2022 WL 17259056, at *3 (N.D. Cal. Nov. 28, 2022)); "documents filed with public authorities" (*Habelt v. iRhythm Techs.*, 2022 WL 971580, at *5 (N.D. Cal. Mar. 31, 2022)); and filings in court proceedings that relate to "matters at issue" (*Grivas v. Metagenics, Inc.*, 2018 WL 6185977, at *2 (C.D. Cal. Jan. 4, 2018)). Moreover, "Courts may take judicial notice of publications introduced to 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.'" *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (quoting *Premier Growth Fund v. Alliance Cap. Mgmt.*, 435 F.3d 396, 401 n. 15 (3d Cir.2006)).

Exhibits A-C and Z-GG are court filings and are therefore judicially noticeable. Exhibits H-Y are also judicially noticeable because they are all public news or academic articles, websites, or government reports or submissions and are offered to indicate what was in the public realm at the time. Thus, the Court should take judicial notice of these exhibits and consider them in deciding Defendants' Motion to Dismiss.

Dated: December 1, 2023

                                             By:   */s/ John J. Rosenthal*

                                             JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036

JEFF WILKERSON
Winston & Strawn LLP
jwilkerson@winston.com
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202

*Counsel for Defendants*