UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Jonas Perez-Hernandez v. Monsanto Co.*, Case No. 3:23-cv-04946-VC | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY AND BAYER CORPORATION'S REQUEST FOR JUDICIAL NOTICE OF EXHIBITS TO WILKERSON DECLARATION IN SUPPORT OF MOTION TO DISMISS** |
| | Hon. Vince G. Chhabria |

Defendants Monsanto Company and Bayer Corporation jointly requested that, under Federal Rule of Evidence 201, the Court take judicial notice of thirty-three documents appended as Exhibits A-GG of the declaration of Jeff Wilkerson filed December 1, 2023 (the "Wilkerson Declaration"). Having considered the parties' briefs, arguments of counsel, and applicable law, the Court determines that the motion should be granted.

IT IS HEREBY ORDERED THAT:

Monsanto Company and Bayer Corporation's Request for Judicial Notice is **GRANTED**.

The Court **TAKES NOTICE** of the following exhibits to the Wilkerson Declaration:

- **Ex. A:** A September 16, 1999, e-mail from William F. Heydens to Mark A Martens, et al.
- **Ex. B:** A September 2, 1999, e-mail from Alan G Wilson to Donna R Farmer
- **Ex. C:** A February 5, 2015, e-mail from William F. Heydens to Michael Koch, et al.
- **Ex. D:** A May 15, 2014, e-mail from Thomas M. Helscher to Samuel Murphey
- **Ex. E:** A January 28, 2013, e-mail from Larry Kier to David Saltmiras
- **Ex. F:** A March 16, 2015, e-mail from Ross Gilbert to Daniel A Goldstein
- **Ex. G:** A document titled "Glyphosate: IARC" dated February 23, 2015

- **Ex. H:** An article by Gary M. Williams, et al., titled "A Review of the Carcinogenic Potential of Glyphosate by Four Independent Expert Panels and Comparison to the IARC Assessment"
- **Ex. I:** A "Correction" article by Gary M. Williams, et al.
- **Ex. J:** An August 1, 2017, article from the New York Times titled "Monsanto Emails Raise Issues of Influencing Research on Roundup Weed Killer"
- **Ex. K:** A March 16, 2017, article from USA Today titled "Emails Show Monsanto Tried to 'Ghostwrite' Research"
- **Ex. L:** A March 15, 2017, article from the Wall Street Journal titled "Regulation of Monsanto's 'Roundup' Herbicide Called Into Question by Emails"
- **Ex. M:** A March 27, 2015, article from the Wall Street Journal titled "For Monsanto, a Season of Woes: Warning on Roundup Weed Killer Follows Low Crop Prices, Criticism of Biotech Food"
- **Ex. N:** An April 10, 2015, article from the New Yorker titled "Roundup and Risk Assessment"
- **Ex. O:** A March 20, 2015, article from AP News titled "Popular Weed Killer Deemed Probable Carcinogen by UN"
- **Ex. P:** A March 21, 2015, article from US Newswire titled "Glyphosate Classified Carcinogenic by International Cancer Agency, Group Calls on U.S. to End Herbicide's Use and Advance Alternatives"
- **Ex. Q:** A March 21, 2015, article from the Huffington Post titled "Popular Weed-Killer Is Probably Carcinogenic, WHO"
- **Ex. R:** A March 20, 2015, article from Mirror UK titled "Cancer Fear Over Lawn Weedkiller Commonly Used in British Parks and on Wheat"
- **Ex. S:** A May 14, 2019, article from the Wall Street Journal titled "Roundup of Cancer Evidence"

- **Ex. T:** A March 20, 2019, article from the Wall Street Journal titled "Jury Finds Bayer's Roundup Weedkiller Caused Man's Cancer"
- **Ex. U:** A December 20, 2017, blog post by law firm Wisner Baum titled "50 San Francisco Roundup Lawsuits Filed Against Monsanto"
- **Ex. V:** An April 4, 2019, article from Courthouse News Service titled "Judge Won't Bar Targeted Ads in Roundup Cancer Trial"
- **Ex. W:** An October 10, 2019, article from Texans for Law Reform titled "Seeing All Those Roundup Commercials? That's Because Lawyers Have Spent $60M on Them This Year"
- **Ex. X:** A May 22, 2018, article from the Guardian titled "Landmark Lawsuit Claims Monsanto Hid Cancer Danger of Weedkiller for Decades"
- **Ex. Y:** A October 15, 2015, article from Reuters titled "U.S. Lawsuits Build Against Monsanto Over Alleged Roundup Cancer Link"
- **Ex. Z:** The Complaint filed in *Rolish v. Monsanto Company*, No. 2:20-CV-01340 (C.D. Cal. Feb. 10, 2020)
- **Ex. AA:** The First Amended Complaint filed in *Ramirez v. Monsanto Company*, MDL No. 2741, No. 3:19-cv-02224 (June 24, 2020) by Plaintiffs' attorney Robert Lief
- **Ex. BB:** The Complaint filed in *Applegate v. Monsanto Company*, No. 3:18-cv-03363-CV, 2018 U.S. Dist. Ct. Pleadings LEXIS 28521 (N.D. Cal. Jan. 17, 2018)
- **Ex. CC:** The Complaint filed in *Johnson v. Monsanto Company*, No. CGC-16-550128 (Cal. Super. Ct. Jan 27, 2016)
- **Ex. DD:** The Complaint filed in *Goodbred v. Monsanto Company*, No. 3:16-CV-06010 (N.D. Cal. Sept. 7, 2016)
- **Ex. EE:** The Complaint filed in *Fitzgerald v. Monsanto Company*, No. 2:15-CV-05494 (E.D.N.Y. Sept. 22, 2015)
- **Ex. FF:** The Complaint filed in *Patterson v. Monsanto Company*, No. 3:16-CV-00825 (S.D. Ill. July 20, 2016)

- **Ex. GG:** The Complaint filed in *Perkins v. Monsanto Company*, No. 8:16-CV-01410 (C.D. Cal. July 29, 2016)

**IT IS SO ORDERED.**

Dated:_____                              _____
                                                         HONORABLE VINCENT CHHABRIA
                                                         UNITED STATES DISTRICT JUDGE