# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *David Robert Cohen v. Monsanto Co.*; 3:19-cv-02077-VC <br><br> *Lowell Johnson-Tannan v. Monsanto Co.,;* Case No. 3:19-cv-05956-VC <br><br> *Douglas G. Jones and Christy A. Jones v. Monsanto Co.;* 3:19-cv-06408-VC <br><br> *Nicholas C. Jones v. Monsanto Co.;* 3:19-cv-06406-VC <br><br> *Randolph J. Merchant v. Monsanto Co.*; 3:19-cv-03497-VC <br><br> *Daniel Richard Mythen v. Monsanto Co.*; 3:19-cv-06402-VC | MDL No. 2741 <br><br> Case No. 3:16-md-02741-CS <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs in the above-captioned matters, pursuance to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss their complaints against defendants **with prejudice**.

DATED this 5th day of December 2023.    CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*
_____
Corrie J. Yackulic, WSBA No. 16063
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Tel. 206.787.1915
corrie@cjylaw.com
*Attorney for Plaintiffs Named Above*

**NOTICE OF VOLUNTARY DISMISSAL**
PAGE- 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725