UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741<br>Case No: 3:16-md-02741-VC |

This document relates to:

*Roy H. Smith and Rebecca Smith*
*v. Monsanto Co.,*
Case No. 3:19:-cv-03597-VC
_____/

### PLAINTIFFS' MOTION FOR LEAVE TO FILE *MOTION FOR RECONSIDERATION* PURSUANT TO CIVIL L.R. 7-9

Plaintiffs, Roy H. Smith and Rebecca Smith, pursuant to Civil L.R. 7-9, respectfully move for leave to file a motion for reconsideration of the Court's *Order Dismissing Cases with Prejudice for Failure to Comply with Pretrial Order 240*. As grounds, Plaintiffs would show the following:

1. On November 6, 2023, the Court entered its *Order Dismissing Cases with Prejudice for Failure to Comply with Pretrial Order 240* [Doc. 8] (hereinafter "the *Order*"), which dismissed the lawsuits of Plaintiffs (among others).

2. At the time of the filing of the instant motion, a material difference in fact exists from that which was presented to or known by the Court at the time the *Order* was entered; specifically, the Plaintiffs had previously agreed to be a part of, and were expressly included in, an agreement between the law firm Seeger Weiss LLP and the Defendant, Monsanto Co. that was executed on May 25, 2023. The purpose of the agreement was to attempt to resolve a group of filed and unfiled Roundup claims against the Defendant, and the parties to this agreement are still attempting to resolve the claims of the participating claimants.

3.      Furthermore, although the Plaintiffs' lawsuit was first transferred to this Honorable Court on February 20, 2020, the Plaintiffs' lawsuit was never assigned to a Wave. As such, Plaintiffs were not assigned deadlines.

4.      Although the undersigned attorney brought the Plaintiffs' lack of Wave assignment to the attention of Defendant's counsel approximately two years ago, to this date Plaintiffs' lawsuit has still not been assigned to a Wave.

5.      Despite having no Wave assignment, the Plaintiffs provided their completed *Plaintiff Fact Sheet* and authorizations to counsel for Defendant on November 13, 2019. Further, Plaintiffs served Defendant's amendments to their *Plaintiff Fact Sheet* on April 30, 2020, and October 1, 2020.

6.      The undersigned attorney for Plaintiffs has discussed the contents of this *Motion* with Defendant's counsel, Anthony R. Martinez, and Mr. Martinez has stated that Defendant *neither opposes nor supports* the Court granting their motion herein.

WHEREFORE, Plaintiffs, Roy H. Smith and Rebecca Smith, pursuant to Civil L.R. 7-9, respectfully move for leave to file a motion for reconsideration of the Court's *Order Dismissing Cases with Prejudice for Failure to Comply with Pretrial Order 240*.

Dated:  December 6, 2023

Respectfully submitted,

/s/ Christopher Shakib, Esq.
**Christopher Shakib, Esquire**
**TERRELL HOGAN YEGELWEL, P.A.**
233 East Bay Street, 8th Floor
Jacksonville, Florida  32202
Telephone:    (904) 632-2424
Facsimile:    (904) 632-2027
Primary Email: shakib@terrellhogan.com
Secondary Email: jhall@terrellhogan.com
Florida Bar No.: 0947865
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Christopher N. Shakib