UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS　　　　　　　MDL No. 2741
LIABILITY LITIGATION　　　　　　　　　Case No: 3:16-md-02741-VC

This document relates to:

*Sandra Marie Salem, as the Personal Representative
Of the Estate of John Joseph Salem, deceased v.
Monsanto Co.,*
Case No. 3:20-cv-01360-VC
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII

Plaintiff, Sandra Marie Salem, as the Personal Representative of the Estate of John Joseph Salem, deceased, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave V to Wave VIII.

1. Sandra Marie Salem's case is currently in Wave V.

2. The parties have previously diligently pursued discovery in this matter.

3. Following Plaintiff's service of her *Rule 26 Specific Causation Expert Witness Disclosures to Defendant* on September 21, 2022, the parties did not engage in further expert witness discovery, as both parties believed the case was about to be settled amicably.

4. However, the instant case has in fact not yet settled.

Therefore, Plaintiff, Sandra Marie Salem, as the Personal Representative of the Estate of John Joseph Salem, deceased, with the consent of Defendant Monsanto Company, respectfully requests that the Court move her case from Wave V to Wave VIII.

Dated:  December 7th, 2023

Respectfully submitted,

/s/ Christopher Shakib, Esq.
**Christopher Shakib, Esquire**
**TERRELL HOGAN YEGELWEL, P.A.**
233 East Bay Street, 8th Floor
Jacksonville, Florida  32202
Telephone:     (904) 632-2424
Facsimile:      (904) 758-5365
Primary Email: shakibteam@terrellhogan.com
Secondary Email: jhall@terrellhogan.com
Florida Bar No.: 0947865
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Christopher N. Shakib