AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

IN RE: ROUNDUP LITIGATION
                Plaintiff (s),
V.
MONSANTO COMPANY, ET AL
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:16-md-02741-VC / 3:20-CV-06248-VC

Notice is hereby given that, subject to approval by the court, __ALAN PICKERT__ (Party (s) Name) substitutes __JUAN P. BAUTA, II__ (Name of New Attorney), State Bar No. __894060__, as counsel of record in place of __CHRISTOPHER SHAKIB__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: The Ferraro Law Firm
    Address: 600 Brickell Avenue, Suite 3800, Miami, FL 33131
    Telephone: (305) 375-0111    Facsimile: (305) 379-6200
    E-Mail (Optional): jbauta@ferrarolaw.com/nbauta@ferrarolaw.com

I consent to the above substitution.
Date: 11/16/23     (Signature of Party (s))

I consent to being substituted.
Date: 11/16/23     (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 7, 2023     APPROVED — Judge Vince Chhabria

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]