Shayna S. Cook
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel:   (312) 681-6000
Fax:   (312) 881-5191
scook@goldmanismail.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC |
| This document relates to:<br><br>*Karen Delmore-Barton v. Monsanto Co.*,<br>Case No. 3:18-cv-01427-VC | **NOTICE OF APPEARANCE OF SHAYNA S. COOK ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEAE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Shayna S. Cook, of the firm Goldman Ismail Tomaselli Brennan & Baum LLP hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

DATED:  December 7, 2023            Respectfully submitted,


                                     /s/ Shayna S. Cook
                                    Shayna S. Cook
                                    GOLDMAN ISMAIL TOMASELLI
                                      BRENNAN & BAUM LLP
                                    200 South Wacker Dr., 22nd Floor
                                    Chicago, IL 60606
                                    Tel: (312) 681-6000
                                    Fax: (312) 881-5191

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

scook@goldmanismail.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **NOTICE OF APPEARANCE OF SHAYNA S. COOK ON BEHALF OF MONSANTO COMPANY** has been served on December 7, 2023, to all counsel of record who are deemed to have consented to electronic service.

*/s/ Shayna S. Cook*
Shayna S. Cook