Sarah Kinter
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel:   (312) 681-6000
Fax:   (312) 881-5191
skinter@goldmanismail.com

*Attorney for Defendant*
MONSANTO COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Karen Delmore-Barton v. Monsanto Co.*, Case No. 3:18-cv-01427-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**NOTICE OF APPEARANCE OF SARAH KINTER ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEAE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Sarah Kinter, of the firm Goldman Ismail Tomaselli Brennan & Baum LLP hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

DATED:  December 7, 2023               Respectfully submitted,


                                        /s/ Sarah Kinter
                                       Sarah Kinter
                                       GOLDMAN ISMAIL TOMASELLI
                                         BRENNAN & BAUM LLP
                                       200 South Wacker Dr., 22nd Floor
                                       Chicago, IL 60606
                                       Tel: (312) 681-6000
                                       Fax: (312) 881-5191

skinter@goldmanismail.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## PROOF OF SERVICE

The undersigned hereby certifies that a true and correct copy of **NOTICE OF APPEARANCE OF SARAH KINTER ON BEHALF OF MONSANTO COMPANY** has been served on December 7, 2023, to all counsel of record who are deemed to have consented to electronic service.

*/s/ Sarah Kinter*
Sarah Kinter