UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Raymond Mistrich v. Monsanto et al.*<br><br>Case No. 3:19-cv-03887-VC | MDL NO. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF ALAINA BRANDHURST** |

**TO THE CLERK OF THIS COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1 (5), Alaina Brandhurst of Boling Law Firm, admitted to practice in the United States District Court for the Eastern District of Louisiana, hereby enters an appearance as counsel for Plaintiff Janiece Mistich, on behalf of Raymond Mistich, deceased, in the above-captioned matter. The email address for Alaina Brandhurst for the purposes of receipt of Notices of Electronic Filing is

abrandhurst@bolingfirm.com.

Dated: December 8, 2023.   BOLING LAW FIRM LLC

By: */s/ Alaina Brandhurst*

**BOLING LAW FIRM LLC**
Jeremiah Boling (Bar No. 34249)
Benjamin Rumph (Bar No. 37851)
Alaina Brandhurst (Bar No. 35057)
541 Julia Street, Suite 300
New Orleans, LA 70130
Telephone: (504) 300-0650
jboling@bolingfirm.com
brumph@bolingfirm.com
abrandhurst@bolingfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Alaina Brandhurst, hereby certify that on December 8, 2023, I electronically filed the foregoing NOTICE OF APPEARANCE OF ALAINA BRANDHURST with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record,

                                                  */ Alaina Brandhurst*
                                                  Alaina Brandhurst