UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Fitz et al. v. Monsanto Co.*,<br>Case No. 21-cv-03580-VC | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND GRANTING MOTION TO MODIFY CASE SCHEDULING ORDER AND DEEM EXPERT REPORT TIMELY SERVED**<br><br>Re: Dkt. Nos. 17423, 17472 |

For the reasons stated at the December 7 hearing, Monsanto's motion for summary judgment is denied and the plaintiffs' motion is granted. The above-captioned case is moved to Wave 7D.

As discussed, the plaintiffs' counsel shall pay Monsanto's reasonable expenses, including attorneys' fees, incurred in (1) filing and briefing the motion for summary judgment, (2) opposing the motion to modify the scheduling order, and (3) preparing for and appearing at the December 7 hearing. No portion of those expenses shall be paid by the plaintiffs themselves, nor shall the expenses be deducted from any recovery eventually received by the plaintiffs.

Within seven days of the entry of this order, Monsanto shall submit a bill to plaintiffs' counsel. Plaintiffs' counsel shall pay within seven days of receiving the bill, unless there is an objection to the amount, in which case that objection shall be filed within seven days.

**IT IS SO ORDERED.**

Dated: December 11, 2023

_____
VINCE CHHABRIA
United States District Judge