UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*DeMent v. Monsanto Co.*,<br>Case No. 19-cv-01182-VC | **ORDER GRANTING UNOPPOSED MOTION TO REOPEN CASE AND REINSTATE CASE TO ACTIVE STATUS**<br><br>Re: Dkt. No. 17508 |

Plaintiff argues that his case was erroneously dismissed for failure to comply with Pretrial Order No. 240. Special Master Ken Feinberg has confirmed to the Court that the above-captioned case should not have been dismissed.

The unopposed motion is granted. The Clerk is directed to reopen the above-captioned case and reinstate it to active status.

**IT IS SO ORDERED.**

Dated: December 11, 2023

VINCE CHHABRIA
United States District Judge