UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: *Efimenko v. Monsanto Co.*, Case No. 19-cv-00485-VC | **ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 240** |

Special Master Ken Feinberg recently informed the Court that the plaintiff in the above-captioned case has failed to comply with Pretrial Order No. 240. *See* Dkt. No. 13323. The plaintiff was among those reminded of his obligation to comply with Pretrial Order No. 240 and to submit the information requested by the Special Master in the Court's October 2 order. Dkt. No. 17336.

The above-captioned case is now dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with Pretrial Order No. 240.

**IT IS SO ORDERED.**

Dated: December 11, 2023

VINCE CHHABRIA
United States District Judge