Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Ben Embaan v. Monsanto Company* Case No. 3:21-CV-01336-VC (N.D. Cal) | **AMENDED DECLARATION OF ANTHONY R. MARTINEZ PURSUANT TO THIS COURT'S ORDER [DKT. 16 AND 17562]** |

Counsel submits this Declaration pursuant to this Honorable Court's Order to Show Cause (Dkt. 16 and 17562) entered on December 4, 2023 (the "Order").

I, Anthony R. Martinez hereby declare as follows:

1. I am an attorney at the law firm of Shook, Hardy & Bacon LLP, counsel for Monsanto Company ("Monsanto"). I make this declaration pursuant to the Court's December 4, 2023 Order. This declaration is based on my personal knowledge, and if called to testify, I would and could testify on these matters.

2. On December 4, 2023, this Court ordered Plaintiff Embaan to show cause why this case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

3. This Court also ordered Monsanto to transmit the Order to Plaintiff Embaan and file a declaration on the docket indicating that it has done so within seven days of the Order.

4. On December 5, 2023, Counsel for Monsanto mailed the Order to Plaintiff Embaan at 10091 Bonham Court Las Vegas, NV 89148 via Certified Mail Return Receipt Requested and

Regular U.S. Mail.

5. As of December 11, 2023, the status of the Certified Mail Return Receipt Requested mailing is "Moving Through Network – In Transit to Next Facility." Counsel for Monsanto will continue to track this mailing via the USPS website and tracking number 9414726699042165864072.

I declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 11th day of December in Kansas City, Missouri.

*/s/ Anthony R. Martinez*
Anthony R. Martinez

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 11, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CMF/ECF system which sent notice of the filing to all appearing parties of records.

> */s/ Anthony R. Martinez*
> Anthony R. Martinez