**NACHAWATI LAW GROUP, PLLC**
John Raggio (California Bar No. 338261)
Jraggio@ntrial.com
Gibbs Henderson (Texas Bar No. 24041084)
Ghenderson@ntrial.com
Erin Wood (Texas Bar No. 24073064)
ewood@ntrial.com
5489 Blair Road
Dallas, Texas 75231
T: (214) 890-0711
F: (214) 890-0712
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2741 |
| **This document relates to**: | * * | **PLAINTIFF'S AGREED MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR VIA VIDEO CONFERENCE** |
| *Angelo Bulone v. Monsanto., et al* Case No. 3:20-cv-03719-VC | * * * | |
| | * | DISTRICT JUDGE: Vince Chhabria, presiding |
| | * * * | |

**AGREED MOTION TO APPEAR
VIA VIDEO CONFERENCE**

Now comes Plaintiff Angelo Bulone, by and through his attorney, pursuant to Civil L.R. 7-11 and the Court's Notice relating to civil law and motion calendars, and requests permission from this Court to appear via video conference for oral argument on Defendant Monsanto's Company's ("Monsanto") Motion to Strike the Expert Report of Luoping Zhang, Ph.D., currently set for hearing on December 14, 2023, at 10:00 a.m.

Plaintiff has contacted counsel for Defendant Monsanto, Anthony Martinez, and he

1

has agreed to this Motion and would also like to appear for the hearing via video conference.

The parties assert that appearance via video conference would allow both sides to present their argument as well as could be presented in person.

The parties certify that they have read and are familiar with the requirements for appearances via video conference and that they meet the technology requirements.

WHEREFORE, Plaintiff prays that this Agreed Motion to Appear Via Video Conference be GRANTED and that the attached proposed order be signed.

        Respectfully submitted,

        **NACHAWATI LAW GROUP, PLLC**

        */s/ Gibbs Henderson*
        Gibbs Henderson (TX 24041084)
        John Raggio (CA 338261)
        Erin Wood (TX 24073064)
        5489 Blair Road
        Dallas, Texas 75231
        T: (214) 890-0711
        F: (214) 890-0712
        ghenderson@ntrial.com
        jraggio@ntrial.com
        ewood@ntrial.com

        **ATTORNEYS FOR PLAINTIFF**