UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2741 |
| **This document relates to**: | * | **PLAINTIFF'S AGREED MOTION FOR ADMINISTRATIVE RELIEFTO APPEAR VIA VIDEO CONFERENCE** |
| *Angelo Bulone v. Monsanto., et al* Case No. 3:20-cv-03719-VC | * * * * | |
| | * | DISTRICT JUDGE: Vince Chhabria, presiding |
| | * * * | |

## PROPOSED ORDER

Plaintiff's Agreed Motion for Administrative Relief to Appear via Video Conference at the hearing on Defendant Monsanto Company's Motion to Strike the Expert Report of Luoping Zhang, Ph.D., which is currently scheduled on December 14, 2023, at 10:00 a.m. is GRANTED.

Oral argument on this Motion shall be moved to the Court's 1:00 p.m. Zoom calendar on December 14, 2023.

Counsel shall comply with the Court's Rules and Requirements for participating via video conference.

IT IS SO ORDERED.

This ___ day of _____, 2023.

_____
JUDGE VINCE CHHABRIA
United Stated District Court Judge