**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030 | Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843 | Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400 | Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100 | Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC |
| *Michael J. Caccia, et al. v. Monsanto Co.*, 3:20-cv-01915-VC <br><br> *Robert Cotter, et al. v. Monsanto Co.*, 3:20-cv-03108-VC <br><br> *William Turnoff, et al. v. Monsanto Co.*, 3:19-cv-03837-VC | **DEFENDANT MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER** <br><br> Hearing: <br> Date: March 1, 2024 <br> Time: 10:00 a.m. <br> Place: San Francisco Courthouse, Courtroom 4 – 17th Floor |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE THAT** on March 1, 2024 at 10:00 a.m. in Courtroom 4 of |
| 3 | the United States District Court, Northern District of California, located at 450 Golden Gate |
| 4 | Avenue, San Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company |
| 5 | ("Monsanto") will present its Motion to Exclude Testimony of Dr. William Sawyer.  Monsanto |
| 6 | seeks an order excluding opinions of this witness under Federal Rule of Evidence 702. |

Dated:  December 11, 2023

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Linda C. Hsu*
Linda C. Hsu
Attorneys for Defendant Monsanto Company

1  Monsanto hereby moves to exclude Plaintiffs' expert Dr. William Sawyer under Federal
2  Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 589 (1993) in
3  the above-captioned cases.  Monsanto recognizes the Court's Pretrial Order Nos. 201 and 260,
4  in which the Court "ruled on what Dr. Sawyer would and would not be allowed to testify to."
5  Pretrial Order No. 260 (citing Pretrial Order No. 201).
6  Therefore, consistent with the Court's instruction not to re-litigate issues previously ruled
7  upon, but in order to fully preserve the record, Monsanto hereby incorporates the following
8  pleadings that were filed on the MDL docket:
9  • Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert*
10 Grounds (ECF No. 2418)
11 • Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert*
12 Grounds (Dkt. No. 8010) and Reply in Support (Dkt. No. 8532)
13 • Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert*
14 *Grounds* (Dkt. No. 8572) and Reply in Support (Dkt. No. 8907)
15 • Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert*
16 *Grounds* (Dkt. No. 8573)
17 • Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer (Dkt. No.
18 12793) and Reply in Support (Dkt. No. 12941)
19 • Monsanto's Motion to Exclude Testimony of Dr. William Sawyer under Rule 702
20 (Dkt. No. 13779) and Replies in Support (Dkt. Nos. 14056 and 14165)
21 • Monsanto's Motion to Exclude Testimony of Dr. William Sawyer (Dkt. No.
22 13913) and Reply in Support (Dkt. No. 14085)
23 • Monsanto's Motion to Exclude Testimony of Dr. Charles Benbrook and Dr.
24 William Sawyer (Dkt. No. 15881)
25 • Monsanto's Motion to Exclude Testimony of Dr. William Sawyer (Dkt. No.
26 16849)
27 By incorporating by reference its prior filings, Monsanto is in no way waiving any of the
28 arguments raised therein.

In accordance with Pretrial Order Nos. 201 and 260, Monsanto also hereby expressly reserves its right to file new motions to exclude Dr. Sawyer after the above-captioned cases are transferred to their home districts for trial, including raising case-specific arguments and/or additional arguments not previously ruled on in this MDL.  *See* Pretrial Order No. 260 ("To the extent Monsanto moves to exclude Dr. Sawyer's testimony on issues unrelated to causation . . . those are issues that are more appropriate for the district judge who will be trying these cases. . . . Accordingly, Monsanto's motion to exclude Dr. Sawyer's testimony on these grounds are denied without prejudice to filing new motions with the district judges who will be trying the cases.").

Dated:  December 11, 2023                               Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Linda C. Hsu*
Linda C. Hsu
Attorneys for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 11, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

*/s/ Linda C. Hsu*
Linda C. Hsu