# EXHIBIT A





**Clark & Associates**

Environmental Consulting, Inc.

**OFFICE**
12405 Venice Blvd
Suite 331
Los Angeles, CA  90066

**PHONE**
███████████

**FAX**
███████████

**EMAIL**
███████████

October 21, 2023

Nachawati Law Group
5473 Blair Road
Dalla, TX  75231

**Attn:  Mr. Gibbs Henderson**

**Subject:   Updated Exposure Analysis Of Angelo Bulone
(Plaintiff) To Glyphosate From Use of Roundup®**

Dear Mr. Henderson:

At the request of Nachawati Law Group (NLG), Clark and Associates (Clark) has reviewed materials related to the exposure of the above referenced plaintiff to glyphosate from his use of Roundup® at his home and workplace.

Clark's review of the materials in no way constitutes a validation of the conclusions or materials contained within any other summary or analysis.  If I do not comment on a specific item this does not constitute acceptance of the item. The opinions expressed in this report are based upon the available information and I reserve the right to amend my opinions should additional information is developed.

# 1.0    Opinions In This Matter

I hold the following opinions regarding this matter to a reasonable degree of scientific certainty.

1. Based on Mr. Bulone's testimony it is clear that Mr. Bulone used Roundup® herbicide formulations that contained glyphosate for a significant amount of time to control weeds at his residence on Pawleys Island and at his workplace - the Wedgefield Plantation Golf Course in Georgetown, South Carolina.

Exhibit A Page - 1

2. Mr. Bulone's exposure to glyphosate was equivalent to between 42.15 to 105.41 days of spraying.

## 2.0    Introduction

This section outlines the objectives and overview of my methodology for assessing the historical doses of glyphosate that Mr. Bulone received from his use of Monsanto's Roundup® product. The sources of information include literature regarding the use, application, and exposure to glyphosate, Mr. Bulone's deposition taken by defendants on November 29, 2021, and a direct phone interview with Mr. Bulone on September 21, 2023.

I am not offering an opinion regarding specific causation for Mr. Bulone's medical diagnosis in this report.  I am limiting my opinions specifically to the dose of glyphosate that Mr. Bulone received via dermal pathways and comparing that dose to the doses from human epidemiological studies of glyphosate applicators. Additionally, I have identified other toxicological exposures that could potentially serve as confounding factors.

I have attempted to assess Mr. Bulone's exposure to glyphosate from Roundup® by reviewing his descriptions of the manner in which he applied Roundup® (frequency of use, the duration of the use, and any relevant information associated with the application method/spraying practices, e.g., use of personal protective equipment (PPE), clothing worn based upon his deposition testimony and a personal interview with him via telephone.  In addition, I have compiled a list of potential confounding factors for developing his cancer in Mr. Bulone's (e.g,, family history and genetics, medical conditions/interventions, infectious agents, life style factors, potential radiation exposures, and, environmental and chemical exposures).  These types of exogenous and endogenous factors are normally considered in toxicological evaluations.[1]

The methodology used to calculate Mr. Bulone's glyphosate exposures is the same as that employed within the generally accepted human epidemiological studies of glyphosate applicators, which employed ever/never-use and exposure-day metrics.  Mr. Bulone's exposure (total hours

---

[1] Klassens, C.D.  2018.  Casarett & Doull's Toxicology: The Basic Science of Poisons, 9th Edition Edited Klassens, C.D.  McGraw Hill.

EXPERT REPORT OF JAMES J. J. CLARK;   MDL No. 3:16-md-02741-VC                    2 | P a g e

Exhibit A Page - 2

and time weight average as days of exposure) is based on the units of measure applied in human epidemiological studies that included dose-metrics or ever/never-use comparisons for glyphosate applicators. Mr. Bulone's exposure dose measured in exposure-days per year and total exposure-days is consistent with the metrics described in the epidemiological literature on glyphosate exposure in workers.[2,3,4,5,6]

## 2.1   Objectives

Mr. Bulone was diagnosed with diagnosed in 1994 (at the age 53) with chronic lymphocytic leukemia (CLL),[7] allegedly as a result of his repeated use of the Roundup® products. The primary objective of this toxicological assessment is to arrive at a scientifically reliable exposure analysis for Mr. Bulone based on his cumulative exposure (as expressed in exposure days) to Roundup®. Additionally, my toxicological assessment of Mr. Bulone identifies other potential contributing toxicological factors and calculates the latency period from initial exposure to the time of Mr. Bulone's diagnosis.

My method for assessing Mr. Bulone's reconstructing his historical doses includes:

- a review of his medical history to identify any additional exposure factors;

---

[2] Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233. Note that quartiles of exposure in the study were indexed as "lifetime days of glyphosate use." Since the AHS study is a null study, there is no reason to compute the algorithm, "intensity-weighted lifetime days of glyphosate use."

[3] De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup. Environ Med, Vol. 60.

[4] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

[5] Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.00.

[6] Pahwa, M. et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub- types: findings from the North American Pooled Project," 2019 Jun 27, Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830.

[7] THO:  Georgetown.  Notes.  Exhibit 4 to Angelo Bulone Deposition.  November 29, 2021.

- a review of his use of Roundup® products to calculate the frequency of his use and the amount of Roundup® that Mr. Bulone was exposed to in the environment (via dermal absorption); and

- the circumstances of his Roundup® uses (including duration of use, PPE, frequency of use, etc).

## 2.2    Report Outline

- Section 3 below provides a list of my qualifications to assess Mr. Bulone's dose.

- Section 4 assesses Mr. Bulone's history and identifies factors relevant to his exposure background. I have included a list of confounding factors, typically identified as risk factors for the development of NHL in this report.

