# EXHIBIT C





**Clark & Associates**

Environmental Consulting, Inc.

**OFFICE**
12405 Venice Blvd
Suite 331
Los Angeles, CA 90066

**PHONE**
[redacted]

**FAX**
[redacted]

**EMAIL**
[redacted]

September 25, 2023

Nachawati Law Group
5473 Blair Road
Dalla, TX 75231

**Attn: Mr. Gibbs Henderson**

**Subject: Dose Analysis Of Angelo Bulone (Plaintiff) To Glyphosate From Use of Roundup®**

Dear Mr. Henderson:

At the request of Nachawati Law Group (NLG), Clark and Associates (Clark) has reviewed materials related to the exposure of the above referenced plaintiff to glyphosate from his use of Roundup® at his home.

Clark's review of the materials in no way constitutes a validation of the conclusions or materials contained within any other summary or analysis. If I do not comment on a specific item this does not constitute acceptance of the item. The opinions expressed in this report are based upon the available information and I reserve the right to amend my opinions should additional information is developed.

# 1.0 Opinions In This Matter

I hold the following opinions regarding this matter to a reasonable degree of scientific certainty.

1. Based on Mr. Bulone's testimony it is clear that Mr. Bulone used Roundup® herbicide formulations that contained glyphosate for a significant amount of time to control weeds at his residence on Pawley Island and at the Wedgefield Plantation Golf Course in Georgetown, South Carolina.

2. Mr. Bulone's use of Roundup® herbicide resulted in his exposure to glyphosate via dermal route of exposure.

3. Mr. Bulone's applied dose (mass per unit of skin exposed) of glyphosate can be calculated based upon field testing of dermal dosing detailed in the scientific literature.

4. Mr. Bulone's systemic dose (mass per body mass per day) of glyphosate can be calculated based upon dosing detailed in scientific literature.

5. Mr. Bulone's exposure to glyphosate via inhalation was equivalent to between 159.21 to 302.56 days of spraying.

6. Mr. Bulone's total applied dose ranged from 767 µg to 4,696,029 µg. The averaged value of his exposure was calculated to be 91,909 µg.

7. Mr. Bulone's total system dose based on the Connolly study ranged from $5.66 \times 10^{-7}$ mg/kg-day to $3.46 \times 10^{-3}$ mg/kg-day. The averaged value of his exposure was calculated to be $6.78 \times 10^{-5}$ mg/kg-day.

8. Mr. Bulone's total system dose based on the Machado-Neto study was calculated to be $1.41 \times 10^{-2}$ mg/kg-day to $2.82 \times 10^{-2}$ mg/kg-day.

## 2.0   Introduction

This section outlines the objectives and overview of my methodology for assessing the historical doses of glyphosate that Mr. Bulone received from his use of Monsanto's Roundup® product. The sources of information include literature regarding the use, application, and exposure to glyphosate, Mr. Bulone's deposition taken by defendants on November 29, 2021, and a direct phone interview with Mr. Bulone on September 21, 2023.

I am relying on the medical diagnostic specific causation opinions of Mr. Bulone's physicians, and I am not offering an opinion regarding that in this report. Although I have provided a brief summary of information regarding Mr. Bulone's medical history and diagnosis, I am limiting my opinions specifically to the dose of glyphosate that Mr. Bulone received via dermal pathways and comparing that dose to the doses from human epidemiological studies of glyphosate applicators. Additionally, I have identified other toxicological exposures that could potentially serve as confounding factors.

Exhibit C Page - 2

I have attempted to assess Mr. Bulone's exposure to glyphosate from Roundup® by detailing the frequency and duration of exposure based upon his testimony and a personal interview with him via telephone. The method in which Mr. Bulone applied Roundup® and the types of clothing (including personal protective equipment (PPE)) he wore were included in the analysis. A list of potential confounding factors in Mr. Bulone's life, including family history of cancer, lifestyle factors, workplace exposures, and a list of potential exposures to other chemical and/or radiological substances (including use of pesticides, paint, paint solvents, petroleum products, benzene, etc.) typically considered in toxicological evaluations are assessed as well.[1]

The methodology used to calculate Mr. Bulone's glyphosate exposure dose is the same as that employed within the generally accepted human epidemiological studies of glyphosate applicators, which employed ever/never-use and exposure-day metrics for inhalation. Mr. Bulone's exposure dose is based on the units of measure applied in human epidemiological studies that included dose-metrics or ever/never-use comparisons for glyphosate applicators along with adjustments for potential confounding exposures from other pesticides. Mr. Bulone's exposure dose measured in exposure-days per year and total exposure-days is consistent with the metrics described by a number of publications regarding glyphosate exposure in workers.[2,3,4,5,6] The

---

[1] Klassens, C.D.  2018.  Casarett & Doull's Toxicology: The Basic Science of Poisons, 9th Edition Edited Klassens, C.D.  McGraw Hill.

[2] Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233. Note that quartiles of exposure in the study were indexed as "lifetime days of glyphosate use." Since the AHS study is a null study, there is no reason to compute the algorithm, "intensity-weighted lifetime days of glyphosate use."

[3] De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup. Environ Med, Vol. 60.

[4] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

[5] Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma:  A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.00.

[6] Pahwa, M. et.al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub- types: findings from the North American Pooled Project," 2019 Jun 27, Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830.

Exhibit C Page - 3

studies each identified a limited multivariable analysis for interference from other potentially confounding pesticides.[7]

I use the application exposure model (AEM) methodology to determine the applied dose at the skin surface (ug/cm$^2$).[8] This model provides a description of the amount of material deposited on the skin surface over time.[9]

I use the "predicted operator exposure model" (POEM) methodology to determine Mr. Bulone's systemic dose (mg/kg-BW/day), which has been peer reviewed, generally accepted, used internationally, and tested with a known rate of error as published within the seven studies footnoted below.[10]

Mr. Bulone's potential systemically absorbed dose was calculated using the passive dosimetry methodology published by Machado-Neto[11] and Connolly[12] in which applicators used protective personal equipment (PPE) and a variety of applicators including manual knapsack

---

[7] *Id*.

[8] Fenske, R.A. 1993. Dermal Exposure Assessment Techniques. *The Annals of Occupational Hygiene*, 37(6):Pages 687–706.

[9] *Id*.

[10] Abukari, Wumbei, "Pesticides Applicator Exposure Assessment: A Comparison between Modeling and Actual Measurement," 2015, Journal of Environment and Earth Science ISSN 2224-3216 (Paper) ISSN 2225-0948 (Online) Vol.5, No.11.

U.K. Health and Safety Executive, HSE, "Operator Exposure," 2016, Data requirements handbook, Retrieved from: http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides- registration/data-requirements-handbook/operator-exposure.htm

"Operator exposure assessment for MON 2139 UK – Case" MONGLY06509236

"UK POEM calculations in preparation of meeting Spanish competent authorities." MONGLY01275627

Lawson, A., et al., "Three Methods to Assess Levels of Farmers' Exposure to Pesticides in the Urban and Peri-urban Areas of Northern Benin," 2017, Tunisian Plant Protection Journal, Vol.12, pp. 91–108.

Illyassou, K., et al., "Risk Assessment for Small Farmers Exposed to Plant Protection Products in the Niger River Valley," 2017, Comm. Appl. Biol. Sci.

EPA, "Risk Assessment Methodology for Hazardous Substances: How to assess the risk, cost and benefit of new hazardous substances for use in New Zealand," 2018, Environmental Protection Authority.

