**SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman
Sarah J. Schultz
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 467-8800
Facsimile: (954) 320-9509
jhaberman@schlesingerlaw.com
sarah@schlesingerlaw.com

*Attorneys for Plaintiff, Peter Engilis*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No: 2741 |
| | Case No.: 3:16-md-02741-VC |
| This document relates to: | **NOTICE OF APPEAL** |
| *Engilis v. Monsanto Company,* No. 3:19-cv-07859-VC | |

NOTICE IS GIVEN that Plaintiffs, Peter Engilis, Jr. and Cathy Engilis, pursuant to Fed. R.

App. P. 3(c)(1) and (4)(a), appeals to the United States Court of Appeals for the Ninth Circuit from

the summary judgment order entered by the U.S. District Court for the Norther District of California

entered on November 15, 2023, (Doc. 17504 in 3:16-md-02741-VC and Doc. 68 in 3:19-cv-07859),

and all interlocutory orders that are merged into the summary judgment order.

DATED:  December 12, 2023                    Respectfully submitted,

                                             */s/ Jeffrey L. Haberman*
                                             JEFFREY L. HABERMAN (*pro hac vice*)
                                             **SCHLESINGER LAW OFFICES, P.A.**

                                             *Attorneys for Plaintiff, Peter Engilis*

1

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

I hereby certify that on December 12, 2023, I served a copy of the foregoing on the Clerk of

4

Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

5

6

By: *<u>/s/ Jeffrey L. Haberman</u>*
Jeffrey L. Haberman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28