**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*David Schwartz v. Monsanto Company*,<br>Case No. 3:23-cv-06163-VC | |

## **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  December 12, 2023          Respectfully submitted,

                SHOOK, HARDY & BACON L.L.P.

                BY: */s/ Jennise W. Stubbs*
                  Jennise W. Stubbs
                  600 Travis Street, Suite 3400
                  Houston, TX 77002-2926
                  Telephone:  (713) 227-8008
                  Facsimile:  (713) 227-9508
                  Email:  jstubbs@shb.com

                *Attorneys for Defendant*
                *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 12th day of December, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                */s/Jennise W. Stubbs*
                Jennise W. Stubbs