**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@getgomez.com*
Cristina Murillo (SBN 345769)
*cristina@getgomez.com*
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| This Document Relates to: | Case No.: 3:16-md-02741-VC |
| | Honorable Vince Chhabria |
| *Gisela Sparkman, Surviving Spouse of George Sparkman v. Monsanto Co., et al* | **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII** |
| Case No.: 3:21-cv-06497-VC | |

Plaintiff, Gisela Sparkman, surviving spouse of George Sparkman, by and through her undersigned counsel and without opposition from Defendant, Monsanto Company, respectfully requests the Court move her case from Wave VII-C to Wave VIII-C.

1. The case of Gisela Sparkman, the surviving spouse of George Sparkman, is currently part of Wave Order VII-C.
2. On April 27, 2023, Plaintiff filed an unopposed motion to add her case to Wave VII since it had been inadvertently removed from a Wave Order.
3. On August 30, 2023, Plaintiff's case appeared on the Court's revised schedule under Wave VII-C.
4. Plaintiff's case has not been moved to a later wave.[1]

---

[1] Plaintiff's case was originally part of Wave 6; however, it was inadvertently removed from any Wave Order and the parties previously requested her case be added to Wave 7.

1  5. Mindful of the deadlines pertaining to Wave VII-C, the parties have diligently pursued discovery in this matter.

2  6. Counsel for Plaintiff, Gisela Sparkman, met and conferred with counsel for Defendant, Monsanto Company. Plaintiff believes the best course of action is to move this case to Wave VIII-C. Defendant Monsanto does not oppose this request.

Therefore, Plaintiff, Gisela Sparkman, surviving spouse of George Sparkman, without opposition from Defendant, Monsanto Company, respectfully requests the Court move her case from Wave VII-C to Wave VIII-C.

Dated: December 12, 2023                                        Respectfully submitted,

By: */s/ Cristina Murillo*
John H. Gomez, Esq.
Cristna Murillo, Esq.
**GOMEZ TRIAL ATTORNEYS**
**Attorneys for Plaintiff**
john@getgomez.com
lindsay@getgomez.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Cristina Murillo*
Cristina Murillo, Esq.