**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 2741 |
| This Document Relates to: | ) ) ) Master Docket Case No.: 3:16-md-02741-VC |
| *Gisela Sparkman, Surviving Spouse of George Sparkman v. Monsanto Co., et al* Docket No.: 3:21-cv-06497-VC | ) ) **[PROPOSED] ORDER GRANTING MOTION** ) **TO MOVE CASE TO WAVE VIII** ) ) |

Plaintiff's motion to move the above-listed matter from Wave VII-C to Wave VIII-C is granted.

**IT IS SO ORDERED.**

Dated: December ___, 2023

_____
United States District Judge Vince Chhabria