**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant Monsanto Company*

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400 | Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100 | Fax: 310-576-2200

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This Document relates to: *Estate of Richard Garrison v. Monsanto Co.*, 3:19-cv-00280-VC | **DEFENDANT MONSANTO COMPANY'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7D**<br><br>[Filed concurrently with Declaration of Anthony R. Martinez; [Proposed] Order] |

Defendant Monsanto Company ("Monsanto") hereby moves unopposed for an order moving this case to Wave 7D. In support of this Motion, Monsanto respectfully states as follows:

1. This case was originally assigned to Wave 4. It was subsequently moved to Wave 6.

2. On August 30, 2023, this Court issued an Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule (MDL Dkt. # 17234) (the "Order"). Pursuant to the Order, the parties' deadlines to file *Daubert* motions is December 14, 2023.

3. Consistent with Local Rule 30-3, on September 14, 2023, Monsanto reached out to Plaintiff's counsel to schedule depositions for Plaintiff's disclosed experts, Drs. Kevin B. Knopf, MD, MPH, and Sol Bobst, MBA PhD. (Declaration of Anthony R. Martinez ("Martinez Dec.") ¶ 2, Ex. A). After receiving no response, Monsanto followed up again on September 20, 2023, and again on October 23, 2023. (*Id.*) Monsanto did not receive a response to any of these inquiries. (*Id.*)

4. On December 11, 2023, Monsanto followed up with Plaintiff's counsel to schedule expert depositions and requested an extension of the parties' deadline to file *Daubert* motions. (Martinez Dec., ¶ 3, Ex. A.) In response, Plaintiff's counsel informed Monsanto that Plaintiff had "reconsidered the settlement offered under the Feinberg Settlement Program," and that the parties would be in a position to resolve this action by December 22, 2023. (*Id.*) Plaintiff's counsel consented to an extension of the parties' deadline to file *Daubert* motions while the parties finalize settlement. (*Id.*).

5. Despite Monsanto's requests, the depositions of Drs. Knopf and Bobst have yet to be scheduled and will not take place before the current deadline of December 14, 2023. (Martinez Dec. ¶ 4.).

6. Good cause exists for the requested relief. Monsanto has been diligent in its attempts to depose Plaintiff's experts to comply with this Court's briefing deadlines set forth in the Order, and moving this case to Wave 7D will permit the parties to finalize a settlement of this action. (Martinez Dec. ¶ 5.).

1    7.   Plaintiff will not be prejudiced if the requested relief is granted. Indeed, Plaintiff consented to moving this case to Wave 7D. (*See* Martinez Dec. ¶ 6, Ex. B.).

Dated:  December 12, 2023

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Linda C. Hsu*
Linda C. Hsu
Attorneys for Defendant Monsanto Company