| | |
|---|---|
| **WILKINSON STEKLOFF LLP** <br> Brian L. Stekloff (*pro hac vice*) <br> (bstekloff@wilkinsonstekloff.com) <br> Rakesh Kilaru (*pro hac vice*) <br> (rkilaru@wilkinsonstekloff.com) <br> 2001 M St. NW <br> 10th Floor <br> Washington, DC 20036 <br> Tel: 202-847-4030 <br> Fax: 202-847-4005 <br><br> **HOLLINGSWORTH LLP** <br> Eric G. Lasker (*pro hac vice*) <br> (elasker@hollingsworthllp.com) <br> 1350 I St. NW <br> Washington, DC 20005 <br> Tel: 202-898-5843 <br> Fax: 202-682-1639 <br><br> *Attorneys for Defendant Monsanto Company* | **COVINGTON & BURLING LLP** <br> Michael X. Imbroscio (*pro hac vice*) <br> (mimbroscio@cov.com) <br> One City Center <br> 850 10th St. NW <br> Washington, DC 20001 <br> Tel: 202-662-6000 <br><br> **BRYAN CAVE LEIGHTON PAISNER LLP** <br> K. Lee Marshall (CA Bar No. 277092) <br> (klmarshall@bclplaw.com) <br> Three Embarcadero Center, 7th Floor <br> San Francisco, CA 94111 <br> Tel: 415-675-3400 \| Fax: 415-675-3434 <br><br> Jed P. White (CA Bar No. 232339) <br> (jed.white@bclplaw.com) <br> Linda C. Hsu (CA Bar No. 239880) <br> (linda.hsu@bclplaw.com) <br> 120 Broadway, Suite 300 <br> Santa Monica, CA 90401 <br> Tel: 310-576-2100 \| Fax: 310-576-2200 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC |
| This Document relates to: <br><br> *Estate of Richard Garrison v. Monsanto Co.*, 3:19-cv-00280-VC | **DECLARATION OF ANTHONY R. MARTINEZ IN SUPPORT OF UNOPPOSED MOTION TO MOVE CASE TO WAVE 7D** <br><br> [Filed concurrently with Unopposed Motion; [Proposed] Order] |

I, Anthony R. Martinez, declare as follows:

1. I am an attorney at the law firm of Shook, Hardy, & Bacon, LLP, counsel of record for Defendant Monsanto Company ("Monsanto"). I have personal knowledge of the information set forth in this declaration and, if called upon to do so, could and would testify truthfully and competently with respect thereto.

2. On September 14, 2023, I reached out to counsel for Plaintiff requesting deposition dates for Plaintiff's disclosed experts, Drs. Kevin B. Knopf, MD, MPH, and Sol Bobst, MBA PhD. After receiving no response, I followed up with Plaintiff's counsel again on September 20, 2023, and again on October 23, 2023.

3. On December 11, 2023, I reached out to Plaintiff's counsel to schedule expert depositions for a fourth time. In response, Plaintiff's counsel informed me that Plaintiff had reconsidered settlement, and that the parties would be in a position to resolve this action by December 22, 2023. Plaintiff's counsel consented to an extension of the parties' deadline to file *Daubert* motions. A true and correct copy of my correspondence with Plaintiff's counsel is attached hereto as **Exhibit A.**

4. Despite Monsanto's requests, the depositions of Drs. Knopf and Bobst have yet to be scheduled and will not take place before the current deadline of December 14, 2023.

5. On December 12, 2023, Plaintiff's counsel consented to moving this case to Wave 7D. A true and correct copy of my correspondence with Plaintiff's counsel is attached hereto as **Exhibit B**.

6. Plaintiff will not be prejudiced if the requested relief is granted. Indeed, Plaintiff consented to moving this case to Wave 7D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 12, 2023, at Santa Monica, California.



_____
Anthony R. Martinez

1

DECLARATION OF ANTHONY MARTINEZ IN SUPPORT OF UNOPPOSED MOTION TO MOVE CASE TO WAVE 7D