From: Kate Vanschaik <KVanschaik@yourlegalhelp.com <mailto:KVanschaik@yourlegalhelp.com> >
Sent: Monday, December 11, 2023 3:04 PM
To: Martinez, Anthony (SHB) <AMARTINEZ@shb.com <mailto:AMARTINEZ@shb.com> >
Cc: Rick Schulte <rschulte@yourlegalhelp.com <mailto:rschulte@yourlegalhelp.com> >; Cady, Tina (SHB) <TCADY@shb.com <mailto:TCADY@shb.com> >; Pittman, Amy L. (SHB) <APITTMAN@shb.com <mailto:APITTMAN@shb.com> >; Levine, Aaron H. <Aaron.Levine@arnoldporter.com <mailto:Aaron.Levine@arnoldporter.com> >; Eric Paine <eric.paine@nelsonmullins.com <mailto:eric.paine@nelsonmullins.com> >; Chelsea Barnes <chelsea.barnes@nelsonmullins.com <mailto:chelsea.barnes@nelsonmullins.com> >; Michael Hogue <michael.hogue@nelsonmullins.com <mailto:michael.hogue@nelsonmullins.com> >; Lopez, Alessandra <Alessandra.Lopez@arnoldporter.com <mailto:Alessandra.Lopez@arnoldporter.com> >
Subject: RE: Garrison, Richard (Graham Garrison) MDL WAVE 6.C. - Expert Disclosure


EXTERNAL

Anthony,


The client has reconsidered the settlement offered under the Feinberg Settlement Program. He is reviewing the settlement documents from Mr. Feinberg's office as we speak. I anticipate that this will be resolved by the end of this week.


Yes, we can agree to the extension while we finalize settlement this week.


Best,


Kate

Kate Van Schaik

Wright & Schulte, LLC.

865 S. Dixie Dr.

Vandalia, Ohio 45377

tel: (937) 435-7500

fax: (937) 435-7511

kvanschaik@yourlegalhelp.com <mailto:kvanschaik@yourlegalhelp.com>

www.yourlegalhelp.com <https://protect-eu.mimecast.com/s/ARP6CW7NKt5z1A9gImjoPC/>

_____

CONFIDENTIALITY NOTICE: The information contained in this message is legally privileged and confidential and intended only for the use of the individual to whom it is addressed. This email is subject to the Electronic Communications Privacy Act, 18 USC. §§ 2510 – 2521. If you received this message in error, please immediately notify the sender by responding to this message. Dissemination, distribution or copying of this message is strictly prohibited.

From: Martinez, Anthony (SHB) <AMARTINEZ@shb.com <mailto:AMARTINEZ@shb.com> >
Sent: Monday, December 11, 2023 4:02 PM
To: Kate Vanschaik <KVanschaik@yourlegalhelp.com <mailto:KVanschaik@yourlegalhelp.com> >
Cc: Rick Schulte <rschulte@yourlegalhelp.com <mailto:rschulte@yourlegalhelp.com> >; Cady, Tina (SHB) <TCADY@shb.com <mailto:TCADY@shb.com> >; Pittman, Amy L. (SHB) <APITTMAN@shb.com <mailto:APITTMAN@shb.com> >; Levine, Aaron H. <Aaron.Levine@arnoldporter.com <mailto:Aaron.Levine@arnoldporter.com> >; Eric Paine <eric.paine@nelsonmullins.com <mailto:eric.paine@nelsonmullins.com> >; Chelsea Barnes <chelsea.barnes@nelsonmullins.com <mailto:chelsea.barnes@nelsonmullins.com> >; Michael Hogue <michael.hogue@nelsonmullins.com <mailto:michael.hogue@nelsonmullins.com> >; Lopez, Alessandra <Alessandra.Lopez@arnoldporter.com <mailto:Alessandra.Lopez@arnoldporter.com> >
Subject: RE: Garrison, Richard (Graham Garrison) MDL WAVE 6.C. - Expert Disclosure

Rick,

Further, can you agree to an extension to file Daubert briefs since we have not received dates to depose your experts. Please respond by COB today.

Best Regards,

Anthony R. Martinez
Partner
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com <mailto:amartinez@shb.com>

<https://protect-eu.mimecast.com/s/V20oCRoGKHvnwAmkTP1JBf/>

From: Martinez, Anthony (SHB)
Sent: Monday, December 11, 2023 9:53 AM
To: Kate Vanschaik <KVanschaik@yourlegalhelp.com <mailto:KVanschaik@yourlegalhelp.com> >
Cc: Rick Schulte <rschulte@yourlegalhelp.com <mailto:rschulte@yourlegalhelp.com> >; Cady, Tina (SHB) <TCADY@shb.com <mailto:TCADY@shb.com> >; Pittman, Amy L. (SHB) <APITTMAN@shb.com <mailto:APITTMAN@shb.com> >; Levine, Aaron H. <Aaron.Levine@arnoldporter.com <mailto:Aaron.Levine@arnoldporter.com> >; Eric Paine <eric.paine@nelsonmullins.com <mailto:eric.paine@nelsonmullins.com> >; Chelsea Barnes <chelsea.barnes@nelsonmullins.com <mailto:chelsea.barnes@nelsonmullins.com> >; Michael Hogue <michael.hogue@nelsonmullins.com <mailto:michael.hogue@nelsonmullins.com> >; Lopez, Alessandra <Alessandra.Lopez@arnoldporter.com <mailto:Alessandra.Lopez@arnoldporter.com> >
Subject: RE: Garrison, Richard (Graham Garrison) MDL WAVE 6.C. - Expert Disclosure

Rick,

I believe you said you were going to provide these deposition dates.  We will need to unilaterally notice the depositions if we do not hear from you by COB tomorrow.

