From: Kate Vanschaik <KVanschaik@yourlegalhelp.com <mailto:KVanschaik@yourlegalhelp.com> >
Sent: Tuesday, December 12, 2023 8:54 AM
To: Martinez, Anthony (SHB) <AMARTINEZ@shb.com <mailto:AMARTINEZ@shb.com> >
Cc: Rick Schulte <rschulte@yourlegalhelp.com <mailto:rschulte@yourlegalhelp.com> >; Cady, Tina (SHB) <TCADY@shb.com <mailto:TCADY@shb.com> >; Pittman, Amy L. (SHB) <APITTMAN@shb.com <mailto:APITTMAN@shb.com> >; Levine, Aaron H. <Aaron.Levine@arnoldporter.com <mailto:Aaron.Levine@arnoldporter.com> >; Eric Paine <eric.paine@nelsonmullins.com <mailto:eric.paine@nelsonmullins.com> >; Chelsea Barnes <chelsea.barnes@nelsonmullins.com <mailto:chelsea.barnes@nelsonmullins.com> >; Michael Hogue <michael.hogue@nelsonmullins.com <mailto:michael.hogue@nelsonmullins.com> >; Lopez, Alessandra <Alessandra.Lopez@arnoldporter.com <mailto:Alessandra.Lopez@arnoldporter.com> >
Subject: RE: Garrison, Richard (Graham Garrison) MDL WAVE 6.C. - Expert Disclosure

EXTERNAL

Anthony,

Yes, we are fine with that. Thank you.

Kate

Kate Van Schaik

Wright & Schulte, LLC.

865 S. Dixie Dr.

Vandalia, Ohio 45377

tel: (937) 435-7500

fax: (937) 435-7511

kvanschaik@yourlegalhelp.com <mailto:kvanschaik@yourlegalhelp.com>

www.yourlegalhelp.com <https://protect-eu.mimecast.com/s/bC3kCzKj4FM8QLL1ugDMjK/>

_____

CONFIDENTIALITY NOTICE: The information contained in this message is legally privileged and confidential and intended only for the use of the individual to whom it is addressed. This email is subject to the Electronic Communications Privacy Act, 18 USC. §§ 2510 – 2521. If you received this message in error, please immediately notify the sender by responding to this message. Dissemination, distribution or copying of this message is strictly prohibited.

From: Martinez, Anthony (SHB) <AMARTINEZ@shb.com <mailto:AMARTINEZ@shb.com> >
Sent: Tuesday, December 12, 2023 9:06 AM
To: Kate Vanschaik <KVanschaik@yourlegalhelp.com <mailto:KVanschaik@yourlegalhelp.com> >
Cc: Rick Schulte <rschulte@yourlegalhelp.com <mailto:rschulte@yourlegalhelp.com> >; Cady, Tina (SHB) <TCADY@shb.com <mailto:TCADY@shb.com> >; Pittman, Amy L. (SHB) <APITTMAN@shb.com <mailto:APITTMAN@shb.com> >; Levine, Aaron H. <Aaron.Levine@arnoldporter.com <mailto:Aaron.Levine@arnoldporter.com> >; Eric Paine <eric.paine@nelsonmullins.com <mailto:eric.paine@nelsonmullins.com> >; Chelsea Barnes <chelsea.barnes@nelsonmullins.com <mailto:chelsea.barnes@nelsonmullins.com> >; Michael Hogue <michael.hogue@nelsonmullins.com <mailto:michael.hogue@nelsonmullins.com> >; Lopez, Alessandra <Alessandra.Lopez@arnoldporter.com <mailto:Alessandra.Lopez@arnoldporter.com> >
Subject: RE: Garrison, Richard (Graham Garrison) MDL WAVE 6.C. - Expert Disclosure

Kate,

Since Daubert motions are due this week and, even with an extension it will make the briefing schedule tight, it may be easier to just move this one to wave 7D.  Are you fine with us submitting a motion to move this to Wave 7D.

Anthony R. Martinez
Partner
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com <mailto:amartinez@shb.com>

<https://protect-eu.mimecast.com/s/GBUuCxv4zu1mnOOlh8XW8R/>