1
2
3
4
5
6
7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No.: 3:16-md-02741-VC |
| This Document relates to: *Estate of Richard Garrison v. Monsanto Co.*, 3:19-cv-00280-VC | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE 7D**<br><br>[Filed concurrently with Unopposed Motion; Declaration of Anthony R. Martinez] |

1  Pursuant to Defendant Monsanto Company's ("Monsanto") Unopposed Motion to Move
2  Case to Wave 7D (the "Unopposed Motion"), and for good cause shown, the Court hereby enters
3  the following Order:
4  **IT IS HEREBY ORDERED AND ADJUDGED:**
5  1. Monsanto's Unopposed Motion is GRANTED.
6  2. This case is moved to Wave 7D.
7  3. The Wave 7D Schedule set forth in this Court's Order Granting Joint Request for
8  Revised Schedule For Wave 6-7 Cases and Adding Wave 8 Schedule dated
9  August 30, 2023 (MDL Dkt. # 17234) shall apply to this case.
10 **IT IS SO ORDERED.**

DATED: _____                         _____
                                                Honorable Vince G. Chhabria
                                                United States District Court Judge