UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Gobber v. Monsanto Co.*,<br>Case No. 20-cv-06348-VC | **ORDER DENYING MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 17555 |

Vincent Powers, counsel for Plaintiff Rodney Gobber in the above-captioned case, has filed a motion asking the Court to remove him as counsel in this litigation so that he no longer receives notices from this Court.

The motion is denied. The motion states that Mr. Gobber's case has been resolved, but the member case docket does not reflect this fact. If the case has in fact been resolved, counsel should take action to dismiss it by, for example, filing a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: December 13, 2023

VINCE CHHABRIA
United States District Judge