# EXHIBIT A

1  UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

2  --------------------------------------------X

   This document relates to:

3

   Troy Wilson Thomas and Josephine

4  Ventura, husband and wife,

   v. Monsanto Company

5  Case No. 3:20-cv-08051-VC

6                                    .

   --------------------------------------------X

7

8

9           TUESDAY, AUGUST 17, 2021

10      VIDEOTAPED DEPOSITION of Marc J.

11  Braunstein, M.D., conducted at the Inn at

12  Great Neck, 30 Cutter Mill Road, Great Neck,

13  New York, commencing at 9:05 a.m., on the

14  above date, before Nicole Veltri, Registered

15  Professional Reporter and Certified Realtime

16  Reporter.

17

18

19

20

21

22

23

24

```
 1   A P P E A R A N C E S:
 2

     WAPNER, NEWMAN, BRECHER & MILLER, PC
 3        Attorneys for the Plaintiffs
          2000 Market Street, Suite 2750
 4        Philadelphia, Pennsylvania 19103
          BY: JARAD L. SILVERSTEIN, ESQ.
 5        jsilverstein@wapnernewman.com
 6

     THE PIORKOWSKI LAW FIRM, PC
 7        Attorneys for the Defendant
          MONSANTO COMPANY
 8        1800 K Street, NW, Suite 1000
          Washington, DC, 20006
 9        BY: JOSEPH D. PIORKOWSKI, JR., ESQ.
          JPiorkowski@PiorkowskiLaw.com
10

11   NELSON MULLINS
          Attorneys for the Defendant
12        MONSANTO COMPANY
          1320 Main Street, 17th Floor
13        Columbia, South Carolina 29201
          BY: ELAINE YAP, ESQ.
14        elaine.yap@nelsonmullins.com
15

16
     ALSO PRESENT:
17   DANNY ORTEGA: Legal Videographer
18        *      *      *
19

20

21

22

23

24
```

1    publications, it appears that multiple

2    myeloma is a strong area of research

3    interest it appears?

4         A.    That's correct.

5              MR. SILVERSTEIN:  Objection to

6         form.

7         Q.    And it appears that over half of

8    your publications relate to multiple

9    myeloma; is that correct?

10        A.    I haven't tallied them up but a

11   substantial portion, yes.

12        Q.    Within hematology/oncology

13   community, are you regarded as the -- for

14   lack of a better term -- in-house expert on

15   multiple myeloma?

16             MR. SILVERSTEIN:  Objection to the

17        form.  You can answer.

18        A.    Among my colleagues, yes.  They

19   ask me for advice on multiple myeloma, yes.

20        Q.    How -- your practice

21   encompasses -- let me back up.

22             So you are a hematologist and an

23   oncologist, correct?

24        A.    Yes.

1   cause for non-Hodgkin's lymphoma?

2        A.   I would agree with that for the

3   majority of cases you're not able to.

4        Q.   Before you became involved in this

5   litigation, had you ever told any of your

6   patients that Roundup was the cause of their

7   non-Hodgkin's lymphoma?

8        A.   No, sir.

9        Q.   Have you ever told a patient that

10  Roundup was the cause of their lymphoma

11  including since you became involved?

12       A.   Not to my knowledge, no.

13       Q.   Have you ever published any

14  articles about risk factors or causes of

15  non-Hodgkin's lymphoma generally or diffuse

16  large B-cell lymphoma specifically?

17       A.   I have not.

18       Q.   Have you published any article

19  about any aspect of the diagnosis or

20  treatment of non-Hodgkin's lymphoma?

21       A.   I have not.

22       Q.   Have you ever designed an

23  epidemiologic study on Roundup or

24  glyphosate?

1  conducted, genotoxicity studies on any

2  chemical product?

3       A.   No, sir.

4       Q.   Other than the reading that you've

5  done for this case, do you have any

6  experience, education, or expertise in the

7  carcinogenicity of glyphosate or Roundup?

8       A.   No, sir.

9       Q.   Have you ever personally used

10  Roundup?

11       A.   I have not.

12       Q.   So let me just ask you some

13  questions.  This is under the heading of

14  cell biology and understanding some things

15  about lymphocytes.

16       A.   Sure.

17       Q.   Is it correct that most of the

18  cells in our body replicate; is that right?

19       A.   That's not correct.

20       Q.   That's not correct?

21       A.   I disagree.  There are some cells

22  that are senescent meaning they tend to stay

23  put and don't divide, and then there are

24  some cells that divide infrequently; and

```
 1        A.    Yes, sir.

 2        Q.    And when was that, sir?

 3        A.    I believe that was around March of

 4   this year.

 5        Q.    Okay.

 6        A.    Shortly after that.

 7        Q.    And were you -- had you ever

 8   worked with him previously?

 9        A.    No, sir.

10        Q.    At the time you were originally

11   retained, had you already -- did you already

12   have an opinion about whether glyphosate or

13   Roundup caused non-Hodgkin's lymphoma?

14        A.    No, sir.

15        Q.    Prior to the time you were

16   retained as an expert, had you ever read any

17   articles in the medical literature

18   concerning glyphosate and non-Hodgkin's

19   lymphoma?

20        A.    Not that I recall, no.

21        Q.    When's the first time to your

22   recollection that you ever heard about a

23   possible association between Roundup and

24   NHL?
```

1       A.    For this case or these cases?

2       Q.    So before becoming involved in

3   this litigation, it's fair to say you never

4   read an article in the medical journal or

5   heard a presentation at a medical meeting in

6   which the author or the speaker took the

7   position that glyphosate or Roundup caused

8   non-Hodgkin's lymphoma, correct?

