# EXHIBIT B

October 23, 2023

Erin Wood, Esq.
Senior Attorney
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711

Re: *Angelo Bulone v. Monsanto (Case No. 3:16-md-02741-VC)*

Dear Ms. Wood,

   Thank you for the opportunity to review the confidential materials involving the case of Mr. Angelo Bulone *v*. Monsanto, and to offer my expert opinion as you requested as it applies to specific causation related to his Roundup exposure and the development of his B-cell chronic lymphocytic leukemia (CLL). In this regard, I have reviewed the records you provided, including outpatient and inpatient encounter notes from his medical doctors, his plaintiff fact sheet, and other expert reports.

## 1. Introduction

   As you are aware, I have no personal or professional relationship with the plaintiff or defendant involved in this case, and I have no conflicts of interest to report. I have never had any litigation brought upon me in either a personal or professional manner, disciplined professionally, or had my license suspended. Please see below as well as my attached CV for details regarding my background. As is customary, my time has been compensated by your law firm for preparing this report (see section 8), however the opinions expressed herein are based on my objective review of the case records and my compensation is not dependent on the outcome of this case. I have no stake in the outcome of the legal proceedings surrounding this case, and I am not aware of the details of any damages you and your client are seeking. Details of my prior deposition testimony can be found in section 8 below.

   The following report summarizes my background and qualifications to serve as an expert witness in this case, as well as the methodology, factual review, and opinions expressed in this case. All the opinions are expressed to a reasonable degree of scientific and medical certainty. The opinions expressed herein are solely my own and do not represent those of my employer, NYU Langone Health, nor do they reflect professional advice that may transpire between me and my patients during routine clinical practice; these opinions are restricted to the facts of the case of Mr. Angelo Bulone. Also please note that as required by my academic institution, I must disclose my participation and compensation as an expert witness. I also reserve the right to amend, supplement, or revise the opinions contained in this report and to offer additional opinions should new information become available to me, as well as to respond to the opinions and testimonies of Monsanto's experts.

## 2. Background

   I am a physician duly licensed to practice medicine in the State of New York (license number 266441). I attended Brooklyn College on a full-tuition scholarship, where I earned a B.S. in biology and performed research on cell division in yeast. I next spent a year as a post-baccalaureate fellow in the National Institutes of Health Academy studying the nephrotoxic effects of chemotherapy. I then received my M.D. and Ph.D. degrees from SUNY Downstate Medical Center, completed an internal medicine residency at Northwell Health, and did my adult hematology/oncology fellowship training at NYU Langone Medical Center. I am triple board certified by the American Board of Internal Medicine in the areas of

1

organs, blood, bone marrow, and the lymphatic system. With respect to the present case review, my research background and clinical practice involved in the management of B-cell malignancies, including NHL, and in particular, my expertise in reviewing the literature, support my ability to serve as an expert witness. In reaching my conclusions, I have reviewed and relied upon several sources of information, including published research articles, textbooks, as well as my background and experience in hematology, medical oncology, and molecular and cellular biology. I submit that my background and experience, as well as familiarity and expertise in evaluating the medical literature, support my ability to serve as an expert witness in this legal matter.

To determine whether a causal relationship exists between exposure to Roundup and CLL, I have reviewed the substantial medical literature, including primary literature and reviews accessible from the National Library of Medicine and textbooks where referenced, examining the association between exposure to Roundup, a glyphosate-based formulation as discussed in section 6. In reaching my opinions, I employed my background in interpretation of scientific literature, scientific methodology, as well as understanding of medical history taking and medical decision making, hematologic malignancies, and molecular and cellular biology. Where indicated, I provide references to the literature.

