# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS      MDL NO. 2741
     LIABILITY LITIGATION
 5                               CASE NO. MDL NO.
                                 3:16-MD-02741-VC
 6
     This document relates to:
 7
     ANGELO BULONE VS. MONSANTO
 8   COMPANY

 9   CASE NO. 3:20-CV-03719-VC

10

11

12
     VIDEOTAPED DEPOSITION OF MARC J. BRAUNSTEIN, M.D.
13
     _____
14

15   DATE TAKEN: October 24th, 2023

16   TIME BEGAN: 9:27 a.m. Eastern

17   TIME ENDED: 11:08 a.m. Eastern

18   LOCATION: (Via videoconference)

19

20

21

22

23   REPORTED BY:   Anthony C. DiMartino, CSR
                    Golkow Litigation Services
24

25
```

Exhibit C Page - 1

Marc O. Braunstein, M.D.

```
 1    APPEARANCES:

 2

      FEARS NACHAWATI, PLLC
 3    BY: GIBBS HENDERSON, ESQUIRE
      5489 Blair Road
 4    Dallas, Texas 75231
      214-890-0711
 5    ghenderson@ntrial.com
      (Via videoconference)
 6    Representing the Plaintiff

 7

      NELSON, MULLINS, RILEY & SCARBOROUGH LLP
 8    BY: HEATHER M. FIELDS, ESQUIRE
      901 East Byrd Street
 9    Suite 1650
      Richmond, VA 23219
10    804.533.2900
      heather.fields@nelsonmullins.com
11    (Via videoconference)
      Representing the Defendant
12
      Also Present: Maddie Howell, videographer
13    (Via videoconference)

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit C Page - 2

Golkow Litigation Services                                    Page 2

 1   counsel regarding this matter?

 2       A.  No, not that I recall since I started, you

 3   know, work on the report about a year ago, so no,

 4   that completes it.

 5       Q.  And I'll scroll down.  This exhibit,

 6   Exhibit A to the responses to your deposition notice

 7   which I will mark as -- the entire document I'll

 8   mark as Exhibit 2 to this deposition.

 9           But beginning after the demarcation Exhibit

10   A is your CV; is that correct?

11       A.  Yes, that's correct.

12       Q.  And is this your most current CV?

13       A.  At the very top -- can you just scroll to

14   the top?

15           Yes, that's the most recent one.  Thank

16   you.

17       Q.  And you prepared this it appears October

18   4th of this year; is that correct?

19       A.  Yes.

20       Q.  And as part of this complete document

21   there's an Exhibit B which I'm scrolling to now.

22           This is a document dated October 23 of

23   2023.  Is this your most current report in this

24   matter?

25       A.  Yes.

Exhibit C Page - 3

Golkow Litigation Services                           Page 10

1   opinions?

2       A.  I reviewed his medical records and his

3   deposition and looked at all of his other potential

4   either exposures or comorbidities and then did a -

5   sort of a differential diagnosis to rule in or rule

6   out potential factors that may have contributed to

7   his CLL.

8       Q.  Let's talk a little bit about the risk

9   factors for CLL.  What are the current known risk

10  factors for CLL?

11      A.  So there are risk factors in general that

12  we mentioned.  I mean, in terms of age, you know,

13  race.  There's geography.  There are certain genetic

14  regions where CLL or non-Hodgkin lymphoma in general

15  is more common.

16          Those would be the main risk factors that

17  I'm aware of.

18      Q.  Okay.  And on page 6 of your report which I

19  will put up on the screen you include a section --

20  actually, it starts on page 5.

