| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel:  202-847-4030 | Fax:  202-847-4005<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel:  202-898-5843 | Fax:  202-682-1639 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel:  202-662-6000<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>K. Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel:  415-675-3400 | Fax:  415-675-3434<br><br>Jed P. White (CA Bar No. 232339)<br>(jed.white@bclplaw.com)<br>Linda C. Hsu (CA Bar No. 239880)<br>(linda.hsu@bclplaw.com)<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel:  310-576-2100 | Fax:  310-576-2200 |

*Attorneys for Defendant Monsanto Company*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*Michael J. Caccia v. Monsanto Co.*,<br>3:20-cv-01915-VC | MDL No. 2741<br><br>Case No.:  3:16-md-02741-VC<br><br>**DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. MARC BRAUNSTEIN**<br><br>Hearing:<br>Date:     March 1, 2024<br>Time:    10:00 a.m.<br>Place:    San Francisco Courthouse,<br>              Courtroom 4 – 17th Floor |

**DECLARATION OF LINDA C. HSU**

I, Linda C. Hsu, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion to Exclude Testimony of Dr. Marc Braunstein. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition of Dr. Marc Braunstein in the case *Thomas et al. v. Monsanto Co.*, No. 3:20-cv-08051 (N.D. Cal.).

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the deposition of Dr. Marc Braunstein in the above-captioned matter.

4. Attached hereto as Exhibit C is a true and correct copy of the expert report of Dr. Marc Braunstein in the above-captioned matter.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 13, 2023, at Santa Monica, California.

_____
Linda C. Hsu

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Linda C. Hsu*
Linda C. Hsu