# EXHIBIT A

```
 1  UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
 2  ---------------------------------------------X
    This document relates to:
 3

    Troy Wilson Thomas and Josephine
 4  Ventura, husband and wife,
    v. Monsanto Company
 5  Case No. 3:20-cv-08051-VC
 6                                      .
    ---------------------------------------------X
 7

 8

 9          TUESDAY, AUGUST 17, 2021
10      VIDEOTAPED DEPOSITION of Marc J.
11  Braunstein, M.D., conducted at the Inn at
12  Great Neck, 30 Cutter Mill Road, Great Neck,
13  New York, commencing at 9:05 a.m., on the
14  above date, before Nicole Veltri, Registered
15  Professional Reporter and Certified Realtime
16  Reporter.
17
18
19
20
21
22
23
24
```

```
 1   A P P E A R A N C E S:
 2
     WAPNER, NEWMAN, BRECHER & MILLER, PC
 3       Attorneys for the Plaintiffs
         2000 Market Street, Suite 2750
 4       Philadelphia, Pennsylvania 19103
         BY: JARAD L. SILVERSTEIN, ESQ.
 5       jsilverstein@wapnernewman.com
 6
     THE PIORKOWSKI LAW FIRM, PC
 7       Attorneys for the Defendant
         MONSANTO COMPANY
 8       1800 K Street, NW, Suite 1000
         Washington, DC, 20006
 9       BY: JOSEPH D. PIORKOWSKI, JR., ESQ.
         JPiorkowski@PiorkowskiLaw.com
10
11   NELSON MULLINS
         Attorneys for the Defendant
12       MONSANTO COMPANY
         1320 Main Street, 17th Floor
13       Columbia, South Carolina 29201
         BY: ELAINE YAP, ESQ.
14       elaine.yap@nelsonmullins.com
15
16
     ALSO PRESENT:
17   DANNY ORTEGA: Legal Videographer
18       *     *     *
19
20
21
22
23
24
```

```
 1   publications, it appears that multiple
 2   myeloma is a strong area of research
 3   interest it appears?
 4        A.   That's correct.
 5             MR. SILVERSTEIN:  Objection to
 6        form.
 7        Q.   And it appears that over half of
 8   your publications relate to multiple
 9   myeloma; is that correct?
10        A.   I haven't tallied them up but a
11   substantial portion, yes.
12        Q.   Within hematology/oncology
13   community, are you regarded as the -- for
14   lack of a better term -- in-house expert on
15   multiple myeloma?
16             MR. SILVERSTEIN:  Objection to the
17        form.  You can answer.
18        A.   Among my colleagues, yes.  They
19   ask me for advice on multiple myeloma, yes.
20        Q.   How -- your practice
21   encompasses -- let me back up.
22             So you are a hematologist and an
23   oncologist, correct?
24        A.   Yes.
```

```
 1   cause for non-Hodgkin's lymphoma?
 2        A.   I would agree with that for the
 3   majority of cases you're not able to.
 4        Q.   Before you became involved in this
 5   litigation, had you ever told any of your
 6   patients that Roundup was the cause of their
 7   non-Hodgkin's lymphoma?
 8        A.   No, sir.
 9        Q.   Have you ever told a patient that
10   Roundup was the cause of their lymphoma
11   including since you became involved?
12        A.   Not to my knowledge, no.
13        Q.   Have you ever published any
14   articles about risk factors or causes of
15   non-Hodgkin's lymphoma generally or diffuse
16   large B-cell lymphoma specifically?
17        A.   I have not.
18        Q.   Have you published any article
19   about any aspect of the diagnosis or
20   treatment of non-Hodgkin's lymphoma?
21        A.   I have not.
22        Q.   Have you ever designed an
23   epidemiologic study on Roundup or
24   glyphosate?
```

Marc J. Braunstein, M.D.

