# EXHIBIT B

```
 1

 2              UNITED STATES DISTRICT COURT

 3            NORTHERN DISTRICT OF CALIFORNIA

 4    _____

 5    IN RE:  ROUNDUP PRODUCTS  :  MDL NO. 2741

 6    LIABILITY LITIGATION      :

 7    MICHAEL J. CACCIA, ET AL. :

 8    v.                        :

 9    MONSANTO CO, ET AL.       : CASE NO.  MDL NO.

10    CASE NO.                  :  3:16-md-02741-VC

11    3:20-cv-01915-VC          :

12    _____

13

14        This is the Examination Before Trial of

15               MARC BRAUNSTEIN, M.D.

16          taken on Tuesday, October 17, 2023,

17         held REMOTELY via Zoom, commencing at

18         12:55 p.m., concluding at 2:27 p.m.,

19          taken before Tonia L. Tinker, Court

20         Reporter and Notary Public in and for

21               the State of New York.

22

23

24
```

```
 1

 2   APPEARANCES:

 3

 4        ROSSETTI AND DeVOTO, PC

 5        Attorneys for Plaintiffs

 6             20 Brace Road

 7             Suite 115

 8             Cherry Hill, New Jersey  08034

 9        BY:  LOUIS J. DeVOTO, ESQ.

10

11        NELSON MULLINS RILEY & SCARBOROUGH, LLP

12        Attorneys for Defendant

13             151 Meeting Street

14             Suite 600

15             Charleston, South Carolina  29401

16        BY:  SARAH POWELL, ESQ.

17

18        Also Present:

19             Karen Keebler, videographer

20

21

22

23

24
```

1    review?

2        A.  So I was provided the deposition reports

3    from Ms. Caccia's treating physicians, Dr. Anosta;

4    and I was also provided the deposition from

5    Mr. Caccia and Ms. Caccia.

6        Q.  Did you have any discussions with

7    Mr. Caccia or Ms. Caccia outside of reviewing their

8    depositions?

9        A.  No.

10       Q.  You didn't conduct any kind of interviews

11   with them, right?

12       A.  Correct, I never met them.

13       Q.  Okay.  Did you have any kind of discussions

14   with other witnesses about this case?

15       A.  No.

16       Q.  Are you here to offer opinions about

17   general causation in this case?

18       A.  No, specific causation only.

19       Q.  So you're here to testify regarding

20   Mr. Caccia's Roundup and DLBCL only, right?

21       A.  Correct.

22       Q.  Okay.  And what is your opinion as it

23   relates to Mr. Caccia?

24       A.  That his, you know, chronic exposure to GBH

1    A.  I'm not aware of that, no.

2    Q.  Can you identify any test result, imaging

3  study, pathology report, or physical exam finding

4  that points to Roundup as the cause of Mr. Caccia's

5  DLBCL?

6    A.  No.

7    Q.  Was your -- what was your methodology for

8  arriving at your opinion in this case?

9    A.  I used the records provided, the history,

10  the reports of his exposure to Roundup, and,

11  ultimately, the toxicology report, you know,

12  confirmed that he had a substantial exposure.

13        And then, the kind of differential

14  diagnosis approach to look at the other potential

15  contributing factors and kind of weigh the evidence

16  of potential contributing factors.  And, you know,

17  apply the Bradford Hill criteria to -- to come to a

18  conclusion.

19    Q.  What were other contributing factors that

20  you considered?

21    A.  So Mr. Caccia's race, his age, his

22  geographic location, his weight, and his history of

23  cardiovascular disease.

24    Q.  Did you eliminate certain risk factors to

1   article?

2              (Exhibit Number 6 was marked for

3               identification.)

4        A.   Yes, this is one of my references.

5        Q.   Okay.  And this is an article by Larsson

6    titled:  Obesity and Risk of non-Hodgkin's lymphoma:

7    A meta-analysis?

8        A.   Yes.

9        Q.   And in this study, the authors access data

10   from ten cohort studies and six case-control studies

11   published between 1966 to 2007 identified through

12   MEDLINE?

13       A.   Yes.

14       Q.   Would you agree that the meta-analysis

15   results for all included studies found that,

16   compared to individuals of normal weight, which is a

17   BMI of less than 25, overweight subjects, who have a

18   BMI between 25 to 30 demonstrated a 7 percent

19   greater risk of NHL than in obese subjects, which

20   were individuals who had a BMI of greater than 30

21   had a 20 percent greater risk of developing NHL?

