# EXHIBIT C

July 17, 2023

Louis J. DeVoto, Esq.
Rossetti & DeVoto, PC
20 Brace Road, Suite 115
Cherry Hill, NY 08034
(856) 354-0900

**Re: *Michael Caccia v. Monsanto* (Case No.: 1:20-cv-01358-NLH-KMW and 3:20-cv-01915-VC)**

Dear Mr. DeVoto,

Thank you for the opportunity to review the confidential materials involving the case of Mr. Michael John Caccia *v.* Monsanto, and to offer my expert opinion as you requested as it applies to specific causation related to his Roundup exposure and the development of his diffuse large B cell lymphoma (DLBCL). In this regard, I have reviewed the records you provided, including outpatient and inpatient encounter notes from his medical doctors, his plaintiff fact sheet, and the expert reports provided (see section 4 below).

## 1. Introduction

As you are aware, I have no personal or professional relationship with the plaintiff or defendant involved in this case, and I have no conflicts of interest to report. I have never had any litigation brought upon me in either a personal or professional manner, disciplined professionally, or had my license suspended. Please see below as well as my attached CV for details regarding my background. As is customary, my time has been compensated by your law firm for preparing this report (see section 8), however the opinions expressed herein are based on my objective review of the case records and my compensation is not dependent on the outcome of this case. I have no stake in the outcome of the legal proceedings surrounding this case, and I am not aware of the details of any damages you and your client are seeking. Details of my prior deposition testimony can be found in section 8 below.

The following report summarizes my background and qualifications to serve as an expert witness in this case, as well as the methodology, factual review, and opinions expressed in this case. All the opinions are expressed to a reasonable degree of scientific and medical certainty. The opinions expressed herein are solely my own and do not represent those of my employer, NYU Langone Health, nor do they reflect professional advice that may transpire between me and my patients during routine clinical practice; these opinions are restricted to the facts of the case of Mr. Michael Caccia. Also please note that as required by my academic institution, I must disclose my participation and compensation as an expert witness. I also reserve the right to amend, supplement, or revise the opinions contained in this report and to offer additional opinions should new information become available to me, as well as to respond to the opinions and testimonies of Monsanto's experts.

## 2. Background

I am a physician duly licensed to practice medicine in the State of New York (license number 266441). I attended Brooklyn College on a full-tuition scholarship, where I earned a B.S. in biology and performed research on cell division in yeast. I next spent a year as a post-baccalaureate fellow in the National Institutes of Health Academy studying the nephrotoxic effects of chemotherapy. I then received my M.D. and Ph.D. degrees from SUNY Downstate Medical Center, completed an internal medicine residency at Northwell Health, and did my adult hematology/oncology fellowship training at NYU Langone Medical Center. I am triple board certified by the American Board of Internal Medicine in the areas of internal medicine, hematology, and medical oncology. I have a graduate degree in molecular and cellular

biology, having defended a thesis project involving the molecular biology of the bone marrow microenvironment of the blood cancer multiple myeloma, a cancer of mature B cells called plasma cells. My thesis worked was awarded the prestigious Robert F. Furchgott Award for distinction in graduate research.

I am currently Assistant Professor of Medicine at NYU Langone Hospital—Long Island, NYU Perlmutter Cancer Center, part of NYU Langone Health. I serve as Program Director of our hematology/oncology fellowship training program, where I have taught numerous medical students, residents, and fellows on the management of B-cell malignancies and related disorders. I have served in this position for more than 5 years, and prior to this was a fellow at NYU Langone Medical Center, an institution which has consistently ranked among the top 10 medical schools in the nation. In my current role, I also serve on the committee that led to the inception of the NYU Long Island School of Medicine in 2018, and am course Co-Director of the Hematology organ system block for the medical school. I have received multiple awards for Teacher of the Year from my fellowship program. In line with my role as an educator, I was selected by the American Society of Hematology (ASH) to be part of the ASH Medical Educators Institute as well as to serve on the ASH Committee on Educational Affairs. I also serve on the Committee on Education for the American Society for Transplant and Cellular Therapy (ASTCT). I am actively involved in professional societies and am a member of ASH, serving as a junior grant reviewer, American Society of Clinical Oncology, where I volunteer on several committees as shown in my CV, ASTCT, American College of Physicians, where I co-chair on the Early Career Taskforce, and the New York Academy of Medicine.

My clinical and research focus is on B-cell malignancies, specifically B-cell lymphomas, plasma cell dyscrasias, and related disorders, which comprise most of my clinical practice. I am also part of the Blood and Marrow Transplant team at NYU Perlmutter Cancer Center and am involved in hematopoietic stem cell transplantations for both lymphomas and multiple myeloma. I have extensive experience in diagnosing and treating non-Hodgkin lymphomas (NHL), including commons histologic subtypes such as diffuse large B-cell lymphoma (DLBCL) and follicular lymphoma (FL), as well as less common subtypes. I work with an inter-professional team along with other experts in lymphoma and multiple myeloma, nurses, advanced practice practitioners, social workers, and other support staff, and am generally familiar with their scope of practice. My research career is aimed at furthering the understanding of blood cancers and improving treatment approaches, as well as advancing medical education. I am principal investigator on several clinical trials in multiple myeloma and lymphoma, and have original publications, abstracts/presentations, and reviews in this field, as shown in my CV. In my personal time I volunteer as Vice-Chair of the Long Island chapter of the Leukemia and Lymphoma Society, in which I engage in the scientific and philanthropic mission of the organization. Additional information on my background, including publications, is provided in my attached CV.

### 3. Expert Qualifications and Methodology

Based on my background, training, and clinical and research experience, for this case review I present myself as an expert in medical oncology and hematologic malignancies, as well as in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Expertise in these areas entails detailed knowledge and understanding of the pathogenesis, causes, and mechanisms of cancer, including hematologic malignancies, as well as the clinical diagnosis, staging, prognosis, treatment, supportive care, and surveillance related to these diseases.

