| | |
|---|---|
| **WILKINSON STEKLOFF LLP** <br> Brian L. Stekloff (*pro hac vice*) <br> (bstekloff@wilkinsonstekloff.com) <br> Rakesh Kilaru (*pro hac vice*) <br> (rkilaru@wilkinsonstekloff.com) <br> 2001 M St. NW <br> 10th Floor <br> Washington, DC 20036 <br> Tel:  202-847-4030 | Fax:  202-847-4005 <br><br> **HOLLINGSWORTH LLP** <br> Eric G. Lasker (*pro hac vice*) <br> (elasker@hollingsworthllp.com) <br> 1350 I St. NW <br> Washington, DC 20005 <br> Tel:  202-898-5843 | Fax:  202-682-1639 | **COVINGTON & BURLING LLP** <br> Michael X. Imbroscio (*pro hac vice*) <br> (mimbroscio@cov.com) <br> One City Center <br> 850 10th St. NW <br> Washington, DC 20001 <br> Tel:  202-662-6000 <br><br> **BRYAN CAVE LEIGHTON PAISNER LLP** <br> K. Lee Marshall (CA Bar No. 277092) <br> (klmarshall@bclplaw.com) <br> Three Embarcadero Center, 7th Floor <br> San Francisco, CA 94111 <br> Tel:  415-675-3400 | Fax:  415-675-3434 <br><br> Jed P. White (CA Bar No. 232339) <br> (jed.white@bclplaw.com) <br> Linda C. Hsu (CA Bar No. 239880) <br> (linda.hsu@bclplaw.com) <br> 120 Broadway, Suite 300 <br> Santa Monica, CA 90401 <br> Tel:  310-576-2100 | Fax:  310-576-2200 |

*Attorneys for Defendant Monsanto Company*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *Brett Beckfield v. Monsanto Company*, <br> 3:21-cv-05322-VC | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. KEVIN KNOPF** <br><br> Hearing: <br> Date:    March 1, 2024 <br> Time:    10:00 a.m. <br> Place:   San Francisco Courthouse, <br>              Courtroom 4 – 17th Floor |

- 1 -
DECLARATION IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY

**DECLARATION OF LINDA C. HSU**

I, Linda C. Hsu, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion to Exclude Testimony of Dr. Kevin Knopf. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A ("R26 Disclosures")** is a true and correct copy of Plaintiff's Rule 26 Specific Causation Expert Disclosures, dated August 22, 2022.

3. Attached hereto as **Exhibit B ("Knopf Rpt.")** is a true and correct copy of the expert report of Kevin B. Knopf, MD, MPH, in support of specific causation on behalf of Brett L Beckfield, dated August 22, 2022.

4. Attached hereto as **Exhibit C ("8/5/22 Knopf Dep.")** is a true and correct copy of excerpts from the deposition of Dr. Kevin B. Knopf, dated August 5, 2022, in the action titled *Nancy Salas v. Monsanto Company*, Case No. V-06173-VC, MDL Case No. 3:16-MD-02741-VC

5. Attached hereto as **Exhibit D ("10/25/22 Knopf Dep.")** is a true and correct copy of excerpts from the deposition of Dr. Kevin B. Knopf, dated October 25, 2022, in the above-captioned matter.

///
///
///
///
///
///
///
///

6. Attached hereto as **Exhibit E ("1/20/23 Knopf Dep.")** is a true and correct copy of excerpts from the deposition of Dr. Kevin B. Knopf, dated January 20, 2023, in the action titled *Nancy Salas v. Monsanto Company*, Case No. V-06173-VC, MDL Case No. 3:16-MD-02741-VC.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 13, 2023, at Santa Monica, California.

_____
Linda C. Hsu

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Linda C. Hsu*
Linda C. Hsu