# EXHIBIT A

DUTTON, DANIELS, HINES, KALKHOFF,
COOK & SWANSON, P.L.C.
JAMES H. COOK, ESQUIRE
jcook@duttonfirm.com
3151 Brockway Rd.
Waterloo, IA  50701
(319) 234-4471
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| Brett Beckfield v. Monsanto Company | |
| Case No.  3:21-cv-05322-VC | |

**PLAINTIFF'S R. 26 SPECIFIC CAUSATION EXPERT DISCLOSURES**

Pursuant to the Court's Order dated April 12, 2022 and Fed. R. Civ. P. 26(a)(2), Plaintiff, Brett Beckfield, provides the following Designation of Disclosure of Case Specific Expert Witnesses and persons who may provide expert testimony specific to Plaintiff's case pursuant to Rule 702 of the Federal Rules of Evidence. Plaintiff's disclosure of case specific expert witnesses is subject to the following reservation of rights:

1. The right to supplement or amend this witness list based upon any rulings of the Court or any other decisions that might affect the scope of evidence in this trial.

1

2. The right to withdraw the designation of any expert prior to testimony, and positively aver that such previously designated expert will not be called as a witness to trial.

3. The right to amend or supplement expert opinions based on additional discovery including updated medical records, deposition testimony, medical literature, or scientific studies.

4. The right to amend or supplement the references considered and/or relied upon by Plaintiff's designated experts in order to address newly available information or literature.

5. The right to elicit expert testimony at trial from any qualified person, including Plaintiff's treating health care providers, as permitted under the applicable rules of evidence and procedure.

6. Plaintiff's expert witnesses, as identified below, may testify about their skill, knowledge, experience, training, and education in their respective fields, the relevant medical and scientific literature, the techniques and methods in their field of practice, and the description and nature of their practice. They may testify about their publications, presentations, research, and all matters detailed in their respective curriculum vitae. They may testify based on facts or data perceived by or made known to them at or before trial that have been properly disclosed under the applicable rules of evidence and procedure. They may employ demonstrative and visual aids.

7. Plaintiff reserves the right to offer supplemental expert opinions based on updated or new information relative to the litigation. Plaintiff reserves the right for their

expert witnesses to update the literature upon which the witness rely in support of their opinions.

8. Plaintiff incorporates all prior reports, if any, the experts have issued in MDL 2741 or any other state or federal litigation.

9. By identifying the expert witnesses named below, Plaintiff does not intend to waive any objections to deposition testimony, exhibits, or other evidence or argument. Plaintiff reserves the right to call and elicit testimony from any and all of Defendant's current or former employees who have been disclosed as witnesses and/or offered testimony and/or have been identified in discovery.

10. Plaintiff reserves the right to call and elicit testimony at trial from any and all of Defendant's retained or non-retained expert witnesses.

**PLAINTIFF'S CASE-SPECIFIC EXPERT DESIGNATIONS**

**RETAINED EXPERTS**

**Kevin B. Knopf, M.D., M.P.H.**
**University of California – San Francisco**
**Laurel Heights Campus**
**3333 California Street, Suite 265**
**San Francisco, CA 94118**

Dr. Knopf will testify on issues of specific causation regarding whether exposure to glyphosate and/or glyphosate-based formulated products was a substantial factor contributing to Plaintiff developing non-Hodgkin's lymphoma, specifically Mantle Cell lymphoma. Dr. Knopf's opinions will encompass the areas of oncology and hematology, genotoxicity and epidemiology. Plaintiffs hereby incorporate by reference, Dr. Knopf's expert report.

1   Dr. Knopf's hourly rate is $500. Dr. Knopf has not been deposed with respect to his

2   specific causation opinions being offered in this case. A copy of Dr. Knopf's curriculum vitae,

3   fee schedule and list of cases in which he has testified will be provided to counsel electronically.

**Christoph Vogel, PhD**
**University of California Davis**
**Department of Environmental Toxicology and**
**Center for Health and the Environment**
**One Shields Ave.**
**Davis, CA 95616**

Dr. Vogel will testify on issues of specific causation and will testify regarding medical toxicology and environmental risk assessment of Roundup usage, evaluation of the chronicity and amount of Roundup exposure, how personal protective gear affects the amount of exposure, and epidemiological factors. Plaintiffs hereby incorporate by reference, Dr. Vogel's expert report.

Dr. Vogel's hourly rate is $350. Dr. Vogel has not been deposed with respect to his causation opinions being offered in this case. A copy of Dr. Vogel's curriculum vitae will be provided to counsel electronically. Dr. Vogel has not testified as an expert witness during the last four (4) years.

**Kent Jayne, M.A., M.B.A, C.R.C., C.L.C.P., C.C.M., D.A.B.V.E.**
**Worklife Resources, Inc.**
**P.O. Box 5336**
**Cedar Rapids, IA 52406-5336**

Mr. Jayne is an economist and will testify on issues of specific causation and will testify concerning his assessment of the loss of income and earning capacity incurred by Brett Beckfield as a result of his diagnosis of Mantle Cell lymphoma. Plaintiff hereby incorporates by reference, Mr. Jayne's expert report.

4

Mr. Jayne's hourly rate is $275.  Mr. Jayne has not been deposed with respect to his causation opinions being offered in this case.  A copy of Mr. Jayne's curriculum vitae, case testimony list and fee schedule will be provided to counsel electronically.

## NON-RETAINED EXPERTS

**Christopher Ehmann, M.D.**
**1100 University Dr.**
**Hershey, PA  17033**

Dr. Ehmann is expected to testify concerning his diagnosis, care and treatment of Plaintiff's Mantle Cell lymphoma, consistent with Plaintiff's medical records and Dr. Ehmann's deposition testimony in this matter.

**Luhua M. Wang, M.D.**
**1515 Holcombe Blvd.**
**Houston, TX  77030**

Dr. Wang is expected to testify concerning his diagnosis, care and treatment of Plaintiff's Mantle Cell lymphoma, consistent with Plaintiff's medical records and Dr. Wang's deposition testimony in this matter.

## PLAINTIFF'S GENERAL CAUSATION EXPERTS

Plaintiff Brett Beckfield further incorporates by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, 3, and 4 and reserves the right to call the author of any such report as an expert witness at trial.

Dated:  August 22, 2022

|   |   |
|---|---|
| 1 | /s/ *James H. Cook* |
| 2 | James H. Cook, Esq., AT0001622 |
|   | DUTTON, DANIELS, HINES, KALKHOFF, |
| 3 | COOK & SWANSON, PLC |
|   | 3151 Brockway Rd. |
| 4 | P.O. Box 810 |
|   | Waterloo, IA  50701 |
| 5 | Tel:  319-234-4471 |
|   | Email:  jcook@duttonfirm.com |

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, a true and correct copy of the foregoing document was served upon the parties below via electronic mail:

Eric G. Lasker
Heather Pigman
John Kalas
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
elasker@hollingsworthllp.com
hpigman@hollingsworthllp.com
jkalas@hollingsworthllp.com

Anthony Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
amartinez@shb.com

Brian L. Stekloff
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

Julie du Pont
ARNOLD & PORTER KAYE SCHOLER
250 West 55th St.
New York, NY  10019
julie.dupont@arnoldporter.com

6

Exhibit A Page - 6

/s/ *Brenda Cecak*
Brenda Cecak, Legal Assistant
Dutton, Daniels, Hines, Kalkhoff,
Cook & Swanson, P.L.C.
3151 Brockway Rd.
Waterloo, IA  50704
bcecak@duttonfirm.com

7

Exhibit A Page - 7