# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2

 3                          - - -

 4
     IN RE:  ROUNDUP PRODUCTS       :   MDL NO. 2741
 5   LIABILITY LITIGATION           :
     _____:   MDL CASE NO. 3:16-
 6   This document relates to:      :   MD-02741-VC
                                    :
 7   Nancy Salas v. Monsanto        :
     Company                        :
 8   Case No. 3:20-CV-06173-VC      :
     _____:
 9

10                          - - -
                         VOLUME 1
11                Friday, August 5, 2022

12                          - - -

13

14        Remote videotaped stenographic deposition of

15   KEVIN B. KNOPF, M.D., M.P.H., conducted at the location

16   of the witness in Oakland, California, commencing at

17   approximately 8:10 a.m., on the above date, before

18   Rosemary Locklear, a Registered Professional Reporter,

19   Certified Realtime Reporter and California CSR (#13969).

20

21                          - - -

22

23

24            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 971.591.5672 Fax
25                 deps@golkow.com
```

```
 1   APPEARANCES:  (All appearances via remote technology)

 2

 3           PODHURST ORSECK, P.A.
             BY:  PABLO ROJAS, ESQUIRE
 4           projas@podhurst.com
             One Southeast 3rd Avenue, Suite 2300
 5           Miami, Florida 33131
             (305) 358-2800
 6           Appearing on behalf of the Plaintiff

 7

 8           ARNOLD & PORTER KAYE SCHOLER, L.L.P.
             BY:  DAVID A. KERSCHNER, ESQUIRE
 9           David.Kerschner@arnoldporter.com
             BY:  JOSEPH KLEMME, ESQUIRE
10           Joseph.Klemme@arnoldporter.com
             250 West 55th Street
11           New York, New York 10019-9710
             (212) 836-8000
12           Appearing on behalf of the Defendant Monsanto
             Company
13

14
             MORRIS MANNING & MARTIN
15           BY:  CAROLINE W. SUYDAM, ESQUIRE
             csuydam@mmmlaw.com
16           Atlanta Financial Center
             3343 Peachtree Road, N.E., Suite 1600
17           Atlanta, Georgia 30326
             (404) 495-8485
18           Appearing on behalf of the Defendant Home Depot

19

20                         - - -

21

22

23

24

25
```

Exhibit C Page - 2

Golkow Litigation Services                                   Page 2

```
 1   ExpertConnect?
 2   A.      I'm sorry.  When?
 3   Q.      Yes.  When?
 4   A.      I don't recall the exact dates that I was first
 5   engaged by Mr. Rojas's firm.  Sometime in 2022.
 6           And so as soon as -- as soon as their email came
 7   saying that I was retained by his firm, I deleted that
 8   email because I have communications from Mr. Rojas at
 9   that point.
10   Q.      Had you worked on any Roundup litigations before
11   you worked with Mr. Rojas's firm?
12   A.      No.  This was the first time.  This is the first
13   case I've worked on for Roundup, I think.
14   Q.      How many -- how many cases have you worked on
15   through ExpertConnect?
16   A.      Are you asking related to Roundup or related
17   to --
18   Q.      Well, start in general.
19   A.      Oh.  I believe they reached out to me to become
20   an expert sometime in 2021, and so probably a handful of
21   cases before my engagement with Mr. Rojas.
22   Q.      And how many Roundup cases have you worked on
23   through ExpertConnect?
24   A.      I've been retained for a number of cases, I
25   think two with Mr. Rojas's firm.  This -- this case was
```

Exhibit C Page - 3

Golkow Litigation Services                                    Page 13

