# EXHIBIT D

1                  UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3

4   IN RE:  ROUNDUP PRODUCTS LIABILITY  ) MDL No. 2741
    LITIGATION                          )
5                                       ) Case No. MDL No.
    This document relates to:          ) 3:16-MD-02741-VC
6   Brett Beckfield v. Monsanto Company )
    Case No. 3:21-cv-05322-VC           )
7   _____)

8
    Remote Videotaped
9   Deposition of:   KEVIN BRIAN KNOPF, M.D.

10

11  Date and time:   Tuesday, October 25, 2022
                     12:33 p.m. PDT
12

13

    Location:        Oakland, California
14

15

16  Reporter:

17  Deborah J. Blanchet, CSR
    Certificate No. 7644
18

19

20

21

22

23

24

25

1                Remote videotaped deposition of KEVIN BRIAN

2      KNOPF, M.D., taken before Deborah J. Blanchet,

3      Certified Shorthand Reporter, Certificate No. 7644,

4      commencing at 12:33 p.m. PDT, Tuesday, October 25,

5      2022.  KEVIN BRIAN KNOPF, M.D. was located in Oakland,

6      California.

7

8      REMOTE APPEARANCES OF COUNSEL VIA ZOOM:

9            For the Plaintiff:

10                DUTTON, DANIELS, HINES, KALKHOFF, COOK &
                  SWANSON, PLC
11                BY:  JAMES H. COOK ESQ.
                  3151 Brockway Road
12                Waterloo, Iowa  50701
                  jcook@duttonfirm.com
13

14            For the Defendants Monsanto Company:

15                NELSON MULLINS
                  BY:  NATHAN HOFFMAN, ESQ.
16                One Nashville Place
                  150 Fourth Avenue North, Suite 1100
17                Nashville, Tennessee  37219
                  (615) 664-5300
18                Fax - (615) 664-5399
                  nathan.hoffman@nelsonmullins.com
19

20      ALSO REMOTELY PRESENT:
21                DAVID KIM, Videographer
22

23

24

25

Kevin Brian Knopf, M.D.

```
 1        Q   So how much as a total percentage of your

 2   time is spent in the clinic with patients versus doing

 3   the other types of things that you mentioned?

 4        A   So I, you know, just went over this with my

 5   chairman.  I would consider time you're caring for

 6   patients, even when you're not in clinic, to be

 7   significant as it's still ongoing patient care,

 8   answering messages, writing chemo, reviewing scans,

 9   discussing patients.  I'd say probably 60% patient --

10   60 -- 60% patient care, 60 to 70, and the rest would

11   be administrative stuff.

12        Q   Okay.  So if about 3 to 4% of your patients

13   currently and for about the last four years are

14   non-Hodgkin's lymphoma patients, can you put a number

15   on the total non-Hodgkin's lymphoma patients you've

16   seen over the last year or so?

17        A   The last year or. . .

18        Q   Yeah.  I guess in a given year how many

19   non-Hodgkin's lymphoma patients do you see?

20        A   A couple dozen.

21        Q   Okay.  Couple dozen.  Is -- and what

22   percentage of those are mantle cell lymphomas?

23        A   Mantle cell lymphoma's only about 3% of all

24   lymphomas, so about 3% of that, you know, one or two

25   here or there.
```

Exhibit D Page - 3

1   lymphoma patients in part because I've had to cut back

2   the number of new patients I've seen.  So I don't

3   think in the past year I've had that specific

4   conversation with a patient.

5            However, I think if I saw a patient who had

6   exposure to Roundup, I might ask them if their family

7   is using it or, you know, if they're working on a

8   farm.  And where I am I don't see a lot of people who

9   use it apart from residential use, and I think that

10  the word is getting out from newspaper articles and

11  things like that that in the future it might be more

12  likely they brought it up to me and then I'd feel

13  compelled to talk to them a bit about it.

14       Q   It's still true that you don't ask your

15  patients if they use Roundup?

16       A   Since I become -- I mean I've asked patients

17  before I think the past couple years if they use

18  pesticides, if they're farmers.  I think in the past

19  year or so since I became aware of this no, I haven't

20  asked my patients per se if they use Roundup.

21       Q   And it's still true that you've never told

22  any of your patients about your concerns regarding

23  Roundup?

24       A   You know, I may have had patients who didn't

25  have lymphoma ask me about it, and I might have said,

1    "Yes, this is ongoing."  I've only been reviewing this

2    literature and involved directly in this maybe in the

3    past six to nine months.  So things might change in

4    the future.

