# EXHIBIT E

1

2                UNITED STATES DISTRICT COURT

3              NORTHERN DISTRICT OF CALIFORNIA

4

5

6  IN RE:  ROUNDUP PRODUCTS      ) MDL NO. 2741
   LIABILITY LITIGATION          )
7  _____) MDL Case No. 3:16-
   This Document Relates To:     ) MD-02741-VC
8                                )
   Nancy Salas v.                )
9  Monsanto Company              )
   Case No. 3:20-CV-06173-VC     )
10 _____)

11

12                PAGES 245 - 408

13

14                    - - -

15                JANUARY 20, 2023

16                    - - -

17        Remote videotaped deposition of KEVIN B.

18  KNOPF, M.D., M.P.H., VOLUME II, conducted at the

19  location of the witness in Oakland, California,

20  commencing at 10:07 A.M. EST, on the above date

21  before Pamela Cotten, CSR, RDR, Certified Realtime

22  Reporter, Certificate No. 4497.

23                    - - -

24            GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph | 917.591.5672 fax
25               deps@golkow.com

Exhibit E Page - 1

```
1    A P P E A R A N C E S:

2

3    For the Plaintiff:

4            PODHURST ORSEK, P.A.
             BY:  PABLO ROJAS, ESQ.
5            One Southeast 3rd Avenue, Suite 2300
             Miami, Florida  33131
6            305.358.2300
             projas@podhurst.com
7

8
     For the Defendant Monsanto Company:
9
             ARNOLD & PORTER KAYE SCHOLER, L.L.P.
10           BY:  DAVID A. KERSCHNER, ESQ.
                  JOSEPH KLEMME, ESQ.
11           250 West 55th Street
             New York, New York  10019-9710
12           212.836.8000
             Fax - 212.836.8689
13           david.kerschner@arnoldporter.com
             joseph.klemme@arnoldporter.com
14

15   For the Defendant Home Depot:

16           MORRIS MANNING & MARTIN, LLP
             BY:  CAROLINE W. SUYDAM, ESQ.
17           Atlanta Financial Center
             3343 Peachtree Road, N.D., Suite 1600
18           Atlanta, Georgia  30326
             404.495.8485
19           Fax - 404.365.9532
             csuydam@mmmlaw.com
20

21   ALSO PRESENT:

22           KEVIN JOHNSON, Videographer

23

24

25
```

 1    plaintiff, six hours?

 2         A    Correct.

 3         Q    So that's roughly 38 hours on that case,

 4    right?

 5         A    Correct.

 6         Q    Is that a rough estimate of the time you

 7    would have spent on your other Roundup cases, about

 8    38 hours per case?

 9         A    In reading the articles and general

10    reports, that's a rough estimate.

11              The way I was counseled to bill was that if

12    I had three cases with a firm, I should only bill

13    for that part once.

14         Q    Right.

15         A    So in this case this is only one case, so

16    it has been billed for there.

17         Q    So -- and you have how many Roundup cases

18    right now that you are working on?

19         A    It's about 12.  I think I've stopped taking

20    new cases for the time being, and I may divulge

21    myself of one or two of those cases.

22         Q    Why, may I ask?

23         A    I want to make sure I do an accurate job

24    for each case, and this is not my full-time job.

25         Q    So you spend roughly $30,000 on a case, is

```
 1

 2                        CERTIFICATE

 3                            OF

 4              CERTIFIED SHORTHAND REPORTER

 5

 6          The undersigned Certified Shorthand
        Reporter of the State of California does hereby
 7      certify:
                That the foregoing remote oral proceeding
 8      was taken before me at the time therein set forth,
        at which time the witness was duly remotely sworn in
 9      by me;
                That the testimony of the witness and all
10      objections made at the time of the examination were
        recorded stenographically by me and were thereafter
11      transcribed, said transcript being a true and
        correct copy of my shorthand notes thereof;
12              That the dismantling of the original
        transcript will void the reporter's certificate.
13

14

15

16

17

18      _____

19              PAMELA COTTEN, CSR, RDR
                Certificate No. 4497
20              Certified Realtime Reporter

21
                (The foregoing certification of
22      this transcript does not apply to any
        reproduction of the same by any means,
23      unless under the direct control and/or
        supervision of the certifying
24      reporter.)

25
```

Exhibit E Page - 4