**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030 | Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843 | Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400 | Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100 | Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Richard Canning, et al. v. Monsanto Co.,*<br>Case No. 3:19-cv-04230-VC | **DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. D. BARRY BOYD**<br><br>Hearing:<br>Date:  March 1, 2024<br>Time:  10:00 a.m.<br>Place:  San Francisco Courthouse,<br>           Courtroom 4 – 17th Floor |

**DECLARATION OF LINDA C. HSU**

I, Linda C. Hsu, declare as follows:

1.    I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion to Exclude Testimony of Dr. D. Barry Boyd. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.    Attached hereto as Exhibit A is a true and correct copy of Pretrial Order No. 85, dated February 24, 2019, in In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC, U.S. District Court, Northern District California.

3.    Attached hereto as Exhibit B is a true and correct copy of excerpts of deposition testimony of Dr. D. Barry Boyd, dated October 27, 2023, in the above in the above-captioned matter.

4.    Attached hereto as Exhibit C is a true and correct copy of excerpts of expert report of Dr. D. Barry Boyd, dated September 20, 2022, submitted in the above-captioned matter.

5.    Attached hereto as Exhibit D is a true and correct copy of excerpts of deposition testimony of Dr. D. Barry Boyd, dated April 14, 2023, in *Allegrezza v. Monsanto Company*, Case No. 19SL-CC03421, in the Circuit Court of St. Louis County, Missouri.

6.    Attached hereto as Exhibit E is a true and correct copy of excerpts of deposition testimony of Dr. D. Barry Boyd, dated February 15, 2022, in *Frank v. Monsanto Company*, Case No. D-101-CV-2021-00481, First Judicial District of Santa Fe County, New Mexico.

7.    Attached hereto as Exhibit F is a true and correct copy of Pretrial Order No. 288: Order Granting Motions to Exclude Experts Charles and Schneider, dated November 15, 2023, in In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC, U.S. District Court, Northern District California.

1      8.      Attached hereto as Exhibit G is a true and correct copy of excerpts of trial testimony, dated May 9, 2023, taken in *Gordon v. Monsanto Company*, Case No 17SL-CC02721, in Circuit Court of St. Louis County, Missouri.

    9.      Attached hereto as Exhibit H is a true and correct copy of Eriksson *et. al.*, *Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis*, Int. J. of Cancer 123:1657:63 (2008).

    10.      Attached hereto as Exhibit I is a true and correct copy of McDuffie, *et al.*, *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155, 1156 (2001).

    11.      Attached hereto as Exhibit J is a true and correct copy of excerpts of First Amended Plaintiff Fact Sheet, dated November 19, 2021, submitted in the above-captioned matter.

    12.      Attached hereto as Exhibit K is a true and correct copy of excerpts of deposition testimony of Richard Canning, dated November 23, 2021, in the above-captioned matter.

    13.      Attached hereto as Exhibit L is a true and correct copy of excerpts of deposition testimony of Robert F. Herrick, dated October 23, 2023, taken in the above-captioned matter.

    14.      Attached hereto as Exhibit M is a true and correct copy of excerpts of deposition testimony of Dr. Timur Durrani, dated June 29, 2023, taken in *Barnes v. Monsanto Company*, Case No. 21-A-444, in Circuit Court of Cobb County, Georgia.

    15.      Attached hereto as Exhibit N is a true and correct copy of excerpts of deposition testimony of Dr. D. Barry Boyd, dated January 21, 2022, taken in *Constantine v. Monsanto Company*, Case No. 1972CV00277, in the Superior Court of Commonwealth of Massachusetts.

///
///
///
///
///
///

16. Attached hereto as Exhibit O is a true and correct copy of excerpt of expert report of Dr. Cristian Tomasetti, dated February 12, 2021, submitted in *Constantine v. Monsanto Company*, Case No. 1972CV00277, in the Superior Court of Commonwealth of Massachusetts.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 13, 2023, at Santa Monica, California.

Linda C. Hsu

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Linda C. Hsu*
Linda C. Hsu