# EXHIBIT B

1                    UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA
      ----------------------------------X
3
                          MDL NO. 2741
4
                          CASE NO. MDL 3:16-MD-02741-VC
5

6     IN RE: ROUNDUP LITIGATION PRODUCTS LIABILITY

7     LITIGATION

8

9     This document relates to:

10

11    RICHARD CANNING AND SHIRLEY CANNING V.

12    MONSANTO COMPANY

13                         CASE NO. 3:19-CV-04230-VC

14

15    ----------------------------------X

16

17

18        REMOTE VIDEOTAPED DEPOSITION OF D. BARRY

19    BOYD, M.D., M.S., taken pursuant to Connecticut

20    Statutes, before Helga Christiane Lavan, RPR,

21    Licensed Shorthand Reporter and a Notary Public

22    in and for the State of Connecticut, Shorthand

23    Reporter License No. 540, on October 27, 2023,

24    at 12:02 p.m.

25

```
 1               A P P E A R A N C E S

 2

 3        For the Plaintiff:

 4             THORNTON LAW FIRM, LLP
               9595 Wilshire Boulevard
 5             Suite 900
               Beverly Hills, California 90212
 6             (310) 282-8676
               dbricker@tenlaw.com
 7
                    By: DAVID BRICKER, Esquire
 8

 9
          For the Defendant:
10
               NELSON MULLINS RILEY & SCARBOROUGH LLP
11             901 East Byrd Street
               Suite 1650
12             Richmond, Virginia 23219
               (804) 533-2900
13             Marina.Batalias@nelsonmullins.com

14                  By:  MARINA BATALIAS, Esquire

15

16

17

18

19

20

21        ALSO PRESENT:

22        JULIE ROBINSON, Videographer

23        JUSTIN CARTER, Legal Clerk for Thornton Law
          Firm
24

25
```

D. Barry Boyd, MD, MS

1    there.  So I have to presume.

2            Q.    Now, before we get into the

3    specifics of your opinions regarding

4    Mr. Canning, I'm just going to go through them

5    at sort of a high level to make sure that I

6    understand.

7                  Your generic causation opinion is

8    that Roundup increases the risk that any

9    individual exposed will develop NHL; is that

10   fair?

11           A.    You need to --

12                 MR. BRICKER:  Form.

13                 THE WITNESS:  You need to restate

14        that.

15      BY MS. BATALIAS:

16           Q.    Your generic causation opinion is

17   that any exposure to Roundup increases the risk

18   of NHL; is that correct?

19           A.    No, it's not correct.

20           Q.    Would you mind explaining your

21   generic causation opinion briefly?

22           A.    Generic causation of any disease

23   is dependent on duration, extent, and what we

24   call latency, the time of origin.  So the

25   exposure duration, prior to diagnosis, plays a

D. Barry Boyd, MD, MS

1   role.

2                   If somebody's exposed to Roundup

3   a year before they get lymphoma, that had

4   nothing to do with their lymphoma.  If somebody

5   gets exposed twice a month, you know, with very

6   minimal amounts of exposure, it's likely that's

7   not.

8                   So it's duration and extent of

9   exposure play a big role.  But that's true not

10  only for Roundup -- and this goes to what's

11  call Bradford Hill criteria for causation.  It

12  has to be coherent, and it has to make sense.

13                  And timing is critical, so there

14  has to be enough latency to explain, because

15  tumors don't arise and immediately after

16  exposure.  Carcinogenesis is a prolonged,

17  extended period prior to the onset of the

18  disease.

19                  So the duration of exposure's

20  important.  The intensity is important because

21  minimal exposure is not going to make sense.

22                  The other portion, Bradford Hill,

23  has been described as -- as the idea of other

24  diseases manifest a similar approach, like

25  smoking.  If you smoke for a week or a month,

Exhibit B Page - 4

1  agricultural health studies.  So there are a

2  number of different subsets of hemologic

3  malignancies.

4            But within lymphomas, it's pretty

5  significant that their association with not

6  only diffuse large cell, which is the most

7  common type of B-cell lymphoma, by the way, but

8  also follicular lymphomas and small lymphocytic

9  lymphomas through CLL.  So there's data in all

10  of those.

11            And I've seen cases of mantle

12  cell, a fourth version of a B-cell lymphoma

13  that also has been associated.

