# EXHIBIT C

## D. BARRY BOYD, MD

09/20/2022

David Strouss, Esq.
Thornton Law Firm
One Lincoln Street
Boston, MA 02111

Re: Richard Canning v. Monsanto Company

Dear Mr. Strouss:

As requested, I am providing this report detailing my opinions about Mr. Richard Canning's allegations regarding the role of Roundup$^{TM}$ (glyphosate) in the development of his lymphoma.

--------------------------------------------------------------------
**TABLE OF CONTENTS**

I.  **MATERIALS REVIEWED**
    A.  **Medical Records**
    B.  **Deposition Transcripts**
    C.  **Non-Deposition Legal**
    D.  **Expert Reports**

II.  **MEDICAL HISTORY**
    A.  **Non-Lymphoma History**
    B.  **Lymphoma History**

III.  **EXPOSURE HISTORY**
    A.  **Non-Glyphosate Exposures**
        1.  **Residential Etiology**
        2.  **Occupational Etiology**
        3.  **Other Etiologies (e.g., Hobbies)**
    B.  **Glyphosate (Roundup$^{TM}$) Exposures**
        1.  **Residential Etiology**
        2.  **Occupational Etiology**
        3.  **Other Etiologies (e.g., Hobbies)**

IV.  **LYMPHOMA—MEDICAL AND SCIENTIFIC BACKGROUND**
    A.  **Biology of Lymphoma Development**
    B.  **Pesticide Exposure and Development of Non-Hodgkin Lymphoma**
        1.  **Cellular and Animal Studies**
        2.  **Epidemiologic Studies Documenting Risk of Non-Hodgkin Lymphoma with Agricultural Occupation**

Exhibit C Page - 1

3. **Epidemiologic Studies Assessing Risk of Non-Hodgkin Lymphoma with Glyphosate Exposure**
4. **Position Statements from Agencies**

V. <u>**ANALYSIS**</u>
    A. <u>**Mr. Canning's Non-Chemical Exposures and Risk Factors**</u>
        1. **Mr. Canning's Non-Modifiable Risk Factors (Age, Gender, Heredity/Inherited Risks)**
        2. **Mr. Canning's Modifiable Risk Factors**
            a. *Tobacco and Alcohol Use*
            b. *Obesity*
            c. *Diabetes Mellitus*
            d. *Infectious Agents*
            e. *Autoimmune Inflammatory Diseases*
            f. *Other Medical History*
    B. <u>**Mr. Canning's Chemical Exposures**</u>
        1. **Non-Glyphosate Exposures**
            *a.* *Pesticides Other Than Glyphosate*
            *b.* *Other Chemicals*
        2. **Glyphosate (Roundup™) Exposures**

VI. <u>**CONCLUSIONS**</u>

<u>**REFERENCES**</u>

--------------------------------------------------------------------

I. <u>**MATERIALS REVIEWED**</u>
    A. <u>**Medical Records**</u>

    Stephen Gutting, MD, neurosurgery, St. Elizabeth's Medical Center, Brighton, MA
    David Weinberg, MD, neurology, St. Elizabeth's Medical Center, Brighton, MA
    Muhammad Qadir, MD, family medicine, Mashpee Family Medicine, Mashpee, MA
    Anthony Amato, MD, neurology, Brigham and Women's Hospital, Brookline, MA
    Robert Brown, MD, dermatology, Newton Brighton Dermatology Associates, Brighton, MA
    James McCarthy, MD, neurology, Cape Cod Hospital, Hyannis, MA
    Craig Jones, MD, otolaryngology, Massachusetts Eye and Ear, Mashpee, MA
    Scharukh Jalisi, MD, otolaryngology, Boston Medical Center, Boston, MA
    Alik Farber, MD, vascular surgery, Boston Medical Center, Boston, MA
    William Creevy, MD, orthopedic surgery, Boston Medical Center, Boston, MA
    Paul Bizinkauskas, MD, internal medicine, Park Street Primary Care, Hyannis, MA
    Philip Wade, MD, oncology, Davenport-Mugar Cancer Center, Cape Cod Healthcare, Hyannis, MA
    Daniel Canaday, MD, radiation oncology, Davenport-Mugar Cancer Center, Cape Cod Healthcare, Hyannis, MA
    Cape Cod Hospital Rehabilitation Center, Hyannis, MA
    Cape Cod Healthcare, Cape Cod Hospital, Hyannis, MA
    Mark Loewen, MD, general surgery, Cape Cod Health Care, Hyannis, MA
    George Silva, MD, family medicine, Mashpee, MA

Exhibit C Page - 2

1. Age – Increased age is a risk factor for many lymphomas, with lymphoma most commonly occurring in people over the age of 60.
2. Gender – Most lymphomas are more common in men than women.
3. Race, ethnicity, and geography – NHL is more common in developed countries and in the United States is more common among whites than other ethnic groups.
4. Family history – NHL is more common in those with a first-degree relative with NHL.
5. Exposure to certain chemicals and drugs – Some chemicals, such as benzene, herbicides, and insecticides are linked to increased risk of NHL. Some chemotherapy drugs and drugs used to treat rheumatoid arthritis (RA) increase the risk of NHL, though the latter is somewhat confounded by the intrinsic risk imparted by RA itself.
6. Radiation exposure – Survivors of atomic bombs or nuclear reactor accidents, as well as patients treated with radiation therapy for other cancers have an increased risk of developing NHL.
7. Immunocompromised state – The presence of immune deficiency syndromes, either as a primary disease state or secondary to immunosuppressive medications or HIV infection, increases the risk of developing NHL.
8. Autoimmune diseases – Some autoimmune diseases impart in increased risk of developing NHL as a result of overstimulation of the lymphocytes increasing the rate of division. These include RA, systemic lupus, and other autoimmune diseases.
9. Infections – Some infections, particularly HTLV, human herpes virus type 8 (HHV-8), and EBV can cause lymphocyte transformations that result in NHL. Other infectious organisms (*Helicobacter pylori*, hepatitis C virus, and others) cause chronic immune stimulation and can lead to the development of NHL.
10. Body weight and diet – People who are obese or eat diets high in certain types of foods are possibly at an increased risk of developing NHL.

