# EXHIBIT G

```
      IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
           TWENTY-FIRST JUDICIAL CIRCUIT, DIVISION 1
                     Honorable Brian H. May

SHARLEAN GORDON,              )
                              )
          Plaintiff,          )
                              )
vs.                           ) Cause No. 17SL-CC02721
                              )
MONSANTO COMPANY,             )
                              )
          Defendant.          )
=======================================================
                        May 9, 2023
                  Transcript of Proceedings
=======================================================

For the Plaintiff:            For the Defendant:

Mike Pendell                  Tim Larkin
Fidelma Fitzpatrick           Kat Hacker
Aimee Wagstaff                Chris Miller
Benjamin Gillig               Mark Ouweleen
Chelsea Monroe                Lindley Brenza
Alexis Lilly                  Reid Bolton
Lance Oliver                  Dawson Robinson
Jack Garvey                   Tim Hasken
                              Erik Hansell
                              Dominique Savinelli




Special Master:  Robert Blitz
```

Reported by:
Julie L. Bloome, CCR #1496, RPR
Official Court Reporter
Twenty-First Judicial Circuit, Division 1
(314) 615-2688

1          <u>Tuesday, May 9, 2023</u>
2                       o O o
3          (At 8:47 a.m., the following proceedings
4    were held in open court, outside the presence of the
5    jury:)
6          THE COURT:  It's now 8:47.  We're outside
7    the presence of the jury.  Just wanted to sort of
8    summarize yesterday.  The attorneys were kind enough
9    to get on a Webex with the Court, as well as the
10   special master.  And we just had an opportunity to
11   visit about the -- sort of the progress of the trial.
12   Each side expressed their concerns about getting
13   their respective cases, being able to put those on
14   fully.
15         And I would just summarize by saying that
16   we strategized and had some ideas in terms of trying
17   to move the trial along a bit.  The Court
18   acknowledged each side's concerns, and collectively,
19   I think, we'll work to -- I know we will -- we'll
20   work together to try to make sure both sides are able
21   to put on what they need to put on, and we'll get the
22   case to the jury.
23         Anything anyone would like to add?  If so,
24   we may have to wait until the jury.  But, I mean, is
25   that accurate what I said?

1  "1," correct?
2      A.   Yes.
3      Q.   1 being the number at which there is no
4  difference in the risk of getting non-Hodgkin
5  lymphoma in someone who used glyphosate and someone
6  who did not use glyphosate, correct?
7      A.   That's what -- that's what it shows, yes.
8      Q.   So in this DeRoos 2022 paper, published by
9  some of the people you've published papers with
10 before, the authors do not say that overall
11 non-Hodgkin lymphoma risk is increased with
12 glyphosate use, correct?
13     A.   They found an increased for follicular
14 lymphoma, but not for NHL overall.
15     Q.   So it's true that these authors did not
16 find an increased risk of non-Hodgkin lymphoma with
17 glyphosate use, correct?
18     A.   In this analysis, that's correct.
19     Q.   And about the cancer we're here in this
20 case to talk about, diffuse large B-cell lymphoma,
21 nowhere in this DeRoos 2022 article do the authors
22 say that diffuse large B-cell lymphoma is increased
23 with glyphosate use, right?
24     A.   That's correct.
25     Q.   Let's talk about your Pahwa 2019 article.

1  we looked at it briefly, but I'd like to look at the
2  findings of it now.
3              MS. HACKER:  Permission to publish D167?
4              THE COURT:  You may do so.
5       Q.   (By Ms. Hacker)  And this was the one we
6  spoke about earlier.  This is a pooled analysis,
7  right?
8       A.   Right.
9       Q.   We see that you're an article -- I'm
10 sorry -- you're an author on this article?
11      A.   Yes.
12      Q.   And with the pooled data here, there are
13 just under 7,000 participants in this study, correct?
14      A.   Yes.  7,000 -- 7,000, no.
15      Q.   It's on page 2, if you want to look.  We
16 can look at it together.
17      A.   Yeah, that's right.
18      Q.   Again, that's lower than the 55,000
19 participants in the Agricultural Health Study?
20      A.   Yes.
21      Q.   And this paper contains what you think is
22 the best data to look at for overall risk of
23 non-Hodgkin's lymphoma and its subtypes from
24 glyphosate, right?
25      A.   Yes.  It's -- it's one of the best

