# EXHIBIT J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

## FIRST AMENDED PLAINTIFF FACT SHEET

You are required to provide the following information regarding yourself, or for each individual on whose behalf you are asserting legal claims in the above lawsuit. Each question must be answered in full, but you may approximate where specified below. If you do not know or cannot recall the information needed to answer a question, please explain that in response to the question. Please do not leave any questions unanswered or blank, and use additional sheets as needed to fully respond.

## I. REPRESENTATIVE CAPACITY

A. If you are completing this Fact Sheet on behalf of someone else (e.g., a deceased person, an incapacitated person, or a minor), please complete the following:

1. Richard Canning
   Your Name

2. ███████████
   East Sandwich, MA 02537
   Your Home Address

3. What is your relationship to the person upon whose behalf you have completed this Fact Sheet? (e.g., parent, guardian, Estate Administrator)
   Self

**[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions on behalf of the person who used or was exposed to Roundup® or other glyphosate-based herbicides]**

## II. PERSONAL INFORMATION

A. Name: CANNING, RICHARD E

Other Names by which you have been known (from prior marriages or otherwise, if any):
Dick Canning

B. Sex: Male

1

Exhibit J Page - 1
Plaintiff ID: 3076

C. Social Security Number: ▮▮▮▮▮▮▮▮

D. Date and Place of Birth (City, State, Country):

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

E. For each different city where you have lived for the past twenty-five (25) years, provide the following information:

| City and State (include Country if outside the United States) | Approximate Dates You Lived There (Month/Year to Month/Year) |
|---|---|
| Sandwich, MA United States | 04/1942 to --/---- ☑ Present |

F. Please complete the chart below detailing your employment history for the past twenty-five (25) years. If there were periods of retirement, unemployment, or student status during the past 25 years, include those as well.

| Number | Name of Employer | City and State Where You Worked | Approximate Dates of Employment (Month/Year to Month/Year) | Occupation or Job Title | Job Duties |
|---|---|---|---|---|---|
| 1 | R.F. Morse and Son, Inc. | Rochester, MA | ??/1968 to 10/2009 | Owner | Administration of financial aspects of business |
| 2 | Scorton Cranberry Co. | East Sandwich, MA | ??/1984 to 10/2009 | Owner | Cranberry grower |
| 3 | A.D. Makepeace | Wareham, MA | 04/1977 to --/---- ☑ Present | Member of Board of Directors | Chairman of Agricultural Excellence Committee - advises them on best practices for growing cranberries. |
| 4 | Canning Service Center Inc. | East Sandwich, MA | ??/1981 to 10/2009 | Owner/President | Administration of financial aspects of business |
| 5 | Retired | Sandwich, MA | 10/2009 to --/---- ☑ Present | | |

| Industry | Yes | No | Number in Chart in Section G (see above) |
|---|---|---|---|
| Woodworking | ☐ | ☑ | |
| X-radiation or gamma-radiation (regular exposure) | ☐ | ☑ | |

## III. FAMILY INFORMATION

A. For any grandparent, parent, sibling, or child who has been diagnosed with cancer or who has died, please provide the following information. Please include any adopted or step-children or siblings.

| Name | Relationship | Approximate Birth Year | Approximate Date of Death | Cause of Death | Diagnosed with cancer? | Date/Type |
|---|---|---|---|---|---|---|
| Richard E. Canning | Father | 1916 | 10/3/2007 | Natural causes | Yes | 01/1/1991 (Date is approximate). Diagnosed prostate cancer in early 1990s. |
| Florence Cahoon | Mother | 1919 | 10/30/1997 | Stroke | No | --/--/---- N/A |
| Charles Canning | Paternal Grandfather | 1901 | ??/??/1968 (Date is approximate) | Heart attack | No | --/--/---- N/A |
| Beatrice Canning | Paternal Grandmother | 1901 | ??/??/1964 (Date is approximate) | Cardiovascular event | No | --/--/---- N/A |
| Harry Loring | Maternal Grandfather | 1900 | ??/??/1975 (Date is approximate) | Dementia | No | --/--/---- N/A |
| Gertrude Loring | Maternal Grandmother | 1900 | ??/??/1979 (Date is approximate) | Stroke | No | --/--/---- N/A |

## IV. PERSONAL MEDICAL HISTORY

A. To the best of your ability, please list all primary care healthcare providers (not including pharmacies) where you have received care over the last 25 years. For each, please provide the name, city and state, and approximate dates of care.

| Name of Healthcare Provider | City and State | Approximate Dates of Care |
|---|---|---|
| Paul Bizinkauskas, M.D. | Hyannis, MA | 08/??/2014 to --/--/---- ☑Present |

