# EXHIBIT K

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
    ---------------------------------------
 3  IN RE: ROUNDUP PRODUCTS              )MDL No. 2741
    LIABILITY LITIGATION                 )
 4                                       )
    ---------------------------------------
 5
    Case No. MDL No. 3:16-md-02741-VC
 6
    ---------------------------------------
 7  RICHARD CANNING AND SHIRLEY CANNING)
                                       )
 8                     Plaintiffs,     )
                                       )
 9              vs.                    )
                                       )
10  MONSANTO COMPANY                   )
                        Defendant.     )
11  Case No. 3:19-cv-04230-VC          )
    ---------------------------------------
12
13           AUDIOVISUAL DEPOSITION OF RICHARD
    CANNING, taken in behalf of the defendant,
14  pursuant to the applicable provisions of the
    Massachusetts Rules of Civil Procedure, before
15  Charlene Jones, Court Reporter and Notary Public
    in and for the Commonwealth of Massachusetts, at
16  the offices of Lynch & Lynch, 45 Bristol Drive,
    South Easton, Massachusetts, on Tuesday, November
17  23, 2021, commencing at 9:18 a.m.
18
19
20
21
22
23
24
```

```
 1   APPEARANCES:
 2   LYNCH & LYNCH
 3       (by Matthew J. Ilacqua, Esq.)
 4       45 Bristol Drive
 5       South Easton, Massachusetts  02375;
 6       (508)230-2500
 7       milacqua@lynchlynch.com
 8       for the Plaintiffs.
 9
10   SHOOK, HARDY & BACON
11       (by Kirk Marty, Esq.)
12       2555 Grand Boulevard
13       Kansas City, Missouri  64108;
14       (816)474-6550
15       kmarty@shb.com
16       for the Defendant.
17   ALSO PRESENT:  Adam Cerro, Videographer
                    Kate Klaus, Esquire (Via Zoom)
18
19
20
21
22
23
24
```

1    Q.   Okay.  Who was that?

2    A.   Joseph Ormond, O-R-M-O-N-D.  I don't

3  even know if he's still alive.  He was...

4    Q.   Do you remember when approximately it

5  was that Joseph Ormond was in charge of the

6  chemicals?

7    A.   He left the company before the company

8  ceased existence.  So I don't.  He probably left

9  the company some time in the '90s.

10   Q.   Okay.  Was there somebody that assumed

11 his position?

12   A.   No.

13   Q.   All right.  Would R.F. Morse have

14 maintained material safety data sheets for all

15 the herbicides it sold?

16   A.   Probably at that point in time, but

17 they're gone now.

18   Q.   M-hm.  So did R.F. Morse sell

19 glyphosate?

20   A.   I'm sure we did.  Yes, I'm sure we did.

21   Q.   Okay.  And what other herbicides did

22 R.F. Morse sell, if you know?

23   A.   The common ones that come to mind

24 Atrazine for corn, Casoron is another cranberry

1   herbicide, Simazine, but that wasn't
2   really -- not much use there, um.  Another
3   product called mor-cran(phonetical).  It was a
4   combination of two products.  I don't remember
5   what they were.  That's probably --
6       Q.   Okay.  I know it's been a long time.
7       A.   -- what comes to mind.  It's been a long
8   time.
9       Q.   I know.
10      A.   And the wrong end of the spectrum.
11      Q.   Do you know -- do you remember if R.F.
12  Morse ever sold generic or off-brand glyphosate?
13      A.   No, we didn't.  I never -- that always
14  bothered me that -- we called those knockoffs and
15  the company works very hard to spend a lot of
16  money to get something licensed and permitted, et
17  cetera, et cetera, and then the knockoff comes
18  along and changes one molecule.  So, no, I
19  avoided those.
20      Q.   Okay.  So the glyphosate that you would
21  have sold would have been Roundup brand?
22      A.   Roundup, yes.  And, you know, and
23  Roundup was the glyphosate for the length of the
24  contract.  I mean was it 17 years or whatever it

1  Q. When you were growing up did you work at
2  the service station when your dad owned it?
3  A. Pumped gas.
4  Q. Pumped gas?
5  A. Yeah. It was 1959 before my father
6  started repairing cars and actually built a new
7  station. But I pumped gas, yes.
8  Q. What age was it when you started pumping
9  gas, do you think?
10 A. About two days after we got there.
11 Q. So probably about --
12 A. Six.
13 Q. -- six years old? And then did you --
14 A. My mother did it for a while and then I
15 asked her if I could help her and she said, sure,
16 and then I did a lot of it.
17 Q. Okay. And did you keep doing that up
18 until the time you went off to college?
19 A. I wasn't there that much. Um, when I
20 went to college I had a -- actually I had a
21 full-time summer job in high school working off
22 premises. So if I was there, yes, it was just a
23 rule that we had, um, where we lived the new
24 house we couldn't see the pumps. We grew up in

1  the other house, you could look out and see them,
2  and each of us took a turn for a night to pump.
3  But the other thing you did is eat fast because
4  when you got back there might not be any food
5  left.
6      Q.   So would you say that you -- how many
7  days a week would you say that you pumped gas
8  when you were growing up?
9      A.   I wouldn't know.  Just occasionally.
10     Q.   Okay.
11     A.   Occasionally.
12     Q.   Was that always a full service gas
13 station as you were growing up?
14     A.   Yes.
15     Q.   Were you responsible at all for filling
16 the storage tanks that contained the gasoline?
17     A.   No, no.  We stayed away from them.  That
18 was up to the driver.
19     Q.   Have you ever in your life used chemical
20 solvents, things like tric or perc, anything like
21 that?
22     A.   I'm not familiar with those.
23     Q.   Okay.  Can you think of exposures to any
24 other hazardous materials that we haven't talked

```
 1                C E R T I F I C A T E
 2    COMMONWEALTH OF MASSACHUSETTS
 3    BRISTOL, ss
 4
 5
 6              I, Charlene Jones, a Notary Public
 7    in and for the Commonwealth of Massachusetts, do
 8    hereby certify:
 9
10              That the aforementioned witness whose
11    deposition is hereinbefore set forth, was duly
12    sworn by me and that such deposition is a true
13    record of the testimony given by the said witness
14
15              IN WITNESS WHEREOF, I have hereunto
16    set my hand and notarial seal.
17
18
19
20                      Charlene Jones

                        Charlene Jones
21                      Court Reporter/Notary Public
22    My Commission expires October 14, 2022.
23
24
```