# EXHIBIT N



Deposition of:

## D. Barry Boyd, M.D.

*January 21, 2022*

In the Matter of:

## Constantine, Timothy v. Monsanto Company

Veritext Legal Solutions

800.808.4958 | calendar-atl@veritext.com  | 770.343.9696

Page 1

1                COMMONWEALTH OF MASSACHUSETTS

2        BARNSTABLE, ss              SUPERIOR COURT DEPARTMENT
                                     OF THE TRIAL COURT
3

     TIMOTHY CONSTANTINE,        )
4                                )
             Plaintiff,          )
5                                )
     vs.                         ) CIVIL ACTION NO.
6                                )
     MONSANTO COMPANY, et        ) 1972CV00277
7    al.,
                                 )
8            Defendants.         )

9

10

11

12

13          VIDEOTAPED DEPOSITION OF D. BARRY BOYD, M.D.

14                    (Taken by Defendants)

15                     January 21, 2022

16                        10:00 a.m.

17

18

19

20

21

22

23

24

25       Reported by:   Debra M. Druzisky, CCR-B-1848

Exhibit N Page - 2

D. Barry Boyd, M.D.                     January 21, 2022
Constantine, Timothy v. Monsanto Company

Page 2

```
 1              APPEARANCES OF COUNSEL
 2   On behalf of the Plaintiff:
 3      DAVID BRICKER, Esq.
        Thornton Law Firm
 4      9595 Wilshire Boulevard, Suite 900
        Los Angeles, California  90212
 5      (310) 282-8676
        dbricker@tenlaw.com
 6
 7   On behalf of the Defendants:
 8      JOSEPH E. FORNADEL, III, Esq.
        Nelson, Mullins, Riley & Scarborough
 9      1320 Main Street, 17th Floor
        Columbia, South Carolina  29201
10      (803) 255-9227
        joe.fornadel@nelsonmullins.com
11
        -and-
12
        MELISSA NOTT DAVIS, Esq.
13      Shook, Hardy & Bacon
        125 Summer Street, Suite 1220
14      Boston, Massachusetts  02110
        (617) 531-1673
15      mndavis@shb.com
16      -and-
17      NEIL S. BROMBERG, Esq.
        Hollingsworth, LLP
18      1350 I Street Northwest
        Washington, D.C.  20005
19      (202) 898-5805
        nbromberg@hollingsworthllp.com
20
21   Also Present:
22      Jonathan Miller, videographer
23                   --oOo--
24
25
```

Exhibit N Page - 3

D. Barry Boyd, M.D.                                    January 21, 2022
Constantine, Timothy v. Monsanto Company

                                                        Page 127

1       A.    No.   In --

2             MR. BRICKER:   Form.

3             THE WITNESS:   No.   In fairness, the

4       obesity from that InterLymph study, there

5       are other studies indicating there's some

6       relationship, but his obesity was

7       borderline.

8             He was actually -- except for one

9       point that was years before when he was --

10      obesity was much heavier.   So his weight

11      was, you know, really right on the border

12      of overweight and obese, between 30 and 31

13      for the -- most of that time.

14   BY MR. FORNADEL:

15      Q.    Now, did you consider the role of random

16   mutations in the development and continuation of

17   his LPL?

18      A.    Always.   That's one of the considerations.

19   That's one of your favorite experts, Dr. Thomas

20   Eddy, who I --

21      Q.    And --

22      A.    -- greatly respect.

23      Q.    -- you'd agree with me that there is some

24   background risk of developing LPL without any

25   external input?

D. Barry Boyd, M.D.                          January 21, 2022
Constantine, Timothy v. Monsanto Company

Page 130

1    full-blown plasma cells that make IgG.

2         Q.   And Doctor, to return to my question,

3    though, is there any way to quantitatively compare

4    the risks posed by the -- all the risk factors we

5    discussed previously with the risk you believe is

6    posed by Roundup?

7         A.   No.

8              MR. BRICKER:  Form.

9              THE WITNESS:  My only answer to that

10            is the quantity of his exposure in

11            relationship to the timing of the

12            evolution from minimal lymphadenopathy in

13            '11 and '7 to what was substantial

14            lymphadenopathy when he was diagnosed 2017

15            and 2018.  And that followed his very

16            heavy exposure when he was working on Mann

17            Farm.

18   BY MR. FORNADEL:

19        Q.   All right.  Doctor, one more question on

20   Dr. Gurevich and Mr. Constantine's other treating

21   physicians.  There's no evidence that they looked

22   to I.A.R.C. in advising Mr. Constantine or

23   informing their treatment, did they?

24        A.   My guess is they never read or even could

25   tell you who -- what I.A.R.C. is.

D. Barry Boyd, M.D.                                                January 21, 2022
Constantine, Timothy v. Monsanto Company

                                                              Page 196

1          R E P O R T E R   C E R T I F I C A T E
2     STATE OF GEORGIA )
      COBB COUNTY       )
3
4          I, Debra M. Druzisky, a Certified Court
      Reporter in and for the State of Georgia, do hereby
5     certify:
             That prior to being examined, the witness
6     named in the foregoing deposition was by me duly
      sworn to testify to the truth, the whole truth, and
7     nothing but the truth;
             That said deposition was taken before me
8     at the time and place set forth and was taken down
      by me in shorthand and thereafter reduced to
9     computerized transcription under my direction and
      supervision.  And I hereby certify the foregoing
10    deposition is a full, true and correct transcript
      of my shorthand notes so taken.
11           Review of the transcript was requested.
      If requested, any changes made by the deponent and
12    provided to the reporter during the period allowed
      are appended hereto.
13           I further certify that I am not of kin or
      counsel to the parties in the case, and I am not in
14    the regular employ of counsel for any of the said
      parties, nor am I in any way financially interested
15    in the result of said case.
             IN WITNESS WHEREOF, I have hereunto
16    subscribed my name this 25th day of January, 2022.
17
18
19
                    _____
20                  Debra M. Druzisky
21                  Georgia CCR-B-1848
22
23
24
25

Exhibit N Page - 6