**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030 | Fax:  202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843 | Fax:  202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400 | Fax:  415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100 | Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Turnoff v. Monsanto Company*, 3:19-cv-03837 | **DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. SAMUEL BERKMAN** |
| | Hearing: <br> Date:      March 1, 2024 <br> Time:     10:00 a.m. <br> Place:    San Francisco Courthouse, Courtroom 4 – 17th Floor |

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

DECLARATION IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

## DECLARATION OF LINDA C. HSU

I, Linda C. Hsu, declare as follows:

1.     I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion to Exclude Testimony of Dr. Samuel Berkman. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.     Attached hereto as Exhibit A is a true and correct copy of the expert report of Samuel A. Berkman, M.D., F.A.C.P. dated September 5, 2023, submitted in the above-captioned matter.

3.     Attached hereto as Exhibit B is a true and correct copy of excerpts of the deposition of Samuel A. Berkman, M.D., F.A.C.P. in the above-captioned matter, dated November 16, 2023.

4.     Attached hereto as Exhibit C is a true and correct copy of excerpts of the Preamble to the International Agency for Research on Cancer's IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, dated September 15, 2023.

5.     Attached hereto as Exhibit D is a true and correct copy of excerpts of the IARC Monograph on Glyphosate, Some Organophosphate Insecticides and Herbicides, Volume 112, dated 2015.

6.     Attached hereto as Exhibit E is a true and correct copy of excerpts of Variation in cancer risk among tissues can be explained by the number of stem cell divisions published in Science by Cristian Tomasetti and Bert Vogelstein, dated January 2, 2015.

///
///
///
///
///
///

1    7.    Attached hereto as Exhibit F is a true and correct copy of Stem cell divisions,

2   somatic mutations, cancer etiology, and cancer prevention, published in Science by Cristian

3   Tomasetti, Lu Li, and Bert Vogelstein, dated March 24, 2017.

4        I hereby declare under penalty of perjury under the laws of the State of California that the

5   foregoing is true and correct.

6        Executed December 14, 2023, at Santa Monica, California.

7

8

9   Linda C. Hsu

10   **CERTIFICATE OF SERVICE**

11        I hereby certify that on December 14, 2023, I electronically filed the foregoing with the

12   Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing

13   (NEF) to all counsel of record who are CM/ECF participants.

14        */s/ Linda C. Hsu*
     Linda C. Hsu
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

DECLARATION IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY