# EXHIBIT A

**SAMUEL A. BERKMAN, M.D., F.A.C.P.**
9001 WILSHIRE BLVD, SUITE 200
BEVERLY HILLS, CALIFORNIA 90211
(310) 273-8636

HEMATOLOGY
INTERNAL MEDICINE

September 5,2023

Joseph Donato Esq
Rivero Mestre LLP
2225 Ponce can Leon Blvd, suite 1000
Miami, Florida 33134

RE: Turnoff vs Monsanto

Dear Mr. Donato:

**I. Qualifications**

My name is Samuel A Berkman, and I am a clinical Professor of Hematology/Oncology at the University of California Los Angeles. I have been at the rank of full professor for over 30 years since 1991. I have extensive experience in dealing with non-Hodgkin's lymphoma and when I was with the NIH my clinic consisted almost exclusively of non-Hodgkin's lymphoma patients. I also have extensive experience with analyzing clinical trials and reviewing scientific evidence-based articles for medical journals such as the Annals of internal medicine, journal of thrombosis and thrombolysis and journal of clinical and applied thrombosis and hemostasis. This is relevant in view of the need for interpretation of conflicting literature on this subject. As my C.V indicates, I have produced many review articles for the McMaster University international society of evidence-based medicine newsletter. Please see my C.V. (Exhibit A) for further details including publications, societies, awards, etc.

**II. Purpose of Evaluation**

I reviewed the materials I was sent with the following issue in mind, was Roundup exposure the most likely because of judge Turnoff's marginal splenic zone lymphoma?

**III. Materials Reviewed**

I reviewed all of records forwarded to me regarding Judge Turnoff's case which included his deposition as well as the records of Memorial Hospital both inpatient and outpatient, including the notes of his hematologist and other doctors he has seen. I have also reviewed the deposition of Dr Frederick Wittlin. In addition, I have reviewed and scrutinized all the articles listed in references in exhibit B which are in the footnotes.

1

IV. Background

Glyphosate, the toxic chemical in Roundup, is felt to cause lymphoma by causing mutations via genotoxicity and oxidation.[1,2] Chromosomal abnormalities are seen in many animals and patients exposed to Roundup.[1,2,20]  Prolonged Roundup exposure has been associated with the development of Non-Hodgkin's Lymphoma in several studies and meta-analyses.[1, 2,3,4,5] Six case-control studies of NHL and glyphosate exposure have also been published.[6,5,3,4,7,8] Of these 6 case-control studies, 5 showed elevated odds ratios (ORs) for NHL in workers exposed to glyphosate, whereas only one study,[7] with limited statistical power showed no increase.

Four of the 5 positive studies[6,5,3,4] showed statistically significant increases in the risk for NHL and the 2 studies[4,6] in which an exposure-response effect was evaluated showed significantly increased risks of NHL with an increased number of days that glyphosate was used [4] or days per year used.[6] In all 5 positive studies, odds ratios of greater than 2.0 were demonstrated and these were statistically significant in 4 of the studies. The only study with a nonsignificant increase had limited statistical power.[8] In 3 of the 5 positive studies,[3,4 5] the risk estimates for glyphosate were adjusted for the use of other pesticides but remained elevated. The results of these studies provide strong evidence for an association between NHL and glyphosate exposure.

Three meta-analyses of 5 of the 6 case-control studies[6,5,3,4,7] and the initial report of the agricultural health study(AHS)[9] were positive for an association between NHL risk and ever use of glyphosate. The first meta-analysis by Schinasi and Leon[10] found a significantly increased meta-risk ratio (meta-RR) of 1.5 (95% CI, 1.1-2.0), whereas reanalysis by the International agency for research on cancer ( IARC) found a lower but still significant ratio of 1.3 (95% CI, 1.03- 1.65) using fully adjusted risk estimates.[11] An industry-sponsored meta-analysis by Chang and Delzell [12] of the same data found a similar result to that of the IARC. Additional meta-analyses by the same authors, [10,12] of 2 studies [5,8] of glyphosate use and risk for B-cell NHL were also significantly positive with a meta-risk ratio of 2.0 (95% CI, 1.1-3.6). These findings provide additional strong evidence for a link between NHL and glyphosate exposure. While the EPA (environmental protection agency) found contrary results to the IARC,[13] there is extensive additional robust evidence since IARC the and EPA studies appeared in 2015 to demonstrate a strong correlation in many patients.

