# EXHIBIT C

**WORLD HEALTH ORGANIZATION**
**INTERNATIONAL AGENCY FOR RESEARCH ON CANCER**



# *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*

## P R E A M B L E

**LYON, FRANCE**
**2006**

**Exhibit 1049**

Case No. 3:16-md-02741

Exhibit C Page - 1

# CONTENTS

A. GENERAL PRINCIPLES AND PROCEDURES ...................................................................1

   1. Background .........................................................................................................................1

   2. Objective and scope .........................................................................................................2

   3. Selection of agents for review.........................................................................................3

   4. Data for the *Monographs* ...............................................................................................3

   5. Meeting participants.........................................................................................................4

   6. Working procedures .........................................................................................................5


B. SCIENTIFIC REVIEW AND EVALUATION ...................................................................6

   1. Exposure data...................................................................................................................7

   2. Studies of cancer in humans ...........................................................................................8

   3. Studies of cancer in experimental animals....................................................................12

   4. Mechanistic and other relevant data .............................................................................15

   5. Summary ........................................................................................................................18

   6. Evaluation and rationale ................................................................................................19


References.................................................................................................................................23

Amended January 2006

Last update September 2015

Exhibit C Page - 2

# PREAMBLE

The Preamble to the *IARC Monographs* describes the objective and scope of the programme, the scientific principles and procedures used in developing a *Monograph*, the types of evidence considered and the scientific criteria that guide the evaluations. The Preamble should be consulted when reading a *Monograph* or list of evaluations.

## A. GENERAL PRINCIPLES AND PROCEDURES

### 1. Background

Soon after IARC was established in 1965, it received frequent requests for advice on the carcinogenic risk of chemicals, including requests for lists of known and suspected human carcinogens. It was clear that it would not be a simple task to summarize adequately the complexity of the information that was available, and IARC began to consider means of obtaining international expert opinion on this topic. In 1970, the IARC Advisory Committee on Environmental Carcinogenesis recommended ' . . . that a compendium on carcinogenic chemicals be prepared by experts. The biological activity and evaluation of practical importance to public health should be referenced and documented.' The IARC Governing Council adopted a resolution concerning the role of IARC in providing government authorities with expert, independent, scientific opinion on environmental carcinogenesis. As one means to that end, the Governing Council recommended that IARC should prepare monographs on the evaluation of carcinogenic risk of chemicals to man, which became the initial title of the series.

In the succeeding years, the scope of the programme broadened as *Monographs* were developed for groups of related chemicals, complex mixtures, occupational exposures, physical and biological agents and lifestyle factors. In 1988, the phrase 'of chemicals' was dropped from the title, which assumed its present form, *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*.

Through the *Monographs* programme, IARC seeks to identify the causes of human cancer. This is the first step in cancer prevention, which is needed as much today as when IARC was established. The global burden of cancer is high and continues to increase: the annual number of new cases was estimated at 10.1 million in 2000 and is expected to reach 15 million by 2020 (Stewart & Kleihues, 2003). With current trends in demographics and exposure, the cancer burden has been shifting from high-resource countries to low- and medium-resource countries. As a result of *Monographs* evaluations, national health agencies have been able, on scientific grounds, to take measures to reduce human exposure to carcinogens in the workplace and in the environment.

The criteria established in 1971 to evaluate carcinogenic risks to humans were adopted by the Working Groups whose deliberations resulted in the first 16 volumes of the *Monographs* series. Those criteria were subsequently updated by further ad-hoc Advisory Groups (IARC, 1977, 1978, 1979, 1982, 1983, 1987, 1988, 1991; Vainio *et al.*, 1992; IARC, 2005, 2006).

The Preamble is primarily a statement of scientific principles, rather than a specification of working procedures. The procedures through which a Working Group implements these principles are not specified in detail. They usually involve operations that have been

Exhibit C Page - 3

1  established as being effective during previous *Monograph* meetings but remain,
2  predominantly, the prerogative of each individual Working Group.

## 3  2. Objective and scope

4   The objective of the programme is to prepare, with the help of international Working
5   Groups of experts, and to publish in the form of *Monographs*, critical reviews and evaluations
6   of evidence on the carcinogenicity of a wide range of human exposures. The *Monographs*
7   represent the first step in carcinogen risk assessment, which involves examination of all
8   relevant information in order to assess the strength of the available evidence that an agent
9   could alter the age-specific incidence of cancer in humans. The *Monographs* may also
10  indicate where additional research efforts are needed, specifically when data immediately
11  relevant to an evaluation are not available.

12  In this Preamble, the term 'agent' refers to any entity or circumstance that is subject to
13  evaluation in a *Monograph*. As the scope of the programme has broadened, categories of
14  agents now include specific chemicals, groups of related chemicals, complex mixtures,
15  occupational or environmental exposures, cultural or behavioural practices, biological
16  organisms and physical agents. This list of categories may expand as causation of, and
17  susceptibility to, malignant disease become more fully understood.

