# EXHIBIT D

IARC MONOGRAPHS

# SOME ORGANOPHOSPHATE INSECTICIDES AND HERBICIDES

VOLUME 112

IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS

International Agency for Research on Cancer

World Health Organization


Exhibit D Page - 1

## IARC MONOGRAPHS

In 1969, the International Agency for Research on Cancer (IARC) initiated a programme on the evaluation of the carcinogenic risk of chemicals to humans involving the production of critically evaluated monographs on individual chemicals. The programme was subsequently expanded to include evaluations of carcinogenic risks associated with exposures to complex mixtures, lifestyle factors and biological and physical agents, as well as those in specific occupations. The objective of the programme is to elaborate and publish in the form of monographs critical reviews of data on carcinogenicity for agents to which humans are known to be exposed and on specific exposure situations; to evaluate these data in terms of human risk with the help of international working groups of experts in carcinogenesis and related fields; and to indicate where additional research efforts are needed. The lists of IARC evaluations are regularly updated and are available on the Internet at http://monographs.iarc.fr/.

This programme has been supported since 1982 by Cooperative Agreement U01 CA33193 with the United States National Cancer Institute, Department of Health and Human Services. Additional support has been provided since 1986 by the European Commission Directorate-General for Employment, Social Affairs, and Inclusion, initially by the Unit of Health, Safety and Hygiene at Work, and since 2014 by the European Union Programme for Employment and Social Innovation "EaSI" (2014–2020) (for further information please consult: http://ec.europa.eu/social/easi). Support has also been provided since 1992 by the United States National Institute of Environmental Health Sciences, Department of Health and Human Services. The contents of this volume are solely the responsibility of the Working Group and do not necessarily represent the official views of the United States National Cancer Institute, the United States National Institute of Environmental Health Sciences, the United States Department of Health and Human Services, or the European Commission.

Published by the International Agency for Research on Cancer,
150 cours Albert Thomas, 69372 Lyon Cedex 08, France
©International Agency for Research on Cancer, 2017
On-line publication, 26 January 2017

Distributed by WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland
(tel.: +41 22 791 3264; fax: +41 22 791 4857; email: bookorders@who.int).

Publications of the World Health Organization enjoy copyright protection in accordance with the provisions of Protocol 2 of the Universal Copyright Convention. All rights reserved.

Corrigenda to the IARC Monographs are published online at http://monographs.iarc.fr/ENG/Publications/corrigenda.php
To report an error, please contact: editimo@iarc.fr

 Co-funded by the European Union

The International Agency for Research on Cancer welcomes requests for permission to reproduce or translate its publications, in part or in full. Requests for permission to reproduce or translate IARC publications – whether for sale or for non-commercial distribution – should be addressed to the IARC Communications Group at: publications@iarc.fr.

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Secretariat of the World Health Organization concerning the legal status of any country, territory, city, or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

The IARC Monographs Working Group alone is responsible for the views expressed in this publication.

**IARC Library Cataloguing in Publication Data**

Some organophosphate insecticides and herbicides/ IARC Working Group on the Evaluation of Carcinogenic Risks to Humans (2015: Lyon, France)

(IARC monographs on the evaluation of carcinogenic risks to humans ; volume 112)

1. Carcinogens  2. Neoplasms – chemically induced  3. Pesticides – toxicity  4. Occupational exposure  5. Glycine – toxicity  6. Malathion – toxicity  7. Parathion – toxicity  8. Diazinon – toxicity  9. Tetrachlorvinphos – toxicity

I. International Agency for Research on Cancer  II. Series

ISBN 978-92-832-0178-6                                                                                                              (NLM Classification: W1)
ISSN 1017-1606

# CONTENTS

...
**NOTE TO THE READER** ........................................................................... 1

**LIST OF PARTICIPANTS** ......................................................................... 3

**PREAMBLE** ................................................................................................ 9
   A. GENERAL PRINCIPLES AND PROCEDURES ................................. 9
      1. Background .............................................................................. 9
      2. Objective and scope .............................................................. 10
      3. Selection of agents for review ............................................. 11
      4. Data for the *Monographs* ..................................................... 12
      5. Meeting participants ............................................................. 12
      6. Working procedures ............................................................. 13
   B. SCIENTIFIC REVIEW AND EVALUATION ................................... 14
      1. Exposure data ....................................................................... 15
      2. Studies of cancer in humans ................................................. 16
      3. Studies of cancer in experimental animals ........................... 20
      4. Mechanistic and other relevant data ..................................... 23
      5. Summary ............................................................................... 26
      6. Evaluation and rationale ....................................................... 27
   References ............................................................................................. 31

