# EXHIBIT B

Ricky Beavers, Jr.

MDL No.: 2741(N.D. Cal.)

6) Expert Report John Fontaine (Economic Damages)



**VOCATIONAL SYSTEMS, INC.**

December 21, 2021

Charles L. Meyer
Law Offices of Charles L. Meyer
1000 2nd Ave., 3310
Seattle, WA 98104

Re:    Ricky Beavers

Dear Mr. Meyer:

Specifically, you have asked me to provide reliable data defining the earning of individuals based on educational attainment and compare the earnings of differing educational levels over a work life expectancy. I have provided that information below.

I obtained a Master's Degree in Rehabilitation Counseling in 1992 and have practiced continuously in the field since. I am a Certified Rehabilitation Counselor and Certified Case Manager, who prepares Life Care Plans and Vocational Assessments. A copy of my curriculum vitae is attached, which includes a list of my experience and publications authored in the previous 10 years. I have testified in various federal and state courts in the United States as a vocational expert and life care planner.

At my request, my colleague, Neil Bennett, has provided Present Value calculations based on the identified educational levels I provided to him. Mr. Bennett is a Certified Rehabilitation Counselor (CRC), Forensic Vocational Expert (FVE) and Certified Earnings Analyst (CEA), who prepares Vocational Assessment and Wage Earning and Life Care Plan Analyses and Economic Damages reports. He obtained a Master's Degree in Educational Counseling in 1981; CRC certification in 1987, FVE certification in 2014 and CEA certification in 2019. His qualifications are further discussed in my curriculum vitae, attached as Exhibit "A". Since 1984, he has practiced continuously in these fields in various individual and combined disciplines, including reduction to present value of lost wage earning capacity and the cost of medical goods and services of Life Care Plans. He has been qualified as an expert witness in Washington

☐ Main Office (Bothell) • 10132 NE 185ᵗʰ St
Bothell, WA 98011 • (425) 486-4040
Fax: (425) 486-8701

☐ Burlington Office • 160 Cascade Pl Suite 204
Burlington, WA 98233 • (360) 424-6239
Fax: (360) 738-9524

☐ Olympia Office • 2101 4ᵗʰ Ave Suite 101
Olympia, WA 98506 • (360) 352-5078
Fax: (360) 352-5417

☐ Chehalis Office • 321 Maurin Road Suite B1
Chehalis, WA 98532• (360) 219-1048
Fax: (360) 352-5417

☐ Wenatchee Office • 200 Palouse St Ste 201-4
Wenatchee, WA 98801 • (509) 665-8382
Fax: (509) 325-7666

☐ Edmonds Office • 7500 212ᵗʰ St SW Suite 216
Edmonds, WA 98026 • (425) 672-9600
Fax: (425) 776-5375

☐ Burien Office • 601 SW 152ⁿᵈ St
Burien, WA 98166• (206) 243-1300
Fax: (206) 243-0366

☐ Kingston Office • 26127 Calvary Lane Suite 300
Kingston, WA 98346 • (360) 633-4252
Fax: (360) 352-5417

☐ Vancouver Office • 237 NE Chkalov Dr. Suite 228
Vancouver, WA 98684• (360) 831-0477
Fax: (360) 352-5417

☐ Moses Lake Office • 2130 Basin St SW Suite A
Ephrata, WA 98823 • (509) 766-0379
Fax: (509) 325-7666

☐ Bellingham Office • 119 N Commercial Suite 350
Bellingham, WA 98225 • (360) 734-9163
Fax: (360) 738-9524

☐ Tacoma Office • 2607 Bridgeport Way W #2i
Tacoma, WA 98466 • (253) 779-5485
Fax: (253) 779-5486

☐ Spokane Office • 1814 N Normandie St
Spokane, WA 99205 • (509) 325-7766
Fax: (509) 325-7666

☐ Longview Office • 803 Vandercook Way Ste 6C
Longview, WA 98632• (360) 200-6810
Fax: (360) 352-5417

☐ Aberdeen Office • 110 W Market St Ste 208
Aberdeen, WA 98520 • (360) 637-4024
Fax: (509) 325-7666

December 21, 2021
Page 2

Western and Eastern District Courts, as well as King, Pierce, Snohomish, Skagit, and Whatcom counties Superior Courts, and the State of Alaska.

Economic damage calculations are performed to calculate a reduction of future earnings and/or costs to present value. Economic losses will be subject to expected annual increases due to inflation. Any future expenses will be discounted to present value in recognition that an award today can earn interest and grow to the future loss amount. Expected annual increases in costs due to inflation will increase future expenses.

