# EXHIBIT A

1                 UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3     - - - - - - - - - - - - x

4   IN RE: ROUNDUP PRODUCTS          :MDL NO. 2741

5   LIABILITY LITIGATION             :

6                                    :CASE NO. MDL NO:

7   THIS DOCUMENT RELATES TO:        :3:16-md-02741-VC

8   Rickey Beavers, Jr. V. Bayer     :

9   Co., et al.                      :

10  CASE NO. 3:20-cv-08799-VC        :

11    - - - - - - - - - - - - x

12

13                MONDAY, NOVEMBER 20, 2023

14

15   Remote Oral and Videotaped deposition of CLAIRE

16   MURPHY, M.D., conducted at the location of the

17   witness in Eugene, Oregon, commencing at 8:06 a.m.

18   PST, on the above date, before Karisa J. Ekenseair

19   CA CSR 14546, Certified Court Reporter, Registered

20   Merit Reporter, and Notary Public.

21

22              GOLKOW LITIGATION SERVICES

23         877.370.3377 ph | 917.591.5672 fax

24                 deps@golkow.com

25

Exhibit A Page - 1

```
 1              A P P E A R A N C E S

 2      ON BEHALF OF THE PLAINTIFFS (VIA ZOOM):

 3          CHARLES L. MEYER, ESQUIRE

 4          LAW OFFICES OF CHARLES L. MEYER

 5          1000 2ND AVE., SUITE 3200

 6          SEATTLE, WASHINGTON 98104

 7          206-292-0088

 8          Lawofficesofcharleslmeyer@gmail.com

 9

10      ON BEHALF OF THE DEFENDANT MONSANTO (VIA

11      ZOOM):

12          MICHAEL W. HOGUE, ESQUIRE

13          SARAH POWELL, ESQUIRE

14          NELSON MULLINS

15          1320 MAIN STREET, 17TH FLOOR

16          COLUMBIA, SOUTH CAROLINA 29201

17          803-225-9514

18          michael.hogue@nelsonmullins.com

19          sarah.powell@nelsonmullins.com

20

21      ALSO PRESENT:

22          BRIAN MCGEE, VIDEOGRAPHER

23

24

25
```

Exhibit A Page - 2

Claire Murphy, M.D.

```
 1      A   I'm a pathologist, so I work in the
 2   laboratory.  I am medical director of the blood bank
 3   here at Riverbend Hospital.  I'm a hospital-based
 4   private practice physician.  You can see my
 5   microscope here in the camera.
 6          I look at slides under the microscope.  I
 7   diagnose cancer.  I specialize in hematopathology,
 8   so that's the diagnosis of leukemias and lymphomas.
 9      Q   So have you ever done any research related
10   to -- well, let me just try -- have you ever done
11   any research, medical research?
12      A   I have done medical research.  Yes.
13      Q   And -- and can you tell me when you did
14   that?
15      A   I did that when I was in residency at the
16   University of Washington.  There -- on my CV, there
17   are a couple of publications and presentations.
18      Q   Have you done any -- outside of the
19   litigation, have you done any research related to
20   Roundup or glyphosate?
21      A   No.
22      Q   Have you ever done any research related to
23   any chemical or pesticide?
24      A   No.
25      Q   Have you ever published any article related
```

Claire Murphy, M.D.

```
1     to glyphosate or Roundup?

2         A    No.

3         Q    Have you ever published any article related

4     to any pesticide or herbicide?

5         A    No.

6         Q    Have you -- whether it's published or not,

7     other than your report in this case, have you

8     written anything about glyphosate or Roundup?

9         A    No, not other than the report.

10        Q    Have you ever published anything about

11    pediatric non-Hodgkin's lymphoma or non-Hodgkin's

12    lymphoma in children?

13        A    I had a -- if I remember correctly from my

14    CV, I had a presentation related to a leukemia

15    involving a child's eye at Seattle Children's that I

16    recall.

17        Q    Can you recall when that was?

18        A    I'd have to pull up my CV to see when I did

19    that.

20        Q    We'll go through your CV.  And when we do,

21    if you can identify that, but you say it was a

22    leukemia.  That was --

23             Was it a non-Hodgkin's lymphoma or was it a

24    leukemia in a child?

25        A    It was a leukemia.
```

