# EXHIBIT B

Ricky Beavers, Jr.

MDL No.: 2741(N.D. Cal.)

5) Expert Report Dr. Clare Murphy

Date: October 2, 2021
RE: Mr. Ricky Beavers, Jr
DOB ▇▇▇▇

Summary report prepared by Dr. Claire Murphy MD, a board certified anatomic, clinical, and hematopathologist. This summary report is based upon a review of the provided medical records, and a telephone meeting with Mr. Ricky Beavers, Jr which occurred on August 21, 2021.

Mr. Ricky Beavers, Jr's pertinent medical history related to tumorigenesis was discussed. His father noted that his mother's pregnancy was uneventful and healthy. His home environment was safe per description, without environmental exposures (including secondhand smoke). He did not have significant recurrent childhood infections. He was not exposed to ironizing radiation. His siblings did not have any significant health issues. He does not have a significant family history of immunodeficiency or cancer including lymphoma.

Mr. Ricky Beavers, Jr., assisted in the application of publicly available RoundUp for approximately 6-7 years; starting when he was only 7 or 8 years old. His father owned a landscaping business, and Mr. Beavers, Jr. would assist for approximately 6 hours per day over the weekends (approximately every other) and would directly spray RoundUp for approximately 1 hour without personal protective equipment (PPE). He noted that often the spray bottle was leaky, and his hands were often exposed to the chemical mixture. He would not always shower after work immediately. He did not remember any warning labels on the RoundUp bottles.

Mr. Ricky Beavers, Jr., was later diagnosed with Large Cell lymphoma, B cell (Non-Hodgkin lymphoma) in June 1997, when he was just 14 years old. This pathology diagnosis was performed by Children's Hospital Pathologists and University of Washington Pathologists who are highly regarded in the field (tumor genetics are not known; this was not standard of care at the time). His disease was localized to his right distal tibia. He did not have evidence of additional disease elsewhere by radiographic imaging or by bilateral staging bone marrow biopsy. He underwent chemotherapy per clinical trial CCG-5961. This international trial included chemotherapy protocols using cyclophosphamide, vincristine, prednisolone, doxorubicin and high dose methotrexate, including intrathecal (central nervous system) chemotherapy. This type of systemic treatment can lead to long term toxicity which includes cardiotoxicity (damage to the heart), impaired fertility and secondary malignancy; among others.[1] This is especially relevant for his adult life, and requires long term follow up.

After his treatment, Mr. Ricky Beavers, Jr. had difficulties returning to his normal childhood. He continued to experience difficulties with schoolwork, mental health, physical strength, and stamina. He did not feel normal for years, despite significant support by his family. Of note, his aggressive lymphoma occurred at a young age, which led to additional issues which has affected him into adulthood. These additional issues were related to his diagnosis and treatment, and included anxiety about treatment, complications, social chaos, and fear of death. At 14 years old, a child/preadolescent require a sense of normalcy, future career development via education, independence, and peer support, which was made difficult by multiple stays in the hospital for chemotherapy and poor physical health.[2] Future fertility remains in question. He continues to struggle with consistent employment and mental health issues at age 39.

Using US SEER data, annual rates for new diagnoses of pediatric non-Hodgkin lymphomas in the United States is approximately 1 in 100,000 children up to age 15 (rare). Within this very small group, large B-cell lymphoma accounts for approximately 10% of cases.[3] The oncologic risk of RoundUp is supported by the International Agency for Research on Cancer (IARC).[4] The IARC classified glyphosate (RoundUp) as a probable human carcinogen (category 2A).[4] In addition, studies have shown that the domestic use of pesticides play a role in the etiology of childhood hematopoietic malignancies and adult non-Hodgkin lymphomas. [5-9, 10,11] A specific dose or minimum exposure threshold has not been established in humans, however Mr. Ricky Beavers, Jr. had a consistent and frequent exposure to RoundUp leading up to his diagnosis. In addition, children are even more uniquely vulnerable to the adverse effects of chemical exposure due to their developmental, dietary, and physiologic factors (such as metabolic rate). [12]

In my medical opinion, I believe it is more likely than not that the plaintiff's use of and exposure to RoundUp contributed to his lymphoma. He did not have any specific history of other known related causes of lymphoma and had a consistent exposure over a period of years. Since his Non-Hodgkin lymphoma occurred at such a young age, his developmental trajectory was significantly altered in a negative way, and he has longer lasting morbidity to contend with due to the chemotherapy to struggle with as an adult.

