Andrés Rivero
Florida Bar No. 613819
**RIVERO MESTRE LLP**
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com

*Attorney for Plaintiff Judge William C. Turnoff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **JUDGE WILLIAM C. TURNOFF'S RESPONSE IN OPPOSITION TO MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER** |
| *William C. Turnoff v. Monsanto Company*, Case No.: 3:19-cv-03837-VC | |
| | Date: March 1, 2024<br>Time: 10:00 A.M.<br>Location: Courtroom 4 – 17th Floor |

Judge William C. Turnoff respectfully files this response in opposition to Monsanto Company's Motion to exclude the testimony of Dr. William Sawyer.

This is not the first case in which Monsanto has attempted to exclude Dr. Sawyer's opinions. As this Court is aware, Monsanto has attempted to exclude Dr. Sawyer's opinions numerous times in cases

JUDGE WILLIAM C. TURNOFF'S RESPONSE IN OPPOSITION TO MONSANTO COMPANY'S
MOTION TO EXCLUDE DR. WILLIAM SAWYER

that have been part of this multi-district litigation (MDL). Additionally, Monsanto has attempted to exclude Dr. Sawyer's opinions in numerous state-court cases related to Roundup. See Appendix of state-court decisions (attached as Exhibit A). In each instance, courts have rejected Monsanto's efforts. This case should be no different.

Consistent with the Court's repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve the record, Judge Turnoff hereby incorporates the following pleadings that were filed on the MDL docket. Should this Court see fit or request, Judge Turnoff will be happy to elaborate further-through supplemental briefing or oral argument-on the reasons why Dr. Sawyer's testimony should not be excluded here.

- Plaintiffs' Opposition to Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds (ECF #8692) (Opposition/Response re 8572 Motion to Strike *Testimony of Dr. William R. Sawyer*)

- Plaintiff Jaime Alvarez Calderon's Opposition to Monsanto Company's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert* Grounds (ECF #8906) (Opposition/Response re 8573 Motion to Strike Testimony of Dr. Sawyer)

- Plaintiffs' Response to Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds (ECF #12874, ECF #12878, ECF #12880, ECF #12881, ECF #12882) (Opposition/Response re 12793 Motion to Exclude Expert Testimony of Dr. William Sawyer)

- Plaintiffs' Response to Defendant's Motion to Exclude the Testimony of Dr. Charles Benbrook and Dr. William Sawyer (ECF #15963) (Opposition/Response re 15881 Motion to Exclude Testimony of Dr. Charles Benbrook and Dr. William Sawyer)

- Plaintiff's Response to Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds (ECF #8342) (Opposition/Response re 8010 Motion to Strike)

- Plaintiffs, Ira Vosper and Andrea Vosper's, Opposition to Defendant, Monsanto Company's, Motion to Exclude Testimony of Dr. William Sawyer Under Rule 702 (ECF #13946, ECF #14108) (Opposition/Response re 13779 Motion to Exclude Expert Testimony of Dr. William Sawyer Under Rule 702).

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Expert William Sawyer Under Rule 702 (ECF #14054) (Opposition/Response re 13913 Motion to Exclude Testimony of Dr. William Sawyer)

- Plaintiffs' Joint Response in Opposition to The General Issues Raised in Monsanto Company's Motion to Exclude Testimony of Specific causation Experts Barry Boyd, Lauren Pinter-Brown, William Sawyer, Ron Schiff and Dennis Weisenburger on *Daubert* Grounds (ECF #12896, ECF #12898)

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Expert William Sawyer Under Rule 702 (ECF #12901)

- Pretrial Order No. 201: Order Re Motion to Exclude Testimony of Dr. Sawyer (ECF #9137)

- Amended Pretrial Order No. 201: Order Re Motion to Exclude Testimony of Dr. Sawyer (Wave 1 Cases) (ECF #9142)

- Pretrial Order No. 260: Order Re Motions to Exclude Testimony of Dr. Sawyer (Wave 3) (ECF #14417)

- Order on Monsanto's Motions to Exclude Expert Testimony and Setting Case Management Conference (ECF #16763)

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Expert William Sawyer (ECF #16926, ECF #16937)

## CONCLUSION

For these reasons, Monsanto Company's Motion to Exclude Testimony of Dr. William Sawyer should be denied.

Dated: December 14, 2023

**RIVERO MESTRE LLP**

2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com
E-mail: rkuntz@riveromestre.com

By:  /s/ Andrés Rivero
ANDRÉS RIVERO
Florida Bar No. 613819
ROBERT KUNTZ
Florida Bar No. 94668
JOSEPH W. DONATO
Florida Bar No. 1025371
*Counsel for Judge William C. Turnoff*

### CERTIFICATE OF SERVICE

I certify that on December 14, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Andres Rivero*
ANDRES RIVERO
*Counsel for Judge William Turnoff*

4

JUDGE WILLIAM C. TURNOFF'S RESPONSE IN OPPOSITION TO MONSANTO COMPANY'S MOTION TO EXCLUDE DR. WILLIAM SAWYER