# EXHIBIT B

# WORKLIFE RESOURCES, INC.

VOCATIONAL ECONOMIC CONSULTING

LIFE CARE PLANNING

P.O. BOX 5336

CEDAR RAPIDS, IA 52406-5336
———
TELEPHONE: (319) 626-3530

June 23, 2022

Mr. James Cook
Dutton, Daniels, Hines, Kalkoff, Cook & Swanson, PLC
3151 Brockway Road
P.O. Box 810
Waterloo, IA  50701

Re: Brett Beckfield

## PRELIMINARY VOCATIONAL ECONOMIC AND
## PARTIAL LIFE CARE NEEDS ASSESSMENT

An assessment to determine past lost earnings, diminished earning capacity, and partial life care needs as currently understood has been completed in the case of Brett Beckfield. All available documentation has been reviewed, and an extensive interview and follow up conducted with Mr. Beckfield.

Documentation reviewed includes, but is not necessarily limited to:

1) Complaint with Jury Demand in the United States District Court for the Northern District of Iowa, Central Division, filed March 8, 2021
2) Plaintiff's Answers to Interrogatories
3) Deposition of Brett Boyle Beckfield, dated October 27, 2021
4) Deposition of Gloria Jean Thomas, dated October 27, 2021
5) Medical records from Penn State Health Milton S. Hershey Medical Center
6) Medical records from The University of Texas MD Anderson Cancer Center
7) Radiology report dated January 25, 2021
8) Email and social media records from Gloria Thomas
9) Handwritten notes from Gloria Thomas
10) "Plaintiff Fact Sheet", document ID 5702
11) Personnel file of Brett Beckfield from New World Pasta/Riviana Foods
12) Personnel file for Brett Beckfield from ConAgra Foods
13) Resume of Brett Beckfield
14) W-2 wage and tax statements for Brett Beckfield for years 2016 – 2021
15) Results of Functional Capacity Checklist
16) Results of Pain Disability Questionnaire
17) Results of Cognitive Symptom Checklists: Attention/Concentration, Memory, and Executive Functions

Page 2
Brett Beckfield
Preliminary Assessment


## MEDICAL

Brett Beckfield is a 59.8 year old (DOB: ████████) married father of two who was diagnosed on June 14, 2019 with Mantle Cell Lymphoma, allegedly caused by exposure to the herbicide Roundup®.

Mr. Beckfield has undergone treatment through the MD Anderson Cancer Clinic in Houston, TX and through the Penn State Cancer Institute in Hershey, PA. He continues treatment and his cancer is reportedly in partial remission at this time. Mr. Beckfield participated in a clinical study of people with Mantle Cell Lymphoma. He is currently in a protocol of follow up every 4 months and is on a maintenance protocol of medication.

Mr. Beckfield's discharge summary from the MD Anderson Cancer Center on November 19, 2019 lists discharge diagnoses including:

> "**#1 (Principal) Mantle Cell Lymphoma**
> **#2 Essential Hypertension**
> **#3 Risk for Tumor Lysis**
> **#4 Anemia in neoplastic disease**
> **#5 Renal insufficiency**"

This counselor and life care planner met with Mr. Beckfield by video conference on March 29, 2021. Mr. Beckfield reports his current ongoing symptoms to include:

1. Digestive problems including frequency of elimination and diarrhea
2. Fatigue and limited energy on most days
3. Sleeping more
4. Cramps in the hands, feet, and abdomen at a frequency of several days per month
5. Increased bleeding risk
6. Visual distortions, right eye due to detached retina
7. Slow healing
8. Brittle nails
9. Mental fogginess including reduced concentration, memory and executive functions
10. Limited lifting
11. Increased irritability
12. Lethargy
13. Reduced initiation of tasks

Mr. Beckfield continues to be immunocompromised. He follows up for chemotherapy, including infusion of Venetoclax, Ibrutinib and Rituximab (VIR).

