# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Peter Engilis, Jr.
Cathy Engilis

Name(s) of counsel (if any):

Jeffrey L. Haberman

Address: 1212 SE 3rd Ave, Fort Lauderdale, FL 33316

Telephone number(s): (954) 467-8800

Email(s): JHaberman@schlesingerlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Monsanto Company

Name(s) of counsel (if any):

Brian L. Stekloff
Wilkinson Stekloff

Address: 2001 M. Street NW, 10th Floor, Washington, D.C. 20036

Telephone number(s): (202) 847-4030

Email(s): bstekloff@wilkinsonstekloff.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                          *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

## **Appellees**

Name(s) of party/parties:

Monsanto Company

Name(s) of counsel (if any):

Joe Hollingsworth and  Eric G. Lasker
Hollingsworth, LLP

Address:  1350 I Street NW, Washington, DC 20005

Telephone number(s):  (202) 898-5842

Email(s):  hollingsworth@hollingsworthllp.com; elasker@hollingsworthllp.com

Name(s) of party/parties:

Monsanto Company

Name(s) of counsel (if any):

Kathryn Podsiadlo
Arnold & Porter

Address:  44th Floor, 777 South Figueroa Street, Los Angeles, CA  90017

Telephone number(s):  (213) 243-4273

Email(s):  kathryn.podsiadlo@arnoldporter.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                              *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Monsanto Company

Name(s) of counsel (if any):

Jed P. White
Bryan Cave Leighton Paisner

Address: 120 Broadway, Suite 300 Santa Monica, CA  90401

Telephone number(s): (310) 576-2114

Email(s): jed.white@bclplaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*