| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel: 202-847-4030 | Fax: 202-847-4005<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: 202-898-5843 | Fax: 202-682-1639 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>K. Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel: 415-675-3400 | Fax: 415-675-3434<br><br>Jed P. White (CA Bar No. 232339)<br>(jed.white@bclplaw.com)<br>Linda C. Hsu (CA Bar No. 239880)<br>(linda.hsu@bclplaw.com)<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel: 310-576-2100 | Fax: 310-576-2200 |

*Attorneys for Defendant Monsanto Company*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*Brett Beckfield. v. Monsanto Company*,<br>3:21-cv-05322-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF CHRISTOPH F.A. VOGEL**<br><br>Hearing:<br>Date:   March 1, 2024<br>Time:   10:00 a.m.<br>Place:  San Francisco Courthouse,<br>          Courtroom 4 – 17th Floor |

DECLARATION IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY

# DECLARATION OF LINDA C. HSU

I, Linda C. Hsu, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion to Exclude Testimony of Christoph F.A. Vogel. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of deposition testimony of Christoph F.A. Vogel, dated June 27, 2023, taken in *Beckfield v. Monsanto Company*, Case No. 3:21-cv-05322-VC, in the United States District Court Northern District of California.

3. Attached hereto as Exhibit B is a true and correct copy of Expert Report of Christoph F.A. Vogel, dated August 16, 2022, submitted in *Beckfield v. Monsanto Company*, Case No. 3:21-cv-05322-VC, in the United States District Court Northern District of California.

4. Attached hereto as Exhibit C is a true and correct copy of the United States Environmental Protection Agency Memorandum, dated January 6, 2020.

5. Attached hereto as Exhibit D is a true and correct copy of the Journal of Proteomics article titled, *Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach* (2010), authored by J. George, et al.

6. Attached hereto as Exhibit E is a true and correct copy of excerpt of United States Environmental Protection Agency Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, dated December 12, 2017.

7. Attached hereto as Exhibit F is a true and correct copy of excerpt of IARC, *Glyphosate in Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans* (2015).

8. Attached hereto as Exhibit G is a true and correct copy of excerpt of BAuA CLH report Proposal for Harmonised Classification and Labelling, dated May 2016.

9. Attached hereto as Exhibit H is a true and correct copy of an excerpt of the Expert Report of Jenifer S. Heath, Ph.D., dated April 2023, submitted in *Pepperday v. Monsanto Company*, Case No. 220602425, Philadelphia Court of Common Pleas.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 14, 2023, at Santa Monica, California.

Linda C. Hsu

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Linda C. Hsu*
Linda C. Hsu

DECLARATION IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY