# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4
     IN RE:  ROUNDUP PRODUCTS          )
 5   LIABILITY LITIGATION              )
     _____) MDL No. 2741
 6                                     )
     This case relates to:             )
 7                                     ) Case No.
     Brett Beckfield v. Monsanto       ) MDL No. 3:16-md-
 8   Company                           ) 02741-VC
                                       )
 9   Case No. 3:21-cv-05322-VC         )
                                       )
10   _____)

11

12

13

14

15   VIDEOTAPED REMOTE DEPOSITION OF CHRISTOPH F. VOGEL, PH.D.

16            TUESDAY, JUNE 27, 2023

17

18

19

20

21

22

23

24                        PAIGE MOSER, CSR 2669
                          RMR, CRR, MR
25
```

```
 1                 UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4
      IN RE:  ROUNDUP PRODUCTS             )
 5    LIABILITY LITIGATION                 )
      _____) MDL No. 2741
 6                                         )
      This case relates to:               )
 7                                         ) Case No.
      Brett Beckfield v. Monsanto          ) MDL No. 3:16-md-
 8    Company                              ) 02741-VC
                                           )
 9    Case No. 3:21cv-05322-VC             )
                                           )
10    _____)

11

12

13

14

15          Deposition of Christoph F. Vogel, Ph.D.,

16      taken on behalf of the Defendant   Monsanto,

17      taken on Tuesday, June 27, 2023, before Paige

18      Moser, Certified Shorthand Reporter, in and for the

19      for the State of California.

20

21

22

23

24                        Paige Moser, CSR 2669
                          Certified Realtime Reporter
25                        CM, RPR
```

```
 1    Appearances:

 2

 3         For the Plaintiff:

 4                   DUTTON LAW FIRM
                     BY:  JAMES H. COOK, ESQ.
 5                   3151 Brockway Road
                     Waterloo, Iowa  50701
 6                   jcook@duttonfirm.com

 7

 8         For the Defendant:

 9                   HOLLINGSWORTH LLP
                     BY:  JOHN KALAS, ESQ.
10                       SARAH HADDON, ESQ.
                     1350 I Street NW
11                   Washington, DC  20005
                     jkalas@hollingsworthllp.com
12                   shaddon@hollingsworthllp.com

13

14

15

16         Also present:

17                   Jim Lopez, videographer

18

19

20

21

22

23

24

25
```

Christoph F. Vogel, Ph.D.

```
 1              So if I refer you to an exhibit, that's
 2     where it's at.  Okay?
 3       A      Should I click on it and open it now or --
 4       Q      Not yet.  I'm going to ask you some
 5     questions in a bit about it.  But do you see that
 6     there's just one exhibit right there now?
 7       A      Yeah, I can see that.
 8       Q      Okay.  Cool.
 9              Dr. Vogel, what is the dose of glyphosate
10     that needs to enter somebody's body to put them at an
11     increased risk of NHL?
12       A      Well, that's actually not known.  The
13     correct dose to induce NHL in humans is not known.
14       Q      Okay.  So since that dose is not known, can
15     you opine in this matter that Mr. Beckfield had a
16     dose of NH -- dose of glyphosate enter his body that
17     was sufficient to induce NHL in Mr. Beckfield?
18       A      Yes.  I think so.  In the case of
19     Mr. Beckfield, his exposure was over a long period of
20     time.  In the beginning, it was occupational exposure
21     to glyphosate or Roundup, and I think he first came
22     in contact with glyphosate at a very early age, when
23     he was only 13 years old.  And so the accumulation of
24     the first ten years he was exposed to glyphosate,
25     occupationally on the farm of his father, was very
```

1    significant -- very significant, and over a long

2    period of time.

3              So it was a chronic exposure, which

4    continued later when he worked on other farms in -- I

5    forget -- was not his father's farm but he worked

6    also on other farms spraying Roundup.

7              And later he continued to spray Roundup

8    also at his residences.  So there was -- First of

9    all, there was a long period of time where he was

10   exposed to glyphosate, not every day over the whole

11   year, of course, but it was definitely a chronic

12   exposure.  And from what he described how he sprayed

13   and for how many hours and how he came in contact

14   with glyphosate is undoubt -- no doubt that he --

15   there was a significant exposure.

16       Q    Okay.  And so I just want to make sure I

17   understand that.

18              It's your opinion Mr. Beckfield had a dose

19   of glyphosate that increased his risk of NHL because

20   he had significant chronic exposures to glyphosate

21   over the course of his life.  Is that fair?

22       A    That is fair.  And taking into

23   consideration his -- that the exposure started at a

24   very early age in his case.

25       Q    Okay.  And you've reached that opinion,

Christoph F. Vogel, Ph.D.

