# EXHIBIT B

Christoph F.A. Vogel, Ph.D.
Research Professor,
Toxicologist
██████████████████
███████████
Tel.: ███████████
E-mail: ███████████████
████████████████

August 16, 2022

James H. Cook, Esq.
Dutton, Daniels, Hines, Kalkhoff, Cook & Swanson, PLC
3151 Brockway Rd.
Waterloo, IA. 50701
319-234-4471
jcook@duttonfirm.com
www.duttonfirm.com

**Re: Beckfield v. Monsanto**

Dear Attorney Cook:

Enclosed please find my report and expert opinion regarding the case of your client Brett
Beckfield v. Monsanto. My report is based on the information and documents provided and the
available literature, peer-reviewed publications and industry-sponsored studies with regards to
glyphosate's toxicity and carcinogenicity which are cited in this report.

**Contents**

1. Background and Significance
2. Human NHL Studies with Glyphosate
3. Carcinogenicity of Glyphosate in animal studies
4. Mode of action of glyphosate
5. Effects of Glyphosate on markers of inflammation and carcinogenesis
6. Toxicological assessment of additional exposure factors
7. Considerations of evidence
8. Lack of protection and prolonged acute exposure and absorption
9. Chronic exposure to glyphosate
10. NHL latency interval
11. Mechanism of carcinogenicity of glyphosate
12. Summary and Conclusions
13. References

### 1. Background and Significance

Numerous reports provide evidence indicating that pesticide exposure is a risk factor for NHL development (Chiu and Blair 2009, Merhi et al. 2007, Dreiher and Kordysh 2006). Approximately 4.5 million people worldwide are living with various forms of lymphoma and an estimated 20,000 people die each year from Non-Hodgkin Lymphoma (NHL) in the United States (Siegel et al. 2016). In terms of incidence and death, NHL is the second fastest growing cancer in the United States and has grown in incidence by 80% since the early 1970s accounting for about 4% of all cancers (Shankland et al. 2012, Titcomb 2001, Clarke and Glaser 2002, Remontet et al. 2003). The etiology of NHL is still largely unknown; however, research has focused on at least four possible factors that may contribute to the development of lymphoma, including genetic factors, autoimmune disorders, viruses such as HIV, and exposure to chemicals, in particular pesticides such as Roundup (Zhang et al. 2019, Armitage et al. 2017, Hardell et al. 2002, Zheng et al. 2002, Miligi et al. 2003, Quintana et al. 2004). None of the specific factors such as the genetic predisposition, autoimmune diseases, or infections with viruses explain the increased incidence of lymphomas in recent years. However, there is speculation that exposure to chemicals, such as certain solvents, insecticides, and herbicides are responsible for the increased incidence of NHL. The rise in incidence of NHL has revealed a strong association with occupational exposure in agriculture. NHL is common among farm workers, where pesticides and the herbicide Roundup containing the active compound glyphosate are found to be responsible for the tumor promoting effect (Zhang et al. 2019, Dodge et al. 2007, Mills et al. 2005, De Roos et al. 2005, Schroeder et al. 2001). Roundup is the most widely used herbicide in the world. The active ingredient in Roundup is glyphosate, with over 200 million pounds of active glyphosate used per year in agriculture in the United States alone and around 1.8 billion pounds worldwide (Benbrook 2016, Atwood and Paisley-Jones 2017). Glyphosate was first introduced in 1974 and the usage of glyphosate and glyphosate-based herbicides (GBHs) has increased greatly in recent years (Benbrook 2016). Glyphosate is a broad-spectrum systemic herbicide and targets a broad range of weeds. Despite the widespread use of glyphosate and GBHs, findings in recent studies increased concerns for adverse health outcomes including carcinogenic effects in exposed individuals.

Taking into consideration the existing evidence of animal studies, *in vitro* studies, and human epidemiological studies the International Agency for Research on Cancer (IARC) in 2015 classified glyphosate as probably carcinogenic to humans, known as a "Group 2A" agent, where IARC concludes the evidence in humans is limited and evidence in animals is sufficient (IARC 2015). Based on the strength of the evidence for carcinogenicity the IARC concluded there was sufficient evidence of carcinogenicity in experimental animals showing a causal relationship between glyphosate and an increased incidence of malignant neoplasms in animal studies.

In contrast to IARC's report (IARC 2015), the European Food Safety Authority (EFSA 2015) and the US Environmental Protection Agency (EPA 2016, 2017, Davoren and Schiestl 2016) concluded that glyphosate is unlikely to pose a carcinogenic hazard to humans. Several reasons may explain these inconsistencies: 1) the regulatory agencies EPA and EFSA did not conduct a full reanalysis of all of the available evidence from the animal studies; 2) differences in how the regulatory authorities weighed peer-reviewed, publicly available studies; 3) it is important to consider whether the agencies focused on studies using only the active compound glyphosate or the formulated glyphosate-based herbicide (GBH) as it is used in agricultural or residential applications and 4) whether dietary exposures to the general population was the only factor considered in their study or if they took into account the elevated exposures in occupational and residential settings. Further, a main reason for the divergence of EPA's and IARC's conclusions was the different approach to evaluate the genotoxicity of glyphosate which is an important characteristic of the carcinogenic effect of a specific compound. EPA mentioned in their statement that there is no convincing evidence that "glyphosate induces mutations *in*

*vivo* via the oral route." IARC achieved the conclusion that there is "strong evidence" that exposure to glyphosate is genotoxic through at least two mechanisms known to be associated with human carcinogens. Again, related to the inconsistencies mentioned above IARC took into consideration the results of a total of 118 genotoxicity assays using glyphosate, GBHs, and aminomethylphosphonic acid (AMPA), the primary degradation product of glyphosate. On the other hand, EPA analysed only 51 of these 118 assays (Benbrook 2019). In addition, IARC analyzed another 81 assays exploring other possible genotoxic mechanisms receiving strong evidence for two key characteristics (micronucleus formation/DNA damage and oxidative stress) for carcinogenic substances (IARC 2017). More details about the mechanisms of glyphosate's carcinogenic action can be found in a section below (*Effects of Glyphosate on markers of inflammation and carcinogenesis*). The differences in the evaluation of the carcinogenicity of glyphosate between the different agencies are also discussed in Portier et al. (2016), Clausing et al. (2018), and Benbrook (2019). Their reviews summarize the flaws and shortcomings of the scientific evaluation by EFSA and EPA which were the basis of the inconsistencies between the regulatory agencies.

### 2. Human NHL Studies with Glyphosate

Multiple epidemiological studies were conducted to assess the risk to develop NHL after exposure to glyphosate, Roundup, and GBHs and are summarized in Table 1. Five studies (Eriksson et al. 2008; McDuffie et al. 2001, Hardell et al. 2002, De Roos et al. 2003, Cocco et al. 2013) of the six case control studies showed an increase for NHL findings in glyphosate exposed workers. Only one study (Orsi et al. 2009) which had limited statistical power showed no increase for NHL in exposed individuals. The studies included various exposure parameters and assessment metrics as described (e.g. Eriksson et al. 2008; McDuffie et al. 2001). Four of the case control studies revealed significant increased findings of some type of NHL after glyphosate exposure. The cohort studies and pooled analysis of Andreotti et al. (2018) and Leon et al. (2019), respectively, reported only a borderline statistic for the association of NHL and glyphosate. Pahwa et al. (2019) published findings from the North American Pooled Project (NAPP). In this study they pooled data from two case control studies (McDuffie et al. 2001, De Roos et al. 2003) and found an almost 2-fold greater risk to develop a sub-type of NHL (diffuse large B-cell lymphoma) for people handling glyphosate for more than 2 days per year. According to a recent meta-analysis (a meta-analysis combines results from separate studies to better understand the overall association) which encompasses a comprehensive review of existing literature and focusing on the most highly exposed groups in each study, Zhang et al. (2019) in the Department of Environmental & Occupational Health Sciences at the University of Washington found that the risk to develop NHL in glyphosate-exposed individuals can increase up to 41%. The primary analysis of the study included one cohort and five case-control studies. The recent meta-analysis by Zhang et al. (2019) suggests that the link between exposure to glyphosate and NHL is stronger than previously reported and the findings are in line with the assessment of the IARC in 2015 classifying glyphosate as a 'probable human carcinogen'. A systemic review of epidemiological studies was also published in a meta-analysis by Donato et al. (2020). In this study the authors found no significant increased risk of NHL and multiple myeloma (MM) in farm workers exposed to glyphosate. A recalculation of the study and the meta-relative risk reported by Donato et al. (2020) revealed that the study had flaws and was unreliable as demonstrated by Rana et al. (2020). The re-analysis by Rana et al. (2020) revealed that the study by Donato et al. (2020) also applied a novel design and that their calculation was not reproducible.

