# EXHIBIT G

# CLH report

## Proposal for Harmonised Classification and Labelling

**Based on Regulation (EC) No 1272/2008 (CLP Regulation), Annex VI, Part 2**

## Substance Name: N-(phosphonomethyl)glycine; Glyphosate (ISO)

**EC Number:** **213-997-4**

**CAS Number:** **1071-83-6**

**Index Number:** **607-315-00-8**

**Contact details for dossier submitter:**

**BAuA**
Federal Institute for Occupational Safety and Health
Federal Office for Chemicals
Friedrich-Henkel-Weg 1-25
44149 Dortmund, Germany

**Version:** **2.0 (Post Accordance Check)**

**Date:** **May 2016**

# CONTENTS

## Part A.

**1 PROPOSAL FOR HARMONISED CLASSIFICATION AND LABELLING ... 4**

1.1 SUBSTANCE ... 4
1.2 HARMONISED CLASSIFICATION AND LABELLING PROPOSAL ... 5
1.3 PROPOSED HARMONISED CLASSIFICATION AND LABELLING BASED ON CLP REGULATION ... 6

**2 BACKGROUND TO THE CLH PROPOSAL ... 8**

2.1 HISTORY OF THE PREVIOUS CLASSIFICATION AND LABELLING ... 8
2.2 SHORT SUMMARY OF THE SCIENTIFIC JUSTIFICATION FOR THE CLH PROPOSAL ... 8
2.3 CURRENT HARMONISED CLASSIFICATION AND LABELLING ... 8

**3 JUSTIFICATION THAT ACTION IS NEEDED AT COMMUNITY LEVEL ... 8**

## Part B.

**SCIENTIFIC EVALUATION OF THE DATA ... 10**

**1 IDENTITY OF THE SUBSTANCE ... 10**

1.1 NAME AND OTHER IDENTIFIERS OF THE SUBSTANCE ... 10
1.2 COMPOSITION OF THE SUBSTANCE ... 11
*1.2.1 Composition of test material ... 12*
1.3 PHYSICO-CHEMICAL PROPERTIES ... 12

**2 MANUFACTURE AND USES ... 13**

**3 SUBSTANCECLASSIFICATION FOR PHYSICO-CHEMICAL PROPERTIES ... 13**

**4 HUMAN HEALTH HAZARD ASSESSMENT ... 13**

4.1 TOXICOKINETICS (ABSORPTION, METABOLISM, DISTRIBUTION AND ELIMINATION) ... 14
*4.1.1 Non-human data ... 14*
*4.1.2 Human data ... 18*
4.2 ACUTE TOXICITY ... 18
*4.2.1 Non-human information ... 18*
*4.2.2 Human data ... 25*
4.3 SPECIFIC TARGET ORGAN TOXICITY – SINGLE EXPOSURE (STOT SE) ... 26
*4.3.1 Non-human information ... 26*
*4.3.2 Human data ... 26*
4.4 IRRITATION ... 26
*4.4.1 Skin irritation ... 26*
*4.4.2 Eye irritation ... 27*
*4.4.3 Respiratory tract irritation ... 30*
4.5 CORROSIVITY ... 30
4.6 SENSITISATION ... 30
*4.6.1 Skin sensitisation ... 30*
*4.6.2 Respiratory sensitisation ... 32*
4.7 SPECIFIC TARGET ORGAN TOXICITY (CLP REGULATION) – REPEATED EXPOSURE (STOT RE) ... 32
*4.7.1 Non-human information ... 32*
*4.7.2 Human information ... 41*
*4.7.3 Other relevant information ... 41*
*4.7.4 Summary and discussion ... 41*
*4.7.5 Summary and discussion of repeated dose toxicity findings relevant for classification as STOT RE according to CLP Regulation ... 41*
*4.7.6 Comparison with criteria of repeated dose toxicity findings relevant for classification as STOT RE ... 41*
*4.7.7 Conclusions on classification and labelling of repeated dose toxicity findings relevant for classification as STOT RE ... 42*
4.8 GERM CELL MUTAGENICITY (MUTAGENICITY) ... 43
*4.8.1 Non-human information ... 43*

