# EXHIBIT A



## A CEDARS-SINAI AFFILIATE

August 25, 2023

To: Majid Safaie
Re: Benito Ornelas. Gonzalez v. Monsanto Company et al.
IN RE: Roundup Products Liability Litigation

Dear Mr. Safaie,

I have reviewed the deposition and medical records in relation to Mr. Ornelas' exposure to Round Up. It is clear that Mr. Ornelas has had significant repetitive contact to glycophosphate in Round Up through extensive duration of daily exposure through many decades. Multiple studies have supported that the findings of an increased NHL risk in individuals with high GBH exposure. GBH is thought to have harmful effects on human health. Animal and mechanistic studies have provided supporting evidence for the carcinogenic potential of GBH. Extensive further support from studies of malignant lymphoma incidence with pure glyphosate, as well as potential links between GBH exposure and immunosuppression, endocrine disruption, and genetic alterations further support this association. In the absence of any other risk factors, the B cell lymphoma with plasmacytic differentiation can be related to Round Up use.

Warm Regards,

Omid Hamid, M.D.
Chief, Translational Research & Immuno-Oncology
Co-Director, Cutaneous Malignancies
The Angeles Clinic & Research Institute, a Cedars Sinai Affiliate
Professor, Department of Medicine - Cedars Sinai Medical Center
Phone: 310-294-0438

Omid Hamid, M.D.
Curriculum Vitae

## Omid Hamid, M.D.

**Chief, Translational Research & Immuno-Oncology**
**Director, Cutaneous Malignancies, The Angeles Clinic and Research Institute**
**Director of Experimental Therapeutics, Cedars-Sinai Medical Care Foundation**
11800 Wilshire Blvd.  ● Suite 300 ● Los Angeles, CA 90025
11818 Wilshire Blvd.  ● Suite 200 ● Los Angeles, CA 90025
1919 Santa Monica Blvd.  ● 4th Floor ● Santa Monica, CA 90404
Phone: 310-294-0438 ● Fax: 310-496-0679

www.TheAngelesClinic.org

## I. EDUCATION

| | | |
|---|---|---|
| Fellowship | University of Southern California, Keck School of Medicine<br>Hematology/Oncology Fellow | 2002-2005 |
| Residency | University of Southern California, Keck School of Medicine<br>Internal Medicine Resident | 2000-2002 |
| Internship | University of Southern California, Keck School of Medicine<br>Internal Medicine Resident | 1999-2000 |
| Medical School | University of Southern California, Keck School of Medicine<br>Los Angeles, CA | 1997-1999 |
| | University of Iowa School of Medicine<br>Iowa City, IA | 1995-1997 |
| University | University of California Los Angeles (UCLA)<br>B.S. *magna cum laude*, Physiological Sciences | 1991-1995 |

## II. BOARD CERTIFICATIONS & LISCENSURE

**American Board of Internal Medicine**
Medical Oncology        2005 – present
Internal Medicine        2002 –

California Licensure:    #A74223
UPIN:                    #H41225
DEA:                     #BH7334991

## III. HONORS & AWARDS

Medical Oncology Assoc.of Southern California - Researcher of the Month        2022 May
Cedars Sinai Medical Center, Standing Ovation        2021

Omid Hamid, M.D.
Curriculum Vitae

| | |
|---|---|
| Cedars Sinai Medical Center, Circle of Friends | 2020 |
| Cedars Sinai Medical Center, Circle of Friends | 2019 |
| Southern California Super Doctors | 2018 |
| Best Doctors, Inc. Inclusion | 2017-2018 |
| Super Doctors, LA Times Magazine | 2018 |
| Super Doctors, LA Times Magazine | 2016 |
| Cedars Sinai Medical Center, Circle of Friends | 2015 |
| Joseph Calello Melanoma Scholar | 2015 |
| Super Doctors, LA Times Magazine | 2014-2015 |
| Super Doctors, LA Times Magazine | 2013-2014 |
| Best Doctors, Inc. Inclusion | 2013-2014 |
| Best Doctors, Inc. Inclusion | 2012-2013 |
| Best Doctors, Inc. Inclusion | 2011-2012 |
| Best Doctors, Inc. Inclusion | 2006-2007 |
| Chief Fellow, Medical Oncology | |
| University of Southern California/Norris Cancer Center | 2004-2005 |
| Southwest Oncology Group (SWOG) Young Investigator Award | 2004 |

## IV. ACADEMIC & CLINICAL APPOINTMENTS

### A. APPOINTMENTS

| | |
|---|---|
| Professor, Department of Medicine<br>Cedars Sinai Medical Center | 2022-present |
| Chief, Translational Research & Immuno-Oncology<br>Director, Cutaneous Malignancies<br>The Angeles Clinic and Research Institute | 2011-present |
| Director of Experimental Therapeutics<br>Cedars Sinai Medical Care Foundation | 2014-present |
| Co-Director of Melanoma Program<br>SOCCI, Cedars-Sinai Medical Center | 2014-present |
| Associate Director, Cutaneous Oncology/Melanoma Program<br>Associate Chief of Research<br>The Angeles Clinic and Research Institute | 2005-2011 |
| Clinical Associate Professor, Internal Medicine<br>LAC+USC Healthcare Network | 2005-2014 |
| Associate Director, Melanoma Center<br>USC/Norris Comprehensive Cancer Center | 2005-2006 |
| Medical Director, Neuro-Oncology/Neuro-Oncology Clinic<br>USC/Norris Comprehensive Cancer Center | 2005-2006 |

Omid Hamid, M.D.
Curriculum Vitae

## B. TEACHING RESPONSIBILITIES

Adjunct Faculty Member John Wayne Cancer Institute
Preceptor, UCLA David Geffen School of Medicine
Visiting Instructor in Clinical Medicine, Keck School of Medicine,
University of Southern California, Division of Medical Oncology

## V. PROFESSIONAL MEMBERSHIPS & COMMITTEE SERVICE

### A. PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| Medical Oncology Association of Southern California | 2004-present |
| Southwest Oncology Group | 2004-present |
| American Society of Clinical Oncology | 2003-present |
| American Association for Cancer Research | 2007-present |
| Society for Immunotherapy of Cancer | 2009-present |
| Saint John's Health Center – Cancer Committee, CA Liaison MD | 2009-2011 |
| Saint John's Health Center - Cancer Committee | 2008-2011 |
| iSBTc Scientific Program Committee | 2009 |
| iSBTc Young Investigator | 2009 |
| European Society for Medical Oncology | 2020-present |

### B. COMMITTEE SERVICE

| | |
|---|---|
| TAPUR Study Steering Group<br>Chicago, IL | 2023 |
| SWOG Melanoma Committee Working Group<br>San Antonio, TX | 2022 |
| Clinical Research Leadership Committee<br>Cedars Sinai Medical Center<br>Los Angeles, CA | 2019 |
| Professional Advisory Board<br>Cancer Support Community - The Benjamin Center<br>Los Angeles, CA | 2018 |
| Scientific Board<br>Immunotherapy Bridge Congress<br>Naples, Italy | 2018 |
| Steering Committee<br>OncLive Global Expo | 2015 |

Scientific Advisory Committee [SAC]

Exhibit A Page - 4

Omid Hamid, M.D.
Curriculum Vitae

| | |
|---|---|
| MK3475 Melanoma Program | 2012-present |
| Cancer Committee<br>St. John's Health Center<br>Santa Monica, CA | 2007-present |
| Eisai Protocol Steering Committee<br>E7080-G000-206 | 2013 |
| Infection Control Committee<br>St. John's Health Center<br>Santa Monica, CA | 2007 |

## VI. EDITORIAL ACTIVITIES

| | |
|---|---|
| Editorial Advisory Board, The ASCO Post | 2022-Present |
| Associate Editor, Contemporary Oncology | 2013-Present |
| Editorial Board Member, American Journal of Hematology/Oncology Review | 2013-Present |

## VII. RESEARCH ACTIVITIES

Major Areas of Research Interest:

Immunotherapy
Melanoma
Primary Central Nervous Malignancies
Lung Cancer

Professional and Research Experience:

| | |
|---|---|
| 1996 | Student Research Fellowship USC/Norris Comprehensive Cancer Center<br>Project Title: "Cellular cytoplasmic protein binding to the 3'untranslated region of the<br>vitamin D receptor and its effects on mRNA stability" |
| 2004 | USC K24: Design and Conduct of Clinical Trials |

Research Grants:

"A Pilot Trial of a Prime-Boost Vaccine Combining Intranodal Injection of Escalating
Doses of Multiple Class I Peptides with Two DNA Plasmids for Patients with Unresectable
Stages III and IV Melanoma"
Phase I Foundation
2005-2006, Principal Investigator

## VIII. GOOD CLINICAL PRACTICE (GPC) TRAINING

Omid Hamid, M.D.
Curriculum Vitae

NCI Online training: Human Participants Protection Education for
Research Teams (11Nov2010)

NIH Human Subject Assurance Online Training; Modules 1, 2, and 3
(17Nov2008)

Sponsor online training – 6 Modules: GCP, Informed Consent, Study
Documentation, Adverse Event Reporting, Monitoring Responsibilities,
Pharmacogenetic Research (27Jan2009)

## IX. CLINICAL PROTOCOLS

Phase II Study of Gemcitabine, Oxaliplatin, and Paclitaxel in Patients with Refractory Germ Cell
Carcinoma
Mentor: Derek Raghavan M.D., Ph.D.
Status: Institutional Review Board Approved, currently accruing patients

Phase II Study of Oxaliplatin and Docetaxel in Patients with Locally Advanced & Recurrent Squamous
Cell Carcinoma of the Head and Neck
Mentor: Barbara Gitlitz M.D.
Status: Institutional Review Board Approved, currently accruing patients

## X. SELECT INVITED LECTURES AND PRESENTATIONS

Year in Review Live Webinar, Melanoma and Non-Melanoma Skin Cancers Edition with Dr. Neil Love.
Virtual Program on July 13, 2023.

PRIME Expert Speaker Melanoma Webinar Series. Integrating Novel Classes of Immunotherapy into
Treatment Paradigms in Advanced/Metastatic Melanoma.  Virtual Program on July 12, 2023.

Merck US Melanoma Advisory Board Meeting. Philadelphia, PA. June 16, 2023.

"New and Emerging Options in Melanoma." Paradigm. Virtual Program. June 9, 2023.

Replimune RP3 Uveal Melanoma Meeting at ASCO. June 3, 2023.

Replimune IGNYTE Advisory Board Meeting at ASCO. June 2, 2023.

Panelist for NIH Melanoma Awareness Month Twitter Chat. NCI Division of Cancer Biology. May 30,
2023.

Omid Hamid, M.D.
Curriculum Vitae

"Updates and Best Practices Across Malignancies Evaluating Therapeautic Developments and Optimizing Multidisciplinary Care in Melanoma." Melanoma Encompass Grand Rounds Virtual Program. May 9, 2023.

"Cellular Therapy: TIL tomorrow and Further". Los Angeles Melanoma Education Symposium, The Angeles Clinic and Research Institute. Los Angeles May 6, 2023.

PRIME Expert Speaker Melanoma Webinar Series. Differentiating Novel Classes of Immunotherapy for Melanoma Based on Mechanism of Action, Approved Indications and Emerging Clinical Safety and Efficacy Data. Virtual Program on May 3, 2023.

Novartis Adjuvant Advisory Board Meeting. Virtual Meeting. April 12, 2023.

Immunocore Melanoma Advisory Council Meeting. Virtual Meeting. March 2, 2023.

Applying a patient-centered approach to unresectable and metastatic melanoma. PlatformQ CME Program. Virtual Program. February 13, 2023.

A partnership for multidisciplinary management of unresectable locaaly advanced or metastatic melanoma. PlatformQ Patient Program. Virtual Program. January 25, 2023.

Pacific Neuroscience Institute ENT Head and Neck Lecture. 90th Midwinter Conference. Universal City, CA. January 7, 2023.


Oncology Today Interview with Dr. Neil Love - Novel Immunotherapeutic Strategies in Melanoma Edition Virtual Meeting. November 23, 2022.

"Emerging Insights in Relapsed/Refractory Metastatic Melanoma." EPICS Global Perspectives on Melanoma, Squamous Cell Carcinoma (SCC), and Basal Cell Carcinoma (BCC). Virtual Meeting. November 19, 2022.

Janssen Solid Tumor Business Development Advisory Board 2022. Virtual Meetings. November 15, 2022-November 16, 2022.

SITC-ACCC Expanding Community Access to Cellular Therapy and Bi-Specifics Workshop. SITC. Boston Massachusetts. November 12, 2022.

Replimune - Melanoma Advisory Board Meeting. SITC. Boston Massachusetts. November 12, 2022.

Merck US Melanoma Advisory Board Meeting. Virtual Meeting November 3, 2022.

BMS Digital Opinion Leader (DOL) Advisory Board. Virtual Meeting October 7, 2022.

Replimune Advisory Board: Tumor Directed Oncolytic Immunotherapy in CSCC. Virtual Meeting. October 6, 2022.

R3767-ONC-2011 Steering Committee Meeting. Virtual Meeting. September 23, 2022.

Iovance Investigator Forum. ESMO. Paris, France. September 11, 2022.

Omid Hamid, M.D.
Curriculum Vitae

Immunocore ESMO PRAME Phase 1 Investor/Analyst Event. <u>ESMO.</u> Paris, France. September 9, 2022.

"How I Treat Skin Malignancies" <u>Tehran University of Medical Sciences.</u> Zoom Meeting. August 12, 2022.

Chair for <u>OncLive® Institutional Perspectives in Cancer: Immunotherapy.</u> Virtual Program. July 19, 2022.

Iovance Fireside Chat. Virtual Meeting. July 12, 2022.

<u>InstilBio Community Advisory Board Meeting.</u> Chicago, IL. June 3, 2022.

<u>Iovance TIL Working Group Meeting.</u> Chicago, IL. June 2, 2022.

Regeneron -BioNTech Global Advisory Board Meeting. <u>ASCO Annual Meeting.</u> Chicago, IL. June 5, 2022.

<u>The 12th Annual Los Angeles Melanoma Symposium.</u> The Angeles Clinic and Research Institute. Los Angeles, CA. May 14, 2022.

"Treatment Options for Patients with Unresectable or Metastatic Melanoma", BMS Speaker Program at <u>NCODA Spring Forum.</u> Virtual Meeting. April 28, 2022.

"What's the Future in Melanoma, an Apprentice's View. " <u>NYU Langone IMCG/SPORE Meeting.</u> Virtual Meeting. April 21, 2022.

"Treatment Options for Patients with Unresectable or Metastatic Melanoma", BMS Speaker Program at <u>Quality Cancer Care Alliance Spring Leadership Summit.</u> Phoenix, AZ. April 1, 2022.

<u>Iovance Scientific Advisory Board Meeting.</u> Philadelphia PA. March 25, 2022.

<u>InstilBio Melanoma Academic Advisory Board.</u> Washington DC. March 12, 2022.

<u>Melanoma Research Alliance (MRA) Scientific Retreat.</u> Washington DC. March 9, 2022-March 10, 2022.

"Personalizing Clinical Trials to Benefit Patients." <u>SITC-Advances in Cancer Immunotherapy Program.</u> Virtual Meeting. February 24, 2022.

<u>Eisai Melanoma Strategic Council Meeting.</u> Virtual Meeting. February 15, 2022.

<u>18th Annual International Symposium on Melanoma and Other Cutaneous Malignancies.</u> New York. February 5, 2022.

<u>Castle/COOG Advisory Board.</u> Virtual Meeting. January 22, 2022.

<u>BMS Melanoma Advisory Board.</u> Virtual Meeting. December 8, 2021.

Panel Discussion for "Great Debate – Intralesional therapy: oncolytic virus VS other specific immune modulators". <u>Melanoma and Immunotherapy Bridge.</u> Naples Italy. December 1, 2021 – December 4, 2021.

"The state of Microbiome/ Fecal Transplant." <u>Melanoma and Immunotherapy Bridge.</u> Naples Italy. December 1, 2021 – December 4, 2021.

Instil Bio TIL Forum. <u>SITC Annual Meeting.</u> Washington DC. November 13, 2021.

Omid Hamid, M.D.
Curriculum Vitae

Novartis Melanoma Advisory Board Meeting. Virtual Meeting. November 5, 2021.

MJH Executive Board Meeting. Newport Beach October 22, 2021 – October 24, 2021.

"Lifileucel Clinical Data". Iovance Metastatic Melanoma Advisory Board. Virtual Program. October 8, 2021.

"Melanoma 2021: Lessons Learned". MOASC/UCI Spotlight on Clinical Oncology. Virtual Program. October 2, 2021.

"Melanoma". Canadian Immuno-Oncology Summit. Virtual Program. October 1, 2021.

Merck US Melanoma Advisory Board. Virtual Program. September 30, 2021.

Nektar Post ESMO Melanoma Advisory Board. Virtual Program. September 28, 2021.

Bayer Breast Melanoma Advisory Board. Virtual Program. September 23, 2021.

BMS West Regional O+Y Advisory Board.  Virtual Program.  September 22, 2021.

Day One Bio Advisory Board. Virtual Program. September 22, 2021.

ESMO Chair in Controversy Session. "Stay at the bench or move to the bedside: What is the role for neoadjuvant therapy in melanoma today?" ESMO Annual Meeting. Paris France. September 19, 2021.

ESMO Expert Selection in Melanoma and other skin tumors. ESMO Annual Meeting. Paris France. September 19, 2021.

ESMO Invited Discussant for Presidential Symposium, LBA3-PR. KEYNOTE-716: Pembrolizumab Versus Placebo After Complete Resection of High-risk Stage II Melanoma Efficacy and Safety Results From the Doubleblind Phase 3 Trial, et al, Luke. ESMO Annual Meeting. Paris France. September 18, 2021.

PER Emerging Immunotherapy Options for Cancer. Virtual Program. October 1, 2021.

Novartis Melanoma Compound Advisory Board Meeting. Virtual Meeting. September 9, 2021.

"Cellular Therapies for Solid Tumors: TILS for Melanoma." Society of Hematology and Oncology Annual Meeting. Virtual Program. September 8, 2021.

Cedars Sinai Medical Center Translational Oncology Program and Cancer Biology Program Retreat. Virtual Meeting. July 30, 2021.

BMS AEI Steering Committee Meeting. Virtual Program. July 13, 2021.

Panel for CME LIVE The Path Forward: Updates in the Management of Adjuvant and Metastatic Melanoma. Virtual Program. July 1, 2021.

"New Perspectives in the Management of SCC" at Global EPICS in Melanoma. Virtual Program. June 26, 2021.

Omid Hamid, M.D.
Curriculum Vitae

Merck US Melanoma Advisory Board Meeting. Virtual Program. June 17, 2021.

"Post ASCO Update with Dr. Hamid. Non-Melanoma Skin Cancers, Melanoma, Ocular Melanoma." Save Your Skin Foundation Webinar. Virtual Program. June 15, 2021.

NEKTAR Post-ASCO Melanoma Virtual Advisory Board. Virtual Program. June 15, 2021.

"Does Cart-t cell therapy have hope for GI Malignancies?" for Cedars Sinai Power Hour – GI Oncology Conference. Virtual Program. May 2021.

"Cart-T cell therapy review" for Cedars Sinai CCTO Training and Education Series Program. Virtual Program. May 14, 2021.

"Novel Therapeutics" at the Melanoma Research Foundation, Eyes on a Cure Mini Summit: Spring Updates. Virtual Program. April 29, 2021.

"Novel Therapeutics – Where do we go from here" at the MOASC Clinical Webinar on Melanoma Awareness. Virtual Program. April 21, 2021.

"Oncology Briefings Targeting Treatment of Metastatic Melanoma with Oncolytic Viral Therapy" for Physicians Education Resource. Virtual Program. February 8, 2021.

"Advanced BCC : Navigating An Evolving Therapeutic Landscape" for Postgraduate Institute of Medicine (PIM). Virtual Program. February 17, 2021.


Melanoma Research Alliance Roundtable. Brain Metastasis and Leptomeningeal Disease. Co-Moderator. Virtual Meeting. February 23, 2021.

"Future Therapies, Newer Targets." 11th Annual Los Angeles Melanoma Symposium. Program Organizer. Virtual Meeting. February 20, 2021.

Castle Biosciences / COOG2 Advisory Meeting. Medical Oncology Session. Virtual Meeting. January 30, 2021 and February 20, 2021.

"New Targets and New Directions in Melanoma Management." 17th Annual International Symposium on Melanoma and Other Cutaneous Malignancies. Program Co-Chair. Virtual Meeting. February 6, 2021.

"Neoadjuvant or Adjuvant Therapy: Which is Better". Great Debate at Melanoma Bridge. Virtual Meeting December 5, 2020.

"Progress and Promise: Emerging Treatment Options for Melanoma." Medscape Virtual Symposium. November 4, 2020.

"Cancer Treatment in the Era of COVID." Cedars Sinai 9th Annual New Therapeutics in Oncology: The Road to Personalized Medicine. Virtual Meeting. November 13, 2020.

Panel Discussion "What's New in Ocular Melanoma". Eye Believe Survivorship Seminar, Virtual Meeting. October 10, 2020.

Omid Hamid, M.D.
Curriculum Vitae

Merck US Melanoma Advisory Board. Virtual Meeting. October 9, 2020.

Panel Discussion "Redefining Biomarker Approaches for Combinations vs Predictive Biomarkers." IO Combinations 365. Virtual Meeting. October 1, 2020.

Frontline Treatment of Metastatic Melanoma. Total CME Program. Virtual Meeting. September 10 and 14, 2020.

Cedars Sinai DRG Organizational Mini-Retreat. Virtual Meeting. August 28, 2020.

Array KOL Promotional Video Recording for treatment of Metastatic Melanoma Patients. Los Angeles, CA. August 21, 2020.

Regeneron Melanoma Advisory Board. Virtual Meeting. July 25, 2020.

Novartis Product Theatre at PER's American Society of Clinical Oncology Direct Highlight. Virtual Meeting. June 27, 2020.

Novartis Clinical Consulting Melanoma IDMT. Virtual Meeting. Los Angeles, CA. March 24, 2020.

"Examining the Breadth of Evidence for the Treatment of BRAF + Stage III and Metastatic Melanoma." 16th Annual International Symposium on Melanoma. New York, NY. February 6, 2020.

"Lifestyles of the Rich and Squamous: Recent cSCC Data". ACCC Advanced Cutaneous Squamous Cell Carcinoma: Immuno-Oncology and the Evolving Landscape of Multidisciplinary Care. Los Angeles, CA. February 5, 2020.

"Immunotherapy of Cancer in the Era of Checkpoint Inhibitors". 8th Annual Cancer Metastasis Congress. San Francisco, CA. October 25, 2019.

"AJMC Insights Interview on Basal Cell Carcinoma." Los Angeles, CA. September 23, 2019.

"Updates in Ocular Melanoma" and "Side Effects of Metastatic Treatments". A Cure in Sight, Eye Believe 2019 Survivorship Meeting. Redondo Beach, CA. September 7, 2019.

Co-Chair for 4th Annual IO 360 Meeting. Philadelphia, PA. June 20, 2019.

"An Update on Recent Approvals for Checkpoint Inhibitors: Dose, Schedule, Duration, and Combinations", American Society of Clinical Oncology Seminar, New Drugs in Oncology. Chicago, IL. May 31, 2019.

 "Best Practices in the Management of Melanoma When an Actionable Mutation is Identified: Focus in the Adjuvant Setting." Program Chair for "Optimizing Outcomes in Melanoma with BRAF/MEK Inhibitor and Immunotherapeutic Strategies: Essentials for the Oncology Nurse.", 2019 ONS Meeting, Anaheim, CA. April 12, 2019.

"Systemic Therapy: State of the Art and What's on the Horizon." SSO 2019. San Diego, CA. March 30, 2019.

"Melanoma Update", Los Angeles Metro Dermatology Society, Los Angeles, CA. March 26, 2019.

Omid Hamid, M.D.
Curriculum Vitae

"Immune based trials in ocular oncology; rationale and outcomes." ISOO Conference 2019, Marina Del Rey, CA. March 22, 2019.

"What I learned at ASCO/ESMO/SITC Summer Camp" and "Lifestyles of the Rich and Squamous." Program Co-Chair for 15th Annual International Symposium on Melanoma and Other Cutaneous Malignancies. New York, NY. February 9, 2019.

"The Great Story on Development of IO for Malignant Melanoma." 23rd Annual Scientific Symposium "Immuno-Oncology Hong Kong 2018, Hong Kong, China. November 10, 2018.

"Immunotherapy. "Immunotherapy resistance and biomarkers for patients' selection." Beijing International Melanoma Congress, Beijing, China. August 24, 2018.

"New Directions in Advanced Cutaneous Squamous Cell Carcinoma: Emerging Evidence of Immunotherapy "American Society of Clinical Oncology CME Satellite Symposium, Chicago, IL. June 2, 2018.

"Medscape CME Video Discussion on New Treatments/New Data-Focus on Cutaneous Squamous Cell Carcinoma" Medscape New York, NY. April 27, 2018.

 "Immunotherapy in Melanoma: What's up next? "MOASC Oncology Summit 2018: Harnessing the Power of Immunotherapy, Huntington Beach, CA. March 3, 2018.

Melanoma Advocates & Foundations Forum at MRA 10th Annual Scientific Retreat, Washington DC February 28, 2018.

"New Approaches for Patients Progressing on Anti PD-L1 Therapy". Presenter and Organizer. 14th Annual International Symposium on Melanoma and Other Cutaneous Malignancies. New York, NY. February 10, 2018.

Medical Crossfire in Targeted Melanoma Therapies. Physicians' Education Resource, LLC, New Jersey January 29, 2018.

"Current challenges in the treatment of Melanoma", Oncology Institute Meeting, Hadassah Medical Center. Jerusalem, Israel. November 21, 2017.

"Overview of the revolution in practice since immunotherapy". Rambam Medical Center. Haifa, Israel. November 22, 2017.

"Predictive and Prognostic Modeling to Improve Therapeutic Selection." 13th Annual International Symposium on Melanoma. Miami, FL. February 11, 2017.

"Optimizing Immunity in Melanoma via T-Cell Activation". ASCO /SITC Clinical Immuno-Oncology Symposium Orlando, FL. February 23, 2017.

Panel Discussion on "Immuno-Oncology: Filtering the hype for the next wave of targets discusses next generation of I/O therapeutics, pricing and reimbursement expectation. 35th Annual J.P. Morgan Healthcare Conference. San Francisco, CA. January 9, 2017.

"Immunotherapy for melanoma: current clinical advances." CSCO Beijing International Melanoma Congress. Beijing, China. October 22, 2016.

Omid Hamid, M.D.
Curriculum Vitae

"Final overall survival for Keynote 002 pembro versus Investigator-choice chemo for ipi refractory melanoma." ESMO Congress. Copenhagen, Denmark. October 8, 2016.

"Advancing the Treatment of BRAF+Metastic Melanoma With First line Combination Therapy." Novartis National Broadcast. Chicago, Il. June 16, 2016.

"New Frontiers in the Management of Brain Metastases." Advances in Neurology and Neurosurgery, Cedars Sinai Medical Center. Santa Barbara, CA, November 14, 2015.

"Melanoma Disease State and Clinical Perspective Overview?", Amgen Intercontinental Scientific Affairs Collegium, Thousand Oaks, CA. April 29, 2015.

"Breakthrough Medicine: Will Finding a Cure be the Start of Saving Lives?", Panelist, Milken Institute Global Conference, Beverly Hills, CA. April 28, 2015.

 "Advances in Cancer Immunotherapy." SITC-ACI. La Jolla, CA. August 22, 2014. Program Organizer.

"Use of Histology to Select Cytotoxic Therapy for the Treatment of Advanced Nonsquamous NSCLC." Lilly Oncology. Los Angeles, CA, February and March 2011.

"The Story of One Antibody Drug Product in Multiple Cancers." Pep Talk, San Diego. January 13, 2011.

"Immune Related Adverse Events (irAE). Bristol Meyers Squibb Argentina. October 22, 2010.

Session: Immunotherapy, Discussion: The Yin and the Yang of Ipilimumab for Prostate Cancer and Melanoma, Panelist, Prostate Cancer Foundation 2008 Scientific Retreat. October 17, 2008.


"Current Management and Diagnosis of Skin Cancers" Loyola Marymount University, 3rd Annual Cancer Awareness Faire – Living Life to the Fullest. Los Angeles, CA, October 16, 2008.

Session: Immunotherapy, Discussion: The Yin and the Yang of Ipilimumab for Prostate Cancer and Melanoma, Panelist, Prostate Cancer Foundation 2008 Scientific Retreat. October 17, 2008.

"Current Management and Diagnosis of Skin Cancers" Loyola Marymount University, 3rd Annual Cancer Awareness Faire – Living Life to the Fullest. Los Angeles, CA, October 16, 2008.

Lilly Oncology Los Angeles, CA, September 17, 2008.

Cedar-Sinai Medical Center, Department of Surgery, Division of Surgical Oncology, General Oncology Tumor Board, July 2, 2008.


"Melanoma: Innovations and Challenges 2008: New Approaches to Melanoma Therapy Novel Targets for the Immunotherapy of Malignant Melanoma" Melanoma:  Innovations & Challenges 2008. City of Hope, Duarte, CA.  June 12, 2008

Exhibit A Page - 13

Omid Hamid, M.D.
Curriculum Vitae

SPOT A SPOT – <u>Melanoma Awareness Month Community Education Forums</u>, Saint John's Health Center, Santa Monica, CA, May 13, 2008

"Melanoma: Innovations and Challenges 2008: New Approaches to Melanoma Therapy Novel Targets for the Immunotherapy of Malignant Melanoma" <u>Melanoma:  Innovations & Challenges 2008</u>. City of Hope, Duarte, CA.  June 12, 2008

"Ipilimumab (MDX-010) in Patients with Stage III/IV Melanoma: Kinetics and Duration of Response". <u>Annual European Cancer Conference (ECCO 14)</u>.  Barcelona, Spain. September 24, 2007.

 "A Case-Based Approach to the Treatment of Melanoma". <u>Mapping Pathways for Success Melanoma Awareness Program</u>. Santa Monica, CA.  September 17, 2007.

"CTLA-4 Antibody Case Studies: Kinetics of the Immune Response and Immune-Related Breakthrough Events". <u>First World Meeting of Interdisciplinary Melanoma / Skin Cancer Centers</u>.  Barcelona, Spain. September 6, 2007.

"Skin Cancers and Prevention". Dermatological Malignancies.  <u>Be Cancer Free Seminar sponsored by the Persian American Cancer Institute (PACI)</u>, University of California Los Angeles, Los Angeles, CA.  June 24, 2007.

