# EXHIBIT B

```
 1                 UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3
   Case No. 3:20-cv-06198-VC
 4 ----------------------------x

 5  IN RE: ROUNDUP PRODUCTS        MDL No.

 6  LIABILITY LITIGATION           3:16-md-02741-VC

 7

 8  This document relates to:

 9  Benito Ornelas Gonzalez,       MDL No. 2741

10          Plaintiff,

11  vs.

12  Monsanto Company, et al.,

13          Defendants.

14 -------------------------x

15

16  REMOTE VIDEOTAPED ORAL DEPOSITION OF OMID HAMID, M.D.

17      Conducted in Los Angeles, California, on Friday,

18  September 22, 2023, scheduled to begin at 12:00 p.m.

19  Pacific, and reported by Linda S. Kinkade, RDR, RMR,

20  RPR, CRR, CSR, License No. 2612, and officer

21  authorized to administer oaths and/or affirmations.

22

23             GOLKOW LITIGATION SERVICES

24          T 877.370.3377 | F 917.591.5672

25                  deps@golkow.com
```

```
 1   A P P E A R A N C E S:

 2   [All parties appeared remotely via web conferencing

 3   and/or telephonically.]

 4

 5   Counsel for Plaintiff Benito Ornelas Gonzalez:

 6           ARYA LAW CENTER PC

 7           3187 Red Hill Avenue, Suite 110

 8           Costa Mesa, California 92626

 9           (877) 279-2523

10            By:   Majid Safaie, Esq.

11            majid.safaie@aryalc.com

12

13

14

15   Counsel for Defendant Monsanto Company, et al.:

16           NELSON MULLINS RILEY & SCARBOROUGH LLP

17           750 B Street, Suite 2200

18           San Diego, California 92101

19           (619) 489-6187

20            By:   Jae Lee, M.D., Esq.

21            jae.lee@nelsonmullins.com

22

23

24

25   CONTINUED ON FOLLOWING PAGE
```

Exhibit B Page - 2

Omid Hamid, M.D.

```
 1    A P P E A R A N C E S (continued):

 2

 3    Also present:

 4             Mike Kia, paralegal, Arya Law Center

 5             Devyn Mulholland, Videographer/Tech Host

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit B Page - 3

1    been an extensive time since I have written upon any

2    of number 7, and --

3        Q.  I believe, Dr. Hamid, that number 6 is a

4    little bit broader than how you've characterized it.

5    It's requesting a list of all organizations with which

6    you have entered into consulting agreements within the

7    past ten years.

8        Do you have such a list?

9        A.  I'm happy to send you my, what is it,

10   disclosures that I utilize anytime that I give a

11   public discussion or I publish anything.

12            DR. LEE:  Mr. Safaie, could you please

13   forward that list to us once you receive it from

14   Dr. Hamid?

15            MR. SAFAIE:  Okay.

16       Q.  Regarding item 7, Dr. Hamid, have you

17   authored any abstracts or articles or book chapters on

18   non-Hodgkin's lymphoma?

19       A.  I have not.

20       Q.  Have you authored any articles, abstracts,

21   or book chapters on Waldenstrom's?

22       A.  I have not.

23       Q.  Regarding number 8, have you given any

24   presentations or lectures on non-Hodgkin's lymphoma?

25       A.  No.

Omid Hamid, M.D.

```
 1              Q.  Have you given any presentations or

 2     lectures on Waldenstrom's?

 3              A.  I have not.

 4              Q.  Dr. Hamid, do you have in your possession

 5     any other documents related to this case that you have

 6     not yet turned over to us?

 7              A.  I have notes that I've taken myself that

 8     come from the articles and that come from the medical

 9     record.

10              Q.  Dr. Hamid, can you provide those notes to

11     us since we are entitled to them?

12              DR. LEE:  Mr. Safaie, can you please

13     forward to us a copy of those notes once you receive

14     them from Dr. Hamid?

15              MR. SAFAIE:  If you want me to, yes.

16              A.  I'll attach them to Mr. Safaie.

17              Q.  And if -- so, Dr. Hamid, you have those

18     notes in an electronic form; is that correct?

19              A.  Yes.  It's just a Word document.

20              DR. LEE:  So, Mr. Safaie, if you could

21     forward that to us before the conclusion of this

22     deposition, that would be appreciated.

23              MR. SAFAIE:  Once I receive it, I'll

24     review, and then I will send what is appropriate.

25              A.  Fine.
```

Exhibit B Page - 5

1          Q.   And what is this document?

2          A.   A letter that he had asked -- they had

3    asked me to prepare.

4          Q.   And do you see a signature at the bottom of

5    the page, Dr. Hamid?

6          A.   Yes.

7          Q.   Is that your signature?

8          A.   That is me.

9          Q.   Did you prepare this letter or report?

10         A.   I did.

11         Q.   Did you have any assistance in preparing

12   this report?

13         A.   I did not.  I prepared it myself.

14         Q.   Is this your complete report for this case,

15   Dr. Hamid?

16         A.   I have not prepared any other report for

17   this case.

18         Q.   Do you have any intention to supplement

19   this report?

20         A.   No, I do not, unless requested.

21         Q.   As you sit here today, are you aware of any

22   corrections or edits that need to be made to this

23   report?

24         A.   Not at this point.

25         Q.   Dr. Hamid, when did you draft this report?

Omid Hamid, M.D.

