**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030 | Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843 | Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400 | Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100 | Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Robert Cotter, et al. v. Monsanto Co.,*<br>Case No. 3:20-cv-03108-VC | **DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. D. BARRY BOYD**<br><br>Hearing:<br>Date: March 1, 2024<br>Time: 10:00 a.m.<br>Place: San Francisco Courthouse,<br>         Courtroom 4 – 17th Floor |

- 1 -
DECLARATION IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY

# DECLARATION OF LINDA C. HSU

I, Linda C. Hsu, declare as follows:

1.  I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion to Exclude Testimony of Dr. D. Barry Boyd. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.  Attached hereto as **Exhibit A** is a true and correct copy of Pretrial Order No. 85, dated February 24, 2019, in In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC, U.S. District Court, Northern District California.

3.  Attached hereto as **Exhibit B** is a true and correct copy of excerpts of deposition testimony of Dr. D. Barry Boyd, dated September 23, 2022, taken in the above-captioned matter.

4.  Attached hereto as **Exhibit C** is a true and correct copy of Expert Report of Dr. D. Barry Boyd, dated July 18, 2022, submitted in the above-captioned matter.

5.  Attached hereto as **Exhibit D** is a true and correct copy of excerpts of deposition testimony of Dr. D. Barry Boyd, dated April 14, 2023, in *Allegrezza v. Monsanto Company*, Case No. 19SL-CC03421, in the Circuit Court of St. Louis County, Missouri.

6.  Attached hereto as **Exhibit E** is a true and correct copy of excerpts of deposition testimony of Dr. D. Barry Boyd, dated February 15, 2022, in *Frank v. Monsanto Company*, Case No. D-101-CV-2021-00481, First Judicial District of Santa Fe County, New Mexico.

7.  Attached hereto as **Exhibit F** is a true and correct copy of Pretrial Order No. 288: Order Granting Motions to Exclude Experts Charles and Schneider, dated November 15, 2023, in In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC, U.S. District Court, Northern District California.

8.  Attached hereto as **Exhibit G** is a true and correct copy of excerpt of deposition testimony of Robert Cotter, dated January 21, 2022, in the above-captioned matter.

DECLARATION IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY

9. Attached hereto as **Exhibit H** is a true and correct copy of Eriksson *et. al.*, *Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis*, Int. J. of Cancer 123:1657:63 (2008).

10. Attached hereto as **Exhibit I** is a true and correct copy of McDuffie, *et al.*, *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155, 1156 (2001).

11. Attached hereto as **Exhibit J** is a true and correct copy of excerpt Plaintiff's Fact Sheet, dated July 10, 2020, submitted in the above-captioned matter.

12. Attached hereto as **Exhibit K** is a true and correct copy of excerpts of deposition testimony of Robert F. Herrick, dated September 6, 2022, taken in the above-captioned matter.

13. Attached hereto as **Exhibit L** is a true and correct copy of excerpts of deposition testimony of Dr. Timur Durrani, dated June 29, 2023, taken in *Barnes v. Monsanto Company*, Case No. 21-A-444, in Circuit Court of Cobb County, Georgia.

14. Attached hereto as **Exhibit M** is a true and correct copy of excerpts of deposition testimony of Dr. D. Barry Boyd, dated January 21, 2022, taken in *Constantine v. Monsanto Company*, Case No. 1972CV00277, in the Superior Court of Commonwealth of Massachusetts.

15. Attached hereto as **Exhibit N** is a true and correct copy of excerpt of expert report of Dr. Cristian Tomasetti, dated February 12, 2021, submitted in *Constantine v. Monsanto Company*, Case No. 1972CV00277, in the Superior Court of Commonwealth of Massachusetts.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 14, 2023, at Santa Monica, California.

_____
Linda C. Hsu

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Linda C. Hsu*
Linda C. Hsu