# EXHIBIT B

1             UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2
                            Case No.
3                          3:20-cv-03108-VC

4   ***************************

5   IN RE:  ROUNDUP PRODUCTS
    LIABILITY LITIGATION          MDL No. 2741
6
    ***************************
7   This document relates to:

8   Robert and Darya Cotter v.
    Monsanto Company
9
    Case No. 3:20-cv-03108-VC
10
    ***************************
11

12          Remote Videotaped Deposition of D.

13   BARRY BOYD, MD, MS, held at the location of

14   the deponent, commencing at 12:59 p.m., on

15   the 23rd of September, 2022, before Maureen

16   O'Connor Pollard, Registered Diplomate

17   Reporter, Realtime Systems Administrator,

18   Certified Shorthand Reporter, Notary Public.

19

20

21                    – – –

22

            GOLKOW LITIGATION SERVICES
23              877.370.DEPS
             deps@golkow.com
24

25

Exhibit B Page - 1

D. Barry Boyd, M.D.

```
 1   REMOTE APPEARANCES:

 2

 3   THORNTON LAW FIRM

 4   BY:   DAVID BRICKER, ESQ.

 5         9595 Wilshire Blvd., Suite 900

 6         Beverly Hills, California 90212

 7         310-282-8676

 8         dbricker@tenlaw.com

 9         Representing the Plaintiffs

10

11   EVANS FEARS & SCHUTTERT LLP

12   BY:   DAVID W. GUTKE, ESQ.

13         6720 Via Austi Parkway, Suite 300

14         Las Vegas, Nevada 89119

15         702-805-8444

16         dgutke@efstriallaw.com

17         Representing the Defendant,

18         Monsanto Company

19

20   Videographer:  Robert Martignetti

21

22

23

24

25
```

Exhibit B Page - 2

D. Barry Boyd, M.D.

1    of cancer, including lymphomas, involves the

2    alteration or mutation of DNA, is that true?

3          A.     Yep.

4          Q.     Some cancers can be caused by

5    mutations that are inherited, true?

6          A.     Yep, going down the Vogelstein

7    path.

8          Q.     And some lymphomas can be

9    linked to family history, correct?

10         A.     Correct.

11         Q.     Cancers, including lymphoma,

12   can occur from environmental factors,

13   correct?

14         A.     Correct.

15         Q.     And cancers can result from DNA

16   replication errors; in other words, mutations

17   that occur naturally during the process of

18   cell division, correct?

19         A.     As a component of risk.

20         Q.     You would agree that they can

21   result from DNA replication errors, correct?

22         A.     In part, yes.

23         Q.     And many cancers are caused by

24   a replication error, correct?

25         A.     As part of their causation.

D. Barry Boyd, M.D.

1          Q.      You agree that we cannot

2     explain how every cancer arises, correct?

3          A.      Correct.  Weighing risk

4     factors.

5          Q.      And that sometimes cancer is

6     simply caused by genetic replication errors,

7     correct?

8          A.      On occasion, yes.

9          Q.      And specifically for NHL,

10    non-Hodgkin's lymphoma, those cases can

11    develop from spontaneous genetic errors,

12    correct?

13         A.      They can start with an initial

14    spontaneous mutation.  That is simplifying a

15    very complex process.  It is not the

16    beginning -- it's the beginning, not the end

17    of carcinogenicity.

18         Q.      Let's look at your report,

19    which is Exhibit 3.  Can you see that okay on

20    your screen?

21         A.      Yeah, sure can.

22         Q.      All right.  So at the start of

23    the report you were asked to give opinions

24    about Mr. Cotter's allegation about the role

25    of Roundup in the development of his

D. Barry Boyd, M.D.

1    lymphoma.

2              Do you see that?

3        A.    Yes.

4        Q.    And that's an overall

5    description of what your opinions in this

6    case are covering, correct?

7        A.    Correct.

8        Q.    And by "lymphoma," you're

9    generally referring to his, as we've talked

10   about before, his Mantle cell lymphoma and

11   hairy cell leukemia variant, correct?

12       A.    Right.

13       Q.    You conducted a differential

14   diagnosis to determine the cause of

15   Mr. Cotter's NHL.  That's a fair statement,

16   correct?

17       A.    Yeah, used that approach to

18   assess for specific causation, other

19   potential etiologies.

20       Q.    And what is differential

21   diagnosis?

