# EXHIBIT C

D. Barry Boyd, MD

███████████
███████████

07/18/2022

David Strouss, Esq.
Thornton Law Firm
One Lincoln Street
Boston, MA 02111

Re: Robert Cotter v. Monsanto Company

Dear Mr. Strouss:

As requested, I am providing this report detailing my opinions about Mr. Robert Cotter's allegations regarding the role of Roundup$^{TM}$ (glyphosate) in the development of his lymphoma.

---------------------------------------------------------------

### TABLE OF CONTENTS

I. **MATERIALS REVIEWED**
   A. **Medical Records**
   B. **Deposition Transcripts**
   C. **Non-Deposition Legal**
   D. **Expert Reports**

II. **MEDICAL HISTORY**
   A. **Non-Lymphoma History**
   B. **Lymphoma History**
      1. **Prediagnosis History**
      2. **Postdiagnosis History**

III. **EXPOSURE HISTORY**
   A. **Non-Glyphosate Exposures**
      1. **Residential Etiology**
      2. **Occupational Etiology**
      3. **Other Etiologies (e.g., Hobbies)**
   B. **Glyphosate (Roundup$^{TM}$) Exposures**
      1. **Residential Etiology**
      2. **Occupational Etiology**
      3. **Other Etiologies (e.g., Hobbies)**

IV. **LYMPHOMA—MEDICAL AND SCIENTIFIC BACKGROUND**
   A. **Biology of Lymphoma Development**
   B. **Pesticide Exposure and Development of Non-Hodgkin Lymphoma**
      1. **Cellular and Animal Studies**
      2. **Epidemiologic Studies Documenting Risk of Non-Hodgkin Lymphoma with Agricultural Occupation**
      3. **Epidemiologic Studies Assessing Risk of Non-Hodgkin Lymphoma with Glyphosate Exposure**

Exhibit C Page - 1

4. **Position Statements from Agencies**

V. <u>**ANALYSIS**</u>
    A. <u>**Mr. Cotter's Non-Chemical Exposures and Risk Factors**</u>
        1. **Mr. Cotter's Non-Modifiable Risk Factors (Age, Gender, Heredity/Inherited Risks)**
        2. **Mr. Cotter's Modifiable Risk Factors**
            a. *Tobacco and Alcohol Use*
            b. *Obesity*
            c. *Diabetes Mellitus*
            d. *Infectious Agents*
            e. *Autoimmune Inflammatory Diseases*
            f. *Other Medical History*
    B. <u>**Mr. Cotter's Chemical Exposures**</u>
        1. **Non-Glyphosate Exposures**
            a. *Pesticides Other Than Glyphosate*
            b. *Other Chemicals*
        2. **Glyphosate (Roundup™) Exposures**

VI. <u>**CONCLUSIONS**</u>

<u>**REFERENCES**</u>

-------------------------------------------------------------------

# I.  **MATERIALS REVIEWED**

## A.  **Medical Records**
Caron Jacobson, MD, oncology, Dana-Farber Cancer Institute, Brookline, MA
Stephen Mayer, MD, oncology, Medical Oncology & Hematology, PC, Brockton, NJ
Signature Healthcare, Signature Medical Group, Brockton, MA
Sherif Nasr, MD, hematopathology, siParadigm Diagnostic Informatics, Ondell, NJ
Brockton Hospital Emergency Department, Brockton, NJ

## B.  **Deposition Transcripts**
Robert Cotter

## C.  **Non-Deposition Legal**
Plaintiff Fact Sheet
Discovery responses

## D.  **Expert Reports**
Robert Herrick, Sc.D., CIH, FAIHA

# II.  **MEDICAL HISTORY**

## A.  **Non-Lymphoma History**
Mr. Cotter (date of birth ▮▮▮▮▮ had a prior history of hemorrhoids and lumbar radiculopathy. He had prior squamous and basal cell carcinomas of the skin. Prior surgical history included appendectomy and right knee meniscus repair.

Exhibit C Page - 2

Family history includes a myocardial infarction in his father. Cancer history included melanoma in his father and brother. His sister had a thyroid cancer diagnosed at age 45 years. His paternal uncle had colon cancer and died at age 57.

Mr. Cotter's social history includes drinking 2 to 3 drinks, 3 to 4 times per week. He never used tobacco or illicit drugs. He is married with 3 children (daughters 22 and 28; son 25), all in good health. He was not obese, with BMIs in the mid-20s. He was athletic and played both football and baseball.

### B. Lymphoma History
#### 1. Prediagnosis History

On 08/06/2009, Mr. Cotter was seen in the Brockton Hospital Emergency Department (ED) for lower back pain and left-sided weakness. X-ray of the lumbosacral spine was negative for fracture or concerning findings. Head CT was negative for parenchymal disease or bleed. Labs were notable for a WBC 22.6 with a reverse differential. Peripheral smear showed small to medium-sized lymphocytes with smidge cells. Lyme antibody testing was positive for IgM. Out of concern for Lyme disease causing both Bell's palsy and back pain, he was empirically treated with amoxicillin for 21 days, a Medrol Dosepak, and valacyclovir. For his back pain, he was continued on Robaxin and Flexeril; naprosyn was added. He was encouraged to follow up with his PMD regarding the leukocytosis.

#### 2. Postdiagnosis History

On 09/11/2014, Mr. Cotter was seen by oncology following an incidental finding of hyperleukocytosis, initially noted in 2009 in the setting of an evaluation of Lyme disease. His labs were abnormal with WBC 17.2 including 72% lymphocytes and 23% neutrophils, Hct 45.8, MCV 90, and platelets 133. The peripheral smear was notable for atypical, medium-sized lymphocytes and smudge cells.

On 12/08/2014, Mr. Cotter was seen for initial consultation by medical oncologist Stephen Mayer, MD, following referral for abnormal blood work. His leukocytosis had worsened with WBC 20.4 including 73.1% lymphocytes and 20.8% neutrophils. Platelet were low at 119. The peripheral smear was concerning for atypical lymphocytosis with a range of small, medium, and occasional large cells with variable amounts of cytoplasm and occasional villous-like features. Flow cytometry from blood had 53% lymphocytes, 24% mature T-cells with a high normal CD4:CD8 ratio, and 74% kappa monoclonal B-cells (47% of total leukocytes) which were positive for CD20 (bright), CD79b (moderate) and negative for CD5, CD10, and CD23. There was a distinct subpopulation (5% of leukocytes) positive for CD11c and CD103 and negative for CD25 and CD123. Fluorescence in situ hybridization (FISH) was positive for IgH/CCND1 translocation (51.5% of cells) consistent with mantle cell lymphoma with atypical phenotype. Chronic lymphocytic leukemia (CLL) FISH was negative with no 17p deletion. It was thought that the minor immunophenotypically distinct B-cell subpopulation was clonally related to the mantle cell lymphoma but could also represent a separate clonal process such a concurrent hairy cell leukemia variant.

On 12/21/2014, Mr. Cotter had a PET/CT showing splenomegaly.

---

Exhibit C Page - 3

On 12/22/2014, Mr. Cotter was seen for medical oncology follow up by Dr. Mayer. They reviewed the flow cytometry results discussing the possibility of a new diagnosis of mantle cell lymphoma. Dr. Mayer recommended PET/CT for staging, echocardiogram, and blood work.

On 12/27/2014, PET/CT was negative for fluorodeoxyglucose (FDG)-avid lymphadenopathy, however there was splenomegaly with mildly increased activity when compared to the liver.

On 01/05/2015, Mr. Cotter was seen for medical oncology follow up by Dr. Mayer. Based on the flow cytometry, a diagnosis of mantle cell lymphoma was favored. Dr. Mayer recommended Mr. Cotter see lymphoma specialist Caron Jacobson, MD, at Dana Farber Cancer Institute. He was also referred for bone marrow evaluation for further staging.

On 01/08/2015, peripheral blood flow cytometry was notable for a population of cells positive for CD19, CD20 and coexpressing CD11c and CD103 with monotypic kappa chain expression. The population of interest was negative for CD10, CD5, CD23, CD25, and CD38. There was MAP2K1 NM_002755 c361T>A in 5% of reads.

On 01/20/2015, Mr. Cotter underwent bone marrow biopsy. The biopsy was unable to distinguish between the potential different B-cell lymphoproliferative disorders. Cytogenetics showed t(11;14)(q13q32) in 14 metaphases consistent with CCND1-IgH rearrangement. Tissue pathology showed 40% cellularity comprised of infiltrates of small to intermediate-sized lymphocytes with round to irregular nuclei, condensed chromatin, indistinct nucleoli, and moderate amounts of cytoplasm occurring in clusters/aggregates. The cells double stained for CD103/cyclin D1 with a subpopulation of cyclin D1 positive cells that co-express CD103 (40%), cyclin D1 with negative CD103 (70%), and negative cyclin D1 and positive CD103.

