# EXHIBIT D

```
 1        IN THE CIRCUIT COURT OF ST. LOUIS COUNTY

 2                    STATE OF MISSOURI

 3                                Case No. 19SL-CC03421

 4     *******************************

 5     BARBARA ALLEGREZZA, et al,

 6              Plaintiffs,

 7        v.

 8     MONSANTO COMPANY, et al,

 9              Defendants.

10     ***********************************

11

12              Remote Videotaped Deposition of

13     DAVID BARRY BOYD, MD, MS, held at the

14     location of the deponent, commencing at 1:01

15     p.m., on the 14th of April, 2023, before

16     Maureen O'Connor Pollard, Registered

17     Diplomate Reporter, Realtime Systems

18     Administrator, Certified Shorthand Reporter,

19     Notary Public.

20

21                       - - -

22
              GOLKOW LITIGATION SERVICES
23               877.370.DEPS
               deps@golkow.com
24
```

```
 1    REMOTE APPEARANCES:

 2

 3      NACHAWATI LAW GROUP

 4      BY: GIBBS HENDERSON, ESQ.

 5          5489 Blair Road

 6          Dallas, Texas 75231

 7          214-890-0711

 8          ghenderson@ntrial.com

 9          Representing the Plaintiffs

10

11      HOLLINGSWORTH LLP

12      BY: ADAM D. MICHEL, ESQ.

13          1350 I Street, NW

14          Washington, DC 20005

15          202-898-5817

16          amichel@hollingsworthllp.com

17          Representing the Defendants

18

19    Videographer:  Jacob Pettyjohn

20

21

22

23

24
```

Exhibit D Page - 2

1  certainty?

2     A.    I do.

3     Q.    What is your basis for offering

4  that opinion?

5     A.    Based on the longevity and

6  duration, duration, exposure, latency, as

7  well as the total level of exposure over

8  time, coupled with the known potential

9  carcinogenic effect of glyphosate in

10  lymphoma, including large B-cell lymphoma.

11     Q.    The first three things you

12  identified, the longevity, the duration -- I

13  guess three of the first four things you

14  identified, the longevity, the duration, and

15  the total level of exposure over time, are

16  those things you draw from Dr. Clark.

17     A.    Sorry, that's a spam.

18     They're basically -- the

19  longevity and latency are the same.  The

20  duration, the length of time he had been

21  exposed, as well as the total exposure over

22  that time.

23     Q.    Those are all things that you

24  draw from Dr. Clark?

1          A.     Yes.

2          Q.     Is there any other basis

3   besides what you've already identified for

4   your opinion in this case?

5          A.     Predominantly exposure.

6          Q.     Is there any pathologic finding

7   in this case that identifies glyphosate or

8   Roundup as the cause of Mr. McCostlin's

9   diffuse large B-cell lymphoma?

10         A.     No.

11         Q.     Is there any blood test result

12  in this case that identifies glyphosate or

13  Roundup as the cause of Mr. McCostlin's

14  diffuse large B-cell lymphoma?

15         A.     No.

16         Q.     Is there any genomic finding in

17  this case that identifies glyphosate or

18  Roundup as the cause of Mr. McCostlin's

19  diffuse large B-cell lymphoma?

20         A.     No.

21         Q.     Is there anything about the

22  morphology or shape of Mr. McCostlin's cells

23  that evidences the presence of glyphosate or

24  Roundup?

1    their component.

2         Q.    Are you offering any opinions

3    regarding the presence or absence of specific

4    surfactants in those products?

5         A.    No.  But the answer is no,

6    because we're dealing with glyphosate, but

7    the toxicity and potential side effects are

8    greater in the products than they are in the

9    glyphosate alone, and nobody has glyphosate

10   alone exposure, as you know.  That doesn't

11   exist, except in the laboratory.

12        Q.    But to confirm, you're not

13   offering any opinions regarding the presence

14   or absence of specific surfactants in the

15   products that Mr. McCostlin reports having

16   been exposed to?

17        A.    No.

18        Q.    Are you offering any opinions

19   regarding potential impurities in the Roundup

20   products that Mr. McCostlin was reportedly

21   exposed to?

22        A.    No.

23        Q.    Did you attempt to quantify how

24   much glyphosate Mr. McCostlin was exposed to?

