# EXHIBIT E

# Transcript of the Testimony of **D. Barry Boyd, M.D.**

**Date:** February 11, 2022

**Case:** Frank v. Monsanto, et al.

Printed On: February 15, 2022

Trambley's Court Reporting
Phone:(505) 292-2120
Email:strambley@windstream.net

Case 3:16-md-02741-VC   Document 17612-6   Filed 12/14/23   Page 3 of 8

Frank v. Monsanto, et al.                    D. Barry Boyd, M.D.
                                              February 11, 2022

Page 1

```
FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

NO:  D-101-CV-2021-00481


 NEAL FRANK,

             Plaintiff,

 vs.

 MONSANTO COMPANY, PHARMACIA CORPORATION,
 SOLUTIA INC., PFIZER, INC., BIG JO TRUE
 VALUE HARDWARE, INC., and JANT GROUP
 III, INC.,

             Defendants.


         VIDEOTAPED DEPOSITION OF D. BARRY BOYD, M.D.
                     VIA ZOOM PLATFORM

                    February 11, 2022
                        9:11 a.m.

            All Participants Appeared Remotely



    PURSUANT TO THE NEW MEXICO RULES OF CIVIL PROCEDURE
 this deposition was:

 TAKEN BY:    MICHAEL W. HOGUE, ESQ.
              ATTORNEY FOR DEFENDANT MONSANTO


 REPORTED BY:    STEPHANIE C. TRAMBLEY, RPR, RMR, CRR
                 NM CCR #90
                 Trambley's Court Reporting
                 P.O. Box 25027
                 Albuquerque, New Mexico 87125
                 (505) 292-2120
                 strambley@windstream.net
```

Frank v. Monsanto, et al.                         D. Barry Boyd, M.D.
                                                  February 11, 2022

```
                                                              Page 2
 1                    A P P E A R A N C E S

 2   For the Plaintiff:

 3      ALLEN M. STEWART, ESQ.
        Allen Stewart, P.C.
 4      1700 Pacific Avenue, Suite 2750
        Dallas, Texas 75201
 5      (214) 965-8700
        astewart@allenstewart.com
 6

 7   For the Defendant Monsanto:

 8      MICHAEL W. HOGUE, ESQ.
        Nelson Mullins
 9      1320 Main Street, 17th Floor
        Columbia, South Carolina 29201
10      (803) 255-9514
        michael.hogue@nelsonmullins.com
11

12   The Videographer:

13      Sam Moir
        Moir Video
14      135 Highway 66 E.
        Albuquerque, New Mexico 87123
15      (505) 916-5071
        moirvideo@comcast.net
16

17

18

19

20

21

22

23

24

25
```

Trambley's Court Reporting            strambley@windstream.net
                        (505) 292-2120

Exhibit E Page - 3

Electronically signed by Stephanie Trambley (001-351-372-2708)                8ec60b3f-b6c5-47c7-a704-0e205473fa4e

Case 3:16-md-02741-VC   Document 17612-6   Filed 12/14/23   Page 5 of 8

Frank v. Monsanto, et al.                D. Barry Boyd, M.D.
                                         February 11, 2022

Page 125

1  you identify that he was spraying Roundup® four times at
2  one to two hours each time; is that right?
3      A.  Yes.
4      Q.  And so is it your opinion then -- or are your
5  opinion based upon him spraying about four to eight
6  hours per year with the -- at that Balsa Drive property
7  in 2013 to 2018?
8      A.  Yes, is that correct.
9      Q.  So Mr. Frank never was exposed to ten hours of
10 glyphosate exposure in any one year, was he?
11     A.  No.
12     Q.  Did Mr. Frank have any significant exposure to
13 any pesticide other than Roundup®?
14     A.  No.
15     Q.  You're familiar with the McDuffie study related
16 to various pesticides in the potential risk of
17 non-Hodgkin lymphoma; is that right?
18     A.  Yes.
19     Q.  And are you aware that the McDuffie study
20 included people whose subjects in the study who reported
21 ten hours or more per year of pesticide spraying?
22            MR. STEWART:  Form objection.  You can
23 answer.  Go ahead.
24     A.  Yes.
25     Q.  (By Mr. Hogue) So, Mr. Frank would have been

Case 3:16-md-02741-VC   Document 17612-6   Filed 12/14/23   Page 6 of 8

Frank v. Monsanto, et al.                           D. Barry Boyd, M.D.
                                                     February 11, 2022

