# EXHIBIT G

```
 1            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
 2

 3



 4

 5

    IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION
 6  Case No. MDL No. 3:16-md-02741-VC

 7
    **************************
 8   ROBERT AND DARYA COTTER,    *
              Plaintiffs,        *
 9                               *  Case No.
     vs.                         *  3:20-cv-03108-VC
10                               *
     MONSANTO COMPANY, et al.,   *
11           Defendants          *
    **************************
12

13

14

15

16       AUDIOVISUAL VIDEOCONFERENCE DEPOSITION
                   OF ROBERT COTTER
17             Friday, January 21, 2022
               11:03 a.m. - 4:07 p.m.
18

19

20

21

22

       --- Deanna L. Veinotte, RPR, CRR, CCP, CRC ---
23             GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

Exhibit G Page - 1

```
 1               A P P E A R A N C E S:
 2
 3   (Counsel, witness, and court reporter appeared
     remotely)
 4
 5   Representing the Plaintiffs:
         THORNTON LAW FIRM LLP
 6       One Lincoln Street, 13th Floor
         Boston, MA  02111
 7       BY:  EVAN R. HOFFMAN, ESQ.
              JASMINE M. HOWARD, ESQ.
 8            MALISSA A. RIEHL, ESQ.
         (617) 720-1333
 9       ehoffman@tenlaw.com
         jhoward@tenlaw.com
10       mriehl@tenlaw.com
11
     Representing the Defendants:
12       SHOOK, HARDY & BACON, LLP
         2555 Grand Blvd.
13       Kansas City, MO  64108
         BY:  TAMMY B. WEBB, ESQ.
14            MATTHEW DONAHUE, ESQ.
              REBECCA OLAND, ESQ.
15       (816) 474-6550
         twebb@shb.com
16       mdonahue@shb.com
         roland@shb.com
17
18
19   Also Present:
20   Patrick Blaskopf, Videographer
21
22
23
24
```

1  He was spraying the trees and the ground and
2  everything, you know.
3      Q.   So you used Roundup from that backpack
4  or tank on the back?
5      A.   Yeah, so you could shoot it up high.
6  It would shoot up like 30 feet.
7      Q.   But you didn't purchase the Roundup
8  that you used at that company?
9      A.   I didn't buy it.
10     Q.   All right.  Did you use Roundup at any
11 other job other than what we've talked about?
12     A.   Not that I can remember.
13     Q.   Okay.  And where did you work before
14 you started the company with Dick?
15     A.   I worked for KSK Engineering.
16     Q.   Okay.  And what did you do there?
17     A.   I was a truck driver.
18     Q.   And where were you driving?
19     A.   I collected money for the company.
20     Q.   You collected money?
21     A.   Weekly I'd go out and collect money
22 from all the different companies that owed them
23 money.  I went around different places.  You're
24 talking a lot of money.  Sometimes millions.

1      Q.    Was it an armored truck?

2      A.    No, no, go and get the checks.

3      Q.    Okay.  How long did you do that?

4      A.    I was there for, like, four years.

5      Q.    And during that time, were you always
6   going out and collecting the money?

7      A.    Yeah, I collected the money.
8   Sometimes I would do measurements, like, go to
9   the MBTAs and measure things.  I used to count
10  the things that were done and take count of
11  what the company did.

12     Q.    Was your title truck driver, or was it
13  something else?

14     A.    I did truck driving, but I'd set up
15  the trucks to go, you know, who had to go
16  where, and then I'd set up -- if somebody
17  called in sick, I'd have to take the truck out.
18  They were flatbed trucks, you know, the 20-foot
19  flatbeds.

20     Q.    And if somebody called in sick and you
21  had to take the truck out, what did you have to
22  do?

23     A.    Make the delivery, you know.  I would
24  just drive it there.  It was union so the union

1  had to unload it.

2  Q.  Okay.  Did you work with any chemicals
3  in this job?

4  A.  No, there was nothing.

5  Q.  And so you did that back until what?
6  You started there in the early '90s?

7  A.  Yeah, yeah.

8  Q.  And what did you do before that?

9  A.  I worked at a dairy delivering milk.

10 Q.  What was the name of that dairy?

11 A.  Hendrickson's Dairy.

12 Q.  What was it?

13 A.  Hendrickson.

14 Q.  And how long did you work there?

15 A.  Since 1974.  I worked there quite a
16 while.

17 Q.  So what was a typical day like for you
18 there?

19 A.  Typical day?  4:00 in the morning.
20 I'd get home at 7:00 at night.

21 Q.  And were you in the car delivering
22 milk all the time?

23 A.  In a truck delivering milk, yeah.  I'd
24 deliver to schools and restaurants and stores.

```
 1                        CERTIFICATE
 2
 3
 4        I, DEANNA L. VEINOTTE, a Registered
      Professional Reporter, do hereby certify that
 5    prior to the commencement of the examination,
      ROBERT COTTER, was duly remotely sworn by me to
 6    testify to the truth, the whole truth and
      nothing but the truth.
 7
          I DO FURTHER CERTIFY that the foregoing is
 8    a verbatim transcript of the testimony as taken
      stenographically by me at the time, place and
 9    on the date hereinbefore set forth, to the best
      of my ability.
10
          I DO FURTHER CERTIFY that I am neither a
11    relative nor employee nor attorney not counsel
      of any of the parties to this action, and that
12    I am neither a relative nor employee of such
      attorney or counsel, and that I am not
13    financially interested in the action.
14        IN WITNESS WHEREOF, I have subscribed my
      name and affixed my seal this 2nd day of
15    February, 2022.
16    _____
      DEANNA L. VEINOTTE, RPR, CRR, CCP, CRC
17    Notary Public
      My Commission expires:  January 29, 2027
18
19
      PLEASE NOTE:
20        THE FOREGOING CERTIFICATION OF THIS
      TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION
21    OF THE SAME BY ANY MEANS UNLESS UNDER THE
      DIRECT CONTROL AND/OR DIRECTION OF THE
22    CERTIFYING REPORTER.
23
24
```