# EXHIBIT M



Deposition of:

# D. Barry Boyd, M.D.

*January 21, 2022*

In the Matter of:

# Constantine, Timothy v. Monsanto Company

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

```
                                                         Page 1
 1             COMMONWEALTH OF MASSACHUSETTS
 2     BARNSTABLE, ss            SUPERIOR COURT DEPARTMENT
                                 OF THE TRIAL COURT
 3
 4     TIMOTHY CONSTANTINE,      )
                                 )
         Plaintiff,              )
 5                               )
       vs.                       ) CIVIL ACTION NO.
 6                               )
       MONSANTO COMPANY, et      ) 1972CV00277
 7     al.,
                                 )
 8       Defendants.             )
 9
10
11
12
13        VIDEOTAPED DEPOSITION OF D. BARRY BOYD, M.D.
14                  (Taken by Defendants)
15                    January 21, 2022
16                       10:00 a.m.
17
18
19
20
21
22
23
24
25     Reported by:   Debra M. Druzisky, CCR-B-1848
```

Page 2

```
 1              APPEARANCES OF COUNSEL
 2    On behalf of the Plaintiff:
 3       DAVID BRICKER, Esq.
         Thornton Law Firm
 4       9595 Wilshire Boulevard, Suite 900
         Los Angeles, California  90212
 5       (310) 282-8676
         dbricker@tenlaw.com
 6
 7    On behalf of the Defendants:
 8       JOSEPH E. FORNADEL, III, Esq.
         Nelson, Mullins, Riley & Scarborough
 9       1320 Main Street, 17th Floor
         Columbia, South Carolina  29201
10       (803) 255-9227
         joe.fornadel@nelsonmullins.com
11
         -and-
12
         MELISSA NOTT DAVIS, Esq.
13       Shook, Hardy & Bacon
         125 Summer Street, Suite 1220
14       Boston, Massachusetts  02110
         (617) 531-1673
15       mndavis@shb.com
16       -and-
17       NEIL S. BROMBERG, Esq.
         Hollingsworth, LLP
18       1350 I Street Northwest
         Washington, D.C.  20005
19       (202) 898-5805
         nbromberg@hollingsworthllp.com
20
21    Also Present:
22       Jonathan Miller, videographer
23                    --oOo--
24
25
```

Page 127

```
 1       A.   No.  In --
 2            MR. BRICKER:  Form.
 3            THE WITNESS:  No.  In fairness, the
 4       obesity from that InterLymph study, there
 5       are other studies indicating there's some
 6       relationship, but his obesity was
 7       borderline.
 8            He was actually -- except for one
 9       point that was years before when he was --
10       obesity was much heavier.  So his weight
11       was, you know, really right on the border
12       of overweight and obese, between 30 and 31
13       for the -- most of that time.
14   BY MR. FORNADEL:
15       Q.   Now, did you consider the role of random
16   mutations in the development and continuation of
17   his LPL?
18       A.   Always.  That's one of the considerations.
19   That's one of your favorite experts, Dr. Thomas
20   Eddy, who I --
21       Q.   And --
22       A.   -- greatly respect.
23       Q.   -- you'd agree with me that there is some
24   background risk of developing LPL without any
25   external input?
```

1   full-blown plasma cells that make IgG.
2       Q.   And Doctor, to return to my question,
3   though, is there any way to quantitatively compare
4   the risks posed by the -- all the risk factors we
5   discussed previously with the risk you believe is
6   posed by Roundup?
7       A.   No.
8            MR. BRICKER:  Form.
9            THE WITNESS:  My only answer to that
10       is the quantity of his exposure in
11       relationship to the timing of the
12       evolution from minimal lymphadenopathy in
13       '11 and '7 to what was substantial
14       lymphadenopathy when he was diagnosed 2017
15       and 2018.  And that followed his very
16       heavy exposure when he was working on Mann
17       Farm.
18   BY MR. FORNADEL:
19       Q.   All right.  Doctor, one more question on
20   Dr. Gurevich and Mr. Constantine's other treating
21   physicians.  There's no evidence that they looked
22   to I.A.R.C. in advising Mr. Constantine or
23   informing their treatment, did they?
24       A.   My guess is they never read or even could
25   tell you who -- what I.A.R.C. is.

Page 196

1        R E P O R T E R   C E R T I F I C A T E
2   STATE OF GEORGIA )
    COBB COUNTY      )
3
4            I, Debra M. Druzisky, a Certified Court
    Reporter in and for the State of Georgia, do hereby
5   certify:
             That prior to being examined, the witness
6   named in the foregoing deposition was by me duly
    sworn to testify to the truth, the whole truth, and
7   nothing but the truth;
             That said deposition was taken before me
8   at the time and place set forth and was taken down
    by me in shorthand and thereafter reduced to
9   computerized transcription under my direction and
    supervision.  And I hereby certify the foregoing
10  deposition is a full, true and correct transcript
    of my shorthand notes so taken.
11           Review of the transcript was requested.
    If requested, any changes made by the deponent and
12  provided to the reporter during the period allowed
    are appended hereto.
13           I further certify that I am not of kin or
    counsel to the parties in the case, and I am not in
14  the regular employ of counsel for any of the said
    parties, nor am I in any way financially interested
15  in the result of said case.
             IN WITNESS WHEREOF, I have hereunto
16  subscribed my name this 25th day of January, 2022.
17
18
19
                    _____
20                  Debra M. Druzisky
21                  Georgia CCR-B-1848
22
23
24
25