Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Alyne Griffiths v. Monsanto Co.,*<br>Case No. 3:20-cv-07736-VC | CASE NO.: 3:16-md-02741-VC<br><br>**PLAINTIFF ALYNE GRIFFITHS' MOTION TO MOVE HER CASE TO ANOTHER WAVE OR SUB-WAVE** |
|---|---|

## PLAINTIFF ALYNE GRIFFITHS' MOTION TO MOVE HER CASE TO ANOTHER WAVE, SUB-WAVE, OR OTHER RELIEF THE COURT DEEMS JUST AND PROPER

Plaintiff Alyne Griffiths ("Plaintiff") hereby respectfully requests the Court to move her case to another Wave, sub-Wave, or otherwise permits the current deadlines for her case to be extended.

1. Plaintiff is currently in Wave 7A. (Declaration of Michael K. Teiman ("Teiman Decl."), ¶ 2.) Per the Court's August 30, 2023, order, Plaintiff's immediately relevant deadlines under this Wave are January 8, 2024 (close of fact discovery), January

12, 2024 (Plaintiff's expert reports due), and March 13, 2024 (close of expert discovery).

2. Plaintiff and defendant Monsanto Co. ("Defendant") have diligently sought discovery in this case. Plaintiff has completed the Plaintiff Fact Sheet, produced almost 6,000 pages of documents, provided all needed authorizations, and her son's deposition was taken on April 25, 2023. (Teiman Decl., ¶ 3.)

3. Unfortunately, Plaintiff passed away, and Plaintiff's counsel has not been able to contact Plaintiff's son, Donald Griffiths – her heir and successor in interest, for multiple months. The last contact from Donald to Plaintiff's counsel being in August 2023. (Teiman Decl., ¶ 4.)

4. Plaintiff's counsel's office has made multiple efforts to contact Donald, such as phone calls, emails, and letters (to multiple addresses). He has not responded to any of these, even though these correspondences sought immediate response. Further, Plaintiff's counsel's office has employed an investigator in an effort to locate him. (Teiman Decl., ¶ 5.)

5. Plaintiff's counsel is concerned that Donald may be admitted into some kind of healthcare facility because he has been on dialysis. Thus, there is a genuine fear that his medical condition has resulted in his unavailability. (Teiman Decl., ¶ 6.)

6. Donald's unavailability has affected Plaintiff's counsel's ability to conduct their due diligence discovery investigation and poses an obstacle to obtaining expert reports because he is Plaintiff's successor in interest and heir. (Teiman Decl., ¶ 7.)

7. Defendant's counsel stated that they would not object to moving Plaintiff's case to another sub-Wave, such as Wave 7G. (Teiman Decl., ¶ 8, Ex. 1.)

///
///
///
///
///
///

**PLAINTIFF'S MOTION TO MOVE TO ANOTHER WAVE, SUB-WAVE**

8. Plaintiff requests the Court to move her case to Wave 7G as this would provide more time (approximately 5 months) for Plaintiff's counsel to find Donald and appropriately represent Plaintiff's case. Should Wave G be deemed unsuitable for some reason, Plaintiff requests to be moved to another sub-Wave, another Wave (e.g., Wave 8), or other relief as the Court deems just and proper.

Dated:  December 13, 2023

**BISNAR | CHASE LLP**

By: */s/ Michael K. Teiman*
Brian D. Chase
Michael K. Teiman
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE
*Alyne Griffiths v. Monsanto Company*
**UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
Case No. 3:20-cv-07736-VC | MDL Case No. 3:16-md-02741-VC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1301 Dove Street, Suite 120, Newport Beach, CA 92660. On **December 14, 2023**, I served true copies of the following document(s) described as:

- **PLAINTIFF ALYNE GRIFFITHS' MOTION TO MOVE HER CASE TO ANOTHER WAVE OR SUB-WAVE**
- **DECLARATION OF MICHAEL K. TEIMAN IN SUPPORT OF PLAINTIFF ALYNE GRIFFITHS' MOTION TO MOVE HER CASE TO ANOTHER WAVE OR SUB-WAVE**
- **ORDER GRANTING PLAINTIFF ALYNE GRIFFITHS' MOTION TO MOVE HIS CASE TO ANOTHER SUB-WAVE**

on the interested parties in this action as follows:

(X)   **VIA CM/ECF ELECTRONIC FILING SYSTEM**: I transmitted via the Internet a true copy(s) of the above-entitled documents(s) to the CM/ECF system of the United States District Court for the Northern District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **December 14, 2023**, at Newport Beach, California.

*/s/ Anthony Scotto*
ANTHONY SCOTTO