Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Alyne Griffiths v. Monsanto Co.,*<br>Case No. 3:20-cv-07736-VC | CASE NO.:  3:16-md-02741-VC<br><br>**DECLARATION OF MICHAEL K. TEIMAN IN SUPPORT OF PLAINTIFF ALYNE GRIFFITHS' MOTION TO MOVE HER CASE TO ANOTHER WAVE OR SUB-WAVE** |
|---|---|

**DECLARATION OF MICHAEL K. TEIMAN**

I, Michael K. Teiman, declare the following:

   1.   I am an attorney at law duly licensed to practice before all courts of the State of California.  I am an attorney at BISNAR | CHASE LLP, attorneys of record for the Plaintiff Alyne Griffiths ("Plaintiff") herein.  If called upon as a witness, I can and will competently testify to the following from my own personal knowledge.

   2.   Plaintiff's case is currently in Wave 7A in this Court.

3. My office and defendant Monsanto Co. ("Defendant") have diligently sought discovery in this case. Plaintiff has completed the Plaintiff Fact Sheet, produced almost 6,000 pages of documents, provided all needed authorizations, and her son's deposition was taken on April 25, 2023.

4. Plaintiff passed away, and her heir and successor in interest is her son, Donald Griffiths. My office has not been able to contact Donald for multiple months. The last contact from Donald to my office being in August 2023.

5. My office has made multiple efforts to contact Donald, such as phone calls, emails, and letters (to multiple addresses). He has not responded to any of these, even though these correspondences sought immediate response. Further, my office has employed an investigator in an effort to locate him.

6. I am concerned that Donald may be admitted into some kind of healthcare facility because he has been on dialysis. Thus, there is a genuine fear that his medical condition has resulted in his unavailability.

7. Donald's unavailability has affected my office's ability to conduct our due diligence discovery investigation and poses an obstacle to obtaining expert reports because he is Plaintiff's successor in interest and heir.

8. Defendant's counsel stated in an email that they would not object to moving Plaintiff's case to another sub-Wave, such as Wave 7G. A true and correct copy of my email correspondence with Defendant's counsel is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2023, in Newport Beach, CA.

*/s/ Michael K. Teiman*
Declarant