1  Brian D. Chase (SBN 164109)
   bchase@bisnarchase.com
2  Michael K. Teiman (SBN 319524)
3  mteiman@bisnarchase.com
   **BISNAR | CHASE LLP**
4  1301 Dove Street, Suite 120
5  Newport Beach, CA 92660
   Tel: (949) 752-2999
6  Fax: (949) 752-2777
7
8  *Attorneys for Plaintiff*
9
10                    **UNITED STATES DISTRICT COURT**
11
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12

| 13 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NO.:  3:16-md-02741-VC |
|---|---|---|
| 14 | | **ORDER GRANTING PLAINTIFF ALYNE GRIFFITHS' MOTION TO MOVE HIS CASE TO ANOTHER SUB-WAVE** |
| 15 | This document relates to: | |
| 16 | *Alyne Griffiths v. Monsanto Co.,* Case No. 3:20-cv-07736-VC | |
| 17 | | |
| 18 | | |
| 19 | | |

20  **ORDER GRANTING PLAINTIFF ALYNE GRIFFITHS' MOTION TO MOVE**
21                    **HER CASE TO ANOTHER SUB-WAVE**
22       Plaintiff Alyne Griffiths' motion to move her case from Wave 7A to 7G is
23  GRANTED.
24       **IT IS SO ORDERED**.
25       Dated this ___ day of December 2023.
26                                         _____
27                                         JUDGE VINCE CHHABRIA
28