# EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   *************************

 5   IN RE:  ROUNDUP PRODUCTS      MDL No. 2741

 6   LIABILITY LITIGATION

 7   *************************    Case No.

 8   GERALD NELSON, ET AL V.      MDL No.

 9   MONSANTO COMPANY             3:16-md-02741-VC

10

11   Case No.

12   3:19-cv-04576-VC

13   *************************

14

15

16

17            REMOTE VIDEOTAPED DEPOSITION OF

18                   D. BARRY BOYD, MD

19                    December 1, 2023

20                        1:02 p.m.

21

22

23

24

25
```

```
 1                    APPEARANCES

 2

 3   MARINA BATALIAS, ESQUIRE

 4   Nelson Mullins Riley & Scarborough, LLP

 5   901 East Byrd Street, Suite 1650

 6   Richmond, VA 23219

 7   (804) 533-4614

 8   Marina.Batalias@nelsonmullins.com

 9        Counsel for Defendant

10

11   CHRISTIAN UEHLEIN, ESQUIRE

12   Thornton Law Firm, LLP

13   84 State Street, 4th Floor

14   Boston, MA 02109

15   (617) 720-1333

16   cuehlein@tenlaw.com

17        Counsel for Plaintiff

18

19   Also Present:

20   James Vonwiegen, Videographer

21

22

23

24

25
```

```
 1   know, a -- an illness.  That's the Tomasetti argument
 2   about bad luck.  Not -- not good enough.
 3   BY MS. BATALIAS:
 4      Q.  Are you offering any opinions about Mr. Nelson's
 5   Roundup exposure history?
 6              MR. UEHLEIN:  Objection.
 7              THE WITNESS:  The history has been outlined
 8   already.  And certainly, his commercial exposures were
 9   significant and enough to clearly link to an association
10   with Non-Hodgkin's lymphoma.
11   BY MS. BATALIAS:
12      Q.  Right.  But you didn't calculate a specific dose
13   of glyphosate-based herbicides that Mr. Nelson experienced
14   over the years, did you?
15      A.  How do you mean, calculate?  I calculate- -- I --
16   I reviewed his exposures.  I carefully went over it.  I
17   did my own calculations up until diagnosis.  I didn't
18   measure how much glyphosate he got on his skin --
19      Q.  Right.
20      A.  -- the exact amount he received, but I do know the
21   level of exposure that is used often when we compare it to
22   the epidemiology.
23      Q.  So you have no opinion about how much glyphosate
24   may have penetrated his skin.  Correct?
25              MR. UEHLEIN:  Objection.
```

```
 1                THE WITNESS:  That could be calculated by
 2   a -- a toxicologist, but that was not my job.  But he had
 3   significant exposure over prolonged periods of time.
 4   BY MS. BATALIAS:
 5       Q.  You would defer to Mr. Herrick on the calculation
 6   of an exposure metric.  Right?
 7       A.  Yes.  As I've said, one difficulty that I -- I had
 8   to recalculate because he looked at his total exposures.
 9   He didn't look at his exposure up until diagnosis.  And so
10   when you're looking at causality, you can't look at
11   post-diagnosis exposure, which he had in his calculations.
12   So I had to reanalyze that based on the exposure up until
13   2009, when he was first diagnosed with CLL.
14       Q.   Okay.  So if we did those calculations that you're
15   discussing from 1997 to 2009, I believe for his
16   landscaping business, we said it was -- or we estimate 60
17   to 80 applications per year for his landscaping business
18   based on the three to four times per week for five months,
19   which is about 20 weeks.
20            Does that sound right?
21       A.  Yes.
22       Q.  I know I just threw a bunch of math at you, so
23   feel free to correct me.
24       A.  Recalculated based on the Herrick report and --
25   and reanalyze it based on pre-diagnosis exposure.  And I
```

