# EXHIBIT C

D. Barry Boyd, MD
_____

07/18/2022

David Strouss, Esq.
Thornton Law Firm
One Lincoln Street
Boston, MA 02111

Re: Gerald Nelson v. Monsanto Company

Dear Mr. Strouss:

As requested, I am providing this report detailing my opinions about Mr. Gerald Nelson's allegations regarding the role of Roundup™ (glyphosate) in the development of his mantle cell lymphoma.

-------------------------------------------------------------------

**TABLE OF CONTENTS**

I.   **MATERIALS REVIEWED**
     A.   **Medical Records**
     B.   **Deposition Transcripts**
     C.   **Non-Deposition Legal**
     D.   **Expert Reports**

II.  **MEDICAL HISTORY**

III. **EXPOSURE HISTORY**
     A.   **Non-Glyphosate Exposures**
          1.   **Residential Etiology**
          2.   **Occupational Etiology**
          3.   **Other Etiologies (e.g., Hobbies)**
     B.   **Glyphosate (Roundup™) Exposures**
          1.   **Residential Etiology**
          2.   **Occupational Etiology**
          3.   **Other Etiologies (e.g., Hobbies)**

IV.  **LYMPHOMA—MEDICAL AND SCIENTIFIC BACKGROUND**
     A.   **Biology of Lymphoma Development**
     B.   **Pesticide Exposure and Development of Non-Hodgkin Lymphoma**
          1.   **Cellular and Animal Studies**
          2.   **Epidemiologic Studies Documenting Risk of Non-Hodgkin Lymphoma with Agricultural Occupation**
          3.   **Epidemiologic Studies Assessing Risk of Non-Hodgkin Lymphoma with Glyphosate Exposure**
          4.   **Position Statements from Agencies**

Exhibit C Page - 1

**V.**   **ANALYSIS**
   **A.**   **Mr. Nelson's Non-Chemical Exposures and Risk Factors**
      **1.**   **Mr. Nelson's Non-Modifiable Risk Factors (Age, Gender, Heredity/Inherited Risks)**
      **2.**   **Mr. Nelson's Modifiable Risk Factors**
         a.   *Tobacco and Alcohol Use*
         b.   *Obesity*
         c.   *Diabetes Mellitus*
         d.   *Infectious Agents*
         e.   *Autoimmune Inflammatory Diseases*
         f.   *Other Medical History*
   **B.**   **Mr. Nelson's Chemical Exposures**
      **1.**   **Non-Glyphosate Exposures**
         *a.*   *Pesticides Other Than Glyphosate*
         *b.*   *Other Chemicals*
      **2.**   **Glyphosate (Roundup™) Exposures**

**VI.**   **CONCLUSIONS**

**REFERENCES**
----------------------------------------------------------------------

# I.   MATERIALS REVIEWED

## A.   Medical Records

Peter Ostrow, MD, pulmonology, Beth Israel Deaconess Medical Center–Needham Village, Needham, MA

Meghan York, MD, cardiology, Cardiovascular Institute, Beth Israel Deaconess Hospital–Needham Campus, Needham, MA

Christopher Boyd, MD, general surgery, Beth Israel Deaconess Hospital–Needham Campus, Needham, MA

Earl Yunes, MD, internist, Beth Israel Deaconess Hospital–Needham Campus, Needham, MA

Erin DeRose, MD, oncology, Beth Israel Deaconess Hospital–Needham Campus, Needham, MA

Mark Huberman, MD, oncology, Beth Israel Deaconess Hospital–Needham Campus, Needham, MA

Salvia Jain, MD, oncology, Beth Israel Deaconess Hospital, Boston, MA

Mary Ann Stevenson, MD, PhD, radiation oncology, Beth Israel Deaconess Hospital, Boston, MA

Jessica Mosher, MD, Mohs surgery, Newton-Wellesley Hospital, Newton, MA

## B.   Deposition Transcripts

Gerald Nelson

## C.   Non-Deposition Legal

Plaintiff Fact Sheet

Discovery responses

## D.   Expert Reports

Robert Herrick, Sc.D., CIH, FAIHA

Exhibit C Page - 2

## II.  MEDICAL HISTORY

Mr. Nelson (date of birth ▮▮▮▮▮▮▮) had a remote medical history of inguinal hernia and hypospadias repair as a child. He did not drink alcohol, never used tobacco, and never used recreational drugs. For the past 15-20 years, he has eaten red meat 3-4 times per week, eaten some fish, and limited his intake of processed meat. He was not obese. He lived with his wife and had 3 children and 9 grandchildren. He worked as a landscaper.

Mr. Nelson's father died at age 82 years of B-cell lymphoma. His mother died at age 85 years following excessive bleeding due to factor VIII deficiency after shoulder surgery. She may have had a lymphoproliferative process, but this was never confirmed. His paternal grandmother died in her late 80s, in 1964. She had a chronic "blood disorder" diagnosed at some point in the 1950s and was transfusion dependent for several years prior to her death.

In 08/2009, Mr. Nelson had routine labs that showed an elevated WBC of 15 with 60% lymphocytes.

On 12/04/2009, Mr. Nelson underwent bilateral bone marrow aspirate and biopsy. Pathology reported a hypercellular marrow for age with involvement by chronic lymphocytic leukemia/small lymphocytic leukemia (CLL/SLL). Lymphoma cells comprised 60% of total gated events. These cells were dim kappa-restricted CD5 positive, CD23 positive B cells consistent with CLL. Cytogenetics were normal with a chromosome count of 46, XY. The WBC was increased including 66% lymphocytes, 30% neutrophils, 2% monocytes, and 2% eosinophils.

On 08/16/2011, Mr. Nelson established care with Erin DeRose, MD, for his CLL/SLL. He had no history of adenopathy, fevers, night sweats, infections, bleeding, or splenomegaly. Dr. Yunes had been following Mr. Nelson every 4 months with no treatment. Labs revealed WBC 16.7 including 68.1% lymphocytes 27.5% neutrophils 3.3% monocytes and 0.9% eosinophils, Hgb 13.2, platelets 178, and LDH 186. Since there were no changes in labs and an absence of adenopathy, fevers, night sweats or infections, he was to be followed every 4 months.

On 12/20/2011, Mr. Nelson underwent recurrent right inguinal hernia repair with appendectomy. He had a prior history of a right inguinal hernia repair with hypospadias repair and bladder surgery "as a child." He tolerated the procedure well.

On 01/25/2012, Mr. Nelson was seen for routine oncology follow up. He complained of worsening chronic cough with no associated fever, dyspnea, or sore throat. He attributed the cough to burning shrubbery and the associated smoke. Labs performed 01/19/2012 revealed a WBC 24.1 (stable), Hgb 12.7, and platelets 204. Overall, he was doing well.

Exhibit C Page - 3

On 04/23/2012, Mr. Nelson was seen for routine oncology follow up. Previous labs, performed on 04/04/2012, noted a stable WBC 24.4 including 64% lymphocytes, 27% neutrophils, 5% atypical lymphocytes, 3% monocytes, 1% eosinophils and few smudge cells, Hgb 12.9, and platelets 184. He was doing well overall.

On 07/23/2012, Mr. Nelson was seen for routine oncology follow up. He had no complaints. His labs were notable for WBC 27.8, Hgb 13.1, and platelets 190. Immunoglobulin levels were normal. Overall, he was feeling good with no symptoms from CLL. He was continued on conservative observation.

On 10/22/2012, Mr. Nelson was seen for routine oncology follow up. He had no complaints and no symptoms of his underlying CLL. His labs were notable for WBC 30.4 (increased from 27.8 previously) including 80.2% lymphocytes 16.9% neutrophils 2.3% monocytes 0.5% eosinophils 0.1% basophils. Other lab parameters were normal. He was to have closer follow up given the change in WBC.

On 12/17/2012, Mr. Nelson was seen for routine oncology follow up. He reported that he had suffered a spontaneous fracture of his metatarsal bone. He had mild foot swelling confirmed by x-ray on 12/12/2012. He otherwise had no complaints. His WBC had increased to 39.7 from 30.4; his rate of rise had nearly doubled in a year. Other lab parameters were stable and within normal limits. Given that he was asymptomatic with no adenopathy or splenomegaly, there was no indication for treatment. He was to be monitored conservatively.

On 03/04/2013, Mr. Nelson was seen for routine oncology follow up. He continued to be doing well with no complaints. His WBC had increased to 46.8, from 39.7 including 82.5% lymphocytes 9% neutrophils 2.5% monocytes 0.85% eosinophils 0.25% basophils, Hgb 13.5, platelets 194 and LDH 181. Quantitative immunoglobulin was within normal limits. He was continued on conservative management.

On 04/17/2013, Mr. Nelson was seen for routine oncology follow up. He was continuing to feel good with no symptoms. Labs were notable for WBC 48.9 including 84% lymphocytes 13% neutrophils 2% monocytes 1% eosinophils with a doubling time of a year, Hgb 13.2, platelets 187, LDH normal, beta-2-microglobulin increased to 2.74. He was continued on conservative observation.

On 06/29/2013, Mr. Nelson was seen for routine oncology follow up. He had no complaints, remaining asymptomatic. His labs were stable with WBC 54.2 (up from 48.9K) including 82% lymphocytes and 13% neutrophils, Hgb 13.2, and platelets 174. Given the absence of a significant clinical change, he was maintained on conservative observation.

On 09/16/2013, Mr. Nelson was seen for routine oncology follow up. He continued to remain asymptomatic from his CLL, remaining RAI stage 0. His WBC had been steadily increasing and was now 78 (up from the prior 54.2) including 88% lymphocytes and 9.4% neutrophils, Hgb 13, and platelets 177. He had cold-like symptoms, so the rise in WBC was attributed to potential stress reaction. He was continued on conservative observation.

Exhibit C Page - 4

On 12/02/2103, Mr. Nelson was seen for routine oncology follow up. He was feeling good with no complaints. His labs were notable for a WBC 94.8 (previously 78) including 91% lymphocytes, Hgb 12.8, platelets 205, and absolute neutrophil count (ANC) 5000. He was maintained on conservative observation.

