# EXHIBIT N

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
                 ------------------------------------X
 3
                         MDL NO. 2741
 4
                         CASE NO. MDL 3:16-MD-02741-VC
 5

 6    IN RE: ROUNDUP LITIGATION PRODUCTS LIABILITY

 7    LITIGATION

 8

 9    This document relates to:

10

11    RICHARD CANNING AND SHIRLEY CANNING V.

12    MONSANTO COMPANY

13                         CASE NO. 3:19-CV-04230-VC

14

15               ------------------------------------X

16

17

18         REMOTE VIDEOTAPED DEPOSITION OF D. BARRY

19    BOYD, M.D., M.S., taken pursuant to Connecticut

20    Statutes, before Helga Christiane Lavan, RPR,

21    Licensed Shorthand Reporter and a Notary Public

22    in and for the State of Connecticut, Shorthand

23    Reporter License No. 540, on October 27, 2023,

24    at 12:02 p.m.

25
```

```
 1                A P P E A R A N C E S

 2


 3     For the Plaintiff:

 4          THORNTON LAW FIRM, LLP
            9595 Wilshire Boulevard
 5          Suite 900
            Beverly Hills, California 90212
 6          (310) 282-8676
            dbricker@tenlaw.com
 7
                 By: DAVID BRICKER, Esquire
 8


 9
       For the Defendant:
10
            NELSON MULLINS RILEY & SCARBOROUGH LLP
11          901 East Byrd Street
            Suite 1650
12          Richmond, Virginia 23219
            (804) 533-2900
13          Marina.Batalias@nelsonmullins.com

14               By:  MARINA BATALIAS, Esquire

15

16

17

18

19

20

21     ALSO PRESENT:

22     JULIE ROBINSON, Videographer

23     JUSTIN CARTER, Legal Clerk for Thornton Law
       Firm
24

25
```

```
 1                standout in this patient.  That is
 2                associated with this.
 3        BY MS. BATALIAS:
 4             Q.    But you can't say Mr. Canning
 5     would not have been diagnosed with NHL had he
 6     never been exposed to Roundup; correct?
 7                MR. BRICKER:  Form.
 8                THE WITNESS:  Only thing I would
 9                say the probability of this is a
10                more-likely-than-not associate.
11        BY MS. BATALIAS:
12             Q.    If you conducted a differential
13     diagnosis in this case -- which you did,
14     correct, that differential diagnosis?
15             A.    A differential diagnostic
16     ideology, is that -- that's what you mean;
17     right?
18             Q.    Yes, sir.  That is what I mean.
19             A.    Yes.
20             Q.    In conducting that differential
21     ideology, you couldn't rule out the possibility
22     that Mr. Canning's NHL was caused by a mutation
23     not influenced by a chemical?
24             A.    Again, mutational events are the
25     beginning, not the end, of cancer.  Even a
```

1  spontaneous mutation will then predispose to
2  the influence of environmental factors to
3  promote progression of replication, decreased
4  apoptosis, all the things that -- and what we
5  call -- and we know for sure that glyphosate
6  alters promotional factors called methylation
7  that changes how genes are expressed, even
8  after the mutation, to make it more likely that
9  that mutation will then lead to malignancy,
10 even if the mutation was not Roundup.
11       Q.    But if you saw a patient with the
12 same medical history as Mr. Canning, minus the
13 exposure to Roundup, what would you say caused
14 his NHL?
15       A.    You have to look at the
16 individual.  There are many, many things that
17 play a role.  So, you know, that's a
18 hypothetical that is not rational, because each
19 individual has many, many factors in their
20 history.  Do they have autoimmune disease, are
21 they on immunosuppressant therapies, do they
22 have a viral, you know, infection, do they have
23 other exposures that may play a role.
24       Q.    So taking out just the exposure
25 for Mr. Canning's case and using the exact same

```
 1                    THE WITNESS:  Yes.
 2                 It takes time because of that
 3           duration of premalignant phase.  It's
 4           going to increase over the years so
 5           that by 50 or 60, you're more likely
 6           than 30 or 40.  It doesn't preclude it
 7           from happening at younger ages, but
 8           it's much more common when you get
 9           older.
10      BY MS. BATALIAS:
11           Q.    All of that to say, you can't
12   rule out that Mr. Canning's NHL was caused by
13   natural replication errors over time as he got
14   older?
15           A.    Not completely, but it's less
16   likely here with his exposure.
17           Q.    I can't remember if we talked
18   about this in your -- the list of risk factors
19   mentioned earlier, but obesity has been
20   associated with increased risk for NHL; is that
21   correct?
22           A.    In some, but not all, studies.
23           Q.    And Mr. Canning was 6-4 and
24   weighed 257 pounds at the time of his
25   diagnosis?
```

# CERTIFICATE

I hereby certify that I am a Notary Public in and for the State of Connecticut duly commissioned and qualified to administer oaths.

I further certify that the deponent, D. BARRY BOYD, M.D., M.S., in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and transcribed by means of computer-aided transcription by the undersigned, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor of either counsel in said suit, nor related to or employed by any of the parties or counsel to said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 6th day of November, 2023.

_____
HELGA CHRISTIANE LAVAN
NOTARY PUBLIC

My commission expires: September 2025
LSR No. 540