**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030 | Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843 | Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400 | Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100 | Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Angelo Bulone v. Monsanto Company*, 3:20-cv-03719 | **DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. RICHARD DEGRANDCHAMP**<br><br>Hearing:<br>Date: March 1, 2024<br>Time: 10:00 a.m.<br>Place: San Francisco Courthouse, Courtroom 4 – 17th Floor |

## DECLARATION OF LINDA C. HSU

I, Linda C. Hsu, declare as follows:

1.  I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion to Exclude Testimony of Dr. Richard DeGrandchamp. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.  Attached hereto as Exhibit A is a true and correct copy of the *Curriculum Vitae* of Dr. Richard DeGrandchamp.

3.  Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Disclosure of Expert Witnesses and Declaration, dated August 22, 2022, submitted in the above-captioned matter.

4.  Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition testimony of Dr. Richard DeGrandchamp, dated April 28, 2023, in *Allegrezza v. Monsanto Company*, Case No. 19SL-CC03421, in the Circuit Court of St. Louis County, Missouri. This deposition transcript was marked confidential by Monsanto, but the excerpts attached hereto do not contain confidential information. By attaching these excerpts, Monsanto does not waive the confidentiality of the rest of the transcript.

5.  Attached hereto as Exhibit D is a true and correct copy of excerpts of Order Concerning The Parties' Motions *in Limine*, dated July 28, 2022, in *Alesi v. Monsanto Company*, Case No. 19SL-CC03617, in the Circuit Court of St. Louis County, Missouri.

6.  Attached hereto as Exhibit E is a true and correct copy of excerpts of deposition testimony of Dr. Richard DeGrandchamp, dated July 8, 2022, in *Evard, et al. v. Monsanto Company*, Case No. 2019-L-011574, in the Circuit Court of Cook County, Illinois.

7.  Attached hereto as Exhibit F is a true and correct copy of U.S. EPA Memorandum dated September 21, 2022.

8.  Attached hereto as Exhibit G is a true and correct copy of excerpts of deposition testimony of Dr. Richard DeGrandchamp, dated August 30, 2022, in *Luke v. Monsanto Company*, Case No. 19SL-CC03191, in the Circuit Court of St. Louis County, Missouri.

9.  Attached hereto as Exhibit H is a true and correct copy of excerpt of Order Concerning Defendant Monsanto Company's Motions to Exclude Experts, dated July 22, 2022, Case No. 19SL-CC03617, in the Circuit Court of St. Louis County, Missouri.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts of deposition testimony of Dr. Richard DeGrandchamp, dated March 24, 2022, in *Alesi v. Monsanto Company*, Case No. 19SL-CC03617, in the Circuit Court of St. Louis County, Missouri.

11. Attached hereto as Exhibit J is a true and correct copy of excerpt of Roundup Expert Report of Dr. Richard L. DeGrandchamp, dated August 22, 2022, submitted in the above-referenced matter.

12. Attached hereto as Exhibit K is a true and correct copy of Pretrial Order No. 288: Order Granting Motions to Exclude Experts Charles and Schneider, dated November 15, 2023, in In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC, U.S. District Court, Northern District California.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 14, 2023, at Santa Monica, California.

Linda C. Hsu

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

/s/ Linda C. Hsu
Linda C. Hsu