# EXHIBIT B

Name and address:

Danae N. Benton
Fears Nachawati Law Firm, PLLC
5489 Blair Rd., Dallas, Texas 75231
(214) 890-0711 Phones
dbenton@fnlawfirm.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORIA**

| ANGELON BULONE | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | MDL No. 2741; 3:20-cv-03719-VC |
| v. | |
| MONSANTO COMPANY | **PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES AND DECLARATION** |
| DEFENDANT(S) | |

**COMES NOW PLAINTIFF** Angelo Bulone ("Plaintiff") and pursuant to the court's scheduling order designate experts who are expected to be called at trial of this matter. Plaintiff hereby submits their designation of Expert Witnesses as follows:

1. **Dr. Charles Benbrook, Ph.D.**
   **Benbrook Consulting Services**
   **10526 SE Vashon Vista Drive**
   **Port Orchard, Washington 98367**

Dr. Benbrook holds a Ph.D. in agricultural economics from the University of Wisconsin. A copy of his curriculum vitae is enclosed in Box.com shared folder.

Dr. Benbrook will testify about the regulatory history of glyphosate and glyphosate-based formulations, including Roundup; the interaction between the EPA and Monsanto in relation to the registration and re-registration of Roundup formulations, including the various testing submitted by Monsanto to the EPA in support thereof and additional testing requested by the EPA;

the labeling responsibilities of pesticide and herbicide manufacturers under federal regulation, including Monsanto's obligations regarding the Roundup label; the stewardship obligations of pesticide and herbicide manufacturers, including Monsanto's obligations regarding the stewardship of Roundup; whether certain publications related to the safety of glyphosate and glyphosate-based formulations were "ghost authored" by Monsanto and, generally, whether Monsanto's publication planning and conduct comport with prevailing ethical and scientific/academic standards; the sufficiency of the Roundup label during all relevant times; and the process by which IARC and the EPA reached their most-recent assessments regarding the cancer-causing potential and glyphosate and glyphosate-based formulations.

These areas of testimony were the subject of his prior testimony in the Roundup litigation. Accordingly, Plaintiff hereby incorporates by reference Dr. Benbrook's: (1) prior deposition testimony, Daubert testimony, and trial testimony in all Roundup litigation cases against Monsanto; and (2) previously submitted reports and reliance lists in all Roundup litigation cases against Monsanto.

Dr. Benbrook's hourly rate is $300.  He is sufficiently familiar with this matter to submit to meaningful deposition with respect to this case.

2. **David Carpenter, M.D.**
   **2749 Old State Road**
   **Schenectady, New York 12303**

Dr. Carpenter is a public health physician who holds an M.D. from Harvard Medical School.  A copy of his curriculum vitae is enclosed in Box.com shared folder.

Dr. Carpenter is designated to testify on the topics of neurotoxicology, cellular biology and molecular biology generally, and specifically about how exposure to herbicides, including Roundup, can affect human cells on a molecular level and cause carcinogenesis and cancer.  He

Page 2 of 7

Exhibit B Page - 2

will also offer testimony concerning the mechanisms through which glyphosate and glyphosate-based formulations induce oxidative stress and cause genotoxicity. Dr. Carpenter will further testify about the existing medical and scientific literature examining a causative link between glyphosate and cancer. He is also a co-author of the Journal of Epidemiology and Community Health article, "Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA)," and may discuss the analysis and opinions contained therein.

Dr. Carpenter's hourly rate is $500. He is sufficiently familiar with this matter to submit to meaningful deposition with respect to this case.

3. **Joel Gagnier, N.D., Ph.D.**
   **427 East Ruscom River Road**
   **St. Joachim, ON, Canada N0R1S0**

Dr. Gagnier holds a Ph.D. in Clinical Epidemiology and Biostatistics from the University of Toronto. A copy of his curriculum vitae is enclosed in Box.com shared folder.

Dr. Gagnier will provide testimony on general causation based on his expertise in the areas of epidemiology and biostatistics. More specifically, Dr. Gagnier will opine, based on his training, experience and review of the medical and scientific literature, that glyphosate and glyphosate-based formulations can cause non-Hodgkin's lymphoma in humans. He will also offer testimony and opinions concerning the existing epidemiological studies regarding the relationship between glyphosate and/or glyphosate-based formulations and non-Hodgkin's lymphoma. He will also offer testimony and opinions regarding the review, evaluation, and assessment of glyphosate and glyphosate-based formulations as cancer hazards by the International Agency for Research on Cancer (IARC).

Dr. Gagnier's hourly rated str $400 for pre-trial work, $800 for deposition time, and $500 for trial time.  He is sufficiently familiar with this matter to submit to meaningful deposition with respect to this case.

4.   **Dr. Marc Braunstein**
     **120 Mineola Blvd., Suite 500**
     **Mineola, NY 11501**

Dr. Braunstein holds an M.D. and Ph.D. from SUNY Downstate College and is a board-certified hematologist and medical oncologist practicing at NYU Langone Hospital – Long Island. A copy of his curriculum vitae is enclosed in Box.com shared folder.

