# EXHIBIT G

```
 1          IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
                       STATE OF MISSOURI
 2
    SANDRA COLE, et al.,   )
 3                         )
       Plaintiffs,         )
 4                         )
            vs.            ) Case No. 19SL-CC03060
 5                         )
    MONSANTO COMPANY,      )
 6  et al.,                )
                           )
 7     Defendants.         )

 8           - - - - - - - - - - - - - - -

 9  KEITH LUKE, et al.,    )
                           )
10     Plaintiffs,         )
                           )
11          vs.            ) Case No. 19SL-CC03191
                           )
12  MONSANTO COMPANY,      )
    et al.,                )
13                         )
       Defendants.         )
14

15              Remote Videotaped Deposition of
                   RICHARD DeGRANDCHAMP, Ph.D
16              Taken on Behalf of the Defendants
                         August 30, 2022
17
                            *******
18

19

20

21

22

23

24
```

```
 1                    INDEX
                                                    Page
 2
      BY MR. KALAS                                     6
 3
      BY MR. McMURTRAY                               144
 4


 5


 6


 7                   EXHIBITS

 8    Exhibit #     Description                     Page

 9    Exhibit 1     Amended Notice of Deposition      8

10    Exhibit 2     Objections to Notice of Deposition  9

11    Exhibit 3     Amended Reliance List              11

12    Exhibit 4     ** CONFIDENTIAL **
                    Dr. DeGrandchamp's report          11
13
      Exhibit 5     Retention letter                   18
14
      Exhibit 6     (Marked but not referenced)
15
      Exhibit 7     (Marked but not referenced)
16
      Exhibit 8     (Marked but not referenced)
17
      Exhibit 9      ** CONFIDENTIAL **
18                   Book 4: Roundup                   12

19    Exhibit 10    Pathology Working Group Report
                     On Glyphosate in CD-1 Mice       125
20


21


22


23


24
```

```
 1           IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
                        STATE OF MISSOURI
 2
    SANDRA COLE, et al.,  )
 3                        )
       Plaintiffs,        )
 4                        )
            vs.           ) Case No. 19SL-CC03060
 5                        )
    MONSANTO COMPANY,     )
 6  et al.,               )
                          )
 7     Defendants.        )

 8           - - - - - - - - - - - - - - -

 9  KEITH LUKE, et al.,   )
                          )
10     Plaintiffs,        )
                          )
11          vs.           ) Case No. 19SL-CC03191
                          )
12  MONSANTO COMPANY,     )
    et al.,               )
13                        )
       Defendants.        )
14

15            Remote videotaped deposition of RICHARD

16  DeGRANDCHAMP, produced, sworn and examined on

17  behalf of the Defendants on August 30, 2022, via

18  remoted videoconference before Mary Joy Springer,

19  a Certified Court Reporter within and for the

20  State of Missouri.

21

22

23

24
```

```
                    APPEARANCES

     For the Plaintiffs:

              Patrick McMurtray, Esq.
              Frazer, PLC
              30 Burton Hills Boulevard, Suite 450
              Nashville, Tennessee 37215
              Ph. (615) 647-6464
              patrick@frazer.law


     For the Defendant:

              John M. Kalas  Esq.
              Hollinsgworth, LLP
              1350 I Street, NW
              Washington, DC 20005
              (202)898-5848
              jkalas@hollingsworthllp.com


Videographer:

         Darren Guastella


Court Reporter:

         Mary Joy Springer, CSR
         Illinois CSR #084-001247
         Missouri CCR #1487
```

Richard DeGrandchamp, Ph.D.

```
 1        A.   Yes.  What you just described is a very
 2   narrow sliver of toxicokinetics, and that deals
 3   with exposure.  So I'm not going to be discussing
 4   anything that deals with human exposures, that's
 5   correct, any biomonitoring.
 6        Q.   From reading your notes and reading Book
 7   4 previously, I take it you do intend to opine on
 8   the corporate conduct of Monsanto?
 9        A.   Yes.
10        Q.   Okay.  Do you intend to opine on
11   advertising for Roundup products?
12        A.   I haven't been asked or directed to -- I
13   have not included that in my report thus far, and
14   I've not discussed that matter with attorneys.  So
15   sitting here today, I do not intend to discuss any
16   advertising.
17        Q.   Okay.  Do you intend, sitting here
18   today, if you were testifying in the Luke or Cole
19   matter, do you intend to testify as to the
20   labeling on Roundup products?
21        A.   I think that's the same answer.
22        Q.   Okay.  Given the context of Exhibit 4,
23   Exhibit 9, I do take it that you intend to opine
24   upon regulatory reviews of glyphosate and Roundup?
```

1      A.   In terms of Roundup?

2      Q.   Glyphosate-based herbicides, yeah.

3      A.   Yeah.  I've never looked at the petition

4 submitted to the government on Roundup-related

5 products.  That's correct, yes.

