# EXHIBIT J

# Roundup Expert Report

# Richard L. DeGrandchamp, PhD

# August 22, 2022

---

Richard L. DeGrandchamp, PhD

President and Principal Toxicologist

Scientia Veritas, L.L.P.

5910 Northwood Drive, Evergreen, CO 80439

Richard L. DeGrandchamp, PhD

# TABLE OF CONTENTS

TABLE OF CONTENTS ................................................................................................. 1

LIST OF EXHIBITS ....................................................................................................... 9

1. Introduction ........................................................................................................... 1
2. Summary Conclusions .......................................................................................... 3
3. Part 1: Background ............................................................................................... 5
3.1. IARC Monographs Are the Gold Standard for Assessing Toxicological/Epidemiological Studies ................................................................. 5
3.2. IARC Monograph 112 Classified Glyphosate As "Probable" Human Carcinogen ...... 5
3.3. IARC Glyphosate Monograph 112 Has Been Unfairly Critiqued/Targeted by Monsanto and the Chemical Industry ........................................................................ 7
3.4. Rationale and Evidence for Not Relying on Monsanto's Internal Toxicity Studies for Weight of Evidence ............................................................................................... 13
4. Part 2: NHL Key Characteristic Analysis Of G/R Compounds ........................ 26
4.1. NHL Hallmark: Chromosomal Gene Translocations—DNA Strand Breaks ............. 30
4.1.1. 1997: Bolognesi et al. Showed Both Glyphosate and Roundup Caused DNA Breaks in Rodent Liver and Kidney Cells ............................................................................. 35
4.1.2. 2009: Gasnier et al. Showed GBH Caused DNA Breaks in Human Liver HepG2 Cells .................................................................................................................. 36
4.1.3. 2009: Prasad et al Showed a Short Exposure to Glyphosate Caused DNA Breaks .... 37
4.1.4. 2011: Paz-y-Mino et al. Showed DNA Breaks In Human Lymphocytes ................... 39
4.1.5. 2017: Kwiatkowska et al. Showed DNA Breaks in Human Leukocytes .................... 40
4.1.6. 2014: Alvarez-Moya et al. Presented the Table from Paz-y-Miño Study Showing DNA Breaks ........................................................................................................ 41

| | | |
|---|---|---|
| 4.1.7. | 2018: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused DNA Breaks in Human Leukocytes | 42 |
| 4.1.8. | 2019: Nagy et al. Showed Mixed Results of DNA Breaks with Different GBH Products | 44 |
| 4.1.9. | 2018: De Almeida et al. Showed Significant Glyphosate DNA Breaks in Three Human Cell Lines | 45 |
| 4.1.10. | 2017: Suárez-Larios et al. Showed Glyphosate Caused DNA Breaks, as Well as Mechanisms of DNA Repair End Joining | 45 |
| 4.1.11. | 2019: Hao et al. Showed that Roundup Caused DNA Breaks in Human Cells | 50 |
| 4.1.12. | 2018: Santovito et al. Showed Glyphosate Caused DNA Breaks | 51 |
| 4.1.13. | 2017: Townsend et al. Showed Glyphosate Caused DNA Breaks | 54 |
| 4.2. | NHL Hallmark: Mechanism Of DNA Breaks Involves Activation-induced Cytidine Deaminase *AID* Gene | 54 |
| 4.2.1. | 2019: Wang et al. Show Glyphosate DNA Breaks Act through the Same Mechanism as NHL | 55 |
| 4.3. | NHL Hallmark: Gene Translocation–Sister Chromatid Exchanges (SCE) | 58 |
| 4.3.1. | 1997: Bolognesi et al. Showed Roundup Caused SCE | 59 |
| 4.3.2. | 2005: Sivikova and Dianovsky Showed Roundup Caused SCE Changes in Circulating Lymphocytes Collected from a Bull | 60 |
| 4.3.3. | 2017: Luaces et al. Found Roundup Caused Chromatid Breaks and SCE | 61 |
| 4.4. | NHL Hallmark: Dysregulation Of DNA Repair Mechanisms | 63 |
| 4.4.1. | 2017: Kwiatkowska et al. Showed Glyphosate Prevents DNA Break Repair In Human Leukocytes | 65 |
| 4.5. | NHL Hallmark: Upregulation of *BCL-2* and *MYC* Oncogenes | 66 |
| 4.5.1. | 2013: George and Shukla Showed Glyphosate Caused an Increase in the Oncogene BCL-2 | 69 |

