# EXHIBIT A

Ricky Beavers, Jr.

MDL No.: 2741(N.D. Cal.)


4) Expert Report Dr. Randal Beaton



# Randal D. Beaton, Ph.D.

Licensed Psychologist
Clinical & Consulting Services

February 19, 2020

Mr. Meyer
Law Offices of Charles Meyer

*Re: Mr. Ricky Beavers, Jr.*

## PSYCHOSOCIAL EVALUATION

Dear Mr. Meyer:

This report describes and analyzes the adverse psychosocial and other impacts of Mr. Ricky Beavers, Jr.'s childhood/adolescent cancer ordeal secondary to his diagnosis of, and treatment for, non-Hodgkin's lymphoma (NHL)[1].   Without question, Mr. Beavers, Jr.'s childhood/adolescent cancer diagnosis and treatment, including the adverse side-effects of proffered chemotherapy, was for Mr. Beavers, Jr., an overwhelming, life threatening and traumatic ordeal. Mr. Beavers, Jr.'s NHL was initially diagnosed in the spring of 1997 when he was just 14 years old.    Mr. Beavers, Jr. recalled during a recent interview, and which was corroborated by his father during that same visit, that he (Mr. Beavers Jr.) initially mistook the first noticeable symptom of his childhood/adolescent cancer as an innocuous sprained ankle - since it occurred when he was trying out for his high school baseball team in the spring of 1997. Again, at first Mr. Beavers, Jr. thought this symptom, a painful right lower leg/ankle, was a simple twisted ankle – but the ankle region pain persisted. As a result, Mr. Beavers, Jr.'s ankle was x-rayed and revealed that he had a tumor on his lower right tibia – and was then referred to Children's Hospital & Medical Center, in Seattle, Washington. During a recent interview, Mr. Beavers, Jr. still vividly recalled being told by the Children's medical staff that he had cancer – only a few weeks before his 15th birthday. Mr. Beavers Jr. recalled that when he learned of his NHL cancer diagnosis it came as a complete shock - and remembered being "scared" at the time. Mr. Beavers, Jr. and his father, Mr. Rickie Beavers, Sr., both became even more concerned at the time when they were told by one of the Children's doctors that Mr. Beavers Jr.'s NHL was an "aggressive" cancer – and recalled being informed Mr. Beavers Jr.'s right leg might need to be amputated.   Shortly thereafter, Mr. Beavers, Jr. began receiving high dose "pulses" of potent

---

[1] Non-Hodgkin's Lymphoma (NHL) refers to a host of more than 30 subtypes of lymphomas – that is, cancers derived from lymphocytes *(Zhang, et al. 2011)*. NHL includes all lymphomas except for Hodgkin's lymphoma. Mr. Beavers was diagnosed with one of the most common subtypes of NHL – specifically, large B-cell lymphoma which accounts for about 30% of NHL cases. *(Jaffe et al., 2001)*

Exhibit A Page - 2

February 19, 2020
Page 2

chemotherapy medications[2] – both as an in-patient and out-patient over the next several months and into early 1998. Mr. Beavers, Jr. also underwent various related medical procedures such as a lumbar puncture and surgical biopsy rescission of his tibial tumor. Mr. Beavers, Jr. could still easily recall feeling very sick and nauseated as a result of the chemotherapy he received at that time. He recalled various side effects of his chemotherapy including frequent stomach aches, vomiting and "dry heaves." When asked to recall the symptoms he experienced during one of the weeks during which he received in-patient chemotherapy treatment in early July of 1997, Mr. Beavers, Jr. recalled that his appetite was suppressed – in part, because of mucositis (mouth sores) – a common side effect of chemotherapy – that made it painful for him to simply chew and swallow solid food.[3] At the same time, Mr. Beavers, Jr. recalled feeling very depressed and even recalled some thoughts at the time of "being better off dead," as well as uncharacteristic mood swings. Prior to his childhood/adolescent cancer diagnosis and chemotherapy he and his father both felt Mr. Beavers, Jr. had been a "happy kid". During one of his in-patient stints when he was receiving treatment for his cancer he also recalled waking up at night in his hospital bed at Children's Hospital and thinking to himself and feeling certain that "he *was* dying." Mr. Beavers, Jr. also recalled and feeling so fatigued and so weak at that time (the summer of 1997) – that he said he felt "like a noodle." On a positive note, Mr. Beavers, Jr. did recall being cared for by a "nice nurse," but recalled that he never really complained to her, or to any provider, about his distressing psychological symptoms at the time. Nor was there any evidence in the medical records reviewed that he was evaluated or treated for any psychological difficulties arising from, or secondary to, his NHL cancer or cancer treatment.

Without question, Mr. Beavers, Jr.'s cancer diagnosis, intensive treatment(s) and related side effects, as well as the existential life threat it posed at the time, was traumatic and overwhelming for Mr. Beavers, Jr. himself – and for his entire family. Mr. Beavers, Jr.'s family – and especially his father and sister – provided crucial social support for their very ill son/sibling. For example, his father or an older sister stayed overnight in his hospital room during his in-patient stints. Mr. Beavers, Jr.'s step-mother also assisted with his out-patient treatment which involved IV infusions via an indwelling catheter – since Mr. Beavers, Jr.'s father felt squeamish/bothered by needles and/or blood. (*Appendix 1* attached to this report is a collage of photos from this time frame showing Mr. Beavers, Jr. and family members at his bedside while he was hospitalized, on his 15th birthday and, on the last page, a photograph of Mr. Beavers, Jr, his father and brothers who all shaved their heads in a show of solidarity for Mr. Beavers, Jr. who's hair fell out as one of the side effects of the chemotherapy he was receiving at the time.) Mr. Beavers, Jr.'s academic, social and avocational functioning were also adversely affected by his cancer as well as the side effects of his cancer treatments. These adverse functional impacts – consistent with the research on the psychological dimensions of cancer in

---

[2] Since Mr. Beavers, Jr. was a minor at the time, his father, Mr. Rickie Beavers, Sr., assumed responsibility for medical decision making at this juncture. But, having no medical background or training whatsoever, Mr. Beavers Sr. asked family and friends-- and friends of friends-- for guidance. At the time, this was for Mr. Beavers, Sr., an overwhelming burden and responsibility.

[3] Children's medical records documented that Mr. Beavers, Jr. was underweight (~10% below ideal) and also documented the need for nutritional guidance which was provided at the time. Photos taken during while he was hospitalized at Children's Hospital and/or around the date of his 15th birthday (*Appendix 1* to this report) illustrate his underweight, nutritional status and his "emaciated" appearance at the time.

February 19, 2020
Page 3

adolescents (see *Evan & Zelter, 2006*) – will be detailed later in this report. Furthermore, Mr. Beavers, Jr.'s NHL cancer and cancer treatment (and adverse side effects) disrupted and interrupted with his ongoing adolescent developmental processes. Specifically, in my judgment, Mr. Beavers, Jr.'s cancer ordeal interfered with and eroded his capacity to initiate, sustain and to navigate the normally formidable developmental tasks of adolescence – such as establishing one's self-identity and autonomy *(Erikson, 1963)* Only recently did Mr. Beavers, Jr. and his father ever consider that Mr. Beavers, Jr.'s cancer might have been caused by his exposure(s) to the herbicide glyphosate – an ingredient in the weed killer Roundup®. Mr. Beavers, Jr.'s remote memories of these exposures (as well as his father's recollections) are described in *Appendix 2*.

