**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030 | Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843 | Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400 | Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100 | Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Richard Canning, et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-04230-VC<br><br>*Gerald Nelson, et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-04576-VC<br><br>*Robert Cotter, et al. v. Monsanto Co.*,<br>Case No. 3:20-cv-03108-VC | **DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF ROBERT F. HERRICK**<br><br>Hearing:<br>Date:    March 1, 2024<br>Time:   10:00 a.m.<br>Place:  San Francisco Courthouse,<br>           Courtroom 4 – 17th Floor |

# DECLARATION OF LINDA C. HSU

I, Linda C. Hsu, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion to Exclude Testimony of Robert F. Herrick. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of Expert Report of Robert F. Herrick, dated July 14, 2022, submitted in the above-captioned *Canning* matter.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of deposition testimony of Robert F. Herrick, dated October 23, 2023, in the above in the above-captioned *Nelson* and *Canning* matters.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of deposition testimony of Robert F. Herrick, dated September 6, 2022, in the above in the above-captioned *Cotter* matter.

5. Attached hereto as Exhibit D is a true and correct copy of Expert Report of Robert F. Herrick, dated June 15, 2022, submitted in the above-captioned *Cotter* matter.

6. Attached hereto as Exhibit E is a true and correct copy of Expert Report of Robert F. Herrick, dated July 14, 2022, submitted in the above-captioned *Nelson* matter.

7. Attached hereto as Exhibit F is a true and correct copy of Pretrial Order No. 85, dated February 24, 2019, in *In Re: Roundup Products Liability Litigation*, Case No. 16-md-02741-VC, U.S. District Court, Northern District California.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts of deposition testimony of Robert F. Herrick, dated December 16, 2021, taken in *Constantine v. Monsanto Company*, Case No. 1972CV00277, in the Superior Court of Commonwealth of Massachusetts.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts of deposition testimony of Dr. D. Barry Boyd, dated September 23, 2022, in the above-captioned *Cotter* matter.

10. Attached hereto as Exhibit I is a true and correct copy of U.S. Environmental Protection Agency news article Exposure Assessment Tools by Routes – Dermal.

11. Attached hereto as Exhibit J is a true and correct copy of Acquavella, *et al.*, *Glyphosate Biomonitoring for Famers and Their Families: Results from the Farm Family Exposure Study*, Environmental Health Perspectives, Vol. 114, No. 3, 321 (March 2004).

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 14, 2023, at Santa Monica, California.

_____
Linda C. Hsu

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Linda C. Hsu*
Linda C. Hsu

DECLARATION IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY