# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS MDL No. 2741
LIABILITY LITIGATION

Case No. 3:19-cv-04230-VC

RICHARD CANNING AND SHIRLEY CANNING
Plaintiffs,

vs.

MONSANTO COMPANY
Defendant.

-----------------------------------

# ROUNDUP® EXPOSURE HISTORY

ROBERT F. HERRICK, M.S., Sc.D., CIH, FAIHA

July 14, 2022

## INTRODUCTION AND BACKGROUND

When people use Roundup® and related products to kill plants, they are exposed in two ways. First, they can inhale some of the small liquid droplets that are produced by Roundup® sprayers. Second, they can get Roundup® on their skin both from the droplet spray, and from leaks and spills when they handle the Roundup® solutions.

In Richard Canning's case, he was exposed both ways. Mr. Canning used several types of Roundup® applicators in his cranberry growing business, and at his residence. In his cranberry growing business, Mr. Canning used 1-gallon hand pumped Roundup® sprayers, and backpack sprayers. He also used weed wipers to apply Roundup® in the cranberry bogs. At his residence, Mr. Canning used a hand pumped sprayer to apply Roundup® to his driveway.

Research has shown that both Roundup® skin contact and inhalation contribute to blood levels of glyphosate, the active ingredient in Roundup®. Several studies have measured the amounts of glyphosate deposited on the skin, and inhaled while spraying Roundup®.[1,2,3,4,5,6] The most recent study by Pierce et al. (2020) evaluated the individual contributions of inhalation and dermal exposures to urinary glyphosate levels following Roundup® application. These investigators found that both inhalation and dermal uptake contributed to urine levels of glyphosate.

From the 1970s until about 2010, Mr. Canning held a pesticide applicator's license, because he was employed in the R.F. Morse company that sold pesticides. He needed the license to buy pesticides through the seller. He recalled that the pesticides were in sealed containers.[7]

---

[1] Moseley CL and Anderson K. 1985. *Health Hazard Evaluation Report*, *Report No. HETA-83-341-1557*, Cincinnati, OH: Hazards Evaluations and Technical Assistance Branch, National Institute for Occupational Safety and Health.
[2] https://www.osha.gov/dts/sltc/methods/partial/t-pv2067-01-8911-ch/t-pv2067-01-8911-ch.pdf
[3] https://www.epa.gov/osa/ahetf-ahe400-completed-study
[4] Pierce JS, Roberts B, Kougias DG, Comerford CE, Riordan AS, Keeton KA, Reamer HA, et al. 2020. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®. *Inhalation Toxicology*, 32(8):354-367, doi: 10.1080/08958378.2020.1814457.
[5] Jauhiainen A, Räsänen K, Sarantila R, Nuutinen J & Kangas J. 1991. Occupational Exposure of Forest Workers to Glyphosate During Brush Saw Spraying Work. *American Industrial Hygiene Association Journal*, 52(2):61-64, doi: 0.1080/15298669191364334.
[6] Johnson PD, Rimmer DA, Garrod AN, Helps JE, Mawdsley C. 2005. Operator exposure when applying amenity herbicides by all-terrain vehicles and controlled droplet applicators. *The Annuals of Occupational Hygiene*, 49(1):25–32.
[7] Deposition of Robert Canning, November 23, 2021, P 22, L 23.

**EMPLOYMENT HISTORY**

The following is Richard Canning's employment history based on the Plaintiff Fact Sheet and his deposition of November 23, 2021.

| Number | Name of Employer | City and State Worked | Approximate Dates of Employment (Month/Year to Month/Year)[1] | Occupation / Job Title | Job Duties |
|---|---|---|---|---|---|
| 1 | R.F. Morse and Son, Inc. | Rochester, MA | ??/1968 to 10/2009 | Owner | Administration of financial aspects of business |
| 2 | Scorton Cranberry Co. | East Sandwich, MA | ??/1984 to 10/2009 | Owner | Cranberry grower |
| 3 | A.D. Makepeace | Wareham, MA | 04/1977 to --/---- Present | Member of Board of Directors | Chairman of Agricultural Excellence Committee - advises them on best practices for growing cranberries. |
| 4 | Canning Service Center Inc. | East Sandwich, MA | ??/1981 to 10/2009 | Owner/President | Administration of financial aspects of business |
| 5 | Retired | Sandwich, MA | 10/2009 to --/---- Present | – | – |
| 6 | Various | N/A | ??/?? to 06/2016 | Corporate officer | Corporate officer for various companies by which I was not employed and never took a paycheck. |
| 7 | R.F. Morse Turf and Ornamental, Inc. | Rochester, MA | 05/2001 to 11/2007 | President | Sold fertilizer and John Deere Equipment, ultimately company sold to John Deere. |

[1] As reported by Richard Canning in the Plaintiff Fact Sheet.

