# EXHIBIT G

```
 1              COMMONWEALTH OF MASSACHUSETTS
 2   BARNSTABLE, ss:            SUPERIOR COURT
 3                              Civil Action No.
 4                              1972CV00277
 5   *********************************
 6   TIMOTHY CONSTANTINE,
 7          Plaintiff,
 8      v.
 9   MONSANTO COMPANY, et al,
10          Defendants.
11   *********************************
12              Remote Videotaped Deposition of
13   ROBERT F. HERRICK, ScD, CIH, FAIHA,
14   commencing at 11:00 a.m., on the 16th of
15   December, 2021, before Maureen O'Connor
16   Pollard, Registered Diplomate Reporter,
17   Realtime Systems Administrator, Certified
18   Shorthand Reporter.
19
20                      - - -
21
             GOLKOW LITIGATION SERVICES
22                877.370.DEPS
                deps@golkow.com
23
24
```

Robert F. Herrick, ScD, CIH, FAIHA

```
 1   REMOTE APPEARANCES:
 2
     THORNTON LAW FIRM LLP
 3   BY:    DAVID BRICKER, ESQ.
            9595 Wilshire Blvd., Suite 900
 4          Beverly Hills, California 90212
            310-282-8676
 5          dbricker@tenlaw.com
            Representing the Plaintiff
 6
 7   THORNTON LAW FIRM LLP
     BY:    EVAN R. HOFFMAN, ESQ.
 8          7900 East Union Avenue, Suite 1100
            Denver, Colorado 80237
 9          800-431-4600
            ehoffman@tenlaw.com
10          Representing the Plaintiff
11
     HOLLINGSWORTH LLP
12   BY:    JOHN M. KALAS, ESQ.
            1350 I Street, N.W.
13          Washington, DC 20005
            202-898-5848
14          jkalas@hollingsworthllp.com
            Representing the Defendants
15
16   SHOOK HARDY & BACON LLP
     BY:    MELISSA NOTT DAVIS, ESQ.
17          One Federal Street, Suite 2540
            Boston, Massachusetts 02210
18          617-531-1411
            mndavis@shb.com
19          Representing the Defendants
20
     Videographer:  John Edmunds
21
22
23
24
```

Robert F. Herrick, ScD, CIH, FAIHA

|    |                                              |
|----|----------------------------------------------|
| 1  |            P R O C E E D I N G S            |
| 2  |                                              |
| 3  |        THE VIDEOGRAPHER:  We are now         |
| 4  | on the record.                               |
| 5  |        My name is John Edmunds.  I'm         |
| 6  | the videographer for Golkow Litigation       |
| 7  | Services.                                    |
| 8  |        Today's date is Thursday,             |
| 9  | December 16, 2021, and the time is           |
| 10 | 11:00 a.m.                                   |
| 11 |        This remote video deposition is       |
| 12 | being held in the matter of Timothy          |
| 13 | Constantine versus Monsanto Company,         |
| 14 | et al., for the Commonwealth of              |
| 15 | Massachusetts Superior Court,                |
| 16 | Department of the Trial Court.               |
| 17 |        The deponent is Robert Herrick,       |
| 18 | Sc.D.                                        |
| 19 |        All parties to this deposition        |
| 20 | are appearing remotely, and have             |
| 21 | agreed to the witness being sworn in         |
| 22 | remotely.                                    |
| 23 |        Due to the nature of remote           |
| 24 | reporting, please pause briefly before       |

Robert F. Herrick, ScD, CIH, FAIHA

1         speaking to ensure all parties are
2         heard completely.
3                 Will counsel please identify
4         themselves.
5                 MR. BRICKER:  Yes.  David
6         Bricker for the plaintiff.
7                 MR. HOFFMAN:  Evan Hoffman,
8         also for the plaintiff.
9                 MR. KALAS:  John Kalas for
10        Monsanto Company.
11                MS. DAVIS:  Melissa Nott Davis
12        for Monsanto Company.
13                THE VIDEOGRAPHER:  The court
14        reporter is Maureen Pollard, and will
15        now swear in the witness.
16
17      ROBERT F. HERRICK, ScD, CIH, FAIHA,
18   having been duly remotely identified and
19   sworn, was examined and testified as follows:
20                  EXAMINATION
21   BY MR. KALAS:
22        Q.    Good morning, Dr. Herrick.
23        A.    Good morning.
24        Q.    What is the dose of glyphosate

Exhibit G Page - 4

Robert F. Herrick, ScD, CIH, FAIHA

1   someone needs to get into their body to put
2   them at an increased risk of NHL?
3           MR. BRICKER:  Let me just
4       object.  This is beyond the scope of
5       this expert's designation and not what
6       he's been presented for.
7           If you have a way to answer
8       that, go ahead.
9       A.   I'm sorry, I don't really know
10  how to answer that question.
11  BY MR. KALAS:
12      Q.   Is it that you don't know how
13  to answer that question or you don't know the
14  answer to that question?
15          MR. BRICKER:  Same objection.
16      A.   Well, it's more the latter, I
17  don't know the answer to that question.
18  BY MR. KALAS:
19      Q.   Okay.  Why don't you know the
20  answer to that question?
21          MR. BRICKER:  Form.
22      A.   Well, I'm really not a
23  toxicologist by training, and I haven't ever
24  looked into that particular question.

Exhibit G Page - 5

```
1   COMMONWEALTH OF MASSACHUSETTS )
2   SUFFOLK, SS.                  )
3             I, MAUREEN O'CONNOR POLLARD,
4   Registered Diplomate Reporter and Notary
5   Public in and for the Commonwealth of
6   Massachusetts, do certify that on the 16th
7   day of December, 2021, at 11:00, the person
8   above-named was remotely duly sworn to
9   testify to the truth of their knowledge, and
10  examined, and such examination reduced to
11  typewriting under my direction, and is a true
12  record of the testimony given by the witness.
13  I further certify that I am neither attorney,
14  related or employed by any of the parties to
15  this action, and that I am not a relative or
16  employee of any attorney employed by the
17  parties hereto, or financially interested in
18  the action.
19            In witness whereof, I have
20  hereunto set my hand this 19th day of
21  December, 2021.
22  _____
23  MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC
24  CSR #149108
```