# EXHIBIT I


An official website of the United States government
Here's how you know

⊕EPA   United States
Environmental Protection
Agency

**MENU**

Search EPA.gov

**EPA ExpoBox**   CONTACT US <https://epa.gov/expobox/forms/contact-us-about-expobox>

# Exposure Assessment Tools by Routes – Dermal

On this page:

Overview | Methods | Calculations | Concentrations | Scenarios | Factors | Guidance | References

## Overview



An underlined exposure route is the way that a contaminant enters an individual or population after contact (IPCS, 2004). Typically, exposure occurs by one of three exposure routes-inhalation, ingestion, or dermal.

Dermal exposure can result from skin contact with contaminated environmental media, including:

- water (e.g., during bathing, washing, swimming);
- sediment (e.g., while wading, fishing);
- outdoor soil or dust (e.g., during recreational, gardening, or construction-related activities); and
- indoor dust that has settled on carpets, floors, clothing, counter tops, or other surfaces.

Water can become contaminated via direct discharges to surface water (i.e., point sources), indirect releases, and migration to groundwater or other water sources to which people may be exposed dermally.

Soil, house dust, or other materials might become contaminated as a result of intentional application (e.g., pesticide use), deposition of particulate matter (e.g., from atmospheric pollutants), or transport from other media (e.g., water).

Human receptors could also come into contact with chemicals from consumer products directly (e.g. during use) or indirectly (e.g., chemicals that have settled on indoor or outdoor surfaces).

Estimating exposure from dermal contact requires information on:

- the concentration of the contaminant in the medium that is contacted;
- timeframe of exposure (contact frequency and duration); and
- other factors that affect dermal exposure—for example, skin surface area, dermal adherence of solids to skin, film thickness of liquids on skin, and/or residue transfer factors.

Calculations to estimate dose from dermal contact are provided in this module as are various tools available for evaluating potential exposure concentrations. Exposure scenarios, exposure factors, and guidance for assessing exposure via dermal contact are also provided.

Exhibit I Page - 1

# Methods

Dermal exposure assessment is a two-step process that considers the **contact** between contaminant and receptor as well as **absorption** of the contaminant into the body through the skin. The amount of contaminant absorbed represents what is available for interaction with target tissues or organs.

The magnitude of exposure is a function of media-specific contaminant concentration, timeframe of exposure (e.g., acute, chronic), and other factors that affect dermal exposure such as skin surface area.

There are a few different ways to characterize dermal exposure and dose (U.S. EPA, 1992b):

- **Potential dose** is the amount of contaminant applied to skin, not all of which is actually absorbed.
- **Applied dose** is the amount of contaminant at the absorption barrier (e.g., skin) that can be absorbed by the body.
- **Internal dose** is the amount of contaminant absorbed and available for interaction with biological receptors (e.g., organs, tissues).
- **Biologically effective dose** is the amount of contaminant that interacts with the internal target tissue or organ.

An illustration of dermal exposure and dose is provided below.



**Illustration of Dermal Route: Exposure and Dose** (U.S. EPA, 1992b)

The potential dermal dose involves the contaminant and the matrix in which it is suspended (e.g., soil) that could come into contact with the skin. It is unlikely that all of the potential dose will come into contact with the skin. The amount of contaminant contained in a medium, such as soil, that actually comes into contact with the skin is the applied dose.

The internal dose is the amount of contaminant that gets past the exchange boundary (e.g., skin) and into the blood, or the amount of the contaminant that can interact with organs and tissues to cause biological effects (U.S. EPA, 1992b).

The internal (or absorbed) dermal dose is determined by the rate at which the contaminant is absorbed, and this will be a function of contaminant properties.

Algorithms for specific dermal pathways are provided in the Calculations tab of this module.

# Calculations

**Flux**, or the amount of contaminant that penetrates per unit of time, has been mathematically described by **Fick's Law of Diffusion** for membranes. It states that the flux of a contaminant across a homogeneous membrane is proportional to the concentration difference between the membrane outer surface and the membrane inner surface and inversely proportional to the thickness of the membrane. The key assumptions inherent in a Fick's Law based approach are:

- The skin is a homogeneous membrane.
- The flux of the contaminant across the skin is solely due to passive diffusion.
- The permeability coefficient and the flux are specific to the vehicle contacting the skin and the animal species in which they are measured.

As shown in U.S. EPA (2004), internal (absorbed) dose for inorganics in water can be calculated as follows:



$$DA_{event} = K_p \times C \times t$$

Exhibit I Page - 2

> Where:
>
> $DA_{event}$ = Absorbed dose (mg/cm$^2$-event)
>
> $K_p$ = Permeability coefficient (cm/hr)
>
> $C$ = Concentration of chemical in vehicle contacting skin (mg/cm$^3$)
>
> $t$ = Time of contact (hours/event)

All parameters must be expressed in consistent units; in some cases, unit conversion factors may be necessary. This absorbed dose is generally expressed as mass of contaminant per unit surface area of skin per event (e.g., mg/cm$^2$ event).

According to U.S. EPA (2004) the equation above may be used to estimate the absorbed dose per event ($DA_{event}$) when the inorganic contaminant contacting the skin is in the form of a liquid or aqueous mixture and the amount of contaminant on the surface is expressed as a concentration.

U.S. EPA (2004) provides alternate forms of this equation for estimating dermal exposure to organics in water. Permeability coefficients have been measured for many contaminants and can also be estimated based on correlations that use molecular weight and octanol-water partition coefficient ($K_{ow}$) (U.S. EPA, 2004, 1992a).

For dermal contact with solids (e.g., soil, sediment), the concentration of contaminant contacting the skin is a function of the concentration of contaminant in the solid material (e.g., soil) and the amount of solid that adheres to the skin per unit surface area. For surface residues, the amount of chemical contacting the skin is a function of the amount of chemical on the contaminated surface and the fraction of chemical transferred to the skin.

For example, the concentration of contaminant in soil (mg/g) may be multiplied by the **adherence rate (Adh)** of soil to skin (g/cm$^2$-event) to estimate the concentration of contaminant on the skin (g/cm$^2$-event). Likewise, the concentration of contaminant on a contaminated surface (mg/cm$^2$) may be multiplied by the **transfer efficiency fraction (TF)** (%/100%-event) to estimate the amount of contaminant on the surface of the skin (g/cm$^2$-event). Absorption factors are then applied to estimate the dermally-absorbed dose per event.

Once the absorbed dose per event has been estimated, the average daily dose (ADD) can be calculated. The ADD is calculated as follows and is generally expressed as mass of contaminant per unit body weight over time (e.g., mg/kg-day).

> ## $ADD_{abs} = DA_{event} \times SA \times EF \times ED \; / \; BW \times AT$
>
> ---
>
> Where:
>
> $ADD_{abs}$ = Average daily dose (mg/kg-day)
>
> $DA_{event}$ = Absorbed dose (mg/cm$^2$-event)
>
> $SA$ = Skin surface area available for contact (cm$^2$)
>
> $EF$ = Exposure frequency (events/year)
>
> $ED$ = Exposure duration (years)
>
> $BW$ = Body weight (kg)
>
> $AT$ = Averaging time (days)

- Surface area (**SA**) represents the surface of the skin that is exposed
- Body weight (**BW**) of an individual, typically expressed in kilograms (kg), is included so that the dose is normalized to that value.

Exhibit I Page - 3

- Temporal parameters in the dose equation include:
  - Exposure frequency (**EF**) refers to the frequency with which the exposure occurs and might be provided in events per year or events per day.
  - Exposure duration (**ED**) is the amount of time that an individual or population is exposed to the contaminant being evaluated and is typically provided in years.
  - Averaging time (**AT**) is the amount of time over which exposure is averaged and is equal to ED for assessing non-cancer risks. For chronic assessments (e.g., cancer), potential lifetime average daily dose (LADD) is calculated in which lifetime (LT, in days) is substituted for AT.
  - Exposure parameter inputs (e.g., dermal contact factors, body weights, and relevant patterns of behavior such as timeframe of exposure) can be obtained from the Handbook.

Additional information on exposure scenarios involving the dermal route can be found in the Indirect Estimation Module of the Approaches Tool Set.

