ROSSETTI & DEVOTO, P.C.
LOUIS J. DEVOTO – NJ ATTORNEY ID – 015891993
ldevoto@rossettidevoto.com
20 Brace Road, Suite 115
Cherry Hill, NJ 08034
(856) 354-0900
Attorney for Plaintiffs Michael J. Caccia and Holly Caccia, h/w

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This document relates to: | **PLAINTIFFS MICHAEL J. CACCIA AND HOLLY CACCIA'S RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER** |
| *Michael J. Caccia and Holly Caccia v. Monsanto Co.*, Case No. 3:20-cv-01915-VC | |
| | Hearing: Date: March 1, 2024  Time: 10:00a.m. Place: San Francisco Courthouse Courtroom 4 – 17th Floor |

Plaintiffs, Michael J. Caccia and Holly Caccia, respectfully files this response in opposition to defendant Monsanto Company's Motion to exclude the testimony of Dr. William Sawyer.

This is not the first case in which Monsanto Company (hereinafter "Monsanto") has attempted to exclude Dr. Sawyer's opinions. As this Court is aware, Monsanto has attempted to exclude Dr. Sawyer's opinions numbers times in cases that have been part of this multi-district litigation (MDL). Additionally, Monsanto has attempted to exclude Dr. Sawyer's opinions in numerous state-court cases related to Roundup. See Appendix of state-court decisions (attached as Exhibit A). In each instance, courts have rejected Monsanto's efforts. This case should be no different.

Consistent with the Court's repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve the record, plaintiffs Michael J. Caccia and Holly Caccia,

PLAINTIFFS MICHAEL J. CACCIA AND HOLLY CACCIA'S RESPONSE IN OPPOSITION TO
MONSANTO COMPANY'S MOTION TO EXCLUDE DR. WILLIAM SAWYER
3:16-md-02741 and Case No. 3:20-cv-01915-VC

hereby incorporate the following pleadings that were filed on the MDL docket. Should this Honorable Court see fit or request, plaintiffs will be happy to elaborate further -- through supplemental briefing or oral argument -- on the reasons why Dr. Sawyer's testimony should not be excluded here.

- Plaintiffs' Opposition to Motion to Exclude Testimony of Dr. William Sawyer on Daubert Grounds (ECF #8692) (Opposition/Response re 8572 Motion to Strike Testimony of Dr. William R. Sawyer)

- Plaintiff Jaime Alvarez Calderon's Opposition to Monsanto Company's Motion to Exclude Testimony of Dr. William R. Sawyer on Daubert Grounds (ECF #8906) (Opposition/Response re 8573 Motion to Strike Testimony of Dr. Sawyer)

- Plaintiffs' Response to Motion to Exclude Testimony of Dr. William Sawyer on Daubert Grounds (ECF #12874, ECF #12878, ECF #12880, ECF #12881, ECF #12882) (Opposition/Response re 12793 Motion to Exclude Expert Testimony of Dr. William Sawyer)

- Plaintiffs' Response to Defendant's Motion to Exclude the Testimony of Dr. Charles Benbrook and Dr. William Sawyer (ECF #15963) (Opposition/Response re 15881 Motion to Exclude Testimony of Dr. Charles Benbrook and Dr. William Sawyer)

- Plaintiff's Response to Motion to Exclude Testimony of Dr. William Sawyer on Daubert Grounds (ECF #8342) (Opposition/Response re 8010 Motion to Strike)

- Plaintiffs, Ira Vosper and Andrea Vosper's, Opposition to Defendant, Monsanto Company's, Motion to Exclude Testimony of Dr. William Sawyer Under Rule 702 (ECF #13946, ECF #14108) (Opposition/Response re 13779 Motion to Exclude Expert Testimony of Dr. William Sawyer Under Rule 702).

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Expert William Sawyer Under Rule 702 (ECF #14054) (Opposition/Response re 13913 Motion to Exclude Testimony of Dr. William Sawyer)

- Plaintiffs' Joint Response in Opposition to The General Issues Raised in Monsanto Company's Motion to Exclude Testimony of Specific causation Experts Barry Boyd, Lauren Pinter-Brown, William Sawyer, Ron Schiff and Dennis Weisenburger on Daubert Grounds (ECF #12896, ECF #12898)

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Expert William Sawyer Under Rule 702 (ECF #12901)

- Pretrial Order No. 201: Order Re Motion to Exclude Testimony of Dr. Sawyer (ECF #9137)

- Amended Pretrial Order No. 201: Order Re Motion to Exclude Testimony of Dr. Sawyer (Wave 1 Cases) (ECF #9142)

- Pretrial Order No. 260: Order Re Motions to Exclude Testimony of Dr. Sawyer (Wave 3) (ECF #14417)

- Order on Monsanto's Motions to Exclude Expert Testimony and Setting Case Management Conference (ECF #16763)

- Plaintiff's Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Plaintiff's Expert William Sawyer (ECF #16926, ECF #16937)

## CONCLUSION

For these reasons, Monsanto Company's Motion to Exclude Testimony of Dr. William Sawyer should be denied.

Date: December 15, 2023

**ROSSETTI & DEVOTO, PC**
Attorneys for Plaintiffs
Michael J. Caccia and Holly Caccia, h/w

_____
Louis J. DeVoto
NJ Attorney ID – 015891993
20 Brace Road, Suite 115
Cherry Hill, New Jersey 08034
Telephone: (856) 354-0900
Facsimile: (856) 354-0920
ldevoto@rossettidevoto.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: December 15, 2023          _____
                                  Louis J. DeVoto, Esquire
                                  Counsel for Plaintiffs
                                  Michael J. Caccia and Holly Caccia, h/w/