MICHAEL E. GALLANT (DC #453087) (NY #2693463)
RUEB STOLLER DANIEL LLP
1250 Connecticut Ave., NW
Suite 700
Washington, D.C. 20036
Telephone: 833-443-7529

michael.gallant@lawrsd.com

*Counsel for Plaintiffs Eduino Pinheiro,
Paula Pinheiro, and Garfield Gordon*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.  MDL No. 2741<br>Case No.  3:16-md-02741-VC |
| This document relates to:<br><br>*Pinheiro et al v Monsanto Company, et al*<br>Case No. 3:21-cv-00041-VC<br><br>*Pinheiro et al v Monsanto Company*, *et al*<br>Case No. 3:20-cv-08173-VC<br><br>*Gordon et al v Monsanto Company, et al*<br>Case No. 3:19-cv-06423-VC | NOTICE OF APPEARANCE OF MICHAEL E. GALLANT ON BEHALF OF EDUINO N. PINHEIRO, PAULA PINHEIRO AND GARFIELD GORDON |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, Michael E. Gallant of the firm, Rueb Stoller Daniel, LLP hereby enters an appearance as counsel for Plaintiffs EDUINO N. PINHEIRO, PAULA PINHEIRO and GARFIELD GORDON in the above captioned matters and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned

1 counsel.

2     DATED this 15th day of December 2023.

3

4                                               RUEB STOLLER DANIEL LLP

                                         */s/ Michael E. Gallant*

5                                                    Michael E. Gallant

6                                             *Attorneys for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

RUEB STOLLER DANEL

WASHINGTON DC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 15th day of December 2023, which will send notification of the same to all counsel of record.

/s/ Michael E. Gallant

RUEB STOLLER DANEL
WASHINGTON DC

- 3 -