|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |
| 3 | SAN FRANCISCO DIVISION | |

| | | |
|---|---|---|
| 5 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| 6 | | Case No. 3:16-CV-02741-VC |
| 7 | This document relates to: | |
| 8 | James Aultman v. Monsanto Company, No. 3:19-CV-05236 | [PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE CASES TO WAVE 7D |

Jay Borum v. Monsanto Company,
No. 3:19-CV-05242

Estel Butterfield v. Monsanto Company,
No. 3:19-CV-05243

Spirit Connell v. Monsanto Company,
No. 3:19-CV-05244

Melvin Costa v. Monsanto Company,
No. 3:19-CV-05245

Stan Gerlach v. Monsanto Company,
No. 3:19-CV-05246

Alan Gniadek v. Monsanto Company,
No. 3:19-CV-05249

Andrew Gordon v. Monsanto Company,
No. 3:19-CV-05252

Robert Hoffman v. Monsanto Company,
No. 3:19-CV-05253

Joseph Johnson v. Monsanto Company,
No. 3:19-CV-05255

Bobby Jones v. Monsanto Company,
No. 3:19-CV-05256

Christopher Luetcke v. Monsanto Company,
No. 3:22-CV-03963

Patrick Martin v. Monsanto Company,
No. 3:22-CV-03966

Douglas Moss v. Monsanto Company,
No. 3:22-CV-04012

Suzanne Norgren v. Monsanto Company,
No. 3:22-CV-03967

Marty Pinkard v. Monsanto Company,
No. 3:22-CV-04011

John Schoonover v. Monsanto Company,
No. 3:22-CV-03969

James Sheldon v. Monsanto Company,
No. 3:17-CV-02142

Carol Sorensen v. Monsanto Company,
No. 3:22-CV-03971

Jack Watson v. Monsanto Company,
No. 3:22-CV-03972

Tracie Weeder v. Monsanto Company,
No. 3:19-CV-05378

Robert Whitford, et al v. Monsanto Company,
No. 3:22-CV-04014

Having reviewed the unopposed motion seeking to transfer these cases to Wave 7D, the Court grants the requested relief and transfers these cases to Wave 7D.

      IT IS SO ORDERED.

Vince G. Chhabria
Presiding Judge
United States District Court