| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN FRANCISCO DIVISION |

| | | | |
|---|---|---|---|
| 5 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | | MDL No. 2741 |
| 6 | | | Case No. 3:16-CV-02741-VC |
| 7 | This document relates to: | | |
| 8 | James Aultman v. Monsanto Company, No. 3:19-CV-05236 | | [PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE CASES TO WAVE 7D |
| 10 | Jay Borum v. Monsanto Company, No. 3:19-CV-05242 | | |
| 12 | Estel Butterfield v. Monsanto Company, No. 3:19-CV-05243 | | |
| 13 | Spirit Connell v. Monsanto Company, No. 3:19-CV-05244 | | |
| 15 | Melvin Costa v. Monsanto Company, No. 3:19-CV-05245 | | |
| 17 | Stan Gerlach v. Monsanto Company, No. 3:19-CV-05246 | | |
| 19 | Alan Gniadek v. Monsanto Company, No. 3:19-CV-05249 | | |
| 20 | Andrew Gordon v. Monsanto Company, No. 3:19-CV-05252 | | |
| 22 | Robert Hoffman v. Monsanto Company, No. 3:19-CV-05253 | | |
| 23 | Joseph Johnson v. Monsanto Company, No. 3:19-CV-05255 | | |
| 25 | Bobby Jones v. Monsanto Company, No. 3:19-CV-05256 | | |
| 27 | Christopher Luetcke v. Monsanto Company, No. 3:22-CV-03963 | | |

| | |
|---|---|
| 1 | Patrick Martin v. Monsanto Company, No. 3:22-CV-03966 |
| 2 | |
| 3 | Douglas Moss v. Monsanto Company, No. 3:22-CV-04012 |
| 4 | Suzanne Norgren v. Monsanto Company, No. 3:22-CV-03967 |
| 5 | |
| 6 | Marty Pinkard v. Monsanto Company, No. 3:22-CV-04011 |
| 7 | |
| 8 | John Schoonover v. Monsanto Company, No. 3:22-CV-03969 |
| 9 | James Sheldon v. Monsanto Company, No. 3:17-CV-02142 |
| 10 | |
| 11 | Carol Sorensen v. Monsanto Company, No. 3:22-CV-03971 |
| 12 | |
| 13 | Jack Watson v. Monsanto Company, No. 3:22-CV-03972 |
| 14 | Tracie Weeder v. Monsanto Company, No. 3:19-CV-05378 |
| 15 | |
| 16 | Robert Whitford, et al v. Monsanto Company, No. 3:22-CV-04014 |
| 17 | |

Having reviewed the unopposed motion seeking to transfer these cases to Wave 7D, the Court grants the requested relief and transfers these cases to Wave 7D.

IT IS SO ORDERED.

Vince G. Chhabria
Presiding Judge
United States District Court

5