# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-CV-02741-VC |
| This document relates to: | |
| James Aultman v. Monsanto Company, No. 3:19-CV-05236 | **[PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE CASES TO WAVE 7D** |
| Jay Borum v. Monsanto Company, No. 3:19-CV-05242 | |
| Estel Butterfield v. Monsanto Company, No. 3:19-CV-05243 | |
| Spirit Connell v. Monsanto Company, No. 3:19-CV-05244 | |
| Melvin Costa v. Monsanto Company, No. 3:19-CV-05245 | |
| Stan Gerlach v. Monsanto Company, No. 3:19-CV-05246 | |
| Alan Gniadek v. Monsanto Company, No. 3:19-CV-05249 | |
| Andrew Gordon v. Monsanto Company, No. 3:19-CV-05252 | |
| Robert Hoffman v. Monsanto Company, No. 3:19-CV-05253 | |
| Joseph Johnson v. Monsanto Company, No. 3:19-CV-05255 | |
| Bobby Jones v. Monsanto Company, No. 3:19-CV-05256 | |
| Christopher Luetcke v. Monsanto Company, No. 3:22-CV-03963 | |

4

Patrick Martin v. Monsanto Company,
No. 3:22-CV-03966

Douglas Moss v. Monsanto Company,
No. 3:22-CV-04012

Suzanne Norgren v. Monsanto Company,
No. 3:22-CV-03967

Marty Pinkard v. Monsanto Company,
No. 3:22-CV-04011

John Schoonover v. Monsanto Company,
No. 3:22-CV-03969

James Sheldon v. Monsanto Company,
No. 3:17-CV-02142

Carol Sorensen v. Monsanto Company,
No. 3:22-CV-03971

Jack Watson v. Monsanto Company,
No. 3:22-CV-03972

Tracie Weeder v. Monsanto Company,
No. 3:19-CV-05378

Robert Whitford, et al v. Monsanto Company,
No. 3:22-CV-04014


Having reviewed the unopposed motion seeking to transfer these cases to Wave 7D, the Court

grants the requested relief and transfers these cases to Wave 7D.


     IT IS SO ORDERED.


Vince G. Chhabria
Presiding Judge
United States District Court

5