UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-CV-02741-VC |
| This document relates to: | |
| James Aultman v. Monsanto Company, No. 3:19-CV-05236 | **[PROPOSED]** ORDER GRANTING CONSENT MOTION TO MOVE CASES TO WAVE 7D |
| Jay Borum v. Monsanto Company, No. 3:19-CV-05242 | |
| Estel Butterfield v. Monsanto Company, No. 3:19-CV-05243 | |
| Spirit Connell v. Monsanto Company, No. 3:19-CV-05244 | |
| Melvin Costa v. Monsanto Company, No. 3:19-CV-05245 | |
| Stan Gerlach v. Monsanto Company, No. 3:19-CV-05246 | |
| Alan Gniadek v. Monsanto Company, No. 3:19-CV-05249 | |
| Andrew Gordon v. Monsanto Company, No. 3:19-CV-05252 | |
| Robert Hoffman v. Monsanto Company, No. 3:19-CV-05253 | |
| Joseph Johnson v. Monsanto Company, No. 3:19-CV-05255 | |
| Bobby Jones v. Monsanto Company, No. 3:19-CV-05256 | |
| Christopher Luetcke v. Monsanto Company, No. 3:22-CV-03963 | |

| | |
|---|---|
| 1 | Patrick Martin v. Monsanto Company, No. 3:22-CV-03966 |
| 2 | |
| 3 | Douglas Moss v. Monsanto Company, No. 3:22-CV-04012 |
| 4 | Suzanne Norgren v. Monsanto Company, No. 3:22-CV-03967 |
| 5 | |
| 6 | Marty Pinkard v. Monsanto Company, No. 3:22-CV-04011 |
| 7 | |
| 8 | John Schoonover v. Monsanto Company, No. 3:22-CV-03969 |
| 9 | James Sheldon v. Monsanto Company, No. 3:17-CV-02142 |
| 10 | |
| 11 | Carol Sorensen v. Monsanto Company, No. 3:22-CV-03971 |
| 12 | |
| 13 | Jack Watson v. Monsanto Company, No. 3:22-CV-03972 |
| 14 | Tracie Weeder v. Monsanto Company, No. 3:19-CV-05378 |
| 15 | |
| 16 | Robert Whitford, et al v. Monsanto Company, No. 3:22-CV-04014 |
| 17 | |

Having reviewed the unopposed motion seeking to transfer these cases to Wave 7D, the Court grants the requested relief and transfers these cases to Wave 7D.

     IT IS SO ORDERED.

_/s/ Vince G. Chhabria_
Vince G. Chhabria
Presiding Judge
United States District Court

5