UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>James Aultman v. Monsanto Company, No. 3:19-CV-05236<br><br>Jay Borum v. Monsanto Company, No. 3:19-CV-05242<br><br>Estel Butterfield v. Monsanto Company, No. 3:19-CV-05243<br><br>Spirit Connell v. Monsanto Company, No. 3:19-CV-05244<br><br>Melvin Costa v. Monsanto Company, No. 3:19-CV-05245<br><br>Stan Gerlach v. Monsanto Company, No. 3:19-CV-05246<br><br>Alan Gniadek v. Monsanto Company, No. 3:19-CV-05249<br><br>Andrew Gordon v. Monsanto Company, No. 3:19-CV-05252<br><br>Robert Hoffman v. Monsanto Company, No. 3:19-CV-05253<br>Joseph Johnson v. Monsanto Company, No. 3:19-CV-05255<br><br>Bobby Jones v. Monsanto Company, No. 3:19-CV-05256<br><br>Christopher Luetcke v. Monsanto Company, No. 3:22-CV-03963 | MDL No. 2741<br><br>Case No. 3:16-CV-02741-VC<br><br>[PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE CASES TO WAVE 7D |

4

| | |
|---|---|
| 1 | Patrick Martin v. Monsanto Company, No. 3:22-CV-03966 |
| 2 | |
| 3 | Douglas Moss v. Monsanto Company, No. 3:22-CV-04012 |
| 4 | Suzanne Norgren v. Monsanto Company, |
| 5 | No. 3:22-CV-03967 |
| 6 | Marty Pinkard v. Monsanto Company, No. 3:22-CV-04011 |
| 7 | |
| 8 | John Schoonover v. Monsanto Company, No. 3:22-CV-03969 |
| 9 | James Sheldon v. Monsanto Company, |
| 10 | No. 3:17-CV-02142 |
| 11 | Carol Sorensen v. Monsanto Company, No. 3:22-CV-03971 |
| 12 | |
| 13 | Jack Watson v. Monsanto Company, No. 3:22-CV-03972 |
| 14 | Tracie Weeder v. Monsanto Company, |
| 15 | No. 3:19-CV-05378 |
| 16 | Robert Whitford, et al v. Monsanto Company, |
| 17 | No. 3:22-CV-04014 |

Having reviewed the unopposed motion seeking to transfer these cases to Wave 7D, the Court grants the requested relief and transfers these cases to Wave 7D.

 IT IS SO ORDERED.

_____
Vince G. Chhabria
Presiding Judge
United States District Court

5