W. Wylie Blair, Esq.
**ONDER LAW, LLC**
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax:  (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-MD-02741-VC |
| This document relates to: | |
| Bobby Jones v. Monsanto Company, No. 3:19-CV-05256 | **PLAINTIFF'S MOTION FOR REVISION OF ORDER IN DOCUMENT 17234** |

Plaintiff Bobby Jones respectfully moves this Court to clarify document 17234, filed on August 30, 2023. On May 5, 2023, the Plaintiff filed an uncontested motion with this Court to move his case into Wave 7D (ECF 8 in case 3:19-CV-05256-CV, Dkt. No. 16605 in 3:16-MD-02741-VC). On May 11, 2023 this Court granted that request, ordering *Bobby Jones v. Monsanto Company* into Wave 7D (ECF 9 in case 3:19-CV-05256-CV, Dkt. No. 16647 in 3:16-MD-02741-VC). On August 30, 2023 this Court issued out Dkt. 17234 that represented *Bobby Jones v. Monsanto Company* had been ordered in 7B. No party had moved to change or amend the prior order of the Court entered on May 11, 2023. Plaintiff is seeking revision of Dkt. 17234 that *Bobby Jones v. Monsanto Company* is in Wave 7D, as this Court previously ordered. This is a Motion for clarification and revision, since any change was done without a motion or petition of the parties.

Dated: December 15, 2023        **ONDER LAW, LLC**

By: */s/ W. Wylie Blair*

W. Wylie Blair
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

**CERTIFICATE OF SERVICE**

I, W. Wylie Blair, hereby certify that, on December 15th, 2023, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ W. Wylie Blair*