UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | Hon. Vince Chhabria<br><br>**INACTIVE DOCKET UPDATE PURSUANT TO PTO 246** |

Plaintiffs' leadership and Monsanto's counsel hereby provide the following update to the Court as mandated by the Court's Order establishing the inactive docket.

### I. Inactive Docket Overview

Pursuant to PTO 246, Monsanto is filing a list of new cases that should be added to the inactive docket since the last submission (Exhibit A). Monsanto is also filing a list of cases on the inactive docket that should be returned to active status (Exhibit B).

In summary, since the Court entered PTO 246 establishing the inactive docket, the parties have agreed that 3,509 cases, involving 3,568 plaintiffs, can be moved to the inactive docket and administratively closed. Approximately 600 cases remain active in the MDL.

### II. Active Docket Overview

Of the approximately 600 cases that remain active in the MDL, there are:

- 2 cases in Wave 5

- 13 cases in Wave 6

- 389 cases in Wave 7

- 196 cases in Wave 8

DATED:  December 15, 2023             Respectfully submitted.

By:  /s/ Aimee Wagstaff
Aimee Wagstaff
Aimee.wagstaff@andruswagstaff.com
ANDRUS WAGSTAFF, P.C.
7171 West Alaska Drive
Lakewood CO 80226
Telephone: (303) 376-6360
Facsimile:  (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
WEITZ & LUXENBERG, P.C.
700 Broadway
New York NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

David Dickens
ddickens@millerfirmllc.com
THE MILLER FIRM, LLC
108 Railroad Ave
Orange VA 22960
Telephone: (540) 672 4224
Facsimile:  (540) 672-3055

*Attorneys for Plaintiffs*


/s/ Brian L. Stekloff
Brian L. Stekloff
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

/s/ Anthony R. Martinez
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001


*Attorneys for Defendant*
MONSANTO COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filling to all appearing parties of record.

By: /s/ Anthony R. Martinez