Exhibit A

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 213298 | Abadie | Mary | Abadie, Mary | Morris Bart, LLC | CA - N.D. | 3:22-cv-04079 |
| 22812 | Ahrent | Warren | Ahrent, Vicki | Grant & Eisenhofer P.A. | CA - N.D. | 3:18-cv-00065 |
| 223015 | Akins | Ruby | Akins, Ruby | Law Office of Paul Mankin, APC | CA - N.D. | 3:23-cv-01923 |
| 209849 | Albarran Ramirez | Rosabell | Albarran Ramirez, Rosabell | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-02808 |
| 208990 | Allemann | Jerry | Allemann, Jerry | Domina Law Group pc llo | CA - N.D. | 3:22-cv-02496 |
| 42753 | Allen | Frank | Allen, Frank | Shaheen & Gordon, P.A. | CA - N.D. | 3:19-cv-05381 |
| 209407 | Ambrose | Joanne | Ambrose, Joanne | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-02809 |
| 84850 | Anderson | Raymond | Anderson, Raymond | Fitzgerald Law Group, LLC | CA - N.D. | 3:19-cv-08034 |
| 222412 | Anthony | Tamatha | Anthony, Tamatha | Morris Bart, LLC | CA - N.D. | 3:23-cv-00760 |
| 220308 | Arceneaux | Joseph | Arceneaux, Joseph | Morris Bart, LLC | CA - N.D. | 3:22-cv-09039 |
| 209850 | Arnold | Carl | Arnold, Carl | Wilentz, Goldman & Spitzer, P.A. | CA - N.D. | 3:22-cv-02810 |
| 72217 | Arven | Mary | Arven, Mary | Miller Dellafera PLC | CA - N.D. | 3:19-cv-04925 |
| 175779 | Asher | Charles | Asher, Charles L. | Domina Law Group pc llo | CA - N.D. | 3:20-cv-07215 |
| 226108 | Baranova | Irina | Baranova, Irina | Ifediba Law Group, P.C. | CA - N.D. | 3:23-cv-02959 |
| 82780 | Becker | Sara | Becker, Sara | Shaheen & Gordon, P.A. | CA - N.D. | 3:19-cv-07238 |
| 207057 | Bennett | Linda | Bennett, Linda | Wilentz, Goldman & Spitzer, P.A. | CA - N.D. | 3:22-cv-00659 |
| 48061 | Beyeler | Vet | Beyeler, Vet C. | Meshbesher & Spence, LTD | CA - N.D. | 3:19-cv-04659 |
| 96394 | Billingsley | Randall | Billingsley, Randall F. | Domina Law Group pc llo | CA - N.D. | 3:20-cv-04326 |
| 47175 | Bjorklund | Keith | Bjorklund, Keith G. | Meshbesher & Spence, LTD | CA - N.D. | 3:19-cv-04681 |
| 36128 | Bonner | Ann | Bonner, Ann | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-07069 |
| 212171 | Bowen | Mary | Bowen, Mary Rachel | Fitts Law Firm | CA - N.D. | 3:22-cv-02965 |
| 38000 | Bradley | Harley | Bradley, Harley R. et al. | Grant & Eisenhofer P.A. // Napoli Shkolnik PLLC | CA - N.D. | 3:19-cv-03523 |
| 83242 | Bradshaw | Lena | Bradshaw, Lena G. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06571 |
| 209406 | Brandenburg | Russell | Coffman, Brenda | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-02683 |
| 83243 | Brown | Hugh | Brown, Hugh C. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06572 |

