Exhibit B

| User ID | User Last Name | User First Name | Case Name | Plaintiff Firm(s) | Current Court | Current Cause # | Current Wave |
|---|---|---|---|---|---|---|---|
| 41802 | Christy | Whitney | Christy, Monique | Leefe, Gibbs, Sullivan, Dupre & Aldous | CA - N.D. | 3:19-cv-03969 | Wave 7D |
| 94124 | DeRobbio | Michael | DeRobbio, Michael | Forester Haynie PLLC | CA - N.D. | 3:20-cv-06776 | Wave 8A |
| 81367 | Johnson | Joseph | Johnson, Joseph | Onder Law, LLC | CA - N.D. | 3:19-cv-05255 | Wave 7G |
| 179873 | McDermott | Michael | McDermott, Michael | Bernheim Kelley Battista Bliss, LLC // Bernheim Kelley Battista Bliss, LLC | CA - N.D. | 3:20-cv-07219 | Wave 7D |
| 94582 | Oehlmann | Michael | Oehlmann, Michael | Wilentz, Goldman & Spitzer, P.A. | CA - N.D. | 3:20-cv-03067 | Wave 7C |
| 31914 | Sheppard | Christine | Sheppard, Christine | Kincheloe, Litzenburg & Pendleton | CA - N.D. | 3:16-cv-05650 | Wave 8C |
| 197045 | Sparkman | George | Sparkman, Gisela | Gomez Trial Attorneys | CA - N.D. | 3:21-cv-06497 | Wave 7C |
| 196585 | Sullivan | Patrick | Sullivan, Patrick | Bernheim Kelley Battista Bliss, LLC | CA - N.D. | 3:22-cv-00092 | Wave 7B |