# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 12, 2023 | **Time**: 4 hours, 7 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC, 3:18-cv-01427-VC | **Case Name:** In re Roundup Products Liability Litigation, Delmore-Barton v. Monsanto Company | |

**Attorney for Plaintiff:** Robin Greenwald, Jerry Kristal, Aimee Wagstaff
**Attorney for Defendant:** Brian Stekloff, Shayna Cook, Sarah Kinter

**Deputy Clerk:** Bhavna Sharma            **Court Reporter:** Ruth Ekhaus

## PROCEEDINGS:

Evidentiary Hearing re [29] Motion To Exclude Testimony of Dr. Cristian Tomasetti – held.

## RULINGS AND ORDERS:

**Witnesses:** Dr. Cristian Tomasetti

**Exhibits admitted:** 104, 106, 107, 113, 119, 111, 101, 36, 37, 49, 55.