UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## HEARING SHEET, EXHIBIT and WITNESS LIST

16-md-02741-VC In re Roundup Products Liability Litigation
3:18-cv-01427-VC Delmore-Barton v. Monsanto Company

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Robin Greenwald, Jerry Kristel, Aimee Wagstaff | Brian Stekloff, Shayna Cook, Sarah Kinter |
| **HEARING DATE:** | **REPORTERS:** | **CLERK:** |
| December 12, 2023 | Ruth Ekhaus | Bhavna Sharma |

| TRIAL EX. NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 10:07 AM | | | Court in session. All parties present. Housekeeping matters regarding the MDL discussed with parties. | |
| | 10:15 AM | | | Court informed parties of what the scope of witness testimony should focus on. Information regarding the witnesses' qualifications is not necessary. | |
| | 10:17 AM | | | Witness **Dr. Cristian Tomasetti** called to the stand and sworn for testimony. Direct examination conducted by Ms. Cook on behalf of the defendant. | |
| 104 | | X | X | Curriculum Vitae of Cristian Tomasetti, Ph.D. | |
| 105 | | X | | Tomasetti C., et al. Half or more of the somatic mutations in cancers of selfrenewing tissues originate prior to tumor initiation. Proc Natl Acad Sci 2013;110(6):1999-2004 and Supporting Information. | |
| 106 | | X | X | Tomasetti C., et al. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. Science 2015;347(6217):78-81. | |
| 107 | | X | X | Tomasetti C., et al. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science 2017;355:1330-1334. | |
| 113 | | X | X | Parkin D. The fraction of cancer attributable to lifestyle and environmental factors in the UK in 2010. Br J Cancer 2011;105:S2-S5 doi:10.1038/bjc.2011.474. | |
| | 11:30 AM | | | Court in recess. | |
| | 11:42 AM | | | Court reconvened. Continued direct examination conducted by Ms. Cook. | |

| | | | | | |
|---|---|---|---|---|---|
| 119 | | | X | X | American Cancer Society, Gene Changes and Cancer, available at https://www.cancer.org/cancer/understanding-cancer/genes-andcancer/ gene-changes.html |
| 111 | | | X | X | Penisson S., et al. Evaluating cancer etiology and risk with a mathematical model of tumor evolution. Nat Commun 2022;13:7224 https://doi.org/10.1038/s41467-022-34760-1. |
| 101 | | | X | X | Expert Report of Cristian Tomasetti, Ph.D., In re: Roundup Products Liability Litigation , MDL No. 2741, Wave V. |
| | 11:59 AM | | | | Direct examination concluded. Court asked witness follow up question. |
| | 12:25 PM | | | | Court in recess. |
| | 1:20 PM | | | | Court reconvened. Cross-examination conducted by Mr. Kristal on behalf of plaintiff. |
| 34 | | | X | | Supplementary Materials for Tomasetti, et al., Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. |
| 36 | | | X | X | Table 5 of the Supplementary Materials for Tomasetti, et al., Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. |
| 37 | | | X | X | Cancer Research UK website Terms and Conditions. |
| 49 | | | X | X | IARC List of classifications by cancer sites with sufficient or limited evidence in humans, IARC Monographs Volumes 1-134. |
| 46 | | | X | | Parkin et al., Section 14, Cancers attributable to occupational exposures in the UK in 2010. |
| 45 | | | X | | Parkin et al., Section 11, Cancers attributable to infection in the UK in 2010. |
| 47 | | | X | | Parkin et al., Foreword, Sections 1-10, 12-13 and 15. |
| 55 | | | X | X | Azevedo e Silva, et al., The Fraction of Cancer Attributable to Ways of Life, Infections, Occupation and Environmental Agents in Brazil in 2020. |
| | 2:53 PM | | | | Court in recess. |
| | 3:18 PM | | | | Court reconvened. Continued cross-examination conducted by Mr. Kristal. |
| | 3:21 PM | | | | Re-direct conducted by Mr. Cook. |

|  | 3:33 PM |  |  | Re-cross conducted by Mr. Kristal. Witness thanked and excused. Discussion held with parties regarding testimony and specific and general causation. Court will inform parties if supplemental briefing is required. Court to issue written ruling. |  |
|---|---|---|---|---|---|
|  | 3:46 PM |  |  | Court adjourned. |  |