1

2

3

4

5

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
*Attorney for Defendant Monsanto Company*

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Rob Bundy v. Monsanto Co.*<br>Case No. 3:20-CV-06345-VC<br>(N.D. Cal) | **MONSANTO COMPANY'S RESPONSE TO PLAINTIFF'S MOTION FOR SUGGESTION OF REMAND TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA** |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### MONSANTO COMPANY'S RESPONSE TO PLAINTIFF'S SUGGESTION OF REMAND

Pursuant to this Court's December 4, 2023, Order Regarding Motion for Suggestion of Remand, Defendant Monsanto Company ("Monsanto") files this Response to Plaintiff's Motion for Suggestions of Remand to the United States District Court for the Middle District of Florida.

This Court has ordered Monsanto to respond to Plaintiff's request for remanding, instructing it to "explain whether the case should be remanded." Monsanto agrees with Plaintiff that, because the alleged injury is Hodgkin's lymphoma rather than non-Hodgkin's lymphoma ("NHL"), the case should be remanded. *See In re: Roundup Products Liab. Litig.*, 214 F. Supp. 3d 1346, 1348 (U.S. J.P.M.L.. 2016) (emphasis added); *see id.* at 1347 ("[A]ll the actions entail an overarching query—whether glyphosate causes non-Hodgkin's lymphoma in persons exposed to it while using Roundup."). Hodgkin's Lymphoma is not a sub-type of NHL and—as Mr. Feinberg's determination that this case is not settlement-eligible shows—the differences in injuries mean that benefits of MDL centralization will not inure to this case.

---

MONSANTO COMPANY'S RESPONSE TO PLAINTIFF'S MOTION FOR SUGGESTION OF REMAND TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
3:16-md-02741-VC & 3:20-CV-06345-VC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The case should *not* be dismissed without prejudice.  As an initial matter, any dismissal would, in effect, be *with prejudice* because refiling would be barred by Florida's applicable four-year statute of limitations.[1]  *See HCA Health Services of Florida, Inc. v. Hillman*, 906 So. 2d 1094, 1098 (Fla. Dist. Ct. App. 2004) ("Florida has chosen not to adopt a 'savings statute' that allows a plaintiff whose case has been dismissed otherwise than on the merits to pursue the action even though the statute of limitations has run.").  The case's procedural history further weighs against a dismissal without prejudice.  This case has been pending since August 6, 2020.  After initially being filed in Florida state court, the case was removed, by Monsanto, to federal court and subsequently transferred to the MDL.  In the years since, Plaintiff has repeatedly tried to thwart federal jurisdiction, filing multiple motions for leave to amend his complaint for the purpose of adding non-diverse defendants, and seeking remand to state court on that basis.  ECF 13004, ECF 14151.  On September 10, 2021, this Court noted the "suspicious timing" of Plaintiff's first motion to amend and remand and found that his attempt to add an additional defendant was "merely an attempt to defeat federal jurisdiction." Pretrial Order 245, ECF 13698.  The motion was denied.  Plaintiff's second motion was likewise denied on April 12, 2022.  Pretrial Order 277, ECF 14762.  Having twice rejected Plaintiff's attempt to evade federal jurisdiction, the Court should not now—more than a year-and-a-half later—allow him to defeat federal jurisdiction via the expedient of a dismissal without prejudice.

DATED:  December 15, 2023

Respectfully submitted,

*/s/ Anthony R. Martinez*
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

**SHOOK, HARDY & BACON L.L.P.**

*Attorney for Defendant Monsanto Company*

---

[1] Plaintiff was diagnosed with Hodgkin's lymphoma in 2012.  He testified that he stopped using Roundup®-branded products after he started seeing advertisements about this litigation in 2018 and that he met with counsel about pursuing this lawsuit in October of 2019.

MONSANTO COMPANY'S RESPONSE TO PLAINTIFF'S MOTION FOR SUGGESTION OF REMAND TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
3:16-md-02741-VC & 3:20-CV-06345-VC

**CERTIFICATE OF SERVICE**

I, Anthony Martinez, hereby certify that on December 15, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*

3