| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel: 202-847-4030 \| Fax: 202-847-4005<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: 202-898-5843 \| Fax: 202-682-1639 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>K. Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel: 415-675-3400 \| Fax: 415-675-3434<br><br>Jed P. White (CA Bar No. 232339)<br>(jed.white@bclplaw.com)<br>Linda C. Hsu (CA Bar No. 239880)<br>(linda.hsu@bclplaw.com)<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel: 310-576-2100 \| Fax: 310-576-2200 |

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Robert Cotter, et al. v. Monsanto Co.,*<br>3:20-cv-03108-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S NOTICE OF WITHDRAWAL OF MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER IN *COTTER* MATTER ONLY**<br><br>Hearing:<br>Date:   March 1, 2024<br>Time:  10:00 a.m.<br>Place:  San Francisco Courthouse,<br>           Courtroom 4 – 17th Floor |

NOTICE OF WITHDRAWAL OF MOTION TO EXCLUDE DR. WILLIAM SAWYER IN *COTTER* MATTER

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** defendant Monsanto Company ("Monsanto") hereby withdraws its Motion to Exclude Testimony of Dr. William Sawyer filed on December 11, 2023 in *Robert Cotter, et al. v. Monsanto Co.,* 3:20-cv-03108-VC.  (*Cotter* Doc. 16; *MDL* Doc. 17588.)  Plaintiff has withdrawn Dr. Sawyer as an expert in the *Cotter* case only.

Monsanto's motions to exclude Dr. Sawyer in *Michael J. Caccia, et al. v. Monsanto Co.*, 3:20-cv-01915-VC and *William Turnoff, et al. v. Monsanto Co.*, 3:19-cv-03837-VC remain on calendar.

Dated:  December 15, 2023                    Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Linda C. Hsu*
Linda C. Hsu
Attorneys for Defendant Monsanto Company

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

*/s/ Linda C. Hsu*
Linda C. Hsu