1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: 415-697-1509

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> LOIS ROLISH, <br><br> Plaintiff, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. <br><br> 3:20-cv-01421-VC | MDL No. 2741 <br><br> Case No.:   3:16-md-02741-VC <br><br> **NOTICE OF CHANGE OF ADDRESSS** |

### TO THE COURT AND COUNSEL OF RECORD

Please take notice of new information for Plaintiff's counsel of record:

Steven N. Williams
Steven Williams Law, P.C.
201 Spear Street, Suite 1100
San Francisco, CA 94105
swilliams@stevenwilliamslaw.com
415-697-1509

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  December 17, 2023

Respectfully Submitted,

STEVEN WILLIAMS LAW, P.C.

By: _____
STEVEN N. WILLIAMS

Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 11000
San Francisco, CA 94105
Telephone: 415-697-1509
swillliams@stevenwilliamslaw.com

*Attorneys for Plaintiff*