**GOZA & HONNOLD, LLC**
Kirk J. Goza
*kgoza@gohonlaw.com*
9500 Nall Ave, Suite 400
Overland Park, Kansas 66207
Telephone: (913) 451-3433
Facsimile: (913) 839-0567

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This Document Relates to: <br><br> *Philip Myers v. Monsanto Co., et al.* <br> Case No. 3:19-cv-04411 | Honorable Vince Chhabria <br><br> **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII** |

Plaintiff, Philip Myers, by and through his undersigned counsel and without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave VII-C to Wave VIII-C.

1. The case of Philip Myers is currently part of Wave Order VII-C.

2. Upon information and belief, Philip Myers passed away on August 3, 2020.

3. After diligent efforts to locate next of kin for Mr. Myers, counsel for Plaintiff made contact with Emily Anthony, a daughter of Philip Myers.

4. Counsel for Plaintiff is in the process of confirming the proper party to take the place of Plaintiff Philip Myers in continuance of this action.

5. Discovery in this matter has consisted of the production of a Plaintiff Fact Sheet and the production of medical records.

6. Mindful of the upcoming deadlines, counsel for both parties met and conferred regarding this matter.

7. Counsel for Plaintiff believes the best course of action is to move this case to Wave VIII-C. Defendant Monsanto does not oppose this request.

Therefore, Plaintiff, through the undersigned counsel, without opposition from Defendant, respectfully requests the Court to move this case from Wave VII-C to VIII-C.

Dated:  December 18, 2023

By: */s/ Kirk J. Goza*
Kirk J. Goza
**GOZA & HONNOLD, LLC**
9500 Nall Ave, Suite 400
Overland Park, KS 66207
Telephone: (913) 451-3433
Facsimile: (913) 839-0567

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

> _/s/ Kirk J. Goza_
> Kirk J. Goza, Esq.