IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This Document Relates to:<br><br>Antonino Scolieri<br><br>3:20-cv-05771-VC | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced captioned matter be dismissed with prejudice, with each party to bear its own costs and expenses.

Counsel for Plaintiff has read Pretrial Order No 236, ECF 13192, and hereby certifies they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certifies that the case was not settled and the 8% hold back is not required.

Dated: December 15, 2023

| | |
|---|---|
| /s/ Randi Kassan<br>Randi Kassan<br>Milberg Coleman Bryson Phillips Grossman, PLLC<br>100 Garden City Plaza<br>Suite 500<br>Garden City, NY 11530<br>(516) 741-5600 (tel)<br>(516) 741-0128 (fax)<br>rkassan@milberg.com | /s/ Anthony R. Martinez<br>Anthony R. Martinez<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>(816) 559-2683 (tel)<br>amartinez@shb.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I filed the foregoing document via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Randi Kassan*
Randi Kassan
