UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Moore et al. v. Monsanto Co.*,<br>Case No. 19-cv-04517-VC | **ORDER RE: INCORRECTLY FILED STIPULATION**<br>Re: Dkt. No. 17648 |

Pursuant to Pretrial Order No. 1 of *In re: Roundup Products Liability Litigation*, 16-md-2741-VC, all documents filed in MDL member cases must be filed on both the master docket and the docket of the member case.

In addition, the stipulation filed at the above docket number is captioned with the name of a different MDL, and it lists a case number associated with the transferor court. The caption must reflect the case number assigned to the member case by the Northern District of California.

The stipulation must be refiled in accordance with Pretrial Order No. 1 and with a corrected caption.

**IT IS SO ORDERED.**

Dated: December 20, 2023

_____
VINCE CHHABRIA
United States District Judge