UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ------------------------------------------- <br> **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** <br> ------------------------------------------- <br><br> **This document relates to:** <br><br> *Plaintiff John Wayne Rowe* <br> Case No.: 3:20-cv-04224-VC <br> ------------------------------------------- | **Case No.: 3:16-md-02741-VC** <br> **MDL No. 2741** <br><br> **Judge Vince Chhabria** <br> **Magistrate Judge Alex G. Tse** |

      Counsel for Plaintiff in the above-referenced action respectfully moves this Court to substitute Renee F. Bergman, as personal representative of the estate of John Wayne Rowe, deceased, pursuant to Rule 25 of the Federal Rules of Civil Procedure.

      1.      On March 31, 2020, Plaintiff John Wayne Rowe filed a products liability lawsuit in the United States District Court for the Northern District of California, Case No. 3:20-cv-04224-VC.

      2.      Plaintiff John Wayne Rowe passed away on November 12, 2020. *See* Exhibit A.

      3.      On December 15, 2023, Plaintiff filed a Suggestion of Death in this case under the individual docket (3:20-cv-04224-VC). On December 20, 2023, Plaintiff filed a Suggestion of Death in this case under the master docket.

      4.      On January 26, 2022, Renee F. Bergman was appointed Personal Representative by the Probate Court of Hernando County, Florida. *See* Exhibit B.

5. As duly appointed personal representative of John Wayne Rowe's estate, Renee F. Bergman is the proper party to make this substitution and has a right to pursue the claims arising out of John Wayne Rowe's Non-Hodgkin's lymphoma and death.

6. Renee F. Bergman, in her capacity as Personal Representative of the Estate of John Wayne Rowe, moves to be substituted as the sole Plaintiff in the present action.

7. No party will be prejudiced by this amendment, and it serves the needs of justice.

8. Therefore, Plaintiff requests that this Court enter an Order substituting Renee F. Bergman in place of John Wayne Rowe. The case caption is requested to be amended as follows: "Renee F. Bergman, as Personal Representative of the Estate of John Wayne Rowe."

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that RENEE F. BERGMAN, Personal Representative of the Estate of John Wayne Rowe, be substituted as Plaintiff in place of the deceased, so that claims may survive and the action on the estate's behalf may proceed.

DATED: December 20, 2023
　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Lynne M. Kizis
**Lynne M. Kizis**
New Jersey Bar No. 037831987
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Tele: (732) 855-6424
Fax:  (732) 726-6612
lkizis@wilentz.com

#14185100.1

## **CERTIFICATE OF SERVICE**

      I, Lynne M. Kizis, hereby certify that on December 20, 2023, the foregoing was served electronically and notice of service of this document will be sent to all parties by the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

Dated:  December 20, 2023                                          */s/* Lynne M. Kizis
                                                                                                     Lynne M. Kizis

#14185100.1