**STATE OF FLORIDA**

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2020206520

**DATE ISSUED:** NOVEMBER 17, 2020
**DATE FILED:** NOVEMBER 17, 2020

### DECEDENT INFORMATION

NAME: JOHN WAYNE ROWE

DATE OF DEATH: NOVEMBER 12, 2020    SEX: MALE    SSN: 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    AGE: 080 YEARS
DATE OF BIRTH: AUGUST 6, 1940    BIRTHPLACE: NANTICOKE, PENNSYLVANIA, UNITED STATES
PLACE OF DEATH: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 7331 BROOKRIDGE CENTRAL BOULEVARD
LOCATION OF DEATH: BROOKSVILLE, HERNANDO COUNTY, 34613
RESIDENCE: 7331 BROOKRIDGE CENTRAL BOULEVARD, BROOKSVILLE, FLORIDA 34613, UNITED STATES    COUNTY: HERNANDO
OCCUPATION, INDUSTRY: GENERATOR MECHANIC, UNITED STATES GOVERNMENT
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED    EVER IN U.S. ARMED FORCES? YES
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: MAE MEGIVERN
FATHER'S/PARENT'S NAME: ERNEST ROWE
MOTHER'S/PARENT'S NAME: MARION SHUKAIT

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: MAE M ROWE
RELATIONSHIP TO DECEDENT: WIFE
INFORMANT'S ADDRESS: 7331 BROOKRIDGE CENTRAL BOULEVARD, BROOKSVILLE, FLORIDA 34613, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: RANDALL PATTERSON, F044880
FUNERAL FACILITY: MERRITT FUNERAL HOME INC F040612
2 SOUTH LEMON AVE, BROOKSVILLE, FLORIDA 34601
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: MERRITT FUNERAL HOME
BROOKSVILLE, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN    MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 1800    DATE CERTIFIED: NOVEMBER 16, 2020
CERTIFIER'S NAME: GARY CHARLES MCCARRAGHER
CERTIFIER'S LICENSE NUMBER: ME64668
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. LYMPHOMA, DIFFUSE LARGE B CELL                                             UNKNOWN

b.

c.

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? NO    AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:    DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY: NOT APPLICABLE    TIME OF INJURY (24 HOUR):    INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:    TYPE OF VEHICLE:

*Ken Jones*, STATE REGISTRAR

REQ: 2022115315

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.