IN THE CIRCUIT COURT FOR HERNANDO COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF

File No. 22-CP-70

Division

JOHN WAYNE ROWE,

Deceased.

LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, JOHN WAYNE ROWE, a resident of Hernando County, Florida, died on November 12, 2020, owning assets in the State of Florida, and

WHEREAS, RENEE F. BERGMANN has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned Circuit Judge, declare RENEE F. BERGMANN duly qualified under the laws of the State of Florida to act as personal representative of the estate of JOHN WAYNE ROWE, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

Ordered on ____1/26____, 2022.

_____*Pam Vergara*_____
Circuit Judge