UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ------------------------------------------- <br> **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** <br> ------------------------------------------- <br><br> **This document relates to:** <br><br> *Plaintiff John Wayne Rowe* <br> Case No.: 3:20-cv-04224-VC <br> ------------------------------------------- | Case No.: 3:16-md-02741-VC <br> MDL No. 2741 <br><br> **Judge Vince Chhabria** <br> **Magistrate Judge Alex G. Tse** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF RENEE F. BERGMAN IN PLACE OF JOHN WAYNE ROWE** |

1. Plaintiff's Motion to Substitute Renee F. Bergman, Personal Representative of the Estate of John Wayne Rowe, in Place of John Wayne Rowe pursuant to F.R.C.P. 25 is **GRANTED.**

2. Renee F. Bergman, Personal Representative of the Estate of John Wayne Rowe, is hereby substituted in place of John Wayne Rowe.

3. Accordingly, the case caption shall be amended as follows: "Renee F. Bergman, Personal Representative of the Estate of John Wayne Rowe."

SIGNED on this _____ day of _____, 2023

_____
VINCE CHHABRIA
United States District Court Judge

**Error! Unknown document property name.**