UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | |
| This document relates to: | MDL 2741 |
| *James Harmon v. Monsanto Company and Poudre Valley Co-operative Association, Inc.* Civil Action No. 3:20-CV-04215-VC | Case No. 3:16-md-02741-VC |

**STIPULATION FOR DISMISSAL OF**
**<u>DEFENDANT POUDRE VALLEY CO-OPERATIVE ASSOCIATION, INC.</u>**

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiff Clinton Blythe and Defendants Monsanto Company and Poudre Valley Co-operative Association, Inc., all parties who have appeared in this case, hereby stipulate to the dismissal without prejudice of Defendant Poudre Valley Co-operative Association, Inc., with each party to bear its own costs and attorney fees related to claims against said defendant.

This stipulation does not affect Plaintiff's claims against Defendant Monsanto Company.

Signed and submitted this 20th day of December, 2023.

                                                  BALABAN LAW LLC

                                                  By:  _s/ Roman Balaban_
                                                       Roman Balaban
                                                       8055 East Tufts Avenue, Suite 325
                                                       Denver, CO 80237
                                                       Phone: 303-377-3474
                                                       Fax: 303-377-3576
                                                       E-mail: balaban@denverfirm.com
                                                       *Attorney for Plaintiff*

STINNETT LAW GROUP PLLC

By: _s/ Mark A. Stinnett_____
    Mark A. Stinnett
    2 N. Cascade Avenue, Suite 1400
    Colorado Springs, CO 80903
    Phone: 719-999-5121
    Fax: 719-999-56922
    E-mail: mark@stlawgrp.com
    *Attorney for Defendant Poudre Valley*
    *Co-operative Association, Inc.*

KING & SPALDING LLP

By: _s/ Lana K. Varney_____
    Lana K. Varney
    500 West 2nd Street, Suite 1800
    Austin, TX 78701
    Phone: 512-457-2060
    E-mail: lvarney@kslaw.com
    *Attorney for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on all counsel via the Court's CM/ECF system on the 20th day of December, 2023.

    _s/ Mark A. Stinnett_____
    Mark A. Stinnett