UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | |
| This document relates to:<br><br>*Clinton Blyth v. Monsanto Company and Poudre Valley Co-op Association, Inc.*<br>Civil Action No. 3:19-cv-05651-VC | MDL 2741<br><br>Case No. 3:16-md-02741-VC |

**STIPULATION FOR DISMISSAL OF**
<u>**DEFENDANT POUDRE VALLEY CO-OPERATIVE ASSOCIATION, INC.**</u>

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiff Clinton Blythe and Defendants Monsanto Company and Poudre Valley Co-operative Association, Inc., all parties who have appeared in this case, hereby stipulate to the dismissal without prejudice of Defendant Poudre Valley Co-operative Association, Inc., with each party to bear its own costs and attorney fees related to claims against said defendant.

This stipulation does not affect Plaintiff's claims against Defendant Monsanto Company.

Signed and submitted this 20th day of December, 2023.

                                                  BALABAN LAW LLC

                                                  By: _s/ Roman Balaban_____
                                                      Roman Balaban
                                                      8055 East Tufts Avenue, Suite 325
                                                      Denver, CO 80237
                                                      Phone: 303-377-3474
                                                      Fax: 303-377-3576
                                                      E-mail: balaban@denverfirm.com
                                                      *Attorney for Plaintiff*

STINNETT LAW GROUP PLLC

By: s/ Mark A. Stinnett
Mark A. Stinnett
2 N. Cascade Avenue, Suite 1400
Colorado Springs, CO 80903
Phone: 719-999-5121
Fax: 719-999-56922
E-mail: mark@stlawgrp.com
*Attorney for Defendant Poudre Valley Co-operative Association, Inc.*

KING & SPALDING LLP

By: s/ Lana K. Varney
Lana K. Varney
500 West 2nd Street, Suite 1800
Austin, TX 78701
Phone: 512-457-2060
E-mail: lvarney@kslaw.com
*Attorney for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on all counsel via the Court's CM/ECF system on the 20th day of December, 2023.

s/ Mark A. Stinnett
Mark A. Stinnett