UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| _____ / | |
| CHARLES DITORO and DOROTHY DITORO, | |
|     Plaintiffs, | |
|     v. | Case No. 3:23-cv-01960 |
| MONSANTO COMPANY, | |
|     Defendant. | |
| _____ / | |
| FRANK MARCHICA, | |
|     Plaintiff, | |
|     v. | Case No. 3:23-cv-01271-VC |
| MONSANTO COMPANY, | |
|     Defendant. | |
| _____ / | |
| ROBERT PLUMMER and NANCY PLUMMER, | |
|     Plaintiffs, | |
|     v. | Case No. 3:23-cv-01269-VC |
| MONSANTO COMPANY, | |
|     Defendant. | |
| _____ / | |

RICHARD VON STADEN and SUSAN VON STADEN,

    Plaintiffs,

    v.                                      Case No. 3:23-cv-01182-VC

MONSANTO COMPANY,

    Defendant.
_____/

NORTON WESTBROOK and SUSIE WESTBROOK,

    Plaintiff,

    v.                                      Case No. 3:23-cv-02985-VC

MONSANTO COMPANY

    Defendant.
_____/

## MOTION TO VACATE ORDER OF DISMISSAL

COMES NOW, Plaintiffs, CHARLES DITORO and DOROTHY DITORO, FRANK MARCHICA, ROBERT PLUMMER and NANCY PLUMMER, RICHARD VON STADEN and SUSAN VON STADEN, and NORTON WESTBROOK and SUSIE WESTBROOK, by and through their undersigned counsel pursuant to Fed. R. Civ. P. 60(b) and moves this Court to Vacate its Order Dismissing Cases With Prejudice for Failure to Comply with Pretrial Order 240 [Doc. 17469], dated November 6, 2023, and in support thereof states:

    1.    On October 31, 2023, Plaintiff, FRANK MARCHICA, filed a settlement claim package with Special Master Ken Feinberg's settlement program. On December 18, 2023, Plaintiffs CHARLES DITORO and DOROTHY DITORO, RICHARD VON STADEN and SUSAN VON STADEN, and NORTON WESTBROOK and SUSIE WESTBROOK, all filed

settlement claim packages with Special Master Ken Feinberg's settlement program. Plaintiffs, ROBERT PLUMMER and NANCY PLUMMER, counsel is just waiting on claim package signatures and notarized affidavit from Mr. PLUMMER to submit Mr. PLUMMER'S claim form.

2. Plaintiffs have also all filed Plaintiff Fact Sheets and supporting documentation in their respective cases.

3. Through a clerical error and inadvertence with Plaintiffs' counsel in missing some emails, claim forms were not timely filed with Special Master Ken Feinberg. Claim forms have currently been submitted per Paragraph 1.

4. Plaintiff's counsel has filed numerous claim forms with Special Master Ken Feinberg's office previously.

5. This Court's Order Enforcing Pretrial Order 240 [Doc. 17336] stated that lead counsel shall notify counsel for each of these plaintiffs of this Order.

6. Plaintiff's counsel was never notified by lead counsel of the Court's Order Enforcing Pretrial Order 240 [Doc. 17336].

7. Plaintiff's counsel only became aware of these dismissals when undersigned counsel tried to file a claim form with Special Master Ken Feinberg on December 18, 2023.

8. Once Plaintiff's counsel became aware of these dismissals, due to inadvertence and clerical errors at Plaintiff's office, Plaintiff's counsel timely moved to vacate the dismissals and corrected the clerical record keeping errors that caused said delay.

9. Fed. R. Civ. P. 60(b)(1) states that "on motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect."

10. The policy of the law is to favor a hearing of a litigant's claim on the merits. *Russell v. Cunningham,* 279, F. 2d 797, 804 (9th Cir. 1960).

11. The fundamental purpose of the Rule 60(b) motion is to prevent the judgment from becoming the vehicle of injustice. *U.S. v. Walus,* 616, 283, 288 (7th Cir., 1980).

12. Parties should not be punished for their counsel's negligence except in extreme and unusual circumstances. *Hassenflu v. Pyke,* 491 F. 2d 1094 (5th Cir. 1974). Dismissal of a complaint with prejudice is a drastic remedy. *Id.*

13. Determining whether neglect will be considered "excusable" is an equitable one and all relevant circumstances should be taken into account. *Pioneer Investment Services Company v. Brunswick Associates Limited Partnership,* 507 U.S. 380, 395 (1993). These circumstances include the danger of prejudice, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith. *Id.*

14. There is no prejudice to the Defendant as the settlement program is still open, active and proceeding and Plaintiffs have already submitted the requested information to the Special Master and Plaintiff Fact Sheets have been submitted. The potential impact on judicial proceedings is negligible, if any. Plaintiffs are in Wave 8A (DITORO) and Wave 8B (MARCHICA, PLUMMER, VON STADEN, and WESTBROOK) and fact discovery does not even close until September 6, 2024, and October 9, 2024, respectively. The reason for the delay was due to Plaintiff's counsel's clerical errors, inadvertence, and excusable neglect due to the sheer number of related and unrelated Roundup emails and inaccurate filtering of notifications/emails/correspondence which resulted in missing emails/notifications. Plaintiff and Plaintiff's counsel acted in good faith and diligently filed this motion and diligently sent claim

forms to Special Master Kenneth upon learning of these dismissals and corrected the situation that produced the clerical errors, inadvertence, and neglect.

WHEREFORE, Plaintiffs respectfully request that this Court vacate its Order of Dismissal and allow Special Master Ken Feinberg to review Plaintiffs claims and participate in the Settlement Program and/or prosecute their claims on the merits.

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/ Austin Grinder*

Austin J. Grinder, Esquire
Fla. Bar No.: 54029
Eric Roslansky, Equire
Fla. Bar No.: 0042067
eroslansky@getjustice.com
roundup@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL  33733-6847
(727) 327-3222
Attorneys for Plaintiffs