**GOZA & HONNOLD, LLC**
Kirk J. Goza
*kgoza@gohonlaw.com*
9500 Nall Ave, Suite 400
Overland Park, Kansas 66207
Telephone: (913) 451-3433
Facsimile: (913) 839-0567

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This Document Relates to:<br><br>*Philip Myers v. Monsanto Co., et al.*<br>Case No. 3:19-cv-04411 | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII** |

Plaintiff's motion to move the above-listed matter from Wave VII-C to Wave VIII-C is granted.

Dated: _____

_____
United States District Judge Vince Chhabria