1  **GOZA & HONNOLD, LLC**
   Kirk J. Goza
2  *kgoza@gohonlaw.com*
   9500 Nall Ave, Suite 400
3  Overland Park, Kansas 66207
   Telephone: (913) 451-3433
4  Facsimile: (913) 839-0567

5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This Document Relates to:<br><br>*Larry Moore v. Monsanto Co., et al.*<br>Case No. 4:19-cv-01062 | Honorable Vince Chhabria<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to a dismissal without prejudice, with each party to bear its own attorneys' fees and costs. As a term of this stipulation, if Plaintiff wishes to re-file his case, he must re-file the case in the MDL action and not in any other jurisdiction.

Dated: December 21, 2023

By: */s/ Kirk J. Goza*
Kirk J. Goza
**GOZA & HONNOLD, LLC**
9500 Nall Ave, Suite 400
Overland Park, KS 66207
Telephone: (913) 451-3433
Facsimile: (913) 839-0567

*Attorney for Plaintiff*

00669012-1

- 1 -
STIPULATION OF DISMISSAL WITHOUT PREJUDICE

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Kirk J. Goza
Kirk J. Goza, Esq.