## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT FORAL SR.,                )
                                 )
                                 )          CIVIL ACTION
                                 )          No. 3:16-md-02741
                                 )          3:20-cv-03440
                                 )
          PLAINTIFF              )
                                 )
VS                               )
                                 )
MONSANTO COMPANY                 )          **JURY TRIAL DEMANDED**
                                 )
                                 )
          DEFENDANT              )
                                 )
                                 )

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO: CLERK OF THE ABOVE-ENTITLED COURT and ALL PARTIES AND COUNSEL OF
RECORD:

COMES NOW, Jason C. Webster and moves to withdraw as attorney of record for Plaintiff,
Robert Foral Sr. for the following reasons:

1.      There is good cause for this Court to grant the motion to withdraw because counsel
is unable to continue representing Mr. Foral due to a lack of cooperation from the client.  Mr. Foral
has indicated he will no longer cooperate with counsel to litigate this matter.

2.      Plaintiff's counsel has communicated repeatedly with Mr. Foral about this matter,
often receiving mixed messages from Mr. Foral.  At this point, Mr. Foral has made it clear that he
will no longer cooperate with counsel in this litigation, making it impossible to proceed on his
behalf.

3.      Jason C. Webster has delivered a copy of this motion to Robert Foral and notified him in writing of the motion by both certified and regular U.S. mail.

4.      Robert Foral's last known address and telephone number are:

10407 Hansen Ave
Omaha, NE 68124
402-397-1077
402-659-6161
Cheryl4L@cox.net

5.      This motion to withdraw has not been brought for purposes of delaying these proceedings.  There are no pending settings or deadlines in this case.

Therefore, Plaintiff's counsel, Jason C. Webster, seeks to withdraw as attorney of record on behalf of Robert Foral Sr.  A proposed Order granting this Motion is submitted herewith.

Respectfully submitted,

_/s/Jason C. Webster_____
JASON C. WEBSTER
Texas Bar No. 24033318
The Webster Law Firm PC
6200 Savoy Drive, Suite 515
Houston, Texas  77036
713.581.3900 (telephone)
713.581.3907 (facsimile)
Email: filing@thewebsterlawfirm.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on the 21st day of December 2023, a true and correct copy of the above and foregoing document was delivered upon Service via ECF upon all counsel of record in the Court's electronic filing system.

_____*/s/ Jason C. Webster*_____
Jason C. Webster

## **CERTIFICATE OF CONFERENCE**

I certify that I have conferred with counsel for the Defendant regarding our withdrawal. Counsel is unopposed.

_____*/s/ Jason C. Webster*_____
Jason C. Webster