# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT FORAL SR., | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | No. 3:16-md-02741 |
| | ) | 3:20-cv-03440 |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| VS | ) | |
| | ) | |
| MONSANTO COMPANY | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |
| | ) | |

## ORDER

This Court has considered the Motion of Jason C. Webster, to withdraw as attorney of record for Plaintiff, Robert Foral Sr., and hereby GRANTS the motion. In accordance with the rules, Robert Foral has been notified by sending notice of this motion to his last known address.

DATED this _____ day of _____, 2023.

_____
JUDGE OF THE DISTRICT COURT