Robin Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

Jerry Kristal *(Pro Hac Vice)*
**WEITZ & LUXENBERG, P.C.**
220 Lake Dr E #210
Cherry Hill, NJ 08002
Telephone: (856) 755-1115
Facsimile: (646) 293-4969

*Attorneys for Plaintiff*

Brian L. Stekloff *(Pro Hac Vice)*
**WILKINSON STEKLOFF LLP**
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005
bstekloff@wilkinsonstekloff.com

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Karen Delorme-Barton v. Monsanto,*<br>3:18-cv-01427-VC | **JOINT CERTIFICATION OF ADMITTED EXHIBITS REGARDING THE DECEMBER 12, 2023** ***DAUBERT*** **HEARING FOR DR. CRISTIAN TOMASETTI** |

Pursuant to the December 12, 2023 *Daubert* hearing regarding Plaintiff Delorme-Barton's motion to exclude Defendant Monsanto Co.'s expert Dr. Cristian Tomasetti in the above-

referenced action, the parties submit this Joint Certification of Counsel in accordance with Civil Local Rule 5-1(g).

Annexed hereto are true and correct copies of the following exhibits:

**Plaintiff's Admitted Exhibits**

| Exhibit No. | Description | Date |
|---|---|---|
| 36 | Table 5 of the Supplementary Materials for Tomasetti, et al., Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention | 2017 |
| 37 | Cancer Research UK website Terms and Conditions | 2023 |
| 49 | IARC List of classifications by cancer sites with sufficient or limited evidence in humans, IARC Monographs Volumes 1-134 | 2023 |
| 51 | Brown, et al., The fraction of cancer attributable to modifiable risk factors in England, Wales, Scotland, Northern Ireland and the United Kingdom in 2015 | 2018 |
| 55 | Azevedo e Silva, et al., The Fraction of Cancer Attributable to Ways of Life, Infections, Occupation and Environmental Agents in Brazil in 2020 | 2016 |

**Defendant's Admitted Exhibits**

| Exhibit No. | Description | Date |
|---|---|---|
| 101 | Expert Report of Cristian Tomasetti, Ph.D., In re: Roundup Products Liability Litigation, MDL No. 2741, Wave V | 2/12/2021 |
| 104 | Curriculum Vitae of Cristian Tomasetti, Ph.D. | 2023 |
| 106 | Tomasetti C., et al. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. Science 2015;347(6217):78-81 | 2015 |

| 107 | Tomasetti C., et al. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science 2017;355:1330-1334 | 2017 |
| 111 | Penisson S., et al. Evaluating cancer etiology and risk with a mathematical model of tumor evolution. Nat Commun 2022;13:7224 https://doi.org/10.1038/s41467-022-34760-1 | 2022 |
| 113 | Parkin D. The fraction of cancer attributable to lifestyle and environmental factors in the UK in 2010. Br J Cancer 2011;105:S2-S5 doi:10.1038/bjc.2011.474 | 2011 |
| 119 | American Cancer Society, Gene Changes and Cancer, available at https://www.cancer.org/cancer/understanding-cancer/genes-andcancer/gene-changes.html | 8/31/2022 |

Executed this 21st Day of December 2023.

Respectfully submitted,

By: */s/ Robin L. Greenwald*
Robin L. Greenwald (*Pro Hac Vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: 212-558-5802
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff*

*/s/ Brian L. Stekloff*
Brian L. Stekloff (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005
bstekloff@wilkinsonstekloff.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December 2023, a copy of the foregoing was filed with the Clerk of the Court through CM/ ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin Greenwald*

*/s/ Brian L. Stekloff*