**CANCER RESEARCH UK** Together we are beating cancer

# Terms and conditions

## 1. Definitions

In these terms and conditions:

- "Cancer Research UK", "we" or "our" means Cancer Research UK, a registered charity in England and Wales (1089464), Scotland (SC041666), the Isle of Man (1103) and Jersey (247).
- "Material" means all of the information, data, text, graphics, links, computer code or other material published on, contained or available on the Website;
- "User", "you" or "your" means the individual or organisation accessing the Website, ordering goods or services, registering for events and/or making donations;
- "Website" means any website under the ownership or control of Cancer Research UK which links to these terms and conditions.

## 2. Your use of the Website

By using the Website, you confirm that you accept these terms and conditions and that you agree to comply with them. If you do not agree, you must not use the Website.

We may amend or revise these terms and conditions at any time by updating the text of this page.

You can view any non-password protected parts of the Website and use the Material contained on the Website for your own purposes provided you:

- use it for information purposes and/or reproduction for personal use only, and not for reproduction on any other website or for commercial gain;
- notify and seek Cancer Research UK's approval before creating any links to the Website; and
- do not copy, store, or transmit in any form or by any means to any third party, any part of the Website, without Cancer Research UK's written permission.

The Website is intended for use by UK residents in relation to their activities within the UK.

## 3. Copyright and trademarks

Cancer Research UK is the owner or licensee of the copyright in the Material. Unauthorised use of the Material (including reproduction, storage, modification, distribution or republication) without the prior written consent of the copyright holder(s) is not allowed.

**Tomasetti Ex. 37**

The Cancer Research UK name and logos are some of Cancer Research UK's registered trademarks. You may not use Cancer Research UK's unregistered or registered trademarks without the prior consent of Cancer Research UK.

## 4. Your lawful use of the Website

When you use the Website (including uploading content to the Website or making contact with other Users of the Website), you must not:

- in any way breach any applicable law or regulation;
- infringe the copyright, trademarks or other intellectual property rights of third parties;
- in any way be abusive, vulgar, obscene, unlawful, fraudulent, threatening, defamatory and/or or hateful to any person;
- violate the privacy or other personal rights of others;
- have the intention of harming or attempting to harm minors in any way;
- knowingly transmit any data, send or upload any material that contains viruses or any other harmful programs or similar computer code designed to adversely affect the operation of any computer software or hardware.

Any content you upload to the Website will be considered non-confidential and non-proprietary. The User retains all ownership rights in the content, but agrees to grant Cancer Research UK a perpetual, royalty-free, non-exclusive licence to use the content on the Website. This includes storing, copying and making the content available to third parties.

Cancer Research UK has the right to remove any content uploaded by you if, in our opinion, it does not comply with these terms and conditions.

## 5. Reliance on information on this Website

The content on this Website if provided for general information only. It is not intended to amount to advice on which you should rely.

Although we make reasonable efforts to update the information on our Website, we make no representations, warranties or guarantees that the content on our Website is accurate, complete or up to date.

## 6. Limitation of liability

Cancer Research UK will not be liable for any direct, indirect or consequential damages (even if foreseeable) whether based on contract, tort or otherwise, to the fullest extent permitted by law. This includes but is not limited to liability for: loss of data or profits; interruptions or delays to the Website; the provision of or failure to provide services; any information, Material, goods and services obtained through the Website; or otherwise arising out of your use of the Website.

## 7. Third party websites

The Website may contain links to websites operated by parties other than Cancer Research UK. Such links are provided for your convenience only. Cancer Research UK does not control such websites, and is not responsible for their content. Cancer Research UK's inclusion of links to such websites does not imply any endorsement of the

material on such websites or any association with their operators. The User is solely responsible for evaluating the accuracy and completeness of any information contained on the third party websites, and also the value and integrity of any goods and services offered by such websites.

## 8. Other terms that may apply to you

Our Privacy Statement sets out the terms on which we process any personal data we collect from you, or that you provide to us.

Cookies enhance your online experience. Our Cookies Policy provides information about how cookies are used on our Website.

If you purchase goods from our Website, our Shop Terms and Conditions will apply.

## 9. Viruses

Although Cancer Research UK makes all reasonable attempts to exclude viruses from the Website, we cannot ensure such exclusion and no liability is accepted for damage caused through the downloading of viruses. Therefore, please take all appropriate safeguards before downloading information from the Website.

## 10. Encryption

Although the Website uses encryption security software in areas where online payment details are accepted, the security of information and payments transmitted via the Internet cannot be guaranteed. Cancer Research UK will not be liable for any loss incurred by any User who transmits information by means of e-mail or other Internet links.

## 11. Force majeure

Cancer Research UK will not be in breach of its obligations under these terms and conditions, nor liable to the User for any loss or damage which may be suffered by another party due to any cause beyond its reasonable control. This includes but is not limited to any act of God, strike, trade dispute, act of terrorism, act or omission of government or regulatory bodies.

## 12. General

If any provisions of these terms and conditions are held to be invalid or unenforceable, this will not affect the validity or enforceability of the remaining provisions.

These terms and conditions constitute the entire agreement between you and Cancer Research UK and supersede all other communications and proposals, whether electronic or written, between the User and Cancer Research UK.

Any failure of Cancer Research UK to exercise or enforce any of its rights under these terms and conditions shall not be deemed to be a waiver of any such rights.

## 13. Jurisdiction

The terms and conditions and the use by the User of the Website are governed by the laws of England and Wales. Any disputes arising from or relating to the Website, any transactions made on the Website and/or these terms and conditions will be subject to the exclusive jurisdiction of the English courts.

© Cancer Research UK 2017

## Speak to a nurse

Nurse Helpline

0808 800 4040

Questions about cancer? Call freephone

9 to 5 Monday to Friday or email us

## Quick links

Find local shops

Shop online

Contact us

Jobs

## Follow us

    

About our information

Terms and conditions

Privacy

Modern Slavery Statement

Cookies

Accessibility

Sitemap

Cancer Research UK is a registered charity in England and Wales (1089464), Scotland (SC041666), the Isle of Man (1103) and Jersey (247). A company limited by guarantee. Registered company in England and Wales (4325234) and the Isle of Man (5713F). Registered address: 2 Redman Place, London, E20 1JQ.