Case 3:16-md-02741-VC   Document 17662-3   Filed 12/21/23   Page 1 of 14




**International Agency for Research on Cancer**

**World Health Organization**

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134**[a]

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
|---|---|---|
| **Lip, oral cavity, and pharynx** | | |
| Lip | | Hydrochlorothiazide<br>Solar radiation |
| Oral cavity | Acetaldehyde associated with consumption of alcoholic beverages<br>Alcoholic beverages<br>Betel quid with tobacco<br>Betel quid without tobacco<br>Human papillomavirus type 16<br>Tobacco, smokeless<br>Tobacco smoking | Bitumens, occupational exposure to hard bitumens and their emissions during mastic asphalt work<br>Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing<br>Human papillomavirus type 18 |
| Salivary gland | Acetaldehyde associated with consumption of alcoholic beverages<br>X- and Gamma-radiation | Radioiodines, including iodine-131 |
| Pharynx: oropharynx [b] | Human papillomavirus type 16 | |
| Pharynx: tonsil [b] | Human papillomavirus type 16 | |
| Pharynx: nasopharynx [b] | Epstein–Barr virus<br>Formaldehyde<br>Salted fish, Chinese-style<br>Wood dust | Pickled vegetables (traditional Asian) |
| Pharynx: all combined | Acetaldehyde associated with consumption of alcoholic beverages<br>Alcoholic beverages<br>Betel quid with tobacco<br>Tobacco smoking | Asbestos (all forms)<br>Bitumens, occupational exposure to hard bitumens and their emissions during mastic asphalt work<br>Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing<br>Opium consumption<br>Tobacco smoke, secondhand |

**Tomasetti**
**Ex. 49**

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| **Digestive organs** | | |
| Oesophagus | Acetaldehyde associated with consumption of alcoholic beverages<br>Alcoholic beverages<br>Betel quid with tobacco<br>Betel quid without tobacco<br>Tobacco, smokeless<br>Tobacco smoking<br>X- and Gamma-radiation | Bitumens, occupational exposure to hard bitumens and their emissions during mastic asphalt work<br>Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing<br>Dry cleaning<br>Opium consumption<br>Pickled vegetables (traditional Asian)<br>Rubber manufacturing industry<br>Very hot beverages (squamous cell carcinoma) |
| Stomach | *Helicobacter pylori* (infection with)<br>Rubber manufacturing industry<br>Tobacco smoking<br>X- and Gamma-radiation | Art glass, glass containers and pressed ware (manufacture of)<br>Asbestos (all forms)<br>Epstein–Barr virus<br>Lead compounds, inorganic<br>Nitrate or nitrite (ingested) under conditions that result in endogenous nitrosation<br>Opium consumption<br>Pickled vegetables (traditional Asian)<br>Processed meat (consumption of)<br>Salted fish, Chinese-style |
| Colon | Alcoholic beverages<br>Processed meat (consumption of)<br>Tobacco smoking<br>X- and Gamma-radiation | Asbestos (all forms)<br>Firefighter (occupational exposure as a)<br>Night shift work<br>Red meat (consumption of)<br>*Schistosoma japonicum* (infection with) |

IARC, 25 avenue Tony Garnier 69366 Lyon CEDEX 07, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2023 - All Rights Reserved.

