Case 3:16-md-02741-VC   Document 17662-8   Filed 12/21/23   Page 1 of 33



**Are most human cancers due to bad luck?** *pp. 12 & 78*

**An exodus of scientists from eastern Ukraine** *p. 14*

**Optimizing chemistry at the microgram scale** *p. 49*

# Science

$10
2 JANUARY 2015
sciencemag.org

AAAS

## An evolving threat

How gene flow sped the evolution
of the malarial mosquito *pp. 27, 42, & 43*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TOMASETTI EX. 106**

Case No. 3:18-cv-01427-VC

Date Entered _____

By _____
        Deputy Clerk

**RESEARCH** | REPORTS

leads to Cdc48 recruitment for extraction and degradation of the incomplete translation product. Rqc2p, through specific binding to Ala(IGC) and Thr(IGU) tRNAs, directs the template-free and 40S-free elongation of the incomplete translation product with CAT tails. CAT tails induce a heat shock response through a mechanism that is yet to be determined.

Hypomorphic mutations in the mammalian homolog of *LTN1* cause neurodegeneration in mice (*21*). Similarly, mice with mutations in a central nervous system–specific isoform of tRNA$^{Arg}$ and GTPBP2, a homolog of yeast Hbs1 which works with PELOTA/Dom34 to dissociate stalled 80S ribosomes, suffer from neurodegeneration (*22*). These observations reveal the consequences that ribosome stalls impose on the cellular economy. Eubacteria rescue stalled ribosomes with the transfer-messenger RNA (tmRNA)–SmpB system, which appends nascent chains with a unique C-terminal tag that targets the incomplete protein product for proteolysis (*23*). The mechanisms used by eukaryotes, which lack tmRNA, to recognize and rescue stalled ribosomes and their incomplete translation products have been unclear. The RQC—and Rqc2p's CAT tail tagging mechanism in particular—bear both similarities and contrasts to the tmRNA *trans*-translation system. The evolutionary convergence upon distinct mechanisms for extending incomplete nascent chains at the C terminus argues for their importance in maintaining proteostasis. One advantage of tagging stalled chains is that it may distinguish them from normal translation products and facilitate their removal from the protein pool. An alternate, not mutually exclusive, possibility is that the extension serves to test the functional integrity of large ribosomal subunits, so that the cell can detect and dispose of defective large subunits that induce stalling.

**REFERENCES AND NOTES**

1. O. Brandman *et al.*, *Cell* **151**, 1042–1054 (2012).
2. Q. Defenouillère *et al.*, *Proc. Natl. Acad. Sci. U.S.A.* 10.1073/pnas.1221724110 (2013).
3. R. Verma, R. S. Oania, N. J. Kolawa, R. J. Deshaies, *eLife* **2**, e00308 (2013).
4. S. Shao, K. von der Malsburg, R. S. Hegde, *Mol. Cell* **50**, 637–648 (2013).
5. G.-W. Li, D. Burkhardt, C. Gross, J. S. Weissman, *Cell* **157**, 624–635 (2014).
6. D. Lyumkis *et al.*, *Proc. Natl. Acad. Sci. U.S.A.* **110**, 1702–1707 (2013).
7. S. Shao, R. S. Hegde, *Mol. Cell* **55**, 880–890 (2014).
8. R. Lill, J. M. Robertson, W. Wintermeyer, *Biochemistry* **25**, 3245–3255 (1986).
9. G. E. Katibah *et al.*, *Proc. Natl. Acad. Sci. U.S.A.* **111**, 12025–12030 (2014).
10. D. Chu, D. J. Barnes, T. von der Haar, *Nucleic Acids Res.* **39**, 6705–6714 (2011).
11. P. F. Agris, F. A. P. Vendeix, W. D. Graham, *J. Mol. Biol.* **366**, 1–13 (2007).
12. F. H. C. Crick, *J. Mol. Biol.* **19**, 548–555 (1966).
13. A. P. Gerber, W. Keller, *Science* **286**, 1146–1149 (1999).
14. E. Delannoy *et al.*, *Plant Cell* **21**, 2058–2071 (2009).
15. M. A. T. Rubio, F. L. Ragone, K. W. Gaston, M. Ibba, J. D. Alfonzo, *RNA* **12**, 2096–2103 (2006).
16. R. E. Monro, *Nature* **223**, 903–905 (1969).
17. D. P. Letzring, K. M. Dean, E. J. Grayhack, *RNA* **16**, 2516–2528 (2010).
18. S. Ito-Harashima, K. Kuroha, T. Tatematsu, T. Inada, *Genes Dev.* **21**, 519–524 (2007).
19. K. Kobayashi *et al.*, *Proc. Natl. Acad. Sci. U.S.A.* **107**, 17575–17579 (2010).
20. A. M. Burroughs, L. Aravind, *RNA Biol.* **11**, 360–372 (2014).
21. J. Chu *et al.*, *Proc. Natl. Acad. Sci. U.S.A.* **106**, 2097–2103 (2009).
22. R. Ishimura *et al.*, *Science* **345**, 455–459 (2014).
23. D. Moore, R. T. Sauer, *Annu. Rev. Biochem.* **76**, 101–124 (2007).
24. A. Gerber, H. Grosjean, T. Melcher, W. Keller, *EMBO J.* **17**, 4780–4789 (1998).
25. K. W. Gaston *et al.*, *Nucleic Acids Res.* **35**, 6740–6749 (2007).
26. G. E. Crooks, G. Hon, J. M. Chandonia, S. E. Brenner, *Genome Res.* **14**, 1188–1190 (2004).

**ACKNOWLEDGMENTS**

Electron microscopy was performed at the University of Utah and the University of California. We thank D. Belnap (University of Utah) and M. Braunfeld (University of California, San Francisco) for supervision of the electron microscopes; A. Orendt and the Utah Center for High Performance Computing and the NSF Extreme Science and Engineering Discovery Environment consortium for computational support; D. Sidote (University of Texas at Austin)

for help processing RNA-seq data; and D. Herschlag and P. Harbury for helpful comments. Amino acid analysis was performed by J. Shulze at the University of California, Davis Proteomics Core. Edman sequencing was performed at Stanford University's Protein and Nucleic Acid Facility by D. Winant. This work was supported by the Searle Scholars Program (A.F.); Stanford University (O.B.); NIH grants 1DP2GM110772-01 (A.F.), GM37949, and GM37951 (A.M.L.); the Center for RNA Systems Biology grants P50 GM102706 (J.S.W.) and U01 GM098254 (J.S.W.); and the Howard Hughes Medical Institute (J.S.W.). The authors declare no competing financial interests. The cryo-EM structures have been deposited at the Electron Microscopy Data Bank (accession codes 2811, 2812, 6169, 6170, 6171, 6172, 6176, and 6201).

**SUPPLEMENTARY MATERIALS**

www.sciencemag.org/content/347/6217/75/suppl/DC1
Materials and Methods
Figs. S1 to S13
Table S1
References (*27*–*41*)

7 August 2014; accepted 14 November 2014
10.1126/science.1259724

Downloaded from http://science.sciencemag.org/ on September 25, 2019

**CANCER ETIOLOGY**

# Variation in cancer risk among tissues can be explained by the number of stem cell divisions

Cristian Tomasetti[1]* and Bert Vogelstein[2]*

Some tissue types give rise to human cancers millions of times more often than other tissue types. Although this has been recognized for more than a century, it has never been explained. Here, we show that the lifetime risk of cancers of many different types is strongly correlated (0.81) with the total number of divisions of the normal self-renewing cells maintaining that tissue's homeostasis. These results suggest that only a third of the variation in cancer risk among tissues is attributable to environmental factors or inherited predispositions. The majority is due to "bad luck," that is, random mutations arising during DNA replication in normal, noncancerous stem cells. This is important not only for understanding the disease but also for designing strategies to limit the mortality it causes.

Extreme variation in cancer incidence across different tissues is well known; for example, the lifetime risk of being diagnosed with cancer is 6.9% for lung, 1.08% for thyroid, 0.6% for brain and the rest of the nervous system, 0.003% for pelvic bone and 0.00072% for laryngeal cartilage (*1*–*3*). Some of these differences are associated with well-known risk factors such as smoking, alcohol use, ultraviolet light, or human papilloma virus (HPV) (*4*, *5*), but this applies only to specific populations

[1]Division of Biostatistics and Bioinformatics, Department of Oncology, Sidney Kimmel Cancer Center, Johns Hopkins University School of Medicine and Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health, 550 North Broadway, Baltimore, MD 21205, USA. [2]Ludwig Center for Cancer Genetics and Therapeutics and Howard Hughes Medical Institute, Johns Hopkins Kimmel Cancer Center, 1650 Orleans Street, Baltimore, MD 21205, USA.
*Corresponding author. E-mail: ctomasetti@jhu.edu (C.T.); vogelbe@jhmi.edu (B.V.)

exposed to potent mutagens or viruses. And such exposures cannot explain why cancer risk in tissues within the alimentary tract can differ by as much as a factor of 24 [esophagus (0.51%), large intestine (4.82%), small intestine (0.20%), and stomach (0.86%)] (*3*). Moreover, cancers of the small intestinal epithelium are three times less common than brain tumors (*3*), even though small intestinal epithelial cells are exposed to much higher levels of environmental mutagens than are cells within the brain, which are protected by the blood-brain barrier.

Another well-studied contributor to cancer is inherited genetic variation. However, only 5 to 10% of cancers have a heritable component (*6*–*8*), and even when hereditary factors are predisposed individuals can be identified, the way in which these factors contribute to differences in cancer incidences among different organs is obscure. For example, the same, inherited mutant *APC* gene is responsible for both the predisposition to colorectal and small intestinal cancers

in familial adenomatous polyposis (FAP) syndrome patients, yet cancers occur much more commonly in the large intestine than in the small intestine of these individuals.

If hereditary and environmental factors cannot fully explain the differences in organ-specific cancer risk, how else can these differences be explained? Here, we consider a third factor: the stochastic effects associated with the lifetime number of stem cell divisions within each tissue. In cancer epidemiology, the term "environmental" is generally used to denote anything not hereditary, and the stochastic processes involved in the development and homeostasis of tissues are grouped with external environmental influences in an uninformative way. We show here that the stochastic effects of DNA replication can be numerically estimated and distinguished from external environmental factors. Moreover, we show that these stochastic influences are in fact the major contributors to cancer overall, often more important than either hereditary or external environmental factors.

That cancer is largely the result of acquired genetic and epigenetic changes is based on the somatic mutation theory of cancer (9–13) and has been solidified by genome-wide analyses (14–16). The idea that the number of cells in a tissue and their cumulative number of divisions may be related to cancer risk, making them more vulnerable to carcinogenic factors, has been proposed but is controversial (17–19). Other insightful ideas relating to the nature of the factors underlying neoplasia are reviewed in (20–22).

The concept underlying the current work is that many genomic changes occur simply by chance during DNA replication rather than as a result of carcinogenic factors. Since the endogenous mutation rate of all human cell types appears to be nearly identical (23, 24), this concept predicts that there should be a strong, quantitative correlation between the lifetime number of divisions among a particular class of cells within each organ (stem cells) and the lifetime risk of cancer arising in that organ.

To test this prediction, we attempted to identify tissues in which the number and dynamics of stem cells have been described. Most cells in tissues are partially or fully differentiated cells that are typically short-lived and unlikely to be able to initiate a tumor. Only the stem cells—those that can self-renew and are responsible for the development and maintenance of the tissue's architecture—have this capacity. Stem cells often make up a small proportion of the total number of cells in a tissue and, until recently, their nature, number, and hierarchical division patterns were not known (25–28). Tissues were not included in our analysis if the requisite parameters were not found in the literature or if their estimation was difficult to derive.

Through an extensive literature search, we identified 31 tissue types in which stem cells had been quantitatively assessed (see the supplementary materials). We then plotted the total number of stem cell divisions during the average lifetime of a human on the $x$ axis and the lifetime risk for cancer of that tissue type on the $y$ axis (Fig. 1) (table S1). The lifetime risk in the United States for all included cancer types has been evaluated in detail, such as in the Surveillance, Epidemiology, and End Results (SEER) database (3). The correlation between these two very different parameters—number of stem cell divisions and lifetime risk—was striking, with a highly positive correlation (Spearman's rho = 0.81; $P < 3.5 \times 10^{-8}$) (Fig. 1). Pearson's linear correlation 0.804 [0.63 to 0.90; 95% confidence interval (CI)] was equivalently significant ($P < 5.15 \times 10^{-8}$). One of the most impressive features of this correlation was that it extended across five orders of magnitude, thereby applying to cancers with enormous differences in incidence. No other environmental or inherited factors are known to be correlated in this way across tumor types. Moreover, these correlations were extremely robust; when the parameters used to construct Fig. 1 were varied over a broad range of plausible values, the tight correlation remained intact (see the supplementary materials).

A linear correlation equal to 0.804 suggests that 65% (39% to 81%; 95% CI) of the differences in cancer risk among different tissues can be explained by the total number of stem cell divisions in those tissues. Thus, the stochastic effects of

Downloaded from http://science.sciencemag.org on September 25, 2019



FAP = Familial Adenomatous Polyposis ◇ HCV = Hepatitis C virus ◇ HPV = Human papillomavirus ◇ CLL = Chronic lymphocytic leukemia ◇ AML = Acute myeloid leukemia

**Fig. 1. The relationship between the number of stem cell divisions in the lifetime of a given tissue and the lifetime risk of cancer in that tissue.** Values are from table S1, the derivation of which is discussed in the supplementary materials.

DNA replication appear to be the major contributor to cancer in humans.

We next attempted to distinguish the effects of this stochastic, replicative component from other causative factors—that is, those due to the external environment and inherited mutations. For this purpose, we defined an "extra risk score" (ERS) as the product of the lifetime risk and the total number of stem cell divisions ($\log_{10}$ values). Machine learning methods were employed to classify tumors based only on this score (see the supplementary materials). With the number of clusters set equal to two, the tumors were classified in an unsupervised manner into one cluster with high ERS (9 tumor types) and another with low ERS (22 tumor types) (Fig. 2).

The ERS provides a test of the approach described in this work. If the ERS for a tissue type is high—that is, if there is a high cancer risk of that tissue type relative to its number of stem cell divisions—then one would expect that environmental or inherited factors would play a relatively more important role in that cancer's risk (see the supplementary materials for a detailed explanation). It was therefore notable that the tumors with relatively high ERS were those with known links to specific environmental or hereditary risk factors (Fig. 2, blue cluster). We refer to the tumors with relatively high ERS as D-tumors (D for deterministic; blue cluster in Fig. 2) because deterministic factors such as environmental mutagens or hereditary predispositions strongly affect their risk. We refer to tumors with relatively low ERS as R-tumors (R for replicative; green cluster in Fig. 2) because stochastic factors, presumably related to errors during DNA replication, most strongly appear to affect their risk.

