

**President Trump's science budget shocker**  *p. 1246*

**DNA replication errors and cancer**  *pp. 1266 & 1330*

**Lessons for would-be climate engineers**  *p. 1272*

# Science

$15
24 MARCH 2017
sciencemag.org

**AAAS**

## DNA-PROTEIN
# HYBRID

Manipulating double-stranded
DNA into intricate shapes
*pp. 1261 & 1283*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TOMASETTI EX. 107**

Case No. 3:18-cv-01427-VC

Date Entered _____

By _____
        Deputy Clerk

RESEARCH

<span style="color:red">**REPORT**</span>

CANCER ETIOLOGY

# Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention

Cristian Tomasetti,[1,2]* Lu Li,[2] Bert Vogelstein[3]*

Cancers are caused by mutations that may be inherited, induced by environmental factors, or result from DNA replication errors (R). We studied the relationship between the number of normal stem cell divisions and the risk of 17 cancer types in 69 countries throughout the world. The data revealed a strong correlation (median = 0.80) between cancer incidence and normal stem cell divisions in all countries, regardless of their environment. The major role of R mutations in cancer etiology was supported by an independent approach, based solely on cancer genome sequencing and epidemiological data, which suggested that R mutations are responsible for two-thirds of the mutations in human cancers. All of these results are consistent with epidemiological estimates of the fraction of cancers that can be prevented by changes in the environment. Moreover, they accentuate the importance of early detection and intervention to reduce deaths from the many cancers arising from unavoidable R mutations.

I t is now widely accepted that cancer is the result of the gradual accumulation of driver gene mutations that successively increase cell proliferation (1–3). But what causes these mutations? The role of environmental factors (E) in cancer development has long been evident from epidemiological studies, and this has fundamental implications for primary prevention. The role of heredity (H) has been conclusively demonstrated from both twin studies (4) and the identification of the genes responsible for cancer predisposition syndromes (3, 5). We recently hypothesized that a third source—mutations due to the random mistakes made during normal DNA replication (R)—can explain why cancers occur much more commonly in some tissues than others (6). This hypothesis was based on our observation that, in the United States, the lifetime risks of cancer among 25 different tissues were strongly correlated with the total number of divisions of the normal stem cells in those tissues (6, 7). It has been extensively documented that approximately three mutations occur every time a normal human stem cell divides (8, 9). We therefore inferred that the root causes of the correlation between stem cell divisions and cancer incidence were the driver gene mutations that randomly result from these divisions. Recent evidence from mouse models supports the notion that the

number of normal cell divisions dictates cancer risk in many organs (10).

This hypothesis has generated much scientific and public debate and confusion, in part because our analysis was confined to explaining the relative risk of cancer among tissues rather than the contribution of each of the three potential sources of mutations (E, H, and R) to any single cancer type or cancer case. Determination of the contributions of E, H, and R to a cancer type or cancer case is challenging. In some patients, the contribution of H or R factors might be high enough to cause all the mutations required

for that patient's cancer, whereas in others, some of the mutations could be due to H, some to R, and the remainder to E. Here we perform a critical evaluation of the hypothesis that R mutations play a major role in cancer. Our evaluation is predicated on the expectation that the number of endogenous mutations (R) resulting from stem cell divisions in a tissue, unlike those caused by environmental exposures, would be similarly distributed at a given age across human populations. Though the number of stem cell divisions may vary with genetic constitution (e.g., taller individuals may have more stem cells), these divisions are programmed into our species' developmental patterns. In contrast, deleterious environmental and inherited factors, either of which can directly increase the mutation rate or the number of stem cell divisions, vary widely among individuals and across populations.

Our previous analyses were confined to the U.S. population, which could be considered to be exposed to relatively uniform environmental conditions (6). In this study, we have evaluated cancer incidence in 69 countries, representing a variety of environments distributed throughout the world and representing 4.8 billion people (two-thirds of the world's population). Cancer incidences were determined from analysis of 423 cancer registries that were made available by the International Agency for Research on Cancer (IARC) (http://ci5.iarc.fr/CI5-X/Pages/download.aspx). All 17 different cancer types recorded in the IARC database for which stem cell data are available were used for this analysis (see supplementary materials). The Pearson's correlation coefficients of the lifetime risk of cancer in a given tissue with that tissue's lifetime number of stem cell divisions are shown in Fig. 1. Strong, statistically significant correlations were observed in all countries examined (median $P$ value = $1.3 \times 10^{-4}$; full range: $2.2 \times 10^{-5}$ to $6.7 \times 10^{-3}$). The median correlation was 0.80 (95% range: 0.67

**Fig. 1. Correlations between stem cell divisions and cancer incidence in different countries.** For each country, the correlation between the number of stem cell divisions in 17 different tissues and the lifetime incidence of cancer in those tissues was calculated. This resulted in correlation coefficients, which were grouped and plotted into a histogram. In this histogram, the $x$ axis represents the correlation coefficients and the $y$ axis represents the number of countries with the corresponding correlation coefficient. For example, there were seven countries in which the correlation between the number of stem cell divisions



and cancer incidence was between 0.82 and 0.83; these seven countries are represented by the tallest green bar in the histogram. The median correlation coefficient over all countries was 0.8. The black line represents the density for the observed distribution of the correlation coefficient among different countries.

[1]Division of Biostatistics and Bioinformatics, Department of Oncology, Sidney Kimmel Cancer Center, Johns Hopkins University School of Medicine, 550 North Broadway, Baltimore, MD 21205, USA. [2]Department of Biostatistics, Johns Hopkins Bloomberg School of Public Health, 615 North Wolfe Street, Baltimore, MD 21205, USA. [3]Ludwig Center and Howard Hughes Medical Institute, Johns Hopkins Kimmel Cancer Center, 1650 Orleans Street, Baltimore, MD 21205, USA.
*Corresponding author. Email: ctomasetti@jhu.edu (C.T.); vogelbe@jhmi.edu (B.V.)

Downloaded from http://science.sciencemag.org/ on August 20, 2019

**RESEARCH** | REPORT

Downloaded from http://science.sciencemag.org/ on August 20, 2019

to 0.84), with 89% of the countries having correlations >0.70 in the 0 to 85+ age interval (Table 1). This correlation of 0.80 is nearly identical to that observed for a somewhat different set of tissues, which did not include those of the breast or prostate, in the U.S. population (6). Details of the incidence data and correlations for each evaluated country and registry are provided in tables S1 to S4.

The correlations in Fig. 1 were derived for the largest age interval available (0 to 85+ in Table 1). Data on individuals from the same countries at younger ages indicate that the larger the age range considered, the higher the correlation. Note that cancer incidence increases exponentially with age (11), but stem cell divisions do not increase proportionally with age in tissues with low or no cell turnover, such as bone and brain. An increase in the evaluated age range would therefore be expected to be associated with an increase in the correlation between the lifetime number of stem cell divisions and cancer incidence, as was observed (Table 1).

The universally high correlations between normal stem cell divisions and cancer incidences shown in Table 1 are surprising given the voluminous data indicating large differences in exposures to environmental factors and associated cancer incidences across the world (12–16). To explore the basis for this apparent discrepancy, we sought to determine what fractions of cancer-causing mutations result from E, H, or R. As these fractions have not been estimated for any cancer type, we developed an approach to achieve this goal. A theoretical example that illustrates the underlying conceptual basis of this approach is as follows. Imagine that a population of humans in which all inherited mutations have been corrected move to Planet B, where the environ-

ment is perfect. On this planet, E and H are zero, and the only somatic mutations are caused by R. Note that the number of R mutations in all tissues is >0, regardless of the environment, because perfect, error-free replication is incompatible with basic biologic principles of evolution. Suppose that a powerful mutagen, E, was then introduced into the environment of Planet B, and all inhabitants of Planet B were equally exposed to it throughout their lifetimes. Assume that this mutagen substantially increased the somatic mutation rate in normal stem cells, causing a 10-fold increase in cancer risk, i.e., 90% of all cancer cases on this planet were now attributable to E. Therefore, 90% of all cancer cases on Planet B would be preventable by avoiding exposure to E. But even in this environment, it can be shown that 40% of the driver gene mutations are attributable to R (Fig. 2A and supplementary materials). This extreme example demonstrates that even if the vast majority of cancer cases were preventable by reducing exposure to environmental factors, a large fraction of the driver gene mutations required for those cancers can still be due to R—as long as the number of mutations contributed by normal stem cell divisions is not zero. In other words, the preventability of cancers and the etiology of the driver gene mutations that cause those cancers are related but have different metrics (see supplementary materials for their mathematical relationship).

This theoretical example is not very different from what occurs on Earth with respect to the etiology of the most common form of lung cancer, adenocarcinoma. Epidemiologic studies have estimated that nearly 90% of adenocarcinomas of the lung are preventable and that tobacco smoke is by far the major component of E. Secondhand smoking, occupational exposures,

ionizing radiation, air pollution, and diet play important but smaller roles (17, 18). Moreover, no hereditary factors have been implicated in lung adenocarcinomas (19). To determine the fraction of mutations attributable to nonenvironmental and nonhereditary causes in lung adenocarcinomas, we developed an approach based on the integration of genome-wide sequencing and epidemiological data. The key insight is the recognition of a relationship between mutation rates in a cancer type and the etiology of the somatic mutations that are detected in that cancer. Specifically, if an environmental factor causes the normal somatic mutation rate to increase by a factor $x$, then $(x-1)/x$ of the somatic mutations found in a cancer can be attributed to that environmental factor (see supplementary materials). For example, if patients exposed to a factor E have a mutation rate that is three times higher than that of patients not exposed to it, then two-thirds of the mutations in the exposed patients can be attributed to factor E. This method is completely independent of any data or knowledge about normal stem cell divisions. We applied this approach to representative patients with lung adenocarcinomas as depicted in Fig. 2B. In 8 of the 20 depicted patients, all of the driver gene mutations can be attributed to E. In 10 of the 20 depicted patients, a portion of the driver gene mutations are attributable to E. And in the two patients depicted on the bottom right of Fig. 2B, none of the driver gene mutations are attributable to E. We calculate that 35% [95% confidence interval (CI): 30 to 40%] of the total driver gene mutations are due to factors that, according to current exhaustive epidemiologic studies, are unrelated to H or E and thus are presumably due to R. These data are based on conservative assumptions about the risk contributed by factors other than smoking. For example, we assumed that the increase in mutations resulting from poor diet is identical to the increase resulting from smoking cigarettes. Thus, Cancer Research UK estimates that the great majority (89%) of lung adenocarcinoma cases are preventable (17), but even so, more than a third (35%) of the driver gene mutations in lung cancers can be attributed to R.

This same analytic approach can be applied to cancer types for which epidemiologic studies have indicated a less pronounced role of environmental factors. Figure 2C depicts pancreatic ductal adenocarcinomas. About 37% of these cancers are thought to be preventable (versus 89% for lung adenocarcinomas) (17). Using exome sequencing data and extremely conservative assumptions about the influence of environmental factors, we calculated that 18% of the driver gene mutations were due to environmental factors, at most 5% were due to hereditary factors, and the remaining 77% (95% CI: 67 to 84%) were due to nonenvironmental and nonhereditary factors, presumably R (see supplementary materials). As with lung adenocarcinomas, these results are independent of any assumptions about, or measurements of, stem cell divisions.