- Section 5.0 provides a summary of glyphosate in Roundup® and physiological considerations.

- Section 6.0 provides a summary of my opinions.

## 3.0    Qualifications

I am presently the Principal Modeler and Toxicologist at Clark and Associates Environmental Consulting, Inc. in Los Angeles, California.  I have written frequently on matters related to chemicals in the environment and public health.  I have been retained as an expert modeler, toxicologist, and risk analyst.

I graduated from the University of Houston in 1987 with a Bachelor's Degree in Biochemical and Biophysical Sciences.  In 1993, I received a Master's Degree in Environmental Health Sciences from the University of California at Los Angeles, School of Public Health.  I earned a Doctorate in Environmental Health Sciences from the University of California at Los Angeles (UCLA), School of Public Health in 1995.  I have also been trained and certified under OSHA 29 C.F.R. § 1910.120 for Hazardous Waste Operations & Emergency Response.  I have been an active member of various professional societies, including the American Public Health Association (APHA), the International Society of Environmental Forensics (ISEF), the California Redevelopment Agency (CRA), the American Chemical Society (ACS), the Association for Environmental Health and Sciences (AEHS).

From 1987 through 1992, I worked as a toxicological researcher at the University of California at Los Angeles, Department of Medicine, Pulmonary Division, under the supervision

Exhibit A Page - 4

of physicians who were investigating the pulmonary toxicity of air pollutants.  The research included epidemiological evaluations of populations exposed to criteria pollutants, the potentiating effects of inhaled beta-agonists on the hyper-reactive responses of asthmatic patients, patients with chronic-obstructive pulmonary disease (COPD), and patients with interstitial lung disease to criteria pollutants including ozone and oxides of sulfur.  While studying in my graduate programs at UCLA, I also worked for environmental consulting companies involved in human health risk assessments and toxicological evaluations of evaluation contaminants.

Since 1996, after completing my doctoral thesis on a novel multi-pathway risk model, I have worked at several environmental consulting firms, evaluating the toxicological impacts of contaminants in selected populations, coordinating regional air pollution studies, performing exposure assessments (including dermal exposure assessments of applied chemicals) and numeric risk assessments, supervising remedial investigations and removal actions, and acting as the Corporate Health and Safety Officer.

My previous work experience has included considerable risk assessment, evaluation of environmental toxic exposures, design and execution of environmental monitoring and health assessment studies, and modeling of exposure to toxic compounds.  I also have participated in and/or directed numerous air/emission-related risk assessments, including toxicological assessment of volatile substances from mobile and stationary sources.  I have continued to research the effects of contaminants in the environment and have presented those results at numerous professional assemblies and in several published textbooks.  Specifically, I have studied the toxicological effects of many chemicals, including carcinogens released from stationary sources, for over 30 years as part of my training in toxicology and daily work experience as a Toxicologist.  A more complete listing of my qualifications is presented in **Exhibit A** which contains my current Curriculum Vitae.

## 4.0   Plaintiff History

Mr. Bulone, the plaintiff in this matter, is an 80-year-old male (DOB – 08/31/1941) who was diagnosed with CLL of B-cell type (ICD C91.10) in March of 1996.[8]  Mr. Bulone is a former

---

[8] THO:  Georgetown.  Notes.  Exhibit 4 to Angelo Bulone Deposition.  November 29, 2021.

a smoker (2.5 packs/day for 36 years or 90 pack years).[9]  He quit 34 years ago (1989).[10]   Mr. Bulone does not have a history of drug usage.[11] Mr. Bulone does have a history of using Roundup® to control weeds at his residence intermittently from approximately 1984 through 2019.[12]

## Past Medical/Surgical History

Prior to his diagnosis with CLL, Mr. Bulone had an unremarkable medical history and did not present with any significant health risks for the development of CLL, other than his exposure to glyphosate.

Mr. Bulone's medical history consists of a diagnosis of cancer (CLL; :skin (nose); Vocal Cord 07/2017), enlarged prostate, and hypertension. Mammogram: 07/26/2019. His surgical/procedural history consists of Biopsy-vocal cord 07/31/2016, splenectomy, tonsillectomy, and colonoscopy in 2018.  He has no active implantable devices.[13]

He is five feet ten inches tall (70 inches) and weighs approximately 170 pounds.[14] Mr. Bulone's body mass index is 24.39, putting him in a healthy weight category using the National Institutes of Health (NIH) Body Mass Index Calculator.[15]

Mr. Bulone does not have a history of cancer (prior to his diagnosis with CLL), immune deficiencies, rheumatoid arthritis, celiac disease, ulcers, eczema or psoriasis, Hashimoto thyroiditis, have an organ transplant, Epstein-Barr virus or mononucleosis, irritable bowel disease, or have a history of lumps, cysts or benign tumors.[16]

---

[9] Interview with Angelo Bulone September 21, 2023.

[10] THO:  Georgetown.  Notes.  Exhibit 4 to Angelo Bulone Deposition.  November 29, 2021.

[11] Interview with Angelo Bulone September 21, 2023.

[12] *Id*.

[13] THO:  Georgetown.  Notes.  Exhibit 4 to Angelo Bulone Deposition.  November 29, 2021.

[14] *Id*.

[15] *Id*.

[16] *Id*.