[11] Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

[12] Connolly, A. et al. 2017. Exposure Assessment Using Human Biomonitoring For Glyphosate and Fluroxypur Users In Amenity Horticulture. *Int. J. Hygiene and Env. Health*. 220:1064-1073,

Exhibit C Page - 4

pumps, pressurized lances, tractor mounted boom sprayers, and droplet applicators. Mr. Bulone's systemic dose was then compared to that of glyphosate applicators reported in the peer-reviewed studies.[13] My report details to a reasonable degree of scientific certainty Mr. Bulone's exposures, spray practices, clothing worn during spraying, and PPE (if any) for comparisons to those of glyphosate applicators in the studies.[14, 15]

## 2.1   Objectives

Mr. Bulone was diagnosed with diagnosed in 1994 (at the age 53) with chronic lymphocytic leukemia (CLL),[16] allegedly as a result of his repeated use of the Roundup® products. The primary objective of this toxicological assessment is to arrive at a scientifically reliable exposure analysis for Mr. Bulone based on his cumulative dose of dermal absorption of Roundup® into his skin. Additionally, my toxicological assessment of Mr. Bulone identifies other potential contributing toxicological factors and calculates the latency period from initial exposure to the time of Mr. Bulone's diagnosis.

My process for assessing Mr. Bulone's historical doses includes:

- a review of his medical history to identify any additional exposure factors;

- a review of his use of Roundup® products to calculate the frequency of his use and the amount of Roundup® that Mr. Bulone was exposed to in the environment (via dermal absorption);

- the circumstances of his Roundup® uses (including duration of use, PPE, frequency of use, etc); and

- finally his cumulative dose from all the exposure pathways.

## 2.2   Report Outline

---

[13] *Id.*

[14] Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

[15] Connolly, A. et al. 2017. Exposure Assessment Using Human Biomonitoring For Glyphosate and Fluroxypur Users In Amenity Horticulture. *Int. J. Hygiene and Env. Health.* 220:1064-1073.

[16] THO:  Georgetown.  Notes.  Exhibit 4 to Angelo Bulone Deposition.  November 29, 2021.

Exhibit C Page - 5

- Section 3 below provides a list of my qualifications to assess Mr. Bulone's dose.

- Section 4 assesses Mr. Bulone's history and identifies factors relevant to his exposure background. I have included a list of confounding factors, typically identified as risk factors for the development of NHL in this report.

- Section 5.0 provides a summary of glyphosate in Roundup® and physiological considerations.

- Section 6.0 provides my dose calculation of Mr. Bulone's exposure to Roundup® via the dermal pathway (including glyphosate applied to the skin and incidental ingestion of glyphosate).

- Section 7.0 provides a summary of my opinions.

## 3.0   Qualifications

I am presently the Principal Modeler and Toxicologist at Clark and Associates Environmental Consulting, Inc. in Los Angeles, California. I have written frequently on matters related to chemicals in the environment and public health. I have been retained as an expert modeler, toxicologist, and risk analyst.

I graduated from the University of Houston in 1987 with a Bachelor's Degree in Biochemical and Biophysical Sciences. In 1993, I received a Master's Degree in Environmental Health Sciences from the University of California at Los Angeles, School of Public Health. I earned a Doctorate in Environmental Health Sciences from the University of California at Los Angeles (UCLA), School of Public Health in 1995. I have also been trained and certified under OSHA 29 C.F.R. § 1910.120 for Hazardous Waste Operations & Emergency Response. I have been an active member of various professional societies, including the American Public Health Association (APHA), the International Society of Environmental Forensics (ISEF), the California Redevelopment Agency (CRA), the American Chemical Society (ACS), the Association for Environmental Health and Sciences (AEHS).

From 1987 through 1992, I worked as a toxicological researcher at the University of California at Los Angeles, Department of Medicine, Pulmonary Division, under the supervision of physicians who were investigating the pulmonary toxicity of air pollutants. The research included epidemiological evaluations of populations exposed to criteria pollutants, the potentiating effects of inhaled beta-agonists on the hyper-reactive responses of asthmatic patients, patients with chronic-obstructive pulmonary disease (COPD), and patients with

Exhibit C Page - 6

interstitial lung disease to criteria pollutants including ozone and oxides of sulfur. While studying in my graduate programs at UCLA, I also worked for environmental consulting companies involved in human health risk assessments and toxicological evaluations of evaluation contaminants.

Since 1996, after completing my doctoral thesis on a novel multi-pathway risk model, I have worked at several environmental consulting firms, evaluating the toxicological impacts of contaminants in selected populations, coordinating regional air pollution studies, performing exposure assessments (including dermal exposure assessments of applied chemicals) and numeric risk assessments, supervising remedial investigations and removal actions, and acting as the Corporate Health and Safety Officer.

My previous work experience has included considerable risk assessment, evaluation of environmental toxic exposures, design and execution of environmental monitoring and health assessment studies, and modeling of exposure to toxic compounds. I also have participated in and/or directed numerous air/emission-related risk assessments, including toxicological assessment of volatile substances from mobile and stationary sources. I have continued to research the effects of contaminants in the environment and have presented those results at numerous professional assemblies and in several published textbooks. Specifically, I have studied the toxicological effects of many chemicals, including carcinogens released from stationary sources, for over 30 years as part of my training in toxicology and daily work experience as a Toxicologist. A more complete listing of my qualifications is presented in **Exhibit A** which contains my current Curriculum Vitae.

## 4.0   Plaintiff History

Mr. Bulone, the plaintiff in this matter, is an 80-year-old male (DOB – 08/31/1941) who was diagnosed with CLL of B-cell type (ICD C91.10) in March of 1996.[17] Mr. Bulone is a former a smoker (2.5 packs/day for 36 years or 90 pack years).[18] He quit 34 years ago (1989).[19] Mr.

---

[17] THO: Georgetown. Notes. Exhibit 4 to Angelo Bulone Deposition. November 29, 2021.

[18] Interview with Angelo Bulone September 21, 2023.

[19] THO: Georgetown. Notes. Exhibit 4 to Angelo Bulone Deposition. November 29, 2021.

Exhibit C Page - 7

Bulone does not have a history of drug usage.[20] Mr. Bulone does have a history of using Roundup® to control weeds at his residence intermittently from approximately 1984 through 2019.[21]

## Past Medical/Surgical History

Prior to his diagnosis with CLL, Mr. Bulone had an unremarkable medical history and did not present with any significant health risks for the development of CLL, other than his exposure to glyphosate.

Mr. Bulone's medical history consists of a diagnosis of cancer (CLL; :skin (nose); Vocal Cord 07/2017), enlarged prostate, and hypertension. Mammogram: 07/26/2019. His surgical/procedural history consists of Biopsy-vocal cord 07/31/2016, splenectomy, tonsillectomy, and colonoscopy in 2018. He has no active implantable devices.[22]

He is five feet ten inches tall (70 inches) and weighs approximately 170 pounds.[23] Mr. Bulone's body mass index is 24.39, putting him in a healthy weight category using the National Institutes of Health (NIH) Body Mass Index Calculator.[24]

Mr. Bulone does not have a history of cancer (other than CLL), immune deficiencies, rheumatoid arthritis, celiac disease, ulcers, eczema or psoriasis, Hashimoto thyroiditis, have an organ transplant, Epstein-Barr virus or mononucleosis, irritable bowel disease, or have a history of lumps, cysts or benign tumors.[25]

---

[20] Interview with Angelo Bulone September 21, 2023.

[21] *Id.*

[22] THO: Georgetown. Notes. Exhibit 4 to Angelo Bulone Deposition. November 29, 2021.