Anthony R. Martinez
Partner
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com <mailto:amartinez@shb.com>

<https://protect-eu.mimecast.com/s/V20oCRoGKHvnwAmkTP1JBf/>

From: Martinez, Anthony (SHB)

Sent: Monday, October 23, 2023 6:05 PM
To: Kate Vanschaik <KVanschaik@yourlegalhelp.com <mailto:KVanschaik@yourlegalhelp.com> >
Cc: Rick Schulte <rschulte@yourlegalhelp.com <mailto:rschulte@yourlegalhelp.com> >; Cady, Tina (SHB) <TCADY@shb.com <mailto:TCADY@shb.com> >; Pittman, Amy L. (SHB) <APITTMAN@shb.com <mailto:APITTMAN@shb.com> >; Levine, Aaron H. <Aaron.Levine@arnoldporter.com <mailto:Aaron.Levine@arnoldporter.com> >; Eric Paine <eric.paine@nelsonmullins.com <mailto:eric.paine@nelsonmullins.com> >; Chelsea Barnes <chelsea.barnes@nelsonmullins.com <mailto:chelsea.barnes@nelsonmullins.com> >; Michael Hogue <michael.hogue@nelsonmullins.com <mailto:michael.hogue@nelsonmullins.com> >; Lopez, Alessandra <Alessandra.Lopez@arnoldporter.com <mailto:Alessandra.Lopez@arnoldporter.com> >
Subject: RE: Garrison, Richard (Graham Garrison) MDL WAVE 6.C. - Expert Disclosure


Kate and Rick,


Following up on this.  Please provide dates for these depositions or we will need to go to the magistrate judge to get dates.


Thanks,


Anthony R. Martinez
Partner
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com <mailto:amartinez@shb.com>


 <https://protect-eu.mimecast.com/s/V20oCRoGKHvnwAmkTP1JBf/>


From: Martinez, Anthony (SHB)
Sent: Wednesday, September 20, 2023 9:23 PM
To: 'Kate Vanschaik' <KVanschaik@yourlegalhelp.com <mailto:KVanschaik@yourlegalhelp.com> >
Cc: 'Rick Schulte' <rschulte@yourlegalhelp.com <mailto:rschulte@yourlegalhelp.com> >; Cady, Tina (SHB) <TCADY@shb.com <mailto:TCADY@shb.com> >; Pittman, Amy L. (SHB) <APITTMAN@shb.com <mailto:APITTMAN@shb.com> >; 'Levine, Aaron H.' <Aaron.Levine@arnoldporter.com <mailto:Aaron.Levine@arnoldporter.com> >; Eric Paine <eric.paine@nelsonmullins.com <mailto:eric.paine@nelsonmullins.com> >; Michael Hogue <michael.hogue@nelsonmullins.com <mailto:michael.hogue@nelsonmullins.com> >; Chelsea Barnes <chelsea.barnes@nelsonmullins.com <mailto:chelsea.barnes@nelsonmullins.com> >
Subject: RE: Garrison, Richard (Graham Garrison) MDL WAVE 6.C. - Expert Disclosure


7

Kate and Rick,

Following up on deposition dates for Drs. Bobst and Knopf.   Can you please let us know when they are available for half day depositions.

Best Regards,

Anthony R. Martinez
Partner
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com <mailto:amartinez@shb.com>

 <https://protect-eu.mimecast.com/s/V20oCRoGKHvnwAmkTP1JBf/>

From: Martinez, Anthony (SHB)
Sent: Thursday, September 14, 2023 8:32 AM
To: 'Kate Vanschaik' <KVanschaik@yourlegalhelp.com <mailto:KVanschaik@yourlegalhelp.com> >
Cc: 'Rick Schulte' <rschulte@yourlegalhelp.com <mailto:rschulte@yourlegalhelp.com> >; Cady, Tina (SHB) <TCADY@shb.com <mailto:TCADY@shb.com> >; Pittman, Amy L. (SHB) <APITTMAN@shb.com <mailto:APITTMAN@shb.com> >; 'Levine, Aaron H.' <Aaron.Levine@arnoldporter.com <mailto:Aaron.Levine@arnoldporter.com> >
Subject: RE: Garrison, Richard (Graham Garrison) MDL WAVE 6.C. - Expert Disclosure

Kate and Rick,

Can you please provide deposition dates for Drs. Bobst and Knopf.  Since Dr. Knopf and Dr. Bobst have been deposed before in the Roundup litigation we only need a half day, virtual deposition for them.

Best Regards,

Anthony R. Martinez
Partner
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com <mailto:amartinez@shb.com>

<https://protect-eu.mimecast.com/s/V20oCRoGKHvnwAmkTP1JBf/>

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com <https://protect-eu.mimecast.com/s/-bZ9CYvPYuLkKz1Jt3rccb/> .