9       A.    Yes, correct.

10      Q.    And were you -- what was your

11  understanding of your initial assignments in

12  this case and by this -- let me back up.

13          Because there's three different

14  cases and there are some general issues, I'm

15  going to try to parse this out in a way that

16  makes sense.

17      A.    Sure.

18      Q.    So were you retained in all three

19  cases at the same time?

20      A.    Yes, I think so.

21      Q.    You were asked to look at all

22  three cases?

23      A.    Yes.

24      Q.    So I would understand that there

1     A.   Okay.

2     Q.   Would you agree with me that

3  there's not a consensus in the medical

4  profession that glyphosate causes

5  non-Hodgkin's lymphoma?

6     A.   I would agree that the literature

7  is -- the literature is not definitive on

8  that; and, therefore, that leads the debate.

9     Q.   Well, not only is it not

10 definitive, there's a number of individuals

11 who have strongly staked out the position

12 that glyphosate does not cause non-Hodgkin's

13 lymphoma, correct?

14     MR. SILVERSTEIN:   Objection to the

15     form.

16     A.   I am not aware of which

17 individuals you're referring to; but I would

18 say, you know, based on different things

19 I've read, there are differences in

20 opinions.  So, you know, it clearly --

21 there's debate about this; so I would

22 concede that there is debate in the field in

23 general and in the world about the status of

24 glyphosate as a carcinogen.

1     Q.   It's fair to characterize it as

2  controversial?

3         MR. SILVERSTEIN:  Objection to

4     form.

5     A.   Well, it's not; controversial is

6  necessarily a term we use frequently in

7  literature.  I mean, controversy may be

8  argumentive in a way whereas debate, you

9  know, it's debatable how you interpret the

10  literature.  If you want to call it

11  controversial, sure.

12     Q.   When we were talking earlier, you

13  were alluding to people who had different

14  views of the literature as differing in your

15  assessment of how they understood the

16  science.  Do you recall that discussion?

17     A.   I think that's part of -- yes, I

18  think that's part of science in general.

19     Q.   And do you think that with respect

20  to the question of whether glyphosate can

21  cause non-Hodgkin's lymphoma, that

22  reasonable scientific minds can differ?

23     A.   I think they do in this case, yes.

24     Q.   I want to turn to -- hang on one

```
 1              D E C L A R A T I O N

 2

 3        I hereby certify that having been first

 4    duly sworn to testify to the truth, I gave

 5    the above testimony.

 6

 7        I FURTHER CERTIFY that the foregoing

 8    transcript is a true and correct transcript

 9    of the testimony given by me at the time and

10    place specified hereinbefore.

11

12

13

                    _____

14                    MARC J. BRAUNSTEIN, M.D.

15

16

17    Subscribed and sworn to before me

18    this _____ day of _____ 20___.

19

20

      _____

21      NOTARY PUBLIC

22

23

24
```

1           C E R T I F I C A T E

2

3   STATE OF NEW YORK    )

                         :   SS.:

4   COUNTY OF SUFFOLK    )

5

6       I, NICOLE VELTRI, RPR, CRR, a Notary

7   Public for and within the State of New York,

8   do hereby certify:

9       That the witness whose examination is

10  hereinbefore set forth was duly sworn and

11  that such examination is a true record of

12  the testimony given by that witness.

13      I further certify that I am not related

14  to any of the parties to this action by

15  blood or by marriage and that I am in no way

16  interested in the outcome of this matter.

17      IN WITNESS WHEREOF, I have hereunto set

18  my hand this 17th day of August 2021.

19

20          *Nicole Veltri*

    _____

21          NICOLE VELTRI, RPR, CRR

22

23

24

```
1                   -   -   -   -   -   -

                        E R R A T A

2                   -   -   -   -   -   -

3

4        PAGE   LINE   CHANGE

5        _____ _____   _____

6           REASON:    _____

7        _____ _____   _____

8           REASON:    _____

9        _____ _____   _____

10          REASON:    _____

11       _____ _____   _____

12          REASON:    _____

13       _____ _____   _____

14          REASON:    _____

15       _____ _____   _____

16          REASON:    _____

17       _____ _____   _____

18          REASON:    _____

19       _____ _____   _____

20          REASON:    _____

21       _____ _____   _____

22          REASON:    _____

23       _____ _____   _____

24          REASON:    _____
```