### 4. Materials Provided for Review

For this review, I was provided the following records and materials:

- Plaintiff fact sheet completed by Mr. Bulone, dated October 3, 2021
- UNC Health outpatient oncology records 2015-2021
- Outpatient records from Regional Hematology Associates from 1998-2014
- Outpatient records from Palmetto Primary Care Physicians from 2015-2021
- Outpatient records from Duke Health from 1997-2013
- Tidelands Georgetown Oncology Health outpatient records from 2012-2020
- Deposition transcript of Angelo Bulone, dated November 29, 2021
- Deposition transcript of Carol Bulone, dated March 9, 2022
- Dose Analysis of Angelo Bulone by Dr. James Clark, dated October 21, 2023

### 5. Factual Case Review

Based on my review of the above records, Mr. Bulone, born ███████████, is a Caucasian male who has a history of enlarged prostate, hypertension, former smoker from 1954-1988 (2.5 packs/day, for 34 years, quit in 1985), stage 1 left glottis squamous cell carcinoma diagnosed July 2017 treated with radiation, and CLL incidentally diagnosed in 1994 at age 52 after presenting with an elevated white blood cell count. Regarding his CLL, he received 6 cycles of chemotherapy (fludarabine) from February to August 1996. He was seen at Duke Health for a second opinion for stem cell transplant, but did not undergo the procedure. About 10 years later he underwent splenectomy for an enlarged spleen, related to CLL, leading to red blood cell hemolysis. His CLL recurred in 2011 and he underwent treatment with rituximab (immune therapy) and bendamustine (chemotherapy). In 2011 he was noted to have multiple infections (pneumonia and flu) and received periodic treatments with intravenous immunoglobulin (IVIG) since then for immunocompromise due to his CLL and its treatment. In 2015 he was treated again with rituximab for an uptrending white blood cell count related to CLL. He then had disease progression on colonoscopy in November 2015 showing CLL in the colon wall, and started an oral medication called ibrutinib to treat his CLL, and remains on this drug.

In terms of his family history, his mother had lung cancer, father had hepatitis C, and sister had breast cancer. He was in the Navy in 1958-1962 and fueled jet aircraft with some jet fuel spray on his skin. He previously worked several jobs including in construction (building houses in South Carolina), in automotive

sales, teaching at Costal Carolina University, and an exterminator. He denied toxic exposures during his work experiences.

Pertinent to this matter, regarding his Roundup exposure, per his deposition transcript, he started using Roundup Grass and Weed Killer in South Carolina in 1983 intermittently mid-1983 to 1988. Then he reported using it on average at least 5 days per week and approximately 1.5 to 3 hours a day between 1988 to 1991 around his golf course in Georgetown, SC. He then continued to use Roundup from 1991 to 2019 outside his residence in West Hempstead, NY, though he was not certain he used Roundup specifically during this time. He used the spray form with a hose and wand. He did not wear specific protective gear while using Roundup, sometimes feeling the spray return on his skin.

## 6. Case Discussion and Opinions

1)  Chronic lymphocytic leukemia (CLL)

The approach to cancer assessment includes attention to diagnosis, staging, prognostication, treatment, and surveillance. Mr. Bulone's diagnosis was confirmed as CLL in 1994. CLL is considered by the World Health Organization (WHO) to be a type of lymphoid cancer since it derives from a B cell, similar to other non-Hodgkin lymphomas (NHL).[1] Though the term "leukemia" may be confusing, CLL behaves similarly to its NHL counterpart called small lymphocytic lymphoma (SLL), with the caveat that in CLL, the malignant B cells can also be found in circulation, hence the term "leukemia."[2] SLL/CLL typically behaves as an indolent (slow growing) NHL that accounts for 1.1% of all new cancer diagnoses and about 5% of all NHL.[3] The median age of diagnosis is 70, and the median age of death is 82, with a 5-year survival rate of 88%.[2] There are racial differences in the incidence of CLL, with Caucasians having higher rates that other races.[3] In terms of geographic distribution, NHL is more common in industrialized nations, and in the United States, new cases are most incident in California, followed by Florida, New York, Texas, and Pennsylvania.[4]

NHL is thought to arise from maturation arrest and multistep malignant transformation of mature B cells in the germinal center of a lymph node, an area of the body where immune cells such as a B and T cells ordinary gear up to fight infections. B cells are humoral immune cells that normally travel from the bone marrow to the lymph nodes through lymphatic channels in order to become more mature and capable of producing antibodies that mount an immune response against specific infections.[5] Either a blood sample or lymph node biopsy is required to make the diagnosis of CLL. While CLL is most commonly found in blood, it can also occur in lymph nodes, the bone marrow, bone, as well as extra-nodal sites such as the liver or spleen.