21          The paragraph reads that, "The etiology of

22  lymphoma includes a heterogenetic risk factor by

23  subtype.  Recognized risk factors for the

24  development of NHL include age over 65, male gender,

25  white ethnicity, obesity, geographic location,

Exhibit C Page - 4

Golkow Litigation Services                        Page 47

Marc U. Braunstein, M.D.

```
 1   inherited or acquired immunodeficiency, certain

 2   autoimmune disorders, specific infections including

 3   HIV, prior chemotherapy, certain medications such as

 4   immunosuppressants, occupational or environmental

 5   exposure such as benzine, tobacco smoke, radiation

 6   exposure and a family history of hematological

 7   malignancy.  Is that accurate?

 8        A.   Yes.

 9        Q.   So taking those one by one the first one is

10   age beginning at age 65, correct?

11        A.   Yes.

12        Q.   And Mr. Bulone was not 65 when he was

13   diagnosed, correct?

14        A.   No.  He was younger.

15        Q.   But Mr. Bulone is male, correct?

16        A.   Yes.

17        Q.   So his gender puts him at higher risk,

18   correct?

19        A.   Yes.

20        Q.   And Mr. Bulone is Caucasian, correct?

21        A.   Yes.

22        Q.   So his ethnicity puts him at higher risk,

23   correct?

24        A.   Yes.  Or at least more you know, within the

25   demographic spectrum in which CLL is more common.
```

Exhibit C Page - 5

Golkow Litigation Services                          Page 48

```
 1         Q.   And Mr. Bulone lived in New York City --
 2    I'm sorry -- in New York for at least 40 years
 3    before moving to South Carolina, correct?
 4         A.   Yes.
 5         Q.   So his geographic location puts him at a
 6    higher risk, correct --
 7         A.   Potentially, yes.
 8         Q.   -- because your report notes that New York
 9    is one of the top three U.S. states for cases of
10    NHL, correct?
11         A.   Yes, yes.
12         Q.   So even though he lived in South Carolina
13    when he was diagnosed he spent more than half his
14    life prior to diagnosis in New York, correct?
15         A.   Correct.   Yes.
16         Q.   And Mr. Bulone also had occupational
17    exposures as a result of his work with jet fuel and
18    benzine in the U.S. Navy, correct?
19         A.   Yes.
20         Q.   And so that puts him at higher risk,
21    correct?
22         A.   Yes.
23         Q.   And Mr. Bulone had a substantial smoking
24    history of over 34 years, correct?
25         A.   Yes, that's correct.
```

Exhibit C Page - 6

```
 1        Q.  And that puts him at higher risk as well,

 2   correct?

 3        A.  Not in my analysis I did not find an

 4   association with cigarette smoking and CLL.

 5        Q.  And Mr. Bulone also had a family history of

 6   cancer.  His mother died of lung cancer, his sister

 7   had breast cancer and his paternal aunt had

 8   leukemia, correct?

 9        A.  Yes.

10        Q.  So family history of cancer puts him at

11   higher risk, correct?

12        A.  In general for cancer, yes.

13        Q.  So of the 13 risk factors that are listed

14   in your report Mr. Bulone had at least six of them,

15   correct?

16        A.  Yes.

17        Q.  And did you look at any studies or

18   literature regarding risk factors specific to CLL in

19   forming your opinions regarding this matter?

20        A.  Regarding risk factors for CLL

21   specifically?

22        Q.  Yes.

23        A.  Just to the extent that they are mentioned

24   in my report.

25        Q.  And do you agree that Roundup is -- Roundup
```

Exhibit C Page - 7

1  contributing factor to Mr. Bulone's NHL?

2      A.  So I would say that I can't rule it out

3  entirely, but that the majority of the literature,

4  you know, points toward an association with

5  different types of cancers than what he developed.

6          But depending upon the nature of the

7  exposure and the benzine and whether he used any

8  protective gear which I'm not aware, you know, that

9  might impact my opinion, but I can't rule out

10  entirely that benzine exposure from jet fuel could

11  have contributed.

12      Q.  So it's possible that the benzine exposure

13  cold have contributed to Mr. Bulone's NHL?

14      A.  It's possible.  Possible.

15      Q.  You also have a Section D for Viper

16  insecticides --

17      A.  Yes.

18      Q.  -- where you mention that there's a

19  component of the Viper insecticide that's considered

20  to be carcinogenic; is that correct?

21      A.  That's correct.

22      Q.  In terms of Mr. Bulone's exposure to Viper

23  insecticide where did you obtain that information?