1  conducted, genotoxicity studies on any
2  chemical product?
3      A.   No, sir.
4      Q.   Other than the reading that you've
5  done for this case, do you have any
6  experience, education, or expertise in the
7  carcinogenicity of glyphosate or Roundup?
8      A.   No, sir.
9      Q.   Have you ever personally used
10 Roundup?
11     A.   I have not.
12     Q.   So let me just ask you some
13 questions.  This is under the heading of
14 cell biology and understanding some things
15 about lymphocytes.
16     A.   Sure.
17     Q.   Is it correct that most of the
18 cells in our body replicate; is that right?
19     A.   That's not correct.
20     Q.   That's not correct?
21     A.   I disagree.  There are some cells
22 that are senescent meaning they tend to stay
23 put and don't divide, and then there are
24 some cells that divide infrequently; and

```
1      A.   Yes, sir.
2      Q.   And when was that, sir?
3      A.   I believe that was around March of
4  this year.
5      Q.   Okay.
6      A.   Shortly after that.
7      Q.   And were you -- had you ever
8  worked with him previously?
9      A.   No, sir.
10     Q.   At the time you were originally
11 retained, had you already -- did you already
12 have an opinion about whether glyphosate or
13 Roundup caused non-Hodgkin's lymphoma?
14     A.   No, sir.
15     Q.   Prior to the time you were
16 retained as an expert, had you ever read any
17 articles in the medical literature
18 concerning glyphosate and non-Hodgkin's
19 lymphoma?
20     A.   Not that I recall, no.
21     Q.   When's the first time to your
22 recollection that you ever heard about a
23 possible association between Roundup and
24 NHL?
```

```
 1      A.   For this case or these cases?
 2      Q.   So before becoming involved in
 3 this litigation, it's fair to say you never
 4 read an article in the medical journal or
 5 heard a presentation at a medical meeting in
 6 which the author or the speaker took the
 7 position that glyphosate or Roundup caused
 8 non-Hodgkin's lymphoma, correct?
 9      A.   Yes, correct.
10      Q.   And were you -- what was your
11 understanding of your initial assignments in
12 this case and by this -- let me back up.
13           Because there's three different
14 cases and there are some general issues, I'm
15 going to try to parse this out in a way that
16 makes sense.
17      A.   Sure.
18      Q.   So were you retained in all three
19 cases at the same time?
20      A.   Yes, I think so.
21      Q.   You were asked to look at all
22 three cases?
23      A.   Yes.
24      Q.   So I would understand that there
```

```
 1      A.   Okay.
 2      Q.   Would you agree with me that
 3 there's not a consensus in the medical
 4 profession that glyphosate causes
 5 non-Hodgkin's lymphoma?
 6      A.   I would agree that the literature
 7 is -- the literature is not definitive on
 8 that; and, therefore, that leads the debate.
 9      Q.   Well, not only is it not
10 definitive, there's a number of individuals
11 who have strongly staked out the position
12 that glyphosate does not cause non-Hodgkin's
13 lymphoma, correct?
14           MR. SILVERSTEIN:  Objection to the
15      form.
16      A.   I am not aware of which
17 individuals you're referring to; but I would
18 say, you know, based on different things
19 I've read, there are differences in
20 opinions.  So, you know, it clearly --
21 there's debate about this; so I would
22 concede that there is debate in the field in
23 general and in the world about the status of
24 glyphosate as a carcinogen.
```

1    Q.   It's fair to characterize it as
2 controversial?
3         MR. SILVERSTEIN:  Objection to
4    form.
5    A.   Well, it's not; controversial is
6 necessarily a term we use frequently in
7 literature.  I mean, controversy may be
8 argumentive in a way whereas debate, you
9 know, it's debatable how you interpret the
10 literature.  If you want to call it
11 controversial, sure.
12   Q.   When we were talking earlier, you
13 were alluding to people who had different
14 views of the literature as differing in your
15 assessment of how they understood the
16 science.  Do you recall that discussion?
17   A.   I think that's part of -- yes, I
18 think that's part of science in general.
19   Q.   And do you think that with respect
20 to the question of whether glyphosate can
21 cause non-Hodgkin's lymphoma, that
22 reasonable scientific minds can differ?
23   A.   I think they do in this case, yes.
24   Q.   I want to turn to -- hang on one

1      D E C L A R A T I O N
2
3      I hereby certify that having been first
4 duly sworn to testify to the truth, I gave
5 the above testimony.
6
7      I FURTHER CERTIFY that the foregoing
8 transcript is a true and correct transcript
9 of the testimony given by me at the time and
10 place specified hereinbefore.
11
12
13
                              _____
14                            MARC J. BRAUNSTEIN, M.D.
15
16
17 Subscribed and sworn to before me
18 this _____ day of _____ 20___.
19
20

   _____
21    NOTARY PUBLIC
22
23
24

```
 1              C E R T I F I C A T E
 2
 3   STATE OF NEW YORK    )
                          :  SS.:
 4   COUNTY OF SUFFOLK    )
 5
 6       I, NICOLE VELTRI, RPR, CRR, a Notary
 7   Public for and within the State of New York,
 8   do hereby certify:
 9       That the witness whose examination is
10   hereinbefore set forth was duly sworn and
11   that such examination is a true record of
12   the testimony given by that witness.
13       I further certify that I am not related
14   to any of the parties to this action by
15   blood or by marriage and that I am in no way
16   interested in the outcome of this matter.
17       IN WITNESS WHEREOF, I have hereunto set
18   my hand this 17th day of August 2021.
19
20          _____
21               NICOLE VELTRI, RPR, CRR
22
23
24
```

```
 1                    - - - - - -

                       E R R A T A
 2                    - - - - - -

 3

 4     PAGE   LINE    CHANGE

 5     ____   ____    _____

 6        REASON:     _____

 7     ____   ____    _____

 8        REASON:     _____

 9     ____   ____    _____

10        REASON:     _____

11     ____   ____    _____

12        REASON:     _____

13     ____   ____    _____

14        REASON:     _____

15     ____   ____    _____

16        REASON:     _____

17     ____   ____    _____

18        REASON:     _____

19     ____   ____    _____

20        REASON:     _____

21     ____   ____    _____

22        REASON:     _____

23     ____   ____    _____

24        REASON:     _____
```