22       A.   Yes.

23       Q.   Okay.  And would you agree that this study

24   found a statistically significant increased risk of

 1   have exposure to Epstein-Barr virus; there are

 2   certain other infectious exposures that -- that are

 3   associated with different types of NHL that are not

 4   pertinent to Mr. Caccia.

 5          For example, margin -- a type called

 6   marginal zone lymphomas can be associated with

 7   certain bacteria, such as H. Pylori.  We talked

 8   about, you know, geography, how that there's an

 9   increased risk in certain geographic areas.  There

10   has been a literature about smoking, an increased

11   risk about first-degree relatives.

12          But just because somebody has one of those

13   features does not necessarily mean they are going to

14   develop NHL, just is a potential risk factor.

15      Q.  Right.  And I think you mentioned age as a

16   risk factor if they're older --

17      A.  Right.

18      Q.  -- they might have a higher, increased risk

19   of developing NHL.

20          I think you mentioned males -- males have a

21   higher risk of developing NHL, right?

22      A.  Yes.

23      Q.  We also discussed that being Caucasian puts

24   you at a higher risk for developing NHL?

```
 1        A.  Yes.

 2        Q.  Certain autoimmune disorders, correct?

 3        A.  Yes.

 4        Q.  Okay.  Certain inflammatory disorders, they

 5   put you at higher risk of developing NHL?

 6        A.  Potentially, yes.

 7        Q.  Okay.  And you mentioned certain

 8   infections, such as HIV, may put you at higher risk

 9   for NHL?

10        A.  Yes.

11        Q.  Previous cancers may put you at a higher

12   risk of developing NHL?

13        A.  I -- I wouldn't say -- I mean, all

14   cancers -- it's a -- it's possible, but I wouldn't

15   necessarily weigh any -- any cancer.  You know,

16   somebody has a Basil cell in their skin, I don't

17   believe they're necessarily at an increase for a --

18   specifically, for DLBCL.

19        Q.  What about -- and you mentioned the family

20   history of cancer, maybe it --  maybe --

21        A.  Well, specifically of lymphoma.

22        Q.  And you mentioned obesity?

23        A.  Yeah, we just reviewed where there -- there

24   is literature for that, yes.
```

1       Q.  Okay.  So obesity is a risk factor for NHL?

2       A.  I'd say it's -- it's --

3            MR. DeVOTO:  Objection.  Form.  You

4        can answer.

5       A.  I'd say it's an association.  I don't think

6   everybody who is obese is necessarily going to

7   develop lymphoma, but there is a -- a -- you know,

8   an association, yes.

9       Q.  Okay.  And what about diabetes?

10      A.  Sorry, I don't put that into the realm of

11  metabolic syndrome or cardiovascular disease.  And,

12  you know, there -- there is also literature that --

13  that metabolic disease can -- you know, which --

14  which, typically goes hand in hand with obesity

15  although not always that -- that can -- is

16  associated with -- with increased risk of lymphoma.

17      Q.  What about benzine exposure?  Does exposure

18  to benzine increase the risk of NHL?

19      A.  Potentially, there is, you know, a known

20  exposure to certain organic chemicals, so it's

21  possible.

22      Q.  And I think you testified previously that

23  you believe benzine is a risk factor for NHL?

24      A.  Yes, I stand by it.

Marc Braunstein, M.D.

1    Q.  So are all of the risk factors that we just

2  discussed, are they recognized in the medical

3  oncology community as risk factors?

4    A.  Yes.

5    Q.  And we discussed that Mr. Caccia, he's

6  obviously a male, he's Caucasian; is that correct?

7    A.  Yes.

8    Q.  And we were discussing his body weight, and

9  is it true that his BMI at times has been over 30,

10 correct?