Hematology and medical oncology, in which I am board certified, are subspecialities of internal medicine which require training in the biological, chemical, and physical causes of cancer involving solid organs, blood, bone marrow, and the lymphatic system. With respect to the present case review, my research background and clinical practice involved in the management of B-cell malignancies, including NHL, and

in particular, my expertise in reviewing the literature, support my ability to serve as an expert witness. In reaching my conclusions, I have reviewed and relied upon several sources of information, including published research articles, textbooks, as well as my background and experience in hematology, medical oncology, and molecular and cellular biology. I submit that my background and experience, as well as familiarity and expertise in evaluating the medical literature, support my ability to serve as an expert witness in this legal matter.

To determine whether a causal relationship exists between exposure to Roundup and DLBCL, I have reviewed the substantial medical literature, including primary literature and reviews accessible from the National Library of Medicine and textbooks where referenced, examining the association between exposure to Roundup, a glyphosate-based formulation as discussed in section 6. In reaching my opinions, I employed my background in interpretation of scientific literature, scientific methodology, as well as understanding of medical history taking and medical decision making, hematologic malignancies, and molecular and cellular biology.

### 4. Materials Provided for Review

For this review, I was provided the following records and materials:

- Plaintiff fact sheet completed by Mr. Caccia, dated May 11, 2020
- University of Penn Hospital records from 2019-2020 including:
    - Pathology reports and lab reports from University of Penn Hospital
    - Diagnosis and treatment plan records from oncologist Sunita Nasta, MD
    - Progress notes from hematologist/oncologist Dr. Raymond Esper
    - Chemotherapy treatment records
- Medical records from Mr. Caccia's first oncologist Carlos Madamba, MD
- Affidavit of Mr. Caccia dated April 24, 2023
- Deposition transcripts of:
    - Michael Caccia, date January 12, 2023
    - Holly Caccia, dated January 18, 2023
- Commercial invoices for use of Roundup
- Records from daily planners with dates of Mr. Caccia's Roundup use
- Plaintiff's toxicology expert report Dr. William Sawyer, PhD
- Plaintiff's general causation expert reports:
    - Dr. Beate Ritz, MD, PhD
    - Dr. Dennis Weisenburger, MD
    - Dr. Alfred I. Neuget, MD, PhD
    - Dr. Charles W. Jameson, PhD
    - Dr. Christopher Portier, PhD
    - Dr. Chadi Nabhan, MD
- Defendant Monsanto's general causation expert reports:
    - Christopher D. Corcoran, ScD
    - Jay I. Goodman, PhD
    - Lorelei A. Mucci, ScD, MPH

### 5. Factual Case Review

Based on my review of the above records, drawing primarily from oncology records from Dr. Madamba and Dr. Nasta, Mr. Michael Caccia, born ▮▮▮▮, is a former commercial landscaper from 1986 to 2019 in New Jersey who has a medical history of coronary artery disease (for which he takes aspirin,

3

Exhibit C Page - 3

clopidogrel, and rosuvastatin) with a myocardial infarction July 2020, heart failure with reduced ejection fraction (for which he takes carvedilol), borderline obesity (BMI 30), hypertension (for which he takes losartan), neuropathy (for which he takes gabapentin), and diffuse large B cell lymphoma (DLBCL) in 1996 then again in 2019 as described below. His mother developed breast cancer at age 62 and his father had coronary artery disease. Social history recorded in the notes indicates that he is a never cigarette smoker and drinks 1-2 ounces of alcohol per week. He is currently employed as a sales representative by Lowes.

Regarding his DLBCL history, in 1996 Mr. Caccia was first diagnosed with stage I in a right inguinal lymph node and was treated by oncologist Dr. Madamba with 3 cycles of a multi-agent chemotherapy regimen that was the standard treatment at the time called CHOP (Cyclophosphamide, Doxorubicin, Oncovin or Vincristine, and Prednisone), followed by radiation that the lymph node area (called involved field radiation therapy), leading to complete remission. He then presented to a hospital in Pennsylvania on July 27, 2019 with shortness of breath and treated for an exacerbation of his congestive heart failure, during which CT scans were performed showing new lymphadenopathy including a 1.3 by 1.1 cm right paratracheal node and a 1.6 by 1.0 cm abdominal node.

He subsequently presented to Hospital of University of Pennsylvania on August 3, 2019 with left lower quadrant pain, fevers, night sweats, and decreased appetite. He was found to have diverticulitis and widespread hypermetabolic lymphadenopathy with a firm cervical lymph node noted on exam and reduction in all of his blood cell counts (called pancytopenia: WBC 2200/uL, hemoglobin 7.6 gm/dL, platelets 81,000/uL) related to bone marrow involvement by lymphoma. A PET/CT scan showed multiple hypermetabolic lymph nodes throughout his neck, chest, abdomen, and pelvis, as well as a right internal mammary mass, splenic lesions, and bone marrow uptake suggesting involvement. Tissue sampling including cerebral spinal fluid which was negative for metastatic involvement, and lymph node and bone marrow biopsies which both showed CD19 and CD20 large B cells with high proliferative index (Ki67 of 80%) consistent with DLBCL. The bone marrow was notable for B cells with high-grade blastoid morphology, and the lymph node specimen was notable for aggressive features including expression of oncogenic proteins Bcl2, Bcl6, and myc (so called "triple-expressor") and translocation of the oncogenic genes BCL2 and MYC (so called "double-hit"). In summary, he developed a highly-aggressive, stage IV DLBCL.

In August 2019 he was started on a chemotherapy regimen meant to avoid cardiac toxicity called RDHAC, and completed 4 cycles between August 21 and October 31, 2019. His course was complicated by nausea and diarrhea. After the 4th cycle he was noted to have a partial response and thus changed to a different regimen of Polatuzumab-Bendamustine-Rituximab, dose reducing the bendamustine to attempt to improve tolerance of the regimen. He completed 4 cycles between December 3, 2019 and February 4, 2020 complicated by nausea and *Clostridium difficile*-associated diarrhea. A subsequent PET/CT scan on April 14, 2020 showed complete remission. He was planned for 6 cycles of this regimen, however he and his care team opted for 4 cycles per their mutual preference. An echocardiogram on February 24, 2020 showed a reduced cardiac ejection fraction from 30% to 15-20%. The most recently available imaging that I appreciate in the notes was on September 14, 2020 showing sustained complete remission.