```
 1   the first one that -- earliest one that had a report
 2   date by me, but I think there are other cases that I'm
 3   working on with Roundup with different firms.
 4   Q.      Do you know what firms those are?
 5   A.      I had a list at my home office of which firms
 6   they are.
 7           There are one or two firms in South Carolina;
 8   there's a firm in Ohio, I think the attorney's name is
 9   Jim O'Brien; there's another firm, I think his name is
10   Finley, who may be in South Carolina.  There are a
11   handful of firms.
12   Q.      Have there been any cases in the Roundup
13   litigation that you have declined to take on?
14   A.      I'm not sure I've declined a case yet.
15   Q.      When you were first contacted, did you do any
16   research before responding to ExpertConnect?
17   A.      Yes.  Some.
18   Q.      What did you do?
19   A.      If I'm remembering the history, there might have
20   been another attorney who had asked me something about
21   Roundup and maybe sent me an expert report but I did not
22   engage with that person.
23           I think I followed the litigation a little bit
24   in the lay press and had done some general research
25   along the way about causality of lymphoma, but probably
```

Exhibit C Page - 4

Golkow Litigation Services                                Page 14

```
 1   specific risk ratio because I haven't memorized them.
 2           I think the Zhang meta-analysis, which I thought
 3   was very well done, the risk ratio was somewhere between
 4   1.41 and maybe 2.  I've seen some risk ratios of greater
 5   than 2 in some of the case-control studies, but I would
 6   have to review those specific studies to get you the
 7   exact risk ratios.
 8   Q.      And do you know the risk ratio for an
 9   association between glyphosate and mantle cell lymphoma;
10   correct?
11   A.      I think it may be hard to give a risk ratio --
12   and this harkens back to your earlier question -- just
13   between glyphosate and mantle cell lymphoma because it's
14   a less common subtype of mantle cell lymphoma.  So I'm
15   having to impute that causality of this between all
16   non-Hodgkin's lymphoma might be proportionate in
17   proportion to the frequency of non-Hodgkin's lymphomas.
18   But, obviously, we have more follicular lymphoma and
19   diffuse large-cell lymphoma out there than we do mantle
20   cell lymphoma.
21           I would say again it's my opinion that, more
22   likely than not, Roundup was a substantial factor in
23   causing Ms. Salas's non-Hodgkin's lymphoma.
24   Q.      On Page 8 of your report --
25   A.      Yes.
```

Exhibit C Page - 5

Golkow Litigation Services                                Page 115

```
 1   environment.
 2           So I think I was trying to write there to say
 3   that causation is multifactorial and it can be a
 4   combination of both genetic and environmental factors.
 5   Q.      In the next paragraph you say, "There are
 6   congenital cancer-causing genes (i.e., germline
 7   mutations) and genes acquired through our lifetimes
 8   (i.e., somatic gene mutations) that are involved in the
 9   causal pathway of carcinogenesis."
10           Do you see that?
11   A.      Yes.  Yes, sir.
12   Q.      And germline mutations are changes in the DNA
13   that you inherit from your parents; right?
14   A.      Yes.
15   Q.      And somatic mutations are changes in the DNA
16   that happen after conception and they're not inherited;
17   right?
18   A.      Right.  Correct.
19   Q.      And they continue to happen throughout our
20   lives; right?
21   A.      Yes.
22   Q.      Both somatic and germline mutations can cause a
23   person to develop cancer, regardless of whether they've
24   been exposed to Roundup; right?
25   A.      Yeah.  But the way I think about causality is
```

Exhibit C Page - 6

Golkow Litigation Services                                  Page 117