5         Q   But you don't recall a specific conversation

6    sitting here today?

7         A   No, I don't recall a specific conversation

8    sitting here today.

9         Q   So you've never told to this day a patient

10   with either non-Hodgkin's lymphoma or more

11   specifically mantle cell lymphoma that glyphosate or

12   Roundup caused their lymphoma.

13        A   Well, again, if we want to go back to my

14   previous answer, I don't want the patient to feel like

15   they did something that caused their lymphoma because

16   at that point the cat's out of the bag and all we can

17   do is focus on treating their lymphoma, unless there

18   was a situation where I might ask about their family

19   members and if they work on a farm or something like

20   that, but I can't recall telling a mantle cell

21   lymphoma patient, "Hey, Roundup caused your lymphoma"

22   per se, no.

23        Q   So it's still true that you've never

24   diagnosed a patient with a Roundup-induced or

25   glyphosate-induced non-Hodgkin's lymphoma.

Exhibit D Page - 5

1   you didn't know one way or the other?

2       A   I think I may have said it.  You know, I'm

3   always anxious when I'm being deposed so I'm not sure,

4   but I think even last time I gave a lymphoma talk I

5   mentioned it because one of the big Roundup

6   litigations started out here in California and it was

7   on all the news channels and things like that.  So I

8   may have asked them, "Did you guys see that?"

9       Q   Right.  And I'm not asking you if you asked

10  them if they saw something.  That's -- you keep coming

11  back to that.  I'm asking you if you claim to your

12  medical students in the classroom that Roundup causes

13  non-Hodgkin's lymphoma?  It's a simple question.

14      A   How was the question asked last time I was

15  deposed?  I want to make sure I'm consistent, since

16  I'm under oath.

17      Q   It's either true or it's not true.

18      A   I'm not sure of the answer to that.

19      Q   Okay.  Is it still true that you haven't

20  conducted any scientific research or any scientific

21  studies related to Roundup or glyphosate?

22      A   That's true, I have not conducted any of my

23  own scientific studies or scientific research apart

24  from preparing for writing these reports and reviewing

25  other people's --

1        Q    Is it still true that you haven't published

2    any article related to glyphosate or Roundup?

3        A    That is still true, I have not published any

4    article related to glyphosate or Roundup.

5        Q    And it's still true that you haven't

6    published your opinions or concerns about Roundup

7    anywhere; correct?

8        A    That is correct.  Not in peer-reviewed

9    literature, no.

10       Q    And you haven't shared your opinions or

11   concerns about Roundup with any professional medical

12   association or any audience; have you?

13       A    No, I don't think I've given any talks where

14   that has come up in the past year or so.

15       Q    You haven't spoken at a medical conference

16   about glyphosate or Roundup; have you?

17       A    No, I have not.

18       Q    Now, you're a member of various professional

19   medical associations, at least two of them currently;

20   correct?

21       A    Correct.

22       Q    And you've seen medical associations

23   identify risk factors or even causes of cancer,

24   including non-Hodgkin's lymphoma; correct?

25       A    I mean the medical associations are made up

1  think some of the epidemiology studies, and I'm not

2  here as a general causation expert, talk about more

3  than two days a year, more than ten days a year, more

4  than a certain dose lifetime, but if you're asking

5  does everybody have the same sort of exposure dose and

6  then the same internal result from that, I think

7  there's probably some biological heterogeneity.  I

8  think that's a correct statement.

9      Q   Right.  And you would agree that calculating

10  exposure is different than calculating a dose for an

11  individual; true?

12      A   Yeah, but I don't think they're completely

13  different things.  I mean I think the higher the

14  exposure somebody has, the higher the internal dose

15  they're going to have, not 1:1 correspondence, but I

16  think there's a correlation there.

17      Q   Well, the level of exposure may or may not

18  correlate to dose; true?

19      A   Well, if somebody was exposed to, let's say,

20  Roundup once, they spray it once in their yard, I

21  think that's a much lower risk for developing lymphoma

22  than somebody who used it every day for 20 years, 20

23  days a year.  You know, there's a dose response and

24  there's -- those two people are very different.

25          Now, if you're talking about two people who

1   dose levels of glyphosate that do not lead to any

2   adverse health effects in people; correct?

3       A   Well, in the sense that if somebody used it

4   once for five minutes, I wouldn't think that they

5   really had an increased chance of developing lymphoma,

6   yes.

7       Q   Well, I mean we all have glyphosate levels

8   in us because it's in the ground water, it's in the

9   food that we eat, it's everywhere in the environment.