14       Q.    Do you know whether -- whether

15  Mr. Canning's exposure in this case initiated

16  or promoted his cancer?

17       A.    Well, based on the latency, which

18  started in 1984, his exposure, it would be hard

19  to say that it -- that it promoted it alone.

20  But it very clearly, in his case, may have had

21  an initiation effect on this, because of the

22  long duration of exposure.

23            So that plays a role in how you

24  judge this.  You know, you can initiate a

25  disease from another cause, a spontaneous

D. Barry Boyd, MD, MS

1    disprove causation.

2            Q.    None of the imaging tests or

3    studies that you reviewed of Mr. Canning

4    reflect any cause of -- let me strike that.

5    That was a horribly worded question.

6            Did you review imaging studies

7    for Mr. Canning in this case?

8            A.    As part of it, yes.

9            Q.    And none of those scans reflect

10   that this was a case of Roundup-induced NHL; do

11   they?

12           A.    Again, no.  You don't see -- you

13   can't see Roundup on a scan.  Only the tumor.

14   The same way that for many carcinogens, for

15   instance, with mesothelioma, you can't see

16   asbestos on the scan.

17           Q.    A patient with the exact same

18   medical history as Mr. Canning but who has

19   never used Roundup could still be diagnosed

20   with the exact same type of NHL that he

21   contracted; is that right?

22           MR. BRICKER:  Objection.  Form.

23           THE WITNESS:  Yeah.  Possibly.

24   But they may have other risk factors.

25           This risk factor was really a

1               standout in this patient.  That is
2               associated with this.
3        BY MS. BATALIAS:
4               Q.     But you can't say Mr. Canning
5    would not have been diagnosed with NHL had he
6    never been exposed to Roundup; correct?
7                    MR. BRICKER:  Form.
8                    THE WITNESS:  Only thing I would
9               say the probability of this is a
10               more-likely-than-not associate.
11        BY MS. BATALIAS:
12               Q.     If you conducted a differential
13    diagnosis in this case -- which you did,
14    correct, that differential diagnosis?
15               A.     A differential diagnostic
16    ideology, is that -- that's what you mean;
17    right?
18               Q.     Yes, sir.  That is what I mean.
19               A.     Yes.
20               Q.     In conducting that differential
21    ideology, you couldn't rule out the possibility
22    that Mr. Canning's NHL was caused by a mutation
23    not influenced by a chemical?
24               A.     Again, mutational events are the
25    beginning, not the end, of cancer.  Even a

Exhibit B Page - 7

D. Barry Boyd, MD, MS

1   spontaneous mutation will then predispose to

2   the influence of environmental factors to

3   promote progression of replication, decreased

4   apoptosis, all the things that -- and what we

5   call -- and we know for sure that glyphosate

6   alters promotional factors called methylation

7   that changes how genes are expressed, even

8   after the mutation, to make it more likely that

9   that mutation will then lead to malignancy,

10  even if the mutation was not Roundup.

11          Q.     But if you saw a patient with the

12  same medical history as Mr. Canning, minus the

13  exposure to Roundup, what would you say caused

14  his NHL?

15          A.     You have to look at the

16  individual.  There are many, many things that

17  play a role.  So, you know, that's a

18  hypothetical that is not rational, because each

19  individual has many, many factors in their

20  history.  Do they have autoimmune disease, are

21  they on immunosuppressant therapies, do they

22  have a viral, you know, infection, do they have

23  other exposures that may play a role.

24          Q.     So taking out just the exposure

25  for Mr. Canning's case and using the exact same

1   medical history, you're saying you're unable to

2   say what causes NHL?

3          A.     Well, beyond the Roundup.  I

4   think the Roundup is the most consistent factor

5   in his case.  The exposure was extensive and

6   for a long period.  It meets the latency of the

7   epidemiology studies, greater than 10 years or

8   10 to 20 years.  It matches the duration and

9   extent of exposure, in terms of exposure days,

10  on the data.

11         So glyphosate overwhelms all the

12  other risk factors he might have; even based on

13  his age, based on the fact he's a male, which

14  we know plays a role in lymphoma.  Even beyond

15  that, this risk factor is pretty, pretty

16  substantial for him.

17         Q.     Right.  But my question was

18  taking out the exposure to Roundup as a

19  contributing factor, potential contributing

20  factor, if you saw a patient with the exact

21  same medical history, what would you say caused

22  the Roundup -- NHL?