### B.  <u>Pesticide Exposure and Development of Non-Hodgkin Lymphoma</u>

Of interest in this case is the recently documented increased risk of development of lymphoma in patients with a history of significant exposures to the commonly used herbicide glyphosate (Roundup[TM]). There are multiple studies documenting an association between pesticide and herbicide exposures and a variety of cancers, including NHL—both among those exposed occupationally (e.g., farm workers, pesticide applicators) and from residential use.[17,18,19] As noted above, the American Cancer Society lists pesticide exposure as a known risk factor for risk of NHL.

### 1.  Cellular and Animal Studies

There is substantial research from animal and human studies confirming genotoxic and other critical effects on cellular replication, including cell cycle regulation, that explain the risks of both glyphosate and glyphosate-containing herbicides causing NHL. Many of the genotoxic studies utilized the comet assay, a single-cell gel electrophoresis assay that is technically simple, relatively fast, and cheap.[20] Using this assay, DNA damage can be investigated in virtually all mammalian cell types without requirement for cell culture.

Exhibit C Page - 3

There are numerous in vitro animal studies that confirm the genotoxic effect of both the Roundup[TM] formulation as well as glyphosate itself.[21,22,23,24,25] In addition, there is a growing number of research studies documenting the in vitro effect of Roundup[TM] and glyphosate on genotoxicity and cytotoxic effects in human cell lines.[26,27,28,29] Studies have also shown more diverse effects including altered gene transcription, dysregulation of cell cycle controls, and altered mitochondrial oxidative phosphorylation,[30,31,32,33,34,35,36] all of which may influence the risks for cancer progression beyond the purely genotoxic and mutational effects of glyphosate or the Roundup[TM] formulation.

An assessment reported in 2009 by *Bolognesi, et al.,*[37] of possible direct biologic risks to agricultural workers exposed to glyphosate formulation was carried out in five regions of Colombia, where the exposures to glyphosate and other pesticides varied. They obtained data on the workers (predominantly women), including their current health status, history, lifestyle, past and current occupational exposure to pesticides, and factors that might be associated with increased frequency of binucleated cells with micronucleoli (BNMN). They obtained blood samples prior to spraying, at 5 days, and again 4 months after spraying, then cultured their lymphocytes and applied the cytokinesis-block micronucleus cytome assay to evaluate for chromosomal damage and cytotoxicity. In test results, they noted regional variations at baseline. In the post-spray samples, those who reported direct contact with the eradication spray showed a higher quantitative frequency of BNMN compared to those without glyphosate exposure. However, the increase in frequency of BNMN observed immediately following glyphosate spraying was not consistent with the rates of application used in the regions. The authors concluded that there was evidence indicating a genotoxic risk associated with exposure to glyphosate in the areas where the herbicide is applied.

*Wang, et al.,*[38] assessed the effect of glyphosate in a mouse-line Vk*MYC, an animal model for multiple myeloma and lymphoma, with sporadic MYC activation in germinal center B-cells. Glyphosate-exposed Vk*MYC mice developed progressive hematologic abnormalities and plasma cell neoplasms as well as multiple organ dysfunction. They developed benign monoclonal gammopathy with increased serum IGG and plasma cells in spleen and bone marrow as well as upregulated activation-induced cytidine deaminase (AID). These findings strongly support glyphosate as a risk factor for B-cell malignancies including NHL and support the epidemiologic findings of glyphosate-induced B-cell lymphomas.

## 2. Epidemiologic Studies Documenting Risk of Non-Hodgkin Lymphoma with Agricultural Occupation

The current understanding of cancer risk factors, including those for NHL, reflects the careful accumulation of evidence from epidemiologic observational studies including case-control studies, and long-term prospective cohort studies. These studies seek to determine the strength and consistency of associations between exposures and lifestyle features to the overall NHL risk. As well, these data help assess associations with distinct NHL subtypes.

Beginning in the early 1990s, the Agricultural Health Study (AHS), a large prospective cohort study was initiated in North Carolina and Iowa with the goals of determining the cancer risks among men versus women, as well as whites versus minorities, who had direct exposure to pesticides and other agricultural

Exhibit C Page - 4

agents. It also sought to identify non-cancer related illness associated with pesticide exposure and the potential effects of secondary exposures on spouses and children of agricultural workers; it was an attempt to correlate exposures with disease risk based on biomarkers, genetic predictors of risks, and lifestyle factors. One goal of the study was to assess the impact of multiple exposures on disease risk.[39]

According to a recent analysis of cancer incidence in the AHS, after 20 years of follow up, based on review of 12,420 cancers in a cohort of private pesticide applicators, their spouses, and commercial applicators, overall cancer risk within the AHS was lower than the general population. There was an excess of some cancers including prostate cancer, lip cancer, acute myeloid leukemia (AML), thyroid cancer, testicular cancer, peritoneal cancer, and B-cell lymphomas. This study did not assess the contribution of different pesticides to risk.[40]

One very large, long-term, multi-institutional lymphoma study, from 2014, assessing the risk factors for NHL was the *International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes*.[41] This study pooled data from 20 case-control studies (17471 NHL cases, 23096 controls) from North America, Europe, and Australia. It is currently the largest and most comprehensive investigation of potential risk factors for a broad range of common and rare NHL subtypes. This study evaluated 11 specified NHL subtypes and assessed medical history, family history, lifestyle factors, and occupation for each of these 11 subtypes.[42] Statistically significant increased risks of chronic lymphocytic leukemia (CLL) and small lymphocytic lymphoma (SLL) were found for mixed (OR=1.31) and general farm worker (OR=1.46). Another clear findings among occupations associated with increased risk of follicular lymphoma and DLBCL as well as other lymphomas, was an increased risk for women in the occupation of field crop/vegetable farm worker (OR = 1.78).[43,44,12,14]

### 3. Epidemiologic Studies Assessing Risk of Non-Hodgkin Lymphoma with Glyphosate Exposure

A study published in 2003 examined pooled data from three case-control studies on NHL in the midwestern United States.[45] The study, by *De Roos, et al.,* was an analysis of 47 pesticides simultaneously, controlling for confounding by other pesticides as risk factors for NHL in a pooled analysis of 3417 male farm workers. They noted that the use of particular pesticides, including the insecticides coumaphos, diazinon, fonofos, chlordane, dieldrin, and copper acetoarsenite, as well as the herbicides atrazine, glyphosate, and sodium chlorate, were associated with increased NHL risk, with a trend toward increasing risk with exposures to multiple pesticides. The OR for glyphosate increasing the risk of developing NHL was 2.1 with a 95% confidence interval (CI) of 1.1 to 4.0 (OR 2.1; 95% CI: 1.1-4.0). This doubling of the risk was statistically significant. The significant risk remained after logistic regression was performed. A subsequent hierarchical regression analysis reduced the OR to 1.6 (95% CI: 0.9-2.8).