3833

```
 1   studies.
 2          Q.   I think earlier what I heard you say was
 3   that it was the most important.  Is that what you
 4   think?
 5          A.   Yes, because it -- it shows dose-response,
 6   and they looked at different parameters, which one
 7   couldn't look at in the other studies.
 8          Q.   Well, let's look at some of those
 9   different parameters.  I'm going to page 7, and I'll
10   zoom in on Table 3.  We'll start there.  This table
11   shows us results for a number of years of glyphosate
12   use, right?
13          A.   Yes.
14          Q.   And we see there's a section here for
15   diffuse large B-cell lymphoma, right?
16          A.   Yes.
17          Q.   The last two columns that we see give us
18   the information that's adjusted for other pesticides?
19          A.   Yes.
20          Q.   And we agree that if you can adjust for
21   other pesticides you should, right?
22          A.   Yes.
23          Q.   So we see there's a row here for -- Well,
24   let's start at the top.  There's a row for zero to
25   less than three and a half years, right?
```

```
1         A.    Yes.
2         Q.    And the odds ratio for that is 1.61,
3    correct?
4         A.    Yes.
5         Q.    But it's not statistically significant?
6         A.    That's correct.
7         Q.    And then we have a row for greater than
8    three and a half years, correct?
9         A.    Yes.
10        Q.    And the odds ratio for that is 0.93,
11   right?
12        A.    Yes.
13        Q.    Again, it falls below 1?
14        A.    Yes.  It's close to 1.
15        Q.    And here, we see the opposite of a
16   dose-response, correct?
17        A.    Yes, but the numbers are relatively small.
18        Q.    But it is true that this shows the
19   opposite of a dose-response, correct?
20        A.    Yes.
21        Q.    So this study that you were author on and
22   that you believe is the most important thing we have,
23   did not show any increased risk for diffuse large
24   B-cell lymphoma in people who used Roundup for more
25   than 3.5 years, correct?
```

3835

1    A.   Yes.  But this is not a very good measure
2    for dose.
3         MS. HACKER:  Your Honor, objection to the
4    continued non-responsive.  Move to strike everything
5    after "Yes."
6         THE COURT:  Yeah.  The Court will grant
7    the motion.  It will be stricken from the record.
8         Ladies and Gentlemen, please disregard the
9    statement after the word "Yes."
10        You may continue.
11   Q.   (By Ms. Hacker)  So if we look on Table 4,
12   which is on the right-hand side of our page, this is
13   a table that shows number of days per year of
14   glyphosate use, right?
15   A.   Yes.
16   Q.   Again, we see a section for diffuse large
17   B-cell lymphoma, correct?
18   A.   Yes.
19   Q.   And in this section, we see a row for
20   greater than two days per year, right?
21   A.   Yes.
22   Q.   And that's that 2.14 number that you
23   relied on earlier, correct?
24   A.   Yes.
25   Q.   Now, that one has a confidence interval of

```
 1   1.07 to 4.28.  So it is statistically significant?
 2        A.   Correct.
 3        Q.   And that was the one piece of data from
 4   this article that you told us about earlier?
 5        A.   Yes.
 6        Q.   And let's look at another table in this
 7   article, Table 5.  There's some more data.  Here, we
 8   see this shows us number of years used by days per
 9   year handled of glyphosate, right?
10        A.   Yes.  So this is lifetime -- lifetime
11   years.
12        Q.   Right.  And we see --
13        A.   Or lifetime days.  I'm sorry.
14        Q.   Lifetime days.  And we see the section for
15   diffuse large B-cell lymphoma down here, correct?
16        A.   Yes.
17        Q.   And we see a category for greater than 7,
18   right?
19        A.   Yes.
20        Q.   And that would be the category that Ms.
21   Gordon would fall into?
22        A.   Yes.
23        Q.   And we see that the odds ratio there is
24   1.10, correct?
25        A.   Yes.
```

1   Q.   But we see that the confidence interval is
2   0.55 to 2.22, right?
3   A.   Yes.
4   Q.   So not statistically significant?
5   A.   Yes.
6   Q.   So of the three different tables we've
7   looked at, two of the categories related to diffuse
8   large B-cell lymphoma that Ms. Gordon would fit in,
9   did not show an increased risk from use of glyphosate
10  that was statistically significant?
11  A.   That's correct.
12  Q.   Now that we've looked at the data
13  ourselves, let's take a look at the conclusions,
14  which is back on page 2.  We see here a section
15  called "Results" and one called "Conclusions," right?
16  A.   Yes.
17  Q.   And here we see the same 2.4, 2.14 number
18  that you told us about earlier today, right?
19  A.   Yes.
20  Q.   But the article continues.  "However, as
21  with other subtypes, consistent patterns of
22  association across different metrics were not
23  observed."  Correct?
24  A.   That's correct.
25  Q.   Now, the last epidemiological article you

REPORTER'S CERTIFICATE

      I, Julie L. Bloome, a Certified Court Reporter, hereby certify that I was the official court reporter for Division 1 of the Circuit Court of the County of St. Louis, State of Missouri; that on the 9th day of May, 2023, I was present and reported all the proceedings had in the case of Sharlean Gordon, Plaintiff, versus Monsanto Company, Defendant, Cause No. 17SL-CC02721; and I further certify that the foregoing pages contain a true and accurate reproduction of the proceedings had on that date.

      /s/ Julie L. Bloome_____

      Julie L. Bloome, CCR #1496, RPR
      Official Court Reporter
      Twenty-First Judicial Circuit,
      Division 1
      (314) 615-2688