☑ Yes ☐ No

**To the extent you have receipts, proof of purchase, or store of purchase for these products, please provide copies of those receipts and other documents.**

F. Please complete the chart below to detail your exposure to other herbicides or pesticides. Use as many rows as necessary to detail different periods of usage.

| Dates of Usage | Type and Brand of Herbicide or Pesticide | Frequency of Exposure | Usage | Reason for Usage |
|---|---|---|---|---|
| 1987 - 2009 | Dichlobenil (Casoron) | Applied annually | Applied by air and thoroughly irrigated into soil | Weed control |
| 1987 - 2009 | Napropamide (Devrinol) | Applied annually | Applied by air and thoroughly irrigated into soil | Weed control |
| 1987 - 2009 | Chlorethalonil (Bravo) | Three times per year. | Applied via chemigation with no vine contact until thoroughly dry | Disease control |
| 1987 - 2009 | Bacilus Thuringiensis (Dipel) | 1-2 times per year. | Applied via chemigation with no vine contact until thoroughly dry | Insect control |
| 1987 - 2009 | Diazanon | 2-3 times per year. | Applied via chemigation with no vine contact until thoroughly dry | Insect control |
| 1987 - 2009 | Carbaryl (Sevin) | 2-3 times per year. | Applied via chemigation with no vine contact until thoroughly dry | Insect control |
| 1987 - 2009 | Chlorpyfiros (Lorsban4E) | 1 per year. | Applied via chemigation with no vine contact until thoroughly dry | Insect control |
| 1990 - 2009 | Pyrethroids | 2-3 times per year. | Applied via chemigation with no vine contact until thoroughly dry | Insect control |

**VIII.   DAMAGES CLAIMS**

A. If you are claiming loss of income due to injuries allegedly caused by Roundup® or other glyphosate-based herbicides, complete the following for each of your employers, starting ten (10) years prior to your first diagnosis with cancer (whether NHL or another type of cancer) and continuing through today.

| Employer | Location (City and State) | Average Hours per week | Day or Night Shift | Approximate Dates of Employment | How much money did you make in this job per week? Please specify how much was due to overtime pay or bonuses. |
|---|---|---|---|---|---|
| N/A | N/A, | N/A | N/A | ??/??/?? to ??/??/?? | N/A |

B. State the total amount of time that you have lost from work as a result of any medical condition that you claim was caused by Roundup® or other Monsanto glyphosate-based herbicides, and the amount of income that you lost:

1. Medical Condition:

   N/A

2. Total number of days lost from work due to above medical condition or if forced retirement, date of retirement:

   Days: N/A

   Date of Retirement: N/A

3. Estimated total income lost (to date) from missed work, including explanation as to method used to calculate number:

   N/A

C. Have you paid or incurred any out-of-pocket medical expenses (that is, expenses not paid by your insurance company or by a government health program) related to any condition that you claim or believe was caused by Roundup® or other Monsanto glyphosate-based products for which you seek recovery in this lawsuit?
☐ Yes ☑ No

**If yes**, please state the total amount of such expenses at this time: $N/A

D. If you are making any claims for other non-medical out-of-pocket expenses, please complete the following:

1. For what?

   N/A

2. Amount of fees or expenses:

   N/A

Exhibit J Page - 5

14

Plaintiff ID: 3076

    E. Please list the names of all insurers or government health programs who have been billed for or paid medical expenses related to any condition that you claim or believe was caused by Roundup® or other Monsanto glyphosate-based products for which you seek recovery in this lawsuit.

    Medicare, Blue Cross Blue Shield

## IX.  DOCUMENTS

Please attach the following documents to this Fact Sheet, making certain that all releases are signed and dated within **30** days of submission:

    A. Medical records release (Ex. A)-execute one per healthcare provider (including mental health, only if you are claiming mental health damages, including emotional distress, in the lawsuit). Plaintiffs' counsel will also obtain 10 blank forms covering past 25 years, and if Monsanto identifies additional health care providers not identified in the PFS or on Exhibit A, Plaintiff will fill in that health care provider and provide to Monsanto within seven days of the request.

    B. Employment history release (Ex. B)-execute one for each employer in past 25years.

    C. Workers' compensation, social security disability, and insurance claims releases(Ex. C).

    D. If you are claiming loss of income due to injuries allegedly caused by Roundup® or other glyphosate-based herbicides, complete the tax records and social security income release for the past 10 years (Ex. D).

    E. If applicable, decedent's death certificate.

## **DECLARATION**

    I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, and that I have supplied all the documents requested in Part IX of this Declaration, to the extent that such documents are in my possession, custody, or control, or in the possession of my lawyers.

/s/ Richard E.  Canning                                                    11/19/2021

Signature                                                                                                Date

Richard E. Canning

Name (Printed)