For example, In 2019, a new post IARC meta-analysis of articles on human exposure to Glyphosate based formulations( GBFs) and risk of NHL was published by Zhang et al.[2] The authors included the updated agricultural health study ( AHS)[14] along with 5 case-control studies.[6,5,3,4,7] Using the highest exposure groups and risk ratios adjusted for the use of other pesticides, when available, they found that the overall risk of NHL was significantly increased by 41% in the GBF-exposed individuals (meta-RR 1.41, 95% CI, 1.3-1.75). The risk increased to 84% when the AHS was deleted from the analysis (meta-RR 1.84, 95% CI, 1.33-2.55). They also reviewed the available animal and mechanistic studies on the carcinogenic effects of glyphosate and GBFs and concluded that their findings support a compelling link between exposures to GBFs and an increased risk of NHL.

In 2019, the AGRICOH, a consortium of agricultural cohort studies, published a pooled analysis of 3 agricultural worker cohorts from France, Norway, and the US AHS to evaluate pesticide use and the risk of NHL. [15] Crop-exposure matrices were used to estimate pesticide exposures in France and Norway, likely resulting in significant nondifferential exposure misclassification.[16,17] As discussed previously, the AHS also has a problem with exposure misclassification. This study found no increased risk for glyphosate use and NHL overall (meta-RR 0.95, 95% CI, 0.71-1.18), but found a borderline increased risk of 36% for DLBCL with ever use of glyphosate (meta-RR 1.36, 95% CI, 1.00-1.85). However, a significantly increased risk of 67% for DLBCL was found in the Norwegian cohort (meta-RR 1.67, 95% CI, 1.05-2.65) for every use of glyphosate when adjusted for the use of other pesticides.

**VI. Report**

By way of history, Judge Turnoff is a 71-year-old retired male judge who used Roundup regularly while gardening at his home in Miami mainly on weekends over a twenty-year period between 1980 and 2000. On the weekends he would regularly trim his rosebushes, use mulch, and treat any weeds in the area with Roundup, which he would squirt from a bottle, and which he purchased regularly from Home Depot. He does not recollect getting it on his hands but is not sure of these details. There were substantial numbers of rosebushes on the property, and he would also squirt Roundup in areas where he saw weeds even in areas where there were no rosebushes.[18]

In 2010 he developed a relatively low platelet count and was referred to Dr Wittlin who performed a bone marrow aspirate and biopsy with cytogenetic studies, and flow cytometry. At that time, he was found to have a mildly enlarged spleen at 14 cm but no evidence of any mesenteric, retroperitoneal, hilar, or meditational lymph node enlargement on CT and he had a negative PET scan, which has never been repeated.[19]

The pathologist opined that he most likely had a splenic marginal zone cell lymphoma based on morphologic review of the bone marrow showing a sinusoidal infiltrate involving 10% of the marrow along with several mutations including trisomy 13 and monozygosity 21. On the lymphocyte surfaces there was the absence of CD5 and CD10, and it was strongly positive for CD11c and CD20. This is called immunophenotyping. [20]

Unlike many lymphomas, which require spleen or lymph node for architecture analysis, splenic marginal cell lymphoma can be diagnosed on bone marrow alone.[21] However, the pathologist took a bit of a disclaimer using terms like consistent with and bone marrow involvement rather than diagnostic of the disease.

To quote from the report which is on page 25 of the share care records:

"While the cytogenetic findings are not recognized as a recurrent finding for any specific subtype of non-Hodgkin lymphoma, the constellation of flow cytometric, immunophenotypic, and morphologic findings are <u>consistent</u> with peripheral blood and bone marrow <u>involvement</u> by a low-grade B-cell lymphoma best classified as marginal zone lymphoma.[20]

The sinusoidal pattern of infiltration identified in the bone marrow is not entirely specific for splenic marginal zone lymphoma.

However, since current CT scans showed mild splenomegaly but no adenopathy in the chest, abdomen or pelvis, overall findings are most compatible with splenic marginal zone lymphoma. Further clinical correlation recommended.