18  A cancer 'hazard' is an agent that is capable of causing cancer under some circumstances,
19  while a cancer 'risk' is an estimate of the carcinogenic effects expected from exposure to a
20  cancer hazard. The *Monographs* are an exercise in evaluating cancer hazards, despite the
21  historical presence of the word 'risks' in the title. The distinction between hazard and risk is
22  important, and the *Monographs* identify cancer hazards even when risks are very low at
23  current exposure levels, because new uses or unforeseen exposures could engender risks that
24  are significantly higher.

25  In the *Monographs*, an agent is termed 'carcinogenic' if it is capable of increasing the
26  incidence of malignant neoplasms, reducing their latency, or increasing their severity or
27  multiplicity. The induction of benign neoplasms may in some circumstances (see Part B,
28  Section 3a) contribute to the judgement that the agent is carcinogenic. The terms 'neoplasm'
29  and 'tumour' are used interchangeably.

30  The Preamble continues the previous usage of the phrase 'strength of evidence' as a
31  matter of historical continuity, although it should be understood that *Monographs* evaluations
32  consider studies that support a finding of a cancer hazard as well as studies that do not.

33  Some epidemiological and experimental studies indicate that different agents may act at
34  different stages in the carcinogenic process, and several different mechanisms may be
35  involved. The aim of the *Monographs* has been, from their inception, to evaluate evidence of
36  carcinogenicity at any stage in the carcinogenesis process, independently of the underlying
37  mechanisms. Information on mechanisms may, however, be used in making the overall
38  evaluation (IARC, 1991; Vainio *et al.*, 1992; IARC, 2005, 2006; see also Part B, Sections 4
39  and 6). As mechanisms of carcinogenesis are elucidated, IARC convenes international
40  scientific conferences to determine whether a broad-based consensus has emerged on how
41  specific mechanistic data can be used in an evaluation of human carcinogenicity. The results
42  of such conferences are reported in IARC Scientific Publications, which, as long as they still
43  reflect the current state of scientific knowledge, may guide subsequent Working Groups.

44  Although the *Monographs* have emphasized hazard identification, important issues may
45  also involve dose–response assessment. In many cases, the same epidemiological and
46  experimental studies used to evaluate a cancer hazard can also be used to estimate a dose–

Exhibit C Page - 4

1   Working Group to be credible, but chance, bias or confounding could not be ruled out
2   with reasonable confidence.

3   ***Inadequate evidence of carcinogenicity***: The available studies are of insufficient quality,
4   consistency or statistical power to permit a conclusion regarding the presence or absence
5   of a causal association between exposure and cancer, or no data on cancer in humans are
6   available.

7   ***Evidence suggesting lack of carcinogenicity***: There are several adequate studies covering the
8   full range of levels of exposure that humans are known to encounter, which are mutually
9   consistent in not showing a positive association between exposure to the agent and any
10  studied cancer at any observed level of exposure. The results from these studies alone or
11  combined should have narrow confidence intervals with an upper limit close to the null
12  value (e.g. a relative risk of 1.0). Bias and confounding should be ruled out with
13  reasonable confidence, and the studies should have an adequate length of follow-up. A
14  conclusion of *evidence suggesting lack of carcinogenicity* is inevitably limited to the
15  cancer sites, conditions and levels of exposure, and length of observation covered by the
16  available studies. In addition, the possibility of a very small risk at the levels of exposure
17  studied can never be excluded.

18  In some instances, the above categories may be used to classify the degree of evidence
19  related to carcinogenicity in specific organs or tissues.

20  When the available epidemiological studies pertain to a mixture, process, occupation or
21  industry, the Working Group seeks to identify the specific agent considered most likely to be
22  responsible for any excess risk. The evaluation is focused as narrowly as the available data on
23  exposure and other aspects permit.

24  **(b) Carcinogenicity in experimental animals**

25  Carcinogenicity in experimental animals can be evaluated using conventional bioassays,
26  bioassays that employ genetically modified animals, and other in-vivo bioassays that focus on
27  one or more of the critical stages of carcinogenesis. In the absence of data from conventional
28  long-term bioassays or from assays with neoplasia as the end-point, consistently positive
29  results in several models that address several stages in the multistage process of
30  carcinogenesis should be considered in evaluating the degree of evidence of carcinogenicity
31  in experimental animals.

32  The evidence relevant to carcinogenicity in experimental animals is classified into one of
33  the following categories:

34  ***Sufficient evidence of carcinogenicity***: The Working Group considers that a causal
35  relationship has been established between the agent and an increased incidence of
36  malignant neoplasms or of an appropriate combination of benign and malignant
37  neoplasms in (a) two or more species of animals or (b) two or more independent studies
38  in one species carried out at different times or in different laboratories or under different
39  protocols. An increased incidence of tumours in both sexes of a single species in a well-
40  conducted study, ideally conducted under Good Laboratory Practices, can also provide
41  *sufficient evidence*.

42  A single study in one species and sex might be considered to provide *sufficient evidence
43  of carcinogenicity* when malignant neoplasms occur to an unusual degree with regard to
44  incidence, site, type of tumour or age at onset, or when there are strong findings of
45  tumours at multiple sites.

Exhibit C Page - 5