**GENERAL REMARKS** ............................................................................ 33

**MALATHION** ........................................................................................... 36
   1. Exposure Data ............................................................................... 36
      1.1 Identification of the agent ..................................................... 36
      1.2 Production and use ................................................................ 37
      1.3 Measurement and analysis .................................................... 39
      1.4 Occurrence and exposure ...................................................... 39

   2. Studies of Cancer in Humans. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
      2.1  Scope of available epidemiological studies. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
      2.2  Summary of frequently cited epidemiological studies. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
      2.3  Cohort studies on malathion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
      2.4  Case–control studies on lympho-haematopoietic cancers and malathion . . . . . . . . . . . . . . . . . . . . . 72
      2.5  Case–control studies on other cancers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
      2.6  Meta-analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
   3. Cancer in Experimental Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
      3.1  Mouse. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
      3.2  Rat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91
   4. Mechanistic and Other Relevant Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .100
      4.1  Absorption, distribution, metabolism, and excretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .100
      4.2  Mechanisms of carcinogenesis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .106
      4.3  Data relevant to comparisons across agents and end-points . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .127
      4.4  Susceptibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .133
      4.5  Other adverse effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .135
   5. Summary of Data Reported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .137
      5.1  Exposure data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .137
      5.2  Human carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .138
      5.3  Animal carcinogenicity data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .140
      5.4  Mechanistic and other relevant data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .140
   6. Evaluation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .142
      6.1  Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .142
      6.2  Cancer in experimental animals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .142
      6.3  Overall evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .142
      6.4  Rationale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .142
   References. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .143

**PARATHION**                                                                                                                                                           **160**
   1. Exposure Data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .160
      1.1  Identification of the agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .160
      1.2  Production and use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .161
      1.3  Measurement and analysis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .162
      1.4  Occurrence and exposure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .162
   2. Cancer in Humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .164
      2.1  Introduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .164
      2.2  Cohort studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .164
      2.3  Case–control studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .171
      2.4  Meta-analyses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .173
   3. Cancer in Experimental Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .173
      3.1  Mouse. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .173
      3.2  Rat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .175
   4. Mechanistic and Other Relevant Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .182
      4.1  Toxicokinetic data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .182
      4.2  Mechanisms of carcinogenesis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .188
      4.3  Data relevant to comparisons across agents and end-points . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .200

Contents

    4.4  Susceptibility ........................................................................207  
    4.5  Other adverse effects ..................................................................208  
  5.  Summary of Data Reported .................................................................209  
    5.1  Exposure data........................................................................209  
    5.2  Human carcinogenicity data ...........................................................209  
    5.3  Animal carcinogenicity data ...........................................................210  
    5.4  Mechanistic and other relevant data.....................................................211  
  6.  Evaluation.................................................................................212  
    6.1  Cancer in humans.....................................................................212  
    6.2  Cancer in experimental animals........................................................212  
    6.3  Overall evaluation ....................................................................212  
  References..................................................................................212  