Present cash value means the sum of money needed now, which when invested at a reasonable rate of return will pay future damages at the times and in the amounts that the damages will be incurred or would have been received. The rate of return to be applied in determining present cash value is the interest that can reasonably be expected from safe investments that can be made by a person of ordinary prudence, who has ordinary financial experience and skill [also considered are decreases in the value of money that may be caused by future inflation.

The United States Supreme Court opined in *Jones & Laughlin Steel Corp. v Pfeiffer, 462 US 523 (1983)* the discount rate should be based on the rate of interest that would be earned on *'the best and safest'* investments. The discount rate should not reflect the market's premium for investors who are willing to accept some risk of default.

A methodology accepted by members of the American Rehabilitation Economics Association (AREA) and others, which is consistent with the above instructions and decisions, is followed in the calculation of present value estimations of lost future wages and services related to ongoing support and care is the *Below Market Discount Rate*. This rate adjusts interest growth rates by inflation rates, on an annual basis. This discount rate represents the *interest rate minus inflation rate*. This methodology accounts for the average increase in interest growth, and in the estimated growth of wages and/or cost of medical commodities and services over a set period of time. In this analysis a ten year period of time is assumed.

The Economic Report of the President is an annual report written by the Chairman of the Council of Economic Advisers. This report presents the nation's economic progress using text and extensive data appendices.  Included in the Economic Report of the President is the Annual Report of the Council of Economic Advisers. Each year, the Council of Economic Advisers submits this report on its activities during the previous calendar year in accordance with the requirements of the Congress. The Economic Report of the President has been published since 1950 and is available on www.govinfo.gov/app/collection/erp from 1995 forward. The data contained in the Economic Report of the President, including interest rates, is regarded widely across the financial sector to be of the utmost reliability. This report contains the foundational data of the discount rate calculation

This discount rate is calculated from Table B-42 (Bond Yields and Interest Rates) of the Economic Report of the President, which tracks the historical government bond rates; and the

December 21, 2021
Page 3

Bureau of Labor Statistics ten year wage growth report. The Employment Cost Index,[1] rate of growth (inflation) is used to calculate the BMDR discount rate for future wage growth projections.

Data taken from the Economic Report of the President and the Federal Reserve Economic Data of St. Louis, Annual Average Yield, report is averaged, revealing a current average rate of return (interest growth rate).

### Ten year Average Annual Growth Rates

| Annual Average Yield | 2011-2020 (Interest) | | 2011 -2020 (Inflation) | BMDR |
|---|---|---|---|---|
| 10 Year U.S. Treasury Security | 2.21% | 10 Year Employer Cost Index | 2.25% | -0.04% |

### Earnings Comparison

Earnings levels based on educational attainment is provided by the joint Current Population Survey (CPS) Annual Social and Economic (ASEC) Supplement, table PINC-04 - Educational Attainment--People 18 Years Old and Over, by Total Money Earnings, Work Experience, Age, Race, Hispanic Origin, and Sex, 2020 for Males, All Races, Under 65, Working Year Round Full Time.

The High School completion earnings are reported as an annual mean average of $54,751.00.

The Some College – No Degree completion earnings are reported as a annual mean average of $64,048.00.

The Bachelor's Degree completion earnings are reported as an annual mean average of $101,448.00.

The difference between Some College – No Degree completion earnings compared to High School earnings over a full work life (age 18 to age 65) is: $446,256.00; when calculated to present value this equals $450,658.61.

The difference between Bachelor's Degree completion earnings compared to High School earnings over a full work life (age 22 to age 65) is: $2,148,062.00; when calculated to Present Value, this becomes $2,168,383.65.

---

[1] The employment cost index is a quarterly economic series detailing the changes in the costs of labor for businesses in the United States economy. The ECI is prepared by the Bureau of Labor Statistics, in the U.S. Department of Labor.

Exhibit B Page - 4

December 21, 2021
Page 4

Should additional information become available that may alter the opinions in this report, I reserve the right to update this report as necessary. Should you have any questions or require additional information, please contact me.

Very truly yours,

John Fountaine, MA, CRC, CCM
Rehabilitation Counselor/ Case Manager

Neil Bennett, M.Ed., CRC, FVE, CEA
Economic Damages Calculations

December 21, 2021
Page 5

December 21, 2021
Page 6

### *JOHN D. FOUNTAINE, M.A., C.R.C., C.C.M*
OSC Vocational Systems, Inc.



## EDUCATION

University of Northern Colorado, Greeley, Colorado, **Master's of Arts in Vocational Rehabilitation Counseling**, 1992

University of Northern Colorado, Greeley, Colorado, **Bachelor of Science in Human Rehabilitative Services**, 1991

Department of Human Resources Departmental Scholar Award recipient, 1991

## CERTIFICATIONS

**Certified Rehabilitation Counselor** (C.R.C. #20725), Commission on Rehabilitation Counselor Certification, Martingale, Illinois