Exhibit A Page - 4

Claire Murphy, M.D.

```
 1    presentations.
 2       Q    Let's go -- before we get to the
 3    presentations, so the only two articles that
 4    potentially have some relationship to non-Hodgkin's
 5    lymphoma are Hupp and Glynn; is that right?
 6       A    Tech -- well, if you want to include the two
 7    before that, one is a leukemia and another is
 8    a -- it's a leukemia/lymphoma, so the Aggressive
 9    Natural Killer Cell Lymphoma, lymphoma, that's a --
10    that's not necessarily research.  That was
11    continuing medical education module that I put
12    together.
13       Q    Okay.  Do any of these articles that you've
14    identified discuss the causes of non-Hodgkin's
15    lymphoma?
16       A    No.
17       Q    Do any of them talk about the risk factors
18    for non-Hodgkin's lymphoma?
19       A    No.
20       Q    Have you written anything about the causes
21    of non-Hodgkin's lymphoma in children?
22       A    No.
23       Q    Okay.  Under your presentations, so do any
24    of these relate to non-Hodgkin's lymphoma?
25       A    There's low grade -- so the second one, Low
```

Claire Murphy, M.D.

1      Grade B Cell Lymphoma EBV Positive in the Post

2      Transplant Setting is a case I submitted.

3          Q    And did that have anything to do with the

4      cause of the lymphoma?

5          A    No.

6          Q    All right.  Any others, presentations that

7      you had related to non-Hodgkin's lymphoma?

8          A    Fine Needle Aspiration and Core Needle

9      Biopsy or Initial Evaluation of Lymphoma.

10         Q    And does that one have anything to do with

11     the cause of non-Hodgkin's lymphoma?

12         A    No.

13         Q    Okay.  Any other articles that you have

14     related to non-Hodgkin's lymphoma?

15         A    Not lymphoma specifically.  There is a CML

16     case there, but that is a leukemia and myeloid

17     process.

18         Q    Okay.  Have you presented anything on

19     childhood non-Hodgkin's lymphomas?

20         A    No.

21         Q    Have you presented anything on childhood

22     cancers?

23         A    No.

24         Q    So looking at your CV and including any

25     other article that -- if there is any that's not on

Claire Murphy, M.D.

```
1     your CV, have you ever published anything about the
2     cause of non-Hodgkin's lymphoma?
3        A    Please repeat the question.  My phone was
4     ringing.
5        Q    Yes.  Have you ever published anything on
6     the cause -- causes or cause of non-Hodgkin's
7     lymphoma?
8        A    No.
9        Q    Have you ever published anything on the
10    causes of childhood non-Hodgkin's lymphoma?
11       A    No.
12       Q    Have you ever published anything on any
13    chemical pesticide or Roundup?
14       A    No.
15       Q    Okay.  We may come back to your CV, but does
16    that cover the topics of your -- your publications?
17       A    Yes.
18       Q    All right.  There's nothing else on your
19    publications you know of that -- that relate to the
20    topic of non-Hodgkin's lymphoma that I didn't cover;
21    is that right?
22       A    Correct.
23       Q    What type of non-Hodgkin's lymphoma do you
24    believe Mr. Beavers had?
25       A    He had a diffuse large B cell lymphoma.
```

Claire Murphy, M.D.

```
1    pathology.
2       Q    One -- you list a medical outreach trip to
3    Nicaragua.  What was that?
4       A    That was in medical school.  There was one
5    to Nicaragua and one to Ecuador and we were doing
6    sort of general medical care in terms of, you know,
7    treating cuts and bruises and doing breast exams and
8    just sort of lower-level acuity-type things.  And
9    -- and I did not do pathology during that time.
10      Q    Okay.  Doctor, let's talk a little bit about
11   the pathology you look at.
12           What percentage of the pathology that you're
13   looking at relates to potential -- well, let
14   me -- start over.  I'll strike that.
15           What percentage of pathology that you're
16   looking at are for children?
17      A    Currently, percent, it's a little
18   challenging to give an exact estimate, but it's -- I
19   would guess it's probably 5 percent.
20      Q    Are you a specialist in pediatric cancer?
21      A    No.
22      Q    So the vast majority of the pathology that
23   you look at to determine whether the patient has
24   cancer are in adults; is that right?
25      A    It is true.  However, many of those same
```