References:
1. Elizabeth C. Bluhm, Cécile Ronckers, Robert J. Hayashi, Joseph P. Neglia, Ann C. Mertens, Marilyn Stovall, Anna T. Meadows, Pauline A. Mitby, John A. Whitton, Sue Hammond, Joseph D. Barker, Sarah S. Donaldson, Leslie L. Robison, Peter D. Inskip; Cause-specific mortality and second cancer incidence after non-Hodgkin lymphoma: a report from the Childhood Cancer Survivor Study. *Blood* 2008; 111 (8): 4014–4021.
2. Olga Husson, Peter C. Huijgens, Winette T. A. van der Graaf; Psychosocial challenges and health-related quality of life of adolescents and young adults with hematologic malignancies. *Blood* 2018; 132 (4): 385–392.
3. William A. Wood, Stephanie J. Lee; Malignant hematologic diseases in adolescents and young adults. *Blood* 2011; 117 (22): 5803–5815.
4. International Agency for Research on Cancer. Glyphosate. In IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 112. Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos. Lyon, France: IARC, 2015, p 321-412
5. Mavoungou S, Rios P, Pacquement H, Nolla M, Rigaud C, Simonin M, Bertrand Y, Lambilliotte A, Faure L, Orsi L, Clavel J, Bonaventure A. Maternal exposure to pesticides and risk of childhood lymphoma in France: A pooled analysis of the ESCALE and ESTELLE studies (SFCE). Cancer Epidemiol. 2020 Oct;68:101797.
6. Buckley JD, Meadows AT, Kadin ME, Le Beau MM, Siegel S, Robison LL. Pesticide exposures in children with non-Hodgkin lymphoma. Cancer. 2000 Dec 1;89(11):2315-21.
7. Infante-Rivard C, Weichenthal S. Pesticides and childhood cancer: an update of Zahm and Ward's 1998 review. J Toxicol Environ Health B Crit Rev. 2007 Jan-Mar;10(1-2):81-99.

8. Rudant J, Menegaux F, Leverger G, Baruchel A, Nelken B, Bertrand Y, Patte C, Pacquement H, Vérité C, Robert A, Michel G, Margueritte G, Gandemer V, Hémon D, Clavel J. Household exposure to pesticides and risk of childhood hematopoietic malignancies: The ESCALE study (SFCE). Environ Health Perspect. 2007 Dec;115(12):1787-93.
9. Menegaux F, Baruchel A, Bertrand Y, Lescoeur B, Leverger G, Nelken B, Sommelet D, Hémon D, Clavel J. Household exposure to pesticides and risk of childhood acute leukaemia. Occup Environ Med. 2006 Feb;63(2):131-4.
10. Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527.
11. Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B. 2016;51(6):402-34.
12. Roberts JR, Karr CJ; Council On Environmental Health. Pesticide exposure in children. Pediatrics. 2012 Dec;130(6):e1765-88. doi: 10.1542/peds.2012-2758. Epub 2012 Nov 26. Erratum in: Pediatrics. 2013 May;131(5):1013-4.

# Claire Murphy, MD

## EMPLOYMENT

| | |
|---|---|
| Pathologist, Summit Pathology; Fort Collins Colorado | August 2017-May 2021 |
| Pathologist, Pathology Consultants; Eugene Oregon | July 2021-current |

## EDUCATION AND TRAINING

| | |
|---|---|
| *Hematopathology Fellow* at the University of Washington, Seattle WA | 2017 |
| *Anatomic and Clinical Pathology Resident* at the University of Washington, Seattle WA | 2016 |
| *Doctor of Medicine* from the University of Florida College of Medicine, Gainesville FL | 2012 |
| *Bachelor of Arts* from the New College of Florida, Sarasota FL | 2008 |

## BOARD CERTIFICATION

| | |
|---|---|
| American Board of Pathology: Anatomic and Clinical | 2016 |
| American Board of Pathology: Hematopathology | 2017 |

## LICENSURE

| | |
|---|---|
| Colorado Physician License | Expiration 04/30/2023 |
| Nebraska Physician License | Expiration 10/01/2022 |
| Oregon MD License | Expiration 12/31/2021 |

## MEDICAL DIRECTORSHIPS

| | |
|---|---|
| Colorado Plains Medical Center, Laboratory Medical Director | 2018-2021 |