In order to better understand his residual physical capacities, Mr. Beckfield was administered the Functional Capacity Checklist. Results of this 165 item questionnaire reveal that he finds the following activities to be examples of those which can only be done with some pain or difficulty now as compared to prior to his current illness:

Page 3
Brett Beckfield
Preliminary Assessment

- Focusing the eyes on reading material for an hour or more, at, above, or below eye level
- Climbing a ladder of 5 steps or less
- Seeing objects that are close to you
- Being able to look up from close work and to see clearly across a room at once

In order to better understand the impact of pain on his daily activities, Mr. Beckfield was administered the Pain Disability Questionnaire. This is a peer reviewed instrument published in the American Medical Association's Guides to the Evaluation of Permanent Impairment, 6th Edition. Results of this instrument indicate that:

- Pain interferes with his normal work inside and outside the home
- Pain affects his ability to lift overhead, grasp objects, or reach for things
- Pain affects his ability to lift objects off the floor, bend, stoop or squat
- Pain affects his ability to walk or run
- Pain forces him to see doctors much more often than prior to its onset
- Pain interferes with his ability to see people who are important to him as much as he would like
- Pain interferes with recreational activities and hobbies that are important to him
- Pain requires the help of family and friends to complete everyday tasks (including both work outside the home and housework)
- Pain has caused him to feel more depressed, tense or anxious than prior to its onset
- Pain has caused emotional problems that interfere with family, social or work activities

Given his reported cognitive issues at this time, Mr. Beckfield was administered the Cognitive Symptom Checklists for Attention/Concentration, Memory, and Executive Functions. Results of these instruments, including some comments by Mr. Beckfield, reveal that he continues to have difficulty with a number of cognitive ongoing related tasks. These cognitive related difficulties reported by Mr. Beckfield include, with Mr. Beckfield's comments in quotes:

"My concentration previously was very high. Able to focus on a thought or project for hours. Now I just don't have the same clarity or endurance."

Feeling tired: "I get tired easily, physical tasks quickly tire me. A previously routine activity can now tire me and make me physically sore for days."

Physical discomfort: "I have a frequent need to address diarrhea and gas. It takes up a fair portion of the day and can make it frequently hard to get to sleep or sleep @ night, through the night."

Dizziness: "When I start to exert, I often get dizzy."

Other: "Cramps and muscle fatigue. I get cramps @ unpredictable times and when I am exerting physical effort."

Anger: "I have become impatient and easily irritated. Just way more moody."

Page 4
Brett Beckfield
Preliminary Assessment

Sadness/depression: "Now I often feel despondent and a bit hopeless/sad. I that I often just don't care anymore. Seems like nothing is worth it."

Frequent worries/bothersome memories: "I now dwell on things in the past. I think and dream about them many times a day."

Racing thoughts/mind wandering: "Can't hold the tight focus I used to have, my mind often wanders all over the place."

Difficulty focusing on tasks in the presence of distracters

Difficulty with sustained concentration, divided attention, and simultaneous attention, and difficulty with expressive language.

With regard to loss of executive functions, Mr. Beckfield reports ongoing difficulty with processing speed/reaction time, initiation/follow through, self-correction, mental flexibility, planning, sequencing, and problem solving. Mr. Beckfield states,

"I just have trouble quickly organizing thoughts and then converting them into action."

## VOCATIONAL

Mr. Beckfield has most recently been unable to perform any duties as an adjunct professor at Penn State University, a job that he performed via video conferencing during the COVID pandemic. Records indicate he earned $11,250 in 2020, and $4,500 in 2021 from this work.

Mr. Beckfield indicates he had a consulting business known as Beckfield & Wood from 2006 to the present. Based on the documentation I have received, there is no evidence of earnings from the consulting business.

From November 2007 to June 2019, Mr. Beckfield was employed as a Senior Vice President of Operations at Riviana Foods, Inc. As a result of his current illness, he could not continue in this position after June 30, 2019. In this position Mr. Beckfield had 10-12 direct reports of plant managers. He oversaw end-to-end operations/supply chain encompassing demand/supply planning, manufacturing, logistics, customer service, quality, safety, continuous improvement, and efficiency.

Between June 1991 and May 2006, Mr. Beckfield was employed by ConAgra Foods, Inc. He served as VP Enterprise Systems/Manufacturing Transformation from 2003 – 2006. For a short time he served as VP Retail Supply Chain Systems. He previously served as Plant Manager from August 1995 to September 1998.

Mr. Beckwith has a Master of Business Administration degree from Western Illinois University, conferred in 1990, and a Bachelor of Science degree in Industrial Engineering from Iowa State University in 1986.