```
 1    though you do not know what the dose of glyphosate is

 2    that's necessary to increase somebody's risk of NHL,

 3    true?

 4        A     True, yeah.

 5        Q     Okay.  Is it true that --

 6              Well, you're a toxicologist, right?

 7        A     Right.

 8        Q     Is it true that you and I and Mr. Cook have

 9    exposures to benzine essentially every day?

10        A     Okay.

11        Q     Is that true?

12        A     Most likely.  If you go to a gas station or

13    if you drive vehicles or if you are exposed to

14    traffic-related air pollution, yeah, you cannot

15    escape the exposure.

16        Q     Okay.  And benzine is a carcinogen, true?

17        A     True.

18        Q     It induces a cancer called AML, right?

19        A     I believe so, yeah.

20        Q     And despite the fact that we're exposed to

21    benzine nearly every day, just by the course of

22    driving a car and living our life, we all don't get

23    AML, true?

24        A     I hope so, yes.

25        Q     Okay.  And that's because toxicologists
```

Christoph F. Vogel, Ph.D.

```
 1    follow a tenet that has been proven through the
 2    scientific method that the dose makes the poison,
 3    true?
 4         A    That's true.
 5         Q    Okay.  And you agree with that tenet,
 6    right?
 7         A    Yes, of course.
 8         Q    And so in order for Mr. Beckfield to have
 9    had an increased risk of NHL from his exposure to
10    glyphosate, his dose of glyphosate that entered his
11    body must have been sufficiently high to cause the
12    induction of that NHL, true?
13         A    Yes, I agree.
14         Q    What was the dose of glyphosate that
15    entered Mr. Beckfield's body on a given application
16    day?
17         A    I don't have these data.  We don't have
18    really body burn of glyphosate.  Glyphosate is not
19    accumulating over a long period of time.  So we don't
20    really have data with regards to body burn of
21    glyphosate or metabolites in his body.
22         Q    Okay.  Were you done with your answer?  I'm
23    sorry.
24         A    No.  Yeah.  I mean, as far as I know.
25              So I don't have these data and so . . .
```

1       BY MR. KALAS:

2           Q      Doctor, you mentioned extramural funding.

3       Who do you currently receive extramural funding from?

4           A      NIH.

5           Q      Okay.  Anyone else?

6           A      Yeah.  From the cancer center here on

7       campus.

8           Q      Anywhere else?

9           A      No.

10          Q      And other than -- Actually, I'll come back

11      to that.

12                 So we talked a little bit about this

13      before, about you being a toxicologist, and we talked

14      a little about your education.

15                 It's true you are not an oncologist, right?

16          A      That is right.

17          Q      And you don't treat cancer?

18          A      I don't treat cancer.

19          Q      You don't diagnose cancer in people?

20          A      No.

21          Q      You don't look at slides of cancer cells to

22      identify what type of cancer people have?

23          A      Not from human, but from mouse model.  We

24      have a mouse model.

25          Q      Okay.  And so are you a pathologist by

Christoph F. A. Vogel, Ph.D.

```
 1    training?

 2         A    No.

 3         Q    Now, I know you've published -- Let me just

 4    ask in the form of a question.

 5              You have published articles on epidemiology

 6    before, right?

 7         A    Not myself.  I might have been involved as

 8    a co-author in molecular epidemiological studies

 9    where we looked at biomarkers which we identified in

10    our experiments in vitro or in animal models.

11         Q    Okay.

12         A    You know, we are looking at -- you know,

13    you mentioned the AH receptor, which is a very

14    critical receptor protein, obviously, mediating

15    toxicity of many chemicals.  And then downstream from

16    there, there are many genes which are regulated

17    through this receptor protein.  A lot of these genes

18    are critical for carcinogenesis; now, regulating cell

19    cycle, regulating inflammation, immune responses,

20    et cetera.

21              So we have a pretty good list of biomarkers

22    which are relevant to mediate carcinogenic effects

23    and toxicity in general.  So we translated that into

24    molecular epidemiological study that was in

25    collaboration with people in Japan.  So they looked
```

Christoph F. Vogel, Ph.D.