The strength of the association between glyphosate exposure and NHL is clearly shown in the epidemiologic case-control studies, where the relative risks of greater than 2.0 were seen in five

of the 6 studies (Table 1). All in all, the outcomes were confirmed by the meta-analyses (Schinasi and Leon 2014, Zhang et al. 2019), even though some questionable cohort studies do not provide conclusive data. It is noteworthy that the positive association of glyphosate exposure and NHL was observed in different populations, regions and in different periods of time. Further, the epidemiological studies showed increased incidences for NHL, but not for other types of cancer suggesting the specificity of glyphosate for NHL.

**Table 1.** Human studies investigating the association of NHL with glyphosate exposure

| Author and title | Source and year | Population included in the study | Type of study |
|---|---|---|---|
| Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. | Int J Cancer. 2008 Oct 1;123(7):1657-63. doi: 10.1002/ijc.23589. PMID: 18623080. | 910 cases and 1016 controls | Case control |
| McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. | Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63. PMID: 11700263. | 517 cases and 1506 controls | Case control |
| Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. | Leuk Lymphoma. 2002 May;43(5):1043-9. doi: 10.1080/10428190290021560. PMID: 12148884. | 515 cases and 1411 controls | Case control |
| De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF, Blair A. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. | Occup Environ Med. 2003 Sep;60(9):E11. doi: 10.1136/oem.60.9.e11. PMID: 12937207; PMCID: PMC1740618. | 650 cases and 1933 controls | Case control |
| Orsi L, Delabre L, Monnereau A, Delval P, Berthou C, Fenaux P, Marit G, Soubeyran P, Huguet F, Milpied N, Leporrier M, Hemon D, Troussard X, Clavel J. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. | Occup Environ Med. 2009 May;66(5):291-8. doi: 10.1136/oem.2008.040972. Epub 2008 Nov 18. PMID: 19017688; PMCID: PMC2728754. | 244 cases and 454 controls | Case control |
| Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M, 't Mannetje AM, Becker N, Benavente Y, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Brennan P, Miligi L, Ennas MG, Boffetta P. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. | Occup Environ Med. 2013 Feb;70(2):91-8. doi: 10.1136/oemed-2012-100845. Epub 2012 Nov 1. PMID: 23117219. | 2348 cases 2462 controls | Case control |
| Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. | Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527. doi: 10.3390/ijerph110404449. PMID: 24762670; PMCID: PMC4025008. | | Meta-analysis |
| Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. | Mutat Res Rev Mutat Res. 2019 Jul-Sep;781:186-206. doi:10.1016/j.mrrev.2019.02.001. Epub 2019 Feb 10. PMID: 31342895; PMCID: PMC6706269. | | Meta- analysis |
| Donato F, Pira E, Ciocan C, Boffetta P. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. | Med Lav. 2020 Feb 24;111(1):63-73. doi: 10.23749/mdl.v111i1.8967. PMID: 32096774; PMCID: PMC7809965. | | Meta-analysis |
| Pahwa M, Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Punam Pahwa PP, Dosman JA, Demers PA, Harris SA. Glyphosate use and associations with non-Hodgkin lymphoma major | Scand J Work Environ Health. 2019 Nov 1;45(6):600-609. doi: 10.5271/sjweh.3830. Epub 2019 Jun 27. PMID: 31246262. | 1690 cases and 5131 controls | Pooled analysis |

| | | | |
|---|---|---|---|
| histological sub-types: findings from the North American Pooled Project. | | | |
| Leon ME, Schinasi LH, Lebailly P, Beane Freeman LE, Nordby KC, Ferro G, Monnereau A, Brouwer M, Tual S, Baldi I, Kjaerheim K, Hofmann JN, Kristensen P, Koutros S, Straif K, Kromhout H, Schüz J. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. | Int J Epidemiol. 2019 Oct 1;48(5):1519-1535. doi: 10.1093/ije/dyz017. PMID: 30880337; PMCID: PMC6857760. | 2430 cases diagnosed in 316 270 farmers | Pooled analysis |
| Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, Lynch CF, Lerro CC, De Roos AJ, Parks CG, Alavanja MC, Silverman DT, Beane Freeman LE. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. | J Natl Cancer Inst. 2018 May 1;110(5):509-516. doi: 10.1093/jnci/djx233. PMID: 29136183; PMCID: PMC6279255. | 5779 cancer cases in 44 932 applicators | Cohort study |

### 3. Carcinogenicity of Glyphosate in animal studies

In addition to epidemiological studies various studies have been performed with mice and rats to investigate the carcinogenic effect of glyphosate in laboratory animals. Only one study using the active substance glyphosate in rats showed no significant increase in tumor incidence in the treated groups (Chruscielska et al. 2000). The commercial formulation of Roundup does not only contain the active compound glyphosate but also other ingredients such as surfactants including polyethoxylated amine (POEA) surfactants (POE-tallowamine). Importantly, studies have found that the combinations of the surfactants and the active ingredient can actually be more toxic than the pure active compound glyphosate (Mesnage et al. 2015).

Two published studies with rodents, one performed in mice (George et al. 2010) and another study performed with rats (Seralini et al. 2014) using glyphosate formulations were considered inadequate by IARC and EFSA. Consequently, industry-sponsored studies have been consulted for the carcinogenicity assessment of glyphosate by EFSA and IARC. Table 2 summarizes 13 chronic exposure studies of glyphosate in rodent long-term toxicity/carcinogenicity experiments which were recently reviewed and reanalyzed by Christopher Portier (2020). The thirteen studies reviewed in this article were considered to provide sufficient quality and detail to be reanalyzed using trend tests, historical control tests and pooled analyses. Five studies were conducted with CD-1 for a period of 24 months (Knezevich and Hogan 1983, Atkinson et al. 1993a) or 18 months (Sugimoto 1997, Wood et al. 2009, Takahashi 1999) listed in Table 2. The pooled analysis of the data showed a significant increase of adenomas, carcinomas and all tumors combined. There was a significant trend of kidney adenomas which are rarely found in CD-1 mice when compared to historical controls. The pooled analysis of the studies by Sugimoto (1997) and Wood et al. (2009) showed a significant increase in malignant lymphomas, which was only borderline statistically in the study by Atkinson et al. (1993a). The study performed in Swiss mice by Kumar (2001) reported a significant increase in hemangiosarcomas and a marginal increase of malignant lymphomas. The five studies performed in Sprague-Dawley rats (Lankas 1981, Stout and Ruecker 1990, Atkinson 1993b, Enemoto 1997) found increases of adrenal cortical carcinomas, liver adenomas, and skin tumors. The four studies in Wistar rats (Suresh 1996, Brammer 2001, Wood et al. 2009) reported an increase of hepatocellular adenomas and skin keratocanthomas. The review by Portier (2000) of the carcinogenicity studies showed that there is strong evidence that glyphosate causes hemangiosarcomas, kidney tumors and malignant lymphomas in mice and various types of tumors in rats.

The studies listed in Table 2 and the comprehensive reanalysis by Portier (2000) clearly support the IARC's conclusion and provides sufficient evidence that glyphosate and its formulations cause cancer in experimental animals.