4.8.1.1 *In vitro* data ....................45
4.8.1.2 *In vivo* data ....................49
*4.8.2 Human information* .................... *57*
*4.8.3 Other relevant information* .................... *57*
*4.8.4 Summary and discussion of mutagenicity* .................... *58*
*4.8.5 Comparison with criteria* .................... *58*
*4.8.6 Conclusions on classification and labelling* .................... *59*
4.9 CARCINOGENICITY .................... 59
*4.9.1 Non-human information* .................... *59*
*4.9.2 Human information* .................... *80*
*4.9.3 Other relevant information* .................... *93*
*4.9.4 Summary and discussion of carcinogenicity* .................... *93*
*4.9.5 Comparison with criteria* .................... *94*
*4.9.6 Conclusions on classification and labelling* .................... *98*
4.10 TOXICITY FOR REPRODUCTION .................... 98
*4.10.1 Effects on fertility* .................... *98*
4.10.1.1 Non-human information ....................98
4.10.1.2 Human information ....................100
*4.10.2 Developmental toxicity* .................... *101*
4.10.2.1 Non-human information ....................101
4.10.2.2 Human information ....................109
*4.10.3 Other relevant information* .................... *110*
*4.10.4 Summary and discussion of reproductive toxicity* .................... *111*
*4.10.5 Comparison with criteria* .................... *112*
4.10.5.1 Effects on fertility ....................112
4.10.5.2 Developmental toxicity ....................112
*4.10.6 Conclusions on classification and labelling* .................... *114*

**5 ENVIRONMENTAL HAZARD ASSESSMENT .................... 115**

5.1 DEGRADATION .................... 115
*5.1.1 Stability* .................... *115*
*5.1.2 Biodegradation* .................... *116*
5.1.2.1 Biodegradation estimation ....................116
5.1.2.2 Screening tests ....................116
5.1.2.3 Simulation tests ....................116
*5.1.3 Summary and discussion of degradation* .................... *116*
5.2 ENVIRONMENTAL DISTRIBUTION .................... 117
5.3 AQUATIC BIOACCUMULATION .................... 117
*5.3.1 Aquatic bioaccumulation* .................... *117*
5.3.1.1 Bioaccumulation estimation ....................117
5.3.1.2 Measured bioaccumulation data ....................117
5.4 AQUATIC TOXICITY .................... 118
*5.4.1 Fish* .................... *119*
5.4.1.1 Short-term toxicity to fish ....................119
5.4.1.2 Long-term toxicity to fish ....................121
*5.4.2 Aquatic invertebrates* .................... *123*
5.4.2.1 Short-term toxicity to aquatic invertebrates ....................123
5.4.2.2 Long-term toxicity to aquatic invertebrates ....................125
*5.4.3 Algae and aquatic plants* .................... *127*
*5.4.4 Other aquatic organisms (including sediment)* .................... *133*
5.5 COMPARISON WITH CRITERIA FOR ENVIRONMENTAL HAZARDS (SECTIONS 5.1 – 5.4) .................... 134
5.6 CONCLUSIONS ON CLASSIFICATION AND LABELLING FOR ENVIRONMENTAL HAZARDS (SECTIONS 5.1 – 5.4) ..... 134

**6 OTHER INFORMATION .................... 135**

**7 REFERENCES .................... 135**

**8 ANNEXES .................... 169**

# Part A.

## 1 PROPOSAL FOR HARMONISED CLASSIFICATION AND LABELLING

### 1.1 Substance

Table 1: Substance identity

| | |
|---|---|
| **Name(s) in the IUPAC nomenclature or other international chemical name(s)** | *N*-(phosphonomethyl)*glycine* |
| **Other names (usual name, trade name, abbreviation)** | - |
| **ISO common name (if available and appropriate)** | Glyphosate |
| **EC number (if available and appropriate)** | 213-997-4 |
| **EC name (if available and appropriate)** | Glyphosate |
| **CAS number (if available)** | 1071-83-6 |
| **Other identity code (if available)** | - |
| **Molecular formula** | $C_3H_8NO_5P$ |
| **Structural formula** | HO–C(=O)–$CH_2$–N(H)–$CH_2$–P(=O)(OH)–OH |
| **SMILES notation (if available)** | C(CN(C[P](O)(O)=O)[H])(O)=O |
| **Molecular weight or molecular weight range** | 169.1 g/mol |
| **Information on optical activity and typical ratio of (stereo) isomers (if applicable and appropriate)** | Not applicable |
| **Description of the manufacturing process and identity of the source (for UVCB substances only)** | Not applicable |
| **Degree of purity (%) (if relevant for the entry in Annex VI)** | ≥ 95.0% |