"Current Therapeutic Options for Metastatic Melanoma". <u>Special Research Seminar</u> sponsored by John Wayne Cancer Institute, St. John's Health Center, Santa Monica, CA.  April 24, 2007.


## XI. BIBLIOGRAPHY

### A.  PUBLICATIONS

1.   Robert, C., Carlino, M.S., McNeil, C., Ribas, A., Grob, J.J., Schachter, J., Nyakas, M., Kee, D., Petrella, T.M., Blaustein, A., Lotem, M., Arance, A., Daud, A.I., **Hamid, O.,** Larkin, J., Anderson, J., Krepler, C., Grebennik, D., Long, G.V. Seven-Year Follow-Up of the Phase III KEYNOTE-006 Study: Pembrolizumab Versus Ipilimumab in Advanced Melanoma. *J Clin Oncol*. 2023 Jun 22: JCO2201599. doi: 10.1200/JCO.22.01599. Epub ahead of print. PMID: 37348035.

2.   **Hamid, O.,** Hassel, J.C., Shoushtari, A.N., Meier, F., Bauer, T.M., et al. Tebentafusp in comination with durvalumab and/or tremelimumab in patients with metastatic cutaneous melanoma: a phase 1 study. *J Immunother Cancer.* 2023 Jun;11(6):e006747.

3.   Chesney, J.A., Puzanov, I., Collichio, F.A., Singh, P., Milhem, M.M., Glaspy, J., **Hamid, O**., et al. Talimogene laherparepvec in comination with ipilimumab versus ipilimumab alone for advanced melanoma: 5-year final analysis of a multicenter randomized, open – label, phase II trial. *J Immunother Cancer*. 2023 May;11(5):e006270.

Omid Hamid, M.D.
Curriculum Vitae

4.    Ascierto, PA, Blank, C., Eggermont, A.M., Garbe, C., Gershenwald, J.E., **Hamid, O**., Hauschild, A., Luke, J.J., Mehnert, J.M., Sosman, J.A., Tawbi, H.A., et al. The "Great Debate" at Melanoma Bridge 2022, Naples, December 1st-3rd, 2022. *J Transl Med*. 2023 Apr 18:21(1):265.

5.    Kluger, H., barrett, J.C., Gainer, J.F., **Hamid, O**., Hurtwitz, M., et al. Society for Immunotherapy of Cancer (SITC) consensus definitions for resistance to combinations of immune checkpoint inhibitors. *J Immunother Cancer*. 2023 Mar: 11(3):e005921.

6.    **Hamid, O**., et al. Phase 1 study of finanlimab, a human lymphocyte activation gene-2 monoclonal antibody, in combination with Cemiplimab iun advanced melanoma: Expansion cohort analysis. *Skin The Journal of Cutaneous Medicine*, 2023 Mar: 7(2), s179-s179.

7.    Chesney, J., Lewis, K.D., Kluger, H., **Hamid, O**., Whitman, E., Thomas, S., et al. Efficacy and safety of lifileucel, a one-time autologous tumor-infiltratiing lymphocyte (TIL) cell therapy, in patients with advanced melanoma after progression on immune checkpoint inhibitors and targeted therapies: pooled analysis of consecutive cohorts of the C-144-01 study. *J Immunother Cancer*. 2022 Dec;10(12):e005755.

8.    Meric-Bernstam, F., Sweis, R.F., Kasper, S., **Hamid, O**., et al. Combination of the STING Agonist MIW815 (ADU-S100) and PD-1 Inhibitor Spartalizumab in Advanced/Metastatic Solid Tumors or Lymphomas: An Open-Label, Multicenter, Phase Ib Study. *Clin Cancer Res* 2022; https://doi.org/10.1158/1078-0432.CCR-22-2235

9.    Carvajal, R.D., Butler, M.O., Shoushtari, A.N., Hassel, J.C., Ikeguchi, A., Hernandez-Aya, L., Nathan, P., **Hamid, O**., Piulats, J.M., Rioth, M., Johnson, D.B., Luke, J.J., Espinosa, E., Leyvraz, S., Collins, L., goodall, H.M., Ranade, K., Holland, C., Abdullah, S.E., Sacco, J.J., Sato, T. Clinical and molecular response to tebentafusp in previously treated patients with metastatic uveal melanoma: a phase 2 trail. *Nat Med*. 2022 Nov;28(11):2364-2373.

10.   Oliva, I.G., **Hamid, O**., Ott, P., et al. 607 MCGRAW trial: evaluation of the safety and efficacy of an oral microbiome intervention (SER-401) in combination with nivolumab in first line metastatic melanoma patients. *Journal for ImmunoTherapy of Cancer* 2022;10: doi: 10.1136/jitc-2022-SITC2022.0607.

11.   Papadopoulos, K., Fu, S., Hamilton, E., Spira, A., Laurie, S., Wang, J., Ma B., Spreafico, A., Sharma, M., Chu, Q., Bray, M., Michelson, G., Chen, DY, Nguyen, L, Roberts-Thomson, E., **Hamid, O.** 750 TWT-101: a first-in-clinic, phase 1/2 study of CFI-402411, a hematopoietic progenitor kinase-1 (HPK1) inhibitor, as a single agent and in combination with pembrolizumab in subjects with advanced solid malignancies.*Journal for ImmunoTherapy of Cancer* 2022;10. doi: 10.1136/jitc-2022-SITC2022.0750.

12.   Sarnaik, A., Lewis, K., Kluger, H., **Hamid, O**., et al. 789 Lifileucel TIL cell monotherapy in patients with advanced melanoma after progression on immune checkpoint inhibitors (ICI) and targeted therapy: pooled analysis of consecutive cohorts (C-144–01 study). *Journal for ImmunoTherapy of Cancer* 2022;10. doi: 10.1136/jitc-2022-SITC2022.0789.

13.   Gastman B, Sarnaik A, Lawrence D, Olszanski, A., Chmielowski, B., Lutzky, J., Butler, M., **Hamid, O.,** et al. 787 DELTA-1: a global, multicenter, phase 2 study of ITIL-168, an unrestricted autologous tumor-infiltrating lymphocyte (TIL) cell therapy, in adult patients with advanced cutaneous melanoma. *Journal for ImmunoTherapy of Cancer* 2022;10:doi: 10.1136/jitc-2022-SITC2022.0787.

Exhibit A Page - 15

Omid Hamid, M.D.
Curriculum Vitae

14.     Abadier M, Jennings E, Eyles J, Martin, P., Pilataxi, F., Wu, Y., Chen, X., Azaro, A., Ridgway, B., Phillips, M., Carneiro, B., **Hamid, O**., et al.708 MEDI1191 (IL-12 mRNA) induces peripheral and intratumoral immunostimulatory effect in patients with cutaneous or subcutaneous (C/SC) lesions. *Journal for ImmunoTherapy of Cancer 2022*;10: doi: 10.1136/jitc-2022-SITC2022.0708

15.     **Hamid, O**., Chiappori, A.A., Thompson, J.A., Doi, T., Hu-Lieskovan, S., Eskens, FALM, Ros, W., Diab., A, Spano, J.P., Rizvi, N.A., Wasser, J.S., Angevin, E., Ott, P.A., Forgie, A., Yang, W., guo, C., Chou, J., el-Khoueiry, A.B. First in human study of an OX40 (ivuxolimab) and 4-1BB (utomilumab) agonistic antibody combination in patients with advanced solid tumors. *J Immunother Cancer.* 2022 Oct;10(10):e005471.

16.     Salama, A., McKean, M., Beck, T., **Hamid, O.,** Mashru, S., Patel, S., Kuzel, T., Casting, M., Ma, V., Fenton, K., Hayman, J., Daud, A., 705 Phase 2 study of SEA-CD40 combination therapies in advanced malignancies (SGNS40–002, trial in progress). *Journal for ImmunoTherapy of Cancer* 2022;10:doi: 10.1136/jitc-2022-SITC2022.0705.

17.     Meric-Bernstam, F., Sweis, R.F., Kasper, S., **Hamid, O.,** Bhatia, S., Dummer, R., Stradella, A., Long, G.V., Spreafico, A., Shimizu, T., Steeghs, N., Luke, J.J., McWhirter, S.M., Muller, T., Nair, N., Lewis, N., Chen, X., Bean, A., Kattenhorn, L., Pelletier, M., Sandhu, S. Combination of the STING Agonist MIW815 and PD-1 Inhibitor Spartalizumab in Advanced/Metastatic Solid Tumors or Lymphomas: An Open-label, Multicenter Phase Ib Study. *Clin Cancer Res.* 2022 Oct 25: CCR-22-2235.

18.     Ascierto, P.A., Agarwala, S.S., Blank, C., Caraco, C., Carvajal, R.D., Ernstoffm, M.S., Ferrone, S., Fox, B.A., Gajewski, R.F., Garbe, C., Grob, J.J., **Hamid, O.,** Krogsgaard, M., Lo, R.S., Lund, A.W., Madonna, G., Michielin, O., Neyns, B., Osman, I., Peters, S., Pouikakos, P.I., Quezada, S.A., Reinfeld, B., Zitvogel, L., Puzanov, I., Thurin, M. Perspectives in Melanoma: meeting report from the Melanoma Bridge (December 2nd-4th, 2021, Italy). *J Transl Med* 2022 Sep 4;20(1):391.

19.     Bhave, P.,Ahmed, T., Lo, S.N., Shoushtari, A., Zaremba, A., Versluis, J.M., Mangana, J., Weichenthal, M., Si, L., Lesimple, T., Robert, C., Trojanello, C., Wicky, A., Heywood, R., Tran, L., Batty, K., Dimitriou, F., Stansfeld, A., Allayous, C., Schwarze, J.K., Mooradian, M.J., Klein, O., Mehmi, I, Roberts-Thomson, R., Maurichi, A., Yeoh, J.L., Khattak, A., Zimmer, L., Blank, C.U., Ramelyte, E., Kahler, K., Roy, S., Ascierto, P., Michielin, O., Lorigan, P.C., Johnson, D.B., Plummer, R., Lebbe, C., Neyns, B., Sullivan, R., **Hamid, O**., et al. Efficacy of aniti-Pd-1 and ipilimumab alone or in combination in acral melanoma. *J Immunother Cancer.* 2022 Jul 6. 10(7). doi: 10.1136/jitc-2022-004668.

20.     **Hamid, O**.,Johnson, M.L., Luke, J., Maziarz, R.T., Merchan, J., Lim, E.E., Patel, S.P., Kuesters, G.M., Sienczylo, I., Gordon, G., Campbell, K., Horton, K., Turka, L., Spira, A.I. Abstract CT187: Phase 1 Trial of RTX-240, allogeneic red blood cells engineered to express 4-1BBL and trans-presented IL-15, in pateints (Pts) with advanced solid tumors. *Cancer Res.* 2022 June 15. 82 (12_Si[[;e,emet): CT187.

21.     Carneiro, B.A., Zamarin, D., Marron, T., Mehmi, I., Patel, S.P., Subbiah, V., El-Khoueiry, A., Grand, D., Garcia-Reyes, K., Goel, S., Martin, P., Wang, J., Wu, Y., Eck, S., Ridgway, B., Elgeioushi, N., Eyles, J., Durham, N., Azaro, A., **Hamid, O.** Abstract Ct183: First in human study of MEDI1191 (mRNA encoding IL-12) plus durvalumab in patients (pts) with advanced solid tumors. *Cancer Res.* 2022 June 15. 82 (12-Supplement): CT183.

22.     Ribas, A., Ferrucci, P.F., Atkinson, V., Stephens, R., Long, G.V., Lawrence, D.P., De. Vecchio, M., **Hamid, O.,** et al. Pembrolizumab (pembro) plus dabrafenib (dab) and trametinib (tram) in BRAF v600E/K – mutant melanoma: Long – term followup of KEYNOTE-022 parts 1, 2, and 3. *Journal of Clinical Oncology.* 2022 June 2. 40, no. 16_suppl. 9516-9516.

23.  McKean, M., Dumbrava, E.E., **Hamid, O.,** Merriam, P., et al. Safety and efficacy of etigilimab in combination with nivolumab in select recurrent/advanced solid tumors. *Journal of Clinical Oncology.* 2022 June 2. 40, no. 16-suppl. 2651-26-51.

24.  Weber, J. S., Carvajal, R.D., **Hamid, O**., Tae Kim, S., Kim, M., Sullivan, R., et al. ARTISTRY-6: Nemvaleukin alfa monotherapy in patients with advanced mucosal and cutaneous melanoma. *Journal of Clinical Oncology*. 2022 June 1. 40, no. 16_suppl TPS9609-TPS9609.

25.  Eggermont, A.M.M., **Hamid, O.,** Long, G.V., Luke, J.J.  Optimal systemic therapy for high-risk resectable melanoma. *Nat Rev Clin Oncol.* 2022 Apr 25. doi: 10.1038/s41571-022-00630-4.

26.  Ascierto, P.A., Butterfield, L.H., Finn, O.J., Futreal, A., **Hamid, O**. LaVallee, T., Postow, M.A., Puzanov, I., Sosman, J., Fox, B.A., Hwu, P. The Great Debate at Immunotherapy Bridge 2021, December 1st-2nd, 2021. *J Transl Med.* 2022 Apr 20:20(1):179.

27.  Lagadzhyan, A., Wentzel, K., **Hamid, O.,** Chow, K., Kim, S., Piro, L., Melmed, S. Endocrine autoantibodies determine immune checkpoint inhibitor-induced endocrinopathy: a prospective study. *J Clin Endocrinol Metab.* 2022 Mar 18. doi: 10.1210/clinem/dgac161.

28.  Diab, A., **Hamid, O**., Thompson, J.A., Ros, W., Eskens, F.A., Doi, T., Hu-Lieskovan, S., Klempner, S., Ganguly, B., Fleener, C., Wang, X., Jo, T., Liao, K., Salek-Ardakani, S., Taylor, C.T., Chou, J., El-Khoueiry, A.B. A Phase I, Open-Label, dose Escalation Study of the OX40 Agonist Nivolumab in Patients with Locally Advanced or Metastatic Cancers. *Clin Cancer Res* 2022 Jan. 28(1):71-83.

29.  Mehmi, I., **Hamid, O**. Immunotherapy of cancer in the era of checkpoint inhibitor. *Clin Exp Metastasis*. 2021 Dec 8. doi: 10.1007/s10585-021-10132-9.

30.  Tawbi, H.A., Forsyth, P.A., Hodi, F.S., Algazi, A.P., **Hamid, O**., Lao, C.D., Moschos, S.J., Atkins, M.B., Lewis, K., Postow, M.A., Thomas, R.P., Glaspy, J., Jang, S., Khushalani, N.I, Pavlick, A.C., Ernstoff, M.S., Reardon, D.A., Kudchadkar, R., Tarhini, A., Chung, C., Ritchings, C., Durani, P., Askelson, M., Puzanov, I., Margolin, K.A. Long-term outcomes of patients with active melanoma brain metastases treated with combination nivolumab plus ipilimumab (CheckMate 204): final results of an open-label, multicentre, phase 2 study. *Lancel Oncol*. 2021 Dec; 22(12): 1692-1704.

31.  Maio, M.., Carlino, M.S., Joshua, A.M., McWhirter, E.., Ribas, A., Ascierto, P.A., Miller, W.H. Jr, Butler, M.O., Ferrucci, P.F., Zielinski, R.R., Del Vecchio, M., Gasal, E., Ghori, R., Diede, S.J., Croydon, E., **Hamid, O**. KEYNOTE-022: Pembrolizumab with trametinib in patients with BRAF wild-type melanoma or advanced solid tumours irrespective of BRAF mutation. *Eur J Cancer*. 2021 Nov 17;S0959-8049(21)00621-2.

32.  Figueriedo, J.C., Merin, N.M., **Hamid, O**., et al. Longitudinal SARS-CoV-2 mRNA Vaccine-Induced Humoral Immune Responses in Patients with Cancer. *Cancer Res*. 2021Dec 15;81(24):6273-6280. doi:10.1158/0008-5472.CAN-21-3554. Epub 2021 Nov 10.

Omid Hamid, M.D.
Curriculum Vitae

33. Slingluff, C.L., Lewis, K.D., Andtbacka, R., Hyngstrom, J., Milhem, M., Markovic, S.N., Bowles, T., **Hamid, O**., Hernandez-Aya, L., Claveau, J., Jang, S., Philips, P., Holtan, S.G., Shaheen, M.F., Curti, B., Schmidt, W., Butler, M.O., Paramo, J., Lutzky, J., Padmanabhan, A., Thomas, S., Milton, D., Pecora, A., Sato, T., Hsueh, E., Badarinath, S., Keech, J., Kalmadi, S., Kumar, P., Weber, R., Levine, E., Berger, A., Bar, A., Beck, J.T., Travers, J.B., Mihalcioiu, C., Gastman, B., Beitsch, P., Rapisuwon, S., Glaspy, J., McCarron, E.C., Gupta, V., Behl, D., Blumenstein, B., Peterkin, J.J. Multicenter, double-blind, placebo-controlled trial of seviprotimut-L polyvalent melanoma vaccine in patients with post-resection melanoma at high risk of recurrence. *J Immunother Cancer*. 2021 Oct;9(10):e003272.

34. **Hamid, O**., Robert, C., Daud, A., Carlino, M.S., Mitchell, T.C., Hersey, P., Schachter, J., Long, G.V., Hodi, F.S., Wolchok, J.D., Arance, A., Grob, J.J., Joshua, A.M., Weber, J.S., Mortier, L., Jensen, E., Diede, S.J., Moreno, B.H., Ribas, A. Long-term outcomes in patients with advanced melanoma who had initial stable disease with pembrolizumab in KEYNOTE-001 and KEYNOTE-006. *Eur J Cancer*. 2021 Sep 24; 157:391-402.

35. Nathan, P., Hassel, J.C., Rutkowski, P., Baurain, J.F., Butler, M.O., Schlaak, M., Sullivan, R.J., Ochsenreither, S., Dummer, R., Kirkwood, J.M., Joshua, A.M., Sacco, J.J., Shoushtari, A.N., Orloff, M., Piulats, J.M., Milhem, M., Salama, A.K.S., Curti, B., Demidov, L., Gastaud, L., Mauch, C., Yushak, M., Carvajal, R.D., **Hamid, O.**, Abdullah, S.E., Holland, C., Goodall, H., Piperno-Neumann, S.; IMCgp100-202 Investigators. Overall Survival Benefit with Tebentafusp in Metastatic Uveal Melanoma. *N Engl J Med*. 2021 Sep 23;385(13):1196-1206.

36. Nguyen, A.T., Luu, M., Nguyen, V.P., **Hamid, O.**, Faries, M.B., Gharavi, N.M., Lu, D.J., Mallen-St Clair, J., Ho, A.S., Zumsteg, Z.S. Development and Validation of a Modified Pathologic Nodal Classification System for Cutaneous Melanoma. *JAMA Surg*. 2021 Sep 1: e214298.

37. Sanborn, R.E., **Hamid, O**., de Vries, E.G., Ott, P.A., Garcia-Corbacho, J., Boni, V., Bendell, J., Autio, K.A., Cho, D.C., Plummer, R., Stroh, M., Lu, L., Thistlethwaite, F. CX-072 (pacmilimab), a Probody PD-L1 inhibitor, in combination with ipilimumab in patients with advanced solid tumors (PROCLAIM-CX-072): a first-in-human, dose-finding study. *J Immunother Cancer*. 2021 Jul;9(7):e002446.

38. Sarnaik, A., **Hamid, O**., Khushalani, N., Lewis, K.D., Medina, T., Kluger, H.M., Thomas, S.S., Domingo-Musibay, E., Pavlick, A.C., Whitman, E.D., Martin-Algarra, S., Corrie, P., Curti, B.D., Olah, J., Lutzky, J., Weber, J.S., Larkin, J.M.G., Shi, W., Takamura, T., Jagasia, M., Qin, H., Wu, X., Chartier, C., Finckenstein, F.G., Fardis, M., Kirkwood, J.M., Chesney, J.A. Lifileucel, a Tumor-Infiltrating Lymphocyte Therapy, in Metastatic Melanoma. *J Clin Oncol*. 2021 May 12: JCO2100612. doi: 10.1200/JCO.21.00612. Epub ahead of print.

39. Tarhini, A.A., Kang, N., Lee, S.J., Hodi, F.S., Cohen, G.I., **Hamid, O.,** Hutchins, L.F., Sosman, J.A., Kluger, H.M., Eroglu, Z., Koon, H.B., Lawrence, D.P., Kendra, K.L., Minor, D.R., Lee, C.B., Albertini, M.R., Flaherty, L.E., Petrella, T.M., Streicher, H., Sondak, V.K., Kirkwood, J.M.. Immune adverse events (irAEs) with adjuvant ipilimumab in melanoma, use of immunosuppressants and association with outcome: ECOG-ACRIN E1609 study analysis. *J Immunother Cancer*. 2021 May;9(5):e002535. doi: 10.1136/jitc-2021-002535.

40. Tawbi, H.A., Forsyth, P.A., Hodi, S., Lao, C.D., Moschos, S.J., **Hamid, O.,** Atkins, M.B., Lewis, K., Thomas, R.P., Glaspy, J.A., Jang, S., Algazi, A.P., Kushalani, N.I., Postow, M.A., Pavlick, A.C., Ernstoff, M.S., Reardon, D.A., Puzanov, I., Kudchadkar, R.R., Tarhini, A.A., Sumbul, A., Rizzo, J.I., Margolin, K.A. Safety and Efficacy of the Combination of Nivolumab Plus Ipilimumab in Patients With Melanoma and Asymptomatic or Symptomatic Brain Metastases (CheckMate 204). *Neuro-Oncology*. 2021 April 21; doi: 10.1093.neuonc/noab094.

Omid Hamid, M.D.
Curriculum Vitae

41.  Ascierto, P.A., Atlkins, M.B., Eggermont, A.M., Gershenwald, J.E., Grob, J.J., **Hamid, O**., Sondak, V.K., Sosman, J.A., Tawbi, H.A., Weber, J.S., Caraco, C., Osman, I. Puzanov, I. The "Great Debate" at Melanoma Bridge 2020: December 5th, 2020. *J Transl Med.* 2021 April 21;19,142. https://doi.org/10.1186/s12967-021-02808-3.

42.  Dowlati, A., Harvey R.D., Carvajal, R.D., **Hamid, O**., Klempner, S.J., Wook Kauh, J.S., Peterson, D.A., Yu, D., Chapman, S.C., Szpurka, A.M., Carlsen, M., Quinlan, T., Wesolowski, R. LY3022855, an anti-colony stimulating factor-1 receptor (CSF-1R) monoclonal antibody, in patients with advanced solid tumors refractory to standard therapy: phase 1 dose-escalation trial. *Invest New Drugs.* 2021 Feb 23; doi: 10.1007/s10637-021-01084-8.

43.  Robert, C., Hwu, W.J., **Hamid, O.**, Ribas, A., Weber, J.S., Daud, A., Hodi, F.S., Wolchok, J.D., Mitchell(Gangadhar), T.C., Hersey, P., Donca, R., Joseph, R.W., Boutros, C., Min, L., Long, G.V., Schachter, J., Puzanov, I., Dummer, R., Joshua, A.M. Long-term safety of pembrolizumab monotherapy and relationship with clinical outcome: A landmark analysis in patients with advanced melanoma. *European Journal of Cancer.* 2021 Feb; *144*. 182-191.

44.  Tarhini, A.A., Kang, N., Lee, S, Hodi, F.S., Cohen, G., **Hamid, O.**, Hutchins, L.,Sosman, J., Kluger, H., Eroglu, Z., Koon, H., Lawrence, D., Kendra, K.,  312 Female sex independently predicts adjuvant immunotherapeutic benefit from CTLA4 immune checkpoint inhibition. *Journal for ImmunoTherapy of Cancer.* 2020 Nov. *8* ; (3).

45.  Nguyen, T.A., Offner, M., **Hamid, O.,** Zumsteg, Z.S., Gharavi, N.M. Complete and Sustained Remission of Metastatic Cutaneous Squamous Cell Carcinoma in a Liver Transplant Patient Treated with Talimogene Laherparepvec. *Dermatol Surg.* 2020 Sep 2; doi: 10.1097/DSS.0000000000002739. Online ahead of print.

46.  **Hamid, O.** Adding Immunotherapy to BRAF/MEK Inhibition in BRAF V600-Mutant Melanoma: First Step on the Journey. *The American Society of Clinical Oncology Post.* 2020 Aug 25.

47.  Middleton, M.R., McAlpine, C, Woodcock, V.K., Corrie, P., Infante, J.R., Steven, N.M., Evans, T.R.J., Anthony, A., Shoushtari, A.N., **Hamid, O.**, Gupta, A., Vardeu, A., Leach, E., Naidoo, R., Stanhope, S., Lewis, S.M., Hurst, J., O'Kelly, I., Sznol, M. Tebentafusp, a TCR/anti-CD3 bispecific fusion protein targeting gp100, potently activated anti-tumor immune responses in patient with metastatic melanoma. *Clin Cancer Res.* 2020 Aug 18; doi:10.1158/1078-0432.

48.  Puzanov, I., Ribas, A., Robert, C., Schachter, J., Nyakas, M., Daud, A., Arance, A., Carlino, M.S., O'Day, S., Long, G.V., Margolin, K.A., Dummer, R., Schadendorf, D., Lutzky, J., Ascierto, P.A., Tarhini, A., Lin, J., Mogg, R., Homet, R.,  Moreno, B., Ibrahim, N., **Hamid, O.** Association of BRAF V600E/K Mutation Status and Prior BRAF/MEK Inhibition With Pembrolizumab Outcomes in Advanced Melanoma: Pooled Analysis of 3 Clinical Trials. *JAMA Oncol.* 2020 Jul 16; e202288. doi: 10.1001/jamaoncol.2020.2288.

49.   Zamarin, D., **Hamid, O.,** Nayak-Kapoor, A., Sahebjam, S., Sznol, M., Collaku, A., Fox, F.E., Marshall, M.A., Hong, D.S. Mogamulizumab in Combination With Durvalumab or Tremelimumab in Patients With Advanced Solid Tumors: A Phase I Study. *Clin Cancer Res.* 2020 Jun 25; doi: 10.1158/1078-0432.CCR-20-0328/

Omid Hamid, M.D.
Curriculum Vitae

50.   Maio, M., **Hamid, O.**, Larkin, J., Covre, A., Altomonte, M., Calabro, L., Vardana, S.A., Robert, C., Ibrahim, R., Anichini, A., Wolchok, J.D., Di Giacomo, A.M. Immune-checkpoint Inhibitors for Cancer Therapy in the COVID-19 Era. *Clin Cancer Res,* 2020 Jun 15; clincanres.1657.2020. doi: 10.1158/1078-0432.CCR-20-1657.

51.   Ascierto, P.A., Del Vecchio, M., Mackiewicz, A., Robert, C., Chiarion –Sileni, V., Arance, A.Lebbe, C., Svane, I.M., McNeil, C., Rutkowski, P., Loquai, C., Mortier L., **Hamid, O.**, Bastholt, L., Dreno, B., Schadendort, D., Garbe, C., Nyakas. Overall Survival at 5 Years of Follow-Up in a Phase III Trial Comparing Ipilimumab 10 mg/kg With 3 mg/kg in Patients With Advanced Melanoma. *Immuther Cancer.* 2020 Jun; 8(1): e000391.

52.   D'Angelo, S.P., Bhatia S., Brohl, A.S., **Hamid, O.**, Mehnert, J.M., Terheyden, P., Shih, K.C., Brownell, I., Lebbe, C., Lewis, K.D., Linette, G.P., Milella, M., Georges, S., Shah, P., Ellers Lenz, B., Bajars, M., Guzel, G., Nghiem, P.T. Avelumab in patients with previously treated metastatic Merkel cell carcinoma: long term data and biomarker analyses from the single arm phase 2 JAVELIN Merkel 200 trial. *J Immunother Cancer.* 2020 May; 8 (1).

53.   **Hamid, O.,** Bruno, R., Fasso, M., O'Hear, C., Wu, B. Safety, Clinical Activity, and Biological Correlates of Response in Patients with Metastatic Melanoma: Results from a Phase I Trial of Atezolizumab-Response. *Clin Cancer Res.* 2020 May 15;26(10):2436.

54.   Yoshida, E.J., Luu, M., Freeman, M., Essner, R., Gharavi, N.M., Shiao, S.L., Maloloen-St. Clair, J., **Hamid, O.**, Ho, A.S., Zumsteg, Z.S. The association between facility volume and overall survival in patients with Merck cell carcinoma. *J Surg Oncol.* 2020 Apr 15; doi:10.1002/jso.25931.

55.   **Hamid, O.,** Ismail, R., Puzanov, I. Intratumoral Immunotherapy-Update 2019. *Oncologist.* 2020 Mar;25(3): e423-e438.

56.   Wallis, C.J.D., Lawson, K., Butaney, M., Satkunasivam, R., Parikh, J., Freedland, S.J., Patel, S.P., **Hamid, O.,** Pal, S.K., Klaassen, Z. Association between PD-L1 status and immune checkpoint inhibitor response in advanced malignancies: a systemic review and meta-analysis of overall survival data. *Jpn J Clin Oncol.* 2020 Feb 21; pii: hyaa021. doi: 10.1093/jjco/hyaa021.

57.   El-Khoueiry, A.B., Spano, J.P., Angevin, E., Doi, T., Bullock, A.J., Proctor Harris, W., **Hamid, O.**, Gougis, P., Forgie, A., Yang, W., Liao, K., Li, R., Taylor, C.T., Chou, J., Eskens, F. Analysis of OX40 agonist antibody (PF-04518600) in patients with hepatocellular carcinoma. *J Clin Oncol.* 2020 February; 38:4_suppl,523-523.

58.   Olson, D.J., Gutierrez, R., Bentebibel, S.E., Sweis, R.F., **Hamid, O**., Diab, A., Johnson, D.B., Luke, J.J. Novel Immunotherapies and Novel Combinations of Immunotherapy for Metastatic Melanoma. *Cutaneous Melanoma.* 2020 January; 1165-1186. doi.org/10.1007/978-3-030-05070-2_59

59.   Nguyen, A.T., Luu, M., Lu, D.J., **Hamid, O.,** Mallen-St Clair, J., Faries, M.B., Gharavi, N.M., Ho, A.S., Zumsteg, Z.S. Quantitative Metastatic Lymph Node Burden and Survival in Merkel Cell Carcinoma. *J Am Acad Dermatol.* 2020 January; pii: S0190-9622(20)30062-1. doi: 10.1016/j.jaad.2019.12.072.