```
 1              Q.   And what medical records are you referring
 2    to in your report?
 3              A.   Those are medical records that came from
 4    St. Jude Heritage.
 5              Q.   And who provided those medical records to
 6    you?
 7              A.   Dr. Safaie -- Mr. Safaie's office.
 8              Q.   And you also mentioned that you reviewed
 9    six articles; is that correct?
10              A.   It's correct.
11              Q.   Now you reviewed those six articles for
12    this deposition.  Did you review those articles before
13    you prepared this report?
14              A.   I did.  I would say most of them I had
15    before I prepared the report, yes.  I can't tell you
16    which ones or which ones not, but, yes, you know, I
17    would say that the articles are repetitive in what
18    they present and what they discuss.
19              Q.   Other than those -- other than the
20    deposition transcript and the medical records and the
21    six articles, were there any other documents that you
22    reviewed in order to prepare this report?
23              A.   No, sir, no other documents were made
24    available.
25              Q.   Did you take the initiative to perform any
```

Exhibit B Page - 7

1    research or review any other documents prior to

2    preparing this report?

3         A.  Well, as I said, I went through PubMed and

4    looked at a whole host of publications, but did not

5    move forward with the majority of them as they were

6    not germane.

7         Q.  I believe I asked you this question before,

8    Dr. Hamid, but I just want to make sure that I got the

9    full answer.

10        Are there any corrections or errors to your

11   report that you feel need to be corrected?

12        A.  Allow me to get back to... no, I don't -- I

13   believe that this is -- I believe that this is fair.

14   I would say that, you know, if you -- if you -- I

15   would say that, if I look at this and I say -- you say

16   is there anything missing, I think I would say that a

17   patient, a person, like Mr. Gonzalez, who has had many

18   decades of exposure, it would be on causality, on a

19   list of causality for lymphoma, but I believe it's

20   indicated in my note here.

21        Q.  Dr. Hamid, do you have a comprehensive list

22   of all the documents and materials that you reviewed

23   in preparing this report?  Do you have a written list?

24        A.  I do not have a written list.

25        Q.  Now Mr. -- I'm sorry, Dr. Hamid, you state

1    that you refer to Mr. Ornelas's exposure to Roundup.

2    Do you see that?

3         A.  I do.

4         Q.  Now by referring to "Mr. Ornelas," are you

5    referring to the plaintiff, Mr. Gonzalez?

6         A.  Yes.

7         Q.  And when you refer to Roundup, are you

8    referring to the Roundup line of products made by

9    Monsanto Company?

10        A.  That's right.

11        Q.  Do you know specifically what Roundup

12   product or products Mr. Gonzalez was exposed to?

13        A.  I know as much as is in his deposition, the

14   description that he gives about the green and white --

15   the green and white bottle/box, whatever it comes in,

16   and his agreement that it was Roundup.  That's as much

17   as I know.  There were no photos given to me and no

18   further description.

19        Q.  So your understanding of Mr. Gonzalez's

20   exposure to Roundup is based entirely on his

21   transcript, is that correct, deposition transcript?

22        A.  That is right.

23        Q.  As you sit here today, Dr. Hamid, you don't

24   precisely know which Roundup product or products

25   Mr. Gonzalez was exposed to; is that correct?

1        A.   That is correct.  I'm a doctor and not a

2   connoisseur of the product line at Roundup or other.

3   I'm aware of what is in the transcript.

4        Q.   In preparing this report, Dr. Hamid, did

5   you know the constituent ingredients in Monsanto's

6   Roundup products?

7        A.   I'm not familiar with all of the

8   constituentive ingredients in Roundup, no.

9        Q.   When you prepared this report, did you know

10  of any of the differences between various Roundup

11  products in terms of their ingredients?

12       A.   I am not aware of the differences in the

13  Roundup products in relation to their ingredients.

14       Q.   Dr. Hamid, have you ever interviewed the

15  plaintiff, Mr. Benito Gonzalez?

16       A.   I have not.

17       Q.   Have you ever met in person Mr. Benito

18  Gonzalez?

19       A.   No, sir, I have not.

20       Q.   Have you ever performed a history and

21  physical examination on Mr. Benitez -- I'm sorry --

22  Mr. Benito Gonzalez?

23       A.   No, sir.

24       Q.   Has Mr. Benito Gonzalez ever been treated

25  for you for any medical condition?

```
 1          A.  No, sir.

 2          Q.  Has Mr. Benito Gonzalez ever been a patient

 3   of yours in your clinical practice?

 4          A.  No, sir.

 5          Q.  You state in your report in the second

 6   sentence, Dr. Hamid, that, quote, "It is clear that

 7   Mr. Ornelas has had significant repetitive contact to

 8   glycophosphate in Roundup through extensive duration

 9   of daily exposure through many decades."

10          Do you see that?

11          A.  I do.

12          Q.  What is the basis of your statement in that

13   sentence with respect to significant repetitive

14   contact?

15          A.  Absolutely.  The basis comes from his

16   own -- his own words where he notes that he began

17   gardening after working in security in his own

18   gardening business from 1990 to 1992, and then from

19   '92 to 2021 spent that time, not only working in other

20   places, but working in the church.  It's based on his

21   confirmation that he started using Roundup in 1990

22   and, in his own words, where he states that he always

23   used Roundup.

24          Q.  So your statement regarding significant

25   repetitive contact is based entirely on the
```

Exhibit B Page - 11

1    plaintiff's representations regarding such contact; is

2    that correct?

3         A.  It's based on his assessment that he went

4    through a gallon a month and sometimes went through in

5    two days a whole Roundup, whatever the wording -- I

6    can't bring it up now -- a whole Roundup bottle or

7    whatever it comes in.  Yes, it comes distinctly

8    through his -- his testimony.

9         Q.  And only his testimony, correct?

10        A.  Would there be any other testimony -- any

11   other way to understand his usage, any better way?

12        Q.  Dr. Hamid, did you make any effort to

13   inspect his home to see how much Roundup there may be?

14        A.  No.  That's not my role.

15        Q.  Dr. Hamid, did you investigate with his

16   employers about how much Roundup he may have been

17   exposed to?

18        A.  No.

19        Q.  Dr. Hamid, did you make any inquiries

20   regarding other herbicides that Mr. Hamid -- I'm

21   sorry -- Mr. Gonzalez may have been exposed to?

22        A.  No.

23        Q.  Did you make any inquiry while preparing

24   this report into any other chemicals that Mr. Gonzalez

25   may have been exposed to other than Roundup?

```
 1            A.   That inquiry was in his deposition.
 2            Q.   And what did he -- what do you recall from
 3    his deposition regarding other chemicals that he may
 4    have been exposed to?
 5            A.   I recall an extensive evaluation and
 6    questioning that did not elucidate any other chemicals
 7    that the patient had -- that Mr. Gonzalez has been
 8    exposed to.
 9            Q.   And, again, you were relying solely on
10    Mr. Gonzalez's testimony for that information; is that
11    correct?
12            A.   That is right.
13            Q.   You did not make any independent inquiries
14    or research of your own on any other chemical
15    exposures Mr. Gonzalez may have experienced?
16            A.   I have not reached out to Mr. Gonzalez in
17    any way.
18            Q.   Did you consider any other toxic exposures
19    Mr. Gonzalez may have been exposed to during the last
20    few decades?
21            A.   I have no evidence of any other exposures.
22            Q.   Well, that wasn't my question.  Did you
23    make any inquiry about any other exposures yourself?
24            A.   No.
25            Q.   Dr. Hamid, did you make a quantitative
```

Omid Hamid, M.D.

```
 1     estimate of Mr. Gonzalez' exposure to Roundup

 2     products?

 3          A.  Well, it is based on his testimony.  He has

 4     had daily to -- frequent to daily exposure to Roundup

 5     over the course of 30 years.

 6          Q.  Did you quan -- did you provide a

 7     quantitative estimate of how much Roundup product he

 8     was exposed to during that time?

 9          A.  It's unclear to make it precise, but if in

10     his words a gallon a month over the course of 30

11     years, you can do the math there.

12          Q.  Well, I'm asking whether you did the math,

13     Dr. Hamid.

14          A.  Over the course of 30 years, a gallon a

15     month is 360 -- sorry, that's not right -- a gallon a

16     month, so 12 gallons a year, so 360 gallons.

17          But it's hard to make this type of estimate

18     about his exposure as workers, gardeners, are exposed

19     continuously, even if they're not using it, in the

20     soil, in the water.  So it's a very difficult number

21     to really quantify.

22          Q.  And you did not quantify that number in

23     your report, correct, Dr. Hamid?