22       A.    It's looking to see causation

23   related to a specific diagnosis in this case.

24   Sometimes it's looking to determine the

25   diagnosis, and then say, What are the

D. Barry Boyd, M.D.

1    different causes for a particular disorder.

2    In this case that's -- we're looking for

3    trying to explain his NHL looking at really

4    rational approaches to looking at all the

5    known risk factors that might have played a

6    role.

7        Q.    Okay.  So when you're doing a

8    differential diagnosis, you need to review

9    and weigh all the evidence.  Is that a fair

10   statement?

11       A.    Yes.

12       Q.    If you've ignored or not

13   addressed certain risk factors, would the

14   differential diagnosis be incomplete?

15       A.    Yeah.

16       Q.    Okay.  What was the process

17   generally that you used with Mr. Cotter to do

18   the differential diagnosis?

19            MR. BRICKER:  Lacks foundation.

20            THE WITNESS:  I had to review

21        his history in-depth to know, number

22        one, all of the factors in his life

23        that might be considered environmental

24        or hereditary that could have enhanced

25        his risk.

D. Barry Boyd, M.D.

1            So with the hereditary, that's

2       easier, because it's sort of

3       straightforward, how many relatives

4       and first-degree relatives did he have

5       who had either lymphoma, myeloma,

6       other -- or B-cell diseases, for

7       proliferative diseases, anything that

8       might be considered causal in his

9       disease.  And again, he did not.

10           So that was an important

11      component in reviewing this, did he

12      have any first-degree relatives.  He

13      had -- you know, he had several people

14      in the family with melanoma.  He had a

15      sister with thyroid cancer.  He had an

16      uncle with colon cancer.  None of

17      those are specifically related to

18      risks for -- as a genetic predictor of

19      lymphomas.

20  BY MR. GUTKE:

21      Q.    All right.  Let's start --

22  let's turn to page 14 of your report.

23           Do you see that page okay?

24      A.    Yep.

25      Q.    And here you have a list of

D. Barry Boyd, M.D.

1          Q.     Let me just cut you off for one

2     second.

3                 And what I mean by that is,

4     aside from this general list of risk factors,

5     do you have any testimony about anything

6     outside this specifically as a risk factor

7     for the Mantle cell lymphoma and hairy cell

8     variant?

9          A.     No.

10         Q.     Okay.  So you're not aware of

11    any literature, studies, any research on that

12    issue?

13         A.     No, other than --

14                MR. BRICKER:  Vague.

15                THE WITNESS:  -- it's very --

16         it's less common.  But not specific

17         risk factors that distinguish it from

18         lymphoma in general.

19    BY MR. GUTKE:

20         Q.     All right.  So the first few

21    that appear on this list, we have age,

22    gender, and then the race, ethnicity and

23    geography.

24                Do you see 1, 2 and 3 there?

25         A.     Correct.

D. Barry Boyd, M.D.

1          Q.     Those are -- you would agree

2     those are some of the most widely recognized

3     risk factors for lymphomas, correct?

4          A.     Correct.

5          Q.     Let's go through these with

6     respect to Mr. Cotter.

7                 Now, part of a differential

8     diagnosis is you rule in certain risk

9     factors.

10                Do you know what I mean by

11    that?

12         A.     Of course.

13         Q.     Okay.  And then you --

14         A.     Exclude others.

15         Q.     -- exclude or rule out other

16    risk factors, correct?

17         A.     Yes.

18         Q.     We're on the same page?

19         A.     Yep.

20         Q.     Now, with respect to age, you

21    agree that as a patient gets older, their

22    risk of cancer increases over time, correct?

23         A.     Yep.  Yes.

24         Q.     And that's true for cancer

25    generally, but also specifically that's true

D. Barry Boyd, M.D.

1    for non-Hodgkin's lymphoma, correct?

2         A.    Yeah, correct.

3         Q.    And --

4         A.    There's a reason for that, if

5    you want me to tell you.

6         Q.    Let me -- maybe we'll get into

7    your reasoning on that, or get back on that.

8              But you agree that an increased

9    age is a risk factor for lymphoma, including

10   the Mantle cell lymphoma and hairy cell

11   variant, correct?

12        A.    Yes.

13        Q.    And people's cells replicate

14   more often as they age, correct?

15        A.    Say that again?

16        Q.    A person's cells replicate more

17   as they age, correct?