On 04/09/2015, Mr. Cotter was seen for medical oncology follow up. Additional labs showed no evidence of M-spike, an IgG 676, and beta-2-microglobulin 2.9.

On 07/06/2015, Mr. Cotter was seen for routine oncology follow up for his indolent mantle cell lymphoma and concurrent hairy cell leukemia. Mr. Cotter's physical exam was still notable for splenomegaly but no other lymphadenopathy. Labs were notable for a WBC 14.41, Hgb 14.1, and platelets 104. Given his stable counts, Dr. Jacobson opted to observe without treatment. If the hairy cell leukemia were to progress more aggressively, Dr. Jacobson would consider mantle cell lymphoma-driven therapy including brentuximab with or without cytarabine followed by autologous transplant versus rituximab and cladribine.

On 10/05/2015, Mr. Cotter was seen for routine medical oncology follow up. Mr. Cotter was noting a "flare of his spleen," denying any symptoms of early satiety or changes in appetite. Labs were notable for WBC 16.41including 82.5% lymphocytes and 14.3% neutrophils, Hgb 14.5, platelets 103, and LDH 133. Dr. Jacobson continued to observe with no plan for treatment.

Exhibit C Page - 4

On 01/04/2016, Mr. Cotter was seen for routine medical oncology follow up. Labs were notable for a WBC 18.4 including 78% lymphocytes and 17% neutrophils, Hgb 13.9, platelets 104, normal LDH, and beta-2-microglobulin 3.3. Dr. Jacobson continued to observe without treatment.

On 04/07/2016 Mr. Cotter was seen for routine medical oncology follow up. He had a new complaint of cough. He also complained of intermittent splenomegaly causing decreased appetite and early satiety, but his weight was stable. His physical exam was notable for splenomegaly. Labs had improved with WBC 15.5, Hgb 13.8, platelets 123, beta-2-microglobulin 2.9, normal LDH 125. Dr. Jacobson continued to observe suspecting the splenomegaly was related to a recent viral infection that had caused the cough.

On 08/01/2016, Mr. Cotter was seen for routine medical oncology follow up. His cough had resolved with associated decrease in his spleen size. Labs were stable with a WBC 17.7 including 72% lymphocytes, Hgb 13.2, platelets 92, and LDH 133. Based on his labs, Dr. Jacobson continued to observe.

On 10/31/2016, Mr. Cotter was seen for routine medical oncology follow up. His physical exam still showed splenomegaly. His labs were notable for WBC 20.5 including 81% lymphocytes and 14% neutrophils, Hgb 14.2, platelets 96, and LDH 135. Dr. Jacobson continued to observe.

On 06/01/2017, Mr. Cotter was seen for medical oncology follow up. Labs showed a down-trending WBC 14.7 including 77% lymphocytes and 20% neutrophils, Hgb 14.2, platelets 149, and LDH 143. Dr. Jacobson continued to observe.

On 02/01/2018, Mr. Cotter was seen for medical oncology follow up. He reported a history of bronchitis that lasted 4 weeks in 12/17 with an enlarging spleen. Labs were notable for WBC 17.2 including 70% lymphocytes and 20% neutrophils, Hgb 15.0, platelets 126, beta-2-microglobulin 2.7, and LDH 136. Dr. Jacobson was more concerned about the increased splenomegaly with thrombocytopenia so recommended splenectomy. Mr. Cotter deferred so Dr. Jacobson recommended reevaluation in 3 months.

On 05/07/2018, Mr. Cotter was seen for medical oncology follow up. He reported that he felt as if his spleen had decreased in size with no issues. Labs were stable with WBC 15.5 including 84.1% lymphocytes and 13.1% neutrophils, Hgb 14.6, platelets 114, and LDH 151. Given the combined thrombocytopenia and splenomegaly, Dr. Jacobson was still recommending splenectomy. Mr. Cotter deferred again so Dr. Jacobson planned for reevaluation in 3 months.

On 06/27/2018, Mr. Cotter was seen for an interval visit with medical oncology. Mr. Cotter was feeling good with a slightly decreased spleen size. His labs were stable, therefore they agreed to continue to observe without splenectomy.

On 08/27/2018, Mr. Cotter was seen for medical oncology follow up. Labs were stable with WBC 14.8 including 64% lymphocytes and 14% neutrophils, Hgb 14.3, platelets 117, and LDH 138. Despite Mr. Cotter reporting that his spleen seemed smaller, Dr. Jacobson was concerned about Mr. Cotter's

Exhibit C Page - 5

significant splenomegaly and continued to recommend splenectomy. Mr. Cotter preferred continued observation.

On 12/17/2018, Mr. Cotter was seen for medical oncology follow up. Mr. Cotter continued to have significant splenomegaly. His labs were stable with WBC 18.1 including 85% lymphocytes and 12% neutrophils, Hgb 14.8, platelets 112, and LDH 135. Given the stable labs and exam, Dr. Jacobson recommended splenectomy. Mr. Cotter opted for observation.

On 11/20/2019, Mr. Cotter had a shave biopsy of a left calf skin lesion. Pathology reported basal cell carcinoma, superficial and nodular types.

On 04/29/2019, Mr. Cotter was seen for medical oncology follow up. Mr. Cotter continued to have significant splenomegaly. Labs were stable with WBC 14.2 including 83.1% lymphocytes and 15.4% neutrophils, Hgb 14.7, platelets 106, LDH normal 143, and IgG 691. Dr. Jacobson was still encouraging splenectomy, mostly due to ongoing thrombocytopenia, however Mr. Cotter opted for observation.

On 08/12/2019, Mr. Cotter was seen for medical oncology follow up. His splenomegaly was still significant, however the thrombocytopenia was stable. Labs were stable with a WBC 16.8 with 87.6% lymphocytes and11.6% neutrophils, Hgb 13.9, platelets 103, LDH 146, and beta-2-microglobulin 2.7. Dr. Jacobson recommended splenectomy, however Mr. Cotter preferred observation.

On 12/16/2019, Mr. Cotter was seen for medical oncology follow up. He had ongoing splenomegaly with constant discomfort and early satiety. Labs were stable with WBC 16.6 including 72.1% lymphocytes and 13.9% neutrophils, Hgb 14.2, platelets 115, and LDH 158. Dr. Jacobson reviewed 3 potential next steps including splenectomy, repeating a bone marrow biopsy to determine the dominant process contributing to the splenomegaly, and/or single agent rituximab. Mr. Cotter did not want surgery, therefore they discussed the potential for rituximab. Dr. Jacobson reviewed the plan of 4 weekly doses of rituximab with a repeat scan in 8 weeks and the potential for maintenance rituximab according to the "SAKK regimen."

On 01/09/2020, Mr. Cotter was seen for medical oncology follow up. He was complaining of continued inability to eat due to abdominal discomfort and associated weight loss. Labs were stable with WBC 18.7 including 44.1% lymphocytes, 22.8% neutrophils and 32.3% "other cells," Hgb 14.8, platelets 119, LDH 168, and uric acid 5.1. Mr. Cotter was started on rituximab as discussed at his previous appointment.

On 01/16/2020, labs showed WBC 29.8, Hgb 14.7, platelets 94, LDH 173, and uric acid 4.7.

On 01/23/2020, labs showed WBC 26.6 including 65.9% lymphocytes, 16.9% neutrophils and 16.7% other cells, Hgb 14.5, platelets 105, LDH162, and uric acid 5.1.

On 01/30/2020, Mr. Cotter was seen for medical oncology follow up. He reported improved abdominal discomfort and no further weight loss. Labs were stable with WBC 24.1 including 78.9% lymphocytes

Exhibit C Page - 6

and 17.7% neutrophils, Hgb 15.1, platelets 137, LDH 151, and uric acid 5.3. Mr. Cotter received dose 4 of rituximab. Dr. Jacobson reviewed the plan to repeat imaging in 4 weeks, and possibly repeat a bone marrow biopsy or perform splenectomy to further determine treatment options.

On 04/02/2020, Mr. Cotter was seen for medical oncology follow up. He was feeling better with decreased spleen symptoms and weight gain. On physical exam, the splenomegaly had improved significantly. Labs had also improved and were now showing WBC 4.7 including 48.2% lymphocytes and 44.7% neutrophils, Hgb 15.3, platelets 119, LDH 153, and IgG 626. Given the significant improvement, Dr. Jacobson recommended continued maintenance rituximab treatment every 2 months x 4 total doses.