1      A.     Only rely on the toxicology
2   report, and that's predictive of dermal
3   exposures.  He has had calculations of
4   systemic exposure, but the dermal is the one
5   we normally look at, the days, hours of
6   events, and eight-hour exposures over a
7   period of time that he's been exposed,
8   eight-hour exposure days.
9      Q.     And you rely completely on
10  Dr. Clark's opinions for that?
11     A.     Yes.
12     Q.     Is that the same for the amount
13  of glyphosate Mr. McCostlin absorbed into his
14  body, do you rely completely on Dr. Clark for
15  that?
16     A.     Yes.  I don't do those
17  calculations.
18     Q.     Is that the same for the
19  internal dose of glyphosate for
20  Mr. McCostlin?
21     A.     Of course, yes.
22     Q.     What did Mr. McCostlin
23  typically wear when he was reportedly exposed
24  to Roundup?

1          A.     They can contribute.  When you
2     add environmental factors they exacerbate the
3     random mutation risk.  That's how they work.
4          Q.     My question is, can you rule it
5     out?
6          A.     I can't rule out that the
7     initiation event might have been random.  I
8     can't fully rule out that the promotion of
9     that might have been exposures.
10               MR. MICHEL:  Are we on
11          Exhibit 16, Madam Court Reporter?
12               COURT STENOGRAPHER:  Yes.
13               MR. MICHEL:  Thank you.
14               (Whereupon, Boyd Exhibit Number
15          16 was marked for identification.)
16     BY MR. MICHEL:
17          Q.     Doctor, I'm sharing with you
18     what will be marked as Exhibit 16 to your
19     deposition today.
20               Are you familiar with this
21     study?
22          A.     Yes.
23          Q.     I gather by now you've seen it
24     twice?

1     A.    At least twice, if not 100
2  times.
3     Q.    Well, this will really catch
4  you off guard then.
5           I am going to direct your
6  attention to page 9.
7           Just for the record, is this
8  the Andreotti, et al study?
9     A.    Yeah, this is the follow-up
10 cohort study.
11    Q.    Okay.
12    A.    Report.
13    Q.    And on pages 9 and 10 are
14 Supplementary Table 1, correct?
15    A.    Yes.
16    Q.    At the bottom of page 10, the
17 study includes a key that shows how the
18 authors categorized exposure days, correct?
19    A.    Right.
20    Q.    What quartile would
21 Mr. McCostlin fall under here?
22    A.    Probably quartile 4 is my
23 guess, 3 or 4.
24    Q.    What is your basis for saying

```
 1    that?
 2         A.    That's based on exposures, I
 3    believe.
 4         Q.    What about the exposures makes
 5    you say that?
 6         A.    Let me just look at that,
 7    because right down there -- and he might be
 8    in quartile 2, but I would have to go back.
 9    I didn't analyze this report relative to his
10    level.
11         Q.    All right.  Do you agree that
12    Dr. Clark says that Mr. McCostlin had between
13    13 and 33 exposure days?
14         A.    Yes.
15         Q.    And would that put
16    Mr. McCostlin somewhere between quartile 1
17    and quartile 2?
18         A.    Yeah, it would probably put him
19    closer to quartile 2 than quartile 1.
20         Q.    Okay.  Let's start with
21    quartile 1.
22               If you look at non-Hodgkin's
23    lymphoma at the top of this page, the
24    relative risk for quartile 1 is 0.76, and the
```

Exhibit D Page - 9

```
 1   confidence interval is 0.57 to 1.01, is that
 2   correct?
 3        A.   Yes.
 4        Q.   Does that mean that for
 5   individuals with a similar exposure profile
 6   to Mr. McCostlin, the Agricultural Health
 7   Study did not find a relationship between
 8   their glyphosate exposure and non-Hodgkin's
 9   lymphoma?
10        A.   Yes, statistically significant,
11   right.
12        Q.   And then let's look at quartile
13   2.  For non-Hodgkin's lymphoma, the relative
14   risk for quartile 2 was 0.87 and the
15   confidence interval is 0.66 to 1.14, is that
16   correct?
17        A.   Yes.
18        Q.   Does that also mean that if
19   Mr. McCostlin were to be put in quartile 2,
20   for individuals with a similar exposure
21   profile to him the Agricultural Health Study
22   did not find a relationship between
23   glyphosate exposure and non-Hodgkin's
24   lymphoma?
```

```
1         A.    Yes.
2               Did you look at the DLBCL,
3    quartile 2?
4         Q.    So that's where we were going.
5               Okay.  Let's turn to diffuse
6    large B-cell lymphoma.  Let's start with
7    quartile 1.  The relative risk for this is
8    1.0, and the confidence interval is 0.55 to
9    1.82, is that correct?
10        A.    Correct.
11        Q.    Does that mean that for
12   individuals with this exposure profile, the
13   Agricultural Health Study did not find a
14   relationship between their glyphosate
15   exposure and diffuse large B-cell lymphoma?
16        A.    Yes.  Again, but he was in
17   quartile 2.
18        Q.    Okay.  So let's look at
19   quartile 2.  And the relative risk here is
20   1.24 and the confidence interval is 0.70 to
21   2.2, is that correct?
22              We didn't hear an answer, I'm
23   sorry.
24        A.    Yes, that's correct.
```