Page 126

1    excluded from the McDuffie 2001 study; is that right?
2             MR. STEWART:  Form objection.
3        A.   He would have.
4        Q.   (By Mr. Hogue) So Mr. Frank's glyphosate exposure
5    level was insufficient to be included in the McDuffie
6    2001 study; is that right?
7             MR. STEWART:  Form objection.
8        A.   Let me go back and calculate it here.  It had to
9    be more than two days per year.  What's the calculation
10   on McDuffie?
11       Q.   (By Mr. Hogue) Are you asking me a question?
12       A.   No, no.  I'm saying that.
13       Q.   Okay.  To be included in the study at all, you
14   had to have more than ten hours of total pesticide
15   exposure in that study; right?
16       A.   Right.
17       Q.   All right, Doctor.  Did your assessment of
18   Mr. Frank's exposure to Roundup® differ in any way than
19   Dr. Sawyer's assessment of hours per year or total
20   hours?
21       A.   I don't believe so.  I'd have to go back and
22   look.
23       Q.   Is there a difference between the amount of time
24   that Mr. Frank was spraying glyphosate and the amount of
25   glyphosate that Mr. Frank actually absorbed into his

Case 3:16-md-02741-VC   Document 17612-6   Filed 12/14/23   Page 7 of 8

Frank v. Monsanto, et al.                          D. Barry Boyd, M.D.
                                                    February 11, 2022

Page 231

```
 1   FIRST JUDICIAL DISTRICT COURT
     COUNTY OF SANTA FE
 2   STATE OF NEW MEXICO

 3   NO:  D-101-CV-2021-00481

 4
      NEAL FRANK,
 5
                 Plaintiff,
 6
      vs.
 7
     MONSANTO COMPANY, PHARMACIA CORPORATION,
 8   SOLUTIA INC., PFIZER, INC., BIG JO TRUE
     VALUE HARDWARE, INC., and JANT GROUP
 9   III, INC.,

10               Defendants.

11
             CERTIFICATE OF COMPLETION OF DEPOSITION
12
        I, STEPHANIE C. TRAMBLEY, RPR, RMR, CRR, NM CCR #90,
13   DO HEREBY CERTIFY that on Friday, February 11, 2022, the
     Deposition of D. BARRY BOYD, M.D., was taken before me
14   at the request of, and sealed original thereof retained
     by:
15
        MICHAEL W. HOGUE, ESQ.
16      ATTORNEY FOR DEFENDANT MONSANTO
        1320 Main Street, 17th Floor
17      Columbia, South Carolina 29201

18   I FURTHER CERTIFY that copies of this Certificate have
     been mailed or delivered to all Counsel, and parties to
19   the proceedings not represented by counsel, appearing at
     the taking of the deposition.
20
        I FURTHER CERTIFY that examination of this transcript
21   and signature of the witness was requested by the
     witness and all parties present.  On 2/15/2022, a letter
22   was mailed or delivered to ALLEN M. STEWART, ESQ.,
     regarding obtaining signature of the witness, and
23   corrections, if any, were appended to the original and
     each copy of the Deposition.
24

25
```

Case 3:16-md-02741-VC   Document 17612-6   Filed 12/14/23   Page 8 of 8

Frank v. Monsanto, et al.                    D. Barry Boyd, M.D.
                                             February 11, 2022

Page 232

1    I FURTHER CERTIFY that the recoverable cost of the
     original and one copy of the Deposition, including
2    exhibits, to MICHAEL W. HOGUE, ESQ., is $_____.

3    I FURTHER CERTIFY that I did administer the oath to
     the witness herein prior to the taking of this
4    Deposition; that I did thereafter report in stenographic
     shorthand the questions and answers set forth herein,
5    and the foregoing is a true and correct transcript of
     the proceeding had upon the taking of this Deposition to
6    the best of my ability.

7    I FURTHER CERTIFY that I am neither employed by nor
     related to nor contracted with (unless excepted by the
8    rules) any of the parties or attorneys in this case, and
     that I have no interest whatsoever in the final
9    disposition of this case in any court.

10

                 _____
11               STEPHANIE C. TRAMBLEY, RPR, RMR, CRR
                 NM CCR #90
12               License Expires:  12/31/2022

13

14

15

16

17

18

19

20

21

22

23

24

25