```
 1   can tell you what his pre-diagnosis exposure was from
 2   commercial.  Just the commercial.
 3         From 1997 to 2009, he had 13 years of exposure.
 4   13 seasons.  Right?
 5      Q.  Uh-huh.
 6      A.  His total number of exposure days was 913.5.
 7   Okay?  Now, if you -- the total in general was calculated
 8   by -- by -- as 1,050.  That was the -- that was the
 9   Herrick report.  But that did not recognize that -- you
10   can't include time, the number of days of exposure after
11   diagnosis; it had to be all before.  You can't base
12   causality, as I said, again, on post-diagnosis.
13         The median eight-day, eight-hour exposure days
14   range between 9.1 and 43.36 with a median of 26 eight-hour
15   exposure days.  Now, that's just the commercial.  Then I
16   looked at his -- you know, it was smaller, obviously, for
17   residential.
18         The important thing too is he had a substantial
19   amount of exposure even when you -- even when you
20   recalculate it up until date of diagnosis and the latency.
21   From 1997 to 2009 was 13 years, so it's well within the
22   10-to-20-year range of exposures.
23         The latency of exposure that -- particularly --
24   and that's most important if you look at the -- the last
25   Erickson report on glyphosate and Non-Hodgkin's lymphoma.
```

 1   And he said it was a 10-to-20-year latency that raised

 2   risk.  And that was newer, looking at three case control

 3   reports, a lot of -- abundance of patients, that showed a

 4   substantial and statistically significant association

 5   between glyphosate and Non-Hodgkin's lymphoma with a

 6   10-to-20-year latency.  And he fits right within that

 7   latency of exposure for causation, and that was a

 8   statistically significant association.

 9       Q.  Let's -- let's break down a little bit of what you

10   just discussed.

11           So as part of his -- just his landscaping

12   business, let's say, he testified three to four

13   applications per week varying from five to 40 minutes of

14   spraying time.  Right?

15           And I'm not trying to trick you.  That is what you

16   put in your report on page 14.

17       A.  They're all tricky calculations, but, I mean, the

18   issue is what's the range and where is it relative to what

19   we know produces risk.  You know, I've had patients where

20   the risk is harder to imagine based on exposures.  This is

21   a substantial level of exposure in his work.

22       Q.  Well, let's walk through it.

23           So it's three to four days per week of five to 40

24   minutes of spraying time.  We can agree on that?

25       A.  Yep.

```
 1   in his medical records that you --
 2      A.   -- his Roundup exposures.  That's a mis- -- his
 3   misunderstanding what they were asking, period.
 4      Q.   Dr. Boyd, you performed a differential diagnosis
 5   on Mr. Nelson?
 6           And correct me if I'm wrong --
 7               MR. UEHLEIN:  Did we get -- I'm sorry, did
 8   we get an answer to that question?  I didn't hear it.
 9               MS. BATALIAS:  Oh, I thought I heard a yes.
10   Sorry.
11               THE WITNESS:  What you're asking is, did I
12   look at a -- other potential causations in his -- his CLL?
13   BY MR. BATALIAS
14      Q.   Yes.  And that's a differential diagnosis.
15   Correct?
16      A.   Yeah, he had a very -- he had an interesting
17   family history.  His father was 95 with CL- -- with a --
18   with a B-cell lymphoma, 95.  We traditionally think of
19   familial risk as being in their 40s or 50s.  And so that
20   was well before -- that is way beyond what we normally
21   would think of as being a familial risk factor.
22      Q.   Are you saying that Mr. Nelson's father developed
23   his lymphoma when he was 95?
24      A.   Well, he may have had it earlier, but, you know,
25   we don't know that he had -- he certainly didn't have it
```