On 01/27/2014, Mr. Nelson was seen for routine oncology follow up. He had no symptoms of CLL. However, his labs were concerning due to the steady increase over the prior 6-12 months. Labs were notable for WBC 109 (WBC had doubled in the last year from 47 (2/2013) to 54 (6/2013) to 95 (11/2013) including 91% lymphocytes and 6.6% neutrophils, Hgb 13.3, platelets 197, and LDH 182. More frequent visits were recommended to trend the WBC rise more closely.

On 03/12/2014, Mr. Nelson was seen for routine oncology follow up. He was feeling good. He reported a 2- to 3-day history of diarrheal illness that resolved. Labs were notable for WBC 123.2 including 92% lymphocytes and 6% neutrophils, Hgb 12.6, and platelets 186. Given that he continued to remain asymptomatic with a 100% performance status, it was deemed reasonable to continue observation. However, since the WBC had doubled within 6 months, Dr. Huberman discussed starting a therapy within the next 6-12 months.

On 05/07/2014, Mr. Nelson was seen for routine oncology follow up. He remained asymptomatic. However, his WBC increased to 130 from 123 including 90% lymphocytes and 7% neutrophils, Hgb 12.3, LDH normal, and uric acid 6.9. Given the modest increase in his WBC, he was maintained on conservative observation.

On 07/02/2014, Mr. Nelson was seen for routine oncology follow up. His WBC was noted to be gradually rising over the last several visits with no other associated cytopenia, adenopathy, or symptoms. His labs were notable for WBC 146.9 (increased from 130 2-months prior) including 93% lymphocytes and 4.5% neutrophils, LDH 208, and beta-2-microglobulin 3.73 (previously 3.46). Dr. Huberman recommended a referral to Beth Israel Deaconess to consider a novel therapy.

On 09/10/2014, Mr. Nelson was seen for oncology follow up. He was doing well and was stable with no new issues. He had been seen previously by Salvia Jain, MD, in Boston who felt that without progressive adenopathy, cytopenia, infections or other problems, he would not need additional treatment. His WBC had been high; however, it was still relatively indolent with a doubling time greater than 6 months. His labs were notable for a gradual decrease in Hgb, initially 12.4 in 5/2014, now down to 11.9. His exam was notable for mild cervical adenopathy. There were no changes to management.

On 10/27/2014, Mr. Nelson was seen for urgent oncology visit due to new-onset fever, chills, and body aches. He had been using imiquimod 5% on a skin lesion believed to be a basal or squamous cell carcinoma of the upper abdomen for 4-5 weeks. He had tick bites as well. Labs were notable for a drop in WBC to 74.5 including 89% lymphocytes and 9% neutrophils, Hgb 12.8, and platelets down to 46. Liver enzymes were elevated with ALT 94 and AST 91. LDH had increased to 509. Urinalysis showed 2-5 RBCs, 2-5 WBCs, 2+ bacteria, and protein. Chest x-ray (CXR) was reassuring without acute change.

Exhibit C Page - 5

He was encouraged to get admitted for monitoring and further testing. However, he refused and opted for conservative management. The imiquimod was discontinued in case his symptoms were a side effect of the medication, which has been associated with fever.

On 10/29/2014, Mr. Nelson was again seen for follow up for the recent fever, chills, body aches, and new thrombocytopenia that had not resolved. His labs were remarkable for a WBC 96.7 (previously 74), Hgb 12.4, and platelets had improved to 63 from 46. At this visit, he was feeling better, so it was suspected that he had had some type of viral syndrome. Dr. Huberman recommended close observation.

On 11/03/2014, Mr. Nelson was seen for oncology follow up. He had been experiencing ongoing fever, temperatures up to 104ºF along with chills, abdominal pain, and body aches in the context of a gradually increasing WBC. His blood and urine cultures were negative. He had been initially closely followed since he was feeling better. However, he was feeling worse again which prompted admission to the hospital. While hospitalized, a CXR showed patchy lingular and left lower lobe opacities attributed to atelectasis rather than pneumonia. On 11/04/2014, a chest CT showed a small pleural effusion, left more than right, and bibasilar atelectasis. An abdomen and pelvis CT was notable for two enlarged aortocaval lymph nodes and one enlarged mesenteric lymph node (LN) with other prominent but not pathologically enlarged retroperitoneal LN.

On 11/10/2014, Mr. Nelson was seen for oncology follow up, after a recent discharge from the hospital. His hospital course was related to suspected anaplasmosis and Lyme disease based on serology and peripheral smear. He received a course of doxycycline with improvement in fever and symptoms. His course was complicated by atrial flutter with a rate of 140 accompanied by mild hypertension. He underwent cardioversion (11/06/2014) and reverted to sinus rhythm. He was started on metoprolol with rivaroxaban (Xarelto). His labs were notable for an improved WBC 113.4 including 89% lymphocytes and 6.7% neutrophils, Hgb 9.8, Hct 32, platelets 188, and LDH 206. Differential was consistent with his known CLL. Liver enzymes were nearly normal with a mild elevation of ALT to 48. CT scan of the torso showed borderline right axillary node enlargement, small pleural effusion with splenomegaly, and retroperitoneal lymphadenopathy.

On 11/26/2014, Mr. Nelson was seen for cardiology follow up. Meghan York, MD, referred for repeat echocardiogram to evaluate multiple valvular issues. Dr. York discontinued metoprolol with a plan for discontinuing anticoagulation after several additional months. The plan was to repeat Holter monitoring to determine the timing to discontinue the Xarelto.

On 01/05/2015, Mr. Nelson underwent transthoracic echocardiogram (TTE). The study noted normal left and right ventricular function, mild mitral regurgitation, and mild aortic regurgitation.

On 05/28/2015, Mr. Nelson was seen for cardiology follow up. Dr. York gave him a "CHADS-VASc" score of 1 and, therefore, felt that it was "reasonable" to hold off on anticoagulation. Given that there were no interval issues, he was to be followed annually.

Exhibit C Page - 6

On 05/02/2016, a chest x-ray showed right lower lobe consolidation compatible with pneumonia.

On 06/02/2016, Mr. Nelson was seen for cardiology follow up of his atrial fibrillation and non-sustained atrial tachycardia. Per Mr. Nelson's preference, Dr. York opted not to start anticoagulation for the atrial fibrillation and recommended follow up in 1 year.

On 08/12/2016, neck CT showed prominent bilateral cervical LNs suspicious for CLL/SLL involvement, though they were not pathologic by size criteria. CT of the chest showed interval extensive lymphadenopathy symmetrically involving the cervical chains, and the supraclavicular, axillary, mediastinal, and hilar stations. There was probable mild acute infectious bronchitis in the right lower lobe. CT of the abdomen and pelvis showed increased new pelvic, inguinal, and retroperitoneal lymphadenopathy with stable splenomegaly. The largest LN in the left external iliac chain measured 5.0 x 1.3 cm. The largest on the right measured 4.1 x 1.7 cm.

On 09/07/2016, he was started on ibrutinib 420mg daily.

On 11/27/2016, Mr. Nelson was seen in the Beth Israel Deaconess Emergency Department (ED) due to a sensation of palpitations and not feeling well. EKG on presentation demonstrated sinus rhythm, however given his history of CLL, he was observed overnight. CXR showed a questionable nodular opacification in the right upper lobe which was not previously seen on chest CT chest. Notable labs were WBC 214.1, Hgb 10.9, and platelets 221. Urinalysis had 10-20 RBCs, 2-5 WBCs, negative nitrites, and negative leukocyte esterase. Other labs were noncontributory. He was discharged home on 11/28/2016 with a plan to continue Holter monitoring for 24 hours.

On 01/27/2017, Mr. Nelson was seen for interval cardiology follow up. Dr. Ostrow restarted him on metoprolol and started Eliquis.

On 09/07/2017, Mr. Nelson was seen for interval cardiology follow up. He complained of two prior episodes of nonsustained atrial fibrillation. He was continued on metoprolol and Eliquis. He was also recommended to undergo stress testing.

On 10/05/2017, Mr. Nelson underwent a stress test. The test demonstrated fair functional exercise capacity for his age and gender.

On 01/09/2018, Mr. Nelson was seen for interval cardiology follow up of paroxysmal atrial fibrillation. He was on metoprolol and Eliquis with continued nonsustained atrial tachycardia. Coronary calcifications were seen on chest CT concerning for nonobstructive coronary artery disease.

On 08/14/2018, Mr. Nelson was seen for an urgent cardiology visit. He had been in atrial fibrillation for 2.5 days despite increasing his dose of metoprolol and improvement of symptoms. Dr. York reviewed different options if the atrial fibrillation did not improve over the next 2 days.

Exhibit C Page - 7

On 08/16/2018, Mr. Nelson was seen for interval cardiology follow up. He was in atrial fibrillation with an uncontrolled rate. He was advised to increase the dose of metoprolol. In consultation with oncology, he was to discontinue Imbruvica (ibrutinib).

On 08/21/2018, Mr. Nelson was seen by cardiology for clearance in anticipation for a cardioversion for his atrial fibrillation. A transesophageal echocardiogram (TEE) was performed. There was mild global left ventricular hypokinesis. There was beat-to-beat variability of the left ventricular fraction due to an irregular rhythm with premature beats.

On 08/28/2018, Mr. Nelson was seen for interval cardiology follow up following cardioversion for atrial fibrillation. He had a successful cardioversion and returned to sinus rhythm. He was referred to electrophysiology for a potential ablation procedure.

On 09/10/2018, Mr. Nelson underwent a TTE which noted mild to moderate aortic regurgitation, mild mitral regurgitation, moderate tricuspid regurgitation, and moderate pulmonary hypertension. The pulmonary artery pressure was increased compared to the prior study from 01/05/2015.

On 10/22/2018, Mr. Nelson was started on rituximab. He noted a rash immediately after infusion, which did not resolve.

On 11/16/2018, Mr. Nelson received a second dose of rituximab and experienced a rash again, which was concerning for a hypersensitivity reaction. He refused desensitization of rituximab, so it was discontinued, and he was started on single agent venetoclax.