Dr. Braunstein is designated in the areas of human cancers; causes of cancer; causes of non-Hodgkin's lymphoma, including the cancer risk following exposure to glyphosate and glyphosate-based formulations; cancer diagnosis; cancer effects; cancer treatments; and the clinical practice of hematology and oncology generally.  Dr. Braunstein will testify on issues of specific causation with respect to Plaintiff, including rendering an opinion to a reasonable degree of medical certainty regarding the cause of Plaintiff's non-Hodgkin's lymphoma.  He will further provide testimony concerning the bases of those opinions, including but not limited to the application of the Bradford Hill criteria to the facts of Plaintiff's case.  Additionally, Dr. Braunstein will testify regarding the general background of non-Hodgkin's lymphoma; the sub-types of non-Hodgkin's lymphoma; the reasonableness of Plaintiff's treatment and care; the reasonableness and necessity of Plaintiff's medical treatment and expenses; and Plaintiff's clinical course and prognosis.

Dr. Braunstein's hourly rate is $400.  He is sufficiently familiar with this matter to submit to meaningful deposition with respect to this case.

5. **Richard DeGrandchamp, Ph.D.**
   **Scientia Vertias, L.L.P.**
   **5910 Northwood Drive**
   **Evergreen, CO 80439**

Dr. DeGrandchamp holds a Ph.D. in Toxicology from the University of Michigan School of Public Health. A copy of his curriculum vitae is enclosed in Box.com shared folder.

Dr. DeGrandchamp is designated in the areas of toxicology, exposure, dermal absorption, and risk assessment. Dr. DeGrandchamp will testify on issues concerning the mechanism of absorption of glyphosate and/or glyphosate-based formulations through the skin and other exposure pathways; the role of surfactants on dermal absorption; toxicology and animal studies on dermal absorption, including his analysis of the data and the interpretation and methodology related to that data; human exposure studies and data relating to glyphosate and/or glyphosate-based formulations; and the effect of wearing personal protective equipment (PPE) on exposure levels. He will also offer testimony concerning the mechanisms through which glyphosate and glyphosate-based formulations induce oxidative stress and cause genotoxicity.

Dr. DeGrandchamp's hourly rate is $300. He is sufficiently familiar with this matter to submit to meaningful deposition with respect to this case.

6. **Luoping Zhang Ph.D.**
   **University of California**
   **School of Public Health**
   **Berkeley, California 94720**

Dr. Zhang holds a Ph.D. in Biochemical Toxicology from the Simon Fraser University. A copy of her curriculum vitae is enclosed in the Box.com shared folder.

Dr. Zhang is designated in the areas of molecular mechanisms of chemical toxicity, molecular epidemiology and biomarkers, along with her meta-analysis on glyphosate and Non-Hodgkin Lymphoma. Dr. Zhang will testify as to the association between cumulative exposures to

glyphosate-based herbicides and an increased risk of non-Hodgkin lymphoma in humans, the results of a her 2019 meta-analysis that included the most recent update of the Agricultural Health Study along with evidence from animal and mechanistic studies which suggests a compelling link between exposures to glyphosate-based herbicides and an increased risk for non-Hodgkin lymphoma.

Dr. Zhang's hourly rate is $500. She is sufficiently familiar with this matter to submit to meaningful deposition with respect to this case.

## NON-RETAINED EXPERT WITNESSES

Plaintiff designates the following non-retained expert witnesses:

Each of the following individuals is a treating health care provider of Plaintiff Angelo Bulone and not an independently retained expert:

1. Carol Bogdon, M.D.
   Tidelands Health Oncology
   2405 North Fraser Street
   Georgetown, SC 29440

2. James Hathhorn, M.D.
   McCreary Cancer Center
   212 Mulberry Street SW
   Lenoir, NC 28645

3. Any other treaters and/or health care providers to Plaintiff.

Plaintiff reserves the right to amend their expert disclosures; further, this list of expert witnesses subject to other experts as may be revealed by Defendants and called upon to testify at the trial. Plaintiff further reserve the right to call physicians or any other treating health care providers of Plaintiff as reflected in the medical records of Plaintiff or as designated by the parties to this action.

Additionally, Plaintiff reserve the right to call any and all medical treating doctors, nurses, and technicians who have not been retained as experts, but may be called upon to give expert testimony. Plaintiff further reserve the right to elicit expert testimony from other treating physicians, including experts disclosed by Monsanto.

Plaintiffs further incorporate by referenced the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, 3, and 4 and reserve the right to call the author of any such report as an expert witness at trial.

Discovery is ongoing. Accordingly, Plaintiff reserves the right to supplement these expert designations as new information is made available. Expert reports are provided via Box.com folder.

Dated: August 22, 2022    Respectfully submitted,

**FEARS NACHAWATI, PLLC**

By:    */s/ Danae Benton.*
Danae Benton (admitted pro hac vice)
Texas Bar No. 24080422
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
dbenton@fnlawfirm.com