6      Q.   We've been going about an hour, maybe

7 slightly longer.  Do you guys need a break?

8      A.   That would be great.

9      MR. McMURTRAY:  Cool.

10     THE VIDEOGRAPHER:  We will go off the

11 record.  The time is 10:08 a.m.

12     (Whereupon a recess was taken, after

13 which the following proceedings were held:)

14     THE VIDEOGRAPHER:  We are now back on

15 the record.  Time is 10:19 a.m.

16     Q.   (By Mr. Kalas) Dr. DeGrandchamp, in your

17 previous depositions you told me that one of the

18 main reasons you didn't look at Monsanto's

19 internal studies on glyphosate was because you

20 know about -- this is using, I think, similar

21 language to what you used -- Monsanto's behavior

22 as to PCBs.  Do you remember talking about that?

23     A.   I don't think that was my sole reason,

24 but that was certainly one of my considerations,

1   So the next time, perhaps, we discuss
2   these matters I will have figures in terms of
3   total Roundup invoices across the board, what
4   percentage of my income is devoted to those cases.
5   I will have the raised rate and whether or not
6   we've submitted another invoice.  Those last two
7   questions I can ask her.  Hopefully she'll be back
8   in her office at the next break.
9       Q.  Thank you, Dr. DeGrandchamp.  Now,
10  sitting here today, is it still the case that you
11  haven't looked at the underlying data submitted by
12  Monsanto such as the 3,000-page 1983 mouse study
13  to register glyphosate in the US?  You still
14  haven't looked at those studies?
15          MR. McMURTRAY:  Object to form.
16      A.  It is correct that I've not looked at
17  the raw data, although I did submit to you for
18  this particular deposition the early IBT studies,
19  and that was a lengthy -- I'm just going through
20  that now.  It's a lengthy document.  200 pages
21  plus, I think.  I don't know if there's raw data
22  in there, but it looks to me, again, to be
23  correspondence between EPA and Monsanto regarding
24  those.  So, you know, to answer your question

1  completely, there may be some information, raw

2  data in that document that I haven't reviewed.

3  That's because I intend to go through that

4  thoroughly.  But thus far I have not reviewed the

5  raw tallies in any Roundup toxicity study, that is

6  correct.

7       Q.  (By Mr. Kalas) Okay.  And it's true that

8  sitting here today, August 30th, 2022, you haven't

9  yet identified a single study currently supporting

10 the registration of glyphosate in the United

11 States that Monsanto submitted to EPA knowing it

12 contained fraudulent data; is that true?

13         MR. McMURTRAY:  Object to form.

14      A.  No, I don't think that's true.  I think

15 I've already submitted -- or I think in this

16 latest document we submitted or that was submitted

17 to you, there are numerous examples of where EPA

18 has identified toxicity tests that they believe

19 were fraudulent.  And I think those are largely

20 IBT studies.

21      Q.  (By Mr. Kalas) And that question -- that

22 answer -- the question was a precise one, so that

23 answer didn't really directly address my question.