| | | |
|---|---|---|
| 4.5.2. | 2022: Locatelli et al. Showed Glyphosate and Roundup Dysregulated Oncogenes and Tumor Suppressing Genes | 71 |
| 4.5.3. | 2007: Hokanson et al. Showed that Glyphosate Caused BCL-2 Upregulation in Human Cells | 74 |
| 4.5.4. | 2020: Woźniak et al. Showed Glyphosate Caused BCL-2 Upregulation | 75 |
| 4.5.5. | 2020: Jeon et al. Show That Glyphosate Promotes Cell Proliferation Which Is Associated With Upregulation Of MYC Oncogene | 76 |
| 4.6. | NHL Hallmark: Tumor Suppressor Gene *P53* Downregulated | 77 |
| 4.6.1. | 2017: Kwiatkowska et al. Showed Glyphosate Downregulates P53 and P16 Tumor Suppressor Genes in Human Blood Mononuclear | 83 |
| 4.6.2. | 2020: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused DNA Breaks in Human Leukocytes | 86 |
| 4.6.3. | 2022: Locatelli et al. Showed Glyphosate Downregulated P53 | 88 |
| 4.7. | NHL Hallmark: Gammopathy | 89 |
| 4.7.1. | 2019: Wang et al. Showed Mice Dosed With Glyphosate Developed High Levels of IgG Antibody (Gammopathy) | 89 |
| 4.8. | NHL Hallmarks: Evidence Of Multiple Myeloma and NHL In A Mouse Model | 92 |
| 4.9. | NHL Hallmark: Inflammation | 94 |
| 4.9.1. | 2019: Hamdaoui et al. Showed Subchronic Exposure to Roundup (Kalach 360 SL) Produced Systemic Inflammation | 95 |
| 4.9.2. | 2019: Pandey et al. Showed Short-Term Exposure to Roundup Caused General Inflammation | 96 |
| 4.10. | NHL Hallmark: Telomere Lengthening Immortal Lymphocytes | 97 |
| 4.10.1. | 2022: Cosemans et al. Showed AMPA Exposure Increased Leukocyte Telomere Length Linking It Potential Risk Of NHL | 103 |
| 5. | Hallmarks of Cancer And Key Characteristics of Carcinogens | 107 |
| 5.1. | 2019 IARC Update Elevates Mechanisms of Toxicity Based on KC Evaluation | 111 |

| | | |
|---|---|---|
| 5.2. | Scientific Support for IARC's New Carcinogenic Classifications | 117 |
| 5.2.1. | 2009: Guyton et al. Defines Molecular Mechanisms that Are Characteristic of Carcinogens | 120 |
| 5.2.2. | 2016: Smith et al. Proposed using Key Characteristics of Carcinogens as a Basis for Organizing Data For Classifying Carcinogens | 124 |
| 5.2.3. | 2018: Guyton et al. Uses Key Characteristics For Eight IARC Monographs | 124 |
| 5.2.4. | 2019: Krewski et al. Identified Common Key Characteristics For 86 IARC Group 1 Human Carcinogens | 125 |
| 5.2.5. | 2019: IARC Tumour Site Concordance and Mechanisms of Carcinogenesis | 128 |
| 5.2.6. | 2020: Samet et al. Discuss The Update to the 2019 Monograph Preamble Emphasize the Importance of the KC Framework | 130 |
| 5.2.7. | 2020: Smith et al. The Key Characteristics of Carcinogens—Relationship to the Hallmarks of Cancer, Relevant Biomarkers, and Assays to Measure Them | 131 |
| 5.2.8. | 2021: Rider et al. Expanded the KC Framework to Address Chemical Mixtures | 131 |
| 5.3. | 2019: The NTP Adopted the KC Analysis Framework for Identifying chemical Carcinogens | 132 |
| 5.4. | US EPA Applied IARC's KC of Carcinogens to Analyze Mechanism of Carcinogenicity for Ethylene Oxide | 134 |
| 5.5. | 2019: US EPA Declines to Apply the KC Paradigm to Evaluate the Mechanistic Evidence of Glyphosate Carcinogenicity | 138 |
| 5.6. | 2020: Consensus Is Reached on KC Categories for Endocrine-Disrupting Chemicals as a Basis for Hazard Identification | 142 |
| 6. | Part 3: Key Characteristic Analysis OF G/R Compounds | 144 |
| 6.1. | Key Characteristic 1 (KC-1): Chemical is Electrophilic or Can Be Metabolically Activated to Electrophiles | 145 |
| 6.1.1. | 1997: Bolognesi et al. Showed Roundup Caused 8-hydroxydeoxyguanosine (8-OHdG) Formation | 146 |