This report and my impressions are based upon an interview/history obtained on October 30, 2019, the results of psychometric testing as well as a review of available medical records including:

- Children's Hospital & Medical Center oncology, radiology and hematology labs and chart notes, and
- Drs. Miller and Park chart notes and operative report.

This report and my impressions are also based, in part, on a collateral interview with Mr. Rickie Beavers, Sr. conducted on October 30, 2019 and a review of photographs taken of his son and other family members during spring/summer 1997. The opinions and conclusion expressed in this report are also based, in part, on available academic records and other documents as well as my advanced education and expertise (joint Doctorate in Physiology-Psychology), three plus decades of clinical practice as well as nearly 40 years of teaching and research as a faculty member at the University of Washington where I currently hold faculty appointments as a Research Professor Emeritus in the Schools of Nursing & Public Health. (My updated Curriculum Vitae is appended to this report.) My opinions in this case are also informed by my training and continuing education in Environmental Health and my stewardship as the Director of the HRSA funded Disaster & Environmental Health Advanced Nursing training program (2008-2011). Further, my opinions are also informed by my recent and ongoing participation as a member of a team of researchers exploring interventions for cancer patients. Finally, my impressions are also based, in part, upon a review and synthesis of relevant medical and mental health articles published in peer-reviewed journals and textbooks.

INTERVIEW / HISTORY

Mr. Ricky Beavers, Jr., a 37-year-old, single, black male was interviewed both separately and together with his father on October 30, 2019. In response to questioning, Mr. Beavers, Jr. was able to recall the events leading up to his cancer diagnosis in June of 1997 as well as his subsequent cancer treatment and associated adverse side effects over the ensuing months. While trying out for the Franklin High School baseball team in his freshman year, during the spring of 1997, Mr. Beavers, Jr. recalled experiencing pain in his right ankle which he presumed to be a simple sprain ("twisted ankle"). But when the right ankle region pain persisted, he had it checked out, x-rays were taken and he was subsequently referred to Children's Hospital & Medical Center in Seattle, Washington. There, he was shocked to learn that his ankle pain was a

February 19, 2020
Page 4

symptom of cancer – specifically non-Hodgkin's lymphoma – and that which he had presumed to be a sprained ankle was actually a tumor that would require "aggressive treatment." Mr. Beavers, Jr. recalled being "scared" at the time of his cancer diagnosis and emotionally overwhelmed by the prospect, conveyed by one of his Children's physicians, that treatment of his cancer might necessitate the amputation of his right leg (below the knee).

Shortly thereafter (beginning in June 1997), Mr. Beavers, Jr. recalled numerous stints of in-patient treatment lasting several days during which he received "pulses" of chemotherapy – followed by several weeks of out-patient/home care. He also recalled the emotional challenges he faced then, as an adolescent (15 years old at the time) diagnosed with a life-threatening disease as well as the extremely noxious side effects of chemotherapy he was receiving at the time. These side effects of chemotherapy included nausea and vomiting as well as inflamed sores/ulcerations in the lining of his mouth that were so acutely painful that it was difficult for him to swallow or to chew solid foods. Partly as a consequence of the symptoms of his chemotherapy, Mr. Beavers, Jr. lost weight and appeared in photographs taken at the time to be "emaciated." (See *Appendix 1*.) He also recalled that he was so fatigued and so weak at that time that he felt "like a noodle."

Mr. Beavers, Jr. also recalled that during his out-patient and in-patient chemotherapy treatment during the summer and fall of 1997, he also experienced "depression and mood swings." Mr. Beavers, Jr. also recalled at the time, for example, even experiencing some passive suicidal ideation – thoughts that he would be "better off dead." He recalled waking up in his hospital room at Children's Hospital from a nightmare at least on one occasion and truly believing he "was dying." Mr. Beavers, Jr. also retrospectively recalled experiencing symptoms of a diagnosable posttraumatic stress disorder, such as nightmares, at that time – but he never requested, nor received, any psychological evaluation or counseling then or later. He did, however, recall being grateful for the social support provided by his father and his sister – one of whom would stay overnight in his hospital during his in-patient stints at Children's.

While Mr. Beavers, Jr. eventually discontinued treatment for his NHL cancer (in January of 1998), and has been in remission ever since, he recalled and believed that his cancer and cancer treatment had affected him in so many ways at the time, and subsequently. Academically, during the last quarter of his freshman year – and the first quarter of his sophomore year, Mr. Beavers, Jr. was unable to attend class regularly and "got behind" on credits. For the next several years of high school, Mr. Beavers, Jr. recalled that he was playing academic catch up to earn high school credits and took night school classes.[4] As a consequence, Mr. Beavers, Jr. recalled he had less time to socialize or to "go out." Mr. Beavers, Jr. also recalled that at that time he felt so weakened by his cancer and chemotherapy ordeal (and likely depressed and traumatized) that he never again even considered trying out for any of the extramural sports during the remaining years of high school. Mr. Beavers, Jr. reportedly felt it took several more years post-cancer (until he was 19 years old) for him to feel that he had physically recovered and to regain his pre-morbid strength, stamina and level of activity.

---

[4] Mr. Beavers, Jr.'s academic struggles at this time were reportedly in sharp contrast to his academic excellence in junior and grade school when he had participated in college bound Horizon & Mensa programs.

February 19, 2020
Page 5

Both Mr. Beavers, Jr. and his father felt that Rickie's adolescent cancer ordeal – at such a crucial time of psychosocial developmental – had resulted in dramatic, far reaching, enduring and adverse impacts on his academic, social, family and athletic functioning, as well as on his budding sense of autonomy. Academically, due to his non-Hodgkin's lymphoma cancer experience, Mr. Beavers, Jr. got behind in his studies and high school credits, put aside and/or abandoned any plan to attend college and was just relieved that he was, with considerable effort, able to graduate "on time" (in 2000) with his Franklin High classmates. Both Mr. Beavers, Jr. and his father felt that Mr. Beavers, Jr.'s cancer ordeal was a landmark "inflection point" in his academic and educational endeavors from which he truly never recovered.

Socially, both Mr. Beavers, Jr. and his father felt Mr. Beavers, Jr. became far less outgoing, more reserved and more introverted in the aftermath of his cancer ordeal. When asked about romantic relationships, Mr. Beavers, Jr. stated over the course of his adult life he had enjoyed the company of a few long-term girlfriends, including one with whom he lived for four years, but he never proposed to her, never married and they eventually separated. To this day, Mr. Beavers, Jr. remains single, never married and currently has no girlfriend (nor is he even dating). Mr. Beavers, Jr. rationalized his single – never married – status in the interview that during, and in the aftermath of, his cancer experience, he was often alone and, as a consequence, was "content" with being by himself.

In terms of his family functioning (Mr. Beavers, Jr. was a middle child of a large family with three older and four younger siblings), "things changed" following his cancer ordeal. Most notably, Mr. Beavers, Jr.'s father was probably overprotective of his son, for reasons that are understandable, and they subsequently developed a "co-dependent relationship" that persists to date. By his father's and Mr. Beavers, Jr.'s accounts, Mr. Beavers, Jr. reportedly still lives at home with his dad ~70% of the time. Not unexpectedly, during the active treatment phase of Mr. Beavers, Jr.'s non-Hodgkin's lymphoma cancer, his family was in "crisis" mode, and rose to the occasion. But the normal pre-morbid, pre-cancer family dynamics were never re-established or "re-balanced."