Mr. Canning started using Roundup® commercially when he acquired a property on Cranberry Trail in 1984. This was a plot of approximately 15 acres.[8] He then bought 10 and one-half acres on Old County Road in 1986. Later, Mr. Canning thought in the 1990s, he bought approximately 20 acres of cranberry bog at Spring Hill, which is a section of Sandwich, Massachusetts. These properties were known collectively as Scorton Cranberry Co., East Sandwich, Massachusetts. Mr. Canning grew cranberries on these properties until he retired and sold them in 2013.[9] On

---

[8] Deposition of Richard Canning, November 23, 2021, P 81, L17.
[9] Deposition of Richard Canning, November 23, 2021, P 93, L 8.

these properties, Mr. Canning used glyphosate for weed control.[10] He thought he used Roundup® until the 2010 to 2012 time period.[11]

Mr. Canning provided the Roundup® exposure history summarized in the following Table.

| Dates of Usage | Product Name (Please specify which products are Roundup® | Frequency of Exposure | Usage | Type of Usage¹ (check all that apply) | Reason for Usage | Location of Exposure (City and State |
|---|---|---|---|---|---|---|
| 1984 – 2009 | Roundup® Herbicide | Five times per week for 10 weeks per year | I sprayed Roundup® using a broadcast sprayer (non-crop bog areas) or by handheld wiper (Red Devil) or self-propelled walk-behind wiper applicators. This application commenced early after berry set and continued until 30 days prior to harvest. | Residential: ☐<br>IT&O: ☐<br>Agricultural: ☑ | Controlling weeds for cranberry growing operation | Sandwich, MA |
| 1984 – 2009 | Roundup® Herbicide | 2 times per year | Hand sprayer | Residential: ☑<br>IT&O: ☐<br>Agricultural: ☐ | To control weeds and grass in driveway and on terrace. | Sandwich, MA |

¹ Residential includes using the product on your lawn, garden, or place of residence. Industrial, Turf, and Ornamental ("IT&O") includes using the product in areas such as golf courses, nurseries, roadsides, or for turf management or landscaping. Agricultural includes using the product to assist with farming or harvesting crops.

He sprayed the ditches so that they wouldn't fill up with cranberry plants and the water couldn't flow. So he would spray the ditches to keep them open, which means repeated spraying.[12] He used a sprayer like the Tomahawk Pro Series 5 Gallon Gas Power.[13] He had a small hand pump sprayer as well.[14] In 1984 when he just had the 15 acres, he was spending less than five days a week on Roundup® application.[15] When he had the larger acreage, he agreed that he was spending more than five days a week,[16] but he couldn't say it was six days a week. Mr. Canning agreed that he spent roughly five days a week using Roundup® in the cranberry growing operations[17] in July, August, and early September. He said that he didn't do anything else, he certainly wouldn't sit home knowing he had weeds growing that he could get rid of.[18]

---

[10] Deposition of Richard Canning, November 23, 2021, P 97, L 8.
[11] Deposition of Richard Canning, November 23, 2021, P 194, L 23.
[12] Deposition of Richard Canning, November 23, 2021, P 97, L 16.
[13] Deposition of Richard Canning, November 23, 2021, P 190, L 14.
[14] Deposition of Richard Canning, November 23, 2021, P 191, L 5.
[15] Deposition of Richard Canning, November 23, 2021, P 135, L 4.
[16] Deposition of Richard Canning, November 23, 2021, P 135, L 12.
[17] Deposition of Richard Canning, November 23, 2021, P 134, L 8.
[18] Deposition of Richard Canning, November 23, 2021, P 136, L 16.