- **Key:** 🟥 Information sources
- 🟦 Data sources
- 🟨 Models

| Tool Type | Tools | Description | Water and Sediment | Soil and Dust | Consumer Product |
|---|---|---|---|---|---|
| 🟦 | Agency for Toxic Substances and Disease Registry (ATSDR). ATSDR Comparison Value Viewer <https://www.atsdr.cdc.gov/sites/brownfields/cvviewer.html> | ATSDR's Comparison Value Viewer is a computer program that provides users with ATSDR health comparison values for chemicals in air, soil, and water. | ☑️ | ☑️ | ☐ |
| 🟨 | American Industrial Hygiene Association (AIHA). IH SkinPerm <https://www.aiha.org/get-involved/volunteergroups/pages/exposure-assessment-strategies-committee.aspx> | This website for the Exposure Assessment Strategies Committee provides links to tools for the practicing Industrial Hygienist including IH SkinPerm tool, which was developed to help increase understanding of dermal absorption and provide a practical tool to estimate dose from dermal exposure, factoring in evaporation and absorption. | ☐ | ☐ | ☐ |

Exhibit I Page - 4

| | | | | | |
|---|---|---|---|---|---|
|  | Centers for Disease Control and Prevention (CDC). Finite Dose Skin Permeation Calculator <https://www.cdc.gov/niosh/topics/skin/finiteskinpermcalc.html> | This calculator estimates fluxes, skin concentrations, and amounts absorbed from any size dose applied to partially or fully hydrated skin. The calculations are based on the model described in the references below. EPI Suite can be used to develop inputs for this calculator and other optional properties for this calculator. | ☑ | ☐ | ☐ |
|  | Dutch National Institute for Health and Environment (RIVM). ConsExpo <https://www.rivm.nl/en/consexpo> | ConsExpo is a set of models that can be used to estimate and assess human exposure to substances from consumer products used indoors. This model is primarily used in the European Union's assessment of industrial chemicals (REACH). | ☐ | ☐ | ☑ |
|  | The Lifeline Group. LifeLine™ User Manual v1.0 (Archived) <https://archive.epa.gov/scipoly/sap/meetings/web/pdf/lifeline.pdf> | LifeLine™ software for modeling aggregate and cumulative exposure to pesticides was designed to characterize population-based risks from pesticide residues in food and tap water as well as in the home following residential uses. | ☑ | ☐ | ☑ |
|  | U.S. EPA. Chemical Screening Tool For Exposures and Environmental Releases (ChemSTEER) <https://www.epa.gov/tsca-screening-tools/chemsteer-chemical-screening-tool-exposures-and-environmental-releases> | ChemSTEER is used to estimate inhalation and dermal exposures to chemicals during chemical use and manufacture. Estimates also cover the releases of a chemical into the air, water, and land associated with occupational use. | ☑ | ☑ | ☑ |

Exhibit I Page - 5

| | | | | | |
|---|---|---|---|---|---|
|  | U.S. EPA. (2016). ExpoFIRST (Exposure Factors Interactive Resource for Scenarios Tool) | ExpoFIRST is a standalone tool that draws from data in the EPA's Exposure Factors Handbook for quick, easy, and flexible development of human exposure scenarios. The tool develops these scenarios based on the selections made by the user in terms of the route of exposure of interest, the media of interest, exposure descriptor, receptor (age groups) and other demographics. | ✓ | ✓ | ✓ |
|  | U.S. EPA. Exposure and Fate Assessment Screening Tool (E-FAST) <https://www.epa.gov/tsca-screening-tools/e-fast-exposure-and-fate-assessment-screening-tool-version-2014> | Exposure and Fate Assessment Screening Tool (E-FAST) provides screening-level estimates of the concentrations of chemicals released to surface water and other media from consumer products. | ✓ | ✓ | ✓ |

Exhibit I Page - 6

| | | | | | |
|---|---|---|---|---|---|
| **d** **i** | U.S. EPA. Microbial (Pathogen)/Recreational Water Quality Criteria <https://www.epa.gov/wqc/microbial-pathogenrecreational-water-quality-criteria> | This website provides links to the Microbial (Pathogen)/Recreational Water Quality Criteria and technical support materials. These criteria are designed to protect the public from exposure to harmful levels of pathogens while participating in water-contact activities such as swimming, wading, and surfing in recreational waters. This website also provides links to the Draft Human Health Recreational Ambient Water Quality Criteria and/or Swimming Advisories for Microcystins and Cylindrospermopsin and resources related to development of recreational water quality criteria for coliphage. | ☑ | ☐ | ☐ |
| **m** | U.S. EPA. Multimedia, Multipathway, and Multireceptor Exposure and Risk Assessment (3MRA) <https://www.epa.gov/ceam/3mra > | The Multimedia, Multipathway, Multireceptor Exposure and Risk Assessment (3MRA) is a screening-level tool that allows the assessment of potential human and ecological health risks resulting from long-term exposure to chemicals related to waste management. | ☑ | ☑ | ☐ |

Exhibit I Page - 7

| | | | | | |
|---|---|---|---|---|---|
| 🅜 | U.S. EPA. Stochastic Human Exposure and Dose Simulation (SHEDS) <https://www.epa.gov/chemical-research/stochastic-human-exposure-and-dose-simulation-sheds-estimate-human-exposure > | The Stochastic Human Exposure and Dose Simulation (SHEDS) is a model that can be used to simulate chemical exposures for a population over time. This model estimates exposure for a variety of multimedia and multipathway environmental chemicals and has been modified for use in specific exposure scenarios (e.g., SHEDS-Wood and SHEDS-Pesticides). Other SHEDS modules have been developed to address toxic chemicals in the air (SHEDS-ATOX) and to predict exposures to particulate matter (SHEDS-PM). SHEDS-Multimedia includes the SHEDS-Residential and SHEDS-Dietary modules. | ☑ | ☑ | ☑ |
| 🅜 | U.S. EPA. Swimmer Exposure Assessment Model (SWIMODEL) <https://www.epa.gov/pesticide-science-and-assessing-pesticide-risks/swimmer-exposure-assessment-model-swimodel> | SWIMODEL is a screening tool to conduct exposure assessments of pesticides found in indoor swimming pools and spas. | ☑ | ☐ | ☐ |

# Concentrations

- Measuring Concentrations
- Modeling Concentrations
- Available Data

Sources of contamination to soil, dust, water, and sediment are discussed in the Media Tool Set. Media-specific concentrations are needed for estimating exposure via the dermal route. Data and tools that can be used to estimate concentrations are also discussed in the Media Tool Set.

## Measuring Concentrations

Information on sampling techniques and analytical methods is available to support the measurement of contaminants in environmental media to which people may be exposed via dermal contact.

Exhibit I Page - 8

- **Key:** 🟥 Information sources
- 🟦 Data sources
- 🟩 Models

| Tool Type | Tools | Description | Water and Sediment | Soil and Dust | Consumer Products |
|---|---|---|---|---|---|
| 🟦 d | American Society for Testing and Materials (ASTM). Standards by Category <https://www.astm.org/products-services/standards-and-publications.html> | ASTM International (formerly known as the American Society for Testing and Materials, or ASTM) develops and provides support related to international voluntary consensus standards. Standards developed by ASTM include those relevant to occupational settings, including industrial hygiene and safety standards that specify methods for measuring the presence and amounts of chemical hazards used in the workplace. ASTM has also developed consumer product and related standards that cover methods for measuring chemicals related to a wide range of products. | ☐ | ☐ | ☑ |
| 🟥 i | National Research Council (NRC). (2003). Bioavailability of Contaminants in Soils and Sediments: Processes, Tools, and Applications <https://www.nap.edu/read/10523/chapter/1#r7.> | This report provides information on the physical, chemical, and biological factors that may affect the bioavailability of contaminants in soils and sediments. | ☑ | ☑ | ☐ |
| 🟥 i | U.S. EPA. Drinking Water Analytical Methods <https://www.epa.gov/dwanalyticalmethods/learn-about-drinking-water-analytical-methods > | This site contains a list of all the currently EPA-approved methods for analyzing drinking water to demonstrate compliance with current regulations. | ☑ | ☐ | ☐ |

Exhibit I Page - 9

| | | | | | |
|---|---|---|---|---|---|
| ℹ️ | U.S. EPA. EPA's Contaminated Sediment Management Strategy | EPA's Office of Water developed the Contaminated Sediment Management Strategy to provide a framework for the assessment, prevention, remediation, management of dredged material, research, and outreach regarding sediment contamination. In particular, chapter 5 of the strategy provides a strategy for assessing sediment contamination. | ☑ | ☐ | ☐ |
| ℹ️ | U.S. EPA. (2007). Ground Water Rule: Source Water Monitoring Guidance Manual <https://www.epa.gov/dwreginfo/ground-water-rule> | This document provides guidance on triggered and assessment source water monitoring issues (e.g., fecal indicators, sample collection, laboratory methods) as well as information on the Ground Water Rule requirements. | ☑ | ☐ | ☐ |
| ℹ️ | U.S. EPA. (2008). Guidance for the Sampling and Analysis of Lead in Indoor Residential Dust for Use in the Integrated Exposure Uptake Biokinetic (IEUBK) Model | This document recommends "methods for collecting and analyzing indoor residential dust data to estimate the mean concentration of lead in dust for use in the IEUBK model". | ☐ | ☑ | ☐ |
| ℹ️ | U.S. EPA. (1992). Guidelines for Exposure Assessment: Table 2. Examples of Types of Measurements to Characterize Exposure-Related Media and Parameters | This table illustrates some of the types of measurements used by exposure assessors, along with notes describing additional information often needed to use these measurements in estimating exposure or dose. | ☑ | ☑ | ☑ |
| ℹ️ | U.S. EPA. Methods Approved to Analyze Drinking Water Samples to Ensure Compliance with Regulations <https://www.epa.gov/dwanalyticalmethods> | EPA has compiled a set of manuals and guidelines on analytical methods and laboratory certification for the proper monitoring of drinking water in compliance with standards. | ☑ | ☐ | ☐ |