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 220376 | Brown, Sr. | Ranard | Brown, Sr., Ranard | Morris Bart, LLC | CA - N.D. | 3:22-cv-08889 |
| 188474 | Bussey, Jr. | John | Bussey, Jr., John W. | Pittman, Roberts & Welsh, PLLC | CA - N.D. | 3:21-cv-01044 |
| 209838 | Caban-Brizzie | Ramon | Caban-Brizzie, Ramon | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-03840 |
| 206568 | Cann | John | Cann, John M. | Mooneyham Berry, LLC | CA - N.D. | 3:22-cv-00306 |
| 213160 | Capesius | Gregory | Capesius, Gregory | Law Office of Larry F. Woods // Meshbesher & Spence, LTD | CA - N.D. | 3:22-cv-04177 |
| 214207 | Carlsrud | Duane | Carlsrud, Dale | Schneider Law Firm | CA - N.D. | 3:22-cv-04638 |
| 218768 | Casey | Gerard | Casey, Gerard | Jeffrey Glassman Injury Lawyers | CA - N.D. | 3:22-cv-07330 |
| 216361 | Castro | Johnny | Castro, Johnny | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-05662 |
| 90031 | Chirico | Pamela | Chirico, Pamela Jean | Terrell Hogan & Yegelwel, P.A. | CA - N.D. | 3:20-cv-01362 |
| 47055 | Christensen | David | Christensen, David H. | Meshbesher & Spence, LTD | CA - N.D. | 3:19-cv-04679 |
| 83246 | Clawson-Roberts | Melanie | Clawson-Roberts, Melanie L. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06573 |
| 83248 | Clinker | Mark | Clinker, Mark | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06574 |
| 42177 | Cohen | Saul | Cohen, Saul | Andrus Anderson LLP | CA - N.D. | 3:19-cv-03632 |
| 83328 | Cooper | Mitchell | Cooper, Mitchell B. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06575 |
| 218310 | Coppess | Steven | Coppess, Steven | Montgomery Jonson LLP | CA - N.D. | 3:22-cv-07530 |
| 213502 | Cormier | Monique | Cormier, Monique | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-04167 |
| 212393 | Cornell | William | Cornell, William | Milberg Coleman Bryson Phillips Grossman, PLLC // Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-03139 |
| 212763 | Cox | Nancy | Cox, Nancy | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-03453 |
| 183324 | Crabtree | Patrick | Crabtree, Patrick | Fitts Law Firm | CA - N.D. | 3:21-cv-01661 |
| 207750 | Crisp | Jeffrey | Crisp, Jeffrey Scott | Cooley & Offill Law Firm | CA - N.D. | 3:22-cv-01753 |
| 215510 | Crist | Carolyn | Crist, Carolyn | Morris Bart, LLC | CA - N.D. | 3:22-cv-05051 |

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 217717 | Curry | Stephen | Curry, Stephen | Jeffrey Glassman Injury Lawyers | CA - N.D. | 3:22-cv-06147 |
| 89650 | Dai | Christopher | Dai, Christopher | Rappaport, Glass, Levine & Zullo LLP | CA - N.D. | 3:20-cv-03109 |
| 208149 | Daigle | Susan | Daigle, Susan | Morris Bart, LLC | CA - N.D. | 3:22-cv-01750 |
| 80346 | Danecki | Edward | Danecki, Edward | Charles E. Boyk Law Offices, LLC // Law Offices of Robert Nagel | CA - N.D. | 3:19-cv-07378 |
| 83782 | Desmarais | Louis | Desmarais, Louis | Shaheen & Gordon, P.A. | CA - N.D. | 3:19-cv-08115 |
| 215511 | Dinicola | Paul | Dinicola, Paul | Morris Bart, LLC | CA - N.D. | 3:22-cv-05049 |
| 213140 | DiQuollo | Robert | DiQuollo, Robert | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-03978 |
| 215509 | Duhe, Jr. | Eddie | Duhe, Jr., Eddie | Morris Bart, LLC | CA - N.D. | 3:22-cv-05052 |
| 213475 | Dulniak | Richard | Dulniak, Richard | The Miller Firm, LLC | CA - N.D. | 3:22-cv-03956 |
| 209501 | Ezzell | Michael | Ezzell, Michael | Law Offices of Peter Q. Ezzell | CA - N.D. | 3:22-cv-03816 |
| 170082 | Favata | Samuel | Favata, Samuel Frank | 615 Lawyer // Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:20-cv-05533 |
| 223489 | Feit | Susan | Feit, Susan | Wilentz, Goldman & Spitzer, P.A. | CA - N.D. | 3:23-cv-01596 |
| 171680 | Feldman | Myron | Feldman, Myron | Heygood, Orr & Pearson | CA - N.D. | 3:20-cv-05934 |
| 212589 | Fontenot | Terrell | Fontenot, Terrell | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-03854 |
| 215576 | Frost | Mary | Frost, Mary | Morris Bart, LLC | CA - N.D. | 3:22-cv-05314 |
| 83329 | Frost | Mike | Frost, Mike R. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06576 |
| 27361 | Gardner | James | Gardner, James | Terrell Hogan & Yegelwel, P.A. | CA - N.D. | 3:19-cv-00443 |
| 40363 | Gazaleh | Jed | Gazaleh, Jed H. | Terrell Hogan & Yegelwel, P.A. | CA - N.D. | 3:19-cv-05229 |
| 100831 | Glass | Paul | Glass, Paul | Milberg Coleman Bryson Phillips Grossman, PLLC // Points Law PLLC | CA - N.D. | 3:20-cv-05867 |
| 91350 | Goodwin | Linda | Goodwin, Linda | Shaheen & Gordon, P.A. | CA - N.D. | 3:20-cv-01738 |
| 206083 | Graham Jr. | Larry | Graham, Jr., Larry | Anastopoulo Law Firm, LLC | CA - N.D. | 3:21-cv-10048 |
| 213966 | Greil | Daniel | Greil, Daniel | The Miller Firm, LLC | CA - N.D. | 3:22-cv-04291 |
| 212591 | Greiner | Robert | Greiner, Robert | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-03384 |
| 220310 | Guerin | Gail | Guerin, Gail | Morris Bart, LLC | CA - N.D. | 3:22-cv-09038 |