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| Rectum | Alcoholic beverages<br>Processed meat (consumption of)<br>Tobacco smoking | Asbestos (all forms)<br>Night shift work<br>Red meat (consumption of)<br>*Schistosoma japonicum* (infection with)<br>X- and Gamma-radiation |
| Anus | Human immunodeficiency virus type 1 (infection with)<br>Human papillomavirus type 16 | Human papillomavirus types 18 and 33 |
| Liver | Aflatoxins<br>Alcoholic beverages<br>Estrogen–progestogen oral contraceptives (combined)<br>Hepatitis B virus (chronic infection with)<br>Hepatitis C virus (chronic infection with)<br>Plutonium<br>Thorium-232 and its decay products<br>Tobacco smoking (in smokers and in smokers' children)<br>Vinyl chloride | Androgenic (anabolic) steroids<br>Arsenic and inorganic arsenic compounds<br>Aspartame (hepatocellular carcinoma)<br>Betel quid without tobacco<br>DDT (4,4'-dichlorodiphenyl-trichloroethane)<br>Human immunodeficiency virus type 1 (infection with)<br>*Schistosoma japonicum* (infection with)<br>Trichloroethylene<br>X- and Gamma-radiation |
| Bile duct | *Clonorchis sinensis* (infection with)<br>1,2-Dichloropropane<br>*Opisthorchis viverrini* (infection with)<br>Plutonium<br>Thorium-232 and its decay products<br>Tobacco smoking (in smokers) | Androgenic (anabolic) steroids<br>Arsenic and inorganic arsenic compounds<br>Betel quid without tobacco<br>DDT (4,4'-dichlorodiphenyl-trichloroethane)<br>Dichloromethane (methylene chloride)<br>Hepatitis B virus (chronic infection with)<br>Hepatitis C virus (chronic infection with)<br>*Schistosoma japonicum* (infection with)<br>Trichloroethylene<br>X- and Gamma-radiation |

IARC, 25 avenue Tony Garnier 69366 Lyon CEDEX 07, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2023 - All Rights Reserved.

**List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134**[a]

| Cancer site | Carcinogenic agents with *sufficient evidence* in humans | Agents with *limited evidence* in humans |
| --- | --- | --- |
| Gall bladder | Thorium-232 and its decay products | |
| Pancreas | Tobacco, smokeless<br>Tobacco smoking | Alcoholic beverages<br>Opium consumption<br>Red meat (consumption of)<br>Thorium-232 and its decay products<br>X- and Gamma-radiation |
| Digestive tract, unspecified | | Radioiodines, including iodine-131 |
| **Respiratory and intrathoracic organs** | | |
| Nasal cavity and paranasal sinus | Isopropyl alcohol manufacture using strong acids<br>Leather dust<br>Nickel compounds<br>Radium-226 and its decay products<br>Radium-228 and its decay products<br>Tobacco smoking<br>Wood dust | Carpentry and joinery<br>Chromium(VI) compounds<br>Formaldehyde<br>Textile manufacturing industry (work in) |
| Larynx | Acetaldehyde associated with consumption of alcoholic beverages<br>Acid mists, strong inorganic<br>Alcoholic beverages<br>Asbestos (all forms)<br>Opium consumption<br>Tobacco smoking | Bitumens, occupational exposure to hard bitumens and their emissions during mastic asphalt work<br>Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing<br>Human papillomavirus types 16 and 18<br>Rubber manufacturing industry<br>Sulfur mustard<br>Tobacco smoke, secondhand |
| Lung | Acheson process, occupational exposure associated with<br>Aluminium production<br>Arsenic and inorganic arsenic compounds<br>Asbestos (all forms)<br>Beryllium and beryllium compounds<br>Bis(chloromethyl)ether; chloromethyl methyl ether (technical grade) | Acid mists, strong inorganic<br>Art glass, glass containers and pressed ware (manufacture of)<br>Benzene<br>Biomass fuel (primarily wood), indoor emissions from household combustion of<br>Bitumens, occupational exposure to hard bitumens and their |

IARC, 25 avenue Tony Garnier 69366 Lyon CEDEX 07, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2023 - All Rights Reserved.