The incorporation of a replicative component as a third, quantitative determinant of cancer risk forces rethinking of our notions of cancer causation. The contribution of the classic determinants (external environment and heredity) to R-tumors is minimal (Fig. 1). Even for D-tumors, however, replicative effects are essential, and environmental and hereditary effects simply add to them. For example, patients with FAP are ~30 times as likely to develop colorectal cancer than duodenal cancer (Fig. 1). Our data suggest that this is because there are ~150 times as many stem cell divisions in the colon as in the duodenum. The lifetime risk of colorectal cancer would be very low, even in the presence of an underlying APC gene mutation, if colonic epithelial stem cells were not constantly dividing. A related point is that mice with inherited APC mutations display the opposite pattern: Small intestinal tumors are more common than large intestinal tumors. Our analysis provides a plausible explanation for this striking difference between mice and men; namely, in mice the small intestine undergoes more stem cell divisions than the large intestine (see the supplementary materials for the estimates). Another example is provided by melanocytes and basal epidermal cells of the skin, which are both exposed to the same carcinogen (ultraviolet light) at the identical dose, yet melanomas are much less common than basal cell carcinomas. Our data suggest that this difference is attributable to the fact that basal epidermal cells undergo a higher number of divisions than melanocytes (see the supplementary materials for the estimates). The total number of stem cells in an organ and their proliferation rate may of course be influenced by genetic and environmental factors such as those that affect height or weight.

In formal terms, our analyses show only that there is some stochastic factor related to stem cell division that seems to play a major role in cancer risk. This situation is analogous to that of the classic studies of Nordling and of Armitage and Doll (10, 29). These investigators showed that the relationship between age and the incidence of cancer was exponential, suggesting that many cellular changes, or stages, were required for carcinogenesis. On the basis of research since that time, these events are now interpreted as somatic mutations. Similarly, we interpret the stochastic factor underlying the importance of stem cell divisions to be somatic mutations. This interpretation is buttressed by the large number of somatic mutations known to exist in cancer cells (14–16, 30).

Our analysis shows that stochastic effects associated with DNA replication contribute in a substantial way to human cancer incidence in the United States. These results could have important public health implications. One of the most promising avenues for reducing cancer deaths is through prevention. How successful can such approaches be? The maximum fraction of tumors that are preventable through primary prevention (such as vaccines against infectious agents or altered lifestyles) may be evaluated from their ERS. For nonhereditary D-tumors, this fraction is high and primary prevention could make a major impact (31). Secondary prevention, obtainable in principle through early detection, could further reduce nonhereditary D-tumor–related deaths and is also instrumental for reducing hereditary D-tumor–related deaths. For R-tumors, primary prevention measures are not likely to be as effective, and secondary prevention should be the major focus.

**REFERENCES AND NOTES**

1. P. M. Dubal *et al.*, *Laryngoscope* **124**, 1877–1881 (2014).
2. N. Jaffe, *Pediatric and Adolescent Osteosarcoma* (Springer, New York, 2009).
3. National Cancer Institute, Surveillance, Epidemiology, and End Results Program; www.seer.cancer.gov.
4. G. Danaei *et al.*, *Lancet* **366**, 1784–1793 (2005).
5. Centers for Disease Control and Prevention; www.cdc.gov.
6. E. R. Fearon, *Science* **278**, 1043–1050 (1997).
7. P. Lichtenstein *et al.*, *N. Engl. J. Med.* **343**, 78–85 (2000).
8. American Cancer Society; www.cancer.org.
9. P. Armitage, R. Doll, *Br. J. Cancer* **11**, 161–169 (1957).
10. P. Armitage, R. Doll, *Br. J. Cancer* **8**, 1–12 (1954).
11. T. Boveri, *Zur Frage der Entstehung Maligner Tumoren* (G. Fischer, Jena, Germany, 1914).
12. E. R. Fearon, B. Vogelstein, *Cell* **61**, 759–767 (1990).
13. A. G. Knudson Jr., *Proc. Natl. Acad. Sci. U.S.A.* **68**, 820–823 (1971).
14. L. A. Garraway, E. S. Lander, *Cell* **153**, 17–37 (2013).
15. M. R. Stratton, P. J. Campbell, P. A. Futreal, *Nature* **458**, 719–724 (2009).
16. B. Vogelstein *et al.*, *Science* **339**, 1546–1558 (2013).
17. D. Albanes, M. Winick, *J. Natl. Cancer Inst.* **80**, 772–775 (1988).
18. L. Tomatis; International Agency for Research on Cancer, *Environ. Health Perspect.* **101** (suppl. 5), 149–151 (1993).
19. J. M. Ward, H. Uno, Y. Kurata, C. M. Weghorst, J. J. Jang, *Environ. Health Perspect.* **101** (suppl. 5), 125–135 (1993).
20. S. Sell, *Environ. Health Perspect.* **101** (suppl. 5), 15–26 (1993).
21. S. A. Frank, in *Dynamics of Cancer: Incidence, Inheritance, and Evolution* (Princeton Univ. Press, Princeton, NJ, 2007), chap. 4.
22. S. G. Baker, A. Cappuccio, J. D. Potter, *J. Clin. Oncol.* **28**, 3215–3218 (2010).
23. M. Lynch, *Proc. Natl. Acad. Sci. U.S.A.* **107**, 961–968 (2010).
24. C. Tomasetti, B. Vogelstein, G. Parmigiani, *Proc. Natl. Acad. Sci. U.S.A.* **110**, 1999–2004 (2013).

Downloaded from http://science.sciencemag.org/ on September 25, 2019

## Clustering of cancer types



**Fig. 2. Stochastic (replicative) factors versus environmental and inherited factors: R-tumor versus D-tumor classification.** The adjusted ERS (aERS) is indicated next to the name of each cancer type. R-tumors (green) have negative aERS and appear to be mainly due to stochastic effects associated with DNA replication of the tissues' stem cells, whereas D-tumors (blue) have positive aERS. Importantly, although the aERS was calculated without any knowledge of the influence of environmental or inherited factors, tumors with high aERS proved to be precisely those known to be associated with these factors. For details of the derivation of aERS, see the supplementary materials.

25. C. Blanpain, E. Fuchs, *Nat. Rev. Mol. Cell Biol.* **10**, 207–217 (2009).
26. C. Booth, C. S. Potten, *J. Clin. Invest.* **105**, 1493–1499 (2000).
27. T. Reya, S. J. Morrison, M. F. Clarke, I. L. Weissman, *Nature* **414**, 105–111 (2001).
28. H. J. Snippert *et al.*, *Cell* **143**, 134–144 (2010).
29. C. O. Nordling, *Br. J. Cancer* **7**, 68–72 (1953).
30. C. Kandoth *et al.*, *Nature* **502**, 333–339 (2013).
31. G. A. Colditz, K. Y. Wolin, S. Gehlert, *Sci. Transl. Med.* **4**, 127rv4 (2012).

**ACKNOWLEDGMENTS**

We thank E. Cook for artwork. This work was supported by the The Virginia and D. K. Ludwig Fund for Cancer Research, The Lustgarten Foundation for Pancreatic Cancer Research, The Sol Goldman Center for Pancreatic Cancer Research, and NIH grants P30-CA006973, R37-CA43460, R01-CA57345, and P50-CA62924. Authors' contributions: C.T. formulated the hypothesis. C.T. and B.V. designed the research. C.T. provided mathematical and statistical analysis. C.T. and B.V. performed research. C.T. and B.V. wrote the paper.

**SUPPLEMENTARY MATERIALS**

www.sciencemag.org/content/347/6217/78/suppl/DC1
Materials and Methods
Fig. S1
Table S1
References (32–146)

4 September 2014; accepted 20 November 2014
10.1126/science.1260825

## MUTAGENESIS

# Smoking is associated with mosaic loss of chromosome Y

Jan P. Dumanski,[1,2]* Chiara Rasi,[1,2] Mikael Lönn,[3] Hanna Davies,[1,2] Martin Ingelsson,[4] Vilmantas Giedraitis,[4] Lars Lannfelt,[4] Patrik K. E. Magnusson,[5] Cecilia M. Lindgren,[6,7] Andrew P. Morris,[6,8] David Cesarini,[9] Magnus Johannesson,[10] Eva Tiensuu Janson,[11] Lars Lind,[11] Nancy L. Pedersen,[5] Erik Ingelsson,[2,11] Lars A. Forsberg[1,2]*

Tobacco smoking is a risk factor for numerous disorders, including cancers affecting organs outside the respiratory tract. Epidemiological data suggest that smoking is a greater risk factor for these cancers in males compared with females. This observation, together with the fact that males have a higher incidence of and mortality from most non–sex-specific cancers, remains unexplained. Loss of chromosome Y (LOY) in blood cells is associated with increased risk of nonhematological tumors. We demonstrate here that smoking is associated with LOY in blood cells in three independent cohorts [TwinGene: odds ratio (OR) = 4.3, 95% confidence interval (CI) = 2.8 to 6.7; Uppsala Longitudinal Study of Adult Men: OR = 2.4, 95% CI = 1.6 to 3.6; and Prospective Investigation of the Vasculature in Uppsala Seniors: OR = 3.5, 95% CI = 1.4 to 8.4] encompassing a total of 6014 men. The data also suggest that smoking has a transient and dose-dependent mutagenic effect on LOY status. The finding that smoking induces LOY thus links a preventable risk factor with the most common acquired human mutation.

Tobacco smoking killed ~100 million people during the 20th century and is projected to kill ~1 billion people during the current century, assuming that the current frequency of smoking is retained (1, 2). Lung cancer is the prime cause of cancer-associated death in relation to smoking. However, smoking is also a risk factor for tumors outside the respiratory tract, and these are more common in males than females [hazard ratio in males: 2.2, 95% confidence interval (CI) = 1.7 to 2.8; in females: 1.7, 95% CI = 1.4–2.1] (2). Moreover, males have a higher incidence and mortality from most non–sex-specific cancers, disregarding smoking status, and this fact is largely unexplained by known risk factors (3, 4). A recent analysis of noncancerous blood cells revealed that a male-specific chromosomal aberration, acquired mosaic loss of chromosome Y (LOY), is associated with an increased risk of nonhematological tumors among aging males (5).

Here, we analyzed possible causes of LOY by studying 6014 men from three independent prospective cohorts—TwinGene, n = 4373 (6,7); Uppsala Longitudinal Study of Adult Men (ULSAM), n = 1153 (8); and Prospective Investigation of the Vasculature in Uppsala Seniors (PIVUS), n = 488 (9)—from which comprehensive epidemiological records are available (tables S2 to S4). We included the following environmental, lifestyle, and clinical factors in the analyses: smoking, age, hypertension, exercise habits, diabetes, body mass index, low-density lipoprotein cholesterol, high-density lipoprotein cholesterol, education level, and alcohol intake. We also included genotyping quality as a confounder in the regression analyses, to adjust for possible influence of experimental noise. Similar definitions of factors were used in all cohorts, as outlined in tables S2 to S5 and described in detail in the materials and methods section of the supplementary materials. Estimation of LOY was based on single-nucleotide polymorphism (SNP)–array data using the 2.5MHumanOmni and HumanOmniExpress beadchips in the ULSAM and PIVUS/TwinGene studies, respectively (fig. S1). The estimation of the degree of mosaicism and scoring of LOY was undertaken using the continuous median logR ratio (mLRR-Y) estimate, calculated from SNP-array data as the median of the logR ratio of all SNP probes within the male-specific part of chromosome Y (MSY), as described previously (5). An mLRR-Y estimate close to zero indicates a normal chromosome Y state, whereas more negative mLRR-Y values denote an increasing level of blood cells with LOY. To facilitate comparisons between the three cohorts, we corrected the mLRR-Y values for all participants, using cohort-specific correction constants, as explained in the supplementary materials (figs. S1 and S2).

LOY was by far the most common postzygotic mutation found in the three cohorts. The age range at sampling in ULSAM and PIVUS was 70.7 to 83.6 years and 69.8 to 70.7 years, respectively, and we found 12.6% of ULSAM participants and 15.6% of PIVUS participants (figs. S3 and S4). The age range at sampling in TwinGene was 48 to 93 years, and the frequency of LOY in the entire cohort was 7.5% (fig. S5).



**Fig. 1. The association between smoking status and the level of LOY (i.e., mLRR-Y) in three independent cohorts.** In all cohorts, these unadjusted analyses indicate that the current smokers (Yes) (table S5) had a significantly higher degree of mosaic LOY in blood, compared with noncurrent smokers (No), composed of never-smokers and previous smokers. ***P < 0.001; *P < 0.05 (Kolmogorov-Smirnov tests: TwinGene, D = 0.15, P = 1.131× 10⁻¹¹; ULSAM, D = 0.15, P = 0.0006; PIVUS, D = 0.23, P = 0.0203). The definitions used for LOY scoring and the entire ranges of mLRR-Y data observed in each cohort are shown in figs. S3 to S5.

[1]Department of Immunology, Genetics and Pathology, Uppsala University, Uppsala, Sweden. [2]Science for Life Laboratory, Uppsala University, Uppsala, Sweden. [3]Södertörn University, School of Life Sciences, Biology, Huddinge, Sweden. [4]Department of Public Health and Caring Sciences, Uppsala University, Uppsala, Sweden. [5]Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, Stockholm, Sweden. [6]Wellcome Trust Centre for Human Genetics, University of Oxford, Oxford, UK. [7]Broad Institute of Massachusetts Institute of Technology and Harvard University, Cambridge, Massachusetts, USA. [8]Department of Biostatistics, University of Liverpool, Liverpool, UK. [9]Center for Experimental Social Science, New York University, New York, NY 10012, USA. [10]Department of Economics, Stockholm School of Economics, Stockholm, Sweden. [11]Department of Medical Sciences, Uppsala University, Uppsala, Sweden.
*Corresponding Author. E-mail: jan.dumanski@igp.uu.se (J.P.D.); lars.forsberg@igp.uu.se (L.A.F.).