A third class of cancers comprise those in which only a very small effect of E or H has been

**Table 1. Correlations between the lifetime risk of cancers in 17 tissues and the lifetime number of stem cell divisions in those tissues.** The median Pearson's correlation coefficients and 95% range in various geographic regions are listed. The values in columns CR 0–85+, CR 0–85, CR 0–80, and CR 0–75 represent the correlations when the lifetime risk of each cancer (cumulative risk, CR) could be determined from birth to age 85+, birth to age 85, birth to age 80, and birth to age 75, respectively. No cancer incidence data were available for individuals older than 80 years in African countries (tables S1 to S4). NA, not applicable.

| Geographic regions | CR 0–85+ | CR 0–85 | CR 0–80 | CR 0–75 |
|---|---|---|---|---|
| Overall | 0.80 | 0.78 | 0.76 | 0.75 |
| | (0.67–0.84) | (0.67–0.83) | (0.64–0.82) | (0.63–0.81) |
| North America | 0.81 | 0.79 | 0.77 | 0.76 |
| | (0.80–0.81) | (0.79–0.80) | (0.77–0.78) | (0.75–0.76) |
| Latin America and Caribbean | 0.73 | 0.72 | 0.70 | 0.66 |
| | (0.69–0.78) | (0.67–0.77) | (0.64–0.75) | (0.63–0.73) |
| Europe | 0.82 | 0.81 | 0.80 | 0.78 |
| | (0.74–0.84) | (0.74–0.83) | (0.72–0.82) | (0.70–0.81) |
| Asia | 0.72 | 0.71 | 0.70 | 0.67 |
| | (0.64–0.77) | (0.63–0.78) | (0.62–0.77) | (0.60–0.77) |
| Africa | NA | NA | 0.72 | 0.72 |
| | | | (0.71–0.76) | (0.69–0.74) |
| Oceania | 0.83 | 0.82 | 0.81 | 0.79 |
| | (0.82–0.83) | (0.81–0.83) | (0.80–0.81) | (0.78–0.79) |

**Fig. 2. Mutation etiology and cancer prevention in a hypothetical scenario and in real life.** Patients exposed to environmental factors, such as cigarette smoke, are surrounded by a cloud. The driver gene mutations calculated to be attributable to environmental (E), hereditary (H), and replicative (R) factors are depicted as gray, blue (containing an "H"), and yellow circles, respectively. For simplicity, each cancer patient is shown as having three driver gene mutations, but the calculations are based on percentages. Thus, if there are three driver gene mutations in a cancer and R accounts for 33% of them, then one mutation is assigned to R. (**A**) A hypothetical scenario consisting of an imaginary place, Planet B, where all inherited mutations have been corrected and where the environment is perfect. A powerful mutagen is then introduced that increases cancer risk 10-fold, so that 90% of cancers on this planet are preventable. In some individuals on this planet, all mutations are due to E, whereas in the two individuals in the bottom right corner, all are due to R. In the other patients, only some of the somatic mutations in their tumors result from E. Even though 90% of the cancers are preventable by eliminating the newly introduced mutagen, 40% of total driver gene mutations are due to R. (**B** to **D**) Real-life examples of mutation etiology and cancer prevention. (B) The approximate proportion of driver gene mutations in lung adenocarcinomas that are due to environmental versus nonenvironmental factors are shown as gray and yellow circles, respectively. Even though 89% of lung adenocarcinomas are preventable (*17*) by eliminating E factors, we calculate that 35% (95% CI: 30 to 40%) of total driver gene mutations are due to factors unrelated to E or H and presumably are due to R. (C) The approximate proportion of driver gene mutations in pancreatic ductal adenocarcinomas, in which hereditary factors are known to play a role. It has been estimated that ~37% (*17*)



**A** All Cancers - Extreme Scenario

**B** Lung Adenocarcinoma

**C** Pancreatic Adenocarcinoma

**D** Prostatic Adenocarcinoma

Environmental factors

○ Environmental (E) mutations
○ Replicative (R) mutations
Ⓗ Hereditary (H) mutations

of pancreatic ductal adenocarcinomas are preventable, but at most 18% and 5% of the driver gene mutations in these cancers are estimated to be due to E and H, respectively. The remaining 77% (95% CI: 82 to 94%) of the total driver gene mutations are due to factors other than E or H, presumably R. (D) The approximate proportion of driver gene mutations in prostate cancers, in which environmental factors are thought to play essentially no role (*17*) and hereditary factors account for 5 to 9% of cases (see supplementary materials). None of these cancers are preventable, and less than 5% of the driver mutations in these cancers are due to E or H. The remaining 95% of the total driver gene mutations are due to factors other than E or H, presumably R. [Image: The Johns Hopkins University]

demonstrated (*17*), such as those of the brain, bone, or prostate. For example, a very high fraction of the driver gene mutations in prostate cancers can be attributed to R (95%; Fig. 2D and supplementary materials). In the past, the causes of cancer types like these were obscure, as there was no evidence that the two most well-recognized causes of cancer—environment and heredity—play a substantial role. The recognition that a third source of mutations, i.e., those due to R, are omnipresent helps explain the pathogenesis of these malignancies. Even if future epidemiological or genetic studies identify previously unknown E or H factors that permit 90% of cancers of the prostate to be prevented, the percentage of cancers due to R will still be very high, as illustrated by the Planet B analogy in Fig. 2A.

We next calculated the proportion of driver gene mutations caused by E or H in 32 cancer types (see supplementary materials and tables S5 and S6). We considered those mutations not attributable to either E or H to be due to R. These cancers have been studied in depth through sophisticated epidemiological investigations and are reported in the Cancer Research UK database [see (*17*, *20–22*) and references therein]. For the U.K. female population, mutations attributable to E (right), R (center), and H (left) are depicted in Fig. 3 (see fig. S2 for equivalent representations of males and table S6 for the numerical values for both sexes). The median proportion of driver gene mutations attributable to E was 23% among all cancer types. The estimate varied considerably: It was greater than 60% in cancers such as those of the lung, esophagus, and skin and 15% or less in cancers such as those of the prostate, brain, and breast. When these data are normalized for the incidence of each of these 32 cancer types in the population, we calculate that 29% of the mutations in cancers occurring in

the United Kingdom were attributable to E, 5% of the mutations were attributable to H, and 66% were attributable to R. Cancer Research UK estimates that 42% of these cancer cases are preventable. Given the mathematical relationship between cancer etiology and cancer preventability (see supplementary materials), the proportion of mutations caused by environmental factors is always less than the proportion of cancers preventable by avoidance of these factors. Thus, our estimate that a maximum of 29% of the mutations in these cancers is due to E is compatible with the estimate that 42% of these cancers are preventable by avoiding known risk factors.

The results described above have important ramifications for understanding the root causes of cancer as well as for minimizing deaths from this disease. Uniformly high correlations between the number of stem cell divisions and cancer risk among tissues were observed in countries

Downloaded from http://science.sciencemag.org/ on August 20, 2019



**Fig. 3. Etiology of driver gene mutations in women with cancer.** For each of 18 representative cancer types, the schematic depicts the proportion of mutations that are inherited, due to environmental factors, or due to errors in DNA replication (i.e., not attributable to either heredity or environment). The sum of these three proportions is 100%. The color codes for hereditary, replicative, and environmental factors are identical and span white (0%) to brightest red (100%). The numerical values used to construct this figure, as well as the values for 14 other cancer types not shown in the figure, are provided in table S6. B, brain; Bl, bladder; Br, breast; C, cervical; CR, colorectal; E, esophagus; HN, head and neck; K, kidney; Li, liver; Lk, leukemia; Lu, lung; M, melanoma; NHL, non-Hodgkin lymphoma; O, ovarian; P, pancreas; S, stomach; Th, thyroid; U, uterus. [Image: The Johns Hopkins University]

with widely different environments. This strongly supports the idea that R mutations make major contributions to cancer (see also fig. S1). However, the actual contribution of R mutations to any particular cancer type cannot be reliably estimated from such correlations. The approaches described here—a combination of cancer sequencing data and conservative analyses of environmental and hereditary risk factors—provide such estimates. They indicated that even in lung adenocarcinomas, R contributes a third of the total mutations, with tobacco smoke (including secondhand smoke), diet, radiation, and occupational exposures contributing the remainder. In cancers that are less strongly associated with environmental factors, such as those of the pancreas, brain, bone, or prostate, the majority of the mutations are attributable to R.

These data and analyses should help clarify prior confusion about the relationship between replicative mutations and cancer (23–28). First, the data demonstrate that the correlation between cancer incidence and the number of stem cell divisions in various tissues cannot be explained by peculiarities of the U.S. population or its environment. This correlation is observed worldwide, as would be expected for a fundamental biological process such as stem cell divisions. Second, these results explicitly and quantitatively address the difference between cancer etiology and cancer preventability. As illustrated in Figs. 2 and 3, these concepts are not equivalent. A cancer in which 50% of the mutations are due to R can still be prevented. The reason for this is that it generally requires more than one mutation to develop the disease. A cancer that required two mutations is still preventable if one of the mutations was due to R and the other due to an avoidable environmental factor.

Our results are fully consistent with epidemiological evidence on the fraction of cancers in developed countries that are potentially preventable through improvements in environment and lifestyle. Cancer Research UK estimates that 42% of cancer cases are preventable (17); the U.S. Centers for Disease Control and Prevention estimates that 21% of annual cancer deaths in individuals <80 years old could be prevented (29).

Of equal importance, these studies provide a well-defined, molecular explanation for the large and apparently unpreventable component of cancer risk that has long puzzled epidemiologists. It is, of course, possible that virtually all mutations in all cancers are due to environmental factors, most of which have simply not yet been discovered. However, such a possibility seems inconsistent with the exhaustively documented fact that about three mutations occur every time a normal cell divides and that normal stem cells often divide throughout life.

Our studies complement, rather than oppose, those of classic epidemiology. For example, the recognition of a third, major factor (R) underlying cancer risk can inform epidemiologic studies by pointing to cancers that cannot yet be explained by R (i.e., those with too few stem cell divisions to account for cancer incidence). Such cancer types seem particularly well suited for further epidemiologic investigation. Additionally, R mutations appear unavoidable now, but it is conceivable that they will become avoidable in the future. There are at least four sources of R mutations in normal cells: quantum effects on base pairing (30), mistakes made by polymerases (31), hydrolytic deamination of bases (32), and damage by endogenously produced reactive oxygen species or other metabolites (33). The last of these could theoretically be reduced by the administration of antioxidant drugs (34). The effects of all four could, in principle, be reduced by introducing more efficient repair genes into the nuclei of somatic cells or through other creative means.

As a result of the aging of the human population, cancer is today the most common cause of death in the world (12). Primary prevention is the best way to reduce cancer deaths. Recognition of a third contributor to cancer—R mutations—does not diminish the importance of primary prevention but emphasizes that not all cancers can be prevented by avoiding environmental risk factors (Figs. 2 and 3). Fortunately, primary prevention is not the only type of prevention that exists or can be improved in the future. Secondary prevention, i.e., early detection and intervention, can also be lifesaving. For cancers in which all mutations are the result of R, secondary prevention is the only option.

## REFERENCES AND NOTES

1. L. A. Garraway, E. S. Lander, *Cell* **153**, 17–37 (2013).
2. M. R. Stratton, P. J. Campbell, P. A. Futreal, *Nature* **458**, 719–724 (2009).
3. B. Vogelstein *et al.*, *Science* **339**, 1546–1558 (2013).
4. L. A. Mucci *et al.*, *JAMA* **315**, 68–76 (2016).
5. Z. K. Stadler *et al.*, *J. Clin. Oncol.* **28**, 4255–4267 (2010).
6. C. Tomasetti, B. Vogelstein, *Science* **347**, 78–81 (2015).
7. C. Tomasetti, B. Vogelstein; https://arxiv.org/abs/1501.05035 (2015).
8. M. Lynch, *Proc. Natl. Acad. Sci. U.S.A.* **107**, 961–968 (2010).
9. C. Tomasetti, B. Vogelstein, G. Parmigiani, *Proc. Natl. Acad. Sci. U.S.A.* **110**, 1999–2004 (2013).
10. L. Zhu *et al.*, *Cell* **166**, 1132–1146.e7 (2016).
11. C. O. Nordling, *Br. J. Cancer* **7**, 68–72 (1953).
12. B. W. Stewart, C. P. Wild, Eds., *World Cancer Report 2014* (IARC, Lyon, France, 2014).
13. G. Edgren, H. O. Adami, E. Weiderpass, O. Nyrén, *Gut* **62**, 1406–1414 (2013).
14. D. G. Hoel, T. Wakabayashi, M. C. Pike, *Am. J. Epidemiol.* **118**, 78–89 (1983).
15. B. K. Edwards *et al.*, *Cancer* **116**, 544–573 (2010).
16. A. Jemal *et al.*, *CA Cancer J. Clin.* **61**, 69–90 (2011).
17. Cancer Research UK, Statistics on preventable cancers; www.cancerresearchuk.org/health-professional/cancer-statistics/risk/preventable-cancers.
18. U.S. Office of the Surgeon General and U.S. Office on Smoking and Health, The Health Consequences of Smoking: A Report of the U.S. Surgeon General (U.S. Department of Health and Human Services, 2004).
19. Cancer Research UK, Lung cancer risks and causes; www.cancerresearchuk.org/about-cancer/type/lung-cancer/about/lung-cancer-risks-and-causes.
20. Cancer Research UK, Inherited cancer genes and increased cancer risk; www.cancerresearchuk.org/about-cancer/causes-of-cancer/inherited-cancer-genes-and-increased-cancer-risk/inherited-genes-and-cancer-types-inherited_genes4.

Downloaded from http://science.sciencemag.org/ on August 20, 2019

21. Cancer Research UK, Statistics by cancer type; www.cancerresearchuk.org/health-professional/cancer-statistics/statistics-by-cancer-type.
22. D. M. Parkin, L. Boyd, L. C. Walker, *Br. J. Cancer* **105** (suppl. 2), S77–S81 (2011).
23. N. A. Ashford *et al.*, *Science* **347**, 727 (2015).
24. C. Gotay, T. Dummer, J. Spinelli, *Science* **347**, 728 (2015).
25. J. D. Potter, R. L. Prentice, *Science* **347**, 727 (2015).
26. M. Song, E. L. Giovannucci, *Science* **347**, 728–729 (2015).
27. C. Tomasetti, B. Vogelstein, *Science* **347**, 729–731 (2015).
28. C. Wild *et al.*, *Science* **347**, 728 (2015).
29. U.S. Centers for Disease Control and Prevention, Up to 40 percent of annual deaths from each of five leading US causes are preventable; www.cdc.gov/media/releases/2014/p0501-preventable-deaths.html.
30. I. J. Kimsey, K. Petzold, B. Sathyamoorthy, Z. W. Stein, H. M. Al-Hashimi, *Nature* **519**, 315–320 (2015).
31. T. A. Kunkel, *Cold Spring Harb. Symp. Quant. Biol.* **74**, 91–101 (2009).
32. J. C. Fromme, G. L. Verdine, *Adv. Protein Chem.* **69**, 1–41 (2004).
33. A. R. Collins, *Eur. J. Cancer* **41**, 1923–1930 (2005).
34. L. R. Ferguson *et al.*, *Semin. Cancer Biol.* **35** (suppl.), S5–S24 (2015).