## Family Medical History

Mr. Bulone's mother died of lung cancer and his father died of hepatitis C.[17]  Mr. Bulone's sibling (one sister) is alive and had breast cancer.[18]

According to his deposition and interviews there is no familial history of congenital disorders, skin disease, or developmental issues.[19] He is not of Ashkenazi ethnic background.[20]

## History of Tobacco, Alcohol and Drug Use

Mr. Bulone was a 2.5 pack a day smoker for 36 years.[21]  He quit in 1989 prior to his diagnosis of CLL.[22]

## Residential History

Mr. Bulone was born on August 31, 1941 in Brooklyn, New York.[23] Mr. Bulone grew up in Brooklyn, went to Manual Training High School in Brooklyn.[24]  Mr. Bulone started his college degree at Brooklyn Polytech and completed his Bachelor of Science in Electrical Engineering at Farleigh Dickinson University in Teaneck, New  Jersey in 1979.[25]  Mr. Bulone recalls living first in Brooklyn (1941 to 1965), then moving to Merrick, Long Island, New York (1965 to 1976), to Patchogue, Long Island (1976-1978), then to Hempstead, Long Island (1978-1983).[26] From West

---

[17] *Id.*

[18] *Id.*

[19] Interview with Angelo Bulone, September 21, 2023.

[20] *Id.*

[21] *Id.*

[22] *Id.*

[23] Angelo Bulone Deposition.  November 29, 2021 pg 7.

[24] *Id.*

[25] Angelo Bulone Deposition.  November 29, 2021 pg 8-10.

[26] Angelo Bulone Deposition.  November 29, 2021 pg 19-20.

Hempstead he moved to his current residence in Pawleys Island, South Carolina.[27]  Mr. Bulone used Roundup® at one residence, in Pawleys Island, South Carolina.[28]

**Table 1: Angelo Bulone Residential History**

| Property | City | State | Date |
|---|---|---|---|
| Pawleys Island | South Carolina | 4/18/1983 - Present | Pawleys Island |

## Employment History

After graduating from high school, Mr. Bulone joined the Navy in 1958.[29]  Mr. Bulone was discharged in 1962.[30]  After being discharged from the Navy, Mr. Bulone worked at various part time jobs while he was attending RCA.[31]  After receiving his BS in Electrical Engineering in 1979, Mr. Bulone taught math and physics at RCA Institutes in Manhattan, New York.[32]  In 1988, Mr. Bulone purchased (with a partner) the Wedgefield Plantation Golf Course.[33]  He acted as a groundskeeper for the course and the administration of the business.[34]  In his capacity as the groundskeeper, Mr. Bulone was responsible for taking care of spraying for weeds with Roundup.[35]

## Interview with Angelo Bulone

I interviewed Mr. Bulone by telephone on September 21, 2023, and questioned him on specific aspects of his Roundup® use, medical history, diet and exposure to other chemicals. The interview lasted approximately 40 minutes. Mr. Bulone's responses are summarized in the following two sections.

---

[27] Angelo Bulone Deposition.  November 29, 2021 pg 19.

[28] *Id*.

[29] Angelo Bulone Deposition.  November 29, 2021 pg 37-39.

[30] Angelo Bulone Deposition.  November 29, 2021 pg 38.

[31] Angelo Bulone Deposition.  November 29, 2021 pg 38-39.

[32] Angelo Bulone Deposition.  November 29, 2021 pg 10, 37.

[33] Angelo Bulone Deposition.  November 29, 2021 pg 29.

[34] Angelo Bulone Deposition.  November 29, 2021 pg 66-67.

[35] *Id*.

*Dietary Habits*

Mr. Bulone was questioned during interview regarding his lifelong eating habits. The information he provided is compiled in **Table 2**.

**Table 2**

**Mr. Bulone's Dietary Habits**

| Food Item | Intake | Notes |
|---|---|---|
| Dairy | | |
| Butter | | Not a big dairy person |
| Eggs | | Not big egg fan |
| Milk | | In Navy drank a lot. |
| Proteins | | |
| Bacon | X | |
| Beef | X | |
| Chicken | X | |
| Fish | | |
| Lamb | | |
| Pork | x | Not big pork fan. |
| Salmon | | |
| Shellfish | | |
| Pasta | X | Ate lots of pasta. |
| Veal | X | |
| Fruits and Vegetables | | |
| Fruits | | |
| Oils | | |
| Vegetables | | |

*Potential Confounding Exposures*

Table 3 summarizes toxicological findings pertaining to potential confounding exposures. Mr. Bulone reported none of his residences have been located near a Superfund Site, underground gas tanks, industries or factories.[36]

---

[36] Interview with Angelo Bulone September 21, 2023.

Mr. Bulone has never worked on or even handled any light ballasts.[37] He has had no exposure to transformer oil.[38] He has never burned trash.[39]

**Table 3**
**Review of NHL Confounding/Risk Factors[40]**

| Potential Confounding/Risk Factors | Yes/No |
|---|---|
| Family History and Genetics | |
| Family History of Cancers | No family history of NHL or any blood borne cancers. |
|    Mother | Lung cancer |
|    Father | Died of hepatitis B |
|    Grandparents | Paternal grandfather – heart attack<br>Paternal grandmother – died of diabetes<br>Maternal grandfather – liver failure (alcoholism)<br>Maternal grandmother – |
|    Siblings | Sister – breast cancer |
| Genetic Tests? | None done. |
| Medical Conditions/Medical Interventions | |
| Prior significant pharmacological regimens | |
| Any history of hematopoietic malignancies or other cancers? | None |
| Ever been prescribed long-term immunosuppressive pharmaceuticals such as prednisone? | None |
| Ever prescribed cyclophosphamide or any other drugs to treat cancer prior to NHL treatment? | No |
| History of organ transplant? | No |
| Ever been diagnosed with Type II diabetes? | No |
| Ever been diagnosed with Grave's disease? | No |
| Ever been diagnosed with Sjögren's syndrome? | No |
| Ever been diagnosed with Crohn's disease? | No |

---

[37] Interview with Angelo Bulone September 21, 2023.