[23] *Id.*

[24] *Id.*

[25] *Id.*

Exhibit C Page - 8

## Family Medical History

Mr. Bulone's mother died of lung cancer and his father died of hepatitis C.[26]  Mr. Bulone's sibling (one sister) is alive and had breast cancer.[27]

According to his deposition and interviews there is no familial history of congenital disorders, skin disease, or developmental issues.[28] He is not of Ashkenazi ethnic background.[29]

## History of Tobacco, Alcohol and Drug Use

Mr. Bulone was a 2.5 pack a day smoker for 36 years.[30]  He quit in 1989 prior to his diagnosis of CLL.[31]

## Residential History

Mr. Bulone was born on August 31, 1941 in Brooklyn, New York.[32] Mr. Bulone grew up in Brooklyn, went to Manual Training High School in Brooklyn.[33]  Mr. Bulone started his college degree at Brooklyn Polytech and completed his Bachelor of Science in Electrical Engineering at Farleigh Dickinson University in Teaneck, New  Jersey in 1979.[34]  Mr. Bulone recalls living first in Brooklyn (1941 to 1965), then moving to Merrick, Long Island, New York (1965 to 1976), to Patchogue, Long Island (1976-1978), then to Hempstead, Long Island (1978-1983).[35] From West

---

[26] *Id.*

[27] *Id.*

[28] Interview with Angelo Bulone, September 21, 2023.

[29] *Id.*

[30] *Id.*

[31] *Id.*

[32] Angelo Bulone Deposition.  November 29, 2021 pg 7.

[33] *Id.*

[34] Angelo Bulone Deposition.  November 29, 2021 pg 8-10.

[35] Angelo Bulone Deposition.  November 29, 2021 pg 19-20.

Hempstead he moved to his current residence in Pawleys Island, South Carolina.[36]  Mr. Bulone used Roundup® at one residence, in Pawleys Island, South Carolina.[37]

**Table 1: Angelo Bulone Residential History**

| Property | City | State | Date |
|---|---|---|---|
| Pawleys Island | South Carolina | 4/18/1983 - 09/21/2021 | Pawleys Island |

## Employment History

After graduating from high school, Mr. Bulone joined the Navy in 1958.[38]  Mr. Bulone was discharged in 1962.[39]  After being discharged from the Navy, Mr. Bulone worked at various part time jobs while he was attending RCA.[40]  After receiving his BS in Electrical Engineering in 1979, Mr. Bulone taught math and physics at RCA Institutes in Manhattan, New York.[41]  In 1988, Mr. Bulone purchased (with a partner) the Wedgefield Plantation Golf Course.[42]  He acted as a groundskeeper for the course and the administration of the business.[43]  In his capacity as the groundskeeper, Mr. Bulone was responsible for taking care of spraying for weeds with Roundup.[44]

## Interview with Angelo Bulone

I interviewed Mr. Bulone by telephone on September 21, 2023, and questioned him on specific aspects of his Roundup® use, medical history, diet and exposure to other chemicals. The interview lasted approximately 40 minutes. Mr. Bulone's responses are summarized in the following two sections.

---

[36] Angelo Bulone Deposition.  November 29, 2021 pg 19.

[37] *Id*.

[38] Angelo Bulone Deposition.  November 29, 2021 pg 37-39.

[39] Angelo Bulone Deposition.  November 29, 2021 pg 38.

[40] Angelo Bulone Deposition.  November 29, 2021 pg 38-39.

[41] Angelo Bulone Deposition.  November 29, 2021 pg 10, 37.

[42] Angelo Bulone Deposition.  November 29, 2021 pg 29.

[43] Angelo Bulone Deposition.  November 29, 2021 pg 66-67.

[44] *Id*.

Exhibit C Page - 10

### *Dietary Habits*

Mr. Bulone was questioned during interview regarding his lifelong eating habits. The information he provided is compiled in **Table 2**.

**Table 2**

**Mr. Bulone's Dietary Habits**

| Food Item | Intake | Notes |
|---|---|---|
| Dairy | | |
| Butter | | Not a big dairy person |
| Eggs | | Not big egg fan |
| Milk | | In Navy drank a lot. |
| Proteins | | |
| Bacon | X | |
| Beef | X | |
| Chicken | X | |
| Fish | | |
| Lamb | | |
| Pork | x | Not big pork fan. |
| Salmon | | |
| Shellfish | | |
| Pasta | X | Ate lots of pasta. |
| Veal | X | |
| Fruits and Vegetables | | |
| Fruits | | |
| Oils | | |
| Vegetables | | |

### *Potential Confounding Exposures*

Table 3 summarizes toxicological findings pertaining to potential confounding exposures. Mr. Bulone reported none of his residences have been located near a Superfund Site, underground gas tanks, industries or factories.[45]

---

[45] Interview with Angelo Bulone September 21, 2023.

Mr. Bulone has never worked on or even handled any light ballasts.[46] He has had no exposure to transformer oil.[47] He has never burned trash.[48]

**Table 3**

**Review of NHL Confounding/Risk Factors[49]**

| Potential Confounding/Risk Factors | Yes/No |
|---|---|
| **Family History and Genetics** | |
| Family History of Cancers | No family history of NHL or any blood borne cancers. |
|     Mother | Lung cancer |
|     Father | Died of hepatitis B |
|     Grandparents | Paternal grandfather – heart attack<br>Paternal grandmother – died of diabetes<br>Maternal grandfather – liver failure (alcoholism)<br>Maternal grandmother – |
|     Siblings | Sister – breast cancer |
| Genetic Tests? | None done. |
| **Medical Conditions/Medical Interventions** | |
| Prior significant pharmacological regimens | |
| Any history of hematopoietic malignancies or other cancers? | None |
| Ever been prescribed long-term immunosuppressive pharmaceuticals such as prednisone? | None |
| Ever prescribed cyclophosphamide or any other drugs to treat cancer prior to NHL treatment? | No |
| History of organ transplant? | No |
| Ever been diagnosed with Type II diabetes? | No |
| Ever been diagnosed with Grave's disease? | No |
| Ever been diagnosed with Sjögren's syndrome? | No |
| Ever been diagnosed with Crohn's disease? | No |

[46] Interview with Angelo Bulone September 21, 2023.

[47] Interview with Angelo Bulone September 21, 2023.

[48] Interview with Angelo Bulone September 21, 2023.

[49] Primary risk factors for NHL listed by American Cancer Society. https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html and Boffetta. P. 2011. Epidemiology of Adult non-Hodgkins Lymphoma. Annals of Oncology. 22(4): IV27-IV31. June 2011

| Potential Confounding/Risk Factors | Yes/No |
|---|---|
| Ever been diagnosed with rheumatoid arthritis? | No |
| Ever been diagnosed with ulcerative colitis? | No |
| **Infectious Agents** | |
| Ever been diagnosed with Hepatitis B or C? | |
| Ever been diagnosed with Epstein-Barr Virus (EBV) | No |
| Ever been diagnosed with gastric infection of *Helicobater pylori?* | No |
| Ever been diagnosed with Lyme disease? | No |
| Ever been diagnosed with retrovirus human T-cell lymphotropic virus (HTLV-1) | No |
| Ever been diagnosed with herpes virus 8 (HHV8) | No |
| Ever been diagnosed with HIV, AIDS? | No |
| **Life Style Factors** | |
| Significant alcohol consumption history | Occasionally have glass of wine. |
| Smoking history and pack-year calculations | Yes.  36 years 2.5 packs per day.  Quit 34 years ago. |
| Use of hair dye? | No |
| Drugs-of-abuse | No |
| Any history of obesity? | No |
| **Radiation Exposures** | |
| Significant radiological exposures or CT scans prior to NHL treatment? | Dental x-rays. |
| **Environmental Factors** | |
| Ever lived near or adjacent to a Superfund site? | No. |
| Paint and/or paint solvent exposure? | No. |
| Significant exposures to benzene? | No. |
| Exposure to petroleum products? | When on the ship (9 months) assigned to aviation fuels division.  Was a fuel crew member in Navy.  Did not normally get fuel of skin. |
| Ever farmed or been exposed to livestock? | No. |
| Any unusual or chronic gasoline exposures? | No. |
| **Workplace Exposures** | |
| Use of welded for pipe welding? | No. |
| Ever solder electronics? | Occasionally demonstrate how to solder in class.  Lead solder |
| Ever used plumbing PVC glue? | No. |