To make sense of the many subtypes of NHL, they can generally be grouped into different categories that include indolent (i.e. slowly growing) or aggressive (i.e. faster growing) types. SLL/CLL is an indolent type of NHL that requires treatment in some instances, for example due to rising white blood cell count, reduction of other blood cell counts, or other issues such as symptoms arising from an enlarging spleen.[2] CLL also has the potential to evolve into a more aggressive form called diffuse large B cel lymphoma (DLBCL). The terminology distinguishing these subtypes of NHL and their diagnostic criteria are derived from the 2016 World Health Organization (WHO) classification of tumors of hematopoietic and lymphoid tissue.[1]

2)  Prognosis and Treatment

Prognosis in oncology, which is the ability to predict an outcome such as time to relapse (i.e. progression-free survival, PFS) or time to death (i.e. overall survival, OS) is typically based on prognostic scoring systems derived from population-based data to produce estimates, often expressed as median

4

values, that can be applied to individual patients. Prognostic estimates are not meant to pinpoint the exact time when a patient will have a prognostic event, but rather provide an expectation for the typical course of a disease. As such, some patients can have either a shorter or longer survival than estimated by prognostic measures. These prognostic systems are expected to evolve over time, and prognosis can improve more drastically as revolutionary discoveries regarding pathogenesis, detection, and/or treatment occur. Prognosis in CLL has evolved substantially since the time of Mr. Bulone's initial diagnosis in 1994 and includes genetic markers that were not available at the time.[2] The survival of CLL in general is between 2 to 20 years, with a median of 10 years, and this has improved with the introduction of novel agents such as ibrutinib.[6] Fortunately Mr. Bulone has surpassed the median expected OS. The necessity of his intermittent treatments to date is typical, as CLL often has a relapsing and remitting course.[2]

3) Complications of Mr. Bulone's CLL and its treatment

Both CLL and its treatment can produce complications, including psychological distress, physical symptoms such as fatigue or pain, immunocompromise, infections, and reduced quality of life. Mr. Bulone experience several of these symptoms including stress related to his CLL diagnosis, infections associated with immunocompromise, and enlarged spleen requiring splenectomy.

4) Exposures

Mr. Bulone had exposure to jet fuel during his time in the Navy. He has an 85-pack-year cigarette smoking history. His Roundup exposure has been over a 36 year period, with exposure through skin and possibly inhaled product, beginning more than 10 years prior to his CLL diagnosis. He also used Viper Insecticide Concentrate every weekday between 2000-2010 during his work as an exterminator. By my assessment, Mr. Bulone's exposure has been well beyond any of the metrics used in epidemiologic studies examining NHL and Roundup. More specifically, per Dr. Clark's report, Mr. Bulone's time-weight exposure to glyphosate has been between 42-105 days, or 337-843 hours between 1983-1991.

5) Etiology and risk factors for the development of CLL

(a) General risk factors

In general, cancer is caused by inherited or acquired defects, most often originating in DNA, resulting in one or more mutations that lead a normal cell to develop a proliferative advantage and/or arrest of its normal development, leading to organ dysfunction. DNA is the genetic material within each cell that regulates the biological functions of that cell, and ultimately that tissue/organ in which the cell exists. In hematologic malignancies such as CLL, organ dysfunction can manifest in the form of bone marrow compromise and resultant alterations in normal blood counts, organ enlargement, immunocompromise and increased risk for infections, systemic inflammation with constitutional symptoms, such as fevers, night sweats, and/or weight loss, or symptoms related to the anatomic location(s) of the lymphoma.