24      A.  In terms of his exposure to it or in terms

25  of -- yeah, I believe it was from his deposition and

Exhibit C Page - 8

Golkow Litigation Services                        Page 54

```
 1   end of your report as references.
 2          In fact, there are 55 I believe listed for
 3   both reports; is that accurate?
 4      A.   That's correct.  That's correct.
 5      Q.   So you didn't review any new material?
 6      A.   That's correct.
 7      Q.   So what lead to the change in terms of
 8   ruling out jet fuel and smoking as potential
 9   contributory factors?
10      A.   In just reviewing those references
11   specifically for CLL.
12          And, you know, I still stand by that
13   statement that, you know, there is literature for
14   smoking contributing to non-Hodgkin lymphoma, but I
15   think in this case it's not substantiated for CLL.
16          As far as the jet fuel I think that we said
17   previously during this deposition that it can't be
18   ruled out entirely that he was exposed to benzine
19   which could be a contributing factor.
20      Q.   So it's your testimony here today that
21   benzine could be a contributing factor, correct?
22      A.   In general, yes.
23      Q.   And that's in contradiction to paragraph 7
24   of your 2023 report that says that you have ruled
25   that out as a contributory factor, correct?
```

Exhibit C Page - 9

1    A.   I ruled it out based on, you know, the

2    available evidence that I have.

3         Again, I haven't seen any reports from any

4    experts in this case about his benzine -- the nature

5    of his benzine exposure, but again it can't be a

6    hundred percent ruled out.

7    Q.   Okay.  So his benzine exposure can not be

8    ruled out is your opinion, correct?

9    A.   Yes.

10   Q.   And you indicated that in terms of benzine

11   exposure that you didn't have a dosage necessarily,

12   but did you have a dosage for his glyphosate

13   exposure when you formulated your opinions in 2023?

14   A.   In 2023 just from Dr. Clark's time weighted

15   exposure information.

16   Q.   And do you know how that number was

17   calculated by Dr. Clark?

18   A.   I don't know all of the details, but it was

19   his expert assessment that based on the number of

20   anticipated days of exposure that Mr. Bulone

21   reported he was able to calculate the time weighted

22   exposure days.

23   Q.   And in your report you mentioned that Mr.

24   Bulone's Roundup exposure is more than the minimum

25   exposure reported in epidemiologic studies

Exhibit C Page - 10

Golkow Litigation Services                        Page 62

```
 1   criteria.

 2        Q.  Do you know the internal dose of glyphosate

 3   needed to increase the risk of NHL?

 4        A.  I do not.

 5        Q.  And you did not calculate an internal dose

 6   of glyphosate for Mr. Bulone, did you?

 7        A.  That's correct.

 8        Q.  I believe that as you just testified --

 9   actually, let me start again.

10           Do you agree that the risk factors that we

11   discussed earlier - race, age, gender, family

12   history, smoking exposure to benzine and other

13   factors - could be substantial contributing factors

14   to Mr. Bulone's NHL?

15        A.  I mean, they could be associated with

16   increased risk of NHL.

17        Q.  And are these risk factors well accepted in

18   the oncology community?

19        A.  Certainly age and race and perhaps

20   geography are.

21        Q.  And can you quantify the percentage of

22   contribution that each risk factor has made to

23   causing his CLL?

24        A.  I cannot.

25        Q.  Can you rank them in terms of their
```

Exhibit C Page - 11

Golkow Litigation Services                          Page  65

1    significance?

2        A.   It's difficult to rank them because, you

3    know, there were things that were modifiable and

4    things that were not.

5            Obviously his race was not modifiable, so

6    I'm not sure how you would rank that compared to his

7    let's say Roundup exposure which was modifiable

8    potentially.  So obviously in my reports I weigh his

9    Roundup exposure significantly as contributing, but

10   I don't know if I can necessarily rank them.

11       Q.   And other modifiable factors would include

12   his smoking history, correct?

13       A.   As an exposure, yes.

14       Q.   And another modifiable risk factor would be

15   his exposure to benzine, correct?

16       A.   Yes.  Again, it's an exposure that's

17   modifiable.

18       Q.   And so how could you -- how would you be

19   able to rank those exposures as risk factors in

20   comparison to his Roundup exposure?

21       A.   Well, I attempted to rule those out.  When

22   I reviewed the literature I wanted to weigh the

23   different exposures and rule those out as being

24   substantial contributors compared to his Roundup

25   exposure.