11   A.  Yes.

12   Q.  And a BMI over 30, that's considered obese?

13   A.  Yes.

14   Q.  Okay.

15   A.  Yes, over -- over 30 is obese.

16   Q.  Okay.  Are you aware that Mr. Caccia's

17 mother had breast cancer?

18   A.  Yes, I -- I believe that was in my report.

19   Q.  Did that factor into your analysis at all?

20   A.  No.

21   Q.  Why not?

22   A.  Well, because I -- I -- my opinion is not

23 that -- you know, based on the literatures, that

24 it's not that any cancer history increases the risk

```
 1   for DLBCL.  You know, specifically, if you have a
 2   history of lymphoma, or perhaps a familial
 3   pattern -- so if his mother, and his grandparents,
 4   or -- or a sibling also had a similar pattern of
 5   malignancy, you could potentially cluster them as a
 6   familial pattern.  But just by virtue of his mother
 7   having breast cancer, I didn't weigh that into my
 8   differential diagnosis.
 9        Q.  So I saw in Mr. Caccia's medical records
10   that he'd been having high-fasting glucose.  I don't
11   think he was ever officially diagnosed with
12   diabetes, but I'm wondering if that's a
13   consideration that you took, or if that's something
14   you considered in forming your opinions?
15        A.  It's not something that I factored into
16   forming my opinions.
17        Q.  If he's had high-fasting glucose since
18   2010, why would you not consider that?
19        A.  Why would I not consider that?  Because I
20   didn't see that as a formal diagnosis of diabetes.
21        Q.  Okay.  What would you need to have a formal
22   diagnosis of diabetes?
23        A.  You know, I'm not an expert in diabetes,
24   but the things that typically go into making a
```

1   diagnosis include a hemoglobin A1C, I believe it's

2   greater than 6.5, and impaired fasting glucose.

3       Q.   And so he did have impaired fasting

4   glucose, right?

5       A.   Yes.  I don't know if that meets some, you

6   know, current criteria for diabetes, but, yes, he

7   did.

8       Q.   Would you agree that ten-plus years of

9   impaired high-fasting glucose would cause

10  inflammation in the body?

11      A.   It's possible, yes.

12      Q.   Okay.  Would that -- could that

13  inflammation potentially cause non-Hodgkin's

14  lymphoma?

15      A.   I -- I don't know.  I don't know if there's

16  a literature for that.

17      Q.   Do you think that you could rule that out

18  in your analysis?

19      A.   Well, I did -- I did rule that out in the

20  sense that I didn't consider it to be a pertinent

21  risk factor in the differential diagnosis.

22      Q.   But if that impaired fasting glucose is

23  causing years of inflammation, wouldn't that be a

24  consideration for you that would be relevant to your

Marc Braunstein, M.D.

1    opinions in this case?

2        A.   I suppose if there were literature

3    pertinent to Mr. Caccia that his degree of impaired

4    fasting glucose could be associated with

5    inflammation that leads to NHL, then, yes.

6        Q.   Would you agree that Roundup use is not

7    widely accepted by the medical oncology community as

8    a risk factor for non-Hodgkin's lymphoma?

9             MR. DeVOTO:   Object to the form of

10            the question.   You can answer.

11       A.   I -- I agree that it's -- it's not widely

12   considered by the medical community to be a risk

13   factor.   I think -- I think that the medical

14   community overall has not made a strong conclusion

15   about the importance of looking at the history of

16   glyphosate exposure.

17            And so I don't think it's -- it's

18   well-documented by oncologists in general.   But I

19   would say that it is not something that is on the,

20   you know, educational agenda to teach oncologists

21   that glyphosate is necessarily a -- something to

22   screen for in the history.