Pertinent to this matter, regarding his Roundup exposure, throughout the course of his landscaping work, Mr. Caccia used Roundup extensively between May 1986 and August 2019, on average 2 days per month at 3 different properties per spray day in Spring, Summer, and Fall (April-October). He used the concentrated form and mixed by hand with water (2 ounces of Roundup with 1 gallon of water). He would pour the Roundup mixture into a backpack to be sprayed and used on property for his commercial clients 14 days per year. He reported always wearing rubber gloves when mixing the Roundup concentrate with water, and wore sunglasses but not safety goggles. During his ownership of Respiratory Tree and Landscape he may have used malathion liquid pesticide from a spray bottle once or twice when a customer requested it. He also reported being exposed to gasoline associated with lawn work during this time as well.

## 6. Case Discussion and Opinions

1) Diffuse large B cell lymphoma diagnosis and staging

The approach to cancer assessment includes attention to diagnosis, staging, prognostication, treatment, and surveillance. Mr. Caccia's diagnosis was twice confirmed as diffuse large B cell lymphoma (DLBCL) in 1996 then again in 2019. DLBCL is the most common type of blood cancer in the United States, and the most common type of non-Hodgkin lymphoma (NHL) in the United States.[1] DLBCL accounts for up to 35% of all NHL and has an estimated incidence of 7 cases per 100,000 people.[2] The median age at diagnosis is 64 years with a male predominance with 55% of cases occurring in men.[3] There are racial differences in the incidence of DLBCL, with Caucasians having higher rates that other races at a rate of 21 per 100,000 cases.[3] In terms of geographic distribution, NHL is more common in industrialized nations, and in the United States, new cases are most incident in California, followed by Florida, New York, Texas, and Pennsylvania.[4]

DLBCL is thought to arise from maturation arrest and multistep malignant transformation of mature B cells in the germinal center of a lymph node, an area of the body where immune cells such as a B and T cells ordinary gear up to fight infections (Figure 1). B cells are humoral immune cells that normally travel from the bone marrow to the lymph nodes through lymphatic channels in order to become more mature and capable of producing antibodies that mount an immune response against specific infections.[5] A tissue biopsy is required to make the diagnosis of DLBCL, by distinguishing the architecture of the germinal center (the part where B cell develop) as having abnormally large B cells as the name "large cell lymphoma" implies, and identifying the immunohistochemical staining pattern that distinguishes DLBCL from the many other histologic subtypes of NHL that can grow in lymph nodes. While DLBCL is most commonly found in lymph nodes, it can also invade bone marrow, bone, as well as extra-nodal sites such as the liver or spleen.

Figure 1. Development of B cell lymphomas during B cell differentiation. DLBCL subtypes include germinal center B cell (GCB) and activated B cell (ABC). Figure is from reference[6]



To make sense of the many subtypes of NHL, they can generally be grouped into difficult categories than include indolent (i.e. slowly growing) or aggressive (i.e. faster growing) types. DLBCL is an aggressive type of NHL that always requires treatment to avoid organ and immune compromise. The terminology distinguishing these subtypes of NHL and their diagnostic criteria are derived from the 2016 World Health Organization (WHO) classification of tumors of hematopoietic and lymphoid tissue.[7]

DLBCL is an aggressive NHL with heterogenous clinical behavior reflected in gene expression profiling of the malignant B cells which can be correlated with results of the lymph node biopsy using immunohistochemical staining of B cells to determine "cell-of-origin" molecular subgroup. This helps to guide prognosis when grouped as either germinal center B cell (GCB) subtype or activated B cell (ACB).[8] The ABC subtype has been shown to have an inferior outcome compared with the GCB type, with a higher rate of relapse.[9] Likewise, certain mutations within the B cells involving translocations of cancer-promoting oncogenes that lead to their activation, can cause a more aggressive presentation. These so called "double-hit lymphomas" involving translocations of the oncogene MYC with either anti-cell death genes BCL2 or BCL6 represent approximately 10% of DLBCL and have a very high treatment failure rate, even with high-dose chemotherapy and stem cell transplantation.[9] Mr. Caccia had a more aggressive double-hit lymphoma. Data using more intensive regimens in these aggressive subtypes have yet to show a benefit of overcoming the unfavorable prognosis.[10, 11] Per the oncology notes, the histology reviewed in 2019 was noted to be similar to the findings in 1996, however since triple-expressor and double-hit cytogenetics were not established tests in medicine at that time, I assert that it is indeterminable whether he had a late relapse (i.e. beyond 5 years from his original diagnosis in 1996 when he would have been considered to be cured) or if the 2019 DLBCL diagnosis represents a new primary lymphoma unrelated to the prior malignancy in 1996.

The stage of a cancer provides information about the distribution and extent of the disease within the body, and often forms the basis to subsequently estimate prognosis, determine the optimal management, and apply evidence from clinical studies to individual patients. The stage of Mr. Caccia's original DLBCL in 1996 was stage 1 due to a single lymph node area being involved. His DLBCL stage in 2019 was established by imaging done around the time of his initial biopsies. By my assessment, Mr. Caccia's DLBCL stage in 2019 (according to the conventional Ann Arbor staging system) at diagnosis was IVBE, with bone involvement (stage IV), presence of B symptoms including fevers and night sweats (B), and extra-nodal splenic involvement (E). Stage IV DLBCL accounts for 34% of all cases (Figure 2).

Figure 2. Breakdown of DLBCL incidence by stage. Figure is from reference[12]



2) Prognosis

Prognosis in oncology, which is the ability to predict an outcome such as time to relapse (i.e. progression-free survival, PFS) or time to death (i.e. overall survival, OS) is typically based on prognostic scoring systems derived from population-based data to produce estimates, often expressed as median values, that can be applied to individual patients. Prognostic estimates are not meant to pinpoint the exact time when a patient will have a prognostic event, but rather provide an expectation for the typical course of a disease. As such, some patients can have either a shorter or longer survival than estimated by prognostic measures. These prognostic systems are expected to evolve over time, and prognosis can improve more drastically as revolutionary discoveries regarding pathogenesis, detection, and/or treatment occur.