```
 1   there's -- there's -- it's a multi-factor process, and
 2   so some people who have somatic mutations in combination
 3   with exposure to Roundup might develop non-Hodgkin's
 4   lymphoma versus somebody who has somatic gene mutations
 5   that is not exposed to Roundup who doesn't develop
 6   non-Hodgkin's lymphoma.
 7           So I harken back to that it's a Bayesian,
 8   multifactorial way to think about causality and so it's
 9   not quite that black and white.  But I agree with what I
10   wrote there.
11   Q.      And DNA mutations are happening constantly in
12   our cells; right?
13   A.      Yes.
14   Q.      And they occur in our immune cells as well.
15   A.      Yes.
16   Q.      And as immune cells recognize foreign objects in
17   our body, it's those mutations that allow them to fight
18   those foreign objects and that stops us from getting
19   sick all the time; right?
20   A.      Yeah.  In a sense, yes.
21   Q.      And, you know, in order to do that, our immune
22   system inherently undergoes these mutations; right?
23   A.      Yes.  We also have DNA repair mechanism for
24   mutations as well.
25   Q.      But that repair mechanism doesn't always work;
```

Exhibit C Page - 7

Golkow Litigation Services                                    Page 118

1  right?

2  A.     No, it doesn't always work.

3  Q.     And sometimes you get mutations that aren't

4  repaired that could eventually lead down the path of

5  carcinogenesis; right?

6  A.     Yeah.  But even, you know, if you were to say

7  that a certain cancer is caused by an accumulation of

8  genetic mutations, it's a multifactorial thing and some

9  subsequent genetic mutations might be related to an

10 environmental toxin.

11 Q.     Right.  But in most cases of cancer, you would

12 agree that the genetic mutations that have led to that

13 cancer are not necessarily caused by environmental

14 factors; right?

15        MR. ROJAS:  Object to form.

16        THE WITNESS:  Well, every cancer is a little

17 different.  For example, I think the pathway for colon

18 cancer that was worked out by Vogelstein at Johns

19 Hopkins, you know, along the way there are probably

20 environmental exposures that affect your pathway from

21 normal colon tissue, to polyp, to carcinoma, to more

22 extensive carcinoma.  So I think gene-environmental

23 interactions are also possible along the way.

24        That's -- I think that's true in lymphoma.  For

25 example, if we say that hep. C is a risk factor for

Exhibit C Page - 8

Golkow Litigation Services                                Page 119

 1   splenic lymphoma villus lymphocytes, there might be
 2   antecedent somatic gene mutations that make it more
 3   likely because not everybody who has hep. C gets splenic
 4   lymphoma, and a lot of people have hep. C.
 5           So I think it's not quite so black and white.
 6   BY MR. KERSCHNER:
 7   Q.      I understand it's not black and white, but my
 8   question is simply that you would agree that there are
 9   cancers that -- strike that.
10           There are individuals who will develop cancer
11   due to gene mutation that have nothing to do with
12   environmental factors; right?
13   A.      I think that statement is the true, but as
14   humans we're always exposed to environmental factors.
15   Q.      And you can't necessarily definitively say
16   whether or not a cancer was caused by only an
17   environmental factor, genetic mutation and an
18   environmental factor, or only a genetic mutation; right?
19           MR. ROJAS:  Object to the form.
20           THE WITNESS:  Yeah.  What I've said here is that
21   it's my opinion that, more likely than not, Roundup was
22   a substantial cause in this patient's non-Hodgkin's
23   lymphoma.
24   BY MR. KERSCHNER:
25   Q.      But in this case, you can't rule out

Exhibit C Page - 9

Golkow Litigation Services                                Page 120

```
 1   STATE OF CALIFORNIA          )

 2   COUNTY OF LOS ANGELES        )

 3              I, ROSEMARY LOCKLEAR, a Certified Shorthand

 4   Reporter of the State of California, duly authorized to

 5   administer oaths pursuant to Section 2025 of the

 6   California Code of Civil Procedure, do hereby certify

 7   that

 8              KEVIN B. KNOPF, M.D., M.P.H., the witness in

 9   the foregoing deposition, was by me duly remotely sworn

10   to testify the truth, the whole truth and nothing but

11   the truth in the within-entitled cause; that said

12   testimony of said witness was stenographically reported

13   by me, a disinterested person, and was thereafter

14   transcribed under my direction into typewriting and is a

15   true and correct transcription of said proceedings, to

16   the best of my ability.

17              I DO FURTHER CERTIFY that I am neither a

18   relative nor employee nor attorney nor counsel of any of

19   the parties to this action, and that I am neither a

20   relative nor employee of such attorney or counsel, and

21   that I am not financially interested in the action.

22   [signature: Rosemary Locklear]

23

24   ROSEMARY LOCKLEAR, RPR, CRR, CSR 13969

25
```

Exhibit C Page - 10

Golkow Litigation Services                                 Page 240