10  You're aware of that; right?

11      A   Well, I'm not happy about that fact, but

12  yes, I'm aware of it.

13      Q   So there are dose levels of glyphosate that

14  don't lead to adverse health effects in people; true?

15      A   Well, as I understand it, and I'm not an

16  expert on general causality, there's a difference

17  between pure glyphosate, which you and I might have in

18  our food and I think I read 85% of people now have

19  glyphosate in their bodies, and Roundup, which has a

20  surfactant, which I think affects his absorption and

21  distribution to cells and makes it more genotoxic and

22  more likely to cause lymphoma.

23          So when you say glyphosate, I think that's

24  different than GBH in terms of variability, so. . .

25      Q   No, and I'm not asking you to speculate on

1          A    Mr. Hoffman, can I pause for ten seconds and

2    make sure nobody's texting me that's a patient-related

3    issue?  Just 10 seconds.

4          Q    Yeah, sure.

5          A    Okay.  Thanks.

6               I'm sorry, you know, the doctors I work with

7    are always texting questions, and so I want to make

8    sure nothing --

9          Q    No, it's fine.  We're just going to go for a

10   few more minutes and we can take a break and you can

11   tend to your text or whatever you need to do, e-mail,

12   phone calls, but just a few more minutes so let me

13   wrap this up if we can, and then we can take a break.

14              So sitting here today, Doctor, it's true

15   that you haven't calculated an absorbed dose of

16   glyphosate for any plaintiff including Mr. Beckfield;

17   is that correct?

18         A    That's correct.  I've relied on other people

19   doing the calculations.

20         Q    Who -- do you know of anyone who has

21   calculated an absorbed dose of glyphosate for

22   Mr. Beckfield other than a defense expert?

23         A    I don't see why anyone would bother to

24   calculate an absorbed dose of glyphosate for this

25   person except for his interest in determining whether

1   or not it caused his lymphoma.

2        Q   Right.  But you're not relying upon any

3   plaintiff expert to tell you what the internal or

4   calculate -- excuse me, calculate the internal dose of

5   glyphosate for Mr. Beckfield; are you?

6        A   No, I'm not regarding -- I'm not relying on

7   a plaintiff expert's opinion here, no.

8        Q   So what dose of Roundup or glyphosate is

9   necessary to cause non-Hodgkin's lymphoma in humans,

10  Doctor?

11       A   I don't think I know or anybody knows the

12  specific answer to that.  I think the more of it

13  you're exposed to -- and I'm talking more Roundup than

14  glyphosate -- the more likely it is to contribute to

15  causing lymphoma.  I think, and I don't know the

16  literature off the top of my head, but more than two

17  days a year was concerning, more than ten days a year

18  was concerning.  I haven't seen anything saying that

19  one hour every five years was concerning.

20           So I think there is some sort of dose

21  response, but in my review of the epidemiology I think

22  it's very hard to tease out exactly how much dose

23  people were exposed to and draw a correlation

24  co-efficient to their probability of developing

25  lymphoma.  I think that's a very hard thing to do.

**Exhibit D Page - 11**

Kevin Brian Knopf, M.D.

1    Q   Do you know what percentage of Roundup or
2    glyphosate is absorbed through human skin?
3    A   I would really have to look that up.  I know
4    that dermal absorption is a substantial way that it's
5    been absorbed from some of the articles I've read, but
6    I don't have an expect percentage in my head right
7    now.
8    Q   Do you know whether the concentration of
9    glyphosate in Roundup affects absorption?
10   A   Well, since I'm under oath, I can't give you
11   an exact answer, but from what I understand about
12   chemistry the higher concentration of a purported
13   toxic substance the more likely it is to be absorbed
14   in sufficient quantities or substantial quantities.  I
15   mean from high school chemistry, you know, things that
16   are lower dilution are less potent than things that
17   are higher dilution -- I mean higher dilution things
18   are less potent than things that are lower dilution.
19   Q   Okay.  But you don't know, for example,
20   whether with the human skin studies that have lower
21   concentration levels of glyphosate, the flux, the
22   amount that's absorbed increases or decreases; do
23   you?
24   A   I don't think I'm here as a toxicology
25   expert, so I would have to defer to what they have

1  written.

2      Q   Do you agree it's possible that someone will

3  have minimal or more absorption of glyphosate if they

4  wash up after using Roundup?

5      A   I don't actually know the answer to that

6  question.

7      Q   What percentage of glyphosate in Roundup

8  reaches the dermis and is absorbed into the

9  bloodstream?  Do you have any quantification of that?