23              MR. BRICKER:  Form.  Form.

24              THE WITNESS:  Well, that's a

25         hypothetical that doesn't exist.

Exhibit B Page - 9

1    Q.    Are you offering any opinions

2 regarding Mr. Canning's exposure history in

3 this case?

4    A.    Well, it's very extensive.  So my

5 opinion is he had a very long and extensive

6 exposure.  That's my opinion.

7    Q.    But --

8    A.    Go ahead.

9    Q.    But you didn't calculate the

10 specific dose that Mr. Canning experienced over

11 the years of glyphosate-based herbicides; did

12 you?

13    A.    No.  And I'm going to reiterate

14 that the epi studies don't look at those.  They

15 look at exposure days.  They look at the number

16 of hours per day, the number of days per year,

17 the number of years.  But they don't calculate

18 the dose of exposure, meaning, how many

19 milligrams of glyphosate or the amount of

20 exposure.

21         Some of the exposure researchers

22 are able to look at that.  But that's not what

23 the epidemiology studies look at when they

24 determine association.

25    Q.    Right.  But --

D. Barry Boyd, MD, MS

1          A.      It's the amount of exposure and

2   how long it's been and how many days, and what

3   we call eight-hour exposure days, which is a

4   way of measuring.  Very, you know, prolonged

5   exposure for a full day, how many of those that

6   people had.

7          Q.      Right.  But you did not calculate

8   a total amount of exposure to glyphosate-based

9   herbicides in this case; did you?

10         A.      No, I didn't.  I rely, again, on

11  the exposure expert.

12         Q.      So you have no opinion on how

13  much Roundup, potentially, or glyphosate

14  penetrated Mr. Canning's skin?

15         A.      Well, I don't think -- I can't

16  calculate that.  But we know, you know, he did

17  use PPI, but he had an extensive and long

18  exposure history in terms of how often he used

19  it.

20                 There are three ways to get it

21  in.  Right?  You can get it in orally, you can

22  get it in respiratory-wise, or you can get it

23  in the skin.  And for most -- most of --

24  applicators.  Those who are either industrial

25  or residential use of it.  Roundup is

Exhibit B Page - 11

D. Barry Boyd, MD, MS

1   predominantly through the skin, but there are

2   other forms that also play a role.

3              But I can't calculate his body

4   level, his dose.

5        Q.   Thank you.

6              We know that he sprayed Roundup

7   at two different locations, it sounds like, his

8   residence and then the cranberry bogs.  And I

9   believe even in the cranberry bogs there were a

10  couple different locations that he worked at.

11             Does that sound right?

12       A.   Yes.  He purchased additional

13  bogs until his son, I think, took over years

14  later.

15       Q.   And it sounds like he used his

16  Roundup concentrate at his residence from 1984

17  to 2009.

18             Does that sound right?

19       A.   Yeah.  He actually said that he

20  used the Roundup that he kept in his garage

21  that he was using in his bogs to use at home.

22             So that was a very limited amount

23  of exposure relative to his commercial exposure

24  through the bogs.  Very limited.

25       Q.   Right.

**Exhibit B Page - 12**

D. Barry Boyd, MD, MS

1        Q.     But you can't actually say with

2    certainty whether that's true?

3        A.     No.   I can say with high

4    likelihood, but not certainty.

5        Q.     Mr. Canning's treating physicians

6    never wrote in his medical records, as far as

7    you know, that Roundup substantially increased

8    his likelihood of developing NHL; did they?

9                MR. BRICKER:  Form.

10               THE WITNESS:  Yeah, they rarely

11          do, because they don't know

12          epidemiology.

13   BY MS. BATALIAS:

14       Q.     As we discussed already, you

15   performed something called a differential --

16   I'm calling it a differential diagnosis.  What

17   did you call it?

18       A.     Same thing.

19       Q.     Okay.  Perfect.

20               You performed a differential

21   diagnosis on Mr. Canning; is that right?

22       A.     Yeah, in the sense of looking for

23   what -- there is specific and general

24   causation, right?  So general causation is the

25   issue about Roundup.

Exhibit B Page - 13

D. Barry Boyd, MD, MS

1    what you considered to be a risk factor and not

2    a risk factor.