A subsequent study, published in 2005 by *De Roos, et al.,* specifically analyzed data from the AHS to evaluate the association between glyphosate exposure and cancer incidence. They evaluated both private and commercial pesticide applicators, over 75% of whom reported having used glyphosate, and the overwhelming majority of those were men (97%). They evaluated whether participants personally mixed

Exhibit C Page - 5

the glyphosate or applied premixed products. They also attempted to estimate quantitative exposure by recording days of use per year, years of use, and quantity of use per day. This study showed that glyphosate exposure was not associated with cancer incidence overall or with most of the cancer subtypes studied but did suggest association with multiple myeloma incidence, requiring follow up assessment. The authors acknowledged that because of its widespread use, further assessment of the role of glyphosate and long-term health risks was warranted, including of the risks for less common cancers.[46] A follow up analysis of the AHS was published in 2017, however only 63% of the original cohort participated in the follow up study contributing to the exposure misclassification which would bias results towards the null. Glyphosate was not associated with NHL in the primary analysis, but there were suggestive risk increases for NHL and CLL in the 20-year-lag analysis.[47]

In 2001, a multicenter population-based, case-control study by *McDuffie*, *et al.,*[48] enrolled men from all six provinces of Canada with varied occupational and nonoccupational exposures to pesticide. With 517 cases and 1506 controls, the risk of NHL was statistically significantly increased among individuals exposed to glyphosate more than two days per year (OR 2.12; 95% CI: 1.20-3.73). This represents doubling of the risk which, again, is statistically significant. Importantly, among individual pesticides, carbaryl, lindane, dichlorodiphenyltrichloroethane (DDT), malathion insecticides, and captan fungicide were found not to contribute significantly to the risk of NHL. The risk was adjusted for age and province of residence.

In 2002, *Hardell, et al.,*[49] reported a pooled analysis performed on two case-control studies from Sweden, one on NHL and another on hairy cell leukemia. The analysis included 515 cases and 1141 controls and specifically queried multiple different pesticides. Among the herbicides, there was a significant association between NHL risk and glyphosate exposure (OR 3.04; 95% CI: 1.08-8.52). A subsequent population-based case-control study published in 2008 from the same group of researchers[50] assessed exposure to pesticides as a risk factor for NHL. This study included a total of 910 cases and 1016 controls enrolled from 12/01/1999 to 04/30/2002. Both arms had a greater than 90% participation rate in the survey. This study showed that exposure to glyphosate imparted a twofold risk of NHL (OR 2.02; 95% CI: 1.10-3.71) and a stronger association with CLL/SLL (OR 3.35; 95% CI: 1.42–7.89. The association with NHL was strengthened with >10 years latency period (OR 2.26; 95% CI: 1.16-4.40) meaning the association was stronger in those patients with exposure greater than 10 years in the past as opposed to only more recent exposure. This comports with the known delay in manifestation of lymphomas due to the necessary development of multiple different mutations over time. The association with NHL was also stronger in those patients who used glyphosate more than 10 lifetime days v. patients who used it less than 10 lifetime days (OR 2.36; 95% CI: 1.04-5.37.)

A systematic review and series of meta-analyses on the risk of NHL and occupational exposure to agricultural pesticides was published in 2014.[51] This article included an analysis of 21 pesticide chemical groups and 80 active ingredients. This analysis was confined largely to studies in high-income countries and was restricted to studies published since 1980. The meta-analysis included multiple publications from the AHS, six papers from pooled analyses of three case-control studies conducted by the National Cancer Institute (NCI), case-control studies from California and western Washington State, two reports

Exhibit C Page - 6

from the Cross-Canada Study, four reports from the Swedish case-control studies, as well as New Zealand and Australian case control studies. Random effects meta-analyses demonstrated a positive association of glyphosate with overall B-cell lymphoma risk with a meta risk ratio of 2.0.

A recent (published in 2019) pooled analysis of pesticide use and risk of NHL in large agricultural cohorts from France, Norway, and the USA (from the consortium of agricultural cohort studies (AGRICOH)), assessed the relationship of any use of 14 pesticide chemical groups and 33 individual active chemical ingredients with NHL overall and major subtypes of NHL. DLBCL, a subtype of NHL, was found to be associated with glyphosate exposure (OR 1.36; 95% CI: 1.00-1.85), but there was no association with other subtypes.[52] The authors noted that non-differential exposure misclassification in the study could result in false negative results. The authors further noted that risks could have been underestimated due to the inclusion of exposed farmers in the reference group and because the analysis was limited to ever/never use. Pesticide exposure in the European cohorts was determined by a crop exposure matrix rather than self-reporting by the farmers. In a follow up abstract, one of the authors noted that "our ability to detect associations are for now at best limited without further improvement of exposure assessment and assignment."[53]

In 2021, *Meloni, et al.,*[54] reported results from an Italian multi-center case-control study on the association between glyphosate and lymphoma. Elevated risks were seen with follicular lymphoma but not NHL overall or other subtypes. Risk for B-cell lymphoma increased by intensity, frequency, and confidence of exposure, but not by duration with highest risk for B-cell lymphoma in the moderate-high intensity group (OR 4.0; 95% CI: 1.38-11.4). However, the authors noted that the study suffered from low statistical power to detect associations and from a higher probability of chance findings due to small numbers.

In a (2019) article, *Zhang, et al.,*[55] conducted a new meta-analysis including of the most recent update of the AHS cohort published in 2018 as well as of five case-control studies. By using the highest exposure groups available within each study, they noted the overall meta-relative risk (meta-RR) for NHL in glyphosate-based herbicide (GBH)-exposed individuals was increased by 41% (meta-RR = 1.41). In a secondary meta-analysis, again using high-exposure groups with the earlier AHS (2005), they calculated a meta-RR for NHL in glyphosate-exposed individuals of 1.45 (95% CI: 1.11-1.91). They also reviewed animal studies of the relationship between malignant lymphoma and glyphosate and discussed potential associations between glyphosate and immunosuppression, endocrine disruption, and genetic alterations commonly associated with NHL or lymphomagenesis. The authors concluded that, based on their meta-analysis and the findings from experimental animal and mechanistic studies, there was "a compelling link between exposures to GBHs and increased risk for NHL."