Findings discussed with Dr. Wittlin on 3/3/10. /KP."[20]

SMZL constitutes <1 percent of all non-Hodgkin lymphomas and 1 to 2 percent of indolent lymphoid leukemias found on bone marrow examination, and up to 25 percent of low-grade B cell neoplasms in splenectomy specimens The estimated incidence in the United States is 1.3 cases per million persons per year and appears to be increasing. SMZL occurs at a median age of 65 to 70.[22,23]

He has recently developed end-stage renal disease with a glomerular filtration rate (GFR) under 15 cc/min. It is not stated in the records what is the etiology of his renal failure. He has recently developed anemia due to his markedly decreased GFR and is now unable to do anyway near as much traveling as he was accustomed.[24]

The amount of time he was exposed to Roundup is 20 years, which is the average latency period of NHL in persons with long-term exposure to toxic chemicals and solvents.[1] This appears to have been sufficient exposure to cause his problem. Glyphosate, the toxic chemical in roundup is felt to cause lymphoma by causing mutations via genotoxicity and oxidation.[1] Chromosomal abnormalities are seen in many animals and patients exposed to Roundup.[1,2 25]

After an extensive search through the records provided to me, I cannot find any other cause for him to have developed a lymphoma.  This is a very rare type of lymphoma so that is not something people get commonly. It has been associated strongly with hepatitis C,[26] autoimmune diseases as well as herpes virus 8, which has been linked to Kaposi's sarcoma.[27]

The patient was checked for hepatitis B in 2018 was negative. He was negative also for hepatitis C. Autoimmune disease was ruled out with a normal serum protein electrophoresis, quantitative immunoglobulins were normal. In addition, RNP was negative anti-DNA was normal, C3 C4 normal ANA borderline. Antiplatelet antibodies are negative.[28]

There is no history of any chronic infections or family history of lymphoma or autoimmune conditions that lead to B cell activation (e.g., Sjogren's syndrome, systemic lupus erythematosus, hemolytic anemia, pernicious anemia), asthma (with or without other atopy), and chronic hepatitis C virus infection. There has been no professional history of having been exposed to toxins or toxic chemicals and the exposures have been in his private life doing work around his house. [29]

Until recently this lymphoma, has not caused any need for hospitalization, treatment, radiation, chemotherapy, transfusion, has not required any pain medication for this problem and it has not limited his ability to work professionally or to enjoy any of his hobbies. The limitations that are occurring now are due to his renal disease and will be significantly compounded by his not being able to receive a renal transplant. His hematologist has informed him unequivocally that despite its indolent course he has strongly advised against renal transplantation. This is because the immunosuppressant medications critical to preventing rejection of the transplant would likely aggravate his lymphoma and cause it to become more aggressive. [30, 31,32,1]

### V. Summary of case :

In consideration of Judge Turnoff's clinical findings of splenomegaly, thrombocytopenia, a bone marrow read out by the pathologist as consistent with a splenic marginal cell lymphoma, the presence of mutations and a consistent sizeable monoclonal B cell clone, which varies up to 50% in size, as well as the length of time of his exposure to roundup, absence of any other risk factors for lymphoma, I conclude that more likely than not that the lymphoma he has developed is related to his prolonged extensive 20 year roundup exposure.

Judge Turnoff has been advised by Dr Wittlin, his longstanding hematologist, that because of his non-Hodgkin's lymphoma that he is not eligible to receive a renal transplantation. This limitation will greatly impact his mobility and quality of life going forward as he will be dependent upon three times weekly hemodialysis. His glomerular filtration rate has plummeted to 15 cc per minute, and he now is at stage V or end-stage renal disease.[33]

### VII. Conclusions

Based on the extensive literature indicating a relationship of Glyphosate exposure to non-Hodgkin's lymphoma in some patients and this patient's findings of splenomegaly, thrombocytopenia, a bone marrow read out by the pathologist as consistent with a splenic marginal cell lymphoma, the presence of mutations and a consistent sizeable monoclonal B cell clone, which varies up to 50% in size, as well as the considerable length of time of his exposure to roundup, and[1,34] absence of any other known risk factors for lymphoma, I therefore conclude that much more likely than not his lymphoma is related to his prolonged extensive 20 year roundup exposure.[1,2]

Sincerely yours,

*Samuel A Berkman MD* (signature)

Samuel A Berkman MD, FACP
Clinical professor of medicine
Division of hematology/oncology
UCLA

EXHIBIT B

[1] Weisenburger DD. A Review and Update with Perspective of Evidence that the Herbicide Glyphosate (Roundup) is a Cause of Non-Hodgkin Lymphoma. Clin Lymphoma Myeloma Leuk. 2021 Sep;21(9):621-630. doi: 10.1016/j.clml.2021.04.009. Epub 2021 Apr 24. PMID: 34052177.