**DIAZINON**      **223**  
  1.  Exposure Data.............................................................................223  
    1.1  Identification of the agent .............................................................223  
    1.2  Production and use....................................................................224  
    1.3  Measurement and analysis.............................................................225  
    1.4  Occurrence and exposure..............................................................225  
  2.  Cancer in Humans ........................................................................229  
    2.1  Summary of frequently cited epidemiological studies......................................229  
    2.2  Cohort studies .......................................................................229  
    2.3  Case–control studies on lympho-haematopoietic cancers ..................................249  
    2.4  Case–control studies on other cancers...................................................259  
    2.5  Meta-analysis........................................................................267  
  3.  Cancer in Experimental Animals ...........................................................267  
    3.1  Mouse..............................................................................267  
    3.2  Rat .................................................................................268  
  4.  Mechanistic and Other Relevant Data ......................................................269  
    4.1  Toxicokinetic data ...................................................................269  
    4.2  Mechanisms of carcinogenesis.........................................................276  
    4.3  Data relevant to comparisons across agents and end-points ................................293  
    4.4  Susceptibility .......................................................................300  
    4.5  Other adverse effects ..................................................................300  
  5.  Summary of Data Reported .................................................................301  
    5.1  Exposure data........................................................................301  
    5.2  Human carcinogenicity data ...........................................................302  
    5.3  Animal carcinogenicity data ...........................................................304  
    5.4  Mechanistic and other relevant data.....................................................305  
  6.  Evaluation.................................................................................306  
    6.1  Cancer in humans.....................................................................306  
    6.2  Cancer in experimental animals........................................................306  
    6.3  Overall evaluation ....................................................................306  
    6.4  Rationale ............................................................................306  
  References..................................................................................306

**GLYPHOSATE** ........................................................................................................ **321**
   1. Exposure Data .................................................................................................. 321
      1.1 Identification of the agent ......................................................................... 321
      1.2 Production and use .................................................................................... 322
      1.3 Measurement and analysis ........................................................................ 324
      1.4 Occurrence and exposure .......................................................................... 325
   2. Cancer in Humans ............................................................................................ 331
      2.0 General discussion of epidemiological studies ......................................... 331
      2.1 Cohort studies ........................................................................................... 331
      2.2 Case–control studies on non-Hodgkin lymphoma, multiple myeloma, and leukaemia ........ 336
      2.3 Case–control studies on other cancer sites ................................................ 349
      2.4 Meta-analyses ........................................................................................... 350
   3. Cancer in Experimental Animals ..................................................................... 350
      3.1 Mouse ........................................................................................................ 350
      3.2 Rat ............................................................................................................. 355
   4. Mechanistic and Other Relevant Data .............................................................. 361
      4.1 Toxicokinetic data ..................................................................................... 361
      4.2 Mechanisms of carcinogenesis .................................................................. 365
      4.3 Data relevant to comparisons across agents and end-points ..................... 393
      4.4 Cancer susceptibility data ......................................................................... 393
      4.5 Other adverse effects ................................................................................. 393
   5. Summary of Data Reported .............................................................................. 394
      5.1 Exposure data ............................................................................................ 394
      5.2 Human carcinogenicity data ...................................................................... 395
      5.3 Animal carcinogenicity data ...................................................................... 396
      5.4 Other relevant data .................................................................................... 396
   6. Evaluation ......................................................................................................... 398
      6.1 Cancer in humans ...................................................................................... 398
      6.2 Cancer in experimental animals ................................................................ 398
      6.3 Overall evaluation ..................................................................................... 398
      6.4 Rationale ................................................................................................... 398
   References ............................................................................................................. 399

**TETRACHLORVINPHOS** .................................................................................... **413**
   1. Exposure Data .................................................................................................. 413
      1.1 Identification of the agent ......................................................................... 413
      1.2 Production and use .................................................................................... 414
      1.3 Measurement and analysis ........................................................................ 415
      1.4 Occurrence and exposure .......................................................................... 416
   2. Cancer in Humans ............................................................................................ 417
      2.1 Summary of frequently cited epidemiological studies .............................. 417
      2.2 Cohort studies ........................................................................................... 417
      2.3 Case–control studies on lympho-haematopoietic cancers ......................... 418
   3. Cancer in Experimental Animals ..................................................................... 421
      3.1 Mouse ........................................................................................................ 421
      3.2 Rat ............................................................................................................. 427

Contents

4. Mechanistic and Other Relevant Data ....................................................430
   4.1  Toxicokinetic data ..............................................................430
   4.2  Mechanisms of carcinogenesis.....................................................433
   4.3  Data relevant to comparisons across agents and end-points ..............................438
   4.4  Susceptibility ..................................................................442
   4.5  Other adverse effects ...........................................................442
5. Summary of data reported..........................................................443
   5.1  Exposure data..................................................................443
   5.2  Human carcinogenicity data .....................................................443
   5.3  Animal carcinogenicity data.....................................................444
   5.4  Mechanistic and other relevant data...............................................444
6. Evaluation......................................................................445
   6.1  Cancer in humans..............................................................445
   6.2  Cancer in experimental animals..................................................445
   6.3  Overall evaluation .............................................................445
References........................................................................ 445