**Certified Case Manager** (C.C.M. #031550), Commission for Case Manager Certification, Martingale, Illinois

**Vocational Expert for the Social Security Administration** (BPA #0230), Seattle, Washington

**Registered Vocational Rehabilitation Counselor with Washington State Department of Labor and Industries**,(VRC #8602), Olympia, Washington

**Registered Vocational Rehabilitation Counselor with the State of Alaska Department of Labor, Workers' Compensation Division**, Anchorage, Alaska

**Certified Vocational Rehabilitation Counselor with the Oregon Workers' Compensation Division** (Certification #AJ0538)

**Registered Vocational Rehabilitation Counselor with the Department of Veterans Affairs** (Certification #346-465), Seattle, Washington

## EMPLOYMENT HISTORY

<u>4/94 - Present:</u>   OSC Vocational Systems, Inc., Bothell, Washington

**Rehabilitation Counselor/Case Manager**
* Life Care Planning.
* Case Management Services.
* Provide vocational assessments, life care planning, medical bill review recommendations and testimony for private plaintiff and defense attorneys , USDOJ, US attorney's Office in civil litigation cases in Washington State, California, Oregon, Alaska, and Hawaii.
* Provide vocational rehabilitation services as a subcontractor for Washington State Department of Labor & Industries and the State of Alaska Department of Workers Compensation, including case management, vocational assessment, vocational rehabilitation plan development, implementation and monitoring.
* Provide vocational rehabilitation services as a contract counselor for the Department of Veteran's Affairs, evaluating employment potential, independent living support, and service needs, for veterans with service-connected disabilities.
* Provide expert opinion and testimony for the Social Security Administration Office of Hearings and Appeals in Washington State and Oregon.
* Complete specialized vocational research, including labor market access to local, state and national labor market information and assess injury impact on wage earning capacity.
* Administer and interpret psychometric testing materials.
* Assist clients with job development, resume preparation and placement.

John  Fountaine Page 2

**Rehabilitation Counselor/Case Manager/Branch Manager**, Skagit and Whatcom Counties: 4/94 - 4/98
* Provide vocational rehabilitation services as a subcontractor for Washington State Department of Labor & Industries and the State of Alaska Department of Workers Compensation, including case management, vocational assessment, vocational rehabilitation plan development, implementation and monitoring.
* Provide vocational rehabilitation services as a contract counselor for the Department of Veteran's Affairs, evaluating employment potential, independent living support, and service needs, for veterans with service-connected disabilities.
* Provide vocational rehabilitation services for the Office of the City Attorney, City of Bellingham, Bellingham, Washington.
* Provide vocational assessments and recommendations for private attorneys in civil litigation cases in Washington State, Alaska, and Hawaii.
* Provide vocational expert opinions in civil litigations, arbitrations, and mediations.
* Provide vocational expert opinions for the Social Security Administration's Office of Hearings and Appeals Washington and Oregon, Washington State Board of Industrial Appeals, Washington State Court, and U.S. District Court in Seattle, WA, and Honolulu, Hawaii.
* Complete specialized vocational research, including labor market access to local, state and national labor market information and assess loss of wage earning capacity.
* Advise, coordinate and direct activities of Vocational Rehabilitation Counselors and Job Developers.
* Administer and interpret psychometric testing materials.
* Assist with job development, resume preparation and client placement.

**2/93 - 4/94:** Vocational Consulting, Inc., Tacoma, Washington

**Vocational Rehabilitation Counselor**
* Provided vocational rehabilitation services as a subcontractor for the Washington State Department of Labor & Industries.
* Evaluated qualifications for employability of injured worker and implementation of rehabilitation plans.
* Administered and interpreted psychometric testing materials.
* Assisted clients in job development, resume preparation and client placement.
* Completed specialized vocational research, including labor market access to local state and national labor market information and assessed loss of wage earning capacity.
* Assisted in the supervision of vocational rehabilitation counselor interns.

**5/92 - 8/92:** Center for Technical Assistance in Training, Greeley, Colorado

**Research Assistant** - Master's Internship in Vocational Rehabilitation Counseling
* Designed and implemented a community-based research study on disabled clients' satisfaction with employment.
* Implemented survey design, performed client interviews, analyzed research data, and completed written reports.

**5/91 - 12/91:** Schaffer Rehabilitation Center, Greeley, Colorado.

**Case Manager, Job Coach and Trainer** - Internship for Bachelor of Science degree in Human Rehabilitation Services
* Provided vocational rehabilitation counseling and job coaching to persons with severe disabilities.
* Duties included: skill development and client placement, psychometric testing, development of vocational rehabilitation plans, systematic instruction and evaluation, as well as training and supervision of job coaches.