Exhibit A Page - 8

Claire Murphy, M.D.

```
1    study itself related to glyphosate and any cancer,

2    right?

3         A    I have.  I just can't prove it to you at

4    this time.

5         Q    Well, you're looking at your articles and

6    you haven't identified any that are an animal study

7    related to glyphosate and any type of cancer, right?

8         A    I have some molecular studies about

9    oxidative stress.  I have studies about -- in vitro

10   studies where lymphocytes have -- have change in DNA

11   methylation patterns when -- when exposed to

12   glyphosate.  And I apparently don't have a specific

13   animal study for me to demonstrate for you at this

14   time.

15        Q    Okay.  So we're clear, you have not reviewed

16   an individual animal study looking at glyphosate and

17   whether those animals developed --

18        A    I have --

19        Q    -- non-Hodgkin's lymphoma --

20        A    -- I just -- I have, it's just I don't have

21   it in -- in there and I would have to do -- try to

22   dig and find how I missed putting it in there.

23   Because there -- I definitely am aware of the animal

24   studies.  I just can't bring one up for you now.

25        Q    So this is my chance to ask questions, so
```

Exhibit A Page - 9

Claire Murphy, M.D.

```
 1       Q   Have you ever presented or spoke on the
 2   topic of Roundup or glyphosate?
 3       A   No.
 4       Q   Have you ever spoke about any chemical?
 5       A   No.
 6       Q   Have you ever presented or spoke about the
 7   causes of non-Hodgkin's lymphoma the causes?
 8       A   No.
 9       Q   Have you ever presented or spoke about the
10   causes of non-Hodgkin's lymphoma in children?
11       A   No.
12       Q   Have you ever taught anything about Roundup
13   or glyphosate?
14       A   Have I talked about it?
15       Q   Taught, taught students?
16       A   Oh, taught.  No.  No.  We don't -- generally
17   talk more about the lymphoma diagnoses rather than
18   causation.
19       Q   You ever taught anything on the causes of
20   non-Hodgkin's lymphoma?
21       A   Have I talked -- sorry, I couldn't
22   understand.
23       Q   Taught.  Taught, as in --
24       A   Oh --
25       Q   Taught?
```

Exhibit A Page - 10

Claire Murphy, M.D.

```
1        Q    And you've never worked at any -- at the EPA
2    or any other regulatory authority related to
3    chemicals, right?
4        A    I have not worked at the EPA.  No.
5        Q    Have you ever looked at a Roundup label?
6        A    I may have, but I actually don't use the
7    product, so it would have been a long time ago.
8        Q    Are you an expert in psychological issues?
9        A    Just related to medicine?  You know, I'm not
10   board-certified in psychology, but I am trained in
11   -- you know, when I did my psychiatric rotations.  I
12   do understand it.  But I don't diagnose psychiatric
13   disorders.
14       Q    Are an expert in emotional psychological
15   issues for pediatric cancer patients?
16       A    I understand the implications.  I don't make
17   the diagnoses.
18       Q    Have you ever counseled any child about his
19   cancer?
20       A    No.  But I can reference -- I can send them
21   to the appropriate resources because I understand
22   the issues.
23       Q    And who are the appropriate resources?
24       A    Support groups, generally psychiatrists,
25   that specialize in that and that they do need
```