## LEADERSHIP POSITIONS

| | |
|---|---|
| McKee Medical Center Medical Executive Committee | 2018-2021 |
|     Vice Chair of Pathology | |
| Northern Colorado Medical Society: | |
|     Board Member | 2017-2021 |
|     President Elect | 2019 |
|     President | 2020 |
| Washington State Medical Association: | |
|     Chair, Resident and Fellows Section | 2015-2016 |
|     Washington Medical Political Action Committee, Board Member | 2015-2017 |
|     Alternate Delegate to the American Medical Association | 2015-2017 |
|     Resident Trustee on the Board of Trustees | 2013-2016 |
|     Resident Liaison to the Young Physician Section | 2015-2017 |
| College of American Pathologists Resident Forum Executive Committee: | 2013-2015 |
|     Delegate to the American Medical Association Resident and Fellows Section | |
| Chief Resident, University of Washington Anatomic Pathology | 2015-2016 |

## COMMITTEE MEMBERSHIP POSITIONS

| | |
|---|---|
| CAP Diagnostic Immunology and Flow Cytometry Committee | 2018-current |
| CAP Coverage Advisory Panel | 2020-current |
| CAP State Issue Advisor Colorado | 2019-2021 |
| Colorado Medical Society Work Group on Health Care Costs and Quality | 2019-2020 |
| University of Washington Program Evaluation Committee | 2016 |
| American Medical Association Excellence in Medicine Selection Committee | 2015 |
| American Medical Association Resident and Fellows Section Credentials Committee | 2014, 2015 |
| University of Washington Sub-specialization Planning Committee | 2013-2014 |

## ADVOCACY AND VOLUNTEERING

| | |
|---|---|
| Engaged Leadership Academy, College of American Pathologists | 2015 |
| College of American Pathologists External Laboratory Inspection Participant | 2016 |
| Volunteer Pathologist (in-training), AIC Kijabe Hospital in Kijabe, Kenya | 2015 |
| Washington State Medical Association Legislative Summit, Olympia WA | 2013, 2016 |
| College of American Pathologists Policy Meeting, Washington D.C. | 2014 |
| American Medical Association Interim Meeting Hill Day, Washington D.C. | 2013 |
| Medical Outreach Trip to Nicaragua | 2012 |
| Project HEAL: Medical Outreach Trip to Ecuador | 2010 |

## HONORS AND AWARDS

| | |
|---|---|
| Paul E. Strandjord Young Investigator Award | 2015 |
|     Academy of Clinical Laboratory Physicians and Scientists | |
| Dr. Sigurd J. Normann Excellence in Pathology Award | 2012 |

## GRANTS

| | |
|---|---|
| American Society of Clinical Pathologists Resident Council Subspecialty Grant | 2014 |

## TEACHING EXPERIENCE AND PROFESSIONAL TALKS

| | |
|---|---|
| International Clinical Cytometry Society (ICCS) 2018 Meeting, Plenary Session: Regulatory Issues in Flow Cytometry; Interpretation Only Flow Cytometry | 2018 |
| "Utilization Management: How We Can Improve Our Effectiveness"<br>    Laboratory Medicine Grand Rounds | 2015 |
| "Electrolytes and Lactate"<br>    Medical Laboratory Science Program | 2015 |
| "Rheumapalooza"<br>    Medical Student Pathology/Rheumatology Wet Laboratory | 2013, 2014, 2015 |
| University of Washington High School Biology Outreach Program | 2013, 2014 |
| Pathology Cardiovascular and Lung Disease Wet Laboratory Instructor | 2012, 2013 |
| Anatomy Course Gross Lab Instructor | 2013 |
| University of Washington "Dawg Daze" Freshman Outreach Program | 2013 |
| Gulfcoast South Area Health Education Center, Rural Public Health Education, Intern | 2007, 2008 |

## PROFESSIONAL SOCIETY MEMBERSHIPS

| | |
|---|---|
| International Clinical Cytometry Society | 2018-Present |
| College of American Pathologists | 2012-Present |
| American Society for Clinical Pathology | 2012-Present |
| United States and Canadian Academy of Pathology | 2012-Present |
| American Medical Association | 2008-Present |
| Northern Colorado Medical Society | 2017-2021 |
| Colorado Medical Society | 2017-2021 |

## PUBLICATIONS

Hupp MM, Bashleben C, Cardinali JL, Dorfman DM, Karlon W, Keeney M, Leith C, Long T, **Murphy CE**, Pillai V, Rosado FN, Seegmiller AC, Linden MA. Participation in the College of American Pathologists Laboratory Accreditation Program Decreases Variability in B-Lymphoblastic Leukemia and Plasma Cell Myeloma Flow Cytometric Minimal Residual Disease Testing: A Follow-up Survey. Arch Pathol Lab Med. 2021 Mar 1;145(3):336-342. doi: 10.5858/arpa.2019-0493-CP.