Exhibit B Page - 4

Page 5
Brett Beckfield
Preliminary Assessment

## ASSESSMENT

Brett Beckfield is a 59.8 year old married man and former Senior Vice President of Riviana Foods, Inc. who was diagnosed with Mantle Cell Lymphoma on June 14, 2019, after years of exposure to an herbicide named Roundup. Mr. Beckfield continues to undergo advanced treatment, and is currently in partial remission. The long term prognosis is poor.

Mr. Beckfield was unable to continue working as a Senior Vice President after his diagnosis. He has attempted to mitigate his losses by working as an adjunct professor at Penn State University during the COVID pandemic, but his mitigation earnings offsets have been less than $15,750 over 2020 and 2021.

Mr. Beckfield is essentially incapable of substantial gainful activity at the present time. His major goal remains concentrating on his treatment and control of symptoms. Prior to the diagnosis of Mantle Cell Lymphoma in June 2019, Mr. Beckfield was a very active individual, managing nearly a dozen manufacturing plants for Riviana, per his wife Gloria. He currently experiences a number of symptoms including increased bleeding, fatigue, gastrointestinal problems including diarrhea, deteriorating vision, limited lifting, chronic pain, depression, limited endurance, emotional problems, and completing work inside and outside the home. He reports ongoing dizziness, anger, stress, frequent worries, difficulty focusing in the presence of distracters, difficulty with sustained concentration, irritability, agitation, loss of creativity, loss of self-discipline, impaired processing speed/reaction time, decreased initiation and follow through, decreased ability to self-correct, difficulty with planning, organizing, and multi-tasking.

## ECONOMIC ANALYSIS

Mr. Beckfield's annual earnings per W-2, unadjusted and inflation adjusted to April 2022 dollars are set forth below:

| Year | Unadjusted | Inflation Adjusted |
|---|---|---|
| 2016 | $529,275 | $635,912 |
| 2017 | $534,571 | $631,365 |
| 2018 | $500,680 | $574,395 |
| (DOI: 6/14/2019) | | |
| | **Average Annual 2016 - 2018:** | **$613,891** |

| Year | Unadjusted | Inflation Adjusted |
|---|---|---|
| 2019 | $397,247 | $455,734 |
| 2020 | $176,016 (Riviana) | |
| | $ 11,250 (PSU) | |
| | $187,266 | $208,954 |
| 2021 | $ 4,500 (PSU) | $ 4,765 |
| 2022 | $ - 0 - | |

Page 6
Brett Beckfield
Preliminary Assessment

Date of Birth:

Date of Diagnosis:                                    June 14, 2019

Life Expectancy:                                      22.0 years (to age 81.8)

(Source: Arias, E. PhD, and Xu, JQ. MD, United States Life Tables, 2018, National Vital Statistics Reports; vol. 69, Number 12, Hyattsville, Maryland: National Center for Health Statistics, November 17, 2020)


Nominal Wage Growth Rates:

    Average Annual Increase                              <u>1970 – 2017</u>

- all non-agricultural hourly earnings:              4.08%

Nominal Discount Rates:

    Average Yield                                        <u>1970 – 2017</u>

- U.S. Treasury Bills of 6 Month Maturities:         4.90%
- U.S. Treasury Notes – 10 Year Maturities:          6.48%
- High Grade Municipal Bonds:                        5.98%

Inflation Rates:

    Average Annual Increases                             <u>1970 – 2017</u>

- Consumer Price Index, all items:                   4.20%
- Consumer Price Index, medical care:                5.95%
- Consumer Price Index, prescription meds:           5.30%
- Consumer Price Index, medical commodities:         4.64%

(Sources: <u>Economic Report of the President</u>, Council of Economic Advisors, https://www.govinfo.gov/content/pkg/ERP-2017/pdf/ERP-2017.pdf)


Real Growth Rates (after inflation):                  <u>1970 – 2017</u>

- Earnings:                                          (0.12)%
- Medical Care:                                      1.75%
- Prescription Medication:                           1.10%
- Medical Commodities:                               0.44%

Page 7
Brett Beckfield
Preliminary Assessment

| Real Discount Rates (after inflation): | 1970 – 2017 |
|---|---|
| • Six Month T - Bills: | 0.70% |
| • Ten Year T - Notes: | 2.28% |
| • Municipals: | 1.78% |

| Net Discount Rates: | 1970 – 2017 |
|---|---|
| • Earning Capacity: | 0.82% |
| • Medical Care: | 0.03% |
| • Prescription Medication: | 0.68% |
| • Medical Commodities: | 1.34% |

A net discount rate of 1.25% is utilized in the calculation of the present value of diminished earning capacity.