```
 1    at asthmatic children and took blood samples, and we
 2    looked at biomarkers and then we looked at the
 3    exposure.
 4              In that case, we had data of the body burn
 5    of these children with regards to PCB's.  So that was
 6    a pretty large study.  We could actually confirm
 7    biomarkers which we identified in our in vivo and in
 8    vitro experiments previously.  So that was quite
 9    successful.
10              But other than that, I'm not an
11    epidemiologist.  But as I mentioned, in the Center
12    for Environmental Health and Sciences, we -- we are
13    talking and discussing problems with epidemiologists
14    and they are expert in that field.
15              But my field is, as you can tell, molecular
16    toxicology, and my background is more molecular
17    biology mechanisms specifically leading to toxicity
18    by chemicals.
19    Q     Okay.  And so though you have contributed
20    in the past to epidemiology papers, though you read
21    and interpret epidemiology studies as part of your
22    job, you do not hold yourself out professionally as
23    an epidemiologist.  Is that fair?
24    A     That is correct, yes.
25    Q     Do you hold yourself out professionally as
```

**Exhibit A Page - 10**

1    an industrial hygienist?

2         A    No.

3         Q    Do you hold yourself out professionally as

4    a weed scientist?

5         A    Weed scientist?  No.

6         Q    UC Davis has a lot of weed scientists,

7    right?  It has a big agronomy program.

8         A    Actually, before I went into toxicology, my

9    intention was in biology to go into plant physiology.

10   So --

11        Q    Okay.

12        A    I worked as a gardener before I went to

13   college, and I worked on planations, spraying

14   pesticides heavy -- heavily, including planations in

15   Africa.  So that was a great experience.  And I

16   really love -- I love working with plants and the

17   possibilities you have to change crops and to make

18   them more resistant, you know.

19             The TI-plasmid came up during that time in

20   the early '90s.  And we had a great professor in

21   Düsseldorf at that time, just started his tenure, and

22   he was full of enthusiasm about, you know, to isolate

23   chromoplasts, you know, and then the DNA from plants

24   and how to modify them.

25             So that was a great time.  And that's --

Christoph F. Vogel, Ph.D.

 1       A    Well, I'll just grab some water, if that's

 2   okay.

 3       MR. KALAS:  Sure.  If you're just grabbing a

 4   glass of water right now, we'll just stay on the

 5   record.  If you don't want --

 6            (Reporter interruption.)

 7       MR. KALAS:  Let's take a break.  Five minutes is

 8   fine.  Thank you.

 9       MR. COOK:  Counsel, this can be off the record.

10       THE VIDEOGRAPHER:  The time is approximately

11   10:02 a.m.

12            (Recess taken.)

13       THE VIDEOGRAPHER:  With the approval of counsel,

14   back on the record.  The time is approximately

15   10:12 a.m.  This marks the beginning of recording

16   media No. 2.

17   BY MR. COOK:

18       Q    Dr. Vogel, have you ever been asked by EPA,

19   the United States Environmental Protection Agency, to

20   draft or interpret EPA regulations?

21       A    No, never.

22       Q    Have you ever been asked by the US EPA to

23   serve on a scientific advisory panel?

24       A    No.

25       Q    Have you ever been asked by the EPA to

1    advise on the carcinogenicity of a pesticide?

2        A    No.

3        Q    Have you ever been asked by IARP to serve

4    on an IARP working group?

5        A    No.

6        Q    Have you ever been asked by any other

7    regulatory agency to advise on the carcinogenicity of

8    a substance?

9        A    No.

10       Q    Now, I was looking at your publications,

11   and I believe you -- I was able to identify one

12   publication with a lead author Poh that discusses

13   glyphosate.  P-o-h.

14            Have you published any other papers in the

15   peer-reviewed literature besides that single paper on

16   glyphosate?

17       A    No.

18       Q    Okay.  Have you ever published in the

19   peer-reviewed literature to look at whether or not an

20   inert is carcinogenic, an inert ingredient found in

21   pesticides?

22       A    No, I don't think so.

23       Q    Have you ever published in a peer reviewed

24   paper on the subject of non-Hodgkin's lymphoma

25   outside of the Poh paper?

Exhibit A Page - 13

```
 1        A     Not particularly on non-Hodgkin's lymphoma,

 2   but lymphoma in general, yes, on animal studies.

 3        Q     Okay.  Can you identify that publication

 4   for me in Exhibit 6, please.

 5        A     Hold on.  That was a paper in 2007, I

 6   believe.

 7        Q     Okay.

 8        A     It was together with my collaborator from

 9   the cancer center, Joe Toscano.  He is an expert on

10   hematological diseases, including lymphoma.

11              And the motivation of this study was to

12   look at the possibility that dioxin would cause

13   lymphoma, and that interest stemmed from -- his

14   observation and literature is confirming that agent

15   orange, which was sprayed during the Vietnam war, and

16   people who were exposed to it significantly had

17   higher risk to develop non-Hodgkin's lymphoma and

18   other lymphomas.

19              So we definitely went to look -- we were

20   looking for in vivo model where we could --

21              And, you know, I have to mention that agent

22   orange was a mixture of 24D and it was contaminated

23   with dioxin.  So there was a significant

24   contamination with dioxin, as you probably know.  And

25   so the AH receptor came into focus.
```

Exhibit A Page - 14

Christopher F. Vogel, Ph.D.