**Table 2.** Summary of chronic exposure toxicity and carcinogenicity studies of glyphosate in mice and rats.

| Author and title | Reference and year | Species |
|---|---|---|
| Knezevich AL, Hogan GK. A chronic feeding study of glyphosate in mice. | Monsanto. East Millstone: Bio/Dynamic Inc.; 1983. Report No. 77–2011; 1983 | CD-1 mice |
| Atkinson C, Martin T, Hudson P, Robb D. Glyphosate: 104 week dietary carcinogenicity study in mice. | In: Inveresk Research International. Tranent: IRI Project No. 438618; 1993a. | CD-1 mice |
| Sugimoto K. 18-Month Oral Oncogenicity Study in Mice. | Vol. 1 and 2. Kodaira-shi: The Institute of Environmental Toxicology; Study No.:IET 94–0151; 1997. | CD-1 mice |
| Wood E, Dunster J, Watson P, Brooks P. Glyphosate Technical: Dietary Carcinogenicity Study in the Mouse. | Derbyshire: Harlan Laboratories Limited; Study No. 2060–011; 2009. | CD-1 mice |
| Takahashi M. Oral feeding carcinogenicity study in mice with AK-01. | Agatsuma: Nippon Experimental Medical Research Institute Co. Ltd.; 1999. | CD-1 mice |
| Kumar DPS. Carcinogenicity Study with Glyphosate Technical in Swiss Albino Mice. | In: Toxicology Department Rallis Research Centre, Rallis India Limited; Study No. TOXI: 1559. CARCI-M; 2001. | Swiss Albnino mice |
| Lankas GP. A Lifetime Study of Glyphosate in Rats. | Monsanto: Report No. 77–2062 prepared by Bio Dynamics, Inc.; 1981. | Sprague-Dawley rat |
| Stout LD, Ruecker PA. Chronic study of glyphosate administered in feed to albino rats. | Monsanto: Monsanto Chemical Company; 1990. | Sprague-Dawley rat |
| Atkinson C, Strutt A, Henderson W, et al: 104-Week Chronic Feeding/Oncogenicity study in rats with 52-week interim kill. | MRID No. 49631701; 1993b | Sprague-Dawley rat |
| Enemoto K. 24-Month Oral Chronic Toxicity and Oncogenicity Study in Rats. | Vol. 1. Kodaira-shi: The Institute of Environmental Toxicology; 1997 | Sprague-Dawley rat |
| Suresh TP. Combined chronic toxicity and carcinogenicity study with glyphosate technical in Wistar rats. | Syngenta: Toxicology Department Rallis Research Centre, Rallis India Limited; 1996. | Wistar rat |
| Brammer. Glyphosate Acid: Two Year Dietary Toxicity and Oncogenicity Study in Wistar Rats. | Cheshire: Central Toxicology Laboratory, Alderley Park, Macclesfield; 2001. | Wistar rat |
| Wood E, Dunster J, Watson P, Brooks P. Glyphosate Technical: Dietary Combined Chronic Toxicity/Carcinogenicity Study in the Rat. | Derbyshire: Harlan Laboratories Limited; Study No. 2060–012; 2009. | Wistar rat |

## 4.  Mode of action of glyphosate

The herbicidal effect of glyphosate is based on its inhibitory effect on the *shikimate* pathway which is critical for the growth of plants (Herrmann and Weaver 1999, Zabalza et al. 2017). This pathway is absent in animal and human cells. Despite the mechanism of glyphosate's herbicidal effect, numerous animal and *in vitro* studies provide evidence that glyphosate affects critical pathways in mammalian and human cells which can lead to adverse health effects. Mechanistic studies have shown that glyphosate and Roundup induces 1) the production of oxidative stress

(e.g. El-Shenawy 2009), 2) endocrine disruption (e.g. Serra et al. 2021, Munoz et al. 2021, Stur et al. 2019, Gasnier et al. 2009, Richard et al. 2005), 3) immunosuppression and inflammation (e.g. Peillex and Pelletier 2020, Wang et al. 2020, Tang et al. 2020; Kumar et al. 2014, Pandey et al. 2019), and 4) genetic alterations, genotoxicity and mutagenic effects (Wozniak et al. 2018; Santovito et al. 2018; Kwiatkowska et al. 2017, Ghisi et al. 2016). All these events disturb critical biological processes on a cellular level and may lead to the generation and promotion of malignant cells and provide plausible links between the exposure to glyphosate and the risk to develop NHL.

### 5. Effects of Glyphosate on markers of inflammation and carcinogenesis

The pathogenesis of NHL likely represents a complex process involving the accumulation of multiple cellular and molecular events especially genetic mutations associated with deficiencies in immune system responses (Nogai et al. 2011, Zahm et al. 1997). NHL is a cancer that affects lymphocytes, a type of white blood cells which are a crucial part of the immune system. The prolonged exposure to glyphosate can change important functions of immune cells leading to a dysregulation of the immune responses. A recent chronic exposure study conducted in mice showed that offsprings developed a reduced immune response after maternal exposure to 0.5 mg/kg glyphosate (Buchenauer et al. 2022). The results of this study indicate the potential of the immunosuppressive effect of glyphosate *in vivo* at a low-dose which might also be associated with the pathology of NHL. Immunosuppression is a strong risk factor in cancer and NHL (van Leeuwen et al. 2009). Consequently, the immunosuppressive effects of glyphosate could make the immune system less able to detect and destroy cancer cells. Suppression of the immune response would help the initiated malignant cells to evade the surveillance of the immune system leading to the promoted growth of the tumor cells and development of NHL (Zhai et al. 2020, Whiteside 2006). Furthermore, chronic exposure to glyphosate may disrupt the endocrine system (Munoz et al. 2021) or induce inflammation (Tang et al. 2020); both processes are also identified as tumor promoting events contributing to the development of NHL. In a 2-stage mouse skin carcinogenesis model where mice were exposed topically to glyphosate George et al. (2010) confirmed the tumor-promoting effect of glyphosate. The process of inflammation is a response of the immune system to danger and is vital to our health, however too much inflammation can be harmful. Inflammation that persists over long periods of time may contribute to a multitude of pathologies and have emerged as a major factor promoting cancer development (Coussons et al. 2013).  A link of environmental exposure with changes of inflammatory mediators and the possible consequences for carcinogenesis has been recently reviewed (Thompson et al. 2015).

The generation of oxidative stress, genotoxicity and mutagenic effects are probably the most well studied potential mechanisms of glyphosate's carcinogenic effects. Genotoxicity is a critical initial step in chemical-induced carcinogenesis. In a recently published report in 2019, the IARC has reconfirmed their opinion with regards to the genotoxicity of glyphosate stating: "The classification of glyphosate was supported by strong evidence that (i) glyphosate or glyphosate-based formulations are genotoxic based on studies in human cells *in vitro* and studies in experimental animals and (ii) glyphosate, glyphosate-based formulations, and major metabolite aminomethylphosphonic acid (AMPA) induce oxidative stress based on studies in experimental animals and studies in human cells *in vitro*" (IARC 2019). Oxidative stress is caused via generation of reactive oxygen species (ROS) which can damage proteins and DNA leading to pathological effects including cancer (Schieber and Chandel 2014, Klaunig 2018). Oxidative stress has been found to play an important role in carcinogenesis, including hematological malignancies such as NHL (Nojima et al 2011, Nakamura et al. 2022, Lan et al. 2007). A meta-analysis found that levels of reactive oxygen metabolites were strongly associated with cancer mortality (Schöttker et al. 2015). Thus, healthy cells exposed to glyphosate can be damaged

through oxidative stress causing the transformation of healthy lymphocytes into malignant cells. Oxidative stress is well known to cause DNA damage leading to mutations in the genome (Maynard et al. 2009). In a recent study conducted by Intayoung et al. (2021) the authors investigated the levels of malondialdehyde (MDA) and glutathione (GSH) as biomarkers of oxidative stress in the urine of farmers who were exposed to glyphosate or herbicide mixtures containing glyphosate, paraquat and 2,4-dichlorophenoxyacetic acid (2,4-D). In summary, the authors found no significant change in urinary MDA and GSH levels among groups of exposure to single herbicides. However, they found significantly higher MDA and lower GSH levels in farmers using glyphosate in combination with paraquat indicating the importance of exposure intensity and cumulative exposure intensity. Furthermore, the authors found that workers wearing gloves during the herbicide application had lower MDA levels. The results confirm previous studies (Turkmen et al. 2019, Dedeke et al. 2018) showing elevated levels of MDA and reduced levels of GSH in rats after exposure to GBH. Oxidative stress causing DNA damage and mutations may eventually initiate the transformation and generation of malignant tumor cells.

A study conducted by Bolognesi et al. (2009) showed that glyphosate exposure caused chromosomal damage in a human population and that the effects were significantly greater after exposure to glyphosate in the same individuals. Hutter et al. (2018) also investigated pesticide-exposed workers who predominantly applied the herbicide glyphosate. The results of the micronucleus assay revealed significant increased biomarkers from the micronucleus assay among exposed workers (Micronucleus testing is a method of detecting chromosome damage and mutations). Benedetti et al. (2013) evaluated the genotoxicity of glyphosate in farm workers applying a combination of herbicides, fungicides, and insecticides on soybean farms. According to questionnaires, the workers mostly used glyphosate-based formulations. The results also confirmed an association of exposure with the induction of DNA damage, determined in comet assay and the micronucleus test (Comet assay is a sensitive method to detect oxidative DNA damage resulting in DNA strand breaks). Another study by Kang et al. (2008) tested the mutagenicity induced by glyphosate in exposed mice finding a dose-dependent response between treatment dose and an increased micronucleus rate in bone marrow as indicator of mutagenicity.