## 1.2 Harmonised classification and labelling proposal

Table 2: The current Annex VI entry and the proposed harmonised classification

| | **CLP Regulation** |
|---|---|
| **Current entry in Annex VI, CLP Regulation** | Eye Dam. 1, H318<br>Aquatic Chronic 2, H411 |
| **Current proposal for consideration by RAC** | STOT RE 2, H373 |
| **Resulting harmonised classification (future entry in Annex VI, CLP Regulation)** | Eye Dam. 1, H318<br>STOT RE 2, H373<br>Aquatic Chronic 2, H411 |

## 1.3 Proposed harmonised classification and labelling based on CLP Regulation

Table 3: Proposed classification according to the CLP Regulation

| CLP Annex I ref | Hazard class | Proposed classification | Proposed SCLs and/or M-factors | Current classification | Reason for no classification |
|---|---|---|---|---|---|
| **2.1.** | Explosives | | | | Conclusive but not sufficient for classification |
| **2.2.** | Flammable gases | | | | Conclusive but not sufficient for classification |
| **2.3.** | Flammable aerosols | | | | Conclusive but not sufficient for classification |
| **2.4.** | Oxidising gases | | | | Conclusive but not sufficient for classification |
| **2.5.** | Gases under pressure | | | | Conclusive but not sufficient for classification |
| **2.6.** | Flammable liquids | | | | Conclusive but not sufficient for classification |
| **2.7.** | Flammable solids | | | | Conclusive but not sufficient for classification |
| **2.8.** | Self-reactive substances and mixtures | | | | Conclusive but not sufficient for classification |
| **2.9.** | Pyrophoric liquids | | | | Conclusive but not sufficient for classification |
| **2.10.** | Pyrophoric solids | | | | Conclusive but not sufficient for classification |
| **2.11.** | Self-heating substances and mixtures | | | | Conclusive but not sufficient for classification |
| **2.12.** | Substances and mixtures which in contact with water emit flammable gases | | | | Conclusive but not sufficient for classification |
| **2.13.** | Oxidising liquids | | | | Conclusive but not sufficient for classification |
| **2.14.** | Oxidising solids | | | | Conclusive but not sufficient for classification |
| **2.15.** | Organic peroxides | | | | Conclusive but not sufficient for |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | classification |
| **2.16.** | Substance and mixtures corrosive to metals | | | | Conclusive but not sufficient for classification |
| **3.1.** | Acute toxicity – oral | | | | Conclusive but not sufficient for classification |
| | Acute toxicity – dermal | | | | Conclusive but not sufficient for classification |
| | Acute toxicity – inhalation | | | | Conclusive but not sufficient for classification |
| **3.2.** | Skin corrosion / irritation | | | | Conclusive but not sufficient for classification |
| **3.3.** | Serious eye damage / eye irritation | Eye Dam. 1, H318 | | Eye Dam. 1, H318 | |
| **3.4.** | Respiratory sensitisation | | | | Data lacking |
| **3.4.** | Skin sensitization | | | | Conclusive but not sufficient for classification |
| **3.5.** | Germ cell mutagenicity | | | | Conclusive but not sufficient for classification |
| **3.6.** | Carcinogenicity | | | | Conclusive but not sufficient for classification |
| **3.7.** | Reproductive toxicity | | | | Conclusive but not sufficient for classification |
| **3.8.** | Specific target organ toxicity –single exposure | | | | Conclusive but not sufficient for classification |
| **3.9.** | Specific target organ toxicity – repeated exposure | STOT RE 2, H373 | | - | |
| **3.10.** | Aspiration hazard | | | | Data lacking |
| **4.1.** | Hazardous to the aquatic environment | Aquatic Chronic 2, H411 | | Aquatic Chronic 2, H411 | |
| **5.1.** | Hazardous to the ozone layer | | | | Data lacking |

**Labelling:** Signal word: Danger

Pictogram: GHS05, GHS08, GHS09

Hazard statements: Causes serious eye damage, May cause damage to organs through prolonged or repeated exposure
Toxic to aquatic life with long lasting effects

# 2 BACKGROUND TO THE CLH PROPOSAL

## 2.1 History of the previous classification and labelling

## 2.2 Short summary of the scientific justification for the CLH proposal

After evaluation of the available data an additional classification as STOT RE 2 for Glyphosate is proposed based on results obtained in developmental studies in rabbits. Otherwise, the current harmonized classification is confirmed.