Omid Hamid, M.D.
Curriculum Vitae

60.    Tarhini, A.A., Lee, S.J., Hodi, F.S., Rao, U.N.M., Cohen, G.I., **Hamid, O.,** Hutchins, L.F., Sosman, J.A., Kluger, H.M., Eroglu, Z., Koon, H.B., Lawrence, D.P., Kendra, K.L., Minor, D.R., Lee, C.B., Albertini, M.R., Flaherty, L.E., Petrella, T.M., Streicher, H., Sondak, V.K., Kirkwood, J.M. Phase III Study of Adjuvant Ipilimumab (3 or 10 mg/kg) Versus High-Dose Interferon Alfa-2b for Resected High-Risk Melanoma: North American Intergroup E1609. *J Clin Oncol.* 2019 December; JCO1901381. doi:10.1200/JCO.19.01381.

61.    Butaney, M., Satkunasivam, R., Goldberg, H., Freedland, S. J., Patel, S. P., **Hamid, O**., Pal, S., Klaassen, Z., Wallis, C.J.D. Analysis of Heterogeneity in Survival Benefit of Immunotherapy in Oncology According to Patient Demographics and Performance Status. A Systematic Review and Meta-Anaysis of Overall Survival Data. *American Journal of Clinical Oncology.* 2019 December; doi: 10.1097/COC.0000000000000650.

62.    **Hamid, O.,** Ismail, R., Puzanov, I. Intratumoral Immunotherapy-Update 2019. *Oncologist* 2019 November; 2019-0438. doi: 10.1634/theoncologist.2019-0438.

63.    Ribas, A., Daud, A., Pavilick, A.C., Gonzalez, R., Lewis, K.D., **Hamid, O**., Gajewski, T. F., Puzanov, I., Wongchenko, M., Rooney, I., Hsu, J.J., Yan, Y., Park, E., McArthur, G.A. Extended 5-Year Follow-up Results of a Phase Ib Study (BRIM7) of Vemurafenib and Cobimetinib in BRAF-Mutant Melanoma *Clin Cancer Res.* 2019 November; doi: 10.1158/1078-0432.CCR-18-4180.

64.    Shah, S., Raskin, L, Cohan, D., **Hamid, O**. Freeman, M. Treatment patterns of melanoma by BRAF mutation status in the United States from 2011 to 2016: a retrospective cohort study. *Future Medicine.* 2019 November; doi.org/10.2217/mmt-2019-0013.

65.    **Hamid, O**., Cowey, C.L., Offner, M., Faries, M., Carvajal, R.D. Efficacy, Safety, and Tolerability of Approved Combination BRAF and MEK Inhibitor Regimens for BRAF-Mutant Melanoma. *Cancers* 2019 October 24; 11(11), 1642. doi.org/10.3390/cancers11111642.

66.    **Hamid, O**., Molinero, L., Bolen, C.R., Sosman, J.A., Munoz-Couselo, E., Kluger, H.M., McDermott, D.R., Powderly, J.D., Sarkar, I., Ballinger, M., Fasso, M., O'Hear, C., Chen, D.S., Hegde, P.S., Hodi, S. Safety, Clinical Activity, and Biological Correlates of Response in Patients with Metastatic Melanoma: Results from a Phase I Trial of Atezolizumab. *Clin Cancer Res.* 2019 September; doi: 10.1158/1078-0432.CCR-18-3488.

67.    Robert, C., Ribas, A., Schachter, J., Arance, A., Grob, J.J., Mortier, L., Daud, A., Carlino, M., McNeil, C.M., Lotem, M., Larkin J.M., Lorigan, P., Neyns, B., Blank, C.U., Petrella, T., M., **Hamid, O**., Su, S.C., Krepler, C., Long, G.V. Pembrolizumab versus ipilimumab in advanced melanoma (KEYNOTE-006): post – hoc 5-year results from an open-label, multicentere, randomized, controlled, phase 3 study. *The Lancet Oncology.* 2019 September; (20) 1239-1251.

68.    Wallis, C.J.D. Satkunasivam, R., Butaney, M., Goldberg H.A., Freedland, S.J., Patel, S.P. **Hamid, O**., Pal, S.K, Klaassen, Z. Association Between Smoking and Survival Benefit of Immunotherapy in Advanced Malignancies: A Systemic Review and Meta-Analysis. *Am J Clin Oncol.* 2019 September; 42(9): 711-716.

69.    Eggermont, A.M.M, Chiarion – Sileni, V., Grob, J.J., Dummer, R., Wolchok, J.D., Schmidt, H., **Hamid, O.**, Robert, C., Ascierto, P.A., Richards, J.M., Lebbe, C., Ferraresi, V., Smylie, M., Weber, J.S., Maio, M., Hosein, F., de Pril, V., Kicinski, M., Suciu, S., Testori, A. Adjuvant Ipilimumab versus placebo after complete resection of stage III melanoma: long-term follow-up results the EORTC 18071 double-blink phase 3 randomized trial. *Eur J Cancer*. 2019 September; (119) 1-10.

Omid Hamid, M.D.
Curriculum Vitae

70.     Sandhu, S., McNeil, C.M., LoRusso, P., Patel, M.R., Kabbarah, O., Li, C., Sanabria, S., Flanagan, W.M., Yeh, R.F., Brunstein, F., Nazzal, D., Hicks, R., Lemahieu, V., Meng, R., **Hamid, O.**, Infante, J.R.  Phase I study of the anti-endothelin B receptor antibody-drug conjugate DEDN6526A in patients with metastatic or unresectable cutaneous, mucosal, or uveal melanoma. *Invest New Drugs.* 2019 August; doi: 10.1007/s10637-019-00832-1.

71.     Shah, S., Raskin, L., Cohan, D., Freeman, M. **Hamid, O**. Treatment patterns of malignant melanoma in the United States from 2011 to 2016: a retrospective cohort study. *Current Medical Research and Opinion.* 2019 August; doi: 10.1080/03007995.2019.1662688.

72.     Long, G.V., Dummer, R., **Hamid, O**., Gajewski, T., Caglevic, C., Dalle, S., Arance, A., Carlino, M.S., Grob, J.J., Kim, T.M., Demidov, L., Robert, C., Larkin, J., Anderson, J.R., Maleski, J., Jones, M., Diede, S.J., Mitchell, T.C. Epacadostat plus pembrolizumab versus placebo plus pembrolizumab in patients with unresectable or metastatic melanoma (ECHO-301/KEYNOTE-252): a phase 3, randomized, double-blind study. *The Lancet Oncology.* 2019 August; (20), 8, 1083-1097.

73.     Amaria, R.N., Menzies, A.M., Burton, E.M., Scolyer, R.A., Tetzlaff, M.T., Antdbacka, R., Ariyan, C., Bassett, R., Carter, B., Daud, A., Faries, M., Fecher, L.A., Flaherty, K.T., Gershenwald, J.E., **Hamid, O.**, Hong, A., Kirkwood, J. M., Lo, S., Margolin, K., Messina, J., Postow, M.A., Rizos, H., Ross, M., Roseman, E.A., Saw, R.P., Sondak, V., Sullivan, R.J., Taube, J., Thompson, J., van de Wiel, B., Eggermont, A.M., Davies, M., Long, G. Neoadjuvant Systemic therapy in melanoma: recommendations of the International Neoadjuvant Melanoma Consortium. *The Lancet Oncology.* 2019 July; (20) e378-e389. doi.org/10.1016/S1470-2045(19)30332-8.

74.     Ribas, A., Lawrence, D., Atkinson, V., Agarwal, S., Miller, W.H., Carlino, M.S., Fisher, R., Long, G., Hodi, F.S., Tsoi, J., Grasso, C.S., Mookerjee, B., Zhao, Q., Ghori, R., Moreno, B.H., Ibram, N.,**Hamid, O**. Combined BRAF and MEK inhibition with PD-1 blockage immunotherapy in BRAF-mutant melanoma. *Nature Medicine.* 2019 June; (25) 936-940.

75.     Ascierto, P.A., Bruzzi, P., Eggermont, A., **Hamid, O**., Tawabi, H., van Akkooi, A., Testori, A., Caraco, C., Puzanov, I., Perrone, F. The Great Debate at Melanoma Bridge 2018. *Journal of Translational Medicine.* 2019 July; (17) 148. doi:10.1186/s12967-019-1892-5.

76.     Robert, C., Schachter, J., Long, G.V., Arance, A., Grob, J.J., Mortier, L., Daud, A., Carlino, M.S., McNeil, C., Lotem, M., Larkin, J., Lorigan, P., Neyns, B., Blank, C.U., **Hamid, O**., Petrella, T.M., Anderson, J., Krepler, C., Diede, S.J., Ribas, A. 5-year survival and other long-term outcomes from KEYNOTE-006 study of pembrolizumab (pembro) for ipilimumab (ipi) – naïve advanced melanoma. *Cancer Research.* 2019 July; (79)

77.     Sullivan, R.J., **Hamid, O**., Gonzalez, R., Infante, J.R., Patel, M.R., Hodi, F.S., Lewis, K.D., Tawbi, H.A., Hernandez, G., Wongchenko, M.J., Chang, Y., Roberts, L., Ballinger, M., Yan, Y. Cha, E., Hwu, P. Atezolizumab plus cobimetinib and vemurafenib in BRAF-mutated melanoma patients. *Nature Medicine.* 2019 June; (25) 929-935.

78.     Tarhini, A.A., Lee, S.J., Hodi, F.S., Rao, U.N.M., Cohen, G.I., **Hamid, O**., Fulper Hutchins, L., Sosman, J.A., Kluger, H.M., Sondak, V.K., Koon, J.B., Lawrence, D.P., Kendra, K.L., Minor, D.R., Lee, C.B., Albertini, M.R., Flaherty, L.E., Petrella, T.M., Kirkwood, J.M. United States Intergroup E1609: A phase III randomized study of adjuvant ipilimumab (3 or 10 mg/kg) versus high-dose interferon-α2b for resected high-risk melanoma. *J Clin Oncol.* 2019 May; doi. 10.1200/JCO.2019.37.15_suppl.9504.

Omid Hamid, M.D.
Curriculum Vitae

79.     Middleton, M.R., Steven, N.M., Evans, T.R.J., Infante, J.R., **Hamid, O**., Shoushtari, A.N., Corrie, P.G., Anthoney, A. Gupta, A., Woodcock, V.K., McAlpine, C., Sznol, M. Pharmacodynamic effect of IMCgp100 (TCR–CD3 bispecific) on peripheral cytokines and association with overall survival in patients with advanced melanoma. *J Clin Oncol.* 2019 May; (37) no. 15_suppl 9523.

80.     Tawbi, H.A., Forsyth, P.A., Hodi, F.S., Lao, C.D., Moschos, S.J., **Hamid, O.**, Atkins, M.B., Lewis, K.D., Thomas, R.P., Glaspy, J.A., Jang, S., Algazi, A.P., Khushalani, N.I., Postow, M.A., Pavlick, A.C., Ernstoff, M.S., Reardon, D.A., Balogh, A., Rizzo, J.I., Margolin, K.A. Efficacy and safety of the combination of nivolumab (NIVO) plus ipilimumab (IPI) in patients with symptomatic melanoma brain metastases (CheckMate 204). *J Clin Oncol.* 2019 May; (37) no. 15_suppl 9501-9501.

81.     Eggermont, A.M.M, Chiarion – Sileni, V., Grob, J.J., Dummer, R., Wolchok, J.D., Schmidt, H., **Hamid, O.**, Robert, C., Ascierto, P.A., Richards, J.M., Lebbe, C., Ferraresi, V., Smylie, M., Weber, J.S., Maio, M., Hosein, F., de Pril ,V., Kicinski, M., Suciu, S., Testori, A. Ipilimumab versus placebo after complete resection of stage III melanoma: Long-term follow-up results the EORTC 18071 double-blink phase 3 randomized trial. *J Clin Oncol.* 2019 May; (37) no. 15_suppl 2512-2512.

82.      Middleton, M.R., Steven, N.M., Evans, T.R.J., Infante, J.R., Snol, M., **Hamid, O**., Shoushtari, A.N., Anthoney, A., Gupta, A., Woodcock, V.K., Easton, R., Corrie, P.G.  Relationship between clinical efficacy and AEs of IMCgp100, a novel bispecific TCR–anti-CD3, in patients with advanced melanoma. *J Clin Oncol.* 2019 May*; 10.*1200/JCO.2019.37.15_suppl.9530

83.     Meric-Bernstam, F., Sandhu, S.K., **Hamid, O**., Spreafico, A., Kasper, S., Dummer, R., Shimizu, T., Steeghs, N., Lewis, N., Talluto, C.C., Dolan, S., Bean, A., Brown, R., Trujillo, D., Nair, N., and Luke, J.J.  Phase Ib study of MIW815 (ADU-S100) in combination with spartalizumab (PDR001) in patients (pts) with advanced/metastatic solid tumors or lymphomas. *J Clin Oncol.* 2019 May; (37) no. 15_suppl 2507.

84.     Gibney G., **Hamid, O.**, Lutzky, J., Olszanski, A.J., Mitchell, T.C., Gajewski, T.F., Chmielowski, B., Hanks, B.A., Zhao, Y., Newton, R., Maleski, J., Leopold, L., Weber, J.S. Phase ½ Study of epacadostat in combination with ipilimumab in patients with unresectable or metastatic melanoma. *Journal for ImmunoTherapy of Cancer.* 2019 March; (7) 80. doi:10.1186/s40425-019-0562-8.

85.     Jung, K.H., LoRusso, P.M., Burris, H.A., Gordon, M.S., JueBang, Y., Hellmann, M.D., Cervantes, A., Ochoa de Olza, M., Marabelle, A., Hodi, F. S., Ahn, M..J, Emens, L.A., Barlesi, F., **Hamid, O.,** Calvo, E., McDermott, M.F., Soliman, H., Rhee, I., Lin, R., Pourmohamad, T., Suchomel, J., Tsuhako, A., Morrissey, K.M., Mahrus, S., Morley, R., Pirzkalland, A., Davis, L.S. Phase I Study of the Indoleamine 2,3-Dioxygenase 1 (IDO1) Inhibitor Navoximod (GDC-0919) Administered with PD-L1 Inhibitor (Atezolizumab) in Advanced Solid Tumors. *Clin Cancer Res.* 2019 February; (18) 2740. doi: 10.1158/1078-0432.CCR-18-2740.

86.     Long, G.V., Dummer, R., **Hamid, O**., Gajewski, T.F., Caglevic, C., Dalle, S., Arance, A., Carlino, M., Grob, J.J., Kin, T.M., Demidov, L., Robert, C., Larkin, J., Anderson, J.R., Maleski, J., Jones, M., Diede, S., Mitchell, T.C. Epacadostat Plus Pembrolizumab versus Placebo Plus Pembrolizumab in Patients with Unresectable or Metastatic Melanoma: Results of the Phase 3, Randomized, Double-Blind Echo-301/Keynote-252 Study. *The Lancet.* 2019 February 5; Available at SSRN: https://ssrn.com/abstract#act=3327362.

Omid Hamid, M.D.
Curriculum Vitae

87.   **Hamid, O.**, Hu-Lieskovan, S., Ros, W., Diab, A., El-Khoueiry, A.B., Thompson, J.A., Eskens, F.A., Spano, J.P., Angevin, E., Rizvi, N.A., Wasser, J.S., Ott, P.A., Chiappori, A., Joh, T., Krupka, H.I., Potluri, S., Wang, X., Ganguli, B.J., Chou, J., Doi, T. Pharmacodynamic (PD) changes in tumors and peripheral blood T cell receptor (TCR) repertoire in a phase I study combining OX40 (PF-04518600) and 4-1BB (utomilumab) agonistic monoclonal antibodies (mAbs). *Annals of Oncology.* 2018 October 23; (29). doi: 10.1093/annonc/mdy288.057.

88.   **Hamid, O.**, Vanderwalde, A.M., Szeto, C., Reddy, S., Pal, S.K. Differential expression of PD-L1 and immune biomarkers by age: Decreased expression in pediatric/AYA patients with advanced cancer. *Annals of Oncology.* 2018 October 23; (29). doi: 10.1093/annonc/mdy269.099.

89.   **Hamid, O.**, Ribas, A., Daud, A., Butler, O., Carlino, M.S., Hwu, W.J., Long, G.V., Ancell, K., Hodi, F.S., Khushalani, N.I., Blank, C.U., Loquai, C., Lin, J., Diede, S.J., Robert, C.. Efficacy of pembrolizumab (Pembro) in patients (Pts) with advanced melanoma with stable brain metastases (BM) at baseline: A pooled retrospective analysis. *Annals of Oncology.* 2018 October 23; (29). doi: 10.1093/annonc/mdy289.004.

90.   Mitchell, T.C., **Hamid, O.**, Smith, D.C., Bauer, T.M., Wasser, J.S., Olszanski, A.J., Luke, J.J., Balmanoukian, A.S., Schmidt, E.V., Zhao, Y., Gong, X., Maleski, J., Leopold, L., Gajewski, T. Epacadostat Plus Pembrolizumab in Patients With Advanced Solid Tumors: Phase I Results From a Multicenter, Open-Label Phase I/II Trial (ECHO-202/KEYNOTE-037) *J Clin Oncol.* 2018 Sep 28; doi: 10.1200/JCO.2018.78.9602 [Epub ahead of print]

91.   **Hamid, O.**, Robert, C., Ribas, A., Hodi, F.S., Walpole, E., Daud, A., Arance, A.S., Brown, E., Hoeller, C., Mortier, L., Schachter, J., Long, J., Ebbinghaus, S., Ibrahim, N., Butler, M. Antitumour activity of pembrolizumab in advanced mucosal melanoma: a post-hoc analysis of KEYNOTE-001, 002, 006.*Br J Cancer*. 2018 Sep 11; (119): 670–674 doi: 10.1038/s41416-018-0207-6.

92.   Tawbi, H.A., Forsyth, P.A., Algazi, A., **Hamid, O.**, Hodi, F.S., Moschos, S.J., Khushalani, N.I., Lewis, K., Lao, C.D., Postow, M.A., Atkins, M.B., Ernstoff ,M.S., Reardon, D.A., Puzanov, I., Kudchadkar, R.R., Thomas, R.P., Tarhini, A., Pavlick, A.C., Jiang, J., Avila, A., Demelo, S., Margolin, K. Combined Nivolumab and Ipilimumab in Melanoma Metastatic to the Brain. *N Engl J Med.* 2018 Aug 23;379(8):722-730. doi: 10.1056/NEJMoa1805453.

93.   Robert, C., Ribas, A., **Hamid, O.**, Daud, A., Wolchok, J.D., Joshua ,A.M., Hwu, W.J., Weber, J.S., Gangadhar, T.C., Joseph, R.W., Dronca, R., Patnaik, A., Zarour, H., Kefford, R., Hersey, P., Zhang, J., Anderson, J., Diede, S.J., Ebbinghaus, S., Hodi, S. Durable Complete Response After Discontinuation of Pembrolizumab in Patients With Metastatic Melanoma. *J Clin Oncol.* 2018 Jun 10;36(17):1668-1674. doi: 10.1200/JCO.2017.75.6270. Epub 2017 Dec.

94.   Kaufman, H.L., Russell, J.S., **Hamid, O.**, Bhatia, S., Terheyden, P., D'Angelo, S.P., Shih, K.C., Lebbe, C., Milella, M., Brownell, I., Lewis, K.D., Lorch, J.H., von Heydebreck, A., Hennessy, M., Nghiem, P. Updated efficacy of avelumab in patients with previously treated metastatic Merkel cell carcinoma after ≥1 year of follow-up: JAVELIN Merkel 200, a phase 2 clinical trial. *J Imunother Cancer.* 2018 June; 6(1);1. Academic OneFile, Accessed 13 June 2018.

Omid Hamid, M.D.
Curriculum Vitae

95.   Nghiem, P., Bhatia, S., Brohl, A.S., **Hamid, O.**, Mehnert, J.M., Terheyden, P., Shih, K.C., Brownell, I., Lebbe, C., Lewis, K.D., Linette, G.P., Milella, M., Hennessy, M., Bajars, M., Hicking, C., D'Angelo, S.P. Two-year efficacy and safety update from JAVELIN Merkel 200 part A: A registrational study of avelumab in metastatic Merkel cell carcinoma progressed on chemotherapy. *J Clin Oncol*. 2018 May; 36:15_suppl, 9507-9507.

96.   **Hamid, O.**, Robert, C., Daud, A., Hodi, S., Hwu, W.J., Kefford, R., Wolchok, J.D., Hersey, P., Joseph, R.W., Weber, J.S., Dronca, R.S., Mitchell, T.C., Patnaik, A., Zarour, H.M., Joshua, A.M., Jensen, E., Ibrahim, N., Ahsan, S., Ribas, A. 5-year survival outcomes in patients (pts) with advanced melanoma treated with pembrolizumab (pembro) in KEYNOTE-001. *J Clin Oncol.* 2018 May; 36:15_suppl 9516-9516.

97.   Pal, S.K., Vanderwalde, A.M., Szeto, C., Benz, S.C., Sanborn, J.Z., Vaske, C.H., Reddy, S.K., **Hamid, O**. Co-expression patterns of immune checkpoint molecules in relation to PD-L1 expression. *J Clin Oncol. 2018* May; 36:15_suppl 12113-12113.

98.   Long, G.V., Schachter, J., Ribas, A., Arance, A.M., Grob, J.J., Mortier, L., Daud, A., Carlino, M.S., McNeil, C.M., Lotem, M., Larkin, J.M.G., Lorigan, P., Neyns, B., Blank, C.U., Petrella, T.M., **Hamid, O.**, Anderson, J., Krepler, C, Ibrahim N, Robert C. 4-year survival and outcomes after cessation of prembrolizumab (pembro) after 2-years in patients (pts) with ipilimumab (ipi) -naïve advanced melanoma in KEYNOTE-006. *J Clin Oncol* 2018 May 36:15_suppl 9503-9503

99.   Sarnaik A, Curti BD, Davar D, Kirkwood JM, **Hamid O**, Lutzky J, Wilson M, Kluger HM, Whitman ED, Phan GQ, Thomas SS, Lewis KD, Arkenau HT, Chesney JA, Larsen B, Gorbatchevsky I, Suzuki S, Samberg NL, Fardis M. A phase 2, multicenter study to assess the efficacy and safety of autologous tumor-infiltrating lymphocytes (LN-144) for treatment of patients with metastatic melanoma. *J Clin Oncol* May 2018 36:15_suppl - TPS9595-TPS9595 [Epub ahead of print]

100.   Yang J, **Hamid O**, Carvajal RD. The Need for Neddylation: A Key to Achieving NED in Uveal Melanoma. *Clin Cancer Res* 2018 April. doi: 10.1158/1078-0432.CCR-18-0020

101.   D'Angelo SP, Russell JS, Bhatia S, **Hamid O**, Mehnet JM, Terheyden P, Shih KC, Brownell I, Lebbe C, Lewis KD, Linette GP, Milella M, Hennessy M, Bajars M, Zwiener I, and Nghiem P. 18-month efficacy and safety update from JAVELIN Merkel 200part A: A phase II study of avelumab in metastatic Merkel cell carcinoma progressed on chemotherapy. *J Clin Oncol* 2018 Mar 36:5_suppl, 192-192.

102.   Grob JJ, Schadendorg D, Lorigan P, Ascierto P, Larkin J, Nathan P, Robert C, Hauschild A, Weber J, Daud A, **Hamid O**, Dummer R, Hansson J, Hoeller C, Schachter J, Van Akkooi ACJ, and Garbe C. Eighth American Joint Committee on Cancer (AJCC) melanoma classification: Let us reconsider stage III. *Eur J Cancer.*, 2018 Mar, 91, 168-170.

103.   Mehta P, **Hamid O**, Klempner SJ. Pulse Dose Erlotinib and Zuckerguss Improvement in EGFR-Mutant NSCLC. *J Thorac Onc*. 2017 Dec; 12(12): 1857-1858.

104.   Hallmeyer S, Gonzalez R, Lawson DH, Cranmer LD, Linette GP, Puzanov I, Taback B, Cowey CL, Ribas A, Daniels GA, Moore T, Gibney GT, Tawbi H, Whitman E, Lee G, Mun Y, Liu S, **Hamid O**. Vemurafenib treatment for patients with locally advanced, unresectable stage IIIC or metastatic melanoma and activating exon 15 BRAF mutations other than V600E. *Melanoma Research*. 2017 Dec;27(6):585-590. doi: 10.1097/CMR.0000000000000398.

Omid Hamid, M.D.
Curriculum Vitae

105.  D'Angelo SP, **Hamid O**, Tarhini A, Schadendorf D, Chmielowski B, Collichio FA, Pavlick AC, Lewis KD, Weil SC, Heyburn J, Schweizer C, O'Shannessy DJ, Carvajal RD. A phase 2 study of ontuxizumab, a monoclonal antibody targeting endosialin, in metastatic melanoma. *Invest New Drugs.* 2017 Nov 11. doi: 10.1007/s10637-017-0530-4. [Epub ahead of print].

106.  Gangadhar TC, Hwu WJ, Postow MA, **Hamid O**, Daud A, Dronca R, Joseph R, O'Day SJ, Hodi FS, Pavlick AC, Kluger H, Oxborough RP, Yang A, Gazdoiu M, Kush DA, Ebbinghaus S, Salama AKS. Efficacy and Safety of Pembrolizumab in Patients Enrolled in KEYNOTE-030 in the United States: An Expanded Access Program. *J Immunother*. 2017 Nov/Dec;40(9):334-340. doi: 10.1097/CJI.0000000000000186.

107.  **Hamid O**, Puzanov I, Dummer R, Schachter J, Daud A, Schadendorf D, Blank C, Cranmer LD, Robert C, Pavlick AC, Gonzalez R, Hodi FS, Ascierto PA, Salama AKS, Margolin KA, Gangadhar TC, Wei Z, Ebbinghaus S, Ibrahim N, Ribas A. Final analysis of a randomised trial comparing pembrolizumab versus investigator-choice chemotherapy for ipilimumab-refractory advanced melanoma. *Eur J Cancer.* 2017 Nov; 86:37-45. doi: 10.1016/j.ejca.2017.07.022.

108.  Long GV, Eroglu Z, Infante J, Patel S, Daud A, Johnson DB, Gonzalez R, Kefford R, **Hamid O,** Schuchter L, Cebon J, Sharfman W, McWilliams R, Sznol M, Redhu S, Gasal E, Mookerjee B, Weber J, Flaherty KT. Long-Term Outcomes in Patients With BRAF V600-Mutant Metastatic Melanoma Who Received Dabrafenib Combined With Trametinib. *J Clin Oncol.* 2017 Oct 9:JCO2017741025. doi: 10.1200/JCO.2017.74.1025. [Epub ahead of print].

109.  Chesney J, Puzanov I, Collichio F, Singh P, Milhem MM, Glaspy J, **Hamid O**, Ross M, Friedlander P, Garbe C, Logan TF, Hauschild A, Lebbé C, Chen L, Kim JJ, Gansert J, Andtbacka RHI, Kaufman HL. Randomized, Open-Label Phase II Study Evaluating the Efficacy and Safety of Talimogene Laherparepvec in Combination With Ipilimumab Versus Ipilimumab Alone in Patients With Advanced, Unresectable Melanoma. *J Clin Oncol*. 2017 Oct 5:JCO2017737379. doi: 10.1200/JCO.2017.73.7379. [Epub ahead of print]

110.  Schachter J, Ribas A, Long GV, arance A, Grob JJ, Mortier L, Daud A, Carlino MS, McNeil C, Lotem M, Larkin J, Lorigan P, Neyns B, blank C, Petrella T, **Hamid O**, Zhou H, Ebbinghaus S, Robert C. Pembrolizumab versus ipilimumab for advanced melanoma: final overall survival results of a multicentre, randomised, open-label phase 3 study (KEYNOTE-006). *Lancet.* 2017 Oct 21;390(10105):1853-1862. doi: 10.1016/S0140-6736(17)31601-X. Epub 2017 Aug 16. PubMed PMID: 28822576.

111.  **Hamid O**, Hoffner B, Gasal E, Hong J, Carvajal R. Oncolytic immunotherapy: unlocking the potential of viruses to help target cancer. *Cancer Immunol Immunother.* 2017 Oct;66(10):1249-1264. doi: 10.1007/s00262-017-2025-8. Epub 2017 Jul 15. Review. PubMed PMID: 28712033; PubMed Central PMCID: PMC5626801.

112.  Ott P, Pavlick AC, Johnson DB, Hart LL, Infante JR, Luke JJ, Lutzky J, Rothschild NE, Spitler LE, Cowey CL, Alizadeh A, Salama AK, Yin X, Bagley RG, Wang Y, **Hamid O**. A phase II study of glembatumumab vedotin (GV), an antibody-drug conjugate (ADC) targeting gpNMB, in advanced melanoma. *J Clin Oncol.* 35, 2017 May; (15): 109-109. doi: 10.1200/JCO.2017.35.15_suppl.109.

Omid Hamid, M.D.
Curriculum Vitae

113. Sekulic A, Migden MR, Basset-Seguin N, Garbe C, Gesierich A, Lao CD, Miller C, Mortier L, Murrell DF, **Hamid O**, Quevedo JF, Hou J, McKenna E, Dimier N, Williams S, Schadendorf D, Hauschild A Long-term safety and efficacy of vismodegib in patients with advanced basal cell carcinoma: final update of the pivotal ERIVANCE BCC study. *BMC Cancer.* 2017 May 16;17(1):332. doi: 10.1186/s12885-017-3286-5.

114. Tumeh PC, Hellmann MD, **Hamid O**, Tsai KK, Loo KL, Gubens MA, Rosenblum M, Harview CL, Taube JM, Handley N, Khurana N, Nosrati A, Krummel MF, Tucker A, Sosa EV, Sanchez PJ, Banayan N, Osorio JC, Nguyen-Kim DL, Chang J, Shintaku IP, Boasberg PD, Taylor EJ, Munster PN, Algazi AP, Chmielowski B, Dummer R, Grogan TR, Elashoff D, Hwang J, Goldinger SM, Garon EB, Pierce RH, Daud A. Liver Metastasis and Treatment Outcome with Anti-PD-1 Monoclonal Antibody in Patients with Melanoma and NSCLC. *Cancer Immunol Res*. 2017 May;5(5):417-424. doi: 10.1158/2326-6066.CIR-16-0325. Epub 2017 Apr 14.

115. Ascierto PA, Del Vecchio M, Robert C, Mackiewicz A, Chiarion-Sileni V, Arance A, Lebbé C, Bastholt L, **Hamid O**, Rutkowski P, McNeil C, Garbe C, Loquai C, Dreno B, Thomas L, Grob JJ, Liszkay G, Nyakas M, Gutzmer R, Pikiel J, Grange F, Hoeller C, Ferraresi V, Smylie M, Schadendorf D, Mortier L, Svane IM, Hennicken D, Qureshi A, Maio M.  Ipilimumab 10 mg/kg versus ipilimumab 3 mg/kg in patients with unresectable or metastatic melanoma: a randomised, double-blind, multicentre, phase 3 trial. *Lancet Oncol.* 2017 May;18(5):611-622. doi: 10.1016/S1470-2045(17)30231-0. Epub 2017 Mar 27.