24          A.  I did not.

25          Q.  Dr. Hamid, there is a difference between
```

Exhibit B Page - 14

1    the amount of Roundup Mr. Gonzalez may have used in

2    his work versus his exposure to the actual Roundup

3    product, is there not?

4         A.  Can you clarify that?

5         Q.  Well, there is -- is there a difference,

6    Dr. Hamid, between the amount of Roundup that

7    Mr. Gonzalez might use in a day versus his exposure?

8         What is your -- do you have an understanding of

9    whether there is a difference between the amount that

10   he uses and the amount to which he is exposed?

11        A.  I don't believe that there -- I mean, the

12   idea here is that these patients -- these people are

13   utilizing them, and it's around all -- it's around

14   them at every time.  I don't believe that there is

15   quite a difference there between what he uses and what

16   he's exposed to, as he's the primary person who has

17   been utilizing it.

18        Q.  So is it your understanding when you were

19   writing this report that, if Mr. Gonzalez used a

20   gallon of Roundup, he was also exposed to a gallon of

21   Roundup?

22        A.  Well, either one that would be laying it.

23   I would say that there -- there is no clear amount

24   that -- that quantifies risk.  From what I have seen,

25   it is consistent repetitive exposure over an extended

1    period of time, and this takes time to manifest.  And

2    all of that is consistent with Mr. Gonzalez's history.

3         Q.  Now in evaluating Mr. Gonzalez's exposure

4    to Roundup, did you take into account any protective

5    clothing that he may have employed?

6         A.  Right.  He didn't mention any protective

7    clothing.  I think it was -- I can't remember whether

8    it was asked or not, but he did not --

9         Q.  So you can't --

10        A.  -- anything different in his deposition.

11        Q.  As you sit here today, Dr. Hamid, you don't

12   recall whether or not you considered the -- any

13   protective clothing in terms of estimating his

14   exposure; is that correct?

15        A.  I did not, but he does not mention any

16   protective clothing otherwise.  He mentions just his

17   normal clothing in his deposition.

18        Q.  Did you have an understanding of how

19   Mr. Gonzalez typically applied Roundup in his work?

20        A.  I would have to look at his deposition

21   again, but it looked like he mentioned in a spray

22   fashion, but I cannot clearly recollect the way that

23   he utilized it.  What he has mentioned is utilizing it

24   in the garden and in the parking structure or the

25   parking lot.

1          Q.  Dr. Hamid, do you have an understanding --

2     well, let me -- let me rephrase this question.

3          Dr. Hamid, when you were preparing this report,

4     did you have an understanding of the difference

5     between the terms "exposure" and "dose," D-O-S-E?

6          A.  Can you clarify that for me, please?

7          Q.  Well, I'm asking whether you understand the

8     difference between the terms exposure and dose.

9          A.  I know that, yes, I'm aware of what

10    exposure and dose is, but I'm not aware of how to

11    really quantify the dose that this person was exposed

12    to because it's -- I can't -- that is not part of my

13    expertise.

14         Q.  Doctor, so you didn't -- Dr. Hamid, just to

15    be clear, you didn't provide a quantitative estimate

16    of the dose of Roundup to which Mr. Gonzalez was

17    exposed.

18         A.  I did not.

19         Q.  Dr. Hamid, can you tell me what your

20    understanding of the difference between exposure and

21    dose was when you were preparing this report?

22         A.  No, I can't tell you that.  I did not

23    quantify a dose.  It is difficult to do that.  The

24    literature notes chronic exposure to Roundup, which

25    this person had, with an extensive utilization and

1   Glycophosphate is a misspelling?

2         A.   Yeah.   It's probably the damn Autocorrect

3   that always gets -- gets me.

4         I did want to add something to you, for you, if

5   you wouldn't mind, because I have the deposition in

6   front of me from Benito Ornelas Gonzalez.

7         You asked me if -- what type he used, and his

8   deposition states that he used the green type always.

9   You asked me if I remembered, and I did remember, went

10  back and found it, whether he used gloves or a mask.

11  He never used gloves.  He never wore a mask when he

12  sprayed Roundup.  He did not wear any protective

13  clothing.  He notes that he put just normal clothes on

14  and nothing special.

15        And you asked me about my assessment of his

16  exposure, and I want to clarify that this increased

17  risk is from chronic exposure over the course of many

18  years.  This gentleman notes that, not only did he use

19  this in his job that he had for the last 30 years, but

20  when he was a gardener on his own and looking after

21  other people's gardens, he -- this -- he only used

22  Roundup.

23        And the excess exposure he notes as daily.  He

24  notes that he used it on -- at every site that he was

25  at, and he used it consistently when he was at the

1    lymphoma; is that correct?

2          A.   Yeah.

3          Q.   And with respect to GBH, you're referring

4    to glyphosate-based herbicide?

5          A.   Mm-hmm, yes.

6          Q.   And the multiple studies you're referring

7    to, are those the six articles that you previously

8    stated that you reviewed in preparing this report?

9          A.   Yes.  So it's the data that's been

10   represented in those articles.

11         Q.   Now -- and the next sentence is, quote,

12   "GBH is thought to have harmful effects on human

13   health."  Do you see that?

14         A.   Mm-hmm.

15         Q.   And is that statement also based on those

16   six articles?

17         A.   Absolutely.

18         Q.   And do you see the next sentence that

19   states, "Animal and mechanistic studies have provided

20   supporting evidence for the carcinogenic potential of

21   GBH"?  Do you see that?

22         A.   Yep.

23         Q.   What are you referring to when you are

24   using the term "mechanistic studies"?

25         A.   Well, preclinical studies that have -- that

Omid Hamid, M.D.

1    cause, you know -- extensive immunosuppression can

2    cause the formation of lymphomas, and that may be

3    another mechanism of lymphoma formation through this

4    exposure to this toxin.

5         So there's preclinical data that this toxin can

6    cause some immunosuppression.  We know that there are

7    a whole host of lymphomas that come along from

8    immunosuppression.  So I think I was letting in other

9    data there.

10        Q.  Now based on your review of Mr. Benito

11   Gonzalez' medical records, did you find any evidence

12   of immunosuppression in his case?

13        A.  Well, yeah, just having lymphoma and

14   having, you know, clonal Ig, IgM, causes decrease in

15   other immunoglobulins and can cause an

16   immunosuppressive state.

17        Did I find that he had other infections?  I

18   don't have any idea whether he had other infections.

19        Q.  Was there any evidence of endocrine

20   disruption in Mr. Gonzalez's clinical history?

21        A.  No.

22        Q.  Now, Dr. Hamid, have you ever heard of the

23   term "association"?

24        A.  Yes.

25        Q.  What is your understanding of the term

Exhibit B Page - 20

```
 1    association?

 2         A.   I mean, there's many things.  That they are

 3    seen together at times, I would say, they are

 4    associated with each other so -- that they come

 5    together, these things, that they work together or

 6    that they are found in a place together.

 7         Q.   Now, Dr. Hamid, have you ever heard of the

 8    term "causation"?

 9         A.   Yes, I have.

10         Q.   What is your understanding of the term

11    causation?

12         A.   That is a direct route that -- doing A will

13    bring upon B.

14         Q.   Now, Dr. Hamid, is there a difference

15    between association and causation?  And I'm talking

16    about in the epidemiologic context.

17         A.   Yes.  You can be associated with but not

18    directly cause.

19         Q.   And can you clarify what you mean by

20    associated but not directly caused?