18        A.    They don't replicate more as

19   they age.  They undergo more replications

20   because of the effect of time.

21        Q.    Okay.

22        A.    They don't grow faster.  They

23   replicate continuously over a time.  And the

24   older you are, the more replications the

25   cells will undergo.  That's what you're

D. Barry Boyd, M.D.

1    getting at.

2        Q.    So as you get older and more

3    cells replicate, there's more chances that

4    there's replication errors, correct?

5        A.    Potentially, yes.  However --

6        Q.    And -- go ahead.

7        A.    -- that's not the whole point.

8    But, you know, I'll let you go and then you

9    can ask me what my point is.

10       Q.    All right.  Well, Mr. Cotter

11   was diagnosed with lymphoma at the age of 58,

12   correct?

13       A.    Correct.

14       Q.    And you would agree that 58 is

15   not an unusual age to see a patient with

16   non-Hodgkin's lymphoma, correct?

17       A.    Right.

18       Q.    So even if that patient does

19   not have exposure to Roundup, you'd agree

20   that's not an unusual age to see a lymphoma

21   patient, correct?

22       A.    Correct.

23       Q.    So would you agree that

24   Mr. Cotter's lymphoma could have developed

25   simply as a result of the passing of time?

D. Barry Boyd, M.D.

1          A.     Possible.  Like everything, the

2     harder you look, the more you find other risk

3     factors.

4          Q.     Your report has some analysis

5     of the risk factors, correct?

6          A.     Yes.

7          Q.     Starting on page 22.  And you

8     could not rule out natural cell replication

9     in Mr. Cotter as a cause of his lymphoma,

10    correct?

11         A.     Yes.  And you'll see that it

12    requires time and replication with factors

13    that enhance the progression, we call it

14    multi-stage cancer, that's why age is

15    important.  It's not because it suddenly

16    shows up at a later age, it's because

17    exposures have led to progression of

18    premalignant cells that have eventually

19    progressed to the point of a frank malignancy

20    like lymphoma.  It's time and not age.

21         Q.     Your report says, With the

22    exception of age, there are no modifiable

23    risk factors.  Excuse me.

24                "With the exception of age, the

25    other non-modifiable risk factors cannot

D. Barry Boyd, M.D.

1    explain the development of his NHL," correct?

2         A.     Of course he's male and it's

3    more common, so that's the other

4    non-modifiable risk factor.

5         Q.     So this could say with the

6    exception of age and gender, correct?

7         A.     Correct.

8         Q.     So your report generally states

9    that lymphomas are more common in men than in

10   women, correct?

11        A.     Yes.

12        Q.     We saw that list earlier, the

13   general American Cancer Society risk factors,

14   correct?

15        A.     Correct.

16        Q.     Mr. Cotter is biologically a

17   male, correct?

18        A.     I think so, yes.  Definitely

19   yes, because he has children, I think, so

20   we'll -- even that, you can't tell.  Sorry.

21        Q.     We'll accept that fact.

22               Okay.  So Mr. Cotter's gender,

23   therefore, weighs in favor of him developing

24   cancer.  That's a fair statement, correct?

25        A.     Yes, it is.  Modestly, by the

D. Barry Boyd, M.D.

1    way.  It's not a huge risk factor.

2          Q.     And are you aware --

3          A.     And actually, you know, male

4    gender relationship to risk may reflect an

5    unmeasured confounder, exposures that men are

6    more likely to get than women.

7                 MR. GUTKE:  Move to strike the

8          nonresponsive.

9                 (Cross-talking.)

10         A.     But you get the reference here.

11   In epidemiology, be very careful about

12   confounding.

13         Q.     All right.  Are you aware of

14   research showing that the hairy cell leukemia

15   variant also specifically shows a male

16   predominance?

17         A.     It does, yes.

18         Q.     All right.  Now, with respect

19   to race, ethnicity and geography, your report

20   states that, "Non-Hodgkin's lymphoma is more

21   common in developed countries and in the

22   United States, more common among whites than

23   other ethnic groups."  Is that a true

24   statement?