On 06/15/2020, Mr. Cotter was seen for medical oncology follow up. He reported improved symptoms and continued weight gain. On physical exam, he had resolved splenomegaly. Labs were stable to improved with WBC 5.4 including 30.3% lymphocytes and 61.2% neutrophils, Hgb 15.5, platelets 125, LDH 170, and IgG 687. He continued cycle 2 of maintenance rituximab.

On 06/17/2020, Mr. Cotter was seen for medical oncology follow up. Physical exam and labs were stable. He received cycle 3 of maintenance rituximab.

On 08/17/2020, Mr. Cotter was seen in allergy and immunology clinic due to prior reactions to rituximab and a need for desensitization prior to therapy. He previously had itching, flushing, dyspnea and, on one occasion, hypoxemia during rituximab infusions, consistent with a grade II hypersensitivity reaction. He had negative skin testing. He had previously received Benadryl and methylprednisolone during infusions which helped and resolved the reaction. He underwent a desensitization protocol prior to his infusion of rituximab and did not experience any reaction. Labs from that day showed WBC 6.38, Hgb including 33.5% lymphocytes and 56.2% neutrophils, 14.9, platelets 116, LDH 154, beta-2-microgobulin 2.1, and IgG 655.

On 10/13/2020, Mr. Cotter was seen for medical oncology follow up. His physical exam and labs were all stable. He was cleared to receive his fourth/final maintenance rituximab but second dose following the desensitization protocol. He was also seen in the allergy and immunology clinic. He received his second rituximab infusion according to the desensitization protocol (his final overall dose). Labs were stable with WBC 6.6 including 22.7% lymphocytes, Hgb 15.5, platelets 132, LDH 170, and IgG 634.

On 12/21/2020, Mr. Cotter was seen for medical oncology follow up. CT of the chest, abdomen, and pelvis showed improvement in splenomegaly down to 13.8 cm compared to the prior PET/CT dated 12/21/2014. His physical exam and labs were stable with no evidence of splenomegaly and improving platelet count to 146 since completing rituximab therapy.

On 04/12/2021, Mr. Cotter was seen for medical oncology follow up. His physical exam and labs were stable since completing rituximab therapy.

Exhibit C Page - 7

On 10/25/2021, Mr. Cotter was seen for medical oncology follow up. He had been hit by a ladder in his left upper quadrant and had residual pain but had improved. Physical exam and labs continued to be good. Dr. Jacobson was happy with his continued response to rituximab therapy.

On 04/25/2022, Mr. Cotter was seen for medical oncology follow up. He was having recurrent left-sided abdominal discomfort, but physical exam was unchanged. Labs were stable with WBC 4.2 including 29.5% lymphocytes and 58.4% neutrophils, Hgb 14.6, platelets 123, and LDH 158. Dr. Jacobson continued to observe.


## III. EXPOSURE HISTORY

### A. Non-Glyphosate Exposures

#### 1. Residential Etiology

Mr. Cotter grew up in Abington, MA, and graduated high school in 1974. He lived in multiple residences over his life and used Roundup$^{TM}$ at some, which will be described below. At his residences, he had no proximity to any manufacturing plant, manufacturer of plastics or paint, shipyard, or hazardous waste sites. He had no exposures to benzene, formaldehyde, lead, arsenic, mercury, cobalt, argon, beryllium, silica, or asbestos. He did not use rodenticide, insecticide, fungicide, or herbicide except Roundup$^{TM}$ and Eliminate-D. He occasionally painted at home and did some limited woodwork and repairs

#### 2. Occupational Etiology

Mr. Cotter had extremely high levels of Roundup$^{TM}$ exposure in his business, as described below. In addition to Roundup$^{TM}$, he used fertilizer and Eliminate-D for clover and creeping Charlie. He applied fertilizer to lawns 4 times yearly and Eliminate-D to half the lawns he serviced to kill clover and creeping Charlie. He noted using a different backpack to spray Eliminate-D than Roundup$^{TM}$. He also noted using Ortho Home Defense 1 day yearly from 2012-present.

#### 3. Other Etiologies (e.g., Hobbies)

Mr. Cotter had no significant non-glyphosate exposures through any hobbies such as model building, painting, silk-screening or other artwork, furniture refinishing and woodworking/home cabinetry or other known exposures to oil-based, acrylic, or water-based paints, paint strippers, polyurethane, varnishes, or other organic solvents known to be potentially associated with increased lymphoma risk.

### B. Glyphosate (Roundup$^{TM}$) Exposures

#### 1. Residential Etiology

Mr. Cotter grew up in a residence on High Street in Abington, MA. As an adult, he lived on Byron Avenue in Brockton, MA. He did not have any Roundup$^{TM}$ or other exposures at these residences.

Mr. Cotter used Roundup$^{TM}$ beginning at his residence on Bay Road in Taunton, MA, from 1983-1986. This was a 2-acre property.

Exhibit C Page - 8

Mr. Cotter lived at Sheridan Street in North Easton, MA, from <u>1986-1988</u>. He regularly used Roundup<sup>TM</sup> spray while living at this residence.

From <u>1988-1991</u>, Mr. Cotter lived at a residence on Squantum Avenue in North Easton, MA where he regularly used ready-to-use Roundup<sup>TM</sup>, transferring from a gallon jug to a pump spray tank.

From <u>1990-present</u>, Mr. Cotter lived on Rainbow Circle in North Easton, MA. He used Roundup<sup>TM</sup> products including Roundup<sup>TM</sup> Quick Pro, Ranger, regular Roundup<sup>TM</sup> and concentrate in powder form which he mixed with water in 1-gallon jugs and then transferred to hand spray bottles that he kept on his lawn mower. He used Ortho Home Defense once yearly from <u>2012-present</u>. He sprayed all his beds at the beginning of the season and then regularly during the season. During yearly cleanup, he also sprayed Roundup<sup>TM</sup>.

While spraying Roundup<sup>TM</sup>, he would frequently soak his clothing and noted Roundup<sup>TM</sup> on his skin innumerable times both with applications and mixing. If he would spray upward, he could taste Roundup<sup>TM</sup> in his mouth. He thus had both skin and oral/inhalation exposure to Roundup<sup>TM</sup>. He did not wear protective attire and typically wore shorts and T-shirts, leather work boots, glasses, and leather gloves to limit calluses. He wore a baseball cap when he was older.

### 2. Occupational Etiology

In <u>1994-1995</u>, Mr. Cotter was a partner with Germinate, a landscaping company, for two months. In that role, he used Roundup<sup>TM</sup> daily. He used a gasoline-powered backpack spray.

Shortly after working with this company, he set up his own company, The Lawn Rangers, beginning in <u>August 1995</u>. He had approximately 40 clients, servicing each client's property weekly. The work included mowing, mulching, and trimming small trees, starting in <u>mid-March and continuing through Christmas</u>. In his business, he used Roundup<sup>TM</sup> ready grass and weed killer, Roundup<sup>TM</sup> QuickPro, Roundup<sup>TM</sup> QuickPro granular concentrate, Roundup<sup>TM</sup> concentrate, Roundup<sup>TM</sup> Ranger, and Roundup<sup>TM</sup> crabgrass. He sprayed during the spring, summer, and fall on a daily basis. His annual estimated days of use was 135 days per year. He did not wear protective attire. If Roundup<sup>TM</sup> got on him, which it did countless times, he would keep working and did not have a change of clothes. <u>Until 2014</u>, he worked 6 to 7 days weekly and thereafter 5 days weekly. When he was mowing, he would carry a spray bottle to spot-spray weeds as he mowed. He stopped using Roundup<sup>TM</sup> with his job when his treating physicians told him not to use it, noting that Roundup<sup>TM</sup> was potentially the cause of his lymphoma. He discontinued use in <u>Summer 2019</u>.

### 3. Other Etiologies (e.g., Hobbies)

Mr. Cotter did not have any glyphosate exposures from other sources, including hobbies.

Exhibit C Page - 9

## IV.  LYMPHOMA—MEDICAL AND SCIENTIFIC BACKGROUND

### A.  Biology of Lymphoma Development

The development of all cancers, including lymphomas, involves the alteration (mutation) of DNA, which is the genetic material within each cell controlling all biological functions of that cell. With increasing numbers of genetic alterations, a cell gains or loses important biological functionality. Eventually, the genetically altered cell and its clones behave increasingly abnormally resulting in malignant biologic behavior–cancer.[1] Most important among these alterations are changes to certain genes that normally inhibit continued unchecked growth of a cell. Loss of these important inhibiting functions allows cells to continually divide and replicate into a mass-forming clone of nearly identical abnormal cells. Other important genetic alterations include changes to the production of cell adhesion molecules, allowing cells to migrate in abnormal ways and to grow (and even thrive) in otherwise hostile cellular milieus away from their normal locations. Other mutations allow abnormal clones to evade a host's normal immune response, which typically detects and kills abnormal cells.