1    Q.    Is that considered a null
2  finding?
3    A.    That's considered not
4  statistically significant.  Again, there are
5  issues with this follow-up study, as you
6  know.
7    Q.    How many years do you maintain
8  Mr. McCostlin was exposed to glyphosate?
9    A.    From 1985 to 2016, 31 years.
10   Q.    And we already agreed, I think,
11 that Dr. Clark estimates Mr. McCostlin's
12 exposure days is between 13 and 33, is that
13 correct?
14   A.    Yes.
15   Q.    So if Mr. McCostlin had at the
16 high end 33 exposure days over 31 years, does
17 that mean that on average he had around one
18 day of exposure per year?
19   A.    Yes.
20   Q.    I'm sharing with you what we
21 marked as Exhibit 17 to your deposition
22 today.
23         (Whereupon, Boyd Exhibit Number
24    17 was marked for identification.)

1   6 -- 36 even.  So if you're simply doing how
2   many exposures per year, he was always well
3   above that.  Not eight-hour exposure days,
4   but the number of days he was exposed per
5   year, which is what that is.
6        Q.    So you disagree with the
7   application of the McDuffie study in its
8   entirety to this case?
9        A.    No, no, no, no, no, no, no, no.
10  I disagree with your interpretation.
11              He had greater than two days
12  per year.  Look at it.  It's not saying
13  eight-hour exposure days, just how many days
14  did he use it.  He used it, as I said, and
15  you can go into the chart, it's right there.
16       Q.    But you agree that there were
17  years where, even according to Dr. Clark,
18  Mr. McCostlin had less than two days of
19  exposure?
20       A.    Yes, but many of them were
21  greater than that.  You know, events per
22  year, it's in the chart, the lowest was six,
23  the highest was 36 events per year.  And
24  that's what you're seeing, how many times per

```
 1   year did he use it.  That's what that chart
 2   reflects.
 3              Unexposed, less than two days
 4   per year or greater than two days per year.
 5   That's the chart.  That's what you're asking.
 6   He was well above that for most of the time
 7   he used it.
 8        Q.    So it's your testimony that out
 9   of these categories, Mr. McCostlin would be
10   correctly placed in the category that
11   averaged more than two days per year?
12        A.    That's correct.
13        Q.    Now I'm sharing with you what
14   will be marked as Exhibit 18 to your
15   deposition.
16              (Whereupon, Boyd Exhibit Number
17        18 was marked for identification.)
18   BY MR. MICHEL:
19        Q.    This is the Plaintiff's
20   Designation of Expert Witnesses in this case.
21   Have you seen this document before?
22        A.    I can't tell you.  I haven't
23   seen the document, so I can't tell you if
24   I've seen it already.
```

```
 1                C E R T I F I C A T E

 2
                     I, MAUREEN O'CONNOR POLLARD, LSR
 3       #473, Registered Diplomate Reporter and
         Notary Public in and for the State of
 4       Connecticut, do hereby certify that there
         remotely came before me on the 14th day of
 5       April, 2023, the person hereinbefore named,
         who was duly sworn to testify to the truth of
 6       their knowledge concerning the matters in
         this cause, and their examination reduced to
 7       typewriting under my direction and is a true
         record of the testimony.
 8
                     I further certify that I am
 9       neither attorney for or related or employed
         by any of the parties to the action, and that
10       I am not a relative or employee of any
         attorney or counsel employed by the parties
11       hereto or financially interested in the
         action.
12


13


14                   [signature: Maureen O Pollard]

15       _____
         MAUREEN O'CONNOR POLLARD, License #473
16       Registered Diplomate Reporter
         Realtime Systems Administrator
17       Notary Commission Expires:  10/31/2027

18


19


20


21


22


23


24
```