```
 1   in his 40s.
 2      Q.  Is there a medical record that supports that
 3   statement?
 4      A.  No.  I'm just arguing the natural history of
 5   lymphoma.
 6      Q.  Okay.  So you don't actually know when
 7   Mr. Nelson's father developed his lymphoma.  Correct?
 8              MR. UEHLEIN:  Objection.
 9              THE WITNESS:  -- apparently was diagnosed.
10   BY MS. BATALIAS:
11      Q.  What was that?  Sorry, I didn't hear your answer.
12      A.  Only presumptively that he had it at age 95.
13   That's in the family history.  I can't tell you.  But, you
14   know, it's rare to have somebody with -- at age 95 to say,
15   "I've had -- I've had lymphoma since I was 24."
16      Q.  Okay.
17      A.  It's arguing about age and hereditary risk.
18      Q.  Right.  There's also -- gender and ethnicity are
19   considered risk factors for NHL.  Correct?
20      A.  Male more than female, yeah.
21      Q.  And it's also more common among, you know, whites
22   or Caucasians than other ethnic groups?
23      A.  Yes.
24      Q.  So is it fair to say that Mr. Nelson's gender and
25   ethnicity put him at an increased risk for developing NHL?
```

```
 1      A.   It's fair to say that it put him in a group that

 2   more often will be diagnosed with NHL, that's all.  But,

 3   you know, that's not the cause.  That is a group that

 4   is -- that -- where it's seen in higher levels.

 5      Q.   And as patients get older, their risk of cancer

 6   increases.  Correct?

 7      A.   Yes.

 8      Q.   That's true for NHL too?

 9      A.   Yeah.  And that's what we call a time risk, not an

10   age risk.  If you look at populations that are not

11   Western, they don't share that same risk.  It's time.

12   It's time within the Western lifestyle.  And in this case,

13   the long prolonged exposures over time lead to the

14   eventual development of malignancy.  That's why it takes

15   time.  It's a multistage process.

16      Q.   People's cells replicate more as they age.  Right?

17      A.   No, not necessarily.  They may actually slow down.

18      Q.   And Mr. Nelson was diagnosed with NHL at the age

19   of 69.  Right?

20      A.   Correct.

21      Q.   And 69 is not an unusual age to see a patient with

22   NHL.  Correct?

23      A.   Correct.

24      Q.   And 60s and 70s, is it fair to say, are the most

25   common age for someone to be diagnosed with NHL?
```

```
 1      A.   For NHL?  Used to be colon cancer, pancreatic
 2   cancer, breast cancer.  Age is not the cause.  It's time,
 3   because it takes many years with often exposures.  It is a
 4   time-dependent event that requires multiple stages before
 5   you get an overt malignancy.  That's what I teach at Yale;
 6   it's time, not age.  And we know this from analyzing other
 7   populations at low, low risk.  They don't get the same
 8   high risk as we do because their exposures are different.
 9      Q.   And we talked a little bit about this before, but
10   Mr. Nelson actually has a family history of cancer.
11   Correct?
12      A.   Yes.
13           MR. UEHLEIN:  Objection.
14   BY MS. BATALIAS:
15      Q.   Specifically lymphomas, we discussed his father
16   dying of lymphoma at 95.  Right?
17      A.   Yes.
18      Q.   And his mother appears also -- strike that.
19   Sorry.
20           And it appears his mother also developed a B-cell
21   lymphoma as well.  Right?
22      A.   I'm not as convinced that she actually had a
23   B-cell.  I don't see that that was documented fully.  I
24   think what was documented is that she had bleeding from
25   her shoulder, and there was a question mark.  But I don't
```

1  have any of those records to say that she actually had a
2  B-cell lymphoma.
3      Q.  Did you --
4      A.  -- a question, but I don't -- I didn't see the
5  record.
6      Q.  Did you review Mr. Nelson's medical records?
7      A.  I reviewed that information about his family
8  history.
9      Q.  Okay.  And his grandmother also developed
10 leukemia.  Correct?
11     A.  She was transfusion-dependent.  His grandmother
12 was getting transfusions, but she had -- I don't know
13 whether she had MDS like he had or whether she had another
14 diagnosis.
15     Q.  Despite this, you ruled out family history as a
16 risk factor in your report.  Right?
17     A.  Based on the age because, again, we see this over
18 and over again, that family history represents a higher
19 risk when the onset of the disease occurs at a younger
20 age.
21         So you can look at familial risk factors for
22 breast cancer, and it's usually women who are younger.
23 The risk will continue to go up as they get older, but the
24 majority of those risk factors -- the predictor of risk of
25 a familial gene causing a cancer is younger age at onset.