On 12/07/2018, as a result of an initial biopsy, Mr. Nelson was diagnosed with a 6 mm poorly differentiated spindle cell carcinoma (i.e., a poorly differentiated carcinoma) above the right eyebrow with microscopic perineural invasion. He underwent Mohs surgery (i.e., a secondary procedure) with delayed graft/flap repair.

On 01/04/2019, Mr. Nelson was seen for routine oncology follow up. He had a rash that was improved since discontinuation of Rituxan. He was continued on venetoclax (x 14 total weeks). His labs are stable with a WBC 3.1, ANC 790, and ALC 1420.

On 01/15/2019, Mr. Nelson was seen for cardiology follow up. Given his recurrent atrial fibrillation, he was maintained on apixaban. Metoprolol was discontinued. Dr. York was concerned that ibrutinib had precipitated the episodes of atrial fibrillation.

On 01/23/2019, Mr. Nelson was seen by radiation oncology for initial consultation. Due to the perineural involvement of the spindle cell carcinoma, it was noted that there was a possible indication for adjuvant radiation. Clear margins were obtained with the secondary Mohs procedure, therefore additional planning was deferred until further discussion with dermatology.

Exhibit C Page - 8

On 03/01/2019, Mr. Nelson was seen for routine oncology follow up. Since starting Venetoclax, he was doing well and tolerating the medication. He was due to start RT for the spindle cell carcinoma. Dr. Jain opted to continue venetoclax during RT. Labs noted WBC 3.6, ANC greater than 2000, and ALC 1000.

On 03/06/2019, Mr. Nelson was seen at radiation oncology to start external beam RT to the right orbital ridge. The plan was for 9 total treatments (500 centigray per dose, for a planned 4500 centigray total dose).

External beam radiation treatment was from 03/06/2019-03/25/2019
- 03/06/2019 dose 1/9
- 03/08/2019 dose 2/9
- 03/12/2019 dose 3/9
- 03/13/2019 dose 4/9
- 03/15/2019 dose 5/9
- 03/20/2019 dose 7/9
- 03/22/2019 dose 8/9
- 03/25/2019 dose 9/9

On 05/10/2019, Mr. Nelson was seen for routine oncology follow up. He was continuing venetoclax by mouth with no issues. He tolerated the RT well. His labs were stable with WBC 4.3, normal ANC, ALC 1210, platelets 103, and Hgb stable in the 11-12 range.

On 05/14/2019, Mr. Nelson was seen for radiation oncology follow up. He reported having "bloody eyes" with and without trauma. Mary Ann Stevenson, MD, PhD, recommended referral to cardiology and oncology to review his anticoagulation plan. Since completion of his RT, he continued to do well.

On 07/19/2019, Mr. Nelson was seen for oncology follow up. He was continuing oral venetoclax up to week 36. His labs were notable for WBC 3.2 (stable), ANC normal, and ALC 740. However, there was a drop in platelets to the 60-70. As a result, the venetoclax dose was decreased.

On 10/04/2019, Mr. Nelson had a routine follow up visit. Labs were stable.

On 12/20/2019, Mr. Nelson was seen for oncology follow up. He was doing well, and his labs were stable. He was continued on the same venetoclax dose.

On 05/01/2020, Mr. Nelson was seen for oncology follow up. Mr. Nelson was doing well with stable labs. No changes were made.

On 07/11/2020, Mr. Nelson was seen for cardiology follow up. He was to continue apixaban with no changes.

Exhibit C Page - 9

On 07/24/2020, Mr. Nelson was seen for oncology follow up. His labs were stable. No changes were made.

On 10/20/2020, Mr. Nelson was seen for cardiology follow up. He opted to continue apixaban.

On 11/05/2020, Mr. Nelson had a fall on his left side. Left elbow x-ray showed mild soft tissue prominence dorsal to the olecranon. There was no acute fracture, dislocation, or expansion of the posterior fat pad to indicate joint effusion. Right elbow x-ray showed no findings. CT of the chest, abdomen, and pelvis was notable for colonic diverticulosis without signs of diverticulitis. There was mild dilatation of the main pulmonary artery to 3.2 cm suspected to be related to pulmonary arterial hypertension. A head CT showed no acute intracranial abnormality or fracture. CT of the cervical spine showed multilevel degenerative changes, unchanged from prior studies.

On 11/06/2020, Holter monitoring was started due to syncope and resulted on 03/12/2021. He was predominantly sinus rhythm at rates between 50 to 109 beats per minute. Atrial fibrillation occurred with a 2% burden, with tachycardia at rates between 94 to 263 beats per minute. The longest episode lasted 6 hours.

On 11/27/2020, Mr. Nelson was seen for cardiology follow up. No changes were made.

On 12/18/2020, Mr. Nelson was seen for oncology follow up. His labs were concerning for slightly worse anemia and thrombocytopenia. He was being monitored more frequently with a plan for peripheral flow cytometry.

On 02/12/2021, Mr. Nelson was seen for oncology follow up. He had developed a low-grade fever a week prior that had lasted for 2 hours with associated fatigue. He was found to have a urinary tract infection and was treated with antibiotics. Labs resulted WBC 4.2 including 56.6% lymphocytes, Hgb 11.9, and platelets 108. He was awaiting a possible bone marrow assessment; however, it was deferred until he recovered from his recent infection.

On 03/05/2021-03/06/2021, Mr. Nelson was admitted to the hospital for an episode of syncope. The syncope was attributed to atrial fibrillation with rapid ventricular rate. The atrial fibrillation was not responsive to IV pushes of metoprolol, and he became hypotensive. He underwent cardioversion while continuing a heparin drip.

From 03/12/2021, Holter monitoring noted a predominant sinus rhythm with rates ranging between 44 to 126 beats per minute, with an average rate of 69 beats per minute. The Holter captured atrial fibrillation with a 2% burden at rates of 86 to 189 beats per minute. The longest episode lasted 6 hours.

On 05/07/2021, Mr. Nelson was seen for oncology follow up. His labs were concerning for a drop in neutrophil count to ANC 500-600 range. Platelets dropped as well to the 40 range. His venetoclax had

Exhibit C Page - 10

already been adjusted to a lower dose. Mr. Nelson was awaiting possible bone marrow testing if his counts remained low.

On 05/14/20201, Mr. Nelson underwent bone marrow aspirate and biopsy for evaluation of ongoing cytopenias. Pathology reported a slightly hypercellular bone marrow with megaloblastic maturing trilineage hematopoiesis, decreased megakaryocytes, and no evidence of involvement by the patient's known CLL. The cytogenetic studies were positive for deletion 7q31 in 57% of interphase bone marrow cells, with evidence of myelodysplastic syndrome with unfavorable prognosis.

On 05/24/2021, Mr. Nelson was seen for oncology follow up. His recent bone marrow biopsy results were reviewed. Blood work from 05/21/2021 demonstrated a WBC 2.5 including 58.4% lymphocytes and 26.6% neutrophils, Hgb 10.3, platelets 37, and MCV 112. Mr. Nelson felt that the lab abnormalities seemed to coincide with an increase in the metoprolol dose, therefore the metoprolol dose was decreased. Dr. Jain recommended trending his labs weekly and gradually taper off venetoclax to determine if the cytopenias improved.

On 06/10/2021, Mr. Nelson had labs performed showing WBC 2.1 including 59.4% lymphocytes and 27.5% neutrophils, Hgb 10.2, platelets 33, and MCV 116. Dr. Jain continued to taper the venetoclax dose.

On 06/18/2021, Mr. Nelson was seen for oncology follow up. Labs were stable noting WBC 1.9 including 56.1% lymphocytes and 30.1% neutrophils, Hgb 10.3, and platelets 38. Despite attempts to wean off venetoclax and metoprolol, Mr. Nelson's labs were still low as is typical for myelodysplastic syndrome. Dr. Jain recommended starting azacytidine with venetoclax and starting prophylactic antibiotics, acyclovir and Posaconazole since he is neutropenic. Mr. Nelson was resistant/reluctant to starting therapy at the time.

On 07/09/2021, Mr. Nelson underwent port-a-cath placement. He was subsequently seen for oncology follow up. Labs were notable for WBC 3.0 including 39.2% lymphocytes and 51.5% neutrophils, Hgb 9.8, and platelets 52. Mr. Nelson was consented to start decitabine with venetoclax for myelodysplastic syndrome. The treatment plan proposed was 4 x 28-day cycles followed by a repeat bone marrow assessment.

From 07/12/2021-07/16/2021, Mr. Nelson received decitabine. He initiated oral venetoclax on 07/12/2021. Labs were notable for WBC 1.8, Hgb 9.1, and platelets 28.

On 07/20/2021, labs were WBC 2.4, ANC 1340, Hgb 8.7, and platelets 19.

On 07/23/2021, Mr. Nelson was seen for oncology follow up. He was on day 12 of cycle 1 of decitabine with venetoclax. He was tolerating the therapy well. Labs were notable for WBC 2.9 including 29.6% lymphocytes and 67.4% neutrophils, Hgb 8.3, and platelets 11. He was given a platelet transfusion.

Exhibit C Page - 11

On 07/27/2021, Mr. Nelson was diagnosed with a basal cell carcinoma of the lip. Labs showed Hgb 8.4 and platelets 16.

On 07/29/2021, a urine culture was positive for pansensitive *Enterobacter cloacae* complex with more than 100,000 CFU/ml. Blood culture showed no growth. He was started on antibiotics.

On 08/05/2021, Mr. Nelson underwent repeat lab evaluation which showed WBC 1.3 including 91% lymphocytes and 9% neutrophils, Hgb 7.6, and platelets 24. Mr. Nelson was started on antibacterial prophylaxis with Levaquin given a drop in the absolute neutrophil count less than 500. His next cycle (cycle 2) was due on 08/09/2022.

On 08/09/2021, Mr. Nelson was seen for oncology follow up. Mr. Nelson was feeling good in spite of recent fever and urinary tract infection. Labs were notable for WBC 1.0 including 86% lymphocytes and 13% neutrophils, Hgb 7.6, and platelets 32. While Mr. Nelson was due to start cycle 2 of decitabine with venetoclax, the decitabine was held due to neutropenia. He continued venetoclax days 1 to 14, with a plan for repeat interval labs to determine safety to continue treatment. Given the lab issues, a planned Mohs procedure was postponed.