24         My question was whether or not you've

```
 1         Q.   No, no.  That's fine.  We're going to
 2   keep going.  You can't identify sitting here today
 3   a single statement in the published literature
 4   that Monsanto has put into the published
 5   literature with knowledge that that statement was
 6   false?
 7              MR. McMURTRAY:  Object to form.
 8         Q.   (By Mr. Kalas) Regarding glyphosate.
 9              MR. McMURTRAY:  Same objection.
10         A.   Boy.  Can you rephrase that?  I don't
11   understand the question.
12         Q.   (By Mr. Kalas) Yeah.  Yeah.  Is there a
13   statement that a Monsanto scientist has put out
14   into the published literature regarding glyphosate
15   or Roundup with the knowledge that that statement
16   was false, in your opinion?
17              MR. McMURTRAY:  Object to form.
18         A.   Sitting here, no.
19         Q.   (By Mr. Kalas) Okay.  Are you aware that
20   there are currently over -- well, strike that.
21              Because you haven't reviewed the
22   registration file for glyphosate, you're unaware
23   of how many studies are currently submitted to the
24   agency supporting the registration of glyphosate;
```

```
 1   true?
 2        A.   Well, yes, that's true.  Yeah.
 3        Q.   Would it surprise you it's over 800
 4   studies?
 5             MR. McMURTRAY:  Object to form.
 6        A.   Again, I don't, I don't know if that
 7   number represents the mandatory tests.  That may
 8   be the total tests that were submitted to EPA.
 9   But under OPPTS I don't remember 800 studies being
10   required for, under the petition for registration.
11   I don't think it's anywhere near that number.  So
12   if that number includes all tests provided to EPA
13   by Monsanto, I've got no way to verify that.  But
14   what I can tell you is there was nowhere near 800
15   OECD toxicity tests in their whole catalog.
16        Q.   (By Mr. Kalas) Well, so, and this may be
17   something you aren't an expert on and that's fine,
18   but are you aware there are other registrants of
19   glyphosate in the US besides Monsanto?
20        A.   Yes -- oh, if you're talking about other
21   entities, other companies.
22        Q.   Yes.  Total.
23        A.   Oh, oh.
24        Q.   If the EPA has over 800 studies
```

 1   process in some time since I worked for a chemical

 2   company and I was privy to that process.

 3          Q.   Okay.  Have you ever seen an email or

 4   memo created by a Monsanto employee outlining a

 5   plan to get Roundup fraudulently registered with

 6   EPA?

 7               MR. McMURTRAY:  Object to form.

 8          A.   No.  I'm sorry.  No.

 9          Q.   (By Mr. Kalas) And putting aside

10   Monsanto for a moment, you don't know the other

11   companies, the names of the companies that have

12   registered glyphosate in the US; right?

13          A.   That's correct.

14          Q.   Okay.  And so you don't have any

15   opinions that you're coming into this case with

16   that those companies also have some history of

17   scientific malfeasance that you believe Monsanto

18   has; right?

19          A.   I don't know which way to answer that.

20   I do not know of any instances where that's true.

21   Can I answer it that way?

22          Q.   Well, I don't -- I guess you think it's

23   an unclear question, so it's probably an unclear

24   answer.

```
 1        A.   Did I conduct -- I'm sorry, I didn't
 2   mean to interrupt.
 3        Q.   No, no, no.  I cut you off.  Finish your
 4   answer, please.
 5        A.   No.
 6        Q.   Okay.  You're done?  So you -- so just
 7   to be clear, though you are capable as a Ph.D.
 8   toxicologist of evaluating rodent bioassay data to
 9   reach an independent expert opinion, in this
10   matter you did not go back to the rodent data
11   that's publicly available in the peer-reviewed
12   literature to see if the kidney tumor findings had
13   been replicated anywhere else; is that fair?
14             MR. McMURTRAY:  Object to form.
15        A.   I think it's fair within regard to what
16   I think I've been telling you what I've been
17   directed to do in this case, in the areas I've
18   been directed to testify in.  And that largely
19   comes under the umbrella:  Is EPA justified in
20   finding that Roundup is not carcinogenic?  Did
21   they follow their own guidance?  Did they deviate
22   from their guidance in any way?  Of course, that's
23   where the Ninth Circuit opinion comes in.
24             So I was not asked to make an
```