| | | |
|---|---|---|
| 6.1.2. | 2017:Luo et al. Showed Roundup Caused ROS Formation | 147 |
| 6.1.3. | 2018: Woźniak et al. Showed ROS Formation | 148 |
| 6.1.4. | 2014: Chaufan et al. Showed A Roundup Caused Ros In Liver Cells Far Below "Safe" Levels | 148 |
| 6.1.5. | 2017: Luo et al. Showed Roundup Caused ROs Formation In Liver cells | 150 |
| 6.1.6. | 2019: Gao et al. Showed Glyphosate Caused ROS Formation In Kidneys | 151 |
| 6.2. | Key Characteristic 2 (KC-2): Chemical Is Genotoxic | 151 |
| 6.2.1. | 1980: Vigfusson and Vyse 1980 | 153 |
| 6.2.2. | 1998: Peluso et al. Showed Roundup caused The Formation of DNA Adducts | 153 |
| 6.2.3. | 2018: Woźniak et al. Showed G/R Compounds Caused DNA Breaks | 154 |
| 6.2.4. | 1997: Bolognesi et al.- Showed G/R Compounds Cause DNA Breaks In Rodent Liver And Kidney Cells | 154 |
| 6.2.5. | 2011: Paz-y-Mino et al. Showed DNA Breaks in Human Lymphocytes | 154 |
| 6.2.6. | 2009: Gasnier et al. Showed GBH Caused DNA Breaks in Human Liver HepG2 Cells | 155 |
| 6.2.7. | 2009: Prasad et al. Showed That A Short (24-72 Hour) Exposure of Glyphosate Caused DNA Breaks and Aberrations | 155 |
| 6.2.8. | 2017: Kwiatkowska et al. Showed DNA Breaks in Human Leukocytes | 156 |
| 6.2.9. | 2014: Alvarez-Moya et al. Presented The Table from PAZ-Y-MIÑO STUDY Showing DNA Breaks | 156 |
| 6.2.10. | 2018: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused DNA Breaks In Human Leukocytes | 157 |
| 6.2.11. | 2017: Townsend et al. Showed Glyphosate Caused DNA Breaks | 157 |
| 6.2.12. | 2019: Nagy et al. Showed Mixed Results Of DNA Breaks With Different GBH Products | 157 |
| 6.2.13. | 2018: De Almeida et al. Showed Significant Glyphosate DNA Breaks In Three Human Cell Lines : | 158 |

| | | |
|---|---|---|
| 6.2.14. | 2017: Suárez-Larios et al. Showed Glyphosate Caused DNA Breaks as well as Mechanisms of DNA Repair End Joining | 158 |
| 6.2.15. | 2019: Hao et al. Showed That Roundup Caused DNA Breaks in Human Cells | 159 |
| 6.2.16. | 2018: Santovito et al (2018) Showed Glyphosate Caused DNA Breaks | 159 |
| 6.2.17. | 2017: Townsend et al. Showed Glyphosate Caused DNA Breaks | 159 |
| 6.2.18. | 2017: Luaces et al. Found Roundup Caused Chromatid Breaks and SCE | 160 |
| 6.3. | Key Characteristic 3 (KC-3): Alters DNA Repair or Causes Genomic Instability | 160 |
| 6.3.1. | 2017: Kwiatkowska et al. – Showed DNA Break Repair Was Incomplete After Glyphosate Exposure To Human Leukocytes | 162 |
| 6.4. | Key Characteristic 4 (KC-4): Induces Epigenetic Alterations | 162 |
| 6.4.1. | 2021: Rossetti et al. Conducted a Review of Epigenetic Changes Associated with G/R Compounds [46] | 163 |
| 6.4.2. | 2013: George and Shukla Showed Glyphosate Caused an Increase in the Oncogene BCL-2 | 163 |
| 6.4.3. | 2022: Locatelli et al. Showed Glyphosate and Roundup Dysregulated Oncogenes and Tumor Suppressing Genes | 164 |
| 6.4.4. | 2007: Hokanson et al. Showed that Glyphosate Caused BCL-2 Upregulation in Human Cells | 165 |
| 6.4.5. | 2020: Woźniak et al. Showed Glyphosate Caused BCL-2 Upregulation | 165 |
| 6.4.6. | 2017: Kwiatkowska et al. Showed Glyphosate Downregulates P53 and P16 Tumor Suppressor Genes in Human Blood Mononuclear | 165 |
| 6.4.7. | 2020: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused Reduction in Epigenetic Global DNA Methylation | 166 |
| 6.4.8. | 2022: Locatelli et al. Showed Glyphosate Downregulated P53 | 167 |
| 6.4.9. | 2019: Duforestel et al. Showed Glyphosate Caused DNA Hypomethylation | 167 |
| 6.5. | Key Characteristic 5 (KC-5): Induces Oxidative Stress | 167 |