Mr. Beavers, Jr. also reported the onset and progression of alcohol and substance use disorders that began when he was approximately 19 years old. Not surprisingly, these problems with drugs and alcohol caused psychosocial and legal problems, including at least two (2) DUI's and some jail time. In addition to these substance use issues and related life stressors, Mr. Beavers, Jr.'s biological mother died in 2006. And, in 2009, Mr. Beavers, Jr. was shot three times by an assailant in Seattle's Central District, and sustained non-life threatening injuries, in what was apparently a case of mistaken identity. (The much greater risk faced by black youth for such urban violence is beyond the scope of this report.)

Mr. Beavers, Jr. is and was also aware of at least some of the delayed and late physical effects of chemotherapy and raised questions during the interview, for example, regarding his fertility. Mr. Beavers, Jr. has never been medically evaluated for the potential delayed cardiotoxic effects of his chemotherapy treatment which occurred more than 20 years ago. In addition to such enduring medical questions and uncertainty ("Will I relapse? Is that boil cancer

February 19, 2020
Page 6

or a tumor?"), Mr. Beavers, Jr. also has grappled with persisting posttraumatic stress, depressive and anxiety symptoms stemming in part or whole from his adolescent cancer ordeal more than two decades ago.

## COLLATERAL INTERVIEW OF MR. RICKIE BEAVERS, SR.

Mr. Beavers, Jr.'s father, Mr. Rickie Beavers, Sr., recalled that his 14-year-old son's NHL cancer diagnosis and treatment in 1997 was "traumatic for the entire family – for sure." Mr. Beavers, Sr. felt, since he had separated from his wife in 1985 and moved to the Seattle area with his son and one of his daughters, that he, Mr. Beavers, Sr. had to be "both a mother and a father" to his son. He also recalled that he felt completely unprepared to make the time urgent and high stakes medical decisions that were expected of him as his minor son's father and guardian when his son was diagnosed with NHL. Mr. Beavers, Sr. felt his son was still reeling from the cancer ordeal to this day – and that his son's adolescent cancer experience continued to exert adverse effects on his son's life and lifestyle. He described how, even decades later, his son would become aware that he had boil and would become panicky – because his son was convinced and even terrified that his cancer had returned.

Mr. Beavers, Sr. also was still able to recall one of the "bad days" he experienced while his son was ongoing treatment for cancer – when he "asked God to take him and spare his son's life." Mr. Beavers, Sr. recalled that during this timeframe he and his wife (he had remarried) experienced some marital strain, but Mr. Beavers' Sr. credited her – Mr. Beavers, Jr.'s stepmother – with "stepping up" and assisting with his son's needed medical out-patient care.

Mr. Beavers, Sr. also felt that his son's adolescent cancer experience "arrested" his son's psychosocial development. As a result, he felt that his son had seemed incapable of normal maturation ("growing up"), and that, as a result, Mr. Beavers, Jr. had never had his own place, never married – and currently and for most of the past 22 years, has resided with his father and other family members. While Mr. Beavers, Sr. felt his son had been college bound prior to his cancer ordeal, instead, after high school, his son never applied for admission to any college, ceased any further formal education and, instead, went to work in a warehouse. Since then, Mr. Beavers, Jr. has worked mostly in low skill contract type jobs that, in some cases at least, have involved working with, and literally alongside, his father. Mr. Beavers, Sr. felt his son was still very much emotionally and socially an "adultolescent" and was reluctant to acknowledge that they have developed and have maintained an uneasy and unhealthy co-dependent relationship. Mr. Beavers, Sr. also recalled another traumatic event that his son experienced in 2009 when he (his son) was shot (x3) by a total stranger (mistaken identity) and was subsequently treated for his gunshot wounds as an in-patient at Harborview Medical Center (HMC) for three days.

## PSYCHOMETRIC TESTING

Mr. Beavers, Jr. completed a number of psychological tests as one arm or component of the evaluation in an attempt to assess the now temporally remote psychosocial and other impacts of his non-Hodgkin's lymphoma cancer diagnosis, treatment and the aftermath. In an effort to document the potential effects of Mr. Beavers, Jr.'s cancer experience or "ordeal," the usual

February 19, 2020
Page 7

referent timeframe for several of these measures was modified. Specifically, Mr. Beavers, Jr. was instructed to recall the period circa early July of 1997 and shortly following his cancer diagnosis and during one of his in-patient stints when and while he received a "pulse" of chemotherapy agents. In a few cases, Mr. Beavers, Jr. was also asked to respond to the same test items for the standardized and more recent referent period (e.g., the prior two weeks) in an effort to compare and contrast his psychological status then and now.

### Symptoms of Stress (SOS)

The *Symptoms of Stress* inventory was administered to Mr. Beavers, Jr. on October 30, 2019. The *SOS* is a reliable and valid measure of an individual's self-reported physical, behavioral, emotional and cognitive symptomatology during the prior week *(Beaton, et al 1991)*. The referent time period for the SOS was modified to identify the first week of July 1997. Mr. Beavers, Jr.'s total *SOS* score = 267 was indicative of an overwhelming level of stress and distress and more than 6½ X's the level of a healthy male comparison sample.[5] *(Beaton, et al 1991)* Mr. Beavers, Jr.'s scores were especially elevated on the cardiopulmonary, neurologic, gastrointestinal, muscle tension, habit patterns,[6] depression (including feeling "that you wished you were dead"), anxiety (including very frequently worrying about his health), emotional irritability and symptoms of cognitive disorganization (including very frequently becoming "... suddenly frightened for no good reason to which Mr. Beavers, Jr. added a notation: "Cancer was the reason." Finally, Mr. Beavers, Jr. also noted the following "other ways (he) experienced stress, tension or anxiety:

- Loss of appetite,
- Loss of hair,
- Naseau (sic),
- Vomiting,
- Medicines,
- Canker soars (sic), and
- Surgeries

### Patient Health Questionnaire-9 (PHQ-9)

Mr. Beavers, Jr. also completed the *PHQ-9*, a screening measure of depression, on October 30, 2019. The *PHQ-9* is a widely used, valid and reliable screening measure of

---

[5] There are two caveats that need to be considered in any interpretation of these SOS findings:

 (1) The comparison male sample consisted of healthy, mostly Caucasian, adults (all older than 18 years old) – the normative SOS data for black adolescents is not available, and

 (2) The modified referent timeframe required Mr. Beavers, Jr. to recall symptoms that he had reportedly experienced more than 22 years ago. By the passage of time, the vulgarities of human memory across decades and his current psychological orientation/coping style are certainly some limitations/drawbacks to using this remote timeframe. Also, all of the available published studies and benchmarks for the SOS are based upon the past week timeframe.