When he used Roundup® in the bog itself, he applied it with a wiper,[19] which was a Drift Free Red Devil Weed Wiper.[20] Mr. Canning would spray the ditches starting in May and running pretty much through the season to keep the ditches clean, ending in September. Wiping would start right after berries set,[21] so he did the wiping in July and August. Over the three properties, he was out on the bogs five days a week.[22] When he sprayed, he did it for two or three hours at a time.[23] When asked how often he would spray the ditches. he replied that it was "When they needed it, but it wouldn't be every week. It would be a couple of times a year".[24] Overall, including spraying and wiping with Roundup®, Mr. Canning recalled that he used Roundup® five times per week for 10 weeks per year from 1984 to 2009.

As for the clothing Mr. Canning wore while applying Roundup® he recalled Jeans, not shorts, total body protection, a long-sleeve shirt, work boots, usually a hat too, and chemical proof gloves.[25] If he was finished with Roundup® at the end of the day, he would take a shower, but if he quit at noon, he would wash his hands and face and neck and ears and arms, et cetera, then change out of his work clothes.[26] He said didn't know about ever feeling Roundup® on his exposed skin either when applying or mixing Roundup®; but he was sure the answer is yes.[27] If he felt Roundup® on his skin he would have immediately washed it off.[28]

### RESIDENTIAL USE OF ROUNDUP AND RELATED PRODUCTS

Mr. Canning's current address is ███████████████████████████████, where he has lived since 2019. Prior to that he lived at ███████████ for four or five years. Before that he lived at ███████████████ from about 1973/74, and before that at ███████████ ███████████████████████, for two or three years. The ███████████████ address is the residence where he used Roundup®. He used Roundup® on the crushed stone driveway at this location using a hand sprayer a couple of times each year[29] from 1984 to 2009. Each time he sprayed, it took about one hour.[30]

---

[19] Deposition of Richard Canning, November 23, 2021, P 97, L 24.
[20] Deposition of Richard Canning, November 23, 2021, P 190, L 12.
[21] Deposition of Richard Canning, November 23, 2021, P 99, L 19.
[22] Deposition of Richard Canning, November 23, 2021, P 100, L 6.
[23] Deposition of Richard Canning, November 23, 2021, P 102, L 18.
[24] Deposition of Richard Canning, November 23, 2021, P 103, L 19.
[25] Deposition of Richard Canning, November 23, 2021, P 219, L 18.
[26] Deposition of Richard Canning, November 23, 2021, P 222, L 17.
[27] Deposition of Richard Canning, November 23, 2021, P 222, L 21.
[28] Deposition of Richard Canning, November 23, 2021, P 223, L 19.
[29] Deposition of Richard Canning, November 23, 2021, P 183, L 9.
[30] Deposition of Richard Canning, November 23, 2021, P 186, L 12.

## ROUNDUP® AND RELATED PRODUCT USE SUMMARY

| Date of Use | Product Name | Frequency of Exposure | Usage | Type of Usage | Reason For Usage | Location |
|---|---|---|---|---|---|---|
| **Residential Use** | | | | | | |
| 1984-2009 (26 seasons) | Roundup® Grass and Weed Killer | Twice each year for 60 min each time | Roundup® hand pump sprayer | Residential | To control weeds in driveway | 24 Meadow Spring Drive Sandwich, MA |
| **Commercial Use** | | | | | | |
| 1984-2009 (26 seasons) | Roundup® Grass and Weed Killer | Five times per week for 10 weeks per year | Roundup® hand sprayer; Backpack sprayer; Red Devil weed wiper | Cranberry bogs and ditches | To control weeds | Three locations in Sandwich, MA |

## CUMULATIVE EXPOSURE DAYS

There are six epidemiologic studies that are frequently cited to address the possible association between use of glyphosate-based herbicides (such as Roundup®) and the development of non-Hodgkin's lymphoma (NHL). The primary authors of these studies are McDuffie et al. (2001);[31] Eriksson et al. (2008);[32] Andreotti et al. (2018);[33] Leon et al. (2019);[34] Zhang et al.(2019);[35] and Pahwa et al. (2019).[36]

The investigators conducting these studies took several approaches to classifying glyphosate exposures among the study subjects. In two of these studies (Leon et al. and Zhang et al.), NHL rates were compared between workers who reported that they had ever used glyphosate-based herbicides with those who said they had never used them. The other four studies used

---

[31] McDuffie HH, Pahwa P, McLaughlin JR, et al. 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticides and health. *Cancer Epidemiology, Biomarkers & Prevention*, 10(11):1155-1163.