Exhibit I Page - 10

| | | | | | |
|---|---|---|---|---|---|
| **i** | U.S. EPA. Methods for Collection, Storage and Manipulation of Sediments for Chemical and Toxicological Analyses <https://www.epa.gov/ocean-dumping/methods-collection-storage-and-manipulation-sediments-chemical-and-toxicological> | This report provides guidance for collecting, handling, and manipulating sediment samples. | ☑ | ☐ | ☐ |
| **i** | U.S. EPA. (1992). Preparation of Soil Sampling Protocols: Sampling Techniques and Strategies | This document provides guidance for the development of soil sampling protocols, including sampling designs, sample collection, review of background data, methods to reduce sources of sampling error, and data interpretation. | ☐ | ☑ | ☐ |
| **i** | U.S. EPA. (1992). Resource Conservation and Recovery Act (RCRA) Ground Water Monitoring: Draft Technical Guidance <https://www.epa.gov/quality/rcra-ground-water-monitoring-draft-technical-guidance> | This report provides guidance for implementing groundwater monitoring regulations for regulated units under 40 CFR Part 264 Subpart F, and permitting standards for 40 CFR Part 270. The Draft Technical Guidance also provides compliance guidance for treatment, storage, and disposal facilities for 40 CFR Part 264 Subparts J, K, L, N, and X. | ☑ | ☐ | ☐ |
| **i** | U.S. EPA. (1995). Sampling House Dust for Lead: Basic Concepts and Literature Review <https://www.epa.gov/lead/sampling-house-dust-lead-basic-concepts-and-literature-review-final-report-epa-747-r-95-007> | This report provides background information for standardizing house dust sampling techniques for lead. A literature review and a discussion of house dust sampling methods are included. | ☐ | ☑ | ☐ |
| **i** | U.S. EPA. (1989). Soil Sampling Quality Assurance User's Guide | This resource includes methods and procedures for establishing adequate quality assurance on soil sampling aspects of environmental monitoring programs. | ☐ | ☑ | ☐ |

Exhibit I Page - 11

| | | | | | |
|---|---|---|---|---|---|
| ℹ | U.S. EPA. (2009). Statistical Analysis of Groundwater Monitoring Data at Resource Conservation and Recovery Act (RCRA) facilities: Unified Guidance | The Unified guidance suggests recommendations for the statistical analysis of groundwater monitoring data at RCRA units under 40 CFR Part 264, 265, and 258. | ☑ | ☐ | ☐ |
| ℹ | U.S. EPA. Superfund Analytical Services and Contract Laboratory Program (CLP) <https://www.epa.gov/clp> | This document is designed to offer the data reviewer guidance in determining the usability of analytical data generated through the U.S. EPA Contract Laboratory Program (CLP). | ☐ | ☑ | ☐ |
| ℹ | U.S. EPA Region 4. (2011). Science and Ecosystem Support Division (SESD) Soil Sampling Operating Procedures <https://www.epa.gov/aboutepa/about-region-4s-science-and-ecosystem-support-division-sesd> | This EPA Region 4 manual describes procedures, methods, and considerations for collecting soil samples for field screening or laboratory analysis. | ☐ | ☑ | ☐ |
| ℹ | U.S. EPA Region 4. (2017). Superfund X-Ray Fluorescence Field Operations Guide <https://www.epa.gov/sites/production/files/2018-04/documents/superfund-field-operations-guide-001-r0_xrf_fog_reg4.pdf> | This document provides guidance to Region 4 on-scene coordinators (OSCs) and remedial project managers (RPMs) in collecting x-ray fluorescence (XRF) data for metals (particularly lead and arsenic) in soil samples. | ☐ | ☑ | ☐ |
| ℹ | U.S. EPA Region 6. (2000). Environmental Response Team Standard Operating Procedures for Soil Sampling | EPA's Region 6 developed this guidance to describe the procedures for the collection of representative soil samples. | ☐ | ☑ | ☐ |
| ℹ | U.S. EPA Region 9. Field Sampling Procedures for Region 9: Surface Water and Groundwater <https://www.epa.gov/quality/field-sampling-procedures-region-9 > | EPA's Region 9 has compiled a set of resources available on field sampling procedures for surface water monitoring. | ☑ | ☐ | ☐ |
| ℹ | U.S. Navy. (2008). Rapid Sediment Characterization Tools <https://semspub.epa.gov/src/document/hq/175406> | Rapid Sediment Characterization Tools provide guidance on rapid sediment characterization technologies that can be used at marine sediment sites. | ☑ | ☐ | ☐ |

Exhibit I Page - 12

| | | | | | |
|---|---|---|---|---|---|
| 🛈 | Versar. (1992). A Laboratory Method to Determine the Retention of Liquids on the Surface of Hands. Report to USEPA/OPPT, Contract 68-02-4254<br><https://nepis.epa.gov/adobe/pdf/p1009pyk.pdf> | This USEPA/OPPT report presents data from three laboratory trials designed to estimate the amount of liquid retained on the surface of the skin. This information is useful for characterizing dermal exposure using the film thickness methodology. | ☐ | ☐ | ✏️ |

## Modeling Concentrations

In the absence of measurement data, a variety of models can be used to estimate contaminant concentrations in soil, dust, water, sediment, or other materials to which human receptors may be exposed via dermal contact. A number of resources are available to assist in these modeling efforts.

- **Key:** 🛈 Information sources
- 🇩 Data sources
- 🟩 Models

| Tool Type | Tools | |
|---|---|---|
| 🟩 | California Department of Toxic Substances Control (DTSC). CalTOX 1.5 Multimedia Risk Assessment Model<br><http://www.dtsc.ca.gov/assessingrisk/ctox_model.cfm> | The C... Multim Asses sprea mode health asses addre soils a conta adjac water groun inclu and tr transl expos mode addre in mu pathw |

Exhibit I Page - 13

| | | |
|---|---|---|
| ▣ m | Dutch National Institute for Health and Environment (RIVM). ConsExpo <https://www.rivm.nl/en/consexpo> | ConsE... mode... used ... assess... expos... substa... consu... used i... mode... used i... Union... indus... (REAC... |
| ▣ m | The Lifeline Group. LifeLine™ User Manual v1.0 (Archived) <https://archive.epa.gov/scipoly/sap/meetings/web/pdf/lifeline.pdf> | LifeLi... mode... and c... expos... was d... chara... popul... risks f... residu... tap w... the h... reside... |
| ▣ m | U.S. Department of Agriculture (USDA). Revised Universal Soil Loss Equation 2 (RUSLE2) <https://www.ars.usda.gov/southeast-area/oxford-ms/national-sedimentation-laboratory/watershed-physical-processes-research/research/rusle2/revised-universal-soil-loss-equation-2-overview-of-rusle2/> | RUSL... progr... estim... and in... erosio... rainfa... assoc... flow. |
| ▣ m | U.S. EPA. 3DFEMWATER and 3DELWASTE <https://www.epa.gov/ceam/3dfemwater3dlewaste> | These... dimer... can b... to mo... transp... dimer... satura... media... condi... multip... and p... sourc... |

Exhibit I Page - 14

| | | |
|---|---|---|
| m | U.S. EPA. Better Assessment Science Integrating point & Non-point Sources (BASINS) Model <https://www.epa.gov/ceam/better-assessment-science-integrating-point-and-non-point-sources-basins> | BASIN purpo enviro analy to inte geogra inform (GIS), water state- enviro assess mode |
| m i | U.S. EPA. Center for Exposure Assessment Modeling (CEAM) <https://www.epa.gov/ceam> | EPA's Expos Mode provid expos techn aquat and m pathv chem Links surfac terres multi are fo websi which by CE tools calcul Maxin (TMDI availa websi |
| m | U.S. EPA. Chemical Screening Tool For Exposures and Environmental Releases (ChemSTEER) <https://www.epa.gov/tsca-screening-tools/chemsteer-chemical-screening-tool-exposures-and-environmental-releases> | Chem estim and d to che chem manu Estim the re chem water assoc occup |