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 213119 | Haley | Brenda | Haley, Brenda | The Ruth Law Team | CA - N.D. | 3:22-cv-04401 |
| 83235 | Hallisey | Ann Maire | Hallisey, Ann Maire | Shaheen & Gordon, P.A. | CA - N.D. | 3:19-cv-08116 |
| 219460 | Hartley | Janet | Hartley, Janet | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:22-cv-07591 |
| 205537 | Harwick | James | Harwick, James | Morris, Haynes, LLC | CA - N.D. | 3:22-cv-00087 |
| 223426 | Henry | Guy | Henry, Guy | Morris Bart, LLC | CA - N.D. | 3:23-cv-01385 |
| 212494 | Hiland | Bernice | Aguiar, Linda | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-03379 |
| 202684 | Hirai | Richard | Hirai, Richard | Law Office of Paul Mankin, APC | CA - N.D. | 3:21-cv-08116 |
| 227184 | Holleman | Richard | Holleman, Richard | Law Office of Paul Mankin, APC | CA - N.D. | 3:23-cv-03606 |
| 212961 | Holsapple | Stephanie | Holsapple, Stephanie | Morris Bart, LLC | CA - N.D. | 3:22-cv-04119 |
| 39873 | Hong | Kenneth | Hong, Kenneth | Singleton Schreiber, LLP | CA - N.D. | 3:19-cv-02895 |
| 93861 | Huffman | Robert | Huffman, Virginia | Fayard & Honeycutt | CA - N.D. | 3:20-cv-02061 |
| 42112 | Jenks | Ray | Jenks, Ray | Andrus Anderson LLP | CA - N.D. | 3:19-cv-03591 |
| 212795 | John | Steven | John, Steven B. | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-03815 |
| 83330 | Johnson | Kenneth | Johnson, Kenneth W. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06577 |
| 219515 | Johnson | Rick | Johnson, Rick | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:22-cv-07288 |
| 100834 | Johnston | James | Johnston, James Wiley | Gerling Law Offices // The Whitehead Law Firm, L.L.C. | CA - N.D. | 3:20-cv-07887 |
| 222212 | Jones | Robert | Jones, Robert T. | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:23-cv-00563 |
| 220379 | Jones | Ronald | Jones, Ronald A. | Morris Bart, LLC | CA - N.D. | 3:22-cv-09040 |
| 207669 | Kamm, II | Carl | Kamm, III, Carl J. | Gallon, Takacs & Boissoneault, Co., L.P.A. | CA - N.D. | 3:22-cv-00786 |
| 216540 | Katz | David | Katz, David | The Ruth Law Team | CA - N.D. | 3:22-cv-05732 |
| 81874 | Kearns | Kevin | Kearns, Kevin | Andrus Anderson LLP // Lieff Cabraser Heimann & Bernstein, LLP | CA - N.D. | 3:19-cv-06709 |
| 212944 | Keller | Roosevelt | Keller, Florita | Morris Bart, LLC | CA - N.D. | 3:22-cv-03821 |
| 171684 | Krauschar | Marvin | Kraushar, Gaytha | Heygood, Orr & Pearson | CA - N.D. | 3:20-cv-05932 |