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| | Cadmium and cadmium compounds<br>Chromium(VI) compounds<br>Coal, indoor emissions from household combustion<br>Coal gasification<br>Coal-tar pitch<br>Coke production<br>Engine exhaust, diesel<br>Haematite mining (underground)<br>Iron and steel founding (occupational exposure during)<br>MOPP and other combined chemotherapy including alkylating agents<br>Nickel compounds<br>Opium consumption<br>Outdoor air pollution<br>Outdoor air pollution, particulate matter in<br>Painter (occupational exposure as a)<br>Plutonium<br>Radon-222 and its decay products<br>Rubber manufacturing industry<br>Silica dust, crystalline, in the form of quartz or cristobalite<br>Soot (as found in occupational exposure of chimney sweeps)<br>Sulfur mustard<br>Tobacco smoke, secondhand<br>Tobacco smoking<br>Welding fumes<br>X- and Gamma-radiation | emissions during mastic asphalt work<br>Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing<br>Carbon electrode manufacture<br>*alpha*-Chlorinated toluenes (benzal chloride, benzotrichloride, benzyl chloride) and benzoyl chloride (combined exposures)<br>Cobalt metal with tungsten carbide<br>Creosotes<br>Diazinon<br>Frying, emissions from high-temperature<br>Hydrazine<br>Non-arsenical insecticides (occupational exposures in spraying and application of)<br>Printing processes (occupational exposures in)<br>Silicon carbide, fibrous<br>2,3,7,8-Tetrachlorodibenzo-*para*-dioxin<br>Trivalent antimony<br>Uranium, mixture of isotopes |
| **Upper aerodigestive tract** | | |
| Upper aerodigestive tract (oral cavity, pharynx, larynx, oesophagus) | Acetaldehyde associated with consumption of alcoholic beverages<br>Alcoholic beverages<br>Tobacco smoking | Bitumens, occupational exposure to hard bitumens and their emissions during mastic asphalt work<br>Bitumens, occupational exposure to oxidized bitumens and their emissions during roofing |

IARC, 25 avenue Tony Garnier 69366 Lyon CEDEX 07, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2023 - All Rights Reserved.

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| **Bone** | | |
| Bone | Plutonium<br>Radium-224 and its decay products<br>Radium-226 and its decay products<br>Radium-228 and its decay products<br>X- and Gamma-radiation | Radioiodines, including iodine-131 |
| **Skin** | | |
| Skin (melanoma) | Polychlorinated biphenyls<br>Solar radiation<br>Ultraviolet-emitting tanning devices | Firefighter (occupational exposure as a)<br>Petroleum refining (occupational exposures in) |
| Skin (malignant non-melanoma) | Arsenic and inorganic arsenic compounds<br>Azathioprine<br>Coal-tar distillation<br>Cyclosporine<br>Methoxsalen (8-methoxypsoralen) plus ultraviolet A radiation<br>Mineral oils, untreated or mildly treated<br>Shale oils<br>Solar radiation<br>Soot (as found in occupational exposure of chimney sweeps)<br>X- and Gamma-radiation | Creosotes<br>Human immunodeficiency virus type 1 (infection with)<br>Human papillomavirus types 5 and 8 (in patients with *epidermodysplasia verruciformis*)<br>Hydrochlorothiazide<br>Merkel cell polyomavirus (MCV)<br>Nitrogen mustard<br>Petroleum refining (occupational exposures in)<br>Ultraviolet-emitting tanning devices |
| **Mesothelium, endothelium, and soft tissue** | | |
| Mesothelium (pleura, peritoneum, and other) | Asbestos (all forms)<br>Erionite<br>Firefighter (occupational exposure as a)<br>Fluoro-edenite fibrous amphibole<br>Painter (occupational exposure as a) | |
| Endothelium (Kaposi sarcoma) | Human immunodeficiency virus type 1 (infection with)<br>Kaposi sarcoma herpesvirus | |