Downloaded from http://science.sciencemag.org/ on September 25, 2019



**Variation in cancer risk among tissues can be explained by the number of stem cell divisions**

Cristian Tomasetti and Bert Vogelstein

*Science* **347** (6217), 78-81.
DOI: 10.1126/science.1260825

### Crunching the numbers to explain cancer

Why do some tissues give rise to cancer in humans a million times more frequently than others? Tomasetti and Vogelstein conclude that these differences can be explained by the number of stem cell divisions. By plotting the lifetime incidence of various cancers against the estimated number of normal stem cell divisions in the corresponding tissues over a lifetime, they found a strong correlation extending over five orders of magnitude. This suggests that random errors occurring during DNA replication in normal stem cells are a major contributing factor in cancer development. Remarkably, this "bad luck" component explains a far greater number of cancers than do hereditary and environmental factors.
*Science*, this issue p. 78

| | |
|---|---|
| **ARTICLE TOOLS** | http://science.sciencemag.org/content/347/6217/78 |
| **SUPPLEMENTARY MATERIALS** | http://science.sciencemag.org/content/suppl/2014/12/31/347.6217.78.DC1 |
| **RELATED CONTENT** | http://science.sciencemag.org/content/sci/347/6217/12.full<br>http://stm.sciencemag.org/content/scitransmed/6/233/233re2.full<br>http://stm.sciencemag.org/content/scitransmed/5/197/197ra101.full<br>http://stm.sciencemag.org/content/scitransmed/5/197/197ra102.full<br>http://science.sciencemag.org/content/sci/347/6219/224.full<br>http://science.sciencemag.org/content/sci/347/6223/727.1.full<br>http://science.sciencemag.org/content/sci/347/6223/727.2.full<br>http://science.sciencemag.org/content/sci/347/6223/728.1.full<br>http://science.sciencemag.org/content/sci/347/6223/728.2.full<br>http://science.sciencemag.org/content/sci/347/6223/728.3.full<br>http://science.sciencemag.org/content/sci/347/6223/729.1.full<br>http://science.sciencemag.org/content/sci/347/6223/729.2.full<br>http://stke.sciencemag.org/content/sigtrans/8/408/ec379.abstract<br>http://stke.sciencemag.org/content/sigtrans/8/385/re8.full<br>http://stke.sciencemag.org/content/sigtrans/10/473/eaan3518.full |
| **REFERENCES** | This article cites 133 articles, 31 of which you can access for free<br>http://science.sciencemag.org/content/347/6217/78#BIBL |

Downloaded from http://science.sciencemag.org/ on September 25, 2019

Use of this article is subject to the Terms of Service

*Science* (print ISSN 0036-8075; online ISSN 1095-9203) is published by the American Association for the Advancement of Science, 1200 New York Avenue NW, Washington, DC 20005. The title *Science* is a registered trademark of AAAS.

Copyright © 2015, American Association for the Advancement of Science

**PERMISSIONS**    http://www.sciencemag.org/help/reprints-and-permissions

Downloaded from http://science.sciencemag.org/ on September 25, 2019

Use of this article is subject to the Terms of Service

*Science* (print ISSN 0036-8075; online ISSN 1095-9203) is published by the American Association for the Advancement of Science, 1200 New York Avenue NW, Washington, DC 20005. The title *Science* is a registered trademark of AAAS.

Copyright © 2015, American Association for the Advancement of Science

Originally published 2 January 2015; revised 23 January 2015



www.sciencemag.org/content/347/6217/78/suppl/DC1

# Supplementary Materials for

## Variation in cancer risk among tissues can be explained by the number of stem cell divisions

Cristian Tomasetti* and Bert Vogelstein*

*Corresponding author. E-mail: ctomasetti@jhu.edu (C.T.); vogelbe@jhmi.edu (B.V.)

Published 2 January 2015, *Science* **347**, 78 (2015)
DOI: 10.1126/science.1260825

**This PDF file includes:**

      Materials and Methods
      Fig. S1
      Table S1
      References

**Correction:** Fig. S1 has been replaced with a corrected version and the text has been revised to make the terminology consistent with the main text. These changes were requested by the authors at the galley stage but were inadvertently not made by *Science*.

**Materials and Methods**

Overview

The parameters listed in Table S1 correspond to the average size of the relevant normal tissues and were obtained from the literature directly or calculated using values from the literature. The references are provided below in the sections describing each cancer type. When available, some tissue estimates have been given for both specific anatomic locations as well as for the overall tissue (e.g. osteosarcoma). Lifetime incidences are all based on U.S. data.   In general, the data are from seer.cancer.gov (http://seer.cancer.gov/statfacts/ and http://seer.cancer.gov/archive/csr/1975_2010/ results_merged/topic_lifetime_risk.pdf).  If the data were not available there, we used cdc.gov, cancer.org, or individual publications addressing a specific (typically rare) type of cancer. The uncertainty in the identification of the stem cell population and in the estimates for the number of stem cells, and their division rate, varies across the tissues we considered.  Because the confidence intervals for the stem cell parameter estimates in the literature were not provided in all cases, we performed a sensitivity analysis assuming a 100-fold variation (plus and minus) for the estimates (see Statistical Analysis section below). We assessed a total of 31 different cancer types.  Other cancer types could not be assessed, largely because details about the normal stem cells maintaining the tissue in homeostasis, or their division rate, were not available.

Acute myeloid leukemia

The lifetime risk of acute myeloid leukemia is 0.41% (www.seer.cancer.gov) (*3*).   There are a total of ~$3 \cdot 10^{12}$ blood cells and $7.5 \cdot 10^{11}$ nucleated cells in the bone marrow (*32*). 0.18% of these normal bone marrow cells are CD34+ (*33*). The CD34+ are a heterogeneous population of cells and only about 10% of the CD34+ are hematopoietic stem cells (HSC), phenotypically defined as (Lin−CD34+CD38−CD90+CD45RA−) (*34*). The number of hematopoietic stem cells therefore equals $7.5 \cdot 10^{11} \cdot 0.0018 \cdot 0.1 = 1.35 \cdot 10^{8}$. Hematopoietic stem cells have been estimated to divide every ~15 (*35*), 17 (*36*), 30 (*37, 38*), 57 (*39*) days. Thus, we assume they divide every 30 days.

Basal cell carcinoma

The lifetime risk of cutaneous basal cell carcinoma has been estimated to be ~30% (*40, 41*), making it the most common form of cancer (*42, 43*).  The total number of cells in the epidermis, the outermost layer of the skin, is ~$1.8 \cdot 10^{11}$ (*32*).  Cutaneous basal cell carcinomas originate from long-term resident progenitor cells present in the basal (innermost) layer of the epidermis (*44*).  These basal cells possess proliferative potential, while the suprabasal layers are composed of terminally differentiating keratinocytes (*45*), (*25*). The basal layer is found both around the hair follicles as well as in the interfollicular epidermis (*25*).   The number of basal cells has been estimated to be ~ $3 \cdot 10^{4}$ cells/mm$^2$ (*46*) and 10% of these cells are believed to be stem cells (*47, 48*). The median height of a US woman is ~5' 4.5'', and that of a US man is ~5' 9.5'', while the median weight is ~160 lbs and ~190 lbs, respectively (www.census.gov).  Considering both sexes together,

2

the average surface area of the skin is ~1.94 m$^2$ (*49*). The median number of basal cells in the epidermis is therefore ~ $3 \cdot 10^4 \cdot 1.94 \cdot 10^6 = 5.82 \cdot 10^{10}$, and the number of stem cells is ~$5.82 \cdot 10^9$. Epidermal stem cells are estimated to divide every 48 days (*50, 51*).

Chronic lymphocytic leukemia
The lifetime risk of chronic lymphocytic leukemia is 0.52% (www.seer.cancer.gov) (*3*). There are a total of ~$3 \cdot 10^{12}$ blood cells and $7.5 \cdot 10^{11}$ nucleated cells in the bone marrow (*32*). 0.18% of these normal bone marrow cells are CD34+ (*33*). The CD34+ are a heterogeneous population of cells and only about 10% of the CD34+ are hematopoietic stem cells, phenotypically defined as (Lin−CD34+CD38−CD90+CD45RA−) (*34*). The number of hematopoietic stem cells therefore equals $7.5 \cdot 10^{11} \cdot 0.0018 \cdot 0.1 = 1.35 \cdot 10^8$. Hematopoietic stem cells divide every ~30 days (see acute myeloid leukemia for details).

Colorectal adenocarcinoma
The lifetime risk of colorectal cancer is ~4.8% (www.seer.cancer.gov) (*3*). Almost all colorectal cancers are adenocarcinomas. The large intestine is on average ~1.6 meters long and 5-8 cm in diameter, resulting in an internal surface area of approximately 3,300 cm$^2$. There are a total of ~$1.5 \cdot 10^7$ crypts (14,000 crypts/cm$^2$) in the large intestine, each of which contains ~2,000 cells (*52-56*). It has been estimated that each colonic crypt contains only 15-20 stem cells (*57*) or even fewer (*55*), with a turnover of approximately 3-7 days (*55, 58-60*). Thus, we estimate that the total number of stem cells in the large intestine is ~$1.5 \cdot 10^7 \cdot 15 \sim 2 \cdot 10^8$ and that stem cells divide, on average, every 5 days.

Colorectal adenocarcinoma in FAP patients
Familial adenomatous polyposis (FAP) is an inherited condition caused by defects in the APC genes. Virtually all patients with FAP develop colorectal adenocarcinomas unless a colectomy has been performed, so their lifetime risk is 100%. All other parameters are the same as for sporadic colorectal adenocarcinomas.

Colorectal adenocarcinoma in patients with HNPCC
HNPCC (Hereditary Non-polyposis Colorectal Cancer, also called Lynch Syndrome) accounts for 1-3% of colorectal cancers, and the lifetime risk of colorectal cancer for those with HNPCC has been estimated to be ~50% (*61*), (*62*). All other parameters are the same as for sporadic colorectal adenocarcinomas.

Duodenal adenocarcinoma
Forty to fifty per cent of the small intestinal adenocarcinomas occur in the duodenum (*63*). Thus, the lifetime risk of duodenal adenocarcinoma is ~0.002 *0.35* 0.45=0.0003. The duodenum is approximately 25 cm long and ~2.5cm in diameter, resulting in a total surface of approximately 200 cm$^2$, representing ~4% of the surface of the small intestine. Based on the numbers provided for the small intestine, the total number of cells in the duodenum can be calculated to be ~$0.04 \cdot 1.7 \cdot 10^{10} = 7 \cdot 10^8$ and the number of stem cells is ~$0.04 \cdot 1 \cdot 10^8 = 4 \cdot 10^6$. Also, as noted in the section on the small intestine, the duodenal stem cells divide ~1/3 as frequently as those of the colon (*64, 65*).

Duodenal adenocarcinoma in FAP patients
Familial adenomatous polyposis (FAP) is an inherited condition caused by defects in the APC gene. Those with FAP have a lifetime risk of duodenum carcinoma of 3-4% (40, 41). All other parameters are the same as those for sporadic duodenal adenocarcinomas.

Esophageal squamous cell carcinoma
The lifetime risk of cancer of the esophagus is ~0.51% (3). The vast majority of these cancers are either adenocarcinomas or squamous cell carcinomas, and the ratio of these two types has changed considerably in the last few decades. Currently, ~38% of esophageal cancers are squamous cell carcinomas (66, 67). The lifetime risk of esophageal squamous cell carcinoma is therefore $0.0051 \cdot 0.38 = 0.001938$. The esophagus is 18 to 26 cm long and 2 to 3 cm in diameter (68), resulting in an average surface area of ~172.79 $cm^2$. The area of a squamous cell in the basal layer is ~80μm$^2$ (69). The fraction of stem cells in the basal layer has been estimated to be 0.4% of the total basal layer cells (70), so there are a total of ~$2.16 \cdot 10^8$ basal cells and $8.64 \cdot 10^5$ stem cells in the basal layer. As the normal mucosal epithelium is ~10-20 layers thick, the total number of epithelial cells in the esophagus is estimated to be ~$2.16 \cdot 10^8 \cdot 15 = 3.24 \cdot 10^9$. Cells have been estimated to turn over ~ every 21 days (71, 72).

Gallbladder non-papillary adenocarcinoma
There will be an estimated 10,650 new cases of gallbladder cancer in 2014 in the U.S., versus 136,830 new cases of colorectal cancer, and because the lifetime risk of colorectal cancer is 4.8%, we estimate the lifetime risk of gallbladder cancer as ~$(10650/136830) \cdot 0.048 = 0.003736$ (3). About 75% of all gallbladder cancers are non papillary adenocarcinomas (73). Thus, the lifetime risk of gallbladder non papillary adenocarcinoma is $0.003736 \cdot 0.75 = 0.0028$. There are ~$1.6 \cdot 10^8$ epithelial cells in the gallbladder (32) and about 1% of them exhibit stem cell properties (74). Tissue renewal is very slow, with stem cell division once every ~ 625 days (75).

Glioblastoma multiforme
The lifetime risk of brain cancer is ~0.6% (www.seer.cancer.gov) (3). Gliomas represent 81% of brain cancers, with glioblastomas being the most common among them (45%) (76). Thus, the lifetime risk of glioblastoma is $0.006 \cdot 0.81 \cdot 0.45 = 0.00219$. The cell of origin of glioblastomas is the astrocyte, a type of glial cell. While it was previously believed that there are >10 times more glial cells than neurons in the human brain (see for example (32) and the textbook references cited therein), recent evidence indicates that the ratio is much closer to 1:1, with an estimated $84.6 \cdot 10^9$ glial cells and $86.1 \cdot 10^9$ neurons in the human brain (77, 78). Because the great majority of glial cells are astrocytes (79), we estimate that there are $84.6 \cdot 10^9$ astrocytes in the brain. Astrocytes are derived from neural stem cells (79), whose proportion has been estimated to be ~0.16% (80). Thus, we estimate that the number of neural stem cells among the astrocytes is equal to $84.6 \cdot 10^9 \cdot 0.0016 = 1.35 \cdot 10^8$, with virtually no cell division after birth (81).