## ACKNOWLEDGMENTS

We thank W. F. Anderson [Biostatistics branch, Division of Cancer Epidemiology and Genetics, National Cancer Institute (NCI)], N. Chatterjee [Johns Hopkins University (JHU)], K. W. Kinzler (JHU), B. Mensh [Howard Hughes Medical Institute (HHMI)], and J. T. Vogelstein (JHU) for their comments. We thank A. Blackford (JHU) and R. H. Hruban (JHU) for providing the pancreatic cancer data set. This work was made possible through the support of grants from the John Templeton Foundation, the Virginia and D. K. Ludwig Fund for Cancer Research, the Lustgarten Foundation for Pancreatic Cancer Research, The Sol Goldman Center for Pancreatic Cancer Research, and NIH grants P30-CA006973, R37-CA43460, and P50-CA62924. The opinions expressed in this publication are those of the authors and do not necessarily reflect the views of the John Templeton Foundation. C.T. conceived the ideas for determining the proportions of drivers and developed the mathematical methods and their application. C.T. and B.V. designed and performed the research. C.T. performed the world data analysis. L.L. obtained the estimates in tables S5 and S6. C.T. and B.V. wrote the paper. C.T. and L.L. have nothing to disclose. B.V. is on the scientific advisory boards of Morphotek, Exelixis GP, and Sysmex Inostics, and is a founder of PapGene and Personal Genome Diagnostics. Morphotek, Sysmex Inostics, PapGene, and Personal Genome Diagnostics, as well as other companies, have licensed technologies from JHU on which B.V. is an inventor. These licenses and relationships are associated with equity or royalty payments to B.V. The terms of these arrangements are being managed by JHU in accordance with its conflict of interest policies.

## SUPPLEMENTARY MATERIALS

www.sciencemag.org/content/355/6331/1330/suppl/DC1
Materials and Methods
Figs. S1 and S2
Tables S1 to S6
References (35–65)

18 April 2016; accepted 1 February 2017
10.1126/science.aaf9011

Downloaded from http://science.sciencemag.org/ on August 20, 2019



**Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention**

Cristian Tomasetti, Lu Li and Bert Vogelstein

*Science* **355** (6331), 1330-1334.
DOI: 10.1126/science.aaf9011

Downloaded from http://science.sciencemag.org/ on August 20, 2019

**Cancer and the unavoidable R factor**

Most textbooks attribute cancer-causing mutations to two major sources: inherited and environmental factors. A recent study highlighted the prominent role in cancer of replicative (R) mutations that arise from a third source: unavoidable errors associated with DNA replication. Tomasetti *et al.* developed a method for determining the proportions of cancer-causing mutations that result from inherited, environmental, and replicative factors (see the Perspective by Nowak and Waclaw). They found that a substantial fraction of cancer driver gene mutations are indeed due to replicative factors. The results are consistent with epidemiological estimates of the fraction of preventable cancers.

*Science*, this issue p. 1330; see also p. 1266

| | |
|---|---|
| **ARTICLE TOOLS** | http://science.sciencemag.org/content/355/6331/1330 |
| **SUPPLEMENTARY MATERIALS** | http://science.sciencemag.org/content/suppl/2017/03/22/355.6331.1330.DC1 |
| **RELATED CONTENT** | http://science.sciencemag.org/content/sci/355/6331/1266.full |
| **REFERENCES** | This article cites 53 articles, 19 of which you can access for free http://science.sciencemag.org/content/355/6331/1330#BIBL |
| **PERMISSIONS** | http://www.sciencemag.org/help/reprints-and-permissions |

Use of this article is subject to the Terms of Service

*Science* (print ISSN 0036-8075; online ISSN 1095-9203) is published by the American Association for the Advancement of Science, 1200 New York Avenue NW, Washington, DC 20005. 2017 © The Authors, some rights reserved; exclusive licensee American Association for the Advancement of Science. No claim to original U.S. Government Works. The title *Science* is a registered trademark of AAAS.



www.sciencemag.org/content/355/6331/1330/suppl/DC1

# Supplementary Materials for

## Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention

Cristian Tomasetti,* Lu Li, Bert Vogelstein*

*Corresponding author. Email: ctomasetti@jhu.edu (C.T.); vogelbe@jhmi.edu (B.V.)

Published 24 March 2017, *Science* **355**, 1330 (2017)
DOI: 10.1126/science.aaf9011

**This PDF file includes:**

Materials and Methods
Figs. S1 and S2
Captions for tables S1 to S6
References

**Other Supplementary Materials for this manuscript includes the following:**
(available at www.sciencemag.org/content/355/6331/1330/suppl/DC1)

Tables S1 to S6 (Excel)

**Materials and Methods**

Analysis of cancer incidences and stem cell divisions

For the analysis of Pearson's correlation coefficients, the *CI5-X detailed* database was used, as provided by IARC at http://ci5.iarc.fr/CI5-X/Pages/download.aspx. This database contains a total of 423 cancer registries (see registry.txt in *CI5-Xd* for the specific list of registries), with cancer incidence data from 68 different countries, comprising the majority of the world's population. The *CI5-Xd* dataset was used because it provides the largest number of cancer types available and differentiates among cancer subtypes.  For example, esophageal cancer is divided into squamous cell carcinoma, adenocarcinoma, sarcoma and other cancer subtypes (see cancer.txt in *CI5-Xd* for the specific list of cancer subtypes). This in turn enabled us to use the estimates of the lifetime number of stem cell divisions appropriate for the tissues of origin (see the supplementary materials of (*6*)).  In Fig. 1 and Table 1, we assumed that there was the same number of stem cell divisions in all individuals of all countries. World cancer incidence data was available for 15 of the 25 cancer types (ignoring cancer subgroups) in which the lifetime number of stem cell divisions was previously calculated (*6*). These 15 cancer types included (with the respective row numbers assigned by *CI5-Xd in parentheses*), were head and neck (oral cavity and pharynx, 003, and larynx, 075), esophageal squamous cell carcinoma (024), colorectal carcinoma (colon, 042, and rectum, 049), hepatocellular carcinoma (059), pancreatic cancer (070), lung adenocarcinoma (079), osteosarcoma (090), melanoma (100), ovarian germ cell (142), testicular (152), medulloblastoma (189), thyroid carcinoma (papillary (201), follicular (202), and medullary (203), chronic lymphocytic leukemia (229), and acute myeloid leukemia (233). Additionally, two more cancer types not evaluated in (*6*) - breast (113) and prostate (151) - were included in the present analysis, for a total of 17.

The *CI5-Xd* dataset also offers the most complete data available with respect to age. The lifetime risk was calculated as the cumulative rate (CR) of a given cancer in age intervals 0-75, 0-80, 0-85, 0-85+, respectively (see Table S1-S4). The precise length of the 85+ interval is unknown for many countries, and we assumed that it included an extra five years.  As cancer incidence as well as the number of normal cell divisions increases with age, and some individuals live longer than 90 years, this assumption is conservative with respect to the correlations, for reasons explained in the main text. For the calculation of the cumulative risk (CR) with respect to any of the four age intervals considered, a standard formula for calculating the cumulative risk was used (see https://www.iarc.fr/en/publications/pdfs-online/epi/sp160/CI5vol9-7.pdf).

The total number of stem cell divisions in the lifetime of a tissue, as a function of the age interval, was calculated as follows. Let *s* be the total number of stem cells found in a fully developed tissue. Once the tissue has been fully developed, each of these *s* cells undergoes a total of *d* further divisions, due to normal tissue turnover, in the lifetime of that tissue. We have previously shown (*6*) that the cumulative number of stem cell divisions in a lifetime (*lscd*, for lifetime stem cells divisions), can be estimated by

$$lscd = s\,(2 + d) - 2.$$

2

The estimates for $s$ and $d$ (with $d$ calculated at 80 years) are provided in Table 1 of (*6*). To reflect different age intervals, d was adjusted accordingly.

In many countries, incidence data were available for registries that did not include the entire population.  In these countries, the overall incidence was calculated by weighting the incidence within each available registry according to the person-year (PY) of each registry, as provided in column 5 of the *CI5-Xd* database.  The following countries/registries were excluded from Table 1, as no incidence data were available for all 17 tissues for any of the age intervals considered: Algeria (Setif), Malawi (Blantyre), South Africa (PROMEC), Iceland, and Sweden (Tables S1-S4).  No cancer incidence data were available for individuals older than 80 in Africa.  The total number of countries represented in the four age intervals were 63, 64, 51, and 46, respectively.

The median p-value for the Pearson's correlations in the 0-85+ age interval was $1.3 \cdot 10^{-4}$ (full range: $2.2 \cdot 10^{-5} – 6.7 \cdot 10^{-3}$). For the other age intervals, the median p-values were $5.5 \cdot 10^{-4}$ (range: $7.4 \cdot 10^{-5} – 1.4 \cdot 10^{-2}$) for the 0-75 interval, $4.0 \cdot 10^{-4}$ (range: $4.9 \cdot 10^{-5} – 9.9 \cdot 10^{-3}$) for the 0-80 interval, and $2.0 \cdot 10^{-4}$ (range: $3.1 \cdot 10^{-5} – 7.8 \cdot 10^{-3}$) for the 0-85 interval, respectively (see Table S1-S4).

The median correlation increased in every successive age interval, with only the last one not reaching statistical significance: +0.017 going from the 0-75 to the 0-80 age interval (P=0.034); +0.021 from the 0-80 to the 0-85 interval (P=0.006), and +0.01 from the 0-85 to the 0-85+ interval (P=0.10) (one-sided Wilcoxon rank sum test).

*Breast tissue estimates*.  Each side of the human female breast has a mean weight of ~340 grams (*35, 36*), of which 3.6% - 37.6% (~20%, mean) is fat (*37*). Given that an epithelial cell's weight is ~ 1 ng, there are a total of $6.8 \cdot 10^{11}$ cells in both breasts. The frequency of candidate stem cells in the human breast have been estimated to be 0.001 (*38*), 0.002 (*39*), 0.01 (*40*), and 0.05 (*41*), resulting in a mean of 0.016. The estimated number of human breast stem cells is therefore $0.016 \cdot 0.8 \cdot 6.8 \cdot 10^{11}$. The turnover rate in human breast has been estimated to vary between 22 days (in 20-year old individuals) and 147 (in 40-year old individuals) (*42*), so we assumed an average turnover of 84.5 days (=22+147)/2).

*Prostate tissue estimates*. The human prostate has a weight that increases with age: 28.2 g in 40-49 year old individuals, 30.8 g in 50-59 year old individuals, 35 g in 60-70 year old individuals (*43*), and 46.2 g in those older than 75 years (*44*). We used the estimate of 30 grams, which yields an average of $30 \cdot 10^{9}$ cells in the prostate. Luminal epithelial cells are the probable cell of origin of prostate cancer (*45*), and the frequency of luminal epithelial stem cells in the prostate has been estimated to be 0.007 (*46*). The estimated number of stem cells in the prostate is therefore $0.007 \cdot 30 \cdot 10^{9}$.

It has been shown that in human normal epithelium (Nep) of the prostate, 0.8% – 0.86% of cells are Ki67 positive, versus 3.3-5.5% in prostate carcinomas (PCa) (*47*). Thus, we estimated that normal prostatic tissue divides at 0.83/4.4=18.9% of that of prostate cancer cells. As the division rate in prostatic cancer cells is every 23.1 days or 365/23.1 =15.8 times a year (*48*), the normal prostate turnover is $15.8 \cdot 0.189 = 2.986$, i.e., 3 times a year.

*Esophageal tissue estimates*. We updated our estimates of the lifetime number of stem cell divisions from those used in (*6*), which were based on mouse rather than from human esophageal tissues (*49*). The epithelial turnover rate of the healthy human esophagus is ~11 days (*50*). Additionally, 0.28% of the IdU-positive label retaining cells (LRC) were Ki67 positive when stained after 11 days (Fig. 6A of (*50*)). As the turnover is 11 days, $0.28\% \cdot 11 = 3.08\%$ of the cells in the basal layer of the esophagus are LRC and therefore assumed to be stem cells.