[38] *Id.*

[39] *Id.*

[40] Primary risk factors for NHL listed by American Cancer Society.  https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html and Boffetta. P.  2011.  Epidemiology of Adult non-Hodgkins Lymphoma.  Annals of Oncology.  22(4):  IV27-IV31.  June 2011

| Potential Confounding/Risk Factors | Yes/No |
|---|---|
| Ever been diagnosed with rheumatoid arthritis? | No |
| Ever been diagnosed with ulcerative colitis? | No |
| Infectious Agents | |
| Ever been diagnosed with Hepatitis B or C? | |
| Ever been diagnosed with Epstein-Barr Virus (EBV) | No |
| Ever been diagnosed with gastric infection of *Helicobater pylori?* | No |
| Ever been diagnosed with Lyme disease? | No |
| Ever been diagnosed with retrovirus human T-cell lymphotropic virus (HTLV-1) | No |
| Ever been diagnosed with herpes virus 8 (HHV8) | No |
| Ever been diagnosed with HIV, AIDS? | No |
| Life Style Factors | |
| Significant alcohol consumption history | Occasionally have glass of wine. |
| Smoking history and pack-year calculations | Yes.  36 years 2.5 packs per day.  Quit 34 years ago. |
| Use of hair dye? | No |
| Drugs-of-abuse | No |
| Any history of obesity? | No |
| Radiation Exposures | |
| Significant radiological exposures or CT scans prior to NHL treatment? | Dental x-rays. |
| Environmental Factors | |
| Ever lived near or adjacent to a Superfund site? | No. |
| Paint and/or paint solvent exposure? | No. |
| Significant exposures to benzene? | No. |
| Exposure to petroleum products? | When on the ship (9 months) assigned to aviation fuels division.  Was a fuel crew member in Navy.  Did not normally get fuel of skin. |
| Ever farmed or been exposed to livestock? | No. |
| Any unusual or chronic gasoline exposures? | No. |
| Workplace Exposures | |
| Use of welded for pipe welding? | No. |
| Ever solder electronics? | Occasionally demonstrate how to solder in class.  Lead solder |
| Ever used plumbing PVC glue? | No. |

| Potential Confounding/Risk Factors | Yes/No |
|---|---|
| Chemical Exposures | |
| Use of a wasp killer or other insecticide/pesticide? | No. |
| Use of herbicide other than Roundup®? | No. |
| Use of Miracle-Gro (COC = Potassium nitrate and Urea)? | No.  His wife uses occasionally. |
| Use of AMDRO (COC = Hydramethylnon)? | No. |
| Ever used 2,4-D (COC = 2,4-D)? | No. |
| Ever used Diazinon (COC = Diazinon and Naphtha)? | No. |
| Ever used Weed & Feed ? (COC = Atrazine)? | No. |
| Ever used Snake-A-Way (COC = Naphthalene)? | No. |
| Ever used Sevin (COC = Carbaryl)? | No. |
| Use of any other home gardening/landscape chemicals? | No. |
| Use of latex paint? | Home repairs. |
| Other underlying chemical exposures? | No. |

## NHL Latency Interval

Based on his reported first residential exposure to Roundup®, Mr. Bulone's latency interval to date of diagnosis was approximately **9 years** (1983 to 1994). However, it should be noted that he sustained exposures to Roundup® throughout this period and beyond.

# 5.0    Glyphosate In Roundup®

Glyphosate is the active ingredient in Roundup® herbicide formulations.[41] It is an organophosphorus herbicide that has been used to kill broad-leaf weeds since 1974.[42] In addition to its primary use in agricultural settings, glyphosate is also a common active ingredient in household weed killers.[43] The amount of glyphosate contained in Roundup® products varied from less 1% by weight (prepared products) to approximately 50% by weight (concentrate) in

---

[41] Monsanto. 2006. Material Safety Data Sheet Roundup Original® Herbicide

[42] Mink, PJ, JS Mandel, BK Scearman, JI Lundin. 2012. Epidemiologic Studies Of Glyphostate And Cancer: A Review. *Regulatory Toxicology And Pharmacology.* 63:440-452.

[43] Jennifer S. Pierce, Benjamin Roberts, Daniel G. Kougias, Chris E. Comerford, Alexander S. Riordan, Kara A. Keeton, Heidi A. Reamer, Neva F. B. Bulone & Jason T. Lotter. 2020. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®, *Inhalation Toxicology*, 32:8: 354-367.

formulations sold in the United States.[44] The ready to use version of Roundup® first entered the consumer marketplace in 1988.[45] Prior to that date consumers used the concentrate version of Roundup®.[46] According to the Material Safety Data Sheet (MSDS) for Roundup® concentrate products produced by Monsanto, Roundup® Original contained approximately 41% by weight of isopropylamine salt of glyphosate.[47] Roundup® PROMAX® Herbicide contained approximately 48.7% by weight of potassium salt of glyphosate.[48] Roundup® WeatherMAX® Herbicide contained approximately 49% by weight of potassium salt of glyphosate.[49] The MSDSs listed above are presented in **Exhibit B** to this report. The conditionally approved Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) registrations submitted to EPA by Monsanto for Ready-to-Use Roundup® formulations (MON-78998 and MON-78999) contained 2.0% by weight of isopropylamine salt of glyphosate.[50, 51]   Other ready to Ready-to-Use Roundup® formulations, contained less than 1% by weight of isopropylamine salt of glyphosate.[52]

Based on the wide-spread use of glyphosate containing herbicides, glyphosate has been measured in human urine, blood, breast milk, and household dust; exposure can occur through dermal, oral, and respiratory routes.[53,54] Exposure to glyphosate or glyphosate-based herbicides in humans has been shown to cause inflammation, alteration of lymphocyte functions, and effects on

---

[44] Monsanto. 2006. Material Safety Data Sheet Roundup Original® Herbicide.