| Potential Confounding/Risk Factors | Yes/No |
|---|---|
| Chemical Exposures | |
| Use of a wasp killer or other insecticide/pesticide? | No. |
| Use of herbicide other than Roundup®? | No. |
| Use of Miracle-Gro (COC = Potassium nitrate and Urea)? | No.  His wife uses occasionally. |
| Use of AMDRO (COC = Hydramethylnon)? | No. |
| Ever used 2,4-D (COC = 2,4-D)? | No. |
| Ever used Diazinon (COC = Diazinon and Naphtha)? | No. |
| Ever used Weed & Feed ? (COC = Atrazine) | No. |
| Ever used Snake-A-Way (COC = Naphthalene)? | No. |
| Ever used Sevin (COC = Carbaryl)? | No. |
| Use of any other home gardening/landscape chemicals? | No. |
| Use of latex paint? | Home repairs. |
| Other underlying chemical exposures? | No. |

## NHL Latency Interval

Based on his reported first residential exposure to Roundup®, Mr. Bulone's latency interval to date of diagnosis was approximately **9 years** (1983 to 1994). However, it should be noted that he sustained exposures to Roundup® throughout this period and beyond.

# 5.0    Glyphosate In Roundup®

Glyphosate is the active ingredient in Roundup® herbicide formulations.[50] It is an organophosphorus herbicide that has been used to kill broad-leaf weeds since 1974.[51] In addition to its primary use in agricultural settings, glyphosate is also a common active ingredient in household weed killers.[52] The amount of glyphosate contained in Roundup® products varied from less 1% by weight (prepared products) to approximately 50% by weight (concentrate) in

---

[50] Monsanto. 2006. Material Safety Data Sheet Roundup Original® Herbicide

[51] Mink, PJ, JS Mandel, BK Sceurman, JI Lundin. 2012. Epidemiologic Studies Of Glyphostate And Cancer: A Review. *Regulatory Toxicology And Pharmacology.* 63:440-452.

[52] Jennifer S. Pierce, Benjamin Roberts, Daniel G. Kougias, Chris E. Comerford, Alexander S. Riordan, Kara A. Keeton, Heidi A. Reamer, Neva F. B. Bulone & Jason T. Lotter. 2020. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®, *Inhalation Toxicology*, 32:8: 354-367.

formulations sold in the United States.[53] The ready to use version of Roundup® first entered the consumer marketplace in 1988.[54] Prior to that date consumers used the concentrate version of Roundup®.[55] According to the Material Safety Data Sheet (MSDS) for Roundup® concentrate products produced by Monsanto, Roundup® Original contained approximately 41% by weight of isopropylamine salt of glyphosate.[56] Roundup® PROMAX® Herbicide contained approximately 48.7% by weight of potassium salt of glyphosate.[57] Roundup® WeatherMAX® Herbicide contained approximately 49% by weight of potassium salt of glyphosate.[58] The MSDSs listed above are presented in **Exhibit B** to this report. The conditionally approved Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) registrations submitted to EPA by Monsanto for Ready-to-Use Roundup® formulations (MON-78998 and MON-78999) contained 2.0% by weight of isopropylamine salt of glyphosate.[59, 60]  Other ready to Ready-to-Use Roundup® formulations, contained less than 1% by weight of isopropylamine salt of glyphosate.[61]

Based on the wide-spread use of glyphosate containing herbicides, glyphosate has been measured in human urine, blood, breast milk, and household dust; exposure can occur through dermal, oral, and respiratory routes.[62,63] Exposure to glyphosate or glyphosate-based herbicides in humans has been shown to cause inflammation, alteration of lymphocyte functions, and effects on

---

[53] Monsanto. 2006. Material Safety Data Sheet Roundup Original® Herbicide.

Monsanto. 2011. Material Safety Data Sheet Roundup WeatherMAX® Herbicide.

[54] IARC, 2017. Some organophosphate insecticides and herbicides. IARC Mongraphs on the Evaluation of Carcinogenic Risks to Humans 112.

[55] *Id.*

[56] Monsanto. 2006. Material Safety Data Sheet Roundup Original® Herbicide.

[57] Monsanto. 2015. Material Safety Data Sheet Roundup PROMAX® Herbicide.

[58] Monsanto. 2011. Material Safety Data Sheet Roundup WeatherMAX® Herbicide.

[59] U.S. EPA. 2002. FIFRA Conditional FIFRA Registration of MON-78998.

[60] U.S. EPA. 2002. FIFRA Conditional FIFRA Registration of MON-78999.

[61] Monsanto. 1999. Material Safety Data Sheet Roundup Ready-To-Use Weed & Grass Killer MSDS # 7008.

[62] Curwin, B.D., Hein, M.J., Sanderson, W.T., Nishioka, M.G., Reynolds, S.J., Ward, E.M., et al., 2005. Pesticide contamination inside farm and nonfarm homes. *J. Occup. Environ. Hyg.* **2**, 357–367.

[63] Williams GM, Kroes R, Munro IC. 2000. Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans. *Regul Toxicol Pharmacol*. (2 Pt 1):117-165

Exhibit C Page - 15

the immune system interactions with microorganisms.[64] Based on animal data, mechanistic human data and epidemiologic studies of adult non-Hodgkin lymphoma, an International Agency for Research on Cancer (IARC) working group determined that glyphosate was probably carcinogenic to humans.[65] According to Pierce,[66] multiple studies reported dermal absorption of glyphosate as the primary exposure route during application.[67,68]

## 6.0  Roundup® Exposure Analysis

Based on Mr. Bulone's sworn deposition testimony, it is clear that he had a substantial duration of exposure to Roundup® over time. The locations, frequency of use, and duration of Roundup® usage for Mr. Bulone at his residence were abstracted from his deposition and are summarized below in Table 4.

According to his deposition, Mr. Bulone wore his own clothing (shorts, a collared golf shirt and boat shoes in the summer; and a golf shirt plus golf slacks in the winter) while spraying Roundup® at the golf course.[69] Mr. Bulone did not wear goggles, a mask, or gloves while spraying Roundup® at the golf course.[70]  Mr. Bulone wore glasses while spraying Roundup®.[71]  At his residence, Mr. Bulone wore shorts, a shirt, a pair of shoes, and socks while spraying

---

[64] Peillex, C., Pelletier, M., 2020. The impact and toxicity of glyphosate and glyphosate based herbicides on health and immunity. *J. Immunotoxicol.* **17**, 163–174.

[65] IARC, 2017. Some organophosphate insecticides and herbicides. IARC Mongraphs on the Evaluation of Carcinogenic Risks to Humans 112.

[66] Jennifer S. Pierce, Benjamin Roberts, Daniel G. Kougias, Chris E. Comerford, Alexander S. Riordan, Kara A. Keeton, Heidi A. Reamer, Neva F. B. Bulone & Jason T. Lotter. 2020. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®, *Inhalation Toxicology*, 32:8: 354-367.

[67] Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, Chapman P, Bleeke M. 2004. Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. *Environ Health Perspect*. 112(3):321–326.