The etiology of lymphoma includes a heterogeneity of risk factors by subtype.[7] Recognized risk factors for the development of NHL include age over 65, male gender, white ethnicity, obesity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific infections (e.g. HIV), prior chemotherapy, certain medications such as immunosuppressants, occupational or environmental exposures, such as benzene, tobacco smoke, radiation exposure, and a family history of hematologic malignancy.[8]

Genes that promote cancer development are called oncogenes, and those that suppress cancers are called tumor suppressor genes. Cancer often results from mutations in these genes that result in either

Exhibit B Page - 4

4.  Temporality: epidemiologic studies have shown that exposure to GBFs increases the risk of NHL, and that this can occur with a latency period over decades.

5.  Biological gradient: while below standard doses of glyphosate in Roundup have shown to promote cellular changes that can occur in NHL, clearly higher doses or prolonged exposures increase risk.

6.  Plausibility: as reviewed above, chromosomal damage can occur with exposure to GBFs and this can be demonstrated in a mechanistic fashion when exposing either cell cultures or animals to glyphosate. Oxidative stress, DNA double strand breaks, and increased expression of lymphoma-promoting mutations have all been associated with glyphosate exposure to lymphocytes.

7.  Coherence: when taking into account human studies of either cell cultures or epidemiologic data, the preponderance of data argue for a causative effect of GBFs on lymphomagenesis. The IARC reviewed these data in detail as noted above and concluded there was sufficient evidence to at the least link glyphosate to being a carcinogen.

8.  Experiment: as described above, using data from in vitro and in vivo studies, animal models, and retrospective epidemiologic studies from GBP exposures, there are clearly increased risk for NHL when human tissue is exposed to glyphosate and systemic absorption occurs.

9.  Analogy: while differences in GBP due to proprietary components such as surfactants may account for different latency periods in development of NHL, similar patterns of exposure lead to similar outcomes of malignancy.


## 7. Conclusions

In this case, Mr. Bulone was diagnosed with CLL, a lymphoid malignancy that is categorized as a mature B cell neoplasma similar to other more common types of B cell NHL, and had prolonged duration of exposure to Roundup prior to and during his diagnosis and relapses. I believe it is possible to draw a line between his Roundup exposure and specific causation to his CLL. Evidence linking jet fuel and smoking to CLL, as Mr. Bulone had in his exposure history, is lacking, so these have been ruled out as contributory factors in this case. Mr. Bulone was diagnosed with CLL at a much younger age and within the latency period of 10-30 years expected for NHL following exposure to Roundup, and based on the above report and differential diagnosis, I conclude to a reasonable degree of medical certainty that Mr. Bulone's Roundup exposure was a significant contributory factor to his NHL.


## 8. Additional Matters

I have been deposed three times before, twice regarding Roundup litigation. First in 2021 after being retained by the plaintiff's attorney to provide expert review of the following 3 cases: *Savory v. Monsanto* (Case No. 3:20-cv-02403-VC), *Spector v. Monsanto* (Case No. 3:20-cv-05532), *Thomas v. Monsanto* (Case No. 3:20-cv-08051-VC), as well in 2022 in for *Alesi v. Monsanto* (Case No. 19SL-CC03617), and have testified once in court regarding the latter litigation, and in 2023 for *Caccia v Monsanto* (Case No. 3:16-md-02741-VC). I have also been deposed in 2022 as an expert of the Plaintiff in *Little v. Emory Healthcare* (21CV2339). I have given trial testimony in D'Souza v. Balar, Oza, and Montefiore Medical (Case No. *34468/2018e*). My hourly rate for review of medical records, meetings, research on scientific literature related to a case, and report preparation is $400 per hour. My rate for deposition or court testimony is $4,000 per day.