Exhibit C Page - 12

Golkow Litigation Services                              Page 66

Marc C. Braunstein, M.D.

```
 1          Q.   Can a person have multiple substantial
 2    contributing factors?
 3          A.   In general, sure.
 4          Q.   And would you agree with me that people can
 5    have NHL or CLL who were not exposed to Roundup?
 6          A.   Yes.
 7          Q.   And people can have NHL or CLL who have no
 8    risk factors at all, correct?
 9          A.   Potentially, yes.
10          Q.   Would you agree with me that doctors do not
11    fully understand what causes NHL?
12          A.   I would -- I mean, it's a fair statement.
13               I would, you know, clarify it by saying
14    that we don't always know in an individual case what
15    the inciting factor was.
16          Q.   Do you know how long it takes for NHL to
17    develop after the first cancer cell is created in
18    the body?
19          A.   I do not.
20          Q.   And what is the latency period for NHL?
21          A.   It can be anywhere from -- well, you know,
22    it depends.
23               There are some NHLs that are more
24    aggressive and that latency may be shorter, but it
25    can vary anywhere from months to years or decades.
```

**Exhibit C Page - 13**

```
 1   Bulone's initial presentation, workup, treatment or

 2   response to therapy that tells you Roundup caused

 3   Mr. Bulone's cancer?

 4        A.  No, there's no diagnostic test.

 5        Q.  And there's nothing unique about Mr.

 6   Bulone's CLL that indicates it was caused by

 7   glyphosate, correct?

 8        A.  There's nothing unique in his pathological

 9   assessment or presentation.

10        Q.  If you saw Mr. Bulone as a cancer patient

11   and he never had any Roundup or glyphosate exposure

12   what would you tell him was the cause of his NHL?

13        A.  It's very hypothetical, but I think that I

14   would try to do an assessment of his exposures or

15   his risk factors and more likely than not, you know,

16   as I tell many patients it's -- we may not be able

17   to identify the cause.

18        Q.  What would you say in terms of percentage

19   of patients with CLL have no known cause for their

20   cancer?

21        A.  I'm sorry.  What was the first part of that

22   question?  What would I say about that statement --

23        Q.  What percentage of your patients with CLL

24   would you say have no known cause for their cancer?

25        A.  It's hard to quantify an exact percentage,
```

```
 1   SIGNATURE OF DEPONENT:

 2     I, the undersigned, MARC BRAUNSTEIN, M.D.,

 3   do hereby certify that I have read the foregoing

 4   deposition transcript and find it to be a true and

 5   accurate transcription of my testimony, with the

 6   following corrections, if any:

 7

 8   PAGE LINE CHANGE

 9   ____ ___ _____

10   ____ ___ _____

11   ____ ___ _____

12   ____ ___ _____

13   ____ ___ _____

14   ___ ___ _____

15   ___ ___ _____

16   ____ ___ _____

17   ____ ___ _____

18   ____ ___ _____

19   ____ ___ _____

20   ____ ___ _____

21   ____ ___ _____

22   ____ ___ _____

23   ____ ___ _____

24   _____ _____

25     MARC BRAUNSTEIN, M.D.  {Date}
```

Exhibit C Page - 15

Golkow Litigation Services                          Page 74

Marc C. Braunstein, M.D.

```
 1        CERTIFICATION:

 2        STATE OF NEW YORK

 3        COUNTY OF ONTARIO

 4            I, ANTHONY C. DiMARTINO, C.S.R. the officer

 5        before whom the foregoing deposition was taken, do

 6        hereby certify that the witness whose testimony

 7        appears in the foregoing deposition was duly sworn

 8        by me.

 9            I further certify that the testimony of said

10        witness was taken by me in Stenotype and thereafter

11        reduced to typewriting under my supervision.

12            I further certify that the said deposition

13        constitutes a true record of the testimony given by

14        said witness to the best of my ability.

15            I further certify that the said deposition was

16        taken before me at the time and place specified in

17        the notice.

18            I further certify that I am neither counsel

19        for, related to, nor employed by any of the parties

20        to the action in which this deposition was taken,

21        nor financially or otherwise interested in the

22        outcome of the action.

23

24            Anthony C. D. Martino

25            Anthony C. DiMartino, C.S.R.
```

Exhibit C Page - 16

Golkow Litigation Services                                    Page 75