23       Q.   And you've never told any of your patients

24   that glyphosate, or Roundup, was the cause, or a

Marc Braunstein, M.D.

```
 1        Q.  So we were just discussing benzine as a
 2   potential risk factor for non-Hodgkin's lymphoma,
 3   right?
 4        A.  Yes.
 5        Q.  Would you agree that benzine is a natural
 6   part of gasoline?
 7        A.  I don't know to be honest.  I mean, I --
 8   I -- it's possible that it is in gasoline because
 9   gasoline is an organic chemical.  But I'm not sure,
10   but I will -- I will take it at face value that,
11   yes, it's possible that it's found in -- in
12   gasoline.
13        Q.  Would you consider benzine exposure as a
14   risk factor that could have attributed to
15   Mr. Caccia's NHL?
16        A.  No.
17        Q.  I'm sorry.  I didn't hear.  I think it
18   broke up.
19        A.  No, I did not.
20        Q.  Okay.  Are you aware that Mr. Caccia
21   testified that he was exposed to gasoline or diesel
22   fuel every day as part of his work at Respiratory
23   Tree and Landscape Service?
24        A.  Yes, I'm aware.
```

Marc Braunstein, M.D.

```
 1        Q.  Specifically, he said he was exposed when
 2   he filled and used the lawn mower every day?
 3        A.  Yes.
 4        Q.  And would you agree that he worked and
 5   owned Respiratory Tree and Landscape from 1986 to
 6   2019?
 7        A.  Yes.
 8        Q.  Would you agree with me that he would have
 9   over 30 years of exposure to benzine if he used
10   gasoline every day at his work?
11        A.  It's possible, yes.
12        Q.  But you didn't consider that a risk factor
13   in your analysis?
14        A.  I did not.
15        Q.  Why not?
16        A.  Well, his -- his deposition was --
17   transcript was provided after my report, but even --
18   even subsequent to the report -- you know, I
19   reviewed Dr. Sawyer's analysis, and he did not
20   indicate a significant exposure to benzine based on
21   his assessment, so I relied on Dr. Sawyer's report.
22        Q.  You didn't make your own determination as
23   to whether his benzine exposure could have
24   contributed to his NHL?
```

Exhibit B Page - 14

Marc Braunstein, M.D.

```
 1        A.  Not -- not in my report, no.  But at this
 2   moment, you know, based on -- based on my reliance
 3   on Dr. Sawer's report, I would -- I would rule it
 4   out.
 5        Q.  Did you say you would rule it out?
 6        A.  Yes.
 7        Q.  On what basis?
 8        A.  That Dr. Sawer's did not indicate that Mr.
 9   Caccia had a significant exposure to benzine that
10   would contribute to his NHL.
11        Q.  Well, did you or Dr. Sawer's calculate an
12   exposure analysis for his exposure to benzine?
13        A.  I did not.  I don't recall if Dr. Sawer's
14   report calculated the exposure analysis.  I know in
15   his report he had a table that did not suggest that
16   benzine was a significant contributing factor, but I
17   don't recall that he calculated exact exposure
18   amount.
19        Q.  If Mr. Caccia used gasoline every day in
20   his lawn mower, would you agree that his exposure to
21   benzine would be greater than his exposure to
22   Roundup?
23             MR. DeVOTO:  Object to the form of
24        the question.
```

Marc Braunstein, M.D.

```
 1   every day throughout his 30 years at his work at
 2   Respiratory Tree and Landscape, you can't rule out
 3   benzine as a substantial contributing factor of his
 4   NHL.  Does that sound --
 5              MR. DeVOTO:  Object to the form of
 6         the question.
 7      A.  I would say, yes.
 8      Q.  Okay.  So knowing what you know now, it's
 9   possible that benzine exposure could have been a
10   substantial contributing factor of his NHL?
11              MR. DeVOTO:  Object to the form of
12         the question.
13      A.  I would say that benzine exposure could be
14   a risk factor for anybody developing NHL, whether
15   the exposure Mr. Caccia had, I don't -- I don't
16   know.  But it is possible that if he was exposed
17   over 30-plus years to benzine, that that could have
18   contributed.
19      Q.  Okay.  So are we in agreement that the
20   recognized risk factors for Mr. Caccia are that he
21   is male; he is Caucasian; he dealt with obesity; he
22   had benzine exposure throughout his career; and you
23   mentioned, I believe, cardiovascular disease.
24              Are those risk factors -- the risk factors
```