Mr. Caccia's prognosis can be estimated both by his NHL stage, as well as by a prognostic system called the International Prognostic Index (IPI), described below, however it should be noted that these prognostic systems were developed and validated prior to the identification of higher-risk double hit lymphomas with which Mr. Caccia was also diagnosed. The 5-year survival for DLBCL in the U.S is 64%, but this decreases with higher stage disease: 74% with stage I, 74% with stage II, 64% with stage III, and in the case of Mr. Caccia, 53% with stage IV.[12] The Revised-IPI score takes into account additional measures, including age less than or greater than 60, performance status (a means of quantifying daily functioning), LDH (a marker of lymphoma activity), number of extranodal sites, and stage.[13] Mr. Caccia's R-IPI score would be 3, indicating poor prognosis, with 4-year PFS of 53% (likelihood of remaining in remission), and 55% OS (likelihood of being alive). Again, his prognosis is likely worse due to the higher-risk double-hit subtype.[14]

Fortunately, Mr. Caccia appears to be in remission following 2 regimens, first with an intensive combination of immuno-chemotherapy called RDHAC (Rituximab, Dexamethasone, Ara-C or cytarabine, and Cisplatin) after which he had a partial response, and then Polatuzumab-Bendamustine-Rituximab after which he had a complete remission. The treatments appear to have been generally well tolerated except for gastrointestinal issues such as nausea, which is not uncommon, as well as infectious colitis, both of which resolved. While I agree with these approaches, it should be noted that the standard of care in 2019-2020 for relapsed or refractory lymphoma was (and remains) salvage chemotherapy followed by high-dose chemotherapy and autologous stem cell transplant (ASCT), though this does not necessary improve outcomes in MYC rearranged DLBCL.[15] ASCT was considered by Mr. Caccia's care team; however, he was considered to not be an ideal candidate for this intensive approach due to his history of heart failure.

3) Treatment

In contrast to indolent NHLs, in the case of the more aggressive (i.e. proliferative) nature of DLBCL, all patients require treatment regardless of stage or death is likely to ensue due to progressive organ involvement, reduced blood counts, infection, and/or organ failure.[16] Initially, Mr. Caccia's blood counts were reduced due to impaired bone marrow function due to lymphoma involvement.

The standard first line regimen used to treat DLBCL is 6-8 cycles of RCHOP given every 3 weeks to allow for rest and recovery between cycles.[17] This is a 5-drug regimen of intravenous immunotherapy with the monoclonal antibody rituximab (acts against CD20 expressing B cells), intravenous cytotoxic chemotherapy including cyclophosphamide, doxorubicin, and vincristine, as well as prednisone, an oral corticosteroid which causes apoptosis of B cells. On average, this regimen is expected to produce complete remissions in approximately 76% of patients and about 50% survival at 10 years.[17] and is supported by recommended by consensus organizations that publish guidelines such as the National Comprehensive Cancer Network (NCCN).[18] Mr. Caccia received CHOP in 1996 since rituximab was not available at the time.

RDHAC (or RDHAP) has been studies as a salvage regimen for relapsed DLBCL. Remission rates have been described to be 64% after treatment with 18% remaining disease free at 3 years for those patients

7

Exhibit C Page - 7

like Mr. Caccia with IPI scores of 3.[19] Polatuzumab-Bendamustine-Rituximab was approved in 2019 for previously treated DLBCL and demonstrated complete response rates in close to 30% of patients with a median survival of about 11 months.[20] In my opinion, while there was no ideal regimen at the time of his 2019 DLBCL diagnosis, and prior doxorubicin exposure admixed with reduced cardiac ejection fraction somewhat limited his treatment options, the treatment approach that Mr. Caccia has undergone has been appropriate, entirely justifiable, and medically necessary.

4) Complications of Mr. Caccia's lymphoma and its treatment

Both DLBCL and its treatment can produce complications, including psychological distress, physical symptoms such as fatigue or pain, immunocompromise, infections, and reduced quality of life. Short term side effects include but are not limited to alopecia, fatigue, reduced blood counts and risk for infection, and nausea, and potential long term side effects include cardiac dysfunction, secondary malignancies, and neuropathy. RDHAP and Polatuzumab-Bendamustine-Rituximab can be challenging to give due to the impact of intensive chemotherapy causing reduced blood counts and fatigue, as well as risk of nausea and diarrhea as Mr. Caccia suffered during his treatment.

5) Exposures

Mr. Caccia drinks 1-2 ounces of alcohol per week which would not be considered excessive. His Roundup exposure has been extensive throughout the course of his landscaping work. on average 2 days per month at 3 different properties per spray day in Spring, Summer, and Fall (April-October). He used the concentrated form and mixed by hand with water (2 ounces of Roundup with 1 gallon of water). He would pour the Roundup mixture into a backpack to be sprayed and used on property for his commercial clients 14 days per year. He reported always wearing rubber gloves when mixing the Roundup concentrate with water. Mr. Caccia's exposure to Roundup has been substantial over a longer period of time than reported in epidemiologic studies described below.

6) Etiology and risk factors for the development of DLBCL

(a) General risk factors

In general, cancer is caused by inherited or acquired defects, most often originating in DNA, resulting in one or more mutations that lead a normal cell to develop a proliferative advantage and/or arrest of its normal development, leading to organ dysfunction. DNA is the genetic material within each cell that regulates the biological functions of that cell, and ultimately that tissue/organ in which the cell exists. In hematologic malignancies such as DLBCL, organ dysfunction can manifest in the form of bone marrow compromise and resultant alterations in normal blood counts, bone lesions, immunocompromise and increased risk for infections, systemic inflammation with constitutional symptoms, such as fevers, night sweats, and/or weight loss, or symptoms related to the anatomic location(s) of the lymphoma.