10     A   Well, I don't know the exact answer about

11  that.  I would have to reread those articles to give

12  you an exact answer, but there's two parts to that.

13  There's probably, you know, what percent once it's on

14  the dermis absorbs into the bloodstream, but there's

15  also sort of how much Roundup a person was exposed to

16  on their skin, over what period of time, what surface

17  area, maybe the concentration of Roundup.  So that's a

18  multifactorial answer.  I think that's not something I

19  can really answer that well for you.

20     Q   Right.  And you haven't taken those factors

21  into consideration and doing any calculation for

22  Mr. Beckfield in this case; correct?

23     A   I haven't done any calculations myself.  I'm

24  relying here in this case on the expert report

25  prepared by Mr. Vogel I believe it is.

Exhibit D Page - 13

Kevin Brian Knopf, M.D.

1        Q    Well, he hasn't done those calculations

2   either; has he?

3        A    I'll have to check that report again to give

4   you an exact answer to that question.  I saw that he

5   had calculated 525 total days of exposure, I think.

6        Q    Right.  But in terms of the amount of

7   Roundup contacting the skin, the surface area, the

8   rate of absorption, the systemic dose, he doesn't

9   calculate any of those things; does he?

10       A    I imagine you've read his report more times

11  than I have, so I don't have any reason to disbelieve

12  what you're saying there.  I would have to read his

13  report myself to really answer that.

14       Q    Okay.  We've been going about an hour.

15  Sounds like you have a phone call or something,

16  Doctor.  Why don't we take like ten minutes or how

17  much ever time you need, and then we'll go -- we'll

18  continue from there; is that okay?

19       A    Sure.  Do you want to say ten minutes

20  or. . .

21       Q    Yeah, that's fine.

22       MR. HOFFMAN:  Let's go off the record.

23       VIDEO TECHNICIAN:  We're now going off the

24  record, and the time is 1:38 p.m.

25            (Recess.)

Kevin Brian Knopf, M.D.

```
1    that effect, so we'll go through those, but let's just

2    go through, I've got a few questions if we go page by

3    page.  My first question is on Page 3.  You don't have

4    page numbers on your report, but if you do go to the

5    third page in the pdf, the top of Page 3 -- I'm

6    sorry?

7         A    My third page starts below as well.

8         Q    Yeah.  Right.  At the top there's a heading

9    that reads "Medical Assessment"?

10        A    One second until this stops ringing.  Sorry.

11             Okay.  Yeah, I'm with you on that page,

12   Mr. Hoffman.

13        Q    Okay.  My first question is just, I think, a

14   question about perhaps a typo or a mistake in the

15   first paragraph, which is in the second sentence you

16   say:

17             "These neck nodes were then biopsied

18             in 2019 via an excisional biopsy on" you

19             say, 6-3-2010 (**as read**)."

20        A    Right.

21        Q    Right?

22        A    That date is obviously wrong.  I apologize,

23   and I'll fix it.

24        Q    Yeah.  I'm assuming that's 6-3-2019?

25        A    Yes.  I don't know why there's a typo there,
```

**Exhibit D Page - 15**

1   but. . .

2        Q   Okay.  Because I was a little confused at

3   first, but then when I looked at the records, it looks

4   like that's a June 2019 reference, but I just wanted

5   to double-check and make sure.

6            Then if you go down to the bottom of that

7   section, the Medical Assessment section, last sentence

8   it says, "While he" -- meaning Mr. Beckfield's --

9        A   Yes.

10       Q   "While he is in remission as of the last

11  provided medical record date from his mantle cell NHL

12  the natural history of this subtype of NHL is that it

13  is invariably fatal."

14           Do you see that?

15       A   Yes.

16       Q   I was curious about that "invariably fatal."

17  What -- what do you mean by that?  Do you mean that

18  every patient who has mantle cell lymphoma will die

19  from it?

20       A   No, they might die of something else before,

21  but if you look at like the subtypes of lymphomas,

22  there are some that we consider curable, like you give

23  chemo and they never come back, like diffuse large

24  cell lymphoma.

25           Mantle cell is a low grade lymphoma, which

1   preparation for trial we definitely want to have that

2   list of materials considered.

3        MR. COOK:  Yeah.

4        MR. HOFFMAN:  Okay.  Yeah, you can shoot that to

5   me at break.

6        MR. COOK:  Okay.

7        MR. HOFFMAN:  It's

8   nathan.hoffman@nelsonmullins.com.

9        THE WITNESS:  And also I think I -- I provided

10  counsel with an updated reference list as I've added a

11  couple articles since this report was prepared.