3                   You mentioned gender is a risk

4    factor for NHL.  Most lymphomas are more common

5    in men than women?

6          A.     Correct.

7          Q.     So Mr. Canning's gender actually

8    put him at an increased risk of developing NHL;

9    is that right?

10         A.     Well, relatively, you know, yes.

11         Q.     And NHL is also more common among

12   Caucasians than other ethnic groups?

13         A.     Yes.

14         Q.     So that also put him as increased

15   risk for developing NHL?

16         A.     Yeah.

17         Q.     And Mr. Canning was 74, which

18   we'll call that old, for purposes of our

19   discussion; is that fair?

20         A.     Older.

21         Q.     And as patients get older, of

22   course their risk of cancer increases; is that

23   correct?

24         A.     Yeah.  That actually links to the

25   other factors.  Because the latency for

1    exposure isn't time-weighted.  So I always say

2    age doesn't cause cancer.  What it is, is the

3    latency of a tumor that takes time to develop.

4               So if you think about it, it's

5    not because you're older.  It's because it

6    takes time for the evolution of a premalignant

7    state to become malignant.  And that's what it

8    really is.  It's not age.  It's time.  Tumors

9    are time-dependent.  They take upwards of two

10   or more decades.

11          Q.    Right.  And we talked earlier

12   about the natural replication errors that --

13          A.    Right.

14          Q.    -- can occur?

15               So is it fair to say that

16   people's cells replicate more as they age?

17          A.    Not necessarily, no.  No.  That's

18   actually not true.  But what happens is, as

19   they age, replication errors may not be

20   repaired adequately, and glyphosate may play a

21   role in that.  It may impair the ability to

22   repair mutation.  And so it remains fixed in

23   the cell.

24               Number 2, as people age, those

25   replication -- those cells that have been

D. Barry Boyd, MD, MS

```
 1                    THE WITNESS:  Yes.
 2                    It takes time because of that
 3            duration of premalignant phase.  It's
 4            going to increase over the years so
 5            that by 50 or 60, you're more likely
 6            than 30 or 40.  It doesn't preclude it
 7            from happening at younger ages, but
 8            it's much more common when you get
 9            older.
10       BY MS. BATALIAS:
11            Q.    All of that to say, you can't
12       rule out that Mr. Canning's NHL was caused by
13       natural replication errors over time as he got
14       older?
15            A.    Not completely, but it's less
16       likely here with his exposure.
17            Q.    I can't remember if we talked
18       about this in your -- the list of risk factors
19       mentioned earlier, but obesity has been
20       associated with increased risk for NHL; is that
21       correct?
22            A.    In some, but not all, studies.
23            Q.    And Mr. Canning was 6-4 and
24       weighed 257 pounds at the time of his
25       diagnosis?
```

Exhibit B Page - 16

1          A.      Yes.

2          Q.      That puts his BMI at 31; does

3    that sound right?

4          A.      Yes.  He is borderline obese.

5    That's Class 1 obesity.  He also was fit and

6    exercised.

7                  So part of obesity reflects BMI,

8    but it also reflects body composition.  And he

9    did note that he was a regular exerciser.  We

10   know he worked in the fields, and, you know,

11   working on the bogs.

12                 So it's likely part of his BMI

13   reflected increased muscle mass, not just fat

14   mass.  And it's the fat mass, not the fat-free

15   mass, that may play a role.  So I would argue

16   that that's an unlikely contributor in this

17   case.  Because it was borderline obese,

18   physically fit man.  Likely had more muscle,

19   you know, than some people do who are sedentary

20   and have largely fat mass.

21         Q.      But you haven't actually met

22   Mr. Canning?

23         A.      No.  Just relying on his history.

24         Q.      You aren't privy to his physical

25   makeup?

D. Barry Boyd, MD, MS

1         A.     I haven't measured his waist-hip

2    ratio or waist size or his pants.

3         Q.     So you don't know whether his BMI

4    of 31 is due to muscle mass or fat mass?

5         A.     It's less important, though,

6    because a BMI of 31 is just over the border of

7    Class 1 obesity.  And the risk for that is very

8    low in relationship to lymphoma as a risk

9    factor.

10         It's really when you get into

11    Class 2 and 3, and particularly the BMI of over

12    40, where obesity place a role.

13         Q.     You also mentioned -- actually, I

14    can't remember if you mentioned family history

15    as a risk factor?