*Pahwa, et al.,*[56] published (2019) a detailed analysis of glyphosate use and the risks of NHL overall and for major histologic subtypes, from the North American Pooled Project (NAPP). They analyzed NHL cases and controls from the 1980s and 1990s from Canada and the midwestern US and self-reported information on ever use, duration, frequency, and lifetime days of use of glyphosate related to overall NHL risk as well as risk by major histologic subtypes. Ever use of glyphosate had a significant increase

Exhibit C Page - 7

in NHL risk (OR=1.43). Risks were elevated for most lymphoma NHL subtypes except for follicular lymphoma (OR=1.00). Handling glyphosate for more than two days per year was associated with significantly higher risks of NHL (OR=2.42) and DLBCL (OR=2.83). There were suggestive risk increases for NHL, follicular lymphoma, and SLL, with greater lifetime-days of glyphosate use. Overall, the risk differences by histologic subtype were not consistent across glyphosate use metrics and may have been chance findings.

*Donato, et al.,*[57] published (2020) results of a meta-analysis showing

> The meta-relative risk (RR) of NHL was 1.03 (95% CI 0.86-1.21), that of MM [multiple myeloma] was 1.04 (95% CI 0.67-1.41). The meta-RR of NHL for highest category of exposure was 1.49 (95% CI 0.37-2.61; 3 studies). The meta-RR for diffuse large B-cell lymphoma (DLBCL) was 1.31 (95% CI 0.93-1.75); that for follicular lymphoma was 0.82 (95% CI 0.93-1.70), and that for chronic lymphocytic leukemia was 0.85 (95% CI 0.20-1.49).

*Rana, et al.,*[58] published a critique of the *Donato* meta-analysis and reaffirmed the findings of the *Zhang* meta-analysis noting that those results are likely an underestimation of the true risk of NHL after exposure to glyphosate. The authors reported that if they repeated the *Zhang* meta-analysis with the same studies used in *Donato* 2020 then the meta-RR would increase to 1.63 (95% CI: 0.97-2.76).

In response to *Rana*, *Boffetta, et al.,* reevaluated their meta-analysis[59] reporting:

> The meta-RR for ever-exposure to glyphosate was 1.05 (95% confidence interval [CI] 0.90-1.24; I2 = 0%). The meta-RR for the highest category of exposure was 1.15 (95% CI 0.72-1.83; 3 studies). The meta-RR for diffuse large B-cell lymphoma (DLBCL) was 1.29 (95% CI 1.02-1.63; 4 studies), that for follicular lymphoma was 0.84 (95% CI 0.61-1.17), and that for chronic lymphocytic leukemia/small lymphocytic lymphoma was 1.33 (95% CI 0.65-2.70).

### 4. Position Statements from Agencies

The International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A) in March 2015 after thorough, independent, and rigorous investigation by independent researchers and investigators in the field.[60]

IARC is a division of the World Health Organization (WHO) (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate the potential carcinogenicity of a substance, it must have ubiquitous human exposure and there must be some preliminary data to suggest a potential harm and carcinogenicity. IARC reviews peer-reviewed published literature including epidemiologic studies, animal data, and genotoxicity studies. In addition, IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. As of the last update on 11/09/2018, IARC had evaluated 1,013 substances since its inception. This shows

Exhibit C Page - 8

the high selectivity of IARC in deciding which substances to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens). In the above-referenced review of both the epidemiologic, animal, and mechanistic studies, 217 expert scientists evaluated the carcinogenic hazard for four insecticides and the herbicide glyphosate. The Working Group (WG) concluded that the data for glyphosate met the criteria for classification as a probable human carcinogen. and classified glyphosate as "probably carcinogenic to humans" (Group 2A). This conclusion was reached after thorough, independent, and rigorous investigation by independent researchers and investigators and was published in Lancet. In 2019, after reviewing newly published studies, IARC reaffirmed its finding that glyphosate should be classified as probably carcinogenic to humans.[61] As of February 2021, IARC has classified only 20% of substances reviewed as either group 1 (human carcinogens) or 2A (probable human carcinogens).[62]

In contrast, in 2016, the US Environmental Protection Agency (EPA), as part of its cancer classification and risk assessment recommendations, reevaluated the human potential carcinogenicity of the active ingredient glyphosate utilizing the "framework for incorporating human epidemiological and incident data in health risk assessment."[63] In December 2016, the EPA convened the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel (SAP) to review this evaluation. The SAP expressed concerns that the EPA did not follow its own carcinogenicity guidelines in assessing glyphosate with many members disagreeing with the EPA's conclusions. Based on weight-of-evidence evaluation, the EPA concluded that glyphosate is classified as "not likely to be carcinogenic in humans." In 2019, the EPA reconfirmed its opinion that glyphosate is not likely to be carcinogenic in humans. The EPA's public opinion appears to contrast with an internal EPA memo, released in 2021, which concluded that the epidemiology provided suggestive of carcinogenic potential between glyphosate exposure and increased risk of NHL.

The European Food Safety Authority (EFSA), the primary agency of the European Union that assesses risks regarding food safety, reported in October 2015 its evaluation of the Renewal Assessment Report (RAR) for glyphosate prepared by the Rapporteur Member State, the German Federal Institute for Risk Assessment (BfR). This group concluded that "glyphosate is unlikely to pose a carcinogenic hazard to humans and the evidence does not support classification with regard to its carcinogenic potential."[64] EFSA noted that its analysis differed from IARC, in part, because "IARC did not only assess glyphosate but also glyphosate-based formulations, while the EU peer review is focused on the pure active substance." Other regulatory agencies have made the same conclusions as EPA and EFSA.

In a subsequent report[65] authored by 94 scientists, the differences between the IARC and the EFSA assessments were reviewed with a conclusion that there were multiple serious flaws in the scientific evaluation in the EFSA/RAR assessment that incorrectly limited the potential carcinogenic hazard from glyphosate exposure. In evaluating the human studies, the EFSA/RAR classified all the case–control studies as "not reliable," noting that data on glyphosate exposure, smoking status, and/or previous diseases had not been assessed. The critique's conclusion was that the case control studies were reliable and that the IARC WG had carefully and thoroughly evaluated all available epidemiology data, considering the strengths and weaknesses of each study before its determination.