[2] Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res Rev Mutat Res. 2019 Jul-Sep; 781:186-206. doi: 10.1016/j.mrrev.2019.02.001. Epub 2019 Feb 10. PMID: 31342895; PMCID: PMC6706269.

[3] De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF, Blair A. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med. 2003 Sep;60(9): E11. doi: 10.1136/oem.60.9. e11. PMID: 12937207; PMCID: PMC1740618

[4] Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer. 2008 Oct 1;123(7):1657-63. doi: 10.1002/ijc.23589. PMID: 18623080.

[5] Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma. 2002 May;43(5):1043-9. doi: 10.1080/10428190290021560. PMID: 12148884.

[6] McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63. PMID: 11700263.

[7] Orsi L, Delabre L, Monnereau A, Delval P, Berthou C, Fenaux P, Marit G, Soubeyran P, Huguet F, Milpied N, Leporrier M, Hemon D, Troussard X, Clavel J. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occup Environ Med. 2009 May;66(5):291-8. doi: 10.1136/oem.2008.040972. Epub 2008 Nov 18. PMID: 19017688; PMCID: PMC2728754.

[8] Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M, 't Mannetje AM, Becker N, Benavente Y, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Brennan P, Miligi L, Ennas MG, Boffetta P. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. Occup Environ Med. 2013 Feb;70(2):91-8. doi: 10.1136/oemed-2012-100845. Epub 2012 Nov 1. PMID: 23117219.

[9] De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, Dosemeci M, Sandler DP, Alavanja MC. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect. 2005 Jan;113(1):49-54. doi: 10.1289/ehp.7340. PMID: 15626647; PMCID: PMC1253709.

[10] Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527. doi: 10.3390/ijerph110404449. PMID: 24762670; PMCID: PMC4025008.

[11] IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. Some Organophosphate Insecticides and Herbicides. Lyon (FR): International Agency for Research on Cancer; 2017. PMID: 31829533.

[12] Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B. 2016;51(6):402-34. doi: 10.1080/03601234.2016.1142748. Epub 2016 Mar 25. PMID: 27015139; PMCID: PMC4866614.

[13] Environmental Protection Agency (EPA). Glyphosate issue paper: evaluation of carcinogenic potential. 2016. Available at: https://www.epa.gov/sites/production/ files/2016-09/documents/glyphosate_issue_paper_evaluation_of_carcincogenic_ potential.pdf. Accessed April 12, 2017.

[14] Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, Lynch CF, Lerro CC, De Roos AJ, Parks CG, Alavanja MC, Silverman DT, Beane Freeman LE. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst. 2018 May 1;110(5):509-516. doi: 10.1093/jnci/djx233. PMID: 29136183; PMCID: PMC6279255.

[15] Leon ME, Schinasi LH, Lebailly P, Beane Freeman LE, Nordby KC, Ferro G, Monnereau A, Brouwer M, Tual S, Baldi I, Kjaerheim K, Hofmann JN, Kristensen P, Koutros S, Straif K, Kromhout H, Schüz J. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol. 2019 Oct 1;48(5):1519-1535. doi: 10.1093/ije/dyz017. PMID: 30880337; PMCID: PMC6857760.

[16] Brouwer M, Schinasi L, Beane Freeman LE, Baldi I, Lebailly P, Ferro G, Nordby KC, Schüz J, Leon ME, Kromhout H. Assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. Occup Environ Med. 2016 Jun;73(6):359-67. doi: 10.1136/oemed-2015-103319. Epub 2016 Mar 23. PMID: 27009271.

[17] Tomenson JA . Re: assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. *Occup Environ Med* . 2017;74:81 .

[18] This information in this paragraph about judge Turnoff's use of roundup was taken from his deposition where pages 69-168 were devoted to questioning about the extent of his use of roundup, whether he used gloves or a hat or eyewear.)