**LIST OF ABBREVIATIONS**    **450**

**ANNEX 1  SUPPLEMENTAL MATERIAL**    **452**

**Table 2.3   (continued)**

| Reference, location, enrolment period | Population size, description, exposure assessment method | Organ site | Exposure category or level | Exposed cases/ deaths | Risk estimate (95% CI) | Covariates controlled | Comments |
|---|---|---|---|---|---|---|---|
| Pahwa et al. (2012b) Six provinces of Canada (Quebec, Ontario, Manitoba, Saskatchewan, Alberta, British Columbia) 1991–1994 | Cases: 342 (response rate, 58%); men newly diagnosed (age ≥ 19 yr) Controls: 1506 (response rate, 48%; men (age ≥ 19 yr), frequency-matched to province and ± 2 yr to the age distribution of entire case group (which also included soft tissue sarcoma, Hodgkin lymphoma, NHL) Exposure assessment method: questionnaire | Multiple myeloma (ICD-O M 9732/3) | Ever use Use as a fumigant | 32 6 | 0.97 (0.62–1.53) 1.16 (0.44–3.11) | Medical history, age, province of residence | Cross-Canada Case–control Study [Strengths: large study, detailed pesticide exposure assessment through telephone interview; deceased were ineligible, reducing the number of surrogate responders. Limitations: men only; most men were exposed to multiple pesticides and multiple classes of pesticides, but risk estimates were not adjusted for other pesticides] |
| Kachuri et al. (2013) Six provinces in Canada (British Columbia, Alberta, Saskatchewan, Manitoba, Ontario and Quebec) 1991–1994 | Cases: 342 (response rate, 58%); men aged ≥ 19 yr diagnosed between 1991 and 1994 were ascertained from provincial cancer registries except in Quebec, where ascertained from hospitals Controls: 1357 (response rate, 48%; men aged ≥ 19 yr selected randomly using provincial health insurance records, random-digit dialling, or voters' lists, frequency-matched to cases by age (± 2 yr) and province of residence Exposure assessment method: questionnaire | Multiple myeloma | Ever use Ever use (proxy respondents excluded) > 0 and ≤ 2 days/yr > 2 days/yr | 32 29 17 12 | 1.12 (0.71–1.74) 1.28 (0.79–2.07) 1.04 (0.58–1.88) 1.37 (0.68–2.77) | Age, province of residence, smoking, family history of cancer, select medical conditions, respondent (direct/proxy) | Cross-Canada Case–control Study [Strengths: large population-based case–control study; detailed pesticide exposure assessment through telephone interview; deceased were ineligible, reducing the number of surrogate responders. Limitations: relatively low response rates; men only; most men were exposed to multiple pesticides and multiple classes of pesticides, but risk estimates were not adjusted for other pesticides] |

ALL, acute lymphocytic leukaemia; NHL, non-Hodgkin lymphoma; yr, year; NR, not reported



This volume of the *IARC Monographs* provides evaluations of the carcinogenicity of some organophosphate insecticides and herbicides, including diazinon, glyphosate, malathion, parathion, and tetrachlorvinphos.

Diazinon acts on a wide range of insects on crops, gardens, livestock, and pets, but most uses have been restricted in the USA, Canada, and the European Union since the 1980s. Glyphosate is the most heavily used agricultural and residential herbicide in the world, and has been detected in soil, air, surface water, and groundwater, as well as in food. Malathion is one of the oldest and most widely used organophosphate insecticides, and has a broad spectrum of applications in agriculture and public health, notably mosquito control. The insecticide parathion has been largely banned or restricted throughout the world due to toxicity to wildlife and humans. Tetrachlorvinphos is banned in the European Union, but continues to be used in the USA and elsewhere as an insecticide on animals, including in pet flea collars.

The *IARC Monographs* Working Group reviewed epidemiological evidence, animal bioassays, and mechanistic and other relevant data to reach conclusions as to the carcinogenic hazard to humans of these agents.

© incposterco/iStockphoto.com