Claire Murphy, M.D.

```
 1   support because it's a difficult time in their
 2   development.
 3       Q   Have you ever counseled any patients with
 4   cancer on the topics of depression or psychological
 5   issues?
 6       A   I have referred them for, you know,
 7   board-certified assistance, but you know, do
 8   understand that they -- they need that support and
 9   may not know it.
10       Q   So when a patient needs counseling or
11   treatment for psychological issues, you send them to
12   an expert in that area; is that right?
13       A   Correct.
14       Q   Have you ever -- have you ever sent
15   Mr. Beavers to go see a counselor or an expert in
16   psychological issues?
17       A   I did not know him during his treatment
18   or -- or significantly around his treatment time
19   and -- but I'm sure Seattle Children's would have
20   had those resources, but I met him much after his
21   diagnosis.
22       Q   Have you ever --
23       A   And I only met him over the phone.
24       Q   Have you ever published anything on
25   psychological issues related to cancer?
```

**Exhibit A Page - 12**

Claire Murphy, M.D.

```
 1        A    No.

 2        Q    Do you do any teaching?

 3        A    I do some medical student teaching when they

 4   rotate through the pathology department.

 5        Q    And when -- medical students rotate, do you

 6   have any -- have you taught any of the students

 7   about pediatric non-Hodgkin's lymphoma?

 8        A    I usually just show them cases that are

 9   coming across my desk that day and about laboratory

10   testing related to hematology.  And if I had a case,

11   I would talk to them about -- about that, but I

12   don't have, like, a teaching set.

13        Q    Are you aware of any oncology or pathology

14   organization that has found glyphosate or Roundup as

15   a cause of non-Hodgkin's lymphoma?

16        A    An organization -- sorry, like, repeat that.

17        Q    Yeah.  Any medical organization, whether

18   it's a pathology organization or oncology

19   organization, are you aware of any such organization

20   that has determined that glyphosate or Roundup

21   causes non-Hodgkin's lymphoma?

22        A    Other than -- I mean, not a pathology

23   organization, no.  I'm unsure about medical

24   organizations.

25        Q    I saw in your, I guess, the 44 articles or
```

Claire Murphy, M.D.

```
1        A    I was just focusing on glyphosate and

2    non-Hodgkin's lymphoma research, you know.  I wish I

3    had time to look at all those million other things

4    as well, but I do practice pathology and focus on my

5    patients.

6        Q    So as part of your practice in pathology,

7    you don't look to IARC to determine what causes

8    cancer;    is -- is that right?

9        A    We -- we focus on cancer diagnosis and

10    accurate diagnoses so we can treat our patients

11    rather than causation per se, although we do

12    understand causation.

13        Q    Outside of this litigation, have you ever

14    attempted to determine the cause of any person or

15    patient's non-Hodgkin's lymphoma?

16        A    I have not been -- I have not done that.

17    I've mostly been focusing on, you know, updates in

18    hematopathology.  Although, after this, I'm very

19    interested in finding out more about that because I

20    am curious.

21        Q    So I think you said you were in one other

22    case and this case related to glyphosate.  And other

23    than those two cases, have you ever determined what

24    the cause of any person's non-Hodgkin's lymphoma

25    was?
```

Exhibit A Page - 14

Claire Murphy, M.D.

1      A    Can you define what you mean by that?

2      Q    Well, have you ever done an analysis and

3   said, I believe this patient or this person's

4   non-Hodgkin's lymphoma was caused by something else?

5      A    I mean, we can -- we do that routinely with

6   chemotherapy radiation.  We'll say, you know, this

7   is therapy-related acute myeloid leukemia.

8      Q    Have you ever determined that a patient or

9   person's non-Hodgkin's lymphoma was caused by

10  anything outside of litigation?

11     A    I have not spoken to patients about

12  causation personally.

13     Q    And you've said that oncologists analyze

14  issues related to the cause of non-Hodgkin's

15  lymphoma; is  that -- is that right?

16     A    I'm not in the patient room, but I am sure

17  patients ask that question and they have to be able

18  to answer it.

19     Q    Have you talked to any oncologist about the

20  causes of non-Hodgkin's lymphoma?