William J. Karlon, MD, PhD, FCAP; Laura Elizabeth Brown, MD, FCAP; **Claire Murphy, MD**, FCAP. Aggressive Natural Killer (NK) Cell Leukemia. 2020 HPATH-A Digital Slide Program in Hematopathology (SAM eligible). ©2020 College of American Pathologists - SAM Self-Assessment Module released May 2020.

William J. Karlon, MD, PhD, FCAP & **Claire Murphy, MD**, FCAP. B Lymphoblastic Leukemia. 2019 HPATH-B: Digital Slide Program in Hematopathology (SAM eligible). © 2019 College of American Pathologists - Online CME Self Assessment Module released May, 2019.

Glynn, E., Shustov, A.R., **Murphy, C.** et al. Leukemic phase of primary cutaneous anaplastic large-cell lymphoma (ALK-negative), with downregulation of CD30. J Hematopathol (2018).

Gillette TB, Cabrera MT, Tarlock K, **Murphy CE**, Chisholm KM, Stacey AW, Rapidly Progressive, Isolated Subretinal Leukemic Relapse: A Case Report. Ocul Oncol Pathol 2018;4:220-224

**Murphy CE**, McCormick KA, Shankaran V, Reddi DM, Swanson PE, Upton MP, Papanicolau-Sengos A, Khor S, Westerhoff M.; Grade Assignment by Ki-67 Proliferative Index, Mitotic Count, and Phosphohistone H3 Count in Surgically Resected Gastrointestinal and Pancreatic Neuroendocrine Tumors. Pancreas. 2017 Nov/Dec;46(10):1359-1365.

Love JE, Thompson K, Kilgore MR, Westerhoff M, **Murphy CE**, Shankaran V, McCormick K, Kussick S. et al. CD200 Expression in Neuroendocrine Neoplasms. Am J Clin Pathol. 2017;148(3):236-242.

**Murphy CE**, Vakar-Lopez F, True L, Xia J, Gulati R, Montgomery B, Tretiakova M. A Novel System for Estimating Residual Disease and Pathologic Response to Neoadjuvant Treatment of Prostate Cancer. Prostate. 2016;76(14):1285-92.

**Murphy CE**, Zhao G, Berg D, Olson J, Argenyi Z. Squamous cell Carcinoma with Perineural and Intraneural Invasion Associated with Hyalinized Tumor Nodules: a Diagnostic Pitfall and Review of

the Literature. Am J Dermatopathol. 2015;37(6):495-8.

### RESEARCH PRESENTATIONS

**Murphy CE**, Stanzione N, Harruff R. The 20 Year Acetaminophen Experience in a Pacific Northwest Medical Examiner's Office. Presented at the 2016 Annual Meeting of the College of American Pathologists.

**Murphy CE**, Cherian S. Low Grade B Cell Lymphoma, EBV Positive in a Post Transplant Setting. Presented at the 2015 Case Workshop of Society of Hematopathology/European Association for Hematopathology.

**Murphy CE**, Yamaguchi D, Rainey PM. Helicobacter Pylori 13C-urea Breath Test Method Validation of the POCone. Presented at the 2015 Annual Meeting of the Academy of Clinical Laboratory Physicians and Scientists.

**Murphy CE**, Schmidt R, Cherian S, Chen X. Diagnostic Value of Fine Needle Aspiration and Core Needle Biopsy for Initial Evaluation of Lymphoma. Presented at the 2014 Annual Meeting of the American Society of Clinical Pathologists.

**Murphy CE**, Soma L. Chronic Myelogenous Leukemia, BCR-ABL1 Positive, Blast Phase with Inversion 16, A Case Report and Review of the Literature. Presented at the 2014 Annual Meeting of the American Society of Clinical Pathologists.

**Murphy CE**, Upton MP, Austin MC. Enteric Myopathy in a Long Term Duchenne Patient. Presented at the 2014 Annual Meeting of the College of American Pathologists.

**Murphy CE**. Effects of Light and Sedimentation on Wound Healing in the Scleractinian Coral *Acropora secale*. Presented at the New College Thesis Showcase, Sarasota, Florida, 2004.