(For a discussion of net discount rate methodology, see Richardson v. Chapman, 221 Ill.Dec.818, 676 N.E. 2d 621 (Ill. 1997); and Gleason v. Kueker, 641 N.W.2d 553 (Iowa App. 2001)).

An argument can be made for the use of current market rates on discounting instruments, in that the current market rate necessarily reflects investors' perceptions of all historical periods, as well as the best collective judgment about future rates. Therefore, a comparison of current rates for equivalent maturities is given. The U.S. Treasury on June 7, 2022 reported the yield on Six Month T-Bills at 1.75%, and on Ten Year T-Notes at 2.98%. The yield on AAA municipals of similar maturities was 2.48%, per Bloomberg on the same date.

Mr. Beckfield has and will experience a reduction in his capacity to obtain employer paid benefits secondary to loss of employment. The replacement value of these benefits can be determined, but the utilitarian value to an individual who needs them but cannot afford or obtain them is perhaps incalculable.

According to the U.S. Department of Labor, Bureau of Labor Statistics, the average total cost of benefits to employers averaged 30.9% of total payroll for civilian workers in September, 2021. The cost of health, life, and disability insurance represented 8.3%, retirement/savings benefits cost employers 5.1%, and legally required benefits were 7.1% of payroll, for a total of 20.5% of payroll. (Source: U.S. Department of Labor, Employer Costs for Employee Compensation, December, 2021). For purposes of conservative analysis, should the reader wish to calculate the value of lost benefits, the values presented in Table II may be increased by a factor of approximately 20%.

The value of past lost earnings to date with no net interest accrual is given in Table I on page 9. The present value of diminished earning capacity to various example ages is given in Table II on page 9. The summary present value of future partial care needs is given in Table III on page 10.

Page 8
Brett Beckfield
Preliminary Assessment

Detail for Table III is given on page 11. The present value of replacement of lost nonmarket production/household services is given in Table IV on page 10.

All present value figures represent the minimum lump sums necessary today to replace the lost streams of earnings and to fund the future partial care needs as presently understood, with all principal and interest exhausted at the ages indicated. Present values to alternate ages may be read from the enclosed spreadsheets.

All findings are expressed to a reasonable degree of certainty in my profession. Please let me know if you should have any questions.

Sincerely,

Kent A. Jayne, M.A.,M.B.A.,C.R.C.,C.L.C.P.,C.C.M.
Diplomate, American Board of Vocational Experts

Page 9
Brett Beckfield
Preliminary Assessment

## TABLE I

### VALUE OF PAST LOST EARNINGS TO DATE
### WITH NO NET INTEREST ACCRUAL
(Estimated Through 12/31/2022)

| | |
|---|---|
| 2019 | $  158,157 ($613,891 - $455,734) |
| 2020 | $  404,937 ($613,891 - $208,954) |
| 2021 | $  609,126 ($613,891 - $4765) |
| 2022 | $  613,891 |
| **TOTAL:** | **$1,786,111** |

## TABLE II

### PRESENT VALUE OF DIMINISHED EARNING
### CAPACITY TO VARIOUS EXAMPLE AGES
(From 01/01/2023)

| To Age | |
|---|---|
| 68.3 | **$4,646,003** |
| 73 | **$7,141,013** |

(Note: Present values to alternate ages may be read from the enclosed spreadsheet.)

Page 10
Brett Beckfield
Preliminary Assessment

## TABLE III

### SUMMARY PRESENT VALUE OF PARTIAL
### CARE NEEDS AS CURRENTLY UNDERSTOOD
(Under Various Assumptions from 07/01/2022)
(See attached)

| Assuming Complete Remission | Assuming 01/01/2024 Recurrence |
|---|---|
| **$11,608** | **$3,450,993** |

(Does not include daily or annual cost of ibrutinib 140 mg or venetoclax 100 mg)

## TABLE IV

### PRESENT VALUE REPLACEMENT OF NONMARKET
### PRODUCTIVITY / HOUSEHOLD SERVICES
(From 07/01/2022)

To Age 81.3          **$383,834**

Note: Present values to alternate ages may be read from the enclosed spreadsheets.