```
 1              And since we studied the AH receptor -- And

 2     the AH receptor is known to mediate, you know, tumor

 3     promotion by PCB's and dioxins, which are strong

 4     tumor promoters.  And that study was conducted in

 5     2006, I believe, in September.  I have to find it.

 6     It's in --

 7        Q    So I'm looking at No. 25, which you're the

 8     lead author, and the title of the study is

 9     "Pathogenesis of Arly Hydrocarbon --"

10        A    Yeah.  No. 25.

11        Q    Okay. and so you're lead author, and you

12     were looking at a lymphoma model in mice, correct?

13        A    That's correct.

14        Q    And when I asked you this question

15     originally, you said not non-Hodgkin's lymphoma but

16     lymphoma in mice.  Do you remember that?

17        A    Yeah.

18        Q    Is lymphoma in mice the equivalent of

19     non-Hodgkin's lymphoma in people?  In other words,

20     are they identical?

21        A    I cannot confirm that.  I don't know.  I

22     don't think you can really translate it into humans.

23              What it is, it's a lymphoma proliferated

24     disorder in superficial lymph nodes, agonal lymph

25     nodes, cervical lymph nodes, and so on.  So you would
```

```
 1    have to ask an MD to -- you know, how far can you

 2    really translate it into a subtype of NHL in humans.

 3         Q    Okay.

 4         A    Honestly, I cannot answer that question.

 5    As far as I know, Joe Toscano, who was, of course,

 6    you know, the expert as an MD on that paper --

 7              Why is he not listed on that?

 8              Well, there's some -- one author missing,

 9    actually.  I just realized it in -- I don't know how

10    that happened.  So Joe Toscano is missing on that as

11    an author.

12              He was very critical in looking at the --

13    at the slides and the sections we took from the

14    pathology lab.  So he called them lymphoma perforated

15    disorders.

16              As far as I know, that was the first --

17    very first study really confirming that dioxin -- We

18    used pure dioxin in that case, not a pesticide, just

19    to make sure.

20              But -- But it was very important that the

21    AH receptor is activated.  And we used TCDD --

22              (Reporter interruption.)

23         THE WITNESS:  We used a very specific combination

24    of dioxin, which is TCDD.  It's the most potent

25    combination of dioxins, which has a very high
```

CHRISTOPH F. VOGEL, PH.D.

```
1       yeah, he has a great expertise.

2          Q     Okay.  Do you consider yourself -- Since

3       you're not an MD, do you consider yourself an expert

4       on lymphoma in people?

5          A     No, not necessarily.

6          Q     Okay.  Do you consider yourself an expert

7       on EPA regulations?

8          A     No.

9          Q     Do you consider yourself an expert on

10      epidemiology?

11         A     No.

12         Q     Okay.  Do you consider yourself an expert

13      on -- Well, I think I know the answer, but do you

14      consider yourself an expert on toxicology?

15         A     Well, in general, yes but, you know,

16      toxicology is a very broad field and very

17      interdisciplinary.

18         Q     Of course.

19               Do you consider yourself an expert on

20      mechanistic toxicology studies?  And by that, I mean

21      genotoxicity, oxidative stress, epigenetic studies,

22      that sort of thing.

23         A     Less epigenetic events, but, yeah,

24      definitely molecular mechanism of -- in toxicology is

25      my field.
```

Exhibit A Page - 17

Christoph F. Vogel, Ph.D.

```
 1     chemical, benzine or whatever, because it kills cell.

 2            But if you treat them with a dose which

 3     they can handle and survive, then you may cause

 4     mutations, you may induce expression of oncogenes,

 5     and all these events which may lead later on to

 6     carcinogenicity in that case, or chronic

 7     inflammation, these kind of things.

 8     Q     You know, that's a -- that's a really good

 9     point.  At some point you can dose a cell or a living

10     in vivo being so high that you actually kill them,

11     right?  You kill the cell, you kill the living

12     animal, and you can't induce cancer because they're

13     already dead, right?

14     A     Right.

15     Q     And that's an example of toxicity, right?

16     A     Right.  That's toxicity, right.

17     Q     And so like in a lot of these mechanistic

18     studies that I know you've looked at on glyphosate,

19     and other folks have done, a lot of them in the

20     peer-reviewed literature actually end up exhibiting

21     signs of toxicity in their high dose groups where

22     they kill the cell, right?

23     A     There might have been studies, yeah, where

24     we've seen that.