Besides genotoxic and mutagenic effects of glyphosate, possible mechanism contributing to the promotion and progression of the initiated and transformed tumor cells after glyphosate exposure have been reported. For instance, studies have shown that formulations of glyphosate may alter cell cycle regulation at low doses (Marc et al. 2002, Marc et al. 2004). Cell cycle regulation is normally a strictly controlled process which can lead to uncontrolled cell growth by certain cell proliferating stimuli or chemical exposure. Uncontrolled cell cycling and increased cell growth is a hallmark of proliferating tumor cells (Cooper 2000). Furthermore, a recent study has found that exposure to glyphosate induces the expression of the B-cell genome mutator enzyme activation-induced cytidine deaminase (AID) in various tissues of mice including bone marrow and lymph nodes (Wang et al. 2019). The enzyme AID is a critical regulator in the maturation process of B lymphocytes and coordinates somatic hypermutation and immunoglobulin gene class switch recombination (Robbiani et al. 2009; Nussenzweig and Nussenzweig 2010). Furthermore, the authors identified AID as a critical mediator of pathogenic chromosomal rearrangements and other genetic lesions which may consequently lead to the development of NHL in humans. These findings suggest a novel mechanism indicating the specificity of glyphosate to target B cells that may lead to the initiation and progression of NHL.

The results from the numerous mechanistic studies performed in *in vitro* assays including human cells or in exposed farm workers and lab animals provide clear scientific evidence that glyphosate induces specific biomarkers of genotoxicity as well as tumor-promoting effects including the dysregulation of cell cycle, altered immune responses and cell differentiation,

processes which are key characteristics of carcinogenic compounds. The data revealing the mechanisms of glyphosate's carcinogenic effects are very important for a better assessment of the causation and for the scientific approach to test that a true association exists between exposure to glyphosate and NHL.

### 6. Toxicological assessment of additional exposure factors

Mr. Beckfield reported that he did not smoke cigarettes and only smoked approximately 3 cigars a year for the last 25 years. This meets the CDC criteria of a lifetime non-smoker under the CDC description of smoking less than 100 cigarettes. There is only limited evidence for a relationship between smoking and NHL (Mantle cell). Overall, findings support a role of tobacco smoking and the risk to develop follicular NHL (Taborelli et al. 2017). A significant increased risk between smoking tobacco and follicular NHL was found at cumulative lifetime exposures of 16-33 pack per years in women smokers. Therefore, smoking tobacco is not a likely contributing factor in Mr. Beckfield's case of developing Mantle Cell lymphoma.

*Exposure to chemicals other than Roundup.* Mr. Beckfield can recall having limited exposure to Atrazine during his farming years. Atrazine exposure has not been reported to be associated with development of NHL (Hoar Zahm et al. 1993). A limited contact to Alachlor (limited contact prior to 1986), Titanium Dioxide (paint) Benzophenone (paint) Crystalline silica (paint) associated with NHL according to IARC is not evident.

### 7. Considerations of evidence:

### 8. Lack of protection and prolonged acute exposure and absorption

Mr. Beckfield wore long sleeve shirts and pants. However, Mr. Beckfield was not adequately protected during the application of Roundup. He used no personal protection equipment (PPE) such as gloves, rubber boots, goggles or facial masks. PPE is essential for the safe preparation, application, spraying and handling of potentially hazardous substances such as Roundup. Thus, it is likely that Mr. Beckfield was exposed to liquid aerosols from Roundup which were absorbed by the exposed skin and/or by penetrating through clothing. Mr. Beckfield reported that during his work on the farms in Iowa he used to apply Roundup by spraying the plants in front of him regardless of wind conditions and that his clothing was soaked after spraying and walking through the fields. In addition to the exposure via inhalation the dermal absorption route has probably contributed significantly to the overall and systemic exposure. Mr. Beckfield came also into direct physical contact with liquid Roundup when he prepared the herbicide for spraying and during cleaning the hand sprayer and wand sprayer including the nozzles. Furthermore, Mr. Beckfield was exposed to the commercial formulation of Roundup which contains surfactants and have been found to be more toxic than the pure active compound glyphosate (Mesnage et al. 2015). Besides the lack of PPE during the exposure of Mr. Beckfield's application of Roundup, the various surfactants in Roundup likely contributed to an increased absorption of glyphosate.

### 9. Chronic exposure to glyphosate

With regards to the duration of the exposure to glyphosate the results of the "exposure-day" calculations (based on the reported exposure intervals from 1975 to 1985, 1986, and 1993 to 2017) indicate that Mr. Beckfield reached a cumulative exposure of 525 days. In comparison of exposure days, human epidemiological studies (Table 1) calculated that a person who had ever

used glyphosate had an excess of NHL overall odds ratio (OR 1.43, 95% CI 1.11-1.83). After adjustment for other pesticides, the OR for NHL overall with "ever use" was 1.13 (95% CI 0.84-1.51) with a statistically-significant association for handling glyphosate more than two days per year (OR 1.73, 95% CI 1.02-2.94, P-trend=0.2). The calculation indicates that Mr. Beckfield's exposure time of 525 days to glyphosate was clearly above the exposure threshold metric cut-offs.

### 10. NHL Latency Interval

Based on his first reported exposure to Roundup, Mr. Beckfield's latency interval to date of noticing a node in 2016 and the clinical diagnosis in June 2019 was approximately 41 to 44 years (1975-2016/2019). Latency estimates for NHL can be 25 years or higher and is not exactly known for each subtype of NHL after chemical exposure. The average latency period for the development of NHL caused by a long-term exposure to carcinogenic chemicals was estimated to be 20 years with a span of 10 to 30 years or more (Weisenburger 1992, Kato et al. 2005). It is important to note that an acute and high-dose exposure may lead to a shorter latency period, however, according to the study by Eriksson et al. (2008), the authors estimated a risk of only 1.11 for exposures less than 10 years whereas exposures with a latency period of greater than 10 years significantly increased to a risk of 2.26 to develop NHL. Based on the epidemiological studies listed in Table 1, the glyphosate-induced NHL is likely to have a long average latency period of 20 or more years.

### 11. Mechanism of carcinogenicity of glyphosate

Mr. Beckfield's clinical diagnosis in June 2019 with a latency of 44 years after the first exposure to Roundup meets the minimal latency requirement for NHL which suggests that the first exposure in the 1975 to 1986 initiated the onset of NHL and that the repeated exposure of Roundup at his residences between 1993 and 2018 promoted the development of NHL with a clinical diagnosis of Mantel Cell lymphoma in 2019. The first step in chemical-induced carcinogenesis is the initiation of tumor cells through oxidative stress, DNA damages, and genetic alterations caused by glyphosate. In a second phase tumor-promoting activities as shown for glyphosate in *in vitro* and *in vivo* studies, the chronic and continuous exposure will lead to the growth of the initiated cells and progression of the tumor. Mr. Beckfield reported that he was exposed to Roundup for the first time in 1975 when he was only 13 years old. The accumulation of glyphosate in children has been reported (Lemke et al. 2021, Gillezeau et al. 2020) and it is well known that young individuals such as children and teenagers are highly vulnerable and more likely to be affected by the exposure to harmful chemicals (Landigren 2004).

Considering the long-term toxicity and carcinogenicity of Roundup observed in rodents and human studies, the exposure of Roundup starting at a young age and over a long period of time like in the case of Mr. Beckfield has a high probability to have caused the initiation and progression of the Mantel Cell lymphoma diagnosed in 2019.

### 12. Summary and Conclusions

After reviewing the available scientific evidence my conclusion is that glyphosate is capable of causing NHL in humans. In my report I have presented a summary of the human epidemiologic studies, reports of animal carcinogenesis experiments, and numerous mechanistic studies that are relevant to the process of the development of lymphoma in humans exposed to glyphosate in the workplace and/or through the environment. Overall, these studies provide a compelling link between the exposures to glyphosate and an increased risk to develop NHL. The analysis in my report focused on providing the best possible answer to the question of whether or not the

exposure of Mr. Beckfield to Roundup may have caused the development of Mantel Cell lymphoma. Based on the available information regarding the duration and intensity of Mr. Beckfield's exposure to glyphosate and my objective review of the relevant human and animal studies and the compelling evidence found in studies describing the mechanisms of action of glyphosate, I am convinced that the answer to the above question is "yes". The chronic long-term exposure to glyphosate reported by Mr. Beckfield and the causal relationship between the specific exposure to glyphosate and the development of NHL is evident.