## 2.3 Current harmonised classification and labelling

Eye Dam. 1, H 318;

Aquatic Chronic 2, H 411

# 3 JUSTIFICATION THAT ACTION IS NEEDED AT COMMUNITY LEVEL

Glyphosate is an active substance in plant protection products. In addition to the existing harmonised classifications for eye irritation and aquatic toxicity, a new classification (STOT RE 2) is proposed.

The re-evaluation of glyphosate as a herbicide by the European Food Safety Authority (EFSA) was required by Commission Regulation (EU) No 1141/2010 as amended by Commission Implementing Regulation (EU) No 380/2013. For this purpose, many new toxicological studies were submitted by the different applicants, especially on eye irritation, genotoxicity, carcinogenicity as well as on reproductive and developmental toxicity of glyphosate. Furthermore, a large number of scientific publications is available and should be considered for the re-evaluation of glyphosate and for the CLH proposal as well. Because of this increase of the toxicological database and also of that one on environmental effects, ECHA and its committee for risk assessment are suggested to address all relevant endpoints.

The International Agency for Research on Cancer (IARC) of the World Health Organization (WHO) published in a monograph that glyphosate is "probably carcinogenic to humans (Group 2A)" (IARC, 2015, ASB2015-8421). During the European Food Safety Authority (EFSA) peer-review process for the renewal of approval of the pesticide active substance glyphosate, the IARC evaluation regarding the potential carcinogenicity and genotoxicity of glyphosate or glyphosate -containing plant protection products was taken into consideration but EFSA and EU experts came to a different conclusion (see attached EFSA conclusion, 2015, ASB2015-11412).

The Joint Meeting on Pesticide Residues (JMPR) administered jointly by the Food and Agriculture Organization of the United Nations (FAO) and WHO re-evaluated glyphosate in May 2016 with the following conclusion: "*The Meeting concluded that glyphosate is unlikely to be genotoxic at anticipated dietary exposures. Several carcinogenicity studies in mice and rats are available. The Meeting concluded that glyphosate is not carcinogenic in rats but could not exclude the possibility that it is carcinogenic in mice at very high doses. In view of the absence of carcinogenic potential in rodents at human-relevant doses and the absence of genotoxicity by the oral route in mammals, and considering the epidemiological evidence from occupational exposures, the Meeting concluded that glyphosate is unlikely to pose a carcinogenic risk to humans from exposure through the diet.*" (JMPR, 2016, ASB2016-4292).

Keeping this in mind, the CLH process administered by the European Chemicals Agency (ECHA) should result in the adoption of a harmonised classification of glyphosate for all health-related but also the environmental endpoints.

positive trend for carcinoma in this study is due to the rare occurrence of this tumour and the incidence of a single carcinoma in the high dose group compared to the absence of this tumour type in the control and lower dose groups.

For overall assessment, it must be taken into consideration that in the five more recently conducted and guideline-compliant rat studies summarised in Table 25, even at very high dose levels, no increase in pancreas tumours was seen (Table 28). In four of them, incidence was highest in the control group. In the two studies discussed above, the incidences were elevated in treated groups but without a clear dose response.