116. Nosrati A, Tsai KK, Goldinger SM, Tumeh P, Grimes B, Loo K, Algazi AP, Nguyen-Kim TDL, Levesque M, Dummer R, **Hamid O**, Daud A. Evaluation of clinicopathological factors in PD-1 response: derivation and validation of a prediction scale for response to PD-1 monotherapy. *Br J Cancer.* 2017 Apr 25;116(9):1141-1147. doi: 10.1038/bjc.2017.70. Epub 2017 Mar 21.

117. Coens C, Suciu S, Chiarion-Sileni V, Grob JJ, Dummer R, Wolchok JD, Schmidt H, **Hamid O**, Robert C, Ascierto PA, Richards JM, Lebbé C, Ferraresi V, Smylie M, Weber JS, Maio M, Bottomley A, Kotapati S, de Pril V, Testori A, Eggermont AM.  Health-related quality of life with adjuvant ipilimumab versus placebo after complete resection of high-risk stage III melanoma (EORTC 18071): secondary outcomes of a multinational, randomised, double-blind, phase 3 trial.   *Lancet Oncol*. 2017 Mar;18(3):393-403. doi: 10.1016/S1470-2045(17)30015-3. Epub 2017 Feb 3.

118. Segal NH, Logan TF, Hodi FS, McDermott DF, Melero I, **Hamid O**, Schmidt H, Robert C, Chiarion-Sileni V, Ascierto PA, Maio M, Urba WJ, Gangadhar TC, Suryawanshi S, Neely J, Jure-Kunkel M, Krishnan S, Kohrt HE, Sznol M, Levy R. Results From an Integrated Safety Analysis of Urelumab, an Agonist Anti-CD137 Monoclonal Antibody. *Clin Cancer Res.* 2017 Apr 15;23(8):1929-1936. doi: 10.1158/1078-0432.CCR-16-1272. Epub 2016 Oct 18. PubMed PMID: 27756788.

119. Daud A, Wolchok JD, Robert C, Hwu WJ, Weber JS, Ribas A, Hodi FS, Joshua AM, Kefford R, Hersey P, Joseph R, Gangadhar TC, Dronca R, Patnaik A, Zarour H, Roach C, Toland G, Lunceford JK, Li XN, Emancipator K, Dolled-Filhart M, Kang SP, Ebbinghaus S, **Hamid O.** Programmed Death-Ligand 1 Expression and Response to the Anti-Programmed Death 1 Antibody Pembrolizumab in Melanoma. *J Clin Oncol*. 2016 Dec;34(34):4102-4109. Epub 2016 Oct 31.

120. Schadendorf D, Dummer R, Hauschild A, Robert C, **Hamid O**, Daud A, van den Eertwegh A, Cranmer L, O'Day S, Puzanov I, Schachter J, Blank C, Salama A, Loquai C, Mehnert JM, Hille D, Ebbinghaus S, Kang SP, Zhou W, Ribas A. Health-related quality of life in the randomised KEYNOTE-002 study of pembrolizumab versus chemotherapy in patients with ipilimumab-refractory melanoma. *European Journal of Cancer*. 2016 Nov; 67:46-54. doi: 10.1016/j.ejca.2016.07.018.

Omid Hamid, M.D.
Curriculum Vitae

121.    Eggermont AM, Chiarion-Sileni V, Grob JJ, Dummer R, Wolchok JD, Schmidt H, **Hamid O**, Robert C, Ascierto PA, Richards JM, Lebbé C, Ferraresi V, Smylie M, Weber JS, Maio M, Bastholt L, Mortier L, Thomas L, Tahir S, Hauschild A, Hassel JC, Hodi FS, Taitt C, de Pril V, de Schaetzen G, Suciu S, Testori A.Prolonged Survival in Stage III Melanoma with Ipilimumab Adjuvant Therapy.  *N Engl J Med.* 2016 Nov 10;375(19):1845-1855. Epub 2016 Oct 7.

122.    Kaufman HL, Russell J, **Hamid O**, Bhatia S, Terheyden P, D'Angelo SP, Shih KC, Lebbé C, Linette GP, Milella M, Brownell I, Lewis KD, Lorch JH, Chin K, Mahnke L, von Heydebreck A, Cuillerot JM, Nghiem P.  Avelumab in patients with chemotherapy-refractory metastatic Merkel cell carcinoma: a multicentre, single-group, open-label, phase 2 trial. *Lancet Oncol.* 2016 Oct;17(10):1374-1385. doi: 10.1016/S1470-2045(16)30364-3.

123.    Massard C, Gordon MS, Sharma S, Rafii S, Wainberg ZA, Luke J, Curiel TJ, Colon-Otero G, **Hamid O**, Sanborn RE, O'Donnell PH, Drakaki A, Tan W, Kurland JF, Rebelatto MC, Jin X, Blake-Haskins JA, Gupta A, Segal NH. Safety and Efficacy of Durvalumab (MEDI4736), an Anti-Programmed Cell Death Ligand-1 Immune Checkpoint Inhibitor, in Patients With Advanced Urothelial Bladder Cancer. *J Clin Oncol.* 2016 Sep 10;34(26):3119-25. doi: 10.1200/JCO.2016.67.9761.

124.    Puzanov I, Milhem MM, Minor D, **Hamid O**, Li A, Chen L, Chastain M, Gorski KS, Anderson A, Chou J, Kaufman HL, Andtbacka RH.  Talimogene Laherparepvec in Combination With Ipilimumab in Previously Untreated, Unresectable Stage IIIB-IV Melanoma. *J Clin Oncol*. 2016 Aug 1;34(22):2619-26. doi: 10.1200/JCO.2016.67.1529.

125.    Bhatia S, Pavlick AC, Boasberg P, Thompson JA, Mulligan G, Pickard MD, Faessel H, Dezube BJ, **Hamid O**.  A phase I study of the investigational NEDD8-activating enzyme inhibitor pevonedistat (TAK-924/MLN4924) in patients with metastatic melanoma. *Invest New Drugs*. 2016 Aug;34(4):439-49. doi: 10.1007/s10637-016-0348-5.

126.    Ribas A, **Hamid O**, Daud A, Hodi S., Wolchok J.D, Kefford R., Joshua A.M., Patnaik A., Hwu W.J., Weber J.S., Gangadhar T.C., Hersey P., Dronca R., Joseph R.W., Zarour H., Chmielowski B., Lawrence D.P.,Algazi A., Rizvi N.A., Hoffner B., Mateus C., Gergich K., Lindia J.A., Giannotti M., Li X.N., Ebbinghaus S., Kang S. P., Robert C. Association of Pembrolizumab With Tumor Response and Survival Among Patients With Advanced Melanoma. *JAMA.* 2016 Apr 19;315(15):1600-9. doi: 10.1001/jama.2016.4059. Erratum in: JAMA. 2016 Jun 14;315(22):2472. PubMed PMID: 27092830.

127.    Hodi F.S., Hwu W.J., Kefford R. Weber J., Daud A., **Hamid O**. Ribas A., Robert C., Gangadhar T.C., Joshua A.M., Hersey P., Dronca R., Joseph R., Hille D., Xue D., Li N., Kang S.P., Ebbinghaus S., Perrone A., and Wolchok J.D.  Evaluation of Immune-Related Response Criteria and RECIST v1.1 in Patients With Advance Melanoma Treated With Pembrolizumab. *J Clin Oncol.* 2016 May 1;34(13):1510-7. doi: 10.1200/JCO.2015.64.0391. Epub 2016 Mar 7.

128.    Antonia S., Rizvi N., Brahmer J., Ou S.H., Khleif S.N., Hwu W.J., Gutierrez M., Schoffski P., **Hamid O**, Weiss J., Lutzky, J.,Maio M., Nemunaitis J., Jaeger D., Balmanoukian A., Rebelatto M.C., Steele K. E., Jin X., Robbins P.B., Blake-Haskins J.A., Segal N. H.  Abstract# A047: Safety and clinical activity of durvalumab (MEDI4736), an anti-programmed cell death ligand-1 (PD-L1) antibody, in patients with non-small cell lung cancer (NSCLC). *Cancer Immunol Res* 2016 January: 4; A047. doi: 10.1158/2326-6074.CRICIMTEATIAACR15-A047.

Omid Hamid, M.D.
Curriculum Vitae

129.   Long GV, Weber JS, Infante JR, Kim KB, Daud A, Gonzalez R, Sosman JA, **Hamid O**, Schuchter L, Cebon J, Kefford RF, Lawrence D, Kudchadkar R, Burris III HA, Falchook, GS, Algazi A, Lewis K, Puzanov I, Ibrahim N, Sun P, Cunningham E, Kline AS, Del Buono H, Opatt McDowell D, Patel K and Flaherty KT. Overall Survival and Durable Responses in Patients With BRAF V600–Mutant Metastatic Melanoma Receiving Dabrafenib Combined With Trametinib. *J Clin Oncol.* 2016 Mar 10;34(8):871-8. doi: 10.1200/JCO.2015.62.9345. Epub 2016 Jan 25. PubMed PMID: 26811525.

130.   McDermott D.F., Sosman J.A, Sznol M., Massard C., Gordon M.S., **Hamid O.**, Powderly J.D., Infante J.R., Fassò M., Wang Y.V., Zou W., Hegde P.S., Fine G.D. and Powles T. Atezolizumab, an Anti–Programmed Death-Ligand 1 Antibody, in Metastatic Renal Cell Carcinoma: Long-Term Safety, Clinical Activity, and Immune Correlates From a Phase Ia Study. *J Clin Oncol.* 2016 Mar 10;34(8):833-42. doi: 10.1200/JCO.2015.63.7421. Epub 2016 Jan 11. PubMed PMID: 26755520.

131.   Trivedi M.S., Hoffner B., Winkelmann J.L., Maura E.A., **Hamid O.**, Carvajal R.D. Programmed death 1 immune checkpoint inhibitors. *Clinical advances in hematology & oncology: H&O*. 2015 December 13; (12):858-68.

132.   Flaherty D.C., Hoffner B.W., Lau B.J., **Hamid O.**, Faries M.B. Hepatic hemorrhage as a consequence of rapid response to combined targeted therapy in metastatic melanoma. *J Surg Oncol.* 2015 Dec;112(8):844-5. doi: 10.1002/jso.24078. Epub 2015 Oct 26. PubMed PMID: 26503563; PubMed Central PMCID: PMC4976480.

133.   Mesko SM, Rosenthal KJ, Boasberg PD, **Hamid O**. BRAF-targeted therapy to treat Superior Vena Cava Syndrome in a patient with metastatic cancer. *J Clin Oncol*. 2015 Sep 1;33(25):e101-3. doi: 10.1200/JCO.2013.49.5622. Epub 2014 Apr 7. PubMed PMID: 24711550.

134.   Corcoran, R.B., Atreya, C.E., Falchook, G.S., Kwak, E.L., Ryan, D.P., Bendell, J.C., **Hamid O**., Messersmith, W.A., Daud, A., Kurzrock, R., Pierobon, M., Sun, P., Cunningham, E., Little, S., Orford, K., Motwani, M., Bai, Y., Patel, K., Venook, A.P., and Kopetz, S. Combined BRAF and MEK Inhibition With Dabrafenib and Trametinib in BRAF V600-Mutant Colorectal Cancer. *J Clin Oncol.* 2015 Dec 1;33(34):4023-31. doi: 10.1200/JCO.2015.63.2471. Epub 2015 Sep 21. PubMed PMID: 26392102; PubMed Central PMCID: PMC4669588.

135.   McDermott, D., Sosman, J.A., Sznol, M., Massard, C., Gordon, M.S., **Hamid, O**., Powderly, J.D., Infante, J.R., Fasso, M., Wang, Y.V., Zou, W., Hegde, P.S., Fine, G.D., Powles, T. Atezolizumab (anti-PDL1) in Metastatic Renal Cell Carcinoma: Long-term Safety, Clinical Activity and Immune Correlates From a Phase Ia Study. *J Clin Oncol.* 2016 January. Published online before print January 11, 2016, doi: 10.1200/JCO.2015.63.7421. JCO March 10, 2016 vol. 34 no. 8 833-842

136.   Lewis, K., Ribas, A., Gonzalez, R., Pavlick, A., **Hamid, O**., Gajewski, T.F., Daud, A., Puzanov, I., Hsu, J., Choong, N., Koralek, D., McArthur, G. Treatment beyond progression in advanced BRAF mutated melanoma with vemurafenib and cobimetinib: results from the BRIM7 trial. *European Journal of Cancer*. 2015 Sep;(51), S679.

Omid Hamid, M.D.
Curriculum Vitae

137.    Daud, A., Ribas, A., Robert, C., Hodi, F.S., Wolchok, J., Joshua, A.M., Hwu, W-J, Weber, J.S., Gangadhar, T., Joseph, R., Dronca, R., Patnaik, A., Zarour, H., Kefford, R., Lindia, J., Li, X.N., Ebbinghaus, S., Kang, S.P., **Hamid, O**. A pooled analysis of 655 patients with advanced melanoma enrolled in KEYNOTE-001: Long-term efficacy of pembrolizumab (MK-3475). *Medical Oncology Group of Australia*. DOI: 10.1111/ajco.12392. Published online July 2015.

138.    Garon EB, Rizvi NA, Hui R, Leighl N, Balmanoukian AS, Eder JP, Patnaik A, Aggarwal C, Gubens M, Horn L, Carcereny E, Ahn MJ, Felip E, Lee JS, Hellmann MD, **Hamid O**, Goldman JW, Soria JC, Dolled-Filhart M, Rutledge RZ, Zhang J, Lunceford JK, Rangwala R, Lubinski GM, Roach C, Emancipator K, Gandhi L; KEYNOTE-001 Investigators. Pembrolizumab for the Treatment of Non–Small-Cell Lung Cancer. *N Engl J Med*. 2015 May 21;372(21):2018-28. doi: 10.1056/NEJMoa1501824.

139.    Robert C., Schachter J., Long G.V., Arance A., Grob J.J., Mortier L., Daud A., Carlino M.S., McNeil C., Lotem M., Larkin J., Lorigan P., Neyns B., Blank C.U., **Hamid O**., Mateus C., Sharpira-Frommer R., Kosh M., Zhou H., Ibrahim N., Ebbinghaus S., and Ribas A. Pembrolizumab versus Ipilimumab in Advanced Melanoma. *N Engl J Med*. 2015 Jun 25;372(26):2521-32. doi: 10.1056/NEJMoa1503093

140.    Spitler LE, Boasberg P, O'Day S, **Hamid O**, Cruickshank S, Mesko S, Weber RW. Phase II Study of Nab-Paclitaxel and Bevacizumab as First-line Therapy for Patients with Unresectable Stage III and IV Melanoma. *Am J Clin Oncol.* 2015 Feb;38(1):61-7. doi: 10.1097/COC.0b013e318287bbae. PubMed PMID: 25616203.

141.    Gatalica Z, Snyder C, Maney T, Ghazalpour A, Holterman DA, Xiao N, Overberg P, Rose I, Basu GD, Vranic S, Lynch HT, Von Hoff DD, **Hamid O**. Programmed cell death 1 (PD-1) and its ligand (PD-L1) in common cancers and their correlation with molecular cancer type. *Cancer Epidemiol Biomarkers Prev.* 2014 Dec;23(12):2965-70. doi: 10.1158/1055-9965.EPI-14-0654. Epub 2014 Nov 12. PubMed PMID: 25392179.

142.    Carvajal R.D., Lawrence D.P., Weber J., Gajewski T.F., Gonzalez R, Lutzky J., O'Day S.J., **Hamid O**., Wolchok J.D., Chapman P.B, Sullivan R.J., Teitcher J.B., Ramaiya N.H., Giobbie-Hurder A., Antonescu C.R., Heinrich M.C., Bastian B., Corless C.L., Fletcher J.A., and Hodi F.S.,\* Phase II Study of Nilotinib in Melanoma Harboring KIT Alterations Following Progression to Prior KIT Inhibition. *Clin Cancer Res.* 2015 May 15;21(10):2289-96. doi: 10.1158/1078-0432.CCR-14-1630. Epub 2015 Feb 18. PubMed PMID: 25695690; PubMed Central PMCID: PMC5013827.

143.    Schadendorf D, Hodi FS, Robert C, Weber JS, Margolin K, **Hamid O**, Patt D, Chen TT, Berman DM, Wolchok JD. Pooled Analysis of Long-Term Survival Data From Phase II and Phase III Trials of Ipilimumab in Unresectable or Metastatic Melanoma. *J Clin Oncol.* 2015 Jun 10;33(17):1889-94. doi: 10.1200/JCO.2014.56.2736.

144.    Herbst R.S., Soria J.-C., Kowanetz M., Fine G.D., **Hamid O.,** Gordon M.S., Sosman J.A., McDermott D.F., Powderly J.D., Gettinger S.N., Kohrt H.E.K., Horn L., Lawrence D.P., Rost S., Leabman M., Xiao Y. , Mokatrin A., Koeppen H., Hegde P.S., Mellman I., Chen D.S., Hodi F.S. Predictive correlates of response to the anti-PD-L1 antibody MPDL3280A in cancer patients. *Nature*, 2014 Nov; 515,563–567 doi: 10.1038/nature14011.

Omid Hamid, M.D.
Curriculum Vitae

145.   Ribas A, Puzanov I, Dummer R, Schadendorf D, **Hamid O**, Robert C, Hodi FS, Schachter J, Pavlick AC, Lewis KD, Cranmer LD, Blank CU, O'Day SJ, Ascierto PA, Salama AK, Margolin KA, Loquai C, Eigentler TK, Gangadhar TC, Carlino MS, Agarwala SS, Moschos SJ, Sosman JA, Goldinger SM, Shapira-Frommer R, Gonzalez R, Kirkwood JM, Wolchok JD, Eggermont A, Li XN, Zhou W, Zernhelt AM, Lis J, Ebbinghaus S, Kang SP, Daud A.Pembrolizumab versus investigator-choice chemotherapy for ipilimumab-refractory melanoma (KEYNOTE-002): a randomised, controlled, phase 2 trial. *Lancet Oncol.* 2015 Aug;16(8):908-18. doi: 10.1016/S1470-2045(15)00083-2.

146.   Schadendorf D., Hodi F.S., Robert C., Weber J.S., Margolin K., **Hamid, O.**, Chen T.T., Berman D.M., Wolchok J.D. Pooled analysis of long-term survival data from phase II and phase III trials of Ipilimumab in metastatic or locally advanced, unresectable melanoma. *J Clin Oncol.*, 2014.56.2736; published online on February 9, 2015. doi: 10.1200/JCO.2014.56.2736.

147.   Barkhoudarian, G., Deutsch, G., Yost, S., Duong, H., Chaloner, C., Eisenberg, A., Boasberg, P., Faries, M., **Hamid, O.**, Kelly, D. BM-05 Ipilumumab therapy for melanoma brain metastasis associated with increased radiation necrosis. (2014). *Neuro-Oncology*, 16 (suppl 5): v33. doi: 10.1093/neuonc/nou240.5.

148.   Johnson DB, Flaherty KT, Weber JS, Infante JR, Kim KB, Kefford RF, **Hamid O**, Schuchter L, Cebon J, Sharfman WH, McWilliams RR, Sznol M, Lawrence DP, Gibney GT, Burris HA 3rd, Falchook GS, Algazi A, Lewis K, Long GV, Patel K, Ibrahim N, Sun P, Little S, Cunningham E, Sosman JA, Daud A, Gonzalez R. Combined BRAF (Dabrafenib) and MEK Inhibition (Trametinib) in Patients with BRAFV600-Mutant Melanoma Experiencing Progression with Single-Agent BRAF Inhibitor *J Clin Oncol.* 2014 Nov 20;32(33):3697-704. doi: 10.1200/JCO.2014.57.3535. Epub 2014 Oct 6. PubMed PMID: 25287827; PubMed Central PMCID: PMC4226803.

149.   Falchook G.S., Long G.V., Kurzrock R. , Kim K. B., Arkenau H. T., Brown M.P., **Hamid O.,** Infante J. R., Millward M., Pavlick A., Chin M.T., O'Day S. J., Blackman S.C., Curtis C.M., Lebowitz P., Ma B.,Ouellet D., Kefford R.F.. Dose Selection, Pharmacokinetics, and Pharmacodynamics of BRAF Inhibitor Dabrafenib (GSK2118436) (2014). *Clin Cancer Res.* 2014 Sep 1;20(17):4449-58. doi: 10.1158/1078-0432.CCR-14-0887. Epub 2014 Jun 23. PubMed PMID: 24958809.

150.   Balmanoukian A., **Hamid, O.** Case Studies in Immunotherapy. *Personalized Medicine in Oncology. Immunotherapy in Oncology Supplement,* 2014; 1(3): 8-12.

151.   Garon E.B., Rizvi N., Balmanoukian A., Hui R., Goldman J. W.; Hellmann M. D., **Hamid O.,** Leighl N., Gubens M., Blumenschein G., Patnaik A.; Aggarwal C., Eder J.P., Lubiniecki G.M., Lunceford J., Zhang J., Emancipator K., Dolled-Filhart M., Roach C., Cheng C., Gergich K., Niewood M., Gandhi L.. Pembrolizumab (MK-3475) activity in non-small cell lung cancer and its correlation with PD-L1 expression: defining a predictor of response. *The Lancet Oncology,* [in review].

152.   Menzies A.M., Ashworth M.T., Swann S., Kefford R.F., Flaherty K., Weber J., Infante J., Kim K., Gonzalez R., **Hamid, O.**, Schuchter L., Cebon J., Little S., Sun P., Aktan G., Ouellet D., Jin F., Long G.V., Daud A.. Characteristics of pyrexia in BRAFV600E/K metastatic melanoma patients treated with combined dabrafenib and trametinib in a Phase 1/2 clinical trial. *Annals of Oncology*. Published online November 2014.  doi: 10.1093/annonc/mdu529.

Omid Hamid, M.D.
Curriculum Vitae

153. Ott P.A., **Hamid, O.,** Pavlick A.C., Kluger H., Kim K.B., Boasberg P.D., Simantov R., Crowley E., Green J.A., Hawthorne T., Davis T.A., Sznol M., Hwu P.. Phase I/II Study of the Antibody-Drug Conjugate Glembatumumab Vedotin in Patients With Advanced Melanoma. *J Clin Oncol.* 2014 Nov 10;32(32):3659-66. doi: 10.1200/JCO.2013.54.8115. Epub 2014 Sep 29. PubMed PMID: 25267741; PubMed Central PMCID: PMC4879709.

154. **Hamid O.** Immunotherapy for melanoma using programmed death 1 checkpoint inhibitors. *Clin Adv Hematol Oncol.* 2014 Nov;12(11):782-4. Review. PubMed PMID: 25674719.

155. Ribas A, Gonzalez R, Pavlick A, **Hamid, O,** Gajewski TF, Daud A, Flaherty L, Logan T, Chmielowski B, Lewis K, Kee D, Boasberg P, Yin M, Chan I, Musib L, Choong N, Puzanov I, McArthur GA. (2014). Combination of vemurafenib and cobimetinib in patients with advanced BRAFV600-mutated melanoma: a phase 1b study. *Lancet Oncol.* 2014 Aug;15(9):954-65. doi: 10.1016/S1470-2045(14)70301-8. Epub 2014 Jul 15. Erratum in: *Lancet Oncol.* 2014 Sep;15(10):417. PubMed PMID: 25037139.

156. Robert C, Ribas A, Wolchok JD, Hodi FS, **Hamid, O,** Kefford R, Weber JS, Joshua AM, Hwu W-J, Gangadhar TC, Patnaik A, Dronca R, Zarour H, Joseph RW, Boasberg P, Chmielowski B, Mateus C, Postow MA, Gergich K, Elassaiss-Schaap J, Li XN, Iannone R, Ebbinghaus SW. (2014). Anti-programmed-death-receptor-1 treatment with pembrolizumab in ipilimumab-refractory advanced melanoma: a randomised dose-comparison cohort of a phase 1 trial. *Lancet.* 2014 Sep 20;384(9948):1109-17. doi: 10.1016/S0140-6736(14)60958-2. Epub 2014 Jul 15. PubMed PMID: 25034862.

157. **Hamid O,** Ilaria R, Garbe C,Wolter P, Maio M, Hutson TE, Arance A, Lorigan P, Lee J, Hauschild A, Mohr P, Hahka-Kemppinen M, Kaiser C, Turner PK, Conti I, Grob JJ. (2014). A randomized, open-label clinical trial of tasisulam sodium versus paclitaxel as second-line treatment in patients with metastatic melanoma. *Cancer.* 2014 Jul 1;120(13):2016-24. doi: 10.1002/cncr.28635. Epub 2014 Mar 26. PubMed PMID: 24676877.

158. Leung A. M., Lee A. F., Ozao-Choy J., Ramos R. I., **Hamid O.**, O'Day S. J., Shin-Sim M., Morton D. L., Faries M. B., Sieling P.A., Lee D.J. Clinical benefit from ipilimumab therapy in melanoma patients may be associated with serum CTLA4 levels. *Front Oncol.* 2014 May 16; 4:110. doi: 10.3389/fonc.2014.00110. eCollection 2014. Review. PubMed PMID: 24904825; PubMed Central PMCID: PMC4032905.

159. Chodon T, Comin-Anduix B, Chmielowski B, Koya RC, Wu Z, Auerbach M, Ng C, Avramis E, Seja E, Villanueva A, McCannel TA, Ishiyama A, Czernin J, Radu CG, Wang X, Gjertson DW, Cochran AJ, Cornetta K, Wong DJ, Kaplan-Lefko P, **Hamid O,** Samlowski W, Cohen PA, Daniels GA, Mukherji B, Yang L, Zack JA,Kohn DB, Heath JR, Glaspy JA, Witte ON, Baltimore D, Economou JS, Ribas A. (2014). Adoptive Transfer of MART-1 T-Cell Receptor Transgenic Lymphocytes and Dendritic Cell Vaccination in Patients with Metastatic Melanoma. *Clin Cancer Res.* 2014 May 1;20(9):2457-65. doi: 10.1158/1078-0432.CCR-13-3017. Epub 2014 Mar 14. PubMed PMID: 24634374; PubMed Central PMCID: PMC4070853.

Omid Hamid, M.D.
Curriculum Vitae

160. Mahadevan D, Sutton G, Arteta-Bulos R, Miller P, Swart R, Walker M, Munster P, Dees C, Haluska P, Maitland M, Marshall J, **Hamid O**, and Kurzrock R. Phase 1b Study of safety, tolerability, and efficacy of R1507 a monoclonal antibody to IGF-1R in combination with multiple standard chemotherapy regimens in patients with advanced solid malignancies. *Cancer Chemother Pharmacol.* 2014 Mar;73(3):467-73. doi: 10.1007/s00280-013-2372-x. Epub 2014 Jan 4. PubMed PMID: 24390424.

161. McArthur GA, Chapman, PB, Robert C, Larkin J, Haanen JB, Dummer R., Ribas A, Hogg D, **Hamid O**, Ascierto PA, Garbe C, Testori A, Maio M, Lorigan P, Lebbé C, Jouary T, Schadendorf D, O'Day SJ, Kirkwood JM, Eggermont AM, Dréno B, Sosman JA, Flaherty KT, Yin M, Caro I, Cheng S, Hauschild KT. (2014). Safety and efficacy of vemurafenib in BRAFV600E and BRAFV600K mutation-positive melanoma (BRIM-3): extended follow-up of a phase 3, randomised, open-label study. *Lancet Oncol.* 2014 Mar;15(3):323-32. doi: 10.1016/S1470-2045(14)70012-9. Epub 2014 Feb 7. PubMed PMID: 24508103; PubMed Central PMCID: PMC4382632.

162. Carvajal RD, **Hamid O**, Antonescu CR. Selecting patients for KIT inhibition in melanoma. *Methods Mol Biol.* 2014; 1102:137-62. doi: 10.1007/978-1-62703-727-3_9. PubMed PMID: 24258978.

163. Flaherty L, **Hamid O**, Linette G, Schuchter L, Hallmeyer S, Gonzalez R, Cowey CL, Pavlick A, Kudrik F, Curti B, Lawson D, Chapman PB, Margolin K, Ribas A, McDermott D, Flaherty K, Cranmer L, Hodi FS, Day BM, Linke R, Hainsworth J. A single-arm, open-label, expanded access study of vemurafenib in patients with metastatic melanoma in the United States. *Cancer J.* 2014 Jan-Feb;20(1):18-24.

164. Goldenberg G, **Hamid O**. Nonsurgical treatment options for basal cell carcinoma - focus on advanced disease. *J Drugs Dermatol.* 2013 Dec;12(12):1369-78. Review. PubMed PMID: 24301238.

165. **Hamid O**, Goldenberg G. Identifying patients at risk for recurrent or advanced BCC. *J Drugs Dermatol.* 2013 Nov;12(11):1246-52; quiz 1253-4. PubMed PMID: 24196332.

166. Goldenberg G, **Hamid O**. Understanding BCC pathogenesis: treatment advancements and challenges. *J Drugs Dermatol.* 2013 Oct;12(10):1110-20. Review. PubMed PMID: 24085046.

167. Eroglu Z, Hoffner BW, **Hamid O**. Checkpoint Inhibition of PD-1: The Promise of Pembrolizumab (MK-3475) and Beyond. *Personalized Medicine in Oncology.* Immunotherapy in Oncology Supplement. 2014; 1(1): 8-14.

168. Balmanoukian A and **Hamid O**. Advances in immunotherapy for the treatment of non-small cell lung cancer. *Contemporary Oncology, 2014;* 6(2):25-31.

169. Dreicer R, MacLean D, Suri A, Stadler WM, Shevrin D, Hart L, MacVicar GR, **Hamid O**, Hainsworth J, Gross ME, Shi Y, Webb IJ, Agus DB. Phase I/II Trial of Orteronel (TAK-700)—an investigational 17, 20-Lyase inhibitor—in patients with metastatic castration-resistant prostate cancer. *Clin Cancer Res.* 2014 Mar 1;20(5):1335-44. doi: 10.1158/1078-0432.CCR-13-2436. Epub 2014 Jan 13. PubMed PMID: 24418642.

170. Ascierto PA, Minor D, Ribas A, Lebbe C, O'Hagan A, Arya N, Guckert M, Schadendorf D, Kefford RF, Grob JJ, **Hamid O**, Amaravadi R, Simeone E, Wilhelm T, Kim KB, Long GV, Martin AM, Mazumdar J, Goodman VL, Trefzer U. (2013). Phase II Trial (BREAK-2) of the BRAF Inhibitor Dabrafenib (GSK2118436) in Patients with Metastatic Melanoma. *J Clin Oncol.* 2013 Sep 10;31(26):3205-11. doi: 10.1200/JCO.2013.49.8691. Epub 2013 Aug 5. PubMed PMID: 23918947.