21         A.   It's hard to do that in a medical -- in a

22    medical situation, because usually when you see one

23    thing there is a direct causation from one or the

24    other, but -- I don't know, it's if one diagnosis is

25    seen with another diagnosis, but they're not caused by
```

1    the same thing.

2         Q.  So based on what you have said here, is it

3    reasonable to say that, just because there are --

4    there is an association between an exposure and an

5    outcome, that that does not necessarily mean that the

6    exposure causes the outcome?  Is that reasonable to

7    say?

8         A.  That's reasonable to say with association,

9    yes.  I --

10        Q.  Have you -- have you ever heard of the term

11   "confounder"?

12        A.  I have.

13        Q.  What is your understanding of the term

14   confounder?

15        A.  My understanding of the term confounder

16   is -- is a variable -- it's hard to put into words.  I

17   would have to really look it up.  But I would say a

18   confounder is a variable that is -- makes the -- it

19   hard to understand links and an outcome, right.

20   That's how I would say it.  It confuses the situation.

21        Q.  Can a confounder make it difficult to

22   establish causation?

23        A.  Yes.  Yes, because it makes it difficult if

24   there is no actual relationship between them, right?

25        Q.  As you sit here today, Dr. Hamid, can you

Omid Hamid, M.D.

```
 1    fact that that association does not have any

 2    causation.

 3         Q.   In order to -- in order to determine

 4    whether an association is causation, don't you have to

 5    account for confounders, Dr. Hamid?

 6         A.   Yes.  You would have to account for

 7    confounders, scientific method, you would want to look

 8    for confounders.

 9         Q.   In preparing your report, Dr. Hamid, what

10    confounders did you consider in Mr. Gonzalez's case?

11         A.   Well, let's see.  His exposure to other

12    things, his -- his family history, his medical

13    history.  And I didn't find any other confounders for

14    him.

15         I think what you're trying to -- what you're

16    saying is, is there one thing in this person's history

17    that would say, hey, why did you not consider this as

18    a causation for him, and I did not find that in what I

19    have reviewed.

20         Again, if you said to me, well, what thing did

21    you find that is -- that you would point to as a risk

22    factor for lymphoma.  It is his occupation, in an

23    occupation where you are exposed to a significant

24    toxin, almost similarly to how a patient -- people who

25    are longshoremen were exposed to a toxin and developed
```

Omid Hamid, M.D.

```
 1    mesothelioma.

 2            So those are the things that I would say.  This

 3    is -- I would say that if a -- if a -- when I reviewed

 4    his history and his -- the history and a profession,

 5    it is -- that profession is always taken into as one

 6    of the risk factors for any type of medical diagnosis.

 7            Q.  Dr. Hamid, did you -- you stated earlier

 8    that you did not catalog his other chemical exposures;

 9    isn't that true?

10            A.  No.  What I stated was that, A, what I

11    stated was, A, that I did not interview him, but I

12    reviewed his testimony and I reviewed his medical

13    record that was provided to me.  And at that point

14    there was no evidence of any other exposure.

15            There is an extensive -- there is an extensive

16    question and answer that goes through Mr. Gonzalez's

17    experience and exposure to other toxins without a

18    clear elucidation of another cause.

19            Q.  Well, Dr. Hamid, you don't know what other

20    chemicals Mr. Gonzalez may have been exposed to,

21    correct?  You don't know for certain.