25         A.     Yes, generally.

D. Barry Boyd, M.D.

```
 1              Q.     All right.  And Mr. Cotter was
 2    born in the United States, correct?
 3              A.     Correct.
 4              Q.     And Mr. Cotter is Caucasian or
 5    white, correct?
 6              A.     Correct.
 7              Q.     So Mr. Cotter's race and
 8    ethnicity weigh in favor of him developing
 9    cancer, specifically the Mantle cell lymphoma
10    and hairy cell leukemia variant at issue
11    here, correct?
12              A.     Correct.
13              Q.     All right.  And we looked at
14    this line in your report before about with
15    the exception of age, we can also not just
16    include gender, but also race, ethnicity and
17    geography in that line as well?
18              A.     Yes.
19              Q.     That's a fair statement that
20    you cannot rule out age, gender, race,
21    ethnicity, and geography as causes of
22    Mr. Cotter's lymphoma, correct?
23              A.     As partial explanations, but
24    not necessarily complete.  As you age, you
25    accumulate more exposures.  That's what I
```

Exhibit B Page - 15

D. Barry Boyd, M.D.

1   said before.  Men are more exposed than women

2   to many environmental factors.  That is

3   confounding all of the statistics on both age

4   and gender associations.

5            I teach epidemiology yearly,

6   although I am not an epidemiologist, and I

7   always emphasize this.

8        Q.    You said before you don't hold

9   yourself out as an epidemiologist?

10       A.    I teach it, so I guess I have

11   some expertise in it.

12       Q.    All right.  But you're not

13   offering any -- well, strike that.

14            Let's talk about exposure then.

15   That was one of the risk factors we looked

16   at, correct?

17       A.    Correct.

18       Q.    Go back to the list here.

19            First, before we get to that,

20   let's talk about family history, number 4.

21            And you mentioned a little bit

22   of background of some cancer history in

23   Mr. Cotter's family, correct?

24       A.    Correct.

25       Q.    And Mr. Cotter himself has had

D. Barry Boyd, M.D.

1   a history of cancer that predates his 2014

2   diagnosis, correct?

3         A.    He had skin cancer.

4         Q.    Right.  Basal cell carcinoma,

5   correct?

6         A.    Correct.

7         Q.    And squamous cell carcinoma as

8   well, correct?

9         A.    Yes.

10        Q.    And so squamous cell is a more

11  serious form of skin cancer than basal cell,

12  correct?

13        A.    It's more serious, but it's --

14  both of them are considered when you look

15  at -- when you're looking at trials of

16  patients who are being treated for cancer,

17  you exclude people with previous cancers,

18  except basal and squamous cancers, because

19  they're generally very benign, even though

20  squamous is more serious than basal.

21              So it tends to be a highly

22  curable, benign cancer, and they're both very

23  sun and ultraviolet light related.  They're

24  UV mediated.

25        Q.    A more serious form of skin

D. Barry Boyd, M.D.

1    cancer would be melanoma, correct?

2         A.    Yes.

3         Q.    And is there a history of

4    melanoma with Mr. Cotter and his family?

5         A.    Brother and father.

6         Q.    And have you seen reference to

7    Mr. Cotter having melanoma in this case?

8         A.    No.  Bear in mind they all

9    share the same origin, ultraviolet light

10   exposure.

11              Now, based on what the family

12   and certainly the patient, they live

13   outdoors, spend a lot of time working

14   outside, so my guess is that they all share

15   the common risk of high levels of sun

16   exposure, particularly when you're younger.

17              It begins usually -- so the

18   origins of these diseases again, like

19   lymphoma, arise later in life, but they

20   originate when you're young with the initial

21   event of the ultraviolet light exposure and

22   the definitive DNA damage caused by UV light.

23   So it is a progressive growth.

24              In fact, if you biopsy skin of

25   people without any evidence of these lesions,

D. Barry Boyd, M.D.

1          cell.

2      BY MR. GUTKE:

3          Q.      And you haven't seen any

4      reference to melanoma in his medical records?

5          A.      No.   There was a question mark

6      on the left cheek, but I never saw a

7      definitive.   That's from 2009.

8          Q.      And that -- and 2009 obviously

9      predates his diagnosis in 2014, correct?

10         A.      Yes.

11         Q.      Let's turn to exposure.   Go

12     back to this list here.   Number 5 on your

13     report.

14         A.      Correct.

15         Q.      So this "Exposure to certain

16     chemicals and drugs," this is much broader

17     than Roundup or glyphosate issue, is that

18     correct?