Although some genetic syndromes predispose to certain malignancies, the overwhelming cause of most lymphomas is the acquisition of genetic changes during an individual's life, a result of exposures that increase the risk of these genetic changes as noted above. The causes of these genetic changes represent the risk factors that are the ultimate cause of the malignancy. Some environmental toxins have multiple effects that are both genotoxic and promotional. This means that in addition to producing mutations, they also directly enhance increased cell replication and survival, further enhancing the malignant process and potentially leading to such transformation events. The continued exposure to such agents, over years, will increase the risk and evolution of these sequential changes, ultimately leading to tumor progression to overt malignant lymphoma/leukemia.

Like virtually all cancers, lymphomas and leukemias originate from DNA changes. Some lymphomas are linked to family history, that is, inherited germline mutations in susceptibility genes with which the patient is born. However, the overwhelming cause of most lymphomas is acquisition of genetic changes during an individual's life, often as a result of exposures that increase the risk of these genetic changes. The distinct lymphoma subtypes are often characterized by specific gene or chromosomal changes, such as seen in follicular lymphoma, in which there is translocation (crossing of genetic material from one chromosome to another) of DNA between chromosomes 14 and 18, resulting in activation of the BCL-2 oncogene.[2] Again, the causes of these genetic changes represent the risk factors that are the ultimate cause of the malignancy.

Both B- and T-lymphocytes have characteristic features that distinguish them from cells of other tissues and impart unique features of cancers arising from them.[2] They actively and repeatedly rearrange their DNA to produce unique and functional antigen receptors. They also have the potential for massive clonal expansion when encountering a foreign antigen via binding these receptors or their precursors. As well, they have the capacity to remain in the body as extremely long-lived memory cells. These three traits are fundamental to their ability to function as part of the adaptive immune response to infectious agents, but these features also make them vulnerable to transformation—either through spontaneous changes or,

Exhibit C Page - 10

particularly, when exposed to environmental factors capable of inducing genetic changes within these lymphocyte populations.

Logically, the number of mutations in any lymphoma is directly related to the risk of transformation.[3] The original initiating event is a genetic change in a lymphoid cell, predisposing the cell host to lymphoma. Additional genetic mutations then increase the chance of mutation. Some environmental toxins have multiple effects, both genotoxic and promotional, meaning in addition to producing mutations, they also directly enhance increased cell replication and survival, further enhancing the malignant process and potentially leading to such transformation events. The continued exposure to such agents over years enhances the risk and evolution of these sequential changes leading to tumor progression into a more aggressive disease.

There is also increasing recognition of a premalignant component to lymphomas.[4] Similar to many other cancers, such as colorectal and breast cancer, this premalignant component raises concerns about the influence of environmental exposures and the time course in which they contribute to malignancy. These exposures may result in progressive changes over a more prolonged period through both genotoxic as well as non-genotoxic effects. Thus, they may potentially play a role in the origin of these early precursor lymphoid lesions as well as, through later exposures, enhance progression of these precursor lesions into frank malignancy. Conversely, they may also result in a more rapid initiation and progression of malignancy after shorter lengths of exposure (a few years to decades). Both intrinsic biological and extrinsic environmental factors are among those factors known to increase the risk of developing lymphoma/leukemia through the acquisition of genetic mutational changes.[5] Thus, it is critical to assess exposure to purported risk factors in the years preceding diagnosis. Both biological and environmental factors are among those shown to increase the risk of developing B-cell lymphomas via the above genetic mutations.

As with many malignancies, lymphomas and leukemias are increasingly being associated with specific genetic alterations and, in some cases, the mutations have become nearly pathognomonic for the disease. These have been identified most readily in B-cell lymphomas (e.g., Burkitt's lymphoma associated with t(8;14)).

Mantle cell lymphoma[6,7,8,9,10] (MCL) had previously been referred to as intermediate lymphocytic lymphoma, mantle zone lymphoma, centrocytic lymphoma, and lymphocytic lymphoma of intermediate differentiation. In earlier classifications, the majority of cases of mantle cell lymphomas were classified as diffuse small cleaved cell lymphomas, small lymphocytic lymphomas, and follicular lymphomas. MCL makes up approximately 7-8% of adult NHL in the US and Europe and has an incidence of 4 to 8 cases per million persons per year. The incidence rises with age with the median age at diagnosis of 68 years. MCL has been noted to be increasing overall in the US. About three-quarters of patients are male, and the occurrence in Caucasian (white) individuals is almost twice that of Black individuals.

MCL can present as "classic" or "leukemic" variants. Classical MCL presents with both nodal and extranodal involvement, often including the gastrointestinal tract. This variant appears to arise from early

Exhibit C Page - 11

"naive" B-cells. The malignant cells inappropriately express the SOX11 gene which blocks B-cell differentiation, leading to MCL. Alternatively, the "leukemic" variant involves peripheral blood, bone marrow, and/or spleen and often has limited lymph node involvement. While often more indolent, it may acquire, secondary genomic changes such as TP53 mutations that result in a more aggressive course. Both types of MCL are typically associated with the (11;14) translocation which dysregulates the cyclin D1 gene (CCND1). Overexpression of cyclin D1 in MCL is strongly associated with t(11;14)(q13;q32), the translocation between the CCND1 locus and the immunoglobulin heavy chain (IgH) locus. Additional genomic alterations, such as translocations involving the MYC gene will also result in progression to more aggressive forms of MCL.

MCL most often presents in an advanced stage disease at diagnosis, with up to 75 percent of patients presenting with lymphadenopathy. Extranodal splenic involvement is seen in 45 to 60%, blood is involved in 13 to 77%. Extranodal sites, such as the gastrointestinal tract, breast, pleura, and orbit are often involved. Bone marrow involvement is present at diagnosis in over 60% of patients. The course of MCL is moderately aggressive and variable and the median overall survival in modern trials which incorporate intensive therapy is between eight and 10 years. Shorter survival times are seen in patients treated with less intensive therapy.

Patients can be placed into three risk groups (low, intermediate, and high) based on age, performance status, LDH, and WBC, with significantly different estimated median overall survival between low- (not reached), intermediate- (58 months), and high- (37 months) risk groups. The five-year survival also reflects these differential risk groups at 20, 35, and 60%, respectively. The presence of high-level TP53 expression also predicts an inferior overall survival and shorter time to progression following treatment.

Treatment usually is based on conventional chemoimmunotherapy, either bendamustine with rituximab (BR), or R-CHOP alone, followed by maintenance rituximab. This approach is often used in patients who are not candidates for autologous stem cell transplant (HSCT). A majority of patients will attain a complete remission (CR) with these regimens, though they are not curative, and relapse will occur over time. Maintenance rituximab often prolongs the progression-free survival (PFS) and overall survival (OS) in patients treated with R-CHOP but its benefit as maintenance therapy for patients treated with rituximab is less certain. In high-risk patients, initial chemoimmunotherapy is followed by autologous HSCT and then maintenance rituximab is the preferred treatment for patients who are eligible for HSCT. The addition of HSCT improves both PFS and OS.

To assess causation of any cancer, it is important to understand the distinction between the specific genetic alterations that lead to malignancy and the reason why these alterations occurred, including extrinsic environmental causes. Depending on the type of cancer, these external forces may include UV radiation, tobacco, or chemical exposures.[11] As described above, these mutations can alter the rate of cell division and the survival of cells containing these mutated or altered genes. In some cases, these alterations will lead to activation of specific genes, known as oncogenes which, when expressed at high levels, cause enhanced cell proliferation and result in an accelerated acquisition of additional mutational changes.[12] Conversely, loss of function of some genes, called "tumor suppressors" (the cell's brakes on

Exhibit C Page - 12

cell growth and proliferation), will similarly result in high risk for malignancy due to increased cell proliferation and loss of normal controls on growth.[13] Based on the somatic mutation theory of cancer,[14] the underlying cause of these mutations that subsequently leads to the development of cancer represents the underlying cause of the malignancy.

An important part of a cancer patient's evaluation is the elicitation of history pertaining to risk factors to determine the specific causes of their type of malignancy. This includes a social history such as their use of tobacco, alcohol, and other drugs and whether there has been an exposure to certain infections.[5] The questioning should also include a careful family history that may document a possible pattern suggestive of an inherited tendency toward specific malignancies. An occupational history is also critical to identify chemical, radiation, or other environmental exposures. The inclusion of these important parts of a patient's history is critical for a variety of reasons. In some cases, the elimination of risk factors may help treat, or even decrease the likelihood or recurrence of, the cancer. Reduction of future exposure may also decrease risk of secondary cancers. Awareness of some factors may guide surveillance for development of other malignancies. Furthermore, knowledge of some of these factors may help stratify patients into risk groups that may affect treatment choices or prognostication. Cancer patients are often anxious to have guidance, both to understand why they developed cancer and how they can modify their risks in the future. Finally, knowledge of possible environmental factors may prove helpful in identifying unknown risk factors for future study.