```
 1     A.   Yes.
 2     Q.   Is it fair to say that dose matters in determining
 3   the likelihood that Roundup caused a particular person's
 4   NHL?
 5     A.   Partly, yes.  Dose and duration.  Certainly, the
 6   Zhang -- and the Zhang studies have shown that -- that the
 7   greater the intensity of exposure, it plays a role in, you
 8   know, in analyzing the case control and the agricultural
 9   health study, when she looked at that from a dosage
10   standpoint.  But the duration plays a role too; how long
11   you've been exposed.
12     Q.   So in other words, your opinion is dependent upon
13   the underlying actual amount of Roundup that Mr. Nelson
14   was exposed to.  Right?
15             MR. UEHLEIN:  Objection.
16             THE WITNESS:  Based on the traditional
17   epidemiology related to exposure and risk, which is total
18   days of exposure and duration of exposure.  And we don't
19   want to go back over and recalculate that, because we have
20   that in there.  Right?
21   BY MS. BATALIAS:
22     Q.   Exactly.
23          Does it matter to your opinion what percentage of
24   the Roundup formulation Mr. Nelson used was water?
25     A.   Well, you know, you mix it, as he did, in water.
```

```
 1   know, payment for that.
 2       Q.   Okay.  And you didn't do a quantitative exposure
 3   analysis for Mr. Nelson?
 4       A.   Other than my recalculation of his exposure up
 5   until the date of diagnosis, and that was based on just
 6   adjusting the exposure calculations that -- that
 7   Mr. Herrick did -- Dr. Herrick, I should say.  And I
 8   didn't do --
 9       Q.   Sorry, you can finish your statement.
10       A.   Yeah, I didn't do -- I just readjusted the
11   exposure calculations based on the -- the amount of
12   exposure up until the date of diagnosis.
13       Q.   And you did not calculate how much Roundup
14   actually got through Mr. Nelson's skin?
15       A.   No, I don't think anybody did or can.
16       Q.   A person with Mr. Nelson's medical history could
17   still develop NHL even if he never used Roundup.  Correct?
18       A.   It can happen, yes.  Again, the probabilities are
19   going to change based on exposures.  So he would have been
20   far less likely to get it had he not had that long
21   exposure to a known NHL carcinogen.
22               MS. BATALIAS:  Can we take like a
23   five-minute break for me to just review my notes really
24   quick and make sure I'm covering everything?
25               MR. UEHLEIN:  No problem.
```

```
 1    STATE OF CONNECTICUT

 2    HARTFORD, SS.

 3

 4            I, Esmeralda Guzman, a Certified Shorthand

 5    Reporter and Notary Public in and for the State of

 6    Connecticut, do hereby certify that the foregoing

 7    transcript of the REMOTE VIDEOTAPED DEPOSITION OF

 8    D. BARRY BOYD, MD, having previously been sworn on

 9    December 1, 2023, is true and accurate to the best of my

10    knowledge, skill, and ability.

11            I further certify that I am not a relative

12    or employee or attorney or counsel of any of the parties

13    hereto, nor am I a relative or employee of such attorney

14    or counsel; nor do I have any interest in the outcome or

15    events of this action.

16            IN WITNESS WHEREOF, I have hereunto set my hand

17    and seal this 11th day of December, 2023.

18

19

20
                                             ESMERALDA GUZMAN
21

22

23    My Commission Expires:

24    September 30, 2025

25
```