On 08/16/2021, Mr. Nelson was seen for oncology follow up. Mr. Nelson was feeling good with no complaints. Labs were notable for WBC 1.4 including 1% lymphocytes and 16% bands, GHB 7.9, and platelets 28. Given the drop in counts, Dr. Derose held both venetoclax and decitabine.

On 08/20/2021, Mr. Nelson was seen for oncology follow up. Mr. Nelson was doing well with no complaints. His labs were WBC 2.1 including 60.1% lymphocytes and 23.9% neutrophils, Hgb 7.8, and platelets 35. His neutrophil count had improved to 510, therefore Dr. Jain resumed decitabine, which was planned for 08/23/2021-08/27/2021. The venetoclax remained on hold with a plan for 14-day treatment cycles.

On 08/23/2021, Mr. Nelson returned for repeat labs and to start decitabine. Labs were notable for WBC 2.5 including ANC of 610, Hgb 7.6, platelets 38. Dr. Derose held the decitabine due to the labs. Dr. Derose also counseled Mr. Nelson about the benefit of COVID vaccination, however Mr. Nelson was resistant to the vaccine.

On 08/30/2021, Mr. Nelson was seen for oncology follow up. Mr. Nelson reported having an episode atrial fibrillation on 08/28/2021. The episode lasted a few hours and resolved. Labs were WBC 3.4 including 40.5% lymphocytes and 34.3% neutrophils, Hgb 8.3, and platelets 49. Dr. Derose resumed decitabine, while venetoclax was held.

On 09/10/2021, Mr. Nelson was seen for oncology follow up. He had been having episodes of anxiety. Labs were notable for WBC 3.4 including 45% lymphocytes and 49% neutrophils, Hgb 7.6, and platelets 41. No change was made to the current regimen. Venetoclax remained on hold.

Exhibit C Page - 12

On 09/17/2021, labs were WBC 1.7 including 61% lymphocytes and 33% neutrophils, Hgb 7.6, and platelets 26.

On 09/21/2021, labs were WBC 1.3, Hgb 7.8, and platelets 45.

On 09/24/2021, Mr. Nelson was seen for oncology follow up. He reported fewer episodes of anxiety. He was feeling better overall this cycle. Labs showed WBC 1.4, Hgb 7.8, and platelets 80.

On 09/27/2021, Mr. Nelson was seen for oncology follow up. Labs showed WBC 1.2 including 89% lymphocytes and 7% neutrophils, Hgb 8.1, and platelets 103. His therapy was delayed due to neutropenia with a plan to resume on 10/04/21 if the labs improved.

## III. EXPOSURE HISTORY
### A. Non-Glyphosate Exposures
#### 1. Residential Etiology
Mr. Nelson lived in Norfolk for 52 years. For 30 years, he has lived with his wife, Lynn, and a special needs grandson at 63 Myrtle Street in Norfolk and prior to that lived in 79 Myrtle St. They have three children, all in the fifth decade of life. Since he lived in a log cabin, he did not do any painting around the house. He had no known exposures to non-glyphosate chemicals at his residences.

#### 2. Occupational Etiology
Mr. Nelson had several early jobs. In high school, he worked for a family doing tasks including washing floors and windows as well as painting a fence. He then worked at a Sandler Shoe Company, boxing shoes in the shipping room. He next worked at Factory Mutual as a draftsperson making repair plans for updating insurance drawings. He then worked for his instructor while a student at Northeastern Institute Industrial Technology, later working as an instructor.

From 1962-1964, he worked at Boston Filter Company where he had limited exposures to refrigerants and oils but no antifreeze and was always very careful.

From 1964-1966, he was assistant plant manager at Honeywell Corporation where he was involved in designing air conditioning systems. He did not work with chemicals.

From 1966-1969, he worked at Digital Equipment Corporation where he again designed AC systems and had no chemical exposures.

He then worked at Charles T. Main for approximately 23 years. He was trained in HVAC and did most of his work in operations and design. He had only limited exposure to refrigerants and no other chemical exposures. He had no exposure to pesticides or other chemicals while doing this work.

Exhibit C Page - 13

He worked as a landscaper from <u>1997-2014</u> (17 years). While performing this work, he filled lawn mowers with gasoline with only rare spills or exposure. He occasionally used wasp spray when needed. He had significant Roundup<sup>TM</sup> exposure which is described below.

### 3. Other Etiologies (e.g., Hobbies)

Mr. Nelson did minimal woodworking and thus used glues including carpenter's glue and Gorilla glue. He used a mask to avoid inhaling both the fumes and wood dust. He did not work on his own vehicles. His hobbies included gardening vegetables as well as cutting and splitting firewood. He had no significant exposures through any hobbies to materials known to be potentially associated with increased lymphoma risk.

### B. Glyphosate (Roundup<sup>TM</sup>) Exposures
#### 1. Residential Etiology

Mr. Nelson was born in Norwood, MA and grew up in Needham, MA, graduating from Needham High School in <u>1959</u>. He has lived at two residences on Myrtle Street in Norfolk, MA, since then. Starting in 1988-1989, he used Roundup<sup>TM</sup> at his home once every 1-2 months through early June-October, mostly for poison ivy. He used Roundup<sup>TM</sup> in this setting through <u>2014</u> (26 seasons).

#### 2. Occupational Etiology

Mr. Nelson owned a landscaping business, Nelson Landscaping, from <u>1997-2011</u>, after which he sold the business to another landscaper but continued to work in landscaping until <u>2017</u>. The landscaping part of the business was active from late May or early June through October every year. In addition to landscaping, he also plowed snow in the winters. During this time, he routinely used Roundup<sup>TM</sup> formulations 3-4 days a week, using both a 1-gallon premixed spray container and a backpack sprayer within which he diluted 8-10 oz of concentrate (41% glyphosate) into 3 gallons of water. Each day of Roundup<sup>TM</sup> use, he would spend between 5-40 minutes spraying. He also used another glyphosate product, LESCO Prosecutor, for approximately 15 years total during this time.

While spraying, he wore gloves, goggles, masks, long sleeve shirt, and waterproof work boots while mixing and spraying. He typically washed immediately after using the chemicals and rarely spilled the chemical directly onto his skin while mixing.

#### 3. Other Etiologies (e.g., Hobbies)

Mr. Nelson did not have any glyphosate exposures from other sources, including hobbies.


## IV. LYMPHOMA—MEDICAL AND SCIENTIFIC BACKGROUND
### A. Biology of Lymphoma Development

The development of all cancers, including lymphomas, involves the alteration (mutation) of DNA, which is the genetic material within each cell controlling all biological functions of that cell. With increasing numbers of genetic alterations, a cell gains or loses important biological functionality. Eventually, the genetically altered cell and its clones behave increasingly abnormally resulting in malignant biologic

Exhibit C Page - 14

behavior–cancer.[1] Most important among these alterations are changes to certain genes that normally inhibit continued unchecked growth of a cell. Loss of these important inhibiting functions allows cells to continually divide and replicate into a mass-forming clone of nearly identical abnormal cells. Other important genetic alterations include changes to the production of cell adhesion molecules, allowing cells to migrate in abnormal ways and to grow (and even thrive) in otherwise hostile cellular milieus away from their normal locations. Other mutations allow abnormal clones to evade a host's normal immune response, which typically detects and kills abnormal cells.

Although some genetic syndromes predispose to certain malignancies, the overwhelming cause of most lymphomas is the acquisition of genetic changes during an individual's life, a result of exposures that increase the risk of these genetic changes as noted above. The causes of these genetic changes represent the risk factors that are the ultimate cause of the malignancy. Some environmental toxins have multiple effects that are both genotoxic and promotional. This means that in addition to producing mutations, they also directly enhance increased cell replication and survival, further enhancing the malignant process and potentially leading to such transformation events. The continued exposure to such agents, over years, will increase the risk and evolution of these sequential changes, ultimately leading to tumor progression to overt malignant lymphoma/leukemia.

Like virtually all cancers, lymphomas and leukemias originate from DNA changes. Some lymphomas are linked to family history, that is, inherited germline mutations in susceptibility genes with which the patient is born. However, the overwhelming cause of most lymphomas is acquisition of genetic changes during an individual's life, often as a result of exposures that increase the risk of these genetic changes. The distinct lymphoma subtypes are often characterized by specific gene or chromosomal changes, such as seen in follicular lymphoma, in which there is translocation (crossing of genetic material from one chromosome to another) of DNA between chromosomes 14 and 18, resulting in activation of the BCL-2 oncogene.[2] Again, the causes of these genetic changes represent the risk factors that are the ultimate cause of the malignancy.

Both B- and T-lymphocytes have characteristic features that distinguish them from cells of other tissues and impart unique features of cancers arising from them.[2] They actively and repeatedly rearrange their DNA to produce unique and functional antigen receptors. They also have the potential for massive clonal expansion when encountering a foreign antigen via binding these receptors or their precursors. As well, they have the capacity to remain in the body as extremely long-lived memory cells. These three traits are fundamental to their ability to function as part of the adaptive immune response to infectious agents, but these features also make them vulnerable to transformation—either through spontaneous changes or, particularly, when exposed to environmental factors capable of inducing genetic changes within these lymphocyte populations.

Logically, the number of mutations in any lymphoma is directly related to the risk of transformation.[3] The original initiating event is a genetic change in a lymphoid cell, predisposing the cell host to lymphoma. Additional genetic mutations then increase the chance of mutation. Some environmental toxins have multiple effects, both genotoxic and promotional, meaning in addition to producing

Exhibit C Page - 15

mutations, they also directly enhance increased cell replication and survival, further enhancing the malignant process and potentially leading to such transformation events. The continued exposure to such agents over years enhances the risk and evolution of these sequential changes leading to tumor progression into a more aggressive disease.