1  independent evaluation of all the animal studies,
2  all the epidemiology studies to form a conclusion
3  that would parallel what IARC's done.  So I have
4  not done that.
5      Q.  By Mr. Kalas) And the same answer would
6  apply to the hemangiosarcoma data you talk about
7  in the notes?
8      A.  Yes.  So, again, I didn't need to -- my
9  opinion was based on a two-step process.  Was IARC
10 correct in their final determination in terms of
11 the classification as a 2B or 2A and how much new
12 relevant data has been published since 2015 in the
13 molecular mechanism, as you put it, bucket.
14         So that's what I have done in assembling
15 my report.  So IARC was my starting point.  I
16 didn't -- I wasn't asked to go back and
17 retrospectively look at all of the animal studies,
18 so.
19     Q.  Did you read any of the depositions of
20 members of the IARC working group in reaching your
21 opinions in this matter?
22     A.  I don't believe so.  You know, I think I
23 was first retained in a Roundup case about three
24 years ago.  I might have reviewed some depositions

```
 1   historical data out of the gate, no.
 2        Q.  (By Mr. Kalas) Okay.  Now, the language
 3   that we were looking at there talked about
 4   Monsanto's intent, and in your other book, your
 5   Book 4, from time to time you review Monsanto
 6   documents and say:  This is what Monsanto was
 7   doing here.  This is what they were thinking, what
 8   have you.  And I think we went over that quite a
 9   bit in the last deposition.  I don't know if you
10   remember that.
11        A.  I don't think I ever used the term
12   thinking.  I would never assume or presume to know
13   what Monsanto was thinking.  I think I interpret
14   their actions a certain way because you act how
15   you think, but I can't get into Monsanto's mind
16   and project myself.  I don't think I ever used the
17   term thinking.
18        Q.  Okay.  So you will opine on their
19   actions of what it suggests about their intent,
20   but you will not tell the jury what Monsanto was
21   thinking; is that fair?
22        A.  Unless it's in black and white.  Unless
23   they say something like, We're not going to test
24   PCBs because we don't want to spend the money,
```

```
 1   which is in a memo.  So outside of --
 2        Q.   Let's be clear about what this case is
 3   about.  Have you reviewed the complaints in Luke
 4   or Cole?
 5        A.   No.
 6        Q.   Okay.  Are you aware that the word PCB
 7   or polychlorinated biphenyl, does not appear in
 8   either complaint?
 9        A.   I told you I haven't read the complaint.
10        Q.   I asked about your awareness, though.
11        A.   I haven't read the complaint, so I don't
12   know what's in it or what's not in it, so.
13        Q.   Okay.  And you've included some
14   documents about PCBs or produced in the PCB
15   litigation, in your notes and on your Reliance
16   List; right?
17        A.   Yes.
18        Q.   And you came across those documents as
19   part of your work on the PCB litigation; right?
20        A.   Right.  I don't know what ...
21        Q.   On your Reliance List, Exhibit 3, you
22   have numbers 131 and 135 are PCB archive
23   documents, PCB-ARCH.  I'll call it up so you can
24   see it.  There's 135, PCB-ARCH.  Do you see that?
```

```
 1   has been the classification for glyphosate from
 2   1991 all the way through today, 2022; correct?
 3        A.   It's incorrect to assume that that whole
 4   classification was based on the rat study.  So
 5   that classification is the weight of evidence.
 6        Q.   Right.  And under the weight of evidence
 7   evaluation EPA did, it's been a Group E from 1991
 8   all the way through 2022; correct?
 9        A.   I'd have to look -- again, I would have
10   to look at the rationale for their classification.
11   What I'm going to testify to is EPA did not follow
12   their own guidance in forming their decision or
13   concluding Roundup is not a carcinogen, both based
14   on the molecular mechanisms that I described in my
15   report as well as not following their own
16   guidance.  So that's what I'm going to testify to.
17   I don't know -- I'm not really concerned about the
18   rat study per se.
19            MR. KALAS:  Move to strike as
20   nonresponsive.
21        Q.   (By Mr. Kalas) My question was what the
22   classification was from '91 to 2022.  Has the
23   classification been Group E from '91 to 2022?
24        A.   If you're just asking -- well, you said
```

1                CERTIFICATE OF REPORTER

2
        STATE OF MISSOURI)
3                        ) ss
        CITY OF ST. LOUIS)
4

5                I, Mary Joy Springer, a Certified

6       Shorthand Reporter and a Notary Public within and

7       for the State of Missouri, do hereby certify that

8       the witness whose testimony appears in the

9       foregoing deposition was duly sworn by me; that

10      the testimony of said witness was taken by me to

11      the best of my ability and thereafter reduced to

12      typewriting under my direction; that I am neither

13      counsel for, related to, nor employed by any of

14      the parties to the action in which this deposition

15      was taken, and further that I am not a relative or

16      employee of any attorney or counsel employed by

17      the parties thereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20                        [signature]

21      _____
                         MARY JOY SPRINGER, 21023264
22                       Notary Public within and for
                         the State of Missouri.
23      My commission expires October 24, 2025.

24