| | | |
|---|---|---|
| 6.5.1. | 2009: Nahla S. El-Shenawy Showed Roundup or Glyphosate Exposure for 2 Weeks Caused General Oxidative Stress in the Liver | 168 |
| 6.5.2. | 2018: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused DNA Breaks in Human Leukocytes | 169 |
| 6.5.3. | 2013: George and Shukla Showed Glyphosate Caused an Increase In ROS Formation | 169 |
| 6.6. | Key Characteristic 6 (KC-6): Induces Chronic Inflammation | 170 |
| 6.6.1. | 2019: Hamdaoui et al. Showed Subchronic Exposure to Roundup (Kalach 360 SL) Produced Systemic Inflammation | 171 |
| 6.6.2. | 2019: Pandey et al. Showed Short-Term Exposure to Roundup Caused General Inflammation | 171 |
| 6.7. | Key Characteristic 7 (KC-7): Is Immunosuppressive | 172 |
| 6.7.1. | Maddalon et al. (2022) Showed That Glyphosate Caused A Decrease In T Helper Immune Lymphocyte Cells | 172 |
| 6.8. | Key Characteristic 8 (K-8): Modulates Receptor-Mediated Effects | 173 |
| 6.8.1. | 2013: Thongprakaisang et al. Showed That Glyphosate Acts Through Mechanisms Involving The Estrogen Receptor | 173 |
| 6.8.2. | 2019: Stur et al. (2019) et al. Showed that Roundup and AMPA Acted through Estrogen Receptor | 174 |
| 6.8.3. | 2022: Maddalon et al. Showed Glyphosate Acted Through as an Endocrine Disruptor Acting through Estrogen Receptor on T Helper Lymphocytes. | 174 |
| 6.8.4. | Munoz et al. (2020) Prepared a Recent Review that Addresses Glyphosate as an EDC | 175 |
| 6.9. | Key Characteristic 9 (KC-9): Causes Immortalization | 176 |
| 6.9.1. | 2022: Cosemans et al. Showed AMPA Exposure Increased Leukocyte Telomere Length | 177 |
| 6.10. | Characteristic 10: Alters Cell Proliferation, Cell Death, or Nutrient Supply | 178 |

Richard L. DeGrandchamp, PhD

6.10.1.  2020: Jeon et al. Show That Glyphosate Promotes Cell Proliferation Which Is Associated With Upregulation Of MYC Oncogene ................................................. 178

7.  References ........................................................................................................ 180

Richard L. DeGrandchamp, PhD

# 1. INTRODUCTION

Over the last 15 years, I have conducted extensive research and analysis on the molecular etiology of NHL (as well as other lymphomas). The purpose of my work has been to construct a framework of the key mechanistic hallmarks that can be used to compare and evaluate the potential of carcinogenic compounds to determine if they produce the same well-established key mechanisms. For this litigation, I have also been requested to review the extensive published scientific literature on the molecular mechanisms for glyphosate, glyphosate-based herbicides (i.e., Roundup formulations), and aminomethylphosphonic acid (AMPA; a metabolite of glyphosate) – which I refer to in this report as glyphosate/Roundup compounds (G/R compounds) – to form an opinion as to whether sufficient evidence exists to conclude G/R compounds produce NHL. As I discuss in this report, there is no single key mechanism or silver bullet that links a compound to NHL. I made my final determination based on the totality of the weight of the mechanistic evidence and for this report I have identified nine key mechanistic hallmarks of NHL which are:

- NHL HALLMARK: DNA Strand Breaks
- NHL HALLMARK: Chromosomal Gene Translocations
- NHL HALLMARK: Mechanism of DNA Breaks
- NHL HALLMARK: Sister Chromatid Exchanges (SCE)
- NHL HALLMARK: Upregulation of *BCL-2* Oncogene
- NHL HALLMARK: Downregulated Tumor Suppressor Gene *P53*
- NHL HALLMARK: Gammopathy (Increased IgG Antibodies)
- NHL HALLMARK: Inflammation
- NHL HALLMARK: Immortality (Telomere Lengthening)