[6] Prior published research has established that these habit pattern scale items are "vegetative signs of depression" and load on the *SOS* depression factor. *(Beaton et al, 1995)*

February 19, 2020
Page 8

depressive symptomatology *(Kroenke et al, 2001; Kroenke & Spitzer, 2002)*. Mr. Beavers, Jr. responded to the PHQ-9 for two different timeframes – the standardized last two-week period and the modified first two weeks of July 1997. For the latter timeframe (July 1-15, 1997), Mr. Beavers, Jr.'s total *PHQ-9* score of 21 was consistent with a major depressive disorder and included thoughts on several days in early July of 1997 when he thought he would be "better off dead." Mr. Beavers, Jr. also reported these depressive symptoms/problems had made it "very difficult" for him to do his work, take care of things at home or get along with people.

Mr. Beavers, Jr. also completed the PHQ-9 for the last two-week timeframe. His total PHQ-9 for this most recent timeframe = 11 which reflected an above average level of distress, but was below the cutoff for a diagnosis of major depressive disorder/consideration for a trial of an antidepressant *(Kroenke et al, 2001; Kroenke & Spitzer, 2002)*. Mr. Beavers, Jr. reported that these recent depressive symptoms/problems had made it "somewhat difficult" for him to do his work, take care of things at home or get along with people.

### *Generalized Anxiety Disorder-7 (GAD-7)*

Also on October 30, 2019, Mr. Beavers, Jr. completed the *GAD-7*. The *GAD-7* is a widely used measure of anxiety symptoms. On this date, Mr. Beavers, Jr.'s *GAD-7* score = 19 for the early July 1997 two-week timeframe was consistent with the diagnosis of an anxiety disorder *(Spitzer et al, 2006; Kroenke et al, 2007)*. During the early July 1997 two-week timeframe, Mr. Beavers, Jr., for example, recalled nearly every day "feeling afraid as if something awful might happen." Mr. Beavers, Jr. also felt these anxiety symptoms/problems had made it "very difficult" for him to do his work, take care of things at home or get along with people.

Mr. Beavers, Jr.'s GAD-7 total = 12 for the last two-week timeframe (10/16/19 – 10/30/19), while reflecting excessive worry, anxiety and restless was slightly below the suggested cutoff for a diagnosis of an anxiety disorder. Mr. Beavers, Jr. felt these recent anxiety symptoms/problems had made it "somewhat difficult" for him to do his work, take care of things at home or get along with people.

### *Posttraumatic Checklist (for DSM-5) (PCL-5)*

The *PCL-5* trauma checklist (for *DSM-5*), designed for adults, was administered on October 30, 2019, to assess persisting trauma symptoms that Mr. Beavers, Jr. may have experienced during the month of July 1997 relatable to a specific "index" trauma. The PCL-5 is generally considered a reliable and valid measure of post trauma symptomatology and includes symptoms from each DSM-5 PTSD criteria (See *Weathers et al, 2013*). The index trauma event identified on the *PCL-5* in this case was his non-Hodgkin's lymphoma cancer diagnosis, the risk/threat of (right lower leg) amputation and "chemo." Mr. Beavers, Jr.'s total PCL-5 score = 57 was consistent with a moderately severe posttraumatic stress disorder (PTSD) and was well above the suggested cutoff of ≥35 for probable PTSD *(Weathers et al, 2013)*.

February 19, 2020
Page 9

For the most recent and prior one-month timeframe, Mr. Beavers, Jr.'s total PCL-5 = 44 was consistent with probable (mild) posttraumatic stress disorder and also above the suggested cutoff of ≥35 *(Weathers et al., 2017)*.

### *Minnesota Multiphasic Personal Inventory-2 (MMPI-2)*

Mr. Beavers, Jr. also completed the *MMPI-2* on October 30, 2019 which reflected his then current psychological status. While most of Mr. Beavers, Jr.'s MMPI-2 validity scales were in the normal range or below expected cutoffs, several were not, including the F, $F_B$ and $F_{BS}$.[7] While the elevations on the F and $F_B$ scales may reflect, in part, Mr. Beavers, Jr.'s posttraumatic stress disorder and overall (high) level of psychopathology on the MMPI-2 clinical scales, they may also be viewed as a "cry for help." Notwithstanding these caveats and threats to the validity of his self-reports on the clinical scales, the resultant clinical profile reflected widespread psychopathology with clinically significant elevations on 8/8 MMPI-2 clinical scales with peaks on the 6 and 8 scales reflecting current feelings of persecution, unusual experiences and a profound sense of alienation.[8] Mr. Beavers, Jr.'s elevations on the MMPI-2 content scales reflected high levels of anxiety, health concerns, bizarre ideation, family problems and problems at work. Mr. Beavers, Jr.'s replies on the supplementary MMPI-2 scales reflected problems with anxiety, poor adjustment, discord in close relationships, and an admission of problems of substance abuse/addiction *(Weed et al., 1991)*. Finally, Mr. Beavers Jr. scored three standard deviations above the mean on the supplementary PK scale *(Keane et al. 1984)* and which as consistent with a diagnosis of PTSD.

In summary, Mr. Beavers, Jr.'s psychometric test findings, based on his remote recollections of symptoms he experienced in early 1997 (soon after his cancer diagnosis and initiation of chemotherapy), reflected widespread somatic concerns,[9] a major depressive disorder and a generalized anxiety disorder as well as a moderately severe posttraumatic stress disorder. Mr. Beavers, Jr.'s more recent psychological test findings also reflected family relational problems, dysthymia, problems with substance use as well as chronic PTSD.[10]

---

[7] The Lees-Haley Fake Bad Scale (FBS) was originally created from a pool of MMPI-2 items in the early 1990's as a measure of faking physical complaints among personal injury claimants. *(Lees-Haley et al., 1991)* Later, the name of this scale was changed to the Symptom Validity Scale with the supposition that it was an additional measure of an over-reporting (or symptom magnification) bias of psychiatric symptomatology as well. However, this validity measure has been criticized both in terms of its psychometric properties (relatively low internal consistency) and an "unacceptably high rate of false positives" documented in psychiatric and chronic pain patient samples. *(Butcher et al., 2003; Arbisi & Butcher, 2004)* These limitations of this FBS validity scale were so significant that Butcher and his colleagues (2003) recommended against using this scale in disability evaluations to determine malingering. After reviewing the available evidence, I concur with Dr. Butcher and his colleagues' analysis and recommendations.

[8] It is worth noting, however, that the MMPI-2 normative sample of black males (n = 126) had elevated mean scores on several of the clinical scales, including the depression and Sc scales *(Hathaway & McKinley, 1989; p. 111)*.

[9] It is important to recognize that some of the somatic symptoms Mr. Beavers, Jr. endorsed on the SOS somatic symptoms at that time may have been caused by his cancer and/or chemotherapy (e.g., nausea).

[10] It is not possible to determine the current causes of Mr. Beavers, Jr.'s PTSD symptomatology since, in the aftermath of his 1997 cancer diagnosis, Mr. Beavers, Jr. has experienced numerous subsequent major traumatic

February 19, 2020
Page 10

## DSM-5 DIAGNOSTIC IMPRESSIONS – *(APA, 2013)*

## MENTAL DISORDERS

1. Posttraumatic Stress Disorder (309.81) – by history and in partial remission.
2. Major Depressive Disorder (296.22) – by history and in partial remission
3. Generalized Anxiety Disorder (300.2) – reflecting worries including somatic/health concerns.
4. Body Image Disorder—lost weight, strength during cancer treatment in 1997. Slowly recovered over the next several years. Mostly resolved.
5. Parent-child relational problem (V60.2) – Mr. Beavers, Jr and his father developed an unhealthy co-dependent type of relationship that persists to date.
6. Rule out Alcohol Use Disorder.
7. Rule out Cannabis Use Disorder.