[32] Eriksson M, Hardell L, Carlberg M, et al. 2008. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *International Journal of Cancer*, 123(7):1657 – 1663. doi: 10.1002/ijc.23589.

[33] Andreotti G, Koutros S, Hofmann JN, et al. 2018. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. *Journal of the National Cancer Institute*, 110(5):509-516. doi: 10.1093/jnci/djx233.

[34] Leon ME, Schinasi LH, Lebailly P, et al. 2019. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. *International Journal of Epidemiology*, 48(5):1519-1535. doi: 10.1093/ije/dyz017.

[35] Zhang L, Rana I, Shaffer RM, et al. 2019. Exposure to glyphosate based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. *Mutation Research/Reviews in Mutation Research*, 781:186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

[36] Pahwa M, Beane Freeman LE, Spinelli JJ, et al. 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. *Scandinavian Journal of Work, Environment & Health*, 45(6):600-609. doi: 10.5271/sjweh.3830.

information about the frequency and/or duration of the use of glyphosate-based herbicides to calculate an exposure metric known as "exposure days".

In the study by Eriksson, the cumulative lifetime Roundup® exposure days was calculated by multiplying the total number of seasons (years) each subject used Roundup®, by the number of days she/he used Roundup® each season. This value was then multiplied by the reported amount of time she/he used Roundup® each day, yielding the total number of hours she/he used Roundup®. This value was then divided by 8 (hours per day) for the total exposure days over each subject's lifetime. This is a conservative, **time-weighted estimate of lifetime exposure**, as it weights the exposure by the number of hours the subject actually used Roundup® each day.

The other studies (McDuffie et al., Pahwa et al., and Andreotti et al.) counted the number of days per year the herbicide was used, regardless of how many hours the herbicide was used each day. In effect then, each day of herbicide use counted the same, so the estimate of cumulative lifetime exposure is **non time-weighted** by that actual exposure time each day.

I have used both the **time-weighted and the non time-weighted** approaches to estimate Mr. Canning's lifetime cumulative exposure to glyphosate-based herbicides. Based upon his reported years of Roundup® use, I determined the total number of seasons (years) Mr. Canning used Roundup®, and the number of days he used Roundup® each season. For estimating his **time-weighted exposure**, I then took the value he reported for the amount of time he used Roundup® each day and multiplied to get the total number of hours he used Roundup® over his lifetime. In some cases, he had specific recollection of the amount of time he used Roundup® each day (for example 1.0 hours each time he used Roundup® at his home at 24 Meadow Spring Drive in Sandwich, Massachusetts). In other cases, his Roundup® use could vary widely between days, for example in his cranberry growing business. For these, I used a range of values for his daily Roundup® use, 1, 4 or 2 hours to capture the minimum, maximum, and midpoint of the duration of Roundup® use each day. These values are the basis for his calculated minimum, maximum, and midpoint values for his **lifetime eight-hour, time-weighted exposure days**. Details of these calculations are included in the Attachment.

| Property/Product Used | Dates & Number of Seasons | Time Period | Days Used per Season | Hours Used per Day | Total Hours Lifetime | Minimum Exposure Days (8 hrs./day) | Maximum Exposure Days (8 hrs./day) | Midpoint Exposure Days (8 hrs./day) |
|---|---|---|---|---|---|---|---|---|
| **Residential** Roundup® Grass and Weed Killer | 1984 – 2009 (26 seasons) | July – September | 2 | 1.0 | 52 | | | 6.5 |
| **Cranberry growing** Roundup® Grass and Weed Killer | 1984 – 2009 (26 seasons) | July – September | 50 | 1 | 1,300 | 162.5 | 650 | 325 |
| | | | | 2 | 2,600 | | | |
| | | | | 4 | 5,200 | | | |

7

Exhibit A Page - 7

For Mr. Canning's residential use of Roundup® grass and weed killer, from 1984 – 2009, his **lifetime time-weighted midpoint exposure days** estimate is 6.5 days.