Exhibit I Page - 15

| | | | |
|---|---|---|---|
| 🟩 | U.S. EPA. Environmental Fluid Dynamics Codes (EFDC) <https://www.epa.gov/ceam/environmental-fluid-dynamics-code-efdc> | | The E... Fluid ... (EFDC... the-ar... hydro... that in... hydro... sedim... conta... eutro... comp... |
| 🟩 | U.S. EPA. Estimation Program Interface (EPI) Suite <https://www.epa.gov/tsca-screening-tools/epi-suitetm-estimation-program-interface > | | EPI Su... Windo... collec... physic... prope... enviro... estim... devel... Office... Preve... (OPP... Resea... (SRC)... |
| 🟩 | U.S. EPA. Exposure Analysis Modeling System (EXAMS) <https://www.epa.gov/ceam/exams-version-index > | | The E... Mode... (EXAM... evalu... transp... expos... conce... synth... chem... from ... |
| 🟩 | U.S. EPA. Exposure and Fate Assessment Screening Tool (E-FAST) <https://www.epa.gov/tsca-screening-tools/e-fast-exposure-and-fate-assessment-screening-tool-version-2014> | | Expos... Asses... Tool (... scree... estim... conce... chem... surfac... other... consu... |

Exhibit I Page - 16

| | | |
|---|---|---|
| [m] | U.S. EPA. Exposure Model for Soil-Organic Fate and Transport (EMSOFT) | EMSO... explo... chem... can va... becor... expos... huma... can p... conce... conta... transf... atmos... poten... and d... risks. also e... conta... conce... given... time. |
| [m] | U.S. EPA. GCSOLAR Program <https://www.epa.gov/ceam/gcsolar#:~:text=gcsolar%20is%20desktop%20program%20that,bodies%2c%20and%20ozone%20layer%20thickness> | The G... progr... comp... photo... half-li... in the... enviro... |

Exhibit I Page - 17

| | | |
|---|---|---|
| ▥ | U.S. EPA. Groundwater Models <https://www.epa.gov/ceam/groundwater-models-assess-exposures> | The E… Grour… provi… grour… desig… the fl… and c… conta… subsu… Three… Finite… of Wa… Satur… Unsat… (3DFE… Dimer… Lagra… Finite… of Wa… Throu… Unsat… (3DLE… Pestic… Mode… Wellh… Eleme… (WhAE… |
| ℹ | U.S. EPA. (2005). Human Health Risk Assessment Protocol (HHRAP) for Hazardous Waste Combustion Facilities | HHRA… evalu… pathw… huma… asses… devel… for as… hazar… comb… applic… expos… well. |

Exhibit I Page - 18

| | | |
|---|---|---|
| [m] | U.S. EPA. Hydrodynamic, Sediment, and Contaminant Transport Model (HSCTM2D) <https://www.epa.gov/ceam/hsctm2d> | The H... progr... eleme... syster... two-d... vertic... surfac... (typic... estua... hydro... sedin... and c... transp... |
| [m] | U.S. EPA. Internet Geographical Exposure Modeling System (IGEMS) <https://www.epa.gov/tsca-screening-tools/igemscsm-internet-geographical-exposure-modeling-systemchemical-safety-mapper> | IGEMS... mode... ambie... water... groun... syster... produ... that c... used v... softw... or oth... progr... create... Geogr... Inform... (GIS) t... displa... enviro... mode... |

Exhibit I Page - 19



U.S. EPA. Models for Pesticide Risk Assessment: Terrestrial Models <https://www.epa.gov/pesticide-science-and-assessing-pesticide-risks/models-pesticide-risk-assessment#terrestrial >

Exhibit I Page - 20

| | | |
|---|---|---|
| m | U.S. EPA. Multimedia Models to Assess Exposures <https://www.epa.gov/ceam/multimedia-models-assess-exposures> | This s…<br>to five…<br>mode…<br>CEAM…<br>quant…<br>move…<br>conce…<br>conta…<br>travel…<br>groun…<br>water…<br>media…<br>Multi-…<br>recep…<br>Risk A…<br>(3MR/…<br>MINTI…<br>equili…<br>mode…<br>Conta…<br>Trans…<br>Expos…<br>(MMS…<br>Multir…<br>Asses…<br>(MULT…<br>Water…<br>Asses…<br>Invest…<br>(WHA… |
| m | U.S. EPA. River and Stream Water Quality Model (QUAL2K) <http://qual2k.com/> | QUAL…<br>river a…<br>qualit…<br>be us…<br>enviro…<br>of mu…<br>discha…<br>rivers…<br>nonp… |
| m | U.S. EPA. Stormwater Management Model (SWMM) <https://www.epa.gov/water-research/storm-water-management-model-swmm> | The E…<br>Mana…<br>(SWM…<br>rainfa…<br>simul…<br>used…<br>or lon…<br>(conti…<br>simul…<br>quant…<br>from…<br>areas… |

Exhibit I Page - 21

| | | |
|---|---|---|
| m | U.S. EPA. Surface Water Models to Assess Exposures <https://www.epa.gov/exposure-assessment-models/surface-water-models> | The E… Surfac… site p… surfac… desig… move… conce… conta… strean… and n… enviro… inclu… Better… Scien… Point… Sourc… DFLO… Enviro… Dynar… (EFDC… Analy… Syste… EXAM… Expos… Shell… Green… (GCSC… Hydro… Sedin… Conta… Trans… (HSCT… Hydro… Simul… FORT… Pestic… Mode… and S… Qualit… (QUAL… Unive… Equat… Sprea… Ecolo… Asses… Fate c… (SERA… syster… Mana… (SWM… (VB); v… mode… Water… |

Exhibit I Page - 22

| | | |
|---|---|---|
| | | Simul<br>(WASI<br>Healt<br>Tools<br>Fisher<br>softw<br>Water<br>Mana<br>Optim<br>Tool ( |
| [m] | U.S. EPA. Total Risk Integrated Methodology (TRIM) – TRIM.FaTE <https://www.epa.gov/fera/total-risk-integrated-methodology-trim-trimfate> | The T<br>estim<br>and tr<br>pollut<br>Outpu<br>expos<br>enviro<br>huma<br>can b<br>mode |
| [m] | U.S. EPA. Virtual Beach (VB) Model <https://www.epa.gov/ceam/virtual-beach-vb> | Virtua<br>softw<br>desig<br>site-s<br>Linea<br>(MLR)<br>predic<br>patho<br>levels<br>beach |
| [m] | U.S. EPA. Visual Plumes Model System <https://www.epa.gov/ceam/visual-plumes> | The V<br>mode<br>used<br>surfac<br>plume<br>with n<br>analy<br>Maxin<br>(TMDI<br>water<br>applic |

Exhibit I Page - 23

| | | | |
|---|---|---|---|
|  | U.S. EPA. Water Quality Analysis Simulation Program (WASP7) <https://www.epa.gov/ceam/water-quality-analysis-simulation-program-wasp> | | Water<br>Simul<br>a dyn<br>comp<br>mode<br>aquat<br>assist<br>interp<br>predic<br>qualit<br>natura<br>and n<br>pollut<br>pollut<br>mana<br>decisi |
|  | U.S. EPA. Wellhead Analytic Element Model (WhAEM) <https://www.epa.gov/ceam/wellhead-analytic-element-model-whaem2000> | | The W<br>Eleme<br>(WhA<br>groun<br>geohy<br>comp<br>desig<br>captu<br>deline<br>prote<br>mapp |

## Available Data

There are a number of information sources that provide monitoring data on contaminant concentrations in environmental media to which individuals might be exposed via dermal contact.