Exhibit A

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 98945 | Kryger | Maureen | Kryger, Maureen | Shaheen & Gordon, P.A. | CA - N.D. | 3:20-cv-04839 |
| 219309 | Kuhn | Michael | Kuhn, Michael | Nabors Law Firm // Robert A. Malouf | CA - N.D. | 3:23-cv-00046 |
| 225220 | Lamb | Joann | Lamb, Joann | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:23-cv-02258 |
| 212940 | Landry | Mary | Landry, Mary | Morris Bart, LLC | CA - N.D. | 3:22-cv-03827 |
| 206990 | Lane | David | Lane, David | Consumer Litigation Associates, P.C. | CA - N.D. | 3:22-cv-01022 |
| 212946 | Lane, II | Thomas | Lane, II, Thomas | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-03814 |
| 28886 | Larsen | Charles | Larsen, Charles | Meshbesher & Spence, LTD | CA - N.D. | 3:19-cv-00004 |
| 40952 | Larson | Michael | Larson, Michael S. | Meshbesher & Spence, LTD | CA - N.D. | 3:19-cv-03815 |
| 42721 | Laughlin | Mark | Laughlin, Mark D. | Meshbesher & Spence, LTD | CA - N.D. | 3:19-cv-04016 |
| 34268 | Leas | Robert | Leas, Robert | Stone Crosby, P.C. | CA - N.D. | 3:19-cv-01376 |
| 28966 | Lewis | Robert | Lewis, Robert W. | Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A. | CA - N.D. | 3:17-cv-04035 |
| 172322 | Lindeblad | Gary | Lindeblad, Gary G. | Andrus Anderson LLP // Nelson Boyd, PLLC | CA - N.D. | 3:20-cv-06781 |
| 216665 | Lingle | Darla | Lingle, Darla | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-05735 |
| 67950 | Lydon | Marilyn | Lydon, Marilyn | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04795 |
| 90565 | Lynn | Rodney | Lynn, Rodney | The Bifferato Firm, PA // Thornton Law Firm LLP | CA - N.D. | 3:20-cv-01221 |
| 216720 | Maaske | Alton | Maaske, Alton | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-05738 |
| 209278 | Magner | Madeline | Magner, Madeline A. | Wilentz, Goldman & Spitzer, P.A. | CA - N.D. | 3:22-cv-02497 |
| 85135 | Mank | Christine | Mank, Christine | Fitzgerald Law Group, LLC | CA - N.D. | 3:19-cv-08035 |
| 208067 | Manukyan | Sofia | Manukyan, Sofia | Sarkissian Law Group | CA - N.D. | 3:22-cv-01268 |
| 203000 | Martin | Brian | Martin, Brian | Pro Se | CA - N.D. | 3:21-cv-08549 |
| 208146 | Martin | Mary | Martin, Ruffin | Morris Bart, LLC | CA - N.D. | 3:22-cv-02103 |
| 215578 | Matarazzo | Donna | Matarazzo, Donna | The Ruth Law Team | CA - N.D. | 3:22-cv-05285 |