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| Soft tissue | | Polychlorophenols and their sodium salts (combined exposures) |
| | | Radioiodines, including iodine-131 |
| | | 2,3,7,8-Tetrachlorodibenzo-*para*-dioxin |
| **Breast** | | |
| Breast | Alcoholic beverages | Dieldrin, and aldrin metabolized to dieldrin |
| | Diethylstilbestrol | Digoxin |
| | Estrogen–progestogen oral contraceptives (combined) | Estrogen therapy, postmenopausal |
| | Estrogen–progestogen menopausal therapy (combined) | Ethylene oxide |
| | X- and Gamma-radiation | Night shift work |
| | | Polychlorinated biphenyls |
| | | Tobacco smoking |
| **Female genital organs** | | |
| Vulva | Human papillomavirus type 16 | Human immunodeficiency virus type 1 (infection with) |
| | | Human papillomavirus types 18, and 33 |
| Vagina | Diethylstilbestrol (exposure in utero) | Human immunodeficiency virus type 1 (infection with) |
| | Human papillomavirus type 16 | |
| Uterine cervix | Diethylstilbestrol (exposure in utero) | Human papillomavirus types 26, 53, 66, 67, 68, 70, 73, and 82 |
| | Estrogen–progestogen oral contraceptives (combined) | |
| | Human immunodeficiency virus type 1 (infection with) | |
| | Human papillomavirus types 16, 18, 31, 33, 35, 39, 45, 51, 52, 56, 58, and 59 | |
| | Tobacco smoking | |
| Endometrium | Estrogen therapy, postmenopausal | Diethylstilbestrol |
| | Estrogen–progestogen menopausal therapy (combined) | |
| | Tamoxifen | |
| Ovary | Asbestos (all forms) | Talc-based body powder (perineal use of) |
| | Estrogen therapy, postmenopausal | |

IARC, 25 avenue Tony Garnier 69366 Lyon CEDEX 07, France - Tel: +33 (0)4 72 73 84 85 - Fax: +33 (0)4 72 73 85 75
© IARC 2023 - All Rights Reserved.

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
|  | Tobacco smoking | X- and Gamma-radiation |
| **Male genital organs** | | |
| Penis | Human papillomavirus type 16 | Human immunodeficiency virus type 1 (infection with) |
|  |  | Human papillomavirus type 18 |
| Prostate |  | Androgenic (anabolic) steroids |
|  |  | Arsenic and inorganic arsenic compounds |
|  |  | Cadmium and cadmium compounds |
|  |  | Firefighter (occupational exposure as a) |
|  |  | Malathion |
|  |  | Night shift work |
|  |  | Red meat (consumption of) |
|  |  | Rubber manufacturing industry |
|  |  | Thorium-232 and its decay products |
|  |  | X- and Gamma-radiation |
| Testis |  | DDT (4,4'-dichlorodiphenyl-trichloroethane) |
|  |  | Diethylstilbestrol (exposure in utero) |
|  |  | *N*,*N*-Dimethylformamide |
|  |  | Firefighter (occupational exposure as a) |
|  |  | Perfluorooctanoic acid (PFOA) |

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| **Urinary tract** | | |
| Kidney | Tobacco smoking<br>Trichloroethylene<br>X- and Gamma-radiation | Arsenic and inorganic arsenic compounds<br>Cadmium and cadmium compounds<br>Perfluorooctanoic acid (PFOA)<br>Welding fumes |
| Renal pelvis and ureter | Aristolochic acid, plants containing<br>Phenacetin<br>Phenacetin, analgesic mixtures containing<br>Tobacco smoking | Aristolochic acid |
| Urinary bladder | Aluminium production<br>4-Aminobiphenyl<br>Arsenic and inorganic arsenic compounds<br>Auramine production<br>Benzidine<br>Chlornaphazine<br>Cyclophosphamide<br>Firefighter (occupational exposure as a)<br>Magenta production<br>2-Naphthylamine<br>Opium consumption<br>Painter (occupational exposure as a)<br>Rubber manufacturing industry<br>*Schistosoma haematobium* (infection with)<br>Tobacco smoking<br>*ortho*-Toluidine<br>X- and Gamma-radiation | 4-Chloro-*ortho*-toluidine<br>Coal-tar pitch<br>Dry cleaning (occupational exposures in)<br>Engine exhaust, diesel<br>Hairdresser or barber (occupational exposure as a)<br>2-Mercaptobenzothiazole<br>Outdoor air pollution<br>Pioglitazone<br>Printing processes (occupational exposures in)<br>Soot (as found in occupational exposure of chimney sweeps)<br>Tetrachloroethylene (Perchloroethylene)<br>Textile manufacturing industry (work in) |