Head and neck squamous cell carcinoma
The lifetime risk of oral or pharyngeal cancer is 1.09% and is 0.36% for laryngeal cancer,

4

and the vast majority of these are squamous cell carcinomas (www.seer.cancer.gov) (*3*). The lifetime risk of all head and neck squamous cell carcinomas, which include oral, pharyngeal, and laryngeal subtypes, is therefore ~1.45%. *Human Papillomavirus* (HPV) infection is an established contributor to oral and pharyngeal squamous cell carcinomas (*82-85*), and recent evidence of its role in laryngeal cancers has been published (*86*). The overall prevalence of oral HPV-16 infections in the general US population is estimated to be 1% (*87*). The odds ratio for head and neck cancer in those that are HPV-16 positive has been estimated to be 5.75 (*88*). Given the rarity of the disease, we can approximate the incidence ratio by the odds ratio. As $0.0145 = 0.01 \cdot 5.75 \cdot x + 0.99 \cdot x$ when $x \approx 0.0138$, the lifetime risk of head and neck cancer is 0.07935 for those infected with HPV-16, and 0.0138 for those not infected. The average total surface of the oral mucosa is ~172 to 197 $cm^2$ (*89, 90*), while the pharyngeal surface area is ~ $6.085 \cdot 2.56 \cdot \pi \sim 49$ $cm^2$ (see Fig. 2 and Table 1 of (*91*)), and the total surface of the larynx (the laryngeal lumen, which is tubular in shape and lined with mucosa) is ~$(6.31+5.12)/2 \cdot \pi \cdot ((4.26+3.7)/2 + (3.39+2.71)/2)/2 \sim 63$ $cm^2$ (see Table 2 in (*92*)), for a total surface area of the oral cavity, pharynx and larynx of ~296.5 $cm^2$. The area of a cell in the basal layer of the oral cavity epithelium is ~$80 \mu m^2$ (*69*). The fraction of stem cells in the basal layer is 3-7% (*93*), and given that there are a total of ~$3.71 \cdot 10^8$ basal cells, $1.85 \cdot 10^7$ stem cells are found in the basal layer. As the epithelium of the buccal mucosa is 40-50 layers thick (*94*), the total number of epithelial cells in the head and neck mucosa is ~$3.71 \cdot 10^8 \cdot 45 = 1.67 \cdot 10^{10}$. Stem cells in the oral mucosa divide every 14 to 20 days (39, 65).

Hepatocellular carcinoma
The lifetime risk of liver and intrahepatic bile duct cancer is ~0.86% (www.seer.cancer.gov) (*3*), and ~ 90% of these cancers are hepatocellular carcinomas (HCC)(*95*). About 10% of all HCC are associated with *Hepatitis C* infection (HCV) (*95, 96*), and ~1% of the US population is infected with HVC (*97*). Thus, the incidence ratio for those with HCV infection is 0.1/.01, i.e., ten times greater than those without HCV infection. Based on the calculation that $0.0086 \cdot 0.9 = 0.01 \cdot 10 \cdot x + 0.99 \cdot x$ when $x \approx 0.0071$, the lifetime risk of HCC is ~0.071 for those infected with HCV, and ~0.0071 for individuals not infected with HCV. There are ~$2.41 \cdot 10^{11}$ hepatocytes in the liver (*32*). Hepatic stem cells' (hHpSC) represent 0.5-2% of the total hepatocytes (*98*). Cell turnover has been estimated to be very low, with estimates ranging from 300 to 500 days (*81*).

Lung adenocarcinoma
The lifetime risk of lung and bronchus cancer is 6.9% (*3*). Approximately 87.5% of lung cancers are non-small cell lung cancers (40% adenocarcinomas, 30% squamous cell carcinomas, 9% large cell carcinomas) while the remaining 20% are small cell lung cancers (*99*). Men who smoke are ~23 times more likely to develop lung cancer, and women who smoke are ~13 times more likely to develop lung cancer than nonsmokers (*5*). Thus, combining both sexes, the lifetime risk is 18 times higher in smokers than nonsmokers. Smoking prevalence rose from 42.4% in 1965 to 18.1% in 2012 (*100*). Assuming an average smoking prevalence of 30%, and because $0.069 \cdot 0.4 = 0.3 \cdot 18 \cdot x + 0.7 \cdot x$ when $x \approx 0.0045$, it follows that the lifetime risk of lung adenocarcinoma is approximately 0.0045 for nonsmokers and 0.081 for smokers. Lungs and bronchus have a total of approximately $43.4 \cdot 10^{10}$ cells, with the vast majority being endothelial,

interstitial and alveolar cells (*32*). Lung adenocarcinomas typically originate in the peripheral lung tissue. Bronchio-alveolar stem cells have recently been identified (*101-103*), and while their precise characterization is still a matter of debate, the estimates for their frequency are rather similar, ranging from 0.4% of all lung cells (*101*) (for a total of $0.004 \cdot 43.4 \cdot 10^{10} \sim 1.74 \cdot 10^9$ stem cells), to 1% of all alveolar cells type II (*103*) (for a total of $0.7 \cdot 10^9$ stem cells, because there are $\sim 7 \cdot 10^{10}$ alveolar type II cells in the two lungs of a human (*32*)). We take the average of these values as our estimate of the number of stem cells, i.e., $1.22 \cdot 10^9$. Finally, the stem cell division rate for lung tissue (specifically the alveoli) has been estimated to be 7% per year (*103*).

Medulloblastoma
The lifetime risk of brain cancer is 0.6% (www.seer.cancer.gov) (*3*)   Between 2005 and 2009, in the United States, the ratio between the number of newly diagnosed medulloblastomas and glioblastomas, across all ages, was ~0.05 (*104*). A similar proportion (4.3%) was found through the analysis of age-specific incidence rates provided by the Central Brain Tumor Registry of the United States (www.cbtrus.org). Thus, given that the lifetime risk of glioblastoma is 0.00219 (see above), the lifetime risk of medulloblastoma is $0.00219 \cdot 0.05 = 0.00011$. Medulloblastomas form in the cerebellum.    It is currently thought that medulloblastomas' cell of origin is the neural stem cell, which gives rise to both neurons and glial cells, with   neuronal differentiation far more common (*105*). It has been estimated that the cerebellum contains $69 \cdot 10^9$ neurons and $16 \cdot 10^9$ glial cells (*77*). Neural stem cells have been estimated to represent ~0.16% of the total cerebellar neuronal and glial cells (*80*). Thus, we estimate that the number of neural stem cells in the cerebellum is $(69+16) \cdot 10^9 \cdot 0.0016 = 1.36 \cdot 10^8$, and these cells do not divide after birth (*81*).

Medullary thyroid carcinoma
The lifetime risk of thyroid cancer is ~1.08% (www.seer.cancer.gov) (*3*).  Only ~ 3% of these cancers are derived from parafollicular cells (C cells) (*106-108*), which are the cell of origin for medullary carcinomas. Thus, the lifetime risk of medullary thyroid carcinomas is $\sim 0.0108 \cdot 0.03 = 0.000324$.  There are approximately 10 follicular cells in the thyroid for every parafollicular cell (*109, 110*).  As there are $\sim 10^{10}$ follicular cells in the thyroid (*32*), there should be $\sim 10^9$ parafollicular cells in the thyroid. Both follicular and parafollicular cells are derived from the pharyngeal endoderm (*111*), and recent evidence indicates a possible common stem cell of origin (*112, 113*).  The stem cell population has been estimated to represent ~0.1-1.4% of the total thyroid cells (*112, 114-116*). Thus we assume there are $0.0065 \cdot 10^9 = 6.5 \cdot 10^6$ stem cells that can give rise to medullary thyroid carcinomas. Cell turnover has been estimated to be very low, with stem cell divisions occurring once every 8.5 – 14.4 years (*116, 117*).

Melanoma
The lifetime risk of melanoma is 2.03% (www.seer.cancer.gov) (*3*).  Melanoma originates from melanocytes, cells residing in the stratum basale (basal layer) of the epidermis (*118*). The average number of melanocytes has been estimated to be $3.8 \cdot 10^9$ (*32*). Other estimates suggests that there are $\sim 1.25 \cdot 10^3$ cells/mm$^2$ (*119, 120*). As individuals have a median surface area of ~1.94 m$^2$ (see basal cell carcinoma section), the

6

median number of melanocytes in the epidermis would be $\sim 1.25 \cdot 10^3 \cdot 1.94 \cdot 10^6 = 2.425 \cdot 10^9$, an estimate close to that of (*32*). This estimate is also consistent with studies that show melanocytes represent 5-10% of the cells in the basal layer (*121*), which we estimated to be $5.82 \cdot 10^{10}$ (see basal cell carcinoma section). We assume that each melanocyte is itself a stem cell because there is no evidence for a differentiation hierarchy in the melanocyte lineage. Melanocytes have been estimated to divide every ~147 days (*120*), i.e. 2.48 times per year.

Osteosarcoma

The lifetime risk of bone and joint cancer is 0.1% (www.seer.cancer.gov) (*3*). Approximately 35% of bone and joint cancers are osteosarcomas (*2*). The proportion of osteosarcomas in the legs has been estimated to be 63.8% (18.5% tibia, 2.8% fibula, 42.5% femur), while 8.56% occur in the pelvis, 11.3% in the arms, and 8.63% in the head (skull and jaws) (*2*). As the lifetime risk of osteosarcomas is $0.001 \cdot 0.35 = 0.00035$, it is $0.001 \cdot 0.35 \cdot 0.638 = 0.00022$ for the legs, $0.001 \cdot 0.35 \cdot 0.0856 = 0.00003$ for the pelvis, $0.001 \cdot 0.35 \cdot 0.0113 = 0.00004$ for the arms, and $0.001 \cdot 0.35 \cdot 0.0863 = 0.0000302$ for the head. In the average human body there are $\sim 1.8 \cdot 10^9$ osteocytes (*32*). Osteocytes compose ~95% of all bone cells in the adult skeleton, while osteoblasts comprise $\sim$ 4% and osteoclasts < 1% (*122*). Thus there are $\sim (4/95) \cdot 1.8 \cdot 10^9 = 7.6 \cdot 10^7$ osteoblasts and ~4-7% of these have been estimated to be stem cells (*123, 124*). Thus we estimate that there are ~5.5% of $7.6 \cdot 10^7 = 4.18 \cdot 10^6$ osteocyte stem cells in the human skeleton. To calculate the numbers of osteocytes and osteocyte stem cells in different skeletal appendages, we used the data provided by USDHHS-NCHS 2013 for fractional bone content: 38% for the legs, 10.7% for the pelvis, 15.6% for the arms, and 20.65% for the head. Finally, bone stem cells divide every ~15 years (*81*).

Ovarian germ cell cancer

The lifetime risk of ovarian cancer is ~1.37% (*8*), and ovarian germ cell malignancies represent ~3% of all ovarian cancers (see (*125*) and references therein). Thus, the lifetime risk of ovarian germ cell cancer is $0.03 \cdot 0.0137 = 0.000411$. It has been shown in multiple studies that the number of germ cells (oocytes) in fetal ovaries reaches a peak of $5.5 \cdot 10^6$ per gonad at 14-15 weeks of age p.c. to then decline, particularly after birth (*126*). The total number of germ cells present in both ovaries is then $1.1 \cdot 10^7$. There does not appear to be any oocyte division after week 15 of embryogenesis (*127*).

Pancreatic ductal adenocarcinoma

The lifetime risk of pancreatic cancer is 1.49% (www.seer.cancer.gov) (*3*). Exocrine cancers make up more than 96% of pancreatic cancers, with ductal adenocarcinoma being the most common type (95%) (www.cancer.org) (*8*). Thus, the lifetime risk of pancreatic ductal adenocarcinoma is $1.49\% \cdot 0.96 \cdot 0.95 = 1.3589\%$. The pancreas contains Islets of Langerhans cells as well as acinar and ductal cells. Current evidence indicates that the cell of origin of pancreatic ductal adenocarcinomas is the acinar cell (*128*), comprising 80-90% of the total pancreatic cells, while islet cells are $2.95 \cdot 10^9$ in the pancreas (*32*), accounting for 1-2% of the total number of cells in the pancreas (*129, 130*). Thus, we estimate that the total number of acinar cells in the pancreas is $((2.95 \cdot 10^9)/ 1.5) \cdot 85 = 1.672 \cdot 10^{11}$. Pancreatic stem cells (Bmi1-labeled cell lineage of pancreatic cells)

maintaining organ homeostasis represent 2.5% of all pancreatic cells (*130*).   Thus we estimate that the number of pancreatic stem cells is $0.025 \cdot 1.672 \cdot 10^{11} = 4.18 \cdot 10^{9}$. These stem cells are estimated to divide about once a year (*131*).

Pancreatic endocrine (islet cell) carcinoma

The lifetime risk of pancreatic cancer is 1.49% (www.seer.cancer.gov) (*3*). Endocrine (islet cell) carcinomas account for about 1.3% of all pancreatic cancers (*132*). Thus, the lifetime risk of pancreatic endocrine (islet cell) carcinoma is $0.0149 \cdot 0.013 = 0.000194$. The mean number of islet cells in a pancreas is equal to $2.95 \cdot 10^{9}$, representing 1 to 2% of the total pancreatic cells (*32*).   Current evidence suggests that acinar and islet cells originate from a common progenitor (*130, 133, 134*). As noted above, pancreatic stem cells (Bmi1-labeled cell lineage of pancreatic cells) maintaining organ homeostasis represent 2.5% of all pancreatic cells (*130*).   Thus we estimate that the number of islet stem cells is $0.025 \cdot 2.95 \cdot 10^{9} = 7.4 \cdot 10^{7}$. These stem cells are estimated to divide about once a year (*131, 135*).

Small intestinal adenocarcinoma

The lifetime risk of small intestine cancer is ~0.2% (www.seer.cancer.gov) (*3*), and ~35% of these cancers are adenocarcinomas (*8*). Thus, the lifetime risk of small intestine adenocarcinoma is ~$0.002 \cdot 0.35 = 0.0007$.  The small intestine is on average 6 meters long and ~2.5cm in diameter, for a total surface of approximately 4,700 cm$^2$ (*136*), that is, about 1.4 times the surface of the large intestine. The total number of cells in the small intestine is ~$1.7 \cdot 10^{10}$ (*32*). While the small intestine has crypts as in the large intestine, the crypts of the large intestine are more abundant, deeper, and have higher rates of cell turnover than those of the small intestine. For example, it has been estimated that the crypts are ~0.3 mm deep in the duodenum (*136, 137*), ~0.16mm in the jejunum and ~0.175mm in the ileum (*138*), while they are 0.4-0.6mm deep in the large intestine (*136*). More importantly, the density of the crypts is ~100 crypts/mm$^2$ in the jejunum and ~50 crypts/mm$^2$ in the ileum (*138*), while it is ~140 crypts/mm$^2$ in the large intestine (*52, 58*). Note that the villi in the small intestine occupy a large amount of surface area, explaining the lower crypt density.  Also, the stem cells per crypt are fewer in the small intestine; the stem-cells-per-crypt ratio between the small intestine and the large intestine is 5:7 for the proximal small intestine and 6:7 in the distal small intestine (*65*).  The duodenum, jejunum and ileum are 0.25 m, 2.5, and 3.5 m, respectively, and the total number of crypts can therefore be calculated to be $1.4 \cdot 1.5 \cdot 10^{7} \cdot ((100 \cdot 2.5/6 + 50 \cdot 3.5/6)/140) \cdot (5.5/7) \sim 8 \cdot 10^{6}$.  Similarly, the total number of stem cells in the small intestine can be calculated to be approximately $1.4 \cdot 2 \cdot 10^{8} \cdot ((100 \cdot 2.5/6 + 50 \cdot 3.5/6)/140) \cdot (5.5/7) \sim 1 \cdot 10^{8}$, which is very close to what was previously estimated by Potten *et al.* in (*55*). Finally, stem cells in the duodenum and distal small intestine divide, respectively, only 1/3 and 2/3 as frequently as those in the large intestine (*64, 65*). Thus, in humans, the small intestine undergoes fewer stem cell divisions than the large intestine (see Table 1). Interestingly, in mice the opposite is true: mouse small intestine undergoes more stem cell divisions than mouse large intestine (*55, 139*).