Relationship between environment and the lifetime number of stem cell divisions

It is important to point out that environmental factors have no effect on our estimates of the lifetime number of stem cell divisions. These estimates are exclusively determined by the average number of stem cell divisions that arise during normal development and growth in the lifetime of a healthy individual. The effects of environmental (E) and inherited (H) should be seen as multiplicative with respect to the replicative (R), as E and H either increase the number of stem cell divisions over and above the basal number plotted on the x-axis, or they increase the somatic mutation probability per cell division. It is possible, in theory, that the high correlation coefficients (rather than the x-axis values) could be partially attributable to environmental factors. For example, the larger the tissue, the more divisions and the more opportunities for environmental factors to increase cancer risk.

At present there is no evidence that a single E or H factor, or some combination of them, increases the risk for cancer of *each* tissue proportionally to its number of stem cell divisions. All known E and H factors increase the risk of cancer in only a subset of tissues, based on the nature of the exposure. For example, the effects of cigarette smoke and aristolochic acid are most pronounced in lung and kidney (*51, 52*). The new data presented in the main text, demonstrating that similar correlations are found among so many countries, despite the large differences in environmental factors present across the world, provide additional evidence that the correlations we observed are driven largely by the number of stem cell divisions and the associated R factor rather than by confounding environmental factors. However, we further tested the correlation between the total number of stem cells in a tissue and the proportion of cancer cases in that tissue that are attributable to environmental factors, and therefore preventable, in the following two ways.

First, the mutagen "content" after some types of radiation varies only ~2-fold among most major tissues and can be accurately quantified by radiation physics (*53*). Thus, the data on the effects of radiation following the atomic bombs on Hiroshima and Nagasaki provide a way to objectively determine whether environmental mutagens confer cancer risks across tissues that are correlated with the total number of cell divisions in that tissue. Among the cancer types included in a study of cancer risk in atomic bomb survivors (Table 11 of (*54*)), twelve corresponded to those for which the lifetime number of stem cell divisions could be estimated (*6*): head and neck, esophagus, colon, liver, gallbladder, pancreas, lung, non-melanoma skin, brain, thyroid, female breast, and prostate. No significant correlation between the lifetime number of stem cell divisions and the excess relative rate of cancer risk (ERR) (Pearson's r= 0.10, P=0.75; Spearman's

rho=0.02, P=0.96) were observed (Fig. S1A), and similarly for the excess absolute rate (EAR).

Second, the proportion of preventable cases is a measure of the effects of environmental factors on cancer incidence across tissue types. Among the cancer types included in the Cancer Research dataset, fifteen corresponded to tissues for which estimates for the lifetime number of stem cell divisions were available: head and neck, esophagus, colorectum, liver, gallbladder, pancreas, lung, brain (medulloblastoma and glioblastoma), thyroid (follicular and medullary), female breast, prostate, melanoma, osteosarcoma, leukemia, and testis. We found no significant correlation between the total number of stem cell divisions and the proportion of preventable cases (Fig. S1B, Pearson's r= 0.43, P=0.11; Spearman's rho=0.40, P=0.14). And the number of tissues considered here (n=15) is the same used to identify the strong correlations across the world presented in the main text (n=15).

All statistical analyses were performed using *R*, version 3.2.2.

Method for determining the proportion of driver gene mutations contributed by E when cancer genome sequencing data is available

We define *T* as the *total* number of (clonal) somatic mutations present in the tumor cell that acquired the last of the driver gene mutations required to yield a given cancer, i.e. the founding cell of the final clonal expansion. First, consider cancers in patients not affected by any deleterious environmental (E) or inherited (H) factor. Given our definition of replicative (R) mutations, the number of somatic mutations that occur in a tissue independently of the deleterious effects of environmental (E) or inherited (H) factors are assigned to R. It follows that in those cancers from patients not exposed to any E and H factors, all the required driver mutations, as well as all passenger mutations, occurring before and during the tumor's clonal expansions are due to R. The total number of somatic mutations in the first cancer cell (the founder cell) of those patients is

$$T_R = \sum_{d=1}^{M} m_d$$

with $m_d$ being the number of somatic mutations occurring at cell division number $d$, with *d=1, ..., M,* and *M* representing the total number of divisions occurring in the founder cell up to and including its acquisition of the last required driver gene mutation. Note that both *M* and all $m_d$ are random variables, and that the resulting random variable $T_R$ >0 because at least one driver gene mutation is required to develop a cancer. By considering a population of cancer patients only affected by R, we obtain a distribution for the total number of somatic mutations, $T_R$, in the unexposed population.

Next, consider the case where only one environmental (E) factor and no inherited (H) factors affect a cancer's incidence. For patients exposed to this harmful environmental factor E at the same level, the *total* number of somatic mutations in the founding cancer cell, $T_E$, is

$$T_E = \sum_{d=1}^{M'} m'_d$$

5

with $M' \geq_{st} M$, or $m'_d \geq_{st} m_d$, or both, where $\geq_{st}$ stands for stochastically greater and $T_E > 0$.

Intuitively, E is expected to either increase the number of somatic mutations that occur in each cell division (e.g., a mutagen that acts directly on DNA) or to increase the rate of cell division itself (e.g., smoking can inflame the lungs, causing higher cell turnover), or both, thus increasing the rate at which the cells acquire somatic mutations. It does not matter which one of the two occurred or whether both occurred. What matters is that it occurred, as measured through sequencing. The total number of somatic mutations, which are almost all passenger mutations, are akin to a clock that measures both the number of divisions and the mutation probabilities: doubling the number of cell divisions yields on average two times more mutations after a given period, just as doubling the mutation rate does over that time period, all other things being equal. Similarly, a doubling of the division rate (or a doubling of the probability of mutation per cell division per base), if applied only to half of the time interval before the founder cell is born, yields ½ ·1 + ½ ·2 = 1.5 times more mutations on average, all other things being equal. Note that even the effect of a single event, occurring in a very short time interval (e.g. seconds), such as a one-time exposure to a strong radiation source increasing $m_d$ by many fold, will be appropriately recorded in this sum. Basically, we do not know the specific values for $M$ and each $m_d$, but from sequencing data we can observe the output of a sum, $T_E$, which summarizes the mutational life history of the cancer cell's lineage.

When comparing $T_E$ and $T_R$ in cancer patients diagnosed at the same age $a$, $T_E\ (a)$ $\geq_{st} T_R\ (a)$ because the incidence of that cancer in the exposed group is greater than in the unexposed group. Consider now what happens when we sample two cancer patients P1 and P2 diagnosed at the same age, one who was exposed to E (P1) and one who was not (P2), where $t_E$ is the specific realization of $T_E\ (a)$ in P1 and $t_R$ is the realization of $T_R\ (a)$ in P2, with $t_E\ (a) \geq t_R\ (a)$. We can split the mutation load in the exposed patient P1 into two proportions

$$1 = \frac{t_R(a)}{t_E(a)} + \frac{t_E(a) - t_R(a)}{t_E(a)},$$

where the first term in the sum is the proportion of mutations that patient P1 would have had even if unexposed to E (i.e. attributable to R), assuming P1 would have had in that case the same total mutational load of P2, while the second term in the sum is the proportion of extra mutations that P1 acquired due to exposure to E. Obviously we cannot assume that P1 would have had exactly the same mutational load of P2 if P1 was unexposed, because both $T_E\ (a)$ and $T_R\ (a)$ are random variables rather than single fixed values, and in fact $T_E\ (a)$ will be $<T_R\ (a)$ in some pairs of patients. However, given the distribution of $T_R\ (a)$ among all unexposed patients, it is true that, for patient P1 with $T_E{=}t_E$,

$$1 = \frac{T_R(a)}{t_E(a)} + \frac{t_E(a) - T_R(a)}{t_E(a)},$$

and the distribution of the random variable $min(\ T_R\ (a)/t_E\ (a),\ 1\ )$ is the distribution of the proportion of mutations attributable to R in patient P1. Analogously, $1 - min(\ T_R$

6

$(a)/t_E (a), 1)$ is the distribution of the proportion of mutations attributable to E in patient P1. As $T_E (a) \geq_{st} T_R (a),$ the average proportion of mutations attributable to R and to E at the population level can be estimated by taking the expected value of the above expression (in Equation (1) below, "E" denotes the mathematical expectation operator and has nothing to do with environmental factors):

$$1 \ = \ E\left(\frac{T_R(a)}{T_E(a)}\right) + E\left(\frac{T_E(a) - T_R(a)}{T_E(a)}\right). \quad (1)$$

Therefore, for the population of patients of age $a$ that were exposed to environmental factor E, we can on average attribute the first term in the sum to R, i.e. assign the average proportion $E(T_R (a)/T_E (a))$ of the overall mutation load to R, and attribute the second average proportion to environmental factor E. Importantly, these same proportions can be used to attribute the average proportions of driver gene mutations (rather than total mutations) to R and E at the population level.

In practice, we will use the median instead of the mean for robustness - the distribution of the total number of somatic mutations in tumors typically has a large right tail (e.g. due to patients with defective mismatch repair mechanisms). And we will control for age by dividing the specific $T$ of patients by their ages $a$. Given $n$ cancer patients exposed to E and $m$ cancer patients not exposed to E, we define $MR$ as the *median* value in the population of the *ratio*

$$MR = \ median\left(\frac{T_{E_i}/a_i}{T_{R_j}/a_j}\right), \quad i \ \epsilon \ \{1, ..., n\}, j \ \epsilon \ \{1, ..., m\},$$

with its 95% confidence interval, as estimated via bootstrap. $MR > 1$ implies that a larger average number of mutations had accumulated in the founder cells of the cancers of the patients exposed to E than in unexposed patients after controlling for age. In other words, cancers in patients exposed to E had a larger number of somatic mutations/year. Then, similarly to equation (1),

$$1 \ = \ \frac{1}{MR} + \left(1 - \frac{1}{MR}\right).$$

As before, it follows that in those exposed to the E factor, *1/MR* of the mutation load can be attributed on average to R, and *(MR-1) /MR* can be attributed to the extra effects of E. The same is true for the proportion of driver gene mutations (rather than total mutational load) attributable to R and E factors. Thus, we define MEPAR, the *mutational extrinsic proportion* of *attributable risk* caused by the extrinsic factor E in a given cancer type, as

$$MEPAR = (MR - 1)/MR \ .$$

MEPAR represents the median proportion of driver genes mutations that are attributable to the extrinsic factor E in patients that are exposed to E.

7

Now, for any given cancer type, define the *proportion* of cancer *patients exposed* to the environmental factor E as *PPE*. Then

$$PPE = \frac{P_e \cdot RR}{1 + P_e \cdot (RR - 1)} \, ,$$

where $P_e$ is the *prevalence*, i.e. the proportion of total individuals in the population (not just cancer patients) exposed to factor E, and *RR* is the *relative risk* ratio for the group exposed to E compared to the control group. Then, the *proportion $P_E$* of the driver mutations required to develop this type of cancer and attributable to E in the overall patient population, is given by

$$P_E = MEPAR \cdot PPE \, ,$$

and the *proportion $P_R$* of the driver mutations required to develop this type of cancer and attributable to R, is given by

$$P_R = 1 - MEPAR \cdot PPE = \frac{1}{MR} \cdot PPE + 1 \cdot (1 - PPE), \quad (2)$$

The first term in the sum on the right side of Equation (2) is the proportion of driver gene mutations attributable to R in patients exposed to E, and the second term in the sum is the proportion of the driver gene mutations caused by R in patients not exposed to E (which is always 100%). Note that this equation does not require that every cancer patient has the same number of required driver mutations as long as the distribution of the number of required driver mutations is the same in patients with a given cancer type, independently of E. Also, the same method can in principle be applied to multiple quantiles of the distribution of the ratio rather than only to the median *MR*. For example, if ten equidistant quantiles are used, each of those quantile values will have a 0.1 weight in estimating the ratio. Importantly, for the examples provided below, using the median *MR* is essentially the same or more conservative than using multiple quantiles.

If we let $P_E$ be the *proportion of driver gene mutations due to the E factor*, i.e. $P_E = 1 - P_R$, then the *proportion of attributable risk* (PAR, also known as PAF), is

$$PAR = \frac{P_e \cdot (RR - 1)}{1 + P_e \cdot (RR - 1)} \, ,$$

i.e.

$$PAR = \frac{RR - 1}{RR} \cdot PPE \, ,$$

it follows from equation (2) that

$$PAR = \frac{RR - 1}{RR} \cdot \frac{MR}{MR - 1} P_E \, .$$

This expression indicates the relationship between the proportion of cancers cases that are preventable, *PAR*, and the proportion of driver gene mutations that are attributable to the E factor, i.e. the relationship between *cancer preventability* and *cancer etiology*. Importantly, $PAR > P_E$, given that $RR > MR$.