Monsanto. 2011. Material Safety Data Sheet Roundup WeatherMAX® Herbicide.

[45] IARC, 2017. Some organophosphate insecticides and herbicides. IARC Mongraphs on the Evaluation of Carcinogenic Risks to Humans 112.

[46] *Id*.

[47] Monsanto. 2006. Material Safety Data Sheet Roundup Original® Herbicide.

[48] Monsanto. 2015. Material Safety Data Sheet Roundup PROMAX® Herbicide.

[49] Monsanto. 2011. Material Safety Data Sheet Roundup WeatherMAX® Herbicide.

[50] U.S. EPA. 2002. FIFRA Conditional FIFRA Registration of MON-78998.

[51] U.S. EPA. 2002. FIFRA Conditional FIFRA Registration of MON-78999.

[52] Monsanto. 1999. Material Safety Data Sheet Roundup Ready-To-Use Weed & Grass Killer MSDS # 7008.

[53] Curwin, B.D., Hein, M.J., Sanderson, W.T., Nishioka, M.G., Reynolds, S.J., Ward, E.M., et al., 2005. Pesticide contamination inside farm and nonfarm homes. *J. Occup. Environ. Hyg*. **2**, 357–367.

[54] Williams GM, Kroes R, Munro IC. 2000. Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans. *Regul Toxicol Pharmacol*. (2 Pt 1):117-165

the immune system interactions with microorganisms.[55] Based on animal data, mechanistic human data and epidemiologic studies of adult non-Hodgkin lymphoma, an International Agency for Research on Cancer (IARC) working group determined that glyphosate was probably carcinogenic to humans.[56] According to Pierce,[57] multiple studies reported dermal absorption of glyphosate as the primary exposure route during application.[58,59]  Other routes of exposure of glyphosate include inhalation of aerosols[60] and incidental ingestion of particles.

## 6.0  Roundup® Exposure Analysis

Based on Mr. Bulone's sworn deposition testimony, it is clear that he had a substantial duration of exposure to Roundup® over time. The locations, frequency of use, and duration of Roundup® usage for Mr. Bulone at his residence were abstracted from his deposition and are summarized below in Table 4.

According to his deposition, Mr. Bulone wore his own clothing (shorts, a collared golf shirt and boat shoes in the summer; and a golf shirt plus golf slacks in the winter) while spraying Roundup® at the golf course.[61]  Mr. Bulone did not wear goggles, a mask, or gloves while spraying

---

[55] Peillex, C., Pelletier, M., 2020. The impact and toxicity of glyphosate and glyphosate based herbicides on health and immunity. *J. Immunotoxicol.* **17**, 163–174.

[56] IARC, 2017. Some organophosphate insecticides and herbicides. IARC Mongraphs on the Evaluation of Carcinogenic Risks to Humans 112.

[57] Jennifer S. Pierce, Benjamin Roberts, Daniel G. Kougias, Chris E. Comerford, Alexander S. Riordan, Kara A. Keeton, Heidi A. Reamer, Neva F. B. Bulone & Jason T. Lotter. 2020. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®, *Inhalation Toxicology*, 32:8: 354-367.

[58] Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, Chapman P, Bleeke M. 2004. Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. *Environ Health Perspect.* 112(3):321–326.

[59] Connolly A, Coggins MA, Galea KS, Jones K, Kenny L, McGowan P, Basinas I. 2019. Evaluating glyphosate exposure routes and their contribution to total body burden: a study among amenity horticulturalists. *Ann Work Expo Health.* 63(2):133–147.

[60] Jennifer S. Pierce, Benjamin Roberts, Daniel G. Kougias, Chris E. Comerford, Alexander S. Riordan, Kara A. Keeton, Heidi A. Reamer, Neva F. B. Bulone & Jason T. Lotter. 2020. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®, *Inhalation Toxicology*, 32:8: 354-367.

[61] Deposition Angelo Bulone. Pg 104.

Roundup® at the golf course.[62]  Mr. Bulone wore glasses while spraying Roundup®.[63]  At his residence, Mr. Bulone wore shorts, a shirt, a pair of shoes, and socks while spraying Roundup®.[64]At a minimum it is reasonable to conclude that Mr. Bulone was exposed repeatedly to glyphosate from Roundup® through his hands and around his mouth (spray drifting to face). Additional areas that would have been impacted include Mr. Bulone's forearms, a portion of his upper arms, his calves, and a portion of his lower thighs. The frequency of the exposure to the additional areas is an area of uncertainty that is addressed later in this report.

## Summary of Exposures

In Mr. Bulone's deposition testimony, he noted that he applied Roundup® repeatedly during 12 months of the year at the Wedgefield Plantation Golf Course during the years from 1988 to 1991.[65] Mr. Bulone would apply the Roundup® every day at the golf course during the growing seasons (mid-April to the beginning of November).[66]  Mr. Bulone would spray two gallons of Roundup® daily.[67]  During the growing season Mr. Bulone stated that he would go back and grab another gallon of Roundup if he had the time to do more spraying.[68]  Each application would take between 60 minutes to 180 minutes to complete during the growing season.[69]  During the off-season Mr. Bulone would spray 3 to 4 times per week taking between 60 minutes and 120 minutes to complete the spraying on average.[70]  Mr. Bulone testified that he did not spray Roundup® when it rained.[71]

---

[62] *Id.*

[63] *Id.*

[64] Deposition Angelo Bulone. Pg 105.