[68] Connolly A, Coggins MA, Galea KS, Jones K, Kenny L, McGowan P, Basinas I. 2019. Evaluating glyphosate exposure routes and their contribution to total body burden: a study among amenity horticulturalists. *Ann Work Expo Health*. 63(2):133–147.

[69] Deposition Angelo Bulone. Pg 104.

[70] *Id.*

[71] *Id.*

Exhibit C Page - 16

Roundup®.[72] At a minimum it is reasonable to conclude that Mr. Bulone was exposed repeatedly to glyphosate from Roundup® through his hands and around his mouth (spray drifting to face). Additional areas that would have been impacted include Mr. Bulone's forearms, a portion of his upper arms, his calves, and a portion of his lower thighs. The frequency of the exposure to the additional areas is an area of uncertainty that is addressed later in this report.

## Summary of Exposures

In Mr. Bulone's deposition testimony, he noted that he applied Roundup® repeatedly during 12 months of the year.[73]  Mr. Bulone would apply the Roundup® every day at the golf course during the growing seasons (mid-April to the beginning of November).[74] Mr. Bulone would spray two gallons of Roundup daily.[75]  During the growing season Mr. Bulone stated that he would go back and grab another gallon of Roundup if he had the time to do more spraying.[76]  Each application would take between 60 minutes to 180 minutes to complete during the growing season.[77]  During the off-season Mr. Bulone would spray 3 to 4 times per week taking between 60 minutes and 120 minutes to complete the spraying on average.[78]

At his residence, Mr. Bulone would initially spray for 60 minutes to 75 minutes (1983 through 1984)[79] and estimated that he sprayed approximately ½ gallon at a time.  At that time (1983-1984), Mr. Bulone would spray and come back every 4 to 5 days to retreat the area.[80] Starting in 1985 through 2019, when he stopped using Roundup, Mr. Bulone would spray Roundup once a month for 20 to 30 minutes at a time.[81]

---

[72] Deposition Angelo Bulone. Pg 105.

[73] Deposition Angelo Bulone. Pg 68.

[74] *Id*.

[75] Deposition Angelo Bulone. Pg 70.

[76] *Id*.

[77] *Id*.

[78] Deposition Angelo Bulone. Pg 92.

[79] Deposition Angelo Bulone. Pg 92-94.

[80] *Id*.

[81] *Id*.

Based on Mr. Bulone's testimony, it is clear that the number of spraying events per year would be equal to the number of months of spraying multiplied by the numbers weeks per month multiplies by the number of applications per week.

$$F_{year} = Months_{year} * Weeks_{month} * Applications_{week}$$

Where

$F_{year}$ = frequency of Roundup® use at residence,

$Months_{Year}$ = number of months per year Mr. Bulone sprayed Roundup® at his residence,

$Weeks_{Month}$ = average number of weeks per month,

$Applications_{Week}$ = average number of applications of Roundup® per week,

**Table 4: Angelo Bulone's Summary of Roundup® Usage At His Residences From 1983 through 1994**

| Property | Sprayed Roundup®? | City | State | Date | Application Notes | Years Prior To Dx | Events Per Year |
|---|---|---|---|---|---|---|---|
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1983-1984 | 1 to 1.25 hours every 4 to 5 days for 12 months per year | 2 | 73 |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1985-2019 | 20 minutes to 30 minutes once a month for 12 months per year | 9 | 12 |
| Wedgefield Plantation Golf Course Off Season | Yes | Georgetown | South Carolina | 1988 - 1991 | 1 to 2 hours per day for 3 to 4 days a week for 5 months per year | 3 | 70 |
| Wedgefield Plantation Golf Course Growing Season | Yes | Georgetown | South Carolina | 1988 - 1991 | 1.5 to 3 hours per day for 7 days a week for 7 months per year | 3 | 196 |

Exhibit C Page - 18

**Exposure-Day Calculations**

I reviewed a number of peer-reviewed human epidemiological studies (7 in total) that reported statistically measured outcomes of NHL associated with frequency of use.[82] Roundup® exposure doses within these studies are measured as frequency and/or duration of applications and are quantified in units of total *exposure-days*, *exposure-days* per year or *ever/never use*.[83]

It is important to note how an *exposure-day* is defined in each of the studies when comparing an individual's exposure to the exposures in the studies that revealed an increased risk of developing NHL. There are five principal studies related to dose-metrics I have relied on to determine general causation. Those studies include Andreotti et al.,[84] Leon et al.,[85] Zhang et al.,[86] Pahwa et al.,[87] and De Roos et al.[88] Mr. Bulone's exposure dose was calculated using the *exposure-day* and *ever/never use* methodologies applied within those five peer-reviewed human epidemiological studies.

---

[82] *See infra* ¶ 2, Andreotti et al.,  Leon et al.,  Zhang et al.,  Pahwa et al.,  and De Roos et al.

*See also* Eriksson, M., et al., "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis," 2008, International Journal Cancer, Vol.123, pp. 1657 – 1663.

*See also* McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Cancda study of pesticides and health. Cancer Epidemiol Biomarkers Prev 2001;10: 1155–63.

[83] *Id.*

[84] Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233.

[85] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

[86] Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma:  A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

[87] Pahwa, M. et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project," 2019 Jun 27, Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830

[88] De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol. 60.

Mr. Bulone was exposed to Roundup® during his residential use of the product at his residence in Pawleys Island and the golf course in Georgetown, South Carlina as outlined below.

### 1. 62 Bonnau Court, Pawleys Island, SC (1983-1984)

Mr. Bulone applied Roundup® every 4 to 5 days (365/5=73 days/year) for 2 years. Each spraying event took on average 60 minutes to 75 minutes. The averaged duration of spraying would therefore be 75 minutes ((60 + 75 = 135)/2 = 67.5 minutes or 1.125 hours. His total hours of spraying at this property are calculated to be:

73 events/year x 1.0 hours/event = 73 hours per year
73 events/year x 1.125 hours/event = 82.125 hours per year
73 events/year x 1.25 hours/event = 91.25 hours per year

**73 hours per year x 2 years = 146 hours**
**82.125 hours per year x 2 years = 164.25 hours**
**91.25 hours per year x 2 years = 182.5 hours**

### 2. 62 Bonnau Court, Pawleys Island, SC (1985-1994)

Mr. Bulone applied Roundup® once a month for 9 years. Each spraying event took on average 20 minutes (.33 hours) to 30 minutes (.5 hours). The averaged duration of spraying would therefore be 25 minutes ((20 + 30) = (50)/2 = 25 minutes or 0.412 hours. His total hours of spraying at this property are calculated to be:

12 events/year x 0.33 hours/event = 4 hours per year
12 events/year x 0.412 hours/event = 4.9 hours per year
12 events/year x 0.5 hours/event = 6 hours per year

**4 hours per year x 9 years = 36 hours**
**4.9 hours per year x 9 years = 44.1 hours**
**6 hours per year x 9 years = 54 hours**

### 3. Wedgefield Plantation Golf Course, Georgetown, SC (1988-1991)

During growing season from April to November (7 months), Mr. Bulone applied Roundup® every day on the golf course for 3 years. Each spraying event took on average 1.5

---

Exhibit C Page - 20

hours to 3 hours.  The averaged duration of spraying would therefore be 135 minutes ((90 + 180 = 270)/2 = 135 minutes or 2.25 hours.  His total hours of spraying at this property are calculated to be:

196 events/year x 1.5 hours/event = 294 hours per year
196 events/year x 2.25 hours/event = 441 hours per year
196 events/year x 3.0 hours/event = 588 hours per year

**294 hours per year x 3 years = 882 hours**
**441 hours per year x 3 years = 1323 hours**
**588 hours per year x 3 years = 1764 hours**

### 4.   Wedgefield Plantation Golf Course, Georgetown, SC (1988-1991)

During off season from November to April (5 months), Mr. Bulone applied Roundup® 3 to 4 days per week on the golf course for 3 years.  Each spraying event took on average 1 hour to 2 hours.  The averaged duration of spraying would therefore be 90 minutes ((60 + 120 = 180)/2 = 90 minutes or 1.5 hours.  His total hours of spraying at this property are calculated to be:

70 events/year x 1 hours/event = 70 hours per year
70 events/year x 1.5 hours/event = 105 hours per year
70 events/year x 2 hours/event = 140 hours per year

**70 hours per year x 3 years = 210 hours**
**105 hours per year x 3 years = 315 hours**
**140 hours per year x 3 years = 420 hours**

Adding all of Mr. Bulone's exposures together results in a cumulative total of 1273.64 hours to 2420.5 hours.