9.  **Curriculum vitae** (see attached)

Thank you for the privilege and opportunity to review of Mr. Bulone's case. Please let me know if I can be of further assistance.

*Marc Braustein*

Marc Braunstein, MD, PhD, FACP


10. **References**

1.      Swerdlow, S.H., Campo, E., Pileri, S.A., Harris, N.L., Stein, H., Siebert, R., Advani, R., Ghielmini, M., Salles, G.A., Zelenetz, A.D., et al. (2016). The 2016 revision of the World Health Organization classification of lymphoid neoplasms. Blood *127*, 2375-2390.
2.      Hallek, M., Cheson, B.D., Catovsky, D., Caligaris-Cappio, F., Dighiero, G., Dohner, H., Hillmen, P., Keating, M., Montserrat, E., Chiorazzi, N., et al. (2018). iwCLL guidelines for diagnosis, indications for treatment, response assessment, and supportive management of CLL. Blood *131*, 2745-2760.
3.      Databse, S. https://seer.cancer.gov/statfacts/html/clyl.html.
4.      (2018). Centers for Disease Control and Prevention. *https://gis.cdc.gov/Cancer/USCS/#/AtAGlance*.
5.      Kumar, V., Abbas, A.K., Aster, J.C., and Robbins, S.L. (2013). Robbins basic pathology, 9th Edition, (Philadelphia, PA: Elsevier/Saunders).
6.      Ahn, I.E., Tian, X., Ipe, D., Cheng, M., Albitar, M., Tsao, L.C., Zhang, L., Ma, W., Herman, S.E.M., Gaglione, E.M., et al. (2021). Prediction of Outcome in Patients With Chronic Lymphocytic Leukemia Treated With Ibrutinib: Development and Validation of a Four-Factor Prognostic Model. J Clin Oncol *39*, 576-585.
7.      Morton, L.M., Slager, S.L., Cerhan, J.R., Wang, S.S., Vajdic, C.M., Skibola, C.F., Bracci, P.M., de Sanjose, S., Smedby, K.E., Chiu, B.C., et al. (2014). Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr *2014*, 130-144.
8.      Thandra, K.C., Barsouk, A., Saginala, K., Padala, S.A., Barsouk, A., and Rawla, P. (2021). Epidemiology of Non-Hodgkin's Lymphoma. Med Sci (Basel) *9*.
9.      Cerhan, J.R., and Slager, S.L. (2015). Familial predisposition and genetic risk factors for lymphoma. Blood *126*, 2265-2273.
10.     Perry, A.M., Diebold, J., Nathwani, B.N., MacLennan, K.A., Muller-Hermelink, H.K., Bast, M., Boilesen, E., Armitage, J.O., and Weisenburger, D.D. (2016). Non-Hodgkin lymphoma in the developing world: review of 4539 cases from the International Non-Hodgkin Lymphoma Classification Project. Haematologica *101*, 1244-1250.
11.     (2003). In Toxicologic Assessment of Jet-Propulsion Fuel 8. (Washington (DC)).
12.     Benbrahim-Tallaa, L., Baan, R.A., Grosse, Y., Lauby-Secretan, B., El Ghissassi, F., Bouvard, V., Guha, N., Loomis, D., Straif, K., and International Agency for Research on Cancer Monograph Working, G. (2012). Carcinogenicity of diesel-engine and gasoline-engine exhausts and some nitroarenes. Lancet Oncol *13*, 663-664.
13.     Bendtsen, K.M., Bengtsen, E., Saber, A.T., and Vogel, U. (2021). A review of health effects associated with exposure to jet engine emissions in and around airports. Environ Health *20*, 10.
14.     Insectiside, V. https://www.solutionsstores.com/amfilerating/file/download/file_id/3259/.
15.     Naphthalene. https://www.epa.gov/sites/default/files/2016-09/documents/naphthalene.pdf.