Marc Braunstein, M.D.

```
 1        Q.  Can you quantify what percentage of DLBCL
 2   are caused by random mutations?
 3        A.  I don't know.
 4        Q.  Were you able to rule out random or
 5   sporadic genetic mutations as the cause of Mr.
 6   Caccia's NHL?
 7        A.  No.
 8        Q.  If you saw Mr. Caccia as a cancer patient
 9   and he never had any Roundup or glyphosate exposure,
10   what would you tell him was the cause of his NHL?
11             MR. DeVOTO:  Object to the form of
12        question.  Assuming he would tell him
13        any cause, but go ahead, he can answer.
14        A.  If I were to see Mr. Caccia, that's the
15   question, correct, and he was asking what the cause
16   was of his NHL, what would I tell him?
17        Q.  Yes, if he had no Roundup exposure.
18        A.  If he had no Roundup exposure?
19        Q.  Yes.
20             MR. DeVOTO:  Same objection.
21        A.  I see.  I think I would -- I would say that
22   most of the time, we do not know what the cause is,
23   and that we would have to do more work to obtain a
24   history of any potential other contributing factors.
```

Marc Braunstein, M.D.

```
 1   AFFIDAVIT:

 2

 3   STATE OF NEW YORK

 4   COUNTY OF _____

 5

 6

 7            I have read my deposition, and the

 8        same is true and accurate, save and except

 9        for changes and/or corrections, if any,

10        as indicated by me on the correction sheet

11        attached hereto.

12

13                  _____

14                       MARC BRAUNSTEIN, M.D.

15

16

17            SUBSCRIBED AND SWORN TO before me this

18        _____ day of _____, 20_____.

19

20

21                  _____

22                       NOTARY PUBLIC

23

24   My commission expires on _____.
```

Marc Braunstein, M.D.

```
1    ERRATA SHEET:

2    Case:  Michael J. Caccia, et al., v. Monsanto
     Company, et al
3
     Witness:  Marc Braunstein, MD
4

5    Page  Line  Correction and Reason

6    ____  ____  _____

7    ____  ____  _____

8    ____  ____  _____

9    ____  ____  _____

10   ____  ____  _____

11   ____  ____  _____

12   ____  ____  _____

13   ____  ____  _____

14   ____  ____  _____

15   ____  ____  _____

16   ____  ____  _____

17   ____  ____  _____

18   ____  ____  _____

19   ____  ____  _____

20   ____  ____  _____

21   ____  ____  _____

22   ____  ____  _____

23   ____  ____  _____

24   ____  ____  _____
```

**Exhibit B Page - 19**

Marc Braunstein, M.D.

```
1    ERRATA SHEET (continued):

2

3    Page  Line     Correction and reason

4    ____  ____  _____

5    ____  ____  _____

6    ____  ____  _____

7    ____  ____  _____

8    ____  ____  _____

9    ____  ____  _____

10   ____  ____  _____

11   ____  ____  _____

12   ____  ____  _____

13   ____  ____  _____

14   ____  ____  _____

15   ____  ____  _____

16   ____  ____  _____

17   ____  ____  _____

18   ____  ____  _____

19   ____  ____  _____

20   ____  ____  _____

21   ____  ____  _____

22   ____  ____  _____

23   ____  ____  _____

24   ____  ____  _____
```

Exhibit B Page - 20

```
 1   CERTIFICATION:

 2   STATE OF NEW YORK

 3   COUNTY OF STEUBEN

 4        I, TONIA L. TINKER, the officer before whom the

 5   foregoing deposition was taken, do hereby certify

 6   that the witness whose testimony appears in the

 7   foregoing deposition was duly sworn by me.

 8        I further certify that the testimony of said

 9   witness was taken by me in Stenotype and thereafter

10   reduced to typewriting under my supervision.

11        I further certify that the said deposition

12   constitutes a true record of the testimony given by

13   said witness to the best of my ability.

14        I further certify that the said deposition was

15   taken before me at the time and place specified in

16   the notice.

17        I further certify that I am neither counsel

18   for, related to, nor employed by any of the parties

19   to the action in which this deposition was taken,

20   nor financially or otherwise interested in the

21   outcome of the action.

22

23   _____

24        TONIA L. TINKER, Notary Public
```