The etiology of lymphoma includes a heterogeneity of risk factors by subtype.[21] Recognized risk factors for the development of NHL include age over 65, male gender, white ethnicity, obesity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific infections (e.g. HIV), prior chemotherapy, certain medications such as immunosuppressants, occupational or environmental exposures, such as benzene, tobacco smoke, radiation exposure, and a family history of hematologic malignancy.[22]

Genes that promote cancer development are called oncogenes, and those that suppress cancers are called tumor suppressor genes. Cancer often results from mutations in these genes that result in either

over-expression of an oncogene, reduced expression of a tumor suppressor genes, or both. While most cancers are acquired, inherited or familial cancer syndromes are typically related to mutations in these genes. DLBCL does not occur with a familial pattern outside of rare hereditary syndromes that includes additional cancer types.[23] As such, it is not surprising that Mr. Caccia reported no family history of hematologic malignancies. His mother had breast cancer at age 62, but this is not suggestive of a family pattern or a hereditary pattern relevant to Mr. Caccia's risk for DLBCL. DLBCL is a multistep disease, requiring additional genomic insults to develop into the fully malignant phenotype over time.[24] Unlike other malignancies, such as colon cancer, there are no screening test or preventive measures at present to circumvent the development of DLBCL.

(b) Age, Race, and Geography

The median age at diagnosis of DBLC is ▮▮▮▮ with a male predominance, as 55% of cases occur in men.[3] Mr. Caccia was initially diagnosed at age 40, then again at age 63. There are racial differences in the incidence of DLBCL, with Caucasians having higher rates that other races at a rate of 21 per 100,000 cases.[3] In terms of geographic distribution, NHL is more common in industrialized nations like the United States, a new cases are most incident in California, and Pennsylvania is also among locations with higher incidence in the United States.[4, 25] Factors to accounts for differences in the geographic distribution of NHL are uncertain but may include lifestyle, exposures such as infections, and ethnic differences.[25]

(c) Obesity

Mr. Caccia is noted to be borderline obese, indicated by a BMI of 30 which is the lower limit of BMI that defines obesity. Nearly all the evidence linking obesity to cancer risk comes from large cohort investigations, which are observational studies. Obesity is associated with chronic, low-grade inflammation, and specific immune modulations including changes in inflammation that may predispose to NHL.[26] Several studies have found a significant positive association between obesity and NHL risk,[27, 28] whereas others reported no association with increased body mass index or central obesity.[29-31]. Excess risk of DLBCL was linked to morbid obesity with BMI over 40 (relative risk 1.2-1.4), much higher than Mr. Caccia's.[26, 31]

(d) Cardiovascular disease

While associations between obesity and NHL have been described as noted above, dyslipidemia has been inconsistently linked to risk of NHL, without a clear predisposing risk for DLBCL.[32] While hypertension and congestive heart failure may be found in the setting of NHL and increase the risk of complications during and after treatment, there is no clear association with risk of NHL.[33]

(e) Lymphoma associated with Roundup

Regarding the specific association between Roundup and NHL, below I will highlight those aspects which would be of relevance to clinicians, notably medical oncologists and hematologists caring for patients with NHL. I have performed a review of the medical literature on this topic, however this report is not meant to be an exhaustive review of the literature related to pesticides and cancer, but will focus primarily on the associated with glyphosate and glyphosate-based formulations (GBFs) and NHL, and in particular DLBCL. It should be noted that there are conflicting reports in the literature regarding the association of NHL and GBFs, due to differences in terms of the sponsoring organization, strength of the data, experimental approach, including the length of follow up time between exposure and NHL diagnosis (i.e. latency), and the breadth of studies included in combined analyses.[34] However, my

9

Exhibit C Page - 9

opinion is that there is sufficient evidence for causation between GBFs and NHL. Causation here can be defined as an exposure leading an individual to be diagnosed with a disease that developed due to the contribution of an exposure. This has been shown in animal and cellular models, as well in human epidemiologic studies specifically looking at DLBCL, as described below. In the case of Mr. Caccia's, more likely than not, there is a specific causative association between his DLBLC diagnosis and Roundup.

Mutagenic chemical exposure can have multiple genotoxic and pathogenic effects on cells, particularly blood cells such as B-cells, since these are cells that are normally proliferative and, during their normal physiologic development, undergo DNA rearrangement as noted above. This process can lead to abnormal mutations and can be precipitated by exposure to mutagens.[35] In additional to producing mutations, mutagenic exposures can directly enhance cell replication and survival, further promoting the neoplastic process and potentially inciting malignancy.[36] Repeated exposure to such agents can be cumulative and increase the risk of evolution of sequential cellular changes, ultimately leading to tumor progression and malignancy, such as DLBCL.[37]

The most direct way to determine if a substance is a carcinogen in humans is to purposefully expose individuals to a substance and observe whether they develop cancer, which obviously is grossly unethical. Of note, even under those hypothetical circumstances, one would have to test the substance on a large enough sample size, and wait for a certain length of time from the exposure (i.e. latency period), in order to have the statistical power to prove that the outcome (i.e. cancer) was related to the exposure and not due to chance. This is especially true because carcinogens may have different latency periods and not lead to cancer development at the same time in all exposed individuals. Practically, scientists use models such as cell cultures or animal models to test the carcinogenic effect of a substance, or they rely on epidemiologic data compiled from human populations who were exposed. The following sections discuss the data linking Roundup to lymphoma based on mechanistic, animal, and epidemiological data, and I will subsequently discuss the evidence to determine whether Roundup is a causal factor for the development of Mr. Caccia's NHL.[38, 39]

(f) Carcinogenic properties of glyphosate

Glyphosate is the active ingredient in Roundup, and has undergone multiple scientific investigations to determine its mechanism and activity.[37, 40] Glyphosate acts as a broad-spectrum herbicide by inhibiting 5-enolpyruvoylshikimate 3-phosphate (EPSP) synthase, an enzyme specific to plants and microorganisms that interferes with amino acid (i.e. nutrient) use, preventing them from growing and reproducing. It was first identified as an herbicide by Monsanto chemist John Franz in the early 1970s and distributed for weed control in 1974.[41] The use of glyphosate and glyphosate-based formulations (GBFs) in residential and commercial agriculture has expanded since then, including on genetically-modified plants that are insensitive to glyphosate, and is the most frequently used herbicide worldwide.[42] In addition to glyphosate, GBFs such as Roundup include a proprietary mix of surfactants, adjuvants, and co-formulants that increase absorption in soil, but can also increase absorption in skin or by inhalation.[37] Absorption through human skin into blood can occur in up to 24 hours after exposure to glyphosate through either intact or damaged skin.[43, 44] One reason for conflicting reports in the literature regarding studies of Roundup genotoxicity if whether they were done purely with glyphosate (i.e. technical glyphosate) or GBFs that contain agents that increase absorption and toxicity.[45]