12  BY MR. HOFFMAN:

13       Q   Okay.

14       A   And, I'm sorry, new directors for that.

15  That's renew directions for mantle cell lymphoma,

16  so. . .

17       Q   Okay.  I'll take a look at the e-mail and

18  see what we receive, but we want to make sure that we

19  did get that.  So I appreciate counsel forwarding that

20  to me.

21            Now, in addition to the medical records,

22  deposition, the other things that you reviewed

23  specifically for Mr. Beckfield's case did you talk to

24  the plaintiff?  Did you talk to any of his treating

25  doctors?  Have you talked to any of the other experts

Kevin Brian Knopf, M.D.

1    in the case?

2         A    No, sir, I have not.

3         Q    You said you've read the plaintiff's

4    deposition, and I think you mentioned another family

5    member.  Who was the other one?

6         A    His wife was also deposed, and I read that,

7    you know, several months ago.

8         Q    Okay.

9         A    I did not interview him directly nor speak

10   to his physicians.  I did -- I did read, you know --

11   one of his physicians Dr. Michael Wang was deposed.  I

12   read that.

13        Q    Okay.  Well, we'll wait on the list.  And if

14   I have some follow-up questions, I will ask you after

15   the break.

16             Let's go to -- we're going to come back to

17   Exhibit 2, but let me just put that aside for now.  If

18   you go to Exhibit 3.

19             (The document referred to was marked

20        Deposition Exhibit 3 for identification by

21        the Certified Shorthand Reporter.)

22        THE WITNESS:  Yes.

23   BY MR. HOFFMAN:

24        Q    Which is your CV, your curriculum vitae; is

25   that right?

Kevin Brian Knopf, M.D.

1    that break down?

2         A    So I try and do all my expert work outside

3    of my regular work hours, you know, evenings and

4    weekends, so reading, writing.  I try and do as much

5    as I can outside of my regular work hours.  It's 5% of

6    my week maybe, less than 5%.  So some years it was

7    zero.  These Monsanto cases are very time intensive,

8    so it might be like I spend -- I don't know an exact

9    number.  Eight to ten hours a week on it.  Depends on

10   how many reports I have to write.

11        Q    Okay.  Got it.  All right.  We can set

12   Exhibit 4 aside for the moment and then move on to

13   Exhibit 5, which is your testimony list for the past,

14   what was that, four years?

15        A    Yeah.

16             (The document referred to was marked

17             Deposition Exhibit 5 for identification by

18             the Certified Shorthand Reporter.)

19   BY MR. HOFFMAN:

20        Q    From August 2018 to August 2022.

21             Do you see that?

22        A    Yes.

23        Q    And you testified in just looks like two

24   cases during that time period?

25        A    There's a third case because there's another

Kevin Brian Knopf, M.D.

```
 1   case with Monsanto that happened I think a week ago.

 2        Q   Oh, okay.  Do you remember the name of that

 3   case?

 4        A   No, but I can look -- I can look it up for

 5   you.  Hold on.  So the attorney was Robin Greenwald.

 6   It's Griswold, et al. vs. Monsanto.  I think it's

 7   the -- sorry.

 8        Q   Okay.  Got it.  The Griswold case okay.  So

 9   three, three times --

10        A   Right.

11        Q   -- you've testified in the last four years

12   or so.

13        A   Oh.  I'm sorry.  There's another

14   testification -- testimony since I wrote this.  The

15   case is Bisbano vs. some physicians.  It's in the

16   state of Rhode Island, and it's not related to

17   Monsanto.  It's a delay in diagnosis of cancer that I

18   did a deposition a couple weeks for -- couple weeks

19   ago for.

20        Q   Okay.  So is that a medical malpractice

21   case?

22        A   Yes.

23        Q   Okay.  So four.  Excluding today, this will

24   be five, I guess.

25        A   Right.
```

Exhibit D Page - 20

1       A    Yes.

2       Q    And that's your opinion in this case,

3  Doctor?

4       A    Yes.

5       Q    How do you define or quantify a reasonable

6  degree of medical certainty?

7       A    More likely than not.  In the State of

8  California it's 50.1%.

9       Q    Okay.  And then how do you define or

10  quantify a substantial factor?

11      A    You know, I think that's the terminology

12  that's appropriate here.  As I said, I think more

13  likely than not it was a substantial factor.  It was

14  not like an unsubstantial factor.  It was not like,

15  you know, popsicles I think would be an insubstantial

16  factor in causing his lymphoma.