16         A.     It can be a risk factor.

17         Q.     And you note in your report that

18    Mr. Canning's father died of prostate cancer?

19         A.     Yes.

20         Q.     So he has family history --

21         A.     Not died of prostate cancer.  He

22    had prostate cancer.

23         Q.     I'm sorry.  I --

24         A.     He died years later.  He was

25    diagnosed, I think, 25 to 30 years before he

**Exhibit B Page - 18**

D. Barry Boyd, MD, MS

1  died.  So we have no evidence he died of

2  prostate cancer.

3         Q.      That was an honest mistake.  I

4  knew he didn't die of prostate cancer.

5                 But you don't note Mr. Canning's

6  history of -- family history of cancer as a

7  contributing risk factor?

8         A.      We know -- we have more detailed

9  history, and we know that he had multiple

10  first-degree relatives, grandparents, mother,

11  all have had cardiovascular disease.  Multiple

12  CVAs.  His mom died of a CVA.  That's a stroke.

13  Multiple grandparents died of strokes.

14                 There's one -- one grandparent

15  who had dementia.  There's no evidence within

16  the family as a more extended history of

17  first-degree relatives of lymphoma hemological

18  or any other cancers.

19                 So if I were to say -- and he had

20  hypertension and had been on lisinopril.  I

21  would say his bigger risk is having a stroke,

22  because it's strong in the family, not

23  lymphoma.

24         Q.      So aside from the risk factors

25  that we just discussed, Mr. Canning's only

D. Barry Boyd, MD, MS

1    other risk factor was Roundup, in your opinion?

2         A.    Yes.

3         Q.    And so despite all the other risk

4    factors you mentioned, your opinion is that

5    Roundup caused Mr. Canning's NHL?

6         A.    Based on the remarkable extent of

7    his exposure and what we now know about both

8    duration of exposure and extent of exposure

9    days in the epidemiology studies, as well as

10   the AICR data from 2015 about mechanistic

11   studies arguing about risk.  I think it really

12   is pretty overwhelming that that played a

13   likely -- very likely role in his lymphoma.

14        Q.    So it sounds like your opinion is

15   dependent upon the underlying actual amount of

16   Roundup that Mr. Canning was exposed to?

17             MR. BRICKER:  Form.

18             THE WITNESS:  Well, the -- I'm

19        looking at his exposure, which can

20        easily be compared to the epidemiology

21        data showing relationship with -- even

22        with diffuse large B-cell lymphoma,

23        and the number of exposure days and

24        eight-hour exposure days, as well as

25        the duration, or latency, from

1                multiple studies, including the

2                Swedish case control studies.

3                     There are a number of them --

4                studies from Eriksson, Hardell and

5                others, that have shown that greater

6                than 10 to 20 years of exposure

7                significantly increases the risk of

8                DLBCL, and we know also that the

9                amount of exposure, intense exposure,

10               plays a role as well.

11       BY MS. BATALIAS:

12            Q.    Right.

13                     So your opinion is dependent on

14       his amount of exposure over time?

15            A.    Well, I've said this before,

16       minimal exposure is not a risk factor.

17            Q.    Does it matter to your opinion

18       what percentage of the Roundup formulation

19       Mr. Canning used as water?

20            A.    No, because of the extent and

21       duration of exposure.  I think that, you

22       know -- even with that, I think, you know,

23       that's what most of the epi is based on.  Not

24       the formulation, not the specific concentrate,

25       but levels of exposure over time, and duration.

1    that they use a lot of Roundup, because they do

2    two things.

3              They spray around the cranberry

4    to get rid of the grasses around it.  But they

5    also stick it into the drainage ditches because

6    they don't want the actual -- the cranberries

7    to grow in those.  They need the free-flowing

8    water to be able to, you know, irrigate the

9    fields and get water to the cranberries.

10             So it's a lot of exposure.

11        Q.    You might have misunderstood my

12   question.  I'm just talking about the specific

13   concentrate formula.  You don't know which

14   formula he used; correct?

15        A.    No, I don't.

16        Q.    And you haven't reviewed any

17   records or receipts confirming what sort of

18   Roundup Mr. Canning might have bought?

19        A.    No.

20        Q.    And you didn't do a quantitative

21   exposure analysis for Mr. Canning?