Exhibit C Page - 9

Two carefully performed meta-analyses cited in the IARC monograph demonstrated a consistent positive association between glyphosate and NHL. As noted above, meta-analyses not available at the time of this IARC investigation, from *Zhang*,[63] of the AHS and several case-control studies confirmed the positive association between glyphosate exposure and NHL. Further, EFSA concluded

> No evidence of carcinogenicity was confirmed by the large majority of the experts (with the exception of one minority view) in either rats or mice due to a lack of statistical significance in pair-wise comparison tests, lack of consistency in multiple animal studies and slightly increased incidences only at dose levels at or above the limit dose/maximum tolerated dose (MTD), lack of pre-neoplastic lesions and/or being within historical control range.[72]

In fact, the IARC WG did find significant carcinogenic effects in laboratory animals for rare kidney tumors, hemangiosarcoma in two mouse studies, and benign tumors in two rat studies. EFSA also disagreed with the IARC WG finding that "there is strong evidence that glyphosate causes genotoxicity" by suggesting that unpublished evidence not seen by the IARC WG was overwhelmingly negative. Again, the IARC assessment concluded that there was strong evidence of genotoxicity and oxidative stress for glyphosate and that this research was accessed entirely from publicly available research that included findings of DNA damage in the peripheral blood of exposed humans. The IARC work group concluded in their report:

> The most appropriate and scientifically based evaluation of the cancers reported in humans and laboratory animals as well as supportive mechanistic data is that glyphosate is a **probable human carcinogen**. On the basis of this conclusion and in the absence of evidence to the contrary, it is reasonable to conclude that glyphosate formulations should also be considered likely human carcinogens.[68] (emphasis added)

The U.S. Agency for Toxic Substances and Disease Registry (ATSDR) completed a toxicological profile of glyphosate in August 2020. The ATSDR did not provide an opinion on the carcinogenicity of glyphosate but noted that:

> The meta-analyses reported positive associations between glyphosate use and selected lymphohematopoietic cancers. Most of the case-control and cohort studies used self-reported ever/never glyphosate use as the biomarker of exposure, and subjects were likely exposed to other pesticides as well. Numerous studies reported risk ratios greater than 1 for associations between glyphosate exposure and risk of non-Hodgkin's lymphoma or multiple myeloma; however, the reported associations were statistically significant only in a few studies.[66]

In June 2021, The National Institute of Health and Medical Research (INSERM), at the request of the French government, convened an expert panel to review the latest data on glyphosate and NHL. The

Exhibit C Page - 10

panel concluded that "the new data strengthen the presumption of a link between glyphosate and the risk of NHL in farmer populations (moderate presumption; Table III)."

## V.   ANALYSIS

### A.   Mr. Canning's Non-Chemical Exposures and Risk Factors

#### 1.   Mr. Canning's Non-Modifiable Risk Factors (Age, Gender, Heredity/Inherited Risks)

There is accumulating evidence that family history of lymphoma and common genetic variations alter NHL risk. As well, the risk of NHL increases with age; specifically, there is a significant increase in NHL incidence in the sixth and seventh decade of life, though it also occurs in children and young adults. Typically, late age at diagnosis reflects the time required for lymphoma to progress from a premalignant B-lymphocyte (with the acquisition of genomic changes associated with both chronic exposures to carcinogens as well as promotional agents) to an eventual NHL. Mr. Canning was in his early 70s at the time of his diagnosis of NHL. With the exception of age, the other nonmodifiable risk factors cannot explain the development of his NHL.

A pooled case-control analysis from InterLymph to evaluate NHL risk among those with hematopoietic malignancies in first-degree relatives noted an increase in NHL risk in individuals with first-degree relatives with NHL, Hodgkin lymphoma, and leukemia.[67] Mr. Canning's father had prostate cancer, an extremely common malignancy in men and unrelated to lymphoma. There was no known cancer history in any of his other first-degree relatives.

#### 2.   Mr. Canning's Modifiable Risk Factors

##### a.   *Tobacco and Alcohol Use*

Smoking tobacco and using alcohol are known significant risk factors for development of many other types of cancer but are not identified as specific risk factors for lymphoma. In fact, multiple long-term cohort studies have failed to confirm an association between tobacco use and lymphoma.[68,69,70] Mr. Canning never smoked (aside from trying part of one cigar decades ago); therefore, as noted, smoking plays no role in his NHL risk.

While alcohol consumption has been linked to many cancers, including breast, liver, and pancreatic, there is no evidence that alcohol increases risk of lymphomas. Mr. Canning drank mixed drinks socially, described as several drinks per week until approximately a decade prior to his lymphoma diagnosis. Based on the foregoing, alcohol played no role in his non-Hodgkin lymphoma etiology.

##### b.   *Obesity*

Obesity has been associated with lymphoma and has been linked with many cancers including endometrial, esophageal adenocarcinoma, colorectal, postmenopausal breast, prostate, as well as leukemia, multiple myeloma, and NHL.[71] In observational studies, obesity has been associated with a graded increase in risk for both NHL and Hodgkin disease.[72] This association has been attributed to the increase in inflammatory cytokines, the presence of hyperinsulinemia, and altered sex hormone levels, although the data confirming these mechanisms is weak in the obese population.[73] The American Cancer

Exhibit C Page - 11

Society has reviewed long-term prospective data from the CPS (Cancer Prevention Study) I and II cohorts that suggest obesity is correlated to liver and pancreatic cancer death rates, as well as to both myeloma and NHL.[74]

The role of early childhood growth, including height, as well as childhood- and adolescent-onset obesity may be linked to the risks for NHL, with adolescent weight associated with risk of NHL.[75,76,77] Mr. Canning was mildly obese. Associations between obesity and cancer, including lymphoma, become increasingly evident with BMIs from 35 to 40 and these associations are modest at best. There is no evidence he had ever reached such a BMI.

### c.   *Diabetes Mellitus*

Diabetes mellitus has been investigated as a risk factor for some cancers and there is very limited evidence of increased risk of NHL. Mr. Canning did not have any history of diabetes mellitus.