[19]  The results of these tests can be found in the memorial hospital 751 pages of records on page 12 dated 1/26/10)

[20] The pathologist Dr Pakzad Koosash's report is on page 25 of the sharecare records dated 3/3/10)

[21] Matutes E, Oscier D, Montalban C, Berger F, Callet-Bauchu E, Dogan A, Felman P, Franco V, Iannitto E, Mollejo M, Papadaki T, Remstein ED, Salar A, Solé F, Stamatopoulos K, Thieblemont C, Traverse-Glehen A, Wotherspoon A, Coiffier B, Piris MA. Splenic marginal zone lymphoma proposals for a revision of diagnostic, staging and therapeutic criteria. Leukemia. 2008 Mar;22(3):487-95. doi: 10.1038/sj.leu.2405068. Epub 2007 Dec 20. PMID: 18094718.

[22] Liu L, Wang H, Chen Y, Rustveld L, Liu G, Du XL. Splenic marginal zone lymphoma: a population-based study on the 2001-2008 incidence and survival in the United States. Leuk Lymphoma. 2013 Jul;54(7):1380-6. doi: 10.3109/10428194.2012.743655. Epub 2012 Nov 26. PMID: 23101590.

[23] Xochelli A, Kalpadakis C, Gardiner A, Baliakas P, Vassilakopoulos TP, Mould S, Davis Z, Stalika E, Kanellis G, Angelopoulou MK, McIver-Brown N, Ibbotson R, Sachanas S, Korkolopoulou P, Athanasiadou A, Anagnostopoulos A, Papadaki HA, Papadaki T, Stamatopoulos K, Pangalis GA, Oscier D. Clonal B-cell lymphocytosis exhibiting immunophenotypic features consistent with a marginal-zone origin: is this a distinct entity? Blood. 2014 Feb 20;123(8):1199-206. doi: 10.1182/blood-2013-07-515155.

[24] (The information about the patient's renal function was obtained from a progress note of 4/4/22 by Dr Juan Carlos Brenes where he stated the creatinine was 6.0 and the patient has been placed on peritoneal dialysis.)

[25]  Guyton KZ, Loomis D, Grosse Y, El Ghissassi F, Benbrahim-Tallaa L, Guha N, Scoccianti C, Mattock H, Straif K; International Agency for Research on Cancer Monograph Working Group, IARC, Lyon, France. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol. 2015 May;16(5):490-1. doi: 10.1016/S1470-2045(15)70134-8. Epub 2015 Mar 20. PMID: 25801782.

[26] Hermine O, Lefrère F, Bronowicki JP, Mariette X, Jondeau K, Eclache-Saudreau V, Delmas B, Valensi F, Cacoub P, Brechot C, Varet B, Troussard X. Regression of splenic lymphoma with villous lymphocytes after treatment of hepatitis C virus infection. N Engl J Med. 2002 Jul 11;347(2):89-94. doi: 10.1056/NEJMoa013376. PMID: 12110736.

[27] Benavente Y, Mbisa G, Labo N, Casabonne D, Becker N, Maynadie M, Foretova L, Cocco PL, Nieters A, Staines A, Bofetta P, Brennan P, Whitby D, de Sanjosé S. Antibodies against lytic and latent Kaposi's sarcoma-associated herpes virus antigens and lymphoma in the European EpiLymph case-control study. Br J Cancer. 2011 Nov 22;105(11):1768-71. doi: 10.1038/bjc.2011.392. Epub 2011 Sep 27. PMID: 21952625; PMCID: PMC3242588.

[28] This information was taken from the 279-page document of memorial hospital records and the results for hepatitis B and C are on Pages 265 and 266. Please see footnote 19 for the location of the other results.

[29] Throughout his deposition and in the medical records there is no evidence of any autoimmune disease and as mentioned above complement and Antiplatelet antibody were negative. The complement results for C3 and C4 are located on pages 204 and 205 of the 278-page document of Memorial hospital records. High sensitivity C reactive protein, a marker of inflammation, was normal and can be found on page 177 of the 278-page document. Anti-platelet antibody's negative result from 6/20/14 is on page 405 of the 751-page document. Autoimmune tests Borderline ANA, Anti DNA, RNP and total complement (CH50) are all normal and are to be found on pages 95-98 of the 251-page document of memorial hospital records.

[30] This information is taken from Dr Wittlin's deposition. Pages 100-102 and. From pages 678-679 from the 751-page document containing the memorial hospital records

[31] Dierickx D, Habermann TM. Post-Transplantation Lymphoproliferative Disorders in Adults. N Engl J Med. 2018 Feb 8;378(6):549-562. doi: 10.1056/NEJMra1702693. PMID: 29414277.