21     A    No.

22     Q    You work with some oncologists, right?

23     A    I work closely with many oncologists, yes.

24     Q    Have you asked any of the oncologists you

25  work closely with whether Roundup or glyphosate

Exhibit A Page - 15

Claire Murphy, M.D.

```
 1    materials and -- and want to know about the -- well,
 2    let me strike that.
 3         Are -- were there other factors other than
 4    his childhood non-Hodgkin's lymphoma that affect his
 5    psych -- made it -- that caused him to have
 6    psychosocial challenges?
 7    A    I will defer that to Dr. Beaton being a
 8    psychiatrist, but I do understand that he had some
 9    other social issues going on.
10    Q    Well, he -- his parents were separated at an
11    early age, right?
12    A    Yeah.
13    Q    That can cause psychosocial challenges,
14    right?
15    A    It does, but he was already -- but so he's
16    got a double-whammy because he has some psychosocial
17    issues at baseline, but then he had a childhood
18    cancer in the -- in the middle of his development --
19    developing life that is going to affect him as well.
20    Q    His mother died of AIDS, right?
21    A    I don't know about his mother's medical
22    history.
23    Q    Has he been shot multiple times?
24    A    I have heard that he may have.  But again, I
25    focused on his -- his cancer.
```

Claire Murphy, M.D.

1    looking at?

2       A    Yes.

3       Q    Is it important to you to look specifically

4    at diffuse large B cell rather than non-Hodgkin's

5    lymphoma overall?

6       A    You know, it would be nice to separate out

7    the diagnosis, but just like the issue with

8    separating out glyphosate from all the pesticides,

9    it's -- you get -- your numbers get smaller when you

10   separate out all the non-Hodgkin's lymphomas.

11          So I mean, we're sort of limited in the

12   power of our study just because of when you start

13   splitting out non-Hodgkin's lymphomas, I mean,

14   there's so many of them, you've lost the power of

15   your study to detect if there's a significant risk

16   of exposure.

17      Q    So in a case with a diffuse large B cell

18   lymphoma, if they report data on non-Hodgkin's

19   lymphoma generally and on diffuse large B cell

20   lymphoma, which of those two pieces of information

21   is more important?

22      A    I think they're both important.

23      Q    Okay.  And why is that?

24      A    Because diffuse large B cell was a type of

25   non-Hodgkin's lymphoma.  And if we can try to

Claire Murphy, M.D.

```
 1      A   But I agree that you have highlighted this
 2   and that is what they -- they say.
 3      Q   So Doctor, if you go to Table 2, this is
 4   where they talk about the -- the potential
 5   association with non-Hodgkin's lymphoma and
 6   non-Hodgkin's lymphoma overall.
 7          Do you see that?
 8      A   Yes.
 9      Q   And they look at no exposure to glyphosate
10   and then the first quartile being the lowest
11   exposure all the way up to the fourth quartile being
12   the highest exposure.
13          Do you see that?
14      A   I do see that.
15      Q   And there was no increased risk of
16   non-Hodgkin's lymphoma in any of those exposure
17   levels, right?
18      A   Uh-huh.  I see that in their -- their table.
19      Q   And then they looked at the same analysis
20   for non-Hodgkin's lymphoma B cell lymphoma, right?
21      A   I see that.  Yes.
22      Q   They didn't find any increased risk of
23   non-Hodgkin's B cell lymphoma, right?
24      A   Uh-huh.
25      Q   And that's the type of non-Hodgkin's
```

Claire Murphy, M.D.

1    lymphoma that Mr. Beavers had, right?

2       A    I would technically call his a diffuse large

3    B cell lymphoma.

4       Q    Well, if you look at the diffuse large B

5    cell lymphoma, in all four quartiles, there was no

6    increased risk of non-Hodgkin's -- of diffuse large

7    B cell in the study either, right?

8       A    I see that in the study, yes.  But this is

9    just, you know, this study.

10      Q    So whether you look at the data on diffuse

11   large B cell, non-Hodgkin's lymphoma B cell, or all

12   non-Hodgkin's lymphoma, there was no increased risk

13   of any of those conditions in the large prospective

14   Agricultural Health Study, right?

15      A    In the way that this study was designed,

16   yes.  I agree they did not find a significant

17   one -- significant association.

18      Q    And if you look at this, the number of cases

19   of non-Hodgkin's lymphoma, there were 135 that had

20   no exposure to glyphosate.

21          Do you see that?

22      A    Uh-huh.

23      Q    And for each quartile, there were around

24   somewhere between 104 and 112 non-Hodgkin's

25   lymphomas, right?