It is estimated that Mr. Beckfield would require approximately 15 hours per week in replacement assistance for his lost efficiency in nonmarket production. This replacement assistance is costed at $27.50/hour agency rate in his geographical area. Agency cost is necessary as absent this the Beckfields would become employers, and responsible for ancillary associated costs such as recruitment, stability of coverage, quality assurance, background checks, payroll accounting, tax filings, workers compensation, liability coverage, and benefits, all of which are included in agency rates. In addition, the stress of providing these ancillary costs and supervision would be incurred as a result of Mr. Beckfield's injury.

Page 11
Brett Beckfield
Preliminary Assessment


The cost of ibrutinib oral capsule, 140 mg is $187.58 per capsule, per Drugs.com on June 10, 2022.

The cost of venetoclax 100 mg oral tablet is $120.40 per tablet per Sunny Pharmacy on June 10, 2022.

The cost of these medications is not included in the recurrence treatment values.

Treatment indication, dosage, schedule will require further medical opinion. If and when such opinion is available the cost of these costly medications should be added to the "recurrence" costs set forth in Table III.

**PRESENT VALUE LOST EARNING CAPACITY**
**BRETT BECKFIELD**
**DOB:** ▉
**DOI: 06/14/2019**
**NDR= 1.25%**
**FROM 01/01/2023**
inflation adjusted to 4/2022 dollars

| COUNT | YEAR | AGE | ANNUAL DIM EC | PV DIM EC | TOTAL CUM PV | REVERSE CUM PV |
|---|---|---|---|---|---|---|
| 1 | 2023 | 60 | $ 613,891.00 | $ 606,312.10 | $ 606,312.10 | $ 7,141,012.91 |
| 2 | 2024 | 61 | $ 613,891.00 | $ 598,826.76 | $ 1,205,138.86 | $ 6,534,700.81 |
| 3 | 2025 | 62 | $ 613,891.00 | $ 591,433.84 | $ 1,796,572.70 | $ 5,935,874.05 |
| 4 | 2026 | 63 | $ 613,891.00 | $ 584,132.19 | $ 2,380,704.89 | $ 5,344,440.20 |
| 5 | 2027 | 64 | $ 613,891.00 | $ 576,920.68 | $ 2,957,625.57 | $ 4,760,308.02 |
| 6 | 2028 | 65 | $ 613,891.00 | $ 569,798.20 | $ 3,527,423.78 | $ 4,183,387.34 |
| 7 | 2029 | 66 | $ 613,891.00 | $ 562,763.66 | $ 4,090,187.43 | $ 3,613,589.13 |
| 8 | 2030 | 67 | $ 613,891.00 | $ 555,815.96 | **$ 4,646,003.39** | $ 3,050,825.48 |
| 9 | 2031 | 68 | $ 613,891.00 | $ 548,954.03 | $ 5,194,957.42 | $ 2,495,009.52 |
| 10 | 2032 | 69 | $ 613,891.00 | $ 542,176.82 | $ 5,737,134.24 | $ 1,946,055.49 |
| 11 | 2033 | 70 | $ 613,891.00 | $ 535,483.28 | $ 6,272,617.53 | $ 1,403,878.66 |
| 12 | 2034 | 71 | $ 613,891.00 | $ 528,872.38 | $ 6,801,489.90 | $ 868,395.38 |
| 13 | 2035 | 72 | $ 399,029.15 | $ 339,523.01 | **$ 7,141,012.91** | $ 339,523.01 |
|  |  |  |  |  |  | $ 0.00 |

| **TOTAL** | **from 01/01/2023** |
|---|---|
| **68.3** | **$ 4,646,003.39** |
| **73** | **$ 7,141,012.91** |

Note: Present values to alternate ages may be read from the CUM PV column.