25     Q     And that actually, from a cancer point of
```

**Exhibit A Page - 18**

1    view, is not a bad thing, because killing the cell

2    means it can't turn into a cancer cell, right?

3        A      Yeah.  Simply, you know -- Simply put.

4        Q      Okay.  Well, like I said, I'm just a

5    lawyer.  I don't do math, I don't do science.

6        A      In biology, it's more complicated, as you

7    know, you know, that you might not kill all the

8    cells, but one survived with a bad mutation, and then

9    if you provide any promotion, you know, for cell

10   growth, then you are in bad shape again.

11            But that's very complex.  I mean, if you

12   talk about carcinogenesis in vivo, you'll get the

13   whole picture.

14       Q      Let me go back to glyphosate on this

15   discussion.

16            Do you have any reason to believe

17   glyphosate, when it comes to its potential

18   carcinogenicity, does not act in a dose-dependent

19   manner?

20       A      I don't think so.  I think that's -- Well,

21   it's hard to tell.  I mean, in adult -- You mean that

22   it does not act in a dose-dependent manner?

23       Q      Yeah.  In other words, it's carcinogenic at

24   low doses, but at high doses, it's not carcinogenic.

25   Do you have any reason to believe that, that it acts

1    out a genetic predisposition for NHL?  What would

2    you -- Would you have to do any sorts of tests,

3    genetic testing, to determine whether or not he had a

4    marker that suggested he was genetically predisposed?

5        A    That's difficult to say.  I mean, of

6    course, you can sequence your whole genome and look

7    for known specific mutations which may be associated

8    with NHL.

9        Q    Was that done in Mr. Beckfield's case?

10       A    Not that I know.  But it's probably also

11   not very helpful since -- as far as I know.

12            I mean, when it comes to cancer -- In cases

13   of breast cancer, for example, you know, you have the

14   BRCA gene, which really increases the risk to develop

15   breast cancer very significantly.  So that's a very

16   specific, useful genetic marker.

17            But you don't have that for NHL, and I

18   don't think that has been done for Mr. Beckfield.

19   So . . .

20       Q    Okay.  Without doing that testing, can you

21   rule out to a reasonable degree of toxicological

22   certainty that a genetic predisposition caused or

23   contributed to his NHL?

24       A    I cannot rule it out, but I -- because we

25   don't have those data.

Christoph F. Vogel, Ph.D.

```
1    expert opinions, all of the studies done on

2    glyphosate, its surfactants, and its formulated

3    products that have been submitted by Monsanto to the

4    EPA on these end points?

5         A    I didn't understand the first part of your

6    question.  Can you --

7         Q    Sure.  Let me ask a foundational question.

8              You're aware Monsanto has registered

9    Roundup with the EPA, right?

10        A    Yes.

11        Q    And you -- Strike that.

12             Have you been given the opportunity to

13   review all of the studies Monsanto has submitted to

14   the agency on glyphosate-formulated products,

15   surfactants in formulated products on these four end

16   points that we just discussed here?

17        A    If I would review -- Yeah.

18        Q    I asked if you'd been given the opportunity

19   to review the studies submitted by Monsanto to the

20   EPA looking at these end points.

21        A    No, I have not.

22        Q    Okay.  Is that information you would have

23   found relevant to your opinion?

24        A    Yes, probably.

25        Q    Okay.  If you go down -- Do you know --
```

Exhibit A Page - 21

```
 1    know some of these, it's okay to say "I don't know."

 2        A     Okay.

 3        Q     The Japanese Food Safety Commission

 4    concluded glyphosate is not carcinogenic, true?

 5        A     I don't know.

 6        Q     The Korean Rural Management Authority

 7    concluded glyphosate is not carcinogenic, true?

 8        A     I don't know.

 9        Q     The Brazilain AMVISA, a-m-v-i-s-a,

10    concluded glyphosate is not carcinogenic, true?

11        A     I don't know.  I can't tell.

12        Q     I take it you disagree -- or your -- Well,

13    strike that.

14              Do you disagree with EPA's conclusion here

15    that glyphosate is not likely to be carcinogenic to

16    humans?

17        A     Yes, I do disagree.

18        Q     Okay.  And have you reviewed as much

19    literature as EPA has in reaching your conclusions?

20        A     I cannot answer that question.

21        Q     Have you -- Have you reviewed all internal

22    Monsanto studies produced in this litigation that

23    have been submitted to EPA as part of their

24    toxicology data set on glyphosate when reaching your

25    conclusions in this case?
```

Exhibit A Page - 22

Christoph F. Vogel, Ph.D.

```
 1        A      No, probably not all of it.

 2        Q      Okay.  I want to ask you about another

 3    agency.  We'll stay on this document for a minute,

 4    but there's an agency that EPA talks about in here

 5    called the National Toxicology Program.

 6               Are you familiar with that group?

 7        A      NTP, yes.

 8        Q      What is NTP?

 9        A      National Toxicology Program.  It's testing

10    chemicals for toxicity and carcinogenicity, supported

11    by NIH.