Respectfully submitted,

Christoph F.A. Vogel, Ph.D.
Professor of Research,
Toxicologist

### 13. References

Andreotti G, Koutros S, Hofmann JN, Sandler DP, Lubin JH, Lynch CF, Lerro CC, De Roos AJ, Parks CG, Alavanja MC, Silverman DT, Beane Freeman LE. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst. 2018 May 1;110(5):509-516. doi: 10.1093/jnci/djx233. PMID: 29136183; PMCID: PMC6279255.

Armitage JO, Gascoyne RD, Lunning MA, Cavalli F. Non-Hodgkin lymphoma. Lancet. 2017 Jul 15;390(10091):298-310. doi: 10.1016/S0140-6736(16)32407-2. Epub 2017 Jan 31. PMID: 28153383.

Atkinson, C., Martin, T., Hudson, P. & Robb, D. (1993a) Glyphosate: 104 week dietary carcinogenicity study in mice. Unpublished report No.7793, IRI project No. 438618, dated 12 April 1991, from Inveresk Research International, Tranent, Scotland. Submitted to WHO by Cheminova A/S, Lemvig, Denmark. MRID 49631702.

Atkinson, C., Strutt, A.V., Henderson, W., Finch, J. & Hudson, P. (1993b) Glyphosate: 104 week combined chronic feeding/oncogenicity study in rats with 52 week interim kill (results after 104 weeks.). Unpublished report No. 7867, IRI project No. 438623, dated 7 April 1993, from Inveresk Research International, Tranent, Scotland. Submitted to WHO by Cheminova A/S, Lemvig, Denmark. MRID 49631701.

Atwood D, Paisley-Jones C. Pesticides Industry Sales and Usage: 2008–2012 Market Estimates. United States Environmental Protection Agency: Washington, DC, USA. 2017.

Benedetti D, Lopes Alderete B, de Souza CT, Ferraz Dias J, Niekraszewicz L, Cappetta M, Martínez-López W, Da Silva J. DNA damage and epigenetic alteration in soybean farmers exposed to complex mixture of pesticides. Mutagenesis. 2018 Feb 24;33(1):87-95. doi: 10.1093/mutage/gex035. PMID: 29244183.

Benbrook CM. Trends in glyphosate herbicide use in the United States and globally. Environ Sci Eur. 2016;28(1):3.

Benbrook, C.M. How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?. *Environ Sci Eur* **31,** 2 (2019).

Bolognesi C, Carrasquilla G, Volpi S, Solomon KR, Marshall EJ (2009) Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate. J Toxicol Environ Health Part A 72:986–997.

Brammer. Glyphosate Acid: Two Year Dietary Toxicity and Oncogenicity Study in Wistar Rats. Cheshire: Central Toxicology Laboratory, Alderley Park Macclesfield; 2001.

Buchenauer L, Junge KM, Haange SB, Simon JC, von Bergen M, Hoh AL, Aust G, Zenclussen AC, Stangl GI, Polte T. Glyphosate differentially affects the allergic immune response across generations in mice. Science of The Total Environment, 2022, 157973, ISSN 0048-9697, https://doi.org/10.1016/j.scitotenv.2022.157973.

Chiu BC, Blair A. Pesticides, chromosomal aberrations, and non-Hodgkin's lymphoma. J Agromedicine. 2009;14(2):250-5. doi: 10.1080/10599240902773140. PMID: 19437285; PMCID: PMC2790329.

Chruscielska KGB, Brzezinski J, Kita K, Kalhorn D, Kita I, Graffstein B, Korzeniowski P. (2000) Glyphosate: evaluation of chronic activity and possible far-reaching effects-Part 1. Studies on chronic toxicity. Pestycydy (3–4):11–20

Clarke CA, Glaser SL. Changing incidence of non-Hodgkin lymphomas in the United States. Cancer. 94:2015-23, 2002.

Clausing P, Robinson C, Burtscher-Schaden H. Pesticides and public health: an analysis of the regulatory approach to assessing the carcinogenicity of glyphosate in the European Union. J Epidemiol Community Health. 2018 Aug;72(8):668-672. doi: 10.1136/jech-2017-209776. Epub 2018 Mar 13. PMID: 29535253; PMCID: PMC6204965.

Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M, 't Mannetje AM, Becker N, Benavente Y, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Brennan P, Miligi L, Ennas MG, Boffetta P. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. Occup Environ Med. 2013 Feb;70(2):91-8. doi: 10.1136/oemed-2012-100845. Epub 2012 Nov 1. PMID: 23117219.

Cooper GM. The Cell: A Molecular Approach. 2nd edition. Sunderland (MA): Sinauer Associates; 2000. The Development and Causes of Cancer. Available from: https://www.ncbi.nlm.nih.gov/books/NBK9963/

Coussens LM, L. Zitvogel, A. K. Palucka, Neutralizing tumor-promoting chronic inflammation: A magic bullet? Science. 2013; 339(6117):286–291.

Davoren MJ, Schiestl RH. Glyphosate Based Herbicides and Cancer Risk: A Post IARC Decision Review of Potential Mechanisms, Policy, and Avenues of Research. Carcinogenesis. 2018.

De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF, Blair A. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med. 2003 Sep;60(9):E11. doi: 10.1136/oem.60.9.e11. PMID: 12937207; PMCID: PMC1740618.

De Roos AJ, Hartge P, Lubin JH, Colt JS, Davis S, Cerhan JR, Severson RK, Cozen W, Patterson DG Jr, Needham LL, Rothman N. Persistent organochlorine chemicals in plasma and risk of non-Hodgkin's lymphoma. Cancer Res. 2005 Dec 1;65(23):11214-26. doi: 10.1158/0008-5472.CAN-05-1755. PMID: 16322272.

Dedeke GA, Owagboriaye FO, Ademolu KO, Olujimi OO, Aladesida AA. Comparative Assessment on Mechanism Underlying Renal Toxicity of Commercial Formulation of Roundup Herbicide and Glyphosate Alone in Male Albino Rat. Int J Toxicol. 2018 Jul/Aug;37(4):285-295. doi: 10.1177/1091581818779553. Epub 2018 Jun 11. PMID: 29890881.

Dodge JL, Mills PK, Riordan DG. Cancer survival in California Hispanic farmworkers, 1988-2001. J Rural Health. 2007 Winter;23(1):33-41. doi: 10.1111/j.1748-0361.2006.00065.x. PMID: 17300476.

Donato F, Pira E, Ciocan C, Boffetta P. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav. 2020 Feb 24;111(1):63-73. doi: 10.23749/mdl.v111i1.8967. PMID: 32096774; PMCID: PMC7809965.

Dreiher J, Kordysh E. Non-Hodgkin lymphoma and pesticide exposure: 25 years of research. Acta Haematol. 2006;116(3):153-64. doi: 10.1159/000094675. PMID: 17016033.

El-Shenawy N. 2009. Oxidative stress responses of rats exposed to Roundup and its active ingredient glyphosate. Environ Toxicol Pharmacol. 28(3):379–385.

Enemoto K. 24-Month Oral Chronic Toxicity and Oncogenicity Study in Rats, Vol. 1. Kodaira-shi: The Institute of Environmental Toxicology; 1997.

EPA (2016) Glyphosate issue paper: evaluation of carcinogenic potential. https://www.epa.gov/sites/production/files/2016-09/documents/glyphosate_issue_paper_evaluation_of_carcincogenic_potential.pdf.

EPA U.S. Environmental Protection Agency Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* 12-13, 143-44 (Dec. 12, 2017) [Daubert Ex. 873].

Eriksson M, Hardell L, Carlberg M, Akerman M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer. 2008 Oct 1;123(7):1657-63. doi: 10.1002/ijc.23589. PMID: 18623080.

European Food Safety Authority. Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate. *EFSA J* 2015;13:4302.

Gasnier C, Dumont C, Benachour N, Clair E, Chagnon MC, Séralini GE. Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines. Toxicology. 2009 Aug 21;262(3):184-91. doi: 10.1016/j.tox.2009.06.006. Epub 2009 Jun 17. PMID: 19539684.

George J, Prasad S, Mahmood Z, Shukla Y. Studies on glyphosate-induced carcinogenicity in mouse skin: a proteomic approach. J Proteomics. 2010 Mar 10;73(5):951-64. doi: 10.1016/j.jprot.2009.12.008. Epub 2010 Jan 4. PMID: 20045496.

Ghisi Nde C, de Oliveira EC, Prioli AJ. Does exposure to glyphosate lead to an increase in the micronuclei frequency? A systematic and meta-analytic review. Chemosphere. 2016 Feb;145:42-54. doi: 10.1016/j.chemosphere.2015.11.044. Epub 2015 Dec 10. PMID: 26688238.