Table 28: Pancreatic islet-cell tumours in long-term studies with glyphosate in male rats

| Study | Control | Low dose | Mid dose | Second mid dose | High dose |
|---|---|---|---|---|---|
| Wood et al., 2009, ASB2012-11492 | 4 / 51 | 1 / 51 (86 mg/kg bw/day) | 2 / 51 (285 mg/kg bw/day) | - | 1 / 51 (1077 mg/kg bw/day) |
| Brammer et al., 2001, ASB2012-11488 | 1 / 53 | 2 / 53 (121 mg/kg bw/day) | 0 / 53 (361 mg/kg bw/day) | - | 1 / 52 (1214 mg/kg bw/day) |
| Enomoto, 1997, ASB2012-11484, 11485, 11486, 11487; T-941209 | 4 / 50 | 1 / 50 (104 mg/kg bw/day) | 2* / 50 (354 mg/kg bw/day) | - | 1 / 50 (1127 mg/kg bw/day) |
| Suresh, 1996, TOX9651587 | 3 / 48 | 0 / 30 (6.3 mg/kg bw/day) | 0 / 32 (59.4 mg/kg bw/day) | - | 1 / 49 (595.2 mg/kg bw/day) |
| Atkinson et al., 1993, TOX9552382 | 7 / 50 | 1 / 24 (10 mg/kg bw/day) | 2 / 17 (100 mg/kg bw/day) | 2 / 21 (300 mg/kg bw/day) | 1 / 49 (1000 mg/kg bw/day) |
| Stout and Ruecker, 1990, TOX9300244 | 2* / 43 | 8 / 45 (89 mg/kg bw/day) | 5 / 49 (362 mg/kg bw/day) | | 7 / 48 (940 mg/kg bw/day) |
| Lankas, 1981, TOX2000-595, TOX2000-1997 | 0 / 50 | 5 / 49 (3 mg/kg bw/day) | 4 / 50 (10.3 mg/kg bw/day) | - | 3* / 50 (31.5 mg/kg bw/day) |

*including one carcinoma

To conclude, an (occasionally significant) increase in pancreatic tumours in male rats was confined to two studies of which one is now considered insufficient due to the very low doses employed and because of reporting deficiencies. In both cases, a dose-response was lacking and there was no tendency of progression to malignant neoplasia. A higher incidence of pancreatic tumours was not reproducible in five more recent, guideline-compliant studies with a spontaneous incidence in untreated control animals that sometimes resembled the frequencies that were reported by Stout and Ruecker (1990, TOX9300244) or Lankas (1981, TOX2000-595, TOX2000-1997).

Liver tumours

In the study of Stout and Ruecker (1990, TOX9300244), again, IARC reported a significantly

positive trend for hepatocellular adenoma in males (Table 29). When the reported incidences were re-evaluated by the DS using Cochran-Armitage trend testing and Fisher's exact test, the statistically positive trend was confirmed for adenomas but no positive trend was observed for adenoma and carcinoma combined. In particular for combined incidence, a dose response was hardly to be seen and the pairwise comparison failed to reveal a statistically significant difference between any of the treated groups and the control group.

Table 29: Liver cell tumours in male SD rats (Stout and Ruecker, 1990, TOX9300244). Fisher's exact test was used to compare each treatment group to control group, with p-values reported in brackets. For each endpoint a Cochran-Armitage trend test was performed, with p-values reported in a separate row.

| Dose (mg/kg bw/day) | Male rats | Liver adenoma | Liver adenoma + carcinoma |
|---|---|---|---|
| 0 | 44 | 2 | 5 |
| 89 | 45 | 2 (1.000) | 4 (0.739) |
| 362 | 49 | 3 (1.000) | 4 (0.732) |
| 940 | 48 | 7 (0.162) | 9 (0.392) |
| Trend test (p-value) | | 0.0171 | 0.0752 |

Moreover, no increase in liver tumours was reported in any other long-term study in rats. In general, hepatotoxicity of glyphosate is very limited. In fact, absolute and relative liver weight was increased in high dose males in the study by Stout and Ruecker (1990, TOX9300244) but there were no pre-neoplastic findings that might progress to liver tumours. Based on the lack of increased liver tumour rates in all other long-term/carcinogenicity studies in two rat strains (Wistar and SD), the DS interpreted the increased incidence of liver tumours, mainly due to increased rates of liver adenomas, in one study as not attributable to glyphosate but to have occurred by chance.

Thyroid C-cell tumours

In the study of Stout and Ruecker (1990, TOX9300244), there was an increase in C-cell adenoma in female rats. This tumour was detected in 2 control and 2 low dose females but in 6 animals of the mid and high dose group each. In contrast to the (negative) pairwise comparison, the Cochran-Armitage trend test was weakly positive ($p = 0.0435$). In the absence of such a finding in any of the other rat studies, this increase in C-cell tumours is also considered a chance event. In addition, the thyroid is not a target organ of glyphosate. There were neither an increase in pre-neoplastic histological lesions nor an organ weight change noted in any other study with glyphosate even though distribution of radiolabelled glyphosate to the thyroid has been demonstrated in ADME studies by Ridley and Mirly (1988, TOX9552356) and by McEwen (1995, ASB2012-11379).