Omid Hamid, M.D.
Curriculum Vitae

171.   **Hamid O**, Robert C, Daud, A, Hodi FS, Hwu WJ, Kefford R, Wolchok JD, Hersey P, Joseph RW, Weber JS, Dronca R, Gangadhar TC, Patnaik A, Zarour H, Joshua AM, Gergich K, Elassaiss-Schaap J, Algazi A, Mateus C, Boasberg P, Tumeh PC, Chmielowski B, Ebbinghaus SW, Li XN, Kang SP, Ribas A, Safety and tumor responses with Lambrolizumam (Anti-PD-1) in Melanoma. *N Engl J Med.* 2013 Jul 11;369(2):134-44. doi: 10.1056/NEJMoa1305133. Epub 2013 Jun 2. PubMed PMID: 23724846; PubMed Central PMCID: PMC4126516.

172.   Slovin, SF, Higano CS, **Hamid O**, Tejwani, S, Harzstark, A, Alumkal JJ, Scher HI, Chin K, Gagnier P, McHenry MB, Beer TM.  Ipilimumab alone or in combination with radiotherapy in metastatic castration-resistant prostate cancer: results from an open-label, multicenter phase I/II study.  *Annals of Oncology* 2013 July; 00: 1–9, 2013.

173.   Weber J, **Hamid O**., Amin A., O'Day S., Masson E., Goldberg S. M., Williams D., Parker S.M., Chasalow S. D., Alaparthy S., Wolchok J.D.. Randomized phase I pharmacokinetic study of ipilimumab with or without one of two different chemotherapy regimens in patients with untreated advanced melanoma. *Cancer Immun.* 2013 May 1; 13:7. Print 2013. PubMed PMID: 23833564; PubMed Central PMCID: PMC3700777.

174.   Flaherty KT, Infante JR, Daud A, Gonzalez R, Kefford RF, Sosman J, **Hamid O**, Schuchter L, Cebon J, Ibrahim N, Kudchadkar R, Burris HA 3rd, Falchook G, Algazi A, Lewis K, Long GV, Puzanov I, Lebowitz P, Singh A, Little S, Sun P, Allred A, Ouellet D, Kim KB, Patel K, Weber J. Combined BRAF and MEK Inhibitions in Melanoma with BRAF V600 Mutations. *N Engl J Med* 367(18):1694-703, Nov 2012.

175.   Postow MA, **Hamid O**, Carvajal RD. Mucosal melanoma: pathogenesis, clinical behavior, and management. *Current Oncology Reports.* 2012 Oct; 14(5):441-8.

176.   Ji RR, Chasalow SD, Wang L, **Hamid O**, Schmidt H, Cogswell J, Alaparthy S, Berman D, Jure-Kunkel M, Siemers NO, Jackson JR, Shahabi V. An immune-active tumor microenvironment favors clinical response to ipilumumab. *Cancer Immunology, Immunotherapy*: CII 2012 Jul; 61(7): 1019-31.

177.   Brahmer JR, Tykodi SS, Chow LQM, Hwu WJ, Topalian SL, Hwu P, Drake CG, Camacho LH,  Kauh J,   Odunsi K, Pitot HC, **Hamid O**, Bhatia S, Martins R, Eaton K, Chen S, Salay TM, Alaparthy S, Grosso JF,  Korman AJ, Parker SM, Agrawal S, Goldberg SM, Pardoll DM, Gupta A, and Wigginton JM.  Safety and Activity of Anti–PD-L1 Antibody in Patients with Advanced Cancer. *N Engl J Med* 2012; 366:2455-2465 June 28, 2012 DOI: 10.1056/NEJMoa1200694.

178.   Ezra N, **Hamid O**, Behroozan D. Eruptive squamous cell carcinomas associated with BRAF-inhibitor therapy in a patient with metastatic melanoma. *Dermatologic Surgery* 2012; Jul; 38 (7 Pt 1): 1086-90.O'Day SJ, Pavlick AC, Albertini MR, **Hamid O**, Schalch H, Lang Z, Ling J, Mata M, Reddy M, Foster B. Clinical and pharmacologic evaluation of two dose levels of intetumumab (CNTO 95) in patients with melanoma or angiosarcoma. *Investigational New Drugs* 2012; Jun 30(3): 1074-81.

179.   Shahabi V, Whitney G, **Hamid O**, Schmidt H, Chasalow SD, Alaparthy S, Jackson JR. Assessment of association between BRAF-V600E mutation status in melanomas and clinical response to ipilimumab. *Cancer Immunology, Immunotherapy*: CII 2012 May; 61(5): 733-7.

Omid Hamid, M.D.
Curriculum Vitae

180.   Falchook GS, Long GV, Kurzrock R, Kim KB, Arkenau TH, Brown MP, **Hamid O**, Infante JR, Millward M, Pavlick AC, O'Day SJ, Blackman SC, Curtis CM, Lebowitz P, Ma B, Ouellet D, Kefford RF. Dabrafenib in patients with melanoma, untreated brain metastases, and other solid tumours: a phase 1 dose-escalation trial. *Lancet Oncology.*2012 May 19; 379 (9829):1893-901.

181.   Margolin K, Ernstoff MS, **Hamid O**, Lawrence D, McDermott D, Puzanov I, Wolchok JD, Clarck JI, Sznol M, Logan TF, Richards J, Michener T, Balogh A, Heller KN, Hodi FS.  Ipilimumab in patients with melanoma and brain metastases: an open-label, phase 2 trial. *Lancet Oncology* 2012 May; 13(5): 459-65.

182.   Minor DR, Kashani-Sabet M, Garrido M, O'Day SJ, **Hamid O**, Bastian BC. Sunitinib therapy for melanoma patients with KIT mutations. *Clin Cancer Res.*2012 Mar 1; 18(5): 1457-63.

183.   Thompson JA, **Hamid O**, Minor D, Amin A, Ron IG, Ridolfi R, Assi H, Berman D, Siegel J, Weber JS. Ipilimumab in treatment-naive and previously treated patients with metastatic melanoma: retrospective analysis of efficacy and safety data from a phase II trial. *Journal of Immunotherapy* 2012 Jan;35(1):73-7.

184.   Weber JS, **Hamid O**, Chasalow SD, Wu DY, Parker SM, Galbraith S, Gnjatic S, Berman D. Ipilimumab increases activated T cells and enhances humoral immunity in patients with advanced melanoma. *Journal of Immunotherapy* 2012 Jan; 35(1): 89-97.

185.   **Hamid O**, Schmidt H, Nissan A, Ridolfi L, Aamdal S, Hansson J, Guida M, Hyams DM, Gómez H, Bastholt L, Chasalow SD, Berman D. A prospective phase II trial exploring the association between tumor microenvironment biomarkers and clinical activity of ipilimumab in advanced melanoma. *Journal of Translational Therapy* 2011 Nov 28; 9:204.

186.   **Hamid O**, Boasberg PD, Rosenthal K, O'Day SJ. Systemic treatment of metastatic melanoma: new approaches. *Journal of Surgical Oncology* 2011 Sep; 104(4): 425-9.

187.   Ledezma B, Binder S, **Hamid O**. Atypical clinical response patterns to ipilimumab. *Clinical Journal of Oncology Nursing* 2011 Aug; 15(4):393-403.

188.   Wolchok JD, Weber JS, **Hamid O**, Lebbé C, Maio M, Schadendorf D, de Pril V, Heller K, Chen TT, Ibrahim R, Hoos A, O'Day SJ. Ipilimumab efficacy and safety in patients with advanced melanoma: a retrospective analysis of HLA subtype from four trials. *Cancer Immun.* 2010 Oct 20;10:9. PubMed PMID: 20957980; PubMed Central PMCID: PMC2964017.

189.   Boasberg P, **Hamid O**, O'Day S. Ipilimumab: unleashing the power of the immune system through CTLA-4 blockade. *Seminars in Oncology* 2010 Oct; 37(5):440-9.

190.   Wolchok JD, Hoos A, O'Day S, Weber JS, **Hamid O**, Lebbé C, Maio M, Binder M, Bohnsack O, Nichol G, Humphrey R, Hodi FS. Guidelines for the evaluation of immune therapy activity in solid tumors: immune-related response criteria. *Clin Cancer Res.* 2009 Dec 1;15(23):7412-20. doi: 10.1158/1078-0432.CCR-09-1624. Epub 2009 Nov 24.

Exhibit A Page - 35

Omid Hamid, M.D.
Curriculum Vitae

191.    Weber J, Thompson JA, **Hamid O**, Minor D, Amin A, Ron I, Ridolfi R, Assi H, Maraveyas A, Berman D, Siegel J, O'Day SJ.  A randomized, double-blind, placebo-controlled, phase II study comparing the tolerability and efficacy of ipilimumab administered with or without prophylactic budesonide in patients with unresectable stage III or IV melanoma.  *Clin Cancer* Res. 2009 Sep 1;15(17):5591-8. doi: 10.1158/1078-0432.CCR-09-1024. Epub 2009 Aug 11.

192.    **Hamid O**, Solomon JC, Scotland R, Garcia M, Sian S, Ye W, Groshen S, and Weber J.  Alum with Interleukin-12 Augments Immunity to a Melanoma Peptide Vaccine: Correlation with Time to Relapse in Patients with Resected High-Risk Disease.  *Clin Cancer Res.* 2007 Jan 1;13(1):215-22.

193.    O'Day SJ, **Hamid O**, Urba WJ. Targeting cytotoxic T-lymphocyte antigen-4 (CTLA-4): a novel strategy for the treatment of melanoma and other malignancies. *Cancer.* 2007 Dec 15;110(12):2614-27.

## B.    ABSTRACTS AND MEETING PRESENTATIONS

1.    **Hamid, O**., Gutierrez, M., Mehmi, O., Dudzisz-Sledz, M., Hoyle, P.E., Wei, W., Powderly, J.D. A phase 1/2 study of retifanlimab (INCMGA00012, Anti–PD-1), INCAGN02385 (Anti–LAG3), and INCAGN02390 (Anti–TIM-3) combination therapy in patients (Pts) with advanced solid tumors. [Abstract# 2599]. American Society of Clinical Oncology. 2023 June 2-6. Chicago, IL.

2.    **Hamid, O**., Lewis, K.D., Weise, AmM., McKean, MD, et al. Significant durable response with fianlimab (anti-LAG-3) and cemiplimab (anti-PD-1) in advanced melanoma: Post adjuvant PD-1 analysis. [Oral Abstract# 9511]. American Society of Clinical Oncology. 2023 June 2-6. Chicago, IL.

3.    Gutierrez, M., Balmanoukina A.S., Shields, A.F., Johnson, M.L., Ulahannan, S.V., Barve, M.A., Ioannidis, S., Zhou, F., Bourayou, N., **Hamid, O.** A phase 1/2 study of the safety, tolerability, and preliminary efficacy of the anti-GITR monoclonal antibody, INCAGN01876, combined with immunotherapies (IO) in patients (Pts) with advanced cancers. [Oral Abstract#2541] American Society of Clinical Oncology. 2023 June 2-6. Chicago, IL.

4.    Barbamidze, A., Gogishvili, M., Makharadze, T., Zhvania, M., Vacharadze, K., Crown, J., Melkadze, T., **Hamid, O.,** Long, G.V., Robert, C., Sznol, M., Martinez-Said, H., Mani, J., Chaudhry, U., Salvati, M., Lowy, I., Fury, M.G., Gullo, G. A phase 3 trial of finanlimab (anti-LAG-3) plus Cemiplimab (anti-PD-1) versus pembrolizumab in patients with previously untreated unresectable locally advanced or metastatic melanoma. [Abstract# TPS9602] American Society of Clinical Oncology. 2023 June 2-6. Chicago, IL.

Omid Hamid, M.D.
Curriculum Vitae

5.   Mehmi, I., Lewis, K.D., Weise, A., M., McKean, M., Papadopoulos, K.P., Crown, J., Thomas, S.S., Girda, E., Kaczmar, J.M., Kim, K.B., Lakhari, N., J., Yushak, M.L., **Hamid, O**., Mani, J., Fang, F, Lowy, I.,Gullo, G. [Abstract #9548]. <u>American Society of Clinical Oncology.</u> 2023 June 2-6. Chicago, IL.

6.   Weber, J.S., Carvajal, R.D., Mehmi, I., Kim, S.T., Kim, M., Sullivan, R.J., Ho Lee, D., **Hamid, O.,** Grewal, J.S., Lee, H.J., Dudek, A.Z., Izar, B., Du, Y., Desai, M.B., Mayo, C.A., Middleton, M.R. ARTISTRY-6: Nemvaleukin alfa monotherapy in patients with advanced mucosal and cutaneous melanoma. [Abstract# TPS9592]. <u>American Society of Clinical Oncology</u>. 2023 June 2-6. Chicago, IL.

7.   Carneiro, B., Safran, H., Beck, J.T.T., **Hamid, O.,** Spira, A.I., Savvides, P., Gutierrez, M., Zhao, Y., Abbruzzese, J.L., Ward, J.P., Weroha, S.J., Harris, L.D., Kent, S., Pierceall, W., Skoura, A., Zheng, J., Kern, K.A., Thomas, J.S., Santana-Davila, R. Phase 1 first-in-human study of PF-07257876, a novel CD47/PD-L1 bispecific checkpoint inhibitor, in patients with PD-1/Pd-1 – refractory and -naïve advanced solid tumors.[Abstract # 2529]. American Society of Clinical Oncology. 2023 June 2-6. Chicago, IL.

8.   Castanon, E., Zamarin, D., Carneiro, B., Marron, T., Patel, S., Subbiah, V., Mehmi, I., Oberoi, H., El-Khoueiry, A., Ridgway, B., Elgeioushi, N., Durham, N., Jennings, E., Abadier, M., Fraenkel, P., Azaro, A., **Hamid, O**. Abstract CT004: Intratumoral (IT) MEDI1191 + durvalumaab (D): Update on the first-in human study in advanced solid tumors. [Oral Abstract #CT004] <u>American Association for Cancer Research</u>. 2023 April 15-18. Orlando Florida.

9.   Sacco, J.J., Carvajal, R.D., Butler, M.O., Shoushtari, A., N.,Hassel, J.C., Ikeguchi, A., Hernandez-Aya, L., Nathan, P., **Hamid, O.,** Piulats, J.M., Rioth, M., Johnson, D.B., Luke, J.J., Espinosa, E., Layvraz, S., Collins, L., Holland, C., McCully, M.L., Sato, T. Abstract CT223: Long-term survival followup of tebentafusp in previously treated metastatic uveal melanoma (mUM). [Poster #CT223] <u>American Association for Cancer Research</u> . 2023 April 15-18. Orlando Florida.

10.  **Hamid, O.,** Sarnaik, A., Kluger, H., Whitman, E., Thomas, S., Wermke, M., Cusnir, M., et al. Lifileucel TIL Cell Monotherapy in Patients With Advanced Melanoma After Progression on Immune Checkpoint Inhibitors and Targeted Therapy: Pooled Anaysis of Consecutive Cohorts (C-144-01 Study). 2022 December 1-3. <u>Melanoma Bridge</u>. Naples, Italy.

11.  **Hamid, O**.,Lewis, K., weise, A., McKean, M., Papadopoulos, K.P., Crown, J. et al. Phase 1 study of fianlimab, a human lymphocyte activation gene-3 (LAG-3) monoclonal antibody, in combination with Cemiplimab in advanced melanoma. 2022 December 1-3. <u>Melanoma Bridge.</u> Naples, Italy.

12.  Menzies, A., Long, G., Kohn, A., Tawbi, H., Weber, J., Flaherty, K., McArthur, G.A., Ascierto, P.A., Pfluger, Y., Lewis, K., Tsai, K.T., **Hamid, O.,** Prenen, H., Fein, L., Wang, E., Guenzel, C., Zhang, F., Kleha, J.F., DiPietro, A., Davies, M. POLARIS: A Randomized Phase 2 Trial of Encorafenib Plus Binimetinib (Enco+Bini) Evaluating High-and Standard Dose Regimens in Patients With BRAF V600 Mutant Melanoma With Brain Metastasis (BMB). 2022 December 1-3. <u>Melanoma Bridge</u>. Naples Italy.

13.  **Hamid, O**., Kim, T.M., et al.  Phase I study of fianlimab, a human lymphocyte activation gene-3 (LAG-3) monoclonal antibody, in combination with Cemiplimab in advanced melanoma (mel).[e-Poster]. <u>European Society for Melanoma Oncology - Asia</u>. 2022 December 2-4. Singapore.

Omid Hamid, M.D.
Curriculum Vitae

14. Sarnaik, A.A., Lewis, K.D., Kluger, H., **Hamid, O.,** etal. Lifileucel TIL cell monotherapy in patients with advanced melanoma after progression on immune checkpoint inhibitors (ICI) and targeted therapy: Pooled analysis of consecutive cohorts (C-144-01 study). [Oral Abstract]. Society for Immunotherapy of Cancer. 2022 November 10-12. Boston, Massachusetts.

15. Oliva, I.G., **Hamid, O**., Ott, P., et al. MCGRAW Trial: Evaluation of the safety and efficacy of an oral microbiome intervention (SER-401) in combination with nivolumab in first line metastatic melanoma patients.   [Oral Abstract]. Society for Immunotherapy of Cancer. 2022 November 10-12. Boston, Massachusetts.

16. Salama, A., McKean, M., Beck, T., **Hamid, O.,** Mashru, S., Patel, S., Kuzel, T., Castine, M., Ma, V.T., Fenton, K., Hayman, J., Daud, A. Phase 2 study of SEA-CD40 combination therapies in advanced malignancies (SGNS40-002, trial in progress). [Poster]. Society for Immunotherapy of Cancer. 2022 November 10-12. Boston, Massachusetts.

17. Abadier, M., Jennings, E., Eyles, J., Martin, P., Pilataxi, F., Wu, Y., Chen, X., Azaro, A., Ridgway, B., Phillips, M., Carneiro, B.A., **Hamid, O.,** Marron, T., Zamarin, D., et al. MEDI1191 (IL-12 mRNA) induces peripheral and intratumoral immunostimulatory effect in patients with cutaneous or subcutaneous (C/SC) lesions. [Poster]. Society for Immunotherapy of Cancer. 2022 November 10-12. Boston, Massachusetts.

18. Papadopoulos, K.P., Fu, S., Hamilton, E.P., Spira, A., Laurie, S., Wang, J.S., Ma, B., Spreafico, A., Sharma, M.R., Chu, Q., Bray, M.R., Michelson, G., Chen, D.Y., Nguyen, L., Roberts-Thomson, E., **Hamid, O**. TWT-101: A First-In-Clinic, Phase 1/2 Study Of CFI-402411, a Hematopoietic Progenitor Kinase-1 (HPK1) Inhibitor, as a Single Agent and in Combination With Pembrolizumab in Subjects With Advanced Solid Malignancies.  [Poster]. Society for Immunotherapy of Cancer. 2022 November 10-12. Boston, Massachusetts.

19. Gastman, B., Sarnaik, A.A**.,** Lawrence, D.P., Plszanski, A., Chmielowski, B., Lutzky, J., Butler, M.O., **Hamid, O.,** et al. DELTA-1: A global, multicenter, phase 2 study of ITIL-168, an unresestricted autologous tumorinfiltrating lymphocyte (TIL) cell therapy, in adult patients with advanced cutaneous melanoma. [Poster]. Society for Immunotherapy of Cancer. 2022 November 10-12. Boston, Massachusetts.

20. **Hamid, O**., Sato, T., Davar, D., Callahan, M., Thistlethwaite, F., Aljumaily, R., Johnson, M., Artkenau, H.T., Dumbrava, E., Izar, B., Chen, H.A., Marshall, S., Yuan, Y., Deo, M., Stanhope, S., Collins, L., Mundy, R., Abdullah, S., Lopez, J. Phase I study of fianlimab, a human lymphocyte activation gene-3 (LAG-3) monoclonal antibody, in combination with Cemiplimab in advanced melanoma (mel). [Abstract #790MO]. European Society for Melanoma Oncology September 9-13, 2022. Paris, France.

21. McKean, M., Dumbrava, E.E., **Hamid, O**., Merriam, P., Mettu, N.B., Call, J.A., Kapoun, A., Lucas, J., Seetharam, M., Vaishampayan, U.N., Weroha, S.J., Krishnan, S., George, A. J. Safety and efficacy of etigilimab in combination with nivolumab in select recurrent/advanced solid tumors. [Poster# 305/Abstract# 2651]. American Society of Clinical Oncology. 2022 June 2- 6. Chicago, IL.

22. Middleton, M.R., **Hamid, O.,** Shoushtari, A.N., Meier, F.E., Bauer, T.M., Salama, A.K., S., Kirkwood, J.M., Ascierto, P.A., Lorigan, P., Mauch, C., Orloff, M.M., Evans, R.R.J., Abdullah, S.E., Yuan, Y., Mitchell, J., Hassel, J.C. Updated overall survival (OS) data from phase 1b study of tebentafusp (tebe) as monotherapy or combination therapy with durvalumab (durva) and/or temelimumab (treme) in metastatic cutaneous melanoma (mCM). [Abstract#104]. American Society of Clinical Oncology. 2022 June 2- 6. Chicago, IL.

Omid Hamid, M.D.
Curriculum Vitae

23. Gastman, B., **Hamid, O**., Corrie, P., G., Chmielowski, B., Thomas, S.S., Daniels, G.A., Domingo-Musibay, E., Lawrence, D.P., Whitman, E.D., Gibney, T.T., Olszanski, A.J., Jiang, Y., Kennedy, A., Aycock, J., Robbins, P.B., Le Gall, J.B., Roberts, Z., Hawkins, R.E., Sarnaik, A. DELTA-1: A global, multicenter, phase 2 study of ITIL-168, an unrestricted autologous tumour-infiltrating lymphocyte (TIL) cell therapy, in adult patients with advanced cutaneous melanoma. [Poster#185b/Abstract #TPS9594]. <u>American Society of Clinical Oncology</u>. 2022 June 2-6. Chicago, IL.

24. Weber, J.S., Carvajal, R.D., **Hamid, O.,** Kim, S.T., Kim, M., Sullivan, R.J., Lee, D.H., Mehmi, I., Grewal, J.S., Lee, H.L., Dudek, A.Z., Du, Y., Desai, M., Wang, Y., Mayo, C.A., Middleton, M.R. ARTISTRY-6: Nemvaleukin alfa monotherapy in patients with advanced mucosal and cutaneous melanoma. [Poster#193a/ Abstract# TPS9609]. <u>American Society of Clinical Oncology</u>. 2022 June 2-6. Chicago, IL.

25. Ribas, A., Ferrucci, P.F., Atkinson, V., Stephens, R., Long, G.V., Larence, D.P., Vecchio, M.D., **Hamid, O.,** Schmidt, H., Schachter, J., Queirolo, P., Miller, W.H., Carlino, M.S., Di Giacomo, A.M., Svane, I.M., Ghori, R., Singh, R., Diede, S.J., Ascierto, P.A. Pembrolizumab (pembro) plus dabrafenib (dab) and trametinib (tram) in BRAF V600E/K – mutant melanoma: Long-term follow-up of KEYNOTE-022 parts 1, 2, and 3. [Poster#109/ Abstract# 9516]. <u>American Society of Clinical Oncology.</u> 2022 June 2-6. Chicago, IL.

26. Carneiro, B.A., Zamarin, D., Marron, T., Mehmi, I., Patel, S.P., Subbiah, V., El-Khoueiry, A., Grand, D., Garcia-Reyes, K., Goel, S., Martin, P., Wang, J., Wu, Y., Eck, S., Ridgway, B., Elgeioushi, N., Eyles, J., Durham, N., Azaro, A., **Hamid, O**. CT183 / 8 - First-in-human study of MEDI1191 (mRNA encoding IL-12) plus durvalumab in patients (pts) with advanced solid tumors. [Abstract]. <u>American Association for Clinical Research.</u> 2022 April 12. New Orleans, Louisiana.

27. **Hamid, O.** The State of Microbiome/fecal Transplant. <u>Melanoma Bridge Meeting</u>. 2021 December 3. Naples, Italy.

28. **Hamid, O**., Baxter, D., Easton, R., Siu, L.L. Phase 1 trial of first-in class anti-CD96 monoclonal antibody inhibitor, GSK6097608, monotheapy and in combination with anti-PD-1 monoclonal antibody, dostarlimab, in advanced solid tumors. [Poster]<u>. Society for Immunotherapy of Cancer</u>. 2021 November 11-13. Washington, DC.

29. **Hamid, O**., Hassel, J.C., Shoushtari, A.N., Feier, F., Bauer, T., Slama, A., Kirkwood, J., Ascierto, P., Lorigan, P., Mauch, C., Orloff, M., Evans, J., Edukulla, R., Holland, C., Abdullah, S.E., Mundy, R., Middleton, M.Results from Phase lb study of tebentafusp (tebe) in combination with durvalumabab (durva) and/or tremelimumab (treme) in metastatic cutaneous melanoma. [Poster]. <u>Society for Immunotherapy of Cancer</u>. 2021 November 11-13. Washington, DC.

30. Bendell, J., Fu, S., Papadopoulos, K., Wang, J., Ma, B., Spreafico, A., Spira, A., Laurie, S., Hamilton, E., Fletcher, G., Leonowens, C., Wei, X., Mason, J., Bray, MR, Michelson, G., Roberts-Thomson, E., **Hamid, O.** TWT-101: A First In-human, Phase ½ Study of CFI-402411, Hematopoietic Progenitor Kinase-1 (HPK1) Inhibitor, As A Single Agent And In Combination With Pembrolizumab In Subjects With Advanced Solid Malignancies. [Poster]. <u>Society for Immunotherapy of Cancer</u>. 2021 November 11-13. Washington, DC.

31. **Hamid, O**. Updates in Treatment of Melanoma. <u>Medical Oncology Association of Southern California</u>. 2021 October 2. Virtual Program.

Omid Hamid, M.D.
Curriculum Vitae

32.   Weber, J.S., Muramatsu, T., **Hamid, O**., Mehnert, J., Hodi, F.S., Krishnarajapet, S., Malatyali, S., Buchbinder, E., Goldberg, J., Sullivan, R., Faries, M., Mehmi, I. 10400-Phase II trial of ipilimumab, nivolumab and tocilizumab for unresectable metastatic melanoma. [Abstract]. European Society for Melanoma Oncology. 2021 September 16-21; Paris, France.

33.   Shoushtari, AN., Collins, L., Espinosa, E., Sethi, H., Stanhope, S., Abdullah, S., Ikeguchi, A., Ranade, K., **Hamid, O.** 17570- Early reduction in ctDNA, regardless of best RECIST response, is associated with overall survival (OS) on tebentafusp in previously treated metastatic uveal melanoma (mUM) patients. [Abstract]. European Society for Melanoma Oncology. 2021 September 16-21; Paris, France.

34.   Weber, J.S., Carvajal, R.D., Dudek, A.Z., Grewal, J., Mehmi, I., **Hamid, O**., Du, Y., Desai, M., Yang, Y., Sun, L, Rege, J., Middleton, M.R. 1034TiP- ARTISRY-6: Nemvaleukin alfa monotherapy in patients with advanced mucosal and cutaneous melanoma .[ePoster]. European Society for Melanoma Oncology. 2021 September 16-21; Paris, France.

35.   Figueiredo, J.C., Merin, N., Ihenacho, U., **Hamid, O**., Hendifar, A.E., Vescio, R., Paquette, R., Natale, R.B., Darrah, J., Basho, R., McArthur, H., Nguyen, N., Punwani, N., Herrea, E., Cheng, S., Salvy, S., Datta, G., Figlin, R., Merchant, A., Reckamp, K.L. 1611P- Health – related quality of life, vaccine uptake and immune response among cancer patients undergoing treatment during the COVID-19 pandemic.[ePoster]. European Society for Melanoma Oncology. 2021 September 16-21; Paris, France.

36.   Athman Omar, A.M., Darwesh, A.M.A., **Hamid, O**., Shebl Zahra, O., Belal, A. 163P- Is breast-conserving surgery safe in young African breast cancer patients? [ePoster]. European Society for Melanoma Oncology. 2021 September 16-21; Paris, France.

37.   **Hamid, O.,** Wang, D., Kim, T.M., Kim, S.W., Lakhani, N.L., Johnson, M.L., Groisberg, R., Papdopoulos, K.P., Kaczmar, J.M., Middleton, M.R., Spira, A.I., Williamson, S.K., Rabinowits, G., Gutierrez, R., McKean, M., Chen, S., Cassidy, J., Mani, J., Sims, T.N., Kroog, G. American Society of Clinical Oncology Virtual Annual Meeting. 2021 June 4-8.

38.   **Hamid, O**., Liu, S.V., Boccia, R.V., Call, J.A., Wise-Draper, T.M., Alistar, A.T., Powderly, J.D., Carthon, B.C., Vaishampayan, U.N., Olszanski, A.J., Wrangle, J.M., Shields, A.F., Piha-Paul, S.A.A., Desai, M., Du, Y., Sun, L, Wang, Y., Losey, H., Hopkinson, C., Ernstoff, M.S. Selection of the recommended phase 2 dose (RP2D) for subcutaneous nemvaleukin alfa: ARTISTRY-2. American Society of Clinical Oncology Virtual Annual Meeting. 2021 June 4- 8.

39.   **Hamid, O.,** Luke, J., Spira, A., Kuesters, G.M., Sienczylo, I., Gordon, G., Johnson, M.L. Abstract CT141: A phase 1 trial of TRX-240, an allogeneic engineered red blood cell with cell-surface expression of 4-1BBL and trans-presented IL-15, in patients with advanced solid tumors. American Association for Cancer Research. Virtual Annual Meeting. 2021 April 10-April 15.

40.   **Hamid, O**., Hellman, M., Carneiro, B., Marron, T., Subbiah, V., Mehmi, I., Eyles, J., Dubois, V., ; Ridgway, B., Hamid, Oday, Gasco Hernandez, A. Preliminary safety, antitumor activity and pharmacodynamics results of HIT-IT MEDI1191 (mRNA IL-12) in patients with advanced solid tumors and superficial lesions. ESMO Targeted Anti-Cancer Therapies Virtual Congress. 2021 March 1-2.

41.   Gutierrez, M., **Hamid, O.,** Shum, E., Wise, D.R., Vasant Balar, A., Weber, J.S., LoRusso, P., Shafi, S., Rumm, D.L., Tolcher, A.W., Basudhar, D., Dujka, E., Heller, K.N. A phase I/II, open-label, dose-escalation, safety and tolerability study of NC318 in subjects with advanced or metastatic solid tumors. American Society of Clinical Oncology Virtual Annual Meeting. 2020 May 29-May 31.