22            A.  That's a very blanket statement, but --

23            Q.  It's true, correct?

24            A.  Well, yeah, I mean, I don't -- I haven't

25    followed him from his birth to -- until now, but there
```

Omid Hamid, M.D.

1    is a clear indication here that he has had a

2    significant exposure to another thing, which is a

3    probable carcinogen.

4         Q.  Exposure to other chemicals could be a

5    possible confounder in Mr. Gonzalez's case, correct?

6    Correct?

7         A.  It could be a confounder in anyone -- in

8    any case.

9         Q.  Including Mr. Gonzalez's case, correct?

10        A.  Correct, but I have not seen that in any of

11   the information.

12        Q.  Mr. -- I'm sorry -- Dr. Hamid, do you have

13   an understanding of whether older age is a potential

14   risk factor for developing Waldenstrom's?

15        A.  Yes, age is a risk factor for developing

16   lymphomas, yes.

17        Q.  And Mr. Gonzalez was, I believe, 61 or 62

18   when he was diagnosed with Waldenstrom's; isn't that

19   correct?

20        A.  Yes.  He was 62.

21        Q.  So his older age is a potential confounder

22   in determining what caused his Waldenstrom's; isn't

23   that correct?

24        A.  That is correct.

25        Q.  Now, do you have an understanding,

Omid Hamid, M.D.

 1    Dr. Hamid, of whether gender is a risk factor for

 2    Waldenstrom's?

 3        A.  I don't believe that I've come across that

 4    data.

 5        Q.  Well, I'm asking whether you know whether a

 6    certain gender is a risk factor for Waldenstrom's.

 7        A.  No.

 8        Q.  Did you perform any research on whether

 9    male gender is a risk factor for Waldenstrom's?

10        A.  I did not.

11        Q.  If gender, if male gender is a risk factor

12    for Waldenstrom's, that's a potential confounder as

13    well, correct?

14        A.  Yes.  So I wanted to clarify these -- these

15    definitions that you're giving us.

16        If I saw a patient who -- most of the patients

17    who are diagnosed with lymphoma are older.  Most of

18    the patients that are diagnosed with carcinomas are

19    older.  There is a male predominance for a significant

20    amount of lymphomas and carcinomas.

21        But when a patient shows up, we don't tell

22    everyone, well, you're just here because you are a

23    male and you are old.  Okay?  Those are -- those are

24    confounders, as you're putting it, true, but that does

25    not mean that you overlook other etiologies for why

**Exhibit B Page - 26**

Omid Hamid, M.D.

1    that patient has that diagnosis.

2            Now, why don't you overlook it?  Because it can

3    help you to understand in certain cancers, not clearly

4    lymphoma, how to treat them.  It can answer causation.

5    It does not quite affect how you would treat the

6    patient, but the majority of people who get lung

7    cancer are male and older, but there are other factors

8    that have led them to have this, and those factors are

9    taken into consideration.

10           Q.  Other than other chemicals -- well, let

11   me -- let me rephrase it.

12           Are there any other confounders that you

13   considered when analyzing Mr. Gonzalez's case,

14   Dr. Hamid?

15           A.  You know, patients who are diagnosed with

16   any type of malignancy, there may be a familial

17   indication, and this is not it.  We don't see that in

18   any of his history.

19           You know, the majority of what I have seen --

20   what I have reviewed in his history does not bring

21   forth another confounder.

22           Q.  Dr. Hamid, do you know whether Mr. Gonzalez

23   was obese?

24           A.  I don't believe that I looked at that, at

25   his weight.

1          Q.  Dr. Hamid, do you have an understanding of

2     whether obesity is a risk factor for developing

3     lymphomas?

4          A.  I think that obesity is a risk factor for a

5     whole host of diagnoses.

6          Q.  Including lymphoma?

7          A.  It may be, yes.  You know, it depends on

8     the diet, yes.

9          Q.  Dr. Hamid, are you familiar with a term

10    "replicative DNA errors"?

11         A.  Yes.

12         Q.  What is your understanding of the term

13    replicative DNA errors?

14         A.  Replicative DNA errors is this idea that,

15    as our cells are dividing and as translation and

16    transcription happens of DNA and RNA, et cetera, or

17    DNA into DNA, that there can be errors in reading and

18    transcribing.

19         So one nucleotide can be changed, and if that

20    nucleotide is in an area that codes for a specific

21    gene, then that can cause an error and can cause a

22    genotypic change.

23         Q.  Now isn't it true that replicative DNA

24    errors is recognized as a major cause of lymphomas in

25    human patients?

Ondd Hamid, M.D.

1          A.  Well, replicative errors are recognized as

2      causes for every type of cancer.  To start today by

3      discussing how cancer is created and the multitude of

4      things that can cause cancer, we'll sort of be missing

5      the point that, when there is something that is

6      considered, you know, carcinogenic and the patient has

7      that exposure, that is a red flag as to causation.

8          So, you know, if you want to talk about the

9      causes of non-Hodgkin's lymphoma and that there's data

10     that low fruit and vegetable intake cause

11     non-Hodgkin's lymphoma and then go forth and ask me if

12     I know about whether he ate fruits and vegetables and

13     whether that's the cause that he has a lymphoma, we

14     can go through all of these things, but that is not

15     looking at -- you know, those are things that are

16     considered and are being looked at and may have but do

17     not have a strong association and don't have any

18     regulatory body telling you eat more vegetables so you

19     don't get lymphoma.  I'm happy to go through all of

20     that.  You have me for seven hours.  But the ability

21     for that to help us get somewhere is very minimal.

22         But, yes, replicative errors can cause -- can

23     cause carcinoma.  And there are syndromes like XP,

24     xeroderma pigmentosum, where we -- where patients lack

25     the ability to fix those replicative errors and they

Omid Hamid, M.D.

1          Q.   And isn't it true that one of the reasons
2     that older patients are more susceptible to developing
3     lymphomas, one of the possible reasons is because of
4     replicative errors that happen over time; isn't that
5     correct?
6          A.   I would say that that's correct, but I
7     think it's -- what you're trying to say is it's due to
8     the accumulation of replicative errors over the course
9     of a year, you know, their life.
10         Q.   Dr. Hamid, can you state with definitive
11    certainty that Mr. Gonzalez's Roundup use caused his
12    Waldenstrom's, or is it just a possibility?
13         A.   In the -- in the subset of patients who
14    have -- I'm trying to -- trying to find the right
15    words -- I would say that in a per person
16    identification of a malignant diagnoses, the etiology
17    of that diagnosis can be related to multiple different
18    factors.
19         When there is a carcinogen involved, it is
20    important to take that into consideration, not just
21    based on that exposure, but taken together with
22    multiple case-control studies that have shown a
23    relationship between exposure and increased risk.
24    Where that incidence in patients who have extensive
25    exposure is so much greater that it increases their

1    risk, that there is this indication of causation.

2        Q.  Well, Dr. Hamid, based on what you've said

3    earlier, isn't it possible that multiple factors could

4    have contributed to the development of Waldenstrom's

5    in Mr. Gonzalez?  Isn't that true?

6        A.  That is true, just like you said, it could

7    be a multitude of different, but you yourself have

8    pointed to confound -- those as confounders.  You

9    pointed to confounders that have not had any type of

10   indication of, you know, by any agency of causality.

11   And in his history there is a significant indication

12   that he was exposed to something that has a

13   designation of a probable carcinogenic.

14       Q.  But, Dr. Hamid, as you sit here today, you

15   cannot definitively state that it was Roundup exposure

16   that caused Mr. Gonzalez's Waldenstrom's; isn't that

17   correct?

18       A.  I would state to you that no medical

19   oncologist, hematologist, physician in any way can

20   indicate the true cause of any cancer in a patient.

21       You know, if a person -- if a patient shows up

22   who has been a 50-pack-a-year smoker and is 75 years

23   old and is male, you can say to them, you're 75, you

24   have a chance of cancer, you're male, you have a

25   higher chance of cancer, and you smoked, but there is

Ohru Hamid, M.D.

1    just simply observing exposed versus nonexposed

2    populations of individuals; isn't that correct?

3            A.  Yes, that is correct.

4            Q.  And do you have an understanding of whether

5    prospective cohort studies are, quote/unquote, the

6    gold standard for establishing causation between an

7    exposure and an outcome, exposure and a disease?

8            A.  You can use "outcome," that's fair.  Yes,

9    but in this setting, when there is concern, you cannot

10   do that observational study, right, that you -- you

11   could not do that study.  There is concern about this.

12           So I would say that, if I was a physician and I

13   knew someone was using this chemical or any --

14   anything that utilized this chemical, it would be my

15   goal to tell them that they are placing themselves at

16   risk and to stop.

17           So then you would not -- you could never do

18   that study.  It would be a very difficult -- I mean,

19   almost impossible.

20           Are you -- are you aware of a study that's

21   being done prospectively?

22           Q.  Well, I'm actually asking you.  Dr. Hamid,

23   when you prepared your report in this case for

24   Mr. Gonzalez, were you aware of any prospective cohort

25   observational studies looking at glyphosate exposure

Ohid Hamid, M.D.

```
 1    and the development of non-Hodgkin's lymphoma?  Are

 2    you aware of any prospective cohort observational

 3    study when you prepared your report?

 4           A.   I'm not aware of that at this point.

 5           Q.   Were you aware of the Agricultural Health

 6    Study when you prepared this report in Mr. Gonzalez's

 7    case?

 8           A.   I don't believe, unless I came across it.

 9    I would say no.

10           Q.   Dr. Hamid, can you turn to page -- the

11    second page of this document I've marked as Exhibit --

12    I believe it's Exhibit 3, unless I'm mistaken.  I'm

13    sorry.  Exhibit 4.

14           A.   Hold on.  I think I need to bring it up.

15    Second page, okay.  Yes.  This is Exhibit 4?  Am I on

16    the same -- let me make sure I'm on Exhibit 4.

17           Yes, sir.  Second page, you mean my -- first

18    page of my resume?

19           Q.   Yes, your resume.  You recognize this as

20    your resume, this second page of Exhibit 4?

21           A.   Uh-huh, I do, yes.

22           Q.   Did you prepare this resume yourself?

23           A.   No.  I have someone who maintains this

24    resume for me.

25           Q.   As you sit here today, are you aware of any
```

Exhibit B Page - 33

1          A.   The work that I do through drug development

2     and immunotherapy covers all solid tumors --

3          Q.   And --

4          A.   -- and liquid tumors.  Sorry?

5          Q.   Does that include non-Hodgkin's lymphoma?

6          A.   Yes, it does cover non-Hodgkin's lymphomas,

7     as they are part of -- they are included into the

8     clinical trials that we -- that we do here.

9          Q.   But non-Hodgkin's lymphoma is not the

10    primary focus of any of those research projects; isn't

11    that correct?

12         A.   That's true.

13         Q.   And Waldenstrom's macroglobulinemia is not

14    a primary focus of any of those research projects;

15    isn't that correct?

16         A.   No, they are not.  No, they are not.

17         Q.   Now, Dr. Hamid, if you can turn to page 5

18    of 62.

19         A.   Yes.

20         Q.   Now you've listed a number of research

21    grants on the prior page and some clinical protocols

22    here.  Are any of your research grants primarily

23    focused on non-Hodgkin's lymphoma?

24         A.   No, they are not.

25         Q.   Are any of your research grants primarily

 1    focused on Waldenstrom's?

 2         A.  No, they are not.

 3         Q.  Have you ever had a research grant

 4    primarily focused on non-Hodgkin's lymphoma or

 5    Waldenstrom's?

 6         A.  No.  And I don't do -- no, the answer is

 7    no.

 8         Q.  On page 5 of 62 of your resume there is a

 9    list of invited lectures and presentations.  Do you

10    see that?

11         A.  Mm-hmm.

12         Q.  The start of the list.

13         A.  Yep.

14         Q.  Now, Dr. Hamid, I counted at least 151

15    lectures and presentations.  Does that sound right to

16    you?

17         A.  It does.

18         Q.  Out of those 151, are any -- were any of

19    the lectures and presentations primarily focused on

20    non-Hodgkin's lymphoma?

21         A.  No, they are not -- they are not focused on

22    non-Hodgkin's lymphoma.

23         Q.  Out of those 151 lectures and

24    presentations, were any of them primarily focused on

25    Waldenstrom's?