19         A.      Yeah, that's correct.

20         Q.      And it's your opinion in this

21     case that Roundup or glyphosate caused

22     Mr. Cotter's lymphoma, correct?

23         A.      Yeah, and that's based on

24     the -- not just having been exposed.   And I

25     mentioned this before.

D. Barry Boyd, M.D.

1              There are many people who come

2    to me or who say they had Roundup exposure

3    who I don't feel it was adequate to explain

4    the risk.  It's because risk factors -- it's

5    like smoking.  Are you familiar with tobacco

6    causing lung cancer?

7         Q.    I'm the one asking the

8    questions here, but yes.

9         A.    It's the principle.  It's the

10   duration of smoking and the intensity of

11   smoking that plays a role.  So we

12   traditionally use the word pack years.

13   Somebody with one pack year of smoking has an

14   extremely low risk of getting lung cancer,

15   but somebody with 50 pack years has a much,

16   much higher risk.  Intensity and duration of

17   exposure to carcinogenic -- potentially

18   carcinogenic compounds raise risk.

19              So in this case, I would judge

20   the intensity and duration of his exposure,

21   not just the presence of having been exposed.

22        Q.    And that's not just for

23   Roundup, that would be for other chemicals as

24   well, correct?

25        A.    Yes, yes.  So for instance, he

D. Barry Boyd, M.D.

1    had exposure to another pesticide, herbicide,

2    Eliminate-D, but he had very, very limited

3    exposure to it, very limited.  You know,

4    whereas he had extensive -- I mean, he had

5    extremely heavy daily exposure to Roundup

6    predominantly in his occupation, but also to

7    a limited degree in his residence.

8              But he used Roundup

9    extensively, and that's why I would judge it

10   the intensity and duration of exposure, like

11   tobacco smoking.

12        Q.    Let's talk about the

13   Eliminate-D herbicide.  Can you tell us what

14   Eliminate-D herbicide is?

15        A.    It is a -- you use it, as he

16   mentioned, for spraying for Creeping Charlie,

17   I'm not sure that's a person or a plant, as

18   well as for another weed that he was trying

19   to eliminate.  He said he sprayed it, I

20   think, twice a year, and I'm going to have to

21   go back and remember, but I think it was for

22   20 minutes at a time, and that was while he

23   was living in his house.  So it was a number

24   of years, but it was not an extensive

25   exposure.

D. Barry Boyd, M.D.

1            He used a backpack sprayer,

2    very different from the one he used for

3    Roundup though.  He said he always kept them

4    separate.

5        Q.    Okay.  Is it your testimony --

6    well, let me back that up.

7            When you were considering --

8    first of all, let me ask, did you consider

9    Eliminate-D as -- did you rule that in as a

10   potential risk factor for Mr. Cotter's

11   non-Hodgkin's lymphoma?

12       A.    I considered it and ruled it

13   out as a major contributor based on intensity

14   of exposure.  He had far, far less exposure

15   to it.  Yes, it had dicamba, it had 2,4-D.

16   Both of those are recognized as potential

17   contributors to lymphoma, but the level of

18   exposure, you know, for twice a year for a

19   total of 20 minutes with each exposure is

20   far, far, far, far, far times squared,

21   tripled, his exposure to Roundup, which was

22   daily and extensive for years.

23       Q.    All right.  So you mentioned

24   some chemicals there.  So Eliminate-D, that

25   has some active ingredients of dicamba, MCCP,

D. Barry Boyd, M.D.

1    and 2,4-D, correct?

2         A.    Right, right.

3         Q.    And you have previously given

4    testimony that those have been associated

5    with an increased risk of lymphoma, correct?

6         A.    Yes.

7         Q.    And Mr. Cotter has provided

8    testimony that he's been exposed to

9    Eliminate-D and these active ingredients,

10   correct?

11        A.    Yes, in a much, much more

12   limited fashion than the Roundup, much more

13   limited.

14        Q.    I take it from your testimony

15   now that you -- do you believe that exposure

16   was in connection with residential use of

17   Eliminate-D?

18        A.    From what I understand, no, the

19   Eliminate-D he used at work.

20        Q.    And you understand that

21   Mr. Cotter was a -- he was a landscaper,

22   correct?  He had a landscaping business?

23        A.    Yes.

24        Q.    And in his First Amended

25   Plaintiff Fact Sheet, it says in there that

D. Barry Boyd, M.D.

1   lymphoma and hairy cell variant, correct?