The current understanding of cancer risk factors, including those for NHL, reflects the careful accumulation of evidence from epidemiologic observational studies including case-control studies and long-term prospective cohort studies. These studies seek to determine the strength and consistency of associations between both exposures and lifestyle features and the overall NHL risk. Specifically, these data help assess associations of exposures with distinct NHL subtypes. NHL is a heterogeneous group of disorders of the lymphatic system with subtypes based on morphologic and molecular features.[15] Different subtypes can require different treatments and have potentially different etiologies. They can occur as predominantly involving lymph nodes or as extranodal disease. In some cases, as in this case of MCL, the malignant clones can present with peripheral blood and splenic involvement and limited lymph node involvement.

As noted by *Muller, et al.*, the incidence of NHL increased by 3-4% yearly in the 1970s and 80s, slowing to an annual rise of 1-2% yearly thereafter, particularly in the elderly and males.[16] Increases in high-grade lymphomas and extranodal disease have predominated. Geographic disparities, which reflect differing risk factors, have also been noted with increases in T-cell lymphomas and aggressiveness of NHL in Asia, endemic Burkitt's lymphoma in Africa, and high incidence of follicular and high-grade B-cell lymphomas such as diffuse large B-cell lymphoma (DLBCL) in Western countries. These patterns serve to highlight the important role that environmental factors, immunosuppression, and infectious agents play in lymphomagenesis. Infectious factors include human T-cell leukemia/lymphoma virus type 1 (HTLV-1), Epstein-Barr virus (EBV), and *Helicobacter pylori*. Evidence of environmental agents and occupational risks include high incidence of NHL as found in early studies linking specific types of workers with lymphoma risk, including farmers, cleaners, painters, carpenters, and wood workers. These

Exhibit C Page - 13

noted increased risks reinforce the purported relationship between environmental exposures and the development of lymphoma.[17,18]

As recognized by the American Cancer Society,[19] multiple risk factors have been identified for some lymphomas. These factors include:

1. Age – Increased age is a risk factor for many lymphomas, with lymphoma most commonly occurring in people over the age of 60.
2. Gender – Most lymphomas are more common in men than women.
3. Race, ethnicity, and geography – NHL is more common in developed countries and in the United States is more common among whites than other ethnic groups.
4. Family history – NHL is more common in those with a first-degree relative with NHL.
5. Exposure to certain chemicals and drugs – Some chemicals, such as benzene, herbicides, and insecticides are linked to increased risk of NHL. Some chemotherapy drugs and drugs used to treat rheumatoid arthritis (RA) increase the risk of NHL, though the latter is somewhat confounded by the intrinsic risk imparted by RA itself.
6. Radiation exposure – Survivors of atomic bombs or nuclear reactor accidents, as well as patients treated with radiation therapy for other cancers have an increased risk of developing NHL.
7. Immunocompromised state – The presence of immune deficiency syndromes, either as a primary disease state or secondary to immunosuppressive medications or HIV infection, increases the risk of developing NHL.
8. Autoimmune diseases – Some autoimmune diseases impart in increased risk of developing NHL as a result of overstimulation of the lymphocytes increasing the rate of division. These include RA, systemic lupus, and other autoimmune diseases.
9. Infections – Some infections, particularly HTLV, human herpes virus type 8 (HHV-8), and EBV can cause lymphocyte transformations that result in NHL. Other infectious organisms (*Helicobacter pylori*, hepatitis C virus, and others) cause chronic immune stimulation and can lead to the development of NHL.
10. Body weight and diet – People who are obese or eat diets high in certain types of foods are possibly at an increased risk of developing NHL.

### B.  Pesticide Exposure and Development of Non-Hodgkin Lymphoma

Of interest in this case is the recently documented increased risk of development of lymphoma in patients with a history of significant exposures to the commonly used herbicide glyphosate (Roundup[TM]). There are multiple studies documenting an association between pesticide and herbicide exposures and a variety of cancers, including NHL—both among those exposed occupationally (e.g., farm workers, pesticide applicators) and from residential use.[20,21,22] As noted above, the American Cancer Society lists pesticide exposure as a known risk factor for risk of NHL.

### 1.  Cellular and Animal Studies

There is substantial research from animal and human studies confirming genotoxic and other critical effects on cellular replication, including cell cycle regulation, that explain the risks of both glyphosate and glyphosate-containing herbicides causing NHL. Many of the genotoxic studies utilized the comet

Exhibit C Page - 14

assay, a single-cell gel electrophoresis assay that is technically simple, relatively fast, and cheap.[23] Using this assay, DNA damage can be investigated in virtually all mammalian cell types without requirement for cell culture.

There are numerous in vitro animal studies that confirm the genotoxic effect of both the Roundup[TM] formulation as well as glyphosate itself.[24,25,26,27,28] In addition, there is a growing number of research studies documenting the in vitro effect of Roundup[TM] and glyphosate on genotoxicity and cytotoxic effects in human cell lines.[29,30,31,32] Studies have also shown more diverse effects including altered gene transcription, dysregulation of cell cycle controls, and altered mitochondrial oxidative phosphorylation,[33,34,35,36,37,38,39] all of which may influence the risks for cancer progression beyond the purely genotoxic and mutational effects of glyphosate or the Roundup[TM] formulation.

An assessment reported in 2009 by *Bolognesi, et al.,*[40] of possible direct biologic risks to agricultural workers exposed to glyphosate formulation was carried out in five regions of Colombia, where the exposures to glyphosate and other pesticides varied. They obtained data on the workers (predominantly women), including their current health status, history, lifestyle, past and current occupational exposure to pesticides, and factors that might be associated with increased frequency of binucleated cells with micronucleoli (BNMN). They obtained blood samples prior to spraying, at 5 days, and again 4 months after spraying, then cultured their lymphocytes and applied the cytokinesis-block micronucleus cytome assay to evaluate for chromosomal damage and cytotoxicity. In test results, they noted regional variations at baseline. In the post-spray samples, those who reported direct contact with the eradication spray showed a higher quantitative frequency of BNMN compared to those without glyphosate exposure. However, the increase in frequency of BNMN observed immediately following glyphosate spraying was not consistent with the rates of application used in the regions. The authors concluded that there was evidence indicating a genotoxic risk associated with exposure to glyphosate in the areas where the herbicide is applied.

*Wang, et al.,*[41] assessed the effect of glyphosate in a mouse-line Vk*MYC, an animal model for multiple myeloma and lymphoma, with sporadic MYC activation in germinal center B-cells. Glyphosate-exposed Vk*MYC mice developed progressive hematologic abnormalities and plasma cell neoplasms as well as multiple organ dysfunction. They developed benign monoclonal gammopathy with increased serum IGG and plasma cells in spleen and bone marrow as well as upregulated activation-induced cytidine deaminase (AID). These findings strongly support glyphosate as a risk factor for B-cell malignancies including NHL and support the epidemiologic findings of glyphosate-induced B-cell lymphomas.

### 2. Epidemiologic Studies Documenting Risk of Non-Hodgkin Lymphoma with Agricultural Occupation

The current understanding of cancer risk factors, including those for NHL, reflects the careful accumulation of evidence from epidemiologic observational studies including case-control studies, and long-term prospective cohort studies. These studies seek to determine the strength and consistency of associations between exposures and lifestyle features to the overall NHL risk. As well, these data help assess associations with distinct NHL subtypes.