There is also increasing recognition of a premalignant component to lymphomas.[4] Similar to many other cancers, such as colorectal and breast cancer, this premalignant component raises concerns about the influence of environmental exposures and the time course in which they contribute to malignancy. These exposures may result in progressive changes over a more prolonged period through both genotoxic as well as non-genotoxic effects. Thus, they may potentially play a role in the origin of these early precursor lymphoid lesions as well as, through later exposures, enhance progression of these precursor lesions into frank malignancy. Conversely, they may also result in a more rapid initiation and progression of malignancy after shorter lengths of exposure (a few years to decades). Both intrinsic biological and extrinsic environmental factors are among those factors known to increase the risk of developing lymphoma/leukemia through the acquisition of genetic mutational changes.[5] Thus, it is critical to assess exposure to purported risk factors in the years preceding diagnosis. Both biological and environmental factors are among those shown to increase the risk of developing B-cell lymphomas via the above genetic mutations.

As with many malignancies, lymphomas and leukemias are increasingly being associated with specific genetic alterations and, in some cases, the mutations have become nearly pathognomonic for the disease. These have been identified most readily in B-cell lymphomas (e.g., Burkitt's lymphoma associated with t(8;14)).

Chronic lymphocytic leukemia/small lymphocytic lymphoma (CLL/SLL) is a lymphoid neoplasm characterized by a progressive accumulation of functionally incompetent lymphocytes, which are monoclonal in origin. CLL is used when the disease manifests primarily by lymphocytosis in blood, while the term SLL is used when involvement is predominantly in lymph nodes and/or spleen with limited peripheral blood lymphocytosis. Most commonly, there is overlap with significant lymphocytosis in blood coupled with lymphadenopathy which often increases as the disease progresses. CLL/SLL is the most common leukemia in Western countries, accounting for up to 30% of all leukemias in the United States and has a male predominance. It is more common in White Americans with median age at diagnosis of approximately 70 years and is considered a disease of older adults but is not unusual in younger individuals with the incidence increasing rapidly with increasing age.

Chronic lymphocytic leukemia (CLL) is a malignancy of CD5+ B-lymphocytes that is characterized by the accumulation of small, mature-appearing lymphocytes in the blood, marrow, and lymphoid tissues. Surface immunoglobulin constitutes the major part of the B-cell receptor and several genetic alterations play a role in CLL pathogenesis The clinical progression of CLL is heterogeneous, with some patients requiring treatment shortly after diagnosis while others may not require therapy for many years. Multiple factors including genomic changes, patient age, and the presence of comorbidities are considered when defining the best management strategies, which include chemotherapy, chemoimmunotherapy, and/or

Exhibit C Page - 16

drugs targeting B-cell receptor signaling or inhibitors of apoptosis, such as BCL-2. Research on CLL has resulted in detailed understanding of factors linked to both prognosis and approaches to treatment, selectively targeting distinctive phenotypic or physiological features of CLL.[6]

Evidence of occupational or environmental risk factors predisposing to CLL/SLL include reports of an excess risk of CLL/SLL among farmers as well as those with benzene and heavy solvent exposure and rubber manufacturing workers. The role of environmental factors, including exposures, in CLL risk is supported by the recent finding of the significant rise in hematologic malignancy rates, including CLL and other non-Hodgkin lymphomas (NHLs), representing the largest increase over last three decades due to Western lifestyle and environmental exposures.[7]

Multiple studies have confirmed an association between occupational pesticide exposure and CLL, including the Epilymph study, a case control study of lymphoma risk from six European countries. This study found the association to be strongest for organophosphates, a class including glyphosate, with an odds ratio (OR) of 2.7. Similarly, in the MCC-Spain Study, patients in the highest tertile (3rd tertile) of exposure to insecticides, herbicides, and/or fungicides were more likely to have CLL with a 26% higher odds ratio. The highest OR was seen with herbicides at an OR of 1.9. These findings reinforce the role of environmental exposures in CLL risk. [8,9]

To assess causation of any cancer, it is important to understand the distinction between the specific genetic alteration**s** that lead to malignancy and the reason why these alterations occurred, including extrinsic environmental causes. Depending on the type of cancer, these external forces may include UV radiation, tobacco, or chemical exposures.[10] As described above, these mutations can alter the rate of cell division and the survival of cells containing these mutated or altered genes. In some cases, these alterations will lead to activation of specific genes, known as oncogenes which, when expressed at high levels, cause enhanced cell proliferation and result in an accelerated acquisition of additional mutational changes.[11] Conversely, loss of function of some genes, called "tumor suppressors" (the cell's brakes on cell growth and proliferation), will similarly result in high risk for malignancy due to increased cell proliferation and loss of normal controls on growth.[12] Based on the somatic mutation theory of cancer,[13] the underlying cause of these mutations that subsequently leads to the development of cancer represents the underlying cause of the malignancy.

An important part of a cancer patient's evaluation is the elicitation of history pertaining to risk factors to determine the specific causes of their type of malignancy. This includes a social history such as their use of tobacco, alcohol, and other drugs and whether there has been an exposure to certain infections.[5] The questioning should also include a careful family history that may document a possible pattern suggestive of an inherited tendency toward specific malignancies. An occupational history is also critical to identify chemical, radiation, or other environmental exposures. The inclusion of these important parts of a patient's history is critical for a variety of reasons. In some cases, the elimination of risk factors may help treat, or even decrease the likelihood or recurrence of, the cancer. Reduction of future exposure may also decrease risk of secondary cancers. Awareness of some factors may guide surveillance for development of other malignancies. Furthermore, knowledge of some of these factors may help stratify patients into

Exhibit C Page - 17

risk groups that may affect treatment choices or prognostication. Cancer patients are often anxious to have guidance, both to understand why they developed cancer and how they can modify their risks in the future. Finally, knowledge of possible environmental factors may prove helpful in identifying unknown risk factors for future study.

The current understanding of cancer risk factors, including those for (NHL), reflects the careful accumulation of evidence from epidemiologic observational studies including case-control studies and long-term prospective cohort studies. These studies seek to determine the strength and consistency of associations between both exposures and lifestyle features and the overall NHL risk. Specifically, these data help assess associations of exposures with distinct NHL subtypes. NHL is a heterogeneous group of disorders of the lymphatic system with subtypes based on morphologic and molecular features.[14] Different subtypes can require different treatments and have potentially different etiologies. They can occur as predominantly involving lymph nodes or as extranodal disease. In some cases, as in this case of CLL/SLL, the malignant clones can present with peripheral blood and bone marrow involvement and more limited lymph node involvement.

As noted by *Muller, et al.*, the incidence of NHL increased by 3-4% yearly in the 1970s and 80s, slowing to an annual rise of 1-2% yearly thereafter, particularly in the elderly and males.[15] Increases in high-grade lymphomas and extranodal disease have predominated. Geographic disparities, which reflect differing risk factors, have also been noted with increases in T-cell lymphomas and aggressiveness of NHL in Asia, endemic Burkitt's lymphoma in Africa, and high incidence of follicular and high-grade B-cell lymphomas such as diffuse large B-cell lymphoma (DLBCL) in Western countries. These patterns serve to highlight the important role that environmental factors, immunosuppression, and infectious agents play in lymphomagenesis. Infectious factors include human T-cell leukemia/lymphoma virus type 1 (HTLV-1), Epstein-Barr virus (EBV), and *Helicobacter pylori*. Evidence of environmental agents and occupational risks include high incidence of NHL as found in early studies linking specific types of workers with lymphoma risk, including farmers, cleaners, painters, carpenters, and wood workers. These noted increased risks reinforce the purported relationship between environmental exposures and the development of lymphoma.[16,17]

As recognized by the American Cancer Society,[18] multiple risk factors have been identified for some lymphomas. These factors include:

1. Age – Increased age is a risk factor for many lymphomas, with lymphoma most commonly occurring in people over the age of 60.
2. Gender – Most lymphomas are more common in men than women.
3. Race, ethnicity, and geography – NHL is more common in developed countries and in the United States is more common among whites than other ethnic groups.
4. Family history – NHL is more common in those with a first-degree relative with NHL.
5. Exposure to certain chemicals and drugs – Some chemicals, such as benzene, herbicides, and insecticides are linked to increased risk of NHL. Some chemotherapy drugs and drugs used to treat rheumatoid arthritis (RA) increase the risk of NHL, though the latter is somewhat confounded by the intrinsic risk imparted by RA itself.

Exhibit C Page - 18

6. Radiation exposure – Survivors of atomic bombs or nuclear reactor accidents, as well as patients treated with radiation therapy for other cancers have an increased risk of developing NHL.

7. Immunocompromised state – The presence of immune deficiency syndromes, either as a primary disease state or secondary to immunosuppressive medications or HIV infection, increases the risk of developing NHL.

8. Autoimmune diseases – Some autoimmune diseases impart in increased risk of developing NHL as a result of overstimulation of the lymphocytes increasing the rate of division. These include RA, systemic lupus, and other autoimmune diseases.

9. Infections – Some infections, particularly HTLV, human herpes virus type 8 (HHV-8), and EBV can cause lymphocyte transformations that result in NHL. Other infectious organisms (*Helicobacter pylori*, hepatitis C virus, and others) cause chronic immune stimulation and can lead to the development of NHL.

10. Body weight and diet – People who are obese or eat diets high in certain types of foods are possibly at an increased risk of developing NHL.

### B. Pesticide Exposure and Development of Non-Hodgkin Lymphoma

Of interest in this case is the recently documented increased risk of development of lymphoma in patients with a history of significant exposures to the commonly used herbicide glyphosate (Roundup[TM]). There are multiple studies documenting an association between pesticide and herbicide exposures and a variety of cancers, including NHL—both among those exposed occupationally (e.g., farm workers, pesticide applicators) and from residential use.[19,20,21] As noted above, the American Cancer Society lists pesticide exposure as a known risk factor for risk of NHL.

#### 1. Cellular and Animal Studies

There is substantial research from animal and human studies confirming genotoxic and other critical effects on cellular replication, including cell cycle regulation, that explain the risks of both glyphosate and glyphosate-containing herbicides causing NHL. Many of the genotoxic studies utilized the comet assay, a single-cell gel electrophoresis assay that is technically simple, relatively fast, and cheap.[22] Using this assay, DNA damage can be investigated in virtually all mammalian cell types without requirement for cell culture.