In this report, I first explain what the ten key NHL mechanistic hallmarks are and how they contribute to the etiology of NHL. Then I conducted a search of the published scientific literature G/R compounds to determine whether there is evidence they act through the same mechanisms. The framework and methodology I applied in this analysis is similar to the mechanistic framework developed by the International Agency for Research on Cancer (IARC) in which 10

Richard L. DeGrandchamp, PhD

Key Characteristics (KC) of carcinogens are used to classify chemicals as carcinogens [1]. As I discuss in this report, this KC methodology has been adopted by the National Toxicology Program (discussed in the 15th edition of the Report on Carcinogens that was issued in 2022 [2]) and has been applied by US EPA in its carcinogenic assessment of ethylene oxide. The only difference between my analysis of G/R compounds is that I have focused specifically on one cancer, namely, lymphoma for general causation.

The KC framework provides a holistic and transparent approach that replaces the old, outdated, and ad hoc procedures that narrowly focused on just the one mechanism of "genotoxicity." By solely focusing on genotoxicity, many carcinogenic mechanisms are ignored and can result in mischaracterizing the carcinogenicity and erroneously classifying a chemical as not being a carcinogen. For this reason, and to be consistent with IARC's KC framework, I also carried out an analysis of *general* carcinogenicity for G/R compounds. It should be noted that in its latest updated Monograph Preamble, IARC now places more scientific weight on the carcinogenic mechanism to classify carcinogens than it did prior to 2019. The carcinogenic mechanism is now formally assessed equal to the weight of evidence based on animal studies and human epidemiology investigations. This is a significant advancement and an important development with regard to G/R compounds because the human and animal studies have been somewhat inconsistent.

To facilitate review of this expert report, I have organized this document into the following three parts:

PART 1: Background

PART 2: NHL Key Characteristic Analysis of G/R Compounds

PART 3: Key Characteristic Analysis of G/R Compounds

Richard L. DeGrandchamp, PhD

## 2.   SUMMARY CONCLUSIONS

- Based on a robust mechanistic analysis of the pathological molecular/genetic dysfunctional changes G/R compounds induce in normal cells, they appear likely to cause NHL.
- Categorizing the carcinogenicity of G/R compounds should not be based on the narrow and outdated mechanistic criteria of *only* genotoxicity or mutagenicity.
- Based on an analysis and comparison of 9 key molecular mechanisms that have been established as NHL mechanistic hallmarks based on numerous published studies, I conclude G/R compounds produce many of those same carcinogenic effects including:
    - DNA strand breaks.
    - Chromosomal gene translocations.
    - DNA breaks via upregulated activation-induced cytidine deaminase (AID).
    - Sister chromatid exchanges (SCE).
    - Upregulation of the *BCL*-2 and *MYC* oncogenes.
    - Downregulation of tumor suppressor genes *P53* and *BAX*.
    - Gammopathy (increased IgG antibodies).
    - General inflammation responses.
    - Immortality (telomere lengthening).
- IARC developed and formally adopted a state-of-the-science and widely accepted methodology to evaluate chemical carcinogenicity based on an analysis of 10 KC of chemical carcinogens.
- The IARC KC framework method of characterizing chemical carcinogens has been championed and promoted in many peer-reviewed publications that have been authored by scientists from the following groups:
    - National Toxicology Program
    - World Health Organization
    - Chemical Industry
    - USEPA
    - CalEPA

Richard L. DeGrandchamp, PhD

- o National Institute of Environmental Health
  - o National Institutes of Health.
- USEPA has applied the IARC KC analysis in a detailed analysis of ethylene oxide and based solely on the assessment of the carcinogenic *mechanism* within the KC framework classified it as a known human carcinogen, despite the absence of any human epidemiology or animal carcinogenicity studies (as they were deemed insufficient).
- While USEPA has successful adopted the IARC KC analyses for classifying the carcinogenicity of ethylene oxide, the Agency's pesticide program continues to use the outdated ad hoc approach solely based on genotoxicity in its carcinogenic assessment of G/R compounds.
- My analysis based on the IARC 10 Key criteria provides strong and compelling evidence that G/R compounds should be considered a *probable* human carcinogen.