## GENERAL MEDICAL CONDITIONS – relatable to Mr. Beavers, Jr.'s NHL and adverse side-effects of his cancer treatment

1. Monoblastic D-cell/large cell non-Hodgkin's Lymphoma with distal right tibial involvement – diagnosed June of 1997[11]
2. Mucositis (severe) – mouth sores[12]
3. Fever and neutropenia[13]
4. Mouth pain – required Oxycodone and PCA pump
5. Right lower leg pain – predated diagnosis
6. Cytogenetic – 46 xy without demonstratable abnormalities
7. Left frontal headaches secondary to treatment, increased photophobia and activity
8. Right lower leg scar from biopsy
9. Prepatellar bilateral leg pain – exacerbation on weight bearing; decreased range of motion; foot and ankle pain

---

events including the death of his mother, incarceration for nonviolent criminal offenses and assault with a deadly weapon.

[11] With a small blue cell tumor – right lower leg (Ewing's sarcoma). According to Children's Hospital & Medical Center documentation in June 1997, "This is a high grade malignancy requiring aggressive treatment with chemo; followed by surgical resection."

[12] Mucositis refers to the painful inflammation and ulceration of the mucous membrane living in the digestive tract often arising as an adverse effect of chemotherapy treatment for cancer. *(Elting et al. 2003; Lalla et al. 2008)* Up to half of patients, like Mr. Beavers, Jr., receiving chemotherapy for solid tumors or lymphoma develop oral and/or GI mucositis. Not only is oral mucositis very painful, infections associated with oral mucositis lesions can cause life-threatening systemic sepsis. Further, as was certainly the case for Mr. Beavers, Jr., oral mucositis can significantly depress nutritional intake and quality of life. *(Lalla & Peterson, 2005; Duncan et al. 2005)*

[13] Neutropenia refers to an abnormal level of neutrophils which are essential to prevent infections. The most common cause of acutely acquired neutropenia is cytotoxic chemotherapy (or radiation therapy) for malignant diseases affecting up to 40% of oncology patients. *(Munshi, 2000)*

February 19, 2020
Page 11

    10. Mobility impairment – Mr. Beavers, Jr. was wheelchair bound for a time during his cancer treatment (see Appendix 1)
    11. Abnormal blood work/hematology and chemistry
    12. White blood count (corrected WBC), hemoglobin, MVC & MCB; high RBC & RDW
    13. Hair loss

## PRE-MORBID / UNRELATED MEDICAL DIAGNOSES

1. History of asthma – mostly resolved prior to cancer diagnosis
2. History of scabies
3.

## ENVIRONMENTAL AND PSYCHOSOCIAL PROBLEMS

- *Academic Problems* – By history Mr. Beavers, Jr.'s academic functioning was impaired and his academic progress and college bound trajectory were disrupted by his cancer ordeal.
- *Occupational Problems* – Mr. Beavers, Jr.'s occupational trajectory and career options were adversely affected by his cancer ordeal his lack of college education or vocational training.
- *Social Network Problems* – Mr. Beavers, Jr.'s social functioning, including initiating and sustaining romantic relations, was and has been adversely affected by his cancer ordeal.

## SOCIAL & OCCUPATIONAL FUNCTIONING ASSESSMENT SCALE (SOFAS) – *(Goldman et al, 1992)*

Mr. Beavers, Jr.'s current *SOFAS* score ranges from 40-50, consistent with severe to moderate impairments in his occupational, family and social functioning.

## SYNOPSIS & SYNTHESIS

Mr. Beavers, Jr.'s adolescent cancer experience – really ordeal – was, for Mr. Beavers, Jr., an overwhelming, life threatening and traumatic ordeal. And, consistent with a cohesive body of research, Mr. Beaver, Jr.'s adolescent cancer experience adversely affected his psychological, academic, social and family functioning. Perhaps most fundamentally, Mr. Beavers, Jr.'s cancer ordeal disrupted his psychosocial development and impeded his capacity to successfully negotiate and surmount the normally challenging developmental tasks associated with adolescence. In my judgment, based on several lines of converging evidence, Mr. Beavers, Jr.'s juvenile cancer experience was an inflection point in his psychosocial development – substantially altering his life path trajectory. One very important line of evidence supporting my opinion that Mr. Beavers, Jr.'s adolescent cancer[14] ordeal disrupted his psychosocial development is/are the well-recognized issues and formidable tasks of his developmental phases.

---

[14] The literature focused on the adolescent cancer experience is, in a certain sense, divided between research focused on children and adolescents (birth – 15/18 years old), and research focused on adolescents and young

February 19, 2020
Page 12

### *Psychosocial Issues & Challenges for Adolescent Cancer Patients & Survivors*

Those diagnosed and treated for cancer in their adolescence face unique challenges and their cancer experience(s) will almost certainly differ from the cancer experiences of adult patients. Due to the intersection of the cancer experience with a period of rapid biological and psychosocial development, adolescent cancer patients are confronted with a host of developmental issues including (1) autonomy, individuation and independence, (2) social and sexual malfunction, (3) family "crisis" and turmoil, (4) peer relationships, (5) school disruption *(Roberts et al., 1998)*, (6) future goals and career development, (7) body image, (8) health concerns *(Barnett et al., 2016; Blyer, 2002)*. Moreover, the adverse and late effects of treatment often physically impact survivors causing short- and long-term effects on their health and well-being *(Hewitt et al., 2005; Hilbritton & Blyer, 2003)*

Young adults with cancer encounter and must cope with disruptions in their normal developmental trajectory. The developmental theorist, Erik Erikson (1963) postulated that the two main developmental tasks for this population are: Identity versus Role Confusion (13-19 years); and Intimacy and Solidarity versus Isolation (20-39 years). Adolescents and young adult (AYA) patients diagnosed with cancer frequently confront the loss of an imagined future for themselves that can, in turn, precipitate a grief reaction regarding current and anticipated cancer-related losses. These losses often include the ability to bear biological children and delays in achieving other key developmental milestones *(Pack & Rosenstein, 2015)*. For adolescents, concerns about cancer recurrence, long-term treatment side effects (e.g., sexual dysfunction, infertility, body image changes, financial and occupational difficulties, and disruptions to peer and romantic relationships) may have disproportionate psychological effects *(Zeback & Issacson, 2012)*.

Psychological well-being in adolescent cancer survivors is often challenged by fear of recurrence and fears of being different (according to *Carpentier et al. (2011)*. Adolescent cancer survivors often view themselves as "damaged goods", report feeling different (alienation), and struggle with cancer-related disclosure (who to tell and when), and a sense of generalized distress associated with their cancer diagnosis and (lack of) control over treatment *(Nass et al., 2015)*. One recent nursing study analyzed adolescent cancer survivor's social media posts and documented their persisting emotional struggles including posttraumatic stress symptoms, depression, anxiety and fatigue *(Kiem-Malpass et al., 2013)*. In general, these findings were consistent with *Deyel & colleagues (2013)* who reported that antidepressant use was highest in the adolescent cancer sample compared to their child and adult cancer patient counterparts.