For his use of Roundup® products in his cranberry growing business from 1984 – 2009, I estimate his **lifetime eight-hour, time-weighted exposure days** at a minimum of 162.5 eight-hour, time-weighted exposure days if he used Roundup® products 1 hour each day. His maximum lifetime eight-hour, time-weighted exposure days would be 650 exposure days if he used Roundup® products 4 hours each day. His midpoint value/mean is 325 exposure-days, corresponding to 2 hours of Roundup® product use each day.

For calculating Mr. Canning's **non time-weighted cumulative lifetime exposure**, I followed the same approach, but the weighting by the number of hours per day was omitted. In effect, each day of exposure counts the same, regardless of whether he used Roundup® for 1, 2 or 4 hours. Details of these calculations are included in the Attachment.

| Property/Product Used | Dates & Number of Seasons | Time Period | Days Used per Season | Midpoint Non Time-weighted Exposure Days (any duration per day) |
|---|---|---|---|---|
| Residential Roundup® Grass and Weed Killer | 1984-2009 (26 seasons) | July-September | 2 | 52 |
| **Commercial Cranberry Growing** | | | | |
| Roundup® Grass and Weed Killer | 1984-2009 (26 seasons) | July-September | 50 | 1,300 |

### SUMMARY AND CONCLUSIONS

For Mr. Canning's residential use of Roundup® grass and weed killer, from 1984 – 2009, his eight-hour, time-weighted lifetime midpoint exposure days estimate is 6.5.

For his use of Roundup® products in his commercial cranberry growing business from 1984 – 2009, I estimate his lifetime eight-hour, time-weighted exposure days at a minimum of 162.5 exposure days if he used Roundup® products 1 hour each day. His maximum lifetime eight-hour, time-weighted exposure days would be 650 exposure days if he used Roundup® products 4 hours each day. His midpoint value/mean is 325 exposure days, corresponding to 2 hours of Roundup® product use each day.

Mr. Canning's **total lifetime eight-hour, time-weighted Roundup® exposure days** including residential and commercial use would be 169 minimum; 656.5 maximum; midpoint value 331.5 eight-hour, time-weighted exposure days.

For Mr. Canning's **non time-weighted lifetime Roundup® exposures**, his total residential exposure is 52 non time-weighted exposure days; his commercial lifetime exposure is 1,300 non

8

time-weighted exposure days. Total lifetime non time-weighted Roundup exposure days including residential and commercial use is 1,352 exposure days.

Roundup® and related products were the predominant chemicals Mr. Canning used in his employment, and at his residence. He recalled using the following products in his cranberry growing business:

| Dates of Usage | Type and Brand of Herbicide or Pesticide | Frequency of Exposure | Usage | Reason for Usage |
|---|---|---|---|---|
| 1987 – 2009 | Dichlobenil (Casoron) | Applied annually | Applied by air and thoroughly irrigated into soil | Weed control |
| 1987 – 2009 | Napropamide (Devrinol) | Applied annually | Applied by air and thoroughly irrigated into soil | Weed control |
| 1987 – 2009 | Chlorethalonil (Bravo) | Three times per year | Applied via chemigation with no vine contact until thoroughly dry | Disease control |
| 1987 – 2009 | Bacilus Thuringiensis (Dipel) | 1-2 times per year | Applied via chemigation with no vine contact until thoroughly dry | Insect control |
| 1987 – 2009 | Diazanon | 2-3 times per yea. | Applied via chemigation with no vine contact until thoroughly dry | Insect control |
| 1987 – 2009 | Carbaryl (Sevin) | 2-3 times per year | Applied via chemigation with no vine contact until thoroughly dry | Insect control |
| 1987 – 2009 | Chlorpyfiros (Lorsban4E) | 1 per year | Applied via chemigation with no vine contact until thoroughly dry | Insect control |
| 1990 – 2009 | Pyrethroids | 2-3 times per year | Applied via chemigation with no vine contact until thoroughly dry | Insect control |