- **Key:**  Information sources
-  Data sources
-  Models

| Tool Type | Tools | Description | Water and Sediment | Soil a... Dust... |
|---|---|---|---|---|
| | | | | |

Exhibit I Page - 24

| | | | | |
|---|---|---|---|---|
| **d** **i** | Agency for Toxic Substances and Disease Registry (ATSDR). Toxicological Profiles for Hazardous Substances <https://www.atsdr.cdc.gov/toxprofiles/index.asp> | ATSDR has prepared approximately 300 toxicological profiles for hazardous substances found at National Priorities List (NPL) sites and other federal sites. Chemical names may be searched using the A to Z list on the ATSDR Toxic Substances Portal. Each Toxicological Profile contains a review of key studies and other data characterizing the exposure-related health effects and pertinent characteristics and processes that affect human exposures. Sections include other relevant information on releases to the environment, environmental fate, levels monitored in the environment, potential exposures, and analytical methods. | ☑ | ☑ |
| **d** | DeLima Associates. Consumer Product Information Database (CPID) <https://www.whatsinproducts.com/pages/index/1> | The CPID contains health effects information for nine categories of products used in the home and in some commercial/institutional settings that contain chemicals. The databases links brand names to health effects and provides label information, including brand name, ingredients and warnings, manufacturer information, health effect information, and properties and health studies for the chemical ingredients of brands. | ☐ | ☐ |

Exhibit I Page - 25

| | | | | |
|---|---|---|---|---|
| **d** **i** | Health Canada. The Canadian House Dust Study <https://www.canada.ca/en/health-canada/services/environmental-workplace-health/environmental-contaminants/canadian-house-dust-study.html> | The Canadian House Dust Study sampled households between 2007 and 2010 to provide background levels of lead in Canadian homes. This web page provides links to several publications based on the results of the House Dust Study. | ☐ | ☑ |
| **d** | U.S. Department of Agriculture (USDA). Agricultural Chemical Use Database <https://www.nass.usda.gov/surveys/guide_to_nass_surveys/chemical_use/> | USDA's National Agricultural Statistics Service (NASS) maintains the Agricultural Chemical Use Database. It contains information on commodity acreages and active ingredient (ai) agricultural chemical use (% acres treated, ai/acre/treatment, average number of treatments, ai/acre, total ai used). | ☐ | ☑ |
| **d** | U.S. Department of Agriculture (USDA). Pesticide Data Program (PDP) <https://www.ams.usda.gov/datasets/pdp> | USDA's PDP is a national pesticide residue data program that aids in the management, collection, analysis, and reporting of pesticide residues on agricultural commodities in the U.S. food supply, particularly those consumed by infants and children. Data on drinking water are also collected. | ☑ | ☐ |

Exhibit I Page - 26

| | | | | |
|---|---|---|---|---|
| **d** | U.S. Department of Health and Human Services (HHS). ( 2010). NLM® Household Products Database <https://www.nlm.nih.gov/pubs/techbull/ja10/ja10_sis_reprint_household_prods.html> | The Household Products Database (HPD) is based on the Consumer Product Information Database (CPID). The HPD contains information on products, manufacturers, chemical ingredients, safety and handling, and potential health effects for various product categories, including auto, inside the home, landscape/yard, home maintenance, pet care, arts/crafts, personal care products, home office, and pesticides. The National Library of Medicine® (NLM) HPD has been updated and now includes 10,000 brand name products, 3,214 ingredients, and 395 manufacturers. In addition, 4,111 products are now linked to the complete Material Safety Data Sheet (MSDS). | ☐ | ☐ |
| **d** | U.S. EPA. Analysis and Products from NHEXAS; National Human Exposure Assessment Survey | This website provides links to NHEXAS work products. | ☑ | ☐ |

Exhibit I Page - 27

| | | | | |
|---|---|---|---|---|
| **d** | U.S. EPA. Chemical Data Reporting (CDR) <https://www.epa.gov/chemical-data-reporting> | CDR data are a collection of screening-level, exposure-related information on chemical substances. The CDR rule requires manufacturers and importers to submit information on the production and use of chemicals in commerce in large quantities. The CDR data constitute the most comprehensive source of basic screening-level, exposure-related information on chemicals available to EPA and include the following information when available: production volume, maximum concentration and physical form(s), total number of manufacturing, processing and use sites, total number of reasonably likely to be exposed manufacturing and industrial workers, and industrial processing and use and commercial and consumer use data. | ✓ | ✓ |

Exhibit I Page - 28

| | | | | |
|---|---|---|---|---|
| **d** | U.S. EPA. CompTox Chemicals Dashboard <https://www.epa.gov/chemical-research/comptox-chemicals-dashboard> | The CompTox Chemicals Dashboard can be searched by chemical identifiers (e.g. DTXSID and CASRN), consumer product categories (i.e. view chemicals found in certain product types), and assays/genes associated with high-throughput screening data. Using high-throughput screening, living cells or proteins are exposed to chemicals and examined for subsequent changes that suggest potential biological responses. The Dashboard contains chemistry, toxicity and exposure information for over 900,000 chemicals, with over 300 chemical lists based on structure or category. Data and models within the Dashboard also help with efforts to identify chemicals of most need of further testing and reducing the use of animals in chemical testing. | ☑ | ☑ |
| **i** | U.S. EPA. Contaminated Sediment in the Great Lakes <https://www.epa.gov/greatlakes/contaminated-sediment > | Contaminated sediments are a significant problem in the Great Lakes basin. This webpage explains the assessment approach, causes of contaminated sediment, sediment remediation strategies, and the delisting and recovery process. | ☑ | ☐ |

Exhibit I Page - 29

| | | | | |
|---|---|---|---|---|
| **i** | U.S. EPA. (2005). Guidance for Developing Ecological Soil Screening Levels <https://www.epa.gov/chemical-research/guidance-developing-ecological-soil-screening-levels > | This document provides guidance on the process used to derive a set of risk-based ecological soil screening levels. Although the guidance is developed for ecological risk assessments, Appendix A of attachment 1-4 contains a database on background soil concentration. | ☐ | ☑ |
| **d** | U.S. EPA. National Contaminant Occurrence Database (NCOD) <https://www.epa.gov/dwstandardsregulations/national-contaminant-occurrence-database-ncod> | NCOD was developed by EPA in response to the amendments to the Safe Drinking Water Act (SDWA) to house national information on drinking water contaminant occurrence. It is a repository of sample data for both regulated and unregulated contaminants from drinking water sources across the country. | ☑ | ☐ |
| **d** **i** | U.S. EPA. National Lakes Assessment <https://www.epa.gov/national-aquatic-resource-surveys/nla> | Under the National Lakes Assessment, EPA and its state and tribal partners conducted a survey of the nation's lakes, ponds, and reservoirs to provide national estimates of their condition. | ☑ | ☐ |
| **d** **i** | U.S. EPA. National Rivers and Streams Assessment (NRSA) <https://www.epa.gov/national-aquatic-resource-surveys/nrsa> | Under this program, EPA and its state, tribal, federal, and other partners conduct a survey to study the conditions of the nation's rivers and streams. | ☑ | ☐ |

Exhibit I Page - 30

| | | | | |
|---|---|---|---|---|
| **d** **i** | U.S. EPA. National Wetland Condition Assessment <https://www.epa.gov/national-aquatic-resource-surveys/nwca> | EPA and its partners are implementing a national survey to monitor and analyze the of the Nation's wetlands. | ☑ | ☐ |
| **d** | U.S. EPA. (1992). Pesticides in Ground Water Database (PGWDB): A Compilation of Monitoring Studies: 1971-1991 National Summary | This resource contains summaries of an EPA monitoring program to evaluate pesticides levels in groundwater. Most of the monitoring was conducted in the 1980s. Data in the report are available for wells in 45 states, and wells were tested for over 300 pesticide-related chemicals. | ☑ | ☐ |
| **d** | U.S. EPA. RadNet <https://www.epa.gov/radnet> | RadNet, formerly Environmental Radiation Ambient Monitoring System (ERAMS), tracks radiation in the nation's air, precipitation, drinking water, and milk samples through a nationwide monitoring system. | ☑ | ☐ |
| **d** | U.S. EPA. (1987). Total Exposure Assessment Methodology (TEAM) Study <https://nepis.epa.gov/adobe/pdf/2000tty7.pdf> | EPA designed this study to develop methods to measure individual total exposure (through air, food, and water) to toxic and carcinogenic chemicals, including VOCs, pesticides, and carbon monoxide. Breath, personal air, outdoor air, and water samples were collected for 30 VOCs. | ☑ | ☐ |

Exhibit I Page - 31

| | | | | |
|---|---|---|---|---|
| **d** **i** | U.S. EPA. Wadeable Streams Assessment (WSA) <https://www.epa.gov/national-aquatic-resource-surveys/wadeable-streams-assessment > | The Wadeable Streams Assessment (WSA) is a collaborative effort among EPA, states, other federal agencies, tribes, universities and other organizations to monitor and analyze the biological condition of small streams. | ☑ | ☐ |
| **d** | U.S. EPA. Water Quality Portal (WQP) <https://www.epa.gov/waterdata/water-quality-data-wqx#warehouse> | The Water Quality Portal (WQP) is a repository for water quality monitoring data. WQP uses the Water Quality Exchange (WQX) data format to share water quality data records data from federal, state, tribal and other partners. | ☑ | ☐ |
| **d** | U.S. Geological Survey (USGS). National Water Quality Assessment (NAWQA) Project <https://water.usgs.gov/nawqa/> | NAWQA provides information on streams, rivers, ground water, and other aquatic systems in support of national, regional, State, and local information needs and decisions related to water quality management and policy. | ☑ | ☐ |
| **d** | U.S. Geological Survey (USGS) and U.S. EPA. (2001). Pesticides in Selected Water-Supply Reservoirs and Finished Drinking Water, 1999-2000: Summary of Results from a Pilot Monitoring Program <http://md.water.usgs.gov/nawqa/ofr_01-456.pdf> | The USGS/EPA Reservoir Monitoring Study was a pilot monitoring program to provide information on pesticide concentrations in drinking water. Drinking water utilities that withdrew water from reservoirs were sampled in 1999 and 2000, and data on pesticide residues were collected. | ☑ | ☐ |

## Scenarios

Dermal exposure can be estimated by first defining the exposure scenario of interest. Exposure scenarios typically include information on the sources and pathways of exposure, contaminants of concern, and receptor populations. They might also describe a receptor population's activities that may affect exposure and the timeframe over which exposure occurs.