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 83331 | May | Randy | May, Randy E. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06578 |
| 218048 | Mays | Karen | Mays, Karen | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-06394 |
| 213974 | McAllister | Esther | McAllister, Robert D. | Law Offices Of David A Kaufman, APC | CA - N.D. | 3:22-cv-04302 |
| 200723 | McClure | Sherin | McClure, Mark | The Miller Firm, LLC | CA - N.D. | 3:21-cv-06688 |
| 90030 | McEvoy, Sr. | John | McEvoy, Sr., John Richard | Pierce Sloan Wilson Kennedy & Early, LLC // Terrell Hogan & Yegelwel, P.A. | CA - N.D. | 3:20-cv-01641 |
| 202513 | McEwan | Sandra | Briere, Christine | Trammell PC | CA - N.D. | 3:21-cv-07273 |
| 206612 | McNeely | Carol | McNeely, Carol K. | Anastopoulo Law Firm, LLC | CA - N.D. | 3:22-cv-00307 |
| 176440 | McWilliams | Dean | McWilliams, Dean | Andrus Anderson LLP | CA - N.D. | 3:20-cv-07104 |
| 210876 | Melchiona | Henry | Melchiona, Henry | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-02702 |
| 219378 | Melendez | Peter | Melendez, Michelle | Finz & Finz, P.C. | CA - N.D. | 3:22-cv-07329 |
| 173442 | Mignone | Joseph | Mignone, Joseph | Singleton Schreiber, LLP | CA - N.D. | 3:21-cv-00501 |
| 223931 | Miller | Kip | Miller, Kip | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:23-cv-01873 |
| 69920 | Milosevic | Goran | Djurdjevic, Mirjana | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04765 |
| 95195 | Mitchell | Thelma | Kincell, Bonnie | The Gori Law Firm, PC | CA - N.D. | 3:20-cv-03446 |
| 212596 | Monson | Curtis | Monson, Curtis | Gainsburgh, Benjamin, David, Meuneir & Warshauer, L.L.C. | CA - N.D. | 3:22-cv-03824 |
| 215860 | Moon | Linda | Moon, Linda Nicholson | Law Office of John D. Sileo, LLC | CA - N.D. | 3:22-cv-05284 |
| 223473 | Moon | Nancy | Moon, Nancy | Law Office of Paul Mankin, APC | CA - N.D. | 3:23-cv-02036 |
| 214494 | Mosiman | Gary | Mosiman, Gary | Meshbesher & Spence, LTD | CA - N.D. | 3:22-cv-04717 |
| 218047 | Motsinger | Ted | Motsinger, Ted | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-06393 |
| 214871 | Mullins | Teddy | Mullins, Teddy L. | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-05045 |
| 89645 | Mullisi | Armelin | Mullisi, Armelin | Terrell Hogan & Yegelwel, P.A. | CA - N.D. | 3:20-cv-01361 |

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 41237 | Nelson-Scheffler | Debbie | Nelson-Scheffler, Debbie L. | Meshbesher & Spence, LTD | CA - N.D. | 3:19-cv-03788 |
| 83332 | Olsen | James | Olsen, James S. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06579 |
| 219457 | Oneail | Dan | Oneail, Dan | Charles E. Boyk Law Offices, LLC | CA - N.D. | 3:22-cv-07286 |
| 94158 | Ott | Everett | Copeland, Wanda | Chappell, Smith & Arden, P.A. | CA - N.D. | 3:20-cv-02649 |
| 212606 | Paris | Robert | Paris, Robert | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-03387 |
| 53266 | Parkhurst | John | Parkhurst, John | Shaheen & Gordon, P.A. | CA - N.D. | 3:19-cv-05349 |
| 209664 | Pelz | Leon | Pelz, Leon | Rappaport, Glass, Levine & Zullo LLP | CA - N.D. | 3:22-cv-03224 |
| 205953 | Perez | Michael | Perez, Michael | Schlesinger Law Offices, P.A. | CA - N.D. | 3:22-cv-00089 |
| 82820 | Perilman | Richard | Perilman, Richard | Hendy Johnson Vaugn Emery, PSC // Jenner Law, P.C. // Joel Bieber, L.L.C. | CA - N.D. | 3:19-cv-08446 |
| 223425 | Perkins | Cornell | Perkins, Cornell | Morris Bart, LLC | CA - N.D. | 3:23-cv-01564 |
| 94151 | Pertzog | Dorothy | Penland, Tammy | Terrell Hogan & Yegelwel, P.A. | CA - N.D. | 3:20-cv-03367 |
| 213037 | Pessis | Dennis | Pessis, Dennis | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-03831 |
| 180780 | Piganelli | Robert | Piganelli, Robert | Anderson & Associates, PC | CA - N.D. | 3:20-cv-07398 |
| 172330 | Pike | John | Pike, John | Gibbs Law Group LLP // Kirkendall Dwyer LLP // Trammell PC | CA - N.D. | 3:20-cv-08192 |
| 94584 | Pillen | Barbara | Pillen, Barbara | Domina Law Group pc llo | CA - N.D. | 3:20-cv-03449 |
| 47140 | Pizl | Michal | Pizl, Michal et al. | Law Office of Brian K. Mackintosh // The Miller Firm, LLC | CA - N.D. | 3:20-cv-00191 |
| 176441 | Polsley | Darin | Polsley, Darin | Andrus Anderson LLP | CA - N.D. | 3:20-cv-07107 |
| 99045 | Porter | Martha | Porter, Patrick | Bisnar Chase LLP | CA - N.D. | 3:20-cv-05371 |
| 90418 | Porteus | Kevin | Porteus, Kevin | Rappaport, Glass, Levine & Zullo LLP | CA - N.D. | 3:20-cv-03309 |
| 223019 | Portuondo | Laurie | Portuondo, Laurie | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:23-cv-01086 |
| 209399 | Positerry, II | Lloyd | Positerry, II, Lloyd | Morris Bart, LLC | CA - N.D. | 3:22-cv-02490 |