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| **Eye, brain, and central nervous system** | | |
| Eye | Human immunodeficiency virus type 1 (infection with) <br> Ultraviolet emissions from welding <br> Ultraviolet-emitting tanning devices | Solar radiation |
| Brain and central nervous system | X- and Gamma-radiation | Radiofrequency electromagnetic fields (glioma and acoustic neuroma) |
| **Endocrine glands** | | |
| Thyroid | Radioiodines, including iodine-131 <br> X- and Gamma-radiation | |
| **Lymphoid, haematopoietic, and related tissues** [c] | | |
| **Childhood leukaemia** | | |
| Childhood acute lymphocytic leukaemia [d] | | Tobacco smoking (parental) |
| Childhood acute myeloid leukaemia [d] | | Benzene <br> Teniposide <br> Tobacco smoking (parental) |
| Childhood leukaemia: all combined | Fission products, including strontium-90 <br> Thorium-232 and its decay products <br> X- and Gamma-radiation | Chloramphenicol <br> Magnetic fields, extremely low-frequency <br> Painter (maternal occupational exposure as a) <br> Radioiodines, including iodine-131 <br> Tobacco smoking (parental exposure) |

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| **Lymphoid, haematopoietic, and related tissues (contd)** [c] | | |
| **Leukaemia** | | |
| Acute myeloid leukaemia [e] | Benzene<br>Busulfan<br>Chlorambucil<br>Cyclophosphamide<br>Etoposide in combination with cisplatin and bleomycin<br>Formaldehyde<br>Melphalan<br>MOPP and other combined chemotherapy including alkylating agents<br>Phosphorus-32, as phosphorus<br>Semustine [1-(2-Chloroethyl)-3-(4-methylcyclohexyl)-1-nitrosourea, Methyl-CCNU]<br>Thorium-232 and its decay products<br>Tobacco smoking<br>Treosulfan<br>X- and Gamma-radiation | Bischloroethyl nitrosourea (BCNU)<br>Etoposide<br>Mitoxantrone<br>Teniposide |
| Other acute non-lymphocytic leukaemia [e] | Benzene<br>Formaldehyde<br>Phosphorus-32, as phosphorus<br>Thorium-232 and its decay products<br>X- and Gamma-radiation | Bischloroethyl nitrosourea (BCNU) |
| Chronic myeloid leukaemia [e] | Formaldehyde<br>Thorium-232 and its decay products<br>Tobacco smoking<br>X- and Gamma-radiation | Benzene |
| Acute lymphocytic leukaemia [e] | Phosphorus-32, as phosphorus<br>Thorium-232 and its decay products<br>X- and Gamma-radiation | |
| Chronic lymphocytic leukaemia [e] | | Benzene<br>Ethylene oxide |