Testicular germ cell cancer

The lifetime risk of testicular cancer is ~0.39% (*8*), and ~ 95% of these cancers originate

8

from germ cells (*140*). Thus, the lifetime risk of testicular germ cell cancer is ~0.0039 ·0.95=0.0037.  The number of spermatogonial stem cells ($A_s$ spermatogonia) has been estimated to be ~35,000 in a mouse testis, and 350,000 in a rat testis (with the rat testis weighting ~10 times more than a mouse testis) (*141-143*).  As the average human testis weighs ~17 grams (*144, 145*), comparison with the rat indicates that the average number of human spermatogonial stem cells (type $A_d$) in a human is $2 \cdot 350{,}000 \cdot 17/1.65 = 7.2 \cdot 10^6$ (see also (*126*)).  As there are ~2,000 to 4,000 spermatozoa for every spermatogonial stem cell (stem cell fraction of ~0.03%) (*142, 143*), the average number of spermatozoa present in a human male can be calculated to be ~$2.16 \cdot 10^{10}$. Because ~$10^{13}$ spermatozoa are produced in a lifetime (*146*), there is an average of $10^{13}/(2.16 \cdot 10^{10}) = 463$ complete turnovers in a lifetime, implying that spermatogonial stem cells divide ~463/80= 5.8 times per year.  This is consistent with the observation that the whole process of human spermatogenesis requires ~2-3 months (*145*).

Thyroid papillary and follicular carcinoma

The lifetime risk of thyroid cancer is ~1.08% (www.seer.cancer.gov) (*3*), and more than 95% of these cancers (both papillary and follicular) are derived from follicular cells (*106-108*).  Thus, the combined lifetime risk of papillary and follicular thyroid carcinomas is ~0.0108 ·0.95=0.01026. There are ~$10^{10}$ follicular cells in the thyroid. The stem cell population has been estimated to represent ~0.1-1.4% of the total cells (*112, 114-116*).  Thus we assume there are $0.0065 \cdot 10^{10} = 6.5 \cdot 10^7$ stem cells in the thyroid.  Cell turnover has been estimated to be very low, with stem cell divisions occurring once every 8.5 – 14.4 years (*116, 117*).

Statistical Analysis

The total number of stem cell divisions in the lifetime of a tissue was calculated as follows. Let $s$ be the total number of stem cells found in a fully developed tissue, with $s$ a power of 2, for simplicity, and no cell death. Starting from the first precursor cell of that tissue, it takes $x$ generations during development to generate all of these cells, where $2^x = s$. Once the tissue has been fully developed, each of these $s$ cells undergoes a total of $d$ further divisions, due to normal tissue turnover, in the lifetime of that tissue. These turnover divisions are assumed to be asymmetric, but note that a balance between apoptosis and symmetric self-renewal would yield the same average number of cell divisions for a tissue in homeostasis. Thus, the cumulative number of division events, each yielding a new stem cell, among all stem cells in a lifetime (*lscd*, for lifetime stem cells divisions), is

$$lscd = \sum_{n=1}^{log_2 s} 2^n \ + \ s \cdot d.$$

In general, $s$ is not a power of 2, and the use of the floor function to approximate $log_2 s$ may not be appropriate.   Noting that the partial sum of the geometric series is equal to $2s$-2, we obtain our formula for *lscd* for a general $s$:

$$lscd = s \ (2 + d) - 2.$$

9

The estimates for $s$ and $d$ are provided in Table 1. For each cancer type, $lscd = s(2 + d) - 2$ was plotted against the lifetime incidence of that specific cancer type in Fig. 1 of the main text.

All statistical analyses were performed using $R$, version 3.1.0. Spearman's correlation test yielded a highly significant (P<$3.5 \cdot 10^{-8}$) correlation 0.81 (0.61 – 0.91; 95% CI), where the 95% confidence interval was calculated by bootstrap. Importantly, for the same data points in the log-log plot of Fig. 1, Pearson's yielded equivalent results with a highly significant linear correlation (P<$5.15 \cdot 10^{-8}$), and with a correlation coefficient equal to 0.804 (0.63-0.90; 95% CI). The coefficient of determination (R-squared) is therefore equal to 0.646 (0.395 – 0.813; 95% CI). The rationale behind calculating a p-value is as follows. The sample space is the set of all human tissue types, where each tissue has a lifetime cancer risk value and a lscd value. Importantly, this sample space is large. The tissue types for which the needed estimates exist are a random (and small) subset of the sample space (their availability depends on other researchers' work).

The robustness of the correlation illustrated in Fig. 1 was tested by allowing the estimates for the number of stem cell divisions plotted in Fig. 1 (derived from the estimates in Table 1), to vary by ~100-fold in either direction. Specifically, first we sampled from a normal distribution with standard deviation 1 and mean equal to $log_{10}(lscd)$ for each x-coordinate value of the 31 data points in Fig. 1. Then Spearman's was used to test the correlation. After 10,000 iteration of this process, the median positive correlation was 0.7 (total range: 0.41 – 0.89), with a median p-value <$2 \cdot 10^{-5}$. Importantly, all iterations yielded a statistically significant positive correlation, with the highest p-value < $2.4 \cdot 10^{-2}$. Even replacing the normal distribution with the more extreme uniform distribution over the interval (-2+$log_{10}(lscd)$, 2+$log_{10}(lscd)$ ) for each data point yielded a significant positive correlation over 10,000 iterations with a median correlation 0.67 (total range: 0.39 – 0.90) (highest p-value < $2.9 \cdot 10^{-2}$). Thus, though the total range for $lscd$ is ~ 6 orders of magnitude and we allowed four 4 orders of magnitude variation for each data point, the correlations generated were always statistically significant. This provides strong evidence that our results are robust.

For each cancer type (data points of Fig. 1), we defined an Extra Risk Score (ERS) to be the product of the $log_{10}$ value of lifetime cancer risk, $r$, and its lifetime number of stem cell divisions, $lscd$ (the values for $r$ and $lscd$ are provided in Table 1):

$$ERS = log_{10} r \cdot log_{10} lscd .$$

Note that $log_{10} lscd$ and $log_{10} r$ are simply the $log_{10}$ of the x- and y-coordinates of each point in Fig 1, and that the greater the absolute value of this product is, the smaller the evidence for the presence of any environmental or inherited factor acting on that tissue. ERS represents the (negative value of the) area of the rectangle formed in the upper-left quadrant of Fig. 1 by the two coordinates (in logarithmic scale) of a data point as its sides. The larger the area of this rectangle, i.e. the more negative ERS, the less evidence for external environmental or inherited factors adding their extra effects to the stochastic replicative ones. Note that using the ratio between the $log_{10}$ values of $r$ and $lscd$, instead

10

of the product, would be sub-optimal to estimate the extra risk.  For example, a cancer type with a lifetime risk of $10^{-6}$ and a total number of stem cell divisions of $10^{12}$ would have the same *ratio* as a cancer with a lifetime risk of $10^{-3}$ and a total number of stem cell divisions of $10^{6}$ (-6/12 for the first cancer and -3/6 for the second; both = -0.5). But any score reflecting the extra risk (i.e., the risk over and above that associated with cell divisions) should be much lower for the first cancer type than the second, because the first cancer type has a lower risk despite a much higher number of stem cell divisions. When ERS is defined as the product rather than the ratio, the expected relationship is evident:  the ERS for the first cancer type is  -72, while the ERS for the second cancer type is much higher (i.e., -18).

An unsupervised machine learning analysis was performed and K-means cluster analysis was applied to the ERS scores, yielding the clustering depicted in Fig. 2.  As it is well known that there is no established way to ascertain the "correct" number of clusters, and given that our primary interest was in identifying the cancer types in which strong environmental or inherited factors played a role, the number of clusters was set to two. Increasing the number of clusters yielded the expected result. For example, if the number of clusters was set to three, the cluster defined as "R-tumors" split in two, one of which contains cancer types where some environmental or inherited factors are known to play a role, and another where these effects are not known to play a role. Thus, cancer types may be viewed as forming a continuum, from the most affected by environmental and inherited factors to the least, and the ERS score may be used to rank them accordingly. Ward hierarchical clustering, performed via the *hclust* function in the *stats R* package, yielded comparable results, with the three R-tumors closest to the D-tumors shifting to the D-tumor cluster (compare Fig. 2 with Fig. S1).

Given the results of this clustering, where the smallest ERS value in the D-tumors cluster was approximately -17.44 and the largest value in the R-tumors cluster was -19.54, we defined the "adjusted Extra Risk Score" (aERS) as $aERS = 18.49 + ERS$, where 18.49 is the average between the absolute values of the above two numbers. The aERS values are provided in Figure 2 of the main text.

Fig. S1. Ward hierarchical clustering of D- and R-tumors.



**Table S1.**

Lifetime cancer risk and parameters related to the normal stem cells that are precursors of these cancers.   "Stem cells" denote the self-renewing cell population responsible for the homeostasis of the relevant cells in the indicated tissues.  Lifetime parameters were obtained from estimates of the frequency of tissue self-renewal, assuming an average lifespan of 80 years.  The definitions for the parameters *s*, *d*, and *lscd* are provided in the Statistical Analysis section of the Materials and Methods section. The literature sources for the parameters listed in this Table are provided for each cancer type in the Materials and Methods section.

| Cancer type | Lifetime cancer risk | Total number of normal cells[*] in tissue of origin | Number of normal stem cells[*] in tissue of origin (s) | Number of divisions of each stem cell per year | Number of divisions of each stem cell per lifetime (d) | Cumulative number of divisions of all stem cells per lifetime (lscd) |
|---|---|---|---|---|---|---|
| Acute myeloid leukemia | 0.0041 | $3 \cdot 10^{12}$ | $1.35 \cdot 10^8$ | 12 | 960 | $1.299 \cdot 10^{11}$ |
| Basal cell carcinoma | 0.3 | $1.8 \cdot 10^{11}$ | $5.82 \cdot 10^9$ | 7.6 | 608 | $3.550 \cdot 10^{12}$ |
| Chronic lymphocytic leukemia | 0.0052 | $3 \cdot 10^{12}$ | $1.35 \cdot 10^8$ | 12 | 960 | $1.299 \cdot 10^{11}$ |
| Colorectal adenocarcinoma | 0.048 | $3 \cdot 10^{10}$ | $2 \cdot 10^8$ | 73 | 5840 | $1.168 \cdot 10^{12}$ |
| Colorectal adenocarcinoma with FAP | 1 | $3 \cdot 10^{10}$ | $2 \cdot 10^8$ | 73 | 5840 | $1.168 \cdot 10^{12}$ |
| Colorectal adenocarcinoma with  Lynch syndrome | 0.5 | $3 \cdot 10^{10}$ | $2 \cdot 10^8$ | 73 | 5840 | $1.168 \cdot 10^{12}$ |
| Duodenum adenocarcinoma | 0.0003 | $6.8 \cdot 10^8$ | $4 \cdot 10^6$ | 24 | 1947 | $7.796 \cdot 10^9$ |

13

| | | | | | | |
|---|---|---|---|---|---|---|
| Duodenum adenocarcinoma with FAP | 0.035 | $6.8 \cdot 10^8$ | $4 \cdot 10^6$ | 24 | 1947 | $7.796 \cdot 10^9$ |
| Esophageal squamous cell carcinoma | 0.001938 | $3.24 \cdot 10^9$ | $8.64 \cdot 10^5$ | 17.4 | 1390 | $1.203 \cdot 10^9$ |
| Gallbladder non papillary adenocarcinoma | 0.0028 | $1.6 \cdot 10^8$ | $1.6 \cdot 10^6$ | 0.584 | 47 | $7.840 \cdot 10^7$ |
| Glioblastoma | 0.00219 | $8.46 \cdot 10^{10}$ | $1.35 \cdot 10^8$ | 0 | 0 | $2.700 \cdot 10^8$ |
| Head & neck squamous cell carcinoma | 0.0138 | $1.67 \cdot 10^{10}$ | $1.85 \cdot 10^7$ | 21.5 | 1720 | $3.186 \cdot 10^{10}$ |
| Head & neck squamous cell carcinoma with HPV-16 | 0.07935 | $1.67 \cdot 10^{10}$ | $1.85 \cdot 10^7$ | 21.5 | 1720 | $3.186 \cdot 10^{10}$ |
| Hepatocellular carcinoma | 0.0071 | $2.41 \cdot 10^{11}$ | $3.01 \cdot 10^9$ | 0.9125 | 88 | $2.709 \cdot 10^{11}$ |
| Hepatocellular carcinoma with HCV | 0.071 | $2.41 \cdot 10^{11}$ | $3.01 \cdot 10^9$ | 0.9125 | 88 | $2.709 \cdot 10^{11}$ |
| Lung adenocarcinoma (nonsmokers) | 0.0045 | $4.34 \cdot 10^{11}$ | $1.22 \cdot 10^9$ | 0.07 | 5.6 | $9.272 \cdot 10^9$ |
| Lung adenocarcinoma (smokers) | 0.081 | $4.34 \cdot 10^{11}$ | $1.22 \cdot 10^9$ | 0.07 | 5.6 | $9.272 \cdot 10^9$ |
| Medulloblastoma | 0.00011 | $8.5 \cdot 10^{10}$ | $1.36 \cdot 10^8$ | 0 | 0 | $2.720 \cdot 10^8$ |
| Melanoma | 0.0203 | $3.8 \cdot 10^9$ | $3.8 \cdot 10^9$ | 2.48 | 199 | $7.638 \cdot 10^{11}$ |
| Osteosarcoma | 0.00035 | $1.9 \cdot 10^9$ | $4.18 \cdot 10^6$ | 0.067 | 5 | $2.926 \cdot 10^7$ |
| Osteosarcoma of the arms | 0.00004 | $3 \cdot 10^8$ | $6.5 \cdot 10^5$ | 0.067 | 5 | $4.550 \cdot 10^6$ |
| Osteosarcoma of the head | 0.0000302 | $3.9 \cdot 10^8$ | $8.6 \cdot 10^5$ | 0.067 | 5 | $6.020 \cdot 10^6$ |
| Osteosarcoma of | 0.00022 | $7.2 \cdot 10^8$ | $1.59 \cdot 10^6$ | 0.067 | 5 | $1.113 \cdot 10^7$ |