Up to this point, we have considered only R and one E factor, but its extension to the more general scenario where multiple E factors are present is relatively straightforward. Let $k$, $j$, and $e$, be indexes respectively for the cancer type, the age group, and the E factor, among the possible E factors known to affect cancer type $k$. Let $\omega_j$ be the proportion of the general population (not just cancer patients) in the age group $j$, and let $I_{k,j}$ be the incidence of cancer type $k$ in the general population in the age group $j$. Let $i_e$ be an exposure level (intensity) among the possible exposure levels for the environmental factor $e$. Consider for each cancer type $k$ and for each age group $j$, a *partition* with index $\delta_{k,j}$ of the cancer patient population in that age group, where each element of the partition represents patients with a unique combination of exposure levels across all environmental factors that have an effect on cancer type $k$. The total number of elements in the partition is given by the total number of distinct combinations of exposure levels across E factors (where the absence of exposure is counted as one of the possible levels of exposure). Thus, if for example there are three known E factors affecting cancer type $k$, where the first E factor has 3 possible levels of exposure, the second E factor has 5, and the third E factor has 4, then the index $\delta_{k,j}$ will assume values from 1 to 3 x 5 x4=60. Define $P_\delta$ as the proportion of the patient population with cancer type $k$ in the age group $j$ that is in the subgroup $\delta_{k,j}$,

$$P_{\delta_{k,j}} = \prod_e PPE_{k,j,i_e} = \prod_e \frac{P_{e_{j,i_e}} RR_{k,i_e}}{1 + \sum_i \left( P_{e_{j,i_e}} \left( RR_{k,i_e} - 1 \right) \right)} \ ,$$

where $P_e$ with subscripts $j, i_e$ is the prevalence in the general population, in the age group $j$, of the E factor $e$ with exposure level $i_e$, and $RR$ with subscripts $k, i_e$ is the relative risk of cancer $k$ for those exposed to the environmental factor $e$ at an exposure level $i_e$. Define $MR$ with subscripts $k, i_e$ as the median ratio of the mutation load, adjusted for age, of those exposed to the E factor $e$ at intensity $i_e$ and those unexposed, in cancer type $k$. Then, assuming conservatively that the joint effect of multiple E factors is multiplicative on cancer risk (i.e., additive on the mutation rate), the proportion of driver gene mutations attributable to E in cancer type $k$ is

$$P_{E_k} = \sum_j \left[ \frac{w_j \, I_{k,j}}{\sum_j (w_j \, I_{k,j})} \, P_{E_{k,j}} \right] =$$

$$= \sum_j \left[ \frac{w_j \, I_{k,j}}{\sum_j (w_j \, I_{k,j})} \, \sum_{\delta_{k,j}} \left( 1 - \frac{1}{1 + \sum_e (MR_{k,i_e} - 1)} \right) P_{\delta_{k,j}} \right]. \quad (3)$$

It follows that the overall proportion of driver gene mutations attributable to E across all cancer types, where each cancer type $k$ is weighted by its incidence relative to the overall cancer incidence, is

$$P_E = \sum_j \left[ \frac{w_j \sum_k I_{k,j}}{\sum_j (w_j \sum_k I_{k,j})} \sum_k \left( \frac{I_{k,j}}{\sum_k I_{k,j}} P_{E_{k,j}} \right) \right]$$

$$= \sum_j \left[ \frac{w_j}{\sum_j (w_j \sum_k I_{k,j})} \sum_k \left( I_{k,j} P_{E_{k,j}} \right) \right]. \quad (4)$$

Having estimated $P_E$, the last step is to obtain $P_H$ (see next section for the method). It then follows that the residual proportion of driver gene mutations can be attributed to $P_R$,

$$P_R = 1 - (P_E + P_H). \quad (5)$$

Equations (3) – (5) can be used for obtaining sex-specific estimates of $P_E$, $P_H$, and $P_R$. It is also possible to obtain estimates combining both sexes simply by weighting each sex, $s$, accordingly:

$$P_{E_{k,s}} = \sum_j \sum_s \left[ \frac{w_{j,s} I_{k,j,s}}{\sum_j \sum_s w_{j,s} I_{k,j,s}} P_{E_{k,j,s}} \right] =$$

$$= \sum_j \sum_s \left[ \frac{w_{j,s} I_{k,j,s}}{\sum_j \sum_s w_{j,s} I_{k,j,s}} \sum_{\delta_{k,j,s}} \left( 1 - \frac{1}{1 + \sum_e (MR_{k,i_e,s} - 1)} \right) P_{\delta_{k,j,s}} \right], \quad (6)$$

and

$$P_E = \sum_j \sum_s \left[ \frac{w_{j,s}}{\sum_j \sum_s (w_{j,s} \sum_k I_{k,j,s})} \sum_k \left( I_{k,j,s} P_{E_{k,j,s}} \right) \right]. \quad (7)$$

Method for determining the proportion of driver gene mutations contributed by H or by oncogenic viruses

Assume that a given cancer type requires $n$ driver mutations to occur and that those with a given hereditary predisposition to that cancer already have one of those required driver gene mutations. Then, *1/n* of the required driver mutations would be caused by this H factor.  To be conservative, we attributed *1/2* of the total driver gene mutations to H in all these cases, even in solid cancers, in which a minimum of three driver gene mutations is likely to be necessary for cancer formation.  Similarly, in those exposed to a virus, such as HPV 16 in patients with cervical cancers, we attribute *2/3* of the required driver mutations to that factor.   The effects of these oncogenic viruses can be considered to be mutations (i.e., changes in the DNA) because they are associated with the insertion of viral oncogenes into the nucleus. The reason for attributing 2/3 to such viral infections is that the protein products of oncogenic viruses like HPV inactivate two driver gene pathways (TP53 and Rb; (*55*)). In other virally-associated cancers where the molecular

pathogenesis is not as clear, such as in liver cancers associated with HBV infection, it is conservative to assume that 2/3 of the driver gene "mutations" are contributed by the virus.

Application to an extreme scenario (Fig. 2A in the main text)

For the theoretical example of carcinogen E on Planet B, we used a previously obtained mathematical formula (56) to estimate that a 2.5 increase in the somatic mutation rate causes a 10-fold increase in cancer incidence. This estimate is derived from the simplifying assumption that three driver mutations are required for cancer formation, as estimated in (56) for lung and colorectal cancers, so that $(2.5^2 \cdot \sqrt{2.5} \approx 10)$, and that each successive driver gene mutation doubled the proliferative fitness advantage (a rather conservative assumption (56, 57)). The presence, from birth until cancer detection, of an environmental factor, E, causing the somatic mutation rate to be 2.5 times the background one, implies that $1/(2.5) = 0.40$ of the somatic mutations found in the detected cancers are attributable to R and the remainder are due to the increase in mutation rate caused by factor E. Note that in this theoretical example, we can precisely calculate the fraction of driver gene mutations attributable to R because we know all the factors involved.  In lung and pancreatic adenocarcinomas, we can only calculate the fraction of mutations due to factors other than the known H or E, which we presume are R factors.

If the number of required driver mutations were larger than three, the proportion of driver mutations caused by random replicative mutations (R) would be even larger than when three mutations are required.

In this theoretical example, and simply for expository reasons, we chose to investigate the source of mutations when a very high proportion (90%) of cancers were caused by the introduction of mutagen E. We then used a mathematical formula to estimate the increase in the mutation rate required for the increased cancer incidence. An alternative approach, which does not require the use of that formula, is as follows. Assume that the introduction of mutagen E, to which every inhabitant of Planet B is exposed, causes the somatic mutation rate in each tissue to increase by 3.23.  This 3.23-fold change represents a very large increase in the mutation rate, similar to the increased mutation rate in lung resulting from smoking (56).  Using the probabilistic approach explained above, even this increase in mutation rate would lead to the conclusion that $1/3.23 = 31\%$ of the driver mutations in all cancers are attributable to R (though up to 95% of cancers would be estimated to be preventable).

Application to lung adenocarcinomas (Fig. 2B in the main text)

We first temporarily assume that the only E factor is smoking.  Men and women who smoke are 23 and 13 times more likely to develop lung adenocarcinomas than non-smokers, respectively (18). Averaging between the two sexes, $RR = 18$.  $P_e = 0.181$ in 2012 (58). Thus $PPE = 0.80$. As sequencing studies have shown that $MR = 3.23$ (95% CI: 2.88 – 4.05) (56) in lung adenocarcinoma, $P_R = 44.8\%$ (95% CI: 39.8% – 51.0%) if smoking were the only environmental factor increasing the risk of this cancer type.

We then include the other environmental factors suspected of playing a role, including second-hand smoke, occupational exposures (such as asbestos), diet, and radiation, which respectively account for an estimated 14%, 13%, 9%, and 5% of

potentially preventable lung adenocarcinomas ((*17*) and references therein). No clear role for hereditary factors in this cancer type has been demonstrated (*19*). No cancer genome sequencing data on patients exposed or unexposed to these sources of environmental risk factors are available. Thus, we calculate a bound for their contributions to the mutational load, and obtain $P_R$ using conservative assumptions. Accordingly, $(1 - 0.80)(1 - 0.14)(1 - 0.13)(1 - 0.09)(1 - 0.05) = 0.13$ is the probability that patients were unexposed to any of those E factors, where PPE is approximated by the PAR for these extra factors, resulting in 87% of patients exposed to at least one E factor. This approximation works well except for factors with a relatively small RR and a relatively large prevalence, which among the 4 factors considered may be the case for diet. Thus, to be conservative, we assume that the increase in mutation rate for each of these four other risk factors is as high as that for smokers (i.e., $MR = 3.23$), even though (for example) second-hand smoking has been estimated to have an $RR \leq 1.37$ (see (*59*)) compared to $RR = 18$ for smoking. We also conservatively assume that no patient was exposed to more than two E factors. Note that allowing more than two environmental factors to overlap in patients may decrease the overall contribution of E factors, yielding an even larger $P_R$. Thus, we assume that 34% of patients were exposed to both smoking and one other E factor, as $(0.14+0.13+0.09+0.05) - (0.87 - 0.8) = 0.34$, and the other 53% were only exposed to one single E factor. For those exposed to two E factors, we conservatively add their individual $RM's$, yielding a multiplicative effect: for example a doubling of the mutation rate will cause a quadrupling of the incidence in a cancer when two driver mutations are required, because $2^2 = 4$ (see (*56*)). Then,

$$P_R = \frac{1}{MR} \cdot (0.87 - 0.34) + \frac{1}{2 \cdot MR} \cdot (0.34) + 1 \cdot (1 - 0.87) = 0.35 \,,$$

with 95% CI (0.30 – 0.40). The first term in this sum corresponds to patients exposed to exactly one risk factor (smoke or another environmental factor). The second term in this sum corresponds to patients exposed to smoking plus another environmental factor, and the third term corresponds to patients unexposed to any environmental factors.

If instead of the median $MR = 3.23$ we had considered multiple equidistant quantiles for the ratio $T_E / T_R$, in the smoking population (e.g. 8 quantiles since the patients who smoked are 80% of the total), then the values of those quantiles would be 0.68, 1.12, 1.86, 2.90, 3.94, 5.24, 7.39, and 12.06. This would yield a $P_R = 0.54$ (instead of 0.45) when only smoking is considered.

Application to pancreatic adenocarcinomas (Fig. 2C in the main text)

We again begin by temporarily assuming that the only E factor involved is smoking. According to current estimates, $RR = 2$ for anyone who smoked versus never-smokers (*60*), and again $P_e = 0.181$ in 2012, thus $PPE = 0.31$. Because $MR = 1.16$ (95% CI: 1 – 1.53), as estimated via bootstrap using data from (*61*), $P_R = 95.7\%$ (95% CI: 89.3% - 100%) if smoking were the only environmental factor increasing the risk of this cancer type. The other environmental factor known to play a role in pancreatic ductal adenocarcinomas is a high body mass index (BMI), accounting for an estimated <50% PPE in pancreatic adenocarcinomas (see (*17*) and references therein). Hereditary factors, H, have been estimated to play a role in 10% of pancreatic ductal adenocarcinoma cases

(*62*). A conservative estimate of $P_R$ may be then obtained (as described above for lung adenocarcinomas) by conservatively accounting for these other effects, where $(1 - 0.31)(1 - 0.50)(1 - 0.10) = 0.31$ is an approximation for the probability that a patient was unexposed to any of those E and H factors; conversely, 69% are then approximated to be exposed to either E or H or both. To be conservative, we assumed that high BMI has the same effect as smoking, i.e. the same $MR$. We also assumed that in those individuals with a hereditary predisposition to pancreatic cancer, 1/2 of the required driver mutations are caused by this factor H.  For example, if three driver mutations are required for pancreatic cancer development, 1.5 of these mutations would be the result of an inherited mutation.  As $0.50 - (0.69 - 0.10 - 0.31) = 0.22$,

$$P_R = \frac{1}{MR} \cdot (0.31 - 0.22) + \frac{1}{2 \cdot MR} \cdot 0.22 + \frac{1}{MR} \cdot 0.28 + \frac{1}{2} \cdot 0.10 + 1 \cdot (1 - 0.69)$$

$$= 0.77,$$

with 95% CI $(0.67 - 0.84)$.  The first term in this sum corresponds to patients exposed to only smoke, the second term to patients exposed to both smoke and high BMI, the third to patients exposed only to high BMI, the fourth to only hereditary factors, and the fifth to patients unexposed to any environmental or inherited factors. Note that, for both lung and pancreatic adenocarcinomas, the multiplicative effects of E with R or H with R have all been conservatively assigned to E or H, respectively.