[65] Deposition Angelo Bulone. Pg 68.

[66] *Id.*

[67] Deposition Angelo Bulone. Pg 70.

[68] *Id.*

[69] *Id.*

[70] Deposition Angelo Bulone. Pg 92.

[71] Deposition Angelo Bulone. Pg 100.

To account for days in which Mr. Bulone would not apply Roundup® due to rain at his workplace, I have discounted the events per year by subtracting rain days from each month of exposure as explained below.  According to meteorological data compiled by Weatherspark.com.[72] in Georgetown, South Carolina, during the entire year, the rain falls for 116.1 days and collects up to 44.4" of precipitation. On a monthly basis the number of rain days would vary from 6.6 days in November to 15.1 days in July.  During the growing season (April to November) there are on average 78 days of rain.  For the off-season there are on average 38 days of rain.

| Days of Rainfall In Georgetown, SC | |
|---|---|
| January | 8.2 |
| February | 7.3 |
| March | 8.3 |
| April | 8.1 |
| May | 9.7 |
| June | 12.3 |
| July | 15.1 |
| August | 14.7 |
| September | 10.9 |
| October | 7.6 |
| November | 6.6 |
| December | 7.3 |
| Yearly Total | 116.1 |

At his residence, Mr. Bulone would initially spray for 60 minutes to 75 minutes (1983 through 1984)[73] and estimated that he sprayed approximately ½ gallon at a time.  At that time (1983-1984), Mr. Bulone would spray and come back every 4 to 5 days to retreat the area, from mid-April to mid-October (183 days).[74]  Mr. Bulone described "heavy spraying" during the 1st two-three years of spraying at his home on Pawleys Island, South Carolina.[75]  Starting in 1985

---

[72] https://weatherspark.com/y/19498/Average-Weather-in-Georgetown-South-Carolina-United-States-Year-Round

[73] Deposition Angelo Bulone. Pg 92-94.

[74] Deposition Angelo Bulone. Pg 92-94, 100-101.

[75] Deposition Angelo Bulone. Pg 87.

through 2019, when he stopped using Roundup®, Mr. Bulone would spray Roundup® once a month for 20 to 30 minutes at a time, from mid-April to mid-October (183 days).[76]

To account for days in which Mr. Bulone would not apply Roundup® due to rain at his residence, I have discounted the events per year by rain days from the relevant months before calculating exposure.  I applied this reduction for the first two years of Mr. Bulone's spraying at his Pawleys island residence, during which he testified to spraying Roundup® every 4-5 days during the months he sprayed.  I did not apply this reduction for the remaining 9 years of Mr. Bulone's pre-diagnosis spraying at his Pawleys Island residence, as Mr. Bulone testified to spraying Roundup® monthly during the months he sprayed.  It is my opinion that rainy days that may have prevented Mr. Bulone's spraying during those last years are sufficiently accounted for due to the reduced frequency of spraying.  According to meteorological data compiled by Weather U.S.[77] in Pawleys Island, South Carolina, during the entire year, the rain falls for 175.1 days and collects up to 42.4" of precipitation. On a monthly basis the number of rain days would vary from 9.6 days in November to 22.7 days in July.  During the time period between mid-April to mid-October when Mr. Bulone testified to spraying Roundup®, there are on average 108.85 days of rain.

| Days of Rainfall In Pawleys Island, SC | |
|---|---|
| January | 10.4 |
| February | 9.8 |
| March | 13 |
| April | 12.8 |
| May | 16.8 |
| June | 19 |
| July | 22.7 |
| August | 21.6 |
| September | 17.3 |
| October | 10.1 |
| November | 9.6 |
| December | 12.1 |
| Yearly Total | 175.2 |

[76] Deposition Angelo Bulone. Pg 87, 100-101.

[77] https://www.weather-us.com/en/south-carolina-usa/pawleys-island-weather-july

Based on Mr. Bulone's testimony, it is clear that the number of spraying events per year would be equal to the number of months of spraying multiplied by the numbers weeks per month multiplies by the number of applications per week.

$$F_{year} = (Months_{year} * Weeks_{month} * Applications_{week}) - Days_{Rain}$$

Where

$F_{year}$ = frequency of Roundup® use at residence or workplace,

$Months_{Year}$ = number of months per year Mr. Bulone sprayed Roundup® at his residence or workplace,

$Weeks_{Month}$ = average number of weeks per month,

$Applications_{Week}$ = average number of applications of Roundup® per week at residence or workplace,

$Days_{Rain}$ = Days of rain during exposure period

**Table 4: Angelo Bulone's Summary of Roundup® Usage At**

**His Residences From 1983 through 1993**

| Property | Sprayed Roundup®? | City | State | Date | Application Notes | Years Prior To Dx | Events Per Year |
|---|---|---|---|---|---|---|---|
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1983-1984 | 1 to 1.25 hours every 4 to 5 days for 12 months per year.  Assume 108.85 days of rain during mid-April to mid-October | 2 | 14.8 |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1985-1993 | 20 minutes to 30 minutes once a day for 6 months per year for 9 years | 9 | 6 |
| Wedgefield Plantation Golf Course Off Season | Yes | Georgetown | South Carolina | 1988 - 1991 | 1 to 2 hours per day for 3 to 4 days a week for 5 months per year.  Assume 38 days of rain during off-season. | 3 | 32 |
| Wedgefield Plantation Golf Course Growing Season | Yes | Georgetown | South Carolina | 1988 - 1991 | 1.5 to 3 hours per day for 7 days a week for 7 months per year. Assume 78 days of rain during growing-season. | 3 | 118 |