**Table 5 (**below**)** presents a compilation of Mr. Bulones' episodic Roundup® exposures as obtained from his depositions, completed questionnaire and interview.

Exhibit C Page - 21

**Table 5**

**Mr. Bulone's 8-Hour Time-Weighted Roundup® Exposure-Days**

| Property | Sprayed Roundup? | City | State | Date | Application Notes | Years | Events Per Year | Hours Per Event | Total Hours | | | Exposure Days (8 hours/day) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Min | Mid | Max | Min | Mid | Max |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1983-1984 | 1 to 1.25 hours every 4 to 5 days | 2 | 73 | 1 to 1.5 | 146 | 164.25 | 182.5 | 18.25 | 20.53125 | 22.8125 |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1985-2019 | 20 minutes to 30 minutes once a month | 9 | 12 | 20 minutes to 30 minutes | 35.64 | 45 | 54 | 4.455 | 5.625 | 6.75 |
| Wedgefield Plantation Golf Course Off Season | Yes | Georgetown | South Carolina | 1988-1991 | 1 to 2 hours per day for 3 to 4 days a week during off season | 3 | 70 | 1 to 2 | 210 | 315 | 420 | 26.25 | 39.375 | 52.5 |
| Wedgefield Plantation Golf Course Growing Season | Yes | Georgetown | South Carolina | 1988-1991 | 1.5 to 3 hours per day for 7 days a week during growing season | 3 | 196 | 1.5 to 3.0 | 882 | 1323 | 1764 | 110.25 | 165.375 | 220.5 |
| | | | | | | | | | 1273.64 | 1847.25 | 2420.50 | 159.21 | 230.91 | 302.56 |

The information compiled above in **Table 5** reveals that Mr. Bulone had a minimum of **159.21** exposure-days [1273.64 hrs. ÷ 8 hrs./day], a maximum of **302.56** exposure-days [2420.50 hrs. ÷ 8 hrs./day], and a midpoint of **230.91** exposure-days [1847.25 hrs. ÷ 8 hrs./day].

Mr. Bulone wore his own clothing (shorts, a collared golf shirt and boat shoes in the summer; and a golf shirt plus golf slacks in the winter) while spraying Roundup® at the golf course.[89]  Mr. Bulone did not wear goggles, a mask, or gloves while spraying Roundup® at the golf course.[90]  Mr. Bulone wore glasses while spraying Roundup®.[91]  At his residence, Mr. Bulone wore shorts, a shirt, a pair of shoes, and socks while spraying Roundup®.[92]

## 7.0    Angelo Bulone's Exposure Analysis And Dose Reconstruction To Roundup® Via Dermal Pathway

For many of the studies cited herein regarding the absorbed systemic doses of glyphosate applicators dermal absorption is assumed to be the primary pathway for exposure.[93,94] Human receptors come into contact with chemicals from consumer products directly (e.g. during use) or indirectly (e.g., chemicals that have settled on indoor or outdoor surfaces).  Estimating exposure from dermal contact requires information on:

- the concentration of the contaminant in the medium that is contacted;

- timeframe of exposure (contact frequency and duration); and

- other factors that affect dermal exposure—for example, skin surface area, dermal adherence of solids to skin, film thickness of liquids on skin, and/or residue transfer factors.

The summary below is instructive of the basics of how dermal absorption is defined and the methods in which Mr. Bulone's dose of Roundup® will be calculated via the dermal pathway.

---

[89] Deposition Angelo Bulone. Pg 104.

[90] Id.

[91] Id.

[92] Deposition Angelo Bulone. Pg 105.

[93] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678.

[94] Solomon, K., "Estimated exposure to glyphosate in humans via environmental, occupational and dietary pathways: an updated review of the scientific literature," 2019, Pest Management Science, 76(9), pp. 2878–2885. https://doi.org/10.1002/ps.5717.

The methods outlined and doses identified in this section are meant to contextualize the doses that applicators have received in studies evaluating dermal doses.

The amount of contaminant absorbed in the body represents what is available for interaction with target tissues or organs. There are a few different ways to characterize dermal exposure and dose:

- Potential dose is the amount of contaminant applied to skin, not all of which is actually absorbed;
- Applied dose is the amount of contaminant at the absorption barrier (e.g., skin) that can be absorbed by the body;
- Internal dose (e.g., systemic dose) is the amount of contaminant absorbed and available for interaction with biological receptors (e.g., organs, tissues);
- Biologically effective dose is the amount of contaminant that interacts with the internal target tissue or organ. [95,96]



**Illustration of Dermal Route: Exposure and Dose** (U.S. EPA, 1992b)

[97]

For the purposes of this report, exposure to chemicals through the skin (dermal exposure) is modeled as a two-step process that considers the contact between contaminant and receptor as well as absorption of the contaminant into the body through the skin.[98] The amount of contaminant applied in the environment and reaching the skin's surface is defined as the applied dose.[99] This

---

[95] U.S. EPA. 1992. Dermal Exposure Assessment, Principles and Applications (Interim Report).

[96] U.S. EPA. 2023. Exposure Assessment Tools by Routes – Dermal. https://www.epa.gov/expobox/exposure-assessment-tools-routes-dermal

[97] U.S. EPA. 1992. Dermal Exposure Assessment, Principles and Applications (Interim Report).

[98] *Id.*

[99] *Id.*

Exhibit C Page - 24

dose represents the amount that may potentially be absorbed.[100]  The applied dose is expressed as the mass per surface area exposed (e.g, micrograms of Roundup® per square centimeter of skin, ug Roundup® per $cm^2$ skin).[101]  The systemic dose is the fraction of the applied dose that is absorbed through the skin and distributed through the body.[102]  The systemic dose is expressed as the mass of Roundup® absorbed (milligrams) per kilogram of body weight (kilograms of Body Weight or kg-BW) per day of exposure (day).[103]

Mr. Bulone's absorbed systemic dose was calculated in units of mg/kg-BW/day for comparison to the absorbed systemic doses of glyphosate applicators compiled in the peer reviewed.[104] Thus, the systemic dose calculation will determine if Mr. Bulone's absorbed systemic dose is in the low, middle, or high range of glyphosate applicators within the generally accepted studies.[105]

### *Connolly Study Of Horticulturalists (2019) – Dose Reconstruction Method*

In a 2019 assessment of amenity horticulturalists using glyphosate, Connolly found that geometric mean concentrations of glyphosate concentrations of 0.01, 0.04 and 0.05 μg $cm^2$ from the workers' perioral (mouth) region and left and right hands, respectively.[106] Connolly grouped workers into three standardized exposure groups (SEGs) based on the types of applicators used.[107] The SEGs included: manual knapsack, pressurized lance (sprayer) and controlled droplet applicator, based on the applicator used to apply glyphosate-based pesticide products.[108] Manual

---

[100] U.S. EPA. 2023. Exposure Assessment Tools by Routes – Dermal. https://www.epa.gov/expobox/exposure-assessment-tools-routes-dermal.