Exposure to glyphosate or GBFs can occur in the air from the spray form, in water, in food, or exposure when in close contact in residential areas where it is used in spray form. Biomonitoring of farmers showed that 60% had detectable levels of glyphosates in their urine on the day of application, and five times higher if gloves were not worn.[46] In a recent pilot study of 12 volunteers mixed and

10

Exhibit C Page - 10

continuously spray-applied 16.3 gallons of a 0.96% glyphosate-containing solution for 100 min using a backpack sprayer, urinary glyphosate and total effective glyphosate levels were higher in the dermal exposure group than the inhalation exposure group, peaked within 6-hr following application.[47] Thus, individuals who apply GBFs can have significant biological exposures, leading to systemic uptake via blood absorption, and after damage to various organs, eventually undergo urinary elimination.

Mechanistic studies done in cellular or animal models have been important in demonstrating that glyphosate and GBFs are genotoxic to human lymphocytes, which are the normal counterpart of the cells that become cancerous in NHL.[37, 48] While these models are not equivalent to human metabolism, they are accepted tests to determine carcinogenicity. As such, the International Agency for Research on Cancer (IARC), a part of the World Health Organization (WHO), an authoritative body for the evaluation of carcinogenic hazards to humans, concluded in 2015 and published in 2017 after extensive assessment of available studies, that GBFs are probably (i.e. more likely than not) carcinogenic to humans (group 2A of 3, meaning "probably carcinogenic to humans"), primarily for NHL.[37] For example, a study in vitro (in a cell culture) of glyphosate showed a dose-dependent increase in chromosomal alterations compared with unexposed controls in lymphocytes, most likely because of oxidative stress and the generation of reactive oxygen species that are genotoxic.[49] Another study showed a significant increase in DNA helix breaks in human lymphocytes similar to those seen in human NHL, even when exposed to low doses of glyphosate (2.0 µM), with a significant dose-response effect.[35] Additional mechanistic studies can be found in the IARC monograph.[37] These results demonstrate that glyphosate is genotoxic to human lymphocytes and have important epigenetic effects, even at low doses in some studies.

Animal models are often used as a surrogate for human exposure in order to determine carcinogenic properties of a substance, and are routinely used in preclinical studies to test the efficacy cancer drugs. Though these animal models are not a substitute for human studies, they offer valuable mechanistic data and are widely accepted as a scientifically valid approach to study the analogous effects of substances in humans. Data from animals studies in rats and mice have shown a carcinogenic potential for glyphosate and that that it causes NHL in mice.[50] A 2021 systematic review of 443 articles published between 1995 and 2020 on glyphosate, demonstrated that the most frequently observed effects of GBFs were endocrine disorders, oxidative stress, genotoxicity, and cytotoxicity, which can effect lymphocytes.[51]

   a. Epidemiological studies in human linking glyphosate to lymphoma

Epidemiological studies are used to capture data in humans order to make associations with conditions that are likely to occur due to exposures such as GBFs in large populations. Numerous epidemiologic studies of the relationship of glyphosate exposure to cancer in humans have been reported, and epidemiologic studies provide ample evidence for an association between exposure to GBFs and an increased risk of NHL.

Case-control epidemiologic studies compare an exposed group to a control or unexposed group. These studies are not only hypothesis-generating, but also offer evidence to support causality between GBFs and NHL, as further data emerge. Among the 6 case-control of GBFs shown in Table 1 below, 5 showed an increased odds ratio, or likelihood, for NHL compared to controls. The one study that did not have an increased odds ratio had limited statistical power to make conclusions. These case-control studies were performed by experienced epidemiologists using widely accepted study designs and methods, and were published in peer-reviewed journals. For example, the North American Pooled Project (NAPP) study in 2019 of glyphosate use and NHL was also published and demonstrated that glyphosate exposure for greater than 2 days per year resulted in a significant 2-fold increased risk for the DLBCL (OR, 2.14; 95% CI, 1.07- 4.28).[52] However, due to the different methodologic

approaches, attempts to combine these studies in systematic analyses have not consistently proved conclusive regarding the association of Roundup to NHL, particularly when cancer types other than NHL are included,[53] compared to when stratifying the data to specifically assess NHL.[54]

Table 1. Epidemiologic Case-Control Studies of NHL and GBFs from Reference [40]

| | Reference/Location/ Time | Population Studied | Exposure Category | Exposed Cases | Risk Estimates (95% CI) | Covariants Controlled | Comments |
|---|---|---|---|---|---|---|---|
| 1. | McDuffie et al.[36] Canada 1991-1994 | 517 cases 1506 controls | Exposed ≤ 2 days/year > 2 days/year | 051 028 023 | 1.20 (0.83-1.74)* 1.0 (0.63-1.57) 2.12 (1.2-3.73) | Age, province of residence | Cross-Canada study; *adjusted for significant medical variables |
| 2. | Hardell et al.[37] Sweden 1987-1992 | 515 cases 1411 controls | Exposed Univariate Multivariate | 08 008 | 3.04 (1.08-8.52) 1.85 (0.55-6.20)* | Age, county, study site, vital status | *Adjusted for other herbicides; limited statistical power |
| 3. | De Roos et al.[38] Midwest USA 1979-1986 | 650 cases 1933 controls | Exposed | 036 | 2.1 (1.1-4.0)* | Age, study site | *Adjusted for other pesticides |
| 4. | Eriksson et al.[39] Sweden 1999-2002 | 910 cases 1016 controls | Exposed ≤ 10 days > 10 days | 029 029 012 017 | 2.02 (1.1-3.71) 1.51 (0.77-2.94)* 1.69 (0.70-4.07) 2.36 (1.04-5.37) | Age, sex, year of enrollment | *Adjusted for other pesticides; odds ratios also increased for all NHL subtypes |
| 5. | Orsi et al.[40] France 2000-2004 | 244 cases 454 controls | Exposed | 012 | 1.00 (0.5-2.20) | Age, site, socioeconomic category | Limited statistical power; odds ratios increased for some NHL subtypes |
| 6. | Cocco et al.[41] Europe 1998-2004 | 2348 cases 2462 controls | Exposed | 004 | 3.10 (0.6-17.1)* | Age, sex, site, education | Six countries; *B-cell NHL; limited statistical power |

Abbreviations. CI = confidence interval, NHL = non-Hodgkin lymphoma

References in above Table 1 are shown in the reference section 10 below as: 36 above: [55], 37 above: [56], 38 above: [57], 39 above: [58], 40 above: [59], 41 above: [60].