17      Q    Is there any way for you to quantify that?

18  Is it 5%?  Is it 10%?  Is it -- is there a certain

19  percentage in your mind when you talk about a

20  substantial factor in causing something to occur?

21      A    I don't know if I could put a quantitative

22  answer on this.  I think substantial is one of those

23  gray terms.  I think it's a substa -- I mean

24  substantial, I don't know exactly the legal definition

25  of substantial.  The medical definition of substantial

1    is more like this is something that you really should

2    take notice of or insubstantial is like, you know,

3    it's not that relevant.

4         Q    Okay.  When you say "a substantial factor,"

5    is it your opinion that Roundup was a risk factor for

6    Mr. Beckfield?  Was it a cause for Mr. Beckfield?  And

7    if it were a cause, is it the only cause?  Those are

8    sort of the three categories I want you to consider.

9         A    Right.

10        Q    And that's what I'm trying to figure out.

11   When you say "substantial factors," does that mean it

12   was a risk factor, does that mean it was a cause, or

13   does that mean it was the only cause?

14        A    So I think it's a substantial factor in

15   causing his lymphoma.  I don't think I saw any other

16   substantial causative factor here.  I think I wrote

17   that in the two paragraphs above.

18             He wasn't immunosuppressed.  He didn't have

19   any viruses.  So -- and I think he was fairly young at

20   the time he developed it, so I don't think age was

21   even a potential risk factor.

22        Q    Okay.  We'll go through those factors in a

23   moment.

24        A    Okay.

25        Q    But fair to say there -- you haven't

Kevin Brian Knopf, M.D.

1      Q   That's not a significant difference from 60;

2   is it?

3      A   I would say most people are above 60.  I

4   don't know what the median age is exactly.  He was

5   below the median age, and I don't know how many

6   standard deviations there are to say whether it's

7   statistically significant or not.

8      Q   Okay.

9      A   He wasn't 30.

10     Q   Right.  But you didn't consider that

11  specifically.

12     A   No, but, again, I think age is more of a

13  correlation than a causative factor.

14     Q   Okay.  But it's the first thing you

15  considered in your case specific analysis in the --

16     A   He's below the median age, yes.

17     Q   Okay.  And the second factor, you say:

18         "He has no family history of NHL that

19         would increase his rate of developing NHL."

20         Do you see that?

21     A   Yes.

22     Q   What about Mr. Beckfield's otherwise strong

23  family history of cancer?  Did you consider that?

24     A   So some cancers run in families because

25  there's a genetic component, like BRCA mutations and

Exhibit D Page - 23

Kevin Brian Knopf, M.D.

1    lymphoma, but that's what I'm saying.

2        Q    Okay.  But we do have two first degree

3    relatives with cancer and two second degree relatives

4    with cancer in his family; true?

5        A    That's true.

6        Q    And is it your testimony that you can

7    scientifically rule out family history of cancer as a

8    contributing factor to Mr. Beckfield's cancer?

9        A    Well, when I wrote the report, I did not

10   think it was a substantial risk factor for his

11   developing lymphoma because my understanding is

12   lymphoma doesn't run in the same families as those

13   other tumors.  It's a different -- but, you know, if

14   I'm going to testify, I will maybe do more

15   epidemiologic research about that part.

16       Q    Right.  But sitting here today, you can't

17   scientifically rule out his family history of cancer

18   as a contributing factor; can you?

19       A    I don't think it was.

20       Q    But you need to do more research to be sure?

21       A    Sitting here today, I don't think it was.

22   That's why I didn't put it in my report.  I mean if

23   you're going to try and pin me down on a little bit

24   more, I'm going to do more epidemiologic research and

25   then say no, I don't think so.

Exhibit D Page - 24

Kevin Brian Knopf, M.D.

1      Q   So you're going to say no regardless of what

2   additional research --

3      A   Well, if I do research that says gee, people

4   whose family have lung, liver, and skin cancer are at

5   a five-fold risk of developing lymphoma, then I would

6   certainly need to change my report and I would not

7   testify something I didn't believe to be true.

8      Q   Has to be five-fold --

9      A   No, I'm just making that number up on the

10  spot.  You know, if in reviewing that literature it

11  changes my opinion, I will let Mr. Cook know, and

12  he'll let you know for sure.

13     Q   Okay.  I'm going to -- let's see.  Where did

14  that go?  Here it is.  I'm going to mark the next

15  exhibit and put it in the folder.  This is going to be

16  Exhibit 6.

17         (The document referred to was marked

18         Deposition Exhibit 6 for identification by

19         the Certified Shorthand Reporter.)