22        A.    No.  I actually rely on the

23   toxicologist to do that.

24        Q.    Would you agree that a person

25   with Mr. Canning's medical history could

D. Barry Boyd, MD, MS

1   develop NHL, even in the absence of exposure to

2   Roundup?

3            A.     Well, yes, but, again, you're --

4   the hypothetical is identical, except for

5   Roundup.  That's a very hypothetical person who

6   I don't know exists.  Because there are a lot

7   of other factors comparing one to another, and

8   his exposure was a very important part of his.

9            Q.     Would you agree in this case that

10  Mr. Canning's NHL could have been caused solely

11  by randomly genetic errors?

12                  MR. BRICKER:  Form.

13                  THE WITNESS:  Not completely.

14     BY MS. BATALIAS:

15           Q.     And you can't say that completely

16  because you can't -- you cannot, in fact, rule

17  out that Mr. Canning's NHL developed solely as

18  a result of random mutations, without Roundup

19  playing a role; is that fair?

20           A.     Well, yes, and --

21                  MR. BRICKER:  Form.

22                  THE WITNESS:  Sorry.

23                  There is --

24                  MR. BRICKER:  Go ahead.

25                  THE WITNESS:  There's abundant

**Exhibit B Page - 23**

1    wanted to address with you is the issue of the

2    family history of cancer and its relationship

3    to the development of NHL.

4                    Does the existence or the

5    presence of any type of cancer in Mr. Canning's

6    family history make him more prone to

7    develop -- to developing NHL?

8            A.      Absolutely not.  No, in fact, you

9    know, the most common cancer in older males

10   over the age of 60 to 70 is prostate cancer,

11   100 percent environmental, although there are

12   genetic risks for that.  And that is clearly

13   extremely common at that age.

14                   And so it's very hard -- that's

15   not hemologic malignancy.  It's very common for

16   older men, and it bears no relationship to his

17   lymphoma.

18           Q.      And so -- okay.  And so in

19   looking at this, is it -- is it true -- wow.

20   Let me rephrase that.

21                   In the medical and scientific

22   communities, is it accepted that a family

23   history of prostate cancer does not make

24   Mr. Canning more susceptible to developing NHL?

25

```
 1              MS. BATALIAS:  Form.

 2              THE WITNESS:  Correct.

 3              MR. BRICKER:  Okay.  All right.

 4         Dr. Boyd, thank you very much.  I have

 5         nothing further.

 6              MS. BATALIAS:  Nothing further --

 7              MR. BRICKER:  Marina?

 8              MS. BATALIAS -- thank you.

 9              MR. BRICKER:  So he'll read and

10         sign.  And with that, let's go off the

11         record.

12              THE VIDEOGRAPHER:  That concludes

13         the deposition.  The time is 2:48 p.m.

14              MS. BATALIAS:  Thanks, everybody.

15              MR. BRICKER:  Helga, do you have

16         any spellings you need help with?

17              (Whereupon, a discussion was held

18         off the record.)

19              THE COURT REPORTER:  Are you

20         ordering a copy, David?

21              MR. BRICKER:  I am.

22              MS. BATALIAS:  Yes, please, also.

23              And is it possible to get that

24         within a 7-day window instead of

25         longer one?
```

Exhibit B Page - 25

1              C E R T I F I C A T E

2                    I hereby certify that I am
   a Notary Public in and for the State of
3  Connecticut duly commissioned and qualified to
   administer oaths.

4
                     I further certify that the
5  deponent, D. BARRY BOYD, M.D., M.S., in the
   foregoing deposition was by me duly sworn and
6  thereupon testified as appears in the foregoing
   deposition; that said deposition was taken by
7  me stenographically in the presence of counsel
   and transcribed by means of computer-aided
8  transcription by the undersigned, and the
   foregoing is a true and accurate transcript of
9  the testimony.

10                   I further certify that I am
   neither of counsel nor attorney to either of
11 the parties to said suit, nor of either counsel
   in said suit, nor related to or employed by any
12 of the parties or counsel to said suit, nor am
   I interested in the outcome of said cause.

13
                     Witness my hand and seal as
14 Notary Public this 6th day of November, 2023.

15

16

17 _____

   HELGA CHRISTIANE LAVAN
18              NOTARY PUBLIC

19

   My commission expires:  September 2025
20 LSR No. 540

21

22

23

24

25