### d.   *Infectious Agents*

Mr. Canning was negative for all viruses known to be associated with lymphoma including HIV 1/2, hepatitis C, EBV, and HHV-8. Further, no symptoms suggestive of infection with *Helicobacter pylori*, a bacteria associated with mucosa-associated lymphoid tissue (MALT) lymphoma—a distinct entity from CLL/SLL.[78,79,80] According to the InterLymph study, there remains a lack of evidence for the association between these viral agents and the risk of DLBCL. In addition, there is no evidence for *Borrelia* infection in Mr. Canning. Thus, there is no evidence an infectious agent played any role in the development of his lymphoma.

### e.   *Autoimmune Inflammatory Diseases*

Up to 5 years prior, Mr. Canning began developing a progressive neuromuscular syndrome. After muscle biopsy, this was eventually diagnosed as a primary inflammatory myositis with myopathy of unknown etiology, inclusion body myositis (IBM). He was initially treated with IVIG without response, shortly prior to his diagnosis of DLBCL.

The temporal relationship between the development and eventual diagnosis of IBM raises concerns about a potential etiologic relationship to his lymphoma. There are numerous reports[81,82,83,84,8586,87] including single case reports as well as case series of inflammatory myopathy-associated lymphoid malignancies. However, while the relationship of inflammatory myopathy-associated malignancy is well-established in other types of inflammatory myopathies, this relationship is not as robust in IBM.

Although studies show an association specifically between IBM and T-cell leukemia/lymphoma (especially large granular lymphocytic lymphoma) they do not show an association with B-cell lymphomas which is what Mr. Canning had. In a large Mayo Clinic review of a series of patients with a diagnosis of IBM, the authors noted an association between IBM and peripheral neuropathy, Sjögren's syndrome, and T-cell large granular lymphocytic leukemia. Critically, however, the incidence of neurodegenerative diseases, solid tumors, and B-cell lymphomas were not increased relative to population controls.

Exhibit C Page - 12

maximum of 656.5 8-hour exposure days. His total lifetime non-time-weighted Roundup™ exposure days was 1352 exposure days.

## VI. **CONCLUSIONS/SUMMARY**

To reasonable medical certainty, based on the foregoing analysis and

1) the potential causes of NHL,
2) the extensive glyphosate medical/scientific literature, including epidemiologic and mechanistic studies cited above,
3) Mr. Canning's medical history, lifestyle, and exposure history,
4) Mr. Canning's extensive medical records,
5) my training, including my residency at Memorial Sloan Kettering Cancer Center and my medical oncology fellowship at New York Hospital–Cornell Medical Center,
6) my experience teaching medical students, residents, and fellows as part of the Yale Medical School faculty,
7) my 35 years of clinical practice in the field of oncology specifically treating lymphoma patients,
8) my work as a board member of the Yale-based research group Environment and Human Health (EHHI), Inc.,
9) my long experience educating patient groups about the origins of cancer and risk reduction and outcomes in cancer survivorship,
10) my review of the provided legal documentation, including deposition transcripts,
11) the essential exclusion of other potential risk factors including body habitus and age, that could be causative, i.e., the application of a critical differential diagnosis,

Mr. Canning's exposure to Roundup™ (glyphosate) was a substantial contributing factor causing his non-Hodgkin lymphoma, specifically his T-cell/histocyte-rich large B-cell lymphoma. Had Mr. Canning not had his Roundup™ (glyphosate) exposures, he would not have developed non-Hodgkin lymphoma.

Sincerely,

D. Barry Boyd, MD, MS
Senior Oncologist Yale-Smilow Cancer Center
Greenwich Hospital-Yale Health System
Assistant Professor of Medicine, Yale University School of Medicine

Exhibit C Page - 13

## REFERENCES

[1] Moulgavkar SH, *et al*. Mutation and cancer: A model for human carcinogenesis. J Natl Cancer Inst. 1981;66:1037-1052.

[2] Lim MS, *et al*. Molecular genetics in the diagnosis and biology of lymphoid neoplasms. Am J Clin Pathol. 2019 Aug 1;152(3):277-301.

[3] Gonzales-Rincon J, *et al*. Unraveling transformation of follicular lymphoma to diffuse large B-cell lymphoma. PLoS One. 2019 Feb 25;14(2):e0212813.

[4] Fend F, *et al*. Early Lesions in Lymphoid Neoplasia: Conclusions based on the Workshop of the XV Meeting of the European Association of Hematopathology and the Society of Hematopathology in Upssala, Sweden. J Hematop. 2012 Sep; 5(3).

[5] Chihara D, *et al*. New insights into the epidemiology of non-Hodgkin lymphoma and implications for therapy. Expert Rev Anticancer Ther. 2015 May; 15(5):531-544.

[6] Pittaluga S, Jaffe ES. T-cell/histiocyte-rich large B-cell lymphoma. Haematologica. 2010;95(3):352-356.

[7] El Weshi A, Akhtar S, Mourad WA, *et al*. T-cell/histiocyte-rich B-cell lymphoma: Clinical presentation, management and prognostic factors: report on 61 patients and review of literature. Leuk Lymphoma. 2007;48(9):1764-1773.

[8] Wu S, *et al*. Substantial contribution of extrinsic risk factors to cancer development. Nature. 2016; Jan 7; 529(7584):43-47.

[9] Laura G *et al*. Mechanisms of oncogenic cooperation in cancer initiation and metastasis. Yale J Biol Med. 2006 Dec; 79(3-4); 95-103.

[10] Goodrich D. The retinoblastoma tumor-suppressor gene, the exception that proves the rule. Oncogene. 2006 Aug 28;25(88):5233-5243.

[11] Greenman C, *et al*. Patterns of somatic mutation in human cancer genes. Nature. 2007; 446:153-158.

[12] Morton, LM, *et al*. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. Natl Cancer Inst Monogr. 2014 Aug;2014(48):130-44.

[13] Müller A M S, *et al*. Epidemiology of non-Hodgkin's lymphoma (NHL): Trends, geographic distribution, and etiology. Ann Hematol. 2005 Jan;84(1):1-12.

[14] Mannetje A, *et al*. Occupation and risk of non-Hodgkin lymphoma and its subtypes: A pooled analysis from the InterLymph Consortium. Environ Health Perspect. 2016 Apr;124(4):396-405.