[32] Bates WD, Gray DW, Dada MA, Chetty R, Gatter KC, Davies DR, Morris PJ. Lymphoproliferative disorders in Oxford renal transplant recipients. J Clin Pathol. 2003 Jun;56(6):439-46. doi: 10.1136/jcp.56.6.439. PMID: 12783971; PMCID: PMC1769976

[33] (The information about the patient's renal function was obtained from a progress note of 4/4/22 by Dr Juan Carlos Brenes where he stated the creatinine was 6.0 and the patient has been placed on peritoneal dialysis. The information about Dr Wittlin advising the patient and his other doctors against transplantation is taken form Dr Wittlin's deposition pages 100-102.)

[34] Kabat GC, Price WJ, Tarone RE. On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer Causes Control. 2021 Apr;32(4):409-414. doi: 10.1007/s10552-020-01387-w. Epub 2021 Jan 15. PMID: 33447891.

# SAMUEL A. BERKMAN, M.D., F.A.C.P.
9001 WILSHIRE BLVD, SUITE 200
BEVERLY HILLS, CALIFORNIA 90211

HEMATOLOGY/MEDICAL ONCOLOGY
INTERNAL MEDICINE

310-273-8636

| | |
|---|---|
| **MEDICAL SCHOOL:** | Tufts University |
| **INTERNSHIP:**<br>1971-1972 | Cedars-Sinai Medical Center<br>Los Angeles, CA |
| **RESIDENCY:**<br>1972-1974 | Cedars-Sinai Medical Center<br>Los Angeles, CA |
| **FELLOWSHIP:**<br>1974-1976 | University of California, Los Angeles<br>Hematology |
| **FELLOWSHIP:**<br><br>1976-1978 | National Institutes Health, Medical Oncology<br>Bethesda, Maryland |
| **SPECIALTY BOARDS:** | Certified Internal Medicine 1974 Certified Medical Oncology 1979 Certified Hematology 1980 Recertified Internal Medicine 1980 |
| **AWARDS:** | 1980-1986 Outstanding Clinical Faculty Teachers Department of Medicine, UCLA |
| | 2016 Outstanding Reviewer Annals of Internal Medicine |

**SOCIETY MEMBERSHIPS:**
Medical and Scientific advisory board- National Blood Clot Alliance
Fellow, American College of Physicians
American Medical Association
 American Society of Hematology
International Society of Thrombosis and Hemostasis
International Society of Clinical and Applied Hemostasis, Thrombosis and vascular Medicine

Faculty- North American Thrombosis Forum
 Member Anticoagulant Forum

**ACADEMIC APPOINTMENTS:**
    Clinical Professor of Medicine, UCLA Medical Center    Cal. License G-23110

Samuel A. Berkman, M.D., F.A.C.P
Page 2 of 2

**BIBLIOGRAPHY:**
1. Infectious Complications of Blood Transfusion, Seminars in Oncology, Vol. XI, No. 1, 1984, pp. 68-76.
2. The Spectrum of Transfusion Reactions, Hospital Practice, Vol. 19, No. 6, June 1984, pp. 205-219.
3. Autoimmune Hemolytic Anemia, The Role of Blood Transfusion, Hospital Practice, December 1984, pp. 111-119.
4. A Thrombotic Diathesis in a Young Woman, Hospital Practice, Vol. 19, No. 9, 82T-Y, September 1984.
5. Hematological Care of the Surgical Patient. Hospital Practice 21: (124DD-124RR).
6. Plasma Derivative and AIDS in the U.S., Workshop on Clinical Use of Intravenous Immunoglobulins. London, Academic, Press, 1986. pp. 309-409.
7. Hypercoagulable States and Deep Venous Thrombosis. Hospital Practice, December 15, 1986, pp. 88C-88DD.
8. Clinical Use of Intravenous Immunoglobulin Seminars in Hematology, Vol. 25, 2, 1988, pp. 140-158.
9. Transfusion Associated AIDS – Transfusion Medicine Reviews, Vol. 2, 1, March 1988, pp. 18-28.
10. Infectious Complications of Blood Transfusions, Blood Reviews, Vol. 2, 3, Sept. 1988, pp. 206-210.
11. Deep Venous Thrombosis in Hip Surgery Clinics Orthopaedics, Vol. 242, May 1989, pp. 242-231.
12. Hematological Aspects of Renal disease, Blood Reviews, Sept. 1989.
13. New Updates on Intravenous Gamma Globulin, Annals of Internal Medicine, Feb. 15, 1990.
14. Intravenous Immunoglobulins in Gram-Negative Bactermia, Annals of Internal Medicine, Dec. 1990.
15. Current Concepts in Anticoagulant Therapy. Hospital Practice, Feb. 15, 1992, pp. 187-200.
16. The Cardiologist and the Coagulation Cascades, Practical Critical Care in Cardiology, pp. 245-273. Marcel Dekker, Inc. 1998.
17. .Are you getting through? Med Economics. 2005 May 20; 82(10): 44-5.
18.  The American Student, 2006, i Universe, non-medical historical novel.