Claire Murphy, M.D.

```
 1    non-Hodgkin's lymphomas in patients are caused by

 2    errors that occur as part of the replication

 3    process?

 4      A    No.  I do not know.  We don't fully

 5    understand how lymphomas develop.

 6      Q    Are you -- well, do you agree that cancer in

 7    children and specifically non-Hodgkin's lymphoma in

 8    children can be caused by errors in replication of

 9    cells?

10      A    Again, it's possible, but we don't actually

11    know how non-Hodgkin lymphomas develop.  We know in

12    what settings and what is a risk factor, but we

13    don't know exactly how.

14      Q    Okay.  Do you know what percentage of

15    non-Hodgkin's lymphomas in children are caused by

16    mutations that result from cell division?

17      A    No.  I don't think it's possible to know.

18      Q    Have you done any research on what

19    percentage of non-Hodgkin's lymphomas are

20    attributable to replication errors?

21      A    No.

22      Q    Have you done any, like -- as part of this

23    litigation attempted to do any analysis or research

24    of that topic?

25      A    I looked at if glyphosate causes epigenetic
```

**Exhibit A Page - 20**

Claire Murphy, M.D.

1      Q    And that includes non-Hodgkin's lymphomas,

2   right?

3      A    Right.

4      Q    But then the last sentence says, but many --

5   and it's talking about cancers, right?

6      A    Uh-huh.

7      Q    But many are likely to be the result of

8   random events that sometimes happen inside a cell

9   without having an outside cause.

10          Do you see that?

11     A    Yes.  Kind of a statement of exclusion

12   because we don't know what causes cancer

13   necessarily, so all we have to assume is that it's

14   random error.

15     Q    And what proportion of non-Hodgkin's

16   lymphomas in adults are caused by random errors?

17     A    We -- I -- we don't know that.

18     Q    And what proportion of -- or what percentage

19   of childhood non-Hodgkin's lymphoma are caused by

20   random errors?

21     A    There's -- there's really -- I don't know

22   how we would know that.

23     Q    And that's not something you attempted to

24   research as part of your career, right?

25     A    That's not something we -- that's not really

Claire Murphy, M.D.

```
 1        Q   Do you believe that there are very limited

 2    environmental factors that are accepted as causes of

 3    childhood cancers?

 4        A   I -- I do not discount environmental

 5    factors.

 6        Q   Well, you're saying you did not discount

 7    them, but you agree with the general viewpoint that

 8    most childhood cancers, including most non-Hodgkin's

 9    lymphomas, are not caused by some environmental

10    exposure?

11        A   I feel like I would need to read more about

12    this before I make that determination.

13        Q   Okay.  The next sentence says, If your child

14    does develop cancer, it's important to know that

15    it's extremely unlikely there's anything you or your

16    child could have done to prevent it.

17            Do you see that?

18        A   I see that.

19        Q   Do you agree with that?

20        A   I -- after all my reading about glyphosate,

21    I'm not sure if I believe it in this scenario, but

22    in general, for most cases that don't have the

23    significant exposure, that's probably true.

24        Q   All right.

25            MR. HOGUE:  We've been going for a little
```

Exhibit A Page - 22

Claire Murphy, M.D.

```
 1              CERTIFICATE OF SHORTHAND REPORTER

 2          I, Karisa Ekenseair, the officer before whom

 3     the foregoing deposition was taken, do hereby

 4     certify that the foregoing transcript is a true and

 5     correct record of the testimony given; that said

 6     testimony was taken by me stenographically and

 7     thereafter reduced to typewriting under my

 8     direction; that reading and signing was not

 9     requested; and that I am neither counsel for,

10     related to, nor employed by any of the parties to

11     this case and have no interest, financial or

12     otherwise, in its outcome.

13          IN WITNESS WHEREOF, I have hereunto set my

14     hand and affixed my notarial seal this 4th day of

15     December, 2023.

16

17

18          Karisa Ekenseair, CCR RMR

19          CA CCR #14546

20

21

22

23

24

25
```

Exhibit A Page - 23