Exhibit B Page - 12

**PRESENT VALUE**
**LOST NONMARKET PRODUCTION/HOUSEHOLD SERVICES**

DOB: ████████                    **BRETT BECK FIELD**                    **DOI: 06/14/2019**

**NDR: 1.78%**
**FROM: 07/01/2022**

| COUNT | YEAR | BRETT'S AGE | GLORIA'S AGE (DOB: ████████) | PV | CUM PV |
|---|---|---|---|---|---|
| 0 | 2022 | 59 | 57 | $ 10,725.00 | $ 10,725.00 |
| 1 | 2023 | 60 | 58 | $ 21,074.87 | $ 31,799.87 |
| 2 | 2024 | 61 | 59 | $ 20,706.30 | $ 52,506.16 |
| 3 | 2025 | 62 | 60 | $ 20,344.17 | $ 72,850.33 |
| 4 | 2026 | 63 | 61 | $ 19,988.38 | $ 92,838.71 |
| 5 | 2027 | 64 | 62 | $ 19,638.81 | $ 112,477.51 |
| 6 | 2028 | 65 | 63 | $ 19,295.35 | $ 131,772.86 |
| 7 | 2029 | 66 | 64 | $ 18,957.90 | $ 150,730.76 |
| 8 | 2030 | 67 | 65 | $ 18,626.35 | $ 169,357.11 |
| 9 | 2031 | 68 | 66 | $ 18,300.60 | $ 187,657.70 |
| 10 | 2032 | 69 | 67 | $ 17,980.54 | $ 205,638.25 |
| 11 | 2033 | 70 | 68 | $ 17,666.09 | $ 223,304.34 |
| 12 | 2034 | 71 | 69 | $ 17,357.13 | $ 240,661.47 |
| 13 | 2035 | 72 | 70 | $ 17,053.58 | $ 257,715.04 |
| 14 | 2036 | 73 | 71 | $ 16,755.33 | $ 274,470.38 |
| 15 | 2037 | 74 | 72 | $ 16,462.30 | $ 290,932.68 |
| 16 | 2038 | 75 | 73 | $ 16,174.40 | $ 307,107.08 |
| 17 | 2039 | 76 | 74 | $ 15,891.53 | $ 322,998.61 |
| 18 | 2040 | 77 | 75 | $ 15,613.61 | $ 338,612.22 |
| 19 | 2041 | 78 | 76 | $ 15,340.55 | $ 353,952.76 |
| 20 | 2042 | 79 | 77 | $ 15,072.26 | $ 369,025.02 |
| 21 | 2043 | 80 | 78 | $ 14,808.67 | $ 383,833.69 |

Exhibit B Page - 13

**PRESENT VALUE PARTIAL LIFE CARE NEEDS AS PRESENTLY UNDERSTOOD**
**BRETT BECKFIELD**
DOB: ████████          FROM: 07/01/2022          DOI: 06/14/2019
NDR'S:  RX MEDS 0.68%; MED CARE 0.03%;  MED COMMS 1.34%; PCA 1.78%

**(ASSUMPTION: NO RECURRENCE: BASIS PENN STATE HEALTH STMT.:02/24/2022;  PATIENT ENCOUNTER:01/03/2022)**
**THREE PER YEAR THROUGH 2026, THEN ANNUALLY)**

| COUNT | YEAR | AGE | MEDICAL FOLLOW INCLUDING INDICATED TESTING | CUM PV |
|---|---|---|---|---|
| 0 | 2022 | 59 | $ 585.00 | $ 585.00 |
| 1 | 2023 | 60 | $ 1,166.50 | $ 1,751.50 |
| 2 | 2024 | 61 | $ 1,163.01 | $ 2,914.51 |
| 3 | 2025 | 62 | $ 1,159.53 | $ 4,074.04 |
| 4 | 2026 | 63 | $ 1,156.06 | $ 5,230.11 |
| 5 | 2027 | 64 | $ 384.20 | $ 5,614.31 |
| 6 | 2028 | 65 | $ 383.05 | $ 5,997.36 |
| 7 | 2029 | 66 | $ 381.91 | $ 6,379.27 |
| 8 | 2030 | 67 | $ 380.77 | $ 6,760.04 |
| 9 | 2031 | 68 | $ 379.63 | $ 7,139.66 |
| 10 | 2032 | 69 | $ 378.49 | $ 7,518.15 |
| 11 | 2033 | 70 | $ 377.36 | $ 7,895.51 |
| 12 | 2034 | 71 | $ 376.23 | $ 8,271.74 |
| 13 | 2035 | 72 | $ 375.10 | $ 8,646.85 |
| 14 | 2036 | 73 | $ 373.98 | $ 9,020.83 |
| 15 | 2037 | 74 | $ 372.86 | $ 9,393.69 |
| 16 | 2038 | 75 | $ 371.75 | $ 9,765.44 |
| 17 | 2039 | 76 | $ 370.64 | $ 10,136.08 |
| 18 | 2040 | 77 | $ 369.53 | $ 10,505.61 |
| 19 | 2041 | 78 | $ 368.42 | $ 10,874.03 |
| 20 | 2042 | 79 | $ 367.32 | $ 11,241.35 |
| 21 | 2043 | 80 | $ 366.22 | $ 11,607.58 |
| | to age | 80.3 | TOTAL  $ 11,607.58 | |