12        Q      Okay.  And are you -- Well, over the course

13    of your career, have you looked to NTP for

14    toxicologic data?

15        A      Yes, I do.

16        Q      Okay.  Why?  Why do you go to that source?

17        A      Well, because I think it's critical to

18    have, you know, somewhat independent agency looking

19    at the effect of chemicals versus, you know -- There

20    is always, you know, the possibility of bias, of

21    course.  Someone who wants to sell a compound or

22    wants to produce a compound is likely to see it

23    negative in terms of toxicity --

24               Sorry.  That was my phone.

25               So it's always important to have, you know,
```

Exhibit A Page - 23

1    water, true?

2         A     Obviously formulated as a solid, yes.

3         Q     And what that means is that glyphosate

4    wants to stay in water, true?

5         A     Yes.

6         Q     Okay.  And what that means is that

7    glyphosate that reaches the skin will have a very

8    difficult time breaking through the skin to be

9    absorbed, true?

10        A     Probably, yeah.

11        Q     And to be absorbed, glyphosate needs to go

12   through something called the intercellular pathway,

13   correct?

14        A     Okay.  Yeah.

15        Q     Okay.  And what that means is that

16   glyphosate has to work its way around these

17   lipid-rich skin cells in order to reach the dermis,

18   the layer beneath the stratum corneum, right?

19        A     Right.

20        Q     And only that amount that makes it around

21   those skin cells and reaches the dermis below the

22   stratum corneum can then reach the lymphocytes,

23   correct?

24        A     Correct.

25        Q     And so taking that to Mr. Beckfield's case,

Christoph F. Vogel, Ph.D.

1    A    Yes, I do.

2    Q    Okay.  And this is part of that

3  agricultural health study we were talking about

4  before, right?

5    A    Right.  Okay.

6    Q    Okay.  And that agriculture health study

7  was characterized by IARC as high quality.  Do you

8  remember that?

9    A    Yes.  Yes, yeah.

10    Q    And you agreed that the AHS was a high

11  quality study, right?

12    A    I do believe so, yes.

13    Q    And part of the reason that that is the

14  case is because it is a prospective cohort study,

15  right?

16    A    Right.

17    Q    And what's that mean to be a prospective

18  cohort study?

19    A    So the effect was observed in the

20  population, or in the cohort, over a long period of

21  time.  Well, long is also relative.  But over a

22  period of time and -- to see if -- at the end of the

23  study, if people who are more exposed compared to

24  people who are less exposed have a higher incidence

25  to develop cancer, a certain type of cancer.

Exhibit A Page - 25

Christoph F. Vogel, Ph.D.

```
1          Q     Okay.  And so instead of asking people to

2    look back and remember their exposures, where they

3    may have issues of bias or confounding, what they did

4    in this study is they looked forward:  They asked

5    people what they're exposed to at the beginning and

6    then followed up over the time to see if they

7    developed non-Hodgkin's lymphoma or other diseases,

8    right?

9          A     Correct, yes, non-Hodgkin's lymphoma.

10         Q     This is a large study, right?

11         A     Yes.

12         Q     They talked about in the abstract that

13   there's 54,251 applicators they looked at, right?

14         A     Correct, yes.

15         Q     And of those 54,251 applicators, they had

16   45,000 people in the study, thereabout, who used

17   glyphosate, right?

18         A     Yes, correct.

19         Q     Are you aware of another epidemiology study

20   you reviewed that looked at as many people who used

21   glyphosate?

22         A     Not just glyphosate in particular.

23         Q     Are you aware of another epidemiology study

24   you reviewed that looked at as many applicators as

25   this study overall?
```

Christoph F. Vogel, Ph.D.

```
 1      A      Applicators of pesticides in general?

 2      Q      Yes, sir.

 3      A      I think so, but I have to look it up.

 4      Q      Go ahead.  Whatever you need to look up, go

 5   for it.

 6             (A pause in the proceedings.)

 7      THE WITNESS:  I think you are right.  I was

 8   thinking about the meta analysis, but that's

 9   considering, of course, you know, several case

10   control studies at the same time.

11             So -- But this particular study was, I

12   think, the biggest study of the ones I reviewed.

13      Q      Okay.  And this study looked at farmers and

14   licensed pesticide applicators, right?

15      A      Yes.

16      Q      And Mr. Beckfield is also somebody who

17   farmed and used Roundup, right?

18      A      Right.

19      Q      And as you told me, occupational users

20   likely have much higher exposures than residential

21   users like yourself, right?

22      A      Exactly.

23      Q      And so if glyphosate acts in a

24   dose-dependent manner -- in other words, the more

25   you're exposed to, the more that gets into your body
```

Christoph F. Vogel, Ph.D.