Gillezeau C, Lieberman-Cribbin W, Taioli E. Update on human exposure to glyphosate, with a complete review of exposure in children. Environ Health. 2020 Nov 12;19(1):115. doi: 10.1186/s12940-020-00673-z. PMID: 33183283; PMCID: PMC7664019.

Hardell L, Eriksson M, Nordstrom M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma. 2002 May;43(5):1043-9. doi: 10.1080/10428190290021560. PMID: 12148884.

Herrmann KM, Weaver LM. THE SHIKIMATE PATHWAY. Annu Rev Plant Physiol Plant Mol Biol. 1999 Jun;50:473-503. doi: 10.1146/annurev.arplant.50.1.473. PMID: 15012217.

Hoar Zahm S, Weisenburger DD, Cantor KP, Holmes FF, Blair A. Role of the herbicide atrazine in the development of non-Hodgkin's lymphoma. Scand J Work Environ Health. 1993 Apr;19(2):108-14. doi: 10.5271/sjweh.1499. PMID: 8316777.

Hutter HP, Khan AW, Lemmerer K, Wallner P, Kundi M, Moshammer H. Cytotoxic and Genotoxic Effects of Pesticide Exposure in Male Coffee Farmworkers of the Jarabacoa Region, Dominican Republic. Int J Environ Res Public Health. 2018 Aug 3;15(8):1641. doi: 10.3390/ijerph15081641. PMID: 30081446; PMCID: PMC6121533.

Intayoung U, Wunnapuk K, Kohsuwan K, Sapbamrer R, Khacha-Ananda S. Effect of Occupational Exposure to Herbicides on Oxidative Stress in Sprayers. Saf Health Work. 2021 Mar;12(1):127-132. doi: 10.1016/j.shaw.2020.09.011. Epub 2020 Oct 3. PMID: 33732538; PMCID: PMC7940442.

IARC Working Group. Glyphosate. *In:* Some organophosphate insecticides and herbicides: diazinon, glyphosate, malathion, parathion, and tetrachlorvinphos. *Vol* 112. IARC Monogr Prog, 2015:1–92.

IARC (2017) IARC Monographs on the evaluation of carcinogenic risks to humans—volume 112: some organophosphate insecticides and herbicides. https://monographs.iarc.fr/wp-content/uploads/2018/07/mono112.pdf. Accessed 10 June 2018

IARC. (2019). *Report of the Advisory Group to Recommend Priorities for the IARC Monographs during 2020-2024.* Retrieved from IARC WHO: https://monographs.iarc.fr/wp-content/uploads/2019/10/IARCMonographs-AGReport-Priorities_2020-2024.pdf

Kang, JF, ZENG M, GUAN L, GUO J, CHEN P, ZHONG C., "Study on mutagenesis induced by glyphosate in mice," 2008, Carcinogenesis, Teratogenesis & Mutagenesis, Vol. 20(3), pp. 227-320.

Kato I, Koenig KL, Watanabe-Meserve H, Baptiste MS, Lillquist PP, Frizzera G, Burke JS, Moseson M, Shore RE. Personal and occupational exposure to organic solvents and risk of non-Hodgkin's lymphoma (NHL) in women (United States). Cancer Causes Control. 2005 Dec;16(10):1215-24. doi: 10.1007/s10552-005-0385-4. PMID: 16215872.

Klaunig JE. Oxidative Stress and Cancer. Curr Pharm Des. 2018;24(40):4771-4778. doi: 10.2174/1381612825666190215121712. PMID: 30767733.

Knezevich AL, Hogan GK. A chronic feeding study of glyphosate in mice: Monsanto. East Millstone: Bio/Dynamic Inc.; 1983. Report No. 77–2011. ; 1983

Kumar S, Khodoun M, Kettleson E, McKnight C, Reponen T, Grinshpun S, Adhikari A. 2014. Glyphosate-rich air samples induce IL-33, TSLP and generate IL-13 dependent airway inflammation. Toxicology. 325:42–51.

Kumar DPS. Carcinogenicity Study with Glyphosate Technical in Swiss Albino Mice. In: Toxicology Department Rallis Research Centre, Rallis India Limited; 2001. Study No. TOXI: 1559.CARCI-M.

Kwiatkowska M, Reszka E, Woźniak K, Jabłońska E, Michałowicz J, Bukowska B. DNA damage and methylation induced by glyphosate in human peripheral blood mononuclear cells (in vitro study). Food Chem Toxicol. 2017 Jul;105:93-98. doi: 10.1016/j.fct.2017.03.051. Epub 2017 Mar 27. PMID: 28351773.

Lan Q, Zheng T, Shen M, Zhang Y, Wang SS, Zahm SH, Holford TR, Leaderer B, Boyle P, Chanock S. Genetic polymorphisms in the oxidative stress pathway and susceptibility to non-Hodgkin lymphoma. Hum Genet. 2007;121:161–168.

Landrigan PJ. Children as a vulnerable population. Int J Occup Med Environ Health. 2004;17(1):175-7. PMID: 15212221.

Lankas GP. A Lifetime Study of Glyphosate in Rats. Monsanto: Report No. 77–2062 prepared by Bio Dynamics, Inc.; 1981.

Lemke N, Murawski A, Schmied-Tobies MIH, Rucic E, Hoppe HW, Conrad A, Kolossa-Gehring M. Glyphosate and aminomethylphosphonic acid (AMPA) in urine of children and adolescents in Germany - Human biomonitoring results of the German Environmental Survey 2014-2017 (GerES V). Environ Int. 2021 Nov;156:106769. doi: 10.1016/j.envint.2021.106769. Epub 2021 Jul 16. PMID: 34274860.

Leon ME, Schinasi LH, Lebailly P, Beane Freeman LE, Nordby KC, Ferro G, Monnereau A, Brouwer M, Tual S, Baldi I, Kjaerheim K, Hofmann JN, Kristensen P, Koutros S, Straif K, Kromhout H, Schüz J. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH

consortium. Int J Epidemiol. 2019 Oct 1;48(5):1519-1535. doi: 10.1093/ije/dyz017. PMID: 30880337; PMCID: PMC6857760.

Marc J, Mulner-Lorillon O, Boulben S, Hureau D, Durand G, Bellé R. Pesticide Roundup provokes cell division dysfunction at the level of CDK1/cyclin B activation. Chem Res Toxicol. 2002 Mar;15(3):326-31. doi: 10.1021/tx015543g. PMID: 11896679.

Marc J, Bellé R, Morales J, Cormier P, Mulner-Lorillon O. Formulated glyphosate activates the DNA-response checkpoint of the cell cycle leading to the prevention of G2/M transition. Toxicol Sci. 2004 Dec;82(2):436-42. doi: 10.1093/toxsci/kfh281. Epub 2004 Sep 16. PMID: 15375296.

Maynard S, Schurman SH, Harboe C, de Souza-Pinto NC, Bohr VA. Base excision repair of oxidative DNA damage and association with cancer and aging. Carcinogenesis. 2009 Jan;30(1):2-10. doi: 10.1093/carcin/bgn250. Epub 2008 Oct 31. PMID: 18978338; PMCID: PMC2639036.

McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63. PMID: 11700263.

Merhi M, Raynal H, Cahuzac E, Vinson F, Cravedi JP, Gamet-Payrastre L: Occupational exposure to pesticides and risk of hematopoietic cancers: meta-analysis of case-control studies. Cancer Causes Control 2007, 18(10):1209-1226.

Mesnage R, Defarge N, Spiroux de Vendômois J, Séralini GE. Potential toxic effects of glyphosate and its commercial formulations below regulatory limits. Food Chem Toxicol. 2015 Oct;84:133-53. doi: 10.1016/j.fct.2015.08.012. Epub 2015 Aug 14. PMID: 26282372.

Miligi L, Costantini AS, Bolejack V, Veraldi A, Benvenuti A, Nanni O, Ramazzotti V, Tumino R, Stagnaro E, Rodella S, Fontana A, Vindigni C, Vineis P. Non-Hodgkin's lymphoma, leukemia, and exposures in agriculture: results from the Italian multicenter case-control study. Am J Ind Med. 2003 Dec;44(6):627-36. doi: 10.1002/ajim.10289. PMID: 14635239.

Mills PK, Yang R, Riordan D. Lymphohematopoietic cancers in the United Farm Workers of America (UFW), 1988-2001. Cancer Causes Control. 2005 Sep;16(7):823-30. doi: 10.1007/s10552-005-2703-2. PMID: 16132792.