Interstitial cell tumours of the testes

In the study by Lankas (1981, TOX2000-595, TOX2000-1997), an increase of interstitial testicular tumours was observed. The actual incidences were 0/50, 3/50, 1/50, and 6/50 animals in the control group and at the three dose levels, respectively. Apparently, there was no clear dose response but in the top dose group receiving ca 31.5 mg glyphosate/kg bw per day, the difference to the control was statistically significant (Fisher's exact test, $p < 0.05$). In the original study report, it was argued that the absence of this tumour type in the control group was unusual and that the top dose incidence

was only marginally above the historical control range. Reliability of this information could not be verified and, even if correct, this explanation would not be convincing. However, and more important, no increase in testicular tumours was observed in any other long-term study with glyphosate in rats even though much higher doses were administered.

**Studies in mice**

In total, five long-term studies are available that may be considered valid according to current standards and were performed in compliance with OECD TG 451. They are summarised in Table 30. As in rats, chronic toxicity was confined to high dose levels in all the studies but some differences became apparent in what was actually observed. For more information, the reader is referred to the attached RAR (Volume 1, 2.6.6.2, Volume 3, B.6.5.2).

The DS is aware of two further long-term studies in mice which have been very briefly reported in an older EU evaluation report (Germany, 1998, ASB2010-10302). These studies by Vereczkey and Csanyi (1982, TOX9650154) and by Bhide (1988, TOX9551831) did not comply with current standards. In both of them, the top dose level was 300 ppm and, thus, much too low for meaningful evaluation. No increase in any tumour type had been reported but these studies are not suitable for the purpose of classification and labelling. The same holds true for a published study on skin tumour promotion (George et al., 2010, ASB2012-11829). This experiment was performed with a commercial product that most likely contains irritating co-formulants. It cannot contribute to a decision on the classification of glyphosate. Furthermore, the up- and down-regulation of protein expression is not sufficient to prove a carcinogenic effect. Apart from that, there are no published studies on carcinogenicity in mice.

Thus, evaluation of a carcinogenic potential of glyphosate in mice is based on the five available, guideline-compliant studies. In line with the approach taken for the rat studies, the main effects as summarised in this table were statistically significant and either dose-related or observed at the top dose level only. This approach implies that these findings were not necessarily all noted at the LOAEL.

Table 30: Long-term feeding studies with glyphosate in mice

| Reference; Study identifi-cation; purity; Owner | Study type, strain, duration, route | Dietary dose levels and corresponding mean daily intake | NOAEL | LOAEL | Targets / Main effects |
|---|---|---|---|---|---|
| Wood et al., 2009, ASB2012-11492; 95.7%; Nufarm | Carcinogenicity (OECD TG 451); 18 mo; CD-1 (ICR), feeding | 0, 500, 1500, 5000 ppm (71/98; 234/299; 810/1081 mg/kg bw/d in m/f) | 810 mg/kg bw/d | Not established | No effects observed |
| Kumar, 2001, ASB2012-11491; >95.14%; ADAMA | Carcinogenicity (OECD TG 451); 18 mo, Swiss albino | 0, 100, 1000, 10000 ppm (15; 151; 1460 mg/kg bw/d, sexes combined since values were similar) | 151 mg/kg bw/d | 1460 mg/kg bw/d | Higher incidence of malignant lymphoma at top dose level (outside historical control range for males); cystic glands in stomach in m↑ (equivocal toxicological relevance) |
| Sugimoto, 1997, ASB2012-11493; 97.56% or 94.61% (2 lots | Carcinogenicity (OECD TG 451); 18 mo; CD-1 (ICR) | 0, 1600, 8000, 40000 ppm (165/153; 838/787; 4348/4116 mg/kg bw/d in m/f) | 153 mg/kg bw/d | 787 mg/kg bw/d | Bw gain, food consumption and efficiency↓, loose stool, caecum distended and |