Omid Hamid, M.D.
Curriculum Vitae

42. Slingluff, C.L., Blumenstein, B.A., Lewis, K.D., Andtbacka, R., Hyngstrom, J.R., Milhem, M.M., Markovic, S., **Hamid, O.,** Hernandez-Aya, L.F., Bowles, T.L., Phillips, P., Jang, S., Lutzky, J., Beitsch, P.D. Final analysis of relapse-free survival in a multicenter, double-blind, placebo-controlled trial of seviprotimut-L polyvalent melanoma vaccine after resection of high-risk melanoma. <u>American Society of Clinical Oncology Virtual Annual Meeting;</u> 2020 May 29-May 31.

43. Long, G.V., Schachter, J., Arance, A., Grob, J.J., Mortier, L., Daud, A., Carlino, M.S., Ribas, A., McNeil, C.M., Lotem, M., Larkin, J.M.C., Lorigan, P., Neyns, B., Blank, C.U., Petrella, T.M., **Hamid, O.,** Jensen, E., Krepler, C., Diede, S.J., Robert, C. Long-term survival from pembrolizumab (pembro) completion and pembro retreatment: Phase III KEYNOTE-006 in advanced melanoma. <u>American Society of Clinical Oncology Virtual Annual Meeting.</u> 2020 May 29-May 31.

44. Sarnaik, A., Kushalani, N.I., Chesney, A., Lewis, K.D., Medina, T.M., Kluger, H.M., Thomas, S.S., Musibay, E.D., Pavlick, A.C., Whitman, E.D., Martin- Algarra, S., Corrie, P.G., Lutzky, J., **Hamid, O.,** Wu, R., Shi W, Fardis ,M., Weber, J.S., Larkin, J.M.G., Kirkwood, J.M. Long-term follow up of lifileucel (LN-144) cryopreserved autologous tumor infiltrating lymphocyte therapy in patients with advanced melanoma progressed on multiple prior therapies. <u>American Society of Clinical Oncology Virtual Annual Meeting.</u> 2020 May 29-May 31.

45. Ahn, E.R., Garrett-Mayer, E., Halabi, S., Mangat, P.K., Calfa, C.J., Alva, A.S., Suhag, V.S., **Hamid, O.,** Dotan, E., Yang, E.S.H., Alese, O.B., Yost, K.J., Marr, A.S., Palmer, M.C., Thompson, F.L., Rygiel, A.L., Anderson, S.T., Islam, S., Schilsky, R.L. Olaparib (O) in patients (pts) with pancreatic cancer with BRCA1/2 inactivating mutations: Results from the Targeted Agent and Profiling Utilization Registry (TAPUR) study. <u>American Society of Clinical Oncology Virtual Annual Meeting.</u> 2020 May 29-May 31.

46. **Hamid, O.,** Robert, C., Daud, A., Carlino, M.S., Mithcehll, T., Hersey, P., Schachter, J., Long, G.V., Hodi, S., Wolchok, J., Arance, A., Grob, J.J., Joshua, A., Weber, J., Mortier, L., Jensen, E., Diede, S., Moreno, B.H., and Ribas, A. Long – term outcomes in patients who achieved clinical benefit (SD,PR, CR) with pembrolizumab (pembro): pooled analysis of KEYNOTE-001 and KEYNOTE -006. <u>Society for Melanoma Research.</u> 2019 November 20-22; Salt Lake City, Utah.

47. Middleton, M..R.., Steven, N.M., Evans, T.J., Infante, J.R., Sznol, M., **Hamid, O.,** Shoushtari, A.N., Antoney, A., Gupta, A., Woodcock, V.K., Abdullah, S. and Corrie, P. Relationship between clinical efficacy and AEs of tebentafusp, a novel bispecific TCR-anti-CD3, in patients with advance melanoma. <u>Society for Melanoma Research.</u> 2019 November 20-22; Salt Lake City, Utah.

48. Davies, M.A., Weber, J.S., Flaherty, K., McArthur, G., **Hamid, O.,** Reddy, M., Golden, A., Cultertson, J., Thomas, C., Tawbi, H., and Long G.V. A Phase 2, open-label, ramdomized, multicenter trial of Encorafenib + Binimetinib evaluating a standard-dose and a high-dose regimen in patients with BRAF600-mutant melanoma brain metastasis (MBM) (POLARIS). <u>Society for Melanoma Research.</u> 2019 November 20-22; Salt Lake City, Utah.

49. Middleton, M.R., Steven, N.M., Evans, T.J., Infante, J.R., **Hamid, O.,** Shoushtari, A.N. Pharmacodynamic effect of tebentafusp (TCR-CD3 bispecific) on peripheral cytokines and association with OS in patients with advanced melanoma. <u>Society for Melanoma Research.</u> 2019 November 20-22; Salt Lake City, Utah.

Omid Hamid, M.D.
Curriculum Vitae

50. Chesney, J.A., Puzanov, I., Collichio, F., Singh, P., Milhem, M, Glaspy, J., **Hamid, O.**, Ross, M.I., Friedlander, P., Garbe, C., Logan, T., Hauschild, A., Lebbe, C.Yi, M., Sharma, A., Mehnert, J.M. LBA70 Talimogene laherparepvec (T-VEC) in combination (combo) with ipilimumab (ipi) versus ipi alone for advanced melanoma: 3 -year landmark analysis of a randomized, open-label, phase II trial. <u>European Society for Medical Oncology.</u> 2019 September 26-October 1; Barcelona, Spain.

51. **Hamid O,** Vanderwalde AM, Szeto C, Reddy S, Pal SK. Differential expression of PD-L1 and immune biomarkers by age: Decreased expression in pediatric / AYA patients with advanced cancer. <u>European Society for Medical Oncology.</u> 2018 October 18-23; Munich, Germany. [101P].

52. **Hamid O,** Hu-Lieskovan S, Ros W, Diab A, El-Khoueiry AB, Thompson JA, Eskens FA, Spano J-P, Angevin E, Rizvi NA, Wasser JS, Ott PA, Chiappori A, Joh T, Krupka HI, Potluri S, Wang X, Ganguli BJ, Chou J, Doi T. Pharmacodynamic (PD) changes in tumors and peripheral blood T cell receptor (TCR) repertoire in a phase I study combining OX40 (PF-04518600) and 4-1BB (utomilumab) agonistic monoclonal antibodies (mAbs). <u>European Society for Medical Oncology.</u> 2018 October 18-23; Munich, Germany. [1184P].

53. **Hamid O,** Ribas A, Daud A, Butler MO, Carlino MS, Hwu WJ, Long GV, Ancell K, Hodi FS, Khushalani NI, Blank CU, Loquai C, Lin J, Diede SJ, Robert C. Efficacy of Pembrolizumab (Pembro) in Patients (Pts) With Advanced Melanoma with Stable Brain Metastases (BM) at Baseline: A Pooled Retrospective Analysis. <u>European Society for Medical Oncology.</u> 2018 October 18-23; Munich, Germany. [ 1248PD].

54. Pal SK, Vanderwalde AM, Szeto C, Reddy S, **Hamid O**. PD-L1 expression is strongly associated with TIGIT, FOXP3 and LAG3 across advanced cancers, but not OX40, TIM3 and IDO. <u>European Society for Medical Oncology.</u> 2018 October 18-23; Munich, Germany. [1183P].

55. **Hamid O**, Robert C, Duad A, Hodi FS, Hwu WJ, Kefford R, Wolchok J, Hersey P, Joseph RW, Weber JS, Dronca RS, Mitche TC, Patnaik A, Zarour HM, Joshua AM, Jensen E, Ibrahim N, Ahsan S, and Ribas A. 5-year survival outcomes in patients (pts) with advanced melanoma treated with pembrolizumab (pembro) in KEYNOTE-001 <u>American Society of Clinical Oncology Annual Meeting</u>. 2018 June 1-5; Chicago, Illinois.

**56.** Diab A, **Hamid O**, Thompson JA, Ros W, Eskens FALM, Doi T, Hu-Lieskovan S, Long H, Joh T, Potluri S, Wang X, Fleener C, Taylor CT, Ganguli BJ, Chou J, El-Khoueiry AB. Abstract#act CT010: Pharmacodynamic (PD) changes in tumor RNA expression and the peripheral blood T cell receptor (TCR) repertoire in a phase I study of OX40 agonistic monoclonal antibody (mAb) PF-04518600 (PF-8600) <u>American Association for Cancer Research Annual Meeting .</u> 2018 April 14-18; Chicago, Illinois.

57. Sarnaik A, Curti B, Davar D, **Hamid O**, Lutzky J, Wilson M, Kluger H, Chesney J, Kim K, Phan G, Thomas S, Whitman E, Larsen B, Suzuki S, Samberg N, Gorbatchevsky I, Fardis M, Kirkwood JM. Abstract# CT169: A phase II, multicenter study to assess the efficacy and safety of autologous tumor infiltrating lymphocytes (LN-144) for treatment of patients with metastatic melanoma. <u>American Association for Cancer Research Annual Meeting.</u> 2018 April 14-18; Chicago, Illinois.

Omid Hamid, M.D.
Curriculum Vitae

58.   Joseph RW, Elassaiss-Schaap J, Kefford RF, Hwu WJ, Wolchok JD, Joshua AM, Ribas A, Hodi FS, **Hamid O**, Robert C, Daud AI, Dronca RS, Hersey P, Weber JS, Patnaik A, de Alwis DP, Perrone AM, Zhang J, Kang SP, Ebbinghaus SW, Anderson KM, and Gangadhar T. Baseline Tumor Size Is an Independent Prognostic Factor for Overall Survival in Patients With Melanoma Treated With Pembrolizumab. <u>American Association for Cancer Research Annual Meeting</u>; 2018 April 14-18; Chicago Illinois.

59.   **Hamid O**.  First line choice: Immunotherapy vs target therapy. Abstract; <u>Melanoma Bridge Congress</u>. 2017 Nov 30 - Dec 2; Naples, Italy.

60.   **Hamid O**, Pavlick AC, Cowey L, Hart L, Johnson DB, Lutzky J, Alizadeh A, Spigel D, Rothschild N, Salama A, Weber R, Luke JJ, Wang Y, Yellin M, He Y, Bagley RG, Ott P. Glembatumumabvedotin (GV),an anti-gpNMB antibody-drug conjugate(ADC),in combination with varlilumab(V), anant-CD27 antibody, in advanced melanoma.[abstract]   <u>Society for Immunotherpay of Cancer Annual Meeting</u>. 2017 November 8-12; National Harbor, Maryland. [P260].

61.   Carvajal R, Sato T, Shoushtari AN, Sacco J, Nathan P, Orloff M, Corrie P, Steven N, Evans J, Infante J, Sznol M, Mulatero C, **Hamid O**, Hernandez-Aya L, Little N, McAlpine C, Hulstine AM, Coughlin CM, Middleton MR. Safety, efficacy and biology of the gp100 TCR-based bispecific T cell redirector, IMCgp100 in advanced uveal melanoma in two Phase 1 trials. [poster] <u>Society for Immunotherpy of Cancer</u>. 2017 November 8-12; National Harbor, Maryland. [P208].

62.   Sarnaik A, Chesney J, Kluger H, Curti B, **Hamid O**, Lutzky J, Fardis M, Gorbatchevsky I, Suzuki S, Larsen B, Samberg NL, Kirkwood J. Novel cryopreserved tumor infiltrating lymphocytes (LN-144) administered to patients with metastatic melanoma demonstrates efficacy and tolerability in a multicenter Phase 2 clinical trial. [abstract] <u>Society for Immunotherpy of Cancer.</u> 2017 November 8-12; National Harbor, Maryland. [P515].

63.   **Hamid O**; Gajewski TF; Frankel AE; Bauer TM; Olszanski AJ; Luke JJ; Balmanoukian AS; Schmidt EV; Sharkey B; Maleski J; Jones MJ; Gangadhar TC. Epacadostat Plus Pembrolizumab in Patients With Advanced Melanoma: Phase 1 and 2 Efficacy and Safety Results From ECHO-202/KEYNOTE-037. <u>European Society for Medical Oncology</u>. 2017 Sept. 8-Sept.12; Madrid, Spain [12140].

64.   Daud A; Puzanov I; Dummer R; Schadendorf D; **Hamid O**; Robert C; Hodi F; Schachter J; Sosman J; Pavlick AC; Gonzalez R; Blank CU; Cranmer L; O'day SJ; Salama AK; Margolin K; Yang J; Homet Moreno B; Ibrahim N; Ribas A. Analysis of response and survival in patients (pts) with ipilimumab (ipi)-refractory melanoma treated with pembrolizumab (pembro) in KEYNOTE-002. <u>European Society for Medical Oncology</u>. 2017 Sept. 8-Sept. 12; Madrid, Spain [1224PD].

65.   Xu, W; Frederickson J; Callahan J; Ribas; Gonzalez R; Pavlick AC; **Hamid O**; Gajewski T; Puzanov I; Daud A; Colburn D; Choong N; Wongchenko M; Hicks R. Prognostic impact of early complete metabolic response on FDG-PET in BRAF V600 mutant metastatic melanoma patients treated with combination vemurafenib & cobimetinib. <u>European Society for Medical Oncology</u>. 2017 Sept. 8-Sept. 12; Madrid, Spain [1225PD]

Omid Hamid, M.D.
Curriculum Vitae

66. Tarhini AA; Lee SJ; Hodi S; Rao UNM; Cohen GI; **Hamid O**; Fulper Hutchins L; Sosman JA; Kluger HM; Sondak VK; Koon HB; Lawrence DP; Kendra KL; Minor DR; Lee CB; Albertini MR; Flaherty LE; Petrella TM; Kirkwood JM. A phase III randomized study of adjuvant ipilimumab (3 or 10 mg/kg) versus high-dose interferon alfa-2b for resected high-risk melanoma (U.S. Intergroup E1609): Preliminary safety and efficacy of the ipilimumab arms. [oral abstract] <u>American Society of Clinical Oncology Annual Meeting</u>. 2017 June 2-June 6; Chicago, Illinois.

67. **Hamid O**; Bauer TM; Spira AI; Olszanski AJ; Patel SP; Wasser JS; Smith DC; Balmanoukian AS; Aggarwall C; Schmidt EV; Zhao Y; Gowda H; Gangadhar TC.  Epacadostat plus pembrolizumab in patients with SCCHN: Preliminary phase I/II results from ECHO-202/KEYNOTE-037. [clinical science symposium] <u>American Society of Clinical Oncology Annual Meeting</u>. 2017 June 2-June 6; Chicago, Illinois.

68. **Hamid O**; Bauer TM; Spiro AI; Smith DC; Olszanski AJ; Tarhini AA; Lara P; Gajewski T; Wasser JS; Patel SP; Borges VF; Balmanoukian AS; Schmidt EV; Zhao Y; Jones MM; Ganadhar TC. Safety of epacadostat 100 mg bid plus pembrolizumab 200 mg Q3W in advanced solid tumors: Phase 2 data from ECHO-202/KEYNOTE-037. [poster abstract] <u>American Society of Clinical Oncology Annual Meeting</u>. 2017 June 2-June 6; Chicago, Illinois.

69. Dowlai A; Rugo HS; Harvey RD; Kudchadkar RR; Carvajal RD; Mani GA; **Hamid O**; Klempner SJ; Tang S; Yu Danni; Kauh JS; Schaer DA; Tate SC; Wesolowski R. A phase I study of LY3022855, a colony-stimulating factor-1 receptor (CSF-1R) inhibitor, in patients (pts) with advanced solid tumors. [poster abstract] <u>American Society of Clinical Oncology Annual Meeting</u>. 2017 June 2-June 6; Chicago, Illinois.

70. Abdul-Hassan Tawbi H; Forsyth PAJ; Algazi AP; **Hamid O**; Hodi S; Moschos SJ; Khushalani NI; Gonzalez R; Lao CD; Postow MA; Atkins MB; Ernstoff MS; Puzanov I; Kudchadkar RR; Thomas RR; Tarhini AA; Jiang J; Avila A; Demelo S; Margolin KA. Efficacy and safety of nivolumab (NIVO) plus ipilimumab (IPI) in patients with melanoma (MEL) metastatic to the brain: Results of the phase II study CheckMate 204. [oral abstract] <u>American Society of Clinical Oncology Annual Meeting.</u> 2017 June 2-6; Chicago, Illinois.

71. Sullivan RJ; Gonzalez R; Lewis KD; **Hamid O**; Infante JR; Patel MR; Hodi S; Wallin J; Pitcher B; Cha E; Roberts L; Ballinger M; Hwu P. Atezolizumab (A) + cobimetinib (C) + vemurafenib (V) in BRAFV600-mutant metastatic melanoma (mel): Updated safety and clinical activity. [poster abstract] <u>American Society of Clinical Oncology Annual Meeting.</u> 2017 June 2-6; Chicago, Illinois.

72. Robert C; Long GV; Schachter J; arance A; Grob JJ; Mortier L; Daud A; Carlino M; McNeil CM; Lotem M; Larking JMG; Lorigan P; Neyns B; Blank CU; Petrella TM; **Hamid O**; Zhou H; Moreno BH; Ibrahim N; Ribas A; Roussy G;. Long-term outcomes in patients (pts) with ipilimumab (ipi)-naive advanced melanoma in the phase 3 KEYNOTE-006 study who completed pembrolizumab (pembro) treatment. [oral abstract] <u>American Society of Clinical Oncology Annual Meeting</u>. 2017; June 2-6; Chicago, Illinois.

73. Balmanoukian AS; Antonia SJ; Hwu WJ; **Hamid O**; Gutierrez M; Jamal R; Jerusalem GHM; Ahn MJ; Kim DW; Cunningham D; Kim SW; Brahmer JR; Lutzky J; Weiss J; Jin X; Antal J; Gupta AK; Segal NH. Updated safety and clinical activity of durvalumab monotherapy in previously treated patients with stage IIIB/IV NSCLC**.** [poster abstract] <u>American Society of Clinical Oncology Annual Meeting</u>. 2017; June 2-6; Chicago, Illinois.

Omid Hamid, M.D.
Curriculum Vitae

74. Kaufman H, Russell JS, **Hamid O**, Bhatia S, Terheyden P, D'Angelo SP, Shih KC, Lebbe C, Milella M, Brownell I, Lewis KD, Lorch JH, von Heydebreck A, Mahnke L, Nghiem P. Durable responses to avelumab (anti-PD-L1) in patients with Merkel cell carcinoma progressed after chemotherapy: 1-year efficacy update. American Association for Cancer Research Annual Meeting; 2017 Apr 1-5; Washington, DC.

75. **Hamid O.**, Puzanov I., Dummer R., Schachter J., Daud A., Schadendorf D., Blank C., Cranmer L.D., Robert C., Pavlick A.C., Gonzalez R., Hodi F.S., Ascierto P.A., Salama A., Margolin K.A., Gangadhar T.C., Wei z., Ebbinghaus W., Ibrahim N., Ribas A. Final overall survival for KEYNOTE-002: pembrolizumab (pembro) versus investigator-choice chemotherapy (chemo) for ipilimumab (ipi)-refractory melanoma. European Society for Medical Oncology. 2016; Oct.7-11; Copenhagen, Denmark. [1108PD]

76. **Hamid O.**, Chow L.Q., Sanborn R.E., Marshall S., Black C., Gribbin M., Karakunnel J.J., Gray J.E. Combinatiion of MEDI0680, an anti-PD-1 antibody, with durvalumab, and anti-PD-L1 antibody: A phase 1, open-label study in advanced malignancies. European Society for Medical Oncology. 2016; Oct.7-11; Copenhagen, Denmark. [1050PD]

77. Chesney J., Collichio F., Andtbacka R.H.I., Puzanov I., Glaspy J., Milhem M., **Hamid O**., Cranmer L., Saenger Y., Ross M., Chen L., Kim J.J., Kaufman L. Interim safety and efficacy of a randomized (1:1), open-label phase 2 study of talimogene laherparepvec(t) and ipilimumab (l) vs I alone in unresected, stage IIIB-IV melanoma. European Society for Medical Oncology. 2016; Oct. 7-11; Copenhagen, Denmark [1108PD]

78. Hwu P., **Hamid O**., Gonzalez R., Infante J.R., Patel M.R., Hodi F.S., Lewis D., Wallin J., Mwawasi G., Cha E., Richie N., Ballinger M., Sullivan R. Preliminary safety and clinical activity of atezolizumab combined with cobimetinib and vemurafenib in BRAF V600-mutant metastic melanoma. European Society for Medical Oncology. 2016; Oct.7-11; Copenhagen, Denmark. [1109PD]

79. Gangadhar C., **Hamid O**., Smith D.C., Bauer T.M. Wasser J.S., Olszanski J., Luke J.J., Balmanoukian A.S., Kaufman D.R., Zhao Y., Maleski J., Jones M.J., Leopold L., Gajewski T.F. Epacadostat plus pembrolizumab in patients with advanced melanoma and select solid tumors: Updated phase 1 results from CHO-202/KEYNOTE-037. European Society for Medical Oncology. 2016; Oct. 7-11; Copenhagen, Denmark. [1110PD]

80. Schachter J., Ribas A., Long G.V., Arance A., Grob J.J., Mortier L., Daud A., Carlino M.S., McNeil C.M., Lotem M., Larkin J.M. G., Lorigan P., Neyns B., Blank C. U., Petrella T. M., **Hamid O**., Zhou H., Ebbinhaus S., Ibrahim N., Robert C. Pembrolizumab versus ipilimumab for advanced melanoma: Final overall survival analysis of KEYNOTE-006. [oral abstract] American Society of Clinical Oncology Annual Meeting. 2016; June 2-7; Chicago, Illinois. *J Clin Oncol 34, 2016* (suppl; abstract# 9504).

81. Kaufman H., Russell J.S., **Hamid O**., Bhatia S., Terheyden P., D'Angelo S.P., Shih K.C., Lebbe C., Linette G.P. Milella M., Brownell I., Lewis K.D., Lorch J.H., Chin K.M., Mahnke L., Von Heydebreck A., Cuillerot J.M., Ngheim P.  Avelumab (MSB0010718C; anti-PD-L1) in patients with metastatic Merkel cell carcinoma previously treated with chemotherapy: Results of the phase 2 JAVELIN Merkel 200 trial. [oral abstract] American Society of Clinical Oncology Annual Meeting.. 2016; June 2-7; Chicago, Illinois.

Omid Hamid, M.D.
Curriculum Vitae

82. Massard C., Gordon M.S., Sharma S., Rafii S., Wainberg Z.A., Luke J.J., Curiel T.J., Colon-Otero G., **Hamid O**., Sanborn R.E., O'Donnell P.E., Drakaki A., Kurland J., Rebelatto M.C., Jin X., Blake-Haskins J.A., Gupta A.K., Segal N.H. Safety and efficacy of durvalumab (MEDI4736), a PD-L1 antibody, in urothelial bladder cancer.  [oral abstract] American Society of Clinical Oncology Annual Meeting. 2016; June 2-7; Chicago, Illinois.

83. Robert C., Ribas A., **Hamid O**., Daud A., Wolchok J.D., Gangadhar T.C., Joseph R, Dronca R., Patnaik A., Zarour H., Kefford R., Hersey P., Li X.N., Diede S.J., Ebbinhaus S., Hodi F.S. Three-year overall survival for patients with advanced melanoma treated with pembrolizumab in KEYNOTE-001. [oral abstract] American Society of Clinical Oncology Annual Meeting. 2016; June 2-7; Chicago, Illinois.

84. **Hamid O**, Thompson J.A., Diab A., Ros W., Eskens F., Bermingham C., Konto C., Long H., Liao K., Ganguly B.J., Fleener C., Pleasic-Williams S., Garzone P.D., Patel, P.H. Joh T., Nuyten D., El-Khoueiry A. B.; First in human (FIH) study of an OX40 agonist monoclonal antibody (mAb) PF-04518600 (PF-8600) in adult patients (pts) with select advanced solid tumors: Preliminary safety and pharmacokinetic (PK)/pharmacodynamic results., [poster] American Society of Clinical Oncology Annual Meeting. 2016; June 2-7; Chicago, Illinois.

85. Long G.V., **Hamid O**., Hodi F.S., Lawrence D.P., Atkinson V., Starodub A., Carlino M.S., Fisher R.A., Miller W.H., Maio M., Butler M., Queirolo P., Ferrucci P.F., Petrella T.M., Schachter J, Huang Y., Diede S.J., Ebbinghaus S, Ribas A.  Phase 2 study of the safety and efficacy of pembrolizumab (pembro) in combination with dabrafenib (D) and trametinib (T) for advanced melanoma (KEYNOTE-022). [poster] American Society of Clinical Oncology Annual Meeting. 2016; June 2-7; Chicago, Illinois.

86. Middleton M.R., Steven N.M., Evans T.J., Infante J.R., Sznol M., Mulatero C., **Hamid O**., Shoushtari A.N., Shingler W., Johnson A., Patel S., Parker D., Krige D., McAlpine C., Coughlin C.M., Hassan N.J., Jakobsen B.K., Corrie P.; Safety, pharmacokinetics and efficacy of IMCgp100, a first-in-class soluble TCR-antiCD3 bispecific t cell redirector with solid tumour activity: Results from the FIH study in melanoma. [poster] American Society of Clinical Oncology Annual Meeting. 2016; June 2-7; Chicago, Illinois.

87. Gatalica Z., Vanderwalde A.M., Rose I., Chen S., Reddy S.K., **Hamid O**., Atkins M.B.; Distribution of PD-L1 expression in diverse cancer types: Experience with over 10,000 cases. [poster]. American Society of Clinical Oncology Annual Meeting. 2016; June 2-7; Chicago, Illinois

88. Goldinger, S.M. Tsai K.K., Tumeh P., **Hamid O**, Nosrati A, Loo K, Grimes B., Algazi A.P., Levesque M.P., Dummer R., Daud A.; Correlation between metastatic site and response to anti-Programmed Death-1 (PD-1) agents in melanoma. [poster] American Society of Clinical Oncology Annual Meeting. 2016; June 2-7; Chicago, Illinois.

89. Daud A., Pavlick A.C., Ribas A., Gonzalez R., Lewis K.D., **Hamid O**, Gajewski T., Puzanov I., Hsu J.J., Koralek D.O., Choong N.W., McArthur G.A.; Extended follow-up results of a phase 1B study (BRIM7) of cobimetinib (C) and vemurafenib (V) in BRAF-mutant melanoma. [poster] American Society of Clinical Oncology Annual Meeting. 2016; June 2-7; Chicago, Illinois.

90. Ribas A., Hodi F.S., Lawrence D.P., Atkinson V., Starodub A., Carlino M.S., Fisher R.A., Long G.V., Miller W.H., Huang Y., Diede S.J., Ebbinghaus S., **Hamid O**. Pembrolizumab (pembro) in combination with dabrafenib (D) and trametinib (T) for BRAF-mutant advanced melanoma: Phase 1 KEYNOTE-022 study. [poster]. American Society of Clinical Oncology Annual Meeting. 2016; June 2-7; Chicago, Illinois.

Omid Hamid, M.D.
Curriculum Vitae

91. Gangadhar,T. C., Hwu,W.-J., Postow,M. A., **Hamid,O**. , Daud, A., Dronca,R., Joseph,R., O'Day,S. J., Hodi,F. S., Pavlick,A. M., Sznol,M., Mick,R., Oxborough,R. P., Gazdoiu, M., Kush,D., Ebbinghaus, S., Salama, A. K.. Safety and efficacy of pembrolizumab in US patients enrolled in KEYNOTE-030, an Expanded Access Program (EAP). [abstract]. Society for Melanoma Research Congress. 2015; Nov 18-21; San Francisco, California.

92. **Hamid, O**., Patel,M., Hodi,S., Amaria,R., Boasberg,P., Sullivan,R., Wallin,J., He,X., Cha,E., Richie,N., Ballinger,M., Hwu,P. Preliminary clinical safety, tolerability and activity of atezolizumab (anti-PDL1) combined with vemurafenib in BRAFV600 metastatic melanoma. [abstract]. Society for Melanoma Research Congress. 2015; Nov 18-21; San Francisco, California.

93. Puzanov, I., Ribas,A., Daud,A., Nyakas,M., Margolin,K. A., O'Day,S.J., Lutzky,J., Tarhini,A., Li,X. N., Zhou,H., Kang,S. P., Ibrahim N., **Hamid O.** Pembrolizumab for advanced melanoma: effect of BRAFV600 mutation status and prior BRAF inhibitor therapy. [abstract]. Society for Melanoma Research Congress. 2015; Nov 18-21; San Francisco, California.

94. Puzanov, I., Dummer,R., Schachter,J., Pavlick,A.C., Gonzalez,R., Ascierto, P.A., Margolin, K.A., **Hamid, O**., Agarwala, S., Carlino, M.S., Utikal, J., Lotem, M., Ribas, A., Mohr, P., Roach,, C.M., Dolled-Filhart, M., Li, X.N., Ebbinghaus, S., Kang, S.P., Daud, A. Efficacy based on tumor PD-L1 expression in KEYNOTE-002, a randomized comparison of pembrolizumab (pembro; MK-3475) versus chemotherapy in patients (pts) with ipilimumab-refractory (IPI-R) advanced melanoma (MEL). [poster]. American Society of Clinical Oncology Annual Meeting. 2015; May 29-June 2; Chicago, Illinois.

95. Chung, C.T., Piro, L.D., Lieber, D., Shaum, M.P., Boasberg, P.D., Balmanoukian, A.S., **Hamid, O**., Parmakhtiar, B., Katz, A., Davies, A.M., Rubinson, J., Martino, S. Selecting optimal patient candidates to assess the clinical utility of patient-derived xenograft (PDX) models in advanced solid tumors. [online abstract]. American Society of Clinical Oncology Annual Meeting..2015; May 29-June 2; Chicago, Illinois. Abstract#No. e22186.

96. Schadendorf, D., Dummer, R., Hauschild, A., Robert,C., **Hamid O**., Daud, A., van den Eertwegh, A.J.M., Cranmer, L.D., O'Day, S., Puzanov,I., Schachter, J., Blank, C.U., Salama, A.K., Loquai, C., Mehnert, J.M., Wang, Y., Ebbinghaus, S., Kang, S.P., Zhou, W., Ribas, A. Patient-reported outcomes (PROs) in KEYNOTE-002, a randomized study of pembrolizumab vs chemotherapy in patients (pts) with ipilimumab-refractory (IPI-R) metastatic melanoma (MEL). [poster]. American Society of Clinical Oncology Annual Meeting. 2015; May 29-June 2; Chicago, Illinois.