```
 1          A.   Nope.

 2          Q.   Now, Dr. Hamid, if you can go to page 13 of

 3     your resume.

 4          A.   Yes.

 5          Q.   And I see you have listed 193 publications.

 6     Do you see that?

 7          A.   I do.

 8          Q.   Out of those 193 publications, were any

 9     primarily focused on non-Hodgkin's lymphoma?

10          A.   No.   The majority of them are based on drug

11     development on drugs that can be utilized in a whole

12     host of tumors, solid and liquid tumors, but none

13     focused on non-Hodgkin's lymphoma.

14          Q.   Out of those 193 publications, were any

15     primarily focused on Waldenstrom's?

16          A.   They are not.

17          Q.   Dr. Hamid, if you can go to page 35 of your

18     62-page resume.

19          A.   Page 35, sir.   Yes, sir.

20          Q.   And do you see the section with the header

21     "Abstracts and Meeting Presentations"?

22          A.   Yes, sir.

23          Q.   And I see that you've listed 211 abstracts

24     and meeting presentations, correct?

25          A.   Yes.
```

1          Q.  Out of those 211 abstracts and meeting

2     presentations, were any primarily focused on

3     non-Hodgkin's lymphoma?

4          A.  No.

5          Q.  Out of those 211 abstracts and meeting

6     presentations, were any of them primarily focused on

7     Waldenstrom's?

8          A.  No.

9          Q.  If you can go to page 59 of your resume.

10    That's page 59.  You list a number of book chapters,

11    correct, Dr. Hamid?

12         A.  I do.

13         Q.  Were any of your book chapters listed

14    focused primarily on non-Hodgkin's lymphoma?

15         A.  They were not.

16         Q.  Were any of your book chapters primarily

17    focused on Waldenstrom's macroglobulinemia?

18         A.  No.

19         Q.  On page 60 of 62 of your resume, Dr. Hamid,

20    you list ten commentaries.  Do you see that?

21         A.  Yes.

22         Q.  Were any of your commentaries primarily

23    focused on non-Hodgkin's lymphoma?

24         A.  If no.

25         Q.  Were any of your commentaries primarily

Omid Hamid, M.D.

```
 1    has the title, "Herbicide use in farming and other
 2    jobs in relation to non-Hodgkin's lymphoma (NHL)
 3    risk"?  Do you see that?
 4         A.  Mm-hmm.
 5         Q.  And it is authored by Anneclaire J. De Roos
 6    and dated 2022.  Do you see that?
 7         A.  I do.
 8         Q.  Do you recognize this article?
 9         A.  I do recognize the article.
10         Q.  Is this one of the six articles that you
11    reviewed and relied upon in formulating your opinions
12    and preparing your report?
13         A.  Yes.
14         Q.  And do you see where the authors state that
15    they pooled data from ten case-control studies?  Do
16    you see that?
17         A.  Mm-hmm.
18         Q.  Now I think we discussed in general what a
19    case-control study is.  That is when you are comparing
20    a group with a disease and a control group without the
21    disease; isn't that correct?
22         A.  That's true.
23         Q.  And case-control studies are potentially
24    subject to a number of data biases; isn't that
25    correct?
```

Ohrid Hamid, M.D.

1              A.  Dose response effects.

2              Q.  And do you see the ptrend values are all

3     above .05?  Do you see that?

4              A.  I do.

5              Q.  And so is it -- would you agree that

6     because all those ptrend values are greater than 0.05,

7     none of those trends are statistically significant?

8     Do you see that?

9              A.  Yeah.  They are -- I think it's very

10    difficult to indicate statistical significance given

11    the low numbers of patients there.

12             Q.  But based on the ptrends values, there's no

13    statistically significant dose response trend in the

14    data for glyphosate, correct?

15             A.  Correct.

16             Q.  Now do you -- do you know whether

17    dose-response relationship is one of the nine criteria

18    for a Bradford Hill causation analysis?  If you don't

19    know, just say you don't know.

20             A.  No, I don't know, but it would have to do

21    with the strength of correlation.  I mean, obviously a

22    dose response would state that the more that you have

23    been exposed to something, the greater your risk of

24    having that diagnosis.

25             Q.  Well, let me -- let me ask you this,

Ohid Hamid, M.D.

1    Dr. Hamid.  Does showing a statistically significant

2    dose-response relationship, does that support a causal

3    relationship or not support a causal relationship?

4         A.  No, it supports a causal relationship,

5    absolutely.

6         Q.  Now, when you do not see a dose-response

7    relationship, does that tend to support a causal

8    relationship or not support a causal relationship?

9         A.  It tends to not support a causal

10   relationship.  But it would be based on trials that

11   are powered appropriately or data that is powered

12   appropriately.

13        So when we look at these things, when we look

14   at the data that's out there, there is an indication,

15   but the lack of statistics comes from the numbers, it

16   comes from confounding factors that are ongoing here.

17        Q.  Dr. Hamid, I have introduced a seventh

18   exhibit.

19             (Exhibit 7 marked for

20             identification.)

21        Q.  Just let me know if you -- when you get

22   that.

23        A.  I gotta get back to your -- okay.  Yep.

24   Great.

25        Q.  Dr. Hamid, do you see this document, this

**Exhibit B Page - 40**

Omid Hamid, M. D.

```
 1    article, with the title, "A Review and Update with

 2    Perspective of Evidence that the Herbicide Glyphosate

 3    (Roundup) is a Cause of Non-Hodgkin Lymphoma"?  Do you

 4    see that?

 5         A.  Yep.

 6         Q.  Just to be picky, is non-Hodgkin lymphoma

 7    misspelled there?  Isn't there an apostrophe s there,

 8    supposed to be there?

 9         A.  Like a non-Hodgkin's lymphoma, but I guess

10    it would have to do where this was presented and

11    published, but sure.

12         Q.  Now the author is Dennis D. Weisenburger.

13    Do you see that?

14         A.  Yes.

15         Q.  Do you know who Dennis Weisenburger is?  Do

16    you know him personally?

17         A.  I do not know him personally.

18         Q.  Now if you can turn to page 628 of this

19    article, Dr. Hamid.  Do you see where it says

20    "Disclosure"?

21         A.  Yes.

22         Q.  Do you see where it states, "The author has

23    been paid as an expert in glyphosate litigation"?  Do

24    you see that?