2       A.      I can't rule out that it

3   contributed, but it certainly -- I believe

4   the contribution was much more limited

5   compared to Roundup.  Just on a -- you know,

6   my tobacco analogy, packs per day, just the

7   level of exposure between the two, even if

8   you recalculate that exposure based on what

9   you say, the Roundup was far, far higher.

10      Q.      All right.  But you would agree

11  that Mr. Cotter's exposure to less -- or to

12  the Eliminate-D spanned a couple of decades

13  at least, correct?

14      A.      Yeah.

15      Q.      And the frequency was weekly on

16  various properties that he serviced, correct?

17      A.      Right.

18      Q.      You'd agree that's not a

19  trivial amount of exposure, correct?

20      A.      No, but it's not daily either.

21  And, of course, he worked in -- you know, for

22  a period seven days a week before he went to

23  five days a week, so he really had an

24  extensive, long exposure with spraying

25  Roundup.

D. Barry Boyd, M.D.

1      Q.     How would you describe

2   Mr. Cotter's exposure to Roundup in this

3   matter, just generally?

4      A.     Extremely heavy.  25 years,

5   1994 to 2019, or 2000 -- yeah, 2019, just on,

6   you know, weighted exposure days, 3,288 days

7   of exposure, using it 3,288 days.  That's a

8   lot of time spraying Roundup.  And then you

9   can decide whether it was one hour, four

10  hours, eight hours, you can do the

11  calculations on time weighted exposure.

12              But many of the exposure

13  metrics use exposure days now, and if you

14  combine that with his residential use, which

15  was far less, I think that was the range of

16  79 hours total in -- his residential was

17  908 days, that gives you 4,196 days of using

18  Roundup.  That far, far exceeds Eliminate-D.

19     Q.     And those calculations that you

20  just stated, those are based on Mr. Herrick's

21  report?

22     A.     Yes.

23              MR. BRICKER:  Dr. Herrick.

24  BY MR. GUTKE:

25     Q.     I'm sorry, Dr. Herrick's

D. Barry Boyd, M.D.

1    report.

2         A.    The other thing to bear in mind

3    is he recalls getting it all over himself.

4    He recalls tasting it.  He recalls it sopping

5    his back.  You know, so he did not have

6    trivial exposure.  He had extensive skin

7    exposures over those years.

8              He used a backpack sprayer, so

9    I think one must consider that exposure as

10   being really substantial.

11        Q.    You mentioned earlier that you

12   had not reviewed Dr. Herrick's deposition

13   testimony, correct?

14        A.    Not the deposition, right.

15        Q.    Okay.  So you're not aware that

16   at his deposition he stated that he assumed

17   plaintiff applied Roundup 30 minutes per

18   property, even though it was actually

19   30 minutes per day?  You're not aware of that

20   testimony, are you?

21             MR. BRICKER:  Lacks foundation.

22             THE WITNESS:  No, so I'd have

23        to see that.

24   BY MR. GUTKE:

25        Q.    You mentioned earlier you have

S. Barry Boyd, M.D.

1    not -- you personally haven't interviewed

2    Mr. Cotter, correct?

3          A.     Correct.

4          Q.     Or Mr. Cotter's spouse or

5    anybody else that is providing information

6    about his exposure history, correct?

7          A.     Correct.

8          Q.     So is it fair to say that the

9    sole basis for your exposure opinions and

10   background is based on what Dr. Herrick's

11   report states?

12         A.     Correct.

13         Q.     So if that's wrong, then your

14   analysis would need to be adjusted as well,

15   correct?

16         A.     We'll adjust it based on that

17   if it's wrong, correct.

18         Q.     And, likewise, if the veracity

19   of Mr. Cotter's exposure history is wrong,

20   that would affect the report as well, the

21   exposure history?

22                (Phone interruption.)

23         A.     Yes, that's correct.

24                MR. BRICKER:  Let's go off the

25         record.

D. Barry Boyd, M.D.

1    mean, we talk about that, but there's a lot

2    of concern about the formulation components

3    beyond the glyphosate, like the surfactants,

4    etcetera, each of which may potentiate or

5    even be worse from a carcinogenic standpoint.

6    So there's a lot of contents in Roundup, and

7    all the Roundup formulations.

8         Q.    Okay.  But you're not offering

9    opinions about the toxicity of any

10   surfactants, correct?