Exhibit C Page - 15

Beginning in the early 1990s, the Agricultural Health Study (AHS), a large prospective cohort study was initiated in North Carolina and Iowa with the goals of determining the cancer risks among men versus women, as well as whites versus minorities, who had direct exposure to pesticides and other agricultural agents. It also sought to identify non-cancer related illness associated with pesticide exposure and the potential effects of secondary exposures on spouses and children of agricultural workers; it was an attempt to correlate exposures with disease risk based on biomarkers, genetic predictors of risks, and lifestyle factors. One goal of the study was to assess the impact of multiple exposures on disease risk.[42]

According to a recent analysis of cancer incidence in the AHS, after 20 years of follow up, based on review of 12,420 cancers in a cohort of private pesticide applicators, their spouses, and commercial applicators, overall cancer risk within the AHS was lower than the general population. There was an excess of some cancers including prostate cancer, lip cancer, acute myeloid leukemia (AML), thyroid cancer, testicular cancer, peritoneal cancer, and B-cell lymphomas. This study did not assess the contribution of different pesticides to risk.[43]

One very large, long-term, multi-institutional lymphoma study, from 2014, assessing the risk factors for NHL was the *International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes*.[44] This study pooled data from 20 case-control studies (17471 NHL cases, 23096 controls) from North America, Europe, and Australia. It is currently the largest and most comprehensive investigation of potential risk factors for a broad range of common and rare NHL subtypes. This study evaluated 11 specified NHL subtypes and assessed medical history, family history, lifestyle factors, and occupation for each of these 11 subtypes.[45] Statistically significant increased risks of CLL/SLL were found for mixed (OR=1.31) and general farm worker (OR=1.46). Another clear findings among occupations associated with increased risk of follicular lymphoma and DLBCL as well as other lymphomas, was an increased risk for women in the occupation of field crop/vegetable farm worker (OR = 1.78).[46,47,15,17]

### 3. Epidemiologic Studies Assessing Risk of Non-Hodgkin Lymphoma with Glyphosate Exposure

A study published in 2003 examined pooled data from three case-control studies on NHL in the midwestern United States.[48] The study, by *De Roos, et al.*, was an analysis of 47 pesticides simultaneously, controlling for confounding by other pesticides as risk factors for NHL in a pooled analysis of 3417 male farm workers. They noted that the use of particular pesticides, including the insecticides coumaphos, diazinon, fonofos, chlordane, dieldrin, and copper acetoarsenite, as well as the herbicides atrazine, glyphosate, and sodium chlorate, were associated with increased NHL risk, with a trend toward increasing risk with exposures to multiple pesticides. The OR for glyphosate increasing the risk of developing NHL was 2.1 with a 95% confidence interval (CI) of 1.1 to 4.0 (OR 2.1; 95% CI: 1.1-4.0). This doubling of the risk was statistically significant. The significant risk remained after logistic regression was performed. A subsequent hierarchical regression analysis reduced the OR to 1.6 (95% CI: 0.9-2.8).

Exhibit C Page - 16

A subsequent study, published in 2005 by *De Roos, et al.*, specifically analyzed data from the AHS to evaluate the association between glyphosate exposure and cancer incidence. They evaluated both private and commercial pesticide applicators, over 75% of whom reported having used glyphosate, and the overwhelming majority of those were men (97%). They evaluated whether participants personally mixed the glyphosate or applied premixed products. They also attempted to estimate quantitative exposure by recording days of use per year, years of use, and quantity of use per day. This study showed that glyphosate exposure was not associated with cancer incidence overall or with most of the cancer subtypes studied but did suggest association with multiple myeloma incidence, requiring follow up assessment. The authors acknowledged that because of its widespread use, further assessment of the role of glyphosate and long-term health risks was warranted, including of the risks for less common cancers.[49] A follow up analysis of the AHS was published in 2017, however only 63% of the original cohort participated in the follow up study contributing to the exposure misclassification which would bias results towards the null. Glyphosate was not associated with NHL in the primary analysis, but there were suggestive risk increases for NHL and CLL in the 20-year-lag analysis.[50]

In 2001, a multicenter population-based, case-control study by *McDuffie*, *et al.*,[51] enrolled men from all six provinces of Canada with varied occupational and nonoccupational exposures to pesticide. With 517 cases and 1506 controls, the risk of NHL was statistically significantly increased among individuals exposed to glyphosate more than two days per year (OR 2.12; 95% CI: 1.20-3.73). This represents doubling of the risk which, again, is statistically significant. Importantly, among individual pesticides, carbaryl, lindane, dichlorodiphenyltrichloroethane (DDT), malathion insecticides, and captan fungicide were found not to contribute significantly to the risk of NHL. The risk was adjusted for age and province of residence.

In 2002, *Hardell, et al.*,[52] reported a pooled analysis performed on two case-control studies from Sweden, one on NHL and another on hairy cell leukemia. The analysis included 515 cases and 1141 controls and specifically queried multiple different pesticides. Among the herbicides, there was a significant association between NHL risk and glyphosate exposure (OR 3.04; 95% CI: 1.08-8.52). A subsequent population-based case-control study published in 2008 from the same group of researchers[53] assessed exposure to pesticides as a risk factor for NHL. This study included a total of 910 cases and 1016 controls enrolled from 12/01/1999 to 04/30/2002. Both arms had a greater than 90% participation rate in the survey. This study showed that exposure to glyphosate imparted a twofold risk of NHL (OR 2.02; 95% CI: 1.10-3.71) and a stronger association with CLL/SLL (OR 3.35; 95% CI: 1.42–7.89. The association with NHL was strengthened with >10 years latency period (OR 2.26; 95% CI: 1.16-4.40) meaning the association was stronger in those patients with exposure greater than 10 years in the past as opposed to only more recent exposure. This comports with the known delay in manifestation of lymphomas due to the necessary development of multiple different mutations over time. The association with NHL was also stronger in those patients who used glyphosate more than 10 lifetime days v. patients who used it less than 10 lifetime days (OR 2.36; 95% CI: 1.04-5.37.)

A systematic review and series of meta-analyses on the risk of NHL and occupational exposure to agricultural pesticides was published in 2014.[54] This article included an analysis of 21 pesticide chemical

Exhibit C Page - 17

groups and 80 active ingredients. This analysis was confined largely to studies in high-income countries and was restricted to studies published since 1980. The meta-analysis included multiple publications from the AHS, six papers from pooled analyses of three case-control studies conducted by the National Cancer Institute (NCI), case-control studies from California and western Washington State, two reports from the Cross-Canada Study, four reports from the Swedish case-control studies, as well as New Zealand and Australian case control studies. Random effects meta-analyses demonstrated a positive association of glyphosate with overall B-cell lymphoma risk with a meta risk ratio of 2.0.

A recent (published in 2019) pooled analysis of pesticide use and risk of NHL in large agricultural cohorts from France, Norway, and the USA (from the consortium of agricultural cohort studies (AGRICOH)), assessed the relationship of any use of 14 pesticide chemical groups and 33 individual active chemical ingredients with NHL overall and major subtypes of NHL. DLBCL, a subtype of NHL, was found to be associated with glyphosate exposure (OR 1.36; 95% CI: 1.00-1.85), but there was no association with other subtypes.[55] The authors noted that non-differential exposure misclassification in the study could result in false negative results. The authors further noted that risks could have been underestimated due to the inclusion of exposed farmers in the reference group and because the analysis was limited to ever/never use. Pesticide exposure in the European cohorts was determined by a crop exposure matrix rather than self-reporting by the farmers. In a follow up abstract, one of the authors noted that "our ability to detect associations are for now at best limited without further improvement of exposure assessment and assignment."[56]

In 2021, *Meloni, et al.,*[57] reported results from an Italian multi-center case-control study on the association between glyphosate and lymphoma. Elevated risks were seen with follicular lymphoma but not NHL overall or other subtypes. Risk for B-cell lymphoma increased by intensity, frequency, and confidence of exposure, but not by duration with highest risk for B-cell lymphoma in the moderate-high intensity group (OR 4.0; 95% CI: 1.38-11.4). However, the authors noted that the study suffered from low statistical power to detect associations and from a higher probability of chance findings due to small numbers.

In a (2019) article, *Zhang, et al.,*[58] conducted a new meta-analysis including of the most recent update of the AHS cohort published in 2018 as well as of five case-control studies. By using the highest exposure groups available within each study, they noted the overall meta-relative risk (meta-RR) for NHL in glyphosate-based herbicide (GBH)-exposed individuals was increased by 41% (meta-RR = 1.41). In a secondary meta-analysis, again using high-exposure groups with the earlier AHS (2005), they calculated a meta-RR for NHL in glyphosate-exposed individuals of 1.45 (95% CI: 1.11-1.91). They also reviewed animal studies of the relationship between malignant lymphoma and glyphosate and discussed potential associations between glyphosate and immunosuppression, endocrine disruption, and genetic alterations commonly associated with NHL or lymphomagenesis. The authors concluded that, based on their meta-analysis and the findings from experimental animal and mechanistic studies, there was "a compelling link between exposures to GBHs and increased risk for NHL."

*Pahwa, et al.,*[59] published (2019) a detailed analysis of glyphosate use and the risks of NHL overall and

Exhibit C Page - 18

for major histologic subtypes, from the North American Pooled Project (NAPP). They analyzed NHL cases and controls from the 1980s and 1990s from Canada and the midwestern US and self-reported information on ever use, duration, frequency, and lifetime days of use of glyphosate related to overall NHL risk as well as risk by major histologic subtypes. Ever use of glyphosate had a significant increase in NHL risk as well as risk by major histologic subtypes. Ever use of glyphosate had a significant increase in NHL risk (OR=1.43). Risks were elevated for most lymphoma NHL subtypes except for follicular lymphoma (OR=1.00). Handling glyphosate for more than two days per year was associated with significantly higher risks of NHL (OR=2.42) and DLBCL (OR=2.83). There were suggestive risk increases for NHL, follicular lymphoma, and SLL, with greater lifetime-days of glyphosate use. Overall, the risk differences by histologic subtype were not consistent across glyphosate use metrics and may have been chance findings.