There are numerous in vitro animal studies that confirm the genotoxic effect of both the Roundup[TM] formulation as well as glyphosate itself.[23,24,25,26,27] In addition, there is a growing number of research studies documenting the in vitro effect of Roundup[TM] and glyphosate on genotoxicity and cytotoxic effects in human cell lines.[28,29,30,31] Studies have also shown more diverse effects including altered gene transcription, dysregulation of cell cycle controls, and altered mitochondrial oxidative phosphorylation,[32,33,34,35,36,37,38] all of which may influence the risks for cancer progression beyond the purely genotoxic and mutational effects of glyphosate or the Roundup[TM] formulation.

An assessment reported in 2009 by *Bolognesi, et al.,*[39] of possible direct biologic risks to agricultural workers exposed to glyphosate formulation was carried out in five regions of Colombia, where the exposures to glyphosate and other pesticides varied. They obtained data on the workers (predominantly

Exhibit C Page - 19

women), including their current health status, history, lifestyle, past and current occupational exposure to pesticides, and factors that might be associated with increased frequency of binucleated cells with micronucleoli (BNMN). They obtained blood samples prior to spraying, at 5 days, and again 4 months after spraying, then cultured their lymphocytes and applied the cytokinesis-block micronucleus cytome assay to evaluate for chromosomal damage and cytotoxicity. In test results, they noted regional variations at baseline. In the post-spray samples, those who reported direct contact with the eradication spray showed a higher quantitative frequency of BNMN compared to those without glyphosate exposure. However, the increase in frequency of BNMN observed immediately following glyphosate spraying was not consistent with the rates of application used in the regions. The authors concluded that there was evidence indicating a genotoxic risk associated with exposure to glyphosate in the areas where the herbicide is applied.

*Wang, et al.,*[40] assessed the effect of glyphosate in a mouse-line Vk*MYC, an animal model for multiple myeloma and lymphoma, with sporadic MYC activation in germinal center B-cells. Glyphosate-exposed Vk*MYC mice developed progressive hematologic abnormalities and plasma cell neoplasms as well as multiple organ dysfunction. They developed benign monoclonal gammopathy with increased serum IGG and plasma cells in spleen and bone marrow as well as upregulated activation-induced cytidine deaminase (AID). These findings strongly support glyphosate as a risk factor for B-cell malignancies including NHL and support the epidemiologic findings of glyphosate-induced B-cell lymphomas.

## 2. Epidemiologic Studies Documenting Risk of Non-Hodgkin Lymphoma with Agricultural Occupation

The current understanding of cancer risk factors, including those for NHL, reflects the careful accumulation of evidence from epidemiologic observational studies including case-control studies, and long-term prospective cohort studies. These studies seek to determine the strength and consistency of associations between exposures and lifestyle features to the overall NHL risk. As well, these data help assess associations with distinct NHL subtypes.

Beginning in the early 1990s, the Agricultural Health Study (AHS), a large prospective cohort study was initiated in North Carolina and Iowa with the goals of determining the cancer risks among men versus women, as well as whites versus minorities, who had direct exposure to pesticides and other agricultural agents. It also sought to identify non-cancer related illness associated with pesticide exposure and the potential effects of secondary exposures on spouses and children of agricultural workers; it was an attempt to correlate exposures with disease risk based on biomarkers, genetic predictors of risks, and lifestyle factors. One goal of the study was to assess the impact of multiple exposures on disease risk.[41]

According to a recent analysis of cancer incidence in the AHS, after 20 years of follow up**,** based on review of 12,420 cancers in a cohort of private pesticide applicators, their spouses, and commercial applicators, overall cancer risk within the AHS was lower than the general population. There was an excess of some cancers including prostate cancer, lip cancer, acute myeloid leukemia (AML), thyroid cancer, testicular cancer, peritoneal cancer, and B-cell lymphomas. This study did not assess the contribution of different pesticides to risk.[42]

Exhibit C Page - 20

One very large, long-term, multi-institutional lymphoma study, from 2014, assessing the risk factors for NHL was the *International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes*.[43] This study pooled data from 20 case-control studies (17471 NHL cases, 23096 controls) from North America, Europe, and Australia. It is currently the largest and most comprehensive investigation of potential risk factors for a broad range of common and rare NHL subtypes. This study evaluated 11 specified NHL subtypes and assessed medical history, family history, lifestyle factors, and occupation for each of these 11 subtypes.[44] Statistically significant increased risks of CLL/SLL were found for mixed (OR=1.31) and general farm worker (OR=1.46). Another clear findings among occupations associated with increased risk of follicular lymphoma and DLBCL as well as other lymphomas, was an increased risk for women in the occupation of field crop/vegetable farm worker (OR = 1.78).[45,46,14,16]

### 3. Epidemiologic Studies Assessing Risk of Non-Hodgkin Lymphoma with Glyphosate Exposure

A study published in 2003 examined pooled data from three case-control studies on NHL in the midwestern United States.[47] The study, by *De Roos, et al.*, was an analysis of 47 pesticides simultaneously, controlling for confounding by other pesticides as risk factors for NHL in a pooled analysis of 3417 male farm workers. They noted that the use of particular pesticides, including the insecticides coumaphos, diazinon, fonofos, chlordane, dieldrin, and copper acetoarsenite, as well as the herbicides atrazine, glyphosate, and sodium chlorate, were associated with increased NHL risk, with a trend toward increasing risk with exposures to multiple pesticides. The OR for glyphosate increasing the risk of developing NHL was 2.1 with a 95% confidence interval (CI) of 1.1 to 4.0 (OR 2.1; 95% CI: 1.1-4.0). This doubling of the risk was statistically significant. The significant risk remained after logistic regression was performed. A subsequent hierarchical regression analysis reduced the OR to 1.6 (95% CI: 0.9-2.8).

A subsequent study, published in 2005 by *De Roos, et al.*, specifically analyzed data from the AHS to evaluate the association between glyphosate exposure and cancer incidence. They evaluated both private and commercial pesticide applicators, over 75% of whom reported having used glyphosate, and the overwhelming majority of those were men (97%). They evaluated whether participants personally mixed the glyphosate or applied premixed products. They also attempted to estimate quantitative exposure by recording days of use per year, years of use, and quantity of use per day. This study showed that glyphosate exposure was not associated with cancer incidence overall or with most of the cancer subtypes studied but did suggest association with multiple myeloma incidence, requiring follow up assessment. The authors acknowledged that because of its widespread use, further assessment of the role of glyphosate and long-term health risks was warranted, including of the risks for less common cancers.[48] A follow up analysis of the AHS was published in 2017, however only 63% of the original cohort participated in the follow up study contributing to the exposure misclassification which would bias results towards the null. Glyphosate was not associated with NHL in the primary analysis, but there were suggestive risk increases for NHL and CLL in the 20-year-lag analysis.[49]

Exhibit C Page - 21

In 2001, a multicenter population-based, case-control study by *McDuffie*, *et al.,*[50] enrolled men from all six provinces of Canada with varied occupational and nonoccupational exposures to pesticide. With 517 cases and 1506 controls, the risk of NHL was statistically significantly increased among individuals exposed to glyphosate more than two days per year (OR 2.12; 95% CI: 1.20-3.73). This represents doubling of the risk which, again, is statistically significant. Importantly, among individual pesticides, carbaryl, lindane, dichlorodiphenyltrichloroethane (DDT), malathion insecticides, and captan fungicide were found not to contribute significantly to the risk of NHL. The risk was adjusted for age and province of residence.

In 2002, *Hardell, et al.,*[51] reported a pooled analysis performed on two case-control studies from Sweden, one on NHL and another on hairy cell leukemia. The analysis included 515 cases and 1141 controls and specifically queried multiple different pesticides. Among the herbicides, there was a significant association between NHL risk and glyphosate exposure (OR 3.04; 95% CI: 1.08-8.52). A subsequent population-based case-control study published in 2008 from the same group of researchers[52] assessed exposure to pesticides as a risk factor for NHL. This study included a total of 910 cases and 1016 controls enrolled from 12/01/1999 to 04/30/2002. Both arms had a greater than 90% participation rate in the survey. This study showed that exposure to glyphosate imparted a twofold risk of NHL (OR 2.02; 95% CI: 1.10-3.71) and a stronger association with CLL/SLL (OR 3.35; 95% CI: 1.42–7.89). The association with NHL was strengthened with >10 years latency period (OR 2.26; 95% CI: 1.16-4.40) meaning the association was stronger in those patients with exposure greater than 10 years in the past as opposed to only more recent exposure. This comports with the known delay in manifestation of lymphomas due to the necessary development of multiple different mutations over time. The association with NHL was also stronger in those patients who used glyphosate more than 10 lifetime days v. patients who used it less than 10 lifetime days (OR 2.36; 95% CI: 1.04-5.37.)

A systematic review and series of meta-analyses on the risk of NHL and occupational exposure to agricultural pesticides was published in 2014.[53] This article included an analysis of 21 pesticide chemical groups and 80 active ingredients. This analysis was confined largely to studies in high-income countries and was restricted to studies published since 1980. The meta-analysis included multiple publications from the AHS, six papers from pooled analyses of three case-control studies conducted by the National Cancer Institute (NCI), case-control studies from California and western Washington State, two reports from the Cross-Canada Study, four reports from the Swedish case-control studies, as well as New Zealand and Australian case control studies. Random effects meta-analyses demonstrated a positive association of glyphosate with overall B-cell lymphoma risk with a meta risk ratio of 2.0.