---

adults (15 – 39 years old). This is perhaps not surprising since, in a certain sense, adolescents are both (and neither) children and (nor) young adults. So, in a certain sense, adolescence is a developmental "Netherlands" – which is slang for a vague space or place. In fact, the adolescent phase of psychosocial development poses several daunting and unique challenges.

February 19, 2020
Page 13

### Coping with Adolescent Cancer

Complicating the ordeal for adolescent cancer patients is the need to invoke very different coping strategies and tactics depending on the phase of their cancer ordeal *(Miedema et al., 2007)*:

1. Diagnosis phase – During this phase, there is a need to process information, relational interactions, perceptions/understanding
2. Treatment phase – During this phase, coping involves taking action, control and adaptation, and
3. Post-treatment "survivor" phase – During this phase, there is an emphasis on a return to normalcy and coming to terms with being "neither sick nor healthy" *(Hauken et al., 2013)*

Overall, adolescent and young adult survivors experience transitioning off treatment as challenging, complex and long-term *(Millar et al., 2010)*. A cancer registry-based study found that more than a third (35%) of survivors working or in school full time pre-diagnosis believed their cancer had a negative impact on their academic and vocational plans, and more than 50% reported problems with work or school post-diagnosis *(Parsons et al., 2012)*. Acute lymphocytic leukemia and non-Hodgkin's lymphoma survivors were less likely than those with other cancers to be working or in school between 15-35 months post-diagnosis, suggesting these cancers are relatively more debilitating mid-range (1½ - 3 years post diagnosis). Finally, the available research suggests there are long-term "cancer survivorship" issues for many, if not most, of those in remission. Survivorship, as defined by the National Center Institute, include multifaceted aspects of the physical, psychosocial and economic issues of cancer, beyond diagnosis and treatment *(NCI, 2016)*. In light of these research findings, Mr. Beavers, Jr.'s relatively unique experiences as an adolescent cancer patient and as a cancer survivor will be described in the next section of this report.

### Mr. Beavers, Jr.'s Experience as an Adolescent Cancer Patient & "Survivor" Psychological Well-Being

Based on Mr. Beavers, Jr.'s interview recollections as well as his retrospective reports on several psychometric indices, he was quite anxious/fearful when he first learned of his diagnosis. And, according to his recollection, Mr. Beavers, Jr. was particularly frightened by the prospect raised by his Children's Hospital oncologists that they might need to amputate his right lower extremity in order to treat his cancer and save his life. Based on his psychometric test replies and the histories provided, Mr. Beavers, Jr., more probably than not, met the *DSM-IV* (and *DSM-5*) criteria for both PTSD and a major depressive disorder. Further, as reflected in the research literature, Mr. Beavers, Jr. also likely experienced an inordinate level of health-related anxiety and probably would have also met the DSM-5 criteria for a Generalized Anxiety Disorder as well. Mr. Beavers, Jr. also likely experienced a diagnosable PTSD as a result of his cancer ordeal. Mr. Beavers, Jr. cancer ordeal also precipitated a family crisis.

February 19, 2020
Page 14

### Mr. Beavers, Jr.'s Family Crisis

Based on the history provided and the available literature, Mr. Beavers, Jr.'s cancer diagnosis and treatment was truly a family crisis involving his father, his step-mother and sister in medical decision making and his out-patient treatment. Family members took turns staying overnight in his hospital room during his numerous, nearly week long, in-patient stints over a period of months. Mr. Beavers, Sr. (Mr. Beavers, Jr.'s father) was faced with complex medical decisions – with potential life or death consequences – with no formal medical training or familiarity with this disease or its treatment. Importantly, as a minor, Mr. Beavers, Jr. had very little to say about his treatment – he was not in a position, as a minor, to dictate the type of treatment he should receive, nor did he have any of the requisite knowledge that might have helped him to comprehend this disease, or its treatment. This, of course, had the effect of undermining his budding adolescence sense of autonomy.

### Mr. Beavers, Jr.'s Academic Disruption

Due to the need for in-patient treatment and the burden and side effects of chemotherapy, Mr. Beavers, Jr.'s academic functioning was disrupted. Although a review of Mr. Beavers, Jr.'s High School Academic records documented that he was struggling and earning poor grades during his first semester of high school, during the last quarter of his freshman year and the first quarter of his high school sophomore year, he missed classes and may have had even greater difficulties with his studies due to the documented cognitive impairments associated with his mental disorders. Whereas a few years earlier, he seemed to be excelling academically, he was now floundering and struggling academically. Mr. Beavers, Jr. quickly abandoned any plans of attending college due to his poor grades. Instead, Mr. Beavers, Jr. lowered his sights and just hoped graduate from high school on time (in 2000) with his classmates—and struggled to do so.

### Mr. Beavers, Jr.'s Student Athletic Activity Ceased

Mr. Beavers, Jr. had been trying out for the Franklin High student baseball team when he first noticed what turned out to be a non-Hodgkin's lymphoma cancer symptom/tumor. Due to his cancer, cancer treatments, their side effects, and persisting weakness and fatigue, Mr. Beavers, Jr. would never again try out for any school sponsored athletic sport. In part, this reflected his efforts and struggles with the academic challenges he faced at the time as a cancer survivor.

### Mr. Beavers, Jr.'s Body Image Dysphoria

Of course, Mr. Beavers, Jr. lost his hair as one of the obvious and visible side-effects of his chemotherapy, and he also has an enduring scar on his lower right leg from his biopsy. And, while his hair eventually grew back after chemotherapy was discontinued, he distinctly recalled feeling skinny, weak and emaciated for years following the discontinuation of his active cancer treatment. He recalled that it took several years – until he was at least 19 years old – before he felt he had regained his pre-treatment strength and stamina. This body image issue was not the

February 19, 2020
Page 15

only emotional burden associated with Mr. Beavers, Jr's cancer ordeal. In my judgment Mr. Beavers, Jr. also a clinical depressive episode, fear, worry and anxiety as well as posttraumatic symptomatology secondary, at least in part, to his adolescent cancer ordeal.

### Cancer as a Traumatic Stressor

Cancer diagnosis and treatment entail a series of traumatic stressors. For many, the cancer experience begins with detection of an abnormality on self-examination. A period of heightened anxiety follows during the progression of diagnostic, treatment, staging, and histology procedures *(Brocken et al., 2012)*. Discovery that one has a life-threatening illness can be shocking and can undermine assumptions of invulnerability, predictability, and control *(Janoff-Bulman, 1992)*. Uncertainty, processing medical information, and complex decision-making regarding treatment can make the early period of the cancer illness particularly overwhelming *(Huck, et al., 2010)* and likely even more so in pediatric and adolescent cancer patients. Treatment of malignant disease entails a series of acute and prolonged challenges, including surgery, chemotherapy, and their related side-effects (e.g., pain, disfigurement, fatigue, gastrointestinal symptoms) as well as medical complications *(Reed, 2011)*. A substantial proportion of patients who transition to cancer survivor status face lingering fears of recurrence and residual physical and emotional sequelae *(Dunn et al. 2015)*. Together, diagnosis and treatment of cancer pose a cascade of physical, emotional, practical, and social demands on the individual and their support network *(Cordova et al., 2017)*.