In Mr. Canning's employment outside his cranberry growing business, his first job after graduation from the University of Massachusetts Amherst in 1964 was delivering milk for Whiting's Milk.[37] Then he took over a company that was a grain business delivering grain, animal feed and selling it, delivering it all over Cape Cod[38] commencing some time in 1964. Then he went to New York to be a county agent for the state of New York for about six months.[39] As part of the jobs in the grain business and as a county agent, he did not use herbicides in either of those jobs. He sold herbicides, but he didn't use them.[40] He did not mix the herbicides, they were in sealed containers.[41] He came back from New York around 1967 and he managed a beef farm for about another six months. He did not use any herbicides as part of that work.[42] Then in 1968 he went to work for the A.D. Makepeace company,[43] which was a cranberry production company. He was in training to grow and harvest cranberries for about six

---

[37] Deposition of Richard Canning, November 23, 2021, P 41, L 22.
[38] Deposition of Richard Canning, November 23, 2021, P 42, L 12.
[39] Deposition of Richard Canning, November 23, 2021, P 28, L 20.
[40] Deposition of Richard Canning, November 23, 2021, P 43, L 7.
[41] Deposition of Richard Canning, November 23, 2021, P 43, L 14.
[42] Deposition of Richard Canning, November 23, 2021, P 44, L 10.
[43] Deposition of Richard Canning, November 23, 2021, P 44, L 17.

months there.[44] He did not use any herbicides in this position.[45] In the 1968/69 time period, he joined a company called R.F. Morse,[46] which sold farm chemicals and equipment. From then until about 2010/2012, when R.F. Morse ceased to exist, Mr. Canning worked either as an employee or as the owner during that entire time. He sold herbicides in sealed containers, but he did not handle them.[47] In 1984 he bought his first cranberry bog and started raising cranberries.[48] Also, in the 1981/83 time period, he took over the Canning Service Center from his father. He ran that business, but he did not pump gas or fix cars.[49] Mr. Canning did not report using any chemicals at the Canning Service Center.

*[signature: Robert Herrick]*

Robert F. Herrick, M.S., Sc.D., CIH, FAIHA
Principal Scientist


Attachment – Exposure Calculation Template

---

[44] Deposition of Richard Canning, November 23, 2021, P 45, L 9.
[45] Deposition of Richard Canning, November 23, 2021, P 46, L 19.
[46] Deposition of Richard Canning, November 23, 2021, P 47, L 7.
[47] Deposition of Richard Canning, November 23, 2021, P 49, L 14.
[48] Deposition of Richard Canning, November 23, 2021, P 50, L 15.
[49] Deposition of Richard Canning, November 23, 2021, P 53, L 91.

EXPOSURE BREAKDOWN

| Location | Year | Total Seasons | Days Used per Season | Time Treated Each Day (hrs) | Total Hours | Total Exposure Days Lifetime | Activity | Total Non-time-weighted Exposure Days Lifetime |
|---|---|---|---|---|---|---|---|---|
|  | 1984-2009 | 26 | 2 | 1 | 52 | 6.5 | Used Roundup® 1 hr per day on driveway | 52 |
| RESIDENCE TOTAL LIFETIME DAYS |  |  |  |  |  | 6.5 |  |  |
|  | 1984-2009 | 26 | 50 | 1 | 1,300 | 162.5 | Used Roundup® 1 hr per day on ditches and bogs | 1,300 |
|  |  | 26 | 50 | 2 | 2,600 | 325 | Used Roundup® 2 hr per day on ditches and bogs |  |
|  |  | 26 | 50 | 4 | 5,200 | 650 | Used Roundup® 4 hr per day on ditches and bogs |  |
|  | Used Roundup® 1 hr per day on cranberry bogs |  |  |  |  | 169 | MINIMUM TOTAL EXPOSURE DAYS LIFETIME (RES + COMML) | 1,352 |
|  | Used Roundup® 2 hr per day on cranberry bogs |  |  |  |  | 331.5 | MIDPOINT TOTAL EXPOSURE DAYS LIFETIME (RES + COMML) |  |
|  | Used Roundup® 4 hr per day on cranberry bogs |  |  |  |  | 656.5 | MAXIMUM TOTAL EXPOSURE DAYS LIFETIME (RES + COMML) | Grand Total Lifetime Non Time-weighted Exposure |

1

Exhibit A Page - 11