Exhibit I Page - 32

Dermal exposure could occur from contact with contaminated environmental media-soil, dust, water, sediment-or contaminants from consumer products. Dermal contact with soil could occur during outdoor recreational, gardening, or construction-related activities.

Receptors could come into contact with contaminants in soil and dust that have settled on carpets, floors, clothing, counter tops, or other surfaces. Children are particularly susceptible via this indirect pathway because certain activities (e.g., crawling or playing on the floor indoors) may increase their contact with contaminant-laden dust.

Dermal absorption of water contaminants could occur during activities such as hand washing, bathing, and swimming in a pool or surface water body. Receptors could contact contaminants in sediment while fishing, clamming, wading, or swimming in a lake, river, or other water body.

Exposure to contaminants in consumer products can occur from direct or indirect contact. For example, intentional direct contact could occur from applying cosmetics or other personal care products to the skin, or unintentional direct contact could occur from contact with laundry detergent or surface cleaner while in use. An example of indirect contact is contact with cleaning product or pesticide residues on surfaces).

The table below provides some examples of dermal exposure scenarios. The list of examples is not meant to be exhaustive. There are numerous other dermal exposure scenarios that may be constructed based on the specific needs of the assessment. There are also numerous variations of the examples provided in the table.

Additional information on exposure scenarios involving dermal exposure may be found in the Indirect Estimation Module of the Approaches Tool Set.

**Examples of Dermal Exposure Scenarios and Related[a]**
**Exposure Factors Handbook: 2011 Edition** <https://epa.gov/expobox/about-exposure-factors-handbook> **Tables**

| Medium | Receptor Population | Activity/Timeframe | Contact Rate | Exposure Period |
|---|---|---|---|---|
| Tap water | General population; adults | Showering; lifetime | Total surface area [Table 7-1] | Chronic |
| Surface water; localized | Children | Wading | Surface area of legs and feet [Table 7-2] | Sub-chronic |
| Swimming pool water | Recreating adults and children | Swimming over the short-term [Table 16-1] | Total skin surface area [Table 7-1] | Acute |
| Soil from contaminated site | Occupational; adults | Site-specific construction occupational tenure [Table 16-8] | Surface area of selected body parts [Table 7-2]<br><br>Adherence rates [Table 7-4] | Chronic |
| House dust | Young children | Contact during time spent indoors; less than lifetime [Table 16-1] | Surface area of selected body parts [Table 7-2]<br><br>Adherence rates [Table 7-4] | Sub-chronic |

Exhibit I Page - 33

| Medium | Receptor Population | Activity/Timeframe | Contact Rate | Exposure Period |
|---|---|---|---|---|
| Residues on indoor surfaces | Residential children | Contact during time spent indoors; less than lifetime [Table 16-1] | Surface area of selected body parts [Table 7-2]<br><br>Contact rates [Table 7-7] | Sub-chronic |
| [a] Information on dermal absorption may be found in U.S. EPA's Risk assessment guidance for Superfund: Volume I: Human Health Evaluation Manual (Part E, supplemental guidance for dermal risk assessment) (U.S. EPA, 2004). | | | | |

Several resources are available that illustrate dermal exposure scenarios.

- **Key:** 🟥 Information sources
- 🟦 Data sources
- 🟨 Models

| Tool Type | Tools | Description |
|---|---|---|
| 🟥 | U.S. EPA. (2014). Child-Specific Exposure Scenarios Examples | The Child-Specific Exposure Scenarios Examples provides common exposure pathways and tools for estimating exposure, dose, and adverse health effects in children. The scenarios provided in the document use data found in EPA's Child-Specific Exposure Factors Handbook and the Exposures Factors Handbook: 2011 Edition. |
| 🟥 | U.S. EPA. Chromated Arsenicals (CCA) <https://www.epa.gov/ingredients-used-pesticide-products/chromated-arsenicals-cca > | CCA has been used to treat lumber intended for most residential settings, including play structures, decks, picnic tables, landscaping timbers, residential fencing, patios, and walkways/boardwalks. After December 30, 2003, CCA can no longer be used in these products. EPA provides links to various guidance documents and other related topics pertaining to the use of CCA in consumer products. |
| 🟥 | U.S. EPA. (2004). Example Exposure Scenarios Assessment Tool | This document presents a series of example exposure scenarios for various exposure pathways organized by route (i.e., ingestion, inhalation, or dermal) and demonstrates how data from the Exposure Factors Handbook can be applied for estimating exposures. |
| 🟨 | U.S. EPA. (2016). ExpoFIRST (Exposure Factors Interactive Resource for Scenarios Tool) | ExpoFIRST is a standalone tool that draws from data in the EPA's Exposure Factors Handbook for quick, easy, and flexible development of human exposure scenarios. The tool develops these scenarios based on the selections made by the user in terms of the route of exposure of interest, the media of interest, exposure descriptor, receptor (age groups) and other demographics. |
| 🟥 | U.S. EPA. (2010). An Exposure Assessment of Polybrominated Diphenyl Ether | EPA's exposure assessment of polybrominated diphenyl ether (PBDE) provides a comprehensive assessment of the exposure of Americans to PBDEs. The report includes information on the production, use, lifecycle, and environmental fate of these persistent organic chemicals, as well as measured environmental levels and human exposure. |

Exhibit I Page - 34

| | U.S. EPA. (2005). Human Health Risk Assessment Protocol (HHRAP) for Hazardous Waste Combustion Facilities | HHRAP describes the evaluation of multi-pathway, site-specific human health risk assessments and was developed specifically for assessment of hazardous waste combustors; it is applicable to other exposure scenarios as well. |
|---|---|---|
| | U.S. EPA. (1989). Risk Assessment Guidance for Superfund (RAGS): Volume I: Human Health Evaluation Manual (Part A) <https://www.epa.gov/risk/risk-assessment-guidance-superfund-rags-part> | The Risk Assessment Guidance for Superfund (RAGS): Volume I: Human Health Evaluation Manual (Part A) provides guidance for evaluating human health effects as part of a baseline risk assessment. This guidance document includes 10 chapters and two appendices describing topics including: planning, data collection and evaluation, exposure and toxicity assessment, and risk characterization. |
| | U.S. EPA. (2004). Risk Assessment Guidance for Superfund (RAGS): Volume I: Human Health Evaluation Manual (Part E, Supplemental Guidance for Dermal Risk Assessment) <https://www.epa.gov/risk/risk-assessment-guidance-superfund-rags-part-e> | RAGS Volume I, Part E addresses human health risk related to dermal exposures. It incorporates and updates principles of the EPA (1992) interim report, "Dermal Exposure Assessment: Principles and Applications". This guidance does not address dermal exposure to vapors. |
| | U.S. EPA. (2012). Standard Operating Procedures (SOPs) for Residential Pesticide Exposure Assessment <https://www.epa.gov/pesticide-science-and-assessing-pesticide-risks/standard-operating-procedures-residential-pesticide > | The 2012 Residential SOPs are based on the Guidelines for Exposure Assessment and present scenario-based assessments of exposure to pesticides in residential settings. New scenarios have been added to this edition for new products and uses; exposure algorithms for some existing exposure scenarios have been modified. Links to spreadsheets that can be used to perform the calculations are also available from this resource. |
| | U.S. EPA. (1996). Superfund Soil Screening Guidance <https://www.epa.gov/superfund/superfund-soil-screening-guidance> | The Soil Screening Guidance (SSG) is a framework proposed by U.S. EPA for developing risk-based, soil screening levels for protection of human health. The framework presents a tiered approach for site evaluation and screening-level development. The SSG is presented in three documents (fact sheet, user's guide, and technical background document) with an additional supplemental guidance. The supplemental guidance describes additional scenarios for soil screening evaluations for residential land use. It also updated the residential scenario presented in the original guidance, adding exposure pathways and incorporating new modeling data. The 2002 version includes updated dispersion modeling data for the residential air exposure model and new methods to develop SSLs for the migration of volatiles from subsurface sources into indoor air that supersede the 1996 guidance. |

# Factors

Chapter 7 of EPA's *Exposure Factors Handbook: 2011 Edition* (U.S. EPA, 2011) provides information on factors that affect dermal exposure, including skin surface area, dermal adherence of solids to the skin, film thickness of liquids on the skin, transfer of contaminant residues from surfaces to the skin, and other factors. Contaminant-specific factors related to dermal absorption and internal dose, however, are not provided in Chapter 7.