Exhibit A

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 220161 | Presley | Charles | Blackwell, Hope Presley | Morris Bart, LLC | CA - N.D. | 3:23-cv-00146 |
| 212947 | Pronnette | Veronica | Pronnette, Veronica | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-03813 |
| 224175 | Pruitt | Michael | Pruitt, Michael | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:23-cv-01718 |
| 218309 | Quinonez | Johnny | Quinonez, Johnny | Singleton Schreiber, LLP // Singleton Schreiber, LLP | CA - N.D. | 3:22-cv-05762 |
| 83239 | Radanovich | Daniel | Radanovich, Lilian J. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06580 |
| 221393 | Ramos, III | Valentin | Ramos, III, Valentin | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:23-cv-00220 |
| 209404 | Randozzo | Nicholas | Randazzo, Nicholas | Law Office of John D. Sileo, LLC | CA - N.D. | 3:22-cv-02492 |
| 70613 | Redmon | Vernon | Redmon, Vernon | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04887 |
| 212398 | Rein | Susan | Rein, Susan | Milberg Coleman Bryson Phillips Grossman, PLLC // Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-03138 |
| 182223 | Resto | Elsie | Resto, Elsie Ketty Pagán | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:20-cv-07882 |
| 209587 | Ricci | Patrick | Ricci, Patrick J. | Wilentz, Goldman & Spitzer, P.A. | CA - N.D. | 3:22-cv-02498 |
| 85815 | Richards | Thomas | Richards, Thomas J. | Terrell Hogan & Yegelwel, P.A. | CA - N.D. | 3:20-cv-00199 |
| 220162 | Roberson | Roy | Roberson, Roy | Morris Bart, LLC | CA - N.D. | 3:22-cv-08858 |
| 196059 | Rosales | Alma | Rosales, Alma | Anastopoulo Law Firm, LLC | CA - N.D. | 3:21-cv-09915 |
| 222257 | Ross | Lawrence | Ross, Lawrence | MDR Law LLC | CA - N.D. | 3:23-cv-00961 |
| 94042 | Ryan | William | Ryan, William Beau | Thornton Law Firm LLP | CA - N.D. | 3:20-cv-03936 |
| 40159 | Sabraski | Jeff | Sabraski, Jeffrey J. | Meshbesher & Spence, LTD | CA - N.D. | 3:19-cv-03463 |
| 88245 | Sachau | Kent | Sachau, Kent E. | Domina Law Group pc llo | CA - N.D. | 3:20-cv-01071 |
| 84843 | Sapinsky | Mike | Sapinsky, Mike | Barr & Mudford, LLP // Singleton Schreiber, LLP | CA - N.D. | 3:20-cv-00257 |
| 90967 | Sargent | David | Sargent, David | Shaheen & Gordon, P.A. | CA - N.D. | 3:20-cv-01913 |