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| Adult T-cell leukaemia/lymphoma (ATLL) [e] | Human T-cell lymphotropic virus type 1<br>Thorium-232 and its decay products<br>X- and Gamma-radiation | |
| Leukaemia: all combined | 1,3-Butadiene<br>Fission products, including strontium-90<br>Rubber manufacturing industry<br>Thiotepa | Chloramphenicol<br>Diazinon<br>Nitrogen mustard<br>Petroleum refining (occupational exposures in)<br>Radioiodines, including iodine-131<br>Radon-222 and its decay products<br>Styrene |
| **Lymphoma** | | |
| Hodgkin lymphoma [f] | Epstein–Barr virus<br>Human immunodeficiency virus type 1 (infection with) | |
| Primary effusion lymphoma [f] | Kaposi sarcoma herpesvirus | |
| Non-Hodgkin lymphoma: immunosuppression-related lymphoma [f, g] | Epstein–Barr virus | |
| Non-Hodgkin lymphoma: Burkitt lymphoma [f, g] | Epstein–Barr virus | Malaria (caused by infection with *Plasmodium falciparum* in holoendemic areas) |
| Non-Hodgkin lymphoma: extranodal NK/T-cell lymphoma (nasal type) [f, g] | Epstein–Barr virus | |
| Non-Hodgkin lymphoma: low-grade B-cell mucosa associated lymphoid tissue (MALT) gastric lymphoma [f, g] | *Helicobacter pylori* (infection with) | |
| Non-Hodgkin lymphoma: all combined [f] | Azathioprine<br>Cyclosporine<br>Hepatitis C virus (chronic infection with)<br>Human immunodeficiency virus type 1 (infection with)<br>Lindane<br>Pentachlorophenol | Benzene<br>Chlorophenoxy herbicides<br>DDT (4,4'-dichlorodiphenyl-trichloroethane)<br>Diazinon<br>Dichloromethane (methylene chloride)<br>Ethylene oxide |

| List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a] | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| | | Firefighter (occupational exposure as a) |
| | | Glyphosate |
| | | Hepatitis B virus (chronic infection with) |
| | | Malathion |
| | | Polychlorinated biphenyls |
| | | Polychlorophenols and their sodium salts (mixed exposures) |
| | | 2,3,7,8-Tetrachlorodibenzo-*para*-dioxin |
| | | Trichloroethylene |
| | | X- and Gamma-radiation |
| Multicentric Castleman disease [f] | | Kaposi sarcoma herpesvirus |
| Lymphoma: all combined | 1,3-Butadiene<br>Rubber manufacturing industry | Styrene |
| **Multiple myeloma** | | |
| Multiple myeloma | 1,3-Butadiene<br>Pentachlorophenol | Benzene<br>Ethylene oxide<br>Styrene<br>1,1,1-Trichloroethane<br>X- and Gamma-radiation |
| **Multiple or unspecified sites** | | |
| Lymphoepithelioma-like carcinoma (LELC) | | Epstein–Barr virus |
| Multiple sites (unspecified) | Cyclosporine<br>Fission products, including strontium-90<br>X- and Gamma-radiation (exposure in utero) | Chlorophenoxy herbicides |
| All cancer sites (combined) | 2,3,7,8-Tetrachlorodibenzo-*para*-dioxin | |

| **List of classifications by cancer sites with *sufficient* or *limited evidence* in humans, *IARC Monographs* Volumes 1–134[a]** | | |
|---|---|---|
| **Cancer site** | **Carcinogenic agents with *sufficient evidence* in humans** | **Agents with *limited evidence* in humans** |
| **Footnotes** | | |
| [a] This table does not include factors not covered in the *IARC Monographs*, notably genetic traits, reproductive status, and some nutritional factors. | | |
| [b] See also Pharynx: all combined | | |
| [c] For historical purposes, chronic lymphocytic leukaemia (CLL) has been included with leukaemias rather than as CLL/small lymphocytic lymphoma with non-Hodgkin lymphomas. | | |
| [d] See also Childhood leukaemia: all combined | | |
| [e] See also Leukaemia: all combined | | |
| [f] See also Lymphoma: all combined | | |
| [g] See also non-Hodgkin lymphoma: all combined | | |
| Adapted from Table 4 in Cogliano *et al.* (2011); available from: http://jnci.oxfordjournals.org/content/early/2011/12/11/jnci.djr483.short?rss=1 , and supplemented with new information for more recent *IARC Monographs* evaluations and a more complete description of the evidence for cancers of lymphoid, haematopoietic, and related tissues. | | |

Last update: 19 July 2023