14

| | | | | | |
|---|---|---|---|---|---|
| the legs | | | | | |
| Osteosarcoma of the pelvis | 0.00003 | $2 \cdot 10^8$ | $4.5 \cdot 10^5$ | 0.067 | 5 | $3.150 \cdot 10^6$ |
| Ovarian germ cell | 0.000411 | $1.1 \cdot 10^7$ | $1.1 \cdot 10^7$ | 0 | 0 | $2.200 \cdot 10^7$ |
| Pancreatic ductal adenocarcinoma | 0.013589 | $1.672 \cdot 10^{11}$ (acinar) | $4.18 \cdot 10^9$ | 1 | 80 | $3.428 \cdot 10^{11}$ |
| Pancreatic endocrine (islet cell) carcinoma | 0.000194 | $2.95 \cdot 10^9$ (islet) | $7.4 \cdot 10^7$ | 1 | 80 | $6.068 \cdot 10^9$ |
| Small intestine adenocarcinoma | 0.0007 | $1.7 \cdot 10^{10}$ | $1 \cdot 10^8$ | 36 | 2920 | $2.922 \cdot 10^{11}$ |
| Testicular germ cell cancer | 0.0037 | $2.16 \cdot 10^{10}$ | $7.2 \cdot 10^6$ | 5.8 | 463 | $3.348 \cdot 10^9$ |
| Thyroid papillary/follicular carcinoma | 0.01026 | $10^{10}$ | $6.5 \cdot 10^7$ | 0.087 | 7 | $5.850 \cdot 10^8$ |
| Thyroid medullary carcinoma | 0.000324 | $10^9$ | $6.5 \cdot 10^6$ | 0.087 | 7 | $5.850 \cdot 10^7$ |

\*"Cells" and "stem cells" refer only to those normal cells of the same type as the cancer cells in that tissue.  For example, for colorectal adenocarcinomas, the cells and stem cells referred to are epithelial cells, not the stromal or other cell types within normal colon. For some cancer types, such as osteosarcomas, overall data as well as anatomic-compartment specific data are included.

## References

1. P. M. Dubal, P. F. Svider, V. V. Kanumuri, A. A. Patel, S. Baredes, J. A. Eloy, Laryngeal chondrosarcoma: A population-based analysis. *Laryngoscope* **124**, 1877–1881 (2014). Medline doi:10.1002/lary.24618

2. N. Jaffe, *Pediatric and Adolescent Osteosarcoma* (Springer, New York, 2009).

3. National Cancer Institute, Surveillance, Epidemiology, and End Results Program; http://www.seer.cancer.gov.

4. G. Danaei, S. Vander Hoorn, A. D. Lopez, C. J. Murray, M. Ezzati; Comparative Risk Assessment collaborating group (Cancers), Causes of cancer in the world: Comparative risk assessment of nine behavioural and environmental risk factors. *Lancet* **366**, 1784–1793 (2005). Medline doi:10.1016/S0140-6736(05)67725-2

5. Centers for Disease Control and Prevention; http://www.cdc.gov.

6. E. R. Fearon, Human cancer syndromes: Clues to the origin and nature of cancer. *Science* **278**, 1043–1050 (1997). Medline doi:10.1126/science.278.5340.1043

7. P. Lichtenstein, N. V. Holm, P. K. Verkasalo, A. Iliadou, J. Kaprio, M. Koskenvuo, E. Pukkala, A. Skytthe, K. Hemminki, Environmental and heritable factors in the causation of cancer—analyses of cohorts of twins from Sweden, Denmark, and Finland. *N. Engl. J. Med.* **343**, 78–85 (2000). Medline doi:10.1056/NEJM200007133430201

8. American Cancer Society; http://www.cancer.org.

9. P. Armitage, R. Doll, A two-stage theory of carcinogenesis in relation to the age distribution of human cancer. *Br. J. Cancer* **11**, 161–169 (1957). Medline doi:10.1038/bjc.1957.22

10. P. Armitage, R. Doll, The age distribution of cancer and a multi-stage theory of carcinogenesis. *Br. J. Cancer* **8**, 1–12 (1954). Medline doi:10.1038/bjc.1954.1

11. T. Boveri, *Zur Frage der Entstehung Maligner Tumoren* (G. Fischer, Jena, Germany, 1914).

12. E. R. Fearon, B. Vogelstein, A genetic model for colorectal tumorigenesis. *Cell* **61**, 759–767 (1990). Medline doi:10.1016/0092-8674(90)90186-I

13. A. G. Knudson Jr., Mutation and cancer: Statistical study of retinoblastoma. *Proc. Natl. Acad. Sci. U.S.A.* **68**, 820–823 (1971). Medline doi:10.1073/pnas.68.4.820

14. L. A. Garraway, E. S. Lander, Lessons from the cancer genome. *Cell* **153**, 17–37 (2013). Medline doi:10.1016/j.cell.2013.03.002

15. M. R. Stratton, P. J. Campbell, P. A. Futreal, The cancer genome. *Nature* **458**, 719–724 (2009). Medline doi:10.1038/nature07943

16. B. Vogelstein, N. Papadopoulos, V. E. Velculescu, S. Zhou, L. A. Diaz Jr., K. W. Kinzler, Cancer genome landscapes. *Science* **339**, 1546–1558 (2013). Medline doi:10.1126/science.1235122

17. D. Albanes, M. Winick, Are cell number and cell proliferation risk factors for cancer? *J. Natl. Cancer Inst.* **80**, 772–775 (1988). Medline doi:10.1093/jnci/80.10.772

16

18. L. Tomatis; International Agency for Research on Cancer, Cell proliferation and carcinogenesis: A brief history and current view based on an IARC workshop report. *Environ. Health Perspect.* **101** (Suppl 5), 149–151 (1993). Medline

19. J. M. Ward, H. Uno, Y. Kurata, C. M. Weghorst, J. J. Jang, Cell proliferation not associated with carcinogenesis in rodents and humans. *Environ. Health Perspect.* **101** (Suppl 5), 125–135 (1993). Medline doi:10.1289/ehp.93101s5125

20. S. Sell, Cellular origin of cancer: Dedifferentiation or stem cell maturation arrest? *Environ. Health Perspect.* **101** (Suppl 5), 15–26 (1993). Medline doi:10.1289/ehp.93101s515

21. S. A. Frank, in *Dynamics of Cancer: Incidence, Inheritance, and Evolution* (Princeton Univ. Press, Princeton, NJ, 2007), chap. 4.

22. S. G. Baker, A. Cappuccio, J. D. Potter, Research on early-stage carcinogenesis: Are we approaching paradigm instability? *J. Clin. Oncol.* **28**, 3215–3218 (2010). Medline doi:10.1200/JCO.2010.28.5460

23. M. Lynch, Rate, molecular spectrum, and consequences of human mutation. *Proc. Natl. Acad. Sci. U.S.A.* **107**, 961–968 (2010). Medline doi:10.1073/pnas.0912629107

24. C. Tomasetti, B. Vogelstein, G. Parmigiani, Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation. *Proc. Natl. Acad. Sci. U.S.A.* **110**, 1999–2004 (2013). Medline doi:10.1073/pnas.1221068110

25. C. Blanpain, E. Fuchs, Epidermal homeostasis: A balancing act of stem cells in the skin. *Nat. Rev. Mol. Cell Biol.* **10**, 207–217 (2009). Medline doi:10.1038/nrm2636

26. C. Booth, C. S. Potten, Gut instincts: Thoughts on intestinal epithelial stem cells. *J. Clin. Invest.* **105**, 1493–1499 (2000). Medline doi:10.1172/JCI10229

27. T. Reya, S. J. Morrison, M. F. Clarke, I. L. Weissman, Stem cells, cancer, and cancer stem cells. *Nature* **414**, 105–111 (2001). Medline doi:10.1038/35102167

28. H. J. Snippert, L. G. van der Flier, T. Sato, J. H. van Es, M. van den Born, C. Kroon-Veenboer, N. Barker, A. M. Klein, J. van Rheenen, B. D. Simons, H. Clevers, Intestinal crypt homeostasis results from neutral competition between symmetrically dividing Lgr5 stem cells. *Cell* **143**, 134–144 (2010). Medline doi:10.1016/j.cell.2010.09.016

29. C. O. Nordling, A new theory on cancer-inducing mechanism. *Br. J. Cancer* **7**, 68–72 (1953). Medline doi:10.1038/bjc.1953.8

30. C. Kandoth, M. D. McLellan, F. Vandin, K. Ye, B. Niu, C. Lu, M. Xie, Q. Zhang, J. F. McMichael, M. A. Wyczalkowski, M. D. Leiserson, C. A. Miller, J. S. Welch, M. J. Walter, M. C. Wendl, T. J. Ley, R. K. Wilson, B. J. Raphael, L. Ding, Mutational landscape and significance across 12 major cancer types. *Nature* **502**, 333–339 (2013). Medline doi:10.1038/nature12634

31. G. A. Colditz, K. Y. Wolin, S. Gehlert, Applying what we know to accelerate cancer prevention. *Sci. Transl. Med.* **4**, 127rv4 (2012). Medline doi:10.1126/scitranslmed.3003218

32. E. Bianconi, A. Piovesan, F. Facchin, A. Beraudi, R. Casadei, F. Frabetti, L. Vitale, M. C. Pelleri, S. Tassani, F. Piva, S. Perez-Amodio, P. Strippoli, S. Canaider, An estimation of

the number of cells in the human body. *Ann. Hum. Biol.* **40**, 463–471 (2013). Medline doi:10.3109/03014460.2013.807878

33. K. Kato, A. Radbruch, Isolation and characterization of CD34+ hematopoietic stem cells from human peripheral blood by high-gradient magnetic cell sorting. *Cytometry* **14**, 384–392 (1993). Medline doi:10.1002/cyto.990140407

34. W. W. Pang, E. A. Price, D. Sahoo, I. Beerman, W. J. Maloney, D. J. Rossi, S. L. Schrier, I. L. Weissman, Human bone marrow hematopoietic stem cells are increased in frequency and myeloid-biased with age. *Proc. Natl. Acad. Sci. U.S.A.* **108**, 20012–20017 (2011). Medline doi:10.1073/pnas.1116110108

35. A. Foudi, K. Hochedlinger, D. Van Buren, J. W. Schindler, R. Jaenisch, V. Carey, H. Hock, Analysis of histone 2B-GFP retention reveals slowly cycling hematopoietic stem cells. *Nat. Biotechnol.* **27**, 84–90 (2009). Medline doi:10.1038/nbt.1517

36. M. J. Kiel, S. He, R. Ashkenazi, S. N. Gentry, M. Teta, J. A. Kushner, T. L. Jackson, S. J. Morrison, Haematopoietic stem cells do not asymmetrically segregate chromosomes or retain BrdU. *Nature* **449**, 238–242 (2007). Medline doi:10.1038/nature06115

37. G. B. Bradford, B. Williams, R. Rossi, I. Bertoncello, Quiescence, cycling, and turnover in the primitive hematopoietic stem cell compartment. *Exp. Hematol.* **25**, 445–453 (1997). Medline

38. K. Sudo, H. Ema, Y. Morita, H. Nakauchi, Age-associated characteristics of murine hematopoietic stem cells. *J. Exp. Med.* **192**, 1273–1280 (2000). Medline doi:10.1084/jem.192.9.1273

39. S. H. Cheshier, S. J. Morrison, X. Liao, I. L. Weissman, In vivo proliferation and cell cycle kinetics of long-term self-renewing hematopoietic stem cells. *Proc. Natl. Acad. Sci. U.S.A.* **96**, 3120–3125 (1999). Medline doi:10.1073/pnas.96.6.3120

40. T. L. Diepgen, V. Mahler, The epidemiology of skin cancer. *Br. J. Dermatol.* **146** (Suppl 61), 1–6 (2002). Medline doi:10.1046/j.1365-2133.146.s61.2.x

41. D. L. Miller, M. A. Weinstock, Nonmelanoma skin cancer in the United States: Incidence. *J. Am. Acad. Dermatol.* **30**, 774–778 (1994). Medline doi:10.1016/S0190-9622(08)81509-5

42. A. I. Rubin, E. H. Chen, D. Ratner, Basal-cell carcinoma. *N. Engl. J. Med.* **353**, 2262–2269 (2005). Medline doi:10.1056/NEJMra044151

43. M. Kasper, V. Jaks, D. Hohl, R. Toftgård, Basal cell carcinoma - molecular biology and potential new therapies. *J. Clin. Invest.* **122**, 455–463 (2012). Medline doi:10.1172/JCI58779

44. K. K. Youssef, A. Van Keymeulen, G. Lapouge, B. Beck, C. Michaux, Y. Achouri, P. A. Sotiropoulou, C. Blanpain, Identification of the cell lineage at the origin of basal cell carcinoma. *Nat. Cell Biol.* **12**, 299–305 (2010). Medline

45. A. Rook, T. Burns, *Rook's Textbook of Dermatology* (Blackwell Science, Malden, Mass., ed. 7th, 2004).

46. J. Nyman, I. Turesson, Basal cell density in human skin for various fractionation schedules in radiotherapy. *Radiother. Oncol.* **33**, 117–124 (1994). Medline doi:10.1016/0167-8140(94)90065-5

47. U. B. Jensen, S. Lowell, F. M. Watt, The spatial relationship between stem cells and their progeny in the basal layer of human epidermis: A new view based on whole-mount labelling and lineage analysis. *Development* **126**, 2409–2418 (1999). Medline

48. P. H. Jones, S. Harper, F. M. Watt, Stem cell patterning and fate in human epidermis. *Cell* **80**, 83–93 (1995). Medline doi:10.1016/0092-8674(95)90453-0

49. R. D. Mosteller, Simplified calculation of body-surface area. *N. Engl. J. Med.* **317**, 1098 (1987). Medline doi:10.1056/NEJM198710223171717