If instead of the median $MR = 1.16$ we had considered multiple equidistant quantiles for the ratio $T_E / T_R$, in the smoking population (e.g., 6 quantiles given that the patients who smoked are ~30% of the total), then the values of those quantiles would be 0.68, 0.95, 1.06, 1.12, 1.51, and 1.88. This would yield a $P_R = 0.95$, when only smoking is considered, essentially the same as obtained using only the median.

Application to prostate adenocarcinomas (Fig. 2D in the main text).

No prostate cancers appear to be preventable based on the absence of clear links to any environmental factor (*17*). And only a small fraction of cases are associated with familial predispositions (5-9%) (*63*). To be conservative, we assumed that 1/2 of the required mutations in cancer cases affected by H were attributable to those factors and that H accounted for 9% of the cancers. Then,

$$P_R = \frac{1}{2} \cdot 0.09 + 1 \cdot (1 - 0.09) = 0.95 .$$

Determining the proportion of drivers when cancer genome sequencing data is not available (Fig. 3, Fig. 2SA in the main text, and Tables S5 and S8)

Genome-wide sequencing data of cancers from patients exposed and unexposed to specific environmental factors is generally not available, so there is no experimentally-derived estimate of $MR$. The following modification of the method described above, however, provides a conservative estimate of $MR$ for any environmental factor that is based simply on epidemiological data about the relative risk ($RR$) conferred by that

factor.  This approach is applicable to the very large number of cancer types that have been investigated extensively through sophisticated epidemiologic techniques (e.g., those summarized in (*17*)).   If $x$ is the increase in mutation rate resulting from exposure to an environmental factor, then a mathematical bound for $x$ is provided by $x \leq RR^{1/2}$ when two driver gene mutations are required for cancer formation (*56*).  Intuitively, a x-fold increase in the mutation rate would result in an $x^2$ fold increase in cancer incidence because of the well-known exponential rather than linear relationship between cancer incidence and age.  The inequality reflects the fact that there may be other deleterious effects (e.g. epigenetic) induced by that environmental exposure that also increase $RR$ by some factor $c$, either additively (i.e. $RR = c + x^2$, with $c>0$) or multiplicatively (i.e. $RR = c \cdot x^2$, with $c>1$).   We estimated *MR*s under the assumption that there were no other deleterious effects; this assumption is conservative because deleterious effects would lower the estimated *MR*s.  Similarly, when three mutations are required for cancer formation, we can assume $x \leq RR^{0.4}$.  An exponent of 0.4 is used in this case by assuming that each successive driver gene mutation doubled the proliferative fitness advantage, as explained in (*56, 57*). For most common cancers, the minimum number of driver gene mutations required for cancer development is likely to be 3 (see (*56*)), and this minimum is strongly supported by genome-wide sequencing studies on tens of thousands of cancers (*1-3*).

When applied to lung adenocarcinomas and pancreatic ductal adenocarcinomas, the increase in mutation rates caused by smoking can then calculated to be $18^{0.4} = 3.2$ in lung adenocarcinomas, and $2^{0.4} = 1.32$ in pancreatic ductal adenocarcinomas.  Though based exclusively on epidemiological data, these numbers are remarkably close to the estimates of x obtained experimentally from genome-wide sequencing: 3.23 and 1.16 for lung adenocarcinomas and pancreatic ductal adenocarcinomas, respectively, providing experimental validation of our heuristic.

The epidemiological information (prevalence, $P_e$, relative risk, $RR$, and incidence, $I$) for E factors known to affect 32 cancer types was obtained from the UK Cancer Research database (*17, 21, 22*) and the references therein (Table S5). Whenever the prevalence was not indicated for a given age interval (typically the youngest group), we conservatively attributed to that environmental factor the prevalence of the adjacent age group. Kaposi sarcoma was not included because incidence rates were not provided (an extremely rare cancer). Given that UK epidemiological data were used, we also used the weights ω of the general U.K. population (all individuals, not just cancer patients) for each age group and for each sex (Table S5) (*64*). To be conservative, environmental factors for which epidemiological information was not fully available (specifically: second-hand smoking, radiation, lack of breastfeeding, and occupational exposures) were assumed to have the same, large effect on the mutation rate (i.e. same *MR*) that smoking has on lung cancer, with *PPE* approximated by their *PAR*. Due to the lack of data on the prevalence of various salt consumption levels, we set the average consumption level of salt with *PPE* =1 and compared it to the recommended level of 6 g per day to obtain *MR*  After obtaining estimates for the *PPEs* and  *MR*s for all known risk factors, equations (3) and (4) were used to obtain sex-specific estimates of $P_E$, for each cancer type (Tables S6). Similarly, equations (6) and (7) above were used to obtain estimates of $P_E$ when combining the two sexes (Tables S6). Two thirds of the required driver gene mutations

were attributed to viral infections in cancers associated with viruses, with $PPE$ approximated by $PAR$, and added to the overall $P_E$.

To address the robustness of the calculated $P_E$, we considered the effects of errors in the literature estimates of the $RR$ and $P_e$. For smoking in lung cancer, the upper 95% confidence intervals (CIs) for $RR$ and $P_e$ are less than 1.5 and 1.1 times the estimates used in our calculations, respectively ($58, 59$). Because $1.5^{0.4} = 1.2$, this upper estimate of RR would yield only a 20% increase in MR. Even assuming the extreme scenario that $RR$ and $P_e$ are both at the upper extremes of their confidence intervals, $P_E$ would increase 9 percentage points (Eq. 2). Smoking is an unusual case because the $RR$ is high (=18). For more typical RRs of less than 2, assuming that the upper boundaries of the 95% CIs for both $RR$ and $P_e$ are 1.5 times larger than the original estimate, $P_E$ is 8 percentage points higher when $P_e$=15%, and 12 percentage points higher when $P_e$=30%. Note that these increases are conservative because they are only true if both $RR$ and $P_e$ increase in the same direction and are 1.5 times higher than the literature estimates. In fact, conservatively assuming a uniform distribution over the confidence intervals yields a 95% CI for $P_E$ that is within ±7 percentage points when $P_e$=10%, and within ±10 percentage points when $P_e$=20%. For two environmental factors, the same conservative assumptions yield ±15 percentage points when $P_e$=20%.

Information on the proportion of cancer cases attributable to inherited factors (H) was obtained from the UK Cancer Research database ($20$), and if no estimate was available, 1% was assumed (Table S6). It is estimated that, overall, inherited mutations play a role in 5-10% of cancer cases ($65$). Thus, 10% of cancer cases were overall conservatively attributed to H (i.e. $PAR = 0.10$) when deriving the estimates of $P_H$ combined over all cancer types. As described above, we conservatively attributed half of the driver gene mutations to H (i.e. $P_H = 0.5$) in every cancer case attributed to H (Table S6).

Having estimates for $P_E$ and $P_H$, equation (5) was then used to estimate $P_R$, in each cancer type (Table S6). We assumed that that the number of driver genes required for cancer development was three in 25 of the 32 cancer types. The seven exceptions were cancers of the bone, testes, myelomas, retinoblastomas, leukemias, Hodgkin and non-Hodgkin lymphomas, in which we assumed that two driver gene mutations were required for cancer. This assumption is based on molecular genetic and epidemiologic data indicating that fewer driver gene mutations are required for the development of "liquid tumors" and pediatric cancers than for solid tumors ($3$). Fig. 3 and Fig. S2 are based on the estimates in Table S6 for the UK female and male population, respectively. The overall values on the bottom row of table S6 were calculated after normalizing for cancer incidence, so that cancers with greater incidence were given proportionally more weight.



**Fig. S1. Environmental factors and stem cell divisions.** (A) Lifetime number of stem cell divisions versus cancer's excess relative risk (ERR) induced by the atomic bombs of Hiroshima and Nagasaki (*54*) for the 12 indicated tissues. No significant correlation was found between these two variables (Pearson's r= 0.10, P=0.75). (B) Lifetime number of stem cell divisions versus the fraction of preventable cancer cases (as estimated by UK Cancer Research (*17*)) for the 15 indicated tissues. No significant correlation was found between these two variables (Pearson's r= 0.43, P=0.11). See section "Relationship between environment and the lifetime stem cell divisions" in supplementary materials.



**Fig. S2.  Proportion of driver gene mutations attributable to H, R, and E in men with cancer.**  For each of the indicated 16 cancer types, the proportion of mutations attributable to inherited factors (H - left), replicative mutations (R - center) (i.e., not attributable to either E or H), and environmental factors (E - right) is depicted. The sum of those three proportions is 1. The color codes for H, R, and E are identical and span white (=0) to brightest red.  The numerical values used to construct this figure are provided in Table S6. Abbreviations: B, brain; Bl, bladder; CR, colorectal; E, esophagus; HN, head and neck; K, kidney; Li, liver; Lk, leukemia; Lu, lung; M, melanoma; NHL, non-Hodgkin lymphoma; P, pancreas; Pr, prostate; S, stomach; T, testis; Th, thyroid.
Copyright 2017, The Johns Hopkins University. All rights reserved.

**Table S1. Cumulative risk and correlation data for age interval zero to75.** The values listed in each column are as follows. Col 1: cancer registry code; Col 2:  country registry name; Cols 3 to 19: cumulative risk (CR) for each of the 17 tissues analyzed; Col 20: Pearson's p-value for the correlation between the cumulative risk of each of the 17 tissues and the lifetime number of stem cell divisions in those tissues; Col 21: Pearson's correlation coefficient; Col 22:  lower bound of confidence interval for the Pearson's correlation coefficient; Col 23:  upper bound of confidence interval for the Pearson's correlation coefficient; Col 24: person-year for that cancer registry.

**Table S2. Cumulative risk and correlation data for age interval zero to 80.** The values listed in each column are as follows. Col 1: cancer registry code; Col 2:  country registry name; Cols 3 to 19: cumulative risk (CR) for each of the 17 tissues analyzed; Col 20: Pearson's p-value for the correlation between the cumulative risk of each of the 17 tissues and the lifetime number of stem cell divisions in those tissues; Col 21: Pearson's correlation coefficient; Col 22:  lower bound of confidence interval for the Pearson's correlation coefficient; Col 23:  upper bound of confidence interval for the Pearson's correlation coefficient; Col 24: person-year for that cancer registry.

**Table S3. Cumulative risk and correlation data for age interval zero to 85.** The values listed in each column are as follows. Col 1: cancer registry code; Col 2:  country registry name; Cols 3 to 19: cumulative risk (CR) for each of the 17 tissues analyzed; Col 20: Pearson's p-value for the correlation between the cumulative risk of each of the 17 tissues and the lifetime number of stem cell divisions in those tissues; Col 21: Pearson's correlation coefficient; Col 22:  lower bound of confidence interval for the Pearson's correlation coefficient; Col 23:  upper bound of confidence interval for the Pearson's correlation coefficient; Col 24: person-year for that cancer registry.

**Table S4. Cumulative risk and correlation data for the age interval zero to 85+.** The values listed in each column are as follows. Col 1: cancer registry code; Col 2:  country registry name; Cols 3 to 19: cumulative risk (CR) for each of the 17 tissues analyzed; Col 20: Pearson's p-value for the correlation between the cumulative risk of each of the 17 tissues and the lifetime number of stem cell divisions in those tissues; Col 21: Pearson's correlation coefficient; Col 22:  lower bound of confidence interval for the Pearson's correlation coefficient; Col 23:  upper bound of confidence interval for the Pearson's correlation coefficient; Col 24: person-year for that cancer registry.

**Table S5. Epidemiological cancer data.** Tab 1: Sex-specific and cancer-specific UK incidences; Tab 2: Sex-specific and combined 2015 UK population weights; Tab 3-16: PPE, RR, and MR values for each of the 14 environmental exposures considered; Tab 17-24: Prevalence, Pe, of the environmental exposures in the UK population ( see supplementary materials).   Epidemiological information (prevalence, Pe, relative risk, RR, and incidence, I) was obtained from the UK Cancer Research database (17, 21, 22) and references therein. Data on the general U.K. population (not just cancer patients) in each relevant age group were obtained from (*64*).

**Table S6. Proportion of driver gene mutations attributable to E, H, and R.** Col 1: Cancer type; Col 2-4: Female; Col 5-7: Male; Col 8-10: Both sexes. The values listed in columns 2, 5, and 8 are derived from Table S6 and represent the estimated fraction of the driver gene mutations attributable to environmental factors, $P_E$, for each indicated cancer type.  The values listed in columns 3, 6, and 9 are the estimated fraction of the driver gene mutations attributable to inherited factors, $P_H$, for each indicated cancer type. The values listed in columns 4, 7, and 10 are the estimated fraction of the driver gene mutations attributable to replicative mutations, $P_R$, for each indicated cancer type, where $P_R = 1 - (P_E + P_H)$ (supplementary materials). The overall values represents the risks for all cancer types after normalizing for cancer incidence, so that the higher the incidence of the cancer, the more weight it is given.