## Exposure-Day Calculations

I reviewed a number of peer-reviewed human epidemiological studies that reported statistically measured outcomes of NHL associated with frequency of use.[78] Roundup® exposure doses within these studies are measured as frequency and/or duration of applications and are quantified in units of total *exposure-days*, *exposure-days* per year or *ever/never use*.[79]

It is important to note how an *exposure-day* is defined in each of the studies when comparing an individual's exposure to the exposures in the studies that revealed an increased risk of developing NHL. There are five principal studies related to dose-metrics I have relied on. Those studies include Andreotti et al.,[80] Leon et al.,[81] Zhang et al.,[82] Pahwa et al.,[83] and De Roos et al.[84]

Mr. Bulone's exposure dose was calculated using the *exposure-day* and *ever/never use* methodologies applied within those five peer-reviewed human epidemiological studies.

Mr. Bulone was exposed to Roundup® during his residential use of the product at his residence in Pawleys Island and his commercial use of the product at the golf course in Georgetown, South Carlina as outlined below. I have calculated a minimum, average, and maximum exposure day for Mr. Bulone.  To be conservative in my analysis I assumed the minimum

---

[78] *See infra* ¶ 2, Andreotti et al.,  Leon et al.,  Zhang et al.,  Pahwa et al.,  and De Roos et al.

*See also* Eriksson, M., et al., "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis," 2008, International Journal Cancer, Vol.123, pp. 1657 – 1663.

*See also* McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 2001;10: 1155–63.

[79] Id.

[80] Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233.

[81] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

[82] Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

[83] Pahwa, M. et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project," 2019 Jun 27, Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830

[84] De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol. 60.

amount of exposure was equal to one half (50 percent or 50%) of the lowest value reported by Mr. Bulone based upon variance of his usage practices. I have chosen 0.5 and 1.25 as the range of exposure days based upon my professional experience as a toxicologist; and, based upon the variance of usage patterns expected normally by an individual. The mid value I report was assumed to be equal to the lowest value reported by Mr. Bulone. The maximum value was assumed to be either the averaged for the range of values report by Mr. Bulone or 25% above the value reported (plus 25%).

### 1. 62 Bonnau Court, Pawleys Island, SC (1983-1984)

Mr. Bulone applied Roundup® every 4 to 5 days ((183-109 rain days)/5=14.8 days/year) for 2 years. Each spraying event took on average 60 minutes to 75 minutes. I have assumed a variance in the spraying of minus 50% and plus 25% from the reported lowest value (30 minutes to 75 minutes based on the 60-minute spraying event). His total hours of spraying at this property are calculated to be:

Minimum Exposure Duration  = 14.8 events/year x 1.0 hours/event x 0.5= **7.4 hours per year**
Mid Exposure Duration = 14.8 events/year x 1.0 hours/event =**14.8 hours per year**
Maximum Exposure Duration = 14.8 events/year x 1.0 hours/event x 1.25= **18.5 hours per year**

**Total Exposure Duration At 62 Bonnau Court (1983-1984)**

Total Minimum Exposure Duration  = 7.4 hours per year x 2 years = **14.8 hours**
Total Mid Exposure Duration  =14.8 hours per year x 2 years = **29.6 hours**
Total Maximum Exposure Duration  = 18.5 hours per year x 2 years =**37 hours**

### 2. 62 Bonnau Court, Pawleys Island, SC (1985-1993)

Mr. Bulone applied Roundup® once a month for 6 months a year for a total of 9 years. Due to the frequency of spraying during this period subtracting rain days was not necessary. Each spraying event took on average 20 minutes (.33 hours) to 30 minutes (.5 hours). I have assumed a variance in the spraying of minus 50% and plus 25% from the reported lowest value (10 minutes to 25 minutes based on the 20-minute spraying event). His total hours of spraying at this property are calculated to be:

Minimum Exposure Duration  = 6 events/year x 0.33 hours/event x 0.5 = **0.99 hours per year**
Mid Exposure Duration = 6 events/year x 0.33 hours/event = **2.0 hours per year**
Maximum Exposure Duration = 6 events/year x 0.33 hours/event x 1.25= **2.5 hours per year**

**Total Exposure Duration At 62 Bonnau Court (1985-1993)**

Total Minimum Exposure Duration  = 0.99 hours per year x 9 years = **8.91 hours**
Total Mid Exposure Duration  = 2.0 hours per year x 9 years = **18 hours**
Total Maximum Exposure Duration  = 2.5 hours per year x 9 years = **22.5 hours**

### 3.  Wedgefield Plantation Golf Course, Georgetown, SC (1988-1991)

During growing season from April to November (7 months), Mr. Bulone applied Roundup® every day on the golf course for 3 years.  Each spraying event took on average 1.5 hours to 3 hours.  To account for the number of days of rain that normally occur in the area, I have discounted to total number of exposure days during the growing season by 78 days of rain ((7 months x 7 days a week x 4 weeks per month) – 78 rain days = 196 days of growing season – 78 days of rain = 118 days of application/events).  His total hours of spraying at this property are calculated to be:

Minimum Exposure Duration = 118 events/year x 1.5 hours/event x 0.5= **88.5** hours per year
Mid Exposure Duration = 118 events/year x 1.5 hours/event = **177** hours per year
Maximum Exposure Duration = 118 events/year x 1.5 hours/event x 1.25= **221.25** hours per year