[101] *Id.*

[102] U.S. EPA.  1992. Dermal Exposure Assessment, Principles and Applications (Interim Report).

[103] *Id.*

[104] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678.

[105] *Id.*

[106] Connolly, A., MA Coggins, KS Galea, K Jones, L Kenny, P McGowan, and I Basinas. 2019. Evaluating Glyphosate Exposure Routes And Their Contribution To Total Body Burden: A Study Among Amenity Hortaculturalists. *Annals of Work Exposures And Health*, 63(2):133-147.

[107] *Id.*

[108] *Id.*

Exhibit C Page - 25

knapsack applicators used a backpack style applicator with the product being applied with a handheld lance.[109] The pressurized lance SEG applied the pesticide product using a handheld lance connected to a motorized knapsack.[110] The controlled droplet applicator SEG, similar to the manual knapsack, but with a capacity 5 L, was purchased with a pre-mixed solution (eliminating the mixing and loading task) and had an adaptable applicator that can increase the droplet size, thus reducing the spray drift.[111] A total of 343 wipe and glove samples were collected from 20 workers across 29 work tasks.[112]

**Table 6: Amenity Horticultural Users Applied Doses Of Glyphosate[113]**

| Variable | $k$ | $N$ | GM | GSD | Min | Max |
|---|---|---|---|---|---|---|
| Combined SEGs | | | Post-work task samples | | | |
|   Perioral | 20 | 29 | **0.01** | 9.05 | $1.7 \times 10^{-04}$ | 0.40 |
|   Hand left | 20 | 29 | **0.04** | 9.21 | $4.7 \times 10^{-04}$ | 2.56 |
|   Hand right | 20 | 29 | **0.05** | 8.73 | $2.8 \times 10^{-04}$ | 2.04 |
| Manual knapsack | | | Post-work task samples | | | |
|   Perioral | 10 | 12 | 0.01 | 11.30 | $1.7 \times 10^{-04}$ | 0.23 |
|   Hand left | 10 | 12 | 0.01 | 4.64 | $4.7 \times 10^{-04}$ | 0.08 |
|   Hand right | 10 | 12 | 0.01 | 5.26 | $2.8 \times 10^{-04}$ | 0.09 |
| Pressurized lance | | | Post-work task samples | | | |
|   Perioral | 6 | 10 | 0.04 | 4.68 | $2.5 \times 10^{-03}$ | 0.40 |
|   Hand left | 6 | 10 | 0.19 | 9.17 | $2.6 \times 10^{-03}$ | 2.56 |
|   Hand right | 6 | 10 | 0.21 | 7.41 | $3.7 \times 10^{-03}$ | 2.04 |
| Controlled droplet | | | Post-work task samples | | | |
|   Perioral | 5 | 7 | 0.01 | 8.34 | $6.0 \times 10^{-04}$ | 0.10 |
|   Hand left | 5 | 7 | 0.04 | 5.89 | $3.5 \times 10^{-03}$ | 0.50 |
|   Hand right | 5 | 7 | 0.06 | 5.73 | $7.9 \times 10^{-03}$ | 0.85 |

Note: k is the number of participants in the group. N is the number of samples (one sample per task) in the group. Number of samples below the limit of quantification (<LOQ) (1 µg l−1) by number (N) and percentage (%). GM is the geometric mean, GSD the geometric standard deviation and the range (min–max).

---

[109] *Id.*

[110] *Id.*

[111] *Id.*

[112] *Id.*

[113] Id.

It is clear from the table above that the maximum amounts measured in the combined SEG are 40 to 64 times higher than the geometric mean (GM) values listed in the table.[114] The GM values for the pressurized lance are 4 to 5 times higher than the GM from the combined SEG.[115] Using the combined SEG values therefore would represent a conservative estimate of the likely applied dose of glyphosate on Mr. Bulone's skin.[116] The combined SEG can be extended to cover additional areas of skin that may have been exposed while Mr. Bulone was applying Roundup®, including his shins, thighs, and arms. Based on the values reported by U.S. EPA, a reasonable estimate of exposure of the mean values for hands, forearms, and lower legs (male and female, 21+ years) (forearm and lower leg-specific data used for males and female lower leg) is approximately 4,500 cm$^2$.[117]

Using the information from Table 4 regarding the frequency of Mr. Bulone's use of Roundup® and multiplying the frequency by the applied dose from Table 4, I have calculated the cumulative applied dose that he received at his residence over time. The results of my analysis are presented in Exhibit C to this report.

$$\text{Dose}_T = \sum (F * \text{Area}_P * \text{Dose}_P) + (F * \text{Area}_S * \text{Dose}_S) + (F * \text{Area}_H * \text{Dose}_H)$$

Where

Dose$_T$     =     total applied dose of Glyphosate from all residences, (ug)

F     =     frequency of Roundup® use at residence, (events per year) [see table 4]

Area$_P$     =     area of Perioral (mouth), (40 cm$^2$ for adult male)

Dose$_P$     =     applied dose of Glyphosate for Perioral area, (ug/cm$^2$)

Area$_S$=     area of shins and arms, (4500 cm$^2$ combined (both arms and shins) for adult male)

---

[114] *Id.*

[115] *Id.*

[116] *Id.*

[117] U.S. EPA 2002. Supplemental Guidance for Developing Soil Screening Levels for Superfund Sites. OSWER 9355.4-24. December 2002.http://www.epa.gov/superfund/health/conmedia/soil/index.htm.

Exhibit C Page - 27

Dose$_S$ = applied dose of Glyphosate for shins and arms, (ug/cm$^2$)

Area$_H$ = area of hands, (1070 cm$^2$ combined (both hands) for adult male)

Dose$_H$ = applied dose of Glyphosate for hands, (ug/cm$^2$)

Using the equation above I have calculated Mr. Bulone's applied dose using the minimum value from Connolly, the geometric mean, and the maximum values. The total applied dose I have calculated ranged from 767.13 µg to 4,696,029 µg. The averaged value of his exposure was calculated to be 91,909.35 µg.

Based on work of Wester, it is clear that *in vitro* percutaneous absorption through human skin into human plasma as receptor fluid was no more than 2% over a concentration range of 0.5-154 micrograms/cm$^2$ and a topical volume range of 0.014-0.14 ml/ cm$^2$.[118] Percutaneous absorption *in vivo* in rhesus monkey was 0.8 +/- 0.6% for the low dose (25 micrograms/cm$^2$) and 2.2 +/- 0.8% for the high dose (270 micrograms/cm$^2$).[119] As a conservative measure I will use 2% as an assumed adsorption rate across all surface areas.

Adjusting for Mr. Bulone's averaged body weight of 208 pounds (94.55 kg) and converting the dermal exposure to a systemic dose by multiplying by the 2% dermal absorption factor I have calculated a systemic ranging from a low of 5.66 x 10$^{-07}$ mg/kg-day to a maximum of 3.46 x 10$^{-03}$ mg/kg-day. The median value for Mr. Bulone's systemic exposure is 6.78 x 10$^{-05}$ mg/kg-day.