The carcinogenic effects of glyphosate have been evaluated by several authoritative studies including those by the International Agency for Research on Cancer (IARC), the Agricultural Health Study (AHS), and the Environmental Protection Agency (EPA). As mentioned above, the IARC concluded in 2015 after extensive assessment of publicly available studies, that GBFs are probably carcinogenic to humans (group 2A), primarily for NHL.[37] The initial report of the AHS did not find a significantly elevated risk for cancer overall, or for most of the cancer types including NHL.[61] However, considering a large increase in glyphosate used started in after 1996 after the introduction of glyphosate-resistant crops, which occurred during the latter part of the initial enrollment period of the study (1993-1997) and that usage continued to increase dramatically during the follow-up period, the AHS study may have flaws in linking the exposure period to malignancy prior to the periods of more significant exposures.

In 2019, a meta-analysis of articles on human exposure to GBFs and risk of NHL was published.[62] The authors included an updated analysis from AHS [63] along with 5 case-control studies as shown in Table 1 above. The authors found that the overall risk of NHL was significantly increased by 41% in the GBF-exposed individuals (meta-RR 1.41, 95% CI, 1.3-1.75). The risk increased to 84% when the AHS was deleted from the analysis (meta-RR 1.84, 95% CI, 1.33-2.55). They also reviewed the available animal and mechanistic studies on the carcinogenic effects of glyphosate and GBFs and concluded that their findings support a compelling link between exposures to GBFs and an increased risk of NHL. However, with a median follow-up in this initial report of only 6.7 years, this was too short a time to detect a meaningful increase in NHL or other cancers associated with glyphosate.[40] In fact, studies looking at the latency period between exposure of 10 years or more

to glyphosate have shown an increased likelihood of NHL.[58, 64] While the EPA also reviewed this issue and found that glyphosate is not likely to be carcinogenic in humans,[65] criticisms of the EPA review include that it placed excessive weight on assays performed in bacteria, and on industry-sponsored studies that were not available for review by IARC. Recently, the EPA was ordered to reassess their analyses, so whether there will be changes in their conclusions remains to be determined.[66]

To attempt to address why different agencies have reached different opposing conclusions, a number of reviews have been published.[34, 67, 68] Industry-sponsored reviews have concluded that glyphosate and GBFs do not pose a genotoxic hazard, and explain the positive findings in the IARC assessment and their own analyses as owing to technical or methodologic issues, or cytotoxicity rather than genotoxicity.[40] The IARC found an association between NHL and glyphosate based on the available human evidence, including strong evidence of genotoxicity and oxidative stress for glyphosate, derived entirely from publicly available research.[69] Criticisms of the EPA and AHS studies included the lack of attention to important laboratory and mechanistic evidence of genotoxicity in human, and dismissal of key findings of possible carcinogenicity, and inclusion of studies that have not been published or peer-reviewed (a process by which studies undergo scrutiny).[40] In conclusion, the epidemiologic studies provide ample evidence for an association between exposure to GBFs and an increased risk of NHL. Mr. Cassia's prolonged exposure to Roundup over 23 years, and his 133 exposure-days as calculated by toxicologist Dr. Sawyer, is more than the minimum exposures reported in epidemiologic studies associating GBFs to NHL.

(g) Application of Bradford Hill criteria

To determine whether Roundup is a causal factor for the development of NHL guidelines for general causation can be applied based on the Bradford Hill criteria for causation.[38] Experts use this scientific method in the review and evaluation of evidence based on the guidelines set forth by Sir Austin Bradford Hill using a group of nine principles that can be useful in establishing epidemiologic evidence of a causal relationship between a presumed cause and an observed effect and have been widely used in public health research, as outlined below:

1. Strength of association: in reviewing the evidence, including animal, mechanistic, and epidemiologic studies cited above, glyphosate and GBFs have been shown to increase the risk of NHL, including DLBCL.

2. Consistency: while there is an ongoing debate about the weight of using one particular scientific study (e.g. animal models vs cell cultures), the mutagenic studies mentioned above show consistency in terms of the probability of GBFs increasing the odds of malignancy, including NHL.

3. Specificity: clearly individuals with long-term exposure to GBFs over time have a specific association with increased risk of malignancy, and the effects appear to be dose-related. Furthermore, when compared in case-control studies, individuals exposed to glyphosate were more likely to develop NHL than controls.

4. Temporality: epidemiologic studies have shown that exposure to GBFs increases the risk of NHL, and that this can occur with a latency period over decades.

5. Biological gradient: while below standard doses of glyphosate in Roundup have shown to promote cellular changes that can occur in NHL, clearly higher doses or prolonged exposures increase risk.

6. Plausibility: as reviewed above, chromosomal damage can occur with exposure to GBFs and this can be demonstrated in a mechanistic fashion when exposing either cell cultures or animals to glyphosate. Oxidative stress, DNA double strand breaks, and increased expression of lymphoma-promoting mutations have all been associated with glyphosate exposure to lymphocytes.

7. Coherence: when taking into account human studies of either cell cultures or epidemiologic data, the preponderance of data argue for a causative effect of GBFs on lymphomagenesis. The IARC reviewed these data in detail as noted above and concluded there was sufficient evidence to at the least link glyphosate to being a carcinogen.