20  BY MR. HOFFMAN:

21     Q   Do you still have access to that folder,

22  Doctor?

23     A   I have to find the e-mail where I -- sorry.

24  If you give me two minutes.

25     Q   Actually, you know what?  Let's finish up

Kevin Brian Knopf, M.D.

1      Q   Okay.

2          Okay.  So if you have that next exhibit

3   which we've marked as Exhibit 6, do you have that up

4   on your computer now?

5      A   Yes, I do.

6      Q   Okay.  So for the record this is a -- this

7   is a medical record from Lebanon Valley Family

8   Medicine.  The Bates is BBeckfield-PPR-000353.

9          Doctor, do you see all the way down at the

10  bottom of this, looks like an intake form for

11  Mr. Beckfield, do you see the comment all the way down

12  in the last sentence of the intake form?

13     A   Yeah.

14     Q   It says:

15         "Grew up on farm exposure and exposed

16         to pesticides."

17         Do you see that?

18     A   Yes.

19     Q   Now, in addition to Roundup Mr. Beckfield

20  used another pesticide known as atrazine a couple of

21  times a year from 1975 to 1986 during planting season;

22  correct?

23     A   Yes.  Well, I think that's correct, yes.

24     Q   So 11 or 12 years couple of times a year;

25  right?

Kevin Brian Knopf, M.D.

```
 1        A    Right.
 2        Q    But would that meet your exposure threshold
 3   for an increased risk due to pesticide exposure?
 4        A    I don't know the data on atrazine as well as
 5   Roundup because I've not really reviewed it.  It might
 6   also be a contributing factor in his development of
 7   lymphoma.
 8        Q    And you know atrazine is a group 2B
 9   carcinogen, according to IARC; correct?
10        A    I think so, which is below 2A; is that
11   correct?
12        Q    It's group 2B.
13        A    Okay.
14        Q    And you don't -- you don't purport to rule
15   out atrazine as a contributing factor to
16   Mr. Beckfield's NHL in your expert report; do you?
17        A    I did not.  I don't think I saw that -- that
18   document or I didn't notice it closely enough that he
19   was exposed to pesticides.  It's a hard thing to say
20   because, even with the studies where people were
21   exposed to pesticides, I think there was an increased
22   risk of lymphoma with Roundup.  So I don't think it
23   changes my opinion.
24        Q    But at least as far as what's included in
25   your expert report you -- you didn't in your expert
```

**Exhibit D Page - 27**

1  report include atrazine and, therefore, you, at least

2  in your expert report, you didn't rule out atrazine as

3  a contributing factor to Mr. Beckfield's non-Hodgkin's

4  lymphoma.

5       A   In that report, no, but I don't think it

6  changes my opinion.

7       Q   You just testified a few minutes ago it

8  could be true that atrazine also was a contributing

9  factor; fair?

10      A   Yeah, but I think my opinion is a

11  substantial contributing factor, Roundup.  Atrazine

12  could also be a contributing factor to lymphoma, and I

13  can amend the report.  I don't remember seeing that

14  page for some reason.

15      Q   Well, in addition, Mr. Beckfield used

16  something called Lasso herbicide once a year from 1974

17  to 1986 in the corn fields.

18          Did you make note of that?

19      A   Lass -- what's it called?  Lasso?

20      Q   Yeah.  Lasso herbicide.

21      A   I didn't note it in my report, but. . .

22      Q   That's 12 to 13 years of exposure; right?

23      A   Right.  With a latency of 26 years.

24      Q   Now, does that -- does 12 to 13 years of

25  exposure, does that meet your exposure threshold?

Kevin Brian Knopf, M.D.

1     A    How many times a year was he exposed to it?

2     Q    He says -- he says once a year for about 12

3  to 13 years.

4     A    So the exposure threshold in some of the

5  studies for Roundup was either greater than two days a

6  year or greater than ten days a year, and I think he

7  had 525 total days of Roundup, so he had substantially

8  more exposure to Roundup than Lasso.

9     Q    I think what you're referring to is ten days

10  lifetime in the Eriksson study.  I think you just said

11  ten days a year.

12     A    Right.

13     Q    But be that as it may, you don't purport to

14  rule out Lasso herbicide as a contributing factor to

15  Mr. Beckfield's non-Hodgkin's lymphoma in your report;

16  do you?

17     A    I did not do it in my report, but I think

18  there's a difference between 525 days and 12 days.

19     Q    Right.  But you can't rule it out as a

20  contributing factor; can you?