Exhibit C Page - 14

[15] Mannetje A, *et al*. High risk occupations for non-Hodgkin's lymphoma in New Zealand: case-control study. Occup Environ Med. 2008 May;65(5):354-63.

[16] American Cancer Society Website: https://www.cancer.org/non-Hodgkin%20lymphoma/causes-risks-Prevention/risk-factors.html (accessed 11/26/2021)

[17] Parrón T, *et al*. Environmental exposure to pesticides and cancer risk in multiple human organ systems. Toxicol Lett. 2014 Oct 15;230(2):157-65.

[18] Lemarchand C, *et al*. Cancer incidence in the AGRICAN cohort study (2005-2011). Cancer Epidemiol. 2017 Aug;49: 175-185.

[19] George J, *et al*. Pesticides and cancer: insights into toxicoproteomic-based findings. J Proteomics. 2011 Nov 18;74(12):2713-22.

[20] Møller P. Genotoxicity of environmental agents assessed by the alkaline comet assay. Basic Clin Pharmacol Toxicol. 2005;96 Suppl 1:1-42.

[21] Clements C, *et al*. Genotoxicity of select herbicides in Rana catesbeiana tadpoles using the alkaline single-cell gel DNA electrophoresis (comet) assay. Environ Mol Mutagen. 1997;29(3):277-88.

[22] Cavas T, Konen S. Detection of cytogenetic and DNA damage in peripheral erythrocytes of goldfish (Carassius auratus) exposed to a glyphosate formulation using the micronucleus test and the comet assay. Mutagenesis. 2007 Jul;22(4):263-8.

[23] Cavalcante DG, *et al*. Genotoxic effects of Roundup on the fish Prochilodus lineatus. Mutat Res. 2008 Aug-Sep;655(1-2):41-6.

[24] Poletta GL, *et al*. Genotoxicity of the herbicide formulation Roundup (glyphosate) in broad-snouted caiman (Caiman latirostris) evidenced by the Comet assay and the Micronucleus test. Mutat Res. 2009 Jan 31;672(2):95-102.

[25] Moreno NC, *et al*. Genotoxic effects of the herbicide Roundup Transorb and its active ingredient glyphosate on the fish Prochilodus lineatus. Environ Toxicol Pharmacol. 2014 Jan;37(1):448-54.

[26] Wozniak E, *et al*. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessment. Food Chem Toxicol. 2018 Oct;120:510-522.

[27] Kwiatkowska M, *et al*. DNA damage and methylation induced by glyphosate in human peripheral blood mononuclear cells (in vitro study). Food Chem Toxicol. 2017 Jul;105:93-98.

[28] Townsend M, *et al*. Evaluation of various glyphosate concentrations on DNA damage in human Raji cells and its impact on cytotoxicity. Regul Toxicol Pharmacol. 2017 Apr;85:79-85.

Exhibit C Page - 15

[29] De Almeida LKS, *et al*. Moderate levels of glyphosate and its formulations vary in their cytotoxicity and genotoxicity in a whole blood model and in human cell lines with different estrogen receptor status. Biotech. 2018 Oct;8(10):438.

[30] Kašuba V, *et al*. Effects of low doses of glyphosate on DNA damage, cell proliferation and oxidative stress in the HepG2 cell line. Environ Sci Pollut Res Int. 2017 Aug;24(23):19267-19281.

[31] Luo L, *et al*. In vitro cytotoxicity assessment of Roundup (glyphosate) in L-02 hepatocytes. J Environ Sci Health B. 2017 Jun 3;52(6):410-417.

[32] Marc J, *et al*. A glyphosate-based pesticide impinges on transcription. Toxicol Appl Pharmacol. 2005 Feb 15;203(1):1-8.

[33] Marc J, *et al*. Pesticide Roundup provokes cell division dysfunction at the level of CDK1/cyclin B activation. Chem Res Toxicol. 2002 Mar;15(3):326-31

[34] Marc J, *et al*. Glyphosate-based pesticides affect cell cycle regulation. Biol Cell. 2004 Apr;96(3):245-9.

[35] Marc J, *et al*. Formulated glyphosate activates the DNA-response checkpoint of the cell cycle leading to the prevention of G2/M transition. Toxicol Sci. 2004 Dec;82(2):436-42.

[36] Peixoto F. Comparative effects of the Roundup and glyphosate on mitochondrial oxidative phosphorylation. Chemosphere. 2005 Dec;61(8):1115-22.

[37] Bolognesi C, *et al*. Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: Association to occupational exposure to glyphosate. J Tox Environ Health, Part A Volume 72, 2009-Issue 15-16: Production of Illicit Drugs, the Environment, and Human Health.

[38] Wang L, *et al*. Glyphosate induces benign monoclonal gammapathy and promotes multiple myeloma progression in mice. J Hematol Oncol. 2019;12:70.

[39] Alavanja MC, *et al*. The Agricultural Health Study. Environ Health Perspect. 1996 Apr;104(4):362-9.

[40] Lerro CC, *et al*. Cancer incidence in the Agricultural Health Study after 20 years of follow-up. Cancer Causes Control. 2019 Apr;30(4):311-322.

[41] Morton LM, *et al*. International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project Studies/ Publications. Rationale and Design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):1-14.

[42] Morton LM, *et al*. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug; 2014(48):130-44.

Exhibit C Page - 16

[43] Linet MS, *et al*. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug; 2014(48):26-40.

[44] Cerhan JR, *et al*. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr. 2014 Aug;2014(48):15-25.

[45] De Roos AJ, *et al*. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med. 2003 Sep;60(9): E11.

[46] De Roos A, *et al*. Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study. Environ Health Perspect. 2005; 113(1): 49-54.

[47] Andreotti G, *et al*. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst. 2018 May 1;110(5):509-516.

[48] McDuffie HH, *et al*. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Cancer study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63.

[49] Hardell L, *et al*. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma. 2002 May;43(5):1043-9.

[50] Eriksson M, *et al*. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer. 2008 Oct 1;123(7):1657-63.

[51] Schinasi L, Leon ME. NonHodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527.

[52] Leon ME, *et al*. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol. 2019 Mar 18.