19. Prophylaxis of deep venous thrombosis, newsletter for the international society of evidence based medicine, volume 13, Oct 2013
20. The role of patient registries in clinical research, newsletter for the international society of evidence based medicine, volume 15, April 2014
21. Propensity matching in observational studies, newsletter for the international society of evidence based medicine, volume 17, November 2014
22. Incorporating intention to treat into trial design, newsletter for the international society of evidence based medicine, volume 19, November 2015
23. Subset analysis and statistical interactions, newsletter for the international society of evidence based medicine, volume 21, November 2016
24. Missing data in randomized trials and the E value and confounding, newsletter for the international society of evidence based medicine, volume 24, December 2017
25. Competing Risk of Death in DVT trials in cancer patients, newsletter for the international society of evidence based medicine, volume 24, December 2018
26. Prevention of Bleeding in Patients With Atrial Fibrillation Undergoing PCI (PIONEER): Three May End Up Being a Crowd, Clinical and Applied thrombosis and Hemostasis first published online May 24, 2017
27. Multiplicity considerations in recent thrombosis related clinical trials, newsletter for the international society of evidence based medicine, volume 26, December 2019
28. Berkman SA, Tapson VF. Methodological Issues and Controversies in COVID-19 Coagulopathy: A Tale of Two Storms. *Clin Appl Thromb Hemost*. 2020;26:1076029620945398. doi:10.1177/1076029620945398
29. Berkman, S, A Interpreting Clinical Research During the Throes of COVID-19 Pandemic, 27th ISEBHC Newsletter Summer 2020 Edition, volume 27
30. Berkman, S, A Fixed versus Random effects in Meta-analysis, 28th ISEBHC Newsletter Autumn 2020 Edition

**31.** Berkman, Samuel A. MD,. Tapson, Victor F MD COVID-19 and Its Implications for Thrombosis and Anticoagulation, Semin Respir Crit Care Med 2020; 42:

**32.** Samuel A Berkman (2021): Post-hospital discharge venous thromboembolism Prophylaxis in medically ill patients, Postgraduate Medicine, DOI: 10.1080/00325481.2021.1876387

33 Berkman SA, Song SS. Ischemic Stroke in the Young. Clin Appl Thromb Hemost. 2021 Jan-Dec;27:10760296211002274. doi: 10.1177/10760296211002274. PMID: 33870763.

34. Berkman, S.A. Risk ratio. Odds ratio, hazard ratio, 29th ISEBHC Newsletter Summer 2021 Edition, pp 9-11

35. Berkman S.A, Linear and logistic regression, ISEBHC newsletter December 2021 edition

**SAMUEL A BERKMAN, M.D., F.A.C.P.**
9001 WILSHIRE BLVD, SUITE 200
BEVERLY HILLS, CALIFORNIA 90211
(310) 273-8636

INTERNAL MEDICINE/
HEMATOLOGY

*Cases testified in last five years*
*1. Jessen case Peoria Illinois 8/2017 attorney David Schwartz, Chicago*
*2. New Orleans 4/2017 Todd Bialous attorney Calvin Jackson case*

*Depositions*

1. *Church vs Johnson September 14,2021 Butte Montana attorney Bryan Kautz*
2. *Jones vs Phoebe Putney group January 5,2022, Jack Hill attorney*
3. *Smith vs University of Washington Jan 7, 2021, Joanna Werner*
4. *Nicolai vs Abrazo west February 23,2022 Arizona, Jeffery Gill attorney*