Note: Present values to alternate ages or years may be read from the CUMULATIVE PV column.

Exhibit B Page - 14

PRESENT VALUE PARTIAL LIFE CARE NEEDS AS PRESENTLY UNDERSTOOD
BRETT BECKFIELD

DOB: ▉▉▉▉▉▉     FROM: 07/01/2022     DOI: 06/14/2019

NDR'S:  RX MEDS 0.68%; MED CARE 0.03%;  MED COMMS 1.34%; PCA 1.78%

(ASSUMPTIONS:  RECURRENCE TREATMENT: BASIS PENN STATE HEALTH STMT.:06/10/2021;  PT. ENCOUNTER:01/26/2021)
REMISSION TREATMENT: THREE PER YEAR THROUGH 2023. RECURRENCE/TREATMENT: SIX PER YEAR BEGINNING 01/01/2024)
DOES NOT INCLUDE COST OF TRAVEL AND HOUSING DURING TREATMENT VISITS

| COUNT | YEAR | AGE | MEDICAL FOLLOW INCLUDING INDICATED TESTING | CUM PV |
|---|---|---|---|---|
| 0 | 2022 | 59 | $ 585.00 | $ 585.00 |
| 1 | 2023 | 60 | $ 1,166.50 | $ 1,751.50 |
| 2 | 2024 | 61 | $ 177,413.92 | $ 179,165.42 |
| 3 | 2025 | 62 | $ 176,883.27 | $ 356,048.69 |
| 4 | 2026 | 63 | $ 176,354.21 | $ 532,402.90 |
| 5 | 2027 | 64 | $ 175,826.73 | $ 708,229.62 |
| 6 | 2028 | 65 | $ 175,300.82 | $ 883,530.45 |
| 7 | 2029 | 66 | $ 174,776.50 | $ 1,058,306.94 |
| 8 | 2030 | 67 | $ 174,253.73 | $ 1,232,560.68 |
| 9 | 2031 | 68 | $ 173,732.54 | $ 1,406,293.21 |
| 10 | 2032 | 69 | $ 173,212.90 | $ 1,579,506.11 |
| 11 | 2033 | 70 | $ 172,694.81 | $ 1,752,200.93 |
| 12 | 2034 | 71 | $ 172,178.28 | $ 1,924,379.20 |
| 13 | 2035 | 72 | $ 171,663.29 | $ 2,096,042.49 |
| 14 | 2036 | 73 | $ 171,149.84 | $ 2,267,192.33 |
| 15 | 2037 | 74 | $ 170,637.93 | $ 2,437,830.26 |
| 16 | 2038 | 75 | $ 170,127.54 | $ 2,607,957.80 |
| 17 | 2039 | 76 | $ 169,618.69 | $ 2,777,576.49 |
| 18 | 2040 | 77 | $ 169,111.35 | $ 2,946,687.84 |
| 19 | 2041 | 78 | $ 168,605.54 | $ 3,115,293.37 |
| 20 | 2042 | 79 | $ 168,101.23 | $ 3,283,394.61 |
| 21 | 2043 | 80 | $ 167,598.44 | $ 3,450,993.04 |
| | to age | 80.3 | TOTAL  $ 3,450,993.04 | |

Note: Present values to alternate ages or years may be read from the CUMULATIVE PV column.

Exhibit B Page - 15