```
 1    and you're dosed with, the more cancer you get --
 2    then you'd want to look at the highest exposed
 3    individuals to see if they get cancer and then
 4    potentially extrapolate that down to less exposed
 5    individuals.  Right?
 6        A    Right.  I agree.
 7        Q    So this is an appropriate study population
 8    to study to look at whether or not glyphosate can
 9    cause NHL.  Fair?
10        A    Yeah, I agree.
11        Q    And so if we look at the study, they
12    analyzed individuals who were exposed to glyphosate
13    and they stratified them in two ways.  They
14    stratified them by days lifetime of use and they also
15    stratified them by intensity-weighted days.  Do you
16    see that in the study?
17        A    Say it again, please.
18        Q    Sure.  In this study they -- Let me break
19    that question up, because there was a lot in it.
20            In this study they stratified their data by
21    quartiles or tertiles, depending on what cancer they
22    were looking at, right?
23        A    Okay.  Yeah.
24        Q    And they broke that down two ways.  One of
25    the ways they broke that down was based on
```

```
 1        A     Right.

 2        Q     So this is what you would call a null

 3   finding, right?

 4        A     Well, the finding is not significant, yes,

 5   statistically.

 6        Q     Right.  And so what that means is that the

 7   authors of this study were not able to detect amongst

 8   the 54,000 applicators they studied, who were

 9   involved in farming and licensed pesticide

10   application, any relationship between being exposed

11   to glyphosate for greater than 108.5 days and

12   non-Hodgkin's lymphoma.  Is that fair?

13        A     I agree, yes.

14        Q     If we go up to their methods -- before we

15   get back to table 2 -- I wanted to talk to you about

16   their methods for their intensity-weighting algorithm

17   that they use in table 2.  And it's discussed at page

18   510, bottom left-hand column, carrying into the top

19   right-hand column.  It's the section called "Exposure

20   Assessment."

21            If you could just read that to yourself,

22   please, to refresh your memory.  I'll ask you some

23   questions after.

24        A     Please say it again.  On page 5, you said?

25        Q     510, sir, which is pdf page 2.  It's in the
```

Christoph F. Vogel, Ph.D.

```
 1    took into account the method of application, whether
 2    or not applicators mix, what have you, they were not
 3    able to detect any relationship between glyphosate
 4    exposure and NHL.  Fair?
 5         A    Yes, I think so.
 6         Q    You'd agree with me the Andreotti study
 7    does not support the hypothesis that glyphosate
 8    exposure in occupational applicators causes or
 9    contributes to non-Hodgkin's lymphoma?
10         A    Looking at the data again, I mean, they do
11    see a trend, you know, of increasing cases for -- for
12    AML, so -- in the exposed group.  But yeah, not for
13    NHL subtypes.
14         Q    Right.  And AML is a different cancer from
15    non-Hodgkin's lymphoma, true?
16         A    True, yes.
17         Q    And so when we're focused on non-Hodgkin's
18    lymphoma, the agricultural health study does not
19    support the hypothesis that glyphosate exposure in
20    occupation applicators causes NHL.  Fair?
21         A    Yes.
22         Q    The studies that I saw you relying on in
23    your report to reach the conclusion that
24    Mr. Beckfield was at an increased risk of NHL were
25    the McDuffie and Eriksson studies.  Is that fair?
```

```
 1      A     That's correct, yes.

 2      Q     All right.  Are there any others besides

 3   the McDuffie and Eriksson study that you relied on

 4   when conducting your exposure assessment of

 5   Mr. Beckfield's exposure days and your conclusion

 6   that he was at increased risk, or were those the two

 7   big ones?

 8      A     Yeah.  I considered more than two studies.

 9   Eventually I summarized them in my expert report in

10   table 1, the studies I included in my review.  They

11   were eight studies, I believe -- eight studies -- 11

12   studies, including Andreotti's study.

13            But the majority of these studies were

14   showing positive association with the exposure to

15   glyphosate.  So --

16      Q     And I know I'm going awfully fast, so let

17   me just --

18      A     And then, especially, I mean, looking at

19   the metering analysis, which is combining, you know,

20   all the cohort studies available, data which are

21   available, they also, you know -- they came to the

22   conclusion that the association is positive as well.

23            So it's always easy to look at one

24   particular study -- and I agree this is a high

25   quality study.  But to rely just on that study can be
```

Exhibit A Page - 31

```
 1     Pesticide Exposures In Men:  Cross-Canada Study of

 2     Pesticides and Health."

 3             Do you see that?

 4     A     Hold on.  Wait a second.  The screen has

 5     changed again.  So on what page are you looking at

 6     now?