Muñoz JP, Bleak TC, Calaf GM. Glyphosate and the key characteristics of an endocrine disruptor: A review. Chemosphere. 2021 May;270:128619. doi:10.1016/j.chemosphere.2020.128619. Epub 2020 Oct 19. PMID: 33131751.

Nakamura H, Hara T, Mabuchi R, Matsumoto T, Nakamura N, Ninomiya S, Kitagawa J, Kanemura N, Kito Y, Takami T, Miyazaki T, Takeuchi T, Shimizu M, Tsurumi H. Clinical significance of oxidative stress for untreated patients with diffuse large B-cell lymphoma. Mol Clin Oncol. 2022 Jan;16(1):4. doi: 10.3892/mco.2021.2437. Epub 2021 Nov 4. PMID: 34824844; PMCID: PMC8609529.

Nogai H, Dörken B, Lenz G. Pathogenesis of non-Hodgkin's lymphoma. J Clin Oncol. 2011 May 10;29(14):1803-11. doi: 10.1200/JCO.2010.33.3252. Epub 2011 Apr 11. PMID: 21483013.

Nojima J, Motoki Y, Tsuneoka H, Kuratsune H, Matsui T, Yamamoto M, Yanagihara M, Hinoda Y, Ichihara K. 'Oxidation stress index' as a possible clinical marker for the evaluation of non-Hodgkin lymphoma. Br J Haematol. 2011;155:528–530. doi: 10.1111/j.1365-2141.2011.08719.x.

Nussenzweig A, Nussenzweig MC. Origin of chromosomal translocations in lymphoid cancer. Cell. 2010 Apr 2;141(1):27-38. doi: 10.1016/j.cell.2010.03.016. PMID: 20371343; PMCID: PMC2874895.

Orsi L, Delabre L, Monnereau A, Delval P, Berthou C, Fenaux P, Marit G, Soubeyran P, Huguet F, Milpied N, Leporrier M, Hemon D, Troussard X, Clavel J. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occup Environ Med. 2009 May;66(5):291-8. doi: 10.1136/oem.2008.040972. Epub 2008 Nov 18. PMID: 19017688; PMCID: PMC2728754.

Pahwa M, Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Punam Pahwa PP, Dosman JA, Demers PA, Harris SA. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health. 2019 Nov 1;45(6):600-609. doi: 10.5271/sjweh.3830. Epub 2019 Jun 27. PMID: 31246262.

Pandey A, Dhabade P, Kumarasamy A. 2019. Inflammatory effects of subacute exposure of Roundup in rat liver and adipose tissue. Dose Response. 17:1559.

Peillex C, Pelletier M. The impact and toxicity of glyphosate and glyphosate-based herbicides on health and immunity. J Immunotoxicol. 2020 Dec;17(1):163-174. doi: 10.1080/1547691X.2020.1804492. PMID: 32897110.

Portier CJ. A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies. Environ Health. 2020 Feb 12;19(1):18. doi: 10.1186/s12940-020-00574-1. PMID: 32050978; PMCID: PMC7014589.

Portier CJ, Armstrong BK, Baguley BC, Baur X, Belyaev I, Bellé R, Belpoggi F, Biggeri A, Bosland MC, Bruzzi P, Budnik LT, Bugge MD, Burns K, Calaf GM, Carpenter DO, Carpenter HM, López-Carrillo L, Clapp R, Cocco P, Consonni D, Comba P, Craft E, Dalvie MA, Davis D, Demers PA, De Roos AJ, DeWitt J, Forastiere F, Freedman JH, Fritschi L, Gaus C, Gohlke JM, Goldberg M, Greiser E, Hansen J, Hardell L, Hauptmann M, Huang W, Huff J, James MO, Jameson CW, Kortenkamp A, Kopp-Schneider A, Kromhout H, Larramendy ML, Landrigan PJ, Lash LH, Leszczynski D, Lynch CF, Magnani C, Mandrioli D, Martin FL, Merler E, Michelozzi P, Miligi L, Miller AB, Mirabelli D, Mirer FE, Naidoo S, Perry MJ, Petronio MG, Pirastu R, Portier RJ, Ramos KS, Robertson LW, Rodriguez T, Röösli M, Ross MK, Roy D, Rusyn I, Saldiva P, Sass J, Savolainen K, Scheepers PT, Sergi C, Silbergeld EK, Smith MT, Stewart BW, Sutton P, Tateo F, Terracini B, Thielmann HW, Thomas DB, Vainio H, Vena JE, Vineis P, Weiderpass E, Weisenburger DD, Woodruff TJ, Yorifuji T, Yu IJ, Zambon P, Zeeb H, Zhou SF. Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). J Epidemiol Community Health. 2016 Aug;70(8):741-5. doi: 10.1136/jech-2015-207005. Epub 2016 Mar 3. PMID: 26941213; PMCID: PMC4975799.

Quintana PJ, Delfino RJ, Korrick S, Ziogas A, Kutz FW, Jones EL, Laden F, Garshick E. Adipose tissue levels of organochlorine pesticides and polychlorinated biphenyls and risk of non-Hodgkin's lymphoma. Environ Health Perspect. 2004 Jun;112(8):854-61. doi: 10.1289/ehp.6726. PMID: 15175172; PMCID: PMC1242012.

Rana I, Taioli E, Zhang L. Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma. Environ Res. 2020 Dec;191:110140. doi: 10.1016/j.envres.2020.110140. Epub 2020 Aug 29. PMID: 32871148; PMCID: PMC7889289.

Remontet L, Estève J, Bouvier AM, Grosclaude P, Launoy G, Menegoz F, Exbrayat C, Tretare B, Carli PM, Guizard AV, Troussard X, Bercelli P, Colonna M, Halna JM, Hedelin G, Macé-

Lesec'h J, Peng J, Buemi A, Velten M, Jougla E, Arveux P, Le Bodic L, Michel E, Sauvage M, Schvartz C, Faivre J. Cancer incidence and mortality in France over the period 1978-2000. Rev Epidemiol Sante Publique. 2003 Feb;51(1 Pt 1):3-30. PMID: 12684578.

Richard S, Moslemi S, Sipahutar H, Benachour N, Seralini G. 2005. Differential effects of glyphosate and Roundup on human placental cells and aromatase. Environ Health Perspect. 113(6):716–720.

Robbiani DF, Bunting S, Feldhahn N, Bothmer A, Camps J, Deroubaix S, McBride KM, Klein IA, Stone G, Eisenreich TR, Ried T, Nussenzweig A, Nussenzweig MC. AID produces DNA double-strand breaks in non-Ig genes and mature B cell lymphomas with reciprocal chromosome translocations. Mol Cell. 2009 Nov 25;36(4):631-41. doi: 10.1016/j.molcel.2009.11.007. PMID: 19941823; PMCID: PMC2805907.

Santovito A, Ruberto S, Gendusa C, Cervella P. In vitro evaluation of genomic damage induced by glyphosate on human lymphocytes. Environ Sci Pollut Res Int. 2018 Dec;25(34):34693-34700. doi: 10.1007/s11356-018-3417-9. Epub 2018 Oct 15. PMID: 30324367.

Séralini GE, Clair E, Mesnage R, Gress S, Defarge N, Malatesta M, Hennequin D, de Vendômois JS. Republished study: long-term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize. Environ Sci Eur. 2014;26(1):14. doi: 10.1186/s12302-014-0014-5. Epub 2014 Jun 24. PMID: 27752412; PMCID: PMC5044955.

Schieber M, Chandel NS. ROS function in redox signaling and oxidative stress. Curr Biol. 2014 May 19;24(10):R453-62. doi: 10.1016/j.cub.2014.03.034. PMID: 24845678; PMCID: PMC4055301.

Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527. doi: 10.3390/ijerph110404449. PMID: 24762670; PMCID: PMC4025008.

Schöttker B, Brenner H, Jansen EH, Gardiner J, Peasey A, Kubínová R, Pająk A, Topor-Madry R, Tamosiunas A, Saum KU, et al. Evidence for the free radical/oxidative stress theory of ageing from the CHANCES consortium: A meta-analysis of individual participant data. BMC Med. 2015;13(300) doi: 10.1186/s12916-015-0537-7.

Schroeder JC, Olshan AF, Baric R, Dent GA, Weinberg CR, Yount B, Cerhan JR, Lynch CF, Schuman LM, Tolbert PE, Rothman N, Cantor KP, Blair A. Agricultural risk factors for t(14;18) subtypes of non-Hodgkin's lymphoma. Epidemiology. 2001 Nov;12(6):701-9. doi: 10.1097/00001648-200111000-00020. PMID: 11679800.