97. Robert,C., Joshua, A.M., Kefford, R., Joseph, R.W., Wolchok, J.D., Hodi, R.S., **Hamid, O**., Weber, J.S., Gangadhar, T.C., Dronca, R.S., Patnaik, A., Zarour, H.M., Hwu, W.J., Hersey, P., Daud, A., Giannotti, M., Li, X.N., Ebbinghaus, E., Kang, S.P., Ribas, A., Roussy, G.,Villejuif, F. Association of immune-related thyroid disorders with pembrolizumab (pembro, MK-3475) in patients (pts) with advanced melanoma treated in KEYNOTE-001. ). [poster]. American Society of Clinical Oncology Annual Meeting. 2015; May 29-June 2; Chicago, Illinois.

98. Kaufman, H., **Hamid, O**., D'Angelo,S.P., Yuan, G., Chin, K.M., Bhatia, S., Cuillerot,J.M., Nghiem, P. A phase II, open-label, multicenter trial to investigate the clinical activity and safety of avelumab (MSB0010718C) in patients with metastatic Merkel cell carcinoma. [poster]. American Society of Clinical Oncology Annual Meeting.. 2015; May 29-June 2; Chicago, Illinois.

Omid Hamid, M.D.
Curriculum Vitae

99. Daud,A., Weber,J.S., Sosman, J.A., Kim, K., Gonzalez, R., **Hamid,O**., Infante, J.R., Cebon, J.S., Schuchter,L.M., Long, G.V., Algazi, A.P., Kudchadkar,R.R., Puzanov, I., Lawrence, D.P., Kefford, R., Kline, A.S., Del Buono, H.L., Sun, P., McDowell, D.O., Flaherty,K. Updated overall survival (OS) results for BRF113220, a phase I–II study of dabrafenib alone versus combined dabrafenib and trametinib in patients with BRAF V600 metastatic melanoma (MM). [poster]. <u>American Society of Clinical Oncology Annual Meeting.</u> 2015 May 29-June 2; Chicago, Illinois.

100. **Hamid, O**., Chow, L.Q.M., Tavakkoli, F., Marshall, S., Gribbin, M.J., Karakunnel, J.J., Gray, J.E. Phase I, open-label study of MEDI0680, an anti-programmed cell death-1 (PD-1) antibody, in combination with MEDI4736, an anti-programmed cell death ligand-1 (PD-L1) antibody, in patients with advanced malignancies. [poster]. <u>American Society of Clinical Oncology Annual Meeting.</u> 2015 May 29-June 2; Chicago, Illinois.

101. Joseph, R.W., Gangadhar, T.C., Puzanov, I., Robert,C., **Hamid,O**., Dummer,D., Ribas, A., Mehnert, J.M., Daud, A., Celentano, K.A., Lindia, J.A., Chatterjee, M.S., Turner,D.C., Mayawala, K., Elassaiss-Schaap, J., Prasad de Alwis,D., Li, X.N., Ebbinghaus, S., Kang, S.P., Kefford, R. Model-based analysis of the relationship between pembrolizumab (MK-3475) exposure and efficacy in patients with advanced or metastatic melanoma. [poster]. <u>American Society of Clinical Oncology Annual Meeting.</u> 2015 May 29-June 2; Chicago, Illinois.

102. McWhirter, E., **Hamid, O**., Chmielowski, B., Carvajal, R.D., Jaffray, D.A., Driscoll,B., Shek,T., Yeung, I., Keller,H., McKee, T.D., Pearce, T.E., Kroll,S., Joshua A.M. A Phase 2 biomarker-enriched study of evofosfamide (TH-302) in patients with advanced melanoma. [poster]. <u>American Society of Clinical Oncology Annual Meeting.</u> 2015 May 29-June 2; Chicago, Illinois.

103. Gangadhar, T.C., Mehnert,J., Patnaik, A., **Hamid,O**., Carlino, M.S., Hodi,F.S., Blank, C.U., Ribas,A., Robert, C., Kondic, A.G., Ahamadi, M., Freshwater, T., de Greef,R., van Vugt, M., Lubiniecki, G., Ebbinghaus, E., Kang, S.P., Daud, A. Population pharmacokinetic (popPK) model of pembrolizumab (pembro; MK-3475) in patients (pts) treated in KEYNOTE-001 and KEYNOTE-002. [poster]. <u>American Society of Clinical Oncology Annual Meeting.</u> 2015 May 29-June 2; Chicago, Illinois.

104. Rizvi, N.A., Brahmer, J.R., Ou,S.H.I., Segal,N.H., Khleif,S., Hwu, W.J., Gutierrez,M., Schoffski, P., **Hamid, O**., Weiss,J., Lutzky,L., Maio,M., Nemunaitis,J.J., Jaeger,D., Balmanoukian,A.S., Rebelatto, M., Steele,K., Li, X., Blake-Haskins,J.A., Antonia, S.J. Safety and clinical activity of MEDI4736, an anti-programmed cell death-ligand 1 (PD-L1) antibody, in patients with non-small cell lung cancer (NSCLC). [poster]. <u>American Society of Clinical Oncology Annual Meeting.</u> 2015 May 29-June 2; Chicago, Illinois.

105. Puzanov, I., Milhem, M.M., Andtbacka, R.H.I., Minor, D.R., **Hamid, O**., Li, A., Chou, J., Kaufman, H. Survival, safety, and response patterns in a phase 1b multicenter trial of talimogene laherparepvec (T-VEC) and ipilimumab (ipi) in previously untreated, unresected stage IIIB-IV melanoma. [poster]. <u>American Society of Clinical Oncology Annual Meeting.</u> 2015; May 29-June 2; Chicago, Illinois.

106. Pavlick, A.C., Ribas, A., Gonzalez, R., **Hamid, O**., Gajewski, T., Daud,A., Puzanov, I., Hsu,J.J., Choong, N.W., McArthur, G.A. Extended follow-up results of phase Ib study (BRIM7) of vemurafenib (VEM) with cobimetinib (COBI) in BRAF-mutant melanoma. [poster]. <u>American Society of Clinical Oncology Annual Meeting.</u> 2015; May 29-June 2; Chicago, Illinois.

Omid Hamid, M.D.
Curriculum Vitae

107.    Daud,A., Ribas,A., Robert,C., Hodi,F.S., Wolchok,J.D., Joshua, A.M., Hwu,W.J., Weber, J.S., Gangadhar,T.C., Joseph,R.W., Dronca, R.S., Patnaik,A., Zarour, H.M., Kefford, R., Lindia, J.A., Li, X.N., Ebbinghaus, S., Kang, S.P., **Hamid, O**. Long-term efficacy of pembrolizumab (pembro; MK-3475) in a pooled analysis of 655 patients (pts) with advanced melanoma (MEL) enrolled in KEYNOTE-001. [oral abstract]. <u>American Society of Clinical Oncology Annual Meeting.</u> 2015; May 29-June 2; Chicago, Illinois.

108.    Wolchok, J.D., **Hamid, O**., Ribas, A., Robert,C., Kefford, R., Hwu, W.J.,  Weber,J.S., Joshua, A.M., Gangadhar, T.C., Dronca, R.S., Daud,A.,   Patnaik, A., Joseph,R.W., Zarour, H.,   Li, X.N., Xue, D., Ebbinghaus,S., Kang,S.P., Perrone, A.M., Hodi, F.S. Atypical patterns of response in patients (pts) with metastatic melanoma treated with pembrolizumab (MK-3475) in KEYNOTE-001. [oral abstract]. <u>American Society of Clinical Oncology Annual Meeting</u>. 2015; May 29-June 2; Chicago, Illinois.

109.    Hodi F.S., A., Daud A., **Hamid O**., Robert C., Kefford R., Hwu W.J.,  Gangadhar T.C., Joshua A.M., Hersey P.,  Weber J.,  Joseph R.W.,  Zarour H.,  R.,  Gammage L., Hille D., Xue D., Kang S.P., Chun P., Ebbinghaus S.W., Perrone A., Wolchok JD. Patterns of response in patients with advanced melanoma treated with Pembrolizumab (MK-3475) and evaluation of immune-related response criteria (irRC). [poster]. <u>Society for Immunotherapy for Cancer Annual Meeting</u>. 2014; National Harbor, Maryland.

110.    McDermott D., Sznol M., Sosman J., Soria J., Gordon M., **Hamid O**., Delord J., Fasso M., Wang Y., Bruey J., Fine G., Powles T. Immune correlates and long term follow up of a phase IA study of MPDL3280A, an engineered PD-L1 antibody, in patients with metastatic renal cell carcinoma (mRCC). Proffered Paper Session- Genitourinary tumours, non-prostate immunotherapy.  <u>European Society for Medical Oncology</u>. 2014; Sevilla, Spain.

111.    Segal N., **Hamid O**., Hwu W., Massard C., Butler M., Antonia S., Blake-Haskins A., Robbins P., Li X., Vasselli J.,Khleif S.. A phase I multi-arm dose-expansion study of the anti-programmed cell death-ligand-1 (PD-L1) antibody MEDI4736: Preliminary data. [poster]. Immunotherapy of cancer. <u>ESMO Congress European Society for Medical Oncology</u>. 2014; Valencia, Spain.

112.    Eggermont A., Chiarion-Sileni V., Grob J., Dummer R., Wolchok J., Schmidt H., **Hamid O**., Robert C., Ascierto P., Richards J., Lebbé C., Ferraresi V., Smylie M., Weber J., Maio M., Konto C., Karra Gurunath R., De Pril V., Suciu S., Testori A. Efficacy, safety, and quality of life (QoL) data from the EORTC 18071 phase III trial of ipilimumab (Ipi) versus placebo after complete resection of stage III melanoma. Proffered Paper Session-Melanoma and other skin tumours. <u>European Society for Medical Oncology</u>. 2014; Barcelona, Spain.

113.    Robert C., A. Joshua A., Weber J., Ribas A., Hodi F.,  Kefford R., Daud A., Wolchok J., Hwu W., Gangadhar T., Patnaik A., Hersey P., Dronca R., Zarour H., Ge Y., Lindia J., Giannotti M., Ebbinghaus S., Kang S., **Hamid O**. Pembrolizumab (pembro; MK-3475) for advanced melanoma (MEL): Randomized comparison of two dosing schedules. [poster]. Melanoma and other skin tumours. <u>European Society for Medical Oncology</u>. 2014; Sept 26-30. Valencia, Spain.

114.    Yan Y., McArthur G., Gajewski T., Puzanov I., **Hamid O**., Gonzalez R., Wang Y., Lu S., Wongchenko M., Choong N., Ribas A.. Vemurafenib and cobimetinib potently inhibit pS6 signaling in BRAFV600 mutation-positive locally advanced or metastatic melanoma from BRIM7 study. [poster]. Melanoma and other skin tumours. <u>European Society for Medical Oncology</u>. 2014; Valencia, Spain.

Omid Hamid, M.D.
Curriculum Vitae

115.   Carvajal, R., Lawrence, D., Weber, J., Gajewski, T., Gonzalez, R., Lutzky,J., O'Day, S., **Hamid, O**., Wolchok, J., Chapman, P., Sullivan, R., Teitcher, J., Antonescu, C., Heinrich, M., Bastian, B., Corless, C. Fletcher, J., Giobbie-Hurder, Hodi, F. Phase II study of nilotinib in melanoma harboring KIT alterations following progression or intolerance to prior KIT inhibition. [poster]. European Society for Medical Oncology. 2014; Sept 26-30. Madrid, Spain.

116.   Collichio F., Milhem M., Andtbacka R., Puzanov I., Saenger Y., Chesney J., Cranmer L., **Hamid O**., Logan T., Glaspy J., Lebbé C., Garbe C., Gansert J., Li A., Chou J., KaufmanH. A phase 1b/2, multicenter, open label trial to evaluate the safety and efficacy of talimogene laherparepvec (T-VEC) and ipilimumab (ipi) versus ipi alone in previously untreated, unresected, stage IIIB, IIIC, and IV melanoma. [poster]. European Society for Medical Oncology. 2014; Sept 26-30.  Madrid, Spain.

117.   Puzanov I, Milhem MM., Andtbacka RHI., Minor DR, **Hamid O**, Li A, Chastain M, Gorski K, Anderson A, Vanderwalde AM, Chou J, Kaufman H. Primary analysis of a phase 1b multicenter trial to evaluate safety and efficacy of talimogene laherparepvec (T-VEC) and ipilimumab (ipi) in previously untreated, unresected stage IIIB-IV melanoma [poster].  American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

118.   Gibney, G.T., **Hamid O**., Lutzky, J., Olszanski, A.J., Gangadhar, T.C., Gajewski, T.F., Chmielowski, B., Hanks, B.A., Boasberg, P.D., Zhao, Y., Newton, R.C., Bowman, J., Maleski, J., Leopold, L., Weber, J.S. Updated results from a phase 1/2 study of epacadostat (INB024360) in combination with ipilimumab in patients with metastatic melanoma. [poster]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

119.   **Hamid O**, Robert C, Ribas A, Wolchok JD, Hodi SF, Kefford R, Joshua  AM, Hwu W, Gangadhar TC, Patnaik A, Hersey P, Weber JS, Joseph RW., Gergich K, Li X(N), Chun P, Ebbinghaus S, Kang SP, Daud A. Randomized comparison of two doses of the anti-PD-1 monoclonal antibody MK-3475 for ipilimumab-refractory (IPI-R) and IPI-naive (IPI-N) melanoma (MEL). [oral abstract]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois

120.   Eggermont AM, Chiarion-Sileni V, Grob JJ, Dummer R, Wolchok JD, Schmidt H, **Hamid O,** Robert C, Ascierto PA, Maio M, Wolchok JD, Ferraresi V, Smylie M, Weber JS, Maio M, Konto C, Karra Gurunath R, de Pril V, Suciu S, Testori A. Ipilimumab versus placebo after complete resection of stage III melanoma: Initial efficacy and safety results from the EORTC 18071 phase III trial [late-breaking]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

121.   Ribas A, Hodi FS, Kefford R , **Hamid O**, Daud A, Wolchok JD, Hwu WJ, Gangadhar TC, Patnaik A, Joshua AM, Hersey P, Weber JS, Dronca RS, Zarour HM, Gergich K, Li X(N), Iannone R, Kang SP, Ebbinghaus S, Robert C. Efficacy and safety of the anti-PD-1 monoclonal antibody MK-3475 in 411 patients (pts) with melanoma (MEL) [oral abstract].  American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

122.   Kefford R., Ribas A., **Hamid O.,** Robert C., Daud A., Wolchok J. D., Joshua A. M., Hodi F. S., Gangadhar T. C., Hersey P., Weber J. S., Dronca R. S., Patnaik A., Zarour H. M., Dolled-Filhart M., Lunceford J., Emancipator K., Ebbinghaus S.T., Kang S. P., Hwu W.-J.. Clinical efficacy and correlation with tumor PD-L1 expression in patients (pts) with melanoma (MEL) treated with the anti-PD-1 monoclonal antibody MK-3475 [oral abstract]. American Society of Clinical Oncology Annual Meeting; 2014; May 30-June 3; Chicago, Illinois.

Omid Hamid, M.D.
Curriculum Vitae

123. Hodi FS, Ribas A, Daud A, **Hamid O**, Robert C, Kefford R, Hwu WJ, Gangadhar TC, Joshua AM, Hersey P, Weber JS, Dronca RS, Perrone AM, Gammage L, Hille D, Xue D, Kang SP, Chun P, Ebbinghaus S, Wolchok JD. Evaluation of immune-related response criteria (irRC) in patients (pts) with advanced melanoma (MEL) treated with the anti-PD-1 monoclonal antibody MK-3475 [oral abstract]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

124. Flaherty K, Daud A, Weber JS, Sosman JA, Kim K, Gonzalez R, **Hamid O**, Infante JR, Cebon JS, Schuchter LM, Long GV, Algazi AP, Kudchadkar RR, Puzanov I, Lawrence DP, Kline AS, Cunningham EA, Sun P, Patel K, Kefford R. Updated overall survival (OS) for BRF113220, a phase 1-2 study of dabrafenib (D) alone versus combined dabrafenib and trametinib (D+T) in pts with BRAF V600 mutation-positive (+) metastatic melanoma (MM) [abstract]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

125. Hallmeyer S, **Hamid O**, Sorof TA, Mun Y, Liu S, Abhyankar S, Gibney GT, Puzanov I. Phase II study of vemurafenib in patients with locally advanced, unresectable stage IIIc or metastatic melanoma and activating exon 15 *BRAF* mutations other than V600E [poster]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

126. McArthur GA, Callahan J, Ribas A, Gonzalez R, Pavlick AC, **Hamid O**, Gajewski T, Puzanov I, Daud A, Yin M, Choong N, Shah JK, Fredrickson J, Hicks RJ. Metabolic tumor burden for prediction of overall survival following combined BRAF/MEK inhibition in patients with advanced BRAF mutant melanoma [oral abstract]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

127. Sekulic A, Migden MR, Basset-Seguin N, Garbe C, Gesierich A, Lao C, Miller C, Mortier L, Murrell DF, **Hamid O**, Quevedo F, Hou J, Tripathi M, Schadendorf D. Long-term safety and efficacy of vismodegib in patients with advanced basal cell carcinoma: Final update (30-month) of the pivotal ERIVANCE BCC study [poster]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

*128.* Corcoran RB, Atreya CE, Falchook GS, Infante JR, **Hamid O**, Messersmith WA, Daud A, Kwak EL,Ryan D, Kurzrock R, Sun P, Cunningham EA, Orford KW, Motwani M, Bai Y, Patel K, Venook AP, Kopetz S. Phase 1-2 trial of the BRAF inhibitor dabrafenib (D) plus MEK inhibitor trametinib (T) in BRAF V600 mutant colorectal cancer (CRC): Updated efficacy and biomarker analysis [poster]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

129. Puzanov I, Callahan MK, Linette GP, Patel SP, Luke JJ, J. Sosman A,Wolchok JD, **Hamid O**, Minor DR, Orford KW, Hug BA, Ma B, Matthys GM, Hoos A. Phase 1 study of the BRAF inhibitor dabrafenib (D) with or without the MEK inhibitor trametinib (T) in combination with ipilimumab (Ipi) for V600E/K mutation–positive unresectable or metastatic melanoma (MM) [abstract]. American Society of Clinical Oncology Annual Meeting; 2014; May 30-June 3; Chicago, Illinois.

130. Gatalica Z, Ghazalpour A, Holterman D, Xiao N, Overberg P, Rose I, Basu GD, Hoff  DDV, **Hamid O**. Programmed cell death 1 (PD-1) and its ligand (PD-L1) in common cancers and their correlation with molecular cancer type [online abstract]. American Society of Clinical Oncology Annual Meeting.; 2014; May 30-June 3; Chicago, Illinois.

131. Cranmer LD, Morgan SS, Feldman R, **Hamid O**. Biomarker patterns of metastatic melanoma with implications for therapy [online abstract]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

Omid Hamid, M.D.
Curriculum Vitae

132. Joseph RW, Elassaiss-Schaap J, Wolchok JD, Joshua AM, Ribas A, Hodi FS, **Hamid O**, Robert C, Daud A, Hwu WJ, Kefford R, Hersey P, Weber JS, Patnaik A, De Alwis DP, Perrone AM, Kang SP, Ebbinghaus S, Anderson KM, Gangadhar TC. Baseline tumor size as an independent prognostic factor for overall survival in patients with metastatic melanoma treated with the anti-PD-1 monoclonal antibody MK-3475 [poster]. American Society of Clinical Oncology Annual Meeting.g; 2014; May 30-June 3; Chicago, Illinois.

133. Ascierto PA, Minor DR, Ribas A, Lebbe C, O'Hagan A, Swann RS, Scheuber A, Schadendorf D, R. Kefford, J, Grob J, **Hamid O**, Schuchter LM, Simeone E, Wilhelm T, Kim K, Aktan G, Trefze Ur. Long-term safety and overall survival update for BREAK-2, a phase 2, single-arm, open-label study of dabrafenib in previously treated metastatic melanoma (NCT01153763) [poster]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Ilinois.

134. Hong DS, LoRusso P, **Hamid O**, Beaupre DM, Janku F, Khan R, Kittaneh M, Loberg RD, Amore B, Caudillo I, Hwang YC, Tang R, Ngarmchamnanrith G, Lee Kwak E. First-in-human study of AMG 337, a highly selective oral inhibitor of MET, in adult patients (pts) with advanced solid tumors [oral abstract]. American Society of Clinical Oncology Annual Meeting. 2014; May 30-June 3; Chicago, Illinois.

135. Gibney GT, **Hamid O**, Gangadhar TC, Lutzky J, Olszanski AJ, Gajewski T, Chmielowski B, Boasberg PD, Zhao Y, Newton RC, Scherle PA, Bowman J, Maleski J, Leopold L, Weber JS. Preliminary results from a phase 1/2 study of INCB024360 combined with ipilimumab (ipi) in patients (pts) with melanoma [poster]. American Society of Clinical Oncology Annual Meeting; 2014; May 30-June 3; Chicago, Illinois.

136. Gandhi L, Balmanoukian A, Hui R, **Hamid O**, Rizvi NA, Leighl N, Gubens M, Goldman JW, Lubiniecki GM, Emancipator K., Filhart MD, Lunceford JK, Niewood M, Gergich K, Garon EB. MK-3475 (anti-PD1 monoclonal antibody) for non-small cell lung cancer (NSCLC): Antitumor activity and association with tumor PD-L1 expression [abstract]. American Association for Cancer Research Annual Meeting; 2014; April 5-9; San Diego, California.

137. Daud AI, **Hamid O**, Ribas A, Hodi FS, Hwu WJ, Kefford R, Wolchok J, Hersey P, Weber JS, Joseph R, Gangadhar TC, Dronca RS, Patnaik A, Zarour H., Joshua A. M., Gergich K, Wu D, Lunceford JK, Emancipator K, Filhart MD, Li1 N, Ebbinghaus S., Kang SP, Robert C. Antitumor activity of the anti-PD-1 monoclonal antibody MK-3475 in melanoma (MEL): Correlation of tumor PD-L1 expression with outcome[abstract]. American Association for Cancer Research Annual Meeting; 2014; April 5-9; San Diego, California.

138. Infante JR, S. Sandhu K, McNeil CM, Kabbarah O, Li C, Zhong W, Asundi J, Wood K, Chu YW, **Hamid O**. A first-in-human phase I study of the safety and pharmacokinetic (PK) activity of DEDN6526A, an anti-endothelin B receptor (ETBR) antibody-drug conjugate (ADC), in patients with metastatic or unresectable melanoma [abstract]. American Association for Cancer Research Annual Meeting; 2014 April 5-9; San Diego, California.

139. Yan Y, McArthur G, **Hamid O**, Puzanov I, Gonzalez R, Gajewski T, Wang Y, Wongchenko M, Choong N, Ribas A. Biomarker analysis of on-treatment and at progression biopsies from BRIM7-a phase 1B trial of combined vemurafenib and cobimetinib treatment in BREF V600 mutated melanoma. Melanoma Bridge Congress. 2013 Dec 5-8; Naples, Italy.

Omid Hamid, M.D.
Curriculum Vitae

140.     Daud A, Ribas A, Gonzalez R, Pavlick A, **Hamid O**, Gajewski TF, Puzanov I, Yin M, Choong N, McArthur G. Phase IB study (Brim7) results combining Vemurafenib (VEM) and MEK inhibitor, cobimetinib in advanced BRAF v600-mutated melanoma. Late Breaking; Society of Melanoma Research. 2013 Nov 17-20; Philadelphia, Pennsylvania.

141.      **Hamid O**, Hallmeyer S, Sorof TA, Day BM, Abhyanker S, Gibney G, Puzanov I. Phase II study of vemurafenib in patients with locally advanced, unresectable stage IIIC or metastatic melanoma and activating exon15 BRAF mutations other than V600E (NCT01586195). [abstract] Society of Melanoma Research. 2013; Nov 17-20; Philadelphia, Pennsylvania.

142.     Schadendorf D, Hodi FS, Robert C, Weber JS, Margolin K, **Hamid O**, Chen TT, Berman DM, Wolchok JD. Pooled analysis of long-term survival data from phase II and phase III trials of Ipilimumab in metastatic or locally advanced, unresectable melanoma [Late breaking abstract-proffered papers session]. European Cancer Congress; 2013 Sept 27-Oct 1. Amsterdam. Abstract#24.

143.     McArthur G, Gonzalez R, Pavlick A, **Hamid O**, Puzanov I, Thomas G, Daud A, Yin M, Choong N, Ribas. Vemurafenib (VEM) and MEK inhibitor, cobimetinib (GDC-0973), in advanced BRAFV600-mutated melanoma (BRIM7): dose-escalation and expansion results of a phase IB study [proffered papers session]. European Cancer Congress; 2013 Sept 27-Oct 1. Amsterdam. Abstract# 3703.

144.     **Hamid O.** Open-label, Multicenter, Phase II Study of Continuous Oral Vemurafenib in Patients With Locally Advanced, Unresectable Stage IIIC or Metastatic Melanoma and Activating Exon 15 BRAF Mutations Other Than V600E (NCT01586195). American Society of Clinical Oncology Annual Meeting. 2013; Chicago, Illinois.

145.     **Hamid O.** A Phase I open-label study of Ad-RTS®-hIL-12, an adenovirus vector engineered to express hIL-12, in combination with an oral activator ligand in subjects with unresectable Stage III/IV melanoma. American Society of Clinical Oncology Annual Meeting. 2013; Chicago, Illinois.

146.     Sadeghi S, Quinn DI, We Di, **Hamid O**, Hu J, Pinski JK, Schuckman A, Daneshmand S, Groshen S, Raghavan D, Dorff T. B. Phase II study of Gemcitabine, Oxaliplatin, and Paclitaxel (GOT) on a 2-weekly Schedule in Patients (pts) With Refractory Germ Cell Tumor (rGCT): Final results. American Society of Clinical Oncology Annual Meeting. 2013; Chicago, Illinois.

147.     Kaufman H, Puzanov I, Minor D, **Hamid O**, Andtbacka RHI, Li A, Chastain M, VanderWalde A. A phase 1b/2, multicenter, open-label trial to evaluate the safety and efficacy of talimogene laherparepvec (T-VEC) and ipilimumab (ipi) versus ipi alone in previously untreated, unresected, stage IIIB, IIIC, and IV melanoma. American Society of Clinical Oncology Annual Meeting. 2013; Chicago, Illinois.

148.     Sekulic A, Basset-Seguin N, Garbe C, Gelfand JM, Gesierich A, Lao C, Migden MR, Mortier L, Murrell D, **Hamid O,** Quevedo FJ, Hou J, Yue H, Schadendorf D. Long-term safety and efficacy of vismodegib in patients with advanced basal cell carcinoma (aBCC): 18-month update of the pivotal ERIVANCE BCC study. American Society of Clinical Oncology Annual Meeting. 2013; Chicago, Illinois.

Omid Hamid, M.D.
Curriculum Vitae

149. O'Day S, Gonzales R, Kim K, Chmielowski B, Kefford R, Loquai C, Cowey CL, Hauschild A, Hainsworth J, Hersey P, Boyle F, Evans J, **Hamid O**, Meneses N, Andresen C, Ren M, O'Brien JP, Flaherty K. A phase II study of the multi-targeted kinase inhibitor lenvatinib in patients (pts) with advanced BRAF wild type (wt) Melanoma. <u>American Society of Clinical Oncology Annual Meeting.</u> 2013; Chicago, Illinois.

150. Sachdev P, **Hamid O**, Kim K, Hauschild A, O'Day S, Andresen C, Funahashi Y, Kadowaki T, O'Brien JP, Flaherty K.  Tumor genetic alterations and serum biomarker analysis form phase II study of the lenvatinib (L) in patients (pts) with advanced BRAF wild-type (wt) melanoma. <u>American Society of Clinical Oncology Annual Meeting.</u> 2013; Chicago, Illinois.

151. Petrella T, Mihalcioiu C, McWhirter E, Belanger K, Savage K, Song X, **Hamid O,** Cheng T, Davis M, Lee C, Spatz A, Monzon J, Hagerman L, Bingshu E, Chen, Dancey J. Final Efficacy Results of NCIC CTG IND.202: A randomized phase 2 study of recombinant interleukin-21 (rIL21) in patients with recurrent/metastatic melanoma (MM). <u>American Society of Clinical Oncology Annual Meeting.</u> 2013; Chicago, Illinois.

152. Ribas A, Robert C, Daud A, Hodi FS, Wolchok J, Kefford R, Patnaik A, Hwu WJ, Weber J, Joshua A, Hersey P, Gangadhar T, Joseph R, Dronca R, Zarour H, Ebbinghaus S, Gergich K, Li N, Kang SP, **Hamid O** . Clinical Efficacy and Safety of MK-3475 (Anti-PD-1 Monoclonal Antibody) in Patients with Advanced Melanoma. <u>American Society of Clinical Oncology Annual Meeting.</u> 2013; Chicago, Illinois.

153. Powderly J, Koeppen H, Hodi FS, Sosman J, Gettinger S, Desai R, Tabernero J, Soria JC, **Hamid O**, Fine G, Xiao Y, Mokatrin A, Wu J, Anderson M, Irving B, Chen DS, Kowanetz M. Biomarkers and associations with the clinical activity of PD-L1 blockade in a MPDL3280A study.  <u>American Society of Clinical Oncology Annual Meeting.</u> 2013; Chicago, Illinois.

154. Tabernero J, Powderly J, **Hamid O**, Gordon MS, Fisher G, Braiteh F, Garbo L, Fine G, Kowanetz M, McCall B, Shen X, Chen DS, Kohrt H Clinical activity, safety and biomarkers of MPDL3280A, an engineered PD-L1 antibody in patients with locally advanced or metastatic CRC, gastric cancer (GC), SCCHN or other tumors. <u>American Society of Clinical Oncology Annual Meeting.</u> 2013; Chicago, Illinois.

155. **Hamid O**, Sosman J, Lawrence D, Sullivan RJ, Ibrahim N, Kluger H, Boasberg P, Flaherty K, Hwu P, Ballinger M, Mokatrin A, Kowanetz M, Chen DS, Hodi FS. A study of MPDL3280A, an engineered PD-L1 antibody in patients with locally advanced or metastatic tumors. <u>American Society of Clinical Oncology Annual Meeting.</u>  2013; Chicago, Illinois.

156. **Hamid O**, Sosman J, Lawrence D, Sullivan RJ, Ibrahim N, Kluger H, Boasberg P, Flaherty K, Hwu P, Ballinger M, Mokatrin A, Kowanetz M, Chen DS, Hodi FS. Clinical activity, safety and biomarkers of MPDL3280A, an engineered PD-L1 antibody in patients with locally advanced or metastatic melanoma (mM). <u>American Society of Clinical Oncology Annual Meeting.</u> 2013; Chicago, Illinois.