25         A.  That's true, yes.
```

Omid Hamid, M.D.

```
1          Q.  Now when you -- by the way, did you review
2     and rely upon this article in formulating your opinion
3     and drafting your report?
4          A.  Yes, I did.
5          Q.  Now were you -- was it your understanding,
6     then, when you were reviewing this report, this
7     article, that Dennis Weisenburger was a paid plaintiff
8     expert witness in this litigation?
9          A.   I would state that I was not aware of that,
10    but I would state that this is a person who is in the
11    Department of Pathology with an expertise in this
12    approach, and I would -- I would state just for the
13    same reason as you have gone through my whole resume
14    and found that I don't spend a lot of time taking care
15    of lymphoma, he has been targeted as someone who has
16    expertise in lymphoma and carcinogenesis and lymphoma,
17    and that's why he has produced that.  Producing our
18    conflicts is a way to be -- present the data that you
19    have and to be perfectly transparent, and all of us do
20    that.
21          The data that he has presented and published is
22    in a reputable journal, and it is based on the
23    evaluation of studies and peer-reviewed articles.
24          Q.  Now, Dr. Hamid, does the fact that Mr. --
25    that Dennis Weisenburger was a paid plaintiff expert
```

```
 1     writing your report?

 2           A.   Not to a significant extent, but I did look

 3     at it, yes.  I found it most interesting as it talks

 4     about survival.

 5           Q.   Now, Dr. Hamid, do you see under the

 6     Abstract, under "Results," the last sentence of the

 7     Results section in the Abstract, do you see where it

 8     states, quote:

 9                "In addition, no association was

10                consistently found between

11                glyphosate, organophosphorus,

12                carbamate, phenoxyherbicide and 2,4

13                dimethylamine salt exposure and

14                lymphoma-specific or overall

15                survival"?

16           Do you see that?

17           A.   Mm-hmm.

18           Q.   So to just quickly summarize this study,

19     these study authors found no association between

20     glyphosate exposure and survival; is that correct?

21           A.   Right.  Let me clarify that this is -- this

22     is looking at patients who had lymphoma with a history

23     of exposure to pesticides and compared them to

24     patients who had lymphoma without exposure.  This had

25     nothing to do with causality, but it was looking at
```

1    whether if you had a lymphoma that -- and you were

2    exposed to pesticides, did your lymphoma do worse or

3    better or et cetera.  And the reason I looked at that

4    is it was interesting as far as the lymphoma itself.

5         Q.  But, Dr. Hamid, that wasn't my question.

6    My question is:  These authors found no association

7    between glyphosate exposure and survival; isn't that

8    correct?

9         A.  Survival, yes, but not -- but not lymphoma

10   causation.  This is not a lymphoma causation paper.

11        Q.  Let me show you another document,

12   Dr. Hamid.

13        A.  Mm-hmm.

14        Q.  I'll introduce this as Exhibit 10.

15             (Exhibit 10 marked for

16             identification.)

17        A.  Blah, blah, blah, blah, blah, yep, right.

18        Q.  Dr. Hamid, do you see this document that

19   I've marked as Exhibit 10 with the title "Roundup

20   causes embryonic development failure and alters

21   metabolic pathways and gut microbiota functionality in

22   non-target species"?  Do you see that?

23        A.  Yes.

24        Q.  Did you review and rely upon this article

25   when you were formulating your opinions and preparing

1    your report?

2         A.  Very minimally, but the answer is yes.

3         Q.  Now this study is not a human epidemiology

4    study; isn't that correct?

5         A.  It is not.

6         Q.  Instead, it is a study on a species called

7    Daphnia, D-A-P-H-N-I-A, correct?

8         A.  Mm-hmm.

9         Q.  Yes?

10        A.  Yes.  Yes.  Yes.  Sorry.  I will not use

11   "mm-hmm" again.

12        Q.  No problem, Dr. Hamid.

13        Now a Daphnia is a small aquatic crustacean,

14   isn't it?

15        A.  I believe so.  It's an aquatic organism.

16        Q.  And it is -- Daphnia is sometimes

17   called, quote/unquote, "a water flea"; isn't that

18   correct?

19        A.  Yes, but I don't know, I mean, those are

20   things that I didn't focus on.

21        Q.  Now you would agree, Dr. Hamid, that this

22   study on Daphnia is not a causation study for

23   Waldenstrom's in humans; isn't that correct?

24        A.  That is correct.

25        Q.  Dr. Hamid, I believe you had one other

1    everything that's been presented here, right?  You

2    brought that data objectively and you've pushed and

3    mentioned the reasons why, and you're asking me, as

4    someone who can interpret this data, so -- and I'm

5    giving you that answer there.

6          I think every -- every publication was

7    objective in their discussion and these findings are

8    also objective.

9          Q.  Dr. Hamid, are you aware of any other human

10   epidemiologic study with a follow-up as long as 17 and

11   a half years?

12         As you sit here today, do you know of any other

13   human epidemiology study with a follow-up as long as

14   17 and a half years?

15         A.  No.  Really, other epidemiological study

16   for -- for glyphosate or other -- other -- other

17   things?

18         Q.  Glyphosate.

19         A.  Oh.  No.

20         Q.  Now, Dr. Hamid, can you turn to page 515 of

21   this article?

22         A.  515, yep.  Yep, I'm here.

23         Q.  And can you see where it describes where

24   the funding comes from towards the bottom of the

25   second column?  Do you see that?

Ohrid Hamid, M.D.

```
 1          A.   Yep.

 2          Q.   And it says that the work was supported by

 3   the Intramural Research Program of the National

 4   Institutes of Health.  Do you see that?

 5          A.   Mm-hmm.

 6          Q.   Now, what is the National Institutes of

 7   Health?

 8          A.   That's a government agency that's termed by

 9   evaluating, you know, disease and therapeutics and

10   risks, all of that.

11          Q.   Would you say it's a reputable and

12   prestigious institution in this country?

13          A.   Of course.

14          Q.   And there's also -- it is also funded by

15   the National Cancer Institute.  Do you see that?

16          A.   Mm-hmm.

17          Q.   Are you familiar with the reputation of the

18   National Cancer Institute?

19          A.   Yes.

20          Q.   Is it a prominent and prestigious

21   institution in this country?

22          A.   Yes.

23          Q.   And do you see there is a National

24   Institute of Environmental Health Science?  Do you see

25   that?
```

Exhibit B Page - 47

1    places where they utilize pesticides and, as they say,

2    in different ways.

3          Q.  Now this study, Dr. Hamid, followed 54,251

4    applicators of glyphosate, correct?

5          A.  Mm-hmm.

6          Q.  Are you aware of -- well, let me -- let me

7    go to -- why don't you go to Table 2.

8          A.  Just briefly, the study design --

9          Q.  I haven't asked you a question yet,

10   Dr. Hamid.  Let's go to Table 2.

11         A.  Yes, sir.

12         Q.  Page 513.

13         A.  That's right.

14         Q.  Okay.  Now there is apparently some --

15             MR. SAFAIE:  Counsel --

16             DR. LEE:  I think --

17             MR. SAFAIE:  Table 2 is on page 512.

18             DR. LEE:  I'm sorry?

19             MR. SAFAIE:  Table 2 is on page 512.

20             DR. LEE:  Oh, I'm sorry.  Table 2 is also

21   on page 513.

22             MR. SAFAIE:  So you want to go to the

23   bottom of the page, Table 2, correct?

24             DR. LEE:  Well, let's just -- let's just

25   start on Table 2, page 512, then.

Omid Hamid, M.D.