11        A.    No.

12        Q.    And you're aware that there's

13   some forms of Roundup that contain no

14   glyphosate, correct?

15        A.    Now, yes.  I'm also aware that

16   the level of glyphosate exposure has

17   dramatically increased in the last ten years.

18        Q.    Did you review the dose of

19   Roundup that Mr. Cotter was using during each

20   of his applications?

21        A.    How do you mean the dose?

22        Q.    Do you know the dose of how

23   much exposure Mr. Cotter had for each

24   application?

25        A.    Not the exact dose.  We know

D. Barry Boyd, M.D.

1    just -- the way we traditionally do it is

2    just the -- you know, the exposure time, the

3    exposure hours, not the dose.  That's the

4    toxicologists, and they try to calculate

5    that.

6          Q.    And you haven't done any

7    independent evaluation or calculation about

8    the dose of Roundup in this case, have you?

9          A.    No, not the dose.  I rely on

10   the toxicologist's expertise to determine

11   exposure levels.

12         Q.    And you mentioned before that

13   you haven't reviewed Dr. Sawyer's report,

14   correct?

15         A.    Correct.  I will now, though,

16   to see.

17         Q.    All right.  Did you make any

18   attempt to calculate the actual amount of

19   glyphosate that Mr. Cotter absorbed into his

20   body?

21         A.    No, of course not.

22         Q.    Did you make any attempt to

23   calculate the internal dose of glyphosate

24   absorbed by Mr. Cotter?

25         A.    Again, that's a toxicologist's

S. Barry Boyd, M.D.

```
1    job, not mine.
2         Q.    And have you formed any opinion
3    about how much Roundup penetrated
4    Mr. Cotter's skin?
5         A.    Again, just answered, that's
6    the toxicologist's job.
7              MR. GUTKE:  All right.  Let's
8         take a final break and then we'll --
9         for five minutes, and then we can jump
10        back in, finish up.
11             THE VIDEOGRAPHER:  The time is
12        3:23 p.m., and we're off the record.
13             (Whereupon, a recess was
14        taken.)
15             THE VIDEOGRAPHER:  The time is
16        3:33 p.m., and we're on the record.
17   BY MR. GUTKE:
18        Q.    All right.  I'm going to jump
19   around to a few issues just to follow up on a
20   couple things we discussed.
21             You mentioned earlier that in
22   addition to your attorney, Mr. Lavinger, that
23   there were some other people that wrote and
24   edited your report?
25             MR. BRICKER:  Misstates
```

B. Barry Boyd, M.D.

1          which is all the things that

2          glyphosate has been shown to do, it

3          will speed up that process.

4    BY MR. GUTKE:

5          Q.     But you cannot fully rule out

6    that Mr. Cotter's lymphoma developed as a

7    result -- solely as a result of random

8    mutations and the replication process without

9    Roundup playing any role, correct?

10         A.     Correct.

11                MR. BRICKER:  Lacks foundation.

12                THE WITNESS:  Heavy smokers, on

13         occasion you can't rule out that it

14         was the smoking that did it, even

15         though the probability is high that it

16         did.  Same principle.

17   BY MR. GUTKE:

18         Q.     So again, it's possible that

19   Mr. Cotter's Mantle cell lymphoma and hairy

20   cell leukemia variant developed solely as a

21   result of random mutations as part of the

22   natural DNA replication process without

23   Roundup playing any role?

24         A.     Possible, but very unlikely.

25         Q.     Let me just double check my

```
 1              C E R T I F I C A T E

 2              I, MAUREEN O'CONNOR POLLARD, LSR

 3      #473, Registered Diplomate Reporter and

 4      Notary Public in and for the State of

 5      Connecticut, do hereby certify that there

 6      remotely came before me on the 23rd day of

 7      September, 2022, the person hereinbefore

 8      named, who was duly sworn to testify to the

 9      truth of their knowledge concerning the

10      matters in this cause, and their examination

11      reduced to typewriting under my direction and

12      is a true record of the testimony.

13              I further certify that I am

14      neither attorney for or related or employed

15      by any of the parties to the action, and that

16      I am not a relative or employee of any

17      attorney or counsel employed by the parties

18      hereto or financially interested in the

19      action.

20

21

22

23      _____

                MAUREEN O'CONNOR POLLARD, License #473
24              Registered Diplomate Reporter
                Realtime Systems Administrator
25              Notary Commission Expires:  10/31/2027
```