*Donato, et al.,*[60] published (2020) results of a meta-analysis showing

> The meta-relative risk (RR) of NHL was 1.03 (95% CI 0.86-1.21), that of MM [multiple myeloma] was 1.04 (95% CI 0.67-1.41). The meta-RR of NHL for highest category of exposure was 1.49 (95% CI 0.37-2.61; 3 studies). The meta-RR for diffuse large B-cell lymphoma (DLBCL) was 1.31 (95% CI 0.93-1.75); that for follicular lymphoma was 0.82 (95% CI 0.93-1.70), and that for chronic lymphocytic leukemia was 0.85 (95% CI 0.20-1.49).

*Rana, et al.,*[61] published a critique of the *Donato* meta-analysis and reaffirmed the findings of the *Zhang* meta-analysis noting that those results are likely an underestimation of the true risk of NHL after exposure to glyphosate. The authors reported that if they repeated the *Zhang* meta-analysis with the same studies used in *Donato* 2020 then the meta-RR would increase to 1.63 (95% CI: 0.97-2.76).

In response to *Rana*, *Boffetta, et al.,* reevaluated their meta-analysis[62] reporting:

> The meta-RR for ever-exposure to glyphosate was 1.05 (95% confidence interval [CI] 0.90-1.24; I2 = 0%). The meta-RR for the highest category of exposure was 1.15 (95% CI 0.72-1.83; 3 studies). The meta-RR for diffuse large B-cell lymphoma (DLBCL) was 1.29 (95% CI 1.02-1.63; 4 studies), that for follicular lymphoma was 0.84 (95% CI 0.61-1.17), and that for chronic lymphocytic leukemia/small lymphocytic lymphoma was 1.33 (95% CI 0.65-2.70).

### 4.  Position Statements from Agencies

The International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A) in March 2015 after thorough, independent, and rigorous investigation by independent researchers and investigators in the field.[63]

IARC is a division of the World Health Organization (WHO) (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate the potential carcinogenicity of a substance, it must have ubiquitous human exposure and there must be

Exhibit C Page - 19

some preliminary data to suggest a potential harm and carcinogenicity. IARC reviews peer-reviewed published literature including epidemiologic studies, animal data, and genotoxicity studies. In addition, IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. As of the last update on 11/09/2018, IARC had evaluated 1,013 substances since its inception. This shows the high selectivity of IARC in deciding which substances to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens). In the above-referenced review of both the epidemiologic, animal, and mechanistic studies, 217 expert scientists evaluated the carcinogenic hazard for four insecticides and the herbicide glyphosate. The Working Group (WG) concluded that the data for glyphosate met the criteria for classification as a probable human carcinogen. and classified glyphosate as "probably carcinogenic to humans" (Group 2A). This conclusion was reached after thorough, independent, and rigorous investigation by independent researchers and investigators and was published in Lancet. In 2019, after reviewing newly published studies, IARC reaffirmed its finding that glyphosate should be classified as probably carcinogenic to humans.[64] As of February 2021, IARC has classified only 20% of substances reviewed as either group 1 (human carcinogens) or 2A (probable human carcinogens).[65]

In contrast, in 2016, the US Environmental Protection Agency (EPA), as part of its cancer classification and risk assessment recommendations, reevaluated the human potential carcinogenicity of the active ingredient glyphosate utilizing the "framework for incorporating human epidemiological and incident data in health risk assessment."[66] In December 2016, the EPA convened the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel (SAP) to review this evaluation. The SAP expressed concerns that the EPA did not follow its own carcinogenicity guidelines in assessing glyphosate with many members disagreeing with the EPA's conclusions. Based on weight-of-evidence evaluation, the EPA concluded that glyphosate is classified as "not likely to be carcinogenic in humans." In 2019, the EPA reconfirmed its opinion that glyphosate is not likely to be carcinogenic in humans. The EPA's public opinion appears to contrast with an internal EPA memo, released in 2021, which concluded that the epidemiology provided suggestive of carcinogenic potential between glyphosate exposure and increased risk of NHL.

The European Food Safety Authority (EFSA), the primary agency of the European Union that assesses risks regarding food safety, reported in October 2015 its evaluation of the Renewal Assessment Report (RAR) for glyphosate prepared by the Rapporteur Member State, the German Federal Institute for Risk Assessment (BfR). This group concluded that "glyphosate is unlikely to pose a carcinogenic hazard to humans and the evidence does not support classification with regard to its carcinogenic potential."[67] EFSA noted that its analysis differed from IARC, in part, because "IARC did not only assess glyphosate but also glyphosate-based formulations, while the EU peer review is focused on the pure active substance." Other regulatory agencies have made the same conclusions as EPA and EFSA.

In a subsequent report[68] authored by 94 scientists, the differences between the IARC and the EFSA assessments were reviewed with a conclusion that there were multiple serious flaws in the scientific evaluation in the EFSA/RAR assessment that incorrectly limited the potential carcinogenic hazard from glyphosate exposure. In evaluating the human studies, the EFSA/RAR classified all the case–control

Exhibit C Page - 20

studies as "not reliable," noting that data on glyphosate exposure, smoking status, and/or previous diseases had not been assessed. The critique's conclusion was that the case control studies were reliable and that the IARC WG had carefully and thoroughly evaluated all available epidemiology data, considering the strengths and weaknesses of each study before its determination.

Two carefully performed meta-analyses cited in the IARC monograph demonstrated a consistent positive association between glyphosate and NHL. As noted above, meta-analyses not available at the time of this IARC investigation, from *Zhang*,[63] of the AHS and several case-control studies confirmed the positive association between glyphosate exposure and NHL. Further, EFSA concluded

> No evidence of carcinogenicity was confirmed by the large majority of the experts (with the exception of one minority view) in either rats or mice due to a lack of statistical significance in pair-wise comparison tests, lack of consistency in multiple animal studies and slightly increased incidences only at dose levels at or above the limit dose/maximum tolerated dose (MTD), lack of pre-neoplastic lesions and/or being within historical control range.[72]

In fact, the IARC WG did find significant carcinogenic effects in laboratory animals for rare kidney tumors, hemangiosarcoma in two mouse studies, and benign tumors in two rat studies. EFSA also disagreed with the IARC WG finding that "there is strong evidence that glyphosate causes genotoxicity" by suggesting that unpublished evidence not seen by the IARC WG was overwhelmingly negative. Again, the IARC assessment concluded that there was strong evidence of genotoxicity and oxidative stress for glyphosate and that this research was accessed entirely from publicly available research that included findings of DNA damage in the peripheral blood of exposed humans. The IARC work group concluded in their report:

> The most appropriate and scientifically based evaluation of the cancers reported in humans and laboratory animals as well as supportive mechanistic data is that glyphosate is a **probable human carcinogen**. On the basis of this conclusion and in the absence of evidence to the contrary, it is reasonable to conclude that glyphosate formulations should also be considered likely human carcinogens. (emphasis added)[68]

The U.S. Agency for Toxic Substances and Disease Registry (ATSDR) completed a toxicological profile of glyphosate in August 2020. The ATSDR did not provide an opinion on the carcinogenicity of glyphosate but noted that:

> The meta-analyses reported positive associations between glyphosate use and selected lymphohematopoietic cancers. Most of the case-control and cohort studies used self-reported ever/never glyphosate use as the biomarker of exposure, and subjects were likely exposed to other pesticides as well. Numerous studies reported risk ratios greater than 1 for associations between glyphosate exposure and risk of non-Hodgkin's lymphoma or

Exhibit C Page - 21

multiple myeloma; however, the reported associations were statistically significant only in a few studies.[69]

In June 2021, The National Institute of Health and Medical Research (INSERM), at the request of the French government, convened an expert panel to review the latest data on glyphosate and NHL. The panel concluded that "the new data strengthen the presumption of a link between glyphosate and the risk of NHL in farmer populations (moderate presumption; Table III)."

## V.  ANALYSIS
### A.  Mr. Cotter's Non-Chemical Exposures and Risk Factors
#### 1.  Mr. Cotter's Non-Modifiable Risk Factors (Age, Gender, Heredity/Inherited Risks)

There is accumulating evidence that family history of lymphoma and common genetic variations alter NHL risk. As well, the risk of NHL increases with age; specifically, there is a significant increase in NHL incidence in the sixth and seventh decade of life, though it also occurs in children and young adults. Typically, late age at diagnosis reflects the time required for lymphoma to progress from a premalignant B-lymphocyte (with the acquisition of genomic changes associated with both chronic exposures to carcinogens as well as promotional agents) to an eventual NHL. Mr. Cotter was 57 years old at the time of his diagnosis of NHL. With the exception of age, the other nonmodifiable risk factors cannot explain the development of his NHL.