A recent (published in 2019) pooled analysis of pesticide use and risk of NHL in large agricultural cohorts from France, Norway, and the USA (from the consortium of agricultural cohort studies (AGRICOH)), assessed the relationship of any use of 14 pesticide chemical groups and 33 individual active chemical ingredients with NHL overall and major subtypes of NHL. DLBCL, a subtype of NHL, was found to be associated with glyphosate exposure (OR 1.36; 95% CI: 1.00-1.85), but there was no association with other subtypes.[54] The authors noted that non-differential exposure misclassification in the study could result in false negative results. The authors further noted that risks could have been underestimated due

Exhibit C Page - 22

to the inclusion of exposed farmers in the reference group and because the analysis was limited to ever/never use. Pesticide exposure in the European cohorts was determined by a crop exposure matrix rather than self-reporting by the farmers. In a follow up abstract, one of the authors noted that "our ability to detect associations are for now at best limited without further improvement of exposure assessment and assignment."[55]

In 2021, *Meloni, et al.,*[56] reported results from an Italian multi-center case-control study on the association between glyphosate and lymphoma. Elevated risks were seen with follicular lymphoma but not NHL overall or other subtypes. Risk for B-cell lymphoma increased by intensity, frequency, and confidence of exposure, but not by duration with highest risk for B-cell lymphoma in the moderate-high intensity group (OR 4.0; 95% CI: 1.38-11.4). However, the authors noted that the study suffered from low statistical power to detect associations and from a higher probability of chance findings due to small numbers.

In a (2019) article, *Zhang, et al.,*[57] conducted a new meta-analysis including of the most recent update of the AHS cohort published in 2018 as well as of five case-control studies. By using the highest exposure groups available within each study, they noted the overall meta-relative risk (meta-RR) for NHL in glyphosate-based herbicide (GBH)-exposed individuals was increased by 41% (meta-RR = 1.41). In a secondary meta-analysis, again using high-exposure groups with the earlier AHS (2005), they calculated a meta-RR for NHL in glyphosate-exposed individuals of 1.45 (95% CI: 1.11-1.91). They also reviewed animal studies of the relationship between malignant lymphoma and glyphosate and discussed potential associations between glyphosate and immunosuppression, endocrine disruption, and genetic alterations commonly associated with NHL or lymphomagenesis. The authors concluded that, based on their meta-analysis and the findings from experimental animal and mechanistic studies, there was "a compelling link between exposures to GBHs and increased risk for NHL."

*Pahwa, et al.,*[58] published (2019) a detailed analysis of glyphosate use and the risks of NHL overall and for major histologic subtypes, from the North American Pooled Project (NAPP). They analyzed NHL cases and controls from the 1980s and 1990s from Canada and the midwestern US and self-reported information on ever use, duration, frequency, and lifetime days of use of glyphosate related to overall NHL risk as well as risk by major histologic subtypes. Ever use of glyphosate had a significant increase in NHL risk (OR=1.43). Risks were elevated for most lymphoma NHL subtypes except for follicular lymphoma (OR=1.00). Handling glyphosate for more than two days per year was associated with significantly higher risks of NHL (OR=2.42) and DLBCL (OR=2.83). There were suggestive risk increases for NHL, follicular lymphoma, and SLL, with greater lifetime-days of glyphosate use. Overall, the risk differences by histologic subtype were not consistent across glyphosate use metrics and may have been chance findings.

*Donato, et al.,*[59] published (2020) results of a meta-analysis showing

> The meta-relative risk (RR) of NHL was 1.03 (95% CI 0.86-1.21), that of MM [multiple myeloma] was 1.04 (95% CI 0.67-1.41). The meta-RR of NHL for highest category of

Exhibit C Page - 23

exposure was 1.49 (95% CI 0.37-2.61; 3 studies). The meta-RR for diffuse large B-cell lymphoma (DLBCL) was 1.31 (95% CI 0.93-1.75); that for follicular lymphoma was 0.82 (95% CI 0.93-1.70), and that for chronic lymphocytic leukemia was 0.85 (95% CI 0.20-1.49).

*Rana, et al.,*[60] published a critique of the *Donato* meta-analysis and reaffirmed the findings of the *Zhang* meta-analysis noting that those results are likely an underestimation of the true risk of NHL after exposure to glyphosate. The authors reported that if they repeated the *Zhang* meta-analysis with the same studies used in *Donato* 2020 then the meta-RR would increase to 1.63 (95% CI: 0.97-2.76).

In response to *Rana*, *Boffetta, et al.,* reevaluated their meta-analysis[61] reporting:

> The meta-RR for ever-exposure to glyphosate was 1.05 (95% confidence interval [CI] 0.90-1.24; I2 = 0%). The meta-RR for the highest category of exposure was 1.15 (95% CI 0.72-1.83; 3 studies). The meta-RR for diffuse large B-cell lymphoma (DLBCL) was 1.29 (95% CI 1.02-1.63; 4 studies), that for follicular lymphoma was 0.84 (95% CI 0.61-1.17), and that for chronic lymphocytic leukemia/small lymphocytic lymphoma was 1.33 (95% CI 0.65-2.70).

### 4. Position Statements from Agencies

The International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A) in March 2015 after thorough, independent, and rigorous investigation by independent researchers and investigators in the field.[62]

IARC is a division of the World Health Organization (WHO) (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate the potential carcinogenicity of a substance, it must have ubiquitous human exposure and there must be some preliminary data to suggest a potential harm and carcinogenicity. IARC reviews peer-reviewed published literature including epidemiologic studies, animal data, and genotoxicity studies. In addition, IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. As of the last update on 11/09/2018, IARC had evaluated 1,013 substances since its inception. This shows the high selectivity of IARC in deciding which substances to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens). In the above-referenced review of both the epidemiologic, animal, and mechanistic studies, 217 expert scientists evaluated the carcinogenic hazard for four insecticides and the herbicide glyphosate. The Working Group (WG) concluded that the data for glyphosate met the criteria for classification as a probable human carcinogen. and classified glyphosate as "probably carcinogenic to humans" (Group 2A). This conclusion was reached after thorough, independent, and rigorous investigation by independent researchers and investigators and was published in Lancet. In 2019, after reviewing newly published studies, IARC reaffirmed its finding that glyphosate should be classified as probably carcinogenic to humans.[63] As of February 2021, IARC has classified only 20% of substances reviewed as either group 1 (human carcinogens) or 2A (probable human carcinogens).[64]

Exhibit C Page - 24

In contrast, in 2016, the US Environmental Protection Agency (EPA), as part of its cancer classification and risk assessment recommendations, reevaluated the human potential carcinogenicity of the active ingredient glyphosate utilizing the "framework for incorporating human epidemiological and incident data in health risk assessment."[65] In December 2016, the EPA convened the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel (SAP) to review this evaluation. The SAP expressed concerns that the EPA did not follow its own carcinogenicity guidelines in assessing glyphosate with many members disagreeing with the EPA's conclusions. Based on weight-of-evidence evaluation, the EPA concluded that glyphosate is classified as "not likely to be carcinogenic in humans." In 2019, the EPA reconfirmed its opinion that glyphosate is not likely to be carcinogenic in humans. The EPA's public opinion appears to contrast with an internal EPA memo, released in 2021, which concluded that the epidemiology provided suggestive of carcinogenic potential between glyphosate exposure and increased risk of NHL.

The European Food Safety Authority (EFSA), the primary agency of the European Union that assesses risks regarding food safety, reported in October 2015 its evaluation of the Renewal Assessment Report (RAR) for glyphosate prepared by the Rapporteur Member State, the German Federal Institute for Risk Assessment (BfR). This group concluded that "glyphosate is unlikely to pose a carcinogenic hazard to humans and the evidence does not support classification with regard to its carcinogenic potential."[66] EFSA noted that its analysis differed from IARC, in part, because "IARC did not only assess glyphosate but also glyphosate-based formulations, while the EU peer review is focused on the pure active substance." Other regulatory agencies have made the same conclusions as EPA and EFSA.

In a subsequent report[67] authored by 94 scientists, the differences between the IARC and the EFSA assessments were reviewed with a conclusion that there were multiple serious flaws in the scientific evaluation in the EFSA/RAR assessment that incorrectly limited the potential carcinogenic hazard from glyphosate exposure. In evaluating the human studies, the EFSA/RAR classified all the case–control studies as "not reliable," noting that data on glyphosate exposure, smoking status, and/or previous diseases had not been assessed. The critique's conclusion was that the case control studies were reliable and that the IARC WG had carefully and thoroughly evaluated all available epidemiology data, considering the strengths and weaknesses of each study before its determination.

Two carefully performed meta-analyses cited in the IARC monograph demonstrated a consistent positive association between glyphosate and NHL. As noted above, meta-analyses not available at the time of this IARC investigation, from *Zhang*,[63] of the AHS and several case-control studies confirmed the positive association between glyphosate exposure and NHL. Further, EFSA concluded

> No evidence of carcinogenicity was confirmed by the large majority of the experts (with the exception of one minority view) in either rats or mice due to a lack of statistical significance in pair-wise comparison tests, lack of consistency in multiple animal studies and slightly increased incidences only at dose levels at or above the limit dose/maximum

Exhibit C Page - 25

tolerated dose (MTD), lack of pre-neoplastic lesions and/or being within historical control range.[72]

In fact, the IARC WG did find significant carcinogenic effects in laboratory animals for rare kidney tumors, hemangiosarcoma in two mouse studies, and benign tumors in two rat studies. EFSA also disagreed with the IARC WG finding that "there is strong evidence that glyphosate causes genotoxicity" by suggesting that unpublished evidence not seen by the IARC WG was overwhelmingly negative. Again, the IARC assessment concluded that there was strong evidence of genotoxicity and oxidative stress for glyphosate and that this research was accessed entirely from publicly available research that included findings of DNA damage in the peripheral blood of exposed humans. The IARC work group concluded in their report:

> The most appropriate and scientifically based evaluation of the cancers reported in humans and laboratory animals as well as supportive mechanistic data is that glyphosate is a **probable human carcinogen**. On the basis of this conclusion and in the absence of evidence to the contrary, it is reasonable to conclude that glyphosate formulations should also be considered likely human carcinogens.[68] (emphasis added)

The U.S. Agency for Toxic Substances and Disease Registry (ATSDR) completed a toxicological profile of glyphosate in August 2020. The ATSDR did not provide an opinion on the carcinogenicity of glyphosate but noted that:

> The meta-analyses reported positive associations between glyphosate use and selected lymphohematopoietic cancers. Most of the case-control and cohort studies used self-reported ever/never glyphosate use as the biomarker of exposure, and subjects were likely exposed to other pesticides as well. Numerous studies reported risk ratios greater than 1 for associations between glyphosate exposure and risk of non-Hodgkin's lymphoma or multiple myeloma; however, the reported associations were statistically significant only in a few studies.[68]

In June 2021, The National Institute of Health and Medical Research (INSERM), at the request of the French government, convened an expert panel to review the latest data on glyphosate and NHL. The panel concluded that "the new data strengthen the presumption of a link between glyphosate and the risk of NHL in farmer populations (moderate presumption; Table III)."