Thus, based, in part at least, on the traumatic nature of the cancer ordeal itself, it was not at all surprising that Mr. Beavers, Jr. would have experienced a trauma-related disorder. There were also several other pre-morbid, contextual and circumstantial risk factors (for PTSD) listed and described in the next section of this report, increasing the likelihood that Mr. Beavers, Jr. would, and did in fact, experience diagnosable PTSD.

### Risk Factors for Posttraumatic Stress Disorder

1. *Cancer diagnosis & treatment* – relatively unique, long-term traumatic stressors. Cancer is not only potentially life-threatening, it is also an enduring risk given the potential for disease, relapse and progression *(Smith et al., 2011)*. In recognition of studies documenting posttrauma reactions in patients with cancer, the diagnostic criteria in *DSM-IV-TR (APA, 2000)* was expanded to include diagnoses and treatment of a life-threatening illness as a traumatic stressor that could elicit PTSD.

2. *Prior trauma exposure(s)* – Mr. Beavers, Jr.'s early childhood (<3 years old) was marked by parents with substance use disorders. When Mr. Beavers, Jr. was 3 years old, his father separated from his mother and re-located. Mr. Beavers, Jr.'s mother reportedly died in 2008 from complications of HIV.

3. *Age/adolescence* – younger non-Hodgkin's lymphoma survivors (<50 years old) had higher PTSD rates at 10+ years post diagnosis than their older counterparts. *(Smith et al., 2008)*

4. *Non-white race* – *Smith & her colleagues (2008)* also reported that their non-white non-Hodgkin's lymphoma survivors had much higher rates of PTSD at an average of 10+ years post cancer diagnosis.

5. *Cardiovascular arousal* – Mr. Beavers, Jr.'s medical records during his in-patient hospitalizations in 1997 documented elevated heart rates (HR's = 91-94 bmp).[15] Prior research has documented that cardiovascular arousal in the aftermath of a traumatic event is a predictor of the onset and progression of PTSD. *(Bryan et al., 2000)*

6. *Thoughts of death* – Mr. Beavers, Jr. not only had thoughts of dying when informed of his non-Hodgkin's lymphoma diagnosis, he recalled waking up in the hospital during chemotherapy thinking/believing/feeling that "he *was* dying." *Smith et al. (2008)* also found that their non-Hodgkin's lymphoma survivors who self-appraised their concern(s) as life threats (and were receiving more intensive treatment) had higher rates of PTSD.

7. *Type of cancer* – At least one recently published study reported that breast cancer survivors had, on average, experienced relatively lower rates of PTSD at six months post cancer diagnosis/treatment compared to other types of cancer survivors, such as those with non-Hodgkin's lymphoma *(Chan et al., 2017)* but this apparent difference in PTSD rates was no longer evident at four years post-cancer.

8. *Less education* – *Smith et al (2008)* also reported a statistically significant effect of education on posttraumatic stress symptomatology in their sample of non-Hodgkin's lymphoma survivors. Specifically, those non-Hodgkin's lymphoma survivors, like Mr. Beavers, Jr., with high school education had relatively higher rates of PTSD.

9. *Lower socioeconomic status* – At least one study reported that non-Hodgkin's lymphoma survivors with lower incomes (<$30,000/year) experienced higher rates of PTSD *(Smith et al. 2008)*.

In addition to his posttraumatic symptomatology, Mr. Beavers, Jr. also experienced a co-morbid, that is, co-occurring Major Depressive as well as a Generalized Anxiety Disorders.

### *Mr. Beavers, Jr.'s Co-morbid Major Depressive Disorder (MDD)*

While imprecise, rates of all mood disorders are substantially higher among cancer patients than in the general population, with MDD occurring up to three times more frequently in cancer patients *(Li et al., 2012)*. Recent large and rigorously conducted studies in Europe estimate the point prevalence of MDD to range from 5% to 15% depending on the site of cancer *(Walker, 2014)*. One study that utilized data from the 2009 US population-based Behavioral

---

[15] These heart rates were more than 30 bpm faster than Mr. Beavers, Jr.'s baseline heart rate = 60 which was documented in the medical records.

February 19, 2020
Page 17

Risk Factor Surveillance System, which included Adolescent and Young Adult (AYA) cancer survivors and non-cancer controls, reported that AYA cancer survivors reported poorer mental health twice as frequently as adolescents and young adults without cancer *(Tai et al., 2012)*.

### *Mr. Beavers, Jr.'s Generalized Anxiety Disorder (GAD)*

Apparently no studies have assessed the presence of discrete anxiety disorders such as Generalized Anxiety Disorder (GAD) in the adolescent cancer survivor population. However, there are a few studies that indicate the existence of various, unspecified anxiety symptoms. These studies point to the presence of increased anxiety in adolescent survivors of cancer, without specifically assessing or diagnosing anxiety disorders. In one such large study of pediatric cancer survivors aged 5.8 to 36 years *Koocher and colleagues (1980)* reported that the majority of participants experienced residual psychosocial sequelae, especially depression, anxiety, and low self-esteem. Participants who were able to articulate sources of their anxiety mentioned uncertainty about the future, the possibility of recurrence, and troubling memories of stressful aspects of treatment.

In another study conducted by *Bauld, Anderson, and Arnold (1998)*, the psychosocial functioning and coping mechanisms of adolescents previously diagnosed with cancer with that of healthy adolescents recruited from the general population. *Bauld and colleagues' (1998)* findings generally pointed toward normal psychosocial functioning among adolescent cancer survivors. However, this group demonstrated significantly higher state anxiety compared to their healthy peers, and scored higher on two negative coping strategies; namely wishful thinking and ignoring the problem.

## COMPLICATIONS & ADVERSE SIDE-EFFECTS OF MR. BEAVERS, JR.'S CHEMOTHERAPY

Some of the obvious and visible acute side-effects of chemotherapy for cancers including hair loss, are well known, practically ubiquitous – but not life threatening. On the other hand, one of the NHL cancer treatments Mr. Beavers, Jr. received; namely intrathecal (IT) chemotherapy, consisted of methotrexate and corticosteroid compounds injected directly into the cerebrospinal fluid space, is associated with a risk of neurotoxicity and associated "significant events" such as paralysis or paresthesias *(Byrnes et al., 2019)*. The incidence of acute neurotoxicity secondary to IT chemotherapy has been documented to range from 3-10% in children *(Shaper et al., 2000)* and adults *(Byrnes et al., 2019)*. Further, a majority (60+%) of patients like Mr. Beavers, Jr. develop a grade 4 hematologic toxicity such as neutropenia as a reported toxic side-effect of IT chemotherapy *(Brugieres et al., 2009)*. Furthermore, so-called "minor" adverse effects in the aftermath of IT chemotherapy include back pain, headache, fever, vomiting and asthenia (weakness) occurred frequently in adults. At lease one of these side-effect symptoms occurred after 30% of IT chemotherapy doses *(Byrnes et al., 2019)*. Mr. Beavers, Jr. recalled, and his COHMC medical records reflected, several of these "minor" side-effects including headache and episodic vomiting.

### QUALITY OF LIFE IN ADOLESCENT CANCER SURVIVORS

Adolescent and young adult cancer survivors experience a myriad of relatively unique challenges and an erosion of their quality of life that persists well beyond their cancer diagnosis and treatment *(Quinn et al., 2015)*. Quality of Life (QoL) is more than just the absence of medical or mental health symptoms. QoL is "The individuals' perception of their position in life in the context of the culture and value systems in which they live and in relation to their goals, expectations, standards and concerns. It is a broad-ranging concept affected in the complex way by the persons' physical health, psychological state, level of independence, social relationships, personal beliefs and their relationship to salient feature of their environment." *(WHOQOL, 1994)*

Mr. Beavers, Jr. experienced many of the adverse effects on his quality of life reported by cancer "survivors" in the research literature including the potential for infertility *(Zebrack et al., 2004)*, body image "issues" *(Bellizzi et al., 2012)*, difficulty establishing and sustaining romantic relationships *(Quinn et al., 2014)* and many other aspects of psychosocial and physical functioning *(Smith et al., 2014; Smith et al., 2015)*. There is also evidence that certain unhealthy habits, such as lack of physical activity and poor nutrition are more common in adolescent and young adult cancer survivors compared to their healthy counterparts or their siblings *(Carpentier et al., 2008; Cox et al., 2005)*. Moreover, the existing quality of life measures used in studies of cancer survivors seemed to be lacking some important quality of life content areas for adolescent and young adult cancer survivors including "sense of self; relationships and parenthood" *(Quinn et al., 2011)*. Finally, research has documented that many young adult cancer survivors reported ongoing and persisting struggles and negative emotions related to perceived stigma and death *(Casillas et al., 2010)*.

### CANCER AS AN EXISTENTIAL THREAT

For many, if not most cancer patients such as Mr. Beavers, Jr., cancer represents an existential threat. It is not uncommon for people facing cancer to recognize and worry that their disease might shorten their life, to think more about their death, and to question their relationships, their values, and the assumptions they hold about control and predictability of their lives. Indeed, patients with cancer commonly report existential angst, death anxiety, aloneness, and a sense of loss of meaning, freedom, and control *(Spiegel & Classen, 2000)*. Mr. Beavers, Jr. was no exception. His recollections of waking up in his Children's Medical Center hospital bed during the summer of 1997-- and feeling so ill and so weak that he thought and actually believed "he *was* dying"-- continue to haunt him.

### PROGNOSIS

Mr. Beavers, Jr.'s prognosis for a complete psychological and psychosocial recovery must be considered guarded at this juncture. This assessment is based not only on his self-reported posttrauma symptoms, which have now persisted for more than two decades post cancer treatment, but also on the potential for disease relapse. While there apparently are few longitudinal published studies examining long-term psychological outcomes post cancer treatment, the available studies document adverse outcomes for at least some cancer survivors.

February 19, 2020
Page 19

That study, conducted by *Chan & colleagues (2017)*, reported the incidence of PTSD (20%) in a cohort of psychologically distressed cancer survivors at six months follow-up and, while overall rates of PTSD decreased over time, more than one-third of patients who were initially diagnosed with PTSD or subsyndromal PTSD at six months still had persistent or worsening PTSD four years later. *(Chan et al., 2017)*

Another investigation of long-term posttraumatic stress outcomes conducted specifically with non-Hodgkin's lymphoma survivors conducted between 2-44 years post diagnosis documented PTSD prevalence rates of three times greater than the community base rate – and an even higher prevalence rate (16%) among non-white participants *(Smith et al., 2008)*. This same study reported that younger non-Hodgkin's lymphoma survivors (<50 years) had higher rates of PTSD compared to older non-Hodgkin's lymphoma survivors suggesting that younger cancer survivors, such as Mr. Beavers, Jr., have less experience than their older counterparts in dealing with medical crisis and life threats compared to their older counterparts *(Smith et al., 2008)*.

## CAUSALITY

Based on a review of the known risk factors identified in the literature for NHL (See *Appendix 3*) as well as my doctorate in physiology and training in epidemiology, it seems more likely than not that Mr. Ricky Beavers, Jr.'s exposure(s) to the herbicide glyphosate – an ingredient in the weed killer Roundup®-- was a substantial causal factor in the etiology of his NHL.

## RECOMMENDATIONS / TREATMENT PLAN

In terms of making Mr. Beavers, Jr. "whole" again in the aftermath of his cancer ordeal, Mr. Beavers, Jr. needs and would benefit from a vocational evaluation, an analysis of his marketable career options and a realistic training/educational training program. At the same time, Mr. Beavers, Jr. needs and would benefit from long term counseling (50-100 sessions over the next 2-3 years) for cancer survivors informed by the emotional, health and psychosocial issues that often arise in adolescent "cancer survivors" as highlighted in the attached Children's Oncology Group webpage (*See Appendix 4*) addressing some of the emotional issues after Cancer treatment. This projected course of counseling would cost in the range of $7,500-$15,000. This estimated cost of needed counseling does not include the medical costs of fertility testing or other needed medical evaluations designed to screen/monitor the potential latent/delayed effects of Mr. Beavers, Jr.'s chemotherapy. Nor does the projected cost of the recommended course of counseling include the costs of a vocational evaluation or the tuition and ancillary costs associated with vocation training or educational program(s).

## SUMMARY AND CONCLUSIONS

In my judgment, Mr. Beavers, Jr.'s adolescent NHL cancer diagnosis and treatment was, for Mr. Beavers, Jr., an overwhelming, life threatening and traumatic ordeal. And, consistent with a cohesive body of scientific research, Mr. Beaver, Jr.'s adolescent cancer ordeal adversely

February 19, 2020
Page 20

affected his psychological, academic, interpersonal, social and family functioning.  Perhaps most fundamentally, Mr. Beavers, Jr.'s cancer ordeal disrupted his psychosocial development and impeded his capacity to successfully negotiate and surmount the normally challenging developmental tasks associated with adolescence (See *Erikson, 1963*) In my judgment, based on several lines of converging evidence, Mr. Beavers, Jr.'s juvenile cancer experience was an inflection point in his psychosocial development – substantially altering his life path trajectory and his subsequent quality of life.  Further, Mr. Beavers, Jr. experienced many of the adverse effects on his quality of life reported by many, if not most, cancer "survivors".  These issues eroding the quality of life of adolescent cancer survivors documented in the research literature include worries regarding their fertility, body image "issues", difficulty establishing and sustaining romantic relationships and the potential for, and elevated risks of, delayed/latent health effects-- including a recurrence of NHL or another cancer.  The emotional legacy and other psychosocial consequences of Mr. Beavers' childhood/adolescent cancer ordeal- including coming to terms with "felling neither sick nor healthy"-- have now persisted for more than two decades.  In my judgment even with the additional recommended care they are likely to persist and would likely intensify when, of if, Mr. Beavers, Jr. relapsed or developed a serious delayed health outcome relatable to his NHL cancer, which has now been in remission for 22 years.

All of the opinions expressed in this report were and are made on a more probable than not basis, unless otherwise noted.  The opinions expressed in this report are also within my scope of practice as a physiologist and clinical psychologist and are based, in part, on my clinical experiences treating and evaluating hundreds of patients over the past 40+ years with co-morbid medical and mental disorders.  Further, the opinions I have expressed in this report are also informed by my doctoral training in physiology and psychology, my program of federally funded research as to the causes and effects of traumatic stressors as well as Disaster Psychology.

Regards,


Randal D. Beaton, Ph.D.
Research Professor Emeritus
Schools of Nursing and Public Health
University of Washington
Licensed Clinical Psychologist


Enclosure:     Curriculum Vitae
                        Appendices 1 - 4