Skin surface area (SA) is an estimate of the amount of skin ($cm^2$ or $m^2$) that can be exposed to contaminants. The more skin exposed the greater potential for dermal absorption. Depending on the scenario, total body surface area or surface areas of specific body parts may be appropriate.

Another dermal factor is the adherence factor (AF; $mg/cm^2$), which represents the quantity of soil or solids that may adhere to the skin surface after contact. This varies with activity. Recommended values for SA and AF are provided in the *Handbook*.

Exhibit I Page - 35

The film thickness of liquids on skin (cm) is a measure of the amount of material that remains on the skin after contact with a liquid (e.g., consumer product such as cleaning solution or soap). Residue transfer coefficients ($cm^2$/hour) of contaminants to human skin will vary based on exposure conditions such as activity, contact surface, and age. Recommended values for these dermal factors are not provided in the *Handbook* because data are limited; however, data from relevant studies are described.

> The Exposure Factors Tab of the Indirect Estimation Module provides links to data on dermal contact rates.

Other activity-specific factors that might be relevant for assessing exposures with contaminants via dermal contact are available in Chapter 16 of the *Handbook*. These might include time spent indoors, time spent outdoors, event frequency (showers per week, swimming events per month), or time spent doing the specific activities (e.g., playing on dirt or grass, gardening, participating in outdoor recreation).

- Body weight (**Chapter 8**)
- Consumer product use information (**Chapter 17**)
- Life expectancy values, specifically when evaluating cancer risk (**Chapter 18**)

> The Exposure Factors Tab of the Indirect Estimation Module provides links to data on other factors.

Dermal exposure factors should be selected to represent the age, gender (if appropriate), timeframe/activity level, and population group (e.g., resident, occupational worker) for the exposure scenario of interest.

EPA's *Risk Assessment Guidance for Superfund (Part E, Supplemental Guidance for Dermal Risk Assessment)* (U.S. EPA, 2004) and *Dermal Exposure Assessment: Principles and Applications* (U.S. EPA, 1992a) provide additional guidance on the use of dermal contact parameters. Exposure factors related to dermal exposures are also described in the Soil and Dust, Water and Sediment, and Consumer Products Modules of the Media Tool Set.

# Guidance

The following sources provide helpful information for conducting exposure assessments involving the dermal route of exposure.

- **Key:** 🟥 Information sources
- 🟦 Data sources
- 🟩 Models

| Tool Type | Tools | Description | Water and Sediment | Soil and Dust |
|---|---|---|---|---|
|  |  |  |  |  |

Exhibit I Page - 36

| | | | | |
|---|---|---|---|---|
| **i** | Australian Government Department of Health. (2012). Environmental Health Risk Assessment: Guidelines for Assessing Human Health Risks from Environmental Hazards <https://www.health.gov.au/sites/default/files/documents/2022/07/enhealth-guidance-guidelines-for-assessing-human-health-risks-from-environmental-hazards.pdf> | This guidance document provides information on basic concepts in environmental health risk assessment, including problem formulation, tiered approaches to exposure assessment. Specific guidance is provided for several topics related to exposure assessment including: assessing exposure from multiple routes and sources of exposure, probabilistic exposure modelling, and biomonitoring. | ☑ | ☑ |
| **i** | International Council on Mining and Metals. (2007). Health Risk Assessment Guidance for Metals. Assessment of Occupational Dermal Exposure and Dermal Absorption for Metals and Inorganic Metal Compounds. Fact Sheet 01 <https://www.icmm.com/en-gb/guidance/mining-metals/herag> | This fact sheet provides guidance on how to assess occupational dermal exposure and how to measure and evaluate dermal absorption specifically for metals and their inorganic compounds. Organometallic compounds are not covered by this resource as they behave much differently than inorganic metal compounds. | ☑ | ☐ |
| **i** | Organisation for Economic Cooperation and Development (OECD). (2004). Test No. 427: Skin Absorption: In Vivo Method. In: OECD Guidelines for the Testing of Chemicals, Section 4: Health Effects <http://www.oecd-ilibrary.org/environment/test-no-427-skin-absorption-in-vivo-method_9789264071063-en> | This document provides OECD test guidelines for measuring dermal absorption and delivery of a test substance using human or animal skin. | ☑ | ☑ |
| **i** | Organisation for Economic Cooperation and Development (OECD). (2004). Test No. 428: Skin Absorption: In Vitro Method. In: OECD Guidelines for the Testing of Chemicals, Section 4: Health Effects <http://www.oecd-ilibrary.org/environment/test-no-428-skin-absorption-in-vitro-method_9789264071087-en> | This document provides OECD test guidelines for measuring dermal absorption and delivery of a test substance using human or animal excised skin. | ☑ | ☑ |
| **i** | Spalt, EW; Kissel, JC; Shirai, JH; AL Bunge. (2009). Dermal Absorption of Environmental Contaminants from Soil and Sediment: A Critical Review. Journal of Exposure Science and Environmental Epidemiology 19: 119–148 <https://hero.epa.gov/hero/index.cfm/reference/details/reference_id/628052> | This study is a characterization of the dermal availability of chemical contaminants in soil and/or sediment to inform risk assessment of hazardous wastes sites. | ☑ | ☑ |

Exhibit I Page - 37

| i | U.S. EPA. Chromated Arsenicals (CCA) <https://www.epa.gov/ingredients-used-pesticide-products/chromated-arsenicals-cca > | CCA has been used to treat lumber intended for most residential settings, including play structures, decks, picnic tables, landscaping timbers, residential fencing, patios, and walkways/boardwalks. After December 30, 2003, CCA can no longer be used in these products. EPA provides links to various guidance documents and other related topics pertaining to the use of CCA in consumer products. | ☐ | ☐ |
|---|---|---|---|---|
| i | U.S. EPA. (2005). Contaminated Sediment Remediation Guidance for Hazardous Waste Sites | EPA's Office of Superfund Remediation and Technology Innovation (OSRTI) developed a technical and policy guidance document for project managers and management teams for remedial actions at sediment contaminated sites. | ☑ | ☐ |
| i | U.S. EPA. (2007). Dermal Exposure Assessment: A Summary of EPA Approaches | This report describes the different approaches used to conduct dermal exposure assessment in the Agency and identifies areas where approaches might be harmonized to exchange information and to share methods and data to improve the transparency of dermal exposure assessments in the Agency. | ☑ | ☑ |
| i | U.S. EPA. (2007). Framework for Metals Risk Assessment <https://www.epa.gov/risk/framework-metals-risk-assessment> | The Framework for Metals Risk Assessment identifies the unique properties, issues, and processes that risk assessors need to consider when evaluating metal compounds in EPA risk assessments. | ☑ | ☑ |

Exhibit I Page - 38

| | | | | |
|---|---|---|---|---|
| ℹ️ | U.S. EPA. (1992). Guidelines for Exposure Assessment | The Guidelines for Exposure Assessment is the "go to" resource for planning and conducting human exposure assessments. Guidance is also provided on general concepts of exposure, including definitions, uncertainty, suggestions for presenting results, and tools used for conducing exposure assessments. Information relevant to wildlife exposure to chemicals and human exposure to biological, radiological, and noise agents is also discussed in this resource. | ✅ | ✅ |
| ℹ️ | U.S. EPA. (2005). Human Health Risk Assessment Protocol (HHRAP) for Hazardous Waste Combustion Facilities | HHRAP describes the evaluation of multi-pathway, site-specific human health risk assessments and was developed specifically for assessment of hazardous waste combustors; it is applicable to other exposure scenarios as well. | ✅ | ✅ |
| ℹ️ | U.S. EPA. (1998). Methodology for Assessing Health Risks Associated with Multiple Pathways of Exposure to Combustor Emissions | This guidance provides methodology on conducting indirect risk assessments for multiple pathways of exposure to combustor emissions. | ✅ | ✅ |

Exhibit I Page - 39

| | | | | |
|---|---|---|---|---|
| **d** **i** | U.S. EPA. Microbial (Pathogen)/Recreational Water Quality Criteria <https://www.epa.gov/wqc/microbial-pathogenrecreational-water-quality-criteria> | This website provides links to the Microbial (Pathogen)/Recreational Water Quality Criteria and technical support materials. These criteria are designed to protect the public from exposure to harmful levels of pathogens while participating in water-contact activities such as swimming, wading, and surfing in recreational waters. This website also provides links to the Draft Human Health Recreational Ambient Water Quality Criteria and/or Swimming Advisories for Microcystins and Cylindrospermopsin and resources related to development of recreational water quality criteria for coliphage. | ☑ | ☐ |
| **i** | U.S. EPA. Pesticide Registration Policy and Guidance <https://www.epa.gov/pesticide-registration/pesticide-registration-policy-and-guidance> | This website provides links to pesticide registration policy and guidance. | ☐ | ☐ |
| **i** | U.S. EPA. (1989). Risk Assessment Guidance for Superfund (RAGS): Volume I: Human Health Evaluation Manual (Part A) <https://www.epa.gov/risk/risk-assessment-guidance-superfund-rags-part> | The Risk Assessment Guidance for Superfund (RAGS): Volume I: Human Health Evaluation Manual (Part A) provides guidance for evaluating human health effects as part of a baseline risk assessment. This guidance document includes 10 chapters and two appendices describing topics including: planning, data collection and evaluation, exposure and toxicity assessment, and risk characterization. | ☑ | ☑ |

Exhibit I Page - 40

| | | | | |
|---|---|---|---|---|
| [i] | U.S. EPA. (2004). Risk Assessment Guidance for Superfund (RAGS): Volume I: Human Health Evaluation Manual (Part E, Supplemental Guidance for Dermal Risk Assessment)<br><https://www.epa.gov/risk/risk-assessment-guidance-superfund-rags-part-e> | RAGS Volume I, Part E addresses human health risk related to dermal exposures. It incorporates and updates principles of the EPA (1992) interim report, "Dermal Exposure Assessment: Principles and Applications". This guidance does not address dermal exposure to vapors. | ☑ | ☑ |
| [i] | U.S. EPA. Soil Bioavailability at Superfund Sites<br><https://www.epa.gov/superfund/soil-bioavailability-superfund-sites > | EPA's Superfund office created a web page that contains basic information about bioavailability and provides links to a series of guidance documents and other efforts aimed at addressing bioavailability of chemicals in soils and sediments. | ☐ | ☑ |
| [i] | U.S. EPA. (2012). Standard Operating Procedures (SOPs) for Residential Pesticide Exposure Assessment<br><https://www.epa.gov/pesticide-science-and-assessing-pesticide-risks/standard-operating-procedures-residential-pesticide > | The 2012 Residential SOPs are based on the Guidelines for Exposure Assessment and present scenario-based assessments of exposure to pesticides in residential settings. New scenarios have been added to this edition for new products and uses; exposure algorithms for some existing exposure scenarios have been modified. Links to spreadsheets that can be used to perform the calculations are also available from this resource. | ☑ | ☑ |

Exhibit I Page - 41

| | | | | |
|---|---|---|---|---|
| **i** | U.S. EPA. (2000). Summary Report for the Workshop on Issues Associated with Dermal Exposure and Uptake | This report summarizes a workshop focused on four key areas of concern: estimating dermal absorption from water, estimating dermal absorption from soil, the use of oral-dermal toxicity adjustment factors, and dermal risk characterization/uncertainty. In each of these areas, the participants attempted to identify and categorize three kinds of issues: (a) those which should be addressed in the finalization of the current dermal guidance, (b) those which should be given immediate attention by the agency before any future dermal guidance is prepared, and (c) those which should serve as the basis for an ongoing research program to improve the accuracy and breadth of applicability of dermal risk assessment methodologies. | ☑ | ☑ |

Exhibit I Page - 42

| | | | | |
|---|---|---|---|---|
| ℹ | U.S. EPA. (1996). Superfund Soil Screening Guidance <https://www.epa.gov/superfund/superfund-soil-screening-guidance> | The Soil Screening Guidance (SSG) is a framework proposed by U.S. EPA for developing risk-based, soil screening levels for protection of human health. The framework presents a tiered approach for site evaluation and screening-level development. The SSG is presented in three documents (fact sheet, user's guide, and technical background document) with an additional supplemental guidance. The supplemental guidance describes additional scenarios for soil screening evaluations for residential land use. It also updated the residential scenario presented in the original guidance, adding exposure pathways and incorporating new modeling data. The 2002 version includes updated dispersion modeling data for the residential air exposure model and new methods to develop SSLs for the migration of volatiles from subsurface sources into indoor air that supersede the 1996 guidance. | ☐ | ✏ |

## References

- IPCS (International Programme on Chemical Safety). (2004). IPCS Risk Assessment Terminology: Part 2: IPCS Glossary of Key Exposure Assessment Terminology ☑ <https://www.who.int/publications/i/item/9241562676> (122 pp, 951 K, About PDF <https://epa.gov/home/pdf-files>) . Geneva, Switzerland: World Health Organization.
- U.S. EPA. (1992a). Dermal Exposure Assessment: Principles and Applications (Interim Report). (EPA/600/8-91/011B). Washington, DC.
- U.S. EPA. (1992b). Guidelines for Exposure Assessment <https://epa.gov/risk/guidelines-exposure-assessment>. (EPA/600/Z-92/001). Washington, DC.
- U.S. EPA. (2004). Risk Assessment Guidance for Superfund (RAGS), Volume I: Human Health Evaluation Manual, (Part E, Supplemental Guidance for Dermal Risk Assessment) Interim <https://epa.gov/risk/risk-assessment-guidance-superfund-rags-part-e>. (EPA/540/R/99/005). Washington, DC.
- U.S. EPA. (2011). Exposure Factors Handbook 2011 Edition <https://epa.gov/expobox/about-exposure-factors-handbook>. (EPA/600/R-09/052F). Washington, DC.

Exhibit I Page - 43

ExpoBox Home <https://epa.gov/expobox>

Basic Information <https://epa.gov/expobox/basic-information-about-epa-expobox>

Approaches <https://epa.gov/expobox/exposure-assessment-tools-approaches>

Media <https://epa.gov/expobox/exposure-assessment-tools-media>

**Routes**

   **- Dermal**

   - Ingestion <https://epa.gov/expobox/exposure-assessment-tools-routes-ingestion>

   - Inhalation <https://epa.gov/expobox/exposure-assessment-tools-routes-inhalation>

Tiers and Types <https://epa.gov/expobox/exposure-assessment-tools-tiers-and-types>

Lifestages and Populations <https://epa.gov/expobox/exposure-assessment-tools-lifestages-and-populations>

Chemical Classes <https://epa.gov/expobox/exposure-assessment-tools-chemical-classes>

Toolbox Search <https://epa.gov/expobox/epa-expobox-toolbox-search>

Exposure Factors <https://epa.gov/expobox/epa-expobox-and-exposure-factors>

Tutorials <https://epa.gov/expobox/exposure-assessment-tutorials>

Glossaries <https://epa.gov/expobox/exposure-assessment-glossaries>

Unit Conversion <https://epa.gov/expobox/epa-expobox-unit-conversion-table>

Uncertainty and Variability <https://epa.gov/expobox/uncertainty-and-variability>

Contact Us <https://epa.gov/expobox/forms/contact-us-about-expobox> to ask a question, provide feedback, or report a problem.

LAST UPDATED ON MAY 24, 2023

Exhibit I Page - 44



# Discover.

**Accessibility Statement** <https://epa.gov/accessibility/epa-accessibility-statement>

**Budget & Performance** <https://epa.gov/planandbudget>

**Contracting** <https://epa.gov/contracts>

**EPA www Web Snapshot** <https://epa.gov/utilities/wwwepagov-snapshots>

**Grants** <https://epa.gov/grants>

**No FEAR Act Data** <https://epa.gov/ocr/whistleblower-protections-epa-and-how-they-relate-non-disclosure-agreements-signed-epa>

**Plain Writing** <https://epa.gov/web-policies-and-procedures/plain-writing>

**Privacy** <https://epa.gov/privacy>

**Privacy and Security Notice** <https://epa.gov/privacy/privacy-and-security-notice>

# Connect.

**Data.gov** <https://www.data.gov/>

**Inspector General** <https://epa.gov/office-inspector-general/about-epas-office-inspector-general>

**Jobs** <https://epa.gov/careers>

**Newsroom** <https://epa.gov/newsroom>

**Open Government** <https://epa.gov/data>

**Regulations.gov** <https://www.regulations.gov/>

**Subscribe** <https://epa.gov/newsroom/email-subscriptions-epa-news-releases>

**USA.gov** <https://www.usa.gov/>

**White House** <https://www.whitehouse.gov/>

# Ask.

**Contact EPA** <https://epa.gov/home/forms/contact-epa>

**EPA Disclaimers** <https://epa.gov/web-policies-and-procedures/epa-disclaimers>

**Hotlines** <https://epa.gov/aboutepa/epa-hotlines>

**FOIA Requests** <https://epa.gov/foia>

**Frequent Questions** <https://epa.gov/home/frequent-questions-specific-epa-programstopics>

# Follow.

    

Exhibit I Page - 45