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 67953 | Scharfe | Stephen | Montgomery, Diane | Bernstein Liebhard, LLP | CA - N.D. | 3:19-cv-04782 |
| 78967 | Scott | Allowishes | Scott, Allowishes | McCune Law Group; McCune Wright Arevalo Vercoski Kusel Weck Brandt APC // The Law Offices of Daniel R. Weltin, P.C. | CA - N.D. | 3:19-cv-05093 |
| 42434 | Scruggs | John | Scruggs, John L. | Morris Bart, LLC | CA - N.D. | 3:19-cv-05867 |
| 225208 | Seedorff | Allen | Bergstresser, Patricia | Varnum, LLP | CA - N.D. | 3:23-cv-03946 |
| 212607 | Serpe | John | Serpe, John | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-03385 |
| 53267 | Sheehan | Cynthia | Sheehan, Cynthia | Shaheen & Gordon, P.A. | CA - N.D. | 3:19-cv-05342 |
| 208898 | Shrum | Matthew | Shrum, Matthew | Fitts Law Firm | CA - N.D. | 3:22-cv-02489 |
| 83244 | Sipich | Barbara | Sipich, Barbara | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06581 |
| 188507 | Smith | Daniel | Smith, Pamela | Durbin, Larimore & Bialick | CA - N.D. | 3:21-cv-01505 |
| 197909 | Smith | Don | Smith, Don A. | Romanucci & Blandin | CA - N.D. | 3:21-cv-07125 |
| 83245 | Steen | Ronald | Steen, Ronald W. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06582 |
| 209284 | Stern | Robert | Stern, Robert | Morris Bart, LLC | CA - N.D. | 3:22-cv-02107 |
| 100840 | Stockdale | William | Stockdale, Kara | Domina Law Group pc llo | CA - N.D. | 3:20-cv-06186 |
| 47137 | Swaney | John | Swaney, John F. | Meshbesher & Spence, LTD | CA - N.D. | 3:19-cv-04680 |
| 83247 | Tanner | Carl | Tanner, Carl B. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06583 |
| 212602 | Teodosio | Frank | Teodosio, Frank | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-03853 |
| 196371 | Thiaville | Victor | Thiaville, Victor | Fitts Law Firm | CA - N.D. | 3:21-cv-05626 |
| 215512 | Thomas | John | Thomas, John | Morris Bart, LLC | CA - N.D. | 3:22-cv-05048 |
| 212495 | Thomas | Rex | Thomas, Rex K. | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-03227 |
| 75861 | Trobona | Charles | Trobona, Charles | Healy & Jordan, PLLC | CA - N.D. | 3:19-cv-07234 |
| 209032 | Varanelli | Nick | Varanelli, Nick | Singleton Schreiber, LLP | CA - N.D. | 3:22-cv-07018 |
| 38185 | Vislocky | Peter | Vislocky, Peter E. | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06794 |
| 223573 | Vonahn | Ray | Vonahn, Ray B. | Hamilton Law Firm, P. C. | CA - N.D. | 3:23-cv-01929 |

Exhibit A

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # |
|---|---|---|---|---|---|---|
| 216667 | Vowell | William | Vowell, William | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:22-cv-05736 |
| 213758 | Walter | Carolyn | Cook, Daniel | Milberg Coleman Bryson Phillips Grossman, PLLC | CA - N.D. | 3:22-cv-04403 |
| 42767 | Washington | Joseph | Washington, Joseph L. (0767) | Stewart, Murray & Associates Law Group, LLC | CA - N.D. | 3:19-cv-04721 |
| 80378 | Whitehouse | Sidney | Whitehouse, Sidney E. | Weitz & Luxenberg, P.C. | CA - N.D. | 3:19-cv-05964 |
| 222805 | Wizman | Benjamin | Wizman, Benjamin | Law Offices of Charles H. Johnson, PA | CA - N.D. | 3:23-cv-00959 |
| 215577 | Wolff | Elizabeth | Wolff, Elizabeth | The Ruth Law Team | CA - N.D. | 3:22-cv-05313 |
| 208520 | Woodall | Hobert | Woodall, Hobert | Morris Bart, LLC | CA - N.D. | 3:22-cv-02104 |
| 83249 | Yetter | Glenn | Yetter, Glenn | Grant & Eisenhofer P.A. | CA - N.D. | 3:19-cv-06584 |