50. K. M. Halprin, Epidermal "turnover time"—a re-examination. *Br. J. Dermatol.* **86**, 14–19 (1972). Medline doi:10.1111/j.1365-2133.1972.tb01886.x

51. H. Iizuka, Epidermal turnover time. *J. Dermatol. Sci.* **8**, 215–217 (1994). Medline doi:10.1016/0923-1811(94)90057-4

52. B. M. Boman, J. Z. Fields, K. L. Cavanaugh, A. Guetter, O. A. Runquist, How dysregulated colonic crypt dynamics cause stem cell overpopulation and initiate colon cancer. *Cancer Res.* **68**, 3304–3313 (2008). Medline doi:10.1158/0008-5472.CAN-07-2061

53. P. Calabrese, S. Tavaré, D. Shibata, Pretumor progression: Clonal evolution of human stem cell populations. *Am. J. Pathol.* **164**, 1337–1346 (2004). Medline doi:10.1016/S0002-9440(10)63220-8

54. A. Facista, H. Nguyen, C. Lewis, A. R. Prasad, L. Ramsey, B. Zaitlin, V. Nfonsam, R. S. Krouse, H. Bernstein, C. M. Payne, S. Stern, N. Oatman, B. Banerjee, C. Bernstein, Deficient expression of DNA repair enzymes in early progression to sporadic colon cancer. *Genome Integr* **3**, 3 (2012). Medline

55. C. S. Potten, C. Booth, D. Hargreaves, The small intestine as a model for evaluating adult tissue stem cell drug targets. *Cell Prolif.* **36**, 115–129 (2003). Medline doi:10.1046/j.1365-2184.2003.00264.x

56. J. H. Song, D. J. Huels, R. A. Ridgway, O. J. Sansom, B. N. Kholodenko, W. Kolch, K. H. Cho, The APC network regulates the removal of mutated cells from colonic crypts. *Cell Reports* **7**, 94–103 (2014). Medline doi:10.1016/j.celrep.2014.02.043

57. P. Nicolas, K. M. Kim, D. Shibata, S. Tavaré, The stem cell population of the human colon crypt: Analysis via methylation patterns. *PLOS Comput. Biol.* **3**, e28 (2007). Medline doi:10.1371/journal.pcbi.0030028

58. C. S. Potten, M. Kellett, S. A. Roberts, D. A. Rew, G. D. Wilson, Measurement of in vivo proliferation in human colorectal mucosa using bromodeoxyuridine. *Gut* **33**, 71–78 (1992). Medline doi:10.1136/gut.33.1.71

59. H. Cheng, M. Bjerknes, J. Amar, Methods for the determination of epithelial cell kinetic parameters of human colonic epithelium isolated from surgical and biopsy specimens. *Gastroenterology* **86**, 78–85 (1984). Medline

19

60. R. Okamoto, M. Watanabe, Molecular and clinical basis for the regeneration of human gastrointestinal epithelia. *J. Gastroenterol.* **39**, 1–6 (2004). Medline doi:10.1007/s00535-003-1259-8

61. H. T. Lynch, A. de la Chapelle, Hereditary colorectal cancer. *N. Engl. J. Med.* **348**, 919–932 (2003). Medline doi:10.1056/NEJMra012242

62. J. G. Dowty, A. K. Win, D. D. Buchanan, N. M. Lindor, F. A. Macrae, M. Clendenning, Y. C. Antill, S. N. Thibodeau, G. Casey, S. Gallinger, L. L. Marchand, P. A. Newcomb, R. W. Haile, G. P. Young, P. A. James, G. G. Giles, S. R. Gunawardena, B. A. Leggett, M. Gattas, A. Boussioutas, D. J. Ahnen, J. A. Baron, S. Parry, J. Goldblatt, J. P. Young, J. L. Hopper, M. A. Jenkins, Cancer risks for MLH1 and MSH2 mutation carriers. *Hum. Mutat.* **34**, 490–497 (2013). Medline doi:10.1002/humu.22262

63. A. I. Neugut, J. S. Jacobson, S. Suh, R. Mukherjee, N. Arber, The epidemiology of cancer of the small bowel. *Cancer Epidemiol. Biomarkers Prev.* **7**, 243–251 (1998). Medline

64. J. Y. Kim, K. D. Siegmund, S. Tavaré, D. Shibata, Age-related human small intestine methylation: Evidence for stem cell niches. *BMC Med.* **3**, 10 (2005). Medline doi:10.1186/1741-7015-3-10

65. S. Kozar, E. Morrissey, A. M. Nicholson, M. van der Heijden, H. I. Zecchini, R. Kemp, S. Tavaré, L. Vermeulen, D. J. Winton, Continuous clonal labeling reveals small numbers of functional stem cells in intestinal crypts and adenomas. *Cell Stem Cell* **13**, 626–633 (2013). Medline doi:10.1016/j.stem.2013.08.001

66. K. F. Trivers, S. A. Sabatino, S. L. Stewart, Trends in esophageal cancer incidence by histology, United States, 1998-2003. *Int. J. Cancer* **123**, 1422–1428 (2008). Medline doi:10.1002/ijc.23691

67. R. Kim, J. L. Weissfeld, J. C. Reynolds, L. H. Kuller, Etiology of Barrett's metaplasia and esophageal adenocarcinoma. *Cancer Epidemiol. Biomarkers Prev.* **6**, 369–377 (1997). Medline

68. M. H. Sleisenger, M. Feldman, L. S. Friedman, L. J. Brandt, *Sleisenger and Fordtran's Gastrointestinal and Liver Disease: Pathophysiology, Diagnosis, Management* (Saunders/Elsevier, Philadelphia, PA, ed. 9th, 2010).

69. T. Smitha, P. Sharada, H. Girish, Morphometry of the basal cell layer of oral leukoplakia and oral squamous cell carcinoma using computer-aided image analysis. *J Oral Maxillofac Pathol* **15**, 26–33 (2011). Medline doi:10.4103/0973-029X.80034

70. D. P. Doupé, M. P. Alcolea, A. Roshan, G. Zhang, A. M. Klein, B. D. Simons, P. H. Jones, A single progenitor population switches behavior to maintain and repair esophageal epithelium. *Science* **337**, 1091–1093 (2012). Medline doi:10.1126/science.1218835

71. C. A. Squier, K. A. Brogden, *Human Oral Mucosa: Development, Structure, and Function* (Wiley-Blackwell, Chichester, West Sussex, UK, 2011).

72. C. A. Squier, M. J. Kremer, Biology of oral mucosa and esophagus. *J. Natl. Cancer Inst. Monogr.* **2001**, 7–15 (2001). Medline doi:10.1093/oxfordjournals.jncimonographs.a003443

73. Cancer Research UK; http://www.cancerresearchuk.org.

74. S. P. Lee, C. E. Savard, R. Kuver, Gallbladder epithelial cells that engraft in mouse liver can differentiate into hepatocyte-like cells. *Am. J. Pathol.* **174**, 842–853 (2009). Medline doi:10.2353/ajpath.2009.080262

75. P. Putz, G. Willems, Cell proliferation in the human gallbladder epithelium: Effect of distension. *Gut* **20**, 246–248 (1979). Medline doi:10.1136/gut.20.3.246

76. Q. T. Ostrom, L. Bauchet, F. G. Davis, I. Deltour, J. L. Fisher, C. E. Langer, M. Pekmezci, J. A. Schwartzbaum, M. C. Turner, K. M. Walsh, M. R. Wrensch, J. S. Barnholtz-Sloan, The epidemiology of glioma in adults: A "state of the science" review. *Neuro-oncol.* **16**, 896–913 (2014). Medline doi:10.1093/neuonc/nou087

77. F. A. Azevedo, L. R. Carvalho, L. T. Grinberg, J. M. Farfel, R. E. Ferretti, R. E. Leite, W. Jacob Filho, R. Lent, S. Herculano-Houzel, Equal numbers of neuronal and nonneuronal cells make the human brain an isometrically scaled-up primate brain. *J. Comp. Neurol.* **513**, 532–541 (2009). Medline doi:10.1002/cne.21974

78. S. Herculano-Houzel, The remarkable, yet not extraordinary, human brain as a scaled-up primate brain and its associated cost. *Proc. Natl. Acad. Sci. U.S.A.* **109** (Suppl 1), 10661–10668 (2012). Medline doi:10.1073/pnas.1201895109

79. C. Eroglu, B. A. Barres, Regulation of synaptic connectivity by glia. *Nature* **468**, 223–231 (2010). Medline doi:10.1038/nature09612

80. B. A. Reynolds, R. L. Rietze, Neural stem cells and neurospheres—re-evaluating the relationship. *Nat. Methods* **2**, 333–336 (2005). Medline doi:10.1038/nmeth758

81. K. L. Spalding, R. D. Bhardwaj, B. A. Buchholz, H. Druid, J. Frisén, Retrospective birth dating of cells in humans. *Cell* **122**, 133–143 (2005). Medline doi:10.1016/j.cell.2005.04.028

82. G. D'Souza, A. R. Kreimer, R. Viscidi, M. Pawlita, C. Fakhry, W. M. Koch, W. H. Westra, M. L. Gillison, Case-control study of human papillomavirus and oropharyngeal cancer. *N. Engl. J. Med.* **356**, 1944–1956 (2007). Medline doi:10.1056/NEJMoa065497

83. M. L. Gillison, W. M. Koch, R. B. Capone, M. Spafford, W. H. Westra, L. Wu, M. L. Zahurak, R. W. Daniel, M. Viglione, D. E. Symer, K. V. Shah, D. Sidransky, Evidence for a causal association between human papillomavirus and a subset of head and neck cancers. *J. Natl. Cancer Inst.* **92**, 709–720 (2000). Medline doi:10.1093/jnci/92.9.709

84. A. K. Chaturvedi, W. F. Anderson, J. Lortet-Tieulent, M. P. Curado, J. Ferlay, S. Franceschi, P. S. Rosenberg, F. Bray, M. L. Gillison, Worldwide trends in incidence rates for oral cavity and oropharyngeal cancers. *J. Clin. Oncol.* **31**, 4550–4559 (2013). Medline doi:10.1200/JCO.2013.50.3870

85. J. Mork, A. K. Lie, E. Glattre, G. Hallmans, E. Jellum, P. Koskela, B. Møller, E. Pukkala, J. T. Schiller, L. Youngman, M. Lehtinen, J. Dillner, Human papillomavirus infection as a risk factor for squamous-cell carcinoma of the head and neck. *N. Engl. J. Med.* **344**, 1125–1131 (2001). Medline doi:10.1056/NEJM200104123441503

86. X. Li, L. Gao, H. Li, J. Gao, Y. Yang, F. Zhou, C. Gao, M. Li, Q. Jin, Human papillomavirus infection and laryngeal cancer risk: A systematic review and meta-analysis. *J. Infect. Dis.* **207**, 479–488 (2013). Medline doi:10.1093/infdis/jis698

21

87. M. L. Gillison, T. Broutian, R. K. Pickard, Z. Y. Tong, W. Xiao, L. Kahle, B. I. Graubard, A. K. Chaturvedi, Prevalence of oral HPV infection in the United States, 2009-2010. *JAMA* **307**, 693–703 (2012). Medline doi:10.1001/jama.2012.101

88. K. R. Dahlstrom, K. Adler-Storthz, C. J. Etzel, Z. Liu, L. Dillon, A. K. El-Naggar, M. R. Spitz, J. T. Schiller, Q. Wei, E. M. Sturgis, Human papillomavirus type 16 infection and squamous cell carcinoma of the head and neck in never-smokers: A matched pair analysis. *Clin. Cancer Res.* **9**, 2620–2626 (2003). Medline

89. E. A. Naumova, T. Dierkes, J. Sprang, W. H. Arnold, The oral mucosal surface and blood vessels. *Head Face Med.* **9**, 8 (2013). Medline doi:10.1186/1746-160X-9-8

90. L. M. Collins, C. Dawes, The surface area of the adult human mouth and thickness of the salivary film covering the teeth and oral mucosa. *J. Dent. Res.* **66**, 1300–1302 (1987). Medline doi:10.1177/00220345870660080201

91. M. M. Daniel, M. C. Lorenzi, C. da Costa Leite, G. Lorenzi-Filho, Pharyngeal dimensions in healthy men and women. *Clinics (Sao Paulo)* **62**, 5–10 (2007). Medline doi:10.1590/S1807-59322007000100002

92. H. E. Eckel, C. Sittel, P. Zorowka, A. Jerke, Dimensions of the laryngeal framework in adults. *Surg. Radiol. Anat.* **16**, 31–36 (1994). Medline doi:10.1007/BF01627918

93. K. B. Jones, O. D. Klein, Oral epithelial stem cells in tissue maintenance and disease: The first steps in a long journey. *Int. J. Oral Sci.* **5**, 121–129 (2013). Medline doi:10.1038/ijos.2013.46

94. A. H. Shojaei, Buccal mucosa as a route for systemic drug delivery: A review. *J. Pharm. Pharm. Sci.* **1**, 15–30 (1998). Medline

95. S. F. Altekruse, K. A. McGlynn, M. E. Reichman, Hepatocellular carcinoma incidence, mortality, and survival trends in the United States from 1975 to 2005. *J. Clin. Oncol.* **27**, 1485–1491 (2009). Medline doi:10.1200/JCO.2008.20.7753

96. J. A. Davila, R. O. Morgan, Y. Shaib, K. A. McGlynn, H. B. El-Serag, Hepatitis C infection and the increasing incidence of hepatocellular carcinoma: A population-based study. *Gastroenterology* **127**, 1372–1380 (2004). Medline doi:10.1053/j.gastro.2004.07.020

97. G. L. Armstrong, A. Wasley, E. P. Simard, G. M. McQuillan, W. L. Kuhnert, M. J. Alter, The prevalence of hepatitis C virus infection in the United States, 1999 through 2002. *Ann. Intern. Med.* **144**, 705–714 (2006). Medline doi:10.7326/0003-4819-144-10-200605160-00004

98. R. Turner, O. Lozoya, Y. Wang, V. Cardinale, E. Gaudio, G. Alpini, G. Mendel, E. Wauthier, C. Barbier, D. Alvaro, L. M. Reid, Human hepatic stem cell and maturational liver lineage biology. *Hepatology* **53**, 1035–1045 (2011). Medline doi:10.1002/hep.24157

99. W. K. Hong, American Association for Cancer Research, *Holland Frei Cancer Medicine 8* (People's Medical Pub. House, Shelton, Conn., ed. 8th, 2010).

100. I. T. Agaku, B. A. King, S. R. Dube; Centers for Disease Control and Prevention (CDC), Current cigarette smoking among adults - United States, 2005-2012. *MMWR Morb. Mortal. Wkly. Rep.* **63**, 29–34 (2014). Medline

101. C. F. Kim, E. L. Jackson, A. E. Woolfenden, S. Lawrence, I. Babar, S. Vogel, D. Crowley, R. T. Bronson, T. Jacks, Identification of bronchioalveolar stem cells in normal lung and lung cancer. *Cell* **121**, 823–835 (2005). Medline doi:10.1016/j.cell.2005.03.032

102. J. H. Lee, D. H. Bhang, A. Beede, T. L. Huang, B. R. Stripp, K. D. Bloch, A. J. Wagers, Y. H. Tseng, S. Ryeom, C. F. Kim, Lung stem cell differentiation in mice directed by endothelial cells via a BMP4-NFATc1-thrombospondin-1 axis. *Cell* **156**, 440–455 (2014). Medline doi:10.1016/j.cell.2013.12.039

103. T. J. Desai, D. G. Brownfield, M. A. Krasnow, Alveolar progenitor and stem cells in lung development, renewal and cancer. *Nature* **507**, 190–194 (2014). Medline doi:10.1038/nature12930

104. T. A. Dolecek, J. M. Propp, N. E. Stroup, C. Kruchko, CBTRUS statistical report: Primary brain and central nervous system tumors diagnosed in the United States in 2005-2009. *Neuro-oncol.* **14** (Suppl 5), v1–v49 (2012). Medline doi:10.1093/neuonc/nos218

105. R. J. Gilbertson, D. W. Ellison, The origins of medulloblastoma subtypes. *Annu. Rev. Pathol.* **3**, 341–365 (2008). Medline doi:10.1146/annurev.pathmechdis.3.121806.151518

106. T. Kondo, S. Ezzat, S. L. Asa, Pathogenetic mechanisms in thyroid follicular-cell neoplasia. *Nat. Rev. Cancer* **6**, 292–306 (2006). Medline doi:10.1038/nrc1836

107. S. A. Hundahl, I. D. Fleming, A. M. Fremgen, H. R. Menck, A National Cancer Data Base report on 53,856 cases of thyroid carcinoma treated in the U.S., 1985-1995. *Cancer* **83**, 2638–2648 (1998) [see commetns]. Medline doi:10.1002/(SICI)1097-0142(19981215)83:12<2638::AID-CNCR31>3.0.CO;2-1

108. V. A. LiVolsi, S. L. Asa, The demise of follicular carcinoma of the thyroid gland. *Thyroid* **4**, 233–236 (1994). Medline doi:10.1089/thy.1994.4.233

109. I. Martín-Lacave, M. J. Borrero, J. C. Utrilla, J. M. Fernández-Santos, M. de Miguel, J. Morillo, J. M. Guerrero, R. García-Marín, E. Conde, C cells evolve at the same rhythm as follicular cells when thyroidal status changes in rats. *J. Anat.* **214**, 301–309 (2009). Medline doi:10.1111/j.1469-7580.2008.01044.x

110. I. Martín-Lacave, E. Conde, C. Montero, H. Galera-Davidson, Quantitative changes in the frequency and distribution of the C-cell population in the rat thyroid gland with age. *Cell Tissue Res.* **270**, 73–77 (1992). Medline doi:10.1007/BF00381881

111. G. Lania, Z. Zhang, T. Huynh, C. Caprio, A. M. Moon, F. Vitelli, A. Baldini, Early thyroid development requires a Tbx1-Fgf8 pathway. *Dev. Biol.* **328**, 109–117 (2009). Medline doi:10.1016/j.ydbio.2009.01.014

112. N. Hoshi, T. Kusakabe, B. J. Taylor, S. Kimura, Side population cells in the mouse thyroid exhibit stem/progenitor cell-like characteristics. *Endocrinology* **148**, 4251–4258 (2007). Medline doi:10.1210/en.2006-0490

113. T. Ozaki, T. Matsubara, D. Seo, M. Okamoto, K. Nagashima, Y. Sasaki, S. Hayase, T. Murata, X. H. Liao, J. Hanson, J. Rodriguez-Canales, S. S. Thorgeirsson, K. Kakudo, S. Refetoff, S. Kimura, Thyroid regeneration: Characterization of clear cells after partial thyroidectomy. *Endocrinology* **153**, 2514–2525 (2012). Medline doi:10.1210/en.2011-1365

114. R. Y. Lin, New insights into thyroid stem cells. *Thyroid* **17**, 1019–1023 (2007). Medline doi:10.1089/thy.2007.0183

115. R. Y. Lin, Thyroid cancer stem cells. *Nat. Rev. Endocrinol.* **7**, 609–616 (2011). Medline doi:10.1038/nrendo.2011.127

116. A. Fierabracci, Identifying thyroid stem/progenitor cells: Advances and limitations. *J. Endocrinol.* **213**, 1–13 (2012). Medline doi:10.1530/JOE-11-0183

117. J. Coclet, F. Foureau, P. Ketelbant, P. Galand, J. E. Dumont, Cell population kinetics in dog and human adult thyroid. *Clin. Endocrinol. (Oxf.)* **31**, 655–666 (1989). Medline doi:10.1111/j.1365-2265.1989.tb01290.x

118. A. J. Miller, M. C. Mihm Jr., Melanoma. *N. Engl. J. Med.* **355**, 51–65 (2006). Medline doi:10.1056/NEJMra052166

119. J. Kanitakis, Anatomy, histology and immunohistochemistry of normal human skin. *Eur. J. Dermatol.* **12**, 390–399, quiz 400–401 (2002). Medline

120. K. Jimbow, S. I. Roth, T. B. Fitzpatrick, G. Szabo, Mitotic activity in non-neoplastic melanocytes in vivo as determined by histochemical, autoradiographic, and electron microscope studies. *J. Cell Biol.* **66**, 663–670 (1975). Medline doi:10.1083/jcb.66.3.663

121. H. Chung, E. K. Suh, I. O. Han, E. S. Oh, Keratinocyte-derived laminin-332 promotes adhesion and migration in melanocytes and melanoma. *J. Biol. Chem.* **286**, 13438–13447 (2011). Medline doi:10.1074/jbc.M110.166751

122. L. F. Bonewald, Osteocytes as dynamic multifunctional cells. *Ann. N. Y. Acad. Sci.* **1116**, 281–290 (2007). Medline doi:10.1196/annals.1402.018

123. R. W. Young, Cell proliferation and specialization during endochondral osteogenesis in young rats. *J. Cell Biol.* **14**, 357–370 (1962). Medline doi:10.1083/jcb.14.3.357

124. A. Cicconetti, B. Sacchetti, A. Bartoli, S. Michienzi, A. Corsi, A. Funari, P. G. Robey, P. Bianco, M. Riminucci, Human maxillary tuberosity and jaw periosteum as sources of osteoprogenitor cells for tissue engineering. *Oral Surg. Oral Med. Oral Pathol. Oral Radiol. Endod.* **104**, 618.e1–618.e12 (2007). Medline doi:10.1016/j.tripleo.2007.02.022

125. R. S. Arora, R. D. Alston, T. O. B. Eden, M. Geraci, J. M. Birch, Comparative incidence patterns and trends of gonadal and extragonadal germ cell tumors in England, 1979 to 2003. *Cancer* **118**, 4290–4297 (2012). Medline doi:10.1002/cncr.27403

126. L. S. Mamsen, M. C. Lutterodt, E. W. Andersen, A. G. Byskov, C. Y. Andersen, Germ cell numbers in human embryonic and fetal gonads during the first two trimesters of pregnancy: Analysis of six published studies. *Hum. Reprod.* **26**, 2140–2145 (2011). Medline doi:10.1093/humrep/der149

127. J. B. Kerr, L. Brogan, M. Myers, K. J. Hutt, T. Mladenovska, S. Ricardo, K. Hamza, C. L. Scott, A. Strasser, J. K. Findlay, The primordial follicle reserve is not renewed after chemical or γ-irradiation mediated depletion. *Reproduction* **143**, 469–476 (2012). Medline doi:10.1530/REP-11-0430

128. J. L. Kopp, G. von Figura, E. Mayes, F. F. Liu, C. L. Dubois, J. P. Morris 4th, F. C. Pan, H. Akiyama, C. V. Wright, K. Jensen, M. Hebrok, M. Sander, Identification of Sox9-

dependent acinar-to-ductal reprogramming as the principal mechanism for initiation of pancreatic ductal adenocarcinoma. *Cancer Cell* **22**, 737–750 (2012). Medline doi:10.1016/j.ccr.2012.10.025

129. R. Rubin, D. S. Strayer, E. Rubin, *Rubin's Pathology: Clinicopathologic Foundations of Medicine* (Lippincott Williams & Wilkins, ed. 6th, 2011).

130. E. Sangiorgi, M. R. Capecchi, Bmi1 lineage tracing identifies a self-renewing pancreatic acinar cell subpopulation capable of maintaining pancreatic organ homeostasis. *Proc. Natl. Acad. Sci. U.S.A.* **106**, 7101–7106 (2009). Medline doi:10.1073/pnas.0902508106

131. K. Furuyama, Y. Kawaguchi, H. Akiyama, M. Horiguchi, S. Kodama, T. Kuhara, S. Hosokawa, A. Elbahrawy, T. Soeda, M. Koizumi, T. Masui, M. Kawaguchi, K. Takaori, R. Doi, E. Nishi, R. Kakinoki, J. M. Deng, R. R. Behringer, T. Nakamura, S. Uemoto, Continuous cell supply from a Sox9-expressing progenitor zone in adult liver, exocrine pancreas and intestine. *Nat. Genet.* **43**, 34–41 (2011). Medline doi:10.1038/ng.722

132. J. C. Yao, M. P. Eisner, C. Leary, C. Dagohoy, A. Phan, A. Rashid, M. Hassan, D. B. Evans, Population-based study of islet cell carcinoma. *Ann. Surg. Oncol.* **14**, 3492–3500 (2007). Medline doi:10.1245/s10434-007-9566-6

133. A. Inada, C. Nienaber, H. Katsuta, Y. Fujitani, J. Levine, R. Morita, A. Sharma, S. Bonner-Weir, Carbonic anhydrase II-positive pancreatic cells are progenitors for both endocrine and exocrine pancreas after birth. *Proc. Natl. Acad. Sci. U.S.A.* **105**, 19915–19919 (2008). Medline doi:10.1073/pnas.0805803105

134. M. Rovira, S. G. Scott, A. S. Liss, J. Jensen, S. P. Thayer, S. D. Leach, Isolation and characterization of centroacinar/terminal ductal progenitor cells in adult mouse pancreas. *Proc. Natl. Acad. Sci. U.S.A.* **107**, 75–80 (2010). Medline doi:10.1073/pnas.0912589107

135. B. Tyrberg, J. Ustinov, T. Otonkoski, A. Andersson, Stimulated endocrine cell proliferation and differentiation in transplanted human pancreatic islets: Effects of the ob gene and compensatory growth of the implantation organ. *Diabetes* **50**, 301–307 (2001). Medline doi:10.2337/diabetes.50.2.301

136. W. Kuehnel, *Pocket Atlas of Cytology, Histology and Microscopic Anatomy* (Thieme, 2003).

137. A. G. Cummins, B. G. Alexander, A. Chung, E. Teo, J. A. Woenig, J. B. Field, F. M. Thompson, I. C. Roberts-Thomson, Morphometric evaluation of duodenal biopsies in celiac disease. *Am. J. Gastroenterol.* **106**, 145–150 (2011). Medline doi:10.1038/ajg.2010.313

138. J. B. Trbojević-Stanković, N. M. Milićević, D. P. Milosević, N. Despotović, M. Davidović, P. Erceg, B. Bojić, D. Bojić, P. Svorcan, M. Protić, B. Dapcević, M. D. Miljković, Z. Milićević, Morphometric study of healthy jejunal and ileal mucosa in adult and aged subjects. *Histol. Histopathol.* **25**, 153–158 (2010). Medline

139. S. Behjati, M. Huch, R. van Boxtel, W. Karthaus, D. C. Wedge, A. U. Tamuri, I. Martincorena, M. Petljak, L. B. Alexandrov, G. Gundem, P. S. Tarpey, S. Roerink, J. Blokker, M. Maddison, L. Mudie, B. Robinson, S. Nik-Zainal, P. Campbell, N. Goldman, M. van de Wetering, E. Cuppen, H. Clevers, M. R. Stratton, Genome sequencing of

normal cells reveals developmental lineages and mutational processes. *Nature* **513**, 422–425 (2014). Medline doi:10.1038/nature13448

140. G. J. Bosl, R. J. Motzer, Testicular germ-cell cancer. *N. Engl. J. Med.* **337**, 242–253 (1997). Medline doi:10.1056/NEJM199707243370406

141. S. Meachem, V. von Schönfeldt, S. Schlatt, Spermatogonia: Stem cells with a great perspective. *Reproduction* **121**, 825–834 (2001). Medline doi:10.1530/rep.0.1210825

142. R. A. J. Tegelenbosch, D. G. de Rooij, A quantitative study of spermatogonial multiplication and stem cell renewal in the C3H/101 F1 hybrid mouse. *Mutat. Res.* **290**, 193–200 (1993). Medline doi:10.1016/0027-5107(93)90159-D

143. D. G. de Rooij, L. D. Russell, All you wanted to know about spermatogonia but were afraid to ask. *J. Androl.* **21**, 776–798 (2000). Medline

144. C. Mori, A. Hamamatsu, H. Fukata, K. B. Koh, N. Nakamura, S. Takeichi, T. Kusakabe, T. Saito, M. Morita, S. Tanihara, F. Kayama, M. Shiyomi, J. Yoshimura, K. Sagisaka, Temporal changes in testis weight during the past 50 years in Japan. *Anat. Sci. Int.* **77**, 109–116 (2002). Medline doi:10.1046/j.0022-7722.2002.00009.x

145. R. P. Amann, Considerations in evaluating human spermatogenesis on the basis of total sperm per ejaculate. *J. Androl.* **30**, 626–641 (2009). Medline doi:10.2164/jandrol.108.006817

146. R. Reijo, T.-Y. Lee, P. Salo, R. Alagappan, L. G. Brown, M. Rosenberg, S. Rozen, T. Jaffe, D. Straus, O. Hovatta, A. de la Chapelle, S. Silber, D. C. Page, Diverse spermatogenic defects in humans caused by Y chromosome deletions encompassing a novel RNA-binding protein gene. *Nat. Genet.* **10**, 383–393 (1995). Medline doi:10.1038/ng0895-383