**References and Notes**

1. L. A. Garraway, E. S. Lander, Lessons from the cancer genome. *Cell* **153**, 17–37 (2013). doi:10.1016/j.cell.2013.03.002 Medline

2. M. R. Stratton, P. J. Campbell, P. A. Futreal, The cancer genome. *Nature* **458**, 719–724 (2009). doi:10.1038/nature07943 Medline

3. B. Vogelstein, N. Papadopoulos, V. E. Velculescu, S. Zhou, L. A. Diaz Jr., K. W. Kinzler, Cancer genome landscapes. *Science* **339**, 1546–1558 (2013). doi:10.1126/science.1235122 Medline

4. L. A. Mucci, J. B. Hjelmborg, J. R. Harris, K. Czene, D. J. Havelick, T. Scheike, R. E. Graff, K. Holst, S. Möller, R. H. Unger, C. McIntosh, E. Nuttall, I. Brandt, K. L. Penney, M. Hartman, P. Kraft, G. Parmigiani, K. Christensen, M. Koskenvuo, N. V. Holm, K. Heikkilä, E. Pukkala, A. Skytthe, H.-O. Adami, J. Kaprio, Nordic Twin Study of Cancer (NorTwinCan) Collaboration, Familial risk and heritability of cancer among twins in Nordic countries. *JAMA* **315**, 68–76 (2016). doi:10.1001/jama.2015.17703 Medline

5. Z. K. Stadler, P. Thom, M. E. Robson, J. N. Weitzel, N. D. Kauff, K. E. Hurley, V. Devlin, B. Gold, R. J. Klein, K. Offit, Genome-wide association studies of cancer. *J. Clin. Oncol.* **28**, 4255–4267 (2010). doi:10.1200/JCO.2009.25.7816 Medline

6. C. Tomasetti, B. Vogelstein, Variation in cancer risk among tissues can be explained by the number of stem cell divisions. *Science* **347**, 78–81 (2015). doi:10.1126/science.1260825 Medline

7. C. Tomasetti, B. Vogelstein, https://arxiv.org/abs/1501.05035 (2015).

8. M. Lynch, Rate, molecular spectrum, and consequences of human mutation. *Proc. Natl. Acad. Sci. U.S.A.* **107**, 961–968 (2010). doi:10.1073/pnas.0912629107 Medline

9. C. Tomasetti, B. Vogelstein, G. Parmigiani, Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation. *Proc. Natl. Acad. Sci. U.S.A.* **110**, 1999–2004 (2013). doi:10.1073/pnas.1221068110 Medline

10. L. Zhu, D. Finkelstein, C. Gao, L. Shi, Y. Wang, D. López-Terrada, K. Wang, S. Utley, S. Pounds, G. Neale, D. Ellison, A. Onar-Thomas, R. J. Gilbertson, Multi-organ mapping of cancer risk. *Cell* **166**, 1132–1146.e7 (2016). doi:10.1016/j.cell.2016.07.045 Medline

11. C. O. Nordling, A new theory on cancer-inducing mechanism. *Br. J. Cancer* **7**, 68–72 (1953). doi:10.1038/bjc.1953.8 Medline

12. B. W. Stewart, C. P. Wild, Eds., *World Cancer Report 2014* (IARC, Lyon, France, 2014).

13. G. Edgren, H. O. Adami, E. Weiderpass, O. Nyrén, A global assessment of the oesophageal adenocarcinoma epidemic. *Gut* **62**, 1406–1414 (2013). doi:10.1136/gutjnl-2012-302412 Medline

14. D. G. Hoel, T. Wakabayashi, M. C. Pike, Secular trends in the distributions of the breast cancer risk factors—menarche, first birth, menopause, and weight—in Hiroshima and Nagasaki, Japan. *Am. J. Epidemiol.* **118**, 78–89 (1983). doi:10.1093/oxfordjournals.aje.a113619 Medline

15. B. K. Edwards, E. Ward, B. A. Kohler, C. Eheman, A. G. Zauber, R. N. Anderson, A. Jemal, M. J. Schymura, I. Lansdorp-Vogelaar, L. C. Seeff, M. van Ballegooijen, S. L. Goede, L. A. G. Ries, Annual report to the nation on the status of cancer, 19752006, featuring colorectal cancer trends and impact of interventions (risk factors, screening, and treatment) to reduce future rates. *Cancer* **116**, 544–573 (2010). doi:10.1002/cncr.24760 Medline

16. A. Jemal, F. Bray, M. M. Center, J. Ferlay, E. Ward, D. Forman, Global cancer statistics. *CA Cancer J. Clin.* **61**, 69–90 (2011). doi:10.3322/caac.20107 Medline

17. Cancer Research UK, Statistics on preventable cancers, www.cancerresearchuk.org/health-professional/cancer-statistics/risk/preventable-cancers.

18. U.S. Office of the Surgeon General and U.S. Office on Smoking and Health, The Health Consequences of Smoking: A Report of the U.S. Surgeon General, (U.S. Department of Health and Human Services, 2004).

19. Cancer Research UK, Lung cancer risks and causes, www.cancerresearchuk.org/about-cancer/type/lung-cancer/about/lung-cancer-risks-and-causes.

20. Cancer Research UK, Inherited cancer genes and increased cancer risk, www.cancerresearchuk.org/about-cancer/causes-of-cancer/inherited-cancer-genes-and-increased-cancer-risk/inherited-genes-and-cancer-types-inherited_genes4.

21. Cancer Research UK, Statistics by cancer type, www.cancerresearchuk.org/health-professional/cancer-statistics/statistics-by-cancer-type.

22. D. M. Parkin, L. Boyd, L. C. Walker, 16. The fraction of cancer attributable to lifestyle and environmental factors in the UK in 2010. *Br. J. Cancer* **105** (suppl. 2), S77–S81 (2011). doi:10.1038/bjc.2011.489 Medline

23. N. A. Ashford, P. Bauman, H. S. Brown, R. W. Clapp, A. M. Finkel, D. Gee, D. B. Hattis, M. Martuzzi, A. J. Sasco, J. B. Sass, Cancer risk: Role of environment. *Science* **347**, 727 (2015). doi:10.1126/science.aaa6246 Medline

24. C. Gotay, T. Dummer, J. Spinelli, Cancer risk: Prevention is crucial. *Science* **347**, 728 (2015). doi:10.1126/science.aaa6462 Medline

25. J. D. Potter, R. L. Prentice, Cancer risk: Tumors excluded. *Science* **347**, 727 (2015). doi:10.1126/science.aaa6507 Medline

26. M. Song, E. L. Giovannucci, Cancer risk: Many factors contribute. *Science* **347**, 728–729 (2015). doi:10.1126/science.aaa6094 Medline

27. C. Tomasetti, B. Vogelstein, Cancer risk: Role of environment—response. *Science* **347**, 729–731 (2015). doi:10.1126/science.aaa6592 Medline

28. C. Wild, P. Brennan, M. Plummer, F. Bray, K. Straif, J. Zavadil, Cancer risk: Role of chance overstated. *Science* **347**, 728 (2015). doi:10.1126/science.aaa6799 Medline

29. U.S. Centers for Disease Control and Prevention, Up to 40 percent of annual deaths from each of five leading US causes are preventable, www.cdc.gov/media/releases/2014/p0501-preventable-deaths.html.

30. I. J. Kimsey, K. Petzold, B. Sathyamoorthy, Z. W. Stein, H. M. Al-Hashimi, Visualizing transient Watson-Crick-like mispairs in DNA and RNA duplexes. *Nature* **519**, 315–320 (2015). doi:10.1038/nature14227 Medline

31. T. A. Kunkel, Evolving views of DNA replication (in)fidelity. *Cold Spring Harb. Symp. Quant. Biol.* **74**, 91–101 (2009). doi:10.1101/sqb.2009.74.027 Medline

32. J. C. Fromme, G. L. Verdine, Base excision repair. *Adv. Protein Chem.* **69**, 1–41 (2004). doi:10.1016/S0065-3233(04)69001-2 Medline

33. A. R. Collins, Antioxidant intervention as a route to cancer prevention. *Eur. J. Cancer* **41**, 1923–1930 (2005). doi:10.1016/j.ejca.2005.06.004 Medline

34. L. R. Ferguson, H. Chen, A. R. Collins, M. Connell, G. Damia, S. Dasgupta, M. Malhotra, A. K. Meeker, A. Amedei, A. Amin, S. S. Ashraf, K. Aquilano, A. S. Azmi, D. Bhakta, A. Bilsland, C. S. Boosani, S. Chen, M. R. Ciriolo, H. Fujii, G. Guha, D. Halicka, W. G. Helferich, W. N. Keith, S. I. Mohammed, E. Niccolai, X. Yang, K. Honoki, V. R. Parslow, S. Prakash, S. Rezazadeh, R. E. Shackelford, D. Sidransky, P. T. Tran, E. S. Yang, C. A. Maxwell, Genomic instability in human cancer: Molecular insights and opportunities for therapeutic attack and prevention through diet and nutrition. *Semin. Cancer Biol.* **35** (suppl.), S5–S24 (2015). doi:10.1016/j.semcancer.2015.03.005 Medline

35. A. Yoo, K. W. Minn, U. S. Jin, Magnetic resonance imaging-based volumetric analysis and its relationship to actual breast weight. *Arch. Plast. Surg.* **40**, 203–208 (2013). doi:10.5999/aps.2013.40.3.203 Medline

36. W. Y. Lee, M. J. Kim, D. H. Lew, S. Y. Song, D. W. Lee, Three-dimensional surface imaging is an effective tool for measuring breast volume: A validation study. *Arch. Plast. Surg.* **43**, 430–437 (2016). doi:10.5999/aps.2016.43.5.430 Medline

37. E. Vandeweyer, D. Hertens, Quantification of glands and fat in breast tissue: An experimental determination. *Ann. Anat.* **184**, 181–184 (2002). doi:10.1016/S0940-9602(02)80016-4 Medline

38. P. Eirew, J. Stingl, A. Raouf, G. Turashvili, S. Aparicio, J. T. Emerman, C. J. Eaves, A method for quantifying normal human mammary epithelial stem cells with in vivo regenerative ability. *Nat. Med.* **14**, 1384–1389 (2008). doi:10.1038/nm.1791 Medline

39. A. J. Alvi, H. Clayton, C. Joshi, T. Enver, A. Ashworth, Md. Vivanco, T. C. Dale, M. J. Smalley, Functional and molecular characterisation of mammary side population cells. *BCR* **5**, R1–R8 (2003). doi:10.1186/bcr547 Medline

40. G. Dontu, W. M. Abdallah, J. M. Foley, K. W. Jackson, M. F. Clarke, M. J. Kawamura, M. S. Wicha, In vitro propagation and transcriptional profiling of human mammary stem/progenitor cells. *Genes Dev.* **17**, 1253–1270 (2003). doi:10.1101/gad.1061803 Medline

41. R. B. Clarke, K. Spence, E. Anderson, A. Howell, H. Okano, C. S. Potten, A putative human breast stem cell population is enriched for steroid receptor-positive cells. *Dev. Biol.* **277**, 443–456 (2005). doi:10.1016/j.ydbio.2004.07.044 Medline

42. J. S. Meyer, Cell proliferation in normal human breast ducts, fibroadenomas, and other ductal hyperplasias measured by nuclear labeling with tritiated thymidine. *Hum. Pathol.* **8**, 67–81 (1977). doi:10.1016/S0046-8177(77)80066-X Medline

43. S. J. Zhang, H.-N. Qian, Y. Zhao, K. Sun, H.-Q. Wang, G.-Q. Liang, F.-H. Li, Z. Li, Relationship between age and prostate size. *Asian J. Androl.* **15**, 116–120 (2013). doi:10.1038/aja.2012.127 Medline

44. J. L. Bosch, K. Tilling, A. M. Bohnen, C. H. Bangma, J. L. Donovan, Establishing normal reference ranges for prostate volume change with age in the population-based Krimpen-study: Prediction of future prostate volume in individual men. *Prostate* **67**, 1816–1824 (2007). doi:10.1002/pros.20663 Medline

45. J. K. Parsons, W. R. Gage, W. G. Nelson, A. M. De Marzo, p63 protein expression is rare in prostate adenocarcinoma: Implications for cancer diagnosis and carcinogenesis. *Urology* **58**, 619–624 (2001). doi:10.1016/S0090-4295(01)01311-5 Medline

46. X. Wang, M. Kruithof-de Julio, K. D. Economides, D. Walker, H. Yu, M. V. Halili, Y.-P. Hu, S. M. Price, C. Abate-Shen, M. M. Shen, A luminal epithelial stem cell that is a cell of origin for prostate cancer. *Nature* **461**, 495–500 (2009). doi:10.1038/nature08361 Medline

47. R. Mazzucchelli, F. Barbisan, A. Santinelli, A. Lopez-Beltran, L. Cheng, M. Scarpelli, R. Montironi, Immunohistochemical expression of prostate tumor overexpressed 1 in cystoprostatectomies with incidental and insignificant prostate cancer. *Hum. Pathol.* **42**, 1931–1936 (2011). doi:10.1016/j.humpath.2011.02.014 Medline

48. D. A. Rew, G. D. Wilson, Cell production rates in human tissues and tumours and their significance. Part II: Clinical data. *Eur. J. Surg. Oncol.* **26**, 405–417 (2000). doi:10.1053/ejso.1999.0907 Medline

49. A. I. Rozhok, G. M. Wahl, J. DeGregori, A critical examination of the "bad luck" explanation of cancer risk. *Cancer Prev. Res. (Phila.)* **8**, 762–764 (2015). doi:10.1158/1940-6207.CAPR-15-0229 Medline

50. Q. Pan, A. M. Nicholson, H. Barr, L.-A. Harrison, G. D. Wilson, J. Burkert, R. Jeffery, M. R. Alison, L. Looijenga, W.-R. Lin, S. A. C. McDonald, N. A. Wright, R. Harrison, M. P. Peppelenbosch, J. A. Jankowski, Identification of lineage-uncommitted, long-lived, label-retaining cells in healthy human esophagus and stomach, and in metaplastic esophagus. *Gastroenterology* **144**, 761–770 (2013). doi:10.1053/j.gastro.2012.12.022 Medline

23

51. A. P. Grollman, S. Shibutani, M. Moriya, F. Miller, L. Wu, U. Moll, N. Suzuki, A. Fernandes, T. Rosenquist, Z. Medverec, K. Jakovina, B. Brdar, N. Slade, R. J. Turesky, A. K. Goodenough, R. Rieger, M. Vukelić, B. Jelaković, Aristolochic acid and the etiology of endemic (Balkan) nephropathy. *Proc. Natl. Acad. Sci. U.S.A.* **104**, 12129–12134 (2007). doi:10.1073/pnas.0701248104 Medline

52. S. E. Olivo-Marston, P. Yang, L. E. Mechanic, E. D. Bowman, S. R. Pine, C. A. Loffredo, A. J. Alberg, N. Caporaso, P. G. Shields, S. Chanock, Y. Wu, R. Jiang, J. Cunningham, J. Jen, C. C. Harris, Childhood exposure to secondhand smoke and functional mannose binding lectin polymorphisms are associated with increased lung cancer risk. *Cancer Epidemiol. Biomarkers Prev.* **18**, 3375–3383 (2009). doi:10.1158/1055-9965.EPI-09-0986 Medline

53. H. M. Cullings, S. Fujita, S. Funamoto, E. J. Grant, G. D. Kerr, D. L. Preston, Dose estimation for atomic bomb survivor studies: Its evolution and present status. *Radiat. Res.* **166**, 219–254 (2006). doi:10.1667/RR3546.1 Medline

54. D. L. Preston, E. Ron, S. Tokuoka, S. Funamoto, N. Nishi, M. Soda, K. Mabuchi, K. Kodama, Solid cancer incidence in atomic bomb survivors: 1958-1998. *Radiat. Res.* **168**, 1–64 (2007). doi:10.1667/RR0763.1 Medline

55. M. E. McLaughlin-Drubin, J. Meyers, K. Munger, Cancer associated human papillomaviruses. *Curr. Opin. Virol.* **2**, 459–466 (2012). doi:10.1016/j.coviro.2012.05.004 Medline

56. C. Tomasetti, L. Marchionni, M. A. Nowak, G. Parmigiani, B. Vogelstein, Only three driver gene mutations are required for the development of lung and colorectal cancers. *Proc. Natl. Acad. Sci. U.S.A.* **112**, 118–123 (2015). doi:10.1073/pnas.1421839112 Medline

57. R. Durrett, S. Moseley, Evolution of resistance and progression to disease during clonal expansion of cancer. *Theor. Popul. Biol.* **77**, 42–48 (2010). doi:10.1016/j.tpb.2009.10.008 Medline

58. U.S. Centers for Disease Control and Prevention, Current cigarette smoking among adults—United States, 2005–2012. *MMWR Morb. Mortal. Wkly. Rep.* **62**, 29–34 (2014).

59. D. M. Parkin, Tobacco-attributable cancer burden in the UK in 2010. *Br. J. Cancer* **105**, S6–S13 (2011). doi:10.1038/bjc.2011.475 Medline

60. D. Yadav, A. B. Lowenfels, The epidemiology of pancreatitis and pancreatic cancer. *Gastroenterology* **144**, 1252–1261 (2013). doi:10.1053/j.gastro.2013.01.068 Medline

61. A. Blackford, G. Parmigiani, T. W. Kensler, C. Wolfgang, S. Jones, X. Zhang, D. W. Parsons, J. C.-H. Lin, R. J. Leary, J. R. Eshleman, M. Goggins, E. M. Jaffee, C. A. Iacobuzio-Donahue, A. Maitra, A. Klein, J. L. Cameron, K. Olino, R. Schulick, J. Winter, B. Vogelstein, V. E. Velculescu, K. W. Kinzler, R. H. Hruban, Genetic mutations associated with cigarette smoking in pancreatic cancer. *Cancer Res.* **69**, 3681–3688 (2009). doi:10.1158/0008-5472.CAN-09-0015 Medline

62. American Cancer Society, Pancreatic cancer,
    www.cancer.org/cancer/pancreaticcancer/detailedguide/pancreatic-cancerrisk-factors.

63. Cancer Research UK, Prostrate cancer risk factors,
    www.cancerresearchuk.org/health-professional/cancer-statistics/statistics-by-cancer-type/prostate-cancer/risk-factors.

64. U.K. Office for National Statistics, Population estimates for UK, England and Wales, Scotland and Northern Ireland: Mid-2015,
    www.ons.gov.uk/peoplepopulationandcommunity/populationandmigration/populationestimates/bulletins/annualmidyearpopulationestimates/latest

65. National Institutes of Health, National Cancer Institute, Genetic testing for hereditary cancer syndromes, www.cancer.gov/about-cancer/causes-prevention/genetics/genetic-testing-fact-sheet.

| cancer | PAF* | |
| --- | --- | --- |
| | male | female |
| oral | 0.13 | 0.13 |
| larynx | 0.11 | 0.11 |
| stomach | 0.32 | 0.32 |
| anal | 0.9 | 0.9 |
| liver | 0.16 | 0.16 |
| vulval | #N/A | 0.4 |
| vaginal | #N/A | 0.63 |
| penile | 0.4 | #N/A |
| non-Hodgkin | 0.04 | 0.04 |
| Hodgkin | 0.45 | 0.45 |
| cervix | 1 | 1 |

* In our calculation, we assumed two thirds of drivers are due to infection

| cancer | PAF* | | RR* | | MR (assume 2 drivers) * | | MR (assume 3 drivers) * | |
|---|---|---|---|---|---|---|---|---|
| | male | female | male | female | male | female | male | female |
| esophagus | 0.033 | 0.011 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| stomach | 0.03 | 0.003 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| liver | 0.002 | 0.001 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| pancreas | 0.0002 | 0.0001 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| larynx | 0.029 | 0.016 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| lung | 0.205 | 0.043 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| bone | 0.0004 | 0.0001 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| mesothelioma | 0.97 | 0.825 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| breast | #N/A | 0.046 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| cervix | #N/A | 0.007 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| ovary | #N/A | 0.005 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| kidney | 0.0004 | 0.0004 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| bladder | 0.071 | 0.019 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| eye | 0.029 | 0.004 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| brain | 0.005 | 0.001 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| thyroid | 0.0012 | 0.0002 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| non-Hodgkin | 0.021 | 0.011 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| myeloma | 0.004 | 0.001 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |
| leukemia | 0.009 | 0.005 | 21.3 | 12.5 | 4.6151923 | 3.53553391 | 3.399005 | 2.746401 |

*PAF and MR are the same for all age groups. To be conservative, we used MR and RR of smoking in lung cancer for all cancer types here.

**We assumed that occupational factors only affect people older than 19 years old

| cancer type | female_E | female_H | female_R | male_E | male_H | male_R | both_sexes_E | both_sexes_H | both_sexes_R |
|---|---|---|---|---|---|---|---|---|---|
| anal | 0.6 | 0.005 | 0.395 | 0.6 | 0.005 | 0.395 | 0.6 | 0.005 | 0.395 |
| bladder | 0.191 | 0.005 | 0.804 | 0.252 | 0.005 | 0.743 | 0.235 | 0.005 | 0.76 |
| bone | 0 | 0.005 | 0.995 | 0 | 0.005 | 0.995 | 0 | 0.005 | 0.995 |
| brain | 0.001 | 0.005 | 0.994 | 0.003 | 0.005 | 0.992 | 0.002 | 0.005 | 0.993 |
| breast | 0.151 | 0.015 | 0.834 | NA | NA | NA | 0.151 | 0.015 | 0.834 |
| cervix | 0.746 | 0.005 | 0.249 | NA | NA | NA | 0.746 | 0.005 | 0.249 |
| colon | 0.249 | 0.025 | 0.726 | 0.27 | 0.025 | 0.705 | 0.261 | 0.025 | 0.714 |
| esophagus | 0.628 | 0.005 | 0.367 | 0.596 | 0.005 | 0.399 | 0.606 | 0.005 | 0.389 |
| eye | 0.003 | 0.2 | 0.797 | 0.021 | 0.2 | 0.779 | 0.012 | 0.2 | 0.788 |
| gallbladder | 0.079 | 0.005 | 0.916 | 0.08 | 0.005 | 0.915 | 0.079 | 0.005 | 0.916 |
| Hodgkin | 0.3 | 0.005 | 0.695 | 0.3 | 0.005 | 0.695 | 0.3 | 0.005 | 0.695 |
| kidney | 0.159 | 0.01 | 0.831 | 0.236 | 0.01 | 0.754 | 0.207 | 0.01 | 0.783 |
| larynx | 0.693 | 0.005 | 0.302 | 0.716 | 0.005 | 0.279 | 0.709 | 0.005 | 0.286 |
| leukemia | 0.106 | 0.005 | 0.889 | 0.168 | 0.005 | 0.827 | 0.143 | 0.005 | 0.852 |
| liver | 0.199 | 0.005 | 0.796 | 0.287 | 0.005 | 0.708 | 0.257 | 0.005 | 0.738 |
| lung | 0.613 | 0.005 | 0.382 | 0.703 | 0.005 | 0.292 | 0.661 | 0.005 | 0.334 |
| melanoma | 0.86 | 0.05 | 0.09 | 0.86 | 0.05 | 0.09 | 0.86 | 0.05 | 0.09 |
| mesotheliom | 0.525 | 0.005 | 0.47 | 0.685 | 0.005 | 0.31 | 0.657 | 0.005 | 0.338 |
| myeloma | 0.001 | 0.005 | 0.994 | 0.003 | 0.005 | 0.992 | 0.002 | 0.005 | 0.993 |
| non-Hodgkin | 0.035 | 0.005 | 0.96 | 0.043 | 0.005 | 0.952 | 0.039 | 0.005 | 0.956 |
| oral | 0.68 | 0.005 | 0.315 | 0.721 | 0.005 | 0.274 | 0.708 | 0.005 | 0.287 |
| ovary | 0.221 | 0.05 | 0.729 | NA | NA | NA | 0.221 | 0.05 | 0.729 |
| pancreas | 0.187 | 0.05 | 0.763 | 0.172 | 0.05 | 0.778 | 0.18 | 0.05 | 0.77 |
| penile | NA | NA | NA | 0.267 | 0.005 | 0.728 | 0.267 | 0.005 | 0.728 |
| prostate | NA | NA | NA | 0 | 0.045 | 0.955 | 0 | 0.045 | 0.955 |
| stomach | 0.509 | 0.015 | 0.476 | 0.576 | 0.015 | 0.409 | 0.553 | 0.015 | 0.432 |
| testicular | NA | NA | NA | 0 | 0.005 | 0.995 | 0 | 0.005 | 0.995 |
| thyroid | 0.005 | 0.015 | 0.98 | 0.004 | 0.015 | 0.981 | 0.005 | 0.015 | 0.98 |
| uterus | 0.181 | 0.01 | 0.809 | NA | NA | NA | 0.181 | 0.01 | 0.809 |
| vaginal | 0.42 | 0.005 | 0.575 | NA | NA | NA | 0.42 | 0.005 | 0.575 |
| vulval | 0.267 | 0.005 | 0.728 | NA | NA | NA | 0.267 | 0.005 | 0.728 |
| others | 0.057 | 0.005 | 0.938 | 0.064 | 0.005 | 0.931 | 0.057 | 0.005 | 0.938 |
| overall | 0.278 | 0.05 | 0.672 | 0.299 | 0.05 | 0.651 | 0.289 | 0.05 | 0.661 |