**Total Exposure Duration At Wedgefield Plantation Golf Course During Growing Season (1988-1991)**

Total Minimum Exposure Duration  = 88.5 hours per year x 3 years = **265.5 hours**
Total Mid Exposure Duration  = 177 hours per year x 3 years = **531 hours**
Total Maximum Exposure Duration  = 221.25 hours per year x 3 years = **663.75 hours**

### 4.  Wedgefield Plantation Golf Course, Georgetown, SC (1988-1991)

During off season from November to April (5 months), Mr. Bulone applied Roundup® 3 to 4 days per week on the golf course for 3 years.  Each spraying event took on average 1 hour to 2 hours.  To account for the number of days of rain that normally occur in the area, I have discounted to total number of exposure days during the growing season by 38 days of rain ((5 months x 3.5 days a week (average of 3 to 4 days per week) x 4 weeks per month) – 38 rain days = 70 days of off-season

– 38 days of rain = 32 days of application/events).  His total hours of spraying at this property are calculated to be:

Minimum Exposure Duration = 32 events/year x 1 hours/event x 0.5= **16** hours per year
Mid Exposure Duration = 32 events/year x 1 hours/event = **32** hours per year
Maximum Exposure Duration = 32 events/year x 1 hours/event x 1.25= **40** hours per year

**Total Exposure Duration At Wedgefield Plantation Golf Course During Off-Season (1988-1991)**

Total Minimum Exposure Duration  = 16 hours per year x 3 years = **48 hours**
Total Mid Exposure Duration  = 32 hours per year x 3 years = **96 hours**
Total Maximum Exposure Duration  = 40 hours per year x 3 years = **120 hours**

Adding all of Mr. Bulone's exposures together results in a cumulative total of 369.32 hours to 923.75 hours of exposure to Roundup®.

**Table 5 (**below**)** presents a compilation of Mr. Bulone's episodic Roundup® exposures as obtained from his depositions, completed questionnaire and interview.

**Table 5**

**Mr. Bulone's 8-Hour Time-Weighted Roundup® Exposure-Days – Pre-Diagnosis Exposure**

| Property | Sprayed Roundup? | City | State | Date | Application Notes | Years | Events Per Year | Hours Per Event | Total Hours of Exposure By Location | | | Total Time Weighted Average (8-hr days) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Min | Mid | Max | Min | Mid | Max |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1983-1984 | 1 to 1.25 hours every 4 to 5 days for 12 months per year. Assume 108.85 days of rain during mid-April to mid-October | 2 | 14.8 | 1 to 1.5 | 14.8 | 29.6 | 37 | 1.85 | 3.7 | 4.625 |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1985-1993* | 20 minutes to 30 minutes once a month, six month per year for 9 years | 9 | 6 | 20 minutes to 30 minutes | 8.91 | 18 | 22.5 | 1.11375 | 2.25 | 2.8125 |
| Wedgefield Plantation Golf Course Off Season | Yes | Georgetown | South Carolina | 1988 -1991 | 1 to 2 hours per day for 3 to 4 days a week for 5 months per year. Assume 38 days of rain during off-season. | 3 | 32 | 1 to 2 | 48 | 96 | 120 | 6 | 12 | 15 |
| Wedgefield Plantation Golf Course Growing Season | Yes | Georgetown | South Carolina | 1988 -1991 | 1.5 to 3 hours per day for 7 days a week for 7 months per year. Assume 78 days of rain during growing-season. | 3 | 118 | 1.5 to 3.0 | 265.5 | 531 | 663.75 | 33.1875 | 66.375 | 82.96875 |
| | | | | | | | | | 337.21 | 674.60 | 843.25 | 42.15 | 84.33 | 105.41 |

\* Mr. Bulone testified to using Roundup® at the 62 Bonnau Court residence from 1983 through 2019. His date of diagnosis was 1994. His exposure analysis was cut off at the date of his diagnosis.

---

EXPERT REPORT OF JAMES J. J. CLARK;
MDL NO. 3:16-MD-02741-VC

The information compiled above in **Table 5** reveals that Mr. Bulone had a minimum of **42.15** exposure-days [337.21 hrs. ÷ 8 hrs./day], a maximum of **105.41** exposure-days [843.25 hrs. ÷ 8 hrs./day], and a midpoint of **84.33** exposure-days [674.6 hrs. ÷ 8 hrs./day].

Mr. Bulone wore his own clothing (shorts, a collared golf shirt and boat shoes in the summer; and a golf shirt plus golf slacks in the winter) while spraying Roundup® at the golf course.[85]  Mr. Bulone did not wear goggles, a mask, or gloves while spraying Roundup® at the golf course.[86] Mr. Bulone wore glasses while spraying Roundup®.[87]  At his residence, Mr. Bulone wore shorts, a shirt, a pair of shoes, and socks while spraying Roundup®.[88]

---

[85] Deposition Angelo Bulone. Pg 104.

[86] *Id.*

[87] *Id.*

[88] Deposition Angelo Bulone. Pg 105.

## Conclusion

Based on the analysis above, I have concluded the following and hold these opinions to a reasonable degree of scientific certainty.

1. Based on Mr. Bulone's testimony it is clear that Mr. Bulone used Roundup® herbicide formulations that contained glyphosate for a significant amount of time to control weeds at his residence on Pawleys Island and at his workplace - the Wedgefield Plantation Golf Course in Georgetown, South Carolina.

2. Mr. Bulone's exposure to glyphosate was equivalent to between 42.15 to 105.41 days of spraying.

Sincerely,