### Dose Analysis using the Machado-Neto et al. (2000) Knapsack Sprayer Study

Machado-Neto et al. performed a controlled study of glyphosate applicators employed by the Aracruz Celulose Company.[120] The study was designed to measure the workers' exposure to glyphosate over an application interval less than 70 minutes and then to adjust the exposure to a

---

[118] Wester RC, Melendres J, Sarason R, McMaster J, Maibach HI. Glyphosate skin binding, absorption, residual tissue distribution, and skin decontamination. Fundam Appl Toxicol. 1991 May;16(4):725-32. doi: 10.1016/0272-0590(91)90158-z. PMID: 1884912.

[119] Wester RC, Melendres J, Sarason R, McMaster J, Maibach HI. Glyphosate skin binding, absorption, residual tissue distribution, and skin decontamination. Fundam Appl Toxicol. 1991 May;16(4):725-32. doi: 10.1016/0272-0590(91)90158-z. PMID: 1884912.

[120] Aracruz Celulose S.A. was a Brazilian manufacturer of pulp and paper and a supplier of bleached Eucalyptus pulp. In 2009, the company merged with VCP and was renamed Fibria with headquarters in Sao Paulo.

Exhibit C Page - 28

seven-hour work day to assess the safety of working conditions.[121] A surrogate compound for glyphosate, copper oxychloride (at a concentration of 252 grams per 100 L of water) was utilized in the sprayer.[122] To measure the amount of glyphosate accumulating on the applicators, absorbent pads were placed on 8 areas of the applicators (See table below).[123] Following the spraying regime, the pads were removed and tested for copper oxychloride by using atomic absorption spectrophotometry.[124]

The results of the study showed that the knapsack sprayers with wands were exposed to two primary body regions with 77% and 85.7% of the PDE on the frontal part of thighs/legs and feet, respectively.[125] **Table 7** shows the proportion (%) distribution of potential dermal exposure (PDE) for various body regions for glyphosate applicators using a lever-operated knapsack sprayer as published in the 2000 Machado-Neto study.[126]

**Table 7**
**Distribution of PDEs in Body Regions of Glyphosate Applicators**

| Type of Sprayer | Glyphosate Concentration | % of Body Regions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H |
| Lever-operated Knapsack | 0.48% | 0.1% | 0.5% | 4.3% | 1.6% | 0.1% | 44.6% | 7.7% | 41.1% |

A = head + face + neck          E = thorax back
B = arms + forearms             F = legs + front thigh
C = hands                       G = legs + back thigh
D = thorax front                H = feet

---

[121] *Id.*

[122] *Id.*

[123] *Id.*

[124] *Id.*

[125] *Id.*

[126] Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

Based on the results from Machado-Neto, the potential dermal exposure (PDE) and the non-controlled dermal exposure (NCDE) measured for lever-operated knapsack application over seven hours were calculated to be: [127]

- Percent glyphosate in spray:                           0.48%
- Potential Dermal Exposure (PDE):                 1,945.83 mg
- Non-controlled dermal exposure (NCDE):           253.90 mg

The penetration of glyphosate into clothing was approximately 13.0% (253.9 mg/1,945.83 mg).[128] Another study which evaluated the penetration of glyphosate into clothing reported a rate of 22.9%.[129]

To calculate the amount of Roundup® that would appear on his skin while Mr. Bulone was spraying Roundup® via the Machado-Neto Method (applied dose), I start by using the non-controlled dermal exposure (NCDE) and factor into the dosing the fraction of time Mr. Bulone spent applying Roundup® compared to the amount of time in the Machado-Neto study (7 hours). [130] Mr. Bulone testified to spraying Roundup® for approximately 0.33 hours to 3 hours during any given event. This equates to 14 to 42 percent (1/7 = 0.1428 to 3/7 = 0.42) of the time used in the Machado-Neto study. [131]

Dermal Exposure = (253.9 mg/day) x (0.33 hour /7 hours) = **11.96 mg/day**

Dermal Exposure = (253.9 mg/day) x (3 hour /7 hours) = **108.81 mg/day**

I assume that the systemic amount of glyphosate will be a function of the amount applied, the percent absorbed, and Mr. Bulone's body weight. To calculate his systemic dose, I take the Dermal Exposure amount multiply it by the amount that can be absorbed (2%), and divide it by Mr. Bulone's weight (77.27 kg).

Systemic Dose = (11.96 mg/day) x (2% dermal absorption)/(77.27 kg) = **0.00939 mg/kg/day**

---

[127] *Id*.

[128] *Id*.

[129] Lavy, T. et al., "Conifer Seedling Nursery Worker Exposure to Glyphosate," 1992, Arch. Environ. Contamin. Toxicolo. Vol.22, pp. 6-13.

[130] *See* Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

[131] *See* Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

Exhibit C Page - 30

Systemic Dose = (108.814 mg/day) x (2% dermal absorption)/(77.27 kg) = **0.02816 mg/kg/day**

Studies of applicators which evaluated glyphosate exposure are illustrative of Mr. Bulone's systemic dose compared to that of other applicators.[132,133] According to the 2016 review, the systemic dose for applicators (as determined by passive dosimetry) ranged from 1 x $10^{-6}$ to 6.4 x $10^{-2}$ mg/kg/day.[134] The doses representing the 10th and 90th percentiles values are presented as the blue boxes in the figure below.[135] The 90th percentile calculated by Solomon was 0.0014 mg/kg/day.[136]



**Figure 1: Systemic Doses Of Glyphosate For Angelo Bulone**

---

[132] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678.

[133] Solomon, K., "Estimated exposure to glyphosate in humans via environmental, occupational and dietary pathways: an updated review of the scientific literature," 2019, Pest Management Science, 76(9), pp. 2878–2885. https://doi.org/10.1002/ps.5717.

[134] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678.

[135] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678.

[136] This was the 90th percentile dose in the 2016 Solomon study.

Exhibit C Page - 31

As shown in figure above the median value calculated for Mr. Bulone is well above the lower end of the applicator levels using the Connolly study and well within the high-end of the applicator levels reported in Machado-Neto study. Whether using the Connolly study or the Machado-Neto method, the calculated systemic dose for Mr. Bulone falls well within the range of the systemic doses reported in the literature for applicators.

Exhibit C Page - 32

## Conclusion

Based on the analysis above, I have concluded the following and hold these opinions to a reasonable degree of scientific certainty.

1. Based on Mr. Bulone's testimony it is clear that Mr. Bulone used Roundup® herbicide formulations that contained glyphosate for a significant amount of time to control weeds at his residence on Pawley Island and at the Wedgefield Plantation Golf Course in Georgetown, South Carolina.

2. Mr. Bulone's use of Roundup® herbicide resulted in his exposure to glyphosate via dermal route of exposure.

3. Mr. Bulone's applied dose (mass per unit of skin exposed) of glyphosate can be calculated based upon field testing of dermal dosing detailed in the scientific literature.

4. Mr. Bulone's systemic dose (mass per body mass per day) of glyphosate can be calculated based upon dosing detailed in scientific literature.

5. Mr. Bulone's exposure to glyphosate was equivalent to between 159.21 to 302.56 days of spraying.

6. Mr. Bulone's total applied dose ranged from 767 μg to 4,696,029 μg. The averaged value of his exposure was calculated to be 91,909 μg.

7. Mr. Bulone's total system dose based on the Connolly study ranged from $5.66 \times 10^{-7}$ mg/kg-day to $3.46 \times 10^{-3}$ mg/kg-day. The averaged value of his exposure was calculated to be $6.78 \times 10^{-5}$ mg/kg-day.

8. Mr. Bulone's total system dose based on the Machado-Neto study was calculated to be $1.41 \times 10^{-2}$ mg/kg-day to $2.82 \times 10^{-2}$ mg/kg-day.

Sincerely,

Exhibit C Page - 33