8. Experiment: as described above, using data from in vitro and in vivo studies, animal models, and retrospective epidemiologic studies from GBP exposures, there are clearly increased risk for NHL when human tissue is exposed to glyphosate and systemic absorption occurs.

9. Analogy: while differences in GBP due to proprietary components such as surfactants may account for different latency periods in development of NHL, similar patterns of exposure lead to similar outcomes of malignancy.

(h) Different diagnosis

In clinical practice, the term "differential diagnosis" is used to generate a list of potential diagnoses responsible for a symptom or constellation of symptoms, however in this report I apply the term to rule in specific causation between Mr. Caccia's exposure to glyphosate (in the form of Roundup) and his diagnosis of DLBCL and rule out alternative causes. Studies of GBP in cellular and animal models, as well as in epidemiologic studies, as described above and in the general causation reports listed in section 4 demonstrate that GBP such as Roundup can cause cancer, specifically with an increased risk for NHL, among which DLBCL has been demonstrated as the most frequently associated subtype. Some individuals who have GBP exposure will sporadically develop NHL, however the extent of Mr. Caccia's exposure and latency period over a decade from his initial exposure, is consistent with the demonstrated dose relationship between increased exposure and risk of developing NHL. As noted above, Mr. Caccia had no other definitive, long-standing, risk factors prior to his diagnosis of DLBCL. While one may find literature suggesting a relationship between obesity, for example, and NHL, none of these are more likely to have increased Mr. Caccia's risk for DLBCL than his frequent and long-standing exposure to GBPs. Taking these assessments into account, together with applying the Bradford Hill criteria above, I make the conclusions shown below in section 7 that rule in Mr. Caccia's Roundup exposure as the most likely contribution to the development of his DLBCL.

## 7. Conclusions

In this case, Mr. Caccia had few potential alternative risk factors for DLBCL, except for his prolonged duration of exposure to Roundup. This evaluation provides coherent and compelling evidence that glyphosate and GBFs are more likely than not to be a cause of NHL in humans exposed to these agents. In the case of Mr. Caccia, he had a long-standing exposure to Roundup well over a 23 year period between the 1996 and 2019, leading up to the development of an aggressive DLBCL, stage IV, double-hit lymphoma, and diagnosed in 2019 at age 63. Based on the above report, I conclude to a reasonable degree of medical certainty that Roundup exposure was a significant factor is causing or contributing to Mr. Caccia's aggressive NHL.

## 8. Additional Matters

I have been deposed three times before, twice regarding Roundup litigation. First in 2021 after being retained by the plaintiff's attorney to provide expert review of the following 3 cases: *Savory v. Monsanto* (Case No. 3:20-cv-02403-VC), *Spector v. Monsanto* (Case No. 3:20-cv-05532), *Thomas v. Monsanto* (Case No. 3:20-cv-08051-VC), as well in 2022 in for *Alesi v. Monsanto* (Case No. 19SL-CC03617). I have also been deposed in 2022 as an expert of the Plaintiff in *Little v. Emory Healthcare* (21CV2339). I have not testified in court. My hourly rate for review of medical records, meetings, research on scientific literature related to a case, and report preparation is $400 per hour. My rate for deposition or court testimony is $4,000 per day.

## 9. Curriculum vitae (see attached)

Thank you for the privilege and opportunity to review this interesting case. Please let me know if I can be of further assistance.

*Marc Braunstein* (signature)

Marc Braunstein, MD, PhD, FACP

## 10. References

1. Liu, Y., and Barta, S.K. (2019). Diffuse large B-cell lymphoma: 2019 update on diagnosis, risk stratification, and treatment. Am J Hematol *94*, 604-616.
2. Sehn, L.H., and Salles, G. (2021). Diffuse Large B-Cell Lymphoma. N Engl J Med *384*, 842-858.
3. Morton, L.M., Wang, S.S., Devesa, S.S., Hartge, P., Weisenburger, D.D., and Linet, M.S. (2006). Lymphoma incidence patterns by WHO subtype in the United States, 1992-2001. Blood *107*, 265-276.
4. (2018). Centers for Disease Control and Prevention. https://gis.cdc.gov/Cancer/USCS/#/AtAGlance.
5. Kumar, V., Abbas, A.K., Aster, J.C., and Robbins, S.L. (2013). Robbins basic pathology, 9th Edition, (Philadelphia, PA: Elsevier/Saunders).
6. Abla, O., and Attarbaschi, A. (2019). Non-Hodgkin's Lymphoma in Childhood and Adolescence. 1st Edition. (Cham: Springer International Publishing : Imprint: Springer,), p. 1 online resource (362 pages).
7. Swerdlow, S.H., Campo, E., Pileri, S.A., Harris, N.L., Stein, H., Siebert, R., Advani, R., Ghielmini, M., Salles, G.A., Zelenetz, A.D., et al. (2016). The 2016 revision of the World Health Organization classification of lymphoid neoplasms. Blood *127*, 2375-2390.
8. Sandoval-Sus, J.D., Chavez, J., and Dalia, S. (2016). A New Therapeutic Era in GCB and ABC Diffuse Large B-cell Lymphoma Molecular Subtypes: A Cell of Origin-Driven Review. Curr Cancer Drug Targets *16*, 305-322.
9. Nowakowski, G.S., and Czuczman, M.S. (2015). ABC, GCB, and Double-Hit Diffuse Large B-Cell Lymphoma: Does Subtype Make a Difference in Therapy Selection? Am Soc Clin Oncol Educ Book, e449-457.
10. Magnusson, T., Narkhede, M., and Mehta, A. (2021). No difference in overall survival between R-CHOP and R-EPOCH among patients with advanced stage MYC-rearranged, double hit, or triple hit diffuse large B-cell lymphoma. . EHA2021 *June 9-17*.
11. Lewis, K., Jakobsen, L., Villa, D., Bobillo, S., and Smedby, K.E. (2021). High-Dose Methotrexate Is Not Associated with Reduction in CNS Relapse in Patients with Aggressive B-Cell Lymphoma: An International Retrospective Study of 2300 High-Risk Patients. Blood *ASH 2021*.