21     A    I can't rule it out as a contributing

22  factor, but it doesn't change my opinion that Roundup

23  was a substantial contributing factor.

24     Q    Now, in addition did you make note that

25  Mr. Beckfield used something called Dual herbicide one

Kevin Brian Knopf, M.D.

1   to two times a year from 1984 to 1986?

2       A    No.

3       Q    That's three years of exposure; right?

4       A    Once a year from. . .

5       Q    He said one to two times a year.

6       A    For how many years?

7       Q    From 1984 to 1986.

8       A    So that would be at most six days?

9       Q    Well, I mean I -- you're sort of considering

10  on the spot, but if you didn't consider it in your

11  evaluation and your opinion, that's fine.  You can

12  just tell me you didn't consider it.

13      A    I don't think I wrote it in my report, but

14  if you bring it up now, I'm going to say, well, 525

15  compared to six is, what, a hundred fold?  Ninety

16  fold?

17      Q    Right.  But you didn't -- you didn't purport

18  to do any sort of comparative exposure analysis

19  between Roundup and the other herbicides or pesticides

20  that Mr. Beckfield may have been exposed to at his

21  farm when he was a younger person; did you?

22      A    I did not do that in my report, no.

23      Q    And you don't purport to rule out, let's

24  say, atrazine, Lasso herbicide, and Dual herbicide

25  together or separately as contributing factors to

Exhibit D Page - 30

1    Mr. Beckfield's non-Hodgkin's lymphoma; do you?

2        A    You know, I'm going to have to go back and

3    review his exposure somewhat, review the report of the

4    toxicologist expert, get his counsel, and then speak

5    to counsel and say, "What do you think about this

6    evidence here?"  But I don't think it changes my basic

7    opinion.

8            I mean I think there's a dose response to

9    herbicides as well as other things in oncology, and

10   the total dose seems a lot lower to me than what I

11   know about his total dose to Roundup.

12       Q    Right.  But they could be contributing;

13   correct?

14       A    They could be contributing.  I'm not sure

15   how substantial they're contributing.

16       Q    Okay.  Are there possible causes of

17   Mr. Beckfield's non-Hodgkin's lymphoma that you cannot

18   rule out?

19       A    Such as?

20       Q    Well, random replication errors, for

21   example.  You don't purport to rule those out in your

22   expert report; do you?

23       A    I didn't bring up the random replication

24   errors because the Tomasetti document was only brought

25   to me in my first deposition.  I wasn't really aware

1    that you did any sort of analysis or even attempted to

2    rule out genetic mutations due to random replication

3    errors as a contributing factor; did you?

4         A    I think -- so I'm confused.  If

5    mathematically I say more likely than not I think this

6    was a substantial risk factor, then that doesn't

7    leave -- that leaves less than 50% for alternative

8    hypotheses.

9         Q    Right.  Well, that's your conclusion.  Let

10   me ask it this way:  What methodology do you believe

11   you can employ or have you employed in this case

12   whereby you can scientifically rule out genetic

13   mutations due to random replication errors as a

14   contributing cause to Mr. Beckfield's non-Hodgkin's

15   lymphoma?  What is that methodology?

16        A    I'm not sure I have a methodology to

17   completely rule that out as a contributing factor.

18        Q    And sitting here today, do you believe we

19   know each and every potential cause of cancer,

20   including non-Hodgkin's lymphoma?

21        A    No, I don't think we know each and every

22   potential cause of cancer, including lymphoma.

23        Q    So by definition you cannot rule out causes

24   of non-Hodgkin's lymphoma that have not yet been

25   identified or discovered; correct?

1                          CERTIFICATE

2                              OF

3              CERTIFIED SHORTHAND REPORTER

4

5          The undersigned Certified Shorthand Reporter
   of the State of California does hereby certify:
6          That the foregoing proceeding was taken
   remotely by me via Zoom, at which time the witness was
7  remotely sworn by me;
           That the testimony of the witness and all
8  objections made at the time of the examination were
   recorded stenographically by me and were thereafter
9  transcribed, said transcript being a true and correct
   copy of my shorthand notes thereof;
10         That the dismantling of the original
   transcript will void the reporter's certificate.
11

12         In witness thereof, I have subscribed my

13  name this date: November 8, 2022.

14

15                          *Deborah J Blanchet*

16                          _____

17                          DEBORAH J. BLANCHET, CSR
                            Certificate No. 7644
18

19

20

21

22         (The foregoing certification of
       this transcript does not apply to any
23     reproduction of the same by any means,
       unless under the direct control and/or
24     supervision of the certifying reporter.)

25