[53] Kromhout H., Exposure Assessment For Pooling Projects Within The Agricoh Consortium, Occup Environ Med 2021;78(Suppl 1):A1–A173

[54] Meloni, F., Satta, G., Padoan, M. *et al*. Occupational exposure to glyphosate and risk of lymphoma:results of an Italian multicenter case-control study. Environ Health 20, 49 (2021).

[55] Zhang L, *et al*. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. J Mutat Res. 2019 Jul - Sep;781:186-206.

Exhibit C Page - 17

[56] Pahwa M, *et al*. Glyphosate use and associations with non-Hodgkin Lymphoma Major Histologic Subtypes: Findings from the North American Pooled Project (NAPP). Scand J Work Environ Health. 2019;45(6): 600-609.

[57] Donato F, Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav. 2020 Feb 24;111(1):63-73.

[58] Rana I, Taioli E, Zhang L. Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma. Environ Res. 2020 Dec;

[59] Boffetta P, Exposure to glyphosate and risk of non-Hodgkin lymphoma: an updated meta-analysis. Med Lav. 2021 Jun 15;112(3):194-199

[60] Guyton KZ, *et al*; International Agency for Research on Cancer Monograph Working Group, IARC, Lyon, France. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol. 2015 May;16(5):490-1.

[61] IARC, Report of the Advisory Group to Recommend Priorities for the *IARC Monographs* during 2020–2024

[62] Olsson A, *et al*. Occupational cancer burden: the contribution of exposure to process-generated substances at the workplace. Molec Onc. 2021 Feb;15 (3):753-763.

[63] US Environmental Protection Agency Memorandum, December 12, 2017, Glyphosate. Draft Human Health Risk Assessment in Support of Registration Review.

[64] EFSA. Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate. EFSA J. 2015;13:4302.

[65] Portier CJ, *et al*. Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). J Epidemiol Community Health. 2015 Aug; 70(8): 741-745.

[66] U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry. Toxicological Profile for Glyphosate. August 2020.

[67] Wang SS, *et al*. Family history of hematopoietic malignancies and risk of non-Hodgkin lymphoma (NHL): a pooled analysis of 10 211 cases and 11 905 controls from the International Lymphoma Epidemiology Consortium (InterLymph). Blood. 2007 Apr 15;109(8):3479-88.

[68] Morton LM *et al*. Smoking and risk of non-Hodgkin lymphoma: a pooled analysis from the International Lymphoma Epidemiology Consortium (InterLymph). Cancer Epidemiol Biomarkers Prev. 2005 Apr;14 (4):925-33.

[69] Schöllkopf C *et al*. Cigarette smoking and risk of non-Hodgkin's lymphoma—a population-based case-control study. Cancer Epidemiol Biomarkers Prev. 2005 Jul;14(7):1791-6.

Exhibit C Page - 18

[70] Kamper-Jørgensen M *et al*. Cigarette smoking and risk of Hodgkin lymphoma and its subtypes: a pooled analysis from the International Lymphoma Epidemiology Consortium (InterLymph). Ann Oncol. 2013 Sep;24(9):2245-55

[71] De Pergola G, *et al*. Obesity as a ajor risk factor for cancer. J Obes. 2013; 2013: 291546.

[72] Larsson SC, *et al*. Body mass index and risk of non-Hodgkin's and Hodgkin's lymphoma: a meta-analysis of prospective studies. Eur J Cancer. 2011 Nov;47(16):2422-30.

[73] Hosgood HD, *et al*. The relation of obesity-related hormonal and cytokine levels with multiple myeloma and non-Hodgkin lymphoma. Front Oncol. 2018 Apr 16; 8:103.

[74] Calle EE, *et al*. Overweight, obesity, and mortality from cancer in a prospectively studied cohort of U.S. adults. N Engl J Med. 2003 Apr 24;348(17):1625-38.

[75] Patel AV, *et al*. Body mass index, height and risk of lymphoid neoplasms in a large United States cohort. Leuk Lymphoma. 2013 Jun;54(6):1221-7.

[76] Leiba M, *et al*. Adolescent weight and height are predictors of specific non-Hodgkin lymphoma subtypes among a cohort of 2,352,988 individuals aged 16 to 19 years. Cancer. 2016 Apr 1;122(7):1068-77.

[77] Bertrand KA, *et al*. A prospective analysis of body size during childhood, adolescence, and adulthood and risk of non-Hodgkin lymphoma. Cancer Prev Res. (Phila.) 2013 Aug;6(8):864-73.

[78] De Falco G, *et al*. Infectious agents and lymphoma. Semin Diagn Pathol. 2011 May;28(2):178-87.

[79] Hjalgrim H, *et al*. Infectious aetiology of Hodgkin and non-Hodgkin lymphomas: a review of the epidemiological evidence. J Intern Med. 2008 Dec;264(6):537-48.

[80] Nakamura S, *et al*. Helicobacter pylori and gastric mucosa-associated lymphoid tissue lymphoma: recent progress in pathogenesis and management. World J Gastroenterol. 2013 Dec 7;19(45):8181-7.

[81] Advani S, *et al*. Sporadic inclusion body myositis (sIBM) in a patient with a history of diffuse large B-cell lymphoma. Curr J Neurol. 2020 Apr 3;19(2):87–89.

[82] Beck EH, *et al*. Inclusion body myositis and chronic lymphocytic leukemia: a case series. Neurology. 2014 May 23, 83(1):98-99.

[83] Greenberg SA, *et al*. Association of inclusion body myositis with T cell large granular lymphocytic leukaemia. Brain. 2016 May;139(Pt 5):1348-60.

[84] Hohlfeld R, *et al*. Cytotoxic T cells go awry in inclusion body myositis. Brain. 2016 May;139(5):1312–1314.

Exhibit C Page - 19

[85] Tiniakou E *et al*. Idiopathic Inflammatory Myopathies and Malignancy: a Comprehensive Review. Clin Rev Allergy Immunol. 2017 Feb;52(1):20-33.

[86] Hermanns B, *et al*. Peripheral neuropathy associated with hereditary and sporadic inclusion body myositis: confirmation by electron microscopy and morphometry. J Neurol Sci. 2000 Oct 1;179(S 1-2):92-102.

[87] Naddaf E, *et al*. Survival and associated comorbidities in inclusion body myositis. Rheumatology (Oxford). 2022 May 5;61(5):2016-2024.

Exhibit C Page - 20