 7     Q     Just the title of Exhibit 15.

 8     A     Yeah.

 9     Q     Do you see that?

10     A     "Non-Hodgkin's Lymphoma and Specific

11     Pesticide Exposures in Men"?

12     Q     Right.

13     A     Cross-Canada study.  Yes.

14     Q     And they look at multiple pesticides in

15     this study, right, not just glyphosate?

16     A     Right.

17     Q     And one of the things you told me was that

18     our Plaintiff, Mr. Beckfield, had a family history of

19     cancer, but not lymphatic cancer, right?

20     A     Right.

21     Q     And one of the things they found in this

22     study, if you go to table 1, is that a family history

23     of cancer in any first-degree relative -- this is the

24     last entry in table 1 -- was associated with a

25     statistically significant increased risk for NHL.
```

Exhibit A Page - 32

 1              Do you see that?

 2      A     I do see that, yeah.

 3      Q     Did you take that into account, this data

 4      in the McDuffie study, which you found reliable, in

 5      reaching your conclusions regarding excluding

 6      Mr. Beckfield's family history of cancer as causing

 7      or contributing to his NHL?

 8      A     I considered it, but it's still for me

 9      clearly overwhelming that the exposure in his case

10      was the dominant factor causing NHL in his case.

11      Q     Okay.  So you have not concluded to a

12      reasonable degree of scientific certainty that

13      Mr. Beckfield's family history of cancer did not

14      cause or contribute to his NHL in some way?

15      A     Well, I have no evidence for it.  But, of

16      course, you know, in my opinion, it's --

17              I considered it, of course, you know.

18      Cancer history is important in families.  And it's

19      impossible to compute that.  But, you know, the

20      overwhelming data and statements we had from

21      Mr. Beckfield regarding his exposure was convincing

22      me that this was not the reason causing NHL in

23      Mr. Beckfield.

24      Q     Well, let's pause there and talk about what

25      this McDuffie figure means.

Christoph F. Vogel, Ph.D.

```
1              What it means is that, in their study
2    population, they found a 31 percent increased risk of
3    NHL in people who had a family history of cancer in a
4    first-degree relative, like Mr. Beckfield, as opposed
5    to people who did not have a family history of cancer
6    in a first-degree relative.  Is that fair?
7        A    You mentioned 31 percent?
8        Q    Right.  Because the odds ratio is 1.31.
9    And so that means that for every hundred people who
10   had NHL and no family history of cancer in a
11   first-degree relative, there were 131 with a family
12   history of cancer in a first-degree relative.
13             Am I interpreting that right?
14       A    I think you are right, yes.
15       Q    And so that would translate to a 31 percent
16   increased risk, right?
17       A    Right.
18       Q    Okay.  And they found that that risk was
19   statistically significant, right?
20       A    Yeah, that's right.
21       Q    And that means that they were able to rule
22   out chance there as contributing at least in this
23   study population to that finding; is that correct?
24       A    That is correct, yes.
25       Q    Okay.  And even though they found a
```

Christoph F. Vogel, Ph.D.

```
 1    different dosage.

 2         Q     Right.

 3         A     So you would select the lower dose to be in

 4    a range which is relevant for the exposure in humans,

 5    right?

 6         Q     Right.

 7         A     So yeah, of course, it's always good to see

 8    an effect.  That's why you go with the high dose as

 9    well.

10         Q     Okay.  And it's true -- and I think we

11    talked about this very early in the day -- that there

12    are physiological differences between humans and

13    rodents, right?

14         A     I agree.

15         Q     And there are certain chemicals we've

16    observed over time that cause cancer in rodents that

17    have not been shown to cause cancer in people, right?

18         A     I agree with that, yes.

19         Q     And that's likely a function of dose,

20    right?

21         A     Function of dose and different physiology.

22    In some -- You know, even in one species like mouse,

23    you know, it still depends on the strain, you know.

24         Q     Sure.  For instance, acetaminophen, is that

25    a chemical you're familiar with?
```

Exhibit A Page - 35

1   STATE OF CALIFORNIA )

2                       ) ss.

3   LOS ANGELES COUNTY  )

4

5              I, PAIGE MOSER, Certified Shorthand

6        Reporter within and for the State of

7        California, do hereby certify:

8              That Christoph F. Vogel, the

9        witness whose deposition is hereinbefore set

10       forth, was duly sworn by me and that such

11       deposition is a true record of the testimony

12       given by such witness.

13             I further certify that I am not

14       related to any of the parties to this action

15       by blood or marriage, and that I am in no

16       way interested in the outcome of this

17       matter.

18             IN WITNESS WHEREOF, I have hereunto

19       set my hand this 7th of July, 2023.

20

21       _____

22

23              Paige Moser, C.R.R., R.M.R.
                C.S.R. No. 2669

24

25