Serra L, Estienne A, Vasseur C, Froment P, Dupont J. Review: Mechanisms of Glyphosate and Glyphosate-Based Herbicides Action in Female and Male Fertility in Humans and Animal Models. Cells. 2021 Nov 8;10(11):3079. doi: 10.3390/cells10113079. PMID: 34831302; PMCID: PMC8622223.

Shankland K. R., Armitage J. O. & Hancock B. W. Non-Hodgkin lymphoma. Lancet380, 848–857 (2012).

Siegel R. L., Miller K. D. & Jemal A. Cancer statistics, 2016. CA Cancer J Clin66, 7–30 (2016).

Stout LD, Ruecker PA. Chronic study of glyphosate administered in feed to albino rats. Monsanto: Monsanto Chemical Company; 1990.

Stur E, Aristizabal-Pachon AF, Peronni KC, Agostini LP, Waigel S, Chariker J, Miller DM, Thomas SD, Rezzoug F, Detogni RS, Reis RSD, Silva Junior WA, Louro ID. Glyphosate-based herbicides at low doses affect canonical pathways in estrogen positive and negative breast

cancer cell lines. PLoS One. 2019 Jul 11;14(7):e0219610. doi: 10.1371/journal.pone.0219610. PMID: 31295307; PMCID: PMC6622539.

Sugimoto K. 18-Month Oral Oncogenicity Study in Mice, Vol. 1 and 2. Kodaira-shi: The Institute of Environmental Toxicology; 1997. Study No.:IET 94–0151

Suresh TP. Combined chronic toxicity and carcinogenicity study with glyphosate technical in Wistar rats. Syngenta: Toxicology Department Rallis Research Centre, Rallis India Limited; 1996.

Taborelli M, Montella M, Libra M, Tedeschi R, Crispo A, Grimaldi M, Dal Maso L, Serraino D, Polesel J. The dose-response relationship between tobacco smoking and the risk of lymphomas: a case-control study. BMC Cancer. 2017 Jun 16;17(1):421. doi: 10.1186/s12885-017-3414-2. PMID: 28622762; PMCID: PMC5473991

Takahashi M. Oral feeding carcinogenicity study in mice with AK-01. Agatsuma: Nippon Experimental Medical Research Institute Co. Ltd.; 1999.

Tang Q, Tang J, Ren X, Li C. Glyphosate exposure induces inflammatory responses in the small intestine and alters gut microbial composition in rats. Environ Pollut. 2020 Jun;261:114129. doi: 10.1016/j.envpol.2020.114129. Epub 2020 Feb 3. PMID: 32045792.

Thompson PA, Khatami M, Baglole CJ, Sun J, Harris S, Moon EY, et al. Environmental immune disruptors, inflammation and cancer risk. Carcinogenesis. 2015; 36:232-253.

Titcomb CP Jr. Non-Hodgkin's lymphoma: in a class all its own. J Insur Med. 2001;33(4):329-38. PMID: 11877913.

Turkmen R, Birdane YO, Demirel HH, Yavuz H, Kabu M, Ince S. Antioxidant and cytoprotective effects of N-acetylcysteine against subchronic oral glyphosate-based herbicide-induced oxidative stress in rats. Environ Sci Pollut Res Int. 2019 Apr;26(11):11427-11437. doi: 10.1007/s11356-019-04585-5. Epub 2019 Feb 25. PMID: 30805841.

van Leeuwen MT, Grulich AE, Webster AC, McCredie MR, Stewart JH, McDonald SP, Amin J, Kaldor JM, Chapman JR, Vajdic CM. Immunosuppression and other risk factors for early and late non-Hodgkin lymphoma after kidney transplantation. Blood. 2009 Jul 16;114(3):630-7. doi: 10.1182/blood-2009-02-202507. Epub 2009 May 14. PMID: 19443660.

Wang L, Deng Q, Hu H, Liu M, Gong Z, Zhang S, Xu-Monette ZY, Lu Z, Young KH, Ma X, Li Y. Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice. J Hematol Oncol. 2019 Jul 5;12(1):70. doi: 10.1186/s13045-019-0767-9. PMID: 31277689; PMCID: PMC6612199.

Wang W, Qingqing L, Tianyi Z, Lu C, Shu L, Shiwen X. 2020. Glyphosate induces lymphocyte cell dysfunction and apoptosis via regulation of miR-203 targeting of PIK3R1 in common carp (*Cyprinus carpio L.*). Fish Shellfish Immunol. 101:51–57.

Weisenburger DD. Pathological classification of non-Hodgkin's lymphoma for epidemiological studies. *Cancer Res.* 1992; 52(19 Suppl) (discussion 5462s-4s): 5456s-5462s,

*Weisenburger DD. A Review and Update with Perspective of Evidence that the Herbicide Glyphosate (Roundup) is a Cause of Non-Hodgkin Lymphoma. Clin Lymphoma Myeloma Leuk. 2021 Sep;21(9):621-630. doi: 10.1016/j.clml.2021.04.009. Epub 2021 Apr 24. PMID: 34052177.*

Wood E, Dunster J, Watson P, Brooks P. Glyphosate Technical: Dietary Carcinogenicity Study in the Mouse. Derbyshire: Harlan Laboratories Limited; 2009. Study No. 2060–011

Whiteside TL. Immune suppression in cancer: effects on immune cells, mechanisms and future therapeutic intervention. Semin Cancer Biol. 2006 Feb;16(1):3-15. doi:10.1016/j.semcancer. 2005.07.008. Epub 2005 Sep 8. PMID: 16153857.

Wood E, Dunster J, Watson P, Brooks P. Glyphosate Technical: Dietary Combined Chronic Toxicity/Carcinogenicity Study in the Rat. Derbyshire: Harlan Laboratories Limited; 2009. Study No. 2060–012

Wood E, Dunster J, Watson P, Brooks P. Glyphosate Technical: Dietary Combined Chronic Toxicity/Carcinogenicity Study in the Rat. Derbyshire: Harlan Laboratories Limited; Study No. 2060–012; 2009.

Woźniak E, Sicińska P, Michałowicz J, Woźniak K, Reszka E, Huras B, Zakrzewski J, Bukowska B. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessement. Food Chem Toxicol. 2018 Oct;120:510-522. doi: 10.1016/j.fct.2018.07.035. Epub 2018 Jul 25. PMID: 30055318.

Zabalza A, Orcaray L, Fernández-Escalada M, Zulet-González A, Royuela M. The pattern of shikimate pathway and phenylpropanoids after inhibition by glyphosate or quinate feeding in pea roots. Pestic Biochem Physiol. 2017 Sep;141:96-102. doi: 10.1016/j.pestbp.2016.12.005. Epub 2016 Dec 10. PMID: 28911748.

Zahm S, Ward MH, Blair A. Pesticides and cancer. In: Keifer MC, editor. Human Health Effects of Pesticides. Philadelphia, PA: Hanley & Belfus; 1997. pp. 269–289.

Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res Rev Mutat Res. 2019 Jul-Sep;781:186-206. doi: 10.1016/j.mrrev.2019.02.001. Epub 2019 Feb 10. PMID: 31342895; PMCID: PMC6706269.

Zhai L, Bell A, Ladomersky E, Lauing KL, Bollu L, Sosman JA, Zhang B, Wu JD, Miller SD, Meeks JJ, Lukas RV, Wyatt E, Doglio L, Schiltz GE, McCusker RH, Wainwright DA. Immunosuppressive IDO in Cancer: Mechanisms of Action, Animal Models, and Targeting Strategies. Front Immunol. 2020 Jun 16;11:1185. doi: 10.3389/fimmu.2020.01185. PMID: 32612606; PMCID: PMC7308527.

Zheng T, Blair A, Zhang Y, Weisenburger DD, Zahm SH. Occupation and risk of non-Hodgkin's lymphoma and chronic lymphocytic leukemia. J Occup Environ Med. 2002 May;44(5):469-74. doi: 10.1097/00043764-200205000-00015. PMID: 12024692.

**Materials Reviewed specific to Brett Beckfield**

Pathology reports including pertinent diagnoses, treatment and remission records, and lymph node and bone marrow biopsies, Penn State Cancer Institute and MD Anderson Cancer Center dated 2019 and 2020.

Plaintiff's answers to interrogatories dated February 9, 2022.

Condensed version of the deposition of W. Christopher C. Ehmann, M.D. April 5, 2022.

Combined Claim Report includes details of the plaintiff's Roundup usage and photographs of the chemicals at the plaintiff's residence dated November 5, 2021.