157. Cho D, Sosman J, Sznol M, Gordon MS, Hollebecque A, **Hamid O**, McDermott D, Delord J, Rhee I, Mokatrin A, Kowanetz M, Funke R, Fine G, Powles T. Clinical activity, safety and biomarkers of MPDL3280A, an engineered PD-L1 antibody in patients with metastatic renal cell carcinoma (mRCC). <u>American Society of Clinical Oncology Annual Meeting.</u> 2013; Chicago, Illinois.

Omid Hamid, M.D.
Curriculum Vitae

158.    Gordon MS, **Hamid O**, Powderly J, Anderson M, Fine G, Mokatrin A, Kowanetz M, Maya L, Irving
        BA, Chen DS, Hodi FS. A phase I study of MPDL3280A, an engineered PD-L1 antibody in patients
        with locally advanced or metastatic tumors [late breaking abstract].   American Association for Cancer
        Research Annual Meeting; 2013; Apr 6-10; Washington, DC.

159.    Leung A, Ozao-Choy J, Faries MB, **Hamid O**, Sim MS, Lee D, Morton DL. Personalizing ipilimumab
        treatment: predicting responders [poster]. Annual Society of Surgical Oncology Meeting; 2013; March
        6-9; National Harbor, Maryland.

160.    Ozao-Choy J, Leung A, Howard JH, Sim MS, **Hamid O**, Faries MB, Morton DL.  Surgical resection
        combined with ipilimumab treatment for stage IV melanoma [oral abstract]. Annual Society of Surgical
        Oncology Meeting; 2013; March 6-9; National Harbor, Maryland.

161.    Fu S, Nemunaitis JJ, Bessudo A, Bauman JE, **Hamid O**, Witta SE, Dy GK, Lai C, Laliberte R, Voi M.
        Final results of a phase 1b study of CUDC-101, a multitargeted inhibitor of EGFR, HER2, and HDAC,
        in patients with advanced head and neck, gastric, breast, liver, and non-small cell lung cancer [poster].
        EORTC-NCI-AACR Symposium on 'Molecular Targets and Cancer Therapeutics'; 2012; November 6-
        9. Dublin, Ireland.

162.    Ribas, Lewis K, Pavlick A, Daud A, Gajewski TF, Puzanov I, **Hamid O**, Teng MSL, Choong N,
        McArthur G. Results of Phase 1B combined BRAF and MEK inhibition with vemurafenib (vem) and
        GDC-0973 in patients (pts) with BRAF$^{V600}$ Advanced Melanoma and Establishing a Phase 3 dose. Late-
        Breaking [oral abstract]. Society for Melanoma Research; 2012 Nov 8-11; Los Angeles, California.

163.    McArthur G, Hauschild A, Robert C, Larkin J, Haanen JB, Ribas A, Hogg D, **Hamid O**, Ascierto P,
        Testori A, Lorigan P, Dummer R, Sosman JA, Flaherty K, Yin M, Caro I, Shieh F, Schilling R, Trunzer
        K, Chapman P. Efficacy of vemurafenib in BRAFV600K mutation-positive melanoma disease—results
        from the phase 3 clinical study BRIM 3 [abstract]. Society for Melanoma Research; 2012; Nov 8-11;
        Los Angeles, California.

164.    Lawrence D, McDermott D, **Hamid O**, Weber JS, Wolchok J, Richards J, Minor D, Pavlick A, Sznol
        M, Hwu P, Urba W, Amin A, Bennett K, Michener T, Balogh A, Hodi F. Treatment of patients (pts)
        with stage III or IV melanoma on an ipilimumab (Ipi) expanded access program (EAP): results for 3
        mg/kg cohort [abstract]. Society for Melanoma Research; 2012; Nov 8-11; Los Angeles, California.

165.    Weiss GJ, Oro AE , Chang ALS, Solomon JA, LoRusso P, **Hamid O**, Chen DM, Mckenna E, Fend S,
        Hainsworth JD. Expanded access study of mBCC and laBCC patients treated with the Hedgehog-
        pathway inhibitor vismodegib. European Society for Medical Oncology Congress. 2012; Sept. 28-Oct.
        2; Vienna, Austria.

166.    Long GV, Weber J, Flaherty K, Infante J, Daud A, Sosman J, **Hamid O**, Gonzalez R, Schuchter L,
        Cebon J, McWilliams R, Sznol M, Sharfman W, Falchook G, Kefford RF, Sun P, Allred A, Little S,
        Patel K, Kim KB. Phase II randomized study of the oral BRAF inhibitor GSK2118436 (dabrafenib) with
        and without the oral MEK1/2 inhibitor GSK1120212 (trametinib) in patients with BRAF mutant
        metastatic melanoma. European Society for Medical Oncology Congress; 2012; Sept 28-Oct 2; Vienna,
        Austria.

Omid Hamid, M.D.
Curriculum Vitae

167. Shuchter L, Flaherty L, **Hamid O**, Linette G, Hallmeyer S, Gonzalez R, Cowey CL, Pavlick A, Kudrik F, Lawson D, Margolin K, Ribas A, McDermott D, Khatcheressian J, Flaherty K, Day BM, Linke R, Hainsworth J. A single-arm, open label, US expanded access study of vemurafenib in patients with metastatic melanoma [poster]. American Society of Clinical Oncology Annual Meeting.; 2012; June 1-5; Chicago, IL.

168. Margolin K, Hodi FS, McDermott D, Lawrence D, **Hamid O**, Puzanov I, Thompson J, Ernstoff M, Michener T, Heller K. Overall survival and safety of ipilimumab-treated patients with melanoma and brain metastases. Submitted to European Society for Medical Oncology Congress 2011.

169. Lebbé C, O'Day S, Weber J, **Hamid O**, Maio M, Schadendorf D, de Pril V, Ibrahim R, Hoos A,Wolchok J. The Effect of HLA-A2 subtype on the efficacy and safety of ipilimumab in previously treated patients with advanced melanoma. (Submitted September 6 2010 to PIM)

170. Hersey P, Wolchok J, Weber J, **Hamid O**, Lebbé C, Maio M, Schadendorf D, de Pril V, Ibrahim R, Hoos A, O'Day S. Impact of HLA-A2 status on the efficacy and safety of ipilimumab in previously treated patients with advanced melanoma. (Submitted July 2010 to WMIM)

171. Lebbé C, O'Day S, Weber J, **Hamid O**, Maio M, Schadendorf D, de Pril V, Ibrahim R, Hoos A,Wolchok J. The effect of HLA-A2 subtype on the efficacy and safety of ipilimumab in previously treated patients with advanced melanoma. (Submitted July 2010 to the PIM XIV)

172. Dummer R, Maio M, **Hamid O**, O'Day S, Richards J, Wolchok,J de Pril V, Ibrahim R , Hoos A, Weber J. Time to onset and resolution of immune-related adverse events associated with ipilimumab therapy in patients with advanced melanoma. (Submitted July 2010 to the PIM XIV)

173. Wolchok J, Weber J, **Hamid O**, Lebbé C, Maio M, Schadendorf D, de Pril V, Ibrahim R, Hoos A, O'Day S. A pooled analysis of data to evaluate the effect of HLA-A2 subtype on the efficacy and safety of ipilimumab in previously treated patients with advanced melanoma. (Submitted July 2010 to Chicago Supportive Oncology Congress)

174. Wolchok J, Weber J, **Hamid O**, Lebbé Cs, Maio M, Schadendorf D, de Pril V, Ibrahim R, Hoos A, O'Day S. Impact of HLA-A2 status on ipilimumab efficacy and safety: pooled data from four phase II trials in advanced melanoma. Submitted June 2010 to iSBTc 25th Annual Meeting ; 2010.

175. Lebbé C, O'Day SJ, Weber JS, **Hamid O**, Maio M, Schadendorf D, de Pril V, Ibrahim R, Hoos A, Wolchok JD. The effect of HLA-A2 subtype on the efficacy and safety of ipilimumab in previously treated patients with advanced melanoma. Submitted July 2010 to Perspectives in Melanoma; 2010.

176. Wolchok J, Weber J, **Hamid O**, Lebbé C, Maio M, Schadendorf D, de Pril V, Ibrahim R, Hoos A, O'Day S. The effect of HLA-A2 subtype on the efficacy and safety of ipilimumab in previously treated patients with advanced melanoma: a pooled analysis. Submitted July 2010 to Annual International Cancer Immunotherapy Symposium, CRI.

177. Margolin K, **Hamid O**, McDermott D, Puzanov I, Sznol M, Clark J, Logan T, Hodi FS,  Heller K, Lawrence D. Ipilimumab monotherapy in melanoma patients with brain metastases: a prospective phase 2 trial. Submitted May 2010 to European Society for Medical Oncology Congress 2010.

Omid Hamid, M.D.
Curriculum Vitae

178.  Weber JS, **Hamid O**, Wolchok J, Amin A, Masson E, Goldberg S, Williams D, Parker S, Alaparthy S, O'Day S.   Assesment of pharmacokinetic interaction between ipilimumab and chemotherapy in a randomized study. <u>ESMO-ECCO Annual Meeting;</u> 2010 August.

179.  Hwu W, Akerley WL, Stephenson J, Yu MK, Evans BA, Mather G, Swabb EA, **Hamid O**. Final report: Combination of MPC-6827 with temozolomide for the treatment of patients with metastatic melanoma. [poster]. <u>American Society of Clinical Oncology Annual Meeting.</u> 2010; June 4-8; Chicago, IL. Poster #8531.

180.  **Hamid O**, Sznol M, Pavlick A, Kluger H, Kim KB, Boasberg P, Simantov R, Davis T, Crowley E, Hwu P.   Frequent dosing and GPNMB expression with CDX-011 (CR011-vcMMAE), an antibody-drug conjugate (ADC), in patients with advanced melanoma. <u>American Society of Clinical Oncology Annual Meeting.;</u> 2010; June 4-8; Chicago, IL. Poster #8525.

181.  Lawrence D, **Hamid O,** McDermott D, Puzanov I, Sznol M, Clark J, Logan T, Hodi FS, Heller KN, Margolin K.   Phase II trial of ipilimumab monotherapy in melanoma patients with brain metastases. [poster]. <u>American Society of Clinical Oncology Annual Meeting.</u> 2010; June 4-8; Chicago, IL. Poster #8523.

182.  O'Day SJ, Weber JS, **Hamid O**, Amin A, Lebbé C, Maio M, Hoos A, Ibrahim R, De Pril V, Wolchok J. Completed phase II clinical trials: experience with 10 mg/kg ipilimumab for the treatment of advanced melanoma. [poster]. <u>World Meeting of Interdisciplinary Melanoma / Skin Cancer Centers</u> .2009. Poster # 40.

183.  Schmidt H,   **Hamid** O,   Nissan A,   Guida M, S. Aamdal, J. Hansson, R. Ridolfi, D. Berman, S.D. Chasalow. Identification of tumor biopsy markers as potential predictors of ipilimumab clinical activity in patients with advanced melanoma. <u>ECCO-ESMO Meeting;</u> 2009 September.

184.  Margolin K, Lawrence D, **Hamid O**, McDermott D, Puzanov I, Sznol M, Richards J, Clark J, Logan T, Hodi S  Phase II multi-institution trial of ipilimumab for patients with melanoma and brain metastasis [oral abstract].  <u>ECCO-ESMO Meeting</u>  2009  September. Oral Abstract# 9307.

185.  Grob J., **Hamid O.**, Wolchok J., Maio M., Neyns B., Thomas L., de Pril V., Ibrahim R., O'Day S., C. Lebbé.   Antitumor responses to ipilimumab in advanced melanoma are not affected by systemic corticosteroids used to manage immune-related adverse events (irAEs).  <u>ECCO-ESMO Meeting.</u> 2009 September. Abstract# P-9312.

186.  Aamdal S., Wolchok J. D., Weber J., **Hamid O.**, O'Day S., Schmidt H., Berman D., and Chasalow S. D..  Changes in peripheral blood absolute lymphocyte count (ALC) may guide patient selection for continued treatment with Ipilimumab. <u>ECCO-ESMO 2009 Meeting</u> 2009 September. Abstract# P-9309.

187.  Wolchok J, de Pril V, Linette G, Waterfield W, Gajewski T, Sileni V, Ibrahim R, Chin K, Hoos A, **Hamid O.**  Analysis of potential prognostic factors in patients (pts) with advanced melanoma treated with ipilimumab 10 mg/kg..  <u>American Society of Clinical Oncology Annual Meeting</u> 2009. *J Clin Oncol* 27:15s, 2009 (suppl; abstract# 9036).

188.  Sznol M,  Hwu P, **Hamid O**,  Kluger H,  Hawthorne T, Simantov R, Pavlick A. Pharmacokinetics (PK) of CR011-vcMMAE, an Antibody-Drug Conjugate (ADC), in a Phase (Ph) I Study of Patients (pts) with Advanced Melanoma. <u>American Society of Clinical Oncology Annual Meeting</u> 2009. *J Clin Oncol* 27:15s, 2009 (suppl; abstract# 9063).

Omid Hamid, M.D.
Curriculum Vitae

189.    Slovin SF, Beer TM, Higano CS, Tejwani S, **Hamid O**, Picus J, Harzstark A, Lan Z, Scher H, Lowy I. Initial Phase II experience of ipilimumab (IPI) alone and in combination with radiotherapy (XRT) in patients with metastatic castration resistant prostate cancer (mCRPC). American Society of Clinical Oncology Annual Meeting 2009. *J Clin Oncol* 27:15s, 2009 (suppl; abstract# 5138).

190.    Lutzky J, Wolchok J, **Hamid O**, Lebbé C, Pehamberger H,. Linette G, Chin K, Ibrahim R, Hoos A, O'Day S.  Association between immune-related adverse events (irAEs) and disease control or overall survival in patients (pts) with advanced melanoma treated with 10 mg/kg ipilimumab in three Phase II clinical trials. American Society of Clinical Oncology Annual Meeting . 2009. *J Clin Oncol* 27:15s, 2009 (suppl; abstract# 9034)

191.    **Hamid O**, Chasalow SD, Platero S, Tsuchihashi Z, Alaparthy S, Galbraith S, Berman D.  Tumor biopsy markers are associated with clinical benefit in patients (pts) with advanced melanoma treated with ipilimumab. American Society of Clinical Oncology Annual Meeting. 2009.*J Clin Oncol* 27:15s, 2009 (suppl; abstract# 9008)

192.    Hwu P, Sznol M, Pavlick A, Kluger H, Kim KB, Boasberg P, Sanders D, Simantov R, Crowley E, **Hamid O**.  A Phase I/II Study of CR011-vcMMAE, an Antibody-Drug Conjugate (ADC) Targeting Glycoprotein NMB (GPNMB) in Patients (Pts) with Advanced Melanoma. American Society of Clinical Oncology Annual Meeting. 2009. *J Clin Oncol* 27:15s, 2009 (suppl; abstract# 9032).

193.    Boasberg P, Cruickshank S, **Hamid O**, O'Day S, Weber R, Spitler L. Abraxane and Bevacizumab as First Line Therapy in Patients with Stage IV Melanoma. American Society of Clinical Oncology Annual Meeting 2009. *J Clin Oncol* 27:15s, 2009 (suppl; abstract# 9061).

194.    Berman D, Wolchok J, Weber J, **Hamid O**, O'Day S, Chasalow S.  Increases in peripheral blood absolute lymphocyte count (ALC) are associated with clinical benefit in patients (pts) with advanced melanoma treated with ipilimumab. American Society of Clinical Oncology Annual Meeting 2009. *J Clin Oncol* 27:15s, 2009 (suppl; abstract# 3020).

195.    Amin A, de Pril V, **Hamid O**, Wolchok J, Maio M, Neyns B, Chin K, Ibrahim R, Hoos A, D'Day S. Corticosteroid administration for the management of immune-related adverse events (irAEs) does not affect the development or the durability of response to ipilimumab in patients with advanced melanoma. American Society of Clinical Oncology Annual Meeting 2009. *J Clin Oncol* 27:15s, 2009 (suppl; abstract# 9037).

196.    Harmankaya K, Pehamberger H, Hoos A, Ibrahim, R., O'Day, S., **Hamid ,O.,** Wolchok, J., Humphre,y R., Maio, M,. Ipilimumab-mediated patterns of response in patients with pretreated, advanced melanoma. European Society for Medical Oncology Annual Meeting ; 2008; Sweden. Abstract#784P.

197.    Ron, I., **Hamid, O.**, Minor, D., Amin, A., Thompson, J., Ridolfi, R., Maraveyas, A., Berman, D., Siegel, J., Weber, J.   Activity and Tolerability in Patients (pts) with Advanced Melanoma Treated with Ipilimumab ± Prophylactic Budesonide. (Submitted to ISCORT 7 The Annual Meeting of Israeli Society for Clinical Oncology and Radiation Therapy.

198.    Ron I, **Hamid O**, Minor D, Amin A, Thompson J, Ridolfi R, Maraveyas A, Berman D, Siegel J, Weber J.  Impact of Prophylactic Budesonide on the Activity and Tolerability of Ipilimumab in Previously Treated and Treatment-naïve Patients (pts) with Advanced Melanoma.  (Submitted to Target Congress: 12th World Congress on Cancers of the Skin (WCCS) ).

Omid Hamid, M.D.
Curriculum Vitae

199.   **Hamid, O.**, Berman, D., Siegel, J., Minor, D., Amin, A., Thompson, J.A., Ron, I.G., Ridolfi, R., Assi, H., Weber, J.S. Clinical activity and safety of ipilimumab in combination with placebo or prophylactic budesonide in patients (pts) with advanced melanoma and brain metastases (mets). <u>Annual Meeting of the International Society for Biological Therapy of Cancer (iSBTc);</u> 2008; Oct 31-Nov 2, San Diego, California.

200.   Weber, J.S., Berman, D., Siegel, J., Minor, D., Amin, A., Thompson, J.A., Ron, I., Ridolfi, R., Assi, H., **Hamid, O**. Safety and efficacy of ipilimumab with or without prophylactic budesonide in treatment-naive and previously treated patients with advanced melanoma. <u>American Society of Clinical Oncology Annual Meeting.</u> 2008; May 30-Jun3; Chicago, Illinois.

201.   Hodi, F.S., Hoos, A., Ibrahim, R., Chin, K., Pehamberger, H., Harmankaya, K., O'Day, S., **Hamid, O.**, Humphrey, R., Wolchok, J. Novel efficacy criteria for antitumor activity to immunotherapy using the example of ipilimumab, an anti-CTLA-4 monoclonal antibody. <u>American Society of Clinical Oncology Annual Meeting.</u> 2008; May 30-Jun3; Chicago, Illinois.

202.   Thompson, J.A., Berman, D., Siegal, J., Minor D, Amin A, Ron I, Ridolfi R, Assi H, **Hamid O,**Weber J. Effect of prior treatment status on the efficacy and safety of ipilimumab monotherapy in treatment-naive and previously treated patients with advanced melanoma. <u>American Society of Clinical Oncology Annual Meeting.</u>  2008; May 30-Jun3; Chicago, Illinois.

203.   **Hamid, O.**, Chin, K., Li, J., Neyns, B., Linette, G., Negrier, S., Lutzky, J., Hoos, A., Wolchock, J., Lebbe, C. Dose effect of ipilimumab in patients with advanced melanoma: Results from a phase II, randomized, dose-ranging study. <u>American Society of Clinical Oncology Annual Meeting.</u> 2008; May 30-Jun3; Chicago, Illinois.

204.   Wolchok, J.D., Ibrahim, R., DePril, V., Maio, M., Queirolo, P., Harmankaya, K., Lundgren, L., Hoos, A., Humphrey, R., **Hamid, O.**. Antitumor response and new lesions in advanced melanoma patients on ipilimumab treatment. <u>American Society of Clinical Oncology Annual Meeting.</u> 2008; May 30-Jun3; Chicago, Illinois.

205.   Hwu, P., Sznol, M., Kluger, H., Rink, L., Kim, K.B., Papadopoulos, N.E., Sanders, D., Boasberg, P., Ooi, C.E., **Hamid, O**  A phase I/II study of CR011-vcMMAE, an antibody toxin conjugate drug, in patients with unresectable stage III/IV melanoma. <u>American Society of Clinical Oncology Annual Meeting.</u>  2008; May 30-Jun3; Chicago, Illinois.

206.   Boasberg, P., Minor, D.R., **Hamid, O.,** Weber, J., Wollman, R., Anderson, C.M., O'Day, S.J. Prophylatic Cranial Irradiation in Patients with Stage IV Metastatic Melanoma Receiving Concurrent Biochemotherapy and Maintenance Biotherapy. <u>American Society of Clinical Oncology Annual Meeting.</u>  2008; May 30-Jun3; Chicago, Illinois.

207.   **Hamid, O.**, Urba, W., Yellin, M., Nichol, G., Weber, J., Hersh, E.M., Tchekmedyian, N.S., Hodi, S.F., Weber, R,. and O'Day, S.  Ipilimumab (MDX-010) in Patients with Stage III/IV Melanoma: Kinetics and Duration of Response. <u>European Cancer Conference (ECCO 14)</u>, Abstract# 7005, 5(EJC No 4):397, 2007 September 23-27;  Barcelona, Spain.

208.   Tran, C.T., George, J., Miranda, G., **Hamid, O.**, Stein, J.P., Quinn, D.I..  Factors Predicting the Development of and Survival from Brain Metastasis in Transitional Cell Carcinoma of the Bladder. In: <u>American Society of Clinical Oncology Annual Meeting.</u> 2007; Jun1-5; Chicago, IL. Abstract# 15541, 25(18S Part I of II):653s.

Omid Hamid, M.D.
Curriculum Vitae

209.   **Hamid, O.**, Urba, W.J., Yellin, M., Nichol, G.M., Weber, J., Hersh, E.M., Tchekmedyian, S., Hodi, F.S., Weber,R., and O'Day, S.  Kinetics of Response to Ipilimumab (MDX-010) in Patients with Stage III/IV Melanoma.  American Society of Clinical Oncology Annual Meeting. 2007; Jun1-5; Chicago, IL. Abstract# 8525, 25(18S Part I of II):478s.

210.   Weber, J., **Hamid, O.**, Lee, P.P., Snively, J., Sian, S., Delto, J., Groshen, S., Garcia, M., Gee, C., Scotland, R. Randomized phase II trial of melanoma peptides with Montanide ISA 51 and different doses of IL-12 with Alum for resected stages IIC/III and IV melanoma. American Society of Clinical Oncology Annual Meeting. 2005; May13-17; Orlando, FL. Abstract#  2506, 25(16S Part I of II):167s.

211.   Arzoo, K., **Hamid, O.**, Sposto, R., Olivera, M., Li, B., Villalobos, I., Gasparyan, A., Spicer, D. Her-2/neu Overexpression in Locally Advanced Breast Cancer. American Society of Clinical Oncology Annual Meeting. 2001; May13-17; Orlando, FL. Abstract#  3073, 21(Part II of II):167s.


## C. BOOK CHAPTERS


1.   Mehmi, I., Branao, R., **Hamid, O.,** Ott, P.A. Principles of Combination Immunotherapies, in Cancer Immunotherapy Principles and Practice. (eds. L. Butterfield, H. Kaufman, F. Marincola), Springer Publishing Company, New York, NY USA. p.421, 2021.

2.   Freeman, M., Carvajal, R., Faries, M., **Hamid, O.,** Uncommon Cancers, in Texbook of Uncommon Cancer. (eds D. Raghavan, M. S. Ahluwalia, C.D. Blanke, J. Brown, E.S. Kim, G.H. Reaman, M.A. Sekeres), John Wiley & Sons, Inc., Hoboken NJ, USA. 2017

3.   **Hamid, O.**, Carvajal, R.D., Morton, D.L., Faries, M. Unusual Melanomas, in Textbook of Uncommon Cancer (eds D. Raghavan, C. D. Blanke, D. H. Johnson, P. L. Moots, G. H. Reaman, P. G. Rose and M. A. Sekeres), John Wiley & Sons, Inc., Hoboken, NJ, USA. 2012. doi: 10.1002/9781118464557.ch51.


4.   **Hamid, O.**, Sondak, V.K., Weber, J.S. Adjuvant Therapy for Melanoma: Review of published data and studies in progress. Principles and Practices of Surgical Oncology. Multidisciplinary Approach to Difficult Problems. (Howard Silberman & Allan W Silberman,Eds) Philadelphia PA, pp. 495-513, 2010.


5.   O'Day, S.J., **Hamid, O**. Targeted drug therapy for melanoma. In: Cutaneous Malignant Melanoma. Mason Publishing Ltd., In preparation 2009.


6.   Tagawa, S.T., **Hamid, O.**, Skinner, E., Kumar, P. Uncommon Cancers of the Prostate, in Textbook of Uncommon Cancer, Third Edition (eds D. Raghavan, M. L. Brecher, D. H. Johnson, N. J. Meropol, P. L. Moots, P. G. Rose and I. A. Mayer), John Wiley & Sons, Ltd, Chichester, UK. 2006. doi: 10.1002/0470030542.ch4.


7.   Quinn, D., **Hamid, O.**, Streeter, O., Chen, T. Management of Brain Metastasis. In: Atlas of Germ Cell Tumors, (D Raghavan, [editor]); BC Decker. 2003

Omid Hamid, M.D.
Curriculum Vitae

## D. COMMENTARIES

1.  Shiao, S.L., **Hamid, O**. Radiation and Melanoma: A Phoenix Rising. <u>American Journal of Hematology/Oncology</u>. 2015 Feb; 11 (2): 39-41.

2.  **Hamid, O**. Advances in Oncology: Immunotherapy for Melanoma Using Programmed Death 1 Checkpoint Inhibitors. <u>Clinical Advances in Hematology & Oncology</u>. 12 (11):  782-784. November, 2014.

3.  **Hamid, O**. Antibody Engineering Podcast. 2014. [in press].

4.  **Hamid, O**. Immunotherapy & Melanoma Peer Exchange, <u>Oncology Live</u>. In print: 15 (9): 9.44. October, 2014.

5.  **Hamid, O.** Adjuvant bevacizumab in patients with melanoma at high risk of recurrence (AVAST-M): preplanned interim results from a multicentre, open-label, randomised controlled phase 3 study. <u>HemOnc Today</u>, December 2014.  <span style="color:blue"><u>http://www.healio.com/hematology-oncology/melanoma-skin-cancer/news/online/%7B35379bff-def1-48a7-9c01-faa3b7d2be1d%7D/bevacizumab-appears-tolerable-in-cutaneous-melanoma</u></span>

6.  **Hamid, O.** Is IL-2 Still Indicated for Melanoma and RCC? What a Question to Ask! <u>Oncology Journal</u>, 2013 Jul; 27(7):695, 701(PMID: 23977765).

7.  **Hamid, O.**, Carvajal, R.D. Anti-Programmed Death-1 (PD-1) and Anti-Programmed Death Ligand 1 (PD-L1) Antibodies in Cancer Therapy. <u>Expert Opinion on Biological Therapy</u>, 13(6): 847-861, June 2013 (doi: 10.1517/14712598.2013.770836).

8.  **Hamid, O.**, Pagnini, P.G.  Trends in CNS Metastases.  <u>American Journal of Hematology / Oncology</u>, 6(30): 125-126, March, 2007.

9.  **Hamid, O.**, Pagnini, P., O'Day, S.J.  Commentary on Newly Diagnosed Anaplastic Oligodendrogliomas and Oligoastrocytomas: With One Question Answered, More Have Arisen. <u>American Journal of Hematology / Oncology</u>, 6(30): 131-133, March 2007.

10. **Hamid, O.** and O'Day, S.J.  Commentary on Stereotactic Radiosurgery Plus Whole-Brain Radiation Therapy vs Stereotactic Radiosurgery Alone for Treatment of Brain Metastases: A Randomized Controlled Trial.  <u>American Journal of Hematology / Oncology</u>, 5(10): 629-633, October, 2006.

## E. WEB CONTRIBUTION

### <u>Media Appearances:</u>

Year in Review Live Webinar, Melanoma and Non-Melanoma Skin Cancers Edition with Dr. Neil Love. Virtual Program. July 13, 2023.

Oncology Today Interview with Dr. Neil Love - Novel Immunotherapeutic Strategies in Melanoma Edition Virtual Program. November 23, 2022.

Omid Hamid, M.D.
Curriculum Vitae

"Novel bispecific T-cell receptor therapy shows early promise in advanced solid tumors", HemOnc Today Article. Amarosi, D., **Hamid, O**. September 9. 2022.

"What You Need to Know About Melanoma" at the Cedars Sinai Blog Post. Release Date May 4, 2021.

Research Reflections: Hamid Homes in on Key Efforts Made in Melanoma. OncLive On Air Podcast. **Hamid, O**. Release Date June 9, 2020.

Multi-Modality Management of Melanoma in the Era of Immunotherapy.  Oncology Tube and Medical Oncology Association of Southern California. **Hamid, O**. March 18, 2020.
Community Practice Connections: Optimizing Outcomes in Melanoma with BRAF/MEK Inhibitor and Immunotherapeutic Strategies: Essentials for the Onco-Nurse. PER Physician Education Resources. **Hamid, O**., Gibney, G.T., and Cherry, G.  Release Date June 30, 2019.

Save Your Skin Foundation Webinar: Ocular Melanoma. **Hamid O**. February 15, 2019.

Melanoma Research Alliance "Ask the Expert" Segment. "Current state of clinical trials for melanoma. Where to go, what to do, and who to see?" **Hamid O**. September 24-28, 2018.

FOX-11 "Healthwatch" Prominent Cancer Expert Reveals Five Easy Steps to Prevent Skin Cancer. **Hamid, O**. May 27, 2016.

Immuno-Oncology Melanoma Monograph with Dr prIME Patient Education Module. **Hamid O**, Andtbacka R., Ribas A. April 21, 2016.

Reach MD Project Oncology Prova Education. New Frontiers in Melanoma: A Focus on Immune-Related Adverse Events and Emerging Data on Brain Metastases. **Hamid O**, Flaherty K.  January 25, 2016.

TED Talk on RECIST vs. Immune Response Criteria. **Hamid O**. April 30, 2015.

DermWire TV: FDA Approves New Melanoma Treatment with Novel MOA. **Hamid O.** September 11, 2014.

**Media Appearances:**
Merck Commitment to Cancer Mini Documentary Video. **Hamid O.**  2014.

**eMedicine from WebMD:**

**Ovarian Cancer:** Agustin A. Garcia, MD, **Omid Hamid, MD**, Anthony Ek-Khoueiry, MD. 2006

**Cervical Cancer:** Agustin A. Garcia, MD, **Omid Hamid, MD**, Anthony Ek-Khoueiry, MD. 2006

Omid Hamid, M.D.
Curriculum Vitae

I authorize the handling of the personal information contained in my curriculum vitae according to EU
Regulation UE 2016/679

*8/4/23*

_____          _____
Omid Hamid, M.D.                                                          Date

Exhibit A Page - 63