```
 1              MR. SAFAIE:  Okay.

 2         Q.  Dr. Hamid, do you see Table 2, which starts

 3    on page 512?  Do you see that?

 4         A.  Yes.

 5         Q.  Now they are apparently looking at some

 6    comparisons in terms of all cancers.  Do you see all

 7    cancers?

 8         A.  Mm-hmm, all cancers.

 9         Q.  Now was there any statistically significant

10    association found between glyphosate use and all

11    cancers in any of those groups that they were

12    comparing?

13         A.  No.

14         Q.  And I can direct you to their definition of

15    these quartiles, which are basically quartile 1

16    represents 1 to 13 days of glyphosate use; quartile 2,

17    13 to 38 days.  That's found on page 510.  Basically,

18    with quartile 1 being the lowest exposure and quartile

19    4 being the highest exposure.

20              So for all cancers there were no statistically

21    significant association between glyphosate use and all

22    cancers, correct?

23         A.  Right.

24         Q.  And do you see that there's a ptrend

25    analysis on the far right-hand corner?  Do you see
```

 1    that?

 2         A.  I do see that, yes.

 3         Q.  And would you agree that the -- the ptrend

 4    is looking at the trend among the different quartiles?

 5         A.  Yes.

 6         Q.  And the ptrend value is 0.91, correct?

 7         A.  For all cancers, it is 0.91, yes.

 8         Q.  And so there's no statistically significant

 9    trend among the different quartiles, correct?

10         A.  No.

11         Q.  In other words, there is nothing like a --

12    there's no exposure-response type of relationship

13    that's statistically significant, correct?

14         A.  That is correct.

15         Q.  Now if you go to page 513, Table 2 is

16    continued.  Do you see that?

17         A.  I do see that.

18         Q.  And do you see where there, again, they're

19    comparing different quartiles and different exposure

20    levels, but this time for different types of

21    lymphomas, for example, non-Hodgkin lymphoma,

22    follicular lymphoma?  Do you see that?

23         A.  I do see that.

24         Q.  Now do you see any statistically

25    significant association between glyphosate use and any

Ohid Hamid, M.D.

1    of the lymphomas in Table 2 on page 513?

2         A.  No, in this subset I don't see that.

3         Q.  And do you see any statistically

4    significant trend with respect to exposure levels for

5    any of the comparisons made there?

6         A.  I think you're -- statistically

7    significant, no, but you're seeing the trend that they

8    bring out.  In acute myeloid leukemia where the

9    numbers are small, but you can see here it's trending

10   towards significance.  The CML number is interesting.

11        You know, comfort would want you to -- comfort

12   would want you to see that these are closer to 1, but,

13   you know, it's hard to -- at this point, at this time

14   point, at this update, you're not seeing it.

15        Q.  And if it's not statistically significant,

16   that means that that could be due to chance, correct?

17        A.   In this patient population and this amount

18   of exposure and this amount of follow-up, yes, in this

19   cohort of patients.

20        Q.  And can you go to page 515, Dr. Hamid?

21        A.  515.

22        Q.  Yes.

23        A.  Yep.

24        Q.  Do you see where under the second --

25   towards the bottom of the second column, they start

1    "In conclusion"?  Do you see that?

2         A.   Mm-hmm.

3         Q.   And do you see where these authors state,

4    quote:

5              "In conclusion, we found no evidence

6              of an association between glyphosate

7              use and risk of any solid tumors or

8              lymphoid malignancies, including

9              non-Hodgkin's lymphoma and its

10             subtypes"?

11        Do you see that?

12        A.   Yes.

13        Q.   Now, Dr. Hamid, would you explain why you

14   did not review that study, this full article, before

15   you formulated your opinions and before you wrote your

16   report in this case?  Can you explain that?

17        A.   No, I think I -- I may have read about it

18   and it didn't -- it didn't help me to understand the

19   situation and this person themselves, but I appreciate

20   you bringing it to my evaluation.

21        It is an interesting and very, what do they

22   say, process-initiating article.  There are certain

23   things here that conflict in regards to AML and

24   multiple myeloma risks, what we've seen.

25        And I would agree with them that expeditious

```
 1              (Whereupon, the deposition was in recess.)

 2              WEB HOST/VIDEO TECH:  Back on the record at

 3     4:47 p.m.

 4     BY DR. LEE:

 5         Q.  Dr. Hamid, do you see this article, which

 6     is titled "Exposure to Glyphosate-Based Herbicides and

 7     Risk for non-Hodgkin Lymphoma:  A Meta-Analysis and

 8     Supporting Evidence"?  Do you see that?

 9         A.  Yep.

10         Q.  And is this one of the six articles that

11     you reviewed and relied upon in formulating your

12     opinions and preparing your report?

13         A.  Yep.

14         Q.  And do you see the author there, Luoping

15     Zhang, the first author?

16         A.  I do see that.

17         Q.  Dr. Hamid, do you know, as you sit here,

18     that Dr. Zhang is a plaintiff's expert witness in this

19     litigation?

20         A.  I do not know that, no.

21         Q.  Did you -- and you didn't know that when

22     you were reviewing this article and formulating your

23     opinions and drafting your report?

24         A.  Nope.  I mean, there's declarations of

25     interest, but, no, I do not know that.
```

1        A.   Okay.

2        Q.   Thank you.

3        A.   Sure.

4        Q.   On page 3, do you see "Vitals"?

5        A.   Page 3?

6        Q.   Yes.

7        A.   Yes, I do.  Hold on.

8        Q.   And under "Vitals," do you see the

9   calculated Body Mass Index of 31.97?

10       A.   Yep.

11       Q.   Is a Body Mass Index of 31.97 consistent

12   with obesity?

13       A.   Yes, it is.

14       Q.   And I think you testified earlier that

15   obesity can be one risk factor for developing a

16   lymphoma; is that correct?

17       A.   It can, yeah.

18       Q.   Now if you go to page 4 of this document

19   marked as Exhibit 18, do you see a note towards the

20   top of the page dated October 22nd, 2018, "bone marrow

21   biopsy"?  Do you see that?

22       A.   Where again?

23       Q.   On --

24       A.   Yeah, 10-22-18, bone marrow biopsy, yes.

25       Q.   Yes.  And apparently flow cytometry showed

```
 1                    REPORTER CERTIFICATE

 2

 3

 4              I, Linda S. Kinkade, RDR, RMR, RPR, CRR,

 5    and CSR, License No. 2612, do hereby certify that the

 6    deponent herein, Omid Hamid, M.D., was duly remotely

 7    sworn by me to testify to the truth, the whole truth,

 8    and nothing but the truth.

 9              I FURTHER CERTIFY that the foregoing is a

10    verbatim transcript of the testimony as taken

11    stenographically by me at the time, place, and on the

12    date herein set forth, to the best of my ability.

13              I FURTHER CERTIFY that I am neither a

14    relative nor employee nor attorney nor counsel of any

15    of the parties to this action, and that I am neither a

16    relative nor employee of such attorney or counsel, and

17    that I am not financially interested in the action.

18

19

20    _____

21    Linda S. Kinkade

22    Dated:  September 30, 2023

23

24

25
```