A pooled case-control analysis from InterLymph to evaluate NHL risk among those with hematopoietic malignancies in first-degree relatives noted an increase in NHL risk in individuals with first-degree relatives with NHL, Hodgkin lymphoma, and leukemia.[70] Mr. Cotter had a no known family members with any type of lymphoma. His sister had a thyroid cancer, a type of cancer unrelated to lymphoid malignancies, diagnosed in her 40s. His paternal uncle was deceased at 57 years with colon cancer. His father and brother had melanoma of unknown type. None of these malignancies are related to lymphoma and do not suggest any familial risk of NHL.

#### 2.  Mr. Cotter's Modifiable Risk Factors
##### a.  *Tobacco and Alcohol Use*

Smoking tobacco and using alcohol are known significant risk factors for development of many other types of cancer but are not identified as specific risk factors for lymphoma. In fact, multiple long-term cohort studies have failed to confirm an association between tobacco use and lymphoma.[71,72,73] Mr. Cotter never smoked; therefore, as noted, smoking plays no role in his NHL risk.

Mr. Cotter consumed alcoholic beverages, approximately 2 to 3 drinks, 3 to 4 times a week. While alcohol consumption has been linked to many cancers, including breast, liver, and pancreatic, there is no evidence that alcohol increases risk of lymphomas. Based on the foregoing, alcohol played no role in his non-Hodgkin lymphoma etiology.

Exhibit C Page - 22

### b. *Obesity*

Obesity has been associated with lymphoma and has been linked with many cancers including endometrial, esophageal adenocarcinoma, colorectal, postmenopausal breast, prostate, as well as leukemia, multiple myeloma, and NHL.[74] In observational studies, obesity has been associated with a graded increase in risk for both NHL and Hodgkin disease.[75] This association has been attributed to the increase in inflammatory cytokines, the presence of hyperinsulinemia, and altered sex hormone levels, although the data confirming these mechanisms is weak in the obese population.[76] The American Cancer Society has reviewed long-term prospective data from the CPS (Cancer Prevention Study) I and II cohorts that suggest obesity is correlated to liver and pancreatic cancer death rates, as well as to both myeloma and NHL.[77]

The role of early childhood growth, including height, as well as childhood- and adolescent-onset obesity may be linked to the risks for NHL, with adolescent weight associated with risk of NHL.[78,79,80] Mr. Cotter was not obese. Obesity did not play any role in development of his NHL.

### c. *Diabetes Mellitus*

Diabetes mellitus has been investigated as a risk factor for some cancers and there is very limited evidence of increased risk of NHL. Mr. Cotter did not have any history of diabetes mellitus.

### d. *Infectious Agents*

Mr. Cotter was negative for all viruses known to be associated with lymphoma including HIV 1/2, hepatitis C, EBV, and HHV-8. Further, no symptoms suggestive of infection with *Helicobacter pylori*, a bacteria associated with mucosa-associated lymphoid tissue (MALT) lymphoma—a distinct entity from Mr. Cotter's type of lymphoma.[81,82,83] He did have Lyme disease, a *Borrelia* infection, which was associated in one study as a potential risk factor for mantle cell lymphoma. The testing that brought his lymphoma to light showed IgM, indicating acute infection. The increased risk imparted by *Borrelia* infection involves chronic infection. Therefore, this infection was not a factor increasing risk of NHL in this case.[84]

### e. *Autoimmune Inflammatory Diseases*

Some autoimmune diseases, including rheumatoid arthritis, systemic lupus, and Sjogren's syndrome are associated with an increased risk of developing NHL, partly as a direct result of the activation of the immune response as a component of autoimmunity and, in some cases, as a result of the immunomodulatory medications used to treat them, e.g., methotrexate, tumor necrosis factor (TNF) inhibitors, other immune-modifying therapies.[85,86,87,88,89,90] In addition, patients on immunosuppressive drugs post-organ transplantation are also at increased risk, over time, for lymphoma and other malignancies.[91] Mr. Cotter had never been on any immunosuppressive medications and never had RA arthritis, Sjogren's syndrome, inflammatory bowel disease or any other active autoimmune disease known to be associated with non-Hodgkin lymphoma risk.

### f. *Other Medical History*

Mr. Cotter has no other medical history that would increase his risk of NHL.

Exhibit C Page - 23

### B.  Mr. Cotter's Chemical Exposures
#### 1.  Non-Glyphosate Exposures
##### a.  Pesticides Other Than Glyphosate

There are multiple studies documenting an association between pesticide and herbicide exposures and development of multiple cancers, including NHL, both among occupational users (e.g., farm workers, pesticide applicators) and residential users. With the exception of his Roundup$^{TM}$ (glyphosate) use, Mr. Cotter had no history of either occupational or residential pesticide.

##### b.  Other Chemicals

Mr. Cotter had no history of exposure to organic solvents, trichloroethylene, hexachlorobenzene, DDT, toluene, 2,4d;2,4,5t, or paraquat.

#### 2.  Glyphosate (Roundup$^{TM}$) Exposures

The most consistent and ubiquitous risk factor in Mr. Cotter's exposure history was the continued exposure to Roundup$^{TM}$, from <u>1983-2019</u> (36 years).

As calculated by Dr. Herrick, during Mr. Cotter's residential use, from <u>1983-2019</u>, he had 79.42 8-hour exposure days.

As calculated by Dr. Herrick, in the commercial setting, from <u>1994-2019</u>, he had a mean of 25,920 hours, with a range between 405-3240 8-hour exposure days, and a midpoint of 1620 8-hour exposure days.

Based on the total cumulative use including both residential and commercial use, he had a minimum of 485.9 lifetime 8-hour time-weighted exposure days, his maximum 8-hour time-weighted exposure days was 3,320.9, and his midpoint 8-hour time-weighted exposure days was 1700.9.

Mr. Cotter's prolonged daily high-dose exposures during active spraying coupled with the very long-term chronicity of his exposure is significantly above the range of levels that have been documented to contribute to lymphoma risk. The causal relationship is particularly strongly recognized in individuals who work in agricultural settings, very similar in exposure to his landscaping business, where extremely high-level exposures are common compared to residential exposure use. Agricultural work with associated chemical exposures have been documented to place workers at increased risk for NHL and other malignancies[92,93] and it is in this setting that the most compelling epidemiologic evidence has emerged for cancer risk from exposure to Roundup$^{TM}$ (glyphosate). While farm workers are traditionally at long-term higher risk due to occupational exposures, they are typically trained in the routine use of personal protective equipment (PPE) including masks, gloves, and clothing designed to limit personal exposures.

Based on the assessment of both lifetime days on use as well as the 8-hour time-weighted exposure days, Mr. Cotter far exceeded the cumulative exposures well-documented to be associated with development of NHL.

Exhibit C Page - 24

## VI.  **CONCLUSIONS**

To reasonable medical certainty, based on the foregoing analysis and

1) the potential causes of NHL,
2) the extensive glyphosate medical/scientific literature, including epidemiologic and mechanistic studies cited above,
3) Mr. Cotter's medical history, lifestyle, and exposure history,
4) Mr. Cotter's extensive medical records,
5) my training, including my residency at Memorial Sloan Kettering Cancer Center and my medical oncology fellowship at New York Hospital–Cornell Medical Center,
6) my experience teaching medical students, residents, and fellows as part of the Yale Medical School faculty,
7) my 35+ years of clinical practice in the field of oncology, specifically treating lymphoma patients,
8) my work as a board member of the Yale-based research group Environment and Human Health (EHHI), Inc.,
9) my long experience educating patient groups about the origins of cancer and risk reduction and outcomes in cancer survivorship,
10) my review of the provided legal documentation, including deposition transcripts,
11) the essential exclusion of other potential risk factors including body habitus and age, that could be causative, i.e., the application of a critical differential diagnosis,

Mr. Cotter's exposure to Roundup$^{TM}$ (glyphosate) was a substantial contributing factor causing his non-Hodgkin lymphoma, specifically his mantle cell lymphoma; had Mr. Cotter not had his Roundup$^{TM}$ (glyphosate) exposures, he would not have developed non-Hodgkin lymphoma.

Sincerely,

D. Barry Boyd, MD, MS
Senior Oncologist Yale-Smilow Cancer Center
Greenwich Hospital-Yale Health System
Assistant Professor of Medicine, Yale University School of Medicine

Exhibit C Page - 25