## V.  ANALYSIS
### A.  Mr. Nelson's Non-Chemical Exposures and Risk Factors
#### 1.  Mr. Nelson's Non-Modifiable Risk Factors (Age, Gender, Heredity/Inherited Risks)

There is accumulating evidence that family history of lymphoma and common genetic variations alter NHL risk. As well, the risk of NHL increases with age; specifically, there is a significant increase in NHL incidence in the sixth and seventh decade of life, though it also occurs in children and young adults.

Exhibit C Page - 26

Typically, late age at diagnosis reflects the time required for lymphoma to progress from a premalignant B-lymphocyte (with the acquisition of genomic changes associated with both chronic exposures to carcinogens as well as promotional agents) to an eventual NHL. Mr. Nelson was 69 years old at the time of his diagnosis of NHL. With the exception of age, the other nonmodifiable risk factors cannot explain the development of his NHL.

A pooled case-control analysis from InterLymph to evaluate NHL risk among those with hematopoietic malignancies in first-degree relatives noted an increase in NHL risk in individuals with first-degree relatives with NHL, Hodgkin lymphoma, and leukemia.[69] Mr. Nelson had a first-degree relative, his father, who died of a B-cell lymphoma in his 90s. His mother and grandmother had undefined blood disorders. These family members were all affected at old ages, which is not typical for a familial lymphoma risk.

### 2. Mr. Nelson's Modifiable Risk Factors

#### a. *Tobacco and Alcohol Use*

Smoking tobacco and using alcohol are known significant risk factors for development of many other types of cancer but are not identified as specific risk factors for lymphoma. In fact, multiple long-term cohort studies have failed to confirm an association between tobacco use and lymphoma.[70,71,72] Mr. Nelson never smoked; therefore, as noted, smoking plays no role in his NHL risk.

While alcohol consumption has been linked to many cancers, including breast, liver, and pancreatic, there is no evidence that alcohol increases risk of lymphomas. Mr. Nelson did not consume alcoholic beverages. Based on the foregoing, alcohol played no role in his non-Hodgkin lymphoma etiology.

#### b. *Obesity*

Obesity has been associated with lymphoma and has been linked with many cancers including endometrial, esophageal adenocarcinoma, colorectal, postmenopausal breast, prostate, as well as leukemia, multiple myeloma, and NHL.[73] In observational studies, obesity has been associated with a graded increase in risk for both NHL and Hodgkin disease.[74] This association has been attributed to the increase in inflammatory cytokines, the presence of hyperinsulinemia, and altered sex hormone levels, although the data confirming these mechanisms is weak in the obese population.[75] The American Cancer Society has reviewed long-term prospective data from the CPS (Cancer Prevention Study) I and II cohorts that suggest obesity is correlated to liver and pancreatic cancer death rates, as well as to both myeloma and NHL.[76]

The role of early childhood growth, including height, as well as childhood- and adolescent-onset obesity may be linked to the risks for NHL, with adolescent weight associated with risk of NHL.[77,78,79] Mr. Nelson was not obese, with documented BMIs in the low 20s. Obesity did not play a role in development of his NHL.

#### c. *Diabetes Mellitus*

Diabetes mellitus has been investigated as a risk factor for some cancers and there is very limited

Exhibit C Page - 27

evidence of increased risk of NHL. Mr. Nelson did not have any history of diabetes mellitus.

### d. *Infectious Agents*

Mr. Nelson was negative for all viruses known to be associated with lymphoma including HIV 1/2, hepatitis C, EBV, and HHV-8. Further, no symptoms suggestive of infection with *Helicobacter pylori*, a bacteria associated with mucosa-associated lymphoid tissue (MALT) lymphoma—a distinct entity from CLL/SLL.[80,81,82] According to the InterLymph study, there remains a lack of solid evidence for an association between these viral agents and the risk of CLL/SLL. He was diagnosed with Lyme disease, a *Borrelia* infection, 5 years after his CLL/SLL diagnosis, with a positive IgM antibody indicating acute infection. There is no evidence that he had Lyme disease prior to developing CLL/SLL. Thus, this infection was not a factor increasing risk of NHL in this case.[83]

### e. *Autoimmune Inflammatory Diseases*

Some autoimmune diseases, including RA, systemic lupus, and Sjogren's syndrome are associated with an increased risk of developing NHL, partly as a direct result of the activation of the immune response as a component of autoimmunity and, in some cases, as a result of the immunomodulatory medications used to treat them, e.g., methotrexate, tumor necrosis factor (TNF) inhibitors, other immune-modifying therapies.[84,85,86,87,88,89] In addition, patients on immunosuppressive drugs post-organ transplantation are also at increased risk, over time, for lymphoma and other malignancies.[90] In addition, he has never been on any immunosuppressive medications and never had RA, Sjogren's syndrome, inflammatory bowel disease or any other active autoimmune disease known to be associated with NHL risk.

### f. *Other Medical History*

Mr. Nelson has no other medical history that would increase his risk of NHL.

## B. <u>Mr. Nelson's Chemical Exposures</u>
### 1. **Non-Glyphosate Exposures**
#### a. *Pesticides Other Than Glyphosate*

There are multiple studies documenting an association between pesticide and herbicide exposures and development of multiple cancers, including NHL, both among occupational users (e.g., farm workers, pesticide applicators) and residential users. (With exception of his Roundup[TM] (glyphosate) use,) Mr. Nelson had no history of either occupational or residential pesticide exposure.

#### b. *Other Chemicals*

Mr. Nelson had no history of exposure to organic solvents, trichloroethylene, hexachlorobenzene, DDT, toluene, 2,4d;2,4,5t, or paraquat.

### 2. **Glyphosate (Roundup[TM]) Exposures**

The most consistent and ubiquitous risk factor in Mr. Nelson's exposure history was the continued exposure to Roundup[TM], from <u>1997-2017</u> (20 years).

As calculated by Dr. Herrick, during Mr. Nelson's residential use, from <u>1988-2014</u>, Mr. Nelson had a

Exhibit C Page - 28

midpoint of 9.3 8-hour exposure days with a range between 1.3-21.8 8-hour exposure days.

As calculated by Dr. Herrick, in the commercial setting, from 1994-2019, he had a midpoint of 53.3 8-hour exposure days, with a range between 11.25-94.2 8-hour exposure days.

Based on the total cumulative use including both residential and commercial use, he had a minimum of 12.6 lifetime 8-hour time-weighted exposure days, his maximum 8-hour time-weighted exposure days was 116, and his midpoint 8-hour time-weighted exposure days was 62.6.

Mr. Nelson's very long-term chronicity of exposure on a regular basis is significantly above the range of levels that have been documented to contribute to lymphoma risk. The causal relationship is particularly strongly recognized in individuals who work in agricultural settings, where extremely high-level exposures are common compared to residential exposure use. It is in this setting that the most compelling epidemiologic evidence has emerged for cancer risk from exposure to this chemical. While farm workers are traditionally at long-term higher risk due to occupational exposures, they are typically trained in the routine use of personal protective equipment (PPE) including masks, gloves, and clothing designed to limit personal exposures. In this context, agricultural work and certain associated chemical exposures have been documented to place workers at increased risk for NHL and other malignancies.[91,92] Mr. Nelson typically wore PPE while using Roundup[TM].

Environmental/chemical exposures are typically associated with the development of malignancies due to two factors—dose of exposure and duration of exposure. Like many malignancies, lymphomas are now recognized to have a long premalignant phase before evolution to frank clinical lymphoma. Malignancies that follow this pattern result from many genetic mutations over time and prolonged or recurrent exposures to causative agents are common features. Similarly, there are multiple studies indicating a specific increase in risk of CLL associated with farming and pesticide/Roundup[TM] exposure.[93,94] Pesticides, including herbicides, insecticides, fungicides, and rodenticides have important public health benefits. However, they are designed to impact living systems so unintended health effects are to be expected. Although exposure levels are highest in people actively using these chemicals, others may be affected by various forms of spread. Persistent pesticides or their metabolites can be found at low levels in biological tissues of most individuals throughout the world.[95,96,97,98,99,100]

## VI. CONCLUSIONS

To reasonable medical certainty, based on the foregoing analysis and

1) the potential causes of NHL,
2) the extensive glyphosate medical/scientific literature, including epidemiologic and mechanistic studies cited above,
3) Mr. Nelson's medical history, lifestyle, and exposure history,
4) Mr. Nelson's extensive medical records,

Exhibit C Page - 29

5) my training, including my residency at Memorial Sloan Kettering Cancer Center and my medical oncology fellowship at New York Hospital–Cornell Medical Center,
6) my experience teaching medical students, residents, and fellows as part of the Yale Medical School faculty,
7) my 35+ years of clinical practice in the field of oncology, specifically treating lymphoma patients,
8) my work as a board member of the Yale-based research group Environment and Human Health (EHHI), Inc.,
9) my long experience educating patient groups about the origins of cancer and risk reduction and outcomes in cancer survivorship,
10) my review of the provided legal documentation, including deposition transcripts,
11) the essential exclusion of other potential risk factors including body habitus and age, that could be causative, i.e., the application of a critical differential diagnosis,

Mr. Nelson's exposure to Roundup$^{TM}$ (glyphosate) was a substantial contributing factor causing his non-Hodgkin lymphoma, specifically his CLL/SLL; had Mr. Nelson not had his Roundup$^{TM}$ (glyphosate) exposures, he would not have developed non-Hodgkin lymphoma.

Sincerely,

D. Barry Boyd, MD, MS
Senior Oncologist Yale-Smilow Cancer Center
Greenwich Hospital-